IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAIME RIOS,**<br><br>　　　　**Plaintiff**<br><br>　　v.<br><br>**REYNALDO GUEVARA**<br>**MICHAEL MASON**<br>**ERNEST HALVORSEN**<br>**BARBARA RILEY**<br>**CITY OF CHICAGO**<br>**COOK COUNTY,**<br>　　　　**Defendants,** | Case No. 1:22-cv-03973<br><br>Judge: Hon. Martha Pacold |

## ORDER

THIS MATTER COMING TO BE HEARD on Defendant Cook County's Motion for Entry of Order in Lieu of Answer, it is hereby ordered as follows: : (1) There is no basis for liability on the part of the County articulated in Plaintiff's complaint; (2) the County remains in this case solely for purposes of indemnification as alleged in Count XVIII of Plaintiff's complaint and reserves all of its defenses with respect to Count XVIII; and (3) the County is not obligated to answer or otherwise respond to Plaintiff's complaint.

　　　　　　　　　　　　　ENTERED:＿＿/s/ Martha M. Pacold＿＿＿＿
　　　　　　　　　　　　　　　　　　　U. S. District Court Judge

Date:＿November 22, 2022