# EXHIBIT A

Deposition of Reynaldo Guevara

**In the Matter Of:**

RIOS vs GUEVARA

1:22-cv-03973

---

**REYNALDO GUEVARA**

*March 27, 2023*

---

800.211.DEPO (3376)
EsquireSolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF ILLINOIS

3                     EASTERN DIVISION

4    JAIME RIOS,                      )

5                   Plaintiff,        )

6       -vs-                          ) Case No.

7    REYNALDO GUEVARA                 ) 1:22-cv-03973

8    MICHAEL MASON                    )

9    ERNEST HALVORSEN                 )

10   BARBARA RILEY                    )

11   CITY OF CHICAGO                  )

12   COOK COUNTY,                     )

13                   Defendants.      )

14

15        The videotaped deposition of REYNALDO

16   GUEVARA, via Zoom, called for examination, taken

17   pursuant to the Federal Rules of Civil Procedure of

18   the United States District Courts pertaining to the

19   taking of depositions, taken before NANCY A.

20   GUIDOLIN, CSR No. 84-2531, a Notary Public within

21   and for the County of DuPage, State of Illinois,

22   and a Certified Shorthand Reporter of said state,

23   at Chicago, Illinois, on the 27th day of

24   March, 2023, commencing at 10:00 a.m.



1   PRESENT: (VIA ZOOM)

2

3        LAW OFFICE OF STEPHEN L. RICHARDS,

4        (53 West Jackson Boulevard, Suite 756,

5        Chicago, Illinois 60604,

6        773-817-6927), by:

7        STEPHEN L. RICHARDS, ESQ.,

8        sricha5461@aol.com,

9            appeared on behalf of the Plaintiff;

10

11       THE SOTOS LAW FIRM, P.C.,

12       (141 West Jackson Boulevard, Suite 1240A,

13       Chicago, Illinois 60604,

14       630-735-3300), by:

15       JOSEPH M. POLICK, ESQ.,

16       jpolick@jsotoslaw.com,

17           appeared on behalf of Defendant

18           Michael Mason and Joanne Halvorsen;

19

20

21

22

23

24



```
 1   PRESENT:  (VIA ZOOM)

 2        LEINENWEBER BARONI & DAFFADA, LLC,

 3        (120 North LaSalle Street, Suite 200,

 4        Chicago, Illinois 60602

 5        847-251-4091), by:

 6        MEGAN K. McGRATH, ESQ.,

 7        mkm@ilesq.com,

 8        THOMAS M. LEINENWEBER, ESQ.,

 9        thomas@ilesq.com,

10             appeared on behalf of Defendant

11             Reynaldo Guevara;

12        ROCK FUSCO & CONNELLY, LLC,

13        (333 West Wacker Drive, 19th Floor,

14        Chicago, Illinois 60606,

15        312-970-3474), by:

16        AUSTIN G. RAHE, ESQ.,

17        arahe@rfclaw.com,

18        LAUREN FERRISE, ESQ.,

19        lferrise@rfclaw.com,

20             appeared on behalf of Defendant

21             City of Chicago.

22

23   REPORTED BY:  NANCY A. GUIDOLIN, C.S.R.,

24             CERTIFICATE NO. 84-2531.
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                4

1       THE VIDEOGRAPHER:  This marks the start of the

2   deposition.  Today's date is Monday, March 27,

3   2023.  We are going on the record at 10:06.

4                   (WHEREUPON, the witness was duly

5                   sworn.)

6                   REYNALDO GUEVARA,

7   called as a witness herein, having been first duly

8   sworn, was examined and testified as follows:

9                   EXAMINATION

10  BY MR. RICHARDS:

11      Q.    Okay.  Mr. Guevara, my name is Steven

12  Richards.  I'm an attorney, and I represent Jaime

13  Rios.  I'm sure that you've been for depositions

14  before, but just to give you a couple of heads up,

15  if you don't hear or understand my question, just

16  let me know.

17          If you need to have a question

18  explained, just let me know.  If you can give yes,

19  no answers or other answers, let me know, and if

20  you're asserting any privilege with respect to any

21  question, let me know.

22          At any point if you need to consult with

23  your attorney, again, just let me know, but you

24  can't do that in the middle of a question.  You



1  have to wait for the question/answer to be finished

2  before you do that.

3          And with that, could you please state

4  your name for the court reporter and spell your

5  first and your last name?

6      A.    Reynaldo, R-e-y-n-a-l-d-o, G-u-e-v-a-r-a

7  for the record last name.

8      Q.    Okay.  And, Mr. Guevara, I would like to

9  take you back to June of 1989.  At that time were

10 you a gang specialist with the Chicago Police

11 Department.

12     A.    On advice of my attorney I invoke my

13 Fifth Amendment right against self-incrimination.

14     Q.    Okay.  And are you invoking your Fifth

15 Amendment rights because an answer to that question

16 will incriminate you?

17     A.    On advice of my attorney I invoke my

18 Fifth Amendment right against self-incrimination.

19     Q.    On June 27th -- these questions will

20 concern the investigation into the murder of Luis

21 Morales - for the court reporter that's spelled

22 L-u-i-s, Morales, M-o-r-a-l-e-s - which took place

23 on June 27th of 1989.

24          Mr. Guevara, is it true that no one



1 | asked you to be involved in the investigation of

2 | the Morales murder?

3 |     A.   On advice of my lawyer I invoke my Fifth

4 | Amendment rights against self-incrimination.

5 |     Q.   And are you invoking your rights against

6 | self-incrimination because in answering that

7 | question would incriminate you?

8 |     A.   On advice of my lawyer I invoke my Fifth

9 | Amendment rights against self-incrimination.

10 |     Q.   Is it true that you heard about the

11 | Morales murder and you voluntarily became involved

12 | in the investigation?

13 |     A.   I take the Fifth.

14 |     Q.   Okay.  Are you taking the Fifth because

15 | an answer to that question will incriminate you?

16 |     A.   I take the Fifth.

17 |     Q.   Is it true that what you heard is that a

18 | man named Luis Morales had been shot to death at

19 | 1360 North Western Avenue?

20 |     MR. LEINENWEBER:  Objection.  Form and

21 | foundation.

22 | BY THE WITNESS:

23 |     A.   Take the Fifth.

24 | BY MR. RICHARDS:



```
 1        Q.    Are you taking the Fifth because an
 2   answer to that question will incriminate you?
 3        A.    Take the Fifth.
 4        Q.    Is it true that you began -- that you
 5   became involved in the investigation on June 27th,
 6   1989, the day of the killing?
 7        MR. LEINENWEBER:  Objection.  Form.
 8   Foundation.
 9   BY THE WITNESS:
10        A.    Take the Fifth.
11   BY MR. RICHARDS:
12        Q.    Are you taking the Fifth because an
13   answer to that question will incriminate you?
14        A.    I take the Fifth.
15        Q.    Is it true that you became involved in
16   the investigation on July 3rd of 1989?
17        MR. LEINENWEBER:  Objection.  Form.
18   Foundation.
19   BY THE WITNESS:
20        A.    Take the Fifth.
21   BY MR. RICHARDS:
22        Q.    Are you taking the Fifth because an
23   answer to that question will incriminate you?
24        A.    Take the Fifth.
```



1     Q.    When you began investigating the Luis

2   Morales case, is it true that you had reviewed the

3   beat officer's report and the case report but you

4   had not reviewed any of the detectives'

5   supplementary reports?

6     MR. LEINENWEBER:  Objection.  Form.

7   Foundation.

8   BY THE WITNESS:

9     A.    Take the Fifth.

10  BY MR. RICHARDS:

11    Q.    Are you taking the Fifth Amendment to

12  that question because the answer to that -- an

13  answer to that question will incriminate you?

14    A.    Take the 5th.

15    Q.    Is it true that you are unaware that a

16  man named Jose Macho Melendez had been named as the

17  shooter in the Luis Morales murder?

18    MR. LEINENWEBER:  Objection.  Form.

19  Foundation.

20    MR. POLICK:  Join in that objection.

21  BY THE WITNESS:

22    A.    Take the Fifth.

23  BY MR. RICHARDS:

24    Q.    I'm going to withdraw and rephrase.



1           When you became involved in the Luis

2    Morales investigation after either June 27th of

3    1989 or July 3rd of 1989, is it true that at that

4    time you were unaware that Jose Macho Melendez had

5    been named as the shooter?

6         MR. LEINENWEBER:  Objection.  Form.

7    Foundation.

8    BY THE WITNESS:

9         A.    Take the Fifth.

10   BY MR. RICHARDS:

11        Q.    Are you taking the Fifth because an

12   answer to that question will incriminate you?

13        A.    Take the Fifth.

14        Q.    Isn't it true that you fabricated the

15   existence of informants who implicated Jaime Rios

16   and Cristino Garcia in the murders?

17        MR. LEINENWEBER:  Objection.  Form.

18   Foundation.

19   BY THE WITNESS:

20        A.    Take the Fifth.

21   BY MR. RICHARDS:

22        Q.    Are you taking -- and you're taking the

23   Fifth because an answer to that question will tend

24   to incriminate you?



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  10

1       A.    Take the Fifth.

2       Q.    Isn't it true that you wrote false

3  police reports detailing what you said the

4  informants had said and you conveyed that same

5  false information to the prosecutors during the

6  course of the investigation of the Morales murder

7  and the subsequent trial?

8       MR. LEINENWEBER:  Objection.  Form.

9  Foundation.

10  BY THE WITNESS:

11      A.    Take the Fifth.

12      MR. POLICK:  Join in the objection.

13  BY MR. RICHARDS:

14      Q.    Are you -- and did you author -- are you

15  taking the Fifth to that question because it will

16  incriminate you?

17      A.    Take the Fifth.

18      Q.    Is the time period when you fabricated

19  the existence of the informants and wrote the false

20  police reports some time between June of 1989 and

21  the trial of this case in November of 1990?

22      A.    Take the Fifth.

23      MR. LEINENWEBER:  Objection.  Form.

24  Foundation.



REYNALDO GUEVARA                                March 27, 2023
RIOS vs GUEVARA                                          11

1        MR. POLICK:  Join in the objection.

2   BY MR. RICHARDS:

3        Q.   Are you taking the Fifth because the

4   answer will incriminate you?

5        A.   Take the Fifth.

6        Q.   Isn't it true that during this time

7   period that you falsely claimed in conversations

8   with the prosecutors and other detectives that the

9   informants had told you where the guns used in the

10  murder could be found?

11       MR. LEINENWEBER:  Objection.  Form.

12  Foundation.

13       MR. POLICK:  Join in the objection.

14  BY THE WITNESS:

15       A.   Take the Fifth.

16  BY MR. RICHARDS:

17       Q.   Are you taking the Fifth because your

18  answer to that question will incriminate you?

19       A.   Take the Fifth.

20       Q.   On July 9, 1989, did you begin to search

21  or look for Jaime Rios?

22       MR. LEINENWEBER:  Form.  Foundation.

23  BY THE WITNESS:

24       A.   Take the Fifth.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              12

1   BY MR. RICHARDS:

2       Q.    Are you taking the Fifth to that

3   question because an answer will incriminate you?

4       A.    Take the Fifth.

5       Q.    On July 6, 1989, about 9:30 p.m. at

6   night, you found Jaime Rios riding a bicycle in

7   front of Rios's house at 1440 North Leavitt?

8       MR. LEINENWEBER:  Objection.  Form.

9   Foundation.

10  BY THE WITNESS:

11      A.    Take the Fifth.

12      MR. POLICK:  Join in the objection.

13  BY MR. RICHARDS:

14      Q.    Are you taking the Fifth because that

15  question will incriminate you?

16      A.    Take the Fifth.

17      Q.    Isn't it true that as Rios was standing

18  in front of his house, you and another officer

19  approached him; isn't that true?

20      MR. LEINENWEBER:  Objection.  Form.

21  Foundation.

22  BY THE WITNESS:

23      A.    Take the Fifth.

24  BY MR. RICHARDS:



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                 13

1        Q.    You are taking the Fifth because an

2   answer to that question will incriminate you?

3        A.    Take the Fifth.

4        Q.    Isn't it true that you -- that after you

5   had approached Jaime Rios on July 6, 1989, at about

6   9:30 p.m., you said that you wanted to talk to

7   Jaime Rios?

8        MR. LEINENWEBER:  Objection.  Form.

9   Foundation.

10  BY THE WITNESS:

11       A.    Take the Fifth.

12  BY MR. RICHARDS:

13       Q.    Are you -- are you taking the Fifth

14  because an answer to that question will tend to

15  incriminate you?

16       A.    Take the Fifth.

17       Q.    Isn't it true that after you said that

18  you want to talk to Rios, Rios asked you for what

19  --

20       A.    Take the Fifth.

21       Q.    -- for what purpose was he being

22  questioned; isn't that true?

23       MR. LEINENWEBER:  Objection.  Form.

24  Foundation.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  14

```
 1  BY THE WITNESS:
 2       A.    Take the Fifth.
 3  BY MR. RICHARDS:
 4       Q.    Aren't you taking the Fifth because an
 5  answer to that question will incriminate you?
 6       A.    Take the Fifth.
 7       Q.    Isn't it true that Rios started to argue
 8  with you?
 9       MR. LEINENWEBER:  Objection.  Form.
10  Foundation.
11  BY THE WITNESS:
12       A.    Take the Fifth.
13  BY MR. RICHARDS:
14       Q.    Aren't you taking the Fifth because an
15  answer to that question will incriminate you?
16       A.    Take the Fifth.
17       Q.    After Rios continued to argue with you,
18  you grabbed him and took him to the back of the
19  house at 1440 North Leavitt?
20       MR. LEINENWEBER:  Objection.  Form.
21  Foundation.
22  BY THE WITNESS:
23       A.    Take the Fifth.
24  BY MR. RICHARDS:
```



1      Q.    You're taking the Fifth because an

2   answer to that question will tend to incriminate

3   you?

4      A.    Take the Fifth.

5      Q.    After you took Jaime Rios to the back of

6   the house, you handcuffed Jaime Rios?

7      A.    Take the Fifth.

8      MR. LEINENWEBER:  Objection.  Form.

9   Foundation.

10   BY THE WITNESS:

11      A.    Take the Fifth.

12   BY MR. RICHARDS:

13      Q.    You're taking the Fifth because an

14   answer to that question will tend to incriminate

15   you?

16      A.    Take the Fifth.

17      Q.    After you handcuffed Jaime Rios, another

18   officer pulled Rios by the fence while you went to

19   the middle door and went upstairs at 1440 North

20   Leavitt?

21      MR. LEINENWEBER:  Objection.  Form and

22   foundation.

23   BY THE WITNESS:

24      A.    Take the Fifth.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                16

1   BY MR. RICHARDS:

2        Q.    You're taking the Fifth because an

3   answer to that question will tend to incriminate

4   you?

5        A.    Take the Fifth.

6        Q.    Isn't it true that you and five or six

7   other officers were in Jaime Rios's house for about

8   15 or 20 minutes?

9        MR. LEINENWEBER:  Objection.  Form.

10  Foundation.

11  BY THE WITNESS:

12       A.    Take the Fifth.

13       MR. POLICK:  Join in the objection.

14  BY MR. RICHARDS:

15       Q.    Aren't you -- aren't you asserting the

16  Fifth because an answer to that question would

17  incriminate you?

18       A.    Take the Fifth.

19       Q.    Isn't it true that you and other

20  officers took Rios to the next block past Leavitt,

21  which was Bell Street, and then put Rios in a

22  police car?

23       MR. LEINENWEBER:  Objection.  Form.

24  Foundation.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                 17

```
1   BY THE WITNESS:

2        A.    Take the Fifth.

3        MR. POLICK:  Join in the objection.

4   BY MR. RICHARDS:

5        Q.    Isn't it true that you are taking the

6   Fifth because an answer to that question will

7   incriminate you?

8        A.    Take the Fifth.

9        Q.    After Rios was put in the police car, he

10  was then taken to 5555 West Grand and put into a

11  room on the second floor of the police station;

12  isn't that true?

13       MR. LEINENWEBER:  Objection.  Form.

14  Foundation.

15  BY THE WITNESS:

16       A.    Take the Fifth.

17  BY MR. RICHARDS:

18       Q.    You're taking the Fifth because an

19  answer to that question will incriminate you?

20       A.    Take the Fifth.

21       Q.    Before the interrogation began, you and

22  defendant Halvorsen had agreed that the integration

23  would be conducted using illegal physical force and

24  illegal threats and promises with respect to Jaime
```



REYNALDO GUEVARA                                        March 27, 2023
RIOS vs GUEVARA                                                    18

 1 | Rios?
 2 |      MR. LEINENWEBER:  Objection.  Form.
 3 | Foundation.
 4 | BY THE WITNESS:
 5 |      A.   Take the Fifth.
 6 |      MR. POLICK:  Join in those objections.
 7 | BY MR. RICHARDS:
 8 |      Q.   Aren't you taking the Fifth -- aren't
 9 | you asserting the Fifth Amendment because an answer
10 | to that question will incriminate you?
11 |      A.   Take the Fifth.
12 |      Q.   During that interrogation at the police
13 | station at 5555 West Grand on July 6, 1989, in the
14 | evening hours isn't it true that you went into the
15 | room where Rios was being held?
16 |      MR. LEINENWEBER:  Objection.  Form.
17 | Foundation.
18 | BY THE WITNESS:
19 |      A.   Take the Fifth.
20 |      MR. POLICK:  Join in the objections.
21 | BY MR. RICHARDS:
22 |      Q.   You're taking the Fifth because an
23 | answer to that question will incriminate you?
24 |      A.   Take the Fifth.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              19

```
1        Q.    You told Jaime Rios that you were --
2    that he was there about the guy that killed the guy
3    that he should tell them -- he should tell you
4    where the other guy was at and to say that Rios was
5    just there with the guy that killed the guy.  Isn't
6    that what you said to Jaime Rios?
7        MR. LEINENWEBER:  Objection.  Form.
8    Foundation.
9    BY THE WITNESS:
10       A.    Take the Fifth.
11       MR. POLICK:  Join in the objections.
12   BY MR. RICHARDS:
13       Q.    Are you taking -- aren't you taking the
14   Fifth Amendment because an answer to that question
15   will incriminate you?
16       A.    Take the Fifth.
17       Q.    Isn't it true that after you said that,
18   Jaime Rios told you that he did not know what you
19   were talking about?
20       A.    Take the Fifth.
21       Q.    Isn't it true that you are taking the
22   Fifth because an answer to that question will
23   incriminate you?
24       A.    Take the Fifth.
```



REYNALDO GUEVARA                                March 27, 2023
RIOS vs GUEVARA                                            20

1        Q.    Some time after July 6, 1989, you wrote

2    false police reports and gave false information to

3    prosecutors where you concealed your statement to

4    Rios suggesting that Rios was present at the scene

5    when Garcia killed Morales and that Rios should

6    just say that he was there?

7        MR. LEINENWEBER:   Objection.   Form.

8    Foundation.

9    BY THE WITNESS:

10       A.    Take the Fifth.

11       MR. POLICK:   Join in the objections.

12   BY MR. RICHARDS:

13       Q.    Aren't you taking the Fifth Amendment

14   because an answer to that question would

15   incriminate you?

16       A.    Take the Fifth.

17       Q.    Isn't it true that after you made these

18   statements to Jaime Rios on July 6th of 1989, Jaime

19   Rios told you that he did not know what you were

20   talking about?

21       A.    Take the Fifth.

22       MR. LEINENWEBER:   Objection.   Form.

23   Foundation.

24



1   BY THE WITNESS:

2        A.    Take the Fifth.

3        MR. POLICK:   Join in the objections.

4   BY MR. RICHARDS:

5        Q.    Aren't you taking the Fifth because an

6   answer to that question would incriminate you?

7        A.    Take the Fifth.

8        Q.    Isn't it true that sometime after July

9   6, 1989, you authored false police reports and gave

10  false information to prosecutors where you

11  concealed Jaime Rios's statement that he did not

12  know what the officers were talking about?

13       MR. LEINENWEBER:   Objection.   Form.

14  Foundation.

15  BY THE WITNESS:

16       A.    Take the Fifth.

17       MR. POLICK:   Join in the objections.

18  BY MR. RICHARDS:

19       Q.    Aren't you taking the Fifth because an

20  answer to that question will incriminate you?

21       A.    Take the Fifth.

22       Q.    After Jaime Rios said that he did not

23  know what you were talking about, isn't it true

24  that Detective Michael Mason grabbed Jaime Rios by



```
1   the hair and slammed him against the table?

2        MR. LEINENWEBER:  Objection.  Form.

3   Foundation.

4   BY THE WITNESS:

5        A.   Take the Fifth.

6        MR. POLICK:  Join in the objections.

7   BY MR. RICHARDS:

8        Q.   You're taking the Fifth because an

9   answer to that question would tend to incriminate

10  you?

11       A.   Take the Fifth.

12       Q.   You were present when Mason physically

13  abused Rios and you approved of his physical --

14  Mason's physical abuse; is that not true?

15       MR. LEINENWEBER:  Objection.  Form.

16  Foundation.

17  BY THE WITNESS:

18       A.   Take the Fifth.

19       MR. POLICK:  Join in the objections.

20  BY MR. RICHARDS:

21       Q.   Aren't you taking the Fifth Amendment

22  because an answer to that question will incriminate

23  you?

24       A.   Take the Fifth.
```



1      Q.    After Mason had grabbed Rios by the hair

2   and slammed him against the table, isn't it true

3   that you told Jaime Rios about details and facts of

4   Luis Morales murder and -- murder; isn't that true?

5      MR. LEINENWEBER:  Objection.  Form.

6   Foundation.

7   BY THE WITNESS:

8      A.    Take the Fifth.

9      MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11     Q.    Aren't you taking the Fifth because an

12  answer to that question will tend to incriminate

13  you?

14     A.    Take the Fifth.

15     Q.    Isn't it true that Rios then told you

16  about a different murder that had happened in front

17  of his house on July 2nd or July 3rd, 1989; isn't

18  that true?

19     MR. LEINENWEBER:  Objection.  Form.

20  Foundation.

21  BY THE WITNESS:

22     A.    Take the Fifth.

23     MR. POLICK:  Join in the objections.

24  BY MR. RICHARDS:



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  24

1       Q.    Aren't you taking the Fifth Amendment to

2   that question because an answer to that question

3   will tend to incriminate you?

4       A.    Take the Fifth.

5       Q.    Isn't what Rios told you that he was at

6   his home with his brother-in-law and a friend when

7   his wife Diana was coming out of the gangway and a

8   car came by, a barrel of the gun came out of the

9   window, and a shot was fired?  Isn't that what Rios

10  told you about what happened on July 2nd or July

11  3rd, 1989?

12      MR. LEINENWEBER:  Objection.  Form.

13  Foundation.

14  BY THE WITNESS:

15      A.    Take the Fifth.

16      MR. POLICK:  Join in the objections.

17  BY MR. RICHARDS:

18      Q.    Aren't you taking the Fifth Amendment to

19  that question because answering that question would

20  incriminate you?

21      A.    Take the Fifth.

22      Q.    Didn't Rios further tell you about the

23  shooting that happened on July 2nd or July 3rd,

24  1989, that after the shoots were fired, he ran away



 1   -- Rios ran away?

 2       MR. LEINENWEBER:  Objection.  Form.

 3   Foundation.

 4   BY THE WITNESS:

 5       A.    Take the Fifth.

 6       MR. POLICK:  Join in the objections.

 7   BY MR. RICHARDS:

 8       Q.    Again, the reason why you are taking the

 9   Fifth is that an answer to that question would

10   incriminate you?

11       A.    Take the Fifth.

12       Q.    Isn't it true that Rios went on to tell

13   you that after that shooting on July 2nd or July

14   3rd of 1989 the police came and told Rios's

15   brother-in-law not to worry because there were no

16   shots from outside of the car?

17       MR. LEINENWEBER:  Objection.  Form.

18   Foundation.

19   BY THE WITNESS:

20       A.    Take the Fifth.

21       MR. POLICK:  Join in the objections.

22   BY MR. RICHARDS:

23       Q.    Aren't you taking the Fifth in response

24   to that question because an answer to that question



1  would incriminate you?

2       A.    Take the Fifth.

3       Q.    Didn't you then tell Rios the murder --

4  the details of a murder which you said had been

5  committed by Cristino Garcia; isn't that true?

6       MR. LEINENWEBER:  Objection.  Form.

7  Foundation.

8  BY THE WITNESS:

9       A.    Take the Fifth.

10      MR. POLICK:  Join in the objections.

11  BY MR. RICHARDS:

12      Q.    Aren't -- you're taking the Fifth

13  because an answer to that question will tend to

14  incriminate you?

15      A.    Take the Fifth.

16      Q.    Isn't what you said to Rios about the

17  murder the following, "Well, we heard you and Tino

18  went to Western and went to kill somebody over

19  there on Western.  You had crossed the street and

20  went through an alley.  We seen some guys in the

21  alley and that we speak to them.  They say he was

22  there, and that we says it is me and that we walked

23  there.  There was a car that's parked right there,

24  and asked if you're selling reefer.  We said no, we



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                 27

 1  don't got no reefer.  We kept walking, went around

 2  the corner, and that is when we got by bar and we

 3  had a shooting against a guy that was there."

 4          Isn't that essentially the story that

 5  you told Rios that he should say?

 6      MR. LEINENWEBER:  Objection.  Form.  Fountain.

 7  BY THE WITNESS:

 8      A.    Take the Fifth.

 9      MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11      Q.    Aren't you taking the Fifth as to that

12  statement because answering the question would

13  incriminate you?

14      A.    Take the Fifth.

15      Q.    Isn't it true that you threatened Jaime

16  Rios that you would take his child away if he

17  didn't agree to say what you had said to him?

18      MR. LEINENWEBER:  Objection.  Form.

19  Foundation.

20  BY THE WITNESS:

21      A.    Take the Fifth.

22      MR. POLICK:  Join in the objections.

23  BY MR. RICHARDS:

24      Q.    The reason that you're taking the Fifth



1  as to that question is that it would incriminate

2  you; isn't that true?

3      A.   Take the Fifth.

4      Q.   Isn't it true that you told Jaime Rios

5  that all he had to do was just, quote, be there,

6  and that you would not take away his child?

7      MR. LEINENWEBER:  Objection.  Form.

8  Foundation.

9  BY THE WITNESS:

10     A.   Take the Fifth.

11     MR. POLICK:  Join in the objections.

12  BY MR. RICHARDS:

13     Q.   Isn't it true that you're taking the

14  Fifth Amendment that an answer to that question

15  would incriminate you?

16     A.   Take the Fifth.

17     Q.   Isn't it true that you told Jaime Rios

18  that you had heard about the details of the crime

19  from informants?

20     A.   Take the Fifth.

21     MR. LEINENWEBER:  Objection.  Form.

22  Foundation.

23  BY THE WITNESS:

24     A.   Take the Fifth.



1        MR. POLICK:  Join in the objections.

2    BY MR. RICHARDS:

3        Q.    Isn't it true that you're taking the

4    Fifth because an answer to that question would

5    incriminate you?

6        A.    Take the Fifth.

7        Q.    Isn't it true that sometime after July

8    6, 1989, you wrote false police reports and falsely

9    concealed from prosecutors your statement to Jaime

10   Rios that if Rios did not make a statement, his

11   child would be taken away?

12       MR. LEINENWEBER:  Objection.  Form.

13   Foundation.

14   BY THE WITNESS:

15       A.    Take the Fifth.

16       MR. POLICK:  Join in the objections.

17   BY MR. RICHARDS:

18       Q.    Isn't the reason that you're taking the

19   Fifth to that question that an answer would tend to

20   incriminate you?

21       A.    Take the Fifth.

22       Q.    Isn't it true that -- strike that.

23             On July 7, 1989, you picked up a man

24   named Luis Huertas.  For the court reporter it's



1    spelled L-u-i-s, Huertas, H-u-e-r-t-a-s.

2    Isn't it true that you picked up Luis Huertas on

3    July 7, 1989?

4        MR. LEINENWEBER:  Objection.  Form.

5    Foundation.

6    BY THE WITNESS:

7        A.    Take the Fifth.

8        MR. POLICK:  Join in the objections.

9    BY MR. RICHARDS:

10       Q.    Isn't it true that the reason that

11   you're taking the Fifth as to that question is that

12   an answer to that question would incriminate you?

13       A.    Take the Fifth.

14       Q.    Isn't it true that on July 7, 1989 after

15   you picked up Luis Huertas, you showed him a series

16   of photographs and told him to pick the shooter out

17   of the photographs?

18       MR. LEINENWEBER:  Objection.  Form.

19   Foundation.

20   BY THE WITNESS:

21       A.    Take the Fifth.

22       MR. POLICK:  Join in the objections.

23   BY MR. RICHARDS:

24       Q.    Isn't it true that you are taking the



1   Fifth because an answer to that question will

2   incriminate you?

3         A.    Take the Fifth.

4         Q.    Isn't it true that one of the

5   photographs that you showed Luis Huertas at that

6   point was a photograph of Jaime Rios?

7         MR. LEINENWEBER:  Objection.  Form.

8   Foundation.

9   BY THE WITNESS:

10        A.    Take the Fifth.

11        MR. POLICK:  Join in the objection.

12  BY MR. RICHARDS:

13        Q.    Isn't it the case that you are taking

14  the Fifth Amendment on that question because an

15  answer to that question would incriminate you?

16        A.    Take the Fifth.

17        Q.    Isn't it true that Louis Huertas told

18  you that he did not recognize the shooter in any of

19  the photographs that you showed him?

20        MR. LEINENWEBER:  Objection.  Form.

21  Foundation.

22  BY THE WITNESS:

23        A.    Take the Fifth.

24        MR. POLICK:  Join in the objections.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                            32

