EXHIBIT C -- PROPOSED PRIORITY LIST OF "WILL CALL" 404(B) WITNESSES AS TO REYNALDO GUEVARA

1. Adriana Mejia
2. Jose Maysonet
3. Evelyn Diaz
4. Carl Richmond
5. Gloria Ortiz Bordoy
6. Colleen Miller
7. Samuel Perez
8. David Velasquez
9. Timothy Rankin
10. Rosauro Mejia
11. Armando Sierra
12. Voytek Dembski
13. Adolfo Frias a.k.a. Adolfo Friar
14. Robert Ruiz
15. Victor Vera
16. David Rivera
17. Elizer Cruzado
18. Daniel Rodriguez
19. Luis Figueroa

DETAILS AS TO ALL 404 (B) WITNESSES TENDERED IN DISCOVERY

**Reynaldo Guevara**:

1. Samuel Perez
    a. Coercing Samuel Perez to make a false identification of Juan Johnson in a murder case
    b. September 11, 1988
    c. Samuel Perez's transcript, Juan Johnson's exoneration, collateral estoppel based upon the jury verdict in Juan Johnson's favor, Guevara's invocation of the fifth amendment

2. Daniel Pena
    a. Beating of Pena by defendant Guevara, including smacking him in the face and striking him between the legs with a flashlight in order to extract a false confession
    b. January 22-23, 1986
    c. Pena's transcript, Guevara's other misconduct, Guevara's invocation of the fifth amendment.

3. Jose Maysonet
    a. Beating of Maysonet by defendant Guevara, including placing a telephone book on various parts of Maysonet's body and striking the book with a flashlight.
    b. August 22, 1990
    c. Maysonet's exoneration and admission by States Attorney Kim Foxx as to Guevara's misconduct; grant of the certificate of innocence. Guevara's invocation of the fifth amendment.

4. Efrain Sanchez
    a. Coerced by defendant Guevara to falsely identify David Colon as the murderer during a lineup
    b. October 5, 1993

    c. Colon's exoneration and admission by States Attorney Kim Foxx as to Guevara's misconduct; grant of the certificate of innocence. Guevara's invocation of the fifth amendment.

5. Julio Sanchez

    a. Coerced by defendant Guevara to falsely identify David Colon as the murderer during a lineup
    b. October 5, 1993
    c. Colon's exoneration and admission by States Attorney Kim Foxx as to Guevara's misconduct; grant of the certificate of innocence. Guevara's invocation of the fifth amendment

6. William Dorsch

a. Suggesting to an identification witness that he pick out a suspect's photo from an array.
b. Approximately April, 1990
c. William Dorsch's testimony, States Attorney Kim Foxx's agreement to exoneration in cases where Dorsch has testified, Gueva's invocation of the fifth amendment

7. Gabriel Solache

a. Beating Solache with an open hand to his face, breaking his ear drum and coercing him to confess to a murder he had not committed
b. April 3, 1998
c. Gabriel Solache's testimony, States Attorney Kim Foxx's agreement to exoneration in cases where Dorsch has testified, Gueva's invocation of the fifth amendment.

8. Arturo Reyes
a. Slapping Reyes in the face and coercing him to sign a false confession to a murder he did not commit
b. April 3, 1998
c. Daniel Solache's testimony, States Attorney Kim Foxx's agreement to exoneration in cases where Dorsch has testified, Guevara's invocation of the fifth amendment

9. David Velasquez
   a. Slapping, choking, dousing with water, threatening to beat and kill David Velasquez and driving him to rival gang territory and threatening to strand him there in order that he give a false statement in a murder case.
   b. May 10, 1993
   c. David Velasquez's testimony, Kim Foxx's admissions as to Guevara's misconduct, Guevara's invocation of the fifth amendment.

10. Ruth Antonetty
    a. Attempting to coerce Ruth Antonetty in making a false identification of a suspect in a murder case
    b. June 14, 1997
    c. Ruth Antonetty's affidavit, Kim Foxx's admissions as to Guevara's misconduct, Guevara's invocation of the fifth amendment.

11. Debbie Daniels
    a. Attempting to coerce Ruth Antonetty in making a false identification of a suspect in a murder case
    b. June 13, 1997
    c. Debbie Daniels's affidavit, Kim Foxx's admissions as to Guevara's misconduct, Guevara's invocation of the fifth amendment.

12. Maria Castro
    a. Attempting to coerce Maria Castro into making a false identification of a suspect in a murder case
    b. June 13, 1997
    c. Mario Castro's affidavit, Kim Foxx's admissions as to Guevara's misconduct, Guevara's invocation of the fifth amendment.

