UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jaime Rios

                          Plaintiff,

v.                                                     Case No.: 1:22−cv−03973
                                                         Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 14, 2023:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion to expand the number of Rule 404(b) witnesses [78] is granted in part and denied in part. Appearance on August 15, 2023, is not required to present this motion. Plaintiff';s request to expand the number of Rule 404(b) witnesses from 15 total to 20 total is denied. However, the court grants Plaintiff the discretion to use his allotted 15 to allocate as many as 10 toward the witnesses who will testify against Defendant Reynaldo Guevara. On July 6, 2023, the court ordered Plaintiff, among other things, "to identify to Defendants five Rule 404(b) witnesses for each Defendant−−−a total of 15 witnesses−−−he plans to call as trial witnesses by July 20, 2023."; (R. 77.) When considering the scope of discovery pertaining to Rule 404(b) witnesses, this court is of the opinion that limiting the "will call" list helps ensure that Plaintiff identifies those witnesses who will be able to testify so that the parties' depositions are meaningful and not wasted. Although this court does not have the authority to limit the number of trial witnesses, it does have the discretion to define the scope of discovery and to ensure that both sides are engaged in productive and proportional discovery. For this reason, this court must balance the competing interests of the parties and take into account the cumulative nature of having multiple witnesses on a particular topic. That said, because Plaintiff principally blames Defendant Guevara for his damages and that the extent of Guevara's alleged misconduct is far greater than that of the other two Defendant Detectives, the court agrees that Plaintiff should be permitted to call more than 5 Rule 404(b) witnesses against him. Accordingly, of the 15 witnesses allotted to Plaintiff, he may identify as many as 10 to testify against Defendant Guevara. Plaintiff is ordered to amend his Rule 404(b) witness list and serve it on Defendants by August 18, 2023. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.