# EXHIBIT K

# AUBREY O'QUINN'S FIRST DECLARATION

JAIME RIOS,
     Plaintiff,

  v.

REYNALDO GUEVARA et al.,
     Defendants.

)
)
)
)
)
)
)
)

No. 22 CR 3973

Judge Jeremy C. Daniel

## DECLARATION OF AUBREY O'QUINN

I, Aubrey O'Quinn, Pursuant to 28 U.S.C.§ 1746, hereby declare as follows:

1.     I am over the age of 18 years and a resident of the Commonwealth of Virginia. I am competent to give this declaration.

2.     I was continuously employed by the City of Chicago as a Chicago Police Officer from 1965 to 1996.

3.     I am aware that the plaintiff in the above captioned matter, Jaime Rios, has alleged that on July 28, 1989, that (a) I was present at Area 5 while Chicago Police Officer, Reynaldo Guevara was hitting and attempting to illicit a false confession from Cristino Garcia while Garcia was in custody; and (b) I told Officer Guevara to stop hitting Garcia.

4.     While I have no specific memory of the events that occurred on that particular date, July 28, 1989, Garcia's above allegations are untrue. At no time while I was employed as a Chicago Police Officer did I observe or was I aware of Officer Guevara hitting or attempting to elicit a false confession from any suspect, and thus I did not tell Office Guevara to stop hitting Garcia.

4.     I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 24th day of January 2024.

_Aubrey O'Quinn_
Aubrey O'Quinn