# EXHIBIT L

# AUBREY O'QUINN'S SECOND DECLARATION

UNIITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAIME RIOS,                           )
                                      )      Case No. 22 CV 3973
                  Plaintiff,          )
                                      )      Hon. Jeremy C. Daniel
        vs.                           )
                                      )
REYNALDO GUEVARA,                     )
                                      )
                  Defendant.          )

## DECLARATION OF AUBREY O'QUINN

I, Aubrey O'Quinn, Pursuant to 28 U.S.C.§ 1746, hereby declare as follows:

1.      I am over the age of 18 years and a resident of the Commonwealth of Virginia. I am competent to give this declaration.

2.      I was continuously employed by the City of Chicago as a Chicago Police Officer from 1965 to 1996.

3.      I am aware that the plaintiff in the above captioned matter, Jaime Rios, has alleged that on July 28, 1989, that (a) I was present at Area 5 while Chicago Police Officer, Reynaldo Guevara was hitting and attempting to illicit a false confession from Cristino Garcia while Garcia was in custody; (b) I told Officer Guevara to stop hitting Garcia and (c) that Garcia gave me an alibi and that I checked into the alibi.

4.      While I have no specific memory of the events that occurred on that particular date, July 28, 1989, Garcia's above allegations are untrue. At no time while I was employed as a Chicago Police Officer did I observe or was I aware of Officer Guevara hitting or attempting to elicit a false confession from any suspect, and thus I did not tell Office Guevara to stop hitting Garcia.

1

5. Further, if an arrestee or suspect of a crime provided me an alibi for the place and time an offence was committed, it was my practice to record that information in any report that I authored regarding the crime. I followed this practice throughout my career as a Chicago Police Officer.

6. I have reviewed my Arrest Report from July 28, 1989, and the Supplemental Report from Area 5 dated July 30, 1989, regarding Cristino Garcia. None of these reports state Cristino Garcia provided me an alibi for a murder. Therefore, the plaintiff's allegation that Cristino Garcia provided me with an alibi are untrue.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 8th day of February 2024.

Aubrey O'Quinn

2

RG-RIOS 00003