IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAIME RIOS

    Plaintiff,

        vs.                         Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

    Defendants.                    JURY TRIAL DEMANDED

    Defendants.

**PLAINTIFF'S MOTION IN LIMINE TO INTRODUCE EVIDENCE OF THE GRANT OF PLAINTIFF'S PETITION FOR A CERTIFICATE OF INNOCENCE**

Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards submits the following motion in limine to introduce the grant of Jaime Rios's petition for certificate of innocence. In support thereof, Jaime Rios states as follows:

**THE GRANT OF THE PETITION FOR CERTIFICATE OF INNOCENCE**

On August 10, 2022, following his exoneration, Jaime Rios filed a petition for certificate of innocence. (See Exhibit 1).

On December 1, 2022, the State announced that they were not intervening to oppose the petition.

On February 3 2023, Cook County Circuit Judge Erica Reddick granted Jaime Rios' s

1

petition for certificate of innocence. (See Exhibit 2).

With respect to whether Jaime Rios had proved by a preponderance of evidence that he was innocent Judge Reddick ruled:

> "I will say after reviewing the petition which included the affidavits of witnesses who testified as part of the trial proceedings who indicated that they testified falsely in instances because of their fear of Detective Guevara, now disgraced former detective, where there is a clear pattern of conduct on his part with respect to garnering witness testimony against accused defendants often in murder charges, there is ample evidence in the case.
> The Court, after reviewing it, considering the affidavits and information, does find that there is a requisite prima facie showing.
> Without the contest to the petition, that entitles Mr. Rios to relief, so the Court will grant the petition for a certificate of innocence."

(Exhibit 3, 3-4).

## ARGUMENT

The leading cases of *Kluppelberg v. Burge*, 84 F. Supp. 3d 741, 745 (N.D. Ill. 2015) and *Harris v. City of Chicago*, No. 14 C 4391, 2017 WL 11887787, (N.D. Ill. Mar. 29, 2017) establish that the Cook County Circuit's grant of Jaime Rios's petition for certificate of innocence is admissible.

In *Kluppelberg*, the court ruled that grant of a petition for certificate of innocence was relevant and admissible to demonstrate damages if defendants argued that plaintiff s committed the crime. In addition a certificate of innocence "may bear on the due process claim insofar as it is needed to keep the jury's focus on the materiality issue as opposed to [plaintiff's] actual guilt or innocence." 84 F. Supp. 3d at 745–46 (N.D. Ill. 2015). *Acord*, *Harris*, No. 14 C 4391, 2017 WL 11887787, at *2.

Here, the defendants have argued consistently throughout this litigation that they believe Jaime Rios is guilty. There is every reason to believe that they will argue that the jury, on that theory, should award minimal damages. Moreover, Jaime Rios has raised a number of due

process fabrication and Brady claims which require only that he show a reasonable probability of a different outcome, not that he is actually innocent. Reminding the jury that a state court found that Jaime Rios had proved his case by a preponderance of the evidence will allow the jury to focus on whether Jaime Rios has proved his due process claims, not his actual innocence.

Jaime Rios therefore seeks the admission of the petition for certificate of innocence (Exhibit 1), the file stamped grant of the certificate of innocence (Exhibit 2), and the transcript of Judge Reddick's ruling granting the certificate. (Exhibit 3). Jaime Rios does not object to the admission of a transcript establishing that the State did not intervene to oppose the petition should defendants choose to introduce it. (Exhibit 2). Jaime Rios asks that, consistent with *Harris v. City of Chicago*, No. 14 C 4391, at *8, the jury be instructed as to the petition for certificate of innocence. (Dkt # 220, 23).

Respectfully Submitted,

JAIME RIOS

By and through

/s/ Stephen L. Richards

 By: Stephen L. Richards Attorney for Plaintiff
53 West Jackson
Suite 756
Chicago, IL 60604
773-817-6927
sricha5461@aol.com Attorney No: 6191946

3

### **CERTIFICATE OF SERVICE**

Stephen L. Richards certifies that on October 14, 2025, he served **PLAINTIFF'S MOTION IN LIMINE TO INTRODUCE EVIDENCE OF THE GRANT OF PLAINTIFF'S PETITION FOR A CERTIFICATE OF INNOCENCE**

through the ECF filing system.

                                               */s/ Stephen L. Richards*
                                               By: Stephen L. Richards
                                               Attorney for Plaintiff
                                               53 W. Jackson, Suite 756
                                               Chicago, IL 60604
                                               (773) 817-6927
                                               sricha5461@aol.com
                                               Attorney No: 6191946