```
 1   STATE OF ILLINOIS    )
                          )  SS:
 2   COUNTY OF C O O K    )

 3         IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

 4            COUNTY DEPARTMENT - CRIMINAL DIVISION

 5   THE PEOPLE OF THE              )
     STATE OF ILLINOIS,             )
 6                                  )
              Plaintiff,            )
 7      Vs.                         )  No. 89 CR 1652501
                                    )
 8   JAIME RIOS,                    )
                                    )
 9            Defendant.            )

10         REPORT OF PROCEEDINGS had at the hearing of

11   the above-entitled cause, before the Honorable ERICA L.

12   REDDICK, Judge of said Court, on Friday,

13   February 3, 2023.

14
         APPEARANCES:
15            HON. KIMBERLY M. FOXX,
              State's Attorney of Cook County, by
16            MS. CHRISTA BOWDEN,
              Assistant State's Attorney,
17                appeared for the Respondent;

18            MR. STEPHEN RICHARDS,
              MR. JOSHUA RICHARDS,
19                appeared for the Petitioner.

20

21

22
     SABRINA M. TOMICKI, CSR
23   Official Court Reporter
     Criminal Division
24   License No. 084-004755
```

```
 1          THE COURT:  Jaime Rios.  Counsel are present.
 2          MR. J. RICHARDS:  Yes, your Honor.  Joshua Richards
 3   from the Law Office of Stephen L. Richards.  I believe
 4   Stephen Richards is on the Zoom as well.
 5          MR. S. RICHARDS:  Stephen Richards also present, but
 6   my picture is not on at the moment.
 7          THE COURT:  It will be momentarily.  I do see, also,
 8   a square for Mr. Rios.  So his video has also been
 9   activated.  There he is.
10              And then, State?
11          MS. BOWDEN:  Assistant State's Attorney Christa
12   Bowden for the People.
13          THE COURT:  All right.  And I just want to clarify
14   with the State that it is your continuing position that
15   the State elects not to intervene in this matter; is
16   that correct?
17          MS. BOWDEN:  Yes, Judge.
18          THE COURT:  All right.
19              The matter appears on the court call today for
20   a petition for a certificate of innocence.  The
21   petitioner has alleged that he is entitled to a petition
22   for a certificate of innocence based on pleadings.
23              The State electing not to intervene, the Court
24   simply determines whether there has been a prima facie
```

```
 1    showing of what is required for being granted a petition
 2    for a certificate of innocence.
 3              In this case, the petitioner has established
 4    that he was in fact previously convicted of a felony
 5    offense in the State of Illinois and sentenced to a term
 6    of imprisonment which he served all or part of, that was
 7    alleged in the petition.  The petition has been
 8    certified or verified by the petitioner.
 9              Additionally, that the petitioner must
10    establish, and this is all by a preponderance of the
11    evidence, that the judgment of conviction was reversed
12    or vacated and the indictment or information dismissed,
13    and that petitioner was not retried in this case.  Those
14    factors have been established as well.
15              That the petitioner timely filed the petition
16    for a certificate of innocence, and that being within
17    two years of the dismissal.  The gun, I believe, also
18    meets that criterion.
19              And then with respect to the petitioner's
20    innocence as to the offenses charged.
21              And then the final element, that the petitioner
22    did not, by his own conduct, voluntarily cause or bring
23    about his conviction.
24              I will say after reviewing the petition which
```

JGS_RIOS 00358

1  included the affidavits of witnesses who testified as
2  part of the trial proceedings who indicated that they
3  testified falsely in instances because of their fear of
4  Detective Guevara, now disgraced former detective, where
5  there is a clear pattern of conduct on his part with
6  respect to garnering witness testimony against accused
7  defendants often in murder charges, there is ample
8  evidence in the case.
9       The Court, after reviewing it, considering the
10 affidavits and information, does find that there is a
11 requisite prima facie showing.
12      Without the contest to the petition, that
13 entitles Mr. Rios to relief, so the Court will grant the
14 petition for a certificate of innocence.
15    MR. S. RICHARDS: Your Honor, we e-mailed alternate
16 orders, including an order granting. And actually I --
17 it's to point out there's a mistake in the first one, so
18 I e-mailed a second. In addition, Josh Richards has
19 physical hard copies of the orders if your Honor needs
20 them or wants them.
21    THE COURT: Okay. I did not receive any e-mailed
22 copies. Unless they're e-mailed to the clerk -- you
23 should not send things to me personally, they should
24 always go through the clerk for 101. So I didn't

