IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAIME RIOS | ) | |
| | ) | Case No. 22 CV 3973 |
| Plaintiff, | ) | |
| | ) | Hon. Jeremy C. Daniel |
| vs. | ) | |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## DEFENDANTS' MOTIONS IN LIMINE

### EXHIBIT LIST

Exhibit A      Reynaldo Guevara Deposition Transcript

Exhibit B      Michael Mason Deposition Transcript

Exhibit C      Ernest Halvorsen Deposition Transcript (April 20, 2018 Serrano/Montanez)

Exhibit D      Ernest Halvorsen Deposition Transcript (February 6, 2019 Serrano/Montanez)

Exhibit E      Karen Shields Deposition Transcript

Exhibit F      Jaime Rios Answers to Reynaldo Guevara's Interrogatories

Exhibit G      Jaime Rios Deposition Transcript

Exhibit H      Benjamin Carrero Deposition Transcript

Exhibit I      Benjamin Carrero Criminal Trial Testimony

Exhibit J      Cristino Garcia Affidavit

Exhibit K      Cristino Garcia Deposition Transcript

Exhibit L      Cristino Garcia Certified Copy of Conviction – 90 CR 2224601

Exhibit M      Lamont Burr Deposition Transcript

Exhibit N      Jaime Rios Answer to Defendant Mason's Interrogatories