```
 1   BY MR. RICHARDS:
 2        Q.   Aren't you taking the Fifth because an
 3   answer to that question will incriminate you?
 4        A.   Take the Fifth.
 5        Q.   Isn't it true that after Huertas told
 6   you that he did not recognize the shooter in any of
 7   the photographs, you threatened to have him locked
 8   up if he did not identify -- if he, Huertas, did
 9   not identify the shooter?
10        MR. LEINENWEBER:  Objection.  Form.
11   Foundation.
12   BY THE WITNESS:
13        A.   Take the Fifth.
14        MR. POLICK:  Join in the objections.
15   BY MR. RICHARDS:
16        Q.   Isn't it true that you're taking the
17   Fifth because an answer to that question will
18   incriminate you?
19        A.   Take the Fifth.
20        Q.   Isn't it true that after -- after that
21   conversation you took Huertas to the station where
22   Huertas identified Jaime Rios in a lineup?
23        MR. LEINENWEBER:  Objection.  Form.
24   Foundation.
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                33

```
 1   BY THE WITNESS:

 2         A.    Take the Fifth.

 3         MR. POLICK:  Join in the objections.

 4   BY MR. RICHARDS:

 5         Q.    Isn't it true that you are taking the

 6   Fifth Amendment because an answer to that question

 7   would incriminate you?

 8         A.    Take the Fifth.

 9         Q.    Isn't it true that Jaime Rios was the

10   only person who was in both the lineup and in the

11   photos which you showed to Huertas?

12         MR. LEINENWEBER:  Objection.  Form.

13   Foundation.

14   BY THE WITNESS:

15         A.    Take the Fifth.

16         MR. POLICK:  Join in the objections.

17   BY MR. RICHARDS:

18         Q.    Isn't it true that you are taking the

19   Fifth as to that question because an answer to that

20   question would tend to incriminate you?

21         A.    Take the 5th.

22         Q.    Isn't it true that sometime after

23   July 6, 1989, you authored false police reports and

24   gave false information to prosecutors where you
```



REYNALDO GUEVARA          March 27, 2023
RIOS vs GUEVARA          34

```
1   concealed the fact that you had coerced Huertas
2   into making the identification?
3        MR. LEINENWEBER:  Objection.  Form.
4   Foundation.
5   BY THE WITNESS:
6        A.    Take the Fifth.
7        MR. POLICK:  Join in the objections.
8   BY MR. RICHARDS:
9        Q.    Isn't it true that you're taking the
10  Fifth because an answer to that question would
11  incriminate you?
12       A.    Take the Fifth.
13       Q.    On July 9, 1989, at about 1:15 p.m., you
14  and other officers executed a warrant on the house
15  Benjamin Carrero shared with Iris Mendez?
16            And for the court reporter that's
17  Benjamin common spelling Carrero, C-a-r-r-e-r-o.
18  Iris common spelling.  Mendez common spelling.
19            Isn't that true?
20       MR. LEINENWEBER:  Objection.  Form.
21  Foundation.
22  BY THE WITNESS:
23       A.    Take the Fifth.
24       MR. POLICK:  Join in the objections.
```



1 | BY MR. RICHARDS:

2 |     Q.   Isn't it true that you're taking the

3 | Fifth in response to that question because an

4 | answer to that question would tend to incriminate

5 | you?

6 |     A.   Take the Fifth.

7 |     Q.   Isn't it true that during that search a

8 | 32 caliber automatic weapon was discovered?

9 |     MR. LEINENWEBER:  Objection.  Form.

10 | Foundation.

11 | BY THE WITNESS:

12 |     A.   Take the Fifth.

13 |     MR. POLICK:  Join in the objections.

14 | BY MR. RICHARDS:

15 |     Q.   Isn't it true that you're taking the

16 | Fifth because an answer to that question would tend

17 | to incriminate you?

18 |     A.   Take the Fifth.

19 |     Q.   Isn't it true that you interrogated

20 | Benjamin Carrero at a police station at Grand and

21 | Central, 5555 West Grand, after he had been

22 | arrested on July 9, 1989?

23 |     MR. LEINENWEBER:  Objection.  Form.

24 | Foundation.



1  BY THE WITNESS:

2      A.    Take the Fifth.

3      MR. POLICK:  Join in the objection.

4  BY MR. RICHARDS:

5      Q.    Isn't it true that you're taking the

6  Fifth as to that question because an answer would

7  incriminate you?

8      A.    Take the Fifth.

9      Q.    Isn't it true that during that

10 interrogation you told Benjamin Carrero to say that

11 Jaime Rios had given Carrero the gun?  Isn't that

12 true?

13     MR. LEINENWEBER:  Objection.  Form.

14 Foundation.

15 BY THE WITNESS:

16     A.    Take the Fifth.

17     MR. POLICK:  Join in the objections.

18 BY MR. RICHARDS:

19     Q.    Aren't you taking the Fifth Amendment to

20 that question because an answer to that question

21 would incriminate you?

22     A.    Take the Fifth.

23     Q.    Isn't it true that you threatened

24 Carrero that if Carrero did not say Jaime was the



1   one who had given him the gun that Carrero would be

2   charged with possessing the gun?

3        MR. LEINENWEBER:  Objection.  Form.

4   Foundation.

5   BY THE WITNESS:

6        A.    Take the Fifth.

7        MR. POLICK:  Join in the objections.

8   BY MR. RICHARDS:

9        Q.    Isn't it true that you are taking the

10  Fifth as to that question because an answer to that

11  question would incriminate you?

12       A.    Take the Fifth.

13       Q.    Isn't it true that you told Iris Mendez

14  that -- that -- that she should tell anything that

15  she knew about the Morales murder and that she not

16  tell them, they would take her baby away?  Isn't it

17  true that you told Iris Mendez that?

18       MR. LEINENWEBER:  Objection.  Form.

19  Foundation.

20  BY THE WITNESS:

21       A.    Take the Fifth.

22       MR. POLICK:  Join in the objections.

23  BY MR. RICHARDS:

24       Q.    Isn't you taking the Fifth because an



1  answer to that question would incriminate you?

2       A.    Take the Fifth.

3       Q.    There was no probable cause for Jaime

4  Rios's arrest and prosecution?

5       MR. LEINENWEBER:  Objection.  Form.

6  Foundation.

7  BY THE WITNESS:

8       A.    Take the Fifth.

9       MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11       Q.    Aren't you taking the Fifth as to that

12  question because an answer to that question would

13  incriminate you?

14       A.    Take the Fifth.

15       Q.    Isn't it true that knowing there was no

16  probable cause for Jaime Rios's arrest and

17  prosecution, you instigated and initiated the

18  prosecution of Jaime Rios for first degree murder

19  by making false statements to the felony

20  re-prosecutors who eventually filed charges against

21  Jaime Rios?

22       MR. LEINENWEBER:  Objection.  Form.

23  Foundation.

24



```
 1   BY THE WITNESS:

 2        A.    Take the Fifth.

 3        MR. POLICK:  Join in the objections.

 4   BY MR. RICHARDS:

 5        Q.    Isn't it true that you're taking the

 6   Fifth Amendment to that question because an answer

 7   to that question would incriminate you?

 8        A.    Take the Fifth.

 9        Q.    On July 8, 1989, Cristino Garcia was

10   picked up by several police officers, one of whom

11   was Arborio Quinn; isn't that true.

12        MR. LEINENWEBER:  Objection.  Form.

13   Foundation.

14   BY THE WITNESS:

15        A.    Take the Fifth.

16        MR. POLICK:  Join in the objections.

17   BY MR. RICHARDS:

18        Q.    Aren't you taking the Fifth Amendment to

19   that question because an answer to that question

20   would incriminate you?

21        A.    Take the Fifth.

22        Q.    Isn't it true that Cristino Garcia was

23   placed in handcuffs and was taken to the police

24   station at Area 5?
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                    40

1        MR. LEINENWEBER:  Objection.  Form and

2    foundation.

3    BY THE WITNESS:

4        A.    Take the Fifth.

5        MR. POLICK:  Join in the objections.

6    BY MR. RICHARDS:

7        Q.    Aren't you taking the Fifth to that

8    question because an answer to that question would

9    incriminate you?

10        A.    Take the Fifth.

11        Q.    Isn't it true that when -- after

12    Cristino Garcia was taken to Area 5, you told

13    Garcia that he was being accused of murder?  Isn't

14    that true?

15        MR. LEINENWEBER:  Objection.  Form.

16    Foundation.

17    BY THE WITNESS:

18        A.    Take the Fifth.

19        MR. POLICK:  Join in the objections.

20    BY MR. RICHARDS:

21        Q.    Isn't it true that after you said that,

22    you interrogated Cristino Garcia in a manner which

23    was very loud and very physical; isn't that true?

24        MR. LEINENWEBER:  Objection.  Form.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  41

1    Foundation.

2    BY THE WITNESS:

3         A.    Take the Fifth.

4         MR. POLICK:  Join in the objections.

5    BY MR. RICHARDS:

6         Q.    Isn't it true that you're taking the

7    Fifth as to that question because an answer to that

8    question would incriminate you?

9         A.    Take the Fifth.

10        Q.    Isn't it true that you told Cristino

11   Garcia that Cristino Garcia should sign a paper

12   saying that Garcia was involved and that someone

13   else did it?

14        MR. LEINENWEBER:  Objection.  Form.

15   Foundation.

16   BY THE WITNESS:

17        A.    Take the Fifth.

18        MR. POLICK:  Join in the objections.

19   BY MR. RICHARDS:

20        Q.    Isn't it true that you are taking the

21   Fifth Amendment to that question because answering

22   that question would incriminate you?

23        A.    Take the Fifth.

24        Q.    Isn't it true that Garcia refused to



1   make -- to make that -- to sign that statement;

2   isn't that true?

3        MR. LEINENWEBER:  Objection.  Form.

4   Foundation.

5   BY THE WITNESS:

6        A.    Take the Fifth.

7        MR. POLICK:  Join in the objections.

8   BY MR. RICHARDS:

9        Q.    Isn't -- aren't you taking the Fifth

10  Amendment to that question because an answer to

11  that question would incriminate you?

12       A.    Take the Fifth.

13       Q.    Isn't it true that Garcia told you that

14  he was nowhere around the area when the crime

15  occurred, the crime being the murder of Luis

16  Morales; isn't that true?

17       MR. LEINENWEBER:  Objection.  Form.

18  Foundation.

19  BY THE WITNESS:

20       A.    Take the Fifth.

21       MR. POLICK:  Join in the objections.

22  BY MR. RICHARDS:

23       Q.    Aren't you taking the Fifth in response

24  to that question because an answer to that question



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                 43

1   would incriminate you?

2        A.    Take the Fifth.

3        Q.    Isn't it true that Garcia gave you an

4   alibi for where he was at the time of the murders?

5        MR. LEINENWEBER:  Objection.  Form.

6   Foundation.

7   BY THE WITNESS:

8        A.    Take the Fifth.

9        MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11       Q.    Aren't you taking the Fifth because in

12  answering that question would incriminate you?

13       A.    Take the Fifth.

14       Q.    Isn't it true that after Garcia had

15  refused and given you an alibi, you placed a phone

16  book on Garcia's head?

17       MR. LEINENWEBER:  Objection.  Form.

18  Foundation.

19  BY THE WITNESS:

20       A.    Take the Fifth.

21       MR. POLICK:  Join in the objections.

22  BY MR. RICHARDS:

23       Q.    Isn't it true that you're taking the

24  Fifth Amendment as to that question because an



1    answer to that question would incriminate you?

2         A.    Take the Fifth.

3         Q.    Isn't it true that after you placed that

4    phone book on Garcia's head, you struck Garcia

5    through the phone book with a heavy object, either

6    a billy club or a flashlight?

7         MR. LEINENWEBER:  Objection.  Form.

8    Foundation.

9    BY THE WITNESS:

10        A.    Take the Fifth.

11        MR. POLICK:  Join in the objections.

12   BY MR. RICHARDS:

13        Q.    Isn't it true that you are taking the

14   Fifth because an answer to that question would

15   incriminate you?

16        A.    Take the Fifth.

17        Q.    Isn't it true that after you struck

18   Garcia through the phone book, Garcia fell to

19   Garcia's knees?  Isn't that true?

20        MR. LEINENWEBER:  Objection.  Form.

21   Foundation.

22   BY THE WITNESS:

23        A.    Take the Fifth.

24        MR. POLICK:  Join in the objections.



REYNALDO GUEVARA                                  March 27, 2023
RIOS vs GUEVARA                                                45

```
 1  BY MR. RICHARDS:
 2       Q.    Isn't it true that you are taking the
 3  Fifth to that question because an answer to that
 4  question would incriminate you?
 5       A.    Take the Fifth.
 6       Q.    Isn't it true that Garcia told you to
 7  stop and said that he would sign a statement if he
 8  was first allowed to make a phone call; isn't that
 9  true?
10       MR. LEINENWEBER:  Objection.  Form.
11  Foundation.
12  BY THE WITNESS:
13       A.    Take the Fifth.
14       MR. POLICK:  Join in the objections.
15  BY MR. RICHARDS:
16       Q.    Aren't you taking the Fifth Amendment to
17  that question because an answer would incriminate
18  you?
19       A.    Take the Fifth.
20       Q.    Isn't it true that Garcia was given a
21  phone and that he called his sister Maria Garcia;
22  isn't that true?
23       MR. LEINENWEBER:  Objection.  Form.
24  Foundation.
```



```
1   BY THE WITNESS:
2        A.    Take the Fifth.
3        MR. POLICK:  Join in the objections.
4   BY MR. RICHARDS:
5        Q.    Aren't you taking the Fifth in response
6   to that question because an answer to that question
7   would incriminate you?
8        A.    Take the Fifth.
9        Q.    Isn't it true that during that phone
10  conversation with his sister Maria Garcia, Cristino
11  Garcia told his sister to get him a lawyer?
12       MR. LEINENWEBER:  Object.  Form.  Foundation.
13  BY THE WITNESS:
14       A.    Take the Fifth.
15       MR. POLICK:  Join in the objections.
16  BY MR. RICHARDS:
17       Q.    Isn't it true that you're taking the
18  Fifth Amendment to that question because an answer
19  to that question would incriminate you?
20       A.    Take the Fifth.
21       Q.    Isn't it true that you overheard
22  Cristino Garcia talking with his sister and telling
23  his sister to get him a lawyer?
24       MR. LEINENWEBER:  Objection.  Form and
```



1   foundation.

2   BY THE WITNESS:

3        A.    Take the Fifth.

4        MR. POLICK:  Join in the objections.

5   BY MR. RICHARDS:

6        Q.    Isn't it true that you were taking the

7   Fifth Amendment with respect to that question

8   because an answer to that question would

9   incriminate you?

10       A.    Take the Fifth.

11       Q.    Isn't it true that after you overheard

12  Garcia's conversation with his sister, you became

13  enraged?

14       MR. LEINENWEBER:  Objection.  Form.

15  Foundation.

16  BY THE WITNESS:

17       A.    Take the Fifth.

18       MR. POLICK:  Join in the objections.

19  BY MR. RICHARDS:

20       Q.    Isn't it true that you're taking the

21  Fifth with respect to that question because it will

22  -- an answer would incriminate you?

23       A.    Take the Fifth.

24       Q.    Isn't it true that after you became



1   enraged, you took Garcia back to the interrogation

2   room and you started smacking him with an open

3   hand?

4        MR. LEINENWEBER:  Objection.  Form.

5   Foundation.

6   BY THE WITNESS:

7        A.   Take the Fifth.

8        MR. POLICK:  Join in the objections.

9   BY MR. RICHARDS:

10       Q.   Aren't you invoking the Fifth Amendment

11  with respect to that answer because an answer to

12  that question would incriminate you?

13       A.   Take the Fifth.

14       Q.   Isn't it true that after the

15  interrogation of Cristino Garcia, you authored

16  false police reports and concealed from prosecutors

17  that you had beaten Garcia and that Garcia had

18  denied culpability and provided an alibi for the

19  night of the murder?  Isn't that true?

20       MR. LEINENWEBER:  Objection.  Form and

21  foundation.

22  BY THE WITNESS:

23       A.   Take the Fifth.

24       MR. POLICK:  Join in the objections.



```
 1   BY MR. RICHARDS:
 2        Q.    Aren't you taking the Fifth Amendment
 3   with respect to that question because an answer to
 4   that question would -- would -- would incriminate
 5   you?
 6        A.    Take the Fifth.
 7        Q.    Isn't it true that after you had forced
 8   Jaime Rios into making a false statement, you knew
 9   that you did not have probable cause to arrest or
10   recharge him?
11        MR. LEINENWEBER:   Objection.   Form.
12   Foundation.
13   BY THE WITNESS:
14        A.    Take the Fifth.
15        MR. POLICK:   Join in the objections.
16   BY MR. RICHARDS:
17        Q.    Isn't it true that you are invoking the
18   Fifth with respect to that question because
19   answering that question would incriminate you?
20        A.    Take the Fifth.
21        Q.    Isn't it true that -- that acting in
22   concert with defendants Mason and Halvorsen you
23   forced Jaime Rios into making a false and
24   involuntary confession by seeing that his hair was
```



REYNALDO GUEVARA                       March 27, 2023
RIOS vs GUEVARA                             50

```
 1   pulled and slamming his hair down upon a table;

 2   isn't that true?

 3        MR. LEINENWEBER:  Objection.  Form.

 4   Foundation.

 5   BY THE WITNESS:

 6        A.    Take the Fifth.

 7        MR. POLICK:  Join in the objections.

 8   BY MR. RICHARDS:

 9        Q.    Isn't it true that you are invoking the

10   Fifth as to that question because answering that

11   question would incriminate you?

12        A.    Take the Fifth.

13        Q.    Isn't it true that you were present when

14   the physical abuse occurred and that you condoned,

15   planned and approved the abuse?

16        MR. LEINENWEBER:  Objection.  Form.

17   Foundation.

18   BY THE WITNESS:

19        A.    Take the Fifth.

20        MR. POLICK:  Join in the objections.

21   BY MR. RICHARDS:

22        Q.    Isn't it true that you are asserting the

23   Fifth Amendment with respect to that question

24   because answering that question would incriminate
```



1  you?

2       A.    Take the Fifth.

3       Q.    Isn't it true that defendant Halvorsen

4  conspired with and acted in concert with you and

5  Defective Mason in a plan to use physical violence

6  to force Jaime Rios into making a false confession?

7       MR. LEINENWEBER:  Objection.  Form.

8  Foundation.

9  BY THE WITNESS:

10      A.    Take the 5th.

11      MR. LEINENWEBER:  Join in the objections.

12  BY MR. RICHARDS:

13      Q.    Aren't you taking the Fifth as to that

14  question because an answer to that question would

15  incriminate you?

16      A.    Take the Fifth.

17      Q.    Isn't it true that you forced Jaime Rios

18  into making a false confession by telling him that

19  he would lose his child if he did not confess to

20  being present at and participating in the Morales

21  murder?

22      MR. LEINENWEBER:  Objection.  Form.

23  Foundation.

24



REYNALDO GUEVARA                                          March 27, 2023
RIOS vs GUEVARA                                                       52

1   BY THE WITNESS:

2        A.    Take the Fifth.

3        MR. POLICK:  Join in the objections.

4   BY MR. RICHARDS:

5        Q.    Isn't it true that you're taking the

6   Fifth as to that question because an answer to that

7   question would incriminate you?

8        A.    Take the Fifth.

9        Q.    Isn't it true that all statements made

10  by Jaime Rios during the interrogation were

11  involuntary based upon the length, manner and time

12  of the interrogation, Jaime Rios's physical and

13  mental condition, and the use of promises, threats,

14  and physical abuse?

15       MR. LEINENWEBER:  Objection.  Form.

16  Foundation.

17  BY THE WITNESS:

18       A.    Take the 5th.

19       MR. POLICK:  Join in the objections.

20  BY MR. RICHARDS:

21       Q.    Aren't you taking the Fifth as to that

22  question because an answer to that question would

23  incriminate you?

24       A.    Take the Fifth.



 1       Q.    Isn't it true that you have claimed that
 2   unnamed informants told you that the Morales murder
 3   had been perpetuated by Tino and Jaime, whom you
 4   believe to be Cristino Garcia and Jaime Rios?
 5       MR. LEINENWEBER:  Objection.  Form.
 6   Foundation.
 7   BY THE WITNESS:
 8       A.    Take the Fifth.
 9       MR. POLICK:  Join in the objections.
10   BY MR. RICHARDS:
11       Q.    Aren't you taking the Fifth to that
12   question because answering that question would
13   incriminate you?
14       A.    Take the Fifth.
15       Q.    Isn't it true that you have claimed in
16   the past that the informants told you that Jaime
17   Rios was the shooter?
18       MR. LEINENWEBER:  Objection.  Form.
19   Foundation.
20   BY THE WITNESS:
21       A.    Take the Fifth.
22       MR. POLICK:  Join in the objections.
23   BY MR. RICHARDS:
24       Q.    Aren't you taking the Fifth as to that



1  question because an answer to that question would

2  incriminate you?

3        A.    Take the Fifth.

4        Q.    Isn't it true that you fabricated, made

5  up the existence of the informants and the contents

6  of the information that you claimed that you got

7  from the informants?

8        MR. LEINENWEBER:  Objection.  Form.

9  Foundation.

10 BY THE WITNESS:

11       A.    Take the Fifth.

12       MR. POLICK:  Join in the objections.

13 BY MR. RICHARDS:

14       Q.    Isn't it true that you're taking the

15 Fifth Amendment as to that question because

16 answering the question would incriminate you?

17       A.    Take the Fifth.

18       Q.    Isn't it true that you authored false

19 reports detailing the informant's claims and

20 conveying the same false information to prosecutors

21 during the course of the investigation of the

22 Morales murder and the subsequent trial?

23       MR. LEINENWEBER:  Objection.  Form.

24 Foundation.



1  BY THE WITNESS:

2       A.    Take the Fifth.

3       MR. POLICK:  Join in the objections.

4  BY MR. RICHARDS:

5       Q.    Isn't it true that you're taking the

6  Fifth Amendment as to that question because an

7  answer to that question would incriminate you?

8       A.    Take the Fifth.

9       Q.    Isn't it true that you together with

10 Detective Halvorsen fabricated false reports and

11 gave false information to prosecutors concealing

12 from them the fact that Jaime Rios had initially

13 denied participation in the Morales murder?

14      MR. LEINENWEBER:  Objection.  Form.

15 Foundation.

16 BY THE WITNESS:

17      A.    Take the Fifth.

18      MR. POLICK:  Join in the objections.

19 BY MR. RICHARDS:

20      Q.    Aren't you taking the Fifth Amendment to

21 that question because answering that question would

22 incriminate you?

23      A.    Take the Fifth.

24      Q.    Isn't it true that together with



1  Detective Halvorsen you fabricated false reports

2  and gave false information to prosecutors

3  concealing from them the fact that you had supplied

4  Jaime Rios with details of the Morales murder in

5  order to induce a false confession?

6       MR. LEINENWEBER:  Objection.  Form.

7  Foundation.

8  BY THE WITNESS:

9       A.   Take the Fifth.

10      MR. POLICK:  Join in the objections.

11 BY MR. RICHARDS:

12      Q.   Isn't it true that you're taking the

13 Fifth as to that question because -- because in

14 answering that question would incriminate you?

15      A.   Take the Fifth.

16      Q.   Isn't it true that acting with Detective

17 Halvorsen you fabricated false police reports and

18 gave false information to prosecutors concealing

19 the fact that you had told Jaime Rios that he was

20 present at the scene and should just say that he

21 was there?

22      MR. LEINENWEBER:  Objection.  Form.

23 Foundation.

24



REYNALDO GUEVARA                                      March 27, 2023
RIOS vs GUEVARA                                                    57