13. Carl Richmond

    a. Coercing Richmond to make a false identification of Robert Bouto as a murderer by threatening to charge him if he did not.
    b. May 14, 1993
    c. Carl Richmond's affidavit and deposition testimony, Kim Foxx's admissions as to Guevara's misconduct, Guevara's invocation of the fifth amendment.

14. Jose Melendez
    `
    a. Coercing Muniz to falsely identify Manuel Rivera as the shooter in a gang related murder by threatening to charge him if he did not make the identification
    b. September 30, 1989
    c. Muniz's affidavit, Rivera's exoneration, Cook County States Attorney Kim Foxx's agreement to exoneration, Guevara's invocation of the fifth amendment

15. Evelyn Diaz

    a. Threatening Diaz with reporting her to DCFS in attempt to falsely identify Juan Johnson as the murderer
    b. August 22, 1990
    c. Diaz's deposition testimony, Juan Johnson's exoneration, Cook County States Attorney Kim Foxx's agreement to exoneration, Guevara's invocation of the fifth amendment

16. Luis Figueroa

    a. Telling Luis Figueroa to falsely identify Angel Diaz in a lineup as a murderer
    b. February 6, 1995
    c. Figueroa's trial testimony, Guevara's invocation of the fifth amendment

17. Wilfredo Rosario

    a. Threatened to charge Rosario with murder or conspiracy if he did not give false in various murder cases
    b. January, 1991

    c. Rosario's trial testimony, Guevara's invocation of the fifth amendment

18. Robert Ruiz

    a. Telling Robert Ruiz to falsely identify the Santiago brothers as murderers
    b. Early July, 1997
    c. Ruiz's trial testimony, Guevara's invocation of the fifth amendment

19. Timothy Rankins

    a. Beating Timothy Rankins in order to get him to sign a false statement in the Armando Serrano, Jose Montanez, and Jorge Pacheco cases.
    b. June 10, 1993
    c. Timothy Rankins' testimony, Cook County States Attorney Kim Foxx's admission as to Guevara's misconduct, Guevara's invocation of the fifth amendment

20. Rosauro Mejia

    a. Punching Mejia in the stomach and hitting him in the face in order to persuade him to give false testimony about Gabriel Solache, Arturo Reyes, and Adriano Mejia
    b. April 3, 1998
    c. Rosauro Mejia's deposition testimony

21. Adriana Mejia

    a. Pulling Mejia's hair and hitting her in the back of her neck
    b. April 3, 1998
    c. Mejia's deposition testimony, exonerations of Reyes and Solache, Guevara's invocation of the fifth

22. Gloria Ortiz Bordoy

    a. Threatening Bordoy that her children would be sent to DCFS if she admitted to taking part in a shooting and falsely testifying to her involvement

   b. December 13, 1995
   c. Bordoy's deposition testimony, Guevara's invocation of the fifth amendment

23. Rosa Bello

   a. Threatening Bello to place her children in DCFS unless she gave a false statement implicating Jose Maysonet for murder
   b. 1990
   c. Bello's deposition testimony, Guevara's invocation of the fifth amendment

24. Colleen Miller

   a. Threatening Miller that if she did not falsely implicate David Gecht in a murder she would be giving birth in jail
   b. January, 1999
   c. Miller's testimony, the exoneration of David Gecht and Cook County States Attorney Kim Foxx's admission of Guevara's misconduct, Guevara's invocation of the fifth amendment.

25. Virgilio Munoz

   a. Threatening Munoz that if he did not identify Manuel Rivera as the shooter in the murder of Marlon Wade, he would be going down for the murder.
   b. October 1, 1989
   c. Muniz's affidavit, Guevara's invocation of the fifth amendment.

26. Daniel Rodriguez

   a. Threatening to raid his girlfriend's house and falsely charging his girlfriend with a crime

    b. May 11, 1999

    c. Rodriguez's testimony, his exoneration, Cook County States Attorney Kim Foxx's admission of Guevara's misconduct, Guevara's invocation of the fifth amendment

27. Lashurn Hunt

    a. Slapping Hunt on the face with an open hand in an effort to get him to confess

    b. February 15, 1983

    c. Lashurn Hunt's affidavit and testimony, Guevara's invocation of the fifth amendment

28. Armando Serrano

    a. Slapping Armando Serrano across the face and hitting him in the body in attempt to get him to falsely confess to a murder he did not commit.

    b. June 8 or June 9, 1993

    c. Armando Serrano's affidavit, his exoneration, Cook County States Attorney Kim Foxx's admission of Guevara's misconduct. Guevara's invocation of the fifth amendment

29. Victor Vera

    a. Coercing Vera to make a false confession to the murder of Edwin Castenada

    b. Around April 23, 1989

    c. Vera's affidavit, Cook County States Attorney Kim Foxx's admission of Guevara's misconduct. Guevara's invocation of the fifth amendment

30. David Rivera

    a. Threatening Rivera that if he did not confess he would serve 40-50 years in prison but he would only serve seven years if he did.

    b. February 21-22, 1991

    c. Rivera's affidavit, his exoneration, Cook County States Attorney Kim Foxx's admission of Guevara's misconduct, Guevara's invocation of the fifth amendment.