1 receive anything.  If you have something, counsel
2 Richards, that you wish to tender up for the Court's
3 review to enter the orders, if you'll hand it to the
4 deputy there.
5     MR. J. RICHARDS:  Yes, your Honor.  Do you wish for
6 one or two copies?
7     THE COURT:  I only sign one copy.
8     MR. J. RICHARDS:  Okay.
9     THE COURT:  So this is the standard petition.  So
10 counsel Richards, for both of you, just for your
11 understanding, to expedite his case going through the
12 Court of Claims now, they do require that you subpoena
13 his incarceration records and that they be included and
14 sent up as well.
15     So I will note on your order, I'm going to
16 amend it to say that the documents are not attached, but
17 for his purposes, the whole purpose of being granted
18 this certificate is to allow him the right to sue for
19 relief for monetary compensation.  So he has to be able
20 to prove that, he, by his affirmation, has stated the
21 days that he spent in custody.  But the Court requests
22 that you subpoena and submit his offender history from
23 both Cook County as well as the Illinois Department of
24 Corrections, so you do have leave to subpoena those

JGS_RIOS 00360

```
 1    things.  If you do so, you will make more readily
 2    available the relief he is seeking in the Court of
 3    Claims, okay?
 4         MR. J. RICHARDS:  Yes, your Honor.
 5         MR. S. RICHARDS:  Your Honor, just a couple points.
 6             On the point of the IDOC records, there's a
 7    portal that Mr. Rios can use, and I know I've already
 8    given him those documents, so he can notarize them and
 9    then we'll send them on to IDOC.  But, your Honor, you
10    send the order directly to the Court of Claims and we
11    don't have to do anything further on that end?
12         THE COURT:  Our clerk does, our clerk transmits.  So
13    built in to the order, the Clerk of the Circuit Court
14    shall transmit a copy of the certificate of innocence to
15    the Clerk of the Court of Claims.  So that's our part.
16             I've just changed the order to add number
17    three, under it is ordered, sentencing documents,
18    documents for sentencing not attached.  So as quickly as
19    you can acquire those, that will assist you.
20         MR. J. RICHARDS:  Thank you, your Honor.
21         MR. S. RICHARDS:  Thank you, your Honor.
22         THE COURT:  Thank you.  Good luck to you, Mr. Rios.
23         THE DEFENDANT:  Thank you, your Honor.
24         MR. J. RICHARDS:  Your Honor, is there a way I can
```

JGS_RIOS 00361

```
 1    get a copy of the signed order?
 2            THE COURT:  It will be available in Odyssey later
 3    today once it's entered, absolutely.  But if there's
 4    time and the clerk can make a copy for you while you're
 5    just here, perhaps you will be able to have that as
 6    well.
 7            MR. J. RICHARDS:  I have to go to another courtroom,
 8    but thank you.
 9                       (Which were all the proceedings had
10                        at the hearing of the above-entitled
11                        cause, this Friday, 02/03/2023.)
```

JGS_RIOS 00362

```
 1   STATE OF ILLINOIS      )
                            ) SS:
 2   COUNTY OF C O O K      )

 3

 4              I, SABRINA M. TOMICKI, Official

 5   Shorthand Reporter of the Circuit Court of Cook County,

 6   do hereby certify that I reported in shorthand the

 7   proceedings had in the above-entitled cause, and that

 8   the foregoing Report of Proceedings is a true and

 9   correct transcript of the proceedings had before the

10   Honorable ERICA L. REDDICK, Judge of said court.

11

12

                        *Sabrina Tomicki*
                    _____
15                      Official Shorthand Reporter

16                      SABRINA M. TOMICKI, CSR

17                      Circuit Court of Cook County

18                      License No. 084-004755

19

20

21   Date:  March 3, 2023
```