```
 1   BY THE WITNESS:
 2        A.    Take the Fifth.
 3        MR. POLICK:  Join in the objections.
 4   BY MR. RICHARDS:
 5        Q.    Aren't you taking the Fifth as to that
 6   question because an answer to that question would
 7   incriminate you?
 8        A.    Take the Fifth.
 9        Q.    Isn't it true that together with
10   Detective Halvorsen you fabricated false police
11   reports and gave false information to prosecutors
12   concealing the fact that Mason used physical force
13   to coerce a confession from Jaime Rios?
14        MR. LEINENWEBER:  Objection.  Form.
15   Foundation.
16   BY THE WITNESS:
17        A.    Take the Fifth.
18        MR. POLICK:  Join in the objections.
19   BY MR. RICHARDS:
20        Q.    Aren't you taking the Fifth because
21   answering that question would incriminate you?
22        A.    Take the Fifth.
23        Q.    Isn't it true that you authored false
24   police reports and gave false information to
```



1  prosecutors where you concealed the fact that you

2  had coerced Luis Huertas to making the

3  identification of Jaime Rios?

4       MR. LEINENWEBER:  Objection.  Form.

5  Foundation.

6  BY THE WITNESS:

7       A.    Take the Fifth.

8       MR. POLICK:  Join in the objections.

9  BY MR. ROBERTS:

10      Q.    Aren't you taking the Fifth because

11 answering that question would incriminate you?

12      A.    Take the Fifth.

13      Q.    Isn't it true that you fabricated false

14 evidence by forcing Benjamin Carrero to falsely

15 testify that Jaime Rios had given him a gun and

16 said that he had just shot someone?

17      MR. LEINENWEBER:  Objection.  Form.

18 Foundation.

19 BY THE WITNESS:

20      A.    Take the Fifth.

21      MR. POLICK:  Join in the objections.

22 BY MR. ROBERTS:

23      Q.    Aren't you taking the Fifth Amendment as

24 to that question because an answer to that question



```
 1   would incriminate you?
 2        A.    Take the Fifth.
 3        Q.    Isn't it true that you authored false
 4   police reports and falsely concealed from
 5   prosecutors that you had coerced Huertas into
 6   providing this false testimony?
 7        MR. LEINENWEBER:  Objection.  Form.
 8   Foundation.
 9   BY THE WITNESS:
10        A.    Take the Fifth.
11        MR. POLICK:  Join in the objections.
12   BY MR. RICHARDS:
13        Q.    Aren't you taking the Fifth with respect
14   to that question because an answer to that question
15   would incriminate you?
16        A.    Take the Fifth.
17        Q.    Isn't it true that you concealed
18   exculpatory evidence from Jaime Rios and his trial
19   counsel by failing to reveal to anyone that
20   Cristino Garcia had provided Garcia with an alibi
21   for the date and time of the murder?
22        MR. LEINENWEBER:  Objection.  Form.
23   Foundation.
24
```



1  BY THE WITNESS:

2     A.   Take the Fifth.

3     MR. POLICK:  Join in the objections.

4  BY MR. RICHARDS:

5     Q.   Isn't it true that you are taking the

6  Fifth with respect to that question because the

7  answer to that question would incriminate you?

8     A.   Take the Fifth.

9     Q.   Isn't it true that you commenced the

10  prosecution of Jaime Rios by arresting him without

11  probable cause, interrogating him, generating false

12  police reports about him, giving prosecutors false

13  information about him, coercing witnesses to give

14  false statements about him, and by falsely

15  testifying against him at trial?

16     MR. LEINENWEBER:  Objection.  Form.

17  Foundation.

18  BY THE WITNESS:

19     A.   Take the Fifth.

20     MR. POLICK:  Join in the objections.

21  BY MR. RICHARDS:

22     Q.   Aren't you taking the Fifth Amendment

23  with respect to that question because answering

24  that question would tend to incriminate you?



```
1          A.    Take the Fifth.

2          Q.    Isn't it true that your actions played a

3   significant role in the commencement and

4   continuation of the prosecution of Jaime Rios?

5          MR. LEINENWEBER:  Objection.  Form.

6   Foundation.

7   BY THE WITNESS:

8          A.    Take the Fifth.

9          MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11         Q.    Isn't it true by commencing the

12  prosecution against Jaime Rios, arresting him,

13  interrogating him and testifying falsely against

14  him, you acted with malice towards him and you were

15  motivated by hostility or ill will?

16         MR. LEINENWEBER:  Objection.  Form.

17  Foundation.

18  BY THE WITNESS:

19         A.    Take the Fifth.

20         MR. POLICK:  Join in the objections.

21  BY MR. RICHARDS:

22         Q.    Isn't it true that you are invoking the

23  Fifth Amendment with respect to that question

24  because an answer to that question would tend to
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                 62

1    incriminate you?

2         A.    Take the Fifth.

3         Q.    Isn't it true that in particular you

4    were motivated by a general hostility towards

5    Hispanic suspects, particularly suspects of Mexican

6    origin as demonstrated by your pattern and practice

7    of instigating false charges against at least 50

8    suspects over the course of years?

9         MR. LEINENWEBER:  Objection.  Form.

10   Foundation.

11   BY THE WITNESS:

12        A.    Take the Fifth.

13        MR. POLICK:  Join in the objections.

14   BY MR. RICHARDS:

15        Q.    Aren't you taking the Fifth Amendment

16   with respect to that question because an answer to

17   that question would tend to incriminate you?

18        A.    Take the Fifth.

19        Q.    Isn't it true that on September 11,

20   1988, you coerced Samuel Perez into making a false

21   identification of Juan Johnson in a murder case?

22   Isn't that true?

23        MR. LEINENWEBER:  Objection.  Form.

24   Foundation.



```
1   BY THE WITNESS:

2       A.    Take the 5th.

3       MR. POLICK:  Join in the objections.

4   BY MR. RICHARDS:

5       Q.    Isn't it true that you are asserting the

6   Fifth Amendment as to that question because an

7   answer to that question would incriminate you?

8       A.    Take the Fifth.

9       Q.    Isn't it true that on July 22nd and

10  January 23rd of 1988, you beat Daniel Pena by

11  smacking him in the face and striking him between

12  the legs with a flashlight in order to extract a

13  false confession?

14      MR. LEINENWEBER:  Objection.  Form and

15  foundation.

16  BY THE WITNESS:

17      A.    Take the Fifth.

18      MR. POLICK:  Join in the objections.

19  BY MR. RICHARDS:

20      Q.    Aren't you taking the Fifth with respect

21  to that question because an answer to that question

22  would incriminate you?

23      A.    Take the Fifth.

24      Q.    Isn't it true that on August 22, 1990,
```



REYNALDO GUEVARA                                        March 27, 2023
RIOS vs GUEVARA                                                     64

1   you beat Jose Maysonet -- for the court reporter

2   that's spelled M-a-y-s-o-n-e-t, Jose common

3   spelling.

4            Isn't it true that you beat him by

5   placing a telephone book on various parts of his

6   body and striking the book with a flashlight?

7        MR. LEINENWEBER:  Objection.  Form.

8   Foundation.

9   BY THE WITNESS:

10       A.    Take the Fifth.

11       MR. POLICK:  Join in the objections.

12  BY MR. RICHARDS:

13       Q.    Aren't you taking the Fifth Amendment

14  with respect to that question because you --

15  because answering that question would incriminate

16  you?

17       A.    Take the Fifth.

18       Q.    Isn't it true that on October 5, 1993,

19  you coerced Efrain Sanchez - Efrain is spelled

20  E-f-r-a-i-n - to falsely identify David Colon as

21  the murderer during a lineup?

22       MR. LEINENWEBER:  Objection.  Form.

23  Foundation.

24



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                65

 1   BY THE WITNESS:

 2        A.    Take the Fifth.

 3        MR. POLICK:  Join in the objections.

 4   BY MR. RICHARDS:

 5        Q.    Isn't it true that you are taking the

 6   Fifth with respect to that question because an

 7   answer to that question would incriminate you?

 8        A.    Take the Fifth.

 9        Q.    Isn't it a fact that on October 5, 1993,

10   at 4724 South Springfield -- I'm sorry.  Strike

11   that.

12             Isn't it true that on October 5, 1993,

13   you coerced Julio Sanchez to falsely identify David

14   Colon as the murderer during a lineup?

15        MR. LEINENWEBER:  Objection to form.

16   Foundation.

17   BY THE WITNESS:

18        A.    Take the Fifth.

19        MR. RICHARDS:  Join in the objection?

20        MR. POLICK:  Oh, yes.  I join in those

21   objections.  Thank you.

22   BY MR. RICHARDS:

23        Q.    All right.  Isn't it true that you're

24   taking the Fifth with respect to that question



 1   because an answer to that question would

 2   incriminate you?

 3        A.    Take the Fifth.

 4        Q.    Isn't it true that in April of 1990, in

 5   the presence of Chicago Police Detective William

 6   Dorsch, spelled D-o-r-s-c-h, you suggested to an

 7   identification witness that he pick out the

 8   suspect's photo from an array.

 9        MR. LEINENWEBER:  Objection.  Form.

10   Foundation.

11   BY THE WITNESS:

12        A.    Take the Fifth.

13        MR. POLICK:  Join in the objections.

14   BY MR. RICHARDS:

15        Q.    Isn't it true that you're taking the

16   Fifth Amendment with respect to that question

17   because taking -- because taking -- because

18   answering the question would incriminate you?

19        A.    Take the Fifth.

20        Q.    Isn't it true that on April 3rd, 1998,

21   you beat Gabriel Solache, that's S-o-l-a-c-h-e,

22   with an open hand to his face breaking his eardrum

23   and coercing him to confess to a murder that he had

24   not committed?



```
1        MR. LEINENWEBER:  Objection.  Form and
2   foundation.
3   BY THE WITNESS:
4        A.   Take the Fifth.
5        MR. POLICK:  Join in the objections.
6   BY MR. RICHARDS:
7        Q.   Isn't it true that you're taking the
8   Fifth with respect to that question because an
9   answer to that question would incriminate you?
10       A.   Take the Fifth.
11       Q.   On April 3, 1998, isn't it true that you
12   slapped Artero Rios in the face and coerced him to
13   sign a false confession to a murder that he did not
14   commit?
15       MR. LEINENWEBER:  Objection.  Form.
16   Foundation.
17   BY THE WITNESS:
18       A.   Take the Fifth.
19       MR. POLICK:  Join in the objections.
20   BY MR. RICHARDS:
21       Q.   Aren't you taking the Fifth Amendment
22   with respect to that question because an answer to
23   that question would incriminate you?
24       A.   Take the Fifth.
```



 1       Q.   Isn't it true that on May 10, 1993, you
 2   slapped, choked, dosed with water and threatened to
 3   beat and kill David Velazquez and that you also
 4   drove him to a rival gang territory and threatened
 5   to strand him there in order that he give a false
 6   statement in a murder case?
 7       MR. LEINENWEBER:  Objection.  Form.
 8   Foundation.
 9   BY THE WITNESS:
10       A.   Take the Fifth.
11       MR. POLICK:  Join in the objections.
12   BY MR. RICHARDS:
13       Q.   Isn't it true that you're taking the
14   Fifth Amendment with respect to that question
15   because an answer to that question would
16   incriminate you?
17       A.   Take the Fifth.
18       Q.   Isn't it true that on June 14, 1997, you
19   attempted to coerce Ruth Antonetty, that's spelled
20   A-n-t-o-n-e-t-t-y, into making a false
21   identification of a suspect in a murder case?
22       MR. LEINENWEBER:  Objection.  Form.
23   Foundation.
24



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  69

```
 1   BY THE WITNESS:

 2        A.    Take the Fifth.

 3        MR. POLICK:  Join in the objections.

 4   BY MR. RICHARDS:

 5        Q.    Isn't it true that you're taking the

 6   Fifth Amendment with respect to that question

 7   because answering that question would incriminate

 8   you?

 9        A.    Take the Fifth.

10        Q.    Isn't it true that on June 13, 1997, you

11   attempted to coerce Debbie Daniels into making a

12   false identification of a suspect in a murder case?

13        MR. LEINENWEBER:  Objection.  Form.

14   Foundation.

15   BY THE WITNESS:

16        A.    Take the Fifth.

17        MR. POLICK:  Join in the objections.

18   BY MR. RICHARDS:

19        Q.    Aren't you taking the Fifth Amendment

20   with respect to that question because an answer to

21   that question would incriminate you?

22        A.    Take the Fifth.

23        Q.    Isn't it true that on June 13, 1997, you

24   attempted to coerce Maria Castro into making a
```



1  false identification of a suspect in a murder case?

2       MR. LEINENWEBER:  Objection.  Form.

3  Foundation.

4  BY THE WITNESS:

5       A.   Take the Fifth.

6       MR. POLICK:  Join in the objections.

7  BY MR. RICHARDS:

8       Q.   Isn't it true that you are taking the

9  Fifth with respect to that question because an

10  answer to that question would incriminate you?

11       A.   Take the Fifth.

12       Q.   Isn't it true that on May 14, 1993, you

13  coerced Carl Richmond to make a false

14  identification of Robert Vouto - that's spelled

15  V-o-u-t-o - as a murderer by threatening to charge

16  him if he did not?

17       MR. LEINENWEBER:  Objection.  Form.

18  Foundation.

19  BY THE WITNESS:

20       A.   Take the Fifth.

21       MR. POLICK:  Join in the objections.

22  BY MR. RICHARDS:

23       Q.   Isn't it true that you are taking the

24  Fifth with respect to that question because an



1  answer to that question would incriminate you?

2       A.    Take the Fifth.

3       Q.    Isn't it true that on September 30,

4  1989, you -- you coerced Jose Valendez to falsely

5  identify Emanuel Rivera as a shooter in a gang

6  related murder by threatening to change him if he

7  did not make the identification?

8       MR. LEINENWEBER:  Objection.  Form.

9  Foundation.

10  BY THE WITNESS:

11       A.    Take the Fifth.

12       MR. POLICK:  Join in the objections.

13  BY MR. RICHARDS:

14       Q.    Isn't it true that you are taking the

15  Fifth as to that question because an answer to that

16  question would incriminate you?

17       A.    Take the Fifth.

18       Q.    Isn't it true that on August 22, 1990,

19  you threatened Evelyn Diaz with reporting her to

20  DCFS in an attempt to falsely identify Juan Johnson

21  as a murderer?

22       MR. LEINENWEBER:  Objection.  Form.

23  Foundation.

24



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              72

```
 1   BY THE WITNESS:
 2        A.    Take the Fifth.
 3        MR. POLICK:  Join in the objections.
 4   BY MR. RICHARDS:
 5        Q.    Aren't you taking the Fifth with respect
 6   to that question because an answer to that question
 7   would tend to incriminate you?
 8        A.    Take the Fifth.
 9        Q.    Isn't it true that on February 6th,
10   1995, you told Luis Figueroa to falsely identify
11   Angel Diaz in a lineup as a murderer?
12        MR. LEINENWEBER:  Objection.  Form.
13   Foundation.
14   BY THE WITNESS:
15        A.    Take the Fifth.
16        MR. POLICK:  Join in the objections.
17   BY MR. RICHARDS:
18        Q.    Aren't you taking the -- aren't you
19   asserting the Fifth with respect to that question
20   because an answer to that question would tend to
21   incriminate you?
22        A.    Take the Fifth.
23        Q.    Isn't it true that on -- in January of
24   1991 you threatened to charge Wilfredo Rosario with
```



1  the murder or with conspiracy if Rosario did not

2  give false testimony in various murder cases?

3       MR. LEINENWEBER:  Objection.  Form.

4  Foundation.

5  BY THE WITNESS:

6       A.   Take the Fifth.

7       MR. POLICK:  Join in the objections.

8  BY MR. RICHARDS:

9       Q.   Isn't it true that you are asserting the

10  Fifth Amendment with respect to that question

11  because -- with respect to that question because an

12  answer to that question would incriminate you?

13       A.   Take the Fifth.

14       Q.   Isn't it true that in early July of 1997

15  you told Robert Luis to falsely identify the

16  Santiago brothers as murderers?

17       MR. LEINENWEBER:  Objection.  Form.

18  Foundation.

19  BY THE WITNESS:

20       A.   Take the Fifth.

21       MR. POLICK:  Join in the objections.

22  BY MR. RICHARDS:

23       Q.   Isn't it true that you have taken the

24  Fifth with respect to that question because an



1  answer to that question would tend to incriminate

2  you?

3       A.    Take the Fifth.

4       Q.    Isn't it true that on June 10, 1993, you

5  beat Timothy Rankin in order to get him to sign a

6  false statement in the case in the -- Armando

7  Serrano, Jose Montanez, and Jorge Pacheco cases?

8       MR. LEINENWEBER:  Objection.  Form.

9  Foundation.

10 BY THE WITNESS:

11      A.    Take the Fifth.

12      MR. RICHARDS:  Join in the objections?

13      MR. LEINENWEBER:  Yes.  Join in the

14 objections.

15 BY MR. RICHARDS:

16      Q.    Are you -- did you take the Fifth

17 Amendment with respect to that question because it

18 would tend to incriminate you?

19      A.    Take the Fifth.

20      Q.    Isn't it true that on April 3rd, 1998,

21 you punched Rosauro Mejia - that's spelled

22 R-o-s-a-u-r-o, Mejia is Ma -- M-e-j-i-a - in the

23 stomach and hit him in the face in order to

24 persuade him to give false testimony about Gabriel



1    Solache, Arturo Reyes and Adriana Mejia?

2         MR. LEINENWEBER:  Objection.  Form.

3    Foundation.

4    BY THE WITNESS:

5         A.    Take the Fifth.

6         MR. POLICK:  Join in the objections.

7    BY MR. RICHARDS:

8         Q.    Aren't you taking the Fifth with respect

9    to that question because an answer to that question

10   would tend to incriminate you?

11        A.    Take the Fifth.

12        Q.    Isn't it true that on April 3rd, 1998,

13   you pulled the hair of Adriana Mejia and hit her in

14   the back of the neck?

15        A.    Take the Fifth.

16        MR. LEINENWEBER:  Objection.  Form.

17   Foundation.  Sorry.  Go ahead.

18        MR. POLICK:  Join in the objections.

19   BY THE WITNESS:

20        A.    Take the Fifth.

21   BY MR. RICHARDS:

22        Q.    And are you taking the Fifth as to that

23   question because an answer to that question would

24   tend to incriminate you?



REYNALDO GUEVARA                                      March 27, 2023
RIOS vs GUEVARA                                                    76

1        A.    Take the Fifth.

2        Q.    Isn't it true that on December 13th,

3    1995, you threatened Gloria Ortiz Vordoy,

4    V-o-r-d-o-y, that her children will be sent to DCFS

5    unless she admitted to taking part in the shooting

6    and falsely testifying to her involvement?

7        MR. LEINENWEBER:  Objection.  Form.

8    Foundation.

9    BY THE WITNESS:

10       A.    Take the Fifth.

11       MR. POLICK:  Join in the objections.

12   BY MR. RICHARDS:

13       Q.    Isn't it true that you're taking the

14   Fifth with respect to that question because an

15   answer to that question would tend to incriminate

16   you?

17       A.    Take the Fifth.

18       Q.    Isn't is true that some time in 1990 you

19   threatened Rosa Bello to place her children in DCFS

20   unless she gave a false statement implementing Jose

21   Maysonet in a murder?

22       MR. LEINENWEBER:  Objection.  Form.

23   Foundation.

24



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  77

```
 1   BY THE WITNESS:
 2        A.    Take the Fifth.
 3        MR. POLICK:  Join in the objections.
 4   BY MR. RICHARDS:
 5        Q.    Isn't it true that you're taking the
 6   Fifth with respect to that question because an
 7   answer to that question would incriminate you?
 8        A.    Take the Fifth.
 9        Q.    Isn't it true that in January of 1999
10   you threatened Colleen Miller that if she not
11   falsely implicate David Gecht in a murder she would
12   be giving birth in jail?  Gecht is spelled
13   G-e-c-h-t.
14        MR. LEINENWEBER:  Objection.  Form.
15   Foundation.
16   BY THE WITNESS:
17        A.    Take the Fifth.
18        MR. POLICK:  Join in the objections.
19   BY MR. RICHARDS:
20        Q.    Isn't it true that you're taking the
21   Fifth with respect to that question because
22   answering that question would incriminate you?
23        A.    Take the Fifth.
24        Q.    Isn't it true on October 1st, 1989, you
```



1  threatened Virgilio Muniz that if he not identify

2  Manuel Rivera as the shooter in the murder of

3  Marlon Way, he would be going down for the murder?

4        MR. LEINENWEBER:  Objection.  Form.

5  Foundation.

6  BY THE WITNESS:

7        A.    Take the Fifth.

8        MR. POLICK:  Join in the objections.

9  BY MR. RICHARDS:

10       Q.    Isn't it true that you're refusing to

11  answer that question or asserting the Fifth because

12  answering that question would incriminate you?

13       A.    Take the Fifth.

14       Q.    Isn't it true that on May 11, 1999, you

15  threatened to raid Daniel Rodriquez's girlfriend's

16  house and falsely charge her with a crime?

17       MR. LEINENWEBER:  Objection.  Form.

18  Foundation.

19  BY THE WITNESS:

20       A.    Take the Fifth.

21       MR. POLICK:  Join in the objections.

22  BY MR. RICHARDS:

23       Q.    Isn't it true that you're taking the

24  Fifth Amendment with respect to that question



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                79

 1  because answering the question would incriminate

 2  you?

 3       A.    Take the Fifth.

 4       Q.    Isn't it true that on February 15, 1993,

 5  you slapped Lashurn Hunt on the face with an open

 6  hand in an effort to get him to confess?  Lashurn

 7  is being spelled L-a-s-h-u-r-n.  Hunt common

 8  spelling.  Isn't that true?

 9       MR. LEINENWEBER:  Objection.  Form.

10  Foundation.

11  BY THE WITNESS:

12       A.    Take the Fifth.

13       MR. POLICK:  Join in the objections.

14  BY MR. RICHARDS:

15       Q.    Isn't it true that you're taking the

16  Fifth Amendment with respect to that question

17  because answering the question would incriminate

18  you?

19       A.    Take the Fifth.

20       Q.    Isn't it true on June 8th or June 9th of

21  1993 you slapped Armando Serrano across the face

22  and hit him in the body in an attempt to get him to

23  falsely confess to a murder that he did not commit?

24       MR. LEINENWEBER:  Objection.  Form.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                80

1   Foundation.

2   BY THE WITNESS:

3       A.    Take the Fifth.

4       MR. POLICK:  Join in the objections.

5   BY MR. RICHARDS:

6       Q.    Isn't it true that you're refusing to

7   answer that question because answering that

8   question would incriminate you?

9       A.    Take the Fifth.

10      Q.    Isn't it true that on April 23, 1989,

11  you forced Victor Verez to make a false confession

12  to the murder of Edwin Castaneda?

13      MR. LEINENWEBER:  Objection.  Form.

14  Foundation.

15  BY THE WITNESS:

16      A.    Take the Fifth.

17      MR. POLICK:  Join in the objections.

18  BY MR. RICHARDS:

19      Q.    Aren't you taking the Fifth Amendment

20  with respect to that question because answering

21  that question would incriminate you?

22      A.    Take the Fifth.

23      Q.    Isn't it true that on February 21st to

24  22nd of 1981 you threatened David Rivera that if he



1   did not confess, he would serve 40 to 50 years in

2   prison but he would only serve 7 if he did?

3        MR. LEINENWEBER:  Objection.  Form.

4   Foundation.

5   BY THE WITNESS:

6        A.    Take the Fifth.

7        MR. POLICK:  Join in the objections.

8   BY MR. RICHARDS:

9        Q.    Isn't it true that you're taking the

10  Fifth with respect to that question because

11  answering that question would incriminate you?