31. Elizer Cruzado

a. Telling Cruzado that if he gave a statement he would be able to see his family again.
b. October 5, 1993
c. Cruzado's testimony, Kim Foxx's admission of Guevara's misconduct, Guevara's invocation of the fifth amendment

32. Voytek Dembski

a. Beating and slapping Dembski and coercing him to sign a false confession.
b. May 18, 1007
c. Jed Stone's affidavit, Guevara's invocation of the fifth amendment

33. Francisco Vincente

    a. Persuading Vincente to testify falsely against Armando Serrano, Jorge Pacheco and Jose Montanez
    b. June, 1992
    c. Vincente's affidavit, exoneration of Serrano and Montanez, Kim Foxx's admission, and Guevara's invocation of the fifth amendment

34. Jorge Laureano

a. Wrongfully arresting him for a murder for which Laureano had alibi, attempting to frame him for the murder of Jose Hernandez
b. 1988 and 1991
c. Laureano's testimony, Guevara's invocation of the fifth amendment

35. David Velasquez

   a. Chaining him to a pole, hitting him with a flashlight, threatening to charge him with murder, inducing him to falsely identify Daniel Rodriguez as the murderer of Jose Hernandez
   b. May 10, 1991
   c. Velasquez's deposition testimony, Guevara's invocation of the fifth amendment

36. Adrian Duta

   a. Striking Duta in the head with a folder and punching him in the stomach, coercing him into confessing to a murder
   b. March 21, 1994
   c. Duta's testimony, Guevara's invocation of the fifth amendment

37. Annie Turner

   a. Forcibly pushing Turner off a bus, striking her across the nose while wearing a bracelet, and calling her bitch and the n word.
   b. May 8, 1982
   c. Turner's testimony, Guevara's invocation of the fifth amendment

38. Adolfo Frias, aka Adolfo Friar

   a. Coercing Frias to make a false confession by hitting him in the face multiple times, while another detective hit him in the stomach and another detective placed a foot on his genitals, threatening to send his wife to prison
   b. July 29, 1993
   c. Frias's testimony, Guevara's invocation of the fifth amendment

39. Jose Melendez

   a. Suggesting the false identification of Armando Sierra
   b. May 23, 1995
   c. Melendez's testimony, Cook County States Attorney Kim Foxx's admission of Guevara's misconduct, Guevara's invocation of the fifth amendment

40. David Gecht

   a. Physical abuse, coercing Gecht to give a false confession
   b. January 29, 1999
   c. Gecht's testimony, his exoneration, Cook County States Attorney Kim Foxx's admission of Guevara's misconduct, Guevara's invocation of the fifth amendment

**Ernest Halvorsen**

41. Timothy Rankins

   a. Beating Timothy Rankins in order to get him to sign a false statement in the Armando Serrano, Jose Montanez, and Jorge Pacheco cases.
   b. June 10, 1993
   c. Timothy Rankins' testimony, Halvorsen's invocation of the fifth amendment

42. Hemino Molina

   a. Concealed exculpatory evidence that Molina saw the shooting and that Reynaldo Munoz was not the shooter
   b. October 14, 1985
   c. Molina's affidavit and evidentiary deposition, Halvorsen's invocation of the fifth amendment

43. Daniel Rodriguez

    a. Hitting Rodriguez in the chest and stomach coercing him into making a false inculpatory statement
    b. May 11, 1991
    c. Rodriguez's testimony, his exoneration, Halvorsen's invocation of the fifth amendment

44. Jorge Laureano

    a. Wrongfully arresting him for a murder for which Laureano had alibi, attempting to frame him for the murder of Jose Hernandez
    b. 1988 and 1991
    c. Laureano's testimony, Guevara's invocation of the fifth amendment

45. Francisco Vincente

    a. Persuading Vincente to testify falsely against Armando Serrano, Jorge Pacheco and Jose Montanez
    b. June, 1992
    c. Vincente's affidavit, exoneration of Serrano and Montanez, Kim Foxx's admission, and Halvorsen's invocation of the fifth amendment

46. Fabian Santiago

a. Threatening Santiago with a firearm, striking him with an open hand on the face and forehead and coaching him to provide a false confession
b. January 20, 1993
c. Santiago's testimony and Halvorsen's invocation of the fifth amendment