12       A.    I take the Fifth.

13       Q.    Isn't it true that on October 5, 1993,

14  that you told Elizer - Elizer is spelled

15  E-l-i-z-e-r, Causado that if he gave a statement

16  that he would be able to see his family again?

17       MR. LEINENWEBER:  Objection.  Form.

18  Foundation.

19  BY THE WITNESS:

20       A.    Take the Fifth.

21       MR. POLICK:  Join in the objections.

22  BY MR. RICHARDS:

23       Q.    Isn't it true that you're taking the

24  Fifth Amendment with respect to that question



 1   because if you answered that question, it would
 2   incriminate you?
 3        A.    Take the Fifth.
 4        Q.    Isn't it true that on May 18, 2000 --
 5   May -- I'm sorry, May 18, 2007, you beat and
 6   slapped Voytek Demvski and coerced him to sign a
 7   false confession?  Voytek Demvski spelled
 8   V-o-y-t-e-k, Demvski, D-e-m-v-s-k-i.
 9        MR. LEINENWEBER:  Objection.  Form.
10   Foundation.
11   BY THE WITNESS:
12        A.    Take the Fifth.
13        MR. POLICK:  Join in the objections.
14   BY MR. RICHARDS:
15        Q.    Isn't it true that you're refusing to
16   answer that question and invoking the Fifth
17   Amendment because answering the question would
18   incriminate you?
19        A.    Take the Fifth.
20        MR. LEINENWEBER:  Hey, Steve, can we take a
21   five-minute break?
22        MR. RICHARDS:  Five minutes is fine.  My voice
23   is about to give out anyway.  That's great.
24        THE VIDEOGRAPHER:  The time off the record is



```
 1    11:31.
 2                    (WHEREUPON, a recess was had.)
 3         THE VIDEOGRAPHER:  We are now back on the
 4    record at 11:37.
 5    BY MR. RICHARDS:
 6         Q.    Detective Guevara, in June of 1992 isn't
 7    it true that you pursuaded Francisco Vicente to
 8    testify falsely against Armando Serrano, Jorge
 9    Pacheco and Jose Montanez?
10         MR. LEINENWEBER:  Objection.  Form.
11    Foundation.
12    BY THE WITNESS:
13         A.    Take the Fifth.
14         MR. POLICK:  Join in the objections.
15    BY MR. RICHARDS:
16         Q.    Isn't it true that you're taking the
17    Fifth with respect to that question because an
18    answer to that question would incriminate you?
19         A.    Take the Fifth.
20         Q.    Isn't it true that in 1988 and then
21    again in 1991 you wrongfully arrested Jorge
22    Laureano, spelled L-a-u-r-e-a-n-o, for a murder
23    which Laureano had an alibi and attempted to frame
24    him for the murder of Jose Hernandez?
```



REYNALDO GUEVARA                                   March 27, 2023
RIOS vs GUEVARA                                                84

1        MR. LEINENWEBER:  Objection.  Form.

2   Foundation.

3   BY THE WITNESS:

4        A.   Take the Fifth.

5        MR. POLICK:  Join in the objections.

6   BY MR. RICHARDS:

7        Q.   Isn't it true that you answered that

8   question -- that you invoked the Fifth Amendment

9   because invoking the Fifth Amendment -- I'm sorry,

10  because answering that question would incriminate

11  you?

12       A.   Take the Fifth.

13       Q.   Isn't it true that on May 10, 1991, you

14  chained David Valesquez to a pole, hit him with a

15  flashlight, threatened to charge him with murder,

16  inducing him to falsely identify Daniel Rodriquez

17  as the murderer of Jose Hernandez?  Isn't that

18  true?

19       MR. LEINENWEBER:  Objection.  Form.

20  Foundation.

21  BY THE WITNESS:

22       A.   Take the Fifth.

23       MR. POLICK:  Join in the objections.

24  BY MR. RICHARDS:



REYNALDO GUEVARA
RIOS vs GUEVARA

March 27, 2023
85

```
 1        Q.    Aren't you asserting the Fifth Amendment
 2   with respect to that question because answering the
 3   question would incriminate you?
 4        A.    Take the Fifth.
 5        Q.    Isn't it true that on March 21st of 1994
 6   you struck Adrian Duta, spelled D-u-t-a, in the
 7   head with a folder and punched him in the stomach
 8   coercing him into confessing to a murder?
 9        MR. LEINENWEBER:  Objection.  Form.
10   Foundation.
11   BY THE WITNESS:
12        A.    Take the Fifth.
13        MR. POLICK:  Join in the objections.
14   BY MR. RICHARDS:
15        Q.    Isn't it true that you invoke the Fifth
16   Amendment with respect to that question because
17   answering the question would incriminate you?
18        A.    Take the Fifth.
19        Q.    Isn't it true that on May 8, 1992, you
20   forcibly pushed Annie Turner off a bus, struck her
21   across the nose while wearing a bracelet and called
22   her a bitch and the N word?
23        MR. LEINENWEBER:  Objection.  Form.
24   Foundation.
```



1   BY THE WITNESS:

2       A.    Take the Fifth.

3       MR. POLICK:  Join in the objections.

4   BY MR. RICHARDS:

5       Q.    Didn't you take the Fifth with respect

6   to that question because answering that question

7   would incriminate you?

8       A.    Take the Fifth.

9       Q.    Isn't it true that on July 29, 1993, you

10  forced Adolfo Frias, that's spelled F-r-i-a-s, to

11  make a false confession by hitting him in the face

12  multiple times while another detective hit him in

13  the stomach and another detective placed a foot on

14  his genitals and threatened to send his wife to

15  prison?

16      MR. LEINENWEBER:  Objection.  Form.

17  Foundation.

18  BY THE WITNESS:

19      A.    Take the Fifth.

20      MR. POLICK:  Join in the objections.

21  BY MR. RICHARDS:

22      Q.    Isn't it true that on May 23rd, 1995,

23  you suggested to Jose Melendez that he falsely

24  identify Armando Serrano?



```
 1        MR. LEINENWEBER:  Objection.  Form.

 2   Foundation.

 3   BY THE WITNESS:

 4        A.    Take the Fifth.

 5        MR. POLICK:  Join in the objections.

 6   BY MR. RICHARDS:

 7        A.    Isn't it true that on January 29, 1999,

 8   you physically abused David Jecht, J-e-c-h-t, and

 9   forced him to give a false confession?

10        MR. LEINENWEBER:  Objection.  Form.

11   Foundation.

12   BY THE WITNESS:

13        A.    Take the Fifth.

14        MR. POLICK:  Join in the objections.

15   BY MR. RICHARDS:

16        Q.    Have you reviewed your trial testimony

17   given in the case of People vs. Felix DeJesus and

18   Efrain Morales in 1984?

19        MR. LEINENWEBER:  Objection.  Form.

20   Foundation.

21   BY THE WITNESS:

22        A.    Take the Fifth.

23        MR. POLICK:  Join in the objections.

24   BY MR. RICHARDS:
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  88

1          Q.    Isn't it true that you're asserting the
2    Fifth with respect to that question because
3    answering the question would incriminate you?
4          A.    Take the Fifth.
5          Q.    Isn't it true that you caused witnesses
6    to falsely identify Felix DeJesus in the case of
7    People v. Felix DeJesus and Efrain Morales?
8          MR. LEINENWEBER:    Objection.    Form.
9    Foundation.
10   BY THE WITNESS:
11         A.    Take the Fifth.
12         MR. POLICK:    Join in the objections.
13   BY MR. RICHARDS:
14         Q.    Aren't you taking the Fifth with respect
15   to that question because an answer to that question
16   would incriminate you?
17         A.    Take the Fifth.
18         Q.    Isn't it true that you caused witnesses
19   to falsely identify Efrain Morales in the case of
20   People v. Felix DeJesus and Efrain Morales?
21         MR. LEINENWEBER:    Objection.    Form.
22   Foundation.
23   BY THE WITNESS:
24         A.    Take the Fifth.



```
 1        MR. POLICK:  Join in the objections.
 2   BY MR. RICHARDS:
 3        Q.   Isn't it true that you're taking the
 4   Fifth with respect to that question because
 5   answering that question would incriminate you?
 6        A.   Take the Fifth.
 7        Q.   Isn't it true that you committed perjury
 8   when you testified at the trial of Felix DeJesus?
 9        A.   Take the Fifth.
10        MR. LEINENWEBER:  Objection.  Form.
11   Foundation.
12   BY THE WITNESS:
13        A.   Take the Fifth.
14        MR. POLICK:  Join in the objections.
15   BY MR. RICHARDS:
16        Q.   Isn't it true that you took the Fifth
17   with respect to that question because answering the
18   question would incriminate you?
19        A.   Take the Fifth.
20        Q.   Isn't it true that you lied under oath
21   when you testified in the case of People v. Felix
22   DeJesus?
23        MR. LEINENWEBER:  Objection.  Form.
24   Foundation.
```



1  BY THE WITNESS:

2       A.    Take the Fifth.

3       MR. POLICK:  Join in the objections.

4  BY MR. RICHARDS:

5       Q.    Isn't it true that you took the Fifth

6  Amendment just now because if you answered that

7  question you would -- it would incriminate you?

8       A.    Take the Fifth.

9       Q.    Isn't it true that you committed perjury

10 when you testified in the trial of Efrain Morales?

11      MR. LEINENWEBER:  Objection.  Form.

12 Foundation.

13 BY THE WITNESS:

14      A.    Take the Fifth.

15      MR. POLICK:  Join in the objections.

16 BY MR. RICHARDS:

17      Q.    Isn't it true that you asserted the

18 Fifth Amendment as to that question just asked

19 because if you had answered the question, you would

20 incriminate yourself?

21      A.    Take the Fifth.

22      Q.    Isn't it true that you intentionally

23 blamed Felix DeJesus for a crime that he did not

24 commit?



1        MR. LEINENWEBER:  Objection.  Form.

2   Foundation.

3   BY THE WITNESS:

4        A.    Take the Fifth.

5        MR. POLICK:  Join in the objections.

6   BY MR. RICHARDS:

7        Q.    Isn't it true that you took the Fifth

8   with respect to that question because an answer to

9   that question would incriminate you?

10       A.    Take the Fifth.

11       Q.    Isn't it true that you intentionally

12  framed Efrain Morales for a crime that he did not

13  commit?

14       A.    Take the Fifth.

15       MR. LEINENWEBER:  Objection.  Form.

16  Foundation.

17  BY THE WITNESS:

18       A.    Take the Fifth.

19       MR. POLICK:  Join in the objections.

20  BY MR. RICHARDS:

21       Q.    Isn't it true that you took the Fifth

22  Amendment with respect to that question because

23  answering the question would have incriminated you?

24       A.    Take the Fifth.



1      Q.   Isn't it true that you fraudulently

2   concealed exculpatory evidence in the case of

3   People v. Felix DeJesus?

4      MR. LEINENWEBER:  Objection.  Form.

5   Foundation.

6   BY THE WITNESS:

7      A.   Take the Fifth.

8      MR. POLICK:  Join in the objections.

9   BY MR. RICHARDS:

10     Q.   Isn't it true that you asserted the

11  Fifth with respect to that question because an

12  answer to that question would incriminate you?

13     A.   Take the Fifth.

14     Q.   Isn't it true that you fraudulently

15  concealed exculpatory evidence in the case of

16  Efrain Morales?

17     A.   Take the Fifth.

18     MR. RICHARDS:  Join in the objection?

19     MR. POLICK:  Yes.

20  BY MR. RICHARDS:

21     Q.   And isn't it true that you asserted the

22  Fifth with respect to that question because

23  answering that question would have incriminated

24  you?



1     A.    Take the Fifth.

2     Q.    Have you reviewed your trial testimony

3  given in the case of People vs. Juan and Henry

4  Johnson given on July 12, 1991?

5     MR. LEINENWEBER:  Objection.  Form.

6  Foundation.

7  BY THE WITNESS:

8     A.    Take the Fifth.

9     MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11     Q.    Did you assert the Fifth Amendment with

12  respect to that question because answering the

13  question would incriminate you?

14     A.    Take the Fifth.

15     Q.    Have you reviewed your trial testimony

16  given the case of People vs. Juan Johnson given on

17  February 23rd of 2004?

18     A.    Take the Fifth.

19     Q.    And did you -- and did you -- isn't it

20  true that you took the Fifth with respect to that

21  question because answering that question would have

22  incriminated you?

23     A.    Take the Fifth.

24     Q.    Have you reviewed your trial testimony



1   given in the case of Juan Johnson vs. Reynaldo

2   Guevara in 20009?

3          MR. LEINENWEBER:  Objection.  Form.

4   Foundation.

5   BY THE WITNESS:

6          A.    Take the Fifth.

7          MR. POLICK:  Join in the objections.

8   BY MR. RICHARDS:

9          Q.    Isn't it true that you are taking the

10  Fifth Amendment with respect to that question

11  because answering that question would incriminate

12  you?

13         A.    Take the Fifth.

14         Q.    Did you review your deposition testimony

15  given on March 9, 2007, in the case of Juan Johnson

16  vs. Reynaldo Guevara?

17         MR. LEINENWEBER:  Objection.  Form.

18  Foundation.

19  BY THE WITNESS:

20         A.    Take the Fifth.

21         MR. POLICK:  Join in the objections.

22  BY MR. RICHARDS:

23         Q.    Isn't it true that you asserted the

24  Fifth Amendment with respect to that question



```
 1   because answering the question would have
 2   incriminated you?
 3        A.    Take the Fifth.
 4        Q.    Isn't it true that you committed perjury
 5   when you testified at the trial of People vs. Juan
 6   and Henry Johnson?
 7        MR. LEINENWEBER:  Object to form.  Foundation.
 8   BY THE WITNESS:
 9        A.    Take the Fifth.
10        MR. POLICK:  Join in the objections.
11   BY MR. RICHARDS:
12        Q.    Isn't it true that you took the Fifth
13   Amendment to that question because answering the
14   question would have incriminated you?
15        A.    Take the Fifth.
16        Q.    Isn't it true that you lied under oath
17   when you testified in the case of People vs. Juan
18   Johnson on February 23, 2004?
19        MR. LEINENWEBER:  Objection.  Form.
20   Foundation.
21   BY THE WITNESS:
22        A.    Take the Fifth.
23        MR. POLICK:  Join in the objections.
24   BY MR. RICHARDS:
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  96

1        Q.    Isn't it true that you refused to answer

2   that question and took the Fifth because answering

3   the question would have incriminated you?

4        A.    Take the Fifth.

5        Q.    Isn't it true that you caused witnesses

6   to falsely identify Henry Johnson in the case of

7   People vs. Juan and Henry Johnson?

8        MR. LEINENWEBER:  Objection.  Form.

9   Foundation.

10  BY THE WITNESS:

11       A.    Take the Fifth.

12       MR. POLICK:  Join in the objections.

13  BY MR. RICHARDS:

14       Q.    Isn't is it true that you asserted the

15  Fifth Amendment as to that question because

16  answering that question would have incriminated

17  you?

18       A.    Take the Fifth.

19       Q.    Isn't it true that you caused witnesses

20  to falsely identify Henry Johnson in the case of

21  People vs. Juan and Henry Johnson?

22       MR. LEINENWEBER:  Objection.  Form.

23  Foundation.

24



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                             97

```
 1    BY THE WITNESS:

 2         A.    Take the Fifth.

 3         MR. RICHARDS:  I assume that the objection is

 4    joined in?

 5         MR. POLICK:  Yes.

 6    BY MR. RICHARDS:

 7         Q.    And isn't it true that you took the

 8    Fifth with respect to that question because

 9    answering the question would have incriminated you?

10         A.    Take the Fifth.

11         Q.    Isn't it true that you intentionally

12    framed Henry Johnson for a crime that he did not

13    commit?

14         A.    Take the 5th.

15         MR. POLICK:  Join in the objections.

16    BY MR. RICHARDS:

17         Q.    Isn't it true that you took the -- that

18    you took the Fifth Amendment just now because had

19    you answered the questions, you would have

20    incriminated yourself?

21         A.    Take the Fifth.

22         Q.    Isn't it true that you fraudulently

23    concealed exculpatory information in the case of

24    Henry Johnson?
```



1        A.    Take the Fifth.

2        MR. POLICK:  Join in the objections.

3   BY MR. RICHARDS:

4        Q.    Isn't it true that you just -- you took

5   the Fifth with respect to that question because

6   answering that question would have incriminated

7   you?

8        A.    Take the Fifth.

9        Q.    Isn't it true that you manufactured

10  evidence in order to frame Angel Diaz for the 1995

11  murder of Yolanda Leal?  That's spelled L-e-a-l.

12       MR. LEINENWEBER:  Objection.  Form.

13  Foundation.

14  BY THE WITNESS:

15       A.    Take the Fifth.

16       MR. POLICK:  Join in the objections.

17  BY MR. RICHARDS:

18       Q.    Isn't it true that when you took over

19  the -- I'm sorry.  Didn't you assert the Fifth

20  Amendment with respect to that last question

21  because had you answered the question, it would

22  have incriminated you?

23       A.    Take the Fifth.

24       Q.    When you took over the Yolanda Leal



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  99

1    murder investigation, isn't it true that you

2    learned that occurrence witness Luis Figueroa told

3    the first responding officer that he had not seen

4    who shot Yolanda Leal?

5        MR. LEINENWEBER:  Objection.  Form.

6    Foundation.

7    BY THE WITNESS:

8        A.   Take the Fifth.

9        MR. POLICK:  Join in the objections.

10   BY MR. RICHARDS:

11       Q.   Isn't it true that you're taking the

12   Fifth with respect to that question because

13   answering the question would have incriminated you?

14       A.   Take the Fifth.

15       Q.   Isn't it true that during that

16   investigation you learned that Luis Figueroa was

17   Yolanda Leal's boyfriend?

18       MR. LEINENWEBER:  Objection.  Form.

19   Foundation.

20   BY THE WITNESS:

21       A.   Take the Fifth.

22       MR. POLICK:  Join in the objections.

23   BY MR. RICHARDS:

24       Q.   Isn't it true that you refused to answer



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              100

1   the last question on the grounds of the Fifth

2   Amendment because you knew that if you answered the

3   question, you would incriminate yourself?

4        A.   Take the Fifth.

5        Q.   Isn't it true that when you took over

6   the investigation, you learned that Luis Figueroa

7   told the first responding officer that he did not

8   get a good look at the car that the shooter was in?

9        MR. LEINENWEBER:  Objection.  Form.

10  Foundation.

11  BY THE WITNESS:

12       A.   Take the Fifth.

13       MR. POLICK:  Join in the objections.

14  BY MR. RICHARDS:

15       Q.   Isn't it true that you took the Fifth

16  Amendment with respect to that question because had

17  you answered that question, you would have

18  incriminated yourself?

19       A.   Take the Fifth.

20       Q.   Wasn't it true that when you took over

21  the investigation, you learned that the description

22  of the car given to the first responding officer by

23  Luis Figueroa was limited to a small to midsize

24  auto, possibly light color, tinted windows,



REYNALDO GUEVARA                                      March 27, 2023
RIOS vs GUEVARA                                                  101

1  possibly a two door no further description?

2       A.    Take the Fifth.

3       MR. LEINENWEBER:  Objection.  Form.

4  Foundation.

5  BY THE WITNESS:

6       A.    Take the Fifth.

7       MR. POLICK:  Join in the objections.

8  BY MR. RICHARDS:

9       Q.    Isn't it true that you asserted the

10 Fifth Amendment with respect to that question

11 because answering that question would incriminate

12 you?

13      A.    Take the Fifth.

14      Q.    Isn't it true that you fabricated a more

15 detailed description of the car and attributed that

16 description to Luis Figueroa?

17      MR. LEINENWEBER:  Objection.  Form.

18 Foundation.

19 BY THE WITNESS:

20      A.    Take the Fifth.

21      MR. POLICK:  Join in the objections.

22 BY MR. RICHARDS:

23      Q.    Isn't it true that you asserted the

24 Fifth as to that question because answering the



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                 102

```
 1  question would have incriminated you?
 2       MR. LEINENWEBER:  Objection.  Form.
 3  Foundation.
 4  BY THE WITNESS:
 5       A.   Take the Fifth.
 6  BY MR. RICHARDS:
 7       Q.   Isn't it true that you fabricated a
 8  description of the car which evolved from small to
 9  midsize and possibly light colored to dark green
10  Chevy Bonneville?
11       MR. LEINENWEBER:  Objection.  Form.
12  Foundation.
13  BY THE WITNESS:
14       A.   Take the Fifth.
15       MR. POLICK:  Join in the objections.
16  BY MR. RICHARDS:
17       Q.   Isn't it true that you did this because
18  you knew you could connect Angel Diaz to a dark
19  green Chevy Bonneville?
20       MR. LEINENWEBER:  Objection.  Form.
21  Foundation.
22  BY THE WITNESS:
23       A.   Take the Fifth.
24       MR. POLICK:  Join in the objections.
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                103

1   BY MR. RICHARDS:

2        Q.    Isn't it true that you took the Fifth as

3   to that question because answering that question

4   would have incriminated you?

5        A.    Take the Fifth.

6        Q.    Isn't it true that you were familiar

7   with Angel Diaz prior to the 1995 murder of Yolanda

8   Leal?

9        MR. LEINENWEBER:  Objection.  Form.

10  Foundation.

11  BY THE WITNESS:

12       A.    Take the Fifth.

13       MR. POLICK:  Join in the objections.

14  BY MR. RICHARDS:

15       Q.    Isn't it true that you took the Fifth

16  with respect to that question because an answer to

17  that question would have incriminated you?

18       A.    Take the Fifth.

19       Q.    Isn't it true that you wanted to take

20  down Angel Diaz?

21       MR. LEINENWEBER:  Objection.  Form.

22  Foundation.

23  BY THE WITNESS:

24       A.    Take the Fifth.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              104

1        MR. POLICK:  Join in the objections.

2    BY MR. RICHARDS:

3        Q.   Isn't it true that you took the Fifth

4    with respect to that question because an answer to

5    that question would have incriminated you?

6        A.   Take the Fifth.

7        Q.   Isn't it true that the murder of Yolanda

8    Leal provided you with the opportunity to frame

9    Angel Diaz?

10       MR. LEINENWEBER:  Objection.  Form.

11   Foundation.

12   BY THE WITNESS:

13       A.   Take the Fifth.

14       MR. POLICK:  Join in the objections.

15   BY MR. RICHARDS:

16       Q.   Isn't it true that you took the Fifth

17   with respect to that question because an answer to

18   that question would have incriminated you?

19       A.   Take the Fifth.

20       Q.   Isn't it true that you knew that Angel

21   Diaz did not murder Yolanda Leal?

22       MR. LEINENWEBER:  Objection.  Form.

23   Foundation.

24



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                105

```
1   BY THE WITNESS:

2        A.    Take the Fifth.

3        MR. RICHARDS:  Join in the objections.

4   BY MR. RICHARDS:

5        Q.    Isn't it true that you asserted the

6   Fifth Amendment with respect to that question

7   because an answer to that question would have

8   incriminated you?

9        A.    Take the Fifth.

10       Q.    Isn't it true that you used Yolanda

11  Leal's parents, Willie and Jackie Leal, to

12  manipulate evidence?

13       MR. LEINENWEBER:  Objection.  Form.

14  Foundation.

15  BY THE WITNESS:

16       A.    Take the Fifth.

17       MR. POLICK:  Join in the objections.

18  BY MR. RICHARDS:

19       Q.    Isn't it true that you asserted the

20  Fifth Amendment with respect to that question

21  because answering that question would have

22  incriminated you?

23       A.    Take the Fifth.

24       Q.    On February 4, 1990 -- isn't it true
```



REYNALDO GUEVARA                                        March 27, 2023
RIOS vs GUEVARA                                                    106

1    that on February 4, 1995, you went to the home of

2    the Leal family and lied to Leal about who killed

3    his daughter?

4         MR. LEINENWEBER:  Objection.  Form.

5    Foundation.

6    BY THE WITNESS:

7         A.    Take the Fifth.

8         MR. POLICK:  Join in the objections.

9    BY MR. RICHARDS:

10        Q.    Isn't it true that you asserted the

11   Fifth Amendment with respect to that question

12   because answering the question would have

13   incriminated you?

14        A.    Take the Fifth.

15        Q.    Isn't it true that you told Willie and

16   Jackie Leal that Angel Diaz had killed their

17   daughter Yolanda?

18        MR. LEINENWEBER:  Objection.  Form.

19   Foundation.

20   BY THE WITNESS:

21        A.    Take the Fifth.

22        MR. POLICK:  Join in the objections.

23   BY MR. RICHARDS:

24        Q.    Didn't you take the Fifth Amendment with



1   respect to that question because you knew that an

2   answer to that question would incriminate you?

3        A.    Take the Fifth.

4        Q.    Isn't it true that you knew Luis

5   Figueroa and Angel Diaz had known one another for a

6   long time?

7        MR. LEINENWEBER:  Objection.  Form.

8   Foundation.

9   BY THE WITNESS:

10       A.    Take the Fifth.

11       MR. POLICK:  Join in the objections.

12  BY MR. RICHARDS:

13       Q.    Isn't it true that you take the -- took

14  the Fifth with respect to that question because an

15  answer to that question would have incriminated

16  you?

17       A.    Take the Fifth.

18       Q.    Isn't it true that you knew Luis

19  Figueroa and Angel Diaz had attended Bernhardt Moos

20  Elementary School together?

21       MR. LEINENWEBER:  Objection.  Form.

22  Foundation.

23  BY THE WITNESS:

24       A.    Take the Fifth.



REYNALDO GUEVARA                                      March 27, 2023
RIOS vs GUEVARA                                                  108

1      MR. POLICK:  Join in the objections.

2  BY MR. RICHARDS:

3      Q.   Isn't it true that you took the Fifth

4  Amendment with respect to that question because you

5  knew an answer would incriminate you?

6      A.   Much take the Fifth.

7      Q.   Isn't it true that you knew that Luis

8  Figueroa and Angel Diaz had attended Roberto

9  Clemente Community Academy together?

10     MR. LEINENWEBER:  Objection.  Form.

11  Foundation.

12  BY THE WITNESS:

13     A.   Take the Fifth.

14     MR. POLICK:  Join in the objections.

15  BY MR. RICHARDS:

16     Q.   Isn't it true that you asserted the

17  Fifth Amendment with respect to that question

18  because you knew that answering the question would

19  incriminate you?

20     A.   Take the Fifth.

21     Q.   Isn't it true that you knew that Luis

22  Figueroa was a member of the Spanish Cobras gang

23  and that Angel Diaz was a member of the Maniac

24  Latin Disciples?



1        MR. LEINENWEBER:  Objection.  Form.

2    Foundation.

3    BY THE WITNESS:

4        A.    Take the Fifth.

5        MR. POLICK:  Join in the objections.

6    BY MR. RICHARDS:

7        Q.    Didn't you answer -- didn't you take the

8    Fifth with respect to that question because you

9    knew that an answer to the question would

10   incriminate you?

11       A.    Take the Fifth.

12       Q.    Isn't it true that you knew that the

13   Spanish Cobras and Latin Disciples were at a war at

14   the time of the shooting of Yolanda Leal?

15       MR. LEINENWEBER:  Objection.  Form.

16   Foundation.

17   BY THE WITNESS:

18       A.    Take the Fifth.

19       MR. POLICK:  Join in the objections.

20   BY MR. RICHARDS:

21       Q.    Isn't it true that you took the Fifth

22   Amendment with respect to that question because you

23   knew that an answer would incriminate you?

24       A.    Take the Fifth.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              110

```
 1        Q.    Isn't it true that you used the war

 2   between the Cobras and the Latin Disciples to frame

 3   Angel Diaz?

 4        MR. LEINENWEBER:  Objection.  Form.

 5   Foundation.

 6   BY THE WITNESS:

 7        A.    Take the Fifth.

 8        MR. LEINENWEBER:  Join in the objection.

 9   BY MR. RICHARDS:

10        Q.    Didn't you take the Fifth with respect

11   to that question because answering the question

12   would have incriminated you?

13        A.    Take the Fifth.

14        Q.    Isn't it true that you planted Angel's

15   name in Willie Leal's head knowing that Willie Leal

16   would tell Luis Figueroa that Angel Diaz was the

17   shooter?

18        MR. LEINENWEBER:  Objection.  Form.

19   Foundation.

20   BY THE WITNESS:

21        A.    Take the Fifth.

22        MR. POLICK:  Join in the objections.

23   BY MR. RICHARDS:

24        Q.    Isn't it true that you took the Fifth
```



1  with respect to that question because answering the

2  question would have incriminated you?

3        A.    Take the Fifth.

4        Q.    Isn't it true that you used Willie Leal

5  to convince Luis Figueroa that Angel Diaz was the

6  shooter?

7        MR. LEINENWEBER:  Objection.  Form.

8  Foundation.

9  BY THE WITNESS:

10        A.    Take the Fifth.

11        MR. POLICK:  Join in the objections.

12  BY MR. RICHARDS:

13        Q.    Isn't it true that you asserted the

14  Fifth Amendment with respect to that question

15  because an answer to that question would have

16  incriminated you?

17        A.    Take the Fifth.

18        Q.    Isn't it true that you conducted a photo

19  array on January 5, 1995, in the course of the

20  Yolanda Leal murder investigation?

21        MR. LEINENWEBER:  Objection.  Form.

22  Foundation.

23  BY THE WITNESS:

24        A.    Take the Fifth.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              112

1        MR. POLICK:  Join in the objections.

2   BY MR. RICHARDS:

3        Q.    Didn't you -- didn't you assert the

4   Fifth Amendment with respect to that question

5   because you knew that answering the question would

6   incriminate you?

7        A.    Take the Fifth.

8        Q.    Isn't it true that at the photo array

9   you laid out six photos, one depicting Angel Diaz?

10       MR. LEINENWEBER:  Objection.  Form.

11   Foundation.

12   BY THE WITNESS:

13       A.    Take the Fifth.

14       MR. POLICK:  Join in the objections.

15   BY MR. RICHARDS:

16       Q.    Isn't it true that -- isn't it true that

17   you asked -- I'm sorry.  Isn't it true that you

18   answered the last question by asserting the Fifth

19   Amendment because answering the question would

20   incriminate you?

21       A.    Take the Fifth.

22       MR. RICHARDS:  Okay.  I think that I'll need

23   to take maybe a five-minute break, or we can take

24   longer if anybody wants.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              113

1       MR. LEINENWEBER:  Five minutes is good.

2       THE VIDEOGRAPHER:  Off the record at 12:05.

3               (WHEREUPON, a recess was had.)

4       THE VIDEOGRAPHER:  We are now back on the

5   record at 12:12.

6   BY MR. RICHARDS:

7       Q.    All right.  Detective, you are aware

8   you're still under oath.

9               Talking about the photo array and

10  January 5th of 1995, isn't it true that after you

11  asked Luis Figueroa whether he recognized anyone,

12  Luis Figueroa said that he knew Angel Diaz?  Isn't

13  that true?

14      MR. LEINENWEBER:  Objection.  Form.

15  Foundation.

16  BY THE WITNESS:

17      A.    Take the Fifth.

18      MR. POLICK:  Join in the objection.

19  BY MR. RICHARDS:

20      Q.    Isn't it true that you took the Fifth

21  Amendment as to that question because answering

22  that question would have incriminated you?

23      A.    Take the Fifth.

24      Q.    Isn't it true that you changed Luis's



1  statement that he knew Angel into an identification

2  of Angel as the shooter?  Isn't that true?

3       MR. LEINENWEBER:  Objection.  Form.

4  Foundation.

5  BY THE WITNESS:

6       A.   Take the Fifth.

7       MR. POLICK:  Join in the objections.

8  BY MR. RICHARDS:

9       Q.   Isn't it true that you asserted the

10 Fifth Amendment as to that question because

11 answering the question would have incriminated you?

12      A.   Take the Fifth.

13      Q.   Isn't it true that you had Willie Leal

14 present at the photo array?

15      MR. LEINENWEBER:  Objection.  Form.

16 Foundation.

17 BY THE WITNESS:

18      A.   Take the Fifth.

19      MR. POLICK:  Join in the objections.

20 BY MR. RICHARDS:

21      Q.   Isn't it true that you took the Fifth

22 Amendment as to that question because answering the

23 question would have incriminated you?

24      A.   Take the Fifth.



REYNALDO GUEVARA                                          March 27, 2023
RIOS vs GUEVARA                                                       115

1       Q.   Isn't it true that Luis Figueroa failed

2   to identify Angel Diaz as the shooter at the photo

3   array?

4       MR. LEINENWEBER:   Objection.   Form.

5   Foundation.

6   BY THE WITNESS:

7       A.    Take the Fifth.

8       MR. POLICK:   Join in the objections.

9   BY MR. RICHARDS:

10      Q.   Isn't it true that you took the Fifth

11  Amendment with respect to that question because

12  answering the question would have incriminated you?

13      A.    Take the Fifth.

14      Q.   Isn't it true that you created false

15  police reports indicating that Luis Figueroa

16  identified Angel Diaz as the shooter?

17      MR. LEINENWEBER:   Objection.   Form.

18  Foundation.

19  BY THE WITNESS:

20      A.    Take the Fifth.

21      MR. POLICK:   Join in the objections.

22  BY MR. RICHARDS:

23      Q.   Isn't it true that you took the Fifth

24  Amendment as to that question because answering the



1  question would have incriminated you?

2        A.    Take the Fifth.

3        Q.    Isn't it true that you manipulated

4  Willie Leal to convince Luis Figueroa to go to the

5  police station and identify Angel Diaz as the

6  shooter?

7        MR. LEINENWEBER:  Objection.  Form.

8  Foundation.

9  BY THE WITNESS:

10       A.    Take the Fifth.

11       MR. POLICK:  Join in the objections.

12  BY MR. RICHARDS:

13       Q.    Isn't it true that you asserted the

14  Fifth Amendment as to that question because

15  answering the question would have incriminated you?

16       A.    Take the Fifth.

17       Q.    Isn't it true that you conducted a

18  lineup as part of your investigation of the Yolanda

19  Leal murder?

20       MR. LEINENWEBER:  Objection.  Form.

21  Foundation.

22  BY THE WITNESS:

23       A.    Take the Fifth.

24       MR. POLICK:  Join in the objections.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                            117

 1 │ BY MR. RICHARDS:

 2 │      Q.    Isn't it true that you asserted the

 3 │ Fifth as to the last question because answering the

 4 │ question would have incriminated you?

 5 │      A.    Take the Fifth.

 6 │      Q.    Isn't it true that prior to the lineup

 7 │ you told Luis Figueroa that Angel Diaz was the

 8 │ shooter?

 9 │      MR. LEINENWEBER:  Objection.  Form.

10 │ Foundation.

11 │ BY THE WITNESS:

12 │      A.    Take the Fifth.

13 │      MR. POLICK:  Join in the objections.

14 │ BY MR. RICHARDS:

15 │      Q.    Isn't it true that you refused to answer

16 │ the last question on the grounds of the Fifth

17 │ Amendment because had you answered, you would have

18 │ incriminated yourself?

19 │      A.    Take the Fifth.

20 │      Q.    Isn't it true that before the lineup you

21 │ told Luis Figueroa that Angel Diaz was the shooter?

22 │      MR. LEINENWEBER:  Objection.  Form.

23 │ Foundation.

24 │



 1  | BY THE WITNESS:

 2  |      A.    Take the Fifth.

 3  |      MR. POLICK:  Join in the objections.

 4  | BY MR. RICHARDS:

 5  |      Q.    Isn't it true that you took the Fifth as

 6  | to the last question because had you answered, you

 7  | would have incriminated yourself?

 8  |      A.    Take the Fifth.

 9  |      Q.    Before the lineup isn't it true that you

10  | told Luis Figueroa that you wanted to take down

11  | Angle Diaz?

12  |      MR. LEINENWEBER:  Objection.  Form.

13  | Foundation.

14  | BY THE WITNESS:

15  |      A.    Take the Fifth.

16  |      MR. POLICK:  Join in the objections.

17  | BY MR. RICHARDS:

18  |      Q.    Isn't it true that you took the Fifth as

19  | to the last question because had you answered, you

20  | would have incriminated yourself?

21  |      A.    Take the Fifth.

22  |      Q.    Prior to the lineup isn't it true that

23  | you told Luis Figueroa that you wanted him to

24  | identify Angel Diaz as the shooter?



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              119

```
 1        MR. LEINENWEBER:  Objection.  Form.
 2   Foundation.
 3   BY THE WITNESS:
 4        A.    Take the Fifth.
 5        MR. POLICK:  Join in the objections.
 6   BY MR. RICHARDS:
 7        Q.    Isn't it true that you took the Fifth
 8   Amendment as to the last question because had you
 9   answered the question, you would have incriminated
10   yourself?
11        A.    Take the Fifth.
12        Q.    Isn't it true that Luis Figueroa told
13   you just before the lineup that he did not see the
14   shooter?
15        MR. LEINENWEBER:  Objection.  Form.
16   Foundation.
17   BY THE WITNESS:
18        A.    Take the Fifth.
19        MR. POLICK:  Join in the objections.
20   BY MR. RICHARDS:
21        Q.    Didn't you answer the last question as
22   you did because had -- because you knew that had
23   you -- you took the Fifth because had you answered
24   the question, you would have incriminated yourself?
```



1          A.     Take the Fifth.

2          Q.     Didn't you purposely omit the fact that

3     you had manipulated the lineup from your police

4     report?  Isn't that true?

5          MR. LEINENWEBER:  Objection.  Form.

6     Foundation.

7     BY THE WITNESS:

8          A.     Take the Fifth.

9          MR. POLICK:  Join in the objections.

10    BY MR. RICHARDS:

11         Q.     Isn't it true that you answered that

12    last question as you did because had you answered

13    -- had you answered and not asserted the Fifth, you

14    would have incriminated yourself?

15         A.     Take the Fifth.

16         Q.     Isn't it true that you created a false

17    motive for Angel Diaz?

18         MR. LEINENWEBER:  Objection.  Form.

19    Foundation.

20    BY THE WITNESS:

21         A.     Take the Fifth.

22         MR. POLICK:  Join in the objections.

23    BY MR. RICHARDS:

24         Q.     Isn't it true that you answered the last



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                          121

 1  | question by asserting the Fifth because you knew
 2  | that if you answered the question, you would have
 3  | incriminated yourself?
 4  |       A.    Take the Fifth.
 5  |       Q.    Isn't it true that -- isn't it true that
 6  | you manufactured a story about a different shooting
 7  | involving Angel Diaz?
 8  |       MR. LEINENWEBER:  Objection.  Form.
 9  | Foundation.
10  | BY THE WITNESS:
11  |       A.    Take the Fifth.
12  |       MR. POLICK:  Join in the objections.
13  | BY MR. RICHARDS:
14  |       Q.    Isn't it true that you answered the last
15  | question as you did taking the Fifth because you
16  | knew had you answered, you would have incriminated
17  | yourself?
18  |       A.    Take the Fifth.
19  |       Q.    Isn't it true that you manufactured a
20  | story about a different shooting involving Angel
21  | Diaz?
22  |       MR. LEINENWEBER:  Objection.  Form.
23  | Foundation.
24  |



1  BY THE WITNESS:

2       A.    Take the Fifth.

3       MR. POLICK:  Join in the objections.

4  BY MR. RICHARDS:

5       Q.    Isn't it true that you took the Fifth

6  Amendment with respect to that question because had

7  you answered the question, you would have

8  incriminated yourself?

9       A.    Take the Fifth.

10      Q.    Isn't it true that you manufactured a

11 story that stated that Angel Diaz and Luis Figueroa

12 were involved in a shooting earlier in the same day

13 as the Yolanda Leal murder?

14      MR. LEINENWEBER:  Objection.  Form and

15 foundation.

16 BY THE WITNESS:

17      A.    Take the Fifth.

18      MR. POLICK:  Join in the objections.

19 BY MR. RICHARDS:

20      Q.    Isn't it true that you answered the last

21 question as you did because had you answered it and

22 not taken the Fifth, you would have incriminated

23 yourself?

24      A.    Take the Fifth.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              123

1      Q.    Isn't it true that you manufactured the

2   previous shooting to create a reason for gang

3   retaliation as the motive for the Yolanda Leal

4   murder?

5      MR. LEINENWEBER:  Objection.  Form.

6   Foundation.

7   BY THE WITNESS:

8      A.    Take the Fifth.

9      MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11     Q.    Isn't it true that you gave the prior

12  answer that you did taking the Fifth because you

13  knew had you answered the question, you would have

14  incriminated yourself?

15     A.    Take the Fifth.

16     Q.    Isn't it true that you manufactured the

17  previous shooting through a reason for gang

18  retaliation as a motive for the Yolanda Leal

19  murder?

20     MR. LEINENWEBER:  Objection.  Form.

21  Foundation.

22  BY THE WITNESS:

23     A.    Take the Fifth.

24     MR. POLICK:  Join in the objections.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                124

```
 1   BY MR. RICHARDS:
 2        Q.    Isn't it true that you took the Fifth
 3   with respect to that question because had you
 4   answered it, you would have incriminated yourself?
 5        A.    Take the Fifth.
 6        Q.    Isn't it true that was your practice to
 7   use gang retaliation as a false motive for
 8   shootings in the 1990s?
 9        MR. LEINENWEBER:  Objection.  Form.
10   Foundation.
11   BY THE WITNESS:
12        A.    Take the Fifth.
13        MR. POLICK:  Join in the objections.
14   BY MR. RICHARDS:
15        Q.    Isn't it true that you asserted the
16   Fifth Amendment as to the last question because had
17   you answered the question, you would have
18   incriminated yourself?
19        A.    Take the Fifth.
20        Q.    Isn't it true that on February 6, 1995,
21   at Area 5 you wrote a statement which laid out the
22   version of events that you had created with respect
23   to the Yolanda Leal murder?
24        MR. LEINENWEBER:  Objection.  Form.
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                               125

1  Foundation.

2  BY THE WITNESS:

3        A.    Take the Fifth.

4        MR. POLICK:  Join in the objections.

5  BY MR. RICHARDS:

6        Q.    Isn't it true that you gave the answer

7  that you just did because had you -- and asserted

8  the Fifth because had you answered the question,

9  you would have incriminated yourself?

10       A.    Take the Fifth.

11       Q.    Isn't it true that the statement that

12  you wrote out was written by you in the presence of

13  the felony review assistant?

14       A.    Take the Fifth.

15       MR. RICHARDS:  Join in the objection?

16       MR. POLICK:  Yes.  If there was one, I didn't

17  catch it.

18       MR. RICHARDS:  Well, I guess --

19       MR. LEINENWEBER:  Sorry if you didn't come

20  across.

21       MR. RICHARDS:  Well, I assume that you have a

22  continuing objection along these lines.

23  BY MR. RICHARDS:

24       Q.    But, in any event, did you -- and did



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              126

1  you answer the last question by asserting the Fifth

2  because had you answered the question, you would

3  have incriminated yourself?

4       A.    Take the Fifth.

5       Q.    Isn't it true that the statement that

6  you wrote out consisted of your manufactured

7  narrative?

8       MR. LEINENWEBER:  Objection.  Form.

9  Foundation.

10 BY THE WITNESS:

11      A.    Take the Fifth.

12      MR. POLICK:  Join in the objections.

13 BY MR. RICHARDS:

14      Q.    Isn't it true that you just took the

15 Fifth because had you answered the question, you

16 would have incriminated yourself?

17      A.    Take the Fifth.

18      Q.    Isn't it true that you threatened Luis

19 Figueroa with a contempt charge if he did not sign

20 the fabricated statement?

21      MR. LEINENWEBER:  Objection.  Form.

22 Foundation.

23 BY THE WITNESS:

24      A.    Take the Fifth.



1   MR. POLICK:  Join in the objections.

2 BY MR. RICHARDS:

3   Q.   Didn't you assert the Fifth Amendment

4 just now because had you answered the question, you

5 would have incriminated yourself?

6   A.   Take the Fifth.

7   Q.   Isn't it true that when you wrote out

8 the statement that you intentionally made errors?

9   MR. LEINENWEBER:  Objection.  Form.

10 Foundation.

11 BY THE WITNESS:

12   A.   Take the Fifth.

13   MR. POLICK:  Join in the objections.

14 BY MR. RICHARDS:

15   Q.   Isn't your vindication of the Fifth

16 Amendment just now because had you answered the

17 questions, you would have incriminated yourself?

18   A.   Take the Fifth.

19   Q.   Isn't it true that after you

20 intentionally made the errors on the statement, you

21 then made corrections to those errors?

22   MR. LEINENWEBER:  Objection.  Form.

23 Foundation.

24



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                128

1   BY THE WITNESS:

2        A.    Take the Fifth.

3        MR. POLICK:  Join in the objections.

4   BY MR. RICHARDS:

5        Q.    Isn't it true that when you just

6   asserted the Fifth you did so because had you

7   answered the question, you would have incriminated

8   yourselves -- yourself?

9        A.    Take the Fifth.

10       Q.    Isn't it true that after you made the

11  corrections to the statement you attributed those

12  corrections to Luis Figueroa?

13       MR. LEINENWEBER:  Objection.  Form.

14  Foundation.

15  BY THE WITNESS:

16       A.    Take the Fifth.

17       MR. POLICK:  Join in the objections.

18  BY MR. RICHARDS:

19       Q.    Isn't it true that when you just took

20  the Fifth you did so because answering the question

21  would have incriminated yourself?

22       A.    Take the Fifth.

23       Q.    Isn't it true that you employed the

24  practice of making deliberate errors on statements



1   and then making corrections as a device to create

2   credibility for handwritten statements?

3          MR. LEINENWEBER:  Objection.  Form.

4   Foundation.

5   BY THE WITNESS:

6          A.    Take the Fifth.

7          MR. POLICK:  Join in the objections.

8   BY MR. RICHARDS:

9          Q.    Didn't you --  didn't you assert the

10  Fifth just now because had you answered the

11  question, you would have incriminated yourself?

12         A.    Take the Fifth.

13         Q.    Isn't it true that you provided false

14  facts to Luis Figueroa regarding the murder of

15  Yolanda Leal?

16         MR. LEINENWEBER:  Objection.  Form.

17  Foundation.

18  BY THE WITNESS:

19         A.    Take the Fifth.

20         MR. POLICK:  Join in the objections.

21  BY MR. RICHARDS:

22         Q.    Isn't it true that you asserted the

23  Fifth Amendment just now because had you answered

24  the question, you would have incriminated yourself?



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                               130

1          A.    Take the Fifth.

2          Q.    Isn't it true that you fabricated Luis

3    Figueroa's grand jury testimony?

4          MR. LEINENWEBER:  Objection.  Form.

5    Foundation.

6    BY THE WITNESS:

7          A.    Take the Fifth.

8          MR. POLICK:  Join in the objections.

9    BY MR. RICHARDS:

10         Q.    Isn't it true that you asserted the

11   Fifth Amendment just now because had you answered

12   the question, you would have incriminated yourself?

13         A.    Take the Fifth.

14         Q.    Isn't it true that you fed Luis Figueroa

15   the fabricated grand jury testimony?

16         MR. LEINENWEBER:  Objection.  Form.

17   Foundation.

18   BY THE WITNESS:

19         A.    Take the Fifth.

20         MR. POLICK:  Join in the objections.

21   BY MR. RICHARDS:

22         Q.    Isn't it true that you asserted the

23   Fifth Amendment just now because had you answered

24   the question, you would have incriminated yourself?



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                               131

```
1         A.    Take the Fifth.

2         Q.    Isn't it true that you excluded from

3    your police reports the fact that you had fed false

4    testimony to Luis Figueroa?

5         MR. LEINENWEBER:  Objection.  Form.

6    Foundation.

7    BY THE WITNESS:

8         A.    Take the Fifth.

9         MR. POLICK:  Join in the objections.

10   BY MR. RICHARDS:

11        Q.    Isn't it true that you took the Fifth

12   Amendment with respect to that question because had

13   you answered it, you would have incriminated

14   yourself?

15        A.    Take the Fifth.

16        Q.    Isn't it true that you excluded from

17   your police reports the fact that you had

18   manipulated the lineup?

19        MR. LEINENWEBER:  Objection.  Form.

20   Foundation.

21   BY THE WITNESS:

22        A.    Take the Fifth.

23        MR. POLICK:  Join in the objections.

24   BY MR. RICHARDS:
```



1      Q.    Isn't it true that you invoked the Fifth

2   Amendment as to the question just now because had

3   you answered the question, you would have

4   incriminated yourself?

5      A.    Take the Fifth.

6      Q.    Isn't it true that you excluded from

7   your police reports the fact that you had

8   threatened Luis Figueroa with arrest if he didn't

9   provide false grand jury testimony?

10      MR. LEINENWEBER:  Objection.  Form.

11   Foundation.

12   BY THE WITNESS:

13      A.    Take the Fifth.

14      MR. POLICK:  Join in the objections.

15   BY MR. RICHARDS:

16      Q.    Isn't it true that you asserted the

17   Fifth Amendment just now because had you answered

18   the question, you would have incriminated yourself?

19      A.    Take the Fifth.

20      Q.    Isn't it true that Detective Ernest

21   Halvorsen was your partner in the Yolanda Leal

22   murder investigation?

23      MR. LEINENWEBER:  Objection.  Form.

24   Foundation.



1 | BY THE WITNESS:

2 |      A.    Take the Fifth.

3 |      MR. POLICK:   Join in the objection.

4 | BY MR. RICHARDS:

5 |      Q.    Isn't it true that you asserted the

6 | Fifth Amendment just now because had you answered

7 | the question, you would have incriminated yourself?

8 |      A.    Take the Fifth.

9 |      Q.    Isn't it true that Detective Ernest

10 | Halvorsen fully participated in the framing of

11 | Angel Diaz for the murder of Yolanda Leal?

12 |      MR. LEINENWEBER:   Objection.   Form.

13 | Foundation.

14 | BY THE WITNESS:

15 |      A.    Take the Fifth.

16 |      MR. POLICK:   Join in the objections.

17 | BY MR. RICHARDS:

18 |      Q.    Isn't it true that you asserted the

19 | Fifth Amendment just now because had you answered

20 | the question, you would have incriminated yourself?

21 |      A.    Take the Fifth.

22 |      Q.    Isn't it true that Detective Halvorsen

23 | assisted you in manipulating the photo array?

24 |      MR. LEINENWEBER:   Objection.   Form.



1   Foundation.

2   BY THE WITNESS:

3        A.    Take the Fifth.

4        MR. POLICK:  Join in the objections.

5   BY MR. RICHARDS:

6        Q.    Isn't it true that you asserted the

7   Fifth just now because had you answered the

8   question, you would have incriminated yourself?

9        A.    Take the Fifth.

10       Q.    Isn't it -- isn't it true that Detective

11  Halvorsen assisted you in manipulating Lilly Leal?

12       MR. LEINENWEBER:  Objection.  Form.

13  Foundation.

14  BY THE WITNESS:

15       A.    Take the Fifth.

16       MR. POLICK:  Join in the objections.

17   BY MR. RICHARDS:

18       Q.    Isn't it true that you asserted the

19  Fifth just now because had you answered the

20  question, you would have incriminated yourself?

21       A.    Take the Fifth.

22       Q.    Isn't it true that Detective Halvorsen

23  assisted you in manipulating the lineup?

24       MR. LEINENWEBER:  Objection.  Form.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                 135

```
 1   Foundation.

 2   BY THE WITNESS:

 3        A.    Take the Fifth.

 4        MR. POLICK:  Join in the objections.

 5   BY MR. RICHARDS:

 6        Q.    Isn't it true that you asserted the

 7   Fifth Amendment just now because had you answered

 8   the question, you would have incriminated yourself?

 9        A.    Take the Fifth.

10        Q.    Isn't it true that Detective Halvorsen

11   assisted you in creating the false handwritten

12   statement?

13        MR. LEINENWEBER:  Objection.  Form.

14   Foundation.

15   BY THE WITNESS:

16        A.    Take the Fifth.

17        MR. POLICK:  Join in the objections.

18   BY MR. RICHARDS:

19        Q.    Isn't it true that when you asserted the

20   Fifth just now, you did so because answering the

21   question would have incriminated yourself?

22        A.    Take the Fifth.

23        Q.    Isn't it true that Detective Halvorsen

24   assisted you in manufacturing the false narrative
```



1  that was Figueroa's grand jury testimony?

2      MR. LEINENWEBER:  Objection.  Form.

3  Foundation.

4  BY THE WITNESS:

5      A.   Take the Fifth.

6      MR. POLICK:  Join in the objections.

7  BY MR. RICHARDS:

8      Q.   Isn't it true that you asserted the

9  Fifth just now -- when you asserted the Fifth just

10  now, you did so because had you answered the

11  question, you would have incriminated yourself?

12      A.   Take the Fifth.

13      Q.   Isn't it true that Detective Halvorsen

14  assisted you in preparing Figueroa for the false

15  grand jury testimony?

16      MR. LEINENWEBER:  Objection.  Form.

17  Foundation.

18  BY THE WITNESS:

19      A.   Take the Fifth.

20      MR. POLICK:  Join in the objections.

21  BY MR. RICHARDS:

22      Q.   Isn't it true that your answer just now

23  taking the Fifth was done because had you answered

24  the question, you would have incriminated yourself?



1        A.    Take the Fifth.

2        Q.    Isn't it true that Detective Halvorsen

3   assisted you in excluding exculpatory evidence from

4   the police reports?

5        MR. LEINENWEBER:  Objection.  Form.

6   Foundation.

7   BY THE WITNESS:

8        A.    Take the Fifth.

9        MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11       Q.    Isn't it true that your answer just now

12  asserting the Fifth Amendment was done because had

13  you answered the question, you would have

14  incriminated yourself?

15       A.    Take the Fifth.

16       Q.    Isn't it true that your tactics in the

17  framing of Angel Diaz were consistent with your

18  general pattern and practice of manipulating

19  witnesses?

20       MR. LEINENWEBER:  Objection.  Form.

21  Foundation.

22  BY THE WITNESS:

23       A.    Take the Fifth.

24       MR. POLICK:  Join in the objections.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                 138

1   BY MR. RICHARDS:

2        Q.    Isn't it true that you just asserted the

3   Fifth Amendment because answering the question

4   would have incriminated you?

5        A.    Take the Fifth.

6        Q.    Isn't it true that your tactics in the

7   framing of Angel Diaz were consistent with your

8   pattern and practice of fabricating evidence?

9        MR. LEINENWEBER:  Objection.  Form.

10  Foundation.

11  BY THE WITNESS:

12       A.    Take the Fifth.

13       MR. POLICK:  Join in the objections.

14  BY MR. RICHARDS:

15       Q.    Isn't it true that your answer just now

16  asserting the Fifth was done because answering the

17  question would have incriminated you?

18       A.    Take the Fifth.

19       Q.    Isn't it true that your tactics in

20  framing Angel Diaz are consistent with your pattern

21  and practice of coercing and manipulating false

22  identifications?

23       A.    Take the Fifth.

24       MR. LEINENWEBER:  Objection.  Form.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              139

1  Foundation.

2       MR. POLICK:  Join in those objections.

3  BY MR. RICHARDS:

4       Q.   Isn't it true that your answer just now

5  asserting the Fifth was done because had you

6  answered the question, you would have incriminated

7  yourself?

8       A.   Take the Fifth.

9       Q.   Isn't it true that in the Angel Diaz

10 prosecution you failed to disclose that you engaged

11 in a pattern and practice of intimidating,

12 threatening, and influencing witnesses in your

13 prior homicide investigations?

14      MR. LEINENWEBER:  Objection.  Form.

15 Foundation.

16 BY THE WITNESS:

17      A.   Take the Fifth.

18      MR. POLICK:  Join in the objections.

19 BY MR. RICHARDS:

20      Q.   Isn't it true -- didn't you assert the

21 Fifth just now because had you answered the

22 question, you would have incriminated yourself?

23      A.   Take the Fifth.

24      Q.   In the Angel Diaz prosecution isn't it



REYNALDO GUEVARA                          March 27, 2023
RIOS vs GUEVARA                                       140

1   true that you failed to disclose that you were

2   motivated by the desire to close cases regardless

3   of whether or not you had found the actual

4   perpetrator?

5        MR. LEINENWEBER:  Objection.  Form.

6   Foundation.

7   BY THE WITNESS:

8        A.    Take the Fifth.

9        MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11       Q.    Isn't it true that you answered the

12  question just now asserting the Fifth because had

13  you answered the question without asserting the

14  Fifth, you would have incriminated yourself?

15       A.    Take the Fifth.

16       Q.    Isn't it true that in the Angel Diaz

17  prosecution you failed to disclose that you used

18  manipulation, inducement and threats and physical

19  abuse to obtain false confessions and false

20  testimony?

21       MR. LEINENWEBER:  Objection.  Form.

22  Foundation.

23  BY THE WITNESS:

24       A.    Take the Fifth.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                141

1      MR. POLICK:  Join in the objections.

2   BY MR. RICHARDS:

3      Q.   Isn't it true that when you just took

4   the Fifth -- when you took the Fifth, you did so

5   because answering the question would have -- would

6   have incriminated you?

7      A.   Take the Fifth.

8      Q.   Isn't it true that your supervisors at

9   the Chicago Police Department had knowledge that

10  you were framing Angel Diaz for the murder of

11  Yolanda Leal?

12     MR. LEINENWEBER:  Objection.  Form.

13  Foundation.

14  BY THE WITNESS:

15     A.   Take the Fifth.

16     MR. POLICK:  Join in the objections.

17  BY MR. RICHARDS:

18     Q.   Aren't you asserting the Fifth Amendment

19  with respect to that question because had you

20  answered it, you would have incriminated yourself;

21  isn't that true?

22     A.   Take the Fifth.

23     Q.   Isn't it true that your supervisors had

24  knowledge that you had manipulated the photo array



1   presentation to aid your framing of Angel Diaz?

2        MR. LEINENWEBER:  Objection.  Form.

3   Foundation.

4   BY THE WITNESS:

5        A.    Take the Fifth.

6        MR. POLICK:  Join in the objections.

7   BY MR. RICHARDS:

8        Q.    Isn't it true that your assertion of the

9   Fifth Amendment with respect to that question is

10  motivated by the fact that had you answered the

11  question, you would have incriminated yourself?

12       A.    Take the Fifth.

13       Q.    Isn't it true that some of your

14  supervisors knew that you falsely indicated --

15  that you falsified probable cause affidavits in

16  order to arrest Angel Diaz?

17       MR. LEINENWEBER:  Objection.  Form.

18  Foundation.

19  BY THE WITNESS:

20       A.    Take the Fifth.

21       MR. POLICK:  Join in the objections.

22  BY MR. RICHARDS:

23       Q.    Isn't it true that you asserted the

24  Fifth as to that question because had you answered



REYNALDO GUEVARA                          March 27, 2023
RIOS vs GUEVARA                                       143

1   the question, you would have incriminated yourself?

2       A.    Take the Fifth.

3       Q.    Isn't it true that your supervisors had

4   knowledge that you coerced Mr. Figueroa to falsely

5   testify at Angel Diaz's grand jury proceedings?

6       MR. LEINENWEBER:  Objection.  Form.

7   Foundation.

8   BY THE WITNESS:

9       A.    Take the Fifth.

10      MR. POLICK:  Join in the objections.

11   BY MR. RICHARDS:

12      Q.    Isn't it true that you took the Fifth

13   Amendment as to that question because had you

14   answered it, you would have incriminated yourself?

15      A.    Take the Fifth.

16      MR. RICHARDS:  Okay.  That's all that I have.

17      MR. LEINENWEBER:  I have no questions.

18      MR. POLICK:  No questions from me.

19      MR. RAHE:  No questions from the City.

20      MR. RICHARDS:  Okay.  I think that takes care

21   of everyone.  Detective Guevara, you probably know

22   that you have the right to waive signature or

23   reserve signature.

24      MR. LEINENWEBER:  We will reserve signature.



1   Steve.   Thank you.

2        THE VIDEOGRAPHER:  Off the record.  It's

3   12:40.

4            Before we disburse, is anyone going to

5   need a copy of this transcript or video?

6        MR. RICHARDS:  Well, I mean, I pay for the

7   video, I will need that, but the transcript if we

8   can get it in PDF.

9        THE COURT REPORTER:  Got it, Steve.

10       MR. RICHARDS:  PDF would be my preference.

11       MR. LEINENWEBER:  No, thank you, Nancy.

12                    (WHEREUPON, the deposition was

13                    concluded at 12:42 p.m.)

14

15

16

17

18

19

20

21

22

23

24



```
 1   STATE OF ILLINOIS    )

 2                        )  SS:

 3   COUNTY OF DU PAGE    )

 4

 5              I, NANCY A. GUIDOLIN, CSR No. 84-2531, a

 6   Notary Public within and for the County of DuPage,

 7   State of Illinois, and a Certified Shorthand

 8   Reporter of said state, do hereby certify:

 9              That previous to the commencement of the

10   examination of the witness, the witness was duly

11   sworn to testify the whole truth concerning the

12   matters herein;

13              That the foregoing deposition transcript

14   was reported stenographically by me, was thereafter

15   reduced to typewriting under my personal direction

16   and constitutes a true record of the testimony

17   given and the proceedings had;

18              That the said deposition was taken

19   before me at the time and place specified;

20              That I am not a relative or employee or

21   attorney or counsel, nor a relative or employee of

22   such attorney or counsel for any of the parties

23   hereto, nor interested directly or indirectly in

24   the outcome of this action.
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                146

1            IN WITNESS WHEREOF, I do hereunto set my

2    hand of office at Chicago, Illinois, this 9th day

3    of April, 2023.

4

5

6

7

8                    Notary Public,

9                    DuPage County, Illinois.

10

11

12   NANCY A. GUIDOLIN, CSR No. 84-2531

13

14

15

16

17

18

19

20

21

22

23

24



REYNALDO GUEVARA                                        March 27, 2023
RIOS vs GUEVARA                                                    147

```
 1                    I N D E X

 2  WITNESS                                EXAMINATION

 3  REYNALDO GUEVARA

 4        By Mr. Richards

 5

 6

 7

 8

 9

10               E X H I B I T S

11  NUMBER                              MARKED FOR ID

12

13            NO EXHIBITS WERE MARKED.

14

15

16

17

18

19

20

21

22

23

24
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                148

```
 1                    DEPOSITION ERRATA SHEET

 2

 3

 4    Our Assignment No. J9439722

 5    Case Caption: Jaime Rios

 6    vs. Reynaldo Guevara, et al.

 7

 8         DECLARATION UNDER PENALTY OF PERJURY

 9            I declare under penalty of perjury that I

10    have read the entire transcript of my Deposition

11    taken in the captioned matter or the same has been

12    read to me, and the same is true and accurate, save

13    and except for changes and/or corrections, if any,

14    as indicated by me on the DEPOSITION ERRATA SHEET

15    hereof, with the understanding that I offer these

16    changes as if still under oath.

17

18            Signed on the _____day of

19    _____, 2023.

20

21

22    _____

23            REYNALDO GUEVARA

24
```



REYNALDO GUEVARA                              March 27, 2023
RIOS vs GUEVARA                                        149

```
                  DEPOSITION ERRATA SHEET

Page No. ____ Line No. ____ Change to: _____

_____

Reason for change:_____

Page No. ____ Line No. ____ Change to: _____

_____

Reason for change:_____

Page No. ____ Line No. ____ Change to: _____

_____

Reason for change:_____

Page No. ____ Line No. ____ Change to: _____

_____

Reason for change:_____

Page No. ____ Line No. ____ Change to: _____

_____

Reason for change:_____

Page No. ____ Line No. ____ Change to: _____

_____

Reason for change:_____

Page No. ____ Line No. ____ Change to: _____

_____

Reason for change:_____

Page No. ____ Line No. ____ Change to: _____

_____
```



REYNALDO GUEVARA                               March 27, 2023
RIOS vs GUEVARA                                          150

1  | Reason for change:_____

2  | Page No. ____ Line No. ____ Change to: _____

3  | _____

4  | Reason for change:_____

5  | Page No. ____ Line No. ____ Change to: _____

6  | _____

7  | Reason for change:_____

8  | Page No. ____ Line No. ____ Change to: _____

9  | _____

10 | Reason for change:_____

11 | Page No. ____ Line No. ____ Change to: _____

12 | _____

13 | Reason for change:_____

14 | Page No. ____ Line No. ____ Change to: _____

15 | _____

16 | Reason for change:_____

17 | Page No. ____ Line No. ____ Change to: _____

18 | _____

19 | Reason for change:_____

20 | Page No. ____ Line No. ____ Change to: _____

21 | _____

22 | Reason for change:_____

23 | SIGNATURE:_____DATE:_____

24 |          REYNALDO GUEVARA



---

**1**

**10**
68:1 74:4
84:13

**10:06**
4:3

**11**
62:19
78:14

**11:31**
83:1

**11:37**
83:4

**12**
93:4

**12:05**
113:2

**12:12**
113:5

**12:40**
144:3

**12:42**
144:13

**13**
69:10,23

**1360**
6:19

**13th**
76:2

**14**
68:18
70:12

**1440**
12:7
14:19
15:19

**15**
16:8 79:4

---

**18**
82:4,5

**1981**
80:24

**1984**
87:18

**1988**
62:20
63:10
83:20

**1989**
5:9,23
7:6,16
9:3 10:20
11:20
12:5 13:5
18:13
20:1,18
21:9
23:17
24:11,24
25:14
29:8,23
30:3,14
33:23
34:13
35:22
39:9 71:4
77:24
80:10

**1990**
10:21
63:24
66:4
71:18
76:18
105:24

**1990s**
124:8

**1991**
72:24
83:21
84:13
93:4

---

**1992**
83:6
85:19

**1993**
64:18
65:9,12
68:1
70:12
74:4
79:4,21
81:13
86:9

**1994**
85:5

**1995**
72:10
76:3
86:22
98:10
103:7
106:1
111:19
113:10
124:20

**1997**
68:18
69:10,23
73:14

**1998**
66:20
67:11
74:20
75:12

**1999**
77:9
78:14
87:7

**1:15**
34:13

**1st**
77:24

---

**2**

**20**
16:8

**2000**
82:4

**20009**
94:2

**2004**
93:17
95:18

**2007**
82:5
94:15

**2023**
4:3

**21st**
80:23
85:5

**22**
63:24
71:18

**22nd**
63:9
80:24

**23**
80:10
95:18

**23rd**
63:10
86:22
93:17

**27**
4:2

**27th**
5:19,23
7:5 9:2

**29**
86:9 87:7

---

**2nd**
23:17
24:10,23
25:13

---

**3**

**3**
67:11

**30**
71:3

**32**
35:8

**3rd**
7:16 9:3
23:17
24:11,23
25:14
66:20
74:20
75:12

---

**4**

**4**
105:24
106:1

**40**
81:1

**4724**
65:10

---

**5**

**5**
39:24
40:12
64:18
65:9,12
81:13
111:19
124:21

---



**50**
62:7 81:1

**5555**
17:10
18:13
35:21

**5th**
8:14
33:21
51:10
52:18
63:2
97:14
113:10

————————
**6**

**6**
12:5 13:5
18:13
20:1 21:9
29:8
33:23
124:20

**6th**
20:18
72:9

————————
**7**

**7**
29:23
30:3,14
81:2

————————
**8**

**8**
39:9
85:19

**8th**
79:20

————————
**9**

**9**
11:20
34:13
35:22
94:15

**9:30**
12:5 13:6

**9th**
79:20

————————
**A**

**A-N-T-O-N-**
**E-T-T-Y**
68:20

**abuse**
22:14
50:14,15
52:14
140:19

**abused**
22:13
87:8

**Academy**
108:9

**accused**
40:13

**acted**
51:4
61:14

**acting**
49:21
56:16

**actions**
61:2

**actual**
140:3

**admitted**
76:5

**Adolfo**
86:10

**Adrian**
85:6

**Adriana**
75:1,13

**advice**
5:12,17
6:3,8

**affidavits**
142:15

**agree**
27:17

**agreed**
17:22

**ahead**
75:17

**aid**
142:1

**alibi**
43:4,15
48:18
59:20
83:23

**alley**
26:20,21

**allowed**
45:8

**Amendment**
5:13,15,
18 6:4,9
8:11 18:9
19:14
20:13
22:21
24:1,18
28:14
31:14
33:6

36:19
39:6,18
41:21
42:10
43:24
45:16
46:18
47:7
48:10
49:2
50:23
54:15
55:6,20
58:23
60:22
61:23
62:15
63:6
64:13
66:16
67:21
68:14
69:6,19
73:10
74:17
78:24
79:16
80:19
81:24
82:17
84:8,9
85:1,16
90:6,18
91:22
93:11
94:10,24
95:13
96:15
97:18
98:20
100:2,16
101:10
105:6,20
106:11,24
108:4,17
109:22
111:14

112:4,19
113:21
114:10,22
115:11,24
116:14
117:17
119:8
122:6
124:16
127:3,16
129:23
130:11,23
131:12
132:2,17
133:6,19
135:7
137:12
138:3
141:18
142:9
143:13

**Angel**
72:11
98:10
102:18
103:7,20
104:9,20
106:16
107:5,19
108:8,23
110:3,16
111:5
112:9
113:12
114:1,2
115:2,16
116:5
117:7,21
118:24
120:17
121:7,20
122:11
133:11
137:17
138:7,20
139:9,24



140:16
141:10
142:1,16
143:5

**Angel's**
110:14

**Angle**
118:11

**Annie**
85:20

**answering**
6:6 24:19
27:12
41:21
43:12
49:19
50:10,24
53:12
54:16
55:21
56:14
57:21
58:11
60:23
64:15
66:18
69:7
77:22
78:12
79:1,17
80:7,20
81:11
82:17
84:10
85:2,17
86:6 88:3
89:5,17
91:23
92:23
93:12,21
94:11
95:1,13
96:2,16
97:9 98:6
99:13

101:11,24
103:3
105:21
106:12
108:18
110:11
111:1
112:5,19
113:21
114:11,22
115:12,24
116:15
117:3
128:20
135:20
138:3,16
141:5

**answers**
4:19

**Antonetty**
68:19

**approached**
12:19
13:5

**approved**
22:13
50:15

**April**
66:4,20
67:11
74:20
75:12
80:10

**Arborio**
39:11

**area**
39:24
40:12
42:14
124:21

**argue**
14:7,17

**Armando**
74:6
79:21
83:8
86:24

**array**
66:8
111:19
112:8
113:9
114:14
115:3
133:23
141:24

**arrest**
38:4,16
49:9
132:8
142:16

**arrested**
35:22
83:21

**arresting**
60:10
61:12

**Artero**
67:12

**Arturo**
75:1

**assert**
93:11
98:19
112:3
127:3
129:9
139:20

**asserted**
90:17
92:10,21
94:23
96:14
101:9,23
105:5,19

106:10
108:16
111:13
114:9
116:13
117:2
120:13
124:15
125:7
128:6
129:22
130:10,22
132:16
133:5,18
134:6,18
135:6,19
136:8,9
138:2
142:23

**asserting**
4:20
16:15
18:9
50:22
63:5
72:19
73:9
78:11
85:1 88:1
112:18
121:1
126:1
137:12
138:16
139:5
140:12,13
141:18

**assertion**
142:8

**assistant**
125:13

**assisted**
133:23
134:11,23
135:11,24

136:14
137:3

**assume**
97:3
125:21

**attempt**
71:20
79:22

**attempted**
68:19
69:11,24
83:23

**attended**
107:19
108:8

**attorney**
4:12,23
5:12,17

**attributed**
101:15
128:11

**August**
63:24
71:18

**author**
10:14

**authored**
21:9
33:23
48:15
54:18
57:23
59:3

**auto**
100:24

**automatic**
35:8

**Avenue**
6:19

**aware**
113:7



**B**

baby
37:16

back
5:9 14:18
15:5 48:1
75:14
83:3
113:4

bar
27:2

barrel
24:8

based
52:11

beat
8:3 63:10
64:1,4
66:21
68:3 74:5
82:5

beaten
48:17

began
7:4 8:1
17:21

begin
11:20

Bell
16:21

Bello
76:19

Benjamin
34:15,17
35:20
36:10
58:14

Bernhardt
107:19

bicycle
12:6

billy
44:6

birth
77:12

bitch
85:22

blamed
90:23

block
16:20

body
64:6
79:22

Bonneville
102:10,19

book
43:16
44:4,5,18
64:5,6

boyfriend
99:17

bracelet
85:21

break
82:21
112:23

breaking
66:22

brother-in-law
24:6
25:15

brothers
73:16

bus
85:20

**C**

C-A-R-R-E-R-O
34:17

caliber
35:8

call
45:8

called
4:7 45:21
85:21

car
16:22
17:9 24:8
25:16
26:23
100:8,22
101:15
102:8

care
143:20

Carl
70:13

Carrero
34:15,17
35:20
36:10,11,
24 37:1
58:14

case
8:2,3
10:21
31:13
62:21
68:6,21
69:12
70:1 74:6
87:17
88:6,19
89:21
92:2,15

93:3,16
94:1,15
95:17
96:6,20
97:23

cases
73:2 74:7
140:2

Castaneda
80:12

Castro
69:24

catch
125:17

Causado
81:15

caused
88:5,18
96:5,19

Central
35:21

chained
84:14

change
71:6

changed
113:24

charge
70:15
72:24
78:16
84:15
126:19

charged
37:2

charges
38:20
62:7

Chevy
102:10,19

Chicago
5:10 66:5
141:9

child
27:16
28:6
29:11
51:19

children
76:4,19

choked
68:2

City
143:19

claimed
11:7
53:1,15
54:6

claims
54:19

Clemente
108:9

close
140:2

club
44:6

Cobras
108:22
109:13
110:2

coerce
57:13
68:19
69:11,24

coerced
34:1 58:2
59:5
62:20
64:19
65:13
67:12



70:13
71:4 82:6
143:4

coercing
60:13
66:23
85:8
138:21

Colleen
77:10

Colon
64:20
65:14

color
100:24

colored
102:9

commenced
60:9

commencement
61:3

commencing
61:11

commit
67:14
79:23
90:24
91:13
97:13

committed
26:5
66:24
89:7 90:9
95:4

common
34:17,18
64:2 79:7

Community
108:9

concealed

20:3
21:11
29:9 34:1
48:16
58:1
59:4,17
92:2,15
97:23

concealing
55:11
56:3,18
57:12

concern
5:20

concert
49:22
51:4

concluded
144:13

condition
52:13

condoned
50:14

conducted
17:23
111:18
116:17

confess
51:19
66:23
79:6,23
81:1

confessing
85:8

confession
49:24
51:6,18
56:5
57:13
63:13
67:13
80:11

82:7
86:11
87:9

confessions
140:19

connect
102:18

consisted
126:6

consistent
137:17
138:7,20

conspiracy
73:1

conspired
51:4

consult
4:22

contempt
126:19

contents
54:5

continuation
61:4

continued
14:17

continuing
125:22

conversation
32:21
46:10
47:12

conversations
11:7

conveyed
10:4

conveying
54:20

convince
111:5
116:4

copy
144:5

corner
27:2

corrections
127:21
128:11,12
129:1

counsel
59:19

couple
4:14

court
5:4,21
29:24
34:16
64:1
144:9

create
123:2
129:1

created
115:14
120:16
124:22

creating
135:11

credibility
129:2

crime
28:18
42:14,15
78:16
90:23
91:12
97:12

Cristino
9:16 26:5
39:9,22
40:12,22
41:10,11
46:10,22
48:15
53:4
59:20

crossed
26:19

culpability
48:18

———————

D

———————

D-E-M-V-S-
K-I
82:8

D-O-R-S-C-H
66:6

D-U-T-A
85:6

Daniel
63:10
78:15
84:16

Daniels
69:11

dark
102:9,18

date
4:2 59:21

daughter
106:3,17

David
64:20
65:13
68:3
77:11
80:24



84:14
87:8

**day**
7:6
122:12

**DCFS**
71:20
76:4,19

**death**
6:18

**Debbie**
69:11

**December**
76:2

**Defective**
51:5

**defendant**
17:22
51:3

**defendants**
49:22

**degree**
38:18

**Dejesus**
87:17
88:6,7,20
89:8,22
90:23
92:3

**deliberate**
128:24

**demonstrate
d**
62:6

**Demvski**
82:6,7,8

**denied**
48:18
55:13

**Department**

5:11
141:9

**depicting**
112:9

**deposition**
4:2 94:14
144:12

**depositions**
4:13

**description**
100:21
101:1,15,
16 102:8

**desire**
140:2

**detailed**
101:15

**detailing**
10:3
54:19

**details**
23:3 26:4
28:18
56:4

**detective**
21:24
55:10
56:1,16
57:10
66:5 83:6
86:12,13
113:7
132:20
133:9,22
134:10,22
135:10,23
136:13
137:2
143:21

**detectives**
11:8

**detectives'**
8:4

**device**
129:1

**Diana**
24:7

**Diaz**
71:19
72:11
98:10
102:18
103:7,20
104:9,21
106:16
107:5,19
108:8,23
110:3,16
111:5
112:9
113:12
115:2,16
116:5
117:7,21
118:11,24
120:17
121:7,21
122:11
133:11
137:17
138:7,20
139:9,24
140:16
141:10
142:1,16

**Diaz's**
143:5

**disburse**
144:4

**Disciples**
108:24
109:13
110:2

**disclose**
139:10

140:1,17

**discovered**
35:8

**door**
15:19
101:1

**Dorsch**
66:6

**dosed**
68:2

**drove**
68:4

**duly**
4:4,7

**Duta**
85:6

————————

**E**

————————

**E-F-R-A-I-N**
64:20

**E-L-I-Z-E-R**
81:15

**eardrum**
66:22

**earlier**
122:12

**early**
73:14

**Edwin**
80:12

**effort**
79:6

**Efrain**
64:19
87:18
88:7,19,
20 90:10
91:12
92:16

**Elementary**
107:20

**Elizer**
81:14

**Emanuel**
71:5

**employed**
128:23

**engaged**
139:10

**enraged**
47:13
48:1

**Ernest**
132:20
133:9

**errors**
127:8,20,
21 128:24

**essentially**
27:4

**Evelyn**
71:19

**evening**
18:14

**event**
125:24

**events**
124:22

**eventually**
38:20

**evidence**
58:14
59:18
92:2,15
98:10
105:12
137:3
138:8

**evolved**



102:8

**EXAMINATION**
 4:9

examined
 4:8

excluded
 131:2,16
 132:6

excluding
 137:3

exculpatory
 59:18
 92:2,15
 97:23
 137:3

executed
 34:14

existence
 9:15
 10:19
 54:5

explained
 4:18

extract
 63:12

———————
      **F**
———————

F-R-I-A-S
 86:10

fabricated
 9:14
 10:18
 54:4
 55:10
 56:1,17
 57:10
 58:13
 101:14
 102:7
 126:20

130:2,15

fabricating
 138:8

face
 63:11
 66:22
 67:12
 74:23
 79:5,21
 86:11

fact
 34:1
 55:12
 56:3,19
 57:12
 58:1 65:9
 120:2
 131:3,17
 132:7
 142:10

facts
 23:3
 129:14

failed
 115:1
 139:10
 140:1,17

failing
 59:19

false
 10:2,5,19
 20:2
 21:9,10
 29:8
 33:23,24
 38:19
 48:16
 49:8,23
 51:6,18
 54:18,20
 55:10,11
 56:1,2,5,
 17,18
 57:10,11,

23,24
 58:13
 59:3,6
 60:11,12,
 14 62:7,
 20 63:13
 67:13
 68:5,20
 69:12
 70:1,13
 73:2
 74:6,24
 76:20
 80:11
 82:7
 86:11
 87:9
 115:14
 120:16
 124:7
 129:13
 131:3
 132:9
 135:11,24
 136:14
 138:21
 140:19

falsely
 11:7 29:8
 58:14
 59:4
 60:14
 61:13
 64:20
 65:13
 71:4,20
 72:10
 73:15
 76:6
 77:11
 78:16
 79:23
 83:8
 84:16
 86:23
 88:6,19

96:6,20
 142:14
 143:4

falsified
 142:15

familiar
 103:6

family
 81:16
 106:2

February
 72:9 79:4
 80:23
 93:17
 95:18
 105:24
 106:1
 124:20

fed
 130:14
 131:3

Felix
 87:17
 88:6,7,20
 89:8,21
 90:23
 92:3

fell
 44:18

felony
 38:19
 125:13

fence
 15:18

Figueroa
 72:10
 99:2,16
 100:6,23
 101:16
 107:5,19
 108:8,22
 110:16

111:5
 113:11,12
 115:1,15
 116:4
 117:7,21
 118:10,23
 119:12
 122:11
 126:19
 128:12
 129:14
 130:14
 131:4
 132:8
 136:14
 143:4

Figueroa's
 130:3
 136:1

filed
 38:20

fine
 82:22

finished
 5:1

fired
 24:9,24

five-minute
 82:21
 112:23

flashlight
 44:6
 63:12
 64:6
 84:15

floor
 17:11

folder
 85:7

foot
 86:13



**force**
  17:23
  51:6
  57:12

**forced**
  49:7,23
  51:17
  80:11
  86:10
  87:9

**forcibly**
  85:20

**forcing**
  58:14

**form**
  6:20 7:7,
  17 8:6,18
  9:6,17
  10:8,23
  11:11,22
  12:8,20
  13:8,23
  14:9,20
  15:8,21
  16:9,23
  17:13
  18:2,16
  19:7
  20:7,22
  21:13
  22:2,15
  23:5,19
  24:12
  25:2,17
  26:6
  27:6,18
  28:7,21
  29:12
  30:4,18
  31:7,20
  32:10,23
  33:12
  34:3,20
  35:9,23
  36:13

37:3,18
38:5,22
39:12
40:1,15,
24 41:14
42:3,17
43:5,17
44:7,20
45:10,23
46:12,24
47:14
48:4,20
49:11
50:3,16
51:7,22
52:15
53:5,18
54:8,23
55:14
56:6,22
57:14
58:4,17
59:7,22
60:16
61:5,16
62:9,23
63:14
64:7,22
65:15
66:9
67:1,15
68:7,22
69:13
70:2,17
71:8,22
72:12
73:3,17
74:8
75:2,16
76:7,22
77:14
78:4,17
79:9,24
80:13
81:3,17
82:9
83:10

84:1,19
85:9,23
86:16
87:1,10,
19 88:8,
21 89:10,
23 90:11
91:1,15
92:4 93:5
94:3,17
95:7,19
96:8,22
98:12
99:5,18
100:9
101:3,17
102:2,11,
20 103:9,
21
104:10,22
105:13
106:4,18
107:7,21
108:10
109:1,15
110:4,18
111:7,21
112:10
113:14
114:3,15
115:4,17
116:7,20
117:9,22
118:12
119:1,15
120:5,18
121:8,22
122:14
123:5,20
124:9,24
126:8,21
127:9,22
128:13
129:3,16
130:4,16
131:5,19
132:10,23

133:12,24
134:12,24
135:13
136:2,16
137:5,20
138:9,24
139:14
140:5,21
141:12
142:2,17
143:6

**found**
  11:10
  12:6
  140:3

**foundation**
  6:21 7:8,
  18 8:7,19
  9:7,18
  10:9,24
  11:12,22
  12:9,21
  13:9,24
  14:10,21
  15:9,22
  16:10,24
  17:14
  18:3,17
  19:8
  20:8,23
  21:14
  22:3,16
  23:6,20
  24:13
  25:3,18
  26:7
  27:19
  28:8,22
  29:13
  30:5,19
  31:8,21
  32:11,24
  33:13
  34:4,21
  35:10,24
  36:14

37:4,19
38:6,23
39:13
40:2,16
41:1,15
42:4,18
43:6,18
44:8,21
45:11,24
46:12
47:1,15
48:5,21
49:12
50:4,17
51:8,23
52:16
53:6,19
54:9,24
55:15
56:7,23
57:15
58:5,18
59:8,23
60:17
61:6,17
62:10,24
63:15
65:16
66:10
67:2,16
68:8,23
69:14
70:3,18
71:9,23
72:13
73:4,18
74:9
75:3,17
76:8,23
77:15
78:5,18
79:10
80:1,14
81:4,18
82:10
83:11



84:2,20
85:10,24
86:17
87:2,11,
20 88:9,
22 89:11,
24 90:12
91:2,16
92:5 93:6
94:4,18
95:7,20
96:9,23
98:13
99:6,19
100:10
101:4,18
102:3,12,
21
103:10,22
104:11,23
105:14
106:5,19
107:8,22
108:11
109:2,16
110:5,19
111:8,22
112:11
113:15
114:4,16
115:5,18
116:8,21
117:10,23
118:13
119:2,16
120:6,19
121:9,23
122:15
123:6,21
124:10
125:1
126:9,22
127:10,23
128:14
129:4,17
130:5,17
131:6,20

132:11,24
133:13
134:1,13
135:1,14
136:3,17
137:6,21
138:10
139:1,15
140:6,22
141:13
142:3,18
143:7

Fountain
27:6

frame
83:23
98:10
104:8
110:2

framed
91:12
97:12

framing
133:10
137:17
138:7,20
141:10
142:1

Francisco
83:7

fraudulentl
y
92:1,14
97:22

Frias
86:10

friend
24:6

front
12:7,18
23:16

fully

133:10

_____

_____
        G
_____

G-E-C-H-T
77:13

G-U-E-V-A-
R-A
5:6

Gabriel
66:21
74:24

gang
5:10 68:4
71:5
108:22
123:2,17
124:7

gangway
24:7

Garcia
9:16 20:5
26:5
39:9,22
40:12,13,
22 41:11,
12,24
42:13
43:3,14
44:4,18
45:6,20,
21 46:10,
11,22
48:1,15,
17 53:4
59:20

Garcia's
43:16
44:4,19
47:12

gave
20:2 21:9
33:24

43:3
55:11
56:2,18
57:11,24
76:20
81:15
123:11
125:6

Gecht
77:11,12

general
62:4
137:18

generating
60:11

genitals
86:14

girlfriend'
s
78:15

give
4:14,18
60:13
68:5 73:2
74:24
82:23
87:9

giving
60:12
77:12

Gloria
76:3

good
100:8
113:1

grabbed
14:18
21:24
23:1

grand
17:10
18:13

35:20,21
130:3,15
132:9
136:1,15
143:5

great
82:23

green
102:9,19

grounds
100:1
117:16

guess
125:18

Guevara
4:6,11
5:8,24
83:6
94:2,16
143:21

gun
24:8
36:11
37:1,2
58:15

guns
11:9

guy
19:2,4,5
27:3

guys
26:20

_____
        H
_____

H-U-E-R-T-
A-S
30:1

hair
22:1 23:1
49:24



50:1
75:13

**Halvorsen**
17:22
49:22
51:3
55:10
56:1,17
57:10
132:21
133:10,22
134:11,22
135:10,23
136:13
137:2

**hand**
48:3
66:22
79:6

**handcuffed**
15:6,17

**handcuffs**
39:23

**handwritten**
129:2
135:11

**happened**
23:16
24:10,23

**head**
43:16
44:4 85:7
110:15

**heads**
4:14

**hear**
4:15

**heard**
6:10,17
26:17
28:18

**heavy**
44:5

**held**
18:15

**Henry**
93:3 95:6
96:6,7,
20,21
97:12,24

**Hernandez**
83:24
84:17

**Hey**
82:20

**Hispanic**
62:5

**hit**
74:23
75:13
79:22
84:14
86:12

**hitting**
86:11

**home**
24:6
106:1

**homicide**
139:13

**hostility**
61:15
62:4

**hours**
18:14

**house**
12:7,18
14:19
15:6 16:7
23:17
34:14
78:16

**Huertas**
29:24
30:1,2,15
31:5,17
32:5,8,
21,22
33:11
34:1 58:2
59:5

**Hunt**
79:5,7

_____

I

_____

**identificat
ion**
34:2 58:3
62:21
66:7
68:21
69:12
70:1,14
71:7
114:1

**identificat
ions**
138:22

**identified**
32:22
115:16

**identify**
32:8,9
64:20
65:13
71:5,20
72:10
73:15
78:1
84:16
86:24
88:6,19
96:6,20
115:2
116:5

118:24

**ill**
61:15

**illegal**
17:23,24

**implementin
g**
76:20

**implicate**
77:11

**implicated**
9:15

**incriminate**
5:16 6:7,
15 7:2,
13,23
8:13
9:12,24
10:16
11:4,18
12:3,15
13:2,15
14:5,15
15:2,14
16:3,17
17:7,19
18:10,23
19:15,23
20:15
21:6,20
22:9,22
23:12
24:3,20
25:10
26:1,14
27:13
28:1,15
29:5,20
30:12
31:2,15
32:3,18
33:7,20
34:11
35:4,17

36:7,21
37:11
38:1,13
39:7,20
40:9
41:8,22
42:11
43:1,12
44:1,15
45:4,17
46:7,19
47:9,22
48:12
49:4,19
50:11,24
51:15
52:7,23
53:13
54:2,16
55:7,22
56:14
57:7,21
58:11
59:1,15
60:7,24
62:1,17
63:7,22
64:15
65:7
66:2,18
67:9,23
68:16
69:7,21
70:10
71:1,16
72:7,21
73:12
74:1,18
75:10,24
76:15
77:7,22
78:12
79:1,17
80:8,21
81:11
82:2,18
83:18



84:10
85:3,17
86:7
88:3,16
89:5,18
90:7,20
91:9
92:12
93:13
94:11
100:3
101:11
107:2
108:5,19
109:10,23
112:6,20

**incriminated**
91:23
92:23
93:22
95:2,14
96:3,16
97:9,20
98:6,22
99:13
100:18
102:1
103:4,17
104:5,18
105:8,22
106:13
107:15
110:12
111:2,16
113:22
114:11,23
115:12
116:1,15
117:4,18
118:7,20
119:9,24
120:14
121:3,16
122:8,22
123:14

124:4,18
125:9
126:3,16
127:5,17
128:7,21
129:11,24
130:12,24
131:13
132:4,18
133:7,20
134:8,20
135:8,21
136:11,24
137:14
138:4,17
139:6,22
140:14
141:6,20
142:11
143:1,14

**indicating**
115:15

**induce**
56:5

**inducement**
140:18

**inducing**
84:16

**influencing**
139:12

**informant's**
54:19

**informants**
9:15
10:4,19
11:9
28:19
53:2,16
54:5,7

**information**
10:5 20:2
21:10
33:24

54:6,20
55:11
56:2,18
57:11,24
60:13
97:23

**initially**
55:12

**initiated**
38:17

**instigated**
38:17

**instigating**
62:7

**integration**
17:22

**intentionally**
90:22
91:11
97:11
127:8,20

**interrogated**
35:19
40:22

**interrogating**
60:11
61:13

**interrogation**
17:21
18:12
36:10
48:1,15
52:10,12

**intimidating**
139:11

**investigating**

8:1

**investigation**
5:20 6:1,
12 7:5,16
9:2 10:6
54:21
99:1,16
100:6,21
111:20
116:18
132:22

**investigations**
139:13

**invoke**
5:12,17
6:3,8
85:15

**invoked**
84:8
132:1

**invoking**
5:14 6:5
48:10
49:17
50:9
61:22
82:16
84:9

**involuntary**
49:24
52:11

**involved**
6:1,11
7:5,15
9:1 41:12
122:12

**involvement**
76:6

**involving**
121:7,20

**Iris**
34:15,18
37:13,17

—————

**J**

**J-E-C-H-T**
87:8

**Jackie**
105:11
106:16

**jail**
77:12

**Jaime**
4:12 9:15
11:21
12:6
13:5,7
15:5,6,17
16:7
17:24
19:1,6,18
20:18
21:11,22,
24 23:3
27:15
28:4,17
29:9 31:6
32:22
33:9
36:11,24
38:3,16,
18,21
49:8,23
51:6,17
52:10,12
53:3,4,16
55:12
56:4,19
57:13
58:3,15
59:18
60:10
61:4,12



REYNALDO GUEVARA
RIOS vs GUEVARA

March 27, 2023
Index: January..knew

**January**
  63:10
  72:23
  77:9 87:7
  111:19
  113:10

**Jecht**
  87:8

**Johnson**
  62:21
  71:20
  93:4,16
  94:1,15
  95:6,18
  96:6,7,
  20,21
  97:12,24

**join**
  8:20
  10:12
  11:1,13
  12:12
  16:13
  17:3
  18:6,20
  19:11
  20:11
  21:3,17
  22:6,19
  23:9,23
  24:16
  25:6,21
  26:10
  27:9,22
  28:11
  29:1,16
  30:8,22
  31:11,24
  32:14
  33:3,16
  34:7,24
  35:13
  36:3,17
  37:7,22
  38:9

  39:3,16
  40:5,19
  41:4,18
  42:7,21
  43:9,21
  44:11,24
  45:14
  46:3,15
  47:4,18
  48:8,24
  49:15
  50:7,20
  51:11
  52:3,19
  53:9,22
  54:12
  55:3,18
  56:10
  57:3,18
  58:8,21
  59:11
  60:3,20
  61:9,20
  62:13
  63:3,18
  64:11
  65:3,19,
  20 66:13
  67:5,19
  68:11
  69:3,17
  70:6,21
  71:12
  72:3,16
  73:7,21
  74:12,13
  75:6,18
  76:11
  77:3,18
  78:8,21
  79:13
  80:4,17
  81:7,21
  82:13
  83:14
  84:5,23
  85:13

  86:3,20
  87:5,14,
  23 88:12
  89:1,14
  90:3,15
  91:5,19
  92:8,18
  93:9
  94:7,21
  95:10,23
  96:12
  97:15
  98:2,16
  99:9,22
  100:13
  101:7,21
  102:15,24
  103:13
  104:1,14
  105:3,17
  106:8,22
  107:11
  108:1,14
  109:5,19
  110:8,22
  111:11
  112:1,14
  113:18
  114:7,19
  115:8,21
  116:11,24
  117:13
  118:3,16
  119:5,19
  120:9,22
  121:12
  122:3,18
  123:9,24
  124:13
  125:4,15
  126:12
  127:1,13
  128:3,17
  129:7,20
  130:8,20
  131:9,23
  132:14

  133:3,16
  134:4,16
  135:4,17
  136:6,20
  137:9,24
  138:13
  139:2,18
  140:9
  141:1,16
  142:6,21
  143:10

**joined**
  97:4

**Jorge**
  74:7
  83:8,21

**Jose**
  8:16 9:4
  64:1,2
  71:4 74:7
  76:20
  83:9,24
  84:17
  86:23

**Juan**
  62:21
  71:20
  93:3,16
  94:1,15
  95:5,17
  96:7,21

**Julio**
  65:13

**July**
  7:16 9:3
  11:20
  12:5 13:5
  18:13
  20:1,18
  21:8
  23:17
  24:10,23
  25:13
  29:7,23

  30:3,14
  33:23
  34:13
  35:22
  39:9 63:9
  73:14
  86:9 93:4

**June**
  5:9,19,23
  7:5 9:2
  10:20
  68:18
  69:10,23
  74:4
  79:20
  83:6

**jury**
  130:3,15
  132:9
  136:1,15
  143:5

---

**K**

---

**kill**
  26:18
  68:3

**killed**
  19:2,5
  20:5
  106:2,16

**killing**
  7:6

**knees**
  44:19

**knew**
  37:15
  49:8
  100:2
  102:18
  104:20
  107:1,4,
  18 108:5,



7,18,21
109:9,12,
23 112:5
113:12
114:1
119:22
121:1,16
123:13
142:14

**knowing**
38:15
110:15

**knowledge**
141:9,24
143:4

——————————

**L**

——————————

**L-A-S-H-U-R-N**
79:7

**L-A-U-R-E-A-N-O**
83:22

**L-E-A-L**
98:11

**L-U-I-S**
5:22 30:1

**laid**
112:9
124:21

**Lashurn**
79:5,6

**Latin**
108:24
109:13
110:2

**Laureano**
83:22,23

**lawyer**
6:3,8

46:11,23

**Leal**
98:11,24
99:4
103:8
104:8,21
105:11
106:2,16
109:14
110:15
111:4,20
114:13
116:4,19
122:13
123:3,18
124:23
129:15
132:21
133:11
134:11
141:11

**Leal's**
99:17
105:11
110:15

**learned**
99:2,16
100:6,21

**Leavitt**
12:7
14:19
15:20
16:20

**legs**
63:12

**LEINENWEBER**
6:20 7:7,
17 8:6,18
9:6,17
10:8,23
11:11,22
12:8,20
13:8,23
14:9,20

15:8,21
16:9,23
17:13
18:2,16
19:7
20:7,22
21:13
22:2,15
23:5,19
24:12
25:2,17
26:6
27:6,18
28:7,21
29:12
30:4,18
31:7,20
32:10,23
33:12
34:3,20
35:9,23
36:13
37:3,18
38:5,22
39:12
40:1,15,
24 41:14
42:3,17
43:5,17
44:7,20
45:10,23
46:12,24
47:14
48:4,20
49:11
50:3,16
51:7,11,
22 52:15
53:5,18
54:8,23
55:14
56:6,22
57:14
58:4,17
59:7,22
60:16
61:5,16

62:9,23
63:14
64:7,22
65:15
66:9
67:1,15
68:7,22
69:13
70:2,17
71:8,22
72:12
73:3,17
74:8,13
75:2,16
76:7,22
77:14
78:4,17
79:9,24
80:13
81:3,17
82:9,20
83:10
84:1,19
85:9,23
86:16
87:1,10,
19 88:8,
21 89:10,
23 90:11
91:1,15
92:4 93:5
94:3,17
95:7,19
96:8,22
98:12
99:5,18
100:9
101:3,17
102:2,11,
20 103:9,
21
104:10,22
105:13
106:4,18
107:7,21
108:10
109:1,15

110:4,8,
18 111:7,
21 112:10
113:1,14
114:3,15
115:4,17
116:7,20
117:9,22
118:12
119:1,15
120:5,18
121:8,22
122:14
123:5,20
124:9,24
125:19
126:8,21
127:9,22
128:13
129:3,16
130:4,16
131:5,19
132:10,23
133:12,24
134:12,24
135:13
136:2,16
137:5,20
138:9,24
139:14
140:5,21
141:12
142:2,17
143:6,17,
24 144:11

**length**
52:11

**lied**
89:20
95:16
106:2

**light**
100:24
102:9



Lilly
  134:11

limited
  100:23

lines
  125:22

lineup
  32:22
  33:10
  64:21
  65:14
  72:11
  116:18
  117:6,20
  118:9,22
  119:13
  120:3
  131:18
  134:23

locked
  32:7

long
  107:6

longer
  112:24

lose
  51:19

loud
  40:23

Louis
  31:17

Luis
  5:20 6:18
  8:1,17
  9:1 23:4
  29:24
  30:2,15
  31:5
  42:15
  58:2
  72:10
  73:15

99:2,16
100:6,23
101:16
107:4,18
108:7,21
110:16
111:5
113:11,12
115:1,15
116:4
117:7,21
118:10,23
119:12
122:11
126:18
128:12
129:14
130:2,14
131:4
132:8

Luis's
  113:24

─────────

───────── M

M-A-Y-S-O-
N-E-T
  64:2

M-E-J-I-A
  74:22

M-O-R-A-L-
E-S
  5:22

Ma
  74:22

Macho
  8:16 9:4

made
  20:17
  52:9 54:4
  127:8,20,
  21 128:10

make
  29:10
  42:1 45:8
  70:13
  71:7
  80:11
  86:11

making
  34:2
  38:19
  49:8,23
  51:6,18
  58:2
  62:20
  68:20
  69:11,24
  128:24
  129:1

malice
  61:14

man
  6:18 8:16
  29:23

Maniac
  108:23

manipulate
  105:12

manipulated
  116:3
  120:3
  131:18
  141:24

manipulating
  133:23
  134:11,23
  137:18
  138:21

manipulation
  140:18

manner
  40:22

52:11

Manuel
  78:2

manufactured
  98:9
  121:6,19
  122:10
  123:1,16
  126:6

manufacturing
  135:24

March
  4:2 85:5
  94:15

Maria
  45:21
  46:10
  69:24

marks
  4:1

Marlon
  78:3

Mason
  21:24
  22:12
  23:1
  49:22
  51:5
  57:12

Mason's
  22:14

Maysonet
  64:1
  76:21

Mejia
  74:21,22
  75:1,13

Melendez
  8:16 9:4

86:23

member
  108:22,23

Mendez
  34:15,18
  37:13,17

mental
  52:13

Mexican
  62:5

Michael
  21:24

middle
  4:24
  15:19

midsize
  100:23
  102:9

Miller
  77:10

minutes
  16:8
  82:22
  113:1

Monday
  4:2

Montanez
  74:7 83:9

Moos
  107:19

Morales
  5:21,22
  6:2,11,18
  8:2,17
  9:2 10:6
  20:5 23:4
  37:15
  42:16
  51:20
  53:2
  54:22



55:13
56:4
87:18
88:7,19,
20 90:10
91:12
92:16

**motivated**
61:15
62:4
140:2
142:10

**motive**
120:17
123:3,18
124:7

**multiple**
86:12

**Muniz**
78:1

**murder**
5:20 6:2,
11 8:17
10:6
11:10
23:4,16
26:3,4,17
37:15
38:18
40:13
42:15
48:19
51:21
53:2
54:22
55:13
56:4
59:21
62:21
66:23
67:13
68:6,21
69:12
70:1 71:6

73:1,2
76:21
77:11
78:2,3
79:23
80:12
83:22,24
84:15
85:8
98:11
99:1
103:7
104:7,21
111:20
116:19
122:13
123:4,19
124:23
129:14
132:22
133:11
141:10

**murderer**
64:21
65:14
70:15
71:21
72:11
84:17

**murderers**
73:16

**murders**
9:16 43:4

—————————

**N**

—————————

**named**
6:18 8:16
9:5 29:24

**Nancy**
144:11

**narrative**
126:7
135:24

neck
75:14

**night**
12:6
48:19

**North**
6:19 12:7
14:19
15:19

**nose**
85:21

**November**
10:21

—————————

**O**

—————————

**oath**
89:20
95:16
113:8

**object**
44:5
46:12
95:7

**objection**
6:20 7:7,
17 8:6,
18,20
9:6,17
10:8,12,
23 11:1,
11,13
12:8,12,
20 13:8,
23 14:9,
20 15:8,
21 16:9,
13,23
17:3,13
18:2,16
19:7
20:7,22
21:13

22:2,15
23:5,19
24:12
25:2,17
26:6
27:6,18
28:7,21
29:12
30:4,18
31:7,11,
20 32:10,
23 33:12
34:3,20
35:9,23
36:3,13
37:3,18
38:5,22
39:12
40:1,15,
24 41:14
42:3,17
43:5,17
44:7,20
45:10,23
46:24
47:14
48:4,20
49:11
50:3,16
51:7,22
52:15
53:5,18
54:8,23
55:14
56:6,22
57:14
58:4,17
59:7,22
60:16
61:5,16
62:9,23
63:14
64:7,22
65:15,19
66:9
67:1,15
68:7,22

69:13
70:2,17
71:8,22
72:12
73:3,17
74:8
75:2,16
76:7,22
77:14
78:4,17
79:9,24
80:13
81:3,17
82:9
83:10
84:1,19
85:9,23
86:16
87:1,10,
19 88:8,
21 89:10,
23 90:11
91:1,15
92:4,18
93:5
94:3,17
95:19
96:8,22
97:3
98:12
99:5,18
100:9
101:3,17
102:2,11,
20 103:9,
21
104:10,22
105:13
106:4,18
107:7,21
108:10
109:1,15
110:4,8,
18 111:7,
21 112:10
113:14,18
114:3,15



115:4,17          33:3,16          80:4,17           129:7,20          66:22
116:7,20          34:7,24          81:7,21           130:8,20          79:5
117:9,22          35:13            82:13             131:9,23
118:12            36:17            83:14             132:14            **opportunity**
119:1,15          37:7,22          84:5,23           133:16              104:8
120:5,18          38:9             85:13             134:4,16          **order**
121:8,22          39:3,16          86:3,20           135:4,17            56:5
122:14            40:5,19          87:5,14,          136:6,20            63:12
123:5,20          41:4,18          23 88:12          137:9,24            68:5
124:9,24          42:7,21          89:1,14           138:13             74:5,23
125:15,22         43:9,21          90:3,15           139:2,18           98:10
126:8,21          44:11,24         91:5,19           140:9              142:16
127:9,22          45:14            92:8 93:9         141:1,16
128:13            46:3,15          94:7,21           142:6,21          **origin**
129:3,16          47:4,18          95:10,23          143:10             62:6
130:4,16          48:8,24          96:12                               **Ortiz**
131:5,19          49:15            97:15             **obtain**          76:3
132:10,23         50:7,20          98:2,16            140:19
133:3,12,         51:11            99:9,22                             **overheard**
24                52:3,19          100:13            **occurred**         46:21
134:12,24         53:9,22          101:7,21           42:15             47:11
135:13            54:12            102:15,24          50:14
136:2,16          55:3,18          103:13
137:5,20          56:10            104:1,14          **occurrence**    ――――――――――
138:9,24          57:3,18          105:3,17           99:2
139:14            58:8,21          106:8,22                                 **P**
140:5,21          59:11            107:11            **October**
141:12            60:3,20          108:1,14           64:18            ――――――――――
142:2,17          61:9,20          109:5,19           65:9,12
143:6             62:13            110:22             77:24            **p.m.**
                  63:3,18          111:11             81:13             12:5 13:6
**objections**      64:11            112:1,14                             34:13
  18:6,20         65:3,21          114:7,19          **officer**         144:13
  19:11           66:13            115:8,21           12:18
  20:11           67:5,19          116:11,24          15:18            **Pacheco**
  21:3,17         68:11            117:13             99:3              74:7 83:9
  22:6,19         69:3,17          118:3,16           100:7,22
  23:9,23         70:6,21          119:5,19                            **paper**
  24:16           71:12            120:9,22          **officer's**        41:11
  25:6,21         72:3,16          121:12             8:3
  26:10           73:7,21          122:3,18                            **parents**
  27:9,22         74:12,14         123:9,24          **officers**        105:11
  28:11           75:6,18          124:13             16:7,20
  29:1,16         76:11            125:4              21:12            **parked**
  30:8,22         77:3,18          126:12             34:14             26:23
  31:24           78:8,21          127:1,13           39:10
  32:14           79:13            128:3,17                            **part**
                                                     **omit**            76:5
                                                      120:2             116:18
                                                     **open**          **participate**
                                                      48:2            **d**
                                                                       133:10



participati        140:4        pick              115:15        50:7,20
ng                              30:16             116:5         52:3,19
  51:20            perpetuated  66:7              120:3         53:9,22
                   53:3                           131:3,17      54:12
participati                     picked            132:7         55:3,18
on                 person       29:23             137:4         56:10
  55:13            33:10        30:2,15           141:9         57:3,18
                                39:10                           58:8,21
partner            persuade                       POLICK        59:11
  132:21           74:24        place             8:20          60:3,20
                                5:22              10:12         61:9,20
parts              phone        76:19             11:1,13       62:13
  64:5             43:15                          12:12         63:3,18
                   44:4,5,18    placing           16:13         64:11
past               45:8,21      64:5              17:3          65:3,20
  16:20            46:9                            18:6,20       66:13
  53:16                         plan              19:11         67:5,19
                   photo        51:5              20:11         68:11
pattern            66:8                           21:3,17       69:3,17
  62:6             111:18       planned           22:6,19       70:6,21
  137:18           112:8        50:15             23:9,23       71:12
  138:8,20         113:9                          24:16         72:3,16
  139:11           114:14       planted           25:6,21       73:7,21
                   115:2        110:14            26:10         75:6,18
pay                133:23                         27:9,22       76:11
  144:6            141:24       played            28:11         77:3,18
                                61:2              29:1,16       78:8,21
PDF                photograph                     30:8,22       79:13
  144:8,10         31:6         point             31:11,24      80:4,17
                                4:22 31:6         32:14         81:7,21
Pena               photographs                    33:3,16       82:13
  63:10            30:16,17     pole              34:7,24       83:14
                   31:5,19      84:14             35:13         84:5,23
People             32:7                           36:3,17       85:13
  87:17                         police            37:7,22       86:3,20
  88:7,20          photos       5:10              38:9          87:5,14,
  89:21            33:11        10:3,20           39:3,16       23 88:12
  92:3             112:9        16:22             40:5,19       89:1,14
  93:3,16                       17:9,11           41:4,18       90:3,15
  95:5,17          physical     18:12             42:7,21       91:5,19
  96:7,21          17:23        20:2 21:9         43:9,21       92:8,19
                   22:13,14     25:14             44:11,24      93:9
Perez              40:23        29:8              45:14         94:7,21
  62:20            50:14        33:23             46:3,15       95:10,23
                   51:5         35:20             47:4,18       96:12
period             52:12,14     39:10,23         48:8,24       97:5,15
  10:18            57:12        48:16             49:15         98:2,16
  11:7             140:18       56:17
                                57:10,24
perjury            physically   59:4
  89:7 90:9        22:12        60:12
  95:4             87:8         66:5

perpetrator



99:9,22
100:13
101:7,21
102:15,24
103:13
104:1,14
105:17
106:8,22
107:11
108:1,14
109:5,19
110:22
111:11
112:1,14
113:18
114:7,19
115:8,21
116:11,24
117:13
118:3,16
119:5,19
120:9,22
121:12
122:3,18
123:9,24
124:13
125:4,16
126:12
127:1,13
128:3,17
129:7,20
130:8,20
131:9,23
132:14
133:3,16
134:4,16
135:4,17
136:6,20
137:9,24
138:13
139:2,18
140:9
141:1,16
142:6,21
143:10,18

**possessing**

37:2

**possibly**
100:24
101:1
102:9

**practice**
62:6
124:6
128:24
137:18
138:8,21
139:11

**preference**
144:10

**preparing**
136:14

**presence**
66:5
125:12

**present**
20:4
22:12
50:13
51:20
56:20
114:14

**presentatio
n**
142:1

**previous**
123:2,17

**prior**
103:7
117:6
118:22
123:11
139:13

**prison**
81:2
86:15

**privilege**
4:20

**probable**
38:3,16
49:9
60:11
142:15

**proceedings**
143:5

**promises**
17:24
52:13

**prosecution**
38:4,17,
18 60:10
61:4,12
139:10,24
140:17

**prosecutors**
10:5 11:8
20:3
21:10
29:9
33:24
48:16
54:20
55:11
56:2,18
57:11
58:1 59:5
60:12

**provide**
132:9

**provided**
48:18
59:20
104:8
129:13

**providing**
59:6

**pulled**
15:18
50:1
75:13

**punched**
74:21
85:7

**purpose**
13:21

**purposely**
120:2

**pursuaded**
83:7

**pushed**
85:20

**put**
16:21
17:9,10

—————————

**Q**

—————————

**question**
4:15,17,
21,24
5:15 6:7,
15 7:2,
13,23
8:12,13
9:12,23
10:15
11:18
12:3,15
13:2,14
14:5,15
15:2,14
16:3,16
17:6,19
18:10,23
19:14,22
20:14
21:6,20
22:9,22
23:12
24:2,19
25:9,24
26:13
27:12
28:1,14

29:4,19
30:11,12
31:1,14,
15 32:3,
17 33:6,
19,20
34:10
35:3,4,16
36:6,20
37:10,11
38:1,12
39:6,7,19
40:8
41:7,8,
21,22
42:10,11,
24 43:12,
24 44:1,
14 45:3,
4,17
46:6,18,
19 47:7,
8,21
48:12
49:3,4,
18,19
50:10,11,
23,24
51:14
52:6,7,22
53:12
54:1,15,
16 55:6,
7,21
56:13,14
57:6,21
58:11,24
59:14
60:6,7,
23,24
61:23,24
62:16,17
63:6,7,21
64:14,15
65:6,7,24
66:1,16,
18 67:8,



9,22,23
68:14,15
69:6,7,
20,21
70:9,10,
24 71:1,
15,16
72:6,19,
20 73:10,
11,12,24
74:1,17
75:9,23
76:14,15
77:6,7,
21,22
78:11,12,
24 79:1,
16,17
80:7,8,
20,21
81:10,11,
24 82:1,
16,17
83:17,18
84:8,10
85:2,3,
16,17
86:6
88:2,3,15
89:4,5,
17,18
90:7,18,
19 91:8,
9,22,23
92:11,12,
22,23
93:12,13,
21 94:10,
11,24
95:1,13,
14 96:2,
3,15,16
97:8,9
98:5,6,
20,21
99:12,13
100:1,3,

16,17
101:10,
11,24
102:1
103:3,16,
17 104:4,
5,17,18
105:6,7,
20,21
106:11,12
107:1,2,
14,15
108:4,17,
18 109:8,
9,22
110:11
111:1,2,
14,15
112:4,5,
18,19
113:21,22
114:10,
11,22,23
115:11,
12,24
116:1,14,
15 117:3,
4,16
118:6,19
119:8,9,
21,24
120:12
121:1,2,
15 122:6,
7,21
123:13
124:3,16,
17 125:8
126:1,2,
15 127:4
128:7,20
129:11,24
130:12,24
131:12
132:2,3,
18 133:7,
20 134:8,

20 135:8,
21
136:11,24
137:13
138:3,17
139:6,22
140:12,13
141:5,19
142:9,11,
24 143:1,
13

question/
answer
5:1

questioned
13:22

questions
5:19
97:19
127:17
143:17,
18,19

Quinn
39:11

quote
28:5

——————————

        R

R-E-Y-N-A-
L-D-O
5:6

R-O-S-A-U-
R-O
74:22

RAHE
143:19

raid
78:15

ran
24:24
25:1

Rankin
74:5

re-
prosecutors
38:20

reason
25:8
27:24
29:18
30:10
123:2,17

recess
83:2
113:3

recharge
49:10

recognize
31:18
32:6

recognized
113:11

record
4:3 5:7
82:24
83:4
113:2,5
144:2

reefer
26:24
27:1

refused
41:24
43:15
96:1
99:24
117:15

refusing
78:10
80:6
82:15

related
71:6

rephrase
8:24

report
8:3 120:4

reporter
5:4,21
29:24
34:16
64:1
144:9

reporting
71:19

reports
8:5 10:3,
20 20:2
21:9 29:8
33:23
48:16
54:19
55:10
56:1,17
57:11,24
59:4
60:12
115:15
131:3,17
132:7
137:4

represent
4:12

reserve
143:23,24

respect
4:20
17:24
47:7,21
48:11
49:3,18
50:23
59:13
60:6,23
61:23
62:16
63:20



64:14
65:6,24
66:16
67:8,22
68:14
69:6,20
70:9,24
72:5,19
73:10,11,
24 74:17
75:8
76:14
77:6,21
78:24
79:16
80:20
81:10,24
83:17
85:2,16
86:5
88:2,14
89:4,17
91:8,22
92:11,22
93:12,20
94:10,24
97:8
98:5,20
99:12
100:16
101:10
103:16
104:4,17
105:6,20
106:11
107:1,14
108:4,17
109:8,22
110:10
111:1,14
112:4
115:11
122:6
124:3,22
131:12
141:19
142:9

**responding**
99:3
100:7,22

**response**
25:23
35:3
42:23
46:5

**retaliation**
123:3,18
124:7

**reveal**
59:19

**review**
94:14
125:13

**reviewed**
8:2,4
87:16
93:2,15,
24

**Reyes**
75:1

**Reynaldo**
4:6 5:6
94:1,16

**Richards**
4:10,12
6:24
7:11,21
8:10,23
9:10,21
10:13
11:2,16
12:1,13,
24 13:12
14:3,13,
24 15:12
16:1,14
17:4,17
18:7,21
19:12
20:12

21:4,18
22:7,20
23:10,24
24:17
25:7,22
26:11
27:10,23
28:12
29:2,17
30:9,23
31:12
32:1,15
33:4,17
34:8
35:1,14
36:4,18
37:8,23
38:10
39:4,17
40:6,20
41:5,19
42:8,22
43:10,22
44:12
45:1,15
46:4,16
47:5,19
48:9
49:1,16
50:8,21
51:12
52:4,20
53:10,23
54:13
55:4,19
56:11
57:4,19
59:12
60:4,21
61:10,21
62:14
63:4,19
64:12
65:4,19,
22 66:14
67:6,20
68:12

69:4,18
70:7,22
71:13
72:4,17
73:8,22
74:12,15
75:7,21
76:12
77:4,19
78:9,22
79:14
80:5,18
81:8,22
82:14,22
83:5,15
84:6,24
85:14
86:4,21
87:6,15,
24 88:13
89:2,15
90:4,16
91:6,20
92:9,18,
20 93:10
94:8,22
95:11,24
96:13
97:3,6,16
98:3,17
99:10,23
100:14
101:8,22
102:6,16
103:1,14
104:2,15
105:3,4,
18 106:9,
23 107:12
108:2,15
109:6,20
110:9,23
111:12
112:2,15,
22 113:6,
19 114:8,
20 115:9,

22 116:12
117:1,14
118:4,17
119:6,20
120:10,23
121:13
122:4,19
123:10
124:1,14
125:5,15,
18,21,23
126:13
127:2,14
128:4,18
129:8,21
130:9,21
131:10,24
132:15
133:4,17
134:5,17
135:5,18
136:7,21
137:10
138:1,14
139:3,19
140:10
141:2,17
142:7,22
143:11,
16,20
144:6,10

**Richmond**
70:13

**riding**
12:6

**rights**
5:15 6:4,
5,9

**Rios**
4:13 9:15
11:21
12:6,17
13:5,7,18
14:7,17
15:5,6,

17,18
16:20,21
17:9
18:1,15
19:1,4,6,
18 20:4,
5,18,19
21:22,24
22:13
23:1,3,15
24:5,9,22
25:1,12
26:3,16
27:5,16
28:4,17
29:10
31:6
32:22
33:9
36:11
38:18,21
49:8,23
51:6,17
52:10
53:4,17
55:12
56:4,19
57:13
58:3,15
59:18
60:10
61:4,12
67:12

Rios's
12:7 16:7
21:11
25:14
38:4,16
52:12

rival
68:4

Rivera
71:5 78:2
80:24

Robert
70:14
73:15

Roberto
108:8

ROBERTS
58:9,22

Rodriquez
84:16

Rodriquez's
78:15

role
61:3

room
17:11
18:15
48:2

Rosa
76:19

Rosario
72:24
73:1

Rosauro
74:21

Ruth
68:19

————————

————————
         S

S-O-L-A-C-
H-E
66:21

Samuel
62:20

Sanchez
64:19
65:13

Santiago
73:16

scene
20:4
56:20

School
107:20

search
11:20
35:7

self-
incriminati
on
5:13,18
6:4,6,9

selling
26:24

send
86:14

September
62:19
71:3

series
30:15

Serrano
74:7
79:21
83:8
86:24

serve
81:1,2

shared
34:15

shooter
8:17 9:5
30:16
31:18
32:6,9
53:17
71:5 78:2
100:8
110:17
111:6
114:2

115:2,16
116:6
117:8,21
118:24
119:14

shooting
24:23
25:13
27:3 76:5
109:14
121:6,20
122:12
123:2,17

shootings
124:8

shoots
24:24

shot
6:18 24:9
58:16
99:4

shots
25:16

showed
30:15
31:5,19
33:11

sign
41:11
42:1 45:7
67:13
74:5 82:6
126:19

signature
143:22,
23,24

significant
61:3

sister
45:21
46:10,11,
22,23

47:12

slammed
22:1 23:2

slamming
50:1

slapped
67:12
68:2
79:5,21
82:6

smacking
48:2
63:11

small
100:23
102:8

Solache
66:21
75:1

South
65:10

Spanish
108:22
109:13

speak
26:21

specialist
5:10

spell
5:4

spelled
5:21 30:1
64:2,19
66:6
68:19
70:14
74:21
77:12
79:7
81:14
82:7



83:22
85:6
86:10
98:11

spelling
34:17,18
64:3 79:8

Springfield
65:10

standing
12:17

start
4:1

started
14:7 48:2

state
5:3

stated
122:11

statement
20:3
21:11
27:12
29:9,10
42:1 45:7
49:8 68:6
74:6
76:20
81:15
114:1
124:21
125:11
126:5,20
127:8,20
128:11
135:12

statements
20:18
38:19
52:9
60:14
128:24
129:2

station
17:11
18:13
32:21
35:20
39:24
116:5

Steve
82:20
144:1,9

Steven
4:11

stomach
74:23
85:7
86:13

stop
45:7

story
27:4
121:6,20
122:11

strand
68:5

street
16:21
26:19

strike
29:22
65:10

striking
63:11
64:6

struck
44:4,17
85:6,20

subsequent
10:7
54:22

suggested
66:6

86:23

suggesting
20:4

supervisors
141:8,23
142:14
143:3

supplementa
ry
8:5

supplied
56:3

suspect
68:21
69:12
70:1

suspect's
66:8

suspects
62:5,8

sworn
4:5,8

————————

T
————————

table
22:1 23:2
50:1

tactics
137:16
138:6,19

takes
143:20

taking
6:14 7:1,
12,22
8:11
9:11,22
10:15
11:3,17
12:2,14

13:1,13
14:4,14
15:1,13
16:2
17:5,18
18:8,22
19:13,21
20:13
21:5,19
22:8,21
23:11
24:1,18
25:8,23
26:12
27:11,24
28:13
29:3,18
30:11,24
31:13
32:2,16
33:5,18
34:9
35:2,15
36:5,19
37:9,24
38:11
39:5,18
40:7
41:6,20
42:9,23
43:11,23
44:13
45:2,16
46:5,17
47:6,20
49:2
51:13
52:5,21
53:11,24
54:14
55:5,20
56:12
57:5,20
58:10,23
59:13
60:5,22
62:15

63:20
64:13
65:5,24
66:15,17
67:7,21
68:13
69:5,19
70:8,23
71:14
72:5,18
75:8,22
76:5,13
77:5,20
78:23
79:15
80:19
81:9,23
83:16
88:14
89:3 94:9
99:11
121:15
123:12
136:23

talk
13:6,18

talking
19:19
20:20
21:12,23
46:22
113:9

telephone
64:5

telling
46:22
51:18

tend
9:23
13:14
15:2,14
16:3 22:9
23:12
24:3



26:13
29:19
33:20
35:4,16
60:24
61:24
62:17
72:7,20
74:1,18
75:10,24
76:15

territory
68:4

testified
4:8 89:8,
21 90:10
95:5,17

testify
58:15
83:8
143:5

testifying
60:15
61:13
76:6

testimony
59:6 73:2
74:24
87:16
93:2,15,
24 94:14
130:3,15
131:4
132:9
136:1,15
140:20

threatened
27:15
32:7
36:23
68:2,4
71:19
72:24
76:3,19

77:10
78:1,15
80:24
84:15
86:14
126:18
132:8

threatening
70:15
71:6
139:12

threats
17:24
52:13
140:18

time
5:9 9:4
10:18,20
11:6 20:1
43:4
52:11
59:21
76:18
82:24
107:6
109:14

times
86:12

Timothy
74:5

Tino
26:17
53:3

tinted
100:24

Today's
4:2

told
11:9
19:1,18
20:19
23:3,15
24:5,10

25:14
27:5
28:4,17
30:16
31:17
32:5
36:10
37:13,17
40:12
41:10
42:13
45:6
46:11
53:2,16
56:19
72:10
73:15
81:14
99:2
100:7
106:15
117:7,21
118:10,23
119:12

transcript
144:5,7

trial
10:7,21
54:22
59:18
60:15
87:16
89:8
90:10
93:2,15,
24 95:5

true
5:24
6:10,17
7:4,15
8:2,15
9:3,14
10:2 11:6
12:17,19
13:4,17,

22 14:7
16:6,16
17:5,12
18:14
19:17,21
20:17
21:8,23
22:14
23:2,4,
15,18
25:12
26:5
27:15
28:2,4,
13,17
29:3,7,22
30:2,10,
14,24
31:4,17
32:5,16,
20 33:5,
9,18,22
34:9,19
35:2,7,
15,19
36:5,9,
12,23
37:9,13,
17 38:15
39:5,11,
22 40:11,
14,21,23
41:6,10,
20,24
42:2,13,
16 43:3,
14,23
44:3,13,
17,19
45:2,6,9,
20,22
46:9,17,
21 47:6,
11,20,24
48:14,19
49:7,17,
21 50:2,

9,13,22
51:3,17
52:5,9
53:1,15
54:4,14,
18 55:5,
9,24
56:12,16
57:9,23
58:13
59:3,17
60:5,9
61:2,11,
22 62:3,
19,22
63:5,9,24
64:4,18
65:5,12,
23 66:4,
15,20
67:7,11
68:1,13,
18 69:5,
10,23
70:8,12,
23 71:3,
14,18
72:9,23
73:9,14,
23 74:4,
20 75:12
76:2,13,
18 77:5,
9,20,24
78:10,14,
23 79:4,
8,15,20
80:6,10,
23 81:9,
13,23
82:4,15
83:7,16,
20 84:7,
13,18
85:5,15,
19 86:9,
22 87:7



88:1,5,18
89:3,7,
16,20
90:5,9,
17,22
91:7,11,
21 92:1,
10,14,21
93:20
94:9,23
95:4,12,
16 96:1,
5,14,19
97:7,11,
17,22
98:4,9,18
99:1,11,
15,24
100:5,15,
20 101:9,
14,23
102:7,17
103:2,6,
15,19
104:3,7,
16,20
105:5,10,
19,24
106:10,15
107:4,13,
18 108:3,
7,16,21
109:12,21
110:1,14,
24 111:4,
13,18
112:8,16,
17
113:10,
13,20,24
114:2,9,
13,21
115:1,10,
14,23
116:3,13,
17 117:2,
6,15,20

118:5,9,
18,22
119:7,12
120:4,11,
16,24
121:5,14,
19 122:5,
10,20
123:1,11,
16 124:2,
6,15,20
125:6,11
126:5,14,
18 127:7,
19 128:5,
10,19,23
129:13,22
130:2,10,
14,22
131:2,11,
16 132:1,
6,16,20
133:5,9,
18,22
134:6,10,
18,22
135:6,10,
19,23
136:8,13,
22 137:2,
11,16
138:2,6,
15,19
139:4,9,
20 140:1,
11,16
141:3,8,
21,23
142:8,13,
23 143:3,
12

**Turner**
85:20

_____

**U**
_____

**unaware**
8:15 9:4

**understand**
4:15

**unnamed**
53:2

**upstairs**
15:19

_____

**V**
_____

**V-O-R-D-O-Y**
76:4

**V-O-U-T-O**
70:15

**V-O-Y-T-E-K**
82:8

**Valendez**
71:4

**Valesquez**
84:14

**Velazquez**
68:3

**Verez**
80:11

**version**
124:22

**Vicente**
83:7

**Victor**
80:11

**video**
144:5,7

**vindication**
127:15

**violence**
51:5

**Virgilio**
78:1

**voice**
82:22

**voluntarily**
6:11

**Vordoy**
76:3

**Vouto**
70:14

**Voytek**
82:6,7

_____

**W**
_____

**wait**
5:1

**waive**
143:22

**walked**
26:22

**walking**
27:1

**wanted**
13:6
103:19
118:10,23

**war**
109:13
110:1

**warrant**
34:14

**water**
68:2

**weapon**
35:8

**wearing**

85:21

**West**
17:10
18:13
35:21

**Western**
6:19
26:18,19

**wife**
24:7
86:14

**Wilfredo**
72:24

**William**
66:5

**Willie**
105:11
106:15
110:15
111:4
114:13
116:4

**window**
24:9

**windows**
100:24

**withdraw**
8:24

**witnesses**
60:13
88:5,18
96:5,19
137:19
139:12

**word**
85:22

**worry**
25:15

**written**
125:12



**wrongfully**
  83:21

**wrote**
  10:2,19
  20:1 29:8
  124:21
  125:12
  126:6
  127:7

---

**Y**

---

**years**
  62:8 81:1

**Yolanda**
  98:11,24
  99:4,17
  103:7
  104:7,21
  105:10
  106:17
  109:14
  111:20
  116:18
  122:13
  123:3,18
  124:23
  129:15
  132:21
  133:11
  141:11

