*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT D



# Transcript of Ernest Halvorsen

**Date:** February 6, 2019
**Case:** Montanez & Serrano -v- Guevara, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

```
1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF ILLINOIS

3                   EASTERN DIVISION

4    ----------------------------x

5    JOSE MONTANEZ,                  :

6              Plaintiff,            :

7       v.                          :   Case No. 17 CV 4560

8    REYNALDO GUEVARA, et al.,       :

9              Defendants.           :

10   _____     :

11   ARMANDO SERRANO,                :

12              Plaintiff,           :

13      v.                          :   Case No. 17 CV 2869

14   REYNALDO GUEVARA, et al.,       :

15              Defendants.          :

16   ----------------------------x

17        Videotaped Deposition of ERNEST HALVORSEN

18                  Chicago, Illinois

19              Wednesday, February 6, 2019

20                     10:06 a.m.

21

22   Job No.:  225342

23   Pages:  1 - 370

24   Reported by:  Joanne Ely, CSR, RPR
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           2

1       Videotaped deposition of ERNEST HALVORSEN, held

2    at the location of:

3

4            LOEVY & LOEVY

5            311 North Aberdeen Street

6            3rd Floor

7            Chicago, Illinois 60607

8            (312) 243-5900

9

10

11

12       Pursuant to notice before Joanne Ely, a

13   Certified Shorthand Reporter, Registered Professional

14   Reporter, and a Notary Public in and for the State

15   of Illinois.

16

17

18

19

20

21

22

23

24

```
1              A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF JOSE MONTANEZ:

3           RUSSELL AINSWORTH, ESQUIRE

4           LOEVY & LOEVY

5           311 North Aberdeen Street

6           3rd Floor

7           Chicago, Illinois 60607

8           312.243-5900

9    ON BEHALF OF PLAINTIFF ARMANDO SERRANO:

10          JENNIFER BONJEAN, ESQUIRE

11          ASHLEY COHEN, ESQUIRE

12          BONJEAN LAW GROUP, PLLC

13          1000 Dean Street

14          Suite 345

15          Brooklyn, New York 11238

16          718.875-1850

17   ON BEHALF OF DEFENDANT REYNALDO GUEVARA:

18          THOMAS MORE LEINENWEBER, ESQUIRE

19          LEINENWEBER BARONI DAFFADA LLC

20          120 North LaSalle Street

21          Suite 2000

22          Chicago, Illinois  60602

23          312.663.3003

24
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    4

```
 1      A P P E A R A N C E S   C O N T I N U E D

 2   ON BEHALF OF DEFENDANT MATTHEW COGHLAN:

 3          PAULA S. QUIST, ESQUIRE

 4          JONES DAY

 5          77 West Wacker Drive

 6          Chicago, Illinois 60601

 7          312.782.3939

 8   ON BEHALF OF DEFENDANTS ERNEST HALVORSEN AND

 9   EDWARD MINGEY:

10          JOSH M. ENGQUIST, ESQUIRE

11          DAVID A. BRUEGGEN, ESQUIRE

12          THE SOTOS LAW FIRM, PC

13          141 West Jackson Boulevard

14          Suite 1240A

15          Chicago, Illinois  60604

16          312.735.3300

17   ON BEHALF OF DEFENDANT CITY OF CHICAGO:

18          EILEEN E. ROSEN, ESQUIRE

19          ROCK FUSCO & CONNELLY, LLC

20          321 North Clark Street

21          Suite 2200

22          Chicago, Illinois 60654

23          (312) 494-1000

24
```

1        A P P E A R A N C E S   C O N T I N U E D

2    ON BEHALF OF DEFENDANTS COOK COUNTY AND JOHN DILLON

3          JULIE NIKOLAEVSKAYA, ESQUIRE

4          OFFICE OF THE COOK COUNTY STATE'S ATTORNEY

5          500 Richard Daley Center

6          Chicago, Illinois 60602

7          (312) 603-3473

8

9    ALSO PRESENT:

10         ARMANDO SERRANO

11         JOSE MONTANEZ

12         RICK KOSBERG, Videographer

13

14

15

16

17

18

19

20

21

22

23

24

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    6

1                    C O N T E N T S

2  EXAMINATION OF HALVORSEN                    PAGE

3        By Mr. Ainsworth                        8

4        By Ms. Rosen                          362

5        By Ms. Quist                          365

6

7                  E X H I B I T S

8              (Attached to transcript.)

9

10  HALVORSEN DEPOSITION EXHIBITS               PAGE

11

12   Exhibit 1  Photograph                     121

13   Exhibit 2  Transcript of Trial Testimony  178

14   Exhibit 3  Bates Nos. RFC-Serr/Mont       185

15              149-177

16   Exhibit 4  Sidley Austin Memorandum       190

17   Exhibit 5  Memorandum, 7/23/14            223

18   Exhibit 6  Bates Nos. RFC-Serr/Mont 1-148 225

19   Exhibit 7  Geraldo Iglesias Testimony,    290

20              12/16/94

21   Exhibit 8  6/8/1993, Supplementary Report 316

22   Exhibit 9  Armando Serrano, Complaint For 362

23              Preliminary Examination

24   Exhibit 10 Employee Training Record       362

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    7

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE VIDEOGRAPHER:  This is the video | 09:44:35 |
| 3 | deposition of Ernest Halvorsen taken by Loevy & | 10:05:40 |
| 4 | Loevy in the matter of Jose Montanez v. Reynaldo | 10:05:43 |
| 5 | Guevara, et al., Case No. 17 CV 4560; and Armando | 10:05:46 |
| 6 | Serrano versus Reynaldo Guevara, et al., Case | 10:05:53 |
| 7 | No. 17 CV 2869 held at Loevy and Loevy, 311 North | 10:05:56 |
| 8 | Aberdeen Street, Chicago, Illinois. | 10:06:02 |
| 9 | Today is February the 6th, 2019.  The time | 10:06:03 |
| 10 | is 10:06.  The court reporter is Joanne Ely.  The | 10:06:08 |
| 11 | videographer is Rick Kosberg. | 10:06:13 |
| 12 | Counsel will now introduce themselves.  Then | 10:06:16 |
| 13 | the court reporter is free administer the oath. | 10:06:17 |
| 14 | MR. AINSWORTH:  This is Russell Ainsworth | 10:06:19 |
| 15 | appearing on behalf of Plaintiff Jose Montanez. | 10:06:21 |
| 16 | MS. BONJEAN:  Jennifer Bonjean on behalf of | 10:06:24 |
| 17 | Armando Serrano, also present. | 10:06:27 |
| 18 | MS. COHEN:  Ashley Cohen on behalf of | 10:06:27 |
| 19 | Armando Serrano. | 10:06:30 |
| 20 | MR. LEINENWEBER:  Good morning.  Tom | 10:06:30 |
| 21 | Leinenweber on behalf of Reynaldo Guevara. | 10:06:31 |
| 22 | MS. QUIST:  Paula Quist on behalf of | 10:06:34 |
| 23 | Defendant Matt Coghlan. | 10:06:35 |
| 24 | MS. NIKOLAEVSKAYA:  Julie Nikolaevskaya on | 10:06:37 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                8

| | | |
|---|---|---|
| 1 | behalf of John Dillon and Cook County. | 10:06:39 |
| 2 | MS. ROSEN:  Eileen Rosen on behalf of | 10:06:40 |
| 3 | Defendant City of Chicago. | 10:06:43 |
| 4 | MR. ENGQUIST:  Josh Engquist on behalf of | 10:06:44 |
| 5 | Defendants Halvorsen and Mingey. | 10:06:46 |
| 6 | MR. BRUEGGEN:  Dave Brueggen on behalf of | 10:06:47 |
| 7 | Defendants Halvorsen and Mingey. | 10:06:50 |
| 8 | THE REPORTER:  Would you please raise your | 10:06:50 |
| 9 | right hand. | 10:06:50 |
| 10 | (Witness duly sworn.) | 10:06:50 |
| 11 | ERNEST HALVORSEN, | 10:06:50 |
| 12 | having been duly sworn, testified as follows: | 11:40:16 |
| 13 | EXAMINATION BY COUNSEL FOR PLAINTIFF MONTANEZ | 11:40:16 |
| 14 | BY MR. AINSWORTH: | 10:06:57 |
| 15 | Q  Would you please state and spell your name | 10:06:58 |
| 16 | for the record. | 10:07:00 |
| 17 | A  Ernest Halvorsen. | 10:07:00 |
| 18 | MR. ENGQUIST:  Can we just make sure that we | 10:07:03 |
| 19 | have everyone else that's here on the record, that | 10:07:05 |
| 20 | they're here. | 10:07:06 |
| 21 | MS. BONJEAN:  I said also present. | 10:07:12 |
| 22 | MR. ENGQUIST:  I'm sorry.  I didn't hear. | 10:07:13 |
| 23 | MS. ROSEN:  Can we take it down a notch. | 10:07:15 |
| 24 | Sorry. | 10:07:17 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                9

| | | |
|---|---|---|
| 1 | A   H -- E-r-n-e-s-t H-a-l-v-o-r-s-e-n. | 10:07:20 |
| 2 | BY MR. AINSWORTH: | 10:07:22 |
| 3 | Q   And your first name doesn't start with an H; | 10:07:23 |
| 4 | correct? | 10:07:26 |
| 5 | A   No, E. | 10:07:26 |
| 6 | Q   Okay.  Have you given a deposition before? | 10:07:27 |
| 7 | A   Yes. | 10:07:30 |
| 8 | Q   On how many occasions? | 10:07:31 |
| 9 | A   Two. | 10:07:33 |
| 10 | Q   And was one of those two in this case | 10:07:34 |
| 11 | previously? | 10:07:39 |
| 12 | A   Yes. | 10:07:39 |
| 13 | Q   And when was the other time that you gave a | 10:07:40 |
| 14 | deposition? | 10:07:44 |
| 15 | A   I believe it was April of last year. | 10:07:44 |
| 16 | Q   And in what case was that? | 10:07:46 |
| 17 | A   Say again, please. | 10:07:48 |
| 18 | Q   What was the case that you gave a deposition | 10:07:50 |
| 19 | in in April of last year? | 10:07:52 |
| 20 | A   The same case we're here today for. | 10:07:54 |
| 21 | Q   And so when you say you've given two | 10:07:58 |
| 22 | depositions, are you including today as one of those | 10:08:01 |
| 23 | two? | 10:08:02 |
| 24 | A   No. | 10:08:03 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    10

| | | |
|---|---|---|
| 1 | Q  So one of the other two was in April of last | 10:08:03 |
| 2 | year in this case. | 10:08:07 |
| 3 |     When was the other time that you had been | 10:08:09 |
| 4 | deposed in the past? | 10:08:10 |
| 5 | A  Early in 2000 sometime. | 10:08:11 |
| 6 | Q  And in what case was that? | 10:08:14 |
| 7 | A  Angel Rodriguez. | 10:08:15 |
| 8 | Q  Do you know who it was who deposed you? | 10:08:17 |
| 9 | A  No. | 10:08:22 |
| 10 | Q  And do you know why it was that you were | 10:08:23 |
| 11 | being deposed? | 10:08:26 |
| 12 | A  I was being sued. | 10:08:27 |
| 13 | Q  So you were a defendant in that lawsuit? | 10:08:28 |
| 14 | A  Yes. | 10:08:31 |
| 15 | Q  Because it's been quite some time since you | 10:08:31 |
| 16 | gave that deposition, I just want to go over some of | 10:08:41 |
| 17 | the ground rules; is that okay? | 10:08:44 |
| 18 | A  Go ahead. | 10:08:45 |
| 19 | Q  The first thing I'm going to ask you to do | 10:08:45 |
| 20 | is to give your answers just as you've been doing | 10:08:48 |
| 21 | thus far, that is out loud with a yes or no if the | 10:08:51 |
| 22 | question calls for it.  Okay? | 10:08:54 |
| 23 | A  Yes. | 10:08:55 |
| 24 | Q  The next thing I'll ask you to do is to wait | 10:08:55 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          11

| | | |
|---|---|---|
| 1 | until I'm done asking my question before you begin | 10:08:58 |
| 2 | your answer so that we're not speaking at the same | 10:09:01 |
| 3 | time.  Okay? | 10:09:05 |
| 4 |     A  Yes. | 10:09:05 |
| 5 |     Q  I'll try and do the same to you, and that is | 10:09:05 |
| 6 | wait until you're done with your answer before I | 10:09:07 |
| 7 | begin my next question.  All right? | 10:09:10 |
| 8 |     A  Yes. | 10:09:13 |
| 9 |     Q  If you don't understand my question at any | 10:09:13 |
| 10 | time or you don't hear my question at any time, | 10:09:15 |
| 11 | would you please ask me to rephrase the question, | 10:09:17 |
| 12 | re-ask the question, or in some way indicate to me | 10:09:20 |
| 13 | that you did not either understand my question or | 10:09:23 |
| 14 | hear my question.  Okay? | 10:09:25 |
| 15 |     A  Yes. | 10:09:26 |
| 16 |     Q  The flip side of that is that if you answer | 10:09:27 |
| 17 | my question, we'll assume that you've understood my | 10:09:31 |
| 18 | question as I've posed it; fair? | 10:09:36 |
| 19 |     A  Yes. | 10:09:37 |
| 20 |     Q  If you need a break at any time, you can | 10:09:38 |
| 21 | take a break.  Just we -- you must answer any | 10:09:41 |
| 22 | question that's pending before taking a break. | 10:09:44 |
| 23 | Okay? | 10:09:46 |
| 24 |     A  Yes. | 10:09:46 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    12

| | | |
|---|---|---|
| 1 | Q  Do you have any medical issues or any | 10:09:47 |
| 2 | medical condition or any medication that you're | 10:09:49 |
| 3 | taking that would interfere with your ability to | 10:09:51 |
| 4 | testify truthfully and accurately here today? | 10:09:54 |
| 5 | A  No. | 10:09:57 |
| 6 | Q  You were kind enough to alert me that you | 10:09:57 |
| 7 | have some difficulty with your hearing; is that | 10:10:03 |
| 8 | correct? | 10:10:06 |
| 9 | A  Yes. | 10:10:06 |
| 10 | Q  And so if at any time you can't -- you're | 10:10:06 |
| 11 | having a problem hearing the questions that are | 10:10:10 |
| 12 | being asked, you understood that -- you understand | 10:10:12 |
| 13 | that you can simply ask me to re-ask the question or | 10:10:14 |
| 14 | speak louder so that you can hear the question; | 10:10:17 |
| 15 | right? | 10:10:20 |
| 16 | A  Yes. | 10:10:20 |
| 17 | Q  Do you have any difficulty with your memory? | 10:10:21 |
| 18 | A  Not that I'm aware of. | 10:10:27 |
| 19 | Q  All right.  So nobody, no family member and | 10:10:32 |
| 20 | no medical professional has mentioned to you that | 10:10:33 |
| 21 | there is -- they perceive something wrong with your | 10:10:37 |
| 22 | memory; is that right? | 10:10:40 |
| 23 | A  No. | 10:10:41 |
| 24 | Q  That's correct? | 10:10:41 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                              13

| | | |
|---|---|---|
| 1 | A No. | 10:10:45 |
| 2 | Q All right. I've got a double negative | 10:10:45 |
| 3 | there. | 10:10:47 |
| 4 | It is correct that nobody has brought to | 10:10:47 |
| 5 | your attention that there might be some problem with | 10:10:50 |
| 6 | your memory; correct? | 10:10:52 |
| 7 | A That's correct. | 10:10:53 |
| 8 | Q You're retired; is that right? | 10:10:53 |
| 9 | A Yes. | 10:10:57 |
| 10 | Q Retired from the Chicago Police Department, | 10:10:58 |
| 11 | I mean; correct? | 10:11:02 |
| 12 | A Yes. | 10:11:03 |
| 13 | Q You retired in 2010? | 10:11:04 |
| 14 | A Yes. | 10:11:05 |
| 15 | Q Have you had any employment since your | 10:11:06 |
| 16 | retirement from the Chicago Police Department? | 10:11:12 |
| 17 | A Have I had any what? | 10:11:14 |
| 18 | Q Any employment. | 10:11:15 |
| 19 | A No. | 10:11:17 |
| 20 | Q Do you intend to seek employment? | 10:11:17 |
| 21 | A No. | 10:11:22 |
| 22 | Q Do you live in the State of Illinois? | 10:11:23 |
| 23 | A Yes. | 10:11:29 |
| 24 | Q Do you intend to move? | 10:11:29 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    14

| | | |
|---|---|---|
| 1 | A  No. | 10:11:33 |
| 2 | Q  When was the last time you talked to Ray | 10:11:33 |
| 3 | Guevara? | 10:11:43 |
| 4 | A  Probably a year ago. | 10:11:43 |
| 5 | Q  And in what context?  Why was it that you | 10:11:44 |
| 6 | were talking to Ray Guevara about a year ago? | 10:11:48 |
| 7 | A  We were all sitting down in the cafeteria at | 10:11:52 |
| 8 | 26th and California. | 10:11:56 |
| 9 | Q  And why were you at the cafeteria at 26th | 10:11:57 |
| 10 | and California? | 10:12:01 |
| 11 | A  In response to a subpoena from Ms. Bonjean. | 10:12:01 |
| 12 | Q  And for what case was that? | 10:12:06 |
| 13 | A  I believe it was Mr. Maysonet. | 10:12:07 |
| 14 | Q  And when you say we all were sitting down in | 10:12:09 |
| 15 | the cafeteria, who was the "we" who was sitting | 10:12:14 |
| 16 | together? | 10:12:17 |
| 17 | A  Me, Guevara, Mingey, Dan Herbert, three | 10:12:18 |
| 18 | other attorneys, I don't remember their names right | 10:12:28 |
| 19 | now. | 10:12:30 |
| 20 | Q  And was there -- did you see Ray Guevara at | 10:12:30 |
| 21 | 26th and Cal on that day approximately a year ago | 10:12:45 |
| 22 | when you were not seated and talking with your | 10:12:48 |
| 23 | attorneys? | 10:12:52 |
| 24 | A  No. | 10:12:52 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    15

1      Q   When you arrived at 26th and California that    10:12:52
2   day, where did you go?                                  10:13:00
3      A   The cafeteria.                                   10:13:01
4      Q   And were you intending to meet people at the    10:13:03
5   cafeteria?                                              10:13:07
6      A   I was going to meet my attorney, Dan            10:13:08
7   Herbert.                                                10:13:12
8      Q   Did you arrive first, or did Guevara arrive     10:13:13
9   first?                                                  10:13:16
10     A   I don't remember.                               10:13:16
11     Q   Did you go anywhere at 26th and Cal that day    10:13:17
12   apart from the cafeteria?                              10:13:24
13     A   No.                                             10:13:26
14     Q   So you left immediately from the cafeteria?     10:13:27
15     A   I believe we left the cafeteria and went        10:13:29
16   into the hallway outside of one of the courtrooms.     10:13:36
17     Q   All right.  Who is the "we" that went to the    10:13:40
18   hallway outside of one of the courtrooms?              10:13:43
19     A   Me and my attorney, Dan Herbert.                10:13:45
20     Q   Did anyone else go to that hallway with you?    10:13:49
21     A   Not with us but other people did go to that     10:13:53
22   hallway.                                               10:13:57
23     Q   Were there other detectives who went to that    10:13:57
24   hallway?                                               10:14:00

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                              16

| | | |
|---|---|---|
| 1 | A  I believe I saw retired detectives there, | 10:14:01 |
| 2 | yes. | 10:14:06 |
| 3 | Q  Which retired detectives did you see there? | 10:14:07 |
| 4 | A  Paul Nitsky and Montia. | 10:14:10 |
| 5 | Q  Were Paul Nitsky or Montia in the cafeteria | 10:14:10 |
| 6 | with you and your attorneys? | 10:14:20 |
| 7 | A  They may have been, but I don't remember. | 10:14:20 |
| 8 | Q  And while you were in that hallway outside | 10:14:23 |
| 9 | the courtroom, did you have any discussions with | 10:14:36 |
| 10 | anyone? | 10:14:40 |
| 11 | A  No. | 10:14:40 |
| 12 | Q  Why were you in the hallway outside the | 10:14:42 |
| 13 | courtroom? | 10:14:47 |
| 14 | A  The Judge ordered us to leave the courtroom. | 10:14:47 |
| 15 | Q  Did you go in the courtroom? | 10:14:51 |
| 16 | A  For a couple of minutes, then the Judge | 10:14:53 |
| 17 | ordered us out. | 10:14:56 |
| 18 | Q  And how long did you remain outside the | 10:14:57 |
| 19 | courtroom? | 10:15:04 |
| 20 | A  No more than 10 minutes. | 10:15:04 |
| 21 | Q  Pause before you answer this question. | 10:15:06 |
| 22 | Did you have any -- what did you discuss | 10:15:12 |
| 23 | while you were outside the courtroom? | 10:15:13 |
| 24 | MR. ENGQUIST:  I'm going to object.  If he's | 10:15:14 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    17

| | | |
|---|---|---|
| 1 | talking about outside the -- conversations outside | 10:15:16 |
| 2 | conversations he had with his attorney, he can | 10:15:18 |
| 3 | answer the question.  Otherwise, he shouldn't be | 10:15:20 |
| 4 | answering questions having to do with | 10:15:23 |
| 5 | attorney/client privilege. | 10:15:23 |
| 6 | Q  Are you going to take your -- | 10:15:26 |
| 7 | MR. AINSWORTH:  Are you instructing the | 10:15:28 |
| 8 | witness not to answer? | 10:15:29 |
| 9 | MR. ENGQUIST:  I'm instructing him not to | 10:15:30 |
| 10 | respond to anything having to do with conversations | 10:15:31 |
| 11 | with his attorney, Dan Herbert. | 10:15:34 |
| 12 | Q  Are you going to take your attorney's advice | 10:15:39 |
| 13 | and not -- not testify about that conversation? | 10:15:41 |
| 14 | A  With my attorney, that's correct. | 10:15:45 |
| 15 | Q  Did you have any conversations with people | 10:15:47 |
| 16 | who were not your attorney while you were outside | 10:15:51 |
| 17 | the courtroom? | 10:15:53 |
| 18 | A  Not that I remember. | 10:15:54 |
| 19 | Q  Did you return to the courtroom after being | 10:15:58 |
| 20 | outside the courtroom for some period of time? | 10:16:05 |
| 21 | A  No. | 10:16:06 |
| 22 | Q  Why not? | 10:16:07 |
| 23 | A  Dan Herbert told us to leave the building | 10:16:09 |
| 24 | and go home. | 10:16:14 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    18

| | | |
|---|---|---|
| 1 | Q  And did you walk out with anyone? | 10:16:15 |
| 2 | A  My attorney. | 10:16:17 |
| 3 | Q  Who else did you walk out with? | 10:16:18 |
| 4 | A  Just my attorney. | 10:16:22 |
| 5 | Q  Which attorney? | 10:16:23 |
| 6 | A  Dan Herbert. | 10:16:24 |
| 7 | Q  Did Ray Guevara walk with you out? | 10:16:25 |
| 8 | A  No. | 10:16:29 |
| 9 | Q  Why didn't -- did the other detectives leave | 10:16:30 |
| 10 | at the same time you did? | 10:16:34 |
| 11 | A  Yes. | 10:16:36 |
| 12 | Q  Was there a reason why you didn't walk out | 10:16:36 |
| 13 | with them? | 10:16:39 |
| 14 | A  I remember we went down the stairs, and I | 10:16:39 |
| 15 | don't know where the other people went. | 10:16:44 |
| 16 | Q  Did you walk down the stairs with them? | 10:16:45 |
| 17 | A  Not with them.  I walked down the stairs | 10:16:48 |
| 18 | with Dan Herbert. | 10:16:50 |
| 19 | Q  Were the other detectives walking down the | 10:16:51 |
| 20 | stairs at the same time that you were? | 10:16:54 |
| 21 | A  Not that I remember. | 10:16:55 |
| 22 | Q  Where were you parked? | 10:16:56 |
| 23 | A  Where was I parked? | 10:16:59 |
| 24 | Q  Yeah. | 10:17:00 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          19

| | | |
|---|---|---|
| 1 | A   The parking garage across the street at 26th | 10:17:02 |
| 2 | Street. | 10:17:05 |
| 3 | Q   Was Dan Herbert parked in that same garage? | 10:17:06 |
| 4 | A   Yes. | 10:17:09 |
| 5 | Q   Did you drive there with anyone? | 10:17:10 |
| 6 | A   No. | 10:17:11 |
| 7 | Q   Did you know that Ray Guevara was going to | 10:17:11 |
| 8 | be at court that day? | 10:17:26 |
| 9 | A   No. | 10:17:27 |
| 10 | Q   Do you know where Ray Guevara is living now? | 10:17:27 |
| 11 | A   No. | 10:17:31 |
| 12 | Q   Do you know that he's living out of state? | 10:17:31 |
| 13 | A   No. | 10:17:35 |
| 14 | Q   Do you know that he lives in Texas? | 10:17:35 |
| 15 | A   No. | 10:17:37 |
| 16 | Q   When did you start your employment with the | 10:17:38 |
| 17 | Chicago Police Department? | 10:17:48 |
| 18 | A   As a police officer or as a police cadet? | 10:17:49 |
| 19 | Q   Well, which did you do first, sir? | 10:17:56 |
| 20 | A   I was a police cadet. | 10:18:00 |
| 21 | Q   All right.  When were you a police cadet? | 10:18:02 |
| 22 | A   I think I began in 1969. | 10:18:04 |
| 23 | Q   What is a police cadet? | 10:18:07 |
| 24 | A   Someone who has graduated from high school, | 10:18:08 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    20

| | | |
|---|---|---|
| 1 | who attends college, and works for the police | 10:18:14 |
| 2 | department in a civilian capacity. | 10:18:18 |
| 3 | Q  Did you graduate high school? | 10:18:20 |
| 4 | A  Yes. | 10:18:24 |
| 5 | Q  Where did you graduate high school? | 10:18:24 |
| 6 | A  Lane Tech. | 10:18:26 |
| 7 | Q  When did you graduate high school? | 10:18:30 |
| 8 | A  1968. | 10:18:32 |
| 9 | Q  Do you have any family members in the police | 10:18:32 |
| 10 | department? | 10:18:37 |
| 11 | A  No. | 10:18:37 |
| 12 | Q  Why did you want to become a police cadet? | 10:18:37 |
| 13 | A  Because it allowed me to go to college. | 10:18:42 |
| 14 | Q  Did they -- did the department pay you for | 10:18:46 |
| 15 | being a cadet? | 10:18:50 |
| 16 | A  Yes, they did. | 10:18:51 |
| 17 | Q  And was it a salary or was it tuition | 10:18:53 |
| 18 | credits or a combination? | 10:18:56 |
| 19 | A  It was a salary. | 10:18:57 |
| 20 | Q  What did you do for the department as a | 10:18:59 |
| 21 | police cadet? | 10:19:04 |
| 22 | A  I had various jobs. | 10:19:04 |
| 23 | Q  What were your various jobs? | 10:19:07 |
| 24 | A  Timekeeper, tour guide, community relations | 10:19:10 |

| | | |
|---|---|---|
| 1 | officer.  Those are the three I remember. | 10:19:19 |
| 2 | Q  Who were you a tour guide for? | 10:19:21 |
| 3 | A  Say that again, please. | 10:19:25 |
| 4 | Q  Who were you a tour guide for?  Who did you | 10:19:26 |
| 5 | give tours to? | 10:19:31 |
| 6 | A  I gave tours mainly to school groups at | 10:19:31 |
| 7 | police headquarters. | 10:19:35 |
| 8 | Q  For how long were you a civilian cadet? | 10:19:37 |
| 9 | A  A little less than four years. | 10:19:40 |
| 10 | Q  Did you attend college? | 10:19:42 |
| 11 | A  Yes. | 10:19:47 |
| 12 | Q  What college did you attend? | 10:19:47 |
| 13 | A  City College of Chicago. | 10:19:50 |
| 14 | Q  Did you receive a degree or certificate from | 10:19:52 |
| 15 | the City College of Chicago? | 10:19:56 |
| 16 | A  No. | 10:19:58 |
| 17 | Q  How long did you attend the City College of | 10:19:58 |
| 18 | Chicago? | 10:20:02 |
| 19 | A  A little less than four years. | 10:20:03 |
| 20 | Q  Did you attend any other post high school | 10:20:05 |
| 21 | educational institution? | 10:20:11 |
| 22 | A  No. | 10:20:13 |
| 23 | Q  Did you ever receive either an associate's | 10:20:13 |
| 24 | degree or a bachelor's degree? | 10:20:16 |

| | | |
|---|---|---|
| 1 | A No. | 10:20:19 |
| 2 | Q Why did you stop attending City Colleges? | 10:20:19 |
| 3 | A They eliminated the cadet program. | 10:20:23 |
| 4 | Q So why did that cause you to not attend | 10:20:27 |
| 5 | college anymore? | 10:20:35 |
| 6 | A Because I had to go find another job that | 10:20:35 |
| 7 | did not allow me to go to school. | 10:20:39 |
| 8 | Q What job did you find? | 10:20:40 |
| 9 | A I think after that I became a photographer | 10:20:43 |
| 10 | for a few months. | 10:20:47 |
| 11 | Q Did you have any training to become a | 10:20:48 |
| 12 | photographer? | 10:20:55 |
| 13 | A I worked in a camera store for a number of | 10:20:55 |
| 14 | years. | 10:20:58 |
| 15 | Q Was that while you were also a police cadet | 10:20:58 |
| 16 | or -- | 10:21:02 |
| 17 | A No. | 10:21:02 |
| 18 | Q -- when was that? | 10:21:03 |
| 19 | A It was when I was in high school. | 10:21:03 |
| 20 | Q Why did you stop being a photographer? | 10:21:05 |
| 21 | A Because I became a police -- why did I stop | 10:21:13 |
| 22 | becoming a photographer? | 10:21:18 |
| 23 | Q Yeah. | 10:21:18 |
| 24 | A I was hired by the police department as a | 10:21:19 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                  23

| | | |
|---|---|---|
| 1 | police officer. | 10:21:21 |
| 2 | Q   When was that? | 10:21:21 |
| 3 | A   23 October 1972. | 10:21:22 |
| 4 | Q   Did you attend the academy? | 10:21:25 |
| 5 | A   Yes. | 10:21:32 |
| 6 | Q   And what was your first assignment after the | 10:21:32 |
| 7 | academy? | 10:21:39 |
| 8 | A   I was assigned to the patrol division, the | 10:21:39 |
| 9 | 17th police district. | 10:21:44 |
| 10 | Q   Where was the 17th district headquarters at | 10:21:45 |
| 11 | that time? | 10:21:51 |
| 12 | A   4461 North Pulaski. | 10:21:51 |
| 13 | Q   And for how long did you remain in patrol at | 10:21:58 |
| 14 | the 17th district? | 10:22:02 |
| 15 | A   I was working a beat for approximately three | 10:22:03 |
| 16 | years, and then I went on the district tact team. | 10:22:09 |
| 17 | Q   Staying within the 17th district? | 10:22:13 |
| 18 | A   Yes. | 10:22:16 |
| 19 | Q   How did you become a member of the tact | 10:22:20 |
| 20 | team? | 10:22:22 |
| 21 | A   I was invited. | 10:22:23 |
| 22 | Q   Who invited you? | 10:22:26 |
| 23 | A   Lieutenant Harry Smith. | 10:22:27 |
| 24 | Q   Did you want to be a member of the tact | 10:22:30 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    24

| | | |
|---|---|---|
| 1 | team? | 10:22:33 |
| 2 | A  Yes. | 10:22:33 |
| 3 | Q  Why did you want to become a member of the | 10:22:33 |
| 4 | tact team? | 10:22:36 |
| 5 | A  Because they were harder-working police | 10:22:37 |
| 6 | officers in my opinion. | 10:22:39 |
| 7 | Q  The beat officers hard-working police | 10:22:40 |
| 8 | officers? | 10:22:43 |
| 9 | A  Yes. | 10:22:43 |
| 10 | Q  Why -- what -- what made you want to become | 10:22:44 |
| 11 | a tact officer, if both the tact officers and the | 10:22:47 |
| 12 | beat officers were hard-working police officers? | 10:22:50 |
| 13 | A  The tact officers were harder-working police | 10:22:52 |
| 14 | officers. | 10:22:56 |
| 15 | Q  All right.  So you thought the tact officers | 10:22:56 |
| 16 | worked harder than the beat officers. | 10:23:00 |
| 17 | A  Yes. | 10:23:02 |
| 18 | Q  Why did you believe that the tact officers | 10:23:03 |
| 19 | worked harder than the beat officers? | 10:23:05 |
| 20 | A  They made more arrests. | 10:23:08 |
| 21 | Q  And you wanted to make more arrests; is that | 10:23:09 |
| 22 | right? | 10:23:14 |
| 23 | A  I wanted to do more police work. | 10:23:14 |
| 24 | Q  Why did you want to do more police work? | 10:23:16 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    25

| | | |
|---|---|---|
| 1 | A   That was the job I was hired to do. | 10:23:20 |
| 2 | Q   Did you think that if you did more police | 10:23:22 |
| 3 | work, you would have a better shot at advancement? | 10:23:28 |
| 4 | A   No. | 10:23:31 |
| 5 | Q   Did you want to get a promotion? | 10:23:32 |
| 6 | A   Yes. | 10:23:35 |
| 7 | Q   What did you think was a path to getting a | 10:23:36 |
| 8 | promotion? | 10:23:40 |
| 9 | A   Passing an exam. | 10:23:42 |
| 10 | Q   All right.  And did you sit for an exam to | 10:23:45 |
| 11 | receive a promotion? | 10:23:50 |
| 12 | A   I took an exam, yes. | 10:23:51 |
| 13 | Q   What exam did you take? | 10:23:54 |
| 14 | A   The sergeants promotional exam. | 10:23:56 |
| 15 | Q   When did you take the sergeants promotional | 10:23:59 |
| 16 | exam? | 10:24:06 |
| 17 | A   That I don't remember. | 10:24:06 |
| 18 | Q   Was there a list created based on the | 10:24:07 |
| 19 | results of that exam that you took? | 10:24:12 |
| 20 | A   Yes. | 10:24:14 |
| 21 | Q   Were you on that list? | 10:24:14 |
| 22 | A   I never saw it. | 10:24:15 |
| 23 | Q   And I take it you were not promoted from | 10:24:17 |
| 24 | that list? | 10:24:20 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    26

| | | |
|---|---|---|
| 1 | A   That's correct. | 10:24:21 |
| 2 | Q   There is another path to be promoted to | 10:24:22 |
| 3 | sergeant; isn't that right? | 10:24:27 |
| 4 | A   In the Chicago Police Department? | 10:24:29 |
| 5 | Q   Yes, sir. | 10:24:32 |
| 6 | A   Not at that time there wasn't. | 10:24:32 |
| 7 | Q   Not when you were at the 17th district? | 10:24:35 |
| 8 | A   That's correct. | 10:24:40 |
| 9 | Q   How long did you -- so did you want to make | 10:24:40 |
| 10 | more arrests while you were on the -- while you were | 10:24:55 |
| 11 | in the 17th district beat patrol? | 10:24:56 |
| 12 | A   Could you repeat that question? | 10:24:59 |
| 13 | Q   Yeah.  Sorry. | 10:25:00 |
| 14 | When you were assigned to be a beat officer | 10:25:01 |
| 15 | in the 17th district, did you want to make more | 10:25:04 |
| 16 | arrests? | 10:25:08 |
| 17 | MR. ENGQUIST:  Objection; form, vague. | 10:25:08 |
| 18 | A   I wanted to do more meaningful police work. | 10:25:11 |
| 19 | Q   And what was meaningful police work to you? | 10:25:15 |
| 20 | A   To investigate and arrest dangerous | 10:25:16 |
| 21 | individuals. | 10:25:21 |
| 22 | Q   So one of the things you wanted to do was to | 10:25:22 |
| 23 | make more arrests; right? | 10:25:25 |
| 24 | A   Of dangerous individuals. | 10:25:27 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    27

| | | |
|---|---|---|
| 1 | Q   Yeah.  And for how long did you serve on the | 10:25:28 |
| 2 | tact team? | 10:25:34 |
| 3 | A   Approximately, seven years. | 10:25:35 |
| 4 | Q   Did you serve for seven years continuously | 10:25:37 |
| 5 | with the tact team in the 17th district? | 10:25:44 |
| 6 | A   What was your question again? | 10:25:46 |
| 7 | Q   Did you serve continuously for about seven | 10:25:48 |
| 8 | years in the 17th district on the tact team? | 10:25:51 |
| 9 | A   Not continuously. | 10:25:55 |
| 10 | Q   Can you explain why it wasn't continuously? | 10:25:58 |
| 11 | A   I was taken off for a couple months and then | 10:26:03 |
| 12 | put back on. | 10:26:07 |
| 13 | Q   Why were you taken off for a couple months? | 10:26:08 |
| 14 | A   I have no idea. | 10:26:12 |
| 15 | Q   Who was it who reassigned you? | 10:26:12 |
| 16 | A   Commander Richard Rouchford. | 10:26:15 |
| 17 | Q   Did you seek an explanation for why you were | 10:26:18 |
| 18 | being moved from the tact team or off the tact team? | 10:26:23 |
| 19 | A   I never got one. | 10:26:27 |
| 20 | Q   Did you seek an explanation? | 10:26:29 |
| 21 | A   Yes. | 10:26:30 |
| 22 | Q   Who did you ask? | 10:26:30 |
| 23 | A   Commander Rouchford. | 10:26:30 |
| 24 | Q   And what did Commander Rouchford say? | 10:26:31 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    28

| | | |
|---|---|---|
| 1 | A   His discretion. | 10:26:33 |
| 2 | Q   When you left the tact team, did you go | 10:26:35 |
| 3 | to -- back to the beat patrol? | 10:26:42 |
| 4 | A   Yes. | 10:26:44 |
| 5 | Q   And how did you get back on the tact team? | 10:26:44 |
| 6 | A   He put me back on. | 10:26:47 |
| 7 | Q   Who is he? | 10:26:50 |
| 8 | A   Commander Rouchford. | 10:26:51 |
| 9 | Q   Did you ask commander -- that commander why | 10:26:54 |
| 10 | you were being placed back on the tact team? | 10:26:59 |
| 11 | A   No. | 10:27:02 |
| 12 | Q   Why did you leave the tact team after | 10:27:03 |
| 13 | approximately seven years? | 10:27:12 |
| 14 | A   I was transferred to the 24th police | 10:27:12 |
| 15 | district. | 10:27:15 |
| 16 | Q   Why were you transferred? | 10:27:15 |
| 17 | A   It was a brand new police district, and they | 10:27:17 |
| 18 | needed manpower to fill the station. | 10:27:20 |
| 19 | Q   Did you volunteer to be a member of the 24th | 10:27:22 |
| 20 | district? | 10:27:26 |
| 21 | A   No. | 10:27:26 |
| 22 | Q   And do you know why it was that you were | 10:27:27 |
| 23 | selected as opposed to other officers to form the | 10:27:29 |
| 24 | 24th district? | 10:27:33 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    29

| | | |
|---|---|---|
| 1 | A   No. | 10:27:33 |
| 2 | Q   Where was the 24th district at the time? | 10:27:34 |
| 3 | A   I believe it was 6401 North Clark Street. | 10:27:37 |
| 4 | That address could be wrong, though. | 10:27:47 |
| 5 | Q   Somewhere up in Roger's Park? | 10:27:50 |
| 6 | A   It was on Clark Street north of Devon. | 10:27:52 |
| 7 | Q   And for how long did you remain in the 24th | 10:27:54 |
| 8 | district? | 10:27:58 |
| 9 | A   A little less than three years. | 10:27:58 |
| 10 | Q   What did you do -- or what was your work | 10:28:02 |
| 11 | assignment at the -- in the 24th district? | 10:28:12 |
| 12 | A   I was on the tact team. | 10:28:14 |
| 13 | Q   Did you serve in patrol at all in the 24th | 10:28:18 |
| 14 | district? | 10:28:25 |
| 15 | A   Approximately a week I was in a beat car. | 10:28:25 |
| 16 | Q   And what were your duties on the tact team | 10:28:28 |
| 17 | in the 24th district? | 10:28:33 |
| 18 | A   District law enforcement. | 10:28:35 |
| 19 | Q   Did you respond to radio calls? | 10:28:39 |
| 20 | A   Yes. | 10:28:43 |
| 21 | Q   Were you asked to focus your attention on | 10:28:44 |
| 22 | the gang activity in the 24th district? | 10:28:57 |
| 23 | A   We did focus our attention on the gang | 10:28:58 |
| 24 | activity in the 24th police district, but at that | 10:29:08 |

| | | |
|---|---|---|
| 1 | time there wasn't really a large gang problem. | 10:29:10 |
| 2 | Q   What about in the 17th district?  Were you | 10:29:13 |
| 3 | asked to focus your attention on the gang activity | 10:29:15 |
| 4 | in the 17th district when you were a member of the | 10:29:19 |
| 5 | tact team? | 10:29:21 |
| 6 | A   Same thing.  We were asked to focus on gang | 10:29:22 |
| 7 | activity, but there wasn't a lot of gang activity in | 10:29:33 |
| 8 | the 17th district. | 10:29:36 |
| 9 | Q   Why did you leave the 24th district? | 10:29:36 |
| 10 | A   I was promoted to detective. | 10:29:38 |
| 11 | Q   How did you go about becoming promoted to | 10:29:39 |
| 12 | detective? | 10:29:53 |
| 13 | A   I took a competitive examination and scored | 10:29:43 |
| 14 | high. | 10:29:48 |
| 15 | Q   Was there a list created based on the | 10:29:54 |
| 16 | results of the exam that you took? | 10:29:56 |
| 17 | A   Yes. | 10:29:58 |
| 18 | Q   Were you on that list? | 10:29:58 |
| 19 | A   Yes. | 10:29:59 |
| 20 | Q   Were you promoted from that list? | 10:30:00 |
| 21 | A   Yes. | 10:30:02 |
| 22 | Q   How many times did you take that test to | 10:30:02 |
| 23 | become a detective? | 10:30:09 |
| 24 | A   Once. | 10:30:10 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    31

| | | |
|---|---|---|
| 1 | Q  Why did you want to become a detective? | 10:30:11 |
| 2 | A  I thought that was the premiere spot of | 10:30:14 |
| 3 | being a police officer. | 10:30:19 |
| 4 | Q  Why did you think it was the premiere spot | 10:30:19 |
| 5 | of being a police officer? | 10:30:22 |
| 6 | A  I thought detectives were the cream of the | 10:30:23 |
| 7 | crop of policemen. | 10:30:26 |
| 8 | Q  Why did you think that -- why did you think | 10:30:27 |
| 9 | that detectives were the cream of the crop of the | 10:30:28 |
| 10 | policemen? | 10:30:31 |
| 11 | A  That was my opinion. | 10:30:31 |
| 12 | Q  What was your opinion based on? | 10:30:33 |
| 13 | A  Watching detectives in action. | 10:30:34 |
| 14 | Q  Did you work with detectives? | 10:30:36 |
| 15 | A  Yes. | 10:30:41 |
| 16 | Q  What was it about detectives that you | 10:30:41 |
| 17 | admired? | 10:30:45 |
| 18 | A  Their knowledge, their skill, their | 10:30:45 |
| 19 | dedication. | 10:30:47 |
| 20 | Q  Did you have knowledge and skill and | 10:30:47 |
| 21 | dedication as a tact officer in the 24th district? | 10:30:51 |
| 22 | A  To my level, yes. | 10:30:54 |
| 23 | Q  What were the skills that you wanted to | 10:30:56 |
| 24 | become better at while you were a tact officer in | 10:31:00 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    32

| | | |
|---|---|---|
| 1 | the 24th district? | 10:31:04 |
| 2 | A  I imagine it would have been interviews, | 10:31:04 |
| 3 | just basically following -- as a patrol officer, as | 10:31:14 |
| 4 | a tact officer, you don't follow up on | 10:31:18 |
| 5 | investigations.  You do the initial investigation, | 10:31:21 |
| 6 | and then you're out of the case. | 10:31:25 |
| 7 | As a detective you get to see the end of the | 10:31:26 |
| 8 | case, and that's what I wanted to see.  I wanted to | 10:31:30 |
| 9 | see how the cases progressed, how they ended. | 10:31:31 |
| 10 | Q  You wanted to see how to follow up on the | 10:31:34 |
| 11 | leads; right? | 10:31:36 |
| 12 | A  Part of it, yes. | 10:31:36 |
| 13 | Q  How to try and solve the case over time; | 10:31:38 |
| 14 | right? | 10:31:41 |
| 15 | A  Correct. | 10:31:41 |
| 16 | Q  Did you go to detective school? | 10:31:41 |
| 17 | A  Yes. | 10:31:45 |
| 18 | Q  When did you go to detective school? | 10:31:45 |
| 19 | A  I believe it was in 1972, but I could be | 10:31:47 |
| 20 | wrong. | 10:31:55 |
| 21 | Q  You mean '82? | 10:31:55 |
| 22 | A  '82 but I could be wrong. | 10:31:56 |
| 23 | Q  How long was that detective school? | 10:31:58 |
| 24 | A  If I remember correctly, it was three weeks. | 10:32:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    33

| | | |
|---|---|---|
| 1 | Q  Were you trained in detective school on the | 10:32:06 |
| 2 | importance of report writing? | 10:32:14 |
| 3 | A  Yes. | 10:32:15 |
| 4 | Q  Were you -- were you told the old saying | 10:32:17 |
| 5 | that if it's not written down, it didn't happen? | 10:32:23 |
| 6 | A  Never heard that. | 10:32:26 |
| 7 | MS. ROSEN:  Object to the form. | 10:32:29 |
| 8 | Q  You never heard that phrase? | 10:32:31 |
| 9 | A  No. | 10:32:31 |
| 10 | THE REPORTER:  Sorry? | 10:32:31 |
| 11 | MS. ROSEN:  Object to the form. | 10:32:31 |
| 12 | Q  Were you trained in detective school to | 10:32:36 |
| 13 | document the progress of your investigation? | 10:32:39 |
| 14 | A  Yes. | 10:32:43 |
| 15 | Q  Were you trained that you were supposed to | 10:32:44 |
| 16 | document the facts of your investigation whether | 10:32:47 |
| 17 | they were good for the prosecution or good for the | 10:32:50 |
| 18 | defense? | 10:32:53 |
| 19 | A  Yes. | 10:32:53 |
| 20 | Q  Were you trained that you had an obligation | 10:32:54 |
| 21 | to document the facts that might be good for the | 10:32:58 |
| 22 | criminal defendant in the case? | 10:33:02 |
| 23 | A  Yes. | 10:33:03 |
| 24 | Q  Were you trained that sometimes you didn't | 10:33:04 |

| | | |
|---|---|---|
| 1 | know what facts -- or the importance of certain | 10:33:11 |
| 2 | facts until later in an investigation? | 10:33:15 |
| 3 |     MS. ROSEN:  Object to the form. | 10:33:18 |
| 4 |     MR. ENGQUIST:  Join. | 10:33:20 |
| 5 |   A  I don't remember that specifically. | 10:33:22 |
| 6 | BY MR. AINSWORTH: | 10:33:22 |
| 7 |   Q  Did you learn that in your experience as a | 10:33:24 |
| 8 | detective, that sometimes a witness would tell you | 10:33:26 |
| 9 | something and it didn't become really important | 10:33:29 |
| 10 | until later in your investigation? | 10:33:32 |
| 11 |   A  That's correct. | 10:33:34 |
| 12 |   Q  And so you knew that because facts might | 10:33:34 |
| 13 | become important later in your investigations, you | 10:33:42 |
| 14 | knew that it was important to document the facts | 10:33:46 |
| 15 | that you learned as you learned them; correct? | 10:33:49 |
| 16 |   A  It would have to pertain to what facts are | 10:33:52 |
| 17 | we talking about. | 10:33:56 |
| 18 |   Q  Facts of the criminal investigation that | 10:33:57 |
| 19 | you're working on. | 10:34:00 |
| 20 |   A  Well, again, it would have to be what facts | 10:34:01 |
| 21 | that would have to be documented. | 10:34:05 |
| 22 |   Q  Let's ask that to you, sir. | 10:34:06 |
| 23 |     What facts would you document in an | 10:34:08 |
| 24 | investigation? | 10:34:10 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    35

| | | |
|---|---|---|
| 1 | MS. ROSEN:  Object to the form. | 10:34:11 |
| 2 | MR. ENGQUIST:  Join. | 10:34:13 |
| 3 | A  Interviews, evidence, statements -- that's | 10:34:16 |
| 4 | all I can recall right now. | 10:34:36 |
| 5 | BY MR. AINSWORTH: | 10:34:38 |
| 6 | Q  So let me start with an easy one. | 10:34:39 |
| 7 | If a witness told you that another person | 10:34:43 |
| 8 | had confessed murder to him, is that the kind of | 10:34:47 |
| 9 | thing that you would write down? | 10:34:52 |
| 10 | A  Yes. | 10:34:54 |
| 11 | Q  And why would you write that down? | 10:34:54 |
| 12 | A  I would cause that statement to be typed up | 10:34:56 |
| 13 | in a report.  I would not necessarily write that | 10:35:00 |
| 14 | down. | 10:35:04 |
| 15 | Q  Why wouldn't you write down the fact that a | 10:35:04 |
| 16 | person had told you that another person had | 10:35:11 |
| 17 | confessed murder to him? | 10:35:15 |
| 18 | A  As I have just stated, I typed many things | 10:35:17 |
| 19 | that persons told me rather than taking longhand | 10:35:23 |
| 20 | written notes. | 10:35:27 |
| 21 | Q  I see. | 10:35:28 |
| 22 | You mean you would type it in a supp report? | 10:35:29 |
| 23 | A  Correct. | 10:35:32 |
| 24 | Q  Okay.  So -- so in some fashion, either in | 10:35:34 |

| | | |
|---|---|---|
| 1 | handwritten notes or in a supplemental police | 10:35:42 |
| 2 | report, you would document the fact that a witness | 10:35:46 |
| 3 | had told you that another person had confessed | 10:35:48 |
| 4 | murder; correct? | 10:35:51 |
| 5 |     A  Yes. | 10:35:52 |
| 6 |     Q  And why would you document in a supplemental | 10:35:53 |
| 7 | report that another -- that a witness had told you | 10:36:00 |
| 8 | that another person had confessed murder to him? | 10:36:02 |
| 9 |     A  It was a third-party admission that could be | 10:36:05 |
| 10 | used for evidence. | 10:36:08 |
| 11 |     Q  And evidence in an important case; right? | 10:36:09 |
| 12 |     A  Evidence in a case -- | 10:36:13 |
| 13 |     MR. ENGQUIST:  Objection; calls for | 10:36:16 |
| 14 | speculation. | 10:36:17 |
| 15 |     Go ahead. | 10:36:18 |
| 16 |     A  Evidence in that particular case that I | 10:36:19 |
| 17 | would be involved in. | 10:36:21 |
| 18 |     Q  And all cases are important; right? | 10:36:22 |
| 19 |     A  All cases deserve to be investigated. | 10:36:25 |
| 20 |     Q  But homicide cases are some of the most | 10:36:30 |
| 21 | important cases that the Chicago Police Department | 10:36:33 |
| 22 | handles. | 10:36:36 |
| 23 |     Would you agree with that? | 10:36:37 |
| 24 |     A  In my opinion, I'd have to say yes. | 10:36:38 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           37

| | | |
|---|---|---|
| 1 | Q And so if a -- if a witness is telling you | 10:36:40 |
| 2 | that another person had confessed murder to him, | 10:36:47 |
| 3 | that's the kind of thing that should absolutely be | 10:36:51 |
| 4 | written down, right, in a supplemental report? | 10:36:54 |
| 5 | A That is the type of statement that would | 10:36:57 |
| 6 | have to be memorialized, yes. | 10:37:06 |
| 7 | Q In a supp report? | 10:37:01 |
| 8 | A Yes. | 10:37:02 |
| 9 | Q Were you trained in detective school on how | 10:37:07 |
| 10 | to conduct interviews? | 10:37:14 |
| 11 | A Not that I remember. | 10:37:18 |
| 12 | Q Did you learn how to conduct interviews | 10:37:21 |
| 13 | while you were a detective? | 10:37:26 |
| 14 | A Yes. | 10:37:27 |
| 15 | Q Did you learn that it was important to ask | 10:37:29 |
| 16 | open-ended questions to witnesses to try and learn | 10:37:40 |
| 17 | what they knew? | 10:37:44 |
| 18 | A I don't remember that. | 10:37:45 |
| 19 | Q Do you know what I mean by open-ended | 10:37:48 |
| 20 | questions? | 10:37:51 |
| 21 | A No. | 10:37:52 |
| 22 | Q I mean a question that doesn't suggest the | 10:37:52 |
| 23 | answer, something that allows the witness to explain | 10:37:56 |
| 24 | to you what they know. As opposed to a closed-ended | 10:38:00 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                38

| | | |
|---|---|---|
| 1 | question which is typically asking a witness such as | 10:38:03 |
| 2 | what color was the -- was the color of the car red? | 10:38:11 |
| 3 | MS. ROSEN:  Object to the form. | 10:38:17 |
| 4 | A  Could you rephrase that question. | 10:38:20 |
| 5 | BY MR. AINSWORTH: | 10:38:21 |
| 6 | Q  Sure. | 10:38:21 |
| 7 | A  It's kind of confusing. | 10:38:22 |
| 8 | Q  Yeah.  Let me ask it this way. | 10:38:23 |
| 9 | When you interviewed witnesses, you wanted | 10:38:25 |
| 10 | to make sure that the information that you're | 10:38:30 |
| 11 | obtaining from the witness was truly the witness's | 10:38:35 |
| 12 | knowledge as opposed to something that you had | 10:38:38 |
| 13 | suggested to the witness; is that right? | 10:38:41 |
| 14 | A  Correct. | 10:38:42 |
| 15 | Q  And so when you were interviewing a witness, | 10:38:43 |
| 16 | you would be careful not to share nonpublic | 10:38:47 |
| 17 | information with that witness when you're conducting | 10:38:51 |
| 18 | the interview; is that right? | 10:38:55 |
| 19 | A  Sometimes we'd have to give the person we're | 10:38:56 |
| 20 | interviewing some basic information such as the | 10:39:02 |
| 21 | location of where a crime occurred, the date and | 10:39:04 |
| 22 | time the -- time the crime occurred.  But no, we | 10:39:09 |
| 23 | would not give a witness the details. | 10:39:12 |
| 24 | Q  So you wouldn't, for example, reveal to the | 10:39:14 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                39

| | | |
|---|---|---|
| 1 | witness the caliber of the gun that was used in a | 10:39:18 |
| 2 | crime, but rather try and find out if the witness | 10:39:21 |
| 3 | might know the caliber of the gun. | 10:39:24 |
| 4 | Is that the kind of thing that you would do? | 10:39:26 |
| 5 | A  That's correct. | 10:39:29 |
| 6 | Q  Because it was important for the integrity | 10:39:30 |
| 7 | of your investigation to be able to determine | 10:39:32 |
| 8 | whether witnesses were providing the facts as | 10:39:35 |
| 9 | opposed to parroting information that you had | 10:39:39 |
| 10 | provided to them; right? | 10:39:43 |
| 11 | A  Yes. | 10:39:43 |
| 12 | Q  And that's not something that you would do, | 10:39:44 |
| 13 | that is to feed witnesses nonpublic information | 10:39:54 |
| 14 | about the -- about the crime, and then attribute | 10:39:59 |
| 15 | those facts to the witness; is that right? | 10:40:02 |
| 16 | A  That's correct. | 10:40:06 |
| 17 | Q  Were you trained to take notes in detective | 10:40:06 |
| 18 | school? | 10:40:19 |
| 19 | A  No. | 10:40:19 |
| 20 | Q  Were you later trained to take notes? | 10:40:19 |
| 21 | A  No. | 10:40:27 |
| 22 | Q  Were you ever trained by the Chicago Police | 10:40:29 |
| 23 | Department to take notes? | 10:40:32 |
| 24 | A  When I was a cadet. | 10:40:35 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    40

| | | |
|---|---|---|
| 1 | Q  What were you trained while you were a cadet | 10:40:36 |
| 2 | about how to -- about taking notes? | 10:40:40 |
| 3 | A  I took an extension course called | 10:40:43 |
| 4 | "Interviews and Interrogations." | 10:40:47 |
| 5 | Q  Was that a course at the department or is | 10:40:51 |
| 6 | it -- or did you have to go somewhere else for that | 10:40:55 |
| 7 | training? | 10:40:56 |
| 8 | A  It was an extension course.  They sent me | 10:40:56 |
| 9 | the material in the mail.  I read books, answered | 10:41:00 |
| 10 | question sheets, returned it to the training | 10:41:03 |
| 11 | division. | 10:41:06 |
| 12 | Q  Do you recall the name of the book? | 10:41:07 |
| 13 | A  "Interviews and Interrogations." | 10:41:11 |
| 14 | Q  By Reid and Inbau? | 10:41:14 |
| 15 | A  I don't remember whose book it was. | 10:41:16 |
| 16 | Q  And what were you trained in that extension | 10:41:23 |
| 17 | course about note taking? | 10:41:26 |
| 18 | A  I don't remember.  This was from 45 years | 10:41:27 |
| 19 | ago. | 10:41:30 |
| 20 | Q  What were you trained in that extension | 10:41:30 |
| 21 | course about conducting interviews? | 10:41:34 |
| 22 | A  Again, this is so long ago, I don't | 10:41:37 |
| 23 | remember. | 10:41:39 |
| 24 | Q  Did you become a detective before GPRs were | 10:41:39 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           41

1     used by the department?                                    10:41:54

2          A   Yes.                                              10:41:56

3          Q   When GPRs were introduced by the department,     10:41:56

4     were you trained on how to use those GPRs?                 10:42:01

5          A   No.                                               10:42:05

6          Q   They just gave you the GPRs?                      10:42:05

7          A   We were under order that you had to use them     10:42:08

8     and what to do with them.                                 10:42:13

9          Q   Would you take notes in your investigations?     10:42:14

10         A   Sometimes, yes; sometimes, no.                   10:42:23

11         Q   What would determine whether you would take      10:42:27

12    notes during your investigation?                          10:42:31

13         A   I would take notes of things that I couldn't     10:42:32

14    remember such as a person's name, addresses, dates        10:42:38

15    of birth, social security numbers, where they             10:42:42

16    worked, what hours they worked.                           10:42:45

17             I would generally not take notes on              10:42:47

18    statements because I could remember a statement.          10:42:50

19         Q   Why wouldn't you take notes on statements?       10:42:52

20         A   Because I just said I could remember them.       10:42:56

21         Q   How would you know that you would remember       10:42:59

22    statements as well without the aid of your notes as       10:43:03

23    you could with the aid of your notes?                     10:43:08

24         A   I just could.                                    10:43:10

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    42

1       Q   Was there any other reason why you wouldn't          10:43:11

2   take notes of statements that were being provided to        10:43:21

3   you?                                                         10:43:24

4       A   No.                                                  10:43:24

5       Q   How is your handwriting?                             10:43:25

6           MS. ROSEN:  Objection to form.                       10:43:35

7           MR. ENGQUIST:  Go ahead.                             10:43:38

8       A   Average.                                             10:43:39

9       Q   Legible?                                             10:43:41

10          MS. ROSEN:  Object to form.                          10:43:42

11      A   To myself.                                           10:43:43

12      Q   You didn't have a problem reading your               10:43:44

13  writing?                                                     10:43:47

14      A   No.                                                  10:43:47

15      Q   Would you sometimes delay documenting                10:43:47

16  statements because you didn't know if the statement         10:44:08

17  was true or not?                                            10:44:09

18          MS. ROSEN:  Object to the form.                      10:44:11

19      A   No.                                                  10:44:13

20      Q   And why not?  Why wouldn't you --                    10:44:16

21      A   Why?                                                 10:44:16

22      Q   Yeah.  Why would you not delay documenting a         10:44:20

23  statement even though you didn't know if the                10:44:22

24  statement was true or not?                                  10:44:25

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    43

| | | |
|---|---|---|
| 1 | MR. ENGQUIST:  Objection. | 10:44:27 |
| 2 | MS. ROSEN:  Object to the form. | 10:44:28 |
| 3 | MR. ENGQUIST:  Join. | 10:44:29 |
| 4 | A  If I believed the statement that was given | 10:44:30 |
| 5 | to me was needed for a case, I would document it as | 10:44:32 |
| 6 | soon as possible in a typed written report while it | 10:44:38 |
| 7 | was fresh in my memory. | 10:44:42 |
| 8 | BY MR. AINSWORTH: | 10:44:42 |
| 9 | Q  And would you -- you would document it so | 10:44:44 |
| 10 | you didn't forget what the statement was; correct? | 10:44:46 |
| 11 | A  Correct. | 10:44:49 |
| 12 | Q  And then you would continue with your | 10:44:50 |
| 13 | investigation to determine whether that documented | 10:44:53 |
| 14 | statement was, in fact, true or whether portions of | 10:44:56 |
| 15 | it were false; is that fair to say? | 10:44:58 |
| 16 | MS. ROSEN:  Object to the form. | 10:45:00 |
| 17 | A  That would be correct. | 10:45:03 |
| 18 | Q  And is that what you understood you were | 10:45:04 |
| 19 | supposed to do?  If you received information, you | 10:45:06 |
| 20 | would document it and then continue on with your -- | 10:45:08 |
| 21 | let me just start over with that question so we've | 10:45:15 |
| 22 | got it clean. | 10:45:17 |
| 23 | And would you document whatever statements | 10:45:24 |
| 24 | you obtained in a written supp report and then | 10:45:27 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          44

| | | |
|---|---|---|
| 1 | continue in your investigation to determine whether | 10:45:31 |
| 2 | the statement was true or false? | 10:45:33 |
| 3 | MR. ENGQUIST:  Objection; calls for | 10:45:35 |
| 4 | speculation.  It's an incomplete hypothetical. | 10:45:36 |
| 5 | Objection; form. | 10:45:38 |
| 6 | Go ahead.  Go ahead. | 10:45:39 |
| 7 | A  I did not use written supp reports. | 10:45:45 |
| 8 | Q  I mean typed, sorry.  Let me try that again. | 10:45:47 |
| 9 | Was it your understanding that what you were | 10:45:51 |
| 10 | supposed to do was if you received a statement, and | 10:45:58 |
| 11 | even if you weren't sure if the statement was true | 10:46:04 |
| 12 | or false, you would document it in a typed supp | 10:46:07 |
| 13 | report and then continue your investigation to | 10:46:10 |
| 14 | determine whether that statement was, in fact, true | 10:46:12 |
| 15 | or false? | 10:46:14 |
| 16 | MR. ENGQUIST:  Objection; calls for | 10:46:15 |
| 17 | speculation, incomplete hypothetical, and form. | 10:46:16 |
| 18 | Go ahead. | 10:46:20 |
| 19 | A  That's correct. | 10:46:21 |
| 20 | Q  Did you sometimes use polygraph tests? | 10:46:33 |
| 21 | A  Yes. | 10:46:36 |
| 22 | Q  As an investigative tool, I mean? | 10:46:37 |
| 23 | A  Yes. | 10:46:40 |
| 24 | Q  Why would you use a polygraph test? | 10:46:40 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    45

| | | |
|---|---|---|
| 1 | A  To find out if some person was telling the | 10:46:43 |
| 2 | truth or not. | 10:46:47 |
| 3 | Q  Did you find those tests to be helpful in | 10:46:48 |
| 4 | your investigations? | 10:46:50 |
| 5 | A  Yes. | 10:46:51 |
| 6 | Q  If you had a suspect or a person of interest | 10:46:52 |
| 7 | and you wanted them to sit for a polygraph exam, how | 10:47:08 |
| 8 | would you go about doing that in 1993? | 10:47:14 |
| 9 | MR. ENGQUIST:  Objection; incomplete | 10:47:17 |
| 10 | hypothetical, form. | 10:47:19 |
| 11 | Go ahead. | 10:47:20 |
| 12 | A  I would ask if they wanted to volunteer to | 10:47:23 |
| 13 | take a polygraph examination.  If they did, I would | 10:47:25 |
| 14 | call the polygraph section, arrange an appointment, | 10:47:30 |
| 15 | and drive them down to the polygraph section.  They | 10:47:33 |
| 16 | would meet with the polygraph examiner, and the test | 10:47:36 |
| 17 | would be conducted. | 10:47:39 |
| 18 | Q  Well, would you sit in for any portion of | 10:47:40 |
| 19 | the examination at the polygraph examiner's place? | 10:47:42 |
| 20 | A  No.  It was not permitted. | 10:47:46 |
| 21 | Q  Would you document the results of that | 10:47:47 |
| 22 | polygraph examination? | 10:47:53 |
| 23 | A  Yes. | 10:47:54 |
| 24 | Q  How would you document the results of that | 10:47:55 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    46

1    polygraph examination?                              10:47:59

2        A   In one of our supp reports.                 10:48:00

3        Q   Why would you document the results of a     10:48:02

4    polygraph examination in one of your supp reports?  10:48:04

5        A   To show the progress of the investigation.  10:48:08

6        Q   Would you also document the fact that you   10:48:09

7    had requested a person to take a polygraph exam in  10:48:16

8    your supp report?                                   10:48:20

9        A   Yes.                                        10:48:21

10       Q   And would you document the reason why you   10:48:22

11   asked the person to sit for a polygraph exam?       10:48:27

12       A   I would inform the person of why I requested 10:48:30

13   that they sit for a polygraph exam.  I don't think I 10:48:37

14   would explain it in my report because the report    10:48:43

15   would already indicate what investigation it was.   10:48:45

16       Q   What do you mean your report would already  10:48:48

17   indicate what investigation it was?                 10:48:51

18       A   Well, if I'm working on this case, for      10:48:53

19   example, my reports would indicate what murder case 10:48:56

20   I'm working on.  I wouldn't have to type in there   10:49:00

21   I'm going to do a polygraph exam for this murder    10:49:04

22   case; but I would tell the defendant that he was a  10:49:07

23   suspect in this case, did he want to take a         10:49:11

24   polygraph exam and try to show his innocence.       10:49:15

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          47

| | | |
|---|---|---|
| 1 | Q   Would you document in a supp -- in a typed | 10:49:21 |
| 2 | supp report the reasons why you believed that person | 10:49:24 |
| 3 | to be a suspect? | 10:49:27 |
| 4 | A   Yes. | 10:49:28 |
| 5 | Q   Why would you document the reasons why you | 10:49:29 |
| 6 | believed a person to be a suspect? | 10:49:34 |
| 7 | A   To justify asking him to take a polygraph | 10:49:35 |
| 8 | exam. | 10:49:42 |
| 9 | Q   Why was that important? | 10:49:42 |
| 10 | A   To show the flow of the investigation. | 10:49:54 |
| 11 | Q   Does it sometimes happen in your | 10:49:58 |
| 12 | investigations that you would have multiple suspects | 10:50:06 |
| 13 | for the same crime? | 10:50:09 |
| 14 | A   Yes. | 10:50:10 |
| 15 | Q   And did it sometimes happen that you would | 10:50:11 |
| 16 | have multiple suspects who were not necessarily | 10:50:18 |
| 17 | alleged to be working together, but, you know, | 10:50:23 |
| 18 | different -- you know, two different people who were | 10:50:26 |
| 19 | alleged to be the perpetrator -- you're looking at | 10:50:28 |
| 20 | me quizzically, so let me stop that question, | 10:50:30 |
| 21 | withdraw it, and try it in a different way. | 10:50:33 |
| 22 | A   Please. | 10:50:35 |
| 23 | Q   Sometimes you have investigations where you | 10:50:35 |
| 24 | have multiple offenders; right? | 10:50:37 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           48

| | | |
|---|---|---|
| 1 | A   Correct. | 10:50:38 |
| 2 | Q   But sometimes it's just one single offender; | 10:50:39 |
| 3 | right? | 10:50:43 |
| 4 | A   Correct. | 10:50:43 |
| 5 | Q   But even cases where there's only alleged to | 10:50:44 |
| 6 | be a single offender, you may have multiple suspects | 10:50:46 |
| 7 | who might be that single offender; correct? | 10:50:51 |
| 8 | A   Correct. | 10:50:53 |
| 9 | Q   All right.  And so it's important -- even | 10:50:54 |
| 10 | where you have a single offender but multiple | 10:50:58 |
| 11 | suspects, it's important to document the reasons why | 10:51:06 |
| 12 | you believe each of those suspects might be the | 10:51:08 |
| 13 | perpetrator; correct? | 10:51:11 |
| 14 | A   Correct. | 10:51:11 |
| 15 | Q   And later on a criminal defendant who is | 10:51:13 |
| 16 | accused of the crime, they would have access to the | 10:51:17 |
| 17 | investigation that might point to somebody else as | 10:51:21 |
| 18 | being the perpetrator; right? | 10:51:23 |
| 19 | A   Correct. | 10:51:24 |
| 20 | MS. ROSEN:  Object to the form. | 10:51:26 |
| 21 | Q   So long as you -- so long as you properly | 10:51:28 |
| 22 | documented the information about why the other | 10:51:29 |
| 23 | people were suspects; correct? | 10:51:33 |
| 24 | MS. ROSEN:  Object to the form. | 10:51:34 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    49

| | | |
|---|---|---|
| 1 | MR. ENGQUIST:  Join. | 10:51:35 |
| 2 | A  Correct. | 10:51:36 |
| 3 | BY MR. AINSWORTH: | 10:51:36 |
| 4 | Q  What was your first assignment after | 10:51:50 |
| 5 | detective school? | 10:51:52 |
| 6 | A  Area 5 detectives. | 10:51:52 |
| 7 | Q  And for -- and did you have any choice in | 10:52:03 |
| 8 | going to Area 5 as opposed to one of the other | 10:52:06 |
| 9 | areas? | 10:52:09 |
| 10 | A  I submitted a request to go there. | 10:52:09 |
| 11 | Q  Why did you want to go to Area 5? | 10:52:11 |
| 12 | A  It was close to my house. | 10:52:13 |
| 13 | Q  Did you know any of the Area 5 detectives | 10:52:14 |
| 14 | when you joined Area 5? | 10:52:19 |
| 15 | A  Yes. | 10:52:21 |
| 16 | Q  Who did you know? | 10:52:21 |
| 17 | A  I knew Rich Schak. | 10:52:22 |
| 18 | Q  Who else? | 10:52:34 |
| 19 | A  I can only remember Schak. | 10:52:34 |
| 20 | Q  Did Rich Schak speak Spanish at all? | 10:52:38 |
| 21 | A  No. | 10:52:47 |
| 22 | Q  How did you know Rich Schak? | 10:52:47 |
| 23 | A  He was a police cadet. | 10:52:50 |
| 24 | Q  At the same time that you were? | 10:52:51 |

| | | |
|---|---|---|
| 1 | A  Yes. | 10:52:53 |
| 2 | Q  Did you work together? | 10:52:53 |
| 3 | A  No. | 10:52:56 |
| 4 | Q  How did you know he was a police cadet? | 10:52:57 |
| 5 | A  One time I was the police -- I was the | 10:53:01 |
| 6 | police timekeeper for the cadets. | 10:53:04 |
| 7 | Q  And so you would see his name? | 10:53:06 |
| 8 | A  I'd seen his name.  I had met him. | 10:53:08 |
| 9 | Q  And how did you meet him when you were a | 10:53:12 |
| 10 | police cadet? | 10:53:14 |
| 11 | A  That I don't recall. | 10:53:15 |
| 12 | Q  Do you stay in touch with him? | 10:53:16 |
| 13 | A  No. | 10:53:19 |
| 14 | Q  How did you know he was at Area 5 -- strike | 10:53:19 |
| 15 | that. | 10:53:19 |
| 16 | Did you know he was at Area 5 when you came | 10:53:24 |
| 17 | to Area 5? | 10:53:26 |
| 18 | A  When persons were taken into custody for | 10:53:27 |
| 19 | crimes in the 17th district, say, robbery, | 10:53:31 |
| 20 | detectives had to come out to process the crime.  I | 10:53:35 |
| 21 | would see Schak in the 17th district working on | 10:53:39 |
| 22 | cases. | 10:53:43 |
| 23 | Q  And did you -- did he work on some of your | 10:53:43 |
| 24 | cases? | 10:53:45 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    51

| | |
|---|---|
| 1 | A   Not that I remember. | 10:53:46 |
| 2 | Q   While you were at the 17th district, did you | 10:53:47 |
| 3 | work with gang crimes officers? | 10:53:55 |
| 4 | A   I don't know if gang crimes even existed at | 10:53:57 |
| 5 | the time I was in the 17th district, but I did not. | 10:54:03 |
| 6 | Q   How about when you were on the 24th | 10:54:07 |
| 7 | district, did you work with gang crimes officers? | 10:54:10 |
| 8 | A   No. | 10:54:12 |
| 9 | Q   For how long did you remain in Area 5 as a | 10:54:12 |
| 10 | detective? | 10:54:22 |
| 11 | A   28 years. | 10:54:22 |
| 12 | Q   Did you stay -- were you assigned to violent | 10:54:24 |
| 13 | crimes when you first arrived at Area 5? | 10:54:32 |
| 14 | A   Yes. | 10:54:34 |
| 15 | Q   Did you stay for 28 years continuously on | 10:54:35 |
| 16 | violent crimes? | 10:54:39 |
| 17 | A   They changed the name of the unit, but the | 10:54:39 |
| 18 | duties were the same. | 10:54:41 |
| 19 | Q   How did the name change? | 10:54:42 |
| 20 | A   They changed the name from violent crimes to | 10:54:44 |
| 21 | homicide, gang, sex. | 10:54:47 |
| 22 | MS. ROSEN:  Let the record just reflect that | 10:54:50 |
| 23 | Mr. Montanez is now in the room. | 10:54:52 |
| 24 | MR. AINSWORTH:  Thank you. | 10:54:59 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    52

| | | |
|---|---|---|
| 1 | Q  Were you assigned a partner while you were | 10:55:08 |
| 2 | at Area 5? | 10:55:11 |
| 3 | A  What year? | 10:55:11 |
| 4 | Q  At all. | 10:55:13 |
| 5 | A  When I first got to Area 5, I worked with an | 10:55:14 |
| 6 | older detective by the name of Bill Rooney. | 10:55:18 |
| 7 | Q  For how long did you work with Bill Rooney? | 10:55:21 |
| 8 | A  Probably a year. | 10:55:29 |
| 9 | Q  Why did you stop partnering with Bill | 10:55:30 |
| 10 | Rooney? | 10:55:34 |
| 11 | A  I believe he got promoted to sergeant. | 10:55:35 |
| 12 | Q  Did you have a partner after you were with | 10:55:41 |
| 13 | Bill Rooney? | 10:55:44 |
| 14 | A  Yes. | 10:55:45 |
| 15 | Q  Who was that? | 10:55:45 |
| 16 | A  Detective Eddie Dickinson. | 10:55:46 |
| 17 | Q  For how long were partnered with Dickinson? | 10:55:49 |
| 18 | A  Eight, nine years. | 10:55:54 |
| 19 | Q  Why did you stop being partnered with Eddie | 10:55:56 |
| 20 | Dickinson? | 10:56:02 |
| 21 | A  He wanted to work midnights to coach his | 10:56:02 |
| 22 | son's little league team. | 10:56:05 |
| 23 | Q  What watch were you working at the time? | 10:56:07 |
| 24 | A  I was working the third watch. | 10:56:09 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    53

| | | |
|---|---|---|
| 1 | Q  And who was your partner after Eddie | 10:56:12 |
| 2 | Dickinson? | 10:56:18 |
| 3 | A  The next regular partner I had, which is the | 10:56:18 |
| 4 | '90s, would have been Ray Guevara. | 10:56:24 |
| 5 | Q  How did you come to be partnered with Ray | 10:56:27 |
| 6 | Guevara? | 10:56:31 |
| 7 | A  His partner had left him to go work days, | 10:56:31 |
| 8 | and he didn't have a partner. | 10:56:35 |
| 9 | Q  For how long were you and Ray Guevara | 10:56:36 |
| 10 | partnered? | 10:56:44 |
| 11 | A  Eight, nine years. | 10:56:45 |
| 12 | Q  Why did you stop being partners? | 10:56:47 |
| 13 | A  I developed a heart condition.  My doctor | 10:56:51 |
| 14 | told me to go find myself a less stressful job in | 10:56:58 |
| 15 | the police department.  I stopped working the street | 10:57:03 |
| 16 | and took an inside desk job. | 10:57:04 |
| 17 | Q  What was the inside desk job that you took? | 10:57:06 |
| 18 | A  I answered the phones. | 10:57:10 |
| 19 | Q  What was your assigned title? | 10:57:11 |
| 20 | A  Desk officer. | 10:57:12 |
| 21 | Q  How long -- and when did you become a desk | 10:57:13 |
| 22 | officer? | 10:57:19 |
| 23 | A  September of 1999. | 10:57:19 |
| 24 | Q  Then for how long did you remain a desk | 10:57:20 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    54

| | | |
|---|---|---|
| 1 | officer in Area 5? | 10:57:26 |
| 2 | A  Until I retired in 2010. | 10:57:27 |
| 3 | Q  What were your duties as a desk officer? | 10:57:29 |
| 4 | A  Answer the phone, take the requests for | 10:57:43 |
| 5 | detectives to come out and be assigned to cases, do | 10:57:48 |
| 6 | computer information for detectives, and do the | 10:57:54 |
| 7 | daily -- we called them the attendance and | 10:58:00 |
| 8 | assignment sheets. | 10:58:04 |
| 9 | Q  What computer information would you gather | 10:58:04 |
| 10 | for the detectives? | 10:58:10 |
| 11 | A  As an example, if they called up and they | 10:58:11 |
| 12 | wanted to know the registration of a car they were | 10:58:14 |
| 13 | looking at, I went on the computer and tell them who | 10:58:16 |
| 14 | the car was registered to. | 10:58:20 |
| 15 | Q  Would you run it through LEADS? | 10:58:21 |
| 16 | A  Yes. | 10:58:24 |
| 17 | Q  Were there any other computer databases that | 10:58:24 |
| 18 | you would use for that kind of task apart from | 10:58:28 |
| 19 | LEADS? | 10:58:31 |
| 20 | A  There were a number of different computer | 10:58:31 |
| 21 | bases I had access to. | 10:58:35 |
| 22 | Q  What were they? | 10:58:36 |
| 23 | A  LEADS, NCIC, SOS.  That's all I can remember | 10:58:36 |
| 24 | right now. | 10:58:48 |

| | | |
|---|---|---|
| 1 | Q  Would you run searches to try and determine | 10:58:49 |
| 2 | who potential perpetrators might be for detectives | 10:58:55 |
| 3 | while you were a desk officer? | 10:59:01 |
| 4 | A  I don't know how I would do that.  What -- | 10:59:02 |
| 5 | how I could determine who a potential offender is. | 10:59:06 |
| 6 | Q  For example, if you wanted to know who the | 10:59:10 |
| 7 | sex offenders were in a, you know, three-block | 10:59:12 |
| 8 | radius of a, you know, sexual assault crime, is that | 10:59:17 |
| 9 | the kind of thing that you would search for? | 10:59:23 |
| 10 | A  No.  That's too involved a search. | 10:59:25 |
| 11 | Q  In 1993, how would you go about creating a | 10:59:28 |
| 12 | supplemental police report? | 10:59:44 |
| 13 | A  We had to use a two-part system.  We had to | 10:59:46 |
| 14 | type the first page on a manual typewriter, and we | 10:59:49 |
| 15 | went to a word processor -- word processor and typed | 10:59:53 |
| 16 | up the rest of the report. | 10:59:58 |
| 17 | Q  So you would manually type the first page; | 10:59:59 |
| 18 | is that right? | 11:00:07 |
| 19 | A  Correct. | 11:00:07 |
| 20 | Q  And then you'd type the remainder on a word | 11:00:08 |
| 21 | processor? | 11:00:18 |
| 22 | A  Correct. | 11:00:19 |
| 23 | Q  When you typed the remainder on a word | 11:00:20 |
| 24 | processor, were some of the fields already filled | 11:00:23 |

| | | |
|---|---|---|
| 1 | in? | 11:00:27 |
| 2 | A  I don't remember. | 11:00:27 |
| 3 | Q  Could you save the supp report as you went | 11:00:29 |
| 4 | along, you know, if you were taken away from your | 11:00:41 |
| 5 | typing? | 11:00:44 |
| 6 | A  Yes. | 11:00:45 |
| 7 | Q  And then you could pick back up where you | 11:00:45 |
| 8 | left off? | 11:00:48 |
| 9 | A  Yes. | 11:00:49 |
| 10 | Q  And how would you -- what would you do once | 11:00:50 |
| 11 | you completed the supplemental report to your | 11:00:57 |
| 12 | satisfaction? | 11:01:02 |
| 13 | A  Once the report was finished? | 11:01:03 |
| 14 | Q  Yes. | 11:01:05 |
| 15 | A  I'd print the whole report out and submit it | 11:01:06 |
| 16 | to my sergeant. | 11:01:09 |
| 17 | Q  So you would print the reports, and you'd | 11:01:11 |
| 18 | take the typewritten first page, and you'd submit it | 11:01:16 |
| 19 | to your sergeant; correct? | 11:01:19 |
| 20 | A  Along with the computer-generated pages. | 11:01:21 |
| 21 | Q  And would you staple them? | 11:01:25 |
| 22 | A  I don't remember if we stapled them or used | 11:01:32 |
| 23 | a paper clip. | 11:01:36 |
| 24 | Q  Where would you submit them in order to have | 11:01:37 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    57

| | | |
|---|---|---|
| 1 | your sergeant review them? | 11:01:40 |
| 2 | A  There was a basket in the violent crimes | 11:01:42 |
| 3 | office. | 11:01:47 |
| 4 | Q  Can you describe that violent crimes office | 11:01:47 |
| 5 | for us? | 11:01:50 |
| 6 | A  Describe the office? | 11:01:51 |
| 7 | Q  Yeah.  Back in 1993. | 11:01:53 |
| 8 | A  It's a little bit smaller than the room | 11:02:00 |
| 9 | we're currently sitting in.  There was a couple of | 11:02:03 |
| 10 | desks, some file cabinets, and two or three computer | 11:02:06 |
| 11 | terminals. | 11:02:10 |
| 12 | Q  What would be housed in that violent crimes | 11:02:10 |
| 13 | office? | 11:02:15 |
| 14 | A  Say it again, please. | 11:02:15 |
| 15 | Q  What would be housed in that violent crimes | 11:02:16 |
| 16 | office? | 11:02:24 |
| 17 | A  Files. | 11:02:24 |
| 18 | Q  What would you call those files in the | 11:02:24 |
| 19 | violent crimes office? | 11:02:27 |
| 20 | A  Investigative files. | 11:02:28 |
| 21 | Q  Okay.  And what comprises an investigative | 11:02:31 |
| 22 | file back in 1993? | 11:02:37 |
| 23 | A  Manila folder, a 5-by-7 envelope that was | 11:02:38 |
| 24 | stapled inside of it, and a clasp that was on the | 11:02:48 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    58

| | | |
|---|---|---|
| 1 | opposite page to hold reports. | 11:02:53 |
| 2 | Q  What would go in the 5-by-7 envelope? | 11:02:54 |
| 3 | A  Miscellaneous items such as photos, a dead | 11:02:59 |
| 4 | person's driver's license, things of that nature. | 11:03:08 |
| 5 | Q  And what would go in the clasp side of that | 11:03:16 |
| 6 | manila folder? | 11:03:21 |
| 7 | A  Xerox copies of information, GPRs, and typed | 11:03:22 |
| 8 | reports. | 11:03:33 |
| 9 | Q  Why would you put Xeroxed copies in the | 11:03:34 |
| 10 | manila file? | 11:03:42 |
| 11 | MS. ROSEN:  Object to the form. | 11:03:43 |
| 12 | Mischaracterizes his testimony. | 11:03:45 |
| 13 | A  Just to show the progress of the | 11:03:47 |
| 14 | investigation. | 11:03:49 |
| 15 | Q  Would you keep a Xerox copy of the reports | 11:03:51 |
| 16 | for your own purposes? | 11:03:55 |
| 17 | A  Never. | 11:03:57 |
| 18 | Q  Why do you say "never"? | 11:03:57 |
| 19 | A  Because I never did. | 11:03:59 |
| 20 | Q  What would you do if you wanted to have | 11:04:01 |
| 21 | access to the reports while you were out | 11:04:06 |
| 22 | investigating? | 11:04:09 |
| 23 | A  I would take the entire investigative file | 11:04:09 |
| 24 | from the office with me. | 11:04:13 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    59

1        Q   And would you indicate to anyone or in any        11:04:14

2    way that you had taken the file out of the office?        11:04:16

3        A   Initially, when I was a detective, no.            11:04:18

4            Later on they instituted a system of green        11:04:25

5    cards where you signed out the file and then signed       11:04:30

6    the file back in.                                         11:04:34

7        Q   And so you would have to sign the green           11:04:35

8    card?                                                     11:04:37

9        A   I believe by the time they instituted those      11:04:38

10   green cards, I had already stopped working the            11:04:40

11   street.  I was working at the desk.                       11:04:44

12       Q   Would those investigative files have an           11:04:46

13   inventory sheet?                                          11:04:56

14       A   Yes.                                              11:04:57

15       Q   Did you -- back in 1993, would you fill out       11:04:57

16   the inventory sheet?                                      11:05:02

17       A   I would indicate what items I had put in the      11:05:03

18   file, yes.                                                11:05:08

19       Q   And would you be the person who put stuff in      11:05:08

20   that investigative file?                                  11:05:12

21       A   Some things, yes.                                 11:05:13

22       Q   And what kind of things would you put in the      11:05:15

23   file?                                                     11:05:17

24       A   My reports.                                       11:05:17

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    60

| | | |
|---|---|---|
| 1 | Q  And then would you fill out from the | 11:05:22 |
| 2 | inventory sheet which reports you were adding to the | 11:05:25 |
| 3 | file? | 11:05:28 |
| 4 | A  Yes. | 11:05:28 |
| 5 | Q  Would anyone sit in the violent crimes | 11:05:29 |
| 6 | office? | 11:05:44 |
| 7 | MS. ROSEN:  Object to the form. | 11:05:45 |
| 8 | Q  I mean -- I'll clarify. | 11:05:46 |
| 9 | Was anyone assigned to sit in the violent | 11:05:48 |
| 10 | crimes office as their desk or workspace? | 11:05:51 |
| 11 | A  Yes. | 11:05:54 |
| 12 | Q  Who would -- in 1993, who would be there? | 11:05:54 |
| 13 | A  It would be the on-duty violent crimes | 11:05:57 |
| 14 | sergeant. | 11:06:01 |
| 15 | Q  Anyone else? | 11:06:01 |
| 16 | A  Nope.  Not specifically assigned to sit in | 11:06:02 |
| 17 | the office. | 11:06:07 |
| 18 | Q  Were there other people who would sit in | 11:06:07 |
| 19 | that office in 1993? | 11:06:11 |
| 20 | A  Detectives could go in there and sit and do | 11:06:13 |
| 21 | their work if they wanted to. | 11:06:19 |
| 22 | Q  There were workspaces for them? | 11:06:21 |
| 23 | A  There were desks, and there were computer | 11:06:23 |
| 24 | terminals. | 11:06:26 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    61

| | | |
|---|---|---|
| 1 | Q  Was there a lieutenants office? | 11:06:26 |
| 2 | A  Yes. | 11:06:29 |
| 3 | Q  Where was the lieutenants office? | 11:06:30 |
| 4 | A  That was a different office adjoining the | 11:06:31 |
| 5 | violent crime office. | 11:06:34 |
| 6 | Q  Was it next door, or did you have to go | 11:06:35 |
| 7 | through the sergeants office to get to the | 11:06:38 |
| 8 | lieutenants office? | 11:06:40 |
| 9 | A  You had to go through the violent crime | 11:06:41 |
| 10 | office to get to the lieutenants office. | 11:06:44 |
| 11 | Q  Where was the on-duty -- well, the violent | 11:06:45 |
| 12 | crimes office in relation to the interview rooms at | 11:06:57 |
| 13 | Area 5 in 1993? | 11:07:01 |
| 14 | A  Right behind some of them. | 11:07:02 |
| 15 | Q  When you say "right behind," what do you | 11:07:03 |
| 16 | mean? | 11:07:06 |
| 17 | A  Within feet of the back wall of the | 11:07:06 |
| 18 | interview room. | 11:07:09 |
| 19 | Q  Is there an open area that -- that is | 11:07:10 |
| 20 | adjacent to the violent crimes office? | 11:07:18 |
| 21 | A  Say again, please. | 11:07:21 |
| 22 | Q  Is there an open area that's adjacent to the | 11:07:22 |
| 23 | violent crimes office? | 11:07:25 |
| 24 | A  There is a main floor in Area 5 detectives. | 11:07:26 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    62

| | | |
|---|---|---|
| 1 | There's a hallway that extends from the main floor | 11:07:34 |
| 2 | into the violent crimes office.  On either side of | 11:07:37 |
| 3 | this hallway are interview rooms. | 11:07:40 |
| 4 |    Q  And in that hallway, are there spaces for | 11:07:43 |
| 5 | the detectives to work? | 11:07:47 |
| 6 |    A  No. | 11:07:48 |
| 7 |    Q  Where would detectives -- where would -- | 11:07:49 |
| 8 | where would detectives work on Area -- at Area 5? | 11:07:56 |
| 9 |    A  Most of the detectives worked on the main | 11:07:58 |
| 10 | floor. | 11:08:03 |
| 11 |    Q  And when you say "the main floor," what do | 11:08:03 |
| 12 | you mean? | 11:08:05 |
| 13 |    A  The largest open area in the office where | 11:08:05 |
| 14 | detectives had desks and computer terminals where | 11:08:09 |
| 15 | they could sit down and do their work. | 11:08:13 |
| 16 |    Q  And where was that area in relation to the | 11:08:15 |
| 17 | violent crimes office? | 11:08:17 |
| 18 |    A  10, 15 feet away. | 11:08:18 |
| 19 |    Q  Now, Area 5 is a secure police facility; | 11:08:21 |
| 20 | right? | 11:08:29 |
| 21 |    A  A secure police facility? | 11:08:29 |
| 22 |    Q  Yeah. | 11:08:33 |
| 23 |    A  With locked doors and things of that nature? | 11:08:34 |
| 24 |    Q  Yeah. | 11:08:37 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                63

| | | |
|---|---|---|
| 1 | A   No. | 11:08:37 |
| 2 | Q   All right.  What floor was Area 5 -- Area 5 | 11:08:37 |
| 3 | violent crimes on? | 11:08:43 |
| 4 | A   Second floor. | 11:08:44 |
| 5 | Q   I take it that a member of the public, such | 11:08:45 |
| 6 | as myself, couldn't just walk into the middle of | 11:08:47 |
| 7 | Area 5 violent crimes back in 1993; is that right? | 11:08:52 |
| 8 | A   Unfortunately, they could. | 11:08:55 |
| 9 | Q   And explain what you mean. | 11:08:58 |
| 10 | A   There was no barring them from walking up | 11:09:01 |
| 11 | the stairs and just walking into the office. | 11:09:04 |
| 12 | Q   And so you would sometimes have a concern | 11:09:07 |
| 13 | that there might civilians walking around Area 5; | 11:09:14 |
| 14 | right? | 11:09:22 |
| 15 | MR. ENGQUIST:  Object to the form. | 11:09:22 |
| 16 | Go ahead. | 11:09:24 |
| 17 | A   There was -- in the first years I was a | 11:09:26 |
| 18 | detective in the new Area 5, after the 911 attacks, | 11:09:28 |
| 19 | they built a wall as you walked into Area 5 that | 11:09:33 |
| 20 | anybody coming in couldn't walk into the detective | 11:09:38 |
| 21 | area. | 11:09:42 |
| 22 | Q   So before that wall was built -- let's just | 11:09:42 |
| 23 | say in 1993, okay, in that time period. | 11:09:49 |
| 24 | It could pose problems for your | 11:09:52 |

| | | |
|---|---|---|
| 1 | investigations if civilians were walking around | 11:09:58 |
| 2 | freely within Area 5 violent crimes; is that | 11:10:03 |
| 3 | correct? | 11:10:07 |
| 4 | A  Yes. | 11:10:07 |
| 5 | Q  For example, you might have civilian | 11:10:07 |
| 6 | witnesses to a crime who might not want to be | 11:10:10 |
| 7 | observed cooperating with the police; right? | 11:10:15 |
| 8 | A  Yes. | 11:10:18 |
| 9 | Q  You might also not want suspects to know who | 11:10:18 |
| 10 | it was who was implicating them if you had suspects | 11:10:21 |
| 11 | and civilian witnesses at the area at the same time; | 11:10:27 |
| 12 | right? | 11:10:32 |
| 13 | A  Yes. | 11:10:32 |
| 14 | Q  And so sometimes -- so those interview rooms | 11:10:32 |
| 15 | that you had at Area 5, they would have windows into | 11:10:36 |
| 16 | them; right? | 11:10:39 |
| 17 | A  Yes. | 11:10:40 |
| 18 | Q  Windows on the door? | 11:10:40 |
| 19 | A  Yes. | 11:10:42 |
| 20 | Q  Those kind of like old-style narrow windows | 11:10:43 |
| 21 | that would extend for a portion of the floor -- for | 11:10:51 |
| 22 | a portion of the door, I should say. | 11:10:52 |
| 23 | A  Yes. | 11:10:53 |
| 24 | Q  You would sometimes cover up those windows | 11:10:53 |

| | | |
|---|---|---|
| 1 | with paper; right? | 11:10:57 |
| 2 | A  Yes. | 11:10:59 |
| 3 | Q  And one of the purposes for doing so was to | 11:10:59 |
| 4 | prevent suspects and witnesses from inadvertently | 11:11:02 |
| 5 | seeing each other when you didn't want them to; | 11:11:07 |
| 6 | right? | 11:11:10 |
| 7 | A  Yes. | 11:11:10 |
| 8 | Q  Was there any prohibition against putting | 11:11:10 |
| 9 | paper on the windows? | 11:11:22 |
| 10 | A  Could you repeat that, please. | 11:11:23 |
| 11 | Q  Was there any prohibition against putting | 11:11:24 |
| 12 | paper on the windows? | 11:11:27 |
| 13 | A  No. | 11:11:38 |
| 14 | Q  How did you meet Ray Guevara? | 11:11:38 |
| 15 | A  When he was promoted to detective and he | 11:11:40 |
| 16 | began working in Area 5. | 11:11:48 |
| 17 | Q  Did you know him before he became detective? | 11:11:50 |
| 18 | A  I had seen him up in the office working with | 11:11:53 |
| 19 | other detectives on cases, but I didn't know him | 11:11:56 |
| 20 | personally. | 11:12:01 |
| 21 | Q  How did you learn that he was promoted | 11:12:01 |
| 22 | meritoriously? | 11:12:04 |
| 23 | MS. ROSEN:  Object to the form, foundation. | 11:12:06 |
| 24 | MR. ENGQUIST:  Join. | 11:12:09 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    66

| | | |
|---|---|---|
| 1 | A  I was told by Ray. | 11:12:10 |
| 2 | BY MR. AINSWORTH: | 11:12:10 |
| 3 | Q  Did you work with Ray Guevara before you | 11:12:22 |
| 4 | became partners? | 11:12:25 |
| 5 | A  Not that I remember. | 11:12:25 |
| 6 | Q  When was it that you became partnered | 11:12:28 |
| 7 | with him? | 11:12:31 |
| 8 | A  Sometime in the early 1990s.  I don't | 11:12:31 |
| 9 | remember the exact year. | 11:12:37 |
| 10 | Q  Do you know whether it was 1992 or 1991? | 11:12:39 |
| 11 | A  Again, I don't remember the exact year. | 11:12:46 |
| 12 | Q  How long before you began your investigation | 11:12:48 |
| 13 | into the Rodrigo Vargas homicide, did you start | 11:12:53 |
| 14 | working or being partnered with Ray Guevara? | 11:12:59 |
| 15 | A  I don't remember. | 11:13:01 |
| 16 | Q  Was it as short as a couple months, or was | 11:13:02 |
| 17 | it longer than that? | 11:13:06 |
| 18 | A  I don't remember. | 11:13:07 |
| 19 | Q  When you would print your reports and submit | 11:13:25 |
| 20 | them to be approved by a supervisor, would you | 11:13:41 |
| 21 | sometimes get feedback from the supervisor and have | 11:13:44 |
| 22 | to correct something in the report and resubmit it? | 11:13:48 |
| 23 | A  That could happen, but I do not recall it | 11:13:55 |
| 24 | happening to me. | 11:14:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    67

1    Q   You were pretty good at your reports; right?    11:14:02

2        MS. ROSEN:  Object to the form.                 11:14:05

3        MR. ENGQUIST:  Go ahead.                        11:14:05

4    A   I thought I was.                                11:14:09

5    Q   And no sergeant was saying -- telling you       11:14:10

6    that there's a problem with the -- with your reports  11:14:13

7    or a repeated problem; right?                       11:14:15

8    A   Not that I recall.                              11:14:18

9    Q   Once you submitted your supplemental report,    11:14:22

10   if you learned new information, would you then      11:14:32

11   create a new supplemental report?                   11:14:34

12   A   Yes.                                            11:14:36

13   Q   Why would you create a new supplemental         11:14:36

14   report if you learned new information after         11:14:40

15   submitting a report to be approved?                 11:14:42

16   A   Because you could not add on any information    11:14:44

17   to that previous report.  It was locked in the      11:14:48

18   computer.                                           11:14:50

19   Q   And how would it be locked in a computer?       11:14:50

20   A   Well, when I retired, the only way that they    11:14:53

21   could get at a report was the sergeant would have to  11:15:01

22   unlock the case.                                    11:15:04

23   Q   And so -- and just to be clear, I'm talking     11:15:05

24   about the time frame of 1993.                       11:15:08

| | |
|---|---|
| 1 | Back in 1993, why would you create a new | 11:15:10 |
| 2 | report for information you learned after you | 11:15:16 |
| 3 | submitted your supp report? | 11:15:20 |
| 4 | A  To show the flow of the investigation, to | 11:15:25 |
| 5 | refresh my memory later on for trial. | 11:15:29 |
| 6 | Q  And once you submitted a supp report in | 11:15:32 |
| 7 | 1993, would the computer be locked so that you | 11:15:36 |
| 8 | couldn't add on information to the report? | 11:15:40 |
| 9 | MS. ROSEN:  Object to the form, foundation. | 11:15:42 |
| 10 | MR. ENGQUIST:  Join. | 11:15:44 |
| 11 | A  Not in 1993. | 11:15:46 |
| 12 | Q  All right.  Were you supposed to alter | 11:15:47 |
| 13 | reports after they had been submitted to a | 11:15:52 |
| 14 | supervisor for approval back in 1993? | 11:15:54 |
| 15 | MS. ROSEN:  Object to the form. | 11:15:57 |
| 16 | A  No. | 11:16:00 |
| 17 | Q  Would you add on information to a report | 11:16:02 |
| 18 | that you had submitted back in 1993 after a | 11:16:06 |
| 19 | supervisor had approved it? | 11:16:10 |
| 20 | A  No. | 11:16:11 |
| 21 | Q  And why not? | 11:16:13 |
| 22 | A  Because that report was finished. | 11:16:15 |
| 23 | Q  And once it was finished, you weren't | 11:16:17 |
| 24 | supposed to alter it or do anything to it; right? | 11:16:21 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    69

| | | |
|---|---|---|
| 1 | A   That's correct. | 11:16:24 |
| 2 | Q   That would be altering a police report; | 11:16:25 |
| 3 | right? | 11:16:28 |
| 4 | MS. ROSEN:  Object to the form. | 11:16:28 |
| 5 | A   That's correct. | 11:16:30 |
| 6 | Q   You know that you're not supposed to do | 11:16:31 |
| 7 | that; right? | 11:16:33 |
| 8 | A   When it's finished, no. | 11:16:33 |
| 9 | Q   And the correct procedure, as I understand | 11:16:39 |
| 10 | it, is that if you learned information after you | 11:16:42 |
| 11 | completed a supplemental report would be to create a | 11:16:46 |
| 12 | new supplemental report. | 11:16:51 |
| 13 | Would you agree with that? | 11:16:52 |
| 14 | A   Yes. | 11:16:53 |
| 15 | Q   Was there ever a reason to deviate from that | 11:16:53 |
| 16 | practice? | 11:16:58 |
| 17 | MS. ROSEN:  Object to the form. | 11:16:58 |
| 18 | A   No. | 11:17:00 |
| 19 | Q   What does R/Det mean in a supplemental | 11:17:03 |
| 20 | report? | 11:17:17 |
| 21 | A   I'm sorry.  Could you say that again, | 11:17:17 |
| 22 | please? | 11:17:19 |
| 23 | Q   Yeah, sure. | 11:17:19 |
| 24 | Sometimes you use abbreviations in your | 11:17:21 |

| | | |
|---|---|---|
| 1 | reports; right? | 11:17:27 |
| 2 | A  Yes. | 11:17:28 |
| 3 | Q  What does R/Det mean? | 11:17:28 |
| 4 | A  R/Det means reporting detective. | 11:17:31 |
| 5 | Q  And what does R/Dets mean? | 11:17:34 |
| 6 | A  That's plural.  It would be more than one | 11:17:38 |
| 7 | detective. | 11:17:41 |
| 8 | Q  So that would mean more than one detective | 11:17:41 |
| 9 | was involved in whatever activity you were | 11:17:43 |
| 10 | documenting? | 11:17:46 |
| 11 | A  Yes. | 11:17:46 |
| 12 | Q  When you interviewed witnesses, sometimes | 11:17:47 |
| 13 | you would ask them to describe either a person or a | 11:17:58 |
| 14 | suspect; right? | 11:18:03 |
| 15 | A  Yes. | 11:18:03 |
| 16 | Q  When you asked the witness to -- and let's | 11:18:04 |
| 17 | take it in terms of a suspect.  Okay. | 11:18:09 |
| 18 | When you asked a witness to describe a | 11:18:11 |
| 19 | suspect, what would you ask them to try and | 11:18:17 |
| 20 | describe? | 11:18:21 |
| 21 | MR. ENGQUIST:  Objection; vague. | 11:18:24 |
| 22 | But go ahead. | 11:18:27 |
| 23 | A  How would I do it? | 11:18:28 |
| 24 | Q  Yeah. | 11:18:31 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    71

| | | |
|---|---|---|
| 1 | A  Sex, age, height, weight, skin color, any | 11:18:31 |
| 2 | distinguishing marks, clothing, facial hair, things | 11:18:36 |
| 3 | of that nature. | 11:18:40 |
| 4 | Q  With as much detail as the witness is able | 11:18:41 |
| 5 | to provide to you; right? | 11:18:45 |
| 6 | A  Yes. | 11:18:47 |
| 7 | Q  And if the witness is unable to describe the | 11:18:47 |
| 8 | witness in any fashion, would you document that | 11:18:50 |
| 9 | as well? | 11:18:52 |
| 10 | MS. ROSEN:  Object to the form. | 11:18:54 |
| 11 | A  I think you said if the witness is unable to | 11:18:54 |
| 12 | describe the witness. | 11:18:57 |
| 13 | Q  I'm sorry. | 11:18:58 |
| 14 | If the witness was unable to describe the | 11:18:59 |
| 15 | suspect in any way, would you document that fact? | 11:19:02 |
| 16 | A  Yes. | 11:19:05 |
| 17 | Q  When you first started in violent crimes in | 11:19:05 |
| 18 | 1982 or thereabouts, what types of crimes would you | 11:19:28 |
| 19 | investigate? | 11:19:31 |
| 20 | A  Mostly robbery. | 11:19:32 |
| 21 | Q  And why was it that you would be mostly | 11:19:34 |
| 22 | involved in robbery cases? | 11:19:38 |
| 23 | A  Being a detective was a learning process, | 11:19:40 |
| 24 | and you started out with robbery investigations. | 11:19:44 |

1      Q   And for how long did you primarily work on          11:19:47

2   robbery cases in violent crimes?                           11:19:57

3      A   That first year I worked with Detective             11:19:59

4   Rooney.                                                    11:20:02

5      Q   And how about after you stopped working with        11:20:02

6   Detective Rooney, what kind of cases did you work          11:20:06

7   with -- work on?                                           11:20:09

8      A   I continued to work on all cases that came          11:20:09

9   into violent crimes; but after that first year, I          11:20:14

10  was allowed to start working on homicide cases.            11:20:17

11     Q   And so what would all cases comprise in             11:20:21

12  violent crimes after you stopped working with              11:20:32

13  Detective Rooney?                                          11:20:35

14     A   Well, we specifically investigated                  11:20:35

15  robberies, aggravated batteries, sex crimes,               11:20:39

16  kidnappings, and I'm sure there are other crimes,          11:20:43

17  and then homicides.                                        11:20:46

18     Q   Were you trained in how to conduct photo            11:20:49

19  arrays?                                                    11:20:57

20     A   I don't remember.                                   11:21:04

21     Q   In 1993, how would you go about conducting a        11:21:04

22  photo array?                                               11:21:14

23     A   I knew the Supreme Court suggested that you         11:21:15

24  would use five filler photos for every suspect.  So        11:21:19

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    73

| | | |
|---|---|---|
| 1 | if you had one suspect, you would need five filler | 11:21:24 |
| 2 | photos, and that's what I did. | 11:21:30 |
| 3 | Q  And when you referred to filler, you mean | 11:21:31 |
| 4 | the people who are not suspects but whose | 11:21:36 |
| 5 | photographs are included in the array alongside the | 11:21:39 |
| 6 | suspect's photo; is that right? | 11:21:43 |
| 7 | A  Yes. | 11:21:46 |
| 8 | Q  And were you trained to try and make the | 11:21:46 |
| 9 | photo array fair to the suspect? | 11:21:49 |
| 10 | A  Yes. | 11:21:50 |
| 11 | MS. ROSEN:  Object to form. | 11:21:55 |
| 12 | Q  When you had one suspect in a photo array, | 11:21:56 |
| 13 | would you try to make the fillers similar in | 11:22:01 |
| 14 | appearance? | 11:22:05 |
| 15 | A  Yes. | 11:22:06 |
| 16 | Q  And when you had five fillers and one | 11:22:07 |
| 17 | suspect in a photo array, would you try and make the | 11:22:11 |
| 18 | fillers similar in appearance to the witness's | 11:22:14 |
| 19 | description of the suspect, or would you try to make | 11:22:17 |
| 20 | them similar in appearance to the suspect that you | 11:22:20 |
| 21 | had? | 11:22:22 |
| 22 | A  I would try to make them similar in | 11:22:22 |
| 23 | appearance to the suspect at that time. | 11:22:25 |
| 24 | Q  All right.  And so when you're looking for | 11:22:27 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    74

| | | |
|---|---|---|
| 1 | similarity in appearance, what kind of things would | 11:22:34 |
| 2 | you look for? | 11:22:36 |
| 3 | A  Age, glasses, teeth, facial hair, color of | 11:22:37 |
| 4 | hair, things of that nature. | 11:22:51 |
| 5 | Q  Ethnicity? | 11:22:53 |
| 6 | A  Ethnicity, yes, sex. | 11:22:54 |
| 7 | Q  Height and weight? | 11:22:56 |
| 8 | A  Not in a filler photo, you can't see it. | 11:22:58 |
| 9 | Q  I see.  All right. | 11:23:01 |
| 10 | If you had two suspects and you wanted to | 11:23:13 |
| 11 | conduct a photo array, would you create two separate | 11:23:15 |
| 12 | arrays, one array with one suspect and five fillers | 11:23:19 |
| 13 | and then a second array with the other suspect and | 11:23:23 |
| 14 | five filler photos? | 11:23:27 |
| 15 | MR. ENGQUIST:  Just to be clear, you're | 11:23:29 |
| 16 | talking about back in '93; right? | 11:23:30 |
| 17 | MR. AINSWORTH:  Yes. | 11:23:32 |
| 18 | A  That would be the correct procedure. | 11:23:33 |
| 19 | Q  Was that because if you had two suspects in | 11:23:36 |
| 20 | one photo array, it'd be hard to have the fillers be | 11:23:40 |
| 21 | fillers for both suspects?  Do you know what I mean? | 11:23:45 |
| 22 | MS. ROSEN:  Object to the form. | 11:23:48 |
| 23 | A  If you had two suspects, you should do a | 11:23:51 |
| 24 | photo array with 10 fillers. | 11:23:55 |

| | | |
|---|---|---|
| 1 | BY MR. AINSWORTH: | 11:23:57 |
| 2 | Q  And two separate photo arrays; right? | 11:23:58 |
| 3 | A  No.  You could do them all, but you'd need | 11:24:01 |
| 4 | 10 filler photos. | 11:24:05 |
| 5 | Q  Back in 1993. | 11:24:06 |
| 6 | A  Yes. | 11:24:07 |
| 7 | Q  And so you would -- you would include five | 11:24:08 |
| 8 | fillers for each -- five fillers for each suspect | 11:24:11 |
| 9 | to -- that would be similar in appearance in the | 11:24:17 |
| 10 | ways you've described, right? | 11:24:21 |
| 11 | A  I would, yes. | 11:24:23 |
| 12 | Q  What if you had three suspects? | 11:24:25 |
| 13 | A  Again, it would either be three separate | 11:24:27 |
| 14 | photo arrays, or it would be one gigantic photo | 11:24:31 |
| 15 | array, which we never did them that big.  So I would | 11:24:36 |
| 16 | have to say we did three separate photo arrays. | 11:24:39 |
| 17 | Q  When you used a photo array back in 1993, | 11:24:43 |
| 18 | what type of photographs would you use to conduct | 11:24:51 |
| 19 | it? | 11:24:53 |
| 20 | A  We used official Chicago Police Department | 11:24:54 |
| 21 | photos.  Some were black and white.  Some were | 11:24:58 |
| 22 | color. | 11:25:00 |
| 23 | Q  Would you try and make sure the backgrounds | 11:25:01 |
| 24 | of the photos were the same between the fillers and | 11:25:05 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    76

| | | |
|---|---|---|
| 1 | the suspect? | 11:25:08 |
| 2 | A  These were all Chicago Police Department | 11:25:09 |
| 3 | photos.  The backgrounds were all the same. | 11:25:12 |
| 4 | Q  So when you say "Chicago Police Department | 11:25:14 |
| 5 | photos," you mean mug shots? | 11:25:17 |
| 6 | A  Yes. | 11:25:19 |
| 7 | Q  Would you ever use Polaroids that were taken | 11:25:20 |
| 8 | at the area as part of the photo arrays? | 11:25:26 |
| 9 | A  I may have, but I don't remember. | 11:25:28 |
| 10 | Q  Back in 1993, where would you get the filler | 11:25:32 |
| 11 | photographs from? | 11:25:38 |
| 12 | A  We had boxes of photos in Area 5 of people | 11:25:47 |
| 13 | that had been taken into custody and that their | 11:25:50 |
| 14 | photos had been sent for, and we had it on file in | 11:25:53 |
| 15 | Area 5. | 11:25:56 |
| 16 | Q  So there was a place in Area 5 where you had | 11:25:57 |
| 17 | a box of filler photos, and you could just kind of | 11:26:05 |
| 18 | root through it to find photos that would be similar | 11:26:08 |
| 19 | in appearance to your suspect? | 11:26:11 |
| 20 | A  Well, it was one location. | 11:26:16 |
| 21 | Q  And when you displayed photographs to a | 11:26:17 |
| 22 | witness during a photo array, how would you do it | 11:26:28 |
| 23 | back in 1993? | 11:26:32 |
| 24 | MR. ENGQUIST:  Objection.  It's a | 11:26:34 |

| | | |
|---|---|---|
| 1 | hypothetical.  It's an incomplete hypothetical and | 11:26:35 |
| 2 | calls for speculation. | 11:26:38 |
| 3 | Go ahead. | 11:26:39 |
| 4 | A  I would lay the photos out on a table such | 11:26:42 |
| 5 | as this.  I would tell the witness to look at all | 11:26:44 |
| 6 | the photos and that if they identified anybody from | 11:26:48 |
| 7 | the crime we were investigating, tell me about it. | 11:26:52 |
| 8 | BY MR. AINSWORTH: | 11:26:55 |
| 9 | Q  And so you would display all the photos | 11:26:57 |
| 10 | together; correct? | 11:27:00 |
| 11 | A  Yes. | 11:27:01 |
| 12 | Q  And I take it from your explanation that | 11:27:05 |
| 13 | back in 1993 you wouldn't tell the witness something | 11:27:11 |
| 14 | to the effect of even if you don't select somebody | 11:27:14 |
| 15 | from the photo, we'll still keep investigating; is | 11:27:17 |
| 16 | that right? | 11:27:17 |
| 17 | A  Could you say that again, please. | 11:27:22 |
| 18 | MS. ROSEN:  Object to the form. | 11:27:22 |
| 19 | Q  Sure.  I take it from your explanation of | 11:27:24 |
| 20 | how you conducted photo arrays, that back in 1993 | 11:27:25 |
| 21 | you would not tell a witness even if you don't | 11:27:29 |
| 22 | select somebody from the photo array, we will still | 11:27:31 |
| 23 | continue investigating? | 11:27:35 |
| 24 | MS. ROSEN:  Object to the form. | 11:27:36 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    78

| | | |
|---|---|---|
| 1 | A  Back in 1993, when I laid the filler photos | 11:27:40 |
| 2 | out, I would tell the person viewing the photos that | 11:27:45 |
| 3 | I want you to look at some pictures.  I've got no | 11:27:50 |
| 4 | evidence at this time that these people are involved | 11:27:53 |
| 5 | in this investigation.  If you do see somebody that | 11:27:57 |
| 6 | you recognize, please let me know. | 11:28:02 |
| 7 | I never remember telling them that if they | 11:28:06 |
| 8 | didn't pick anybody, we'd keep investigating, no. | 11:28:08 |
| 9 | BY MR. AINSWORTH: | 11:28:11 |
| 10 | Q  And I take it that it was not your habit to | 11:28:21 |
| 11 | or it was not your practice to document the level of | 11:28:30 |
| 12 | confidence that the witness displayed when making | 11:28:35 |
| 13 | the identification at the time of the | 11:28:40 |
| 14 | identification; is that right? | 11:28:41 |
| 15 | A  Sometimes I did document their level of | 11:28:41 |
| 16 | confidence. | 11:28:44 |
| 17 | Q  And what would determine whether or not you | 11:28:45 |
| 18 | did document their level of confidence? | 11:28:48 |
| 19 | A  Some people would look at the photo array | 11:28:51 |
| 20 | and say positively identified.  Someone would say, | 11:28:55 |
| 21 | It looks like the guy, but I need to view him | 11:28:57 |
| 22 | personally in a lineup to be sure.  I would document | 11:28:59 |
| 23 | that. | 11:29:02 |
| 24 | Q  Back in 1993, would you conduct physical | 11:29:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    79

| | | |
|---|---|---|
| 1 | lineups? | 11:29:16 |
| 2 | A  Yes. | 11:29:17 |
| 3 | Q  How would you conduct physical lineups back | 11:29:17 |
| 4 | in 1993? | 11:29:23 |
| 5 | A  In 1993, Area 5 had a specific area for | 11:29:24 |
| 6 | viewing lineups.  There was a holding room where | 11:29:30 |
| 7 | persons to be viewed would either sit or stand. | 11:29:35 |
| 8 | There was a one-way window that looked into | 11:29:39 |
| 9 | a separate room where the persons viewing the lineup | 11:29:44 |
| 10 | could stand in front of this one-way window and look | 11:29:48 |
| 11 | at the persons to be viewed. | 11:29:51 |
| 12 | Q  And did you have a -- would you use fillers | 11:29:53 |
| 13 | for physical lineups? | 11:30:00 |
| 14 | A  Say again, please. | 11:30:02 |
| 15 | Q  Would you use fillers for physical lineups? | 11:30:03 |
| 16 | A  Yes. | 11:30:06 |
| 17 | Q  And why would you use fillers for physical | 11:30:06 |
| 18 | lineups? | 11:30:10 |
| 19 | A  Keeping with Supreme Court decisions, you | 11:30:11 |
| 20 | were suggested to use five fillers for every suspect | 11:30:16 |
| 21 | in a physical lineup. | 11:30:20 |
| 22 | Q  And what was the purpose for using fillers | 11:30:21 |
| 23 | in the lineup? | 11:30:23 |
| 24 | A  So that the person viewing the suspect | 11:30:24 |

| | | |
|---|---|---|
| 1 | didn't just get to look at one person. | 11:30:29 |
| 2 |    Q  That might be suggestive if you're just | 11:30:31 |
| 3 | showing one person?  Is him?  Is that what you're | 11:30:37 |
| 4 | getting at? | 11:30:39 |
| 5 |      MR. ENGQUIST:  Objection; form. | 11:30:40 |
| 6 |      MS. ROSEN:  Object to the form. | 11:30:41 |
| 7 |    A  Correct. | 11:30:43 |
| 8 |    Q  And so when you would select fillers for a | 11:30:46 |
| 9 | lineup, would that be you and your partner who would | 11:30:51 |
| 10 | go about selecting the fillers? | 11:30:54 |
| 11 |    A  Sometimes. | 11:30:56 |
| 12 |    Q  How else would it work? | 11:30:56 |
| 13 |    A  Sometimes we'd have other detectives go look | 11:30:58 |
| 14 | for fillers for us. | 11:31:04 |
| 15 |    Q  And what would you look for in the fillers | 11:31:05 |
| 16 | to try to make the -- was your purpose to make the | 11:31:07 |
| 17 | lineup a fair lineup to the suspect? | 11:31:11 |
| 18 |    A  Yes. | 11:31:13 |
| 19 |    Q  And what would you look for in fillers to | 11:31:14 |
| 20 | make the lineup a fair lineup for the suspect? | 11:31:18 |
| 21 |    A  Sex, race, age, height, weight, physical | 11:31:21 |
| 22 | characteristics, we tried to do clothing. | 11:31:26 |
| 23 |    Q  So you wouldn't have one man with a bunch of | 11:31:30 |
| 24 | women; right? | 11:31:51 |

| | | |
|---|---|---|
| 1 | A  No. | 11:31:52 |
| 2 | Q  And you wouldn't have a lineup with A | 11:31:52 |
| 3 | 5-foot-6 person, and all of the rest of the people 6 | 11:31:57 |
| 4 | feet tall? | 11:32:00 |
| 5 | A  We could if they were all seated. | 11:32:02 |
| 6 | Q  Why would you have them seated? | 11:32:05 |
| 7 | A  Because that would eliminate the height | 11:32:08 |
| 8 | requirement.  You couldn't tell a person's height if | 11:32:11 |
| 9 | they were sitting down. | 11:32:15 |
| 10 | Q  Why do you think people can't tell a | 11:32:16 |
| 11 | person's height if they're sitting down? | 11:32:19 |
| 12 | A  You just can't. | 11:32:23 |
| 13 | Q  Were you trained that it was okay to do a | 11:32:24 |
| 14 | lineup of a 5-foot-6 person and a bunch of | 11:32:33 |
| 15 | 6-feet-tall people so long as they were all sitting | 11:32:38 |
| 16 | down? | 11:32:41 |
| 17 | MS. ROSEN:  Object to the form. | 11:32:41 |
| 18 | A  This was something I learned in court from | 11:32:43 |
| 19 | testifying in numerous cases, that it was | 11:32:45 |
| 20 | permissible to do this. | 11:32:48 |
| 21 | Q  Who told you in court that you would -- that | 11:32:50 |
| 22 | it was permissible to have a 5-foot-6 person and a | 11:32:52 |
| 23 | bunch of 6-feet-tall people so long as they are | 11:32:57 |
| 24 | sitting down? | 11:32:58 |

| | | |
|---|---|---|
| 1 | A  On numerous motions to suppress lineup | 11:32:59 |
| 2 | identifications. | 11:33:05 |
| 3 | Q  And so how would you learn in the numerous | 11:33:07 |
| 4 | motions to suppress lineup identifications?  How did | 11:33:09 |
| 5 | you learn this fact? | 11:33:12 |
| 6 | A  We would win the motion. | 11:33:13 |
| 7 | Q  And so if you had the lineup participants | 11:33:15 |
| 8 | seated during the lineup, would you document the | 11:33:24 |
| 9 | fact that you would have them seated? | 11:33:27 |
| 10 | A  Yes. | 11:33:30 |
| 11 | Q  And if you didn't document that they were | 11:33:30 |
| 12 | seated, that meant they were standing; is that | 11:33:32 |
| 13 | right? | 11:33:35 |
| 14 | A  Say it again, please. | 11:33:35 |
| 15 | Q  Sure.  If you did not document that the | 11:33:36 |
| 16 | lineup participants were seated, then that would | 11:33:39 |
| 17 | mean that the lineup participants were standing; is | 11:33:43 |
| 18 | that right? | 11:33:46 |
| 19 | A  I think I documented all of my lineups | 11:33:46 |
| 20 | specifically if they were standing or seated. | 11:33:49 |
| 21 | Q  Why do you say "I think"? | 11:33:52 |
| 22 | A  Say again. | 11:34:00 |
| 23 | Q  Why do you say "I think"? | 11:34:01 |
| 24 | MS. ROSEN:  Object to the form. | 11:34:03 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          83

1     A  I don't have in front of me every single          11:34:07

2  lineup I ever conducted.  I don't remember.           11:34:09

3     Q  In any event, if you had a lineup where          11:34:16

4  there was a 5-foot-6 guy and bunch of 6-feet-tall      11:34:18

5  people and they were standing, that wouldn't be a      11:34:23

6  fair lineup; right?                                    11:34:25

7     A  I would never do a lineup like that.             11:34:26

8     Q  Because that would be unfair.                    11:34:29

9     A  Yes.                                             11:34:30

10    Q  Would you sometimes pull rap sheets on           11:34:31

11  suspects?                                             11:34:49

12    A  Yes.                                             11:34:50

13    Q  How would you go about pulling a rap sheet       11:34:50

14  on a suspect?                                         11:34:54

15    MR. ENGQUIST:  Objection; vague, time frame.        11:34:56

16    Q  Back in 1993.                                    11:34:59

17    A  We would fill out a form that we would fax       11:35:00

18  down to the identification section, and they would    11:35:06

19  fax us back the arrest report, the rap sheets.        11:35:09

20    Q  What form would you fill out?                    11:35:19

21    A  Request for identification records.              11:35:22

22    Q  Getting back to the photo arrays, would you     11:35:24

23  ever conduct a photo array with three suspects and    11:35:53

24  five fillers?                                         11:35:57

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                84

| | | |
|---|---|---|
| 1 | A   Would I? | 11:35:58 |
| 2 | Q   Yes. | 11:36:02 |
| 3 | A   No. | 11:36:02 |
| 4 | Q   Why not? | 11:36:03 |
| 5 | A   Because it violated the Supreme Court | 11:36:03 |
| 6 | suggestions for how to properly do a photo array. | 11:36:09 |
| 7 | Q   And if you had three suspects and only five | 11:36:11 |
| 8 | fillers, you'd have either only two fillers for each | 11:36:14 |
| 9 | suspect or one filler, for, you know, one of the | 11:36:19 |
| 10 | suspects; right? | 11:36:23 |
| 11 | A   Correct. | 11:36:24 |
| 12 | Q   And that's not enough fillers to make it | 11:36:24 |
| 13 | fair; right? | 11:36:27 |
| 14 | A   In my opinion, no. | 11:36:27 |
| 15 | Q   And that's based on your experience as a | 11:36:30 |
| 16 | police officer? | 11:36:34 |
| 17 | A   Yes. | 11:36:35 |
| 18 | Q   Sometimes in your career you would get | 11:36:36 |
| 19 | informants willing to provide you with information; | 11:36:49 |
| 20 | right? | 11:36:52 |
| 21 | A   Yes. | 11:36:52 |
| 22 | Q   And when you're dealing with an informant, | 11:36:53 |
| 23 | it's very important not to reveal the nonpublic | 11:36:59 |
| 24 | facts about the investigation to that informant; | 11:37:03 |

| | | |
|---|---|---|
| 1 | right? | 11:37:08 |
| 2 | A Correct. | 11:37:08 |
| 3 | Q It's important in all interviews, but it's | 11:37:08 |
| 4 | critically important where the informant might be | 11:37:12 |
| 5 | trying to get something from the police in exchange | 11:37:17 |
| 6 | for their information; right? | 11:37:20 |
| 7 | A Correct. | 11:37:20 |
| 8 | Q You want to be able to corroborate the | 11:37:21 |
| 9 | information that the suspect is giving you; correct? | 11:37:23 |
| 10 | MS. ROSEN: Object to the form. | 11:37:26 |
| 11 | MR. AINSWORTH: Yes. You're right. Let me | 11:37:28 |
| 12 | withdraw that question and restate it. | 11:37:29 |
| 13 | Q You want to be able to corroborate the | 11:37:31 |
| 14 | information that the informant is providing you; | 11:37:33 |
| 15 | right? | 11:37:35 |
| 16 | A Yes. | 11:37:35 |
| 17 | Q And one way to corroborate is to see if the | 11:37:37 |
| 18 | informant is able to provide you any of the | 11:37:43 |
| 19 | nonpublic facts about the crime that only someone | 11:37:46 |
| 20 | who committed the crime or talked to somebody who | 11:37:48 |
| 21 | committed the crime might know; right? | 11:37:53 |
| 22 | A Yes. | 11:37:55 |
| 23 | Q And so when you're talking to an informant, | 11:37:55 |
| 24 | you're paying attention to what facts they can | 11:38:01 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    86

| | | |
|---|---|---|
| 1 | provide that you might be able to corroborate; | 11:38:05 |
| 2 | right? | 11:38:07 |
| 3 |     A  Yes. | 11:38:07 |
| 4 |     Q  And when you're talking to an informant, you | 11:38:09 |
| 5 | want to get as much detail as you can from that | 11:38:20 |
| 6 | person; right? | 11:38:23 |
| 7 |     A  Yes. | 11:38:24 |
| 8 |     Q  And some people are very forthcoming in | 11:38:24 |
| 9 | talking to the police about other criminal activity; | 11:38:33 |
| 10 | right? | 11:38:37 |
| 11 |     A  Yes. | 11:38:37 |
| 12 |     Q  And when you have a cooperative witness, | 11:38:38 |
| 13 | sometimes they can tell you a lot of information | 11:38:45 |
| 14 | about a number of crimes; right? | 11:38:48 |
| 15 |     A  Yes. | 11:38:50 |
| 16 |     Q  And so one of your jobs, as a police | 11:38:50 |
| 17 | detective, is if you have a cooperative witness is | 11:38:54 |
| 18 | to try and find out whatever information that person | 11:38:58 |
| 19 | might have about the crime that you're | 11:39:02 |
| 20 | investigating; right? | 11:39:05 |
| 21 |     A  Say that one again, please. | 11:39:05 |
| 22 |     Q  Sure.  When you have a cooperative | 11:39:07 |
| 23 | informant, you want to get as much information about | 11:39:12 |
| 24 | the crime that you're investigating from that | 11:39:15 |

| | | |
|---|---|---|
| 1 | informant; right? | 11:39:17 |
| 2 | A  Yes. | 11:39:17 |
| 3 | Q  And if the informant is willing, you want to | 11:39:17 |
| 4 | find out what other information about other crimes | 11:39:20 |
| 5 | that informant might be willing to share; right? | 11:39:23 |
| 6 | A  Yes. | 11:39:25 |
| 7 | Q  And you need to be very careful not to make | 11:39:25 |
| 8 | undisclosed promises to an informant; right? | 11:39:38 |
| 9 | A  Yes. | 11:39:40 |
| 10 | Q  You know that it would be wrong to promise | 11:39:41 |
| 11 | something to an informant in exchange for their | 11:39:47 |
| 12 | information but not reveal that fact to either the | 11:39:53 |
| 13 | prosecution or the criminal defense; right? | 11:39:59 |
| 14 | A  Could you rephrase that question. | 11:40:02 |
| 15 | Q  Yeah.  I can. | 11:40:04 |
| 16 | You know that it would be improper and wrong | 11:40:05 |
| 17 | to promise something to an informant in exchange for | 11:40:10 |
| 18 | their information without revealing the fact of the | 11:40:15 |
| 19 | promise to the prosecution and to the criminal | 11:40:19 |
| 20 | defendant; right? | 11:40:21 |
| 21 | A  That's correct. | 11:40:22 |
| 22 | Q  That's not something you would do; correct? | 11:40:22 |
| 23 | A  No, I would not. | 11:40:25 |
| 24 | Q  And when you're talking about an informant | 11:40:26 |

| | | |
|---|---|---|
| 1 | who is facing significant time in the penitentiary, | 11:40:32 |
| 2 | any kind of promise or benefit can be magnified for | 11:40:41 |
| 3 | that person; right? | 11:40:46 |
| 4 |     MR. ENGQUIST:  Objection. | 11:40:46 |
| 5 |     MS. ROSEN:  Object to the form. | 11:40:46 |
| 6 |     MS. NIKOLAEVSKAYA:  Form. | 11:40:53 |
| 7 |     MR. ENGQUIST:  And it calls for speculation. | 11:40:53 |
| 8 |   A  I don't know. | 11:40:53 |
| 9 |   Q  Well, let me put it this way. | 11:40:54 |
| 10 |     If the informant is not incarcerated, then | 11:40:56 |
| 11 | offering that person the ability to make a phone | 11:41:00 |
| 12 | call isn't that much of a benefit because that | 11:41:04 |
| 13 | person could, you know, go home and use the phone | 11:41:06 |
| 14 | themselves; right? | 11:41:09 |
| 15 |   A  Yes. | 11:41:11 |
| 16 |   Q  But for an incarcerated informant, offering | 11:41:12 |
| 17 | that person the use of the phone could be a very | 11:41:16 |
| 18 | real benefit to that person; right? | 11:41:21 |
| 19 |     MS. ROSEN:  Object to the form.  Calls for | 11:41:23 |
| 20 | speculation. | 11:41:25 |
| 21 |     MR. ENGQUIST:  Join. | 11:41:25 |
| 22 |   A  I don't know.  I can't read a person's mind. | 11:41:29 |
| 23 |   Q  Well, you understand that incarcerated | 11:41:32 |
| 24 | people don't have their freedom, right, because | 11:41:35 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    89

| | | |
|---|---|---|
| 1 | they're incarcerated? | 11:41:39 |
| 2 | A  That's correct. | 11:41:40 |
| 3 | Q  So they don't have access to buy meals from | 11:41:41 |
| 4 | a restaurant; right? | 11:41:46 |
| 5 | A  That's correct. | 11:41:47 |
| 6 | Q  They don't necessarily have the ability to | 11:41:47 |
| 7 | make phone calls whenever they want; right? | 11:41:54 |
| 8 | MS. ROSEN:  Object to the form, foundation. | 11:41:58 |
| 9 | MR. ENGQUIST:  Join. | 11:42:00 |
| 10 | A  They have the ability to make phone calls. | 11:42:02 |
| 11 | Q  You knew in 1993 that phone calls they'd | 11:42:07 |
| 12 | have to make would be collect calls; right? | 11:42:11 |
| 13 | A  I don't know how it worked.  I know there | 11:42:13 |
| 14 | was a phone in lockup they could use. | 11:42:16 |
| 15 | Q  Would people in the Cook County Jail | 11:42:20 |
| 16 | sometimes call you? | 11:42:23 |
| 17 | A  Yes. | 11:42:24 |
| 18 | Q  And how would you get calls from the Cook | 11:42:24 |
| 19 | County Jail?  Would they come collect or direct or | 11:42:28 |
| 20 | how would they work? | 11:42:30 |
| 21 | A  They came collect. | 11:42:32 |
| 22 | Q  So sometimes you would get collect calls, | 11:42:33 |
| 23 | and they would say this is so-and-so. | 11:42:35 |
| 24 | Would they say who they wanted to reach? | 11:42:37 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    90

| | | |
|---|---|---|
| 1 | A   Yes. | 11:42:39 |
| 2 | Q   Would you accept those calls? | 11:42:40 |
| 3 | A   Yes. | 11:42:44 |
| 4 | Q   And would you accept those calls whether or | 11:42:44 |
| 5 | not the detective they were looking for was present? | 11:42:49 |
| 6 | A   I only accepted calls that pertained to me. | 11:42:52 |
| 7 | Q   So if there was a collect call that you | 11:43:00 |
| 8 | happened to pick up -- well, strike that. | 11:43:02 |
| 9 | Did you have a direct dial back in 1993? | 11:43:05 |
| 10 | A   No. | 11:43:09 |
| 11 | Q   Was there a pool phone, pool for the floor? | 11:43:09 |
| 12 | A   Area 5 had a number of different phone | 11:43:14 |
| 13 | numbers. | 11:43:20 |
| 14 | Q   And did you have a dedicated phone? | 11:43:20 |
| 15 | A   No. | 11:43:27 |
| 16 | Q   Did you share the phone with other | 11:43:27 |
| 17 | detectives? | 11:43:30 |
| 18 | A   Did I share a phone with other detectives? | 11:43:31 |
| 19 | Q   Did you share a phone number with other | 11:43:34 |
| 20 | detectives? | 11:43:36 |
| 21 | A   Area 5 had general phone numbers that we all | 11:43:37 |
| 22 | used. | 11:43:41 |
| 23 | Q   And so were there -- how many general phone | 11:43:41 |
| 24 | numbers did you have back in 1993? | 11:43:47 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           91

| | | |
|---|---|---|
| 1 | A   There was a basic phone number that if that | 11:43:49 |
| 2 | line was busy, it would skip to the next line; and | 11:43:54 |
| 3 | if that line was busy, it would skip to the next | 11:43:59 |
| 4 | line.  To the best of my knowledge, I think we had | 11:44:01 |
| 5 | five incoming lines. | 11:44:04 |
| 6 | Q   And for the public, would the public -- if | 11:44:06 |
| 7 | the public wanted to call violent crimes Area 5, was | 11:44:10 |
| 8 | there just one number to call? | 11:44:14 |
| 9 | A   Yes. | 11:44:16 |
| 10 | Q   All right.  And so when somebody was calling | 11:44:16 |
| 11 | violent crimes Area 5, they would call one number, | 11:44:22 |
| 12 | and would it ring on all the desks of the | 11:44:26 |
| 13 | detectives? | 11:44:29 |
| 14 | A   No. | 11:44:30 |
| 15 | Q   Whose desk would it ring at? | 11:44:30 |
| 16 | A   The sergeant's desk. | 11:44:32 |
| 17 | Q   And then the sergeant would -- would they | 11:44:34 |
| 18 | transfer the call from the sergeant's desk to | 11:44:39 |
| 19 | whoever is detective -- whichever detective was | 11:44:42 |
| 20 | working that case? | 11:44:46 |
| 21 | A   We had a public address system.  Sometimes | 11:44:47 |
| 22 | the sergeant would pick up the phone.  If he was | 11:44:51 |
| 23 | busy, other detectives would pick up the phone, and | 11:44:53 |
| 24 | then we'd announce on the public address system | 11:44:56 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    92

| | | |
|---|---|---|
| 1 | phone call for whoever, pick up line 8601. | 11:44:58 |
| 2 | Q And was it -- would it only ring in the | 11:45:02 |
| 3 | sergeant's office? | 11:45:05 |
| 4 | A No.  It probably rang in more locations than | 11:45:06 |
| 5 | that.  It rang in his office, and it rang up to | 11:45:09 |
| 6 | special desk. | 11:45:12 |
| 7 | Q What's the special desk? | 11:45:13 |
| 8 | A That's where the desk officer sat. | 11:45:15 |
| 9 | Q Where did the desk officer sit in 1993? | 11:45:17 |
| 10 | A On the far northern end of the office. | 11:45:20 |
| 11 | Q Where was that in relation to the violent | 11:45:24 |
| 12 | crimes office? | 11:45:27 |
| 13 | A Approximately 40 feet away. | 11:45:27 |
| 14 | Q In which direction was the violent crimes | 11:45:32 |
| 15 | office from the sergeants -- from the special -- | 11:45:35 |
| 16 | what did you call it?  Special -- | 11:45:39 |
| 17 | A Special desk. | 11:45:40 |
| 18 | Q From the special desk. | 11:45:41 |
| 19 | A It was in the same office.  It was just an | 11:45:43 |
| 20 | area where the special desk officer sat. | 11:45:48 |
| 21 | Q Was the special desk north of the violent | 11:45:50 |
| 22 | crimes office? | 11:45:57 |
| 23 | A It was the same office. | 11:45:58 |
| 24 | Q I'm just trying to get a sense of | 11:45:59 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    93

| | | |
|---|---|---|
| 1 | geographically was the violent crimes office -- was | 11:46:05 |
| 2 | the -- sorry. | 11:46:10 |
| 3 | You called it before the violent crimes | 11:46:12 |
| 4 | office where the sergeant sat. | 11:46:16 |
| 5 | Did you have a different name for that? | 11:46:19 |
| 6 | A  Well, the sergeants office. | 11:46:20 |
| 7 | Q  All right.  Let's call it the sergeants | 11:46:22 |
| 8 | office.  Okay. | 11:46:24 |
| 9 | Where was the special desk in relation to | 11:46:25 |
| 10 | the sergeants office? | 11:46:30 |
| 11 | A  Approximately 40 feet north. | 11:46:31 |
| 12 | Q  Do you know what a Serafini report is? | 11:46:35 |
| 13 | A  Do I know what a what is? | 11:46:42 |
| 14 | Q  Serafini report. | 11:46:43 |
| 15 | A  No. | 11:46:45 |
| 16 | Q  How would you indicate to the next watch of | 11:46:46 |
| 17 | detectives back in 1993 what investigative steps | 11:46:52 |
| 18 | needed to be followed up on on a case? | 11:46:55 |
| 19 | A  We were done working at 11:30 at night.  The | 11:46:58 |
| 20 | midnight watch would not start until 12:30.  We'd | 11:47:08 |
| 21 | leave instructions for the oncoming midnight | 11:47:12 |
| 22 | sergeant, and he'd pass them along. | 11:47:15 |
| 23 | Q  And so would you write out those | 11:47:17 |
| 24 | instructions for the midnight sergeant to pass | 11:47:20 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    94

| | | |
|---|---|---|
| 1 | along? | 11:47:22 |
| 2 | A  No. | 11:47:23 |
| 3 | Q  How would you communicate to the midnight | 11:47:24 |
| 4 | sergeant that there were investigative tasks that | 11:47:28 |
| 5 | needed to be followed up on? | 11:47:31 |
| 6 | A  We'd tell them. | 11:47:33 |
| 7 | Q  Why would you tell them and not write them | 11:47:34 |
| 8 | down? | 11:47:38 |
| 9 | A  There wasn't a need to. | 11:47:38 |
| 10 | Q  Why wasn't there a need to? | 11:47:40 |
| 11 | A  There wasn't. | 11:47:41 |
| 12 | Q  I'm asking why. | 11:47:42 |
| 13 | A  There wasn't a need to. | 11:47:44 |
| 14 | MS. ROSEN:  Object to the form. | 11:47:45 |
| 15 | Q  So when would the midnight sergeant arrive? | 11:47:47 |
| 16 | A  They arrived at 11:30. | 11:47:51 |
| 17 | Q  And so how many detectives were working | 11:47:54 |
| 18 | third watch back in 1993? | 11:47:58 |
| 19 | A  It varied from night to night. | 11:48:03 |
| 20 | Q  What was the range? | 11:48:05 |
| 21 | A  Huh? | 11:48:06 |
| 22 | Q  What was the range? | 11:48:07 |
| 23 | A  I can't give you an accurate number.  I | 11:48:08 |
| 24 | would say in total anywhere from 10 to 20 guys. | 11:48:13 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    95

| | | |
|---|---|---|
| 1 | Q  And so 10 to 20 detectives would all crowd | 11:48:17 |
| 2 | around the incoming midnight sergeant to tell them | 11:48:24 |
| 3 | all the investigative steps that needed to be | 11:48:28 |
| 4 | followed up on on their case -- | 11:48:30 |
| 5 | MS. ROSEN:  Object to the form. | 11:48:32 |
| 6 | Q  -- is that right? | 11:48:33 |
| 7 | MR. ENGQUIST:  Join. | 11:48:33 |
| 8 | MS. NIKOLAEVSKAYA:  Join. | 11:48:34 |
| 9 | A  No. | 11:48:35 |
| 10 | Q  So how would it work? | 11:48:36 |
| 11 | MS. ROSEN:  Object to the form. | 11:48:39 |
| 12 | A  As I just said, if there was something we | 11:48:41 |
| 13 | specifically needed the midnight crew to follow up | 11:48:44 |
| 14 | on, we'd tell the sergeant go have these guys go do | 11:48:47 |
| 15 | this specific task, and let us know how it turned | 11:48:52 |
| 16 | out. | 11:48:56 |
| 17 | Q  What would you do if you needed the day | 11:48:56 |
| 18 | shift to follow up on one of your investigations? | 11:48:59 |
| 19 | A  We'd let the sergeants know, and they would | 11:49:02 |
| 20 | pass the information along. | 11:49:08 |
| 21 | Q  When you say "the sergeants," which sergeant | 11:49:11 |
| 22 | would you tell? | 11:49:14 |
| 23 | A  Say that again. | 11:49:15 |
| 24 | Q  When you say "the sergeant," which sergeant | 11:49:15 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    96

| | | |
|---|---|---|
| 1 | would you tell? | 11:49:18 |
| 2 |     A  I have no idea who was the sergeant in 1993. | 11:49:18 |
| 3 |     Q  Well, you would just -- you would tell your | 11:49:21 |
| 4 | third-watch sergeant or the first-watch? | 11:49:23 |
| 5 |     A  The midnight sergeant. | 11:49:26 |
| 6 |     Q  All right.  You'd tell the midnight | 11:49:26 |
| 7 | sergeant. | 11:49:28 |
| 8 |     A  Yes. | 11:49:29 |
| 9 |     Q  And so you'd tell the midnight sergeant that | 11:49:29 |
| 10 | you need these -- day watch to follow up on | 11:49:31 |
| 11 | information pertaining to one of your | 11:49:34 |
| 12 | investigations; is that right? | 11:49:37 |
| 13 |     A  Sometimes. | 11:49:37 |
| 14 |     Q  Why wouldn't you just leave a note for the | 11:49:37 |
| 15 | day-shift sergeant? | 11:49:41 |
| 16 |     A  We just didn't.  We just gave instructions | 11:49:42 |
| 17 | orally. | 11:49:48 |
| 18 |     Q  Were you instructed not to leave notes -- | 11:49:48 |
| 19 |     A  No. | 11:49:50 |
| 20 |     Q  -- for the day-shift sergeant? | 11:49:51 |
| 21 |     A  No. | 11:49:53 |
| 22 |     Q  Did you have a problem with writing things | 11:49:53 |
| 23 | down? | 11:50:00 |
| 24 |     MS. ROSEN:  Object to the form. | 11:50:01 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    97

| | | |
|---|---|---|
| 1 | A  No. | 11:50:03 |
| 2 | Q  Did you not want to taint your file with | 11:50:13 |
| 3 | information that might be incorrect? | 11:50:16 |
| 4 | MS. ROSEN:  Object to the form. | 11:50:20 |
| 5 | MR. ENGQUIST:  Join. | 11:50:21 |
| 6 | MS. NIKOLAEVSKAYA:  Join. | 11:50:21 |
| 7 | A  I did not want to put incorrect information | 11:50:23 |
| 8 | in my file.  That is correct. | 11:50:26 |
| 9 | Q  All right.  And so if you received | 11:50:28 |
| 10 | information about a criminal case, would you | 11:50:30 |
| 11 | withhold that information from your file until you | 11:50:34 |
| 12 | could verify that information? | 11:50:38 |
| 13 | MS. ROSEN:  Object to the form. | 11:50:39 |
| 14 | MR. ENGQUIST:  Join. | 11:50:40 |
| 15 | MS. NIKOLAEVSKAYA:  Join. | 11:50:41 |
| 16 | A  No. | 11:50:43 |
| 17 | Q  You would include that information; right? | 11:50:43 |
| 18 | A  Yes. | 11:50:45 |
| 19 | Q  And you would include it in the -- in your | 11:50:49 |
| 20 | file? | 11:50:52 |
| 21 | MS. ROSEN:  Object to the form. | 11:50:53 |
| 22 | A  Yes. | 11:50:56 |
| 23 | Q  What's a nickname file? | 11:51:02 |
| 24 | A  Gang members love to have nicknames for each | 11:51:04 |

| | | |
|---|---|---|
| 1 | other, as the two gentlemen seated in this room have | 11:51:14 |
| 2 | nicknames. | 11:51:17 |
| 3 | MS. BONJEAN:  Objection to form. | 11:51:18 |
| 4 | A  Many times we talk to people on the street, | 11:51:20 |
| 5 | they don't know their real names, but they know | 11:51:22 |
| 6 | their nicknames.  So if we're interviewing persons | 11:51:25 |
| 7 | on the street and they say, Well, we just had this | 11:51:27 |
| 8 | shooting and Moon Dog from the IG shot him, well, | 11:51:30 |
| 9 | then we'd try to find out who Moon Dog was. | 11:51:33 |
| 10 | And there was one sergeant in the 25th | 11:51:37 |
| 11 | district Bob DeGraf that took it upon himself to go | 11:51:40 |
| 12 | through every single arrest report and take the box | 11:51:44 |
| 13 | where it said nickname and match it up with their | 11:51:47 |
| 14 | real name. | 11:51:51 |
| 15 | So if we wanted to find out who Moon Dog | 11:51:51 |
| 16 | was, we'd get a copy of Bob DeGraf's nickname | 11:51:55 |
| 17 | folder, look it up, and many times we'd get the | 11:51:59 |
| 18 | information we were looking for. | 11:52:03 |
| 19 | BY MR. AINSWORTH: | 11:52:04 |
| 20 | Q  And so where was the nickname file? | 11:52:04 |
| 21 | A  Bob DeGraf had it down in his office in the | 11:52:06 |
| 22 | 25th district, but then he would occasionally give | 11:52:12 |
| 23 | us a copy of it.  We'd have it up in the office at | 11:52:16 |
| 24 | Area 5. | 11:52:19 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    99

| | | |
|---|---|---|
| 1 | Q Bob DeGraf, his office was on the first | 11:52:19 |
| 2 | floor? | 11:52:23 |
| 3 | A Yes. | 11:52:23 |
| 4 | Q And so you would go downstairs and say, Bob, | 11:52:23 |
| 5 | can I take a look at your nickname file? | 11:52:27 |
| 6 | A Sometimes. | 11:52:29 |
| 7 | Q And how was his nickname file organized? | 11:52:30 |
| 8 | A It was a binder with computer-printed | 11:52:33 |
| 9 | sheets. | 11:52:37 |
| 10 | Q What was on the computer-printed sheets? | 11:52:37 |
| 11 | A The nicknames and the real names. | 11:52:40 |
| 12 | Q Was it like -- had he typed them up on to | 11:52:44 |
| 13 | paper and then printed it out to be put in the | 11:52:52 |
| 14 | binder or -- I don't know what you mean by | 11:52:56 |
| 15 | computer-generated sheet. | 11:52:59 |
| 16 | A From what I saw is that he typed it into a | 11:52:59 |
| 17 | computer, and then he printed out the sheets and put | 11:53:03 |
| 18 | it in a binder. | 11:53:06 |
| 19 | Q Would each sheet have more than one nickname | 11:53:07 |
| 20 | or just one nickname and real name per sheet? | 11:53:10 |
| 21 | A Yes. It was just -- well, there were more | 11:53:13 |
| 22 | than one nicknames on the sheets. | 11:53:15 |
| 23 | Q And more than one real name on the sheet? | 11:53:17 |
| 24 | A Yes. | 11:53:20 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    100

```
1        Q   Were they organized by nickname or gang or        11:53:20
2    in any fashion?                                           11:53:26
3        A   It was organized by nickname.                     11:53:27
4        Q   Alphabetically?                                   11:53:29
5        A   Yes.                                              11:53:32
6        Q   So all the people named Speedy, regardless        11:53:32
7    of gang, would be in one area of that nickname file?      11:53:43
8        A   Yes.                                              11:53:46
9        Q   Did you have access to gang books in -- at        11:53:47
10   Area 5 in 1993?                                           11:53:58
11       A   Say that again, please.                           11:53:58
12       Q   Did you have access to gang books in Area 5       11:53:59
13   in 1993?                                                  11:54:02
14       A   I don't remember Area 5 detectives having         11:54:03
15   any gang books.                                           11:54:08
16       Q   Did you have access to them?                      11:54:09
17       A   We didn't have any gang books in Area 5.          11:54:11
18       Q   Do you know what gang books are?                  11:54:14
19       A   If you're referring to gang photo books,          11:54:19
20   yes.                                                      11:54:21
21       Q   What is a gang photo book?                        11:54:21
22       A   Photos of known gang members.                     11:54:24
23       Q   Placed in binders or books?                       11:54:27
24       A   Chicago Police Department used to have            11:54:30
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019          101

1   official photographic binders for pictures.          11:54:33

2       Q   Separated by gang; is that right?          11:54:37

3       A   Whoever maintained the photos.  That was one          11:54:39

4   way they were catalogued, but we did not have gang          11:54:42

5   books at Area 5 detectives.          11:54:47

6       Q   Did you use those gang books before?          11:54:49

7       A   We did not have gang books at Area 5          11:54:53

8   detectives.          11:54:58

9       Q   I'm not asking you if you had them at Area 5          11:54:59

10  detectives, sir.  I'm asking if you used them          11:55:03

11  before.          11:55:05

12      A   I have used gang books at gang crimes north,          11:55:05

13  yes.          11:55:10

14      Q   Fine.  So how would you go about using the          11:55:10

15  gang books at gang crimes north?          11:55:13

16      A   We would take whatever person we wanted to          11:55:15

17  look through the books over to gang crimes north.          11:55:18

18  They would have some kind of a log that this person          11:55:21

19  was viewing whatever books on that date and time.          11:55:23

20  And if they made identification, we would document          11:55:26

21  it, and that was it.          11:55:31

22      Q   How would you document an identification          11:55:31

23  from a gang book?          11:55:33

24      A   Supplemental report.          11:55:35

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                    102

1     Q   And how would you indicate the photograph --        11:55:37

2   or how would you memorialize the photograph that the      11:55:50

3   person had identified from the gang book?                 11:55:54

4     A   We'd do a supp report.  I would indicate            11:55:56

5   they looked at a certain book, picked a certain           11:56:02

6   picture of a certain person.                              11:56:04

7     Q   Would you remove the photograph that they           11:56:05

8   identified from the book so there would be a record       11:56:10

9   of what the person looked like that they identified?      11:56:13

10        MS. ROSEN:  Object to the form.                     11:56:17

11    A   No.  These books were locked.  You could not        11:56:19

12  take photos out of them.                                  11:56:21

13    Q   And where was the log that would document           11:56:26

14  who was viewing the photo books or the gang books?        11:56:29

15    A   That was the on-duty officer that sat at the        11:56:33

16  front desk in gang crimes north.                          11:56:37

17    Q   Well, would you have to indicate to that            11:56:42

18  person which books you were going to show to the          11:56:44

19  witness?                                                  11:56:47

20    A   That officer would go get the books we              11:56:47

21  requested, and then we'd show those books that we         11:56:51

22  brought to us.                                            11:56:54

23    Q   Were you ever allowed to take those books           11:56:55

24  out of area north?                                         11:56:58

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           103

| | | |
|---|---|---|
| 1 | A  I did not. | 11:57:00 |
| 2 | Q  I'm sorry.  I said area north.  I mean, gang | 11:57:00 |
| 3 | crimes north at the time. | 11:57:04 |
| 4 | Did you ever remove the books from -- the | 11:57:05 |
| 5 | gang photo books from gang crimes north? | 11:57:09 |
| 6 | A  I did not. | 11:57:12 |
| 7 | Q  Do you know if you were allowed back in | 11:57:12 |
| 8 | 1993, allowed to take the photo of gang crimes -- | 11:57:15 |
| 9 | gang photo books out of gang crimes north? | 11:57:17 |
| 10 | A  I don't remember. | 11:57:19 |
| 11 | Q  Why would you document any identifications | 11:57:20 |
| 12 | made from those gang photo books? | 11:57:32 |
| 13 | A  It was evidence. | 11:57:34 |
| 14 | Q  Evidence of who the perpetrator might be? | 11:57:36 |
| 15 | A  Correct. | 11:57:40 |
| 16 | Q  Any reason not to document the identity of | 11:57:41 |
| 17 | any person who is identified from the gang photo | 11:57:46 |
| 18 | books? | 11:57:49 |
| 19 | A  In 1993, we were not required to document | 11:57:49 |
| 20 | negative identifications. | 11:57:54 |
| 21 | Q  So if the person looked at the gang photo | 11:57:56 |
| 22 | books and didn't identify anyone -- well, what do | 11:57:58 |
| 23 | you mean that you weren't required to document a | 11:58:03 |
| 24 | negative identification? | 11:58:07 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    104

1      A   Well, we did not have to document that they          11:58:08

2   didn't make an identification.  We would document          11:58:14

3   the fact that they went to, let's just say, gang           11:58:17

4   crimes north, for instance, and looked at Latin King       11:58:22

5   photo books A, B, C, D, and E.  No identifications         11:58:28

6   were made.  That's it.                                     11:58:31

7      Q   So you would document to that extent.               11:58:33

8      A   That no identifications were made, that's           11:58:35

9   correct, in those specific books.                          11:58:38

10     Q   And why was it important to document if they        11:58:40

11  did make an identification?                                11:58:43

12     A   So the detectives wouldn't have to repeat           11:58:44

13  what we've already done.                                   11:58:47

14     Q   And so you would have evidence of who the           11:58:50

15  perpetrator was?                                           11:58:54

16     A   Say that again, please.                             11:58:55

17        MS. ROSEN:  I think he got confused.  You            11:58:56

18  switched.                                                  11:58:59

19     Q   Sure.  I'll try again.                              11:59:00

20        And I'm -- in instances where the witness           11:59:03

21  does make a positive identification, why is it             11:59:07

22  important to document that identification?                 11:59:11

23     A   That's inculpatory evidence.                        11:59:13

24     Q   As to the person who is identified; right?         11:59:18

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    105

| | | |
|---|---|---|
| 1 | A  Correct. | 11:59:20 |
| 2 | MR. ENGQUIST:  We've been going for about | 11:59:27 |
| 3 | two hours.  Want to give him a break to go charge | 11:59:29 |
| 4 | his life and come back. | 11:59:32 |
| 5 | MR. AINSWORTH:  Now is a perfect time for | 11:59:32 |
| 6 | that. | 11:59:34 |
| 7 | THE VIDEOGRAPHER:  Off the record at 11:59. | 11:59:36 |
| 8 | (A recess was taken from 11:59 a.m. to | 11:59:49 |
| 9 | 12:19 p.m.) | 12:19:21 |
| 10 | THE VIDEOGRAPHER:  Back on the record, | 12:19:24 |
| 11 | 12:19. | 12:19:28 |
| 12 | BY MR. AINSWORTH: | 12:19:31 |
| 13 | Q  Sir, you understand that you and you alone | 12:19:32 |
| 14 | get to choose whether you assert the Fifth Amendment | 12:19:35 |
| 15 | in response to questions that are posed to you at a | 12:19:38 |
| 16 | deposition; right? | 12:19:40 |
| 17 | MS. ROSEN:  Object to the form. | 12:19:42 |
| 18 | MR. ENGQUIST:  I'm going to object to the | 12:19:45 |
| 19 | form too. | 12:19:46 |
| 20 | Go ahead and answer. | 12:19:47 |
| 21 | A  Yes. | 12:19:47 |
| 22 | Q  You gave a deposition in this case | 12:19:48 |
| 23 | previously; right? | 12:19:50 |
| 24 | A  Yes. | 12:19:51 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    106

| | | |
|---|---|---|
| 1 | Q  And in response to every single question, | 12:19:52 |
| 2 | apart from your name, you asserted your Fifth | 12:19:57 |
| 3 | Amendment right to counsel; right? | 12:20:00 |
| 4 | A  Yes. | 12:20:01 |
| 5 | MS. ROSEN:  No. | 12:20:01 |
| 6 | Q  And so -- | 12:20:04 |
| 7 | MS. ROSEN:  Your Fifth Amendment right to | 12:20:04 |
| 8 | counsel? | 12:20:05 |
| 9 | Q  Fifth Amendment right not to incriminate | 12:20:06 |
| 10 | yourself; right? | 12:20:09 |
| 11 | A  Yes. | 12:20:10 |
| 12 | Q  And you asserted your Fifth Amendment right | 12:20:10 |
| 13 | not to incriminate yourself because you feared that | 12:20:21 |
| 14 | giving truthful answers to the questions that were | 12:20:26 |
| 15 | posed to you might subject you to criminal | 12:20:31 |
| 16 | liability; right? | 12:20:35 |
| 17 | MR. ENGQUIST:  I'm going to object to the | 12:20:36 |
| 18 | form.  Also I'm going to object to the extent that | 12:20:37 |
| 19 | you're asking him to discuss things that were part | 12:20:39 |
| 20 | of attorney/client privilege which is with his | 12:20:42 |
| 21 | counsel.  I'm instructing him not to answer those | 12:20:45 |
| 22 | parts. | 12:20:47 |
| 23 | But you can answer the question, if you can. | 12:20:48 |
| 24 | THE WITNESS:  Could you repeat your | 12:20:49 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    107

| | | |
|---|---|---|
| 1 | question? | 12:20:50 |
| 2 | BY MR. AINSWORTH: | 12:20:50 |
| 3 | Q  Yes, sir. | 12:20:51 |
| 4 | The reason that you asserted your Fifth | 12:20:52 |
| 5 | Amendment right against self-incrimination was | 12:20:58 |
| 6 | because you feared truthful responses to the | 12:21:02 |
| 7 | questions that were asked of you might subject you | 12:21:05 |
| 8 | to criminal liability; right? | 12:21:09 |
| 9 | MR. ENGQUIST:  Same objection. | 12:21:10 |
| 10 | THE WITNESS:  Huh? | 12:21:10 |
| 11 | MR. ENGQUIST:  Same objection.  Without | 12:21:13 |
| 12 | going into attorney/client privileged information, | 12:21:14 |
| 13 | you can answer the question. | 12:21:17 |
| 14 | A  I was concerned that truthful responses | 12:21:19 |
| 15 | would be turned against me, yes. | 12:21:21 |
| 16 | Q  And be used to prosecute you; right? | 12:21:24 |
| 17 | A  For truthful responses, yes. | 12:21:26 |
| 18 | Q  But if you gave truthful responses, those | 12:21:28 |
| 19 | truthful responses could be used to prosecute you; | 12:21:32 |
| 20 | correct? | 12:21:38 |
| 21 | A  Yes. | 12:21:38 |
| 22 | Q  Who did you consult with in determining | 12:21:38 |
| 23 | whether or not to assert your Fifth Amendment right | 12:21:44 |
| 24 | against self-incrimination? | 12:21:47 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          108

| | | |
|---|---|---|
| 1 | A   Attorney Dan Herbert. | 12:21:48 |
| 2 | Q   Did you consult with anyone else? | 12:21:50 |
| 3 | A   No.  He was my -- he was my criminal | 12:21:53 |
| 4 | attorney that gave me his opinion of what I should | 12:22:00 |
| 5 | do. | 12:22:09 |
| 6 | Q   Did you consult with your civil attorneys? | 12:22:10 |
| 7 | A   Yes. | 12:22:15 |
| 8 | Q   Who did you consult with among your civil | 12:22:15 |
| 9 | attorneys when deciding whether to assert your Fifth | 12:22:19 |
| 10 | Amendment rights or not? | 12:22:24 |
| 11 | A   Mr. Sotos, Mr. Given at that time. | 12:22:24 |
| 12 | Q   Anyone else? | 12:22:31 |
| 13 | A   No.  Just those two at that time.  Oh, | 12:22:33 |
| 14 | Mr. Brueggen. | 12:22:40 |
| 15 | Q   Mr. Who? | 12:22:40 |
| 16 | A   Dan.  Dave, I should say. | 12:22:41 |
| 17 | MR. BRUEGGEN:  Dave. | 12:22:45 |
| 18 | Q   Anyone else? | 12:22:45 |
| 19 | A   Not that I remember. | 12:22:54 |
| 20 | Q   And did you consult with anyone who is not | 12:22:56 |
| 21 | an attorney about whether to assert your Fifth | 12:22:59 |
| 22 | Amendment right against self-incrimination? | 12:23:02 |
| 23 | A   No. | 12:23:03 |
| 24 | Q   What did Dan Herbert tell you in regard to | 12:23:05 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    109

| | | |
|---|---|---|
| 1 | whether or not to assert your Fifth Amendment right? | 12:23:09 |
| 2 | MR. ENGQUIST:  I'm going to object.  It's | 12:23:13 |
| 3 | prohibited by attorney/client privilege, and I'm | 12:23:16 |
| 4 | instructing him not to answer. | 12:23:18 |
| 5 | Q  Are you going to follow your attorney's | 12:23:20 |
| 6 | advice and not answer the question? | 12:23:22 |
| 7 | A  That's correct. | 12:23:23 |
| 8 | Q  Was your decision to assert your Fifth | 12:23:26 |
| 9 | Amendment right against self-incrimination in part | 12:23:29 |
| 10 | based on your attorney's advice? | 12:23:33 |
| 11 | MS. ROSEN:  Same objection. | 12:23:35 |
| 12 | A  Yes. | 12:23:37 |
| 13 | Q  Then I want to know what that advice was; | 12:23:38 |
| 14 | and so I'm going to ask you, sir, what was the | 12:23:42 |
| 15 | advice that you were given by your counsel in regard | 12:23:44 |
| 16 | to whether or not to assert your Fifth Amendment | 12:23:49 |
| 17 | right to counsel? | 12:23:51 |
| 18 | MR. ENGQUIST:  Once again I'm going to | 12:23:52 |
| 19 | object. | 12:23:54 |
| 20 | Q  Right to self -- right against | 12:23:55 |
| 21 | self-incrimination. | 12:23:56 |
| 22 | MR. ENGQUIST:  Once again I'm going to | 12:23:57 |
| 23 | object.  Conversations with his attorney are | 12:23:58 |
| 24 | privileged, and I'm going to instruct him not to | 12:24:00 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    110

| | | |
|---|---|---|
| 1 | answer the question. | 12:24:01 |
| 2 | BY MR. AINSWORTH: | 12:24:02 |
| 3 |    Q  Are you going to refuse to testify about the | 12:24:02 |
| 4 | advice that was provided to you by your attorneys? | 12:24:05 |
| 5 |    A  That's correct. | 12:24:09 |
| 6 |      MR. ENGQUIST:  I think more accurately he's | 12:24:10 |
| 7 | taking my advice, but go ahead. | 12:24:12 |
| 8 |    Q  Well, you have an independent right, you | 12:24:16 |
| 9 | understand, to either assert a privilege or waive a | 12:24:18 |
| 10 | privilege; right? | 12:24:23 |
| 11 |    A  What's your question, please? | 12:24:24 |
| 12 |    Q  You don't have to do what your attorneys | 12:24:25 |
| 13 | tell you; right? | 12:24:27 |
| 14 |    A  That's correct. | 12:24:28 |
| 15 |    Q  Did you consult with any attorneys in | 12:24:31 |
| 16 | advance of this deposition about whether to assert | 12:24:40 |
| 17 | your Fifth Amendment right or not? | 12:24:43 |
| 18 |    A  Prior to this deposition, I had spoken with | 12:24:45 |
| 19 | my civil attorneys. | 12:24:51 |
| 20 |    Q  Did you consult with Dan Herbert? | 12:24:52 |
| 21 |    A  No. | 12:24:55 |
| 22 |    Q  Why didn't you consult with Dan Herbert? | 12:24:55 |
| 23 |    A  I didn't. | 12:24:59 |
| 24 |    Q  Why didn't you, sir? | 12:25:00 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    111

```
1      A  I didn't need his advice.                      12:25:01

2      Q  Why didn't you need his advice?                12:25:03

3      A  I had made up my mind to testify.              12:25:05

4      Q  Why did you make up your mind to testify?      12:25:07

5         MR. ENGQUIST:  I'm just going to object.       12:25:13

6         To the extent that the question would call     12:25:14

7   for any kind of discussions you had with any of your 12:25:17

8   attorneys, I'm going to instruct you not to answer,  12:25:20

9   but otherwise, you can answer the question.          12:25:22

10     A  Would you repeat your last question.           12:25:24

11        MR. AINSWORTH:  Would you please read it       12:25:24

12   back.                                               12:25:24

13        (Pending question read.)                       12:25:34

14     A  I saw the shameful way that Detective          12:25:34

15   Guevara was being portrayed in the media as some    12:25:40

16   kind of monster, which he is not.  He did not have a 12:25:44

17   chance to rebut any claims that were made against    12:25:47

18   him.                                                12:25:53

19        I did not like the fact that I had to sit      12:25:57

20   through Mrs. Bonjean's deposition where I had to sit 12:25:59

21   there and not respond to her questions.  I wanted to 12:26:04

22   take the opportunity to accurately say what I had    12:26:09

23   done that did not violate any laws, did not violate  12:26:14

24   any department regulations.  It was all -- all the   12:26:19
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    112

| | |
|---|---|
| 1 | police work I had done was lawful and honorable, and | 12:26:23 |
| 2 | I wanted the chance to say my -- my story. | 12:26:28 |
| 3 |    Q  Do you fear that truthful responses here | 12:26:30 |
| 4 | will subject you to criminal liability? | 12:26:33 |
| 5 |    A  Yes. | 12:26:36 |
| 6 |    Q  Guevara did get to testify before Judge | 12:26:37 |
| 7 | Orbish; right? | 12:26:44 |
| 8 |    MR. ENGQUIST:  Objection; calls for | 12:26:46 |
| 9 | speculation, foundation. | 12:26:47 |
| 10 |    A  I don't know who Guevara testified in front | 12:26:51 |
| 11 | of. | 12:26:52 |
| 12 |    Q  Did you read the reports of Judge Orbish | 12:26:54 |
| 13 | saying that Ray Guevara had told bold-faced lies in | 12:26:58 |
| 14 | his courtroom? | 12:27:03 |
| 15 |    A  I've never seen those. | 12:27:04 |
| 16 |    Q  Who paid for Dan Herbert to be your | 12:27:05 |
| 17 | attorney? | 12:27:15 |
| 18 |    A  The Fraternal Order of Police. | 12:27:15 |
| 19 |    Q  So did you reach out to Ray to tell him that | 12:27:19 |
| 20 | you, you know, thought it was shameful how he was | 12:27:29 |
| 21 | being portrayed in the media and to lend your | 12:27:32 |
| 22 | support to him? | 12:27:36 |
| 23 |    A  Could you say that again, please. | 12:27:37 |
| 24 |    Q  Sure.  Did you reach out to Ray Guevara and | 12:27:38 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    113

| | | |
|---|---|---|
| 1 | tell him that it was shameful the way he was being | 12:27:41 |
| 2 | portrayed in the media and show some support for | 12:27:45 |
| 3 | him? | 12:27:47 |
| 4 | A   No. | 12:27:47 |
| 5 | Q   Why not? | 12:27:48 |
| 6 | A   I have not talked to him. | 12:27:48 |
| 7 | Q   Why haven't you talked to him? | 12:27:50 |
| 8 | A   I was instructed not to. | 12:27:53 |
| 9 | Q   When was the last time you talked to Ray | 12:27:54 |
| 10 | Guevara outside the presence of your counsel? | 12:27:59 |
| 11 | A   Haven't.  Oh, the last time? | 12:28:02 |
| 12 | Q   Yeah. | 12:28:03 |
| 13 | A   Probably when I was still working, 19 -- | 12:28:05 |
| 14 | when did I retire? -- 2016. | 12:28:10 |
| 15 | Q   You retired in 2016? | 12:28:13 |
| 16 | A   Yes.  No.  I didn't retire -- 2010, I'm | 12:28:15 |
| 17 | sorry. | 12:28:19 |
| 18 | Q   Did you have a retirement party? | 12:28:19 |
| 19 | A   Just a few guys met after work in a bar for | 12:28:23 |
| 20 | some drinks. | 12:28:26 |
| 21 | Q   Did Ray Guevara appear? | 12:28:27 |
| 22 | A   I don't believe so. | 12:28:30 |
| 23 | Q   Why don't you believe so? | 12:28:31 |
| 24 | A   I don't remember him being there. | 12:28:33 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    114

| | | |
|---|---|---|
| 1 | Q  When did you first learn that Ray Guevara | 12:28:35 |
| 2 | was taking the Fifth? | 12:28:42 |
| 3 | MS. ROSEN:  Objection; foundation. | 12:28:45 |
| 4 | MR. ENGQUIST:  I'm going to object to the | 12:28:47 |
| 5 | extent -- | 12:28:49 |
| 6 | MS. ROSEN:  Form. | 12:28:49 |
| 7 | MR. ENGQUIST:  To the extent that would | 12:28:50 |
| 8 | require him to talk about conversations he had with | 12:28:51 |
| 9 | his counsel, I'm going to instruct him not to | 12:28:53 |
| 10 | answer, but other than that he can talk about -- you | 12:28:54 |
| 11 | can answer the question. | 12:28:57 |
| 12 | A  The first time I learned was when I got sued | 12:28:58 |
| 13 | in this case. | 12:29:01 |
| 14 | Q  So before you were sued in this case, you | 12:29:01 |
| 15 | had no idea that Ray Guevara was pleading the fifth? | 12:29:04 |
| 16 | A  No. | 12:29:07 |
| 17 | Q  That's correct? | 12:29:08 |
| 18 | A  Yes. | 12:29:08 |
| 19 | Q  When you talked to the lawyers from Sidley | 12:29:09 |
| 20 | Austin back in 2014, did they tell you that Ray was | 12:29:23 |
| 21 | not testifying? | 12:29:30 |
| 22 | A  I don't remember. | 12:29:30 |
| 23 | Q  In the -- during the post-conviction phase | 12:29:32 |
| 24 | of this case, so since Jose and Armando were | 12:29:45 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    115

| | | |
|---|---|---|
| 1 | convicted, did you talk to the state's attorney's | 12:29:51 |
| 2 | office about your investigation? | 12:29:55 |
| 3 | A In this case? | 12:29:56 |
| 4 | Q Yeah. | 12:29:58 |
| 5 | A They never contacted me. | 12:29:58 |
| 6 | Q Did you talk to any investigators in the | 12:29:59 |
| 7 | state's attorney's office? | 12:30:03 |
| 8 | A No. | 12:30:04 |
| 9 | Q Did you ever talk to a Celeste Stack or a | 12:30:04 |
| 10 | Kurt Smitko? | 12:30:07 |
| 11 | A Who? | 12:30:08 |
| 12 | Q Celeste Stack or Kurt Smitko? | 12:30:09 |
| 13 | A No. | 12:30:13 |
| 14 | Q Or Enrique Abraham? | 12:30:14 |
| 15 | A No. | 12:30:17 |
| 16 | Q Or Jim Papa? | 12:30:17 |
| 17 | A Nope. | 12:30:18 |
| 18 | Q Were you provided training from the Chicago | 12:30:40 |
| 19 | Police Department in how to interact with | 12:30:42 |
| 20 | confidential informants? | 12:30:50 |
| 21 | A No. | 12:30:52 |
| 22 | Q Were you given any training or guidelines on | 12:30:52 |
| 23 | how to keep confidential informants confidential? | 12:30:59 |
| 24 | A No. | 12:31:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    116

| | | |
|---|---|---|
| 1 | Q  Were you given any training or guidelines | 12:31:03 |
| 2 | from the department about how to document your | 12:31:06 |
| 3 | contacts with confidential informants? | 12:31:07 |
| 4 | A  No. | 12:31:12 |
| 5 | Q  Did you work with confidential informants | 12:31:12 |
| 6 | during your career? | 12:31:15 |
| 7 | A  A few. | 12:31:15 |
| 8 | Q  Was Francisco Vicente one of them? | 12:31:23 |
| 9 | A  Yes. | 12:31:28 |
| 10 | Q  In what kind of circumstances did you work | 12:31:28 |
| 11 | with the other confidential informants? | 12:31:38 |
| 12 | A  Many years ago I remember I was involved in | 12:31:40 |
| 13 | a murder-for-hire case that came out of Cook County | 12:31:48 |
| 14 | Jail. | 12:31:52 |
| 15 | Q  And there was a -- was the confidential | 12:31:52 |
| 16 | informant in that case incarcerated? | 12:32:02 |
| 17 | A  Yes. | 12:32:09 |
| 18 | Q  Were you provided with any training as to | 12:32:09 |
| 19 | how you were supposed to -- well, strike that. | 12:32:19 |
| 20 | At Area 5, were you supposed to create a | 12:32:24 |
| 21 | separate file for a confidential informant outside | 12:32:27 |
| 22 | of the file for the case that you were working on? | 12:32:30 |
| 23 | A  There were -- | 12:32:34 |
| 24 | MS. ROSEN:  Objection; form. | 12:32:34 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                117

| | | |
|---|---|---|
| 1 | MR. ENGQUIST:  Go ahead. | 12:32:36 |
| 2 | A  There were no confidential informant files | 12:32:37 |
| 3 | in Area 5 that I ever saw. | 12:32:39 |
| 4 | BY MR. AINSWORTH: | 12:32:39 |
| 5 | Q  Well, part of a confidential informant is | 12:32:42 |
| 6 | the confidential nature of hiding their identity; | 12:32:48 |
| 7 | right? | 12:32:52 |
| 8 | A  Yes. | 12:32:52 |
| 9 | Q  And if you wrote down their name in the | 12:32:53 |
| 10 | investigative file, that would destroy their | 12:32:58 |
| 11 | confidentiality; right? | 12:33:03 |
| 12 | A  If the name was there, yes. | 12:33:04 |
| 13 | Q  So how would you document the name of the | 12:33:06 |
| 14 | confidential informant? | 12:33:13 |
| 15 | A  As I did in my report, I kept the identity | 12:33:16 |
| 16 | of Francisco Vicente off my reports until I had the | 12:33:21 |
| 17 | opportunity to ensure his safety in Cook County | 12:33:27 |
| 18 | Jail. | 12:33:30 |
| 19 | Q  So you just wouldn't write it down anywhere, | 12:33:30 |
| 20 | write down the name of the informant anyplace and | 12:33:45 |
| 21 | anywhere? | 12:33:48 |
| 22 | A  Not of a confidential informant.  I would | 12:33:48 |
| 23 | not put their name in my report initially, no. | 12:33:52 |
| 24 | Q  Well, then how would anyone know years later | 12:33:55 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          118

| | | |
|---|---|---|
| 1 | who the informant was if it wasn't documented? | 12:33:57 |
| 2 | A  They'd have to come ask me. | 12:33:59 |
| 3 | Q  What if something happened to you? | 12:34:03 |
| 4 | A  Say again. | 12:34:05 |
| 5 | Q  What if something happened to you? | 12:34:06 |
| 6 | MS. ROSEN:  Object to the form. | 12:34:08 |
| 7 | A  I don't know. | 12:34:08 |
| 8 | MS. ROSEN:  Calls for speculation. | 12:34:09 |
| 9 | A  They'd have to ask Detective Guevara. | 12:34:11 |
| 10 | Q  What did you review in preparation for this | 12:34:28 |
| 11 | deposition? | 12:34:29 |
| 12 | A  I read the investigative file for this case. | 12:34:30 |
| 13 | Q  How long ago did you read it? | 12:34:33 |
| 14 | A  Yesterday. | 12:34:40 |
| 15 | Q  And before that, when was the last time you | 12:34:40 |
| 16 | read it? | 12:34:44 |
| 17 | A  I had been reading it off and on for weeks. | 12:34:44 |
| 18 | Q  And would you read some portions of it more | 12:34:49 |
| 19 | than once? | 12:34:52 |
| 20 | A  Yes. | 12:34:53 |
| 21 | Q  What else did you do to prepare for this | 12:34:53 |
| 22 | deposition? | 12:35:02 |
| 23 | A  Talked to my attorneys. | 12:35:02 |
| 24 | Q  And which attorneys did you speak to? | 12:35:07 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    119

| | | |
|---|---|---|
| 1 | A  Mr. Josh Engquist, Mr. Dan Brueggen, | 12:35:10 |
| 2 | Mr. Jeff Kivetz. | 12:35:16 |
| 3 | Q  And when did you speak to them? | 12:35:18 |
| 4 | A  Yesterday. | 12:35:25 |
| 5 | Q  And did you speak to them before yesterday? | 12:35:26 |
| 6 | A  Yes. | 12:35:31 |
| 7 | Q  When did you speak to them before yesterday? | 12:35:32 |
| 8 | A  We've had meetings over a period of weeks. | 12:35:34 |
| 9 | Q  How long did you meet for yesterday? | 12:35:42 |
| 10 | A  Probably three weeks ago. | 12:35:44 |
| 11 | Q  I mean how long was your meeting yesterday? | 12:35:47 |
| 12 | A  Well, from 10:00 in the morning until | 12:35:50 |
| 13 | 5:00 in the afternoon. | 12:35:55 |
| 14 | Q  And did you have a similarly long meeting at | 12:35:55 |
| 15 | some point before yesterday? | 12:36:01 |
| 16 | A  Not that long, no. | 12:36:02 |
| 17 | Q  When was the last time you met with them | 12:36:04 |
| 18 | before yesterday? | 12:36:07 |
| 19 | A  As I mentioned, probably three weeks ago. | 12:36:08 |
| 20 | Q  And how long was your meeting about three | 12:36:11 |
| 21 | weeks ago? | 12:36:14 |
| 22 | A  From 10:00 to 2:00. | 12:36:15 |
| 23 | Q  And when else did you meet with your | 12:36:16 |
| 24 | attorneys in preparation for this deposition? | 12:36:20 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    120

| | | |
|---|---|---|
| 1 | A   Again, I don't remember the exact dates, but | 12:36:22 |
| 2 | we've had two or three meetings. | 12:36:26 |
| 3 | Q   Was there a third meeting? | 12:36:28 |
| 4 | A   Was there a third meeting? | 12:36:31 |
| 5 | Q   Yes. | 12:36:34 |
| 6 | A   Probably. | 12:36:35 |
| 7 | Q   How long was that third meeting? | 12:36:35 |
| 8 | A   Most of our meetings lasted from 10:00 to | 12:36:38 |
| 9 | 2:00. | 12:36:42 |
| 10 | Q   And so would it be fair to say you've met | 12:36:42 |
| 11 | with your attorneys at least three times, the last | 12:36:47 |
| 12 | one being a seven-hour meeting, and the first two | 12:36:50 |
| 13 | being about four hours apiece? | 12:36:53 |
| 14 | A   That would be roughly correct. | 12:36:56 |
| 15 | Q   Did you review any other documents apart | 12:36:57 |
| 16 | from the investigative file? | 12:37:03 |
| 17 | A   I may have, but I don't remember. | 12:37:05 |
| 18 | Q   Did you review any photographs? | 12:37:08 |
| 19 | A   Not that I can recall. | 12:37:11 |
| 20 | Q   Did you review any memos? | 12:37:17 |
| 21 | A   Any what? | 12:37:19 |
| 22 | Q   Memos? | 12:37:19 |
| 23 | A   Not that I can recall. | 12:37:23 |
| 24 | Q   Did you review any transcripts? | 12:37:24 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          121

| | | |
|---|---|---|
| 1 | A   Just the ones that were in the investigative | 12:37:26 |
| 2 | file. | 12:37:30 |
| 3 | Q   And what transcripts were in the | 12:37:30 |
| 4 | investigative file? | 12:37:34 |
| 5 | A   I'm confusing the transcript with a | 12:37:35 |
| 6 | handwritten statement.  I don't think there were any | 12:37:47 |
| 7 | transcripts in the investigative file. | 12:37:50 |
| 8 | Q   Did you review any transcripts at all? | 12:37:51 |
| 9 | A   Not that I remember. | 12:37:54 |
| 10 | Q   You reviewed the handwrittens that were in | 12:37:55 |
| 11 | the file; is that right? | 12:38:01 |
| 12 | A   Yes. | 12:38:02 |
| 13 | MR. AINSWORTH:  Let's mark this as Exhibit | 12:38:53 |
| 14 | No. 1, please. | 12:38:55 |
| 15 | (Halvorsen Deposition Exhibit 1 marked | 12:38:55 |
| 16 | for identification and attached to the transcript.) | 12:38:55 |
| 17 | MR. AINSWORTH:  Counsel, I just have the one | 12:39:00 |
| 18 | color photo.  I'm going to give you each a | 12:39:02 |
| 19 | black-and-white copy. | 12:39:05 |
| 20 | Q   Showing you what we've marked as Exhibit | 12:39:22 |
| 21 | No. 1 to your deposition, can you identify the | 12:39:24 |
| 22 | people in that photograph? | 12:39:31 |
| 23 | A   I see Ray Guevara. | 12:39:32 |
| 24 | Q   Can you describe who Ray Guevara is in that | 12:39:42 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           122

1    photo?                                                    12:39:47

2        A   He's the gentleman wearing a suit and the        12:39:47

3    tan latex gloves.                                         12:39:51

4        Q   Pointing down towards the ground?                12:39:54

5        A   Yes.                                              12:39:56

6        Q   And who else do you recognize in that            12:39:56

7    photograph?                                               12:40:00

8        A   That may be me behind Guevara, but I can't       12:40:00

9    be sure.                                                  12:40:11

10       Q   I guess that's why I'm asking.                    12:40:11

11           How did you wear your hair back in 1993?         12:40:15

12       A   On my head.                                       12:40:33

13       Q   What style hair did you have?                     12:40:33

14       A   Regular hair cut.  Nothing special.               12:40:37

15       Q   Did you have long hair?                           12:40:41

16       A   No.                                               12:40:44

17       Q   Short hair?  Medium hair?                         12:40:45

18           MS. ROSEN:  Object to the form.                   12:40:51

19       A   I would probably consider it medium hair         12:40:52

20   back in '93.                                              12:40:56

21       Q   All right.  Were you and Ray about the same      12:40:58

22   height?                                                   12:41:01

23       A   I think he was a little taller than me.          12:41:01

24       Q   How tall are you?                                 12:41:07

Transcript of Ernest Halvorsen
Conducted on February 6, 2019          123

| | | |
|---|---|---|
| 1 | A  5-7. | 12:41:08 |
| 2 | Q  How much did you weigh back in 1993? | 12:41:11 |
| 3 | A  About 170. | 12:41:13 |
| 4 | Q  Do you recognize the third gentleman in the | 12:41:15 |
| 5 | photograph standing by the pole? | 12:41:21 |
| 6 | A  No. | 12:41:23 |
| 7 | Q  Do you know what this photograph is -- | 12:41:25 |
| 8 | depicts? | 12:41:30 |
| 9 | A  I think this is the kid that was shot out in | 12:41:31 |
| 10 | front of Roosevelt High School. | 12:41:37 |
| 11 | Q  Salvador Ruvalcaba? | 12:41:39 |
| 12 | A  If that's the name of the guy. | 12:41:43 |
| 13 | Q  How did you first learn about that murder | 12:41:45 |
| 14 | outside of Roosevelt High School? | 12:42:15 |
| 15 | A  I was assigned to the case when I walked in | 12:42:17 |
| 16 | the door at Area 5 at 3:00 o'clock on the day of the | 12:42:23 |
| 17 | murder. | 12:42:26 |
| 18 | Q  What was your typical shift start? | 12:42:26 |
| 19 | A  3:00 o'clock. | 12:42:31 |
| 20 | Q  And when you worked the 3:00 o'clock shift, | 12:42:31 |
| 21 | what time would you arrive at work? | 12:42:34 |
| 22 | A  3:00 o'clock. | 12:42:36 |
| 23 | Q  What was the -- did you have a roll call? | 12:42:37 |
| 24 | A  No. | 12:42:40 |

1      Q   Would you arrive in your -- dressed for          12:42:40
2   work?                                                   12:42:48
3      A   Yes.                                             12:42:49
4      Q   Would you carpool with anyone else to get to     12:42:49
5   work in '93?                                            12:42:54
6      A   No.                                              12:42:55
7      Q   Where would you go when you first arrived        12:42:55
8   for work in 1993?                                       12:43:01
9      A   Go up in the violent crimes office.              12:43:02
10     Q   And what would you typically do in 1993 when     12:43:08
11  you arrived at work at the violent crimes office?       12:43:15
12     A   Check in with the sergeant and see what's        12:43:17
13  going on.                                               12:43:20
14     Q   And on May 14th, 1993, what were you told --     12:43:24
15  and that was the day of the Salvador Ruvalcaba          12:43:32
16  murder?                                                 12:43:34
17     A   I don't remember the exact date; but if          12:43:37
18  you're saying that's the date, then it would be         12:43:41
19  correct.                                                12:43:43
20     Q   And what were you told on that date when you     12:43:43
21  went in and checked with the sergeant?                  12:43:46
22     A   Shortly after I arrived, me and Detective        12:43:47
23  Guevara were assigned to a murder that had just         12:43:52
24  occurred outside of Roosevelt High School.              12:43:55

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    125

```
1        Q   And were you -- when you were assigned a      12:43:57
2   murder, what does that mean?                           12:43:58
3        A   We were going to be the -- what we call the   12:44:00
4   scene detectives, which would be the first             12:44:04
5   detectives assigned to an investigation.               12:44:07
6        Q   And so what did you do after you learned      12:44:09
7   that you were going to be the scene detectives for     12:44:13
8   the murder outside of Roosevelt High School?           12:44:15
9        A   We went to Roosevelt High School.             12:44:18
10       Q   And what did you do when you got to           12:44:20
11  Roosevelt High School?                                 12:44:26
12       A   Observed the body on the street.              12:44:26
13       Q   Then what did you do?                         12:44:31
14       A   We learned from the officer of the 17th      12:44:33
15  district that there were a number of eyewitnesses,     12:44:35
16  the eyewitnesses had given them a very good            12:44:39
17  description of the person who had shot               12:44:41
18  Mr. Ruvalcaba, and that there was a search underway    12:44:49
19  at that time to find the suspect.                      12:44:52
20       Q   Do you recall what that description was?      12:44:53
21       A   No.                                           12:44:55
22       Q   But it was the 17th district officers who     12:44:55
23  obtained that description?                             12:45:01
24       A   Yes.                                          12:45:03
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                              126

| | | |
|---|---|---|
| 1 | Q   What area of the city did you grow up in? | 12:45:03 |
| 2 | A   Two different areas. | 12:45:11 |
| 3 | Q   Which two? | 12:45:13 |
| 4 | A   Humboldt Park and Logan Square. | 12:45:14 |
| 5 | Q   Which part of Humboldt Park? | 12:45:18 |
| 6 | A   Kedzie and Evergreen. | 12:45:20 |
| 7 | Q   And which part of Logan Square? | 12:45:23 |
| 8 | A   Central Park and Wrightwood. | 12:45:25 |
| 9 | Q   Did you spend your teenage years in either | 12:45:27 |
| 10 | one of those or both? | 12:45:35 |
| 11 | A   Teenager would have been Central Park and | 12:45:36 |
| 12 | Wrightwood. | 12:45:45 |
| 13 | Q   When did you move to that area?  How old | 12:45:46 |
| 14 | were you? | 12:45:48 |
| 15 | A   After I graduated grammar school, we left | 12:45:49 |
| 16 | Humboldt Park and we moved to Logan Square.  So I | 12:45:54 |
| 17 | would have been about 13 years old. | 12:45:57 |
| 18 | Q   What did you do at the scene of the | 12:45:59 |
| 19 | Ruvalcaba murder after you learned that there was a | 12:46:09 |
| 20 | description of the offender? | 12:46:12 |
| 21 | A   We did our initial work at the scene, and | 12:46:14 |
| 22 | then me and Detective Guevara, we both went out | 12:46:18 |
| 23 | looking for the suspect too. | 12:46:21 |
| 24 | Q   Do you recall the description of the | 12:46:25 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    127

| | | |
|---|---|---|
| 1 | offender? | 12:46:28 |
| 2 | A  No. | 12:46:28 |
| 3 | Q  And what happened after you and Guevara went | 12:46:28 |
| 4 | out looking for the suspect? | 12:46:33 |
| 5 | A  I heard on the radio that the tactical team | 12:46:35 |
| 6 | from the 17th district had located the possible | 12:46:41 |
| 7 | offender and they were taking him to the 17th | 12:46:45 |
| 8 | district. | 12:46:50 |
| 9 | I then got on the radio and told them make | 12:46:50 |
| 10 | sure you take them all to Area 5.  Then me and | 12:46:52 |
| 11 | Guevara went back to Area 5. | 12:46:56 |
| 12 | Q  What do you mean "all"? | 12:46:58 |
| 13 | A  The suspect and the witnesses. | 12:46:59 |
| 14 | Q  Did you see the suspect at the scene of the | 12:47:01 |
| 15 | murder? | 12:47:11 |
| 16 | A  No. | 12:47:12 |
| 17 | Q  Do you know if a show-up was conducted at | 12:47:12 |
| 18 | the scene of the murder? | 12:47:21 |
| 19 | A  I have no knowledge of it. | 12:47:22 |
| 20 | Q  Do you know who any of the witnesses were to | 12:47:23 |
| 21 | that murder? | 12:47:29 |
| 22 | A  I don't remember. | 12:47:29 |
| 23 | Q  Do you know what gangs were involved in that | 12:47:30 |
| 24 | crime? | 12:47:36 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    128

| | | |
|---|---|---|
| 1 | A  I don't remember. | 12:47:36 |
| 2 | Q  Do you remember there being a conflict | 12:47:39 |
| 3 | between the Cobras and the PR Stones? | 12:47:45 |
| 4 | A  I don't remember. | 12:47:49 |
| 5 | Q  What happened after you went to Area 5 after | 12:47:55 |
| 6 | directing the witnesses and the suspect to go there? | 12:48:01 |
| 7 | A  We conducted a series of lineups. | 12:48:03 |
| 8 | Q  And when you say "a series of lineups," was | 12:48:08 |
| 9 | it more than one offender in the lineups? | 12:48:11 |
| 10 | A  One offender. | 12:48:16 |
| 11 | Q  One offender? | 12:48:18 |
| 12 | A  Yes. | 12:48:25 |
| 13 | Q  And a number of witnesses? | 12:48:25 |
| 14 | MS. ROSEN:  In the lineup? | 12:48:28 |
| 15 | MR. AINSWORTH:  Viewing the lineup. | 12:48:30 |
| 16 | MS. ROSEN:  Oh. | 12:48:30 |
| 17 | MR. AINSWORTH:  Number of witnesses. | 12:48:32 |
| 18 | A  There were if I -- I remember there were | 12:48:33 |
| 19 | more than one lineup. | 12:48:36 |
| 20 | Q  When you have multiple witnesses and one | 12:48:39 |
| 21 | lineup, do you have the witnesses view the lineup at | 12:48:44 |
| 22 | the same time or separately? | 12:48:47 |
| 23 | A  Separately. | 12:48:48 |
| 24 | Q  Why do you have them view it separately? | 12:48:48 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    129

| | | |
|---|---|---|
| 1 | A  So they don't influence each other's | 12:48:55 |
| 2 | identification. | 12:48:54 |
| 3 | Q  When you were conducting a lineup back in | 12:48:56 |
| 4 | 1993, would you typically be on one side of the | 12:49:01 |
| 5 | lineup than the other? | 12:49:06 |
| 6 | A  Could you say that again, please. | 12:49:08 |
| 7 | MS. ROSEN:  Object to form. | 12:49:10 |
| 8 | Q  Sure.  When you conducted lineups back in | 12:49:11 |
| 9 | 1993, you would have one detective on the side with | 12:49:14 |
| 10 | the suspects and one detective on the side with the | 12:49:18 |
| 11 | witnesses; right? | 12:49:21 |
| 12 | A  Yes. | 12:49:21 |
| 13 | Q  In 1993, would you more typically be on the | 12:49:27 |
| 14 | side with the suspects or the side with the | 12:49:30 |
| 15 | witnesses -- or the side with the witnesses? | 12:49:32 |
| 16 | A  It depends -- | 12:49:35 |
| 17 | MR. ENGQUIST:  Objection. | 12:49:35 |
| 18 | Go ahead.  Go ahead. | 12:49:37 |
| 19 | A  It depends.  Every case is different. | 12:49:37 |
| 20 | Q  What would it depend on? | 12:49:41 |
| 21 | A  Mainly language. | 12:49:43 |
| 22 | Q  And what do you mean by language? | 12:49:44 |
| 23 | A  I don't speak Spanish. | 12:49:45 |
| 24 | Q  So what if the person, the witness was a | 12:49:47 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          130

1    non-Spanish speaker?                                    12:49:51

2        A   Then I could possibly be on either side of     12:49:52

3    the glass.                                              12:49:57

4        Q   If the witness was a Spanish speaker, which    12:49:57

5    side would you be on?                                   12:50:00

6        A   If the witness only spoke English, she would   12:50:01

7    be on the side with Detective Guevara who spoke         12:50:06

8    Spanish.                                                12:50:07

9        Q   You mean, if the witness spoke Spanish, then   12:50:07

10   they would be on the side with Detective Guevara; is    12:50:10

11   that right?                                             12:50:12

12       A   Correct.                                        12:50:12

13       Q   Do you speak Spanish at all?                    12:50:13

14       A   No.                                             12:50:16

15       Q   Do you understand Spanish when it's spoken?     12:50:17

16       A   No.                                             12:50:21

17       Q   What happened after you had a series of        12:50:22

18   lineups?                                                12:50:32

19       A   I don't really recall this investigation.      12:50:33

20   I'd have to sit down and go through the entire          12:50:41

21   investigative file to refresh my memory.  If you'd      12:50:43

22   like to give me the file, I'll read it here now and     12:50:47

23   attempt to do so.                                       12:50:50

24       Q   Well, I'm just asking what do you recall        12:50:51

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    131

| | | |
|---|---|---|
| 1 | happening next? | 12:50:54 |
| 2 | A  Lineups and then after that I don't recall | 12:50:55 |
| 3 | what we did then. | 12:50:57 |
| 4 | Q  Have you reviewed any reports regarding that | 12:50:58 |
| 5 | Ruvalcaba murder in preparation for today's | 12:51:05 |
| 6 | deposition? | 12:51:07 |
| 7 | A  No. | 12:51:08 |
| 8 | Q  Was anyone charged in that crime? | 12:51:08 |
| 9 | A  Yes. | 12:51:20 |
| 10 | Q  Do you know who was charged in that crime? | 12:51:20 |
| 11 | A  A guy named Robert Bouto. | 12:51:22 |
| 12 | Q  Do you know what happened to his case? | 12:51:24 |
| 13 | A  He was convicted. | 12:51:27 |
| 14 | Q  Do you know what happened subsequently in | 12:51:28 |
| 15 | his case? | 12:51:31 |
| 16 | A  No. | 12:51:32 |
| 17 | Q  Do you know his conviction was overturned? | 12:51:32 |
| 18 | A  I don't know anything about that. | 12:51:36 |
| 19 | Q  Do you recall anything that occurred in that | 12:51:37 |
| 20 | investigation after there was a series of lineups? | 12:51:50 |
| 21 | A  No. | 12:51:53 |
| 22 | Q  Do you recall having any contact with | 12:51:53 |
| 23 | Francisco Vicente in regard to that investigation? | 12:52:00 |
| 24 | A  Now that you've just refreshed my memory, | 12:52:03 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                    132

```
1    yes.                                                    12:52:10

2         Q   What do you recall, sir?                       12:52:11

3         A   Specifically with Francisco Vicente?           12:52:12

4         Q   Yes.                                           12:52:16

5         A   He was a person that was taken into custody    12:52:18

6    in the 25th district for a series of armed              12:52:24

7    robberies.  There was a Detective Rick Maher who        12:52:28

8    processed him for those armed robberies.                12:52:32

9         At some point during Detective Maher's             12:52:36

10   interviews with Francisco Vicente, he told Maher        12:52:41

11   that he had been in the lockup having a conversation    12:52:47

12   with a guy that was talking about shooting a kid in     12:52:50

13   front of Roosevelt High School.                         12:52:53

14        When I came to work at 3:00 o'clock in the         12:52:55

15   afternoon, either Detective Maher or one of the         12:52:58

16   sergeants told me about this information, and then I    12:53:05

17   proceeded to have an interview with Francisco           12:53:09

18   Vicente.                                                12:53:12

19        Q   Were you alone or with your partner?           12:53:12

20        A   I was with Detective Guevara.                  12:53:15

21        Q   All right.  So you and Detective Guevara       12:53:17

22   both questioned Francisco Vicente; right?               12:53:22

23        A   Yes.                                           12:53:25

24        Q   Where did you question him?                    12:53:26
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    133

| | | |
|---|---|---|
| 1 | A   Up in Area 5 detectives. | 12:53:27 |
| 2 | Q   And was this during your normal shift of | 12:53:30 |
| 3 | 3:00 o'clock on? | 12:53:39 |
| 4 | A   Yes. | 12:53:40 |
| 5 | Q   And where in Area 5 detectives did you | 12:53:40 |
| 6 | question Francisco Vicente? | 12:53:44 |
| 7 | A   In one of the interview rooms. | 12:53:46 |
| 8 | Q   Which one? | 12:53:50 |
| 9 | A   I don't remember. | 12:53:51 |
| 10 | Q   How did Vicente appear when you talked to | 12:53:54 |
| 11 | him? | 12:54:00 |
| 12 | A   Fine. | 12:54:00 |
| 13 | Q   Was he sweating at all? | 12:54:01 |
| 14 | A   No. | 12:54:05 |
| 15 | Q   Did he appear to be suffering the effects of | 12:54:06 |
| 16 | withdrawal symptoms? | 12:54:11 |
| 17 | A   No. | 12:54:12 |
| 18 | Q   Was he cheerful? | 12:54:13 |
| 19 | A   Was he what? | 12:54:15 |
| 20 | Q   Cheerful. | 12:54:17 |
| 21 | MS. ROSEN:  Object to the form. | 12:54:17 |
| 22 | Q   Cheerful. | 12:54:17 |
| 23 | A   Cheerful or tearful? | 12:54:21 |
| 24 | Q   Cheerful, full of joy. | 12:54:23 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    134

| | | |
|---|---|---|
| 1 | A   He seemed fine. | 12:54:25 |
| 2 | Q   And what did you say to Francisco Vicente, | 12:54:28 |
| 3 | and what did he say to you? | 12:54:33 |
| 4 | A   I asked him to tell me what he had told | 12:54:34 |
| 5 | Detective Maher. | 12:54:38 |
| 6 | Q   What did Vicente tell you? | 12:54:40 |
| 7 | A   He gave me a long statement about the | 12:54:42 |
| 8 | conversation that he was having with someone in the | 12:54:44 |
| 9 | lockup downstairs. | 12:54:47 |
| 10 | Q   What did he tell you? | 12:54:48 |
| 11 | A   I'd have to go back and look at the file to | 12:54:49 |
| 12 | refresh my memory as to everything that Francisco | 12:54:56 |
| 13 | Vicente told me 26 years ago. | 12:54:59 |
| 14 | Q   What do you remember him saying? | 12:55:01 |
| 15 | A   That he had been with a guy in the lockup | 12:55:02 |
| 16 | that was talking about doing a shooting in front of | 12:55:06 |
| 17 | Roosevelt High School. | 12:55:09 |
| 18 | Q   Well, what did he say about doing the | 12:55:10 |
| 19 | shooting?  What do you mean? | 12:55:14 |
| 20 | A   Again, I'd have to look at his statement to | 12:55:15 |
| 21 | refresh my memory from 26 years ago. | 12:55:19 |
| 22 | Q   Was Francisco Vicente forthcoming? | 12:55:22 |
| 23 | MS. ROSEN:  Object to the form.  Calls for | 12:55:26 |
| 24 | speculation. | 12:55:29 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    135

| 1 | MR. ENGQUIST:  Join. | 12:55:29 |
| 2 | A  Yes. | 12:55:30 |
| 3 | BY MR. AINSWORTH: | 12:55:30 |
| 4 | Q  And did he -- did you have to ask a lot of | 12:55:35 |
| 5 | questions to get him to give you information, or was | 12:55:44 |
| 6 | he just, you know, running with it when you just | 12:55:48 |
| 7 | asked him, you know, what happened? | 12:55:51 |
| 8 | A  No.  He just related everything that was -- | 12:55:52 |
| 9 | he spoke about with this other person in the lockup. | 12:55:56 |
| 10 | Q  Which lockup? | 12:55:58 |
| 11 | A  The lockup at the 25th police district. | 12:56:00 |
| 12 | Q  And did you believe him when he was telling | 12:56:02 |
| 13 | you this? | 12:56:12 |
| 14 | A  Yes. | 12:56:12 |
| 15 | Q  Had you met Vicente before? | 12:56:14 |
| 16 | A  No. | 12:56:18 |
| 17 | Q  What gang was Vicente with? | 12:56:19 |
| 18 | A  He told me he was an Imperial Gangster. | 12:56:28 |
| 19 | Q  And what gang was Bouto with? | 12:56:33 |
| 20 | A  I don't remember. | 12:56:37 |
| 21 | Q  Was Bouto an opposing gang member? | 12:56:38 |
| 22 | A  I don't remember. | 12:56:43 |
| 23 | Q  Were the Stones opposing or allied gang | 12:56:43 |
| 24 | members with the IGs back in 1993? | 12:56:48 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    136

| | | |
|---|---|---|
| 1 | A  I don't know. | 12:56:50 |
| 2 | Q  Did you know at the time? | 12:56:54 |
| 3 | A  I may have back then, but I don't now.  I | 12:56:55 |
| 4 | don't know now. | 12:57:02 |
| 5 | Q  Well, back then you would pay attention to | 12:57:02 |
| 6 | whether a person who was giving you information was | 12:57:05 |
| 7 | giving you information about a fellow gang member or | 12:57:08 |
| 8 | an opposing gang member; right? | 12:57:12 |
| 9 | MR. ENGQUIST:  Objection; calls for | 12:57:13 |
| 10 | speculation, form. | 12:57:15 |
| 11 | Go ahead. | 12:57:15 |
| 12 | A  If I knew, yes. | 12:57:16 |
| 13 | Q  Well, you would make it your business to | 12:57:19 |
| 14 | know whether they were providing information about a | 12:57:20 |
| 15 | fellow gang member or an opposing gang member; | 12:57:23 |
| 16 | right? | 12:57:26 |
| 17 | A  I did not have that much knowledge about who | 12:57:26 |
| 18 | was a friendly gang as opposed to an opposing gang. | 12:57:31 |
| 19 | Q  That was more of Ray's territory; right? | 12:57:34 |
| 20 | A  Correct. | 12:57:37 |
| 21 | MS. ROSEN:  Objection to the form. | 12:57:37 |
| 22 | Q  So you would try and find out is what I'm | 12:57:39 |
| 23 | saying.  You would try and find out whether somebody | 12:57:41 |
| 24 | who was giving you information about gang activity | 12:57:43 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    137

| | | |
|---|---|---|
| 1 | was informing about a fellow gang member or an | 12:57:45 |
| 2 | opposing gang member; correct? | 12:57:49 |
| 3 | MR. ENGQUIST:  Objection; form and asked and | 12:57:51 |
| 4 | answered. | 12:57:51 |
| 5 | A  Yes. | 12:57:53 |
| 6 | Q  Because that would be relevant to that's | 12:57:55 |
| 7 | person's bias; right? | 12:57:58 |
| 8 | A  Yes. | 12:57:59 |
| 9 | Q  And the credibility of what -- the | 12:58:00 |
| 10 | information that they were giving you; right? | 12:58:03 |
| 11 | A  Yes. | 12:58:05 |
| 12 | Q  It was less likely, for example, that an | 12:58:06 |
| 13 | opposing gang member would confess murder to -- or | 12:58:11 |
| 14 | strike that. | 12:58:11 |
| 15 | It's less likely that a gang member would | 12:58:15 |
| 16 | confess murder to an opposing gang member than to a | 12:58:20 |
| 17 | fellow gang member; correct? | 12:58:25 |
| 18 | MS. ROSEN:  Objection; form, calls for | 12:58:26 |
| 19 | speculation. | 12:58:28 |
| 20 | MR. ENGQUIST:  Join. | 12:58:29 |
| 21 | MS. NIKOLAEVSKAYA:  Join. | 12:58:29 |
| 22 | A  Could you say that question again.  It was a | 12:58:31 |
| 23 | little confusing. | 12:58:33 |
| 24 | | |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    138

| | | |
|---|---|---|
| 1 | BY MR. AINSWORTH: | 12:58:33 |
| 2 | Q   Sure.  A gang member who -- strike that. | 12:58:35 |
| 3 | It's less likely that a gang member would | 12:58:43 |
| 4 | confess to an opposing gang member than to a member | 12:58:46 |
| 5 | of their own gang; is that right? | 12:58:50 |
| 6 | A   That's backwards. | 12:58:52 |
| 7 | MS. ROSEN:  Object to the form. | 12:58:52 |
| 8 | Q   It would be more likely that they would | 12:58:52 |
| 9 | confess on an opposing gang than their own gang. | 12:58:52 |
| 10 | Why do you say that? | 12:59:02 |
| 11 | A   Because I would suggest -- I would think | 12:59:02 |
| 12 | they would want to protect members of their own | 12:59:05 |
| 13 | gang. | 12:59:07 |
| 14 | Q   So they're less likely to share their | 12:59:07 |
| 15 | misdeeds with a member of the opposing gang; right? | 12:59:11 |
| 16 | A   No.  They're less likely to share their | 12:59:14 |
| 17 | misdeeds with members of their own gang. | 12:59:18 |
| 18 | Q   You think that somebody would say I | 12:59:23 |
| 19 | committed murder more freely to an opposing gang | 12:59:26 |
| 20 | member in the lockup than to a member of their own | 12:59:29 |
| 21 | gang? | 12:59:33 |
| 22 | MS. ROSEN:  Object to the form. | 12:59:35 |
| 23 | MR. ENGQUIST:  I object to the form too, and | 12:59:37 |
| 24 | I think we're talking past each other here but -- | 12:59:39 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    139

| | | |
|---|---|---|
| 1 | A   If I was a gang member, I would be less | 12:59:47 |
| 2 | likely to tell somebody from a rival gang any | 12:59:50 |
| 3 | misdeeds that I did as opposed to telling members of | 12:59:54 |
| 4 | my own gang of any misdeeds that I did. | 12:59:57 |
| 5 | BY MR. AINSWORTH: | 12:59:57 |
| 6 | Q   Okay.  Did you want to know from Francisco | 13:00:01 |
| 7 | Vicente who else may have witnessed his conversation | 13:00:08 |
| 8 | with Robert Bouto? | 13:00:12 |
| 9 | A   If there was somebody else in the lockup, | 13:00:17 |
| 10 | yes. | 13:00:21 |
| 11 | Q   Did you want to know whether somebody else | 13:00:21 |
| 12 | had witnessed the conversation? | 13:00:24 |
| 13 | A   Yes. | 13:00:26 |
| 14 | Q   Because that's one way to corroborate the | 13:00:31 |
| 15 | information that Vicente is providing you; right? | 13:00:37 |
| 16 | A   Correct. | 13:00:40 |
| 17 | Q   Did you want to know what other information | 13:00:40 |
| 18 | Vicente might have about other crimes? | 13:00:43 |
| 19 | A   Not at that time. | 13:00:45 |
| 20 | Q   Why wouldn't you want to know if Vicente had | 13:00:48 |
| 21 | information about other crimes? | 13:00:52 |
| 22 | A   I didn't think -- I didn't think to press | 13:00:53 |
| 23 | him on anything else other than what he was telling | 13:00:58 |
| 24 | me about the Ruvalcaba murder. | 13:01:01 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    140

1     Q   Remember earlier today you said that if you         13:01:03

2   had an informant who is providing information about       13:01:06

3   a crime, they were forthcoming, you would ask them        13:01:08

4   about what other criminal activity they knew about.       13:01:11

5   Remember that?                                            13:01:14

6     A   Yeah.                                               13:01:15

7     Q   So why wouldn't you ask Vicente about other         13:01:15

8   crimes that he had knowledge of?                          13:01:19

9     A   He wasn't my informant.                             13:01:21

10        MS. ROSEN:  Objection to form.                      13:01:21

11    Q   Whose informant was he?                             13:01:23

12    A   Nobody's.                                           13:01:24

13    Q   So he was informing on criminal activity by         13:01:25

14  another person; right?                                    13:01:28

15        MS. ROSEN:  Object to the form.                     13:01:30

16    A   When we spoke to Francisco Vicente, he was          13:01:33

17  any other witness giving us information.  We              13:01:39

18  portrayed him as being a confidential informant so        13:01:45

19  that when he went to Cook County Jail, he wouldn't        13:01:49

20  get killed.                                               13:01:51

21    Q   Why wouldn't you want to know if Vicente            13:01:57

22  could provide information about other crimes in           13:02:01

23  addition to the Ruvalcaba murder?                         13:02:05

24        MS. ROSEN:  Object to the form.                     13:02:09

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    141

| | | |
|---|---|---|
| 1 | MS. NIKOLAEVSKAYA: Join. | 13:02:11 |
| 2 | MR. ENGQUIST: Join. Asked and answered | 13:02:12 |
| 3 | also. | 13:02:13 |
| 4 | A He was not my informant. We did not | 13:02:15 |
| 5 | question him about any other crimes. | 13:02:17 |
| 6 | BY MR. AINSWORTH: | 13:02:19 |
| 7 | Q I understand you're saying you didn't | 13:02:21 |
| 8 | question him about other crimes. I'm asking you the | 13:02:23 |
| 9 | why part. | 13:02:25 |
| 10 | Why didn't you -- | 13:02:27 |
| 11 | A It didn't occur to me. | 13:02:27 |
| 12 | Q Let me just ask the whole question. | 13:02:27 |
| 13 | Why didn't you want to know from Francisco | 13:02:30 |
| 14 | Vicente, who was forthcoming to you about the | 13:02:33 |
| 15 | Ruvalcaba murder, if he knew about other criminal | 13:02:36 |
| 16 | activity that he might be similarly willing to be | 13:02:39 |
| 17 | forthcoming about? | 13:02:44 |
| 18 | MR. ENGQUIST: Objection; form. Objection; | 13:02:44 |
| 19 | asked and answered. | 13:02:47 |
| 20 | A I just didn't. | 13:02:48 |
| 21 | Q I understand you didn't, sir. | 13:02:50 |
| 22 | Why didn't you? | 13:02:51 |
| 23 | A I didn't see the necessary -- I didn't think | 13:02:52 |
| 24 | it was necessary. | 13:02:54 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                              142

| | | |
|---|---|---|
| 1 | Q  I thought that you wanted to become a | 13:02:55 |
| 2 | detective so that you could investigate crimes and | 13:02:59 |
| 3 | arrest dangerous criminals; right? | 13:03:03 |
| 4 | A  Yes. | 13:03:06 |
| 5 | MS. ROSEN:  Object to the form. | 13:03:06 |
| 6 | MS. NIKOLAEVSKAYA:  Join. | 13:03:07 |
| 7 | Q  So why didn't you think it was helpful to | 13:03:09 |
| 8 | see if this forthcoming witness would provide | 13:03:11 |
| 9 | criminal -- information about other crimes that | 13:03:14 |
| 10 | would help you to arrest dangerous people? | 13:03:17 |
| 11 | MR. ENGQUIST:  Objection; form.  Objection; | 13:03:19 |
| 12 | asked and answered.  He has already answered the | 13:03:21 |
| 13 | question several times. | 13:03:24 |
| 14 | Go ahead.  You can answer it again. | 13:03:25 |
| 15 | A  I just didn't see a need. | 13:03:27 |
| 16 | Q  You didn't see a need to find out | 13:03:29 |
| 17 | information about other crimes that the witness | 13:03:33 |
| 18 | might possess; right?  That's what you're saying? | 13:03:36 |
| 19 | A  I had no linkage with Francisco Vicente to | 13:03:43 |
| 20 | any other crime other than what he was discussing | 13:03:46 |
| 21 | with me regarding the Ruvalcaba murder. | 13:03:48 |
| 22 | Q  So you're saying you didn't even ask him if | 13:03:52 |
| 23 | he knew about any other -- any other crimes? | 13:03:55 |
| 24 | A  As I've said like four times now, no, I did | 13:03:57 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    143

| | | |
|---|---|---|
| 1 | not. | 13:04:01 |
| 2 | Q  Did Ray Guevara ask Vicente whether he had | 13:04:01 |
| 3 | information about other crimes? | 13:04:06 |
| 4 | A  Not in my presence. | 13:04:07 |
| 5 | Q  Did you talk to Ray Guevara about asking | 13:04:08 |
| 6 | Vicente about other crimes? | 13:04:16 |
| 7 | MR. ENGQUIST:  Objection; vague.  Are you | 13:04:20 |
| 8 | talking about that time? | 13:04:23 |
| 9 | Q  Yeah.  May 15 -- May 14, May 15 of 1993. | 13:04:24 |
| 10 | A  I don't remember. | 13:04:30 |
| 11 | Q  You knew John Dillon; right? | 13:04:44 |
| 12 | A  Say that again, please. | 13:04:46 |
| 13 | Q  You knew John Dillon; right? | 13:04:48 |
| 14 | MR. ENGQUIST:  Objection; vague as to time | 13:04:51 |
| 15 | frame. | 13:04:53 |
| 16 | MS. NIKOLAEVSKAYA:  Join. | 13:04:54 |
| 17 | A  I knew John Dillon when? | 13:04:56 |
| 18 | Q  When did you first meet John Dillon? | 13:04:58 |
| 19 | A  Many, many years ago. | 13:05:00 |
| 20 | Q  In what context? | 13:05:01 |
| 21 | A  He's an assistant state's attorney. | 13:05:03 |
| 22 | Q  So how did you meet him? | 13:05:05 |
| 23 | A  He was one of the prosecutors up in the | 13:05:11 |
| 24 | state's attorney's office. | 13:05:13 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           144

| | | |
|---|---|---|
| 1 | Q  So how did you meet him? | 13:05:13 |
| 2 | A  I don't remember specifically how I met him. | 13:05:15 |
| 3 | Q  Was he the prosecutor on some cases that you | 13:05:21 |
| 4 | had investigated? | 13:05:25 |
| 5 | A  He might have been, but I don't remember. | 13:05:25 |
| 6 | Q  How do you know Jose Montanez? | 13:05:29 |
| 7 | MS. ROSEN:  Objection; form. | 13:06:02 |
| 8 | A  From this case or other cases? | 13:06:09 |
| 9 | Q  That's what I'm trying to find out, sir. | 13:06:11 |
| 10 | MS. ROSEN:  Objection; form. | 13:06:16 |
| 11 | A  I don't know him personally.  He first came | 13:06:20 |
| 12 | up in a murder investigation in 1990 in Area 5 where | 13:06:23 |
| 13 | he was arrested and charged.  I don't remember | 13:06:28 |
| 14 | working on that case with him. | 13:06:31 |
| 15 | The next thing I knew about Jose Montanez | 13:06:36 |
| 16 | was when -- the statement from Francisco Vicente. | 13:06:38 |
| 17 | Q  How do you know that Jose Montanez was | 13:06:45 |
| 18 | arrested and charged in a 1990 case? | 13:06:48 |
| 19 | A  It's on his rap sheet. | 13:06:50 |
| 20 | Q  And your name is on that rap sheet; right? | 13:06:53 |
| 21 | A  I don't remember. | 13:06:56 |
| 22 | Q  Did you arrest Jose Montanez ever? | 13:06:56 |
| 23 | A  I don't remember. | 13:07:05 |
| 24 | Q  Well, why did you say that -- or why is the | 13:07:06 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                              145

| | | |
|---|---|---|
| 1 | fact that Jose's rap sheet reveals he was arrested | 13:07:24 |
| 2 | in 1990 -- what does that have to do with your | 13:07:29 |
| 3 | response to whether you know Jose Montanez? | 13:07:32 |
| 4 | A  At some point in 1990, he was brought up to | 13:07:34 |
| 5 | Area 5 for a murder investigation, and I saw him. | 13:07:38 |
| 6 | Q  And did you work that murder investigation? | 13:07:43 |
| 7 | A  I don't believe so.  I think I assisted | 13:07:46 |
| 8 | Detective Paul Nitsky in making an arrest, and that | 13:07:49 |
| 9 | was it. | 13:07:53 |
| 10 | Q  How did it come up that you assisted | 13:07:53 |
| 11 | Detective Paul Nitsky in making an arrest in that | 13:07:56 |
| 12 | case? | 13:08:00 |
| 13 | MS. ROSEN:  Object to form.  What does that | 13:08:00 |
| 14 | mean how did it come up? | 13:08:03 |
| 15 | A  I don't remember. | 13:08:04 |
| 16 | Q  Why were you assisting Detective Paul | 13:08:05 |
| 17 | Nitsky? | 13:08:08 |
| 18 | A  I'd have to look at that investigative file | 13:08:08 |
| 19 | to refresh my memory.  I don't remember. | 13:08:15 |
| 20 | Q  Did you talk to Jose Montanez in 1990? | 13:08:17 |
| 21 | A  Not that I remember. | 13:08:26 |
| 22 | Q  After Vicente provided you information about | 13:08:29 |
| 23 | Robert Bouto, what did you do with that information? | 13:08:50 |
| 24 | A  We eventually called felony review, and the | 13:08:53 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                    146

| | | |
|---|---|---|
| 1 | assistant state's attorney came out and interviewed | 13:09:03 |
| 2 | Robert -- Francisco Vicente and took a handwritten | 13:09:07 |
| 3 | signed statement from him. | 13:09:10 |
| 4 | Q And did you try to corroborate Vicente's | 13:09:15 |
| 5 | statement? | 13:09:18 |
| 6 | A Later that afternoon, yes, we did. | 13:09:19 |
| 7 | Q How did you go about trying to corroborate | 13:09:29 |
| 8 | his information? | 13:09:31 |
| 9 | A Detective Guevara contacted Wilda -- Wilda, | 13:09:31 |
| 10 | the victim's wife on the phone. They had a | 13:09:39 |
| 11 | conversation, after which we went over to Wilda's | 13:09:42 |
| 12 | house. I sat out in the car. Guevara went in the | 13:09:49 |
| 13 | house and had an interview with Wilda. He showed | 13:09:55 |
| 14 | her some photos. | 13:09:59 |
| 15 | Wilda identified two photos of some | 13:10:01 |
| 16 | individuals that she had seen in a gas station at | 13:10:07 |
| 17 | North Avenue and Central Park that had followed her | 13:10:10 |
| 18 | home on the 4th of February, 1993. | 13:10:15 |
| 19 | MR. ENGQUIST: I think the question might | 13:10:25 |
| 20 | have been vague. You got a different time-frame | 13:10:26 |
| 21 | answer. | 13:10:29 |
| 22 | MR. AINSWORTH: I understand. | 13:10:29 |
| 23 | Q So after Vicente provided the information | 13:10:30 |
| 24 | about Robert Bouto, what did you do? | 13:10:33 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    147

| | | |
|---|---|---|
| 1 | A   The next thing was we went and talked to | 13:10:34 |
| 2 | Wilda. | 13:10:38 |
| 3 | Q   And why did -- you sat in the car while | 13:10:39 |
| 4 | Guevara went inside; right? | 13:10:50 |
| 5 | A   Yes. | 13:10:52 |
| 6 | Q   So you weren't present when Guevara showed | 13:10:52 |
| 7 | Wilda the photographs; right? | 13:11:02 |
| 8 | A   Correct. | 13:11:03 |
| 9 | Q   So you have no idea what was said to Wilda | 13:11:04 |
| 10 | by Ray Guevara; right? | 13:11:08 |
| 11 | A   Correct. | 13:11:13 |
| 12 | Q   Or what she said to him; right? | 13:11:13 |
| 13 | A   Correct. | 13:11:15 |
| 14 | Q   Or whether she actually identified anybody | 13:11:15 |
| 15 | from that photo array; right? | 13:11:18 |
| 16 | MS. ROSEN:  Objection to form. | 13:11:21 |
| 17 | A   I'm going by what Ray Guevara told me. | 13:11:24 |
| 18 | Q   And you helped create the photo array that | 13:11:28 |
| 19 | was showed to Wilda Vargas; right? | 13:11:31 |
| 20 | A   Not that I remember. | 13:11:35 |
| 21 | Q   Who created that photo array that was showed | 13:11:36 |
| 22 | to Wilda Vargas? | 13:11:40 |
| 23 | A   Guevara. | 13:11:48 |
| 24 | Q   So it was all Guevara's doing; right? | 13:11:51 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    148

1          MS. ROSEN:  Object to the form.                    13:11:51

2      A  Guevara showed her the photo array.                13:11:51

3  BY MR. AINSWORTH:                                          13:11:52

4      Q  And he created the photo array; right?             13:11:52

5      A  Yes.                                                13:11:54

6      Q  Did you tell him, I don't know.  That photo         13:11:54

7  array doesn't really look to be a fair one?               13:11:58

8      A  We didn't discuss the composition of the           13:12:00

9  photo array.                                               13:12:04

10     Q  My question is a little bit different.              13:12:04

11         Did you alert Guevara to the fact that you         13:12:07

12  didn't think the photo array was a fair one?              13:12:09

13     A  No.                                                 13:12:11

14     Q  Did you think the photo array was fair?             13:12:11

15     A  Back in 1993, yes.                                  13:12:14

16     Q  Why did you think it was fair?                      13:12:20

17     A  It looked fair to me.                               13:12:22

18     Q  So you viewed the photo array before it was         13:12:28

19  shown to Wilda; right?                                    13:12:34

20     A  Before or after, I don't remember.  It was         13:12:38

21  inventoried.                                              13:12:40

22     Q  In any event, whenever it was that you saw          13:12:41

23  the photo array, it didn't raise any issues in your       13:12:45

24  mind about being unfair; correct?                         13:12:47

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    149

| | | |
|---|---|---|
| 1 | A   No. | 13:12:50 |
| 2 | Q   That's correct? | 13:12:50 |
| 3 | A   That's correct. | 13:12:52 |
| 4 | Q   And I'm referring to the photo array that | 13:12:52 |
| 5 | was shown to Wilda Vargas; right? | 13:12:57 |
| 6 | A   Yes. | 13:12:59 |
| 7 | Q   And so why didn't you go inside Wilda's | 13:13:11 |
| 8 | house to observe her, you know, making an | 13:13:15 |
| 9 | identification, if she could, from the photo array? | 13:13:20 |
| 10 | A   There might have been a parking problem out | 13:13:22 |
| 11 | in front that I had to sit in the car. | 13:13:24 |
| 12 | Q   As a detective, you had M class plates; | 13:13:26 |
| 13 | right? | 13:13:32 |
| 14 | A   Say again. | 13:13:32 |
| 15 | Q   You had M -- you had plates with a -- that | 13:13:34 |
| 16 | indicated it was a municipal car? | 13:13:39 |
| 17 | A   I don't remember what we had in 1993. | 13:13:40 |
| 18 | Q   Do you know what I mean by M plates? | 13:13:43 |
| 19 | A   Yes. | 13:13:47 |
| 20 | Q   All right.  You drove a department-issued | 13:13:47 |
| 21 | car back in 1993, right, when you were on duty? | 13:13:54 |
| 22 | A   An unmarked car, yes. | 13:13:56 |
| 23 | Q   All right.  An unmarked car with municipal | 13:13:58 |
| 24 | plates? | 13:14:01 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                      150

| | | |
|---|---|---|
| 1 | A   I don't believe we had municipal plates on | 13:14:01 |
| 2 | the car.  Those were on the marked cars. | 13:14:03 |
| 3 | Q   Wilda lived on a residential street; right? | 13:14:08 |
| 4 | A   Yes. | 13:14:12 |
| 5 | Q   Are you saying that you didn't go inside | 13:14:12 |
| 6 | because you had to keep from getting a ticket? | 13:14:17 |
| 7 | That's what you're saying? | 13:14:22 |
| 8 | MS. ROSEN:  Object to the form. | 13:14:23 |
| 9 | Mischaracterizes his testimony. | 13:14:26 |
| 10 | MR. ENGQUIST:  Join. | 13:14:27 |
| 11 | A   What I'm saying is that I don't remember why | 13:14:28 |
| 12 | I sat in the car.  I'm just giving you a plausible | 13:14:29 |
| 13 | reason.  I don't really remember why I sat in the | 13:14:33 |
| 14 | car. | 13:14:36 |
| 15 | Q   There's no police reason for you to be | 13:14:37 |
| 16 | sitting in the car; right? | 13:14:40 |
| 17 | MS. ROSEN:  Object to the form. | 13:14:41 |
| 18 | MR. ENGQUIST:  Vague. | 13:14:42 |
| 19 | A   There had to be a reason.  I just don't | 13:14:45 |
| 20 | remember. | 13:14:47 |
| 21 | Q   What I mean is there was -- it wasn't | 13:14:48 |
| 22 | helpful for the investigation for you to be sitting | 13:14:52 |
| 23 | out in the car; right? | 13:14:55 |
| 24 | MS. ROSEN:  Object to the form.  Calls for | 13:14:56 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    151

| | | |
|---|---|---|
| 1 | speculation. | 13:14:58 |
| 2 | MS. NIKOLAEVSKAYA:  Join. | 13:14:59 |
| 3 | A  No. | 13:15:02 |
| 4 | BY MR. AINSWORTH: | 13:15:02 |
| 5 | Q  You didn't sit out in the car to give the | 13:15:04 |
| 6 | investigation a tactical advantage to allow Guevara | 13:15:06 |
| 7 | to go in alone; is that right? | 13:15:10 |
| 8 | MS. ROSEN:  Object to the form. | 13:15:12 |
| 9 | MS. NIKOLAEVSKAYA:  Join. | 13:15:13 |
| 10 | MR. ENGQUIST:  Join. | 13:15:14 |
| 11 | A  No. | 13:15:15 |
| 12 | Q  How did you -- did you come into contact | 13:15:40 |
| 13 | with Vicente again after he provided information | 13:15:41 |
| 14 | about Robert Bouto? | 13:15:45 |
| 15 | A  Yes. | 13:15:45 |
| 16 | Q  How did you come in contact with him again? | 13:15:50 |
| 17 | A  On the 31st, I can't remember what month it | 13:15:54 |
| 18 | was. | 13:16:04 |
| 19 | Q  May? | 13:16:04 |
| 20 | A  I just remember it was on the 31st.  It | 13:16:05 |
| 21 | might have been May.  He called me up at Area 5 on | 13:16:09 |
| 22 | the pay phone from Cook County Jail, collect, that I | 13:16:15 |
| 23 | accepted charges, to let me know that an attorney | 13:16:19 |
| 24 | had showed up at Cook County Jail and tried to bribe | 13:16:23 |

| | | |
|---|---|---|
| 1 | him not to testify against Robert Bouto. | 13:16:25 |
| 2 | Q  So did you answer that call when he was | 13:16:28 |
| 3 | calling collect? | 13:16:33 |
| 4 | A  I don't know if I answered the phone or if | 13:16:34 |
| 5 | the phone was given to me, and then I accepted the | 13:16:37 |
| 6 | charges. | 13:16:41 |
| 7 | Q  What did you say to Francisco Vicente when | 13:16:41 |
| 8 | he told you that an attorney had tried to bribe him? | 13:16:47 |
| 9 | A  I told him I was going to arrange for him to | 13:16:51 |
| 10 | come over to the Cook County State's Attorney's | 13:16:54 |
| 11 | Office as soon as possible so he could tell his | 13:16:57 |
| 12 | story to someone in the gang prosecution office. | 13:17:00 |
| 13 | Q  Did you talk to anyone in the gang | 13:17:04 |
| 14 | prosecution office about what Francisco Vicente told | 13:17:07 |
| 15 | you? | 13:17:11 |
| 16 | A  Yes. | 13:17:11 |
| 17 | Q  Why did you contact somebody in the gang | 13:17:12 |
| 18 | crimes -- or in the gang prosecution unit? | 13:17:16 |
| 19 | A  I believe they were prosecuting the case. | 13:17:18 |
| 20 | Q  How do you know that? | 13:17:21 |
| 21 | A  I don't recall at this time. | 13:17:22 |
| 22 | Q  Who did you contact within the gang | 13:17:25 |
| 23 | prosecution unit? | 13:17:29 |
| 24 | A  John Dillon. | 13:17:29 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    153

| | | |
|---|---|---|
| 1 | Q  Why did you contact John Dillon as opposed | 13:17:30 |
| 2 | to some other prosecutor? | 13:17:33 |
| 3 | A  I believe he was a supervisor. | 13:17:34 |
| 4 | Q  So you contacted the supervisor of the gang | 13:17:36 |
| 5 | prosecution unit? | 13:17:41 |
| 6 | A  Yes. | 13:17:41 |
| 7 | Q  Why did you contact the supervisor of the | 13:17:42 |
| 8 | gang prosecution unit? | 13:17:45 |
| 9 | A  Because I wanted Francisco Vicente brought | 13:17:47 |
| 10 | over to their office to let them know about this | 13:17:50 |
| 11 | bribe attempt. | 13:17:53 |
| 12 | Q  And so why the supervisor as opposed to any | 13:17:54 |
| 13 | of the other assistants there? | 13:17:56 |
| 14 | A  I thought it was an important matter to go | 13:17:57 |
| 15 | right to the supervisor. | 13:18:03 |
| 16 | Q  So at the time you didn't know that John | 13:18:03 |
| 17 | Dillon was assigned to the case in any way? | 13:18:07 |
| 18 | A  John Dillon? | 13:18:09 |
| 19 | Q  Yeah. | 13:18:10 |
| 20 | A  I think he was a supervisor.  I don't think | 13:18:11 |
| 21 | he was assigned to the case. | 13:18:15 |
| 22 | Q  And what did the -- what did John Dillon say | 13:18:15 |
| 23 | to you when you contacted him about Vicente? | 13:18:23 |
| 24 | A  That he would arrange to bring him over as | 13:18:26 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    154

| | | |
|---|---|---|
| 1 | soon as possible, and we'd talk to him. | 13:18:30 |
| 2 | Q   All right.  Did you set a time for that to | 13:18:31 |
| 3 | happen? | 13:18:33 |
| 4 | A   Huh? | 13:18:34 |
| 5 | Q   Did you set a time for that to happen? | 13:18:34 |
| 6 | A   No. | 13:18:36 |
| 7 | Q   What was your understanding of how Vicente | 13:18:37 |
| 8 | was going to get from Cook County Jail to the gang | 13:18:40 |
| 9 | prosecution unit? | 13:18:43 |
| 10 | A   Dillon would arrange it. | 13:18:44 |
| 11 | Q   So you didn't think that you would be | 13:18:45 |
| 12 | bringing Vicente up; is that right? | 13:18:49 |
| 13 | A   That's correct. | 13:18:52 |
| 14 | Q   So that was for Dillon to arrange and -- for | 13:18:54 |
| 15 | Dillon to arrange for Vicente to get from the Cook | 13:18:56 |
| 16 | County Jail to the gang crime -- gang prosecution | 13:19:01 |
| 17 | unit; right? | 13:19:04 |
| 18 | A   Correct. | 13:19:04 |
| 19 | Q   Did you intend to be present for that | 13:19:05 |
| 20 | conversation with John Dillon? | 13:19:11 |
| 21 | A   Yes. | 13:19:12 |
| 22 | Q   Why? | 13:19:12 |
| 23 | A   I wanted to hear what was going on. | 13:19:13 |
| 24 | Q   Why did you want to hear what was going on? | 13:19:16 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                    155

1     A  Because I didn't like the fact that some          13:19:18

2   attorney was trying to bribe a witness in my murder    13:19:21

3   case.                                                  13:19:25

4     Q  Did you learn that Vicente was actually           13:19:31

5   going to be at the gang prosecution unit?              13:19:33

6     A  Yes.                                              13:19:37

7     Q  How did you learn that?                           13:19:37

8     A  I don't remember who called me, but it was        13:19:38

9   determined that Vicente will be brought over on the    13:19:44

10   2nd of June.  The 2nd of June, I went down there,      13:19:47

11   and he was there.                                      13:19:51

12     Q  Did you go with anyone else to the gang          13:19:52

13   prosecution unit?                                      13:19:59

14     A  No.                                              13:20:00

15     Q  Did you go at your scheduled work time,          13:20:01

16   3:00 o'clock?                                          13:20:06

17     A  No.                                              13:20:06

18     Q  Why not?                                         13:20:06

19     A  Because he was -- Francisco Vicente was          13:20:07

20   brought over earlier in the day.  So I changed my      13:20:10

21   work hours so that I could be there when he was        13:20:13

22   there.                                                 13:20:16

23     Q  And how did you go about changing your work      13:20:16

24   hours?                                                 13:20:18

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          156

```
1        A   Tell the sergeant what I had to do, and they      13:20:19
2   change the work hours.                                     13:20:22
3        Q   What were your work hours on that day,            13:20:22
4   June 2nd?                                                  13:20:25
5        A   I don't remember.                                 13:20:25
6        Q   Well, do you know what -- did you meet with       13:20:28
7   Vicente in the morning?  In the afternoon?  At             13:20:33
8   night?                                                     13:20:35
9        A   It was sometime afternoon.                        13:20:36
10       Q   And can you tell us what -- so when you went      13:20:38
11  to the gang prosecution unit, was Vicente already          13:20:46
12  there?                                                     13:20:49
13       A   Yes.                                              13:20:49
14       Q   And where did you meet with Vicente?              13:20:49
15       A   One of the offices up in gang prosecution on      13:20:53
16  the 13th floor at 2600 South California.                   13:20:57
17       Q   And who was present for that meeting?             13:21:00
18       A   Myself, John Dillon, and Francisco Vicente.       13:21:02
19       Q   And so why didn't Ray Guevara come with you?      13:21:07
20       A   He wasn't working.                                13:21:13
21       Q   You weren't working either; right?                13:21:14
22       A   But I changed my hours.                           13:21:17
23       Q   Why didn't Ray Guevara change his hours?          13:21:18
24           MS. ROSEN:  Objection; foundation.                13:21:22
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    157

| | | |
|---|---|---|
| 1 | MS. NIKOLAEVSKAYA:  Join. | 13:21:25 |
| 2 | MS. ROSEN:  Go ahead. | 13:21:26 |
| 3 | A  I don't remember what Ray was doing back on | 13:21:28 |
| 4 | the 2nd of June of 1993. | 13:21:30 |
| 5 | Q  And so did Dillon do most of the questioning | 13:21:36 |
| 6 | of Vicente in that meeting? | 13:21:39 |
| 7 | A  Yes. | 13:21:40 |
| 8 | Q  And you were there to take notes? | 13:21:41 |
| 9 | A  No. | 13:21:44 |
| 10 | Q  Did you take notes? | 13:21:45 |
| 11 | A  No. | 13:21:47 |
| 12 | Q  Why didn't you take notes? | 13:21:49 |
| 13 | A  I didn't bring my notepad with me. | 13:21:51 |
| 14 | Q  Did you ask for some paper? | 13:21:54 |
| 15 | A  No. | 13:21:56 |
| 16 | Q  You keep a notepad in your car; right? | 13:21:56 |
| 17 | A  In my police car, yes. | 13:22:02 |
| 18 | Q  All right.  Did you drive there in your | 13:22:07 |
| 19 | personal car? | 13:22:09 |
| 20 | A  I don't believe so. | 13:22:10 |
| 21 | Q  So why didn't you bring your notepad from | 13:22:11 |
| 22 | your car to a meeting with a witness who has made a | 13:22:15 |
| 23 | pretty serious allegation that he has been attempted | 13:22:21 |
| 24 | to be bribed by an attorney? | 13:22:24 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          158

```
1        A  He had told me all the details on the phone        13:22:25

2   when I first talked to him.  I just didn't bring a         13:22:28

3   notepad.                                                   13:22:31

4        Q  So when he told you all of the details on          13:22:34

5   the phone, did you then document that in a                 13:22:39

6   supplementary report?                                      13:22:46

7        A  Eventually.                                        13:22:47

8        Q  Well, I mean, before June 2nd, did you make        13:22:49

9   a supplementary report to document those details           13:22:50

10  that he provided you on the phone?                         13:22:57

11       A  I can't remember the dates.  I do know that        13:22:58

12  everything that Francisco Vicente told me about the        13:23:01

13  attempt to bribe with the attorney I documented on a       13:23:04

14  supplementary report.                                      13:23:10

15       Q  Did you take any notes when Vicente called         13:23:11

16  you on the phone?                                          13:23:13

17       A  That I don't remember.                             13:23:15

18       Q  Was there anything preventing you from             13:23:15

19  taking notes when Vicente called you on the phone          13:23:18

20  while you were at a desk in Area 5?                         13:23:20

21       A  I don't remember taking any notes.                 13:23:22

22       Q  You had no paper available; right?                 13:23:25

23       A  Yes.                                               13:23:29

24       Q  All right.  So then Vicente tells John            13:23:29
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    159

| | | |
|---|---|---|
| 1 | Dillon about the -- about the attempted bribery; | 13:23:36 |
| 2 | right? | 13:23:44 |
| 3 | A  Yes. | 13:23:44 |
| 4 | Q  And then Dillon starts talking about the | 13:23:44 |
| 5 | Vargas homicide; is that correct? | 13:23:54 |
| 6 | A  No.  I don't remember that conversation. | 13:23:56 |
| 7 | Q  Well, how did Dillon get the conversation | 13:23:58 |
| 8 | from the bribery to the Vargas -- to the Vargas | 13:23:59 |
| 9 | homicide? | 13:24:02 |
| 10 | MR. ENGQUIST:  Objection; form. | 13:24:02 |
| 11 | MS. NIKOLAEVSKAYA:  Join. | 13:24:07 |
| 12 | A  We never talked to him about the Vargas | 13:24:09 |
| 13 | homicide, to my knowledge. | 13:24:11 |
| 14 | Q  Well, tell us what conversation was had | 13:24:16 |
| 15 | between John Dillon and Francisco Vicente in that | 13:24:19 |
| 16 | room in the gang prosecution unit. | 13:24:25 |
| 17 | MS. ROSEN:  Objection to form. | 13:24:28 |
| 18 | MS. NIKOLAEVSKAYA:  Join. | 13:24:29 |
| 19 | A  Dillon -- Dillon questioned Francisco | 13:24:34 |
| 20 | Vicente about the bribery attempt in Cook County | 13:24:36 |
| 21 | Jail.  That's it.  When Francisco Vicente started | 13:24:39 |
| 22 | talking to me about the Vargas murder, Dillon wasn't | 13:24:43 |
| 23 | in the room. | 13:24:46 |
| 24 | | |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    160

| | | |
|---|---|---|
| 1 | BY MR. AINSWORTH: | 13:24:46 |
| 2 | Q  Well, where was Vicente when he started | 13:24:47 |
| 3 | talking about the Vargas homicide? | 13:24:51 |
| 4 | A  In one of the offices at gang prosecution. | 13:24:53 |
| 5 | Q  And who was present? | 13:24:55 |
| 6 | A  When he started talking about the Vargas | 13:24:56 |
| 7 | homicide, it was just me and Francisco Vicente. | 13:25:00 |
| 8 | Q  Well, where was John Dillon? | 13:25:02 |
| 9 | A  He had left. | 13:25:05 |
| 10 | Q  Why did he leave? | 13:25:05 |
| 11 | MS. NIKOLAEVSKAYA:  Objection. | 13:25:08 |
| 12 | MS. ROSEN:  Form. | 13:25:09 |
| 13 | MS. NIKOLAEVSKAYA:  Form. | 13:25:10 |
| 14 | A  He was a supervisor.  He had other tasks and | 13:25:13 |
| 15 | duties he had to attend to. | 13:25:15 |
| 16 | Q  All right.  And so tell us, you talk about | 13:25:18 |
| 17 | the -- the bribery attempt, and Vicente doesn't say | 13:25:27 |
| 18 | anything about the Vargas homicide; is that what | 13:25:30 |
| 19 | you're saying? | 13:25:32 |
| 20 | A  Not at that time. | 13:25:33 |
| 21 | Q  And so how does it come up that Vicente | 13:25:34 |
| 22 | starts talking about the Vargas homicide? | 13:25:39 |
| 23 | MS. ROSEN:  Object to the form. | 13:25:43 |
| 24 | MR. ENGQUIST:  Join. | 13:25:44 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

161

| | | |
|---|---|---|
| 1 | MS. NIKOLAEVSKAYA:  Join. | 13:25:44 |
| 2 | A  We had information that some guy named | 13:25:48 |
| 3 | Pistol Pete was a possible suspect in the Vargas | 13:25:52 |
| 4 | murder.  I had been told by Officer Lupe Pina that | 13:25:57 |
| 5 | Francisco Vicente knew somebody named Pistol Pete. | 13:26:07 |
| 6 | When I was with Francisco Vicente, I asked | 13:26:14 |
| 7 | him do you know somebody named Pistol Pete? | 13:26:17 |
| 8 | And he goes, Well, Little Pistol Pete or Big | 13:26:20 |
| 9 | Pistol Pete? | 13:26:23 |
| 10 | I said, I don't know.  I says, I'm | 13:26:24 |
| 11 | investigating a Pistol Pete that did a shooting on | 13:26:27 |
| 12 | Springfield last February. | 13:26:31 |
| 13 | He goes, Oh, that's Big Pistol Pete. | 13:26:32 |
| 14 | I said, Well, how do you know that? | 13:26:35 |
| 15 | He then gave me a lengthy statement about | 13:26:37 |
| 16 | his knowledge of that case. | 13:26:41 |
| 17 | BY MR. AINSWORTH: | 13:26:41 |
| 18 | Q  And did he -- did you document all the | 13:26:47 |
| 19 | information that he provided you in a supplementary | 13:26:50 |
| 20 | report? | 13:26:52 |
| 21 | A  Yes. | 13:26:53 |
| 22 | Q  And did you document how he described Pistol | 13:26:53 |
| 23 | Pete in that supplementary report? | 13:26:58 |
| 24 | A  I'd have to review that report to give you | 13:27:00 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    162

| | | |
|---|---|---|
| 1 | an accurate accounting of what everything he said. | 13:27:03 |
| 2 | Q  Is there any reason why you wouldn't | 13:27:08 |
| 3 | document Vicente's description of Pistol Pete, Big | 13:27:10 |
| 4 | Pistol Pete? | 13:27:15 |
| 5 | A  There would not be any reason I would not | 13:27:16 |
| 6 | document it, but again I would have to review that | 13:27:21 |
| 7 | report to refresh my memory. | 13:27:25 |
| 8 | Q  You said you'd received some information | 13:27:27 |
| 9 | that there is a Pistol Pete involved in the | 13:27:32 |
| 10 | homicide; is that right? | 13:27:34 |
| 11 | A  Yes. | 13:27:34 |
| 12 | Q  Where did that information come from? | 13:27:35 |
| 13 | A  Ray Guevara. | 13:27:37 |
| 14 | Q  What did Ray Guevara tell you? | 13:27:39 |
| 15 | A  He had a street source that was telling him | 13:27:41 |
| 16 | that three guys were involved in that murder over on | 13:27:47 |
| 17 | Springfield. | 13:27:51 |
| 18 | Q  So a street source said three guys were | 13:27:51 |
| 19 | involved in the murder on Springfield? | 13:27:55 |
| 20 | A  Yes. | 13:27:57 |
| 21 | Q  Did Ray Guevara tell you anything else about | 13:27:58 |
| 22 | the three guys who were involved in the murder on | 13:28:01 |
| 23 | Springfield? | 13:28:03 |
| 24 | A  I think he initially gave me their | 13:28:03 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                        163

| | | |
|---|---|---|
| 1 | nicknames. | 13:28:06 |
| 2 | Q   What were the nicknames that he -- | 13:28:06 |
| 3 | A   Pistol Pete, Joker, and Mondo. | 13:28:10 |
| 4 | THE REPORTER:  Pardon? | 13:28:10 |
| 5 | THE WITNESS:  Pistol Pete, Joker, and Mondo. | 13:28:15 |
| 6 | Q   Okay.  So Ray Guevara told you Pistol Pete, | 13:28:15 |
| 7 | Joker, and Mondo were involved in this crime; right? | 13:28:24 |
| 8 | A   Ray told me that someone had given him | 13:28:27 |
| 9 | information that these three guys were involved in | 13:28:31 |
| 10 | that incident. | 13:28:35 |
| 11 | Q   So when Ray Guevara told you that he had | 13:28:36 |
| 12 | information that these three guys were involved in | 13:28:40 |
| 13 | the murder, you then documented that information so | 13:28:44 |
| 14 | it would be preserved in the file for you to then | 13:28:48 |
| 15 | conduct your follow-up investigation. | 13:28:50 |
| 16 | A   No, I did not. | 13:28:51 |
| 17 | Q   Why didn't you document in the file when Ray | 13:28:52 |
| 18 | Guevara told you that there's a street source saying | 13:28:55 |
| 19 | that there were three guys -- Pistol Pete, Joker, | 13:28:57 |
| 20 | and Mondo -- who were involved in this murder? | 13:29:01 |
| 21 | A   It was an ongoing investigation.  It was | 13:29:03 |
| 22 | going to be documented eventually. | 13:29:06 |
| 23 | Q   What do you mean "it was going to be | 13:29:07 |
| 24 | documented eventually"? | 13:29:10 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    164

| | | |
|---|---|---|
| 1 | A  We were working the information to see if it | 13:29:11 |
| 2 | was factual or not. | 13:29:17 |
| 3 | Q  So you withheld the information from the | 13:29:17 |
| 4 | file to see if it could be corroborated? | 13:29:19 |
| 5 | MS. ROSEN:  Objection to form. | 13:29:21 |
| 6 | MR. ENGQUIST:  Join. | 13:29:22 |
| 7 | MS. NIKOLAEVSKAYA:  Join. | 13:29:23 |
| 8 | A  No.  We were proceeding with the | 13:29:25 |
| 9 | investigation.  Ray Guevara got some loose | 13:29:27 |
| 10 | information that guys with three nicknames may have | 13:29:32 |
| 11 | been involved in this incident. | 13:29:36 |
| 12 | I wanted to proceed and do a further | 13:29:39 |
| 13 | investigation before I started typing supplemental | 13:29:42 |
| 14 | reports. | 13:29:46 |
| 15 | Q  So you looked in your nickname file to try | 13:29:48 |
| 16 | and find out who Pistol Pete was; right? | 13:29:51 |
| 17 | A  At one point I did, but there were just too | 13:29:53 |
| 18 | many Pistol Petes. | 13:29:58 |
| 19 | Q  And so you couldn't tell from the nickname | 13:30:00 |
| 20 | file who Pistol Pete was; right? | 13:30:02 |
| 21 | A  Not the one that Guevara was referring to. | 13:30:04 |
| 22 | Q  Okay.  So how long before June 2nd did Ray | 13:30:07 |
| 23 | Guevara tell you that he heard from a source that | 13:30:19 |
| 24 | three guys named Pistol Pete, Joker, and Mondo were | 13:30:24 |

| | | |
|---|---|---|
| 1 | involved in this murder? | 13:30:29 |
| 2 | A  I think he told me that information sometime | 13:30:31 |
| 3 | around the end of May.  That was before June 2nd. | 13:30:33 |
| 4 | Q  So at the end of May, he provided this | 13:30:36 |
| 5 | information; right? | 13:30:39 |
| 6 | A  Huh? | 13:30:40 |
| 7 | Q  End of May he provided you this information; | 13:30:41 |
| 8 | right? | 13:30:44 |
| 9 | A  I believe it was sometime around that.  Some | 13:30:44 |
| 10 | time in that last week of May.  It was before | 13:30:47 |
| 11 | June 2nd. | 13:30:50 |
| 12 | Q  So right before Francisco Vicente ends up in | 13:30:50 |
| 13 | John Dillon's office, you learn about Pistol Pete | 13:30:55 |
| 14 | and Joker and Mondo being involved in this murder | 13:30:59 |
| 15 | via Ray Guevara; right? | 13:31:05 |
| 16 | MR. ENGQUIST:  Objection to form. | 13:31:06 |
| 17 | Go ahead. | 13:31:07 |
| 18 | A  I learned from Ray Guevara the information | 13:31:08 |
| 19 | he had. | 13:31:11 |
| 20 | Q  Who did Ray Guevara get it from? | 13:31:13 |
| 21 | A  I don't know. | 13:31:15 |
| 22 | Q  Did you ever ask him? | 13:31:15 |
| 23 | A  Yes. | 13:31:18 |
| 24 | Q  What did he say? | 13:31:18 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    166

| | | |
|---|---|---|
| 1 | A   Couldn't tell me. | 13:31:19 |
| 2 | Q   Well, what did he say? | 13:31:21 |
| 3 | A   Street source. | 13:31:22 |
| 4 | Q   He refused to tell you? | 13:31:24 |
| 5 | A   That I don't remember, but he didn't tell | 13:31:27 |
| 6 | me. | 13:31:29 |
| 7 | Q   Did he do something other than refuse to | 13:31:29 |
| 8 | tell you what the name of the person was? | 13:31:39 |
| 9 | MS. ROSEN:  Objection to form.  Asked and | 13:31:41 |
| 10 | answered. | 13:31:44 |
| 11 | MS. NIKOLAEVSKAYA:  Join. | 13:31:44 |
| 12 | A   Did Ray Guevara do something else? | 13:31:46 |
| 13 | Q   Yeah. | 13:31:52 |
| 14 | A   I imagine that he tried to identify who the | 13:31:52 |
| 15 | nicknames belonged to. | 13:31:56 |
| 16 | Q   Sorry.  I need to -- when you asked Ray | 13:31:58 |
| 17 | Guevara who the source was, what did Ray say in | 13:32:05 |
| 18 | response? | 13:32:10 |
| 19 | A   I don't remember the conversation | 13:32:11 |
| 20 | specifically. | 13:32:15 |
| 21 | Q   Well, what did Ray say generally when you | 13:32:16 |
| 22 | asked him who his source was for this information? | 13:32:19 |
| 23 | A   He never told me. | 13:32:23 |
| 24 | Q   So he just refused to tell you? | 13:32:24 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    167

| | | |
|---|---|---|
| 1 | A   He never told me.  It's just as simple as | 13:32:26 |
| 2 | that. | 13:32:34 |
| 3 | Q   Did you want to know? | 13:32:34 |
| 4 | A   Yes. | 13:32:36 |
| 5 | Q   Why did you want to know? | 13:32:36 |
| 6 | A   Reliability of the informant. | 13:32:38 |
| 7 | Q   You wanted to know if this was somebody who | 13:32:43 |
| 8 | provided accurate information on other occasions; | 13:32:46 |
| 9 | right? | 13:32:49 |
| 10 | A   Yes. | 13:32:49 |
| 11 | MS. ROSEN:  Object to the form. | 13:32:50 |
| 12 | Q   Did Ray Guevara tell you anything about the | 13:32:51 |
| 13 | informant as to his or her reliability? | 13:32:53 |
| 14 | A   No. | 13:32:53 |
| 15 | Q   Did you ask him whether this was a witness | 13:32:57 |
| 16 | who had provided credible information on other | 13:32:59 |
| 17 | occasions? | 13:33:03 |
| 18 | A   No. | 13:33:03 |
| 19 | Q   Why didn't you ask Ray, you know, the | 13:33:04 |
| 20 | foundational question?  Just, Hey, is this person | 13:33:07 |
| 21 | legit or something to that effect? | 13:33:11 |
| 22 | A   I didn't ask him that question. | 13:33:13 |
| 23 | Q   Did you ask him something to that effect? | 13:33:16 |
| 24 | A   No. | 13:33:19 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    168

```
1      Q  Why not?                                    13:33:19

2      A  I didn't.                                   13:33:20

3      Q  But you wanted to know whether the person   13:33:20

4  was legit or not; right?                           13:33:23

5      A  Ray said he got it from a street source, and 13:33:24

6  that was it.                                        13:33:27

7      Q  All right.  But you wanted to know if the   13:33:27

8  person was legit; correct?                          13:33:30

9      A  Yes.                                        13:33:32

10     Q  But you didn't ask Ray if the person was    13:33:32

11 legitimate or had provided credible information on  13:33:35

12 other occasions; right?                             13:33:38

13     A  He wouldn't tell me who the person was.     13:33:39

14     Q  Were there other occasions when Ray had     13:33:42

15 obtained information from street sources but refused 13:33:47

16 to tell you who it was who provided the information? 13:33:51

17     A  Not that I recall.                          13:33:54

18     Q  So this was the only time that Ray refused  13:33:56

19 to tell you who his source was for information as    13:33:59

20 far as you can remember; right?                      13:34:05

21     MS. ROSEN:  Object to the form.                13:34:08

22     A  As far as I can recall, this is the only    13:34:10

23 time.  There may have been other times.  I don't    13:34:12

24 recall them.                                        13:34:14
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           169

| | | |
|---|---|---|
| 1 | BY MR. AINSWORTH: | 13:34:14 |
| 2 | Q  There were other occasions when Ray told you | 13:34:16 |
| 3 | who his sources were; right? | 13:34:19 |
| 4 | A  Yes. | 13:34:21 |
| 5 | Q  Did it raise a red flag in your mind?  You | 13:34:21 |
| 6 | know, why isn't Ray sharing with me the name of the | 13:34:30 |
| 7 | person who is providing this information? | 13:34:35 |
| 8 | A  I thought it was someone that Ray was trying | 13:34:36 |
| 9 | to protect. | 13:34:40 |
| 10 | Q  Did you think that Ray didn't trust you? | 13:34:40 |
| 11 | A  Could have been. | 13:34:43 |
| 12 | Q  Did you think at the time that Ray didn't | 13:34:44 |
| 13 | trust you? | 13:34:47 |
| 14 | A  No.  I don't know what I thought at the | 13:34:47 |
| 15 | time. | 13:34:49 |
| 16 | Q  Did you trust Ray? | 13:34:49 |
| 17 | A  Yes.  As a police officer, yes. | 13:34:53 |
| 18 | Q  How about as a person? | 13:34:57 |
| 19 | A  Yeah.  I'd say yes. | 13:34:59 |
| 20 | Q  Why do you hesitate? | 13:35:02 |
| 21 | A  I have trusted him as a police officer and | 13:35:04 |
| 22 | as a person. | 13:35:12 |
| 23 | Q  You took a long pause there. | 13:35:13 |
| 24 | What were you considering? | 13:35:16 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    170

| | | |
|---|---|---|
| 1 | A   Well -- | 13:35:17 |
| 2 | MS. ROSEN:  Object to the form. | 13:35:18 |
| 3 | A   -- I would trust him as a police officer and | 13:35:20 |
| 4 | a person. | 13:35:22 |
| 5 | BY MR. AINSWORTH: | 13:35:22 |
| 6 | Q   What's some of the crazy ass stuff that | 13:35:22 |
| 7 | you've heard about Ray doing off duty? | 13:35:25 |
| 8 | MR. ENGQUIST:  Objection to form. | 13:35:29 |
| 9 | MS. ROSEN:  I object to form. | 13:35:29 |
| 10 | MS. NIKOLAEVSKAYA:  Join. | 13:35:31 |
| 11 | A   When you mention "crazy ass stuff," such as | 13:35:32 |
| 12 | what? | 13:35:35 |
| 13 | Q   That's what I'm trying to find out from | 13:35:36 |
| 14 | you, sir. | 13:35:38 |
| 15 | MS. ROSEN:  Object to foundation as to crazy | 13:35:38 |
| 16 | ass. | 13:35:40 |
| 17 | A   The only crazy ass thing I know Ray ever did | 13:35:40 |
| 18 | is he went into the 14th district police station one | 13:35:43 |
| 19 | time, got into a verbal argument with the officers | 13:35:46 |
| 20 | there over a parking ticket and he -- I think he | 13:35:48 |
| 21 | took a suspension.  That's the only crazy ass thing | 13:35:51 |
| 22 | I can remember. | 13:35:58 |
| 23 | Q   Did you ever tell anyone that Ray Guevara | 13:35:59 |
| 24 | used to do crazy ass shit while off duty? | 13:36:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    171

| | | |
|---|---|---|
| 1 | A  Did I what? | 13:36:05 |
| 2 | Q  Did you ever tell anyone that Ray Guevara | 13:36:06 |
| 3 | did crazy ass stuff while off duty? | 13:36:08 |
| 4 | MS. ROSEN:  Objection; form, foundation, | 13:36:11 |
| 5 | once again -- | 13:36:13 |
| 6 | A  Not that I remember. | 13:36:13 |
| 7 | MS. ROSEN:  -- to the phrase crazy ass. | 13:36:13 |
| 8 | MR. ENGQUIST:  Join. | 13:36:16 |
| 9 | MS. NIKOLAEVSKAYA:  Join. | 13:36:17 |
| 10 | Q  All right.  So you would have wanted to know | 13:36:19 |
| 11 | who Vicente was referring to when he mentioned | 13:36:34 |
| 12 | Pistol Pete and these other people; right? | 13:36:40 |
| 13 | A  Yes. | 13:36:42 |
| 14 | Q  Because you needed to know, like, which | 13:36:44 |
| 15 | Pistol Pete he's talking about; right? | 13:36:48 |
| 16 | A  Yes. | 13:36:51 |
| 17 | Q  Because you already knew that there were too | 13:36:52 |
| 18 | many Pistol Petes in the nickname file for you to be | 13:36:56 |
| 19 | able to identify who it was based solely on the | 13:37:00 |
| 20 | nickname Pistol Pete; right? | 13:37:03 |
| 21 | A  Correct. | 13:37:05 |
| 22 | Q  So you would have asked Vicente for a | 13:37:06 |
| 23 | description of the Pistol Pete he was referring to; | 13:37:07 |
| 24 | right? | 13:37:09 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                        172

| | | |
|---|---|---|
| 1 | A  I don't specifically remember what I asked | 13:37:09 |
| 2 | him. | 13:37:16 |
| 3 | Q  But you would have wanted to obtain a | 13:37:16 |
| 4 | description from Vicente that would allow you to | 13:37:19 |
| 5 | narrow down which Pistol Pete we're talking about | 13:37:22 |
| 6 | here; right? | 13:37:25 |
| 7 | A  He just told me the Big Pistol Pete. | 13:37:25 |
| 8 | Q  I understand what he told you, but I'm | 13:37:28 |
| 9 | asking a different question. | 13:37:30 |
| 10 | My question here is you wanted to know a | 13:37:31 |
| 11 | description of the Pistol Pete that Vicente was | 13:37:33 |
| 12 | referring to so you could narrow down who that | 13:37:36 |
| 13 | Pistol Pete was; right? | 13:37:41 |
| 14 | A  I don't remember. | 13:37:42 |
| 15 | Q  Well, how about now?  As an experienced | 13:37:42 |
| 16 | homicide detective, if you knew that there were too | 13:37:47 |
| 17 | many Pistol Petes in the nickname file to allow you | 13:37:50 |
| 18 | to identify the person simply by the nickname, you | 13:37:54 |
| 19 | would have wanted to know either the person's given | 13:37:57 |
| 20 | name or a description of the person that would allow | 13:38:00 |
| 21 | you to identify which of the Pistol Petes it was; | 13:38:02 |
| 22 | right? | 13:38:06 |
| 23 | A  I think what happened here is after I talked | 13:38:06 |
| 24 | to Francisco Vicente, I called the office.  I don't | 13:38:11 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    173

| | | |
|---|---|---|
| 1 | remember who I talked to in the office, but someone | 13:38:17 |
| 2 | was able to give me the names of Montanez, Pacheco, | 13:38:21 |
| 3 | and Serrano. | 13:38:31 |
| 4 | I then went and got Chicago Police | 13:38:34 |
| 5 | Department black-and-white photos. I can't remember | 13:38:37 |
| 6 | if I went back to Area 5 and got them or if I went | 13:38:39 |
| 7 | down to 11th and State and got them. But I got the | 13:38:42 |
| 8 | black-and-white photos of the three individuals. | 13:38:47 |
| 9 | I took them back up to gang prosecution, | 13:38:50 |
| 10 | showed them to Francisco Vicente, and he identified | 13:38:53 |
| 11 | Pacheco, Serrano, and Montanez as being the three | 13:38:58 |
| 12 | persons he was referring to in the statement he had | 13:39:03 |
| 13 | given me. | 13:39:07 |
| 14 | Q  Who did you call at the office? | 13:39:07 |
| 15 | A  I just said I don't remember. | 13:39:09 |
| 16 | Q  Was it a detective or a supervisor? | 13:39:11 |
| 17 | A  I don't remember. | 13:39:15 |
| 18 | Q  What was your purpose for calling the | 13:39:16 |
| 19 | office? | 13:39:18 |
| 20 | A  To have someone look up those three | 13:39:18 |
| 21 | nicknames. | 13:39:23 |
| 22 | Q  All right.  So you asked somebody to look up | 13:39:23 |
| 23 | the three nicknames, and the three nicknames were | 13:39:24 |
| 24 | what? | 13:39:28 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                    174

| | | |
|---|---|---|
| 1 | A  That Francisco Vicente had given me. | 13:39:28 |
| 2 | Q  Which nicknames were they? | 13:39:31 |
| 3 | A  Pistol Pete, Mondo, Joker. | 13:39:33 |
| 4 | Q  All right.  So you called somebody on the | 13:39:43 |
| 5 | phone at Area 5? | 13:39:49 |
| 6 | A  Yeah. | 13:39:50 |
| 7 | Q  And you gave them the nickname Mondo; right? | 13:39:51 |
| 8 | A  Yes. | 13:39:55 |
| 9 | Q  And we're talking about the City of Chicago; | 13:39:55 |
| 10 | right? | 13:40:02 |
| 11 | A  Yes. | 13:40:02 |
| 12 | Q  And all you said to them was I need to know | 13:40:03 |
| 13 | who Mondo is; right?  And the other nicknames; | 13:40:06 |
| 14 | right? | 13:40:08 |
| 15 | MS. ROSEN:  Object to the form. | 13:40:08 |
| 16 | A  Someone at Area 5 was able to give those | 13:40:10 |
| 17 | three nicknames I gave them on the phone and give me | 13:40:13 |
| 18 | three possible real names to go with those | 13:40:17 |
| 19 | nicknames. | 13:40:20 |
| 20 | Q  One for each nickname; right? | 13:40:21 |
| 21 | A  Yes. | 13:40:22 |
| 22 | Q  So you said, for example, I need some -- the | 13:40:23 |
| 23 | names for these people.  One of them is named Mondo, | 13:40:27 |
| 24 | and the person on the other end of the phone said, | 13:40:31 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    175

| | | |
|---|---|---|
| 1 | Oh, you're looking for Mondo?  That's Armando | 13:40:35 |
| 2 | Serrano, or something to that effect. | 13:40:37 |
| 3 |     Is that what you're saying, sir? | 13:40:39 |
| 4 |   A  I'm saying -- | 13:40:41 |
| 5 |     MS. ROSEN:  Object to the form. | 13:40:41 |
| 6 |     MR. ENGQUIST:  Join. | 13:40:42 |
| 7 |     MS. NIKOLAEVSKAYA:  Join. | 13:40:46 |
| 8 |   A  I'm saying someone in the office was able to | 13:40:46 |
| 9 | look up those three nicknames and give me possible | 13:40:48 |
| 10 | names.  I don't remember who it was. | 13:40:52 |
| 11 |   Q  Okay.  So, sir, you testified at Armando | 13:41:08 |
| 12 | Serrano and Jose Montanez's trial; right? | 13:41:30 |
| 13 |   A  Yes. | 13:41:32 |
| 14 |   Q  And at that trial, were you asked the | 13:41:33 |
| 15 | following question, and did you give the following | 13:41:45 |
| 16 | answer, sir? | 13:41:47 |
| 17 |     MR. ENGQUIST:  Can you tell us what you're | 13:41:48 |
| 18 | reading off of. | 13:41:51 |
| 19 |     MR. AINSWORTH:  Sure.  Page 83, | 13:41:52 |
| 20 | Bates-numbered JR-L 05066. | 13:41:54 |
| 21 |     MR. ENGQUIST:  05066? | 13:41:57 |
| 22 |     MR. AINSWORTH:  Yes. | 13:42:01 |
| 23 |     MR. ENGQUIST:  All right. | 13:42:01 |
| 24 |   Q  And I'll start lines 7 through 17. | 13:42:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                              176

| | | |
|---|---|---|
| 1 | "QUESTION:  What else did he tell you? | 13:42:10 |
| 2 | "ANSWER:  He then gave me a lengthy | 13:42:13 |
| 3 | statement of what he knew about the murder of | 13:42:16 |
| 4 | Rodrigo Vargas. | 13:42:19 |
| 5 | "QUESTION:  After he did that, what did you | 13:42:20 |
| 6 | do? | 13:42:23 |
| 7 | "ANSWER:  He supplied me the three nicknames | 13:42:23 |
| 8 | of Pistol Pete, Mondo and Jordan." | 13:42:26 |
| 9 | A  Oh, Jordan.  Okay. | 13:42:29 |
| 10 | Q  "I checked my nickname files in my office, | 13:42:31 |
| 11 | and I saw that Pistol Pete was, in fact, Jose | 13:42:33 |
| 12 | Montanez, Mondo was Armando Serrano, and Jordan was | 13:42:37 |
| 13 | Jorge Pacheco.  I had dealt with all three of these | 13:42:43 |
| 14 | persons in the past in investigations." | 13:42:47 |
| 15 | Were you asked those questions, and did you | 13:42:48 |
| 16 | give those answers, sir? | 13:42:50 |
| 17 | A  Yes. | 13:42:52 |
| 18 | Q  So, sir, did you call some unknown person on | 13:42:52 |
| 19 | the phone to check the nicknames, or did you check | 13:42:55 |
| 20 | it yourself, sir? | 13:42:59 |
| 21 | A  After I talked to the person -- let me | 13:43:00 |
| 22 | correct something.  I said Joker before.  The | 13:43:09 |
| 23 | nickname was Jordan. | 13:43:12 |
| 24 | After I talked to the person in Area 5 and | 13:43:14 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                              177

| | | |
|---|---|---|
| 1 | saw their pictures, once I got them, I remembered | 13:43:18 |
| 2 | these guys. | 13:43:22 |
| 3 |    Q  Okay.  But how did you connect Mondo to | 13:43:23 |
| 4 | being Armando Serrano? | 13:43:28 |
| 5 |    A  From the nickname files. | 13:43:29 |
| 6 |    Q  What about the nickname files indicated | 13:43:31 |
| 7 | that -- was there only one Mondo in the nickname | 13:43:35 |
| 8 | files? | 13:43:38 |
| 9 |    A  As I said, when I called Area 5, whoever I | 13:43:38 |
| 10 | spoke to gave me three names that could possibly be | 13:43:42 |
| 11 | the persons associated with these nicknames. | 13:43:47 |
| 12 |    Q  So it was just the first person off the list | 13:43:51 |
| 13 | of all the Mondos in the City of Chicago? | 13:43:53 |
| 14 |      MS. ROSEN:  Objection to form. | 13:43:55 |
| 15 |      MS. NIKOLAEVSKAYA:  Join. | 13:43:57 |
| 16 |      MR. ENGQUIST:  Join. | 13:43:57 |
| 17 |    A  This list was not a list in the City of | 13:43:58 |
| 18 | Chicago.  This is Bob DeGraf's nickname file. | 13:44:01 |
| 19 |    Q  Right.  So of all the Mondos in the nickname | 13:44:04 |
| 20 | file, he gave you -- just picked one at random, or | 13:44:07 |
| 21 | how did that happen? | 13:44:11 |
| 22 |      MS. ROSEN:  Object to the form, foundation. | 13:44:12 |
| 23 |      MR. ENGQUIST:  Join. | 13:44:15 |
| 24 |      MS. NIKOLAEVSKAYA:  Join. | 13:44:15 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                        178

| | | |
|---|---|---|
| 1 | A   I was given three names.  I went and got | 13:44:19 |
| 2 | their pictures to see if these were the right | 13:44:22 |
| 3 | persons.  Francisco Vicente identified them as being | 13:44:25 |
| 4 | the persons he was referring to. | 13:44:28 |
| 5 | BY MR. AINSWORTH: | 13:44:30 |
| 6 | Q  All right.  Sir, so at that -- so when you | 13:44:31 |
| 7 | testified at trial, you said that you checked your | 13:44:41 |
| 8 | nickname files at the office, and you saw that | 13:44:46 |
| 9 | Pistol Pete was, in fact, Jose Montanez, Mondo was | 13:44:50 |
| 10 | Armando Serrano, and Jordan was Jorge Pacheco; | 13:44:53 |
| 11 | right?  Do you want to read your testimony? | 13:44:58 |
| 12 | A  No.  If you're saying that's what I said, | 13:44:59 |
| 13 | that's probably true. | 13:45:01 |
| 14 | Q  Well, let's avoid probably. | 13:45:01 |
| 15 | MR. AINSWORTH:  Let's mark this as Exhibit | 13:45:02 |
| 16 | No. 2.  Everybody can take this. | 13:45:04 |
| 17 | (Halvorsen Deposition Exhibit 2 marked | 13:45:04 |
| 18 | for identification and attached to the transcript.) | 13:45:04 |
| 19 | Q  Flip to page 83 of Exhibit No. 2. | 13:45:18 |
| 20 | MS. ROSEN:  The regular page or the Bates | 13:45:27 |
| 21 | page? | 13:45:29 |
| 22 | MR. AINSWORTH:  Regular page. | 13:45:29 |
| 23 | Q  So back when you testified, you said, "I | 13:45:40 |
| 24 | checked my nickname files at my office, and I saw | 13:45:46 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    179

| | | |
|---|---|---|
| 1 | that Pistol Pete was, in fact, Jose Montanez, Mondo | 13:45:50 |
| 2 | was Armando Serrano, and Jordan was Jorge Pacheco; | 13:45:53 |
| 3 | right?  That's what you testified to? | 13:45:57 |
| 4 | A  Yes. | 13:45:58 |
| 5 | Q  All right.  Were you truthful in -- when you | 13:45:59 |
| 6 | testified under oath at a murder trial? | 13:46:04 |
| 7 | A  These weren't my nickname files.  These were | 13:46:06 |
| 8 | the Area's nickname files.  I misspoke. | 13:46:10 |
| 9 | Q  So you were using my nickname files.  You | 13:46:13 |
| 10 | meant Bob's nickname files; right? | 13:46:19 |
| 11 | A  Yes. | 13:46:21 |
| 12 | Q  Okay.  But you said "I checked"; right? | 13:46:21 |
| 13 | A  Did what? | 13:46:24 |
| 14 | Q  You said that I checked my nickname files at | 13:46:25 |
| 15 | my office, and I saw that Pistol Pete was, in fact, | 13:46:28 |
| 16 | Jose Montanez, Mondo was Armando Serrano, and Jordan | 13:46:33 |
| 17 | was Jorge Pacheco; right?  That was your testimony; | 13:46:38 |
| 18 | correct? | 13:46:40 |
| 19 | A  Yeah. | 13:46:40 |
| 20 | Q  That you were the one who checked; right? | 13:46:40 |
| 21 | A  Yeah. | 13:46:42 |
| 22 | Q  And you were the one that saw that those | 13:46:43 |
| 23 | were the people identified for each of those people; | 13:46:45 |
| 24 | right? | 13:46:48 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    180

| | | |
|---|---|---|
| 1 | A   As I explained today, I called my office. | 13:46:48 |
| 2 | Someone in Area 5 checked these nicknames against | 13:46:54 |
| 3 | Bob DeGraf's master nickname list of gang members. | 13:46:58 |
| 4 | He gave me three possible names to match up the | 13:47:04 |
| 5 | nicknames I was given. | 13:47:07 |
| 6 | Q   And you knew that there were too many Pistol | 13:47:10 |
| 7 | Petes in the nickname file to be able to identify | 13:47:14 |
| 8 | any one Pistol Pete; right? | 13:47:17 |
| 9 | A   Yes.  Initially, yes. | 13:47:18 |
| 10 | Q   Well, at any point in time? | 13:47:20 |
| 11 | A   Initially, yes. | 13:47:24 |
| 12 | Q   Well, when you talked to the person on the | 13:47:25 |
| 13 | phone, did you say, Gee, how were you able to | 13:47:28 |
| 14 | identify which Pistol Pete we're looking for from | 13:47:31 |
| 15 | the nickname file?  When I looked, there were too | 13:47:34 |
| 16 | many for me to tell who it was. | 13:47:37 |
| 17 | MR. ENGQUIST:  Objection; form. | 13:47:38 |
| 18 | MS. ROSEN:  Object to the form. | 13:47:39 |
| 19 | MS. NIKOLAEVSKAYA:  Join. | 13:47:41 |
| 20 | A   I think at that time, I told them to look | 13:47:43 |
| 21 | for Imperial Gangsters. | 13:47:43 |
| 22 | Q   You told them to look for Imperial | 13:47:43 |
| 23 | Gangsters. | 13:47:49 |
| 24 | A   Yeah.  Now that I'm thinking about it. | 13:47:49 |

| | | |
|---|---|---|
| 1 | Q  Okay.  So you said, Look for Imperial | 13:47:52 |
| 2 | Gangsters because Ray Guevara's informant on the | 13:47:58 |
| 3 | street didn't know that these people were Imperial | 13:48:01 |
| 4 | Gangsters; is that right? | 13:48:06 |
| 5 | A  I don't know. | 13:48:07 |
| 6 | MR. ENGQUIST:  Objection; form, | 13:48:07 |
| 7 | argumentative. | 13:48:08 |
| 8 | MS. NIKOLAEVSKAYA:  Join. | 13:48:11 |
| 9 | Q  And you're saying that Jordan -- looking for | 13:48:11 |
| 10 | the nickname Jordan led you to Jorge Pacheco. | 13:48:19 |
| 11 | That's what you're saying? | 13:48:24 |
| 12 | MS. ROSEN:  Object to the form. | 13:48:25 |
| 13 | A  Okay.  For about the fifth time now, I | 13:48:27 |
| 14 | called my office.  Someone I spoke to looked up | 13:48:31 |
| 15 | these three nicknames, gave me three possible real | 13:48:35 |
| 16 | names of members of the Imperial Gangsters who had | 13:48:39 |
| 17 | these nicknames. | 13:48:44 |
| 18 | Q  All right.  So sir -- | 13:48:50 |
| 19 | MR. ENGQUIST:  Are we going on to another | 13:49:21 |
| 20 | exhibit? | 13:49:22 |
| 21 | MR. AINSWORTH:  Not yet. | 13:49:23 |
| 22 | MR. ENGQUIST:  Okay.  Because if now would | 13:49:24 |
| 23 | be a good time for a break, now would be a good time | 13:49:24 |
| 24 | for a break. | 13:49:24 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    182

| | | |
|---|---|---|
| 1 | MR. AINSWORTH:  Let me just finish this one | 13:49:29 |
| 2 | point, and we can take a break. | 13:49:31 |
| 3 | BY MR. AINSWORTH: | 13:49:34 |
| 4 | Q  So did you have to go and get the photos of | 13:49:59 |
| 5 | Pistol Pete, Jordan, and Mondo? | 13:50:06 |
| 6 | MR. ENGQUIST:  Objection; asked and | 13:50:08 |
| 7 | answered. | 13:50:08 |
| 8 | A  Yes. | 13:50:13 |
| 9 | Q  All right.  Sir, in your supplemental report | 13:50:14 |
| 10 | dated June 2nd, 1993, in this case, did you write, | 13:50:19 |
| 11 | "The reporting detectives were familiar with the | 13:50:23 |
| 12 | Imperial Gangster street gang and had photos of | 13:50:27 |
| 13 | Pistol Pete, Jordan, and Mondo"? | 13:50:31 |
| 14 | A  Yes. | 13:50:33 |
| 15 | Q  You didn't say we had to go and get photos | 13:50:34 |
| 16 | of the three of them. | 13:50:38 |
| 17 | You said we had photos because we are | 13:50:39 |
| 18 | familiar with them; right? | 13:50:42 |
| 19 | MR. ENGQUIST:  Objection. | 13:50:44 |
| 20 | MS. ROSEN:  Object to the form. | 13:50:46 |
| 21 | MR. ENGQUIST:  Join. | 13:50:47 |
| 22 | MS. NIKOLAEVSKAYA:  Join. | 13:50:48 |
| 23 | A  As I testified before, I don't remember | 13:50:49 |
| 24 | where I got the photos from, either from the office | 13:50:50 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                      183

| 1 | or from the graphic arts.  Their photos were | 13:50:55 |
| 2 | probably on their arrest cards at Area 5. | 13:50:58 |
| 3 | BY MR. AINSWORTH: | 13:51:01 |
| 4 | Q  Well, when you learned that these three | 13:51:05 |
| 5 | people were wanted for this murder, you wanted to | 13:51:08 |
| 6 | get photos of them; right? | 13:51:12 |
| 7 | MS. ROSEN:  Object to the form. | 13:51:14 |
| 8 | MR. ENGQUIST:  Join. | 13:51:17 |
| 9 | MS. ROSEN:  They were wanted by who?  Object | 13:51:17 |
| 10 | to the form. | 13:51:20 |
| 11 | A  I wanted to show Francisco Vicente pictures | 13:51:21 |
| 12 | of three individuals that might be the Pistol Pete, | 13:51:27 |
| 13 | the Jordan, and the Mondo that he was referring to. | 13:51:32 |
| 14 | I did not know when I showed him the pictures if | 13:51:36 |
| 15 | these were the three guys he was talking about. | 13:51:40 |
| 16 | Q  So | 13:51:44 |
| 17 | you wanted to bring Vicente from gang prosecution to | 13:51:44 |
| 18 | Area 5; right? | 13:51:49 |
| 19 | A  No. | 13:51:50 |
| 20 | Q  You wanted to show him the photos; right? | 13:51:50 |
| 21 | A  Yes. | 13:51:55 |
| 22 | Q  So you had to go get the photos; right? | 13:51:55 |
| 23 | A  Yes. | 13:51:58 |
| 24 | Q  So where did you -- so you didn't know where | 13:51:59 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    184

1    to go to get the photos; right?                          13:52:03

2         MS. ROSEN:  Objection; form, foundation, and        13:52:06

3    vague as to time.                                        13:52:07

4      A  As I have now mentioned the fourth time,            13:52:11

5    that I don't recall where I went and got the photos,     13:52:14

6    either Area 5 or 11th and State.                         13:52:17

7      Q  But in 1993 you said you had the photos of          13:52:21

8    these three; right?                                      13:52:23

9         MS. ROSEN:  Object to the form.                     13:52:26

10        MR. ENGQUIST:  Join.  Asked and answered.           13:52:27

11     A  Yes.  But I don't remember on that date             13:52:29

12   where I went and got them.                               13:52:33

13     Q  You didn't say you had to go anywhere to get        13:52:35

14   them; right?                                             13:52:38

15        MS. ROSEN:  Objection; form, argumentative.         13:52:39

16        MS. NIKOLAEVSKAYA:  Join.                           13:52:42

17        MR. ENGQUIST:  Join.                                13:52:43

18     A  I think I did.                                       13:52:44

19     Q  It says, "The reporting detectives were             13:52:45

20   familiar with the Imperial Gangster street gang and      13:52:46

21   had photos of Pistol Pete, Jordan, and Mondo."           13:52:50

22     A  Can I read my report?                               13:52:52

23     Q  Sure.                                               13:52:55

24        MR. AINSWORTH:  Let's mark this as Exhibit          13:53:04

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                               185

| | | |
|---|---|---|
| 1 | No. 3, please. | 13:53:05 |
| 2 | (Halvorsen Deposition Exhibit 3 marked | 13:53:05 |
| 3 | for identification and attached to the transcript.) | 13:53:35 |
| 4 | MS. ROSEN: Do you want to direct us to the | 13:53:35 |
| 5 | page that you're looking at? | 13:53:36 |
| 6 | MR. AINSWORTH: Sure. 173 is the Bates in | 13:53:40 |
| 7 | the bottom right-hand corner. | 13:53:43 |
| 8 | BY MR. AINSWORTH: | 13:53:43 |
| 9 | Q Are you there, sir? | 13:53:45 |
| 10 | A Okay. I've read it. | 13:53:46 |
| 11 | It's not indicated in the -- it's not | 13:53:54 |
| 12 | indicated in this report that I went and got the | 13:53:57 |
| 13 | photos, but I did not have the photos with me. I | 13:54:00 |
| 14 | had to go get them. | 13:54:03 |
| 15 | Q Okay. Even though your report says you had | 13:54:04 |
| 16 | the photos; right? | 13:54:08 |
| 17 | MS. ROSEN: Objection; asked and answered. | 13:54:09 |
| 18 | A Not with me. | 13:54:10 |
| 19 | Q All right. If you look on the preceding | 13:54:11 |
| 20 | page 172. | 13:54:19 |
| 21 | A Which page? | 13:54:20 |
| 22 | Q 172. | 13:54:21 |
| 23 | Second paragraph from the top, you say, "On | 13:54:22 |
| 24 | June 2nd, 1993, the reporting detectives had a | 13:54:36 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    186

1    meeting with a circumstantial witness."                    13:54:42

2         Who was that circumstantial witness?                  13:54:46

3    A   That was a typo.                                       13:54:48

4    Q   The circumstantial witness was a typo?                 13:54:49

5    A   No, the detectives.  There's a typographical           13:54:52

6    error.                                                     13:54:55

7    Q   I see.  So the circumstantial witness is               13:54:55

8    Vicente; right?                                            13:54:56

9    A   Huh?                                                   13:54:57

10   Q   The circumstantial witness is Vicente;                 13:54:58

11   right?                                                     13:55:01

12   A   Yes.                                                   13:55:01

13   Q   And you're now saying that it was a typo              13:55:02

14   that -- where you wrote, "The reporting detectives         13:55:04

15   had a meeting with a circumstantial witness"?              13:55:07

16   A   Yeah.  I type up dozens of reports every              13:55:09

17   week, and usually I'm with Detective Guevara.  So I        13:55:13

18   always used the phrase R/Dets.  On the June 2nd            13:55:15

19   interview, it was just me and John Dillon in the           13:55:21

20   office.                                                    13:55:23

21   Q   On the next page, where it indicates the              13:55:23

22   interview of Wilda Vargas, you just say Detective          13:55:27

23   Guevara interviewed Wilda Vargas.  You don't say           13:55:33

24   R/Dets; right?  You don't say plural detectives;           13:55:37

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    187

| | | |
|---|---|---|
| 1 | right? | 13:55:42 |
| 2 | A  Which are you -- | 13:55:42 |
| 3 | Q  Sorry.  On page 173.  Right? | 13:55:44 |
| 4 | A  I think in my trial testimony, I stated that | 13:56:10 |
| 5 | after I completed the interview with Francisco | 13:56:14 |
| 6 | Vicente, showed him the photos, I went back to | 13:56:17 |
| 7 | Area 5 and told Guevara about the new developments. | 13:56:21 |
| 8 | He then contacted Wilda on the phone.  He | 13:56:23 |
| 9 | alone talked to Wilda because only he could talk to | 13:56:28 |
| 10 | Wilda because they both spoke Spanish. | 13:56:32 |
| 11 | Q  My point, sir, is simply just to establish | 13:56:36 |
| 12 | that when it was just Ray Guevara talking to Wilda, | 13:56:39 |
| 13 | you specified that it was just Ray Guevara talking | 13:56:44 |
| 14 | to Wilda; right? | 13:56:47 |
| 15 | A  Yes. | 13:56:49 |
| 16 | Q  And you also -- you said -- you referred to | 13:56:49 |
| 17 | detectives plural meeting with Vicente in your | 13:56:53 |
| 18 | report; correct? | 13:56:55 |
| 19 | A  As I have explained to you, that was a | 13:56:56 |
| 20 | typographical error. | 13:56:59 |
| 21 | Q  And then you made -- | 13:56:59 |
| 22 | A  Ray Guevara was not there. | 13:57:02 |
| 23 | Q  And you made the same typographical error on | 13:57:03 |
| 24 | page 173, sir; is that correct, where you said the | 13:57:08 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                              188

| | | |
|---|---|---|
| 1 | reporting detectives were familiar with the Imperial | 13:57:10 |
| 2 | Gangster street gang and had photos of Pistol Pete, | 13:57:14 |
| 3 | Jordan, and Mondo?  Was that also a typographical | 13:57:17 |
| 4 | error? | 13:57:21 |
| 5 | A  No.  I think that me and Guevara were | 13:57:21 |
| 6 | familiar with these guys. | 13:57:23 |
| 7 | Q  So how were you familiar with -- so you both | 13:57:24 |
| 8 | had photos of Pistol Pete, Jordan, and Mondo; is | 13:57:32 |
| 9 | that what you're saying, sir? | 13:57:35 |
| 10 | MS. ROSEN:  Object to the form. | 13:57:36 |
| 11 | Mischaracterizes the witness's testimony. | 13:57:39 |
| 12 | A  Yeah.  Is there a question? | 13:57:39 |
| 13 | Q  Yes, there is. | 13:57:39 |
| 14 | A  All right. | 13:57:39 |
| 15 | Q  Are you saying that both you and Guevara had | 13:57:40 |
| 16 | photos of Pistol Pete, Jordan, and Mondo? | 13:57:42 |
| 17 | A  No. | 13:57:44 |
| 18 | MS. ROSEN:  Object to the form. | 13:57:46 |
| 19 | Mischaracterizes his prior testimony. | 13:57:46 |
| 20 | MR. ENGQUIST:  Join. | 13:57:49 |
| 21 | Q  Sir -- | 13:57:50 |
| 22 | MR. ENGQUIST:  Before you keep on going to | 13:58:37 |
| 23 | different points, we need to take break. | 13:58:40 |
| 24 | MR. AINSWORTH:  I know.  I know. | 13:58:40 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    189

| | | |
|---|---|---|
| 1 | MR. ENGQUIST:  Well, you said you just had | 13:58:41 |
| 2 | the one point, and you kept on going.  So that's -- | 13:58:42 |
| 3 | MR. AINSWORTH:  I'm with you. | 13:58:44 |
| 4 | MR. ENGQUIST:  Okay.  So we're taking a | 13:58:45 |
| 5 | break. | 13:58:47 |
| 6 | MR. AINSWORTH:  Just one second. | 13:58:47 |
| 7 | MR. ENGQUIST:  One second or -- | 13:58:49 |
| 8 | MS. ROSEN:  Well, wait.  We're asking for a | 13:58:50 |
| 9 | break.  There's no question pending.  We're asking | 13:58:52 |
| 10 | for a break. | 13:58:55 |
| 11 | MR. AINSWORTH:  All right.  Let's take a | 13:58:58 |
| 12 | break. | 13:58:59 |
| 13 | MS. ROSEN:  Are you denying a break? | 13:59:00 |
| 14 | MR. ENGQUIST:  Okay. | 13:59:01 |
| 15 | THE VIDEOGRAPHER:  Off the record, 1:59. | 13:59:02 |
| 16 | (A recess was taken from 1:59 p.m. to | 14:38:13 |
| 17 | 2:42 p.m.) | 14:41:30 |
| 18 | THE VIDEOGRAPHER:  Back on the record, 2:42. | 14:41:31 |
| 19 | BY MR. AINSWORTH: | 14:41:43 |
| 20 | Q  So if you get tired at any point during this | 14:41:49 |
| 21 | deposition, would you let us know? | 14:41:58 |
| 22 | A  Sure. | 14:42:00 |
| 23 | Q  And I'm going to assume that you're okay | 14:42:00 |
| 24 | unless you tell us.  All right.  So I'm checking in | 14:42:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    190

| | | |
|---|---|---|
| 1 | with you now just to make sure that if you are | 14:42:04 |
| 2 | fatigued or feeling in any way encumbered, please do | 14:42:07 |
| 3 | let us know. | 14:42:12 |
| 4 | A   Yes.   Thank you. | 14:42:13 |
| 5 | Q   You met with lawyers from Sydney and Austin; | 14:42:14 |
| 6 | right? | 14:42:25 |
| 7 | A   Yes. | 14:42:25 |
| 8 | Q   In 2013.   I think I said 2014 earlier, but | 14:42:25 |
| 9 | it was in 2013. | 14:42:25 |
| 10 | Does that sound right? | 14:42:29 |
| 11 | A   Yes. | 14:42:31 |
| 12 | MR. AINSWORTH:   Let's mark this as Exhibit | 14:42:33 |
| 13 | No. 4, please. | 14:42:35 |
| 14 | (Halvorsen Deposition Exhibit 4 marked | 14:42:35 |
| 15 | for identification and attached to the | 14:42:35 |
| 16 | transcript.) | 14:42:35 |
| 17 | Q   All right.   Have you seen this document | 14:42:48 |
| 18 | before, sir? | 14:42:50 |
| 19 | A   I don't remember seeing this specific | 14:42:50 |
| 20 | document, no. | 14:43:05 |
| 21 | Q   All right.   Let's turn to the second page of | 14:43:06 |
| 22 | Exhibit 4.   You told the -- so you had a meeting | 14:43:11 |
| 23 | with lawyers from Sidley Austin who were | 14:43:22 |
| 24 | investigating some cases on behalf of the City of | 14:43:26 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    191

| | | |
|---|---|---|
| 1 | Chicago. | 14:43:29 |
| 2 | Was that your understanding of the meeting? | 14:43:30 |
| 3 | A  No.  But -- I thought they were an outside | 14:43:32 |
| 4 | law firm who had been hired to defend Detective | 14:43:38 |
| 5 | Guevara, but it didn't turn out that way. | 14:43:42 |
| 6 | Q  What do you mean "didn't turn out that way"? | 14:43:45 |
| 7 | A  They were there to investigate -- they | 14:43:48 |
| 8 | weren't there to defend Guevara.  They were there | 14:43:50 |
| 9 | investigating Guevara. | 14:43:54 |
| 10 | Q  But you understood from your communications | 14:43:55 |
| 11 | with them that they were defending Guevara; is that | 14:43:58 |
| 12 | right? | 14:44:00 |
| 13 | A  I thought they were hired by the corporation | 14:44:00 |
| 14 | counsel to defend Guevara. | 14:44:04 |
| 15 | Q  You told the lawyers from Sidley Austin that | 14:44:06 |
| 16 | Detective Guevara's nephew had died in a | 14:44:09 |
| 17 | gang-related incident; is that right? | 14:44:13 |
| 18 | MR. ENGQUIST:  Objection.  Before we go on, | 14:44:14 |
| 19 | I have an objection.  On page 1 of this document you | 14:44:15 |
| 20 | put in front of him, it talks about how this was not | 14:44:17 |
| 21 | a verbatim or substantially verbatim transcript or | 14:44:20 |
| 22 | interview. | 14:44:23 |
| 23 | MR. AINSWORTH:  Why the speaking objection? | 14:44:24 |
| 24 | MR. ENGQUIST:  Well, I'm just -- | 14:44:24 |

| | | |
|---|---|---|
| 1 | MR. AINSWORTH:  Stop. | 14:44:26 |
| 2 | MR. ENGQUIST:  No.  I'm putting on the | 14:44:26 |
| 3 | record what it says it is.  If you're going to be | 14:44:28 |
| 4 | using it -- | 14:44:30 |
| 5 | MR. AINSWORTH:  Counsel -- | 14:44:30 |
| 6 | MR. ENGQUIST:  No.  If you're going to be | 14:44:31 |
| 7 | using this document to try to go through the -- | 14:44:31 |
| 8 | MR. AINSWORTH:  Stop.  We'll let the witness | 14:44:31 |
| 9 | step out of the room if you want to make a speaking | 14:44:31 |
| 10 | objection.  But I do not -- you're not allowed to | 14:44:33 |
| 11 | characterize documents. | 14:44:40 |
| 12 | MR. ENGQUIST:  The document characterizes | 14:44:40 |
| 13 | itself. | 14:44:42 |
| 14 | MR. AINSWORTH:  Then it doesn't need you to | 14:44:42 |
| 15 | do anything. | 14:44:44 |
| 16 | MR. ENGQUIST:  Well, it does if you're going | 14:44:46 |
| 17 | to try to imply it doesn't.  If it's something other | 14:44:47 |
| 18 | than what it is. | 14:44:50 |
| 19 | MR. AINSWORTH:  Josh, you can't do that in a | 14:44:50 |
| 20 | deposition.  You wouldn't do that at trial.  You | 14:44:52 |
| 21 | wouldn't stand up and say, Judge, the document says | 14:44:54 |
| 22 | in front of the jury.  This deposition is supposed | 14:44:57 |
| 23 | to be conducted as if we were at trial.  So you | 14:44:59 |
| 24 | don't do that. | 14:45:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    193

| | | |
|---|---|---|
| 1 | And if there's something that needs to be | 14:45:03 |
| 2 | clarified, you will have an opportunity to clarify | 14:45:05 |
| 3 | at the end of the deposition. | 14:45:07 |
| 4 | MS. ROSEN.  But it's a little bit different | 14:45:10 |
| 5 | than it is at a trial because there's no Judge here | 14:45:12 |
| 6 | to referee if, in fact, you're making | 14:45:14 |
| 7 | misrepresentations that lead the witness astray. | 14:45:17 |
| 8 | MR. AINSWORTH:  So -- | 14:45:17 |
| 9 | MS. ROSEN:  So if we need to send the | 14:45:20 |
| 10 | witness out of the room to clarify things like that, | 14:45:21 |
| 11 | we're happy to accommodate you. | 14:45:25 |
| 12 | MR. AINSWORTH:  Great. | 14:45:26 |
| 13 | MS. ROSEN:  Okay. | 14:45:26 |
| 14 | MR. AINSWORTH:  All right. | 14:45:27 |
| 15 | THE WITNESS:  Do you want me to leave? | 14:45:27 |
| 16 | MR. AINSWORTH:  No. | 14:45:28 |
| 17 | MS. ROSEN:  No.  We're good. | 14:45:28 |
| 18 | BY MR. AINSWORTH: | 14:45:31 |
| 19 | Q  Did you tell Sidley Austin -- the lawyers | 14:45:32 |
| 20 | from Sidley Austin in that meeting in October of | 14:45:34 |
| 21 | 2013 that Detective Guevara's nephew had died in a | 14:45:37 |
| 22 | gang-related incident? | 14:45:41 |
| 23 | A  I told them that his wife's nephew had been | 14:45:42 |
| 24 | murdered. | 14:45:47 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    194

| | | |
|---|---|---|
| 1 | Q   How did you learn that? | 14:45:48 |
| 2 | A   It was an Area 5 murder case. | 14:45:49 |
| 3 | Q   How did you learn that, sir? | 14:45:50 |
| 4 | A   I work in Area 5. | 14:45:53 |
| 5 | Q   Did you investigate it? | 14:45:55 |
| 6 | A   Initially, I did with Guevara until I | 14:46:01 |
| 7 | learned that it was -- it was his wife's nephew. | 14:46:06 |
| 8 | Then I said, No, we're not going to investigate this | 14:46:08 |
| 9 | anymore, and I backed off. | 14:46:12 |
| 10 | Q   Did Ray Guevara back off? | 14:46:13 |
| 11 | A   I don't know. | 14:46:16 |
| 12 | Q   Why did you back off? | 14:46:16 |
| 13 | A   Because I thought it was an obvious | 14:46:20 |
| 14 | conflict. | 14:46:23 |
| 15 | Q   When was this that Detective Guevara's | 14:46:23 |
| 16 | nephew died? | 14:46:27 |
| 17 | A   I don't remember. | 14:46:28 |
| 18 | Q   It was while you and Ray were partners? | 14:46:28 |
| 19 | A   Yes, we were. | 14:46:33 |
| 20 | Q   And here you -- do you know what his | 14:46:34 |
| 21 | nephew's name was -- or his wife's nephew's name | 14:46:43 |
| 22 | was? | 14:46:46 |
| 23 | A   No. | 14:46:46 |
| 24 | Q   Do you know whether the killer was brought | 14:46:47 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    195

| | | |
|---|---|---|
| 1 | to justice? | 14:46:51 |
| 2 | MS. ROSEN:  Object to the form. | 14:46:52 |
| 3 | A  No. | 14:46:53 |
| 4 | BY MR. AINSWORTH: | 14:46:53 |
| 5 | Q  Do you know who worked the case? | 14:46:57 |
| 6 | A  No. | 14:46:58 |
| 7 | Q  According to Sidley Austin, you told them | 14:46:59 |
| 8 | that those of Mexican descent struggle to understand | 14:47:07 |
| 9 | Detective Guevara's Spanish. | 14:47:14 |
| 10 | MR. ENGQUIST:  Objection to form. | 14:47:15 |
| 11 | Q  Is that something you told the lawyers at | 14:47:16 |
| 12 | Sidley Austin? | 14:47:19 |
| 13 | A  That's not what I said. | 14:47:19 |
| 14 | Q  What did you say about Mexican -- people of | 14:47:21 |
| 15 | Mexican descent being able to understand Detective | 14:47:24 |
| 16 | Guevara's Spanish? | 14:47:27 |
| 17 | A  We were discussing another case. | 14:47:28 |
| 18 | Q  Solache and Reyes? | 14:47:36 |
| 19 | A  Solache and Reyes. | 14:47:37 |
| 20 | And in my presence, Guevara was having an | 14:47:42 |
| 21 | argument with another detective named Danny Trevino. | 14:47:45 |
| 22 | And I -- what are you guys arguing about? | 14:47:49 |
| 23 | And Trevino told me that the Mexican | 14:47:56 |
| 24 | suspects we had in custody weren't understanding | 14:47:56 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    196

| | | |
|---|---|---|
| 1 | Guevara's Humboldt Park Puerto Rican, and they got | 14:48:00 |
| 2 | into a heated argument about who was the better | 14:48:06 |
| 3 | interpreter, and that's what I told Sidley Austin. | 14:48:10 |
| 4 | Q  Who got in a heated argument? | 14:48:12 |
| 5 | A  Trevino and Guevara. | 14:48:12 |
| 6 | Q  And Guevara was saying that he was a better | 14:48:14 |
| 7 | interpreter? | 14:48:17 |
| 8 | A  Yes. | 14:48:17 |
| 9 | Q  And Trevino was saying that Solache and | 14:48:17 |
| 10 | Reyes were saying they couldn't understand Guevara. | 14:48:20 |
| 11 | A  Trevino was saying that they were having a | 14:48:22 |
| 12 | hard time understanding Guevara, yes. | 14:48:24 |
| 13 | Q  If you go down to the forth paragraph down, | 14:48:26 |
| 14 | it states -- the memo states, "Despite their lengthy | 14:48:41 |
| 15 | partnership, Detective Halvorsen reported and that | 14:48:45 |
| 16 | he and Detective Guevara did not socialize together. | 14:48:47 |
| 17 | He was aware, however, that Detective Guevara 'had a | 14:48:50 |
| 18 | temper' and 'used to do crazy ass stuff' when off | 14:48:54 |
| 19 | duty." | 14:49:00 |
| 20 | Do you see that, sir? | 14:49:01 |
| 21 | A  I know for a fact he had a temper because we | 14:49:02 |
| 22 | argued. | 14:49:06 |
| 23 | Q  Okay.  How did you know that Guevara had a | 14:49:06 |
| 24 | temper? | 14:49:10 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    197

| | | |
|---|---|---|
| 1 | A   He yelled at me. | 14:49:10 |
| 2 | Q   What did he yell at you about? | 14:49:11 |
| 3 | A   Minor points in cases.  We'd argue about | 14:49:13 |
| 4 | different things. | 14:49:18 |
| 5 | Q   So you told the lawyers at Sidley Austin | 14:49:18 |
| 6 | that Guevara had a temper; right? | 14:49:21 |
| 7 | A   Based on his interrelations with me. | 14:49:26 |
| 8 | Q   All right.  And did you tell the lawyers at | 14:49:28 |
| 9 | Sidley Austin that Guevara used to do crazy ass | 14:49:32 |
| 10 | stuff when off duty? | 14:49:36 |
| 11 | A   Yes. | 14:49:37 |
| 12 | Q   What did you tell them -- why did you tell | 14:49:38 |
| 13 | them that Guevara used to do crazy ass stuff when | 14:49:41 |
| 14 | off duty? | 14:49:45 |
| 15 | A   Because I gave a specific example to them, | 14:49:45 |
| 16 | and I gave a specific example here earlier today | 14:49:49 |
| 17 | about him going into the 14th district and causing a | 14:49:52 |
| 18 | commotion over a parking ticket. | 14:49:55 |
| 19 | Q   So what did you tell Sidley Austin about | 14:49:57 |
| 20 | Guevara doing crazy ass stuff when off duty? | 14:50:01 |
| 21 | MR. ENGQUIST:  Objection; asked and | 14:50:06 |
| 22 | answered. | 14:50:06 |
| 23 | A   That specific incident at the 14th district. | 14:50:08 |
| 24 | I don't remember anything else. | 14:50:11 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    198

```
 1   BY MR. AINSWORTH:                                    14:50:11
 2      Q   So why did you say that Guevara used to do    14:50:12
 3   crazy ass stuff when off duty?  Simply because of    14:50:16
 4   that one incident?  Is that what you're saying?      14:50:19
 5      A   That I can recall, yes.  That was something   14:50:21
 6   to me that was crazy.                                14:50:24
 7      Q   Were there other things that Guevara was      14:50:26
 8   doing while off duty that you can't recall now but   14:50:29
 9   gave you the impression that he would do crazy ass   14:50:32
10   stuff?                                               14:50:36
11      A   No.                                           14:50:36
12      Q   And you told Sidley about -- the lawyers at   14:50:38
13   Sidley Austin about the one instance of going into   14:50:44
14   the 14th district; right?                            14:50:47
15      A   Yes.                                          14:50:49
16      Q   Why did you characterize the one instant as  14:50:50
17   Guevara used to do -- you know, doing crazy ass      14:50:55
18   stuff when off duty?                                 14:50:58
19      MR. ENGQUIST:  Objection; asked and              14:50:59
20   answered, form.                                      14:51:02
21      Go ahead.                                         14:51:03
22      A   My opinion.                                   14:51:04
23      Q   Why did you have that opinion based on one   14:51:05
24   incident?                                            14:51:08
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    199

| | | |
|---|---|---|
| 1 | A   Because what he got involved with that day | 14:51:08 |
| 2 | to me was crazy ass. | 14:51:11 |
| 3 | Q   So he was somebody who you said would -- | 14:51:13 |
| 4 | used to do crazy ass stuff because on one occasion | 14:51:17 |
| 5 | he argued about a parking ticket. | 14:51:21 |
| 6 | A   I used that as one example that I could | 14:51:23 |
| 7 | remember.  I couldn't remember anything else. | 14:51:25 |
| 8 | Q   You see in that first footnote at the bottom | 14:51:27 |
| 9 | of that second page, it says, "Detective Halvorsen | 14:51:40 |
| 10 | explained that although it had 'always bothered' him | 14:51:44 |
| 11 | that they sometimes memorialized in English | 14:51:47 |
| 12 | statements taken from and approved by Spanish-only | 14:51:50 |
| 13 | speakers, the office of the state's attorney had | 14:51:53 |
| 14 | knowledge of and seemed 'comfortable' with the | 14:51:55 |
| 15 | practice." | 14:51:57 |
| 16 | Do you see that, sir? | 14:51:57 |
| 17 | A   Yes.  I remember that distinctly. | 14:51:58 |
| 18 | Q   And you told the lawyers at Sidley Austin | 14:52:01 |
| 19 | that it always bothered you that Chicago police | 14:52:03 |
| 20 | officers sometimes memorialized in English | 14:52:07 |
| 21 | statements taken from and approved by Spanish-only | 14:52:09 |
| 22 | speakers? | 14:52:12 |
| 23 | A   I told Sidley Austin what bothered me in the | 14:52:13 |
| 24 | Solache and Reyes case specifically is that we had | 14:52:18 |

| | | |
|---|---|---|
| 1 | two guys who couldn't speak English.  They couldn't | 14:52:22 |
| 2 | read and write English, but yet they were having | 14:52:26 |
| 3 | state's attorneys come in there and taking | 14:52:29 |
| 4 | handwritten statements from them interpreted by | 14:52:31 |
| 5 | Chicago police officers in English. | 14:52:35 |
| 6 |        And I walked in, and I says, How in the | 14:52:39 |
| 7 | world are they supposed to read these statements? | 14:52:42 |
| 8 | So why are we doing this?  This was not my call. | 14:52:44 |
| 9 | This was the State's Attorney's decision. | 14:52:48 |
| 10 |        And they just answered me, Well, this is the | 14:52:49 |
| 11 | way we always did it. | 14:52:53 |
| 12 |        Then I finally got an answer from the | 14:52:54 |
| 13 | state's attorney's office.  They wanted it written | 14:52:56 |
| 14 | in English so that when a handwritten statement went | 14:52:58 |
| 15 | to the jury, they could read it. | 14:53:03 |
| 16 |        I never liked their -- this wasn't our | 14:53:05 |
| 17 | practice.  This was the state's attorney's office | 14:53:06 |
| 18 | practice. | 14:53:08 |
| 19 |    Q  I would like you to take a look at the last | 14:53:09 |
| 20 | paragraph on page 3 here. | 14:53:55 |
| 21 |        It says, "According to Detective Halvorsen, | 14:53:56 |
| 22 | the investigation began to progress in earnest when | 14:54:11 |
| 23 | Vicente was arrested for armed robbery on May 14, | 14:54:16 |
| 24 | 1993.  At that time, according to Detective | 14:54:20 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    201

| 1 | Halvorsen, Vicente informed Detective Bongiorno, | 14:54:23 |

1    Halvorsen, Vicente informed Detective Bongiorno,        14:54:23

2    Sergeant Mingey, and his arresting officers that"       14:54:27

3    they -- "that he had been with the 'guys who killed     14:54:30

4    Vargas,' i.e., Serrano, Montanez, and Pacheco           14:54:33

5    shortly after the murder was committed.                 14:54:37

6         "Detective Halvorsen and Detective Guevara         14:54:41

7    met with Vicente in connection with the Vargas          14:54:42

8    murder the following day.  According to Detective       14:54:45

9    Halvorsen, this sequence of events rendered Serrano     14:54:47

10   and Montanez's argument that they were wrongfully       14:54:52

11   convicted through Detective Guevara's fabrication of    14:54:54

12   the evidence provided by Vicente 'the easiest claim     14:54:58

13   in the world to destroy.'"                              14:54:59

14        Do you see that, sir?                              14:55:02

15    A  I see the paragraph, yes.                           14:55:02

16    Q  And is that in sum and substance what you           14:55:04

17   told Sidley Austin when you met with them on            14:55:07

18   October 21st, 199 -- 2013?                              14:55:11

19    A  I don't remember specifically what I told           14:55:14

20   them, but there's glaring errors in this.  I            14:55:17

21   probably provided the errors because when I went to     14:55:21

22   Sidley Austin, as I mentioned before, I thought they    14:55:24

23   were hired by the City to represent Guevara.            14:55:26

24        They did not let me review any reports             14:55:29

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    202

| | | |
|---|---|---|
| 1 | before I talked to them. I walked in there | 14:55:32 |
| 2 | completely cold and ignorant as to what's going on. | 14:55:35 |
| 3 | I had completely forgotten that we had used Vicente | 14:55:38 |
| 4 | on multiple homicide investigations, and I am | 14:55:42 |
| 5 | factually wrong here in a lot of the stuff I told | 14:55:47 |
| 6 | them. | 14:55:50 |
| 7 | Q  All right.  So you're saying that you did | 14:55:50 |
| 8 | tell Sidley Austin the substance that's attributed | 14:55:52 |
| 9 | to you in this paragraph, but that you were mistaken | 14:55:55 |
| 10 | when you said it; Is that what you're saying? | 14:55:58 |
| 11 | MR. ENGQUIST:  Objection; mischaracterizing | 14:56:00 |
| 12 | his testimony.  Also I'm objecting because I think | 14:56:02 |
| 13 | you're mischaracterizing the document itself. | 14:56:05 |
| 14 | A  What was your question again? | 14:56:11 |
| 15 | Q  You're saying that you did provide the | 14:56:14 |
| 16 | information attributed to you in this -- the | 14:56:16 |
| 17 | paragraph that I just read to you, the last | 14:56:19 |
| 18 | paragraph on page 3, but you're saying it's | 14:56:21 |
| 19 | erroneous; right? | 14:56:24 |
| 20 | A  I don't remember what I told these guys back | 14:56:25 |
| 21 | then, but I'm looking at this now and parts of this | 14:56:29 |
| 22 | are wrong.  I may have told them the wrong | 14:56:33 |
| 23 | information, but I know now it's wrong.  It wasn't | 14:56:35 |
| 24 | Detective Bongiorno, it was Detective Maher who | 14:56:38 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                        203

| | | |
|---|---|---|
| 1 | first interviewed Francisco Vicente. | 14:56:42 |
| 2 | Q  Let's go on to the next page. | 14:56:44 |
| 3 | Do you see the top paragraph there. | 14:56:54 |
| 4 | It says, "We pointed out to Detective | 14:56:56 |
| 5 | Halvorsen that we were not aware of any | 14:57:04 |
| 6 | documentation confirming that Vicente had provided | 14:57:06 |
| 7 | information in the Vargas matter prior to meeting | 14:57:09 |
| 8 | with Detective Halvorsen and Detective Guevara on | 14:57:12 |
| 9 | June 2nd, 1993. | 14:57:14 |
| 10 | "In response, Detective Halvorsen explained | 14:57:16 |
| 11 | that the information obtained during the May 15, | 14:57:21 |
| 12 | 1993, meeting with Vicente was not officially | 14:57:25 |
| 13 | memorialized until the June 2nd, 1993, supplementary | 14:57:28 |
| 14 | report was drafted because he wanted to verify | 14:57:33 |
| 15 | several facts before putting it on paper and | 14:57:37 |
| 16 | muddying up the case. | 14:57:39 |
| 17 | "Detective Halvorsen did insist, however, | 14:57:41 |
| 18 | that if we were to locate the original investigative | 14:57:45 |
| 19 | file, aka the RD or street file, we would find | 14:57:47 |
| 20 | handwritten notes confirming this sequence. | 14:57:52 |
| 21 | "As Detective Halvorsen explained, they were | 14:57:54 |
| 22 | reluctant to file an official report prior to | 14:57:56 |
| 23 | verifying portions of Vicente's story because | 14:57:59 |
| 24 | bullshit stays that way and forever taints the file. | 14:58:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          204

| | | |
|---|---|---|
| 1 | Detective Halvorsen emphasized that he initially | 14:58:06 |
| 2 | suspected that Vicente was a big bullshit artist." | 14:58:08 |
| 3 |     Do you see that, sir? | 14:58:12 |
| 4 | A  Yes. | 14:58:13 |
| 5 | Q  And did you provide that information to the | 14:58:13 |
| 6 | lawyers at Sidley Austin? | 14:58:17 |
| 7 | A  I don't remember this at all. | 14:58:18 |
| 8 | Q  All right.  Are you saying that you didn't | 14:58:20 |
| 9 | tell them that you wanted to verify several facts | 14:58:24 |
| 10 | from Vicente "before putting it on paper and | 14:58:29 |
| 11 | muddying up the case"? | 14:58:31 |
| 12 | A  I'm not saying that they're wrong.  I'm just | 14:58:33 |
| 13 | saying that I don't remember this. | 14:58:36 |
| 14 | Q  All right.  So you're not disputing that you | 14:58:37 |
| 15 | said this.  You just don't remember. | 14:58:40 |
| 16 |     That's what you're saying? | 14:58:42 |
| 17 | A  That's correct. | 14:58:42 |
| 18 |     MS. ROSEN:  Object to the form. | 14:58:43 |
| 19 | Q  Going to the next paragraph, it says, | 14:58:48 |
| 20 | "Specifically Detective Halvorsen wanted to verify | 14:58:51 |
| 21 | information regarding damage Montanez's car | 14:58:52 |
| 22 | sustained during the murder, both from ricocheting | 14:58:56 |
| 23 | or pass-through bullets and from a collision during | 14:58:57 |
| 24 | the getaway." | 14:59:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    205

```
 1          Do you see that, sir?                    14:59:03
 2      A   Yes.                                     14:59:04
 3      Q   All right.  So did you tell the lawyers from    14:59:05
 4  Sidley Austin that you wanted to verify information    14:59:09
 5  regarding damage Montanez's car sustained during the   14:59:11
 6  murder, both from ricocheting or pass-through          14:59:15
 7  bullets and from a collision during the getaway?       14:59:17
 8      A   I don't really remember what I told Sidley.    14:59:20
 9      Q   Did you want to --                       14:59:24
10          MR. ENGQUIST:  Are you done answering    14:59:24
11  or not?                                          14:59:26
12          THE WITNESS:  Huh?                       14:59:26
13          MR. ENGQUIST:  Were you done answering?  14:59:27
14      A   What was the question again?             14:59:29
15      Q   Let me ask it.                           14:59:30
16          Did you want to verify information regarding   14:59:31
17  damage to Montanez's car from ricocheting bullets or   14:59:35
18  pass-through bullets?                            14:59:40
19      A   Did I?  Yes.                             14:59:41
20      Q   Why did you want to verify information about   14:59:42
21  damage to Montanez's car both from ricocheting or      14:59:45
22  pass-through bullets -- pass-through bullets?          14:59:49
23      A   That would give weight to the statement  14:59:50
24  provided to me by Francisco Vicente.             14:59:54
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    206

```
1      Q  So you wanted to see if the ballistic         14:59:56

2   evidence from Montanez's car would match Vicente's   15:00:02

3   statement?                                           15:00:06

4      A  I wanted to see if there were bullet holes     15:00:06

5   in the car.  I wanted to see if there was damage to  15:00:11

6   the car where Francisco Vicente had told me.         15:00:14

7      Q  Do you think that the bullet holes in          15:00:20

8   Montanez's car was caused as a result of the murder? 15:00:27

9      A  Francisco Vicente told me that the car had     15:00:30

10  been shot by one of the defendants at the time that  15:00:38

11  the murder took place.                               15:00:42

12     Q  And you -- and that's what you believed,       15:00:43

13  that the bullet holes in the car was a result of the 15:00:49

14  murder; right?                                       15:00:51

15     A  You're using the word "holes."  I think        15:00:52

16  Francisco Vicente only told me one bullet hole.      15:00:59

17     Q  Sorry.  Let me phrase then.                    15:01:01

18        So your belief was that the bullet hole in     15:01:04

19  Mr. Montanez's car was a result of the murder;       15:01:08

20  right?                                               15:01:12

21     A  It took place during the murder, yes.          15:01:12

22     Q  And that's based on what Vicente told you;     15:01:14

23  correct?                                             15:01:19

24     A  Yes.                                           15:01:19
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    207

1     Q  All right.  It says, "Detective Halvorsen        15:01:20

2   also wanted to verify information regarding a store    15:01:30

3   called Gold Busters, to which Vicente accompanied      15:01:32

4   Montanez, Serrano, and Pacheco after the murder for    15:01:37

5   purposes of fencing gold.                              15:01:40

6        "Detective Halvorsen informed us that            15:01:43

7   thereafter he confirmed that Montanez's car had        15:01:44

8   sustained the described damage.  However, Detective    15:01:47

9   Halvorsen and Detective Guevara went looking for but   15:01:51

10  couldn't find a store called Gold Busters.             15:01:55

11  Ultimately, they determined that Vicente's story       15:01:59

12  about Gold Busters was bullshit."                      15:02:01

13        Did you tell the lawyers from Sidley Austin      15:02:05

14  the information that's attributed to you here?          15:02:09

15    A  Again, I don't remember what I told Sidley        15:02:11

16  Austin.  As far as the investigation, we did try to    15:02:18

17  find a store called Gold Busters.  We were unable to   15:02:22

18  locate the store.                                      15:02:27

19    Q  And the damage to Montanez's car?                 15:02:31

20    A  And we did confirm on Montanez's car that         15:02:33

21  there was vehicle damage and a bullet hole as told     15:02:38

22  to us by Francisco Vicente.                            15:02:43

23    Q  And so you went looking for Gold Busters          15:02:44

24  because that would help corroborate Vicente's          15:02:48

| | | |
|---|---|---|
| 1 | information to you; right? | 15:02:50 |
| 2 | A  Yes. | 15:02:51 |
| 3 | Q  And conversely, if Gold Busters didn't | 15:02:53 |
| 4 | exist, that would cast some doubt on Vicente's | 15:02:58 |
| 5 | statement; right? | 15:03:04 |
| 6 | A  I don't know if Gold Busters ever existed, | 15:03:04 |
| 7 | but we could not find it. | 15:03:09 |
| 8 | Q  And you did that as part of your | 15:03:11 |
| 9 | investigation to the Vargas homicide, to look for | 15:03:14 |
| 10 | Gold Busters? | 15:03:17 |
| 11 | A  Yes. | 15:03:17 |
| 12 | Q  And so when you couldn't find any indication | 15:03:17 |
| 13 | that Gold Busters actually existed -- well, strike | 15:03:24 |
| 14 | that. | 15:03:24 |
| 15 | What did you do to try and find Gold | 15:03:30 |
| 16 | Busters? | 15:03:33 |
| 17 | A  We went to the location where Francisco | 15:03:33 |
| 18 | Vicente said it was located.  I think it was at the | 15:03:35 |
| 19 | corner of Diversey and Harding in an apartment | 15:03:38 |
| 20 | building on the first floor.  When we got there it | 15:03:43 |
| 21 | was a vacant -- vacant storefront.  There was | 15:03:48 |
| 22 | nothing there.  We talked to people in the building, | 15:03:50 |
| 23 | and they couldn't give us any information about who | 15:03:53 |
| 24 | had been there. | 15:03:57 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    209

1    Q   And did you do this after Vicente had told          15:03:57

2  you about it on June 2nd?                                 15:04:00

3    A   It was sometime after Vicente had given us          15:04:02

4  the June 2nd statement.                                   15:04:05

5    Q   Sometime in the month of June of 1993?              15:04:06

6    A   Yes.                                                15:04:09

7    Q   Did you ask Vicente when you saw him again,         15:04:11

8  Hey, Francisco, you know, we went to Gold Busters,        15:04:16

9  and it wasn't where you said it was; you know,            15:04:21

10  what's going on?                                         15:04:23

11    MR. ENGQUIST:  Objection to form.                      15:04:23

12    Go ahead.                                              15:04:25

13    A   I don't remember asking him that.                  15:04:26

14    Q   Why didn't you try and find out from               15:04:28

15  Francisco Vicente why he had given you incorrect         15:04:30

16  information about Gold Busters?                           15:04:33

17    A   I didn't know it was incorrect.                    15:04:34

18    Q   Well, it wasn't where he said it was; right?       15:04:36

19    A   Well, it might have been there, but it was         15:04:38

20  gone.                                                    15:04:40

21    Q   You went there just a few days after he told       15:04:40

22  you about it; right?                                     15:04:44

23    A   No.  I just said at some time after the            15:04:45

24  statement.  I didn't say it was a few days after he      15:04:49

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    210

1    gave us the statement.                              15:04:52

2        Q   Sorry.  I misspoke.  Let me ask it this way. 15:04:52

3        Did you ask Francisco, you know, did Gold      15:04:56

4    Busters close or, you know, what happened here?    15:05:04

5        A   No, I did not.                              15:05:06

6        Q   Were you curious as to why you were unable  15:05:11

7    to corroborate his story about Gold Busters?       15:05:15

8        A   No.                                         15:05:18

9        Q   Why weren't you curious?                    15:05:18

10       A   Francisco Vicente portrayed it as a         15:05:21

11   fly-by-night outfit that was buying stolen         15:05:24

12   merchandise off the street.  So the fact that they 15:05:27

13   set up shop for a short time and disappeared did not 15:05:30

14   seem strange to me.                                 15:05:33

15       Q   So then you documented in your supplementary 15:05:34

16   report that you tried to confirm the existence of  15:05:38

17   Gold Busters but were unable to because the location 15:05:41

18   where Vicente said it was was a vacant lot.        15:05:44

19       A   It was a vacant storefront.  That's correct. 15:05:46

20       Q   Vacant storefront.                          15:05:50

21       And you documented that in a typed            15:05:54

22   supplementary report; is that right?               15:05:57

23       A   I'd have to see the report, but I believe  15:05:58

24   so.                                                 15:06:02

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          211

1      Q  Is there any reason why you wouldn't          15:06:02

2   document that fact?                                 15:06:05

3      A  No.                                           15:06:06

4      Q  You wouldn't try and hide that or anything,   15:06:06

5   would you?                                          15:06:10

6      A  No.                                           15:06:10

7      MS. ROSEN:  Object to the form.                  15:06:11

8      Q  Because that would be wrong if you tried to   15:06:12

9   hide the fact that you investigated Gold Busters but 15:06:14

10  were unable to find any sign of its existence?      15:06:17

11     A  It would be wrong if we tried to conceal a    15:06:21

12  material fact, but I think I did document that we   15:06:24

13  went and looked for the place and couldn't find it. 15:06:27

14     Q  And I'm just saying, thus, it would be wrong  15:06:29

15  if you had withheld the information about trying to  15:06:34

16  corroborate Vicente's story about Gold Busters but  15:06:37

17  were unable to do so; right?                        15:06:41

18     A  It would be wrong if we tried to, but we      15:06:43

19  didn't.                                             15:06:46

20     Q  But you didn't hide that information, you're  15:06:46

21  saying?                                             15:06:51

22     A  We didn't hide that information.              15:06:51

23     Q  And it would be wrong if you did; right?      15:06:52

24     A  Yes.                                          15:06:54

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    212

| | | |
|---|---|---|
| 1 | MS. NIKOLAEVSKAYA:  Form. | 15:06:54 |
| 2 | THE REPORTER:  Pardon? | 15:07:03 |
| 3 | MS. NIKOLAEVSKAYA:  Withdrawn. | 15:07:03 |
| 4 | BY MR. AINSWORTH: | 15:07:05 |
| 5 | Q  Okay.  All right.  Let's go to the very last | 15:07:13 |
| 6 | sentence actually on that same page, page 4.  Just | 15:07:36 |
| 7 | the very last beginning of a paragraph at the bottom | 15:07:42 |
| 8 | of the page where it says, "Detective Halvorsen also | 15:07:44 |
| 9 | explained that," and then it goes on to the next | 15:07:47 |
| 10 | page.  So it's the very end of that page, sir. | 15:07:50 |
| 11 | A  On page 4? | 15:07:54 |
| 12 | Q  Yeah.  If you don't -- can I point to it? | 15:07:55 |
| 13 | Would that help you? | 15:07:57 |
| 14 | A  No.  Just tell me. | 15:07:58 |
| 15 | Q  It's says, "Detective Halvorsen also | 15:07:59 |
| 16 | explained that," and it's just a fragment of the | 15:08:01 |
| 17 | last sentence at the bottom of the page and perhaps | 15:08:04 |
| 18 | I can -- | 15:08:07 |
| 19 | A  The bottom on my page, it says something | 15:08:08 |
| 20 | about Vicente. | 15:08:10 |
| 21 | Q  Right.  Yeah.  That's a footnote, sir.  So | 15:08:10 |
| 22 | if you just go up to above the -- where it starts | 15:08:13 |
| 23 | there. | 15:08:17 |
| 24 | A  Okay.  And your question? | 15:08:17 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    213

```
 1      Q   Just if you would just read along with me      15:08:19
 2   for right now.  "Detective Halvorsen also explained   15:08:22
 3   that there was a significant risk that Vicente's      15:08:24
 4   name would leak if it were included in the police     15:08:27
 5   report because Joe Miedzianowski, John" Woodall "and  15:08:30
 6   other CPD personnel routinely photo --"               15:08:35
 7           MS. ROSEN:  The word is Woodard.              15:08:37
 8           MR. ENGQUIST:  Woodard.                       15:08:37
 9      Q   Sorry.  "And other CPD personnel routinely     15:08:40
10   photocopied reports and gave them to shit heads."     15:08:43
11      A   Okay.                                          15:08:46
12      Q   "For this reason Detective Halvorsen and       15:08:46
13   Detective Guevara did not trust other detectives to   15:08:48
14   maintain source confidentiality."                     15:08:52
15           Do you see that?                              15:08:54
16      A   That's not at the bottom of page 4.  This is   15:08:54
17   the top of page 5.                                    15:08:57
18      Q   Right.  Starting at the bottom of page 4.      15:08:58
19      A   Oh, going to the top of page 5.  And your      15:09:00
20   question?                                             15:09:02
21      Q   Did you tell that information to the lawyers   15:09:02
22   at Sidley Austin?                                     15:09:05
23      A   Again, I don't remember what I told those      15:09:05
24   guys over at Sidley Austin.                           15:09:09
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    214

```
1      Q  But you don't dispute that you told them          15:09:10

2    that.                                                   15:09:12

3      A  No.                                                15:09:12

4      Q  And that it's true that you knew that Joe          15:09:13

5    Miedzianowski and John Woodall --                       15:09:20

6         MR. ENGQUIST:  Not Woodall, Woodard.  It's a       15:09:21

7    different person.                                       15:09:24

8         MR. AINSWORTH:  I'm saying Woodall.                15:09:26

9         MR. ENGQUIST:  I know.  But that's not what        15:09:26

10   it says.                                                15:09:27

11        MR. AINSWORTH:  I am aware of what it says.         15:09:27

12        MR. ENGQUIST:  So you're -- well, then I'm         15:09:29

13   objecting if it's characterizing what it says in the    15:09:29

14   report.                                                 15:09:31

15        MR. AINSWORTH:  I'm not --                          15:09:31

16        MR. ENGQUIST:  Yes, you are.  You're trying        15:09:32

17   to trick the client -- trick my client.  That's not    15:09:33

18   what it says.  You read it wrong, and now you're       15:09:35

19   changing it again.                                      15:09:37

20     Q  Sir, were you referring to John Woodall when      15:09:39

21   you were talking to Sidley Austin?                      15:09:44

22     A  I don't remember what I was -- I don't            15:09:45

23   remember what I said to Sidley Austin.                  15:09:47

24     Q  Right.  So in terms of the shit heads who         15:09:49
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    215

| | | |
|---|---|---|
| 1 | would photocopy -- or the guys who would photocopy | 15:09:51 |
| 2 | files and give them to shit heads, was John Woodall | 15:09:55 |
| 3 | one of those people who you considered? | 15:09:58 |
| 4 | A  Someone who photocopied reports? | 15:10:01 |
| 5 | Q  Yeah. | 15:10:04 |
| 6 | A  I never considered him.  I considered Joe | 15:10:05 |
| 7 | Miedzianowski. | 15:10:09 |
| 8 | Q  All right.  And the guy's name was John | 15:10:09 |
| 9 | Woodall; right? | 15:10:12 |
| 10 | A  Yes. | 15:10:13 |
| 11 | MS. ROSEN:  Object to the form. | 15:10:13 |
| 12 | Q  John Woodard is just a -- | 15:10:15 |
| 13 | A  A typo. | 15:10:16 |
| 14 | Q  A typo.  Okay. | 15:10:17 |
| 15 | So Joe Miedzianowski was somebody who you | 15:10:18 |
| 16 | knew to photocopy reports and give them to shit | 15:10:25 |
| 17 | heads; right? | 15:10:28 |
| 18 | A  Yes. | 15:10:28 |
| 19 | Q  How did you know that? | 15:10:29 |
| 20 | A  I had a murder case.  I had a good witness | 15:10:30 |
| 21 | in this murder case.  He identified the shooter, | 15:10:36 |
| 22 | came forward and gave us statements, agreed to | 15:10:42 |
| 23 | testify.  We were going to take him down to the | 15:10:45 |
| 24 | grand jury to have him locked in, and he | 15:10:49 |

| | | |
|---|---|---|
| 1 | disappeared. | 15:10:52 |
| 2 | It took us days to find him again | 15:10:53 |
| 3 | eventually, and then I said, What are you doing?  I | 15:10:56 |
| 4 | said, Why are you hiding? | 15:10:59 |
| 5 | He said, My father came to me with my | 15:11:01 |
| 6 | statement and showed it to me.  His statement that | 15:11:04 |
| 7 | he had given us. | 15:11:08 |
| 8 | And his father, you know, got into him. | 15:11:09 |
| 9 | And my witness asked his father, Well, where | 15:11:15 |
| 10 | the hell did you get this from? | 15:11:19 |
| 11 | And he said Joe Miedzianowski. | 15:11:20 |
| 12 | It's as simple as that.  Then I went back. | 15:11:23 |
| 13 | We told Commander Cline about this.  He instituted a | 15:11:25 |
| 14 | CR investigation.  Where it went from there, I got | 15:11:28 |
| 15 | no idea. | 15:11:32 |
| 16 | Q  Well, did anyone from OPS or IAD ever | 15:11:33 |
| 17 | question you about that incident? | 15:11:38 |
| 18 | A  No. | 15:11:39 |
| 19 | Q  How did you know a CR was obtained? | 15:11:40 |
| 20 | A  Because Cline told me he did it. | 15:11:41 |
| 21 | Q  And who was the victim in that case? | 15:11:45 |
| 22 | A  I don't remember the name of the victim. | 15:11:52 |
| 23 | Q  Who was the suspect? | 15:11:55 |
| 24 | A  I just remember his nickname was Baby Bum. | 15:11:56 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    217

| | | |
|---|---|---|
| 1 | Q  Who was the witness? | 15:11:59 |
| 2 | A  I don't remember that. | 15:12:01 |
| 3 | Q  Did you talk to Joe Miedzianowski about | 15:12:02 |
| 4 | this? | 15:12:07 |
| 5 | A  Did I?  No. | 15:12:07 |
| 6 | Q  Why not? | 15:12:08 |
| 7 | A  I went to Cline and told him about the | 15:12:08 |
| 8 | allegation.  I'm not going to confront Joe | 15:12:12 |
| 9 | Miedzianowski about giving our paperwork to gang | 15:12:15 |
| 10 | bangers. | 15:12:19 |
| 11 | Q  Was this Phil Cline? | 15:12:20 |
| 12 | A  Yes. | 15:12:20 |
| 13 | Q  And what year was this? | 15:12:20 |
| 14 | A  Probably someplace in the '90s. | 15:12:23 |
| 15 | Q  Was Guevara your partner? | 15:12:28 |
| 16 | A  He probably was because he always warned me | 15:12:29 |
| 17 | to stay away from Joe Miedzianowski. | 15:12:39 |
| 18 | Q  Did you and Ray talk about Miedzianowski? | 15:12:42 |
| 19 | A  We really didn't have dealings with him.  I | 15:12:51 |
| 20 | never understood what the problem was, but more than | 15:12:54 |
| 21 | twice Guevara told me don't have anything to do with | 15:12:57 |
| 22 | Joe Miedzianowski. | 15:13:01 |
| 23 | Q  Did he tell you why? | 15:13:02 |
| 24 | A  No. | 15:13:05 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    218

| | | |
|---|---|---|
| 1 | Q  Did you ask him? | 15:13:05 |
| 2 | A  I assumed it was something from their gang | 15:13:06 |
| 3 | crime days together, but I don't know. | 15:13:10 |
| 4 | Q  Did you ask him why? | 15:13:11 |
| 5 | A  No. | 15:13:13 |
| 6 | Q  Why -- | 15:13:13 |
| 7 | A  I asked him, but he never told me. | 15:13:14 |
| 8 | Q  He just refused to say? | 15:13:16 |
| 9 | A  Yeah. | 15:13:18 |
| 10 | Q  Let's go back on this page 5 of Exhibit 4, | 15:13:20 |
| 11 | the first full paragraph where it says, "Detective | 15:13:32 |
| 12 | Halvorsen informed us that on June 2nd, 1993, as he | 15:13:36 |
| 13 | was preparing the supplementary report in the Vargas | 15:13:41 |
| 14 | matter, 'Ray came into the office and told' him, 'By | 15:13:44 |
| 15 | the way,' at some point prior to June 2nd, 1993, | 15:13:47 |
| 16 | Wilda informed him that she 'remembered something | 15:13:54 |
| 17 | happened the night before the murder at a gas | 15:13:58 |
| 18 | station.' | 15:14:03 |
| 19 | "Detective Halvorsen does not know precisely | 15:14:03 |
| 20 | when Wilda shared this information with Detective | 15:14:08 |
| 21 | Guevara but explained that she must have done so | 15:14:11 |
| 22 | 'prior to June 2nd, 1993.'  Detective Halvorsen | 15:14:14 |
| 23 | recalls being surprised that Detective Guevara had | 15:14:17 |
| 24 | not shared the information with him earlier and | 15:14:20 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    219

| | | |
|---|---|---|
| 1 | recalls exclaiming at the time, 'You're just telling | 15:14:24 |
| 2 | me about this now?' | 15:14:27 |
| 3 | "When we asked Detective Halvorsen whether | 15:14:29 |
| 4 | Vicente instead might have introduced the gas | 15:14:34 |
| 5 | station into the case, as the State had argued at | 15:14:37 |
| 6 | trial, and during the meeting with us in this | 15:14:39 |
| 7 | matter, Detective Halvorsen stated that Vicente | 15:14:41 |
| 8 | 'didn't tell us about the gas station. He had no | 15:14:44 |
| 9 | knowledge of that.'" | 15:14:46 |
| 10 | MR. ENGQUIST: I'm going to object as to | 15:14:50 |
| 11 | completeness on what you're reading to him and | 15:14:52 |
| 12 | misrepresentation of what it is. | 15:14:55 |
| 13 | Q All right. So, sir, did you tell the | 15:14:57 |
| 14 | lawyers at Sidley Austin the information attributed | 15:15:00 |
| 15 | to you in that paragraph? | 15:15:02 |
| 16 | A I don't recall my conversations with the | 15:15:03 |
| 17 | lawyers at Sidley Austin. | 15:15:05 |
| 18 | Q But you don't dispute that you said the -- | 15:15:06 |
| 19 | said the substance of what's attributed to you in | 15:15:09 |
| 20 | that paragraph to the lawyers at Sidley Austin; | 15:15:12 |
| 21 | right? | 15:15:14 |
| 22 | A I can't say they're lying if I don't | 15:15:14 |
| 23 | remember it. | 15:15:17 |
| 24 | Q All right. And specifically -- well, did | 15:15:17 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                    220

| | | |
|---|---|---|
| 1 | Ray come into the office and tell you, By the way, | 15:15:28 |
| 2 | at some point before June 2nd, 1993, Wilda informed | 15:15:30 |
| 3 | him that she remembered something happened the night | 15:15:35 |
| 4 | before the murder at the gas station? | 15:15:38 |
| 5 | A  No. | 15:15:39 |
| 6 | Q  Did he say anything like that to you? | 15:15:40 |
| 7 | A  The first that I heard from Guevara about | 15:15:44 |
| 8 | what Wilda said was after 3:00 o'clock in the | 15:15:50 |
| 9 | afternoon on June 2nd, 1993, when Guevara called her | 15:15:53 |
| 10 | on the phone and asked her about what Francisco | 15:15:58 |
| 11 | Vicente had told me at the state's attorney's office | 15:16:02 |
| 12 | earlier that day. | 15:16:05 |
| 13 | Q  Do you know why the lawyers at Sidley Austin | 15:16:06 |
| 14 | would attribute to you a statement that -- that | 15:16:14 |
| 15 | Wilda had provided this information about the gas | 15:16:21 |
| 16 | station to Ray prior to June 2nd? | 15:16:24 |
| 17 | MR. ENGQUIST:  I'm going to object again. | 15:16:26 |
| 18 | MS. ROSEN:  Object to the form, calls for | 15:16:28 |
| 19 | speculation, foundation. | 15:16:29 |
| 20 | MR. ENGQUIST:  I join, and I'm also going to | 15:16:30 |
| 21 | object you're also misrepresenting the validity of | 15:16:32 |
| 22 | the document by not showing the complete document to | 15:16:34 |
| 23 | the witness. | 15:16:38 |
| 24 | A  Again, I don't remember exactly what I told | 15:16:38 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                221

| | | |
|---|---|---|
| 1 | these guys, what they told me.  I can't dispute what | 15:16:41 |
| 2 | they typed up if I don't remember. | 15:16:46 |
| 3 | BY MR. AINSWORTH: | 15:16:47 |
| 4 |    Q  Well, you say you don't recall exactly. | 15:16:48 |
| 5 |      I'm just saying do you recall saying | 15:16:50 |
| 6 | anything close to telling them that, in quotes, "Ray | 15:16:53 |
| 7 | came into the office and told him, by the way," end | 15:17:00 |
| 8 | quotes, at some point prior to June 2nd, 1993, Wilda | 15:17:05 |
| 9 | informed Ray that she remembered something happened | 15:17:09 |
| 10 | the night before the murder at a gas station? | 15:17:14 |
| 11 |      MS. ROSEN:  Object to the form. | 15:17:16 |
| 12 |      MR. ENGQUIST:  Join.  Once again I'm | 15:17:19 |
| 13 | objecting because you're misrepresenting the | 15:17:19 |
| 14 | validity of the document, and you're not showing the | 15:17:22 |
| 15 | completeness of the document. | 15:17:25 |
| 16 |      Go ahead. | 15:17:26 |
| 17 |    A  Again, I don't remember the conversations I | 15:17:27 |
| 18 | had with Sidley. | 15:17:29 |
| 19 |    Q  You don't remember any of it? | 15:17:34 |
| 20 |    A  No. | 15:17:37 |
| 21 |    Q  Do you think that this paragraph I just read | 15:17:37 |
| 22 | to you on page 5 about Ray saying, By the way, Wilda | 15:17:43 |
| 23 | had previously told him about the gas station | 15:17:50 |
| 24 | encounter, do you think that was fabricated by the | 15:17:53 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    222

| | | |
|---|---|---|
| 1 | lawyers at Sidley Austin? | 15:17:56 |
| 2 | MR. ENGQUIST:  I'm going to object to form. | 15:17:57 |
| 3 | I'm also objecting that you're misrepresenting the | 15:17:59 |
| 4 | validity of this document, and I object for the | 15:18:01 |
| 5 | completeness of what you're showing him right now. | 15:18:04 |
| 6 | MS. QUIST:  Join. | 15:18:15 |
| 7 | MS. BONJEAN:  No.  I don't join. | 15:18:15 |
| 8 | THE REPORTER:  You joined?  Thank you. | 15:18:15 |
| 9 | A  What was your question again? | 15:18:15 |
| 10 | BY MR. AINSWORTH: | 15:18:15 |
| 11 | Q  Do you believe that the lawyers at Sidley | 15:18:27 |
| 12 | Austin fabricated the statements in this paragraph | 15:18:29 |
| 13 | on page 5 talking about Ray coming to the office and | 15:18:34 |
| 14 | telling you, by the way, Wilda had previously told | 15:18:38 |
| 15 | him about a gas station encounter? | 15:18:41 |
| 16 | MR. ENGQUIST:  Once again I'm objecting that | 15:18:43 |
| 17 | you're misrepresenting the validity of this | 15:18:43 |
| 18 | document, and also I'm objecting that you're not | 15:18:46 |
| 19 | showing the complete document and misrepresenting | 15:18:47 |
| 20 | what it means. | 15:18:50 |
| 21 | Go ahead. | 15:18:51 |
| 22 | A  Again, I don't remember this conversation at | 15:18:54 |
| 23 | all, and I'm not going to sit here and call them | 15:18:56 |
| 24 | liars if I don't remember it. | 15:18:59 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    223

| | | |
|---|---|---|
| 1 | BY MR. AINSWORTH: | 15:19:00 |
| 2 | Q  You thought that Rankins was giving you | 15:19:17 |
| 3 | false information; is that right? | 15:19:20 |
| 4 | A  What was your question?  You had your head | 15:19:22 |
| 5 | turned away. | 15:19:25 |
| 6 | Q  Sorry.  You thought that Timothy Rankins was | 15:19:25 |
| 7 | giving you false information; right? | 15:19:28 |
| 8 | A  No. | 15:19:30 |
| 9 | Q  All right.  You thought he was nuts and not | 15:19:31 |
| 10 | all the way there; right? | 15:19:36 |
| 11 | A  I thought there was something wrong with | 15:19:37 |
| 12 | him. | 15:19:41 |
| 13 | Q  All right.  Let's mark this as Exhibit No. 5 | 15:19:41 |
| 14 | please. | 15:19:49 |
| 15 | (Halvorsen Deposition Exhibit 5 marked | 15:19:49 |
| 16 | for identification and attached to the | 15:19:49 |
| 17 | transcript.) | 15:19:49 |
| 18 | Q  So this is a memo regarding an interview | 15:20:05 |
| 19 | with Ed Mingey, but I wanted to turn your attention | 15:20:08 |
| 20 | to -- it's page 4, although the page number is hard | 15:20:15 |
| 21 | to read under the Bates number.  It says -- 510 is | 15:20:20 |
| 22 | the Bates number.  That might be easier to see. | 15:20:25 |
| 23 | A  What's the page? | 15:20:28 |
| 24 | Q  Where it says 510. | 15:20:30 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           224

| | | |
|---|---|---|
| 1 | MS. ROSEN:  JR-L.  Look at those numbers, | 15:20:33 |
| 2 | the JR-L numbers. | 15:20:35 |
| 3 | A  Okay. | 15:20:38 |
| 4 | Q  All right.  If you look at footnote 7 of | 15:20:39 |
| 5 | this document, it says, "In two separate interviews | 15:20:41 |
| 6 | with us, Detective Halvorsen stated that Rankins | 15:20:46 |
| 7 | provided detectives with false evidence.  He stated | 15:20:50 |
| 8 | regarding Rankins, 'He was just making up stories' | 15:20:53 |
| 9 | and 'didn't have any of the facts of the case.' | 15:20:58 |
| 10 | Halvorsen continued 'He had no information. | 15:21:03 |
| 11 | Everything he had was goofy.'" | 15:21:07 |
| 12 | Do you see that sir? | 15:21:10 |
| 13 | A  Yes, I see it. | 15:21:11 |
| 14 | Q  Did you provide that information to the | 15:21:13 |
| 15 | lawyers at Sidley Austin? | 15:21:16 |
| 16 | MR. ENGQUIST:  I'm going to object as to | 15:21:18 |
| 17 | foundation.  Also object that you're | 15:21:20 |
| 18 | mischaracterizing this exhibit -- document that's | 15:21:21 |
| 19 | labeled down here No. 5. | 15:21:24 |
| 20 | Go ahead. | 15:21:26 |
| 21 | A  I don't remember the conversations I had | 15:21:29 |
| 22 | with the attorneys at Sidley Austin. | 15:21:31 |
| 23 | Q  Are you disputing that you told the lawyers | 15:21:33 |
| 24 | at Sidley Austin that Rankins provided you with | 15:21:35 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    225

| | | |
|---|---|---|
| 1 | false evidence and that Rankins was just making up | 15:21:40 |
| 2 | stories, didn't have any of the facts of the case | 15:21:43 |
| 3 | and that he had no information, everything he had | 15:21:46 |
| 4 | was goofy? | 15:21:49 |
| 5 | MR. ENGQUIST:  Same objection. | 15:21:50 |
| 6 | A  Without being able to remember this | 15:21:52 |
| 7 | conversation, I cannot dispute what they typed. | 15:21:54 |
| 8 | Q  All right.  All right.  Let's mark this as | 15:21:58 |
| 9 | Exhibit No. 6, please. | 15:22:31 |
| 10 | (Halvorsen Deposition Exhibit 6 marked | 15:22:31 |
| 11 | for identification and attached to the | 15:22:31 |
| 12 | transcript.) | 15:23:04 |
| 13 | MR. AINSWORTH:  Okay.  Are we missing one? | 15:23:04 |
| 14 | Sorry. | 15:23:06 |
| 15 | Q  All right.  Would you turn to No. 4 in the | 15:23:13 |
| 16 | bottom right-hand corner. | 15:23:18 |
| 17 | Do you see where it says "Investigative File | 15:23:29 |
| 18 | Inventory"? | 15:23:31 |
| 19 | A  Uh-huh. | 15:23:32 |
| 20 | Q  Is that a yes? | 15:23:32 |
| 21 | A  Yes, I have it. | 15:23:33 |
| 22 | Q  All right.  And is page 4 -- is this the | 15:23:34 |
| 23 | investigative file inventory for the Vargas | 15:23:40 |
| 24 | homicide? | 15:23:42 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    226

| | | |
|---|---|---|
| 1 | A   That's correct. | 15:23:43 |
| 2 | Q   When you told Guevara that you had, you | 15:24:26 |
| 3 | know, obtained this information from Vicente and you | 15:24:30 |
| 4 | were able to link the crime to Jose Montanez and | 15:24:33 |
| 5 | Armando Serrano and Jorge Pacheco, I take it | 15:24:37 |
| 6 | that Guevara didn't say, Oh, I knew it.  I knew it | 15:24:42 |
| 7 | was those three or anything like that.  Right? | 15:24:47 |
| 8 | A   No. | 15:24:49 |
| 9 | Q   That's correct? | 15:24:50 |
| 10 | A   He didn't say that. | 15:24:51 |
| 11 | Q   And he didn't say anything indicating that | 15:24:52 |
| 12 | he had any knowledge of Montanez, Serrano, or | 15:24:54 |
| 13 | Pacheco having anything to do with this crime before | 15:24:57 |
| 14 | June 2nd of 1993; right? | 15:25:00 |
| 15 | A   He told me prior to June 2nd that he was | 15:25:02 |
| 16 | working with three nicknames for persons who may | 15:25:05 |
| 17 | possibly be involved in the crime.  That's it. | 15:25:10 |
| 18 | Q   And before June 2nd, 1993 -- well, strike | 15:25:13 |
| 19 | that. | 15:25:13 |
| 20 | And he never indicated that he had any hint | 15:25:18 |
| 21 | that those three nicknames were Montanez, Serrano, | 15:25:21 |
| 22 | or Pacheco before June 2nd, 1993, is that correct? | 15:25:25 |
| 23 | A   Not that I remember. | 15:25:30 |
| 24 | MR. ENGQUIST:  Object to the form. | 15:25:30 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    227

| | | |
|---|---|---|
| 1 | Go ahead. | 15:25:30 |
| 2 | A  Not that I remember. | 15:25:31 |
| 3 | BY MR. AINSWORTH: | 15:25:31 |
| 4 | Q  All right.  So does your handwriting appear | 15:25:38 |
| 5 | on this page, page 4 of Exhibit 6? | 15:25:42 |
| 6 | A  On the inventory? | 15:25:47 |
| 7 | Q  Yeah. | 15:25:49 |
| 8 | A  Yeah, it does. | 15:25:49 |
| 9 | Q  Where is your handwriting? | 15:25:50 |
| 10 | A  The whole page. | 15:25:52 |
| 11 | Q  The whole page is yours. | 15:25:53 |
| 12 | A  Uh-huh. | 15:25:55 |
| 13 | Q  So on February 6th, you put Jack and Schak's | 15:25:55 |
| 14 | 15 pages of GPRs and their progress supp and the | 15:26:03 |
| 15 | canvas supp into the other file with the other stuff | 15:26:10 |
| 16 | that you included? | 15:26:14 |
| 17 | A  What happened here is that the original | 15:26:14 |
| 18 | investigative file, I spilled coffee on.  So I had | 15:26:17 |
| 19 | to redo it. | 15:26:19 |
| 20 | Q  I see.  When did you spill coffee on the | 15:26:20 |
| 21 | original? | 15:26:23 |
| 22 | A  When I was working on the file. | 15:26:24 |
| 23 | Q  All right.  Was this -- at what point in the | 15:26:25 |
| 24 | investigation did you spill coffee on the file? | 15:26:36 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    228

| | | |
|---|---|---|
| 1 | A   When it was completed.  What date would that | 15:26:38 |
| 2 | have been?  It looks like 3 July. | 15:26:42 |
| 3 | Q   So on July 3rd, you spilled coffee and just | 15:26:44 |
| 4 | mucked it all up, and so then you just had to redo | 15:26:48 |
| 5 | it? | 15:26:52 |
| 6 | A   Yes. | 15:26:52 |
| 7 | Q   So did you create a report to memorialize | 15:26:53 |
| 8 | that you had spilled coffee on the inventory file | 15:26:57 |
| 9 | and you had to recreate it? | 15:27:02 |
| 10 | A   No. | 15:27:03 |
| 11 | MS. ROSEN:  Object to the form. | 15:27:03 |
| 12 | A   Because it was just a copy of what was | 15:27:04 |
| 13 | already done. | 15:27:04 |
| 14 | Q   Did you tell anyone that you had spilled | 15:27:06 |
| 15 | coffee on the inventory file and needed to recreate | 15:27:10 |
| 16 | it? | 15:27:10 |
| 17 | A   No. | 15:27:13 |
| 18 | MS. ROSEN:  I'm going to object to the form. | 15:27:13 |
| 19 | You mean inventory -- investigative file inventory? | 15:27:13 |
| 20 | MR. AINSWORTH:  I do mean the investigative | 15:27:17 |
| 21 | file inventory. | 15:27:18 |
| 22 | MS. ROSEN:  Okay.  Because it gets | 15:27:19 |
| 23 | confusing. | 15:27:20 |
| 24 | | |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

229

| | | |
|---|---|---|
| 1 | BY MR. AINSWORTH: | 15:27:20 |
| 2 | Q  Did you tell anyone that you had spilled | 15:27:21 |
| 3 | coffee on the investigative file inventory and | 15:27:23 |
| 4 | needed to destroy it and then recreate it? | 15:27:26 |
| 5 | MS. ROSEN:  Object to the form. | 15:27:30 |
| 6 | MR. ENGQUIST:  Join. | 15:27:31 |
| 7 | A  Not that I recall. | 15:27:32 |
| 8 | Q  What did you do with the coffee spilled | 15:27:34 |
| 9 | investigative file inventory? | 15:27:38 |
| 10 | A  Threw it away. | 15:27:39 |
| 11 | Q  All right.  So did you alter anything when | 15:27:41 |
| 12 | you created the new investigative file inventory? | 15:27:47 |
| 13 | A  What was your question? | 15:27:51 |
| 14 | Q  Did you alter anything from the original | 15:27:52 |
| 15 | investigative file inventory when you created this | 15:27:55 |
| 16 | new investigative file inventory? | 15:27:58 |
| 17 | A  No.  It was copied verbatim. | 15:28:01 |
| 18 | Q  Were you careful when you created the | 15:28:03 |
| 19 | investigative file inventory? | 15:28:06 |
| 20 | A  Yes. | 15:28:07 |
| 21 | Q  You understand that this is the document | 15:28:08 |
| 22 | that tracks all of the documents that are contained | 15:28:13 |
| 23 | within the investigative file; right? | 15:28:19 |
| 24 | A  Yes. | 15:28:21 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    230

| | | |
|---|---|---|
| 1 | Q   And it's the way to make sure that important | 15:28:21 |
| 2 | information isn't being removed from the file; | 15:28:26 |
| 3 | right? | 15:28:29 |
| 4 | MS. ROSEN:  Object to the form, foundation. | 15:28:29 |
| 5 | MR. ENGQUIST:  Join. | 15:28:31 |
| 6 | A   The investigative index tracks the reports | 15:28:35 |
| 7 | that are put into the file. | 15:28:38 |
| 8 | Q   You started working on the Vargas homicide | 15:28:43 |
| 9 | on the day after it happened; right? | 15:28:45 |
| 10 | A   On the 6th of February 1993. | 15:28:47 |
| 11 | Q   What were you assigned to do on the 6th of | 15:28:55 |
| 12 | February of 1993? | 15:28:58 |
| 13 | A   Go work the homicide. | 15:28:58 |
| 14 | Q   And what did you do to work the homicide? | 15:29:01 |
| 15 | A   Me and Guevara went and talked to the murder | 15:29:03 |
| 16 | victim's wife, Wilda Vargas. | 15:29:08 |
| 17 | Q   Did you understand anything that she said? | 15:29:10 |
| 18 | A   No. | 15:29:12 |
| 19 | Q   Did you understand anything that Guevara | 15:29:12 |
| 20 | said to her?  Could you understand anything that | 15:29:17 |
| 21 | Guevara said to her? | 15:29:17 |
| 22 | A   No. | 15:29:17 |
| 23 | Q   Do you know what she told Guevara? | 15:29:18 |
| 24 | A   Only what Guevara related to me. | 15:29:20 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    231

```
1       Q   What did he relate to you?                    15:29:23
2       A   She was at home in bed sleeping, and some     15:29:24
3   neighbor told her that her husband was out in the     15:29:29
4   car and was injured or something.                     15:29:32
5       Q   Did you want to know what she was doing the   15:29:33
6   day before the murder?                                15:29:38
7       A   Not at that time.                             15:29:39
8       Q   Did you want to know what her husband was     15:29:40
9   doing the night before he was killed?                 15:29:44
10      A   Not at that time.                             15:29:46
11      Q   Hang on.  So the shots were heard at 5:30 in  15:29:49
12  the morning; right?                                   15:29:54
13      A   I believe so.                                 15:29:55
14      Q   At this point, you've got 11 years            15:29:56
15  experience as a homicide detective; right?            15:29:59
16      A   In '93?                                       15:30:02
17      Q   Yeah.                                         15:30:03
18      A   That would have been 11 years.                15:30:03
19      Q   Yeah.  And 20 years as a cop?                 15:30:04
20      A   If you say so.                                15:30:06
21      Q   I'm asking you, sir.                          15:30:08
22      A   Well, I have to get my calculator out and do  15:30:09
23  the math.                                             15:30:11
24      Q   All right.  21 years as a cop.                15:30:12
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    232

| | | |
|---|---|---|
| 1 | A  All right. | 15:30:13 |
| 2 | Q  Right? | 15:30:14 |
| 3 | A  21 years, yes. | 15:30:15 |
| 4 | Q  All right.  A guy is killed at 5:30 in the | 15:30:16 |
| 5 | morning; right? | 15:30:19 |
| 6 | MS. ROSEN:  Objection to the form. | 15:30:22 |
| 7 | A  Yes. | 15:30:23 |
| 8 | MS. ROSEN:  Asked and answered. | 15:30:24 |
| 9 | Q  So you want to know what was that guy doing | 15:30:25 |
| 10 | the night before; right? | 15:30:28 |
| 11 | MR. ENGQUIST:  Objection. | 15:30:29 |
| 12 | MS. ROSEN:  Object to the form.  Object to | 15:30:29 |
| 13 | your tone. | 15:30:31 |
| 14 | MR. ENGQUIST:  Objection; it calls for | 15:30:32 |
| 15 | speculation, incomplete hypothetical. | 15:30:34 |
| 16 | MS. QUIST:  Join. | 15:30:37 |
| 17 | A  I had no reason to be curious at that time | 15:30:38 |
| 18 | what was he was doing the night before. | 15:30:42 |
| 19 | Q  You wanted to know who committed the murder; | 15:30:44 |
| 20 | right? | 15:30:47 |
| 21 | A  Yes. | 15:30:47 |
| 22 | Q  You wanted to know what leads there might be | 15:30:48 |
| 23 | as to who committed the murder; right? | 15:30:49 |
| 24 | A  Yes. | 15:30:51 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                     233

1    Q  And one of the leads might be, Gee, what was          15:30:52

2  the decedent doing the night before he was killed at      15:30:54

3  5:30 in the morning; right?                               15:30:58

4       MS. ROSEN:  Object to the form.                      15:30:58

5    A  What was he doing at 5:30 in the morning?            15:31:00

6  He was going to work.                                      15:31:00

7    Q  No.  What he was doing the night before he          15:31:03

8  was killed at 5:30 in the morning; right?                 15:31:06

9       MS. ROSEN:  Object to the form.                      15:31:06

10   A  It didn't seem relevant at that time.               15:31:07

11   Q  Okay.  So it didn't seem relevant on               15:31:08

12  February 6th to find out what the guy who was killed      15:31:11

13  at 5:30 in the morning had been doing the night           15:31:13

14  before; right?                                            15:31:16

15      MS. ROSEN:  Objection; asked and answered            15:31:17

16  and now argumentative.                                    15:31:19

17      MR. ENGQUIST:  Join.                                 15:31:20

18      MS. QUIST:  Join.                                    15:31:21

19   A  It did not seem relevant at that time.              15:31:23

20   Q  Did it seem relevant on February 13th, a           15:31:25

21  week later when you had no other document or leads        15:31:30

22  in the case?                                              15:31:36

23      MS. ROSEN:  Object to the form.                      15:31:37

24      MR. ENGQUIST:  Join.                                 15:31:38

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          234

1      A   I don't believe I worked on this case on          15:31:40

2   February 13th.                                           15:31:42

3   BY MR. AINSWORTH:                                        15:31:42

4      Q   Well, sir, what did you do to try and find        15:31:43

5   out who killed Rodrigo Vargas?                           15:31:46

6      A   We interviewed his wife, Wilda Vargas, and        15:31:49

7   that's it.  I didn't work on that case again until       15:31:53

8   June the 2nd.                                            15:32:00

9      Q   So you asked her -- and according to Ray, he      15:32:01

10   told you just that she woke up and her husband was       15:32:09

11   dead, and that's all she had to offer; right?           15:32:12

12      A   I think the neighbor came and woke her up.        15:32:14

13   She had actually very little to offer.  That's          15:32:21

14   correct.  Her husband was going to work, and that's     15:32:23

15   about it.                                               15:32:26

16      Q   So -- all right.  Well, we'll come back to        15:32:26

17   that, sir.                                              15:32:31

18          In terms of this investigative file             15:32:31

19   inventory, if you look at Item No. 7, it says CB and     15:32:35

20   a bunch of numbers.                                     15:32:43

21      A   Uh-huh.                                           15:32:45

22      Q   What does that refer to?                          15:32:46

23      A   It's the central booking number.                 15:32:47

24      Q   Why did you write a central booking number       15:32:49

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          235

| | | |
|---|---|---|
| 1 | on the investigative file inventory? | 15:32:52 |
| 2 | A   Because a copy of that CB number was put | 15:32:54 |
| 3 | into the file. | 15:32:57 |
| 4 | Q   When you say "a copy of that CB number," | 15:32:57 |
| 5 | what are you referring to? | 15:32:59 |
| 6 | A   Somebody's arrest report. | 15:33:00 |
| 7 | Q   Okay.  And then after that, it says | 15:33:02 |
| 8 | IR 863500. | 15:33:06 |
| 9 | What does that refer to? | 15:33:08 |
| 10 | A   Somebody's arrest history. | 15:33:10 |
| 11 | Q   You mean like a rap sheet? | 15:33:14 |
| 12 | A   We don't call them rap sheets.  They're | 15:33:15 |
| 13 | called arrest histories. | 15:33:18 |
| 14 | Q   Okay.  Somebody's arrest history. | 15:33:18 |
| 15 | A   Rap sheet is from television. | 15:33:20 |
| 16 | Q   All right.  Sorry. | 15:33:22 |
| 17 | So Item No. 7 is a -- is an arrest report; | 15:33:23 |
| 18 | right? | 15:33:30 |
| 19 | A   Yes. | 15:33:30 |
| 20 | Q   And that was entered into the file on | 15:33:31 |
| 21 | June 2nd, 1993; correct? | 15:33:36 |
| 22 | A   Correct. | 15:33:38 |
| 23 | Q   And the arrest history -- oh, and then | 15:33:38 |
| 24 | there's another arrest history and then another | 15:33:44 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    236

1    arrest report and another arrest history on lines --          15:33:46

2    you know, comprising lines 7 through 11; is that              15:33:51

3    right?                                                        15:33:53

4        A   Yes.                                                  15:33:53

5        Q   And all of those were entered into the file          15:33:53

6    on June 2nd, 1993?                                            15:33:57

7        A   Yes.                                                  15:33:59

8        Q   And those were all obtained on June 2nd,             15:34:00

9    1993?                                                         15:34:06

10       A   I don't know when they were obtained.  I can         15:34:06

11   only tell you when they were put in this file.                15:34:09

12       Q   All right.  Well, if I told you that the CB          15:34:11

13   No. 9106-315 was Pacheco's CB number, that IR 863500          15:34:17

14   is Pacheco's IR number, and IR 736499, that's                15:34:22

15   Montanez's IR number, and CB -- and the subject of           15:34:29

16   the arrest is CB 9579443 was Armando Serrano, and            15:34:33

17   Armando Serrano's IR number is 874175, for those            15:34:39

18   three people, you didn't have their rap sheets               15:34:46

19   before June 2nd; is that right?                              15:34:50

20       A   No.  I believe Detective Guevara obtained           15:34:52

21   all these reports sometime at the end of May.                15:34:55

22       Q   Detective Guevara obtained these reports at          15:34:58

23   the end of May.                                               15:35:01

24           Why do you believe that Detective Guevara            15:35:02

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    237

| | | |
|---|---|---|
| 1 | obtained these reports at the end of May? | 15:35:04 |
| 2 | A  Because I've seen the inventory from | 15:35:07 |
| 3 | identification where he requested them on the 24th | 15:35:10 |
| 4 | of May. | 15:35:12 |
| 5 | Q  You saw the documents. | 15:35:13 |
| 6 | A  I saw the request for the documents, yes. | 15:35:14 |
| 7 | Q  Within the last month. | 15:35:17 |
| 8 | A  Right.  At the end of May, yeah. | 15:35:18 |
| 9 | Q  Sorry.  Within the last month in 2019, you | 15:35:20 |
| 10 | saw those documents. | 15:35:25 |
| 11 | A  In the last month? | 15:35:25 |
| 12 | Q  Yes. | 15:35:27 |
| 13 | MS. ROSEN:  He's confused. | 15:35:27 |
| 14 | MR. ENGQUIST:  This last month. | 15:35:29 |
| 15 | THE WITNESS:  Oh. | 15:35:30 |
| 16 | MS. ROSEN:  When did you -- | 15:35:30 |
| 17 | Q  In January or February of 2019. | 15:35:31 |
| 18 | A  No.  I saw that inventory when I was first | 15:35:34 |
| 19 | brought down to Sotos office after I was sued. | 15:35:36 |
| 20 | Q  Yeah.  Okay.  So can you tell us when you | 15:35:42 |
| 21 | first learned that Ray Guevara had requested those | 15:35:52 |
| 22 | documents near the end of May of 1993? | 15:35:56 |
| 23 | A  I can only go by the identification | 15:35:59 |
| 24 | section's log that he requested them on the 24th of | 15:36:03 |

| | | |
|---|---|---|
| 1 | May. | 15:36:07 |
| 2 | Q  All right.  And you learned that after you | 15:36:08 |
| 3 | had been sued in this case. | 15:36:10 |
| 4 | A  Yes. | 15:36:11 |
| 5 | Q  In 2017; right? | 15:36:11 |
| 6 | A  Yes. | 15:36:13 |
| 7 | Q  Before 2017, you had no idea that Guevara | 15:36:13 |
| 8 | had requested those documents in May of 1993; is | 15:36:17 |
| 9 | that what you're saying? | 15:36:20 |
| 10 | A  I did not. | 15:36:21 |
| 11 | Q  Now, can you tell us do you know why Guevara | 15:36:22 |
| 12 | requested those documents in May of 1993? | 15:36:27 |
| 13 | And when I say "those documents," I mean the | 15:36:31 |
| 14 | arrest history for Pacheco, for Montanez, and | 15:36:35 |
| 15 | Serrano, and the arrest reports for Serrano and | 15:36:39 |
| 16 | Pacheco. | 15:36:43 |
| 17 | A  He did not tell me back then that he had | 15:36:43 |
| 18 | requested these documents. | 15:36:47 |
| 19 | Today, I can speculate as to why he did, but | 15:36:49 |
| 20 | that's just my speculation. | 15:36:53 |
| 21 | Q  Well, first tell us do you know why Ray | 15:36:55 |
| 22 | Guevara requested those documents? | 15:36:58 |
| 23 | A  Back on the 24th of May, no. | 15:36:59 |
| 24 | Q  All right.  What is your speculation as to | 15:37:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    239

| | | |
|---|---|---|
| 1 | why Ray Guevara requested those documents? | 15:37:05 |
| 2 | A  He had those three nicknames of Mondo, | 15:37:08 |
| 3 | Pistol Pete, and Jordan, and he was trying to find | 15:37:13 |
| 4 | out everything he could about them, specifically, if | 15:37:16 |
| 5 | they were even alive. | 15:37:20 |
| 6 | Q  Why -- for example, why that particular | 15:37:22 |
| 7 | Pistol Pete? | 15:37:26 |
| 8 | A  I don't know. | 15:37:26 |
| 9 | Q  You tried to find out who that Pistol Pete | 15:37:28 |
| 10 | was. | 15:37:31 |
| 11 | A  And I couldn't. | 15:37:31 |
| 12 | Q  And you failed.  Yeah. | 15:37:32 |
| 13 | Did Ray have some secret special nickname | 15:37:33 |
| 14 | file? | 15:37:39 |
| 15 | MR. ENGQUIST:  Objection to the form. | 15:37:40 |
| 16 | MS. ROSEN:  Object to the form. | 15:37:43 |
| 17 | MS. QUIST:  Join. | 15:37:43 |
| 18 | A  He had an informant that he was dealing | 15:37:45 |
| 19 | with, that I don't know what information the | 15:37:46 |
| 20 | informant gave him. | 15:37:51 |
| 21 | Q  Did you know Ray to have his own nickname | 15:37:52 |
| 22 | file? | 15:37:55 |
| 23 | A  No, he did not. | 15:37:55 |
| 24 | Q  You knew him to consult the sergeant's -- | 15:37:56 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                     240

```
 1    the 25th district sergeant's nickname file if he        15:38:02

 2    needed to look up a nickname; right?                    15:38:06

 3        A   That was the primary nickname file we all       15:38:07

 4    used.                                                   15:38:10

 5        Q   Were there any other nickname files?            15:38:11

 6        A   Were there any what?                            15:38:12

 7        Q   Were there any other nickname files apart       15:38:14

 8    from Sergeant --                                        15:38:16

 9        A   In the Chicago Police Department, there         15:38:18

10    might have been, but that's the one we used.            15:38:20

11        Q   Did you have any others that you could          15:38:23

12    access?                                                 15:38:25

13        A   No.                                             15:38:26

14        Q   All right.  So then in line 12 you have an      15:38:26

15    evidence report that was added to the file on           15:38:34

16    June 2nd, 1993; is that right?                          15:38:38

17        A   Correct.                                        15:38:40

18        Q   And then you've got offender photos was         15:38:41

19    added to the file on June 13th; right?                  15:38:44

20        A   Correct.                                        15:38:46

21        Q   And you've got an inventory number.             15:38:47

22            What does that refer to?                        15:38:50

23        A   I'd have to go through the file and look        15:38:51

24    for it.                                                 15:38:55
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    241

| | | |
|---|---|---|
| 1 | Q  All right.  But it's a property inventory | 15:38:55 |
| 2 | sheet?  Is that what they were? | 15:38:57 |
| 3 | A  I don't know.  I'd have to go through the | 15:38:58 |
| 4 | file and look at the inventory. | 15:39:00 |
| 5 | Q  All right.  And then line 15, you have the | 15:39:02 |
| 6 | word "supp." -- | 15:39:05 |
| 7 | A  Uh-huh. | 15:39:05 |
| 8 | Q  -- referring to a supp report? | 15:39:06 |
| 9 | A  That refers to a supp report. | 15:39:06 |
| 10 | Q  All right.  And then you have line 16. | 15:39:10 |
| 11 | There's -- line 16 and 17, two CB numbers. | 15:39:15 |
| 12 | A  Uh-huh. | 15:39:19 |
| 13 | Q  Is that a yes? | 15:39:20 |
| 14 | A  Those are two CB numbers, yes. | 15:39:20 |
| 15 | Q  Two arrest reports were added to the file on | 15:39:22 |
| 16 | June 14th? | 15:39:26 |
| 17 | A  Correct. | 15:39:26 |
| 18 | Q  An IR number, a criminal history report was | 15:39:26 |
| 19 | added on June 14th; right? | 15:39:30 |
| 20 | A  What was added when? | 15:39:32 |
| 21 | Q  An IR number of a criminal history report | 15:39:35 |
| 22 | was added on June 14th, line 18? | 15:39:38 |
| 23 | A  Yes. | 15:39:41 |
| 24 | Q  And then you've got an evidence report that | 15:39:43 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    242

| | | |
|---|---|---|
| 1 | was added on line -- on June 14th; right? | 15:39:47 |
| 2 | A  Yes. | 15:39:49 |
| 3 | Q  Statement from Rankins was added on | 15:39:50 |
| 4 | June 14th; right? | 15:39:54 |
| 5 | A  Yes. | 15:39:55 |
| 6 | Q  Then you've got one lineup supp, line 21; | 15:39:56 |
| 7 | right? | 15:40:01 |
| 8 | A  Yes. | 15:40:01 |
| 9 | Q  And one clearing supp that was line 22, also | 15:40:01 |
| 10 | added on June 14th; right? | 15:40:09 |
| 11 | A  Yes. | 15:40:10 |
| 12 | Q  And then you've got two more inventory | 15:40:10 |
| 13 | sheets added on line 23; right? | 15:40:16 |
| 14 | A  Yes. | 15:40:20 |
| 15 | Q  That was on July 3rd; correct? | 15:40:20 |
| 16 | A  Yes. | 15:40:23 |
| 17 | Q  And then a statement from Vicente was added | 15:40:23 |
| 18 | on July 3rd. | 15:40:27 |
| 19 | A  Yes. | 15:40:30 |
| 20 | Q  And then one final supp was added on | 15:40:30 |
| 21 | July 3rd; right? | 15:40:33 |
| 22 | A  That's correct. | 15:40:34 |
| 23 | Q  Then it says, "Copy sent to case report unit | 15:40:34 |
| 24 | records processing; date, July 3rd, 1993." | 15:40:40 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    243

| | | |
|---|---|---|
| 1 | And is that your signature? | 15:40:42 |
| 2 | A   Yes. | 15:40:43 |
| 3 | Q   Why did you sign that line? | 15:40:44 |
| 4 | A   It's required. | 15:40:46 |
| 5 | Q   Well, why was it required? | 15:40:47 |
| 6 | A   By department order. | 15:40:48 |
| 7 | Q   All right.  What were you signifying when | 15:40:50 |
| 8 | you signed that line? | 15:40:53 |
| 9 | A   That this was an accurate accounting for the | 15:40:55 |
| 10 | reports that were in the file. | 15:40:57 |
| 11 | Q   What does it mean that copy sent to case | 15:40:58 |
| 12 | report unit records processing? | 15:41:02 |
| 13 | A   That's where all the police department's | 15:41:04 |
| 14 | permanent records are maintained. | 15:41:07 |
| 15 | Q   Did you send the report -- send a copy of | 15:41:08 |
| 16 | the -- did you send a copy of just this one page to | 15:41:16 |
| 17 | the case report unit? | 15:41:20 |
| 18 | A   Yes. | 15:41:21 |
| 19 | Q   When I say "this one page," meaning | 15:41:21 |
| 20 | investigative file inventory? | 15:41:24 |
| 21 | A   Yes. | 15:41:25 |
| 22 | Q   Did you send a copy of the remainder of the | 15:41:25 |
| 23 | file? | 15:41:27 |
| 24 | A   No. | 15:41:28 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          244

| | | |
|---|---|---|
| 1 | Q  Why did you send a copy of the investigative | 15:41:28 |
| 2 | file inventory to the case report unit at that time? | 15:41:30 |
| 3 | A  I think this is the third time I've answered | 15:41:34 |
| 4 | that.  It's required by department order. | 15:41:36 |
| 5 | Q  But why on June 3rd -- July 3rd? | 15:41:37 |
| 6 | A  Because I was finished. | 15:41:40 |
| 7 | Q  You were finished with the case? | 15:41:41 |
| 8 | A  Yeah. | 15:41:42 |
| 9 | Q  Let's turn back to Exhibit No. 3, please. | 15:41:43 |
| 10 | All right.  Would you turn to the page that | 15:42:01 |
| 11 | says 155 on the bottom. | 15:42:17 |
| 12 | A  Which stack of papers are we in? | 15:42:19 |
| 13 | Q  Exhibit No. 3.  It's the RD file. | 15:42:21 |
| 14 | A  Where are you going to look at? | 15:42:27 |
| 15 | Q  It's Exhibit 3, page 155. | 15:42:30 |
| 16 | A  Okay. | 15:42:43 |
| 17 | Q  All right.  This is Schak and Jack's supp | 15:42:43 |
| 18 | report; right? | 15:42:47 |
| 19 | A  Yes. | 15:42:47 |
| 20 | Q  Okay.  If you turn to the page 157, where it | 15:42:49 |
| 21 | says "Manner/Motive."  Here it says, "The victim was | 15:43:06 |
| 22 | shot several times as he sat in his vehicle | 15:43:14 |
| 23 | preparing to go to his place of employment"; right? | 15:43:17 |
| 24 | A  Yes. | 15:43:20 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    245

| | | |
|---|---|---|
| 1 | Q  Do you see that? | 15:43:20 |
| 2 | And when you started working this case, you | 15:43:21 |
| 3 | had access to Schak and Jack's scene supp; right? | 15:43:23 |
| 4 | A  Yes.  I read this. | 15:43:30 |
| 5 | Q  All right.  And you read this, meaning Schak | 15:43:31 |
| 6 | and Jack's supplementary report, to understand the | 15:43:34 |
| 7 | circumstances of the murder; right? | 15:43:38 |
| 8 | A  Yes.  Well, I read this -- read their | 15:43:40 |
| 9 | initial investigation. | 15:43:44 |
| 10 | Q  Okay.  If you turn to page 8 of that same | 15:43:45 |
| 11 | supp report. | 15:44:00 |
| 12 | MS. ROSEN:  158? | 15:44:03 |
| 13 | MR. AINSWORTH:  162, I'm sorry.  I switched | 15:44:06 |
| 14 | to -- I thought it would help him more. | 15:44:08 |
| 15 | Q  So I'm on 162.  I think you're on 163.  I | 15:44:13 |
| 16 | think you're on the wrong page, sir.  If you go back | 15:44:22 |
| 17 | one. | 15:44:25 |
| 18 | A  Page 7? | 15:44:26 |
| 19 | Q  Page 8. | 15:44:28 |
| 20 | A  Okay. | 15:44:32 |
| 21 | Q  Okay.  See where it has a statement | 15:44:33 |
| 22 | attributed to Anna Velez; and if you go down a | 15:44:37 |
| 23 | couple lines, it talks about at approximately | 15:44:45 |
| 24 | 5:30 a.m. she looked out of her window and observed | 15:44:48 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           246

| | | |
|---|---|---|
| 1 | the victim's van running as usual.  She stated that | 15:44:52 |
| 2 | the victim would start the van and sit for a few | 15:44:57 |
| 3 | minutes warming it up before driving away.  A few | 15:44:59 |
| 4 | moments later, she stated she heard several gunshots | 15:45:03 |
| 5 | and again looked out. | 15:45:07 |
| 6 | Do you see that sir? | 15:45:09 |
| 7 | A  Yes. | 15:45:09 |
| 8 | Q  All right.  So you knew, based on your | 15:45:10 |
| 9 | review of this report, that the victim would | 15:45:13 |
| 10 | typically sit in his car, warming it up before he | 15:45:19 |
| 11 | drove away in the morning; right? | 15:45:23 |
| 12 | A  Yes. | 15:45:24 |
| 13 | Q  And on a cold February morning in Chicago, | 15:45:24 |
| 14 | that's not so unusual; right? | 15:45:27 |
| 15 | MS. ROSEN:  Objection to form. | 15:45:29 |
| 16 | A  What was your question? | 15:45:31 |
| 17 | Q  On a cold February morning in Chicago, | 15:45:32 |
| 18 | that's not so unusual; right? | 15:45:34 |
| 19 | MS. ROSEN:  Object. | 15:45:36 |
| 20 | A  No, it wouldn't be. | 15:45:37 |
| 21 | Q  And you knew that Anna Velez said that on | 15:45:40 |
| 22 | this morning, February 5th, 1993, she had observed | 15:45:44 |
| 23 | the victim sitting in his car, warming it up as | 15:45:46 |
| 24 | usual; right? | 15:45:51 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                     247

```
 1          MS. QUIST:  Object to form.                    15:45:54

 2      A   That's what Detective Schak and Jack put in    15:46:00

 3   their report.                                         15:46:02

 4   BY MR. AINSWORTH:                                     15:46:02

 5      Q   All right.  And then if you go to page 164     15:46:03

 6   or page 10 of the report -- actually, I'm going to    15:46:21

 7   direct your attention to the next page, page 11.  In  15:46:46

 8   the middle of the page there's a paragraph that       15:47:04

 9   begins with the words "During a check of robbery      15:47:05

10   incidents."  So it's right in the middle of the       15:47:09

11   page.                                                 15:47:13

12      A   All right.  What's your question?              15:47:13

13      Q   Do you see the paragraph that says, "During    15:47:14

14   a check of robbery incidents," the paragraph that     15:47:16

15   begins with those words?  Underneath --               15:47:20

16      A   During a check of robbery incidents?           15:47:25

17      Q   Yes.                                           15:47:25

18      A   All right.  Go ahead.                          15:47:27

19      Q   The last sentence of that paragraph says, "A   15:47:28

20   copy of that report and the subsequent investigation  15:47:29

21   has been included in this file."                      15:47:33

22          Do you see that, sir?                          15:47:34

23      A   I see it.                                      15:47:35

24      Q   Where is the copy of RD No. X018247,           15:47:58
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    248

| | | |
|---|---|---|
| 1 | aggravated battery and attempted armed robbery? | 15:48:08 |
| 2 | Where is that file? | 15:48:13 |
| 3 |    A  If it's not listed in the inventory, it | 15:48:14 |
| 4 | wasn't put in the file. | 15:48:26 |
| 5 |    Q  Well, you were investigating this case; | 15:48:30 |
| 6 | right? | 15:48:34 |
| 7 |       MS. ROSEN:  Objection; asked and answered. | 15:48:34 |
| 8 |    A  Not at this time. | 15:48:36 |
| 9 |    Q  Well, you were investigating it on | 15:48:37 |
| 10 | February 6th when this supp report was submitted; | 15:48:42 |
| 11 | right? | 15:48:45 |
| 12 |    A  Yes. | 15:48:45 |
| 13 |    Q  And so wouldn't you want to know what | 15:48:45 |
| 14 | follow-up investigation you could do based on Schak | 15:48:54 |
| 15 | and Jack's suggestion that there may be a link | 15:49:00 |
| 16 | between this murder and the aggravated battery that | 15:49:03 |
| 17 | occurred as described in RD No. X018247? | 15:49:07 |
| 18 |       MS. ROSEN:  Object to the form, foundation. | 15:49:14 |
| 19 |    A  This doesn't give anything to follow up. | 15:49:16 |
| 20 |    Q  See at the bottom of the page, page 11? | 15:49:23 |
| 21 |    A  Uh-huh. | 15:49:25 |
| 22 |    Q  It says, "Efforts will be made to interview | 15:49:26 |
| 23 | this subject as soon as possible in an effort to | 15:49:29 |
| 24 | determine if there's any possible connection between | 15:49:32 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    249

| | | |
|---|---|---|
| 1 | these incidents.  The appropriate reports will be | 15:49:35 |
| 2 | submitted for both investigative files." | 15:49:37 |
| 3 | Do you see that, sir? | 15:49:40 |
| 4 | A  Yeah.  This is not my report. | 15:49:40 |
| 5 | Q  Right.  I'm just saying that Schak and Jack | 15:49:42 |
| 6 | gave some suggestions for what needed to be followed | 15:49:46 |
| 7 | up on; right? | 15:49:49 |
| 8 | A  Yeah.  And they should have done it. | 15:49:49 |
| 9 | Q  So it's their fault. | 15:49:51 |
| 10 | A  It's their case. | 15:49:52 |
| 11 | MS. ROSEN:  Object to the form of the | 15:49:53 |
| 12 | question. | 15:49:54 |
| 13 | Q  It's their case? | 15:49:55 |
| 14 | A  Yes. | 15:49:56 |
| 15 | Q  And Schak and Jack were the scene | 15:49:56 |
| 16 | detectives; right? | 15:50:07 |
| 17 | A  Yes. | 15:50:08 |
| 18 | Q  And you were the follow-up detectives; | 15:50:09 |
| 19 | right? | 15:50:10 |
| 20 | A  For one day. | 15:50:10 |
| 21 | Q  For one day. | 15:50:11 |
| 22 | A  Yes. | 15:50:12 |
| 23 | Q  And on that day you talked to one witness; | 15:50:13 |
| 24 | right? | 15:50:16 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    250

| | | |
|---|---|---|
| 1 | A  Yes. | 15:50:16 |
| 2 | Q  Who had already been questioned before; | 15:50:16 |
| 3 | right? | 15:50:22 |
| 4 | A  To my knowledge, yes. | 15:50:22 |
| 5 | Q  Why did you talk to Wilda on February 6th? | 15:50:25 |
| 6 | A  Seemed like a logical person to talk to. | 15:50:28 |
| 7 | Q  Why did you want to talk to her? | 15:50:33 |
| 8 | A  Again, she seemed like a logical person to | 15:50:35 |
| 9 | talk to. | 15:50:37 |
| 10 | Q  Sorry. | 15:50:38 |
| 11 | A  She was the wife of the guy who had just | 15:50:38 |
| 12 | been murdered.  We were hoping she could provide us | 15:50:41 |
| 13 | a direction to go and investigate.  Ex-boyfriend, | 15:50:42 |
| 14 | jealous lover, money dispute, gang affiliation, we | 15:50:47 |
| 15 | didn't know. | 15:50:51 |
| 16 | Q  What he had been doing recently? | 15:50:51 |
| 17 | A  Uh-huh. | 15:50:54 |
| 18 | MR. ENGQUIST:  Objection; asked and | 15:50:55 |
| 19 | answered. | 15:50:55 |
| 20 | Q  Right? | 15:50:55 |
| 21 | MR. ENGQUIST:  Argumentative. | 15:50:55 |
| 22 | Q  She might know what he had been doing | 15:50:58 |
| 23 | recently; right? | 15:51:01 |
| 24 | MR. ENGQUIST:  Same objection. | 15:51:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          251

| | | |
|---|---|---|
| 1 | A  We were hoping that Wilda would give us a | 15:51:03 |
| 2 | direction to proceed in the investigation. | 15:51:06 |
| 3 | BY MR. AINSWORTH: | 15:51:06 |
| 4 | Q  A direction that Jack and Schak had failed | 15:51:09 |
| 5 | to uncover in their interview with her the day | 15:51:11 |
| 6 | before? | 15:51:20 |
| 7 | A  There was no direction to uncover the day | 15:51:20 |
| 8 | before.  This was a brand new homicide that all | 15:51:23 |
| 9 | possibilities were available.  It could have been a | 15:51:28 |
| 10 | robbery attempt.  It could have been a domestic. | 15:51:30 |
| 11 | Wilda could have shot him.  We didn't know. | 15:51:34 |
| 12 | Q  So did you consider that Wilda might have | 15:51:36 |
| 13 | been the perpetrator? | 15:51:40 |
| 14 | A  Possibility at that time. | 15:51:41 |
| 15 | Q  So did you investigate, for example, her | 15:51:43 |
| 16 | whereabouts the day before? | 15:51:46 |
| 17 | A  Not the day before, no. | 15:51:47 |
| 18 | Q  Did you investigate her whereabouts at any | 15:51:50 |
| 19 | time? | 15:51:52 |
| 20 | A  Investigate her whereabouts when? | 15:51:52 |
| 21 | Q  Sorry.  Did you investigate, for example, | 15:51:56 |
| 22 | her employment history? | 15:51:59 |
| 23 | A  Did I?  No. | 15:52:00 |
| 24 | Q  Did you ask anyone else to? | 15:52:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    252

| | |
|---|---|
| 1 | A  No. | 15:52:05 |
| 2 | Q  Do you know why Wilda would say that | 15:52:05 |
| 3 | detectives were going to her work to verify that she | 15:52:09 |
| 4 | was actually at work the day before? | 15:52:12 |
| 5 | A  No idea.  It wasn't me and Ray. | 15:52:13 |
| 6 | Q  Would you turn to page 8 of that same | 15:52:17 |
| 7 | report?  You've got to flip back a few pages. | 15:52:22 |
| 8 | A  Which page again? | 15:52:25 |
| 9 | Q  Page 8, 162 again. | 15:52:26 |
| 10 | See right above Anna Velez's paragraph, it | 15:52:28 |
| 11 | says "Gang crimes records," and it refers to an auto | 15:52:36 |
| 12 | theft under RD No. T-153841. | 15:52:41 |
| 13 | A  Uh-huh. | 15:52:46 |
| 14 | Q  And a copy of that report has been requested | 15:52:46 |
| 15 | and will be included in the file pertaining to this | 15:52:48 |
| 16 | incident? | 15:52:52 |
| 17 | A  Uh-huh. | 15:52:53 |
| 18 | Q  Whose responsibility was it to ensure that | 15:52:53 |
| 19 | that file -- | 15:52:53 |
| 20 | A  Whoever wrote this report, Schak and Jack. | 15:52:56 |
| 21 | Q  Whose responsibility was it to ensure that | 15:52:59 |
| 22 | report was included in this file? | 15:53:00 |
| 23 | A  Schak and Jack. | 15:53:02 |
| 24 | Q  And it was their responsibility because they | 15:53:03 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    253

| | | |
|---|---|---|
| 1 | were the scene -- | 15:53:07 |
| 2 | A  It was their -- it was their investigative | 15:53:09 |
| 3 | lead they were going to follow up on. | 15:53:10 |
| 4 | Q  So it wasn't your responsibility. | 15:53:12 |
| 5 | A  No. | 15:53:18 |
| 6 | Q  Were they the lead detectives on this case? | 15:53:18 |
| 7 | A  Uh-huh. | 15:53:23 |
| 8 | Q  Is that a yes? | 15:53:24 |
| 9 | A  Uh-huh.  That's a yes.  They were the scene | 15:53:24 |
| 10 | detectives.  They were the lead detectives. | 15:53:28 |
| 11 | Q  Schak and Jack were the lead detectives on | 15:53:30 |
| 12 | this case. | 15:53:33 |
| 13 | A  Yes. | 15:53:34 |
| 14 | Q  Okay.  Why did you have Anna Velez give a | 15:53:34 |
| 15 | polygraph? | 15:53:48 |
| 16 | A  That one I don't remember, why she was | 15:53:49 |
| 17 | polygraphed. | 15:53:51 |
| 18 | Q  Where would I look to find out why she was | 15:53:52 |
| 19 | polygraphed? | 15:53:56 |
| 20 | A  Probably in the polygraph section. | 15:53:57 |
| 21 | Q  Well, where in the supplemental reports | 15:53:59 |
| 22 | created by the detectives would I look? | 15:54:09 |
| 23 | A  I didn't polygraph her. | 15:54:11 |
| 24 | Q  You're not a polygraph operator. | 15:54:15 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    254

```
1        A   I didn't take her to the polygraph.   I        15:54:17

2   didn't request she go take a polygraph.   Who took     15:54:20

3   her and why, I don't know.                             15:54:23

4        Q   So your partner requested that she be given   15:54:24

5   a polygraph.                                            15:54:30

6        You're aware of that; right?                       15:54:31

7        A   No, I'm not aware of that.                     15:54:32

8        Q   All right.  So a detective supp report        15:54:34

9   should have been created documenting why Anna Velez    15:54:39

10  was taken for a polygraph; right?                       15:54:43

11       A   Correct.                                       15:54:45

12       Q   Let's skip to Exhibit 6.                       15:54:46

13       All right.  I'll have to go back to Ms. Anna       15:55:52

14  Velez and her polygraph test.                           15:55:57

15       Do you know why she was suspected of               15:56:04

16  committing this murder?                                 15:56:06

17       MR. ENGQUIST:  Objection -- well, just the         15:56:07

18  form, calls for speculation.                            15:56:12

19       A   Why she was suspected of what?                 15:56:16

20       Q   Of having some involvement in the Vargas       15:56:20

21  homicide.                                               15:56:23

22       MS. QUIST:  Object.                                15:56:26

23       MS. ROSEN:  Foundation.                            15:56:26

24       A   I do not.                                      15:56:28
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          255

| | | |
|---|---|---|
| 1 | BY MR. AINSWORTH: | 15:56:28 |
| 2 | Q  Was there any other reason to polygraph her | 15:56:29 |
| 3 | apart from her having some suspected involvement in | 15:56:32 |
| 4 | the Rodrigo Vargas homicide? | 15:56:36 |
| 5 | A  Not to my knowledge. | 15:56:38 |
| 6 | Q  All right.  Sir, so then why didn't you | 15:56:39 |
| 7 | conduct any follow-up investigation after you talked | 15:56:53 |
| 8 | to Wilda and she said, "I was sleeping and then | 15:56:57 |
| 9 | somebody woke me up and told me my husband was | 15:57:01 |
| 10 | dead." | 15:57:04 |
| 11 | MS. ROSEN:  I'm sorry.  Could you read that | 15:57:04 |
| 12 | back. | 15:57:06 |
| 13 | (Pending question read.) | 15:57:24 |
| 14 | MR. ENGQUIST:  I'm going to object to form. | 15:57:24 |
| 15 | Go ahead. | 15:57:26 |
| 16 | A  The question about Wilda is that after | 15:57:31 |
| 17 | Guevara talked to her, she added no new information. | 15:57:37 |
| 18 | We had no investigation direction to go in, and we | 15:57:42 |
| 19 | were buried in other murder cases we were working | 15:57:46 |
| 20 | on. | 15:57:49 |
| 21 | Q  So just so I get it right, your sergeant | 15:57:51 |
| 22 | said investigate this murder. | 15:57:53 |
| 23 | A  For a day. | 15:57:54 |
| 24 | Q  For that day.  You went and talked to Wilda. | 15:57:55 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           256

```
1    She told you what she told you.                        15:57:58

2          You didn't ask her any follow-up questions;      15:58:03

3    right?                                                 15:58:08

4      A  I never spoke to Wilda.  She speaks Spanish.      15:58:08

5      Q  Okay.  And then despite having access to          15:58:15

6    Schak and Jack's report suggesting follow-up           15:58:21

7    information on -- following up an investigation on      15:58:24

8    the aggravated battery, you and your partner -- what   15:58:27

9    did you do after you talked to Wilda?                  15:58:34

10     A  Nothing as far as this case went, not until       15:58:36

11   June 2nd.                                              15:58:42

12     Q  Did you go back to your sergeant and say,         15:58:42

13   You know, we gave it our best shot, but we couldn't    15:58:45

14   crack this one?                                        15:58:48

15         MR. ENGQUIST:  Objection; argumentative,         15:58:49

16   form.                                                  15:58:51

17         MS. NIKOLAEVSKAYA:  Join.                        15:58:53

18     A  I don't remember what conversations we had        15:58:55

19   with our sergeant in Area 5.                           15:58:56

20     Q  Did you tell anyone that you were not going       15:58:58

21   to investigate this murder anymore after June --       15:59:00

22   after February 6th?                                    15:59:04

23         MS. ROSEN:  Object to the form.                  15:59:04

24         MR. ENGQUIST:  Join.                             15:59:06
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    257

| | | |
|---|---|---|
| 1 | A  I don't remember. | 15:59:09 |
| 2 | BY MR. AINSWORTH: | 15:59:09 |
| 3 | Q  Your partner was keeping in contact with | 15:59:10 |
| 4 | Wilda Vargas; right? | 15:59:13 |
| 5 | A  That I don't know about. | 15:59:15 |
| 6 | Q  Well, you testified at the same trial, | 15:59:16 |
| 7 | right, with Montanez and Serrano? | 15:59:24 |
| 8 | A  What was your question? | 15:59:28 |
| 9 | Q  You testified at the trial of Mr. Montanez | 15:59:29 |
| 10 | and Mr. Serrano; right? | 15:59:35 |
| 11 | A  Yes. | 15:59:36 |
| 12 | Q  Sorry.  My apologies.  This is actually | 15:59:37 |
| 13 | Exhibit No. 4, the Sidley interview, if you turn to | 16:00:06 |
| 14 | page 3.  Do you see that second paragraph on page 3? | 16:00:23 |
| 15 | The last sentence of that paragraph, "Detective | 16:00:37 |
| 16 | Halvorsen noted that throughout the next several | 16:00:43 |
| 17 | months, Detective Guevara 'kept in touch' with Wilda | 16:00:45 |
| 18 | by phone," kept in touch being in quotes. | 16:00:48 |
| 19 | A  Again, I don't remember the conversations I | 16:00:51 |
| 20 | had with Sidley. | 16:00:55 |
| 21 | Q  All right. | 16:00:57 |
| 22 | A  I can't dispute what they typed because I | 16:00:57 |
| 23 | don't remember it. | 16:01:00 |
| 24 | Q  Do you dispute that you told the lawyers at | 16:01:00 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          258

| | | |
|---|---|---|
| 1 | Sidley Austin that Detective Guevara kept in touch | 16:01:03 |
| 2 | with Wilda by phone over the next several months? | 16:01:06 |
| 3 |    A  I'm not disputing that. | 16:01:09 |
| 4 |    Q  Why didn't you create a report regarding | 16:01:10 |
| 5 | your interview of Wilda Vargas on February 6th? | 16:01:13 |
| 6 |    A  On February 6th because no new information | 16:01:20 |
| 7 | was learned.  It's pointless to turn a report in | 16:01:22 |
| 8 | that says we learned nothing. | 16:01:25 |
| 9 |    Q  So then let's go back to Exhibit No. 3. | 16:01:27 |
| 10 | Here we are, page 169.  We have a polygraph -- | 16:01:55 |
| 11 |    MR. ENGQUIST:  One second.  The staple you | 16:02:13 |
| 12 | gave me didn't hold.  It kind of fell apart.  I'm | 16:02:15 |
| 13 | sorry.  You have bad staples. | 16:02:20 |
| 14 |    MR. AINSWORTH:  It's stress turning. | 16:02:30 |
| 15 |    Q  All right.  Page 169, this is a -- appears | 16:02:32 |
| 16 | to be a polygraph report; is that right? | 16:02:36 |
| 17 |    A  Yes. | 16:02:39 |
| 18 |    Q  Requested by Detective, it says, Geurrera of | 16:02:39 |
| 19 | Area 5 violent crimes. | 16:02:44 |
| 20 |    Is that supposed to be Guevara? | 16:02:46 |
| 21 |    A  That's what it says. | 16:02:47 |
| 22 |    Q  Did you have a Geurrera in Area 5 at the | 16:02:48 |
| 23 | time? | 16:02:51 |
| 24 |    A  Yeah.  Ricky Geurrera, Area 5 youth. | 16:02:51 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                    259

| | | |
|---|---|---|
| 1 | Q   Ricky Geurrera -- | 16:02:54 |
| 2 | A   Uh-huh. | 16:02:54 |
| 3 | Q   -- Area 5 youth. | 16:02:55 |
| 4 | A   Uh-huh. | 16:02:56 |
| 5 | Q   What does youth mean?  What is Area 5 youth? | 16:02:56 |
| 6 | A   Where was it? | 16:03:00 |
| 7 | Q   What is it? | 16:03:00 |
| 8 | A   Youth division. | 16:03:01 |
| 9 | Q   Youth division. | 16:03:02 |
| 10 |     They investigate crimes against children; | 16:03:04 |
| 11 | right? | 16:03:07 |
| 12 | A   Mainly. | 16:03:07 |
| 13 | Q   And crimes committed by children? | 16:03:07 |
| 14 | A   Investigate crimes involving minors. | 16:03:10 |
| 15 | Q   Minors. | 16:03:13 |
| 16 |     And the Vargas homicide was not a crime | 16:03:13 |
| 17 | involving minors; right? | 16:03:18 |
| 18 | A   No. | 16:03:20 |
| 19 | Q   And this was for the murder of Rodrigo | 16:03:20 |
| 20 | Vargas?  That's what the polygraph was in relation | 16:03:27 |
| 21 | to; right? | 16:03:30 |
| 22 | A   It doesn't say that. | 16:03:31 |
| 23 | Q   Top left corner and it also has the RD | 16:03:32 |
| 24 | number. | 16:03:36 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    260

1          Do you see where it says victim's name?        16:03:41

2     A   I'm looking at the RD number.                   16:03:43

3     Q   All right.                                      16:03:43

4     A   This would have been relating to the Rodrigo    16:03:45

5  Vargas murder.                                         16:03:48

6     Q   Yeah.  All right.  And it was requested on      16:03:48

7  March 11th, 1993, and that leads you to believe that   16:03:56

8  that should be Detective Guevara rather than           16:04:04

9  Geurrera.                                              16:04:08

10    A   I see this report, but I have no knowledge       16:04:08

11 of this thing.                                         16:04:12

12    Q   All right.  Does the fact that it was           16:04:14

13 requested in the Vargas homicide lead you to believe   16:04:16

14 that it's actually a typo, and it was supposed to be   16:04:20

15 Detective Guevara rather than Detective Geurrera who   16:04:24

16 requested this?                                        16:04:26

17    A   I don't know.  I've got no idea why this was    16:04:27

18 requested in October 3rd of 1993, way, way, way        16:04:31

19 after this case was closed.                            16:04:35

20    Q   Well, I take this as police writing where it    16:04:36

21 says 11-3-93.                                          16:04:41

22    A   Okay.  You're saying it's March the 11th.       16:04:43

23    Q   Yes.                                            16:04:45

24    A   All right.  Again, I don't know anything        16:04:45

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                              261

| | | |
|---|---|---|
| 1 | about this. | 16:04:49 |
| 2 | Q  All right.  What was the result of Anna | 16:04:50 |
| 3 | Velez's polygraph? | 16:04:53 |
| 4 | A  It doesn't say. | 16:04:54 |
| 5 | Q  Why wasn't a copy of this report included in | 16:04:55 |
| 6 | the set of documents that you submitted with the | 16:05:05 |
| 7 | inventory file -- oh, strike that.  You didn't send | 16:05:09 |
| 8 | any documents. | 16:05:13 |
| 9 | Why wasn't this report listed on the | 16:05:14 |
| 10 | inventory file or file inventory that you completed? | 16:05:17 |
| 11 | A  I don't know.  I don't know anything about | 16:05:20 |
| 12 | this report.  I have no idea why Anna Velez was | 16:05:23 |
| 13 | taken to the polygraph. | 16:05:30 |
| 14 | Q  All right.  Let's then turn to page 171. | 16:05:31 |
| 15 | You're listed as the first detective on this supp | 16:05:49 |
| 16 | report. | 16:05:54 |
| 17 | Do you see that? | 16:05:54 |
| 18 | A  Yes. | 16:05:54 |
| 19 | Q  And Detective Guevara, he's listed as the | 16:05:55 |
| 20 | second reporting detective; right? | 16:06:00 |
| 21 | A  Yes. | 16:06:02 |
| 22 | Q  That's your signature below your name on the | 16:06:02 |
| 23 | first page? | 16:06:05 |
| 24 | A  Say that again, please. | 16:06:05 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          262

| | | |
|---|---|---|
| 1 | Q   That's your signature there? | 16:06:07 |
| 2 | A   Yes. | 16:06:08 |
| 3 | Q   You signed it once you completed this | 16:06:08 |
| 4 | report; right? | 16:06:12 |
| 5 | A   Yes. | 16:06:12 |
| 6 | Q   But before you turned it in; right? | 16:06:12 |
| 7 | A   Correct. | 16:06:16 |
| 8 | Q   And you signed it to affirm that it was | 16:06:16 |
| 9 | truthful and accurate; right? | 16:06:21 |
| 10 | A   I signed the report to say that I typed it. | 16:06:22 |
| 11 | Q   You were not saying that it was truthful and | 16:06:25 |
| 12 | accurate? | 16:06:28 |
| 13 | A   I'm saying that I typed the report. | 16:06:28 |
| 14 | Q   All right.  Are your police reports truthful | 16:06:30 |
| 15 | and accurate? | 16:06:33 |
| 16 | A   Yes. | 16:06:34 |
| 17 | Q   Is this report truthful and accurate, the | 16:06:34 |
| 18 | supp report dated June 2nd, 1993? | 16:06:39 |
| 19 | MS. ROSEN:  Object to the form. | 16:06:42 |
| 20 | A   As far as I know, this report is truthful | 16:06:44 |
| 21 | and accurate. | 16:06:46 |
| 22 | Q   Okay.  And you submitted this report on June | 16:06:46 |
| 23 | 2nd, 1993, at 11:00 p.m.; is that right? | 16:06:50 |
| 24 | A   On what day? | 16:06:57 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    263

1    Q   June 2nd.                                          16:06:57

2    A   No, I don't believe so.  That's the day I          16:06:58

3  typed this first page.                                   16:07:01

4    Q   Okay.  So where it says date this report           16:07:02

5  submitted --                                             16:07:06

6    A   I know.                                             16:07:07

7    Q   -- day -- let me just finish the question.         16:07:07

8    A   Go ahead.                                           16:07:09

9    Q   The date this report submitted:  Day,              16:07:10

10  June 2nd, 1993; time, 2300.                             16:07:15

11       You're supposed to put the date that this is       16:07:20

12  submitted; right?                                       16:07:22

13   A   Yes.                                               16:07:23

14   Q   Okay.  And your -- and when you submitted          16:07:23

15  this report dated June 2nd, 1993, you put it into       16:07:31

16  the same basket where you're supposed to put            16:07:35

17  reports; right?                                         16:07:38

18   A   This report was not submitted on June 2nd,         16:07:38

19  1993.                                                   16:07:41

20   Q   I didn't -- I'm not there yet.                     16:07:42

21   A   Okay.  Go ahead.                                   16:07:44

22   Q   I'm just saying this report dated June 2nd,        16:07:45

23  1993.                                                   16:07:47

24   A   The first page is dated that.                      16:07:47

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    264

| | | |
|---|---|---|
| 1 | Q   This report, it's only dated by you in one | 16:07:51 |
| 2 | place; right? | 16:07:56 |
| 3 | A   No.  It's dated on the back page too, | 16:07:56 |
| 4 | June 6th. | 16:08:00 |
| 5 | Q   Is that where it says the date of the | 16:08:01 |
| 6 | report? | 16:08:05 |
| 7 | A   No.  But it's also dated on the back, | 16:08:06 |
| 8 | June 6th. | 16:08:10 |
| 9 | Q   So you consider that to be a date of the | 16:08:10 |
| 10 | report. | 16:08:13 |
| 11 | A   The front page is the day that I started | 16:08:14 |
| 12 | typing.  Yes, I know the box down here says the day | 16:08:19 |
| 13 | it's submitted.  That's wrong.  I should have | 16:08:22 |
| 14 | changed this box to June 6th. | 16:08:24 |
| 15 | Q   Okay.  In any event, this report which we'll | 16:08:27 |
| 16 | call -- it's at least dated June 2nd, 1993; right? | 16:08:33 |
| 17 | A   The front page is, yes. | 16:08:37 |
| 18 | Q   Okay.  Was submitted by you in the same box | 16:08:39 |
| 19 | where you typically submit your reports; right? | 16:08:43 |
| 20 | A   Yes. | 16:08:46 |
| 21 | Q   When you're seeking approval for them; | 16:08:47 |
| 22 | right? | 16:08:49 |
| 23 | A   Yes. | 16:08:49 |
| 24 | Q   And then it was approved by Sergeant Biebel | 16:08:49 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    265

| | | |
|---|---|---|
| 1 | on June 3rd, 1993, at 11:45 a.m.; correct? | 16:08:53 |
| 2 | A  That's what it shows, correct. | 16:08:59 |
| 3 | Q  Do you have any doubt that Sergeant Biebel | 16:09:00 |
| 4 | approved this report on June 3rd, 1993, at | 16:09:05 |
| 5 | 11:45 p.m. -- a.m.? | 16:09:08 |
| 6 | A  I think the date it was approved is wrong. | 16:09:08 |
| 7 | Q  You think that both the date that it was | 16:09:10 |
| 8 | submitted and the date that it was approved -- | 16:09:17 |
| 9 | approved, both of those dates are wrong? | 16:09:21 |
| 10 | A  You're mixing up things here.  I have | 16:09:23 |
| 11 | already told you that this was the first page that I | 16:09:26 |
| 12 | started typing the report.  I should have changed | 16:09:29 |
| 13 | this date to the 6th.  I didn't. | 16:09:32 |
| 14 | Q  Right.  You got that wrong. | 16:09:36 |
| 15 | A  It's an error on my behalf. | 16:09:37 |
| 16 | Q  Okay. | 16:09:39 |
| 17 | A  There is a notation here this report was | 16:09:39 |
| 18 | still in progress on June the 6th. | 16:09:41 |
| 19 | Q  Okay.  So you're saying that you erred in | 16:09:43 |
| 20 | the date -- | 16:09:49 |
| 21 | A  Yes. | 16:09:49 |
| 22 | Q  -- on the first page? | 16:09:50 |
| 23 | A  Yes. | 16:09:51 |
| 24 | Q  And your supervisor, Sergeant Biebel, also | 16:09:51 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    266

1    erred as to the date that he approved the report;          16:09:57

2    right?                                                     16:10:00

3        A  I'm not saying he intentionally erred.  I'm        16:10:00

4    saying that he had a stamp that he used.  The wheel       16:10:04

5    might have been turned to the wrong date.                 16:10:06

6        Q  And so it was one of those stamps that you         16:10:08

7    set it at the beginning of the day to allow you to        16:10:12

8    stamp --                                                  16:10:14

9        A  Yes.                                                16:10:14

10       Q  -- everything that day?                            16:10:15

11       A  Yes.                                                16:10:15

12       Q  All right.  And do you know why he would           16:10:16

13   have turned his wheel on that stamp back three days       16:10:20

14   just for this particular report, which you also           16:10:24

15   erred on the date on the first page?                      16:10:27

16       MS. ROSEN:  Object to the form.                       16:10:30

17       MS. QUIST:  Join.                                     16:10:32

18       A  I'm not saying that he did.  I'm saying that       16:10:33

19   the wheel was turned back, and he may not have            16:10:35

20   noticed.                                                  16:10:38

21       Q  Did you spill coffee on this report, sir?          16:10:39

22       A  No.                                                 16:10:42

23       MS. QUIST:  Object to form.                           16:10:42

24       Q  All right.  So when do you think you               16:10:45

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    267

| | | |
|---|---|---|
| 1 | submitted this report, sir? | 16:10:51 |
| 2 | A  Sometime after June 6th. | 16:10:53 |
| 3 | Q  Do you have any idea when? | 16:10:54 |
| 4 | A  Probably June 6th or June 7th. | 16:10:57 |
| 5 | Q  Why did you say that this report was added | 16:11:02 |
| 6 | to the file on June 2nd?  In the inventory file -- | 16:11:20 |
| 7 | A  Yeah, I know.  I know.  My error. | 16:11:25 |
| 8 | Q  So -- | 16:11:28 |
| 9 | A  It should have said June 6th. | 16:11:29 |
| 10 | Q  I'm sorry.  I'm just trying to get this | 16:11:31 |
| 11 | straight. | 16:11:34 |
| 12 | So you're saying that you not only got the | 16:11:34 |
| 13 | date wrong on the report, but you also got the date | 16:11:37 |
| 14 | wrong on the investigative file inventory, and your | 16:11:41 |
| 15 | sergeant got the date wrong when he approved it. | 16:11:44 |
| 16 | Is that what you're saying, sir? | 16:11:48 |
| 17 | A  Can I look at the investigative file | 16:11:49 |
| 18 | inventory and make sure that we're comparing this | 16:11:52 |
| 19 | report to that? | 16:11:55 |
| 20 | Q  Sure. | 16:11:56 |
| 21 | A  Can we do that? | 16:11:57 |
| 22 | Q  Yeah.  Exhibit 6. | 16:11:58 |
| 23 | So on June 2nd, you include a number of | 16:12:01 |
| 24 | documents but only one supp report; right? | 16:12:15 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    268

| | | |
|---|---|---|
| 1 | A   None of this stuff is chronological.  I | 16:13:12 |
| 2 | would need to have the chronological file as to what | 16:13:14 |
| 3 | was before this supp and what was after this supp so | 16:13:19 |
| 4 | I can compare it to make sure I'm referring to this | 16:13:22 |
| 5 | supp on June the 2nd and not on June the 14th. | 16:13:25 |
| 6 | Q  All right.  Well, you've got a -- on | 16:13:29 |
| 7 | February 2nd, you've got a canvas supp and the | 16:13:35 |
| 8 | progress supp.  Those are the only other two supp | 16:13:38 |
| 9 | reports submitted as of June 2nd. | 16:13:42 |
| 10 | The canvas supp, the progress supp, and then | 16:13:44 |
| 11 | the supp that you introduced; right? | 16:13:44 |
| 12 | A  Again, this is not chronological, and it's | 16:13:49 |
| 13 | very confusing. | 16:13:59 |
| 14 | Q  All right.  So let's just -- | 16:14:00 |
| 15 | A  I will admit that I put the wrong date on | 16:14:02 |
| 16 | the front of this report.  I would admit that this | 16:14:07 |
| 17 | report should have been logged in the file as of | 16:14:10 |
| 18 | June 6th. | 16:14:13 |
| 19 | Why Bob Biebel had the wrong date on this I | 16:14:13 |
| 20 | don't know.  I can only assume that someone, I don't | 16:14:17 |
| 21 | think it was him, probably was playing with his time | 16:14:21 |
| 22 | stamp and changed the date, and he didn't notice. | 16:14:23 |
| 23 | Q  But you agree that you logged the supp | 16:14:26 |
| 24 | reports on June 2nd -- | 16:14:30 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    269

| | | |
|---|---|---|
| 1 | A   Apparently. | 16:14:31 |
| 2 | Q   -- in the investigative file inventory; | 16:14:31 |
| 3 | correct? | 16:14:35 |
| 4 | A   Yes. | 16:14:35 |
| 5 | Q   And so you got the date wrong on the | 16:14:36 |
| 6 | investigative file inventory on the first page of | 16:14:39 |
| 7 | the supp report, and your sergeant also got the date | 16:14:44 |
| 8 | wrong that he approved the report. | 16:14:48 |
| 9 |     That's what you're saying? | 16:14:52 |
| 10 | A   Yes. | 16:14:53 |
| 11 | Q   All right.  Did you include the location -- | 16:14:54 |
| 12 | sorry -- did you include in this report -- | 16:15:01 |
| 13 |     MR. ENGQUIST:  Which report are you speaking | 16:15:04 |
| 14 | of? | 16:15:06 |
| 15 |     MR. AINSWORTH:  The report that the first | 16:15:06 |
| 16 | page is dated June 2nd, 1993. | 16:15:09 |
| 17 | Q   Did you include in that report the fact that | 16:15:13 |
| 18 | you tried to verify that Gold Busters didn't exist, | 16:15:15 |
| 19 | but you found it to be an empty storefront? | 16:15:22 |
| 20 | A   Which report are you referring to? | 16:15:29 |
| 21 | Q   The one that's dated on the first page, | 16:15:32 |
| 22 | June 2nd, 1993. | 16:15:38 |
| 23 | A   I can't find it.  Can you find it for me. | 16:15:38 |
| 24 | Q   Yeah.  I'm sorry.  I'm on Exhibit 3, and | 16:15:49 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    270

1    here's the first page of it just for your reference.        16:15:58

2        A   All right.                                          16:16:00

3        Q   You can turn to the second and third page,          16:16:01

4    if you'd like.                                              16:16:04

5        A   Which page would you like me to turn to?            16:16:06

6        Q   Well, I will represent to you that there's          16:16:08

7    nowhere in this report or in this file anything             16:16:12

8    about you determining that Gold Busters was actually        16:16:17

9    a vacant storefront.                                        16:16:22

10           And I'm asking you --                               16:16:27

11       A   You would be correct.  There's nothing in          16:16:29

12   this report.                                                16:16:31

13       Q   All right.  And there's nothing in this            16:16:31

14   report about Vicente telling you that Jose                  16:16:39

15   Montanez's car was damaged by a bullet during the           16:16:48

16   murder; correct?                                            16:16:51

17       A   Say your question again, please.                   16:16:51

18       Q   Sure.  There's nothing in this report about        16:16:56

19   Jose Montanez's car being damaged by a bullet as you        16:16:59

20   claimed that Vicente had said to you.                       16:17:03

21       A   No.  That was a different report.                  16:17:06

22       Q   Okay.                                              16:17:11

23       A   Let me correct that.                               16:17:32

24       Q   Yes.                                               16:17:33

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                            271

| | | | |
|---|---|---|---|
| 1 | A | Let me correct that. | 16:17:33 |
| 2 | Q | Yes, sir. | 16:17:34 |
| 3 | A | The same report -- | 16:17:35 |
| 4 | Q | Yes. | 16:17:36 |
| 5 | A | -- that we talked about this one -- | 16:17:37 |
| 6 | Q | Yes. | 16:17:38 |
| 7 | A | -- the front page says 2nd of June. | 16:17:38 |
| 8 | Q | Yes. | 16:17:41 |
| 9 | A | On page 3 -- | 16:17:41 |
| 10 | Q | Yes. | 16:17:42 |

11    A  -- Francisco Vicente clearly stated that two    16:17:42

12  days later, Pistol Pete drove up.  He noticed new    16:17:46

13  damage to the left-front fender.  Pistol Pete told    16:17:51

14  him he smashed the car after he popped the victim.    16:17:54

15    Q  Okay.    16:18:00

16    A  Bullet hole.  Bullet hole.    16:18:01

17      You were correct.  There's nothing in here    16:19:28

18  that -- about Francisco Vicente telling me that    16:19:30

19  Pistol Pete -- the car had accidentally been shot    16:19:33

20  during the murder.    16:19:39

21    Q  But you told Wilda Vargas that Montanez's    16:19:40

22  car had sustained a bullet hole as part of the    16:19:44

23  murder; correct?    16:19:48

24      MS. ROSEN:  Object to the form, foundation.    16:19:49

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    272

| | | |
|---|---|---|
| 1 | MR. ENGQUIST:  Mischaracterizes his previous | 16:19:51 |
| 2 | testimony. | 16:19:53 |
| 3 | A  I never told Wilda Vargas anything. | 16:19:54 |
| 4 | BY MR. AINSWORTH: | 16:19:54 |
| 5 | Q  Sorry.  Your partner, Ray Guevara, told | 16:19:57 |
| 6 | Wilda Vargas that Montanez's car had sustained a | 16:20:00 |
| 7 | bullet hole as part of the murder; right? | 16:20:04 |
| 8 | A  That I'm unaware of.  I don't know what Ray | 16:20:07 |
| 9 | told Wilda. | 16:20:10 |
| 10 | Q  You can't admit that's true or deny it's | 16:20:11 |
| 11 | false; right? | 16:20:15 |
| 12 | A  What's that? | 16:20:15 |
| 13 | Q  You can't -- you can't say one way or the | 16:20:16 |
| 14 | other whether Ray told Wilda that the bullet hole in | 16:20:19 |
| 15 | Montanez's car came from the murder; right? | 16:20:24 |
| 16 | A  Correct. | 16:20:27 |
| 17 | MR. ENGQUIST:  I think we're going to take | 16:20:29 |
| 18 | another break.  Just a few minutes. | 16:20:31 |
| 19 | MR. AINSWORTH:  Okay. | 16:20:34 |
| 20 | THE VIDEOGRAPHER:  Off the record, 4:20. | 16:20:35 |
| 21 | (A recess was taken from 4:20 p.m. to | 16:29:01 |
| 22 | 4:31 p.m.) | 16:30:24 |
| 23 | THE VIDEOGRAPHER:  Back on the record, 4:31. | 16:30:25 |
| 24 | | |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    273

| | | |
|---|---|---|
| 1 | BY MR. AINSWORTH: | 16:30:57 |
| 2 | Q  Okay.  If you turn back to Exhibit No. 3, | 16:30:59 |
| 3 | that's the RD file, and if you turn to page 174. | 16:31:05 |
| 4 | It says, "On June 2nd, 1993, Detective R. | 16:31:17 |
| 5 | Guevara showed Wilda Vargas a photo array that | 16:31:24 |
| 6 | consisted of CPD black-and-white identification | 16:31:28 |
| 7 | photos.  Wilda Vargas identified Jose Montanez, | 16:31:31 |
| 8 | Pistol Pete, as the person who followed her husband | 16:31:35 |
| 9 | into the gas station." | 16:31:38 |
| 10 | "She also identified Armando Serrano, Mondo, | 16:31:39 |
| 11 | as the person she saw seated in the front | 16:31:41 |
| 12 | passenger's seat of the tan" can -- tan "car that | 16:31:44 |
| 13 | followed them.  These photos were inventoried for | 16:31:46 |
| 14 | evidence." | 16:31:50 |
| 15 | Do you see that, sir? | 16:31:51 |
| 16 | A  Yes. | 16:31:52 |
| 17 | Q  So the photo array consisted of three | 16:31:59 |
| 18 | defendants; right? | 16:32:02 |
| 19 | A  Yes. | 16:32:03 |
| 20 | Q  Or three suspects. | 16:32:03 |
| 21 | A  Three suspects at that time. | 16:32:06 |
| 22 | Q  All right.  Montanez, Serrano, and Pacheco; | 16:32:07 |
| 23 | right? | 16:32:09 |
| 24 | A  Yes. | 16:32:09 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          274

| | | |
|---|---|---|
| 1 | Q  And then five filler photos; right? | 16:32:10 |
| 2 | A  Yes. | 16:32:16 |
| 3 | Q  Do you know why Ray Guevara showed Wilda | 16:32:16 |
| 4 | Vargas a photo array that contained three suspects | 16:32:26 |
| 5 | and five fillers? | 16:32:29 |
| 6 | A  No. | 16:32:33 |
| 7 | Q  That was improper to do; right? | 16:32:33 |
| 8 | A  Every case is different.  You have to use | 16:32:35 |
| 9 | what's available to you.  It appears to be wrong. | 16:32:38 |
| 10 | There should have been more filler photos. | 16:32:41 |
| 11 | Q  And was there a shortage of filler photos on | 16:32:44 |
| 12 | June 2nd, 1993? | 16:32:48 |
| 13 | A  I do not know what filler photos Guevara had | 16:32:49 |
| 14 | with him. | 16:32:53 |
| 15 | Q  Well, I mean at the station, were there -- | 16:32:53 |
| 16 | was there a shortage of filler photos on June 2nd, | 16:32:55 |
| 17 | 1993? | 16:32:59 |
| 18 | A  Not to my knowledge. | 16:33:00 |
| 19 | Q  Did you ever have a situation where there | 16:33:01 |
| 20 | weren't enough filler photos for a photo array? | 16:33:05 |
| 21 | A  Yes. | 16:33:07 |
| 22 | Q  All right.  And tell us the circumstances | 16:33:07 |
| 23 | when that happened. | 16:33:10 |
| 24 | A  We didn't have them.  We didn't have enough | 16:33:11 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    275

| | | |
|---|---|---|
| 1 | pictures of a certain person we were trying to do a | 16:33:16 |
| 2 | photo array with. | 16:33:19 |
| 3 |     Q  All right. | 16:33:20 |
| 4 |     A  If the guy is missing his eye, we'd need | 16:33:21 |
| 5 | filler photos with the guys missing their eyes. | 16:33:23 |
| 6 |     Q  I see.  There were situations where somebody | 16:33:25 |
| 7 | has a very prominent distinguishing factor; right? | 16:33:27 |
| 8 |     A  Yes. | 16:33:31 |
| 9 |     MS. ROSEN:  Object to the form. | 16:33:32 |
| 10 |     Q  But how about people who did not have such a | 16:33:33 |
| 11 | prominent distinguishing factor?  Did you ever have | 16:33:36 |
| 12 | not enough filler photos? | 16:33:38 |
| 13 |     A  Ordinarily, we would have filler photos in | 16:33:40 |
| 14 | the office. | 16:33:43 |
| 15 |     Q  All right.  Then it says that the reporting | 16:33:43 |
| 16 | detectives -- well, according to this report, you | 16:33:57 |
| 17 | then identified a car belonging to Jose Montanez; | 16:34:05 |
| 18 | right? | 16:34:07 |
| 19 |     A  Yes. | 16:34:07 |
| 20 |     Q  And then it says detective -- | 16:34:10 |
| 21 |     A  Let me correct that.  We found a car that | 16:34:14 |
| 22 | was registered to Jose Montanez. | 16:34:19 |
| 23 |     Q  Okay.  And then in the last -- the next | 16:34:20 |
| 24 | paragraph there, second from the end, it says, | 16:34:23 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    276

1    "Detective R. Guevara drove Wilda Vargas around the          16:34:27

2    neighborhood of the 3900 block of West Dickens."            16:34:31

3         Do you see that, sir?                                   16:34:34

4    A   Yes.                                                     16:34:34

5    Q   And so was it only Ray Guevara who was                   16:34:36

6    driving Wilda around?                                        16:34:40

7    A   Yes.                                                     16:34:41

8    Q   So you did not accompany him on that                     16:34:42

9    driving?                                                     16:34:45

10   A   No.                                                      16:34:45

11   Q   And so then -- and when did that take place?             16:34:45

12   A   I imagine it was June 2nd.  No, it couldn't              16:34:53

13   have been June 2nd.  I'm sorry.  It had to be the            16:34:59

14   same day we took the photographs of the car, which          16:35:02

15   would have been June 6th.                                    16:35:06

16   Q   And you took those photographs; right?                   16:35:08

17   A   Yes.                                                     16:35:12

18   Q   Okay.  So you were not present when Wilda                16:35:12

19   identified Jose Montanez's car; right?                       16:35:20

20   A   My report says no.                                       16:35:26

21   Q   All right.  And you don't know if Ray                    16:35:30

22   Guevara first drove her to a number of vehicles that         16:35:38

23   looked nothing like the suspect vehicle from the gas         16:35:41

24   station; right?                                              16:35:45

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           277

1        A   That's correct.                              16:35:46

2        Q   You don't know where Ray Guevara took her;   16:35:47

3   right?                                                16:35:51

4        A   That's correct.                              16:35:51

5        Q   You don't know if Ray Guevara told Wilda     16:35:52

6   Vargas that the bullet damage to Jose Montanez's car  16:35:59

7   matched the ballistics evidence from the crime scene  16:36:02

8   when she was asked to identify Jose Montanez's car;    16:36:06

9   right?                                                16:36:10

10       A   That's correct.                              16:36:10

11       Q   And if you did type stuff on here, on this   16:36:10

12   report after June -- after submitting and having the  16:36:39

13   report approved, that would have been totally wrong;  16:36:43

14   right?                                                16:36:47

15       A   Correct.                                      16:36:47

16           MS. ROSEN:  Object to the form.               16:36:48

17       Q   All right.  Then I want to direct your        16:36:49

18   attention to page 193.                                16:36:59

19           This is a lineup report; correct?             16:37:26

20       A   Correct.                                      16:37:38

21       Q   You prepared this report?                     16:37:39

22       A   I did.                                         16:37:40

23       Q   That's your signature under your name on the  16:37:41

24   first page?                                           16:37:45

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    278

| | | |
|---|---|---|
| 1 | A   That's correct. | 16:37:45 |
| 2 | Q   Did you sign your partner's name on this? | 16:37:47 |
| 3 | A   Yes. | 16:37:50 |
| 4 | Q   Did you give him a chance to review it for | 16:37:50 |
| 5 | accuracy before signing in his stead? | 16:37:53 |
| 6 | A   No. | 16:37:57 |
| 7 | Q   Why did you sign his name to your report? | 16:37:57 |
| 8 | A   It's a common thing we did. | 16:38:00 |
| 9 | Q   And this report was approved by Sergeant | 16:38:02 |
| 10 | Mingey? | 16:38:09 |
| 11 | A   Yes. | 16:38:09 |
| 12 | Q   No way to forge that signature. | 16:38:10 |
| 13 | A   That's Ed's signature. | 16:38:13 |
| 14 | MS. NIKOLAEVSKAYA:  Objection to form. | 16:38:16 |
| 15 | Q   So then going to the second page, you have a | 16:38:18 |
| 16 | lineup, and you tried to make this a fair lineup to | 16:38:20 |
| 17 | Armando Serrano; right? | 16:38:26 |
| 18 | A   Yes. | 16:38:26 |
| 19 | Q   Trying to find people who would appear | 16:38:32 |
| 20 | similar to him; right? | 16:38:35 |
| 21 | A   Yes. | 16:38:36 |
| 22 | Q   And so when you were creating this lineup, | 16:38:36 |
| 23 | you were looking for people who would appear similar | 16:38:39 |
| 24 | to the 5-foot-6, 150 pound Armando Serrano; right? | 16:38:42 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    279

| | | |
|---|---|---|
| 1 | A  Yes. | 16:38:47 |
| 2 | Q  And so you went out, and you found other | 16:38:47 |
| 3 | Latino men; right? | 16:38:54 |
| 4 | A  Yes. | 16:38:59 |
| 5 | Q  And you found the tallest, skinniest Latino | 16:38:59 |
| 6 | men you could to place next to Armando Serrano in | 16:39:05 |
| 7 | the lineup; is that right? | 16:39:05 |
| 8 | A  What was your question? | 16:39:05 |
| 9 | MS. ROSEN:  Object to the form.  Object to | 16:39:08 |
| 10 | the argumentative. | 16:39:10 |
| 11 | MR. ENGQUIST:  Join. | 16:39:13 |
| 12 | Q  You went out and you found the tallest, | 16:39:13 |
| 13 | skinniest Latino men that you could to place next to | 16:39:15 |
| 14 | Armando Serrano in the lineup; right? | 16:39:18 |
| 15 | A  Wrong. | 16:39:20 |
| 16 | Q  All right.  Well, let's just take a look | 16:39:20 |
| 17 | here. | 16:39:23 |
| 18 | Did you have trouble finding shorter Latino | 16:39:24 |
| 19 | men in the City of Chicago on June 11th, 1993? | 16:39:29 |
| 20 | A  This report indicates that all the fellows | 16:39:32 |
| 21 | in the lineup were prisoners. | 16:39:36 |
| 22 | Q  Okay.  So you went to the lockup and you | 16:39:39 |
| 23 | found -- and you couldn't find any shorter Latinos | 16:39:42 |
| 24 | in the lockup; is that what you're saying? | 16:39:48 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    280

| | | |
|---|---|---|
| 1 | A   We use what's available to us. | 16:39:51 |
| 2 | Q   Did you -- | 16:39:54 |
| 3 | A   That's all we can do. | 16:39:55 |
| 4 | Q   Did they just arrest a basketball team or | 16:39:56 |
| 5 | something? | 16:39:56 |
| 6 | MS. QUIST:  Objection. | 16:39:56 |
| 7 | MS. ROSEN:  Object to the argumentative | 16:40:00 |
| 8 | nature of the question. | 16:40:02 |
| 9 | MS. NIKOLAEVSKAYA:  Join. | 16:40:06 |
| 10 | Q   Why did you create a lineup that has people | 16:40:06 |
| 11 | who are all either 5-11 or 6-1 or 6-foot tall next | 16:40:08 |
| 12 | to the 5-foot-6 Armando Serrano? | 16:40:11 |
| 13 | A   We used what filler are available to us. | 16:40:13 |
| 14 | Can I see the lineup photo? | 16:40:18 |
| 15 | Q   I don't have it in front of me, sir. | 16:40:21 |
| 16 | A   I want to see if he's sitting down or not. | 16:40:23 |
| 17 | Q   Well, sir, let's take a look at the -- | 16:40:26 |
| 18 | A   The persons are seated. | 16:40:29 |
| 19 | Q   In the report, you would indicate if the | 16:40:32 |
| 20 | participants in the lineup were seated, correct, if | 16:40:36 |
| 21 | they were, in fact, seated? | 16:40:41 |
| 22 | A   Well, that's why I want to look at the | 16:40:42 |
| 23 | lineup photo. | 16:40:44 |
| 24 | Q   I'm just asking you, sir, in your report you | 16:40:45 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    281

| | | |
|---|---|---|
| 1 | would indicate if the participants were seated, if | 16:40:48 |
| 2 | they were, in fact, seated; right? | 16:40:50 |
| 3 | A  I normally would, yes. | 16:40:51 |
| 4 | Q  All right.  And your report does not | 16:40:53 |
| 5 | indicate that the participants were seated; right? | 16:40:55 |
| 6 | A  That's correct. | 16:40:57 |
| 7 | Q  All right.  And so -- and not only did you | 16:40:59 |
| 8 | find really tall people, but proportionally they | 16:41:03 |
| 9 | were really skinny people; right? | 16:41:07 |
| 10 | MS. ROSEN:  Object to the form of your | 16:41:09 |
| 11 | question. | 16:41:10 |
| 12 | MS. NIKOLAEVSKAYA:  Join. | 16:41:11 |
| 13 | MR. ENGQUIST:  Join. | 16:41:12 |
| 14 | Q  You've got a guy who is 6-foot-1 and only | 16:41:14 |
| 15 | 150 pounds. | 16:41:14 |
| 16 | MS. ROSEN:  Object to the form. | 16:41:14 |
| 17 | MS. QUIST:  Join. | 16:41:21 |
| 18 | MS. NIKOLAEVSKAYA:  Join. | 16:41:19 |
| 19 | A  What's your question, please? | 16:41:19 |
| 20 | Q  Well, just that you were -- you've got a guy | 16:41:22 |
| 21 | who is 5-foot-6, 150 pounds, which would be about a | 16:41:24 |
| 22 | medium build; right? | 16:41:28 |
| 23 | MS. ROSEN:  Object to the form. | 16:41:29 |
| 24 | A  I can save you some trouble here. | 16:41:33 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    282

```
 1        Wilda Vargas never saw Armando Serrano out      16:41:35

 2   of the car.  She had no idea how tall he is, how     16:41:38

 3   much he weighed.  She saw him sitting in the car.    16:41:42

 4   So I don't see your questions about height.          16:41:45

 5   BY MR. AINSWORTH:                                    16:41:45

 6      Q  Well, would the -- as part of what you're      16:41:48

 7   trying to do in a lineup when you're creating the    16:41:54

 8   fillers is make sure that the suspect doesn't stand  16:41:56

 9   out in some significant way from the other people in 16:41:59

10   the lineup.                                          16:42:01

11      A  That's correct.  That's why I'd like to see    16:42:02

12   the lineup photo.                                    16:42:04

13      Q  Okay.  Let's turn to page 183 of Exhibit 3.    16:42:05

14      A  183?                                           16:42:54

15      Q  Yes.                                           16:42:55

16        All right.  So this is a report documenting     16:42:57

17   the questioning of Armando Serrano and Jorge Pacheco 16:43:17

18   on June 8th and June 9th of 1993.                    16:43:24

19        Do you see that?                                16:43:27

20      A  Yes.                                           16:43:27

21      Q  Why didn't you have Wilda come and view a      16:43:29

22   lineup of Armando Serrano on June 8, 1993?           16:43:33

23      A  He wasn't under arrest.                        16:43:35

24      Q  And so why -- why does that matter?            16:43:37
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    283

| | | |
|---|---|---|
| 1 | A  You're not supposed to put persons in | 16:43:41 |
| 2 | lineups who aren't under arrest. | 16:43:46 |
| 3 | Q  Well, isn't it an investigative tool to try | 16:43:47 |
| 4 | and find out who the perpetrator is? | 16:43:49 |
| 5 | A  No.  It's a charging tool. | 16:43:51 |
| 6 | Q  It's a charging tool. | 16:43:52 |
| 7 | A  Yeah.  To identify who an offender is and | 16:43:54 |
| 8 | charge him. | 16:43:56 |
| 9 | Q  So you're saying that you can only do a | 16:43:58 |
| 10 | lineup after somebody has already been arrested. | 16:44:01 |
| 11 | A  Arrested.  That's the proper procedure. | 16:44:02 |
| 12 | Q  All right.  So you can't ask somebody if | 16:44:04 |
| 13 | they would voluntarily appear in a lineup. | 16:44:10 |
| 14 | A  We can ask, yes. | 16:44:12 |
| 15 | Q  All right.  So why didn't you ask Armando | 16:44:13 |
| 16 | Serrano if he would -- you know, because he was | 16:44:16 |
| 17 | cooperative and came down for a polygraph test; | 16:44:17 |
| 18 | right? | 16:44:22 |
| 19 | A  Yes. | 16:44:22 |
| 20 | Q  He came down voluntarily; is that what | 16:44:22 |
| 21 | you're saying? | 16:44:24 |
| 22 | A  Yes. | 16:44:25 |
| 23 | Q  And so why didn't you just say, Hey, | 16:44:25 |
| 24 | Armando, we'd really like to clear this up.  Could | 16:44:27 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    284

| | | |
|---|---|---|
| 1 | we just have you stand in a lineup.  We'll make it | 16:44:30 |
| 2 | fair for you. | 16:44:34 |
| 3 |     MS. ROSEN:  Object to the form of the | 16:44:36 |
| 4 | question. | 16:44:38 |
| 5 |    A  We didn't. | 16:44:39 |
| 6 |     MR. ENGQUIST:  Join. | 16:44:39 |
| 7 |     MS. NIKOLAEVSKAYA:  Join. | 16:44:41 |
| 8 |    Q  Well, why didn't you, sir? | 16:44:42 |
| 9 |    A  We weren't at that point in the | 16:44:44 |
| 10 | investigation yet. | 16:44:47 |
| 11 | BY MR. AINSWORTH: | 16:44:47 |
| 12 |    Q  Why weren't you at that point in the | 16:45:07 |
| 13 | investigation? | 16:45:09 |
| 14 |    A  To have them stand in a lineup? | 16:45:09 |
| 15 |    Q  Yeah. | 16:45:14 |
| 16 |    A  Because I wanted to talk to all three | 16:45:14 |
| 17 | potential suspects before I took that step. | 16:45:17 |
| 18 |    Q  Why? | 16:45:19 |
| 19 |    A  I wanted to. | 16:45:20 |
| 20 |    Q  Why? | 16:45:21 |
| 21 |    A  Because that was my investigative steps. | 16:45:21 |
| 22 |    Q  All right.  But why were those your | 16:45:23 |
| 23 | investigative steps? | 16:45:25 |
| 24 |    A  That's the way I did my job. | 16:45:25 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    285

| | | |
|---|---|---|
| 1 | Q   And what was the thinking behind it? | 16:45:27 |
| 2 | A   That I was building a case. | 16:45:29 |
| 3 | Q   And how was talking to everybody before you | 16:45:30 |
| 4 | had a lineup -- | 16:45:34 |
| 5 | A   Well, I might have got some -- one of the | 16:45:35 |
| 6 | three persons to come in and give me a statement. | 16:45:37 |
| 7 | Q   And neither Armando Serrano or Jorge Pacheco | 16:45:40 |
| 8 | claimed any responsibility for this crime | 16:45:47 |
| 9 | whatsoever; right? | 16:45:50 |
| 10 | A   That's correct. | 16:45:50 |
| 11 | Q   They both denied it wholeheartedly? | 16:45:51 |
| 12 | A   Correct. | 16:45:54 |
| 13 | Q   And you submitted this report on June 14, | 16:45:54 |
| 14 | 1993? | 16:46:03 |
| 15 | A   It's not my report.  It's Detective | 16:46:03 |
| 16 | Guevara's report. | 16:46:06 |
| 17 | Q   Oh, I see. | 16:46:06 |
| 18 | Does that mean he typed this report? | 16:46:07 |
| 19 | A   No. | 16:46:09 |
| 20 | Q   So you typed it? | 16:46:09 |
| 21 | A   Guevara typed it. | 16:46:11 |
| 22 | Q   Guevara typed it.  Okay. | 16:46:13 |
| 23 | So Guevara typed it, and he submitted it on | 16:46:15 |
| 24 | June 14th, 1993, at 8:30 p.m.; right? | 16:46:17 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    286

| | | |
|---|---|---|
| 1 | MS. ROSEN:  Objection; foundation. | 16:46:24 |
| 2 | A  That's what the report indicates. | 16:46:27 |
| 3 | BY MR. AINSWORTH: | 16:46:27 |
| 4 | Q  Do you have any reason to doubt that? | 16:46:30 |
| 5 | A  What's that? | 16:46:32 |
| 6 | Q  Do you have any reason to doubt that? | 16:46:32 |
| 7 | A  No. | 16:46:32 |
| 8 | MS. ROSEN:  Object to the foundation. | 16:46:34 |
| 9 | Q  Sergeant Biebel approved it on June 15th at | 16:46:36 |
| 10 | noon; correct? | 16:46:38 |
| 11 | MS. ROSEN:  Object to the foundation. | 16:46:39 |
| 12 | MR. ENGQUIST:  Join. | 16:46:41 |
| 13 | A  That's what the report indicates. | 16:46:42 |
| 14 | Q  Okay.  So let's go back a few pages to 177. | 16:46:48 |
| 15 | This is a report typed by you; correct? | 16:46:55 |
| 16 | A  Correct. | 16:47:09 |
| 17 | Q  And this is submitted on June 14th, 1993, at | 16:47:09 |
| 18 | 6:00 p.m.; is that right? | 16:47:22 |
| 19 | A  Correct. | 16:47:21 |
| 20 | Q  And approved by Sergeant Biebel on | 16:47:21 |
| 21 | June 15th, 1993, at 12:45? | 16:47:26 |
| 22 | A  That's what's indicated. | 16:47:29 |
| 23 | Q  All right.  And this demonstrates or | 16:47:30 |
| 24 | documents your interview with Timothy Rankins; is | 16:47:36 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    287

| | |
|---|---|
| 1 | that right? | 16:47:40 |
| 2 | A  That's correct. | 16:47:40 |
| 3 | Q  All right.  How did you come in contact with | 16:47:40 |
| 4 | Timothy Rankins? | 16:47:45 |
| 5 | A  I was at home.  I was called at home by | 16:47:47 |
| 6 | Sergeant Mingey.  He told me he had a witness to the | 16:47:52 |
| 7 | shooting of Rodrigo Vargas in the office, and he | 16:47:57 |
| 8 | wanted me to come in and take a statement from him. | 16:48:03 |
| 9 | Q  All right.  And how did Sergeant Mingey come | 16:48:05 |
| 10 | in contact with Timothy Rankins? | 16:48:12 |
| 11 | A  I believe Rankins was in custody for some | 16:48:14 |
| 12 | other crime. | 16:48:17 |
| 13 | Q  And why did that lead Timothy -- why did | 16:48:18 |
| 14 | that lead Mingey to be in contact with Timothy | 16:48:22 |
| 15 | Rankins? | 16:48:25 |
| 16 | A  I don't know. | 16:48:26 |
| 17 | Q  Would reviewing your report help refresh | 16:48:26 |
| 18 | your recollection? | 16:48:29 |
| 19 | A  Yeah. | 16:48:29 |
| 20 | Q  Take a look at the bottom of page 2 of your | 16:48:33 |
| 21 | June 14, 1993, report relating to Timothy Rankins. | 16:48:40 |
| 22 | A  Yes.  My recollection has been -- has | 16:48:43 |
| 23 | been -- | 16:48:45 |
| 24 | Q  Refreshed? | 16:48:47 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    288

```
 1        A   Well, apparently, Ed Mingey knew this guy          16:48:48

 2   from another murder case.                                    16:48:53

 3        Q   And what was that murder case?                      16:48:54

 4        A   Monica Roman.                                       16:48:56

 5        Q   You investigated the Monica Roman murder            16:48:59

 6   as well; right?                                              16:49:07

 7        A   I don't remember off the top of my head.            16:49:08

 8        Q   You don't remember a guy named Geraldo              16:49:11

 9   Iglesias who was prosecuted for that murder?                 16:49:19

10        A   No.                                                 16:49:22

11        Q   Did Vicente tell you that yet another person        16:49:23

12   confessed to him in a murder that you were                   16:49:32

13   investigating?                                               16:49:34

14        A   Did Vicente tell me what?                           16:49:34

15        Q   That yet another person confessed to him in         16:49:36

16   a murder that you were investigating?                        16:49:39

17        A   I don't really remember.                            16:49:41

18        Q   How many murders did Vicente tell you people        16:49:42

19   had confessed to him about?                                  16:49:46

20        A   Sidley told me it was three, but I only             16:49:49

21   remember two.                                                16:49:52

22        Q   All right.  Could it be because the third           16:49:53

23   one never happened?                                          16:49:54

24        A   The third murder never happened?                    16:49:56
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    289

| | | |
|---|---|---|
| 1 | MS. ROSEN: Object to the form. | 16:49:57 |
| 2 | MS. NIKOLAEVSKAYA: Objection to form. | 16:49:58 |
| 3 | MR. AINSWORTH: Sorry. You're right. | 16:50:02 |
| 4 | That's a poor question. | 16:50:03 |
| 5 | BY MR. AINSWORTH: | 16:50:03 |
| 6 | Q So Vicente testified that he told you -- | 16:50:04 |
| 7 | well, strike that. | 16:50:04 |
| 8 | If Vicente told you that Geraldo Iglesias | 16:50:26 |
| 9 | had murdered Monica Roman, you should have written | 16:50:35 |
| 10 | that in a report; right? | 16:50:39 |
| 11 | MS. QUIST: Object to form. | 16:50:41 |
| 12 | A That's correct. | 16:50:42 |
| 13 | Q There's no reason not to document the fact | 16:50:44 |
| 14 | that Vicente is telling you that Geraldo Iglesias | 16:50:46 |
| 15 | has confessed to murdering Monica Roman? | 16:50:55 |
| 16 | A If he did, that would be correct. | 16:51:00 |
| 17 | Q Do you have any explanation for why in the | 16:51:01 |
| 18 | Monica Roman homicide investigation there's no | 16:51:05 |
| 19 | report documenting the fact that Vicente claims | 16:51:09 |
| 20 | Geraldo Iglesias confessed the murder to him? | 16:51:14 |
| 21 | A Who did he tell this to? | 16:51:14 |
| 22 | MS. ROSEN: Object to the form, foundation. | 16:51:22 |
| 23 | MS. NIKOLAEVSKAYA: Join. | 16:51:22 |
| 24 | MR. ENGQUIST: Join. | 16:51:23 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    290

| | | |
|---|---|---|
| 1 | BY MR. AINSWORTH: | 16:51:23 |
| 2 | Q Well, okay. So let's mark this -- well, let | 16:51:24 |
| 3 | me just read this to you. This is Geraldo | 16:51:51 |
| 4 | Iglesias's testimony on December 16, 1994. | 16:51:57 |
| 5 | MS. ROSEN: Do you have a copy of that for | 16:52:02 |
| 6 | everyone? | 16:52:04 |
| 7 | MR. ENGQUIST: Yeah. So we can follow | 16:52:04 |
| 8 | along. | 16:52:06 |
| 9 | MS. ROSEN: It's a completely different | 16:52:06 |
| 10 | case. | 16:52:07 |
| 11 | MR. AINSWORTH: Well, it's this case. | 16:52:08 |
| 12 | MS. ROSEN: Well, no, it's not. | 16:52:10 |
| 13 | MR. AINSWORTH: It is. All right. | 16:52:12 |
| 14 | MS. ROSEN: So what number is this now? | 16:52:27 |
| 15 | MR. AINSWORTH: Oh, I didn't -- | 16:52:29 |
| 16 | MS. ROSEN: 7? | 16:52:43 |
| 17 | THE REPORTER: 7. | |
| 18 | MS. ROSEN: Is that right? | |
| 19 | THE REPORTER: Yes. | |
| 20 | (Halvorsen Deposition Exhibit 7 marked | |
| 21 | for identification and attached to the | |
| 22 | transcript.) | 16:52:44 |
| 23 | BY MR. AINSWORTH: | 16:52:44 |
| 24 | Q Page V-62, Iglesias is being examined by the | 16:52:45 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    291

| | | |
|---|---|---|
| 1 | prosecutor in the case. | 16:52:53 |
| 2 | MS. NIKOLAEVSKAYA:  62 or 52? | 16:52:56 |
| 3 | MR. AINSWORTH:  62.  It says -- and so | 16:52:58 |
| 4 | line 2 on that page. | 16:53:02 |
| 5 | "QUESTION:  And by the way, Chino, when you | 16:53:04 |
| 6 | went on July 1st, to talk about the other case, you | 16:53:08 |
| 7 | did tell the detectives about what he told you on | 16:53:12 |
| 8 | the way over; is that correct? | 16:53:15 |
| 9 | "ANSWER:  Yes, sir. | 16:53:16 |
| 10 | "QUESTION:  And you brought that up to the | 16:53:19 |
| 11 | detectives, didn't you? | 16:53:24 |
| 12 | "ANSWER:  Yes. | 16:53:23 |
| 13 | "QUESTION:  What did the detectives tell you | 16:53:27 |
| 14 | when you brought that up to them? | 16:53:28 |
| 15 | "ANSWER:  They told me let's take care of | 16:53:30 |
| 16 | this in front of the grand jury, the case that we | 16:53:32 |
| 17 | are speaking on now, forget about that. | 16:53:37 |
| 18 | "QUESTION:  In other words, we will take one | 16:53:39 |
| 19 | case at a time? | 16:53:41 |
| 20 | "ANSWER:  Yes, sir." | 16:53:42 |
| 21 | Were you asked -- do you see that testimony, | 16:53:43 |
| 22 | sir? | 16:53:48 |
| 23 | A  No.  Where is it at? | 16:53:49 |
| 24 | Q  Oh, geez, V-62. | 16:53:50 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    292

| | | |
|---|---|---|
| 1 | A   Which one? | 16:53:52 |
| 2 | Q   V-62.  62. | 16:53:52 |
| 3 | A   Section 2? | 16:53:52 |
| 4 | Q   Yeah. | 16:53:57 |
| 5 | MS. ROSEN:  Is there a problem? | 16:54:03 |
| 6 | MS. BONJEAN:  No.  Do you have a problem? | 16:54:03 |
| 7 | MS. ROSEN:  Well, you're huffing over there. | 16:54:04 |
| 8 | So I'm just asking -- | 16:54:04 |
| 9 | MR. BONJEAN:  I exhaled.  I exhaled.  I | 16:54:06 |
| 10 | really don't need you policing every little move I | 16:54:07 |
| 11 | make.  It's really -- (Overtalk.) | 16:54:08 |
| 12 | MS. ROSEN:  I've been with you all day | 16:54:08 |
| 13 | today. | 16:54:13 |
| 14 | MS. BONJEAN:  You're really focusing a | 16:54:13 |
| 15 | little too much.  I exhaled.  Okay.  Relax. | 16:54:15 |
| 16 | MS. ROSEN:  I have not said a word to you | 16:54:19 |
| 17 | all day, and the record will reflect that. | 16:54:22 |
| 18 | MS. BONJEAN:  Yes.  The record will also | 16:54:23 |
| 19 | reflect that I exhaled, and you have some arbitrary | 16:54:24 |
| 20 | comment to make about my exhale. | 16:54:28 |
| 21 | BY MR. AINSWORTH: | 16:54:32 |
| 22 | Q   All right.  Are you on V-62, sir, line 2? | 16:54:33 |
| 23 | A   Yeah.  I'm reading this thing, and it | 16:54:40 |
| 24 | doesn't show that Francisco Vicente told any | 16:54:42 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    293

| | | |
|---|---|---|
| 1 | detective.  It says he told David Studenroth. | 16:54:46 |
| 2 | Q  He told the detectives who brought him to | 16:54:50 |
| 3 | the grand jury. | 16:54:53 |
| 4 | Do you see that, sir? | 16:54:55 |
| 5 | MS. ROSEN:  Object to the form. | 16:54:56 |
| 6 | A  What line is that on? | 16:54:57 |
| 7 | Q  Line 2.  "And by the way, Chino, when you | 16:54:59 |
| 8 | went on July 1st to the talk about the other case, | 16:55:01 |
| 9 | you did tell the detectives about what he told you | 16:55:04 |
| 10 | on the way over; is that correct? | 16:55:07 |
| 11 | "ANSWER:  Yes." | 16:55:09 |
| 12 | Do you see that, sir? | 16:55:10 |
| 13 | A  Yeah.  I see it but -- | 16:55:11 |
| 14 | Q  Okay. | 16:55:13 |
| 15 | A  But it doesn't say that he -- you know, who | 16:55:13 |
| 16 | he talked to. | 16:55:16 |
| 17 | Q  Right.  Okay.  So you -- if you turn to | 16:55:17 |
| 18 | page 187 of Exhibit 3, and I guess, I should before | 16:55:30 |
| 19 | we leave because we've got -- I don't know whether | 16:55:39 |
| 20 | to flip back, which one to go to first, but on that | 16:55:43 |
| 21 | page V-62. | 16:55:47 |
| 22 | MS. ROSEN:  This is back to the other | 16:55:51 |
| 23 | exhibit. | 16:55:52 |
| 24 | MR. AINSWORTH:  Yeah.  I know. | 16:55:52 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                          294

| | | |
|---|---|---|
| 1 | BY MR. AINSWORTH: | 16:55:52 |
| 2 | Q  All right.  We'll stick on Exhibit 3. | 16:55:52 |
| 3 | So you see where it says, the third | 16:55:55 |
| 4 | paragraph down, On July 1, 1993, the reporting | 16:55:57 |
| 5 | detectives, that's you and your partner, Ray | 16:56:02 |
| 6 | Guevara; right? | 16:56:06 |
| 7 | A  Uh-huh. | 16:56:06 |
| 8 | Q  Yes? | 16:56:07 |
| 9 | A  Yep. | 16:56:07 |
| 10 | Q  Yes? | 16:56:08 |
| 11 | A  I see it. | 16:56:09 |
| 12 | Q  Brought Francisco Vicente to the Cook County | 16:56:10 |
| 13 | grand jury. | 16:56:15 |
| 14 | A  Correct. | 16:56:15 |
| 15 | Q  Do you see that, sir? | 16:56:16 |
| 16 | A  Right. | 16:56:16 |
| 17 | Q  Do you agree that you and Ray Guevara were | 16:56:17 |
| 18 | the detectives who brought Francisco Vicente to the | 16:56:21 |
| 19 | grand jury on July 1st, 1993? | 16:56:25 |
| 20 | A  That's correct. | 16:56:27 |
| 21 | Q  And in his testimony, Geraldo Iglesias is | 16:56:28 |
| 22 | telling the prosecutor that he told the | 16:56:33 |
| 23 | detectives -- | 16:56:36 |
| 24 | MS. ROSEN:  Geraldo Iglesias is telling the | 16:56:36 |

| | | |
|---|---|---|
| 1 | prosecutor? | 16:56:38 |
| 2 | A  Geraldo Iglesias. | 16:56:38 |
| 3 | MR. AINSWORTH:  Geraldo Iglesias is | 16:56:38 |
| 4 | testifying. | 16:56:38 |
| 5 | A  Okay. | 16:56:40 |
| 6 | MS. ROSEN:  Okay. | 16:56:40 |
| 7 | BY MR. AINSWORTH: | 16:56:40 |
| 8 | Q  Yes.  Geraldo Iglesias is testifying that he | 16:56:42 |
| 9 | told the detectives who brought -- | 16:56:44 |
| 10 | MS. ROSEN:  That Iglesias told the | 16:56:45 |
| 11 | detectives? | 16:56:47 |
| 12 | A  Geraldo is the defendant. | 16:56:49 |
| 13 | MR. AINSWORTH:  I'm so sorry, everyone.  I | 16:56:50 |
| 14 | caused the utmost confusion. | 16:56:52 |
| 15 | Q  Vicente's testimony -- Vicente testified | 16:56:56 |
| 16 | that he told the detectives who brought him to the | 16:56:57 |
| 17 | grand jury on July 1st about Geraldo Iglesias | 16:57:04 |
| 18 | confessing to him. | 16:57:09 |
| 19 | MS. ROSEN:  Well, are you now representing | 16:57:10 |
| 20 | that this testimony on V-62 is Vicente's testimony, | 16:57:11 |
| 21 | not Iglesias's testimony? | 16:57:14 |
| 22 | MR. AINSWORTH:  I'm sorry. | 16:57:16 |
| 23 | MS. ROSEN:  Okay. | 16:57:17 |
| 24 | MR. AINSWORTH:  In the Iglesias case. | 16:57:18 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    296

```
 1           MS. ROSEN:  Got it.                      16:57:19

 2           MR. AINSWORTH:  I got it wrong.          16:57:20

 3           MS. ROSEN:  Okay.                        16:57:21

 4    BY MR. AINSWORTH:                               16:57:21

 5       Q  And so if you want to look at that again, by   16:57:24

 6    all means.                                      16:57:27

 7       A  I don't remember him telling me about a   16:57:27

 8    third case.                                     16:57:29

 9       Q  Okay.                                     16:57:30

10           MS. ROSEN:  Is there some -- oh, I see what   16:57:31

11    you're saying.  Okay.                           16:57:33

12       Q  And so you -- and you don't dispute that you   16:57:34

13    brought Vicente to the grand jury on July 1st;  16:57:40

14    right?                                          16:57:42

15       A  No.                                       16:57:42

16       Q  Okay.  And you don't dispute that you should   16:57:43

17    have -- if Vicente told you about a confession he   16:57:48

18    received from Iglesias, you should have documented   16:57:53

19    that in a supp report; right?                   16:57:56

20       A  I don't remember him giving me a confession   16:57:58

21    ever.                                           16:58:01

22       Q  But you accept that you should have included   16:58:01

23    Vicente's statement about Iglesias confession if, in   16:58:08

24    fact, he told you about it on July 1st, 1993?   16:58:11
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    297

| | | |
|---|---|---|
| 1 | A  If he had told me that information, I would | 16:58:13 |
| 2 | have documented it. | 16:58:15 |
| 3 | Q  All right.  So let's turn back to | 16:58:16 |
| 4 | Mr. Rankins. | 16:58:27 |
| 5 | MS. ROSEN:  We're in Exhibit 3? | 16:58:30 |
| 6 | MR. AINSWORTH:  We're in Exhibit 3. | 16:58:32 |
| 7 | MS. ROSEN:  Okay. | 16:58:33 |
| 8 | A  Where are you at? | 16:58:43 |
| 9 | Q  Page 178. | 16:58:44 |
| 10 | A  On what exhibit? | 16:58:46 |
| 11 | Q  Exhibit 3. | 16:58:47 |
| 12 | A  2? | 16:58:49 |
| 13 | Q  3, 178. | 16:58:49 |
| 14 | So it just so happens that Vicente got a | 16:58:55 |
| 15 | confession in another case that you and Guevara were | 16:59:12 |
| 16 | investigating that's referenced in this file, the | 16:59:15 |
| 17 | Monica Roman homicide. | 16:59:22 |
| 18 | That's just a coincidence? | 16:59:24 |
| 19 | MS. ROSEN:  Object to the form. | 16:59:26 |
| 20 | A  I have to read this Monica Roman file | 16:59:27 |
| 21 | because it doesn't ring any bells with me at all. | 16:59:29 |
| 22 | Q  All right.  A girl who was shot in a car | 16:59:33 |
| 23 | when she was driving by with some other Latin Kings, | 16:59:35 |
| 24 | I believe, in a car, and somebody came up and shot | 16:59:39 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    298

| | | |
|---|---|---|
| 1 | at the car and killed this young woman. | 16:59:42 |
| 2 | A  Again, I'd have to read the investigative | 16:59:45 |
| 3 | file -- | 16:59:48 |
| 4 | Q  All right. | 16:59:48 |
| 5 | A  -- to refresh my memory. | 16:59:49 |
| 6 | Q  How long was your interview with Timothy | 16:59:51 |
| 7 | Rankins? | 17:00:02 |
| 8 | A  It's been 26 years since this interview. | 17:00:02 |
| 9 | I'd say no more than an hour. | 17:00:13 |
| 10 | Q  All right.  And you started interviewing him | 17:00:16 |
| 11 | at 2:00 p.m.; is that right? | 17:00:20 |
| 12 | A  That's what my report indicates. | 17:00:22 |
| 13 | Q  So did you come in early for that? | 17:00:24 |
| 14 | A  As I previously informed you, Sergeant | 17:00:29 |
| 15 | Mingey called me at home and told me to come on in, | 17:00:33 |
| 16 | he had this guy in the office that he wanted me to | 17:00:36 |
| 17 | interview as a witness in the Rodrigo Vargas murder. | 17:00:40 |
| 18 | Q  All right.  So then he gave you some | 17:00:42 |
| 19 | nicknames for the suspects.  He said that Jose | 17:00:45 |
| 20 | Montanez was Moses or Barrel Belly? | 17:00:51 |
| 21 | A  Uh-huh. | 17:00:54 |
| 22 | Q  Is that a yes? | 17:00:54 |
| 23 | A  Correct. | 17:00:55 |
| 24 | Q  Did you look in the nickname file to see if | 17:00:56 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    299

| | | |
|---|---|---|
| 1 | Jose Montanez was ever known by Moses or Barrel | 17:00:59 |
| 2 | Belly? | 17:01:03 |
| 3 | A  No. | 17:01:03 |
| 4 | Q  Have you ever received any kind of | 17:01:04 |
| 5 | corroboration that Montanez is known as Moses or | 17:01:07 |
| 6 | Barrel Belly? | 17:01:11 |
| 7 | A  No. | 17:01:12 |
| 8 | Q  And Rankins referred to Armando Serrano as | 17:01:12 |
| 9 | Joker. | 17:01:22 |
| 10 | Do you know of any other reference to | 17:01:22 |
| 11 | Armando Serrano going by the nickname of Joker? | 17:01:28 |
| 12 | A  No. | 17:01:30 |
| 13 | Q  Did you look in the nickname file to see if | 17:01:31 |
| 14 | you could find any reference to Armando Serrano | 17:01:34 |
| 15 | being known as Joker? | 17:01:38 |
| 16 | A  No. | 17:01:40 |
| 17 | Q  And how about Jorge Pacheco being known as | 17:01:40 |
| 18 | Stripes?  Do you know of any other instance where | 17:01:45 |
| 19 | Jorge Pacheco was ever referenced as Stripes? | 17:01:49 |
| 20 | A  No. | 17:01:52 |
| 21 | Q  Did you look in your nickname file to see if | 17:01:53 |
| 22 | Jorge Pacheco was also referred to as Stripes? | 17:01:59 |
| 23 | A  No. | 17:02:03 |
| 24 | Q  So Rankins tells you that he goes with | 17:02:03 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    300

| | | |
|---|---|---|
| 1 | Shorty Folks to the scene of the crime; right? | 17:02:09 |
| 2 | A  I'd have to sit here and read this whole | 17:02:12 |
| 3 | thing. | 17:02:16 |
| 4 | Q  Well, let me and -- let me direct you to the | 17:02:17 |
| 5 | last four lines of page 179.  Here it says, "He, | 17:02:21 |
| 6 | Shorty Folks, and Stripes got into a red van with | 17:02:30 |
| 7 | white stripes on the bottom.  Stripes drove this | 17:02:34 |
| 8 | van.  He did not know who owned the van, only that | 17:02:37 |
| 9 | it was borrowed from another Imperial Gangster. | 17:02:40 |
| 10 | They drove down to North Avenue to Springfield. | 17:02:42 |
| 11 | They drove north on Springfield about two blocks. | 17:02:45 |
| 12 | "The tan Buick pulled over and parked a few | 17:02:51 |
| 13 | car lengths away from a van that was parked on | 17:02:55 |
| 14 | Springfield," and then Rankins relates that he | 17:02:57 |
| 15 | witnessed the murder from that vantage point. | 17:03:00 |
| 16 | Do you see that, sir? | 17:03:03 |
| 17 | A  He gives a detailed description of the | 17:03:04 |
| 18 | murder, and he says he sees Joker shoot and kill | 17:03:40 |
| 19 | this guy. | 17:03:43 |
| 20 | Q  Right.  So -- and next to Timothy Rankins | 17:03:43 |
| 21 | while this is going on is Shorty Folks; right? | 17:03:49 |
| 22 | A  Say that again, please. | 17:03:52 |
| 23 | Q  Next to Timothy Rankins while this is going | 17:03:52 |
| 24 | on is Shorty Folks, right, according to your report? | 17:03:56 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    301

| | | |
|---|---|---|
| 1 | A   That's what Rankins told us. | 17:04:00 |
| 2 | Q   So did you then, as an experienced homicide | 17:04:16 |
| 3 | detective, ask Timothy Rankins the question who is | 17:04:24 |
| 4 | Shorty Folks? | 17:04:28 |
| 5 | Spoiler alert, it's not reflected in the | 17:04:52 |
| 6 | report that you did, if you're looking for that. | 17:04:57 |
| 7 | MR. ENGQUIST:  Objection. | 17:04:59 |
| 8 | MS. ROSEN:  Objection just to the form. | 17:04:59 |
| 9 | MR. ENGQUIST:  Yeah.  Give him time to read | 17:05:01 |
| 10 | the report. | 17:05:01 |
| 11 | Q   Certainly. | 17:05:05 |
| 12 | A   It doesn't say so in this report, but I'm | 17:05:08 |
| 13 | sure we asked Rankins who Shorty Folks was. | 17:05:10 |
| 14 | Q   And did Rankins tell you he is the guy I was | 17:05:14 |
| 15 | arrested with the day before? | 17:05:17 |
| 16 | A   Where does it say that at? | 17:05:18 |
| 17 | Q   Well, it doesn't in your report, but do you | 17:05:24 |
| 18 | know? | 17:05:28 |
| 19 | A   It doesn't? | 17:05:28 |
| 20 | Q   It does not, not in your report. | 17:05:29 |
| 21 | A   Well, then he didn't tell me then. | 17:05:31 |
| 22 | Q   All right.  Well, do you know that Shorty -- | 17:05:33 |
| 23 | that Timothy Rankins was arrested with a person | 17:05:38 |
| 24 | named Shorty Folks on June 10th, 1993? | 17:05:40 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    302

```
 1        A   No, I do not.                          17:05:44

 2        Q   What efforts did you take to try and find   17:05:45

 3   out who Shorty Folks was?                       17:05:50

 4        A   I don't remember at this time.         17:05:51

 5        Q   Did you want to know who Shorty Folks was?  17:05:53

 6        A   Yes.                                   17:05:56

 7        Q   He was a witness to a murder; right?   17:05:57

 8        A   Yes.                                   17:05:59

 9        Q   He would be able to corroborate what Timothy  17:05:59

10   Rankins was telling you; right?                 17:06:03

11        A   Yes.                                   17:06:04

12        Q   So you wanted to find him; right?      17:06:04

13        A   Yes.                                   17:06:06

14        Q   Did you say, Mr. Rankins, would you mind  17:06:08

15   telling us who Shorty Folks is or how we could talk  17:06:14

16   to him?                                         17:06:18

17        A   I don't remember that conversation.    17:06:18

18        Q   All right.  Did Timothy Rankins refuse to  17:06:19

19   tell you who Shorty Folks was?                   17:06:24

20        A   I don't remember that conversation.  Timothy  17:06:27

21   Rankins was very cooperative.                   17:06:29

22        Q   If Timothy Rankins had refused to provide  17:06:30

23   the information about this crime, such as who Shorty  17:06:34

24   Folks was, that's something you would have      17:06:35
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    303

| | | |
|---|---|---|
| 1 | documented; right? | 17:06:37 |
| 2 | A What was your question again? | 17:06:38 |
| 3 | Q If Timothy Rankins had refused to tell you | 17:06:55 |
| 4 | who Shorty Folks was, you would have documented that | 17:06:59 |
| 5 | fact; right? | 17:07:04 |
| 6 | A Yes, probably. | 17:07:05 |
| 7 | Q Because that would be withholding pertinent | 17:07:06 |
| 8 | information to a murder investigation; right? | 17:07:10 |
| 9 | A I don't remember the conversation with | 17:07:11 |
| 10 | Timothy Rankins really. I don't remember any | 17:07:14 |
| 11 | conversation about Shorty Folks. | 17:07:16 |
| 12 | Q That's -- | 17:07:18 |
| 13 | A I documented everything he told me. | 17:07:19 |
| 14 | Q That's why you have to rely on your reports | 17:07:21 |
| 15 | to aid your memory; right? | 17:07:23 |
| 16 | A Correct. | 17:07:25 |
| 17 | Q So that's why you know, as an experienced | 17:07:25 |
| 18 | homicide detective, that it was important to include | 17:07:28 |
| 19 | all pertinent information in your reports so it | 17:07:31 |
| 20 | would assist your memory recall later; right? | 17:07:33 |
| 21 | A Correct. | 17:07:36 |
| 22 | Q Rankins also refers to his girlfriend | 17:07:37 |
| 23 | Sabrina being at the park? | 17:08:00 |
| 24 | A Say that again, please. | 17:08:01 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                         304

| | | |
|---|---|---|
| 1 | Q  Rankins refers to his girlfriend Sabrina | 17:08:02 |
| 2 | being at the park, page 179.  Let's go about -- in | 17:08:05 |
| 3 | that last paragraph about -- the big one about | 17:08:17 |
| 4 | Timothy Rankins, about a third from the bottom, | 17:08:20 |
| 5 | "There was also a guy he knows as Shorty Folks. | 17:08:23 |
| 6 | Rankins' girlfriend Sabrina was also at the park." | 17:08:27 |
| 7 | Do you see that? | 17:08:30 |
| 8 | A  I see where it says Sabrina is at the park, | 17:08:30 |
| 9 | yes. | 17:09:02 |
| 10 | Q  All right.  Did you want to know how to | 17:09:02 |
| 11 | contact Sabrina? | 17:09:07 |
| 12 | A  What park were they referring to?  I don't | 17:09:09 |
| 13 | know. | 17:09:14 |
| 14 | Q  Well, did you want to be able to contact | 17:09:14 |
| 15 | Sabrina?  And just to fill you in, Sabrina was at | 17:09:18 |
| 16 | the park when all -- | 17:09:30 |
| 17 | A  Which park? | 17:09:31 |
| 18 | Q  Monticello Park when all three defendants or | 17:09:32 |
| 19 | all three suspects were supposedly making a plan | 17:09:37 |
| 20 | with Rankins to come back at -- sorry -- he arrived | 17:09:40 |
| 21 | at Monticello Park with his girlfriend to meet up | 17:09:50 |
| 22 | with all three suspects and Shorty Folks to go on | 17:09:54 |
| 23 | this mission. | 17:09:59 |
| 24 | MS. ROSEN:  Object to the form. | 17:10:01 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    305

| | | |
|---|---|---|
| 1 | MR. ENGQUIST:  Join. | 17:10:03 |
| 2 | A  I have no idea where Monticello Park is at. | 17:10:05 |
| 3 | BY MR. AINSWORTH: | 17:10:05 |
| 4 | Q  I don't see the relevance, sir, because I'm | 17:10:09 |
| 5 | just trying to find out -- | 17:10:11 |
| 6 | A  Well, if she's not there at the murder, what | 17:10:12 |
| 7 | relevance does she have? | 17:10:14 |
| 8 | Q  Well, she's -- he's saying that when I met | 17:10:16 |
| 9 | up with the three suspects, immediately before we | 17:10:18 |
| 10 | went over to commit the murder, my girlfriend was | 17:10:21 |
| 11 | there, and she would be able to see that I was with | 17:10:23 |
| 12 | the three defendants, Montanez, Serrano and Pacheco, | 17:10:27 |
| 13 | as well as Shorty Folks all meeting up to commit | 17:10:31 |
| 14 | this crime. | 17:10:35 |
| 15 | A  Which crime are they meeting up to commit? | 17:10:37 |
| 16 | Q  The murder. | 17:10:40 |
| 17 | A  No.  I thought they were meeting up to go | 17:10:41 |
| 18 | get guns or something. | 17:10:43 |
| 19 | Q  And then they'd go to the murder -- scene of | 17:10:45 |
| 20 | the murder. | 17:10:47 |
| 21 | A  So they didn't meet up to commit a murder. | 17:10:48 |
| 22 | Q  All right.  Well, we can play semantics, but | 17:10:50 |
| 23 | I'm just trying to find out did you or did you | 17:10:55 |
| 24 | not -- | 17:10:57 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    306

| | | |
|---|---|---|
| 1 | A   No, I didn't find Sabrina. | 17:10:57 |
| 2 | Q   Did you want to -- | 17:10:58 |
| 3 | A   Yeah.  I'm sure I did. | 17:10:59 |
| 4 | Q   Let me just ask the questions. | 17:11:00 |
| 5 | Did you want to speak to Sabrina? | 17:11:02 |
| 6 | A   Yes, I would have liked to talk to Sabrina. | 17:11:03 |
| 7 | Q   Did you make any effort to find out who she | 17:11:07 |
| 8 | was? | 17:11:10 |
| 9 | A   I don't remember. | 17:11:10 |
| 10 | Q   Did you ask Timothy Rankins who was your -- | 17:11:10 |
| 11 | A   I don't know. | 17:11:10 |
| 12 | Q   -- girlfriend? | 17:11:10 |
| 13 | Did you ask Timothy Rankins for her last | 17:11:14 |
| 14 | name? | 17:11:17 |
| 15 | A   I don't remember. | 17:11:17 |
| 16 | Q   Is there any reason why you wouldn't have | 17:11:18 |
| 17 | asked Timothy Rankins for the last name of his | 17:11:21 |
| 18 | girlfriend? | 17:11:25 |
| 19 | A   No. | 17:11:25 |
| 20 | Q   When you were typing this up, did it occur | 17:11:25 |
| 21 | to you, Gee, I don't know who Sabrina's -- what | 17:11:32 |
| 22 | Sabrina's last name is or have any way to contact | 17:11:34 |
| 23 | her? | 17:11:37 |
| 24 | MR. ENGQUIST:  Object to the form, | 17:11:38 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    307

| | | |
|---|---|---|
| 1 | argumentative. | 17:11:40 |
| 2 | A  What was your question? | 17:11:41 |
| 3 | Q  When you were typing up this report as part | 17:11:42 |
| 4 | of Exhibit 3, did it occur to you that I don't know | 17:11:46 |
| 5 | who Sabrina's last name is -- or what Sabrina's | 17:11:50 |
| 6 | latest name is or how to contact her? | 17:11:53 |
| 7 | MS. ROSEN:  Object to the form, | 17:11:55 |
| 8 | argumentative. | 17:11:57 |
| 9 | A  I don't remember what I thought 26 years | 17:11:57 |
| 10 | ago. | 17:11:59 |
| 11 | Q  All right.  So then on the next page, | 17:12:00 |
| 12 | page 4, the very bottom, this is page 180 of | 17:12:14 |
| 13 | Exhibit 3.  The last paragraph says, The reporting | 17:12:22 |
| 14 | detectives, so that's both you and Detective | 17:12:25 |
| 15 | Guevara; right? | 17:12:28 |
| 16 | A  That's correct. | 17:12:28 |
| 17 | Q  Showed Timothy Rankins a photo array | 17:12:32 |
| 18 | consisting of eight Polaroid color photos.  Timothy | 17:12:36 |
| 19 | Rankins identified the photo of Armando Serrano as | 17:12:40 |
| 20 | the person known to him as Joker. | 17:12:42 |
| 21 | Do you see that? | 17:12:45 |
| 22 | A  Yes. | 17:12:45 |
| 23 | Q  And then the next page says, "Timothy | 17:12:46 |
| 24 | Rankins identified the photo of Jorge Pacheco as the | 17:12:48 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                           308

| | | |
|---|---|---|
| 1 | person known to him as Stripes.  Lastly, Timothy | 17:12:51 |
| 2 | Rankins identified the photo of Jose Montanez as the | 17:12:54 |
| 3 | person known to him as Moses." | 17:12:55 |
| 4 | Do you see that? | 17:12:57 |
| 5 | A  Yes. | 17:12:58 |
| 6 | Q  And so you were creating a photo array to be | 17:12:58 |
| 7 | fair to Jose Montanez and Armando Serrano; right? | 17:13:02 |
| 8 | A  Yes. | 17:13:16 |
| 9 | Q  And you showed Polaroid photos; right? | 17:13:16 |
| 10 | A  Yes. | 17:13:40 |
| 11 | Q  And those -- and Polaroid photos are not | 17:13:48 |
| 12 | what TV calls mug shots and what the Chicago Police | 17:13:58 |
| 13 | Department calls -- what do you call them? | 17:14:03 |
| 14 | A  Arrest photos. | 17:14:05 |
| 15 | Q  Arrest photos.  All right. | 17:14:06 |
| 16 | They're not arrest photos; right? | 17:14:08 |
| 17 | A  Correct. | 17:14:09 |
| 18 | Q  So you didn't get the Polaroid photos from | 17:14:10 |
| 19 | the identification section; right? | 17:14:20 |
| 20 | A  No. | 17:14:21 |
| 21 | Q  No.  The only way that you could have | 17:14:22 |
| 22 | Polaroid photos of the defendants or of the suspects | 17:14:28 |
| 23 | is if they were at the area; right? | 17:14:32 |
| 24 | A  Correct. | 17:14:36 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

| | | |
|---|---|---|
| 1 | Q  And so when you learned from Francisco | 17:14:37 |
| 2 | Vicente that the perpetrators were Pistol Pete, | 17:14:43 |
| 3 | Mondo, and Jordan, you went back to the Area; right? | 17:14:53 |
| 4 | A  I don't remember if I went back to the area | 17:14:59 |
| 5 | to get the pictures or identification to get the | 17:15:02 |
| 6 | pictures. | 17:15:05 |
| 7 | Q  Well, take a look at Exhibit No. 6.  It's | 17:15:05 |
| 8 | the thick one, page 114. | 17:15:17 |
| 9 | A  Okay. | 17:15:35 |
| 10 | Q  These are the photographs that you showed to | 17:15:36 |
| 11 | Timothy Rankins; right? | 17:15:44 |
| 12 | A  My report says we showed him a photo array. | 17:15:45 |
| 13 | Q  Sorry.  These are the photos of the three | 17:16:02 |
| 14 | suspects that you showed him along with five | 17:16:05 |
| 15 | fillers; right? | 17:16:08 |
| 16 | A  I'd have to see the inventory photos. | 17:16:08 |
| 17 | Q  All right. | 17:16:28 |
| 18 | A  If we inventoried the photos, obviously, | 17:16:45 |
| 19 | these can't be the photos. | 17:16:47 |
| 20 | Q  Then if you turn back to the same page that | 17:16:49 |
| 21 | you're on on Exhibit 3, page 181. | 17:16:52 |
| 22 | A  Okay. | 17:16:55 |
| 23 | Q  You then state that Serrano was arrested at | 17:16:55 |
| 24 | 3:00 p.m.? | 17:17:06 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                              310

| | | |
|---|---|---|
| 1 | A  Correct. | 17:17:07 |
| 2 | Q  You started talking to Rankins at 2:00 | 17:17:07 |
| 3 | o'clock and by 3:00 o'clock, you had already | 17:17:11 |
| 4 | arrested Armando Serrano? | 17:17:12 |
| 5 | A  Apparently. | 17:17:14 |
| 6 | Q  And then at 6:45 that evening, Timothy | 17:17:15 |
| 7 | Rankins identified Armando Serrano in the lineup. | 17:17:22 |
| 8 | Do you see that? | 17:17:26 |
| 9 | A  That's what the report indicates. | 17:17:26 |
| 10 | Q  All right.  You don't indicate that Wilda | 17:17:30 |
| 11 | Vargas viewed a lineup, right, in the supp report? | 17:17:34 |
| 12 | A  Not on the 11th of June at 1845 hours. | 17:17:39 |
| 13 | Q  But in the separate lineup supp, you do say | 17:17:42 |
| 14 | that she viewed a lineup. | 17:17:48 |
| 15 | A  Say again, please. | 17:17:49 |
| 16 | Q  In the separate lineup supp that you | 17:17:50 |
| 17 | created, you said that Wilda Vargas did view a | 17:17:53 |
| 18 | lineup on June 11th at 1845 hours. | 17:17:57 |
| 19 | A  Not in this report. | 17:17:59 |
| 20 | Q  Right.  Not in this report. | 17:18:03 |
| 21 | Why didn't you include the fact that Wilda | 17:18:05 |
| 22 | also viewed the lineup and identified Serrano? | 17:18:08 |
| 23 | A  I'd have to see the lineup reports.  Are | 17:18:13 |
| 24 | they in this packet here? | 17:18:43 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    311

1      Q   Yeah.  We looked at one of them already.  We      17:18:44

2   looked at the Wilda Vargas one, and then I'll show     17:18:47

3   you the other one.  It's on page 175.                   17:18:52

4      A   I'm looking on 175.  That's the lineup that       17:19:19

5   was viewed by --                                        17:19:23

6      Q   Rankins.                                          17:19:23

7      A   -- Timothy Rankins.                               17:19:25

8      Q   Yep.                                              17:19:26

9      A   But I don't see a lineup that was viewed by      17:19:26

10  Wilda.                                                  17:19:29

11     Q   Well, we'll get to it in a second, but          17:19:30

12  before you leave 175, you see that this report is      17:19:31

13  submitted on June 11th, 1993, at 2300 hours?           17:19:34

14     A   Yes.                                             17:19:40

15     Q   And it's approved by Biebel --                   17:19:40

16     A   Yes.                                             17:19:48

17     Q   -- on June 15 at 1208?                           17:19:48

18     A   Yes.                                             17:19:56

19     Q   It's approved by Biebel at about the same       17:19:56

20  time that he approves the other report at noon on      17:19:59

21  June 15th and the other report that he reviewed        17:20:02

22  at -- he approved at 12:45 on June 15th.               17:20:05

23     A   That appears to be correct.                      17:20:13

24     Q   All right.  But then page 193 is --              17:20:14

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    312

| | | |
|---|---|---|
| 1 | A  Page which? | 17:20:19 |
| 2 | Q  Page 193 is the Wilda. | 17:20:20 |
| 3 | A  This is obviously my mistake.  I should have | 17:21:21 |
| 4 | put that Wilda also viewed a lineup on that same | 17:21:25 |
| 5 | date and at that same time. | 17:21:29 |
| 6 | Q  All right.  Sir, moving forward, we've got | 17:21:30 |
| 7 | a -- then if you go to 185. | 17:21:36 |
| 8 | A  All right. | 17:21:54 |
| 9 | Q  This is a report dated July 3rd, 1993; | 17:21:55 |
| 10 | right? | 17:21:59 |
| 11 | A  Correct. | 17:21:59 |
| 12 | Q  If you go to the second page -- and you | 17:22:00 |
| 13 | typed this report; right? | 17:22:04 |
| 14 | MR. ENGQUIST:  I'm sorry.  Which Bates | 17:22:05 |
| 15 | number are we on? | 17:22:08 |
| 16 | MR. AINSWORTH:  185 and now turning to 186. | 17:22:09 |
| 17 | Q  You see in the upper right-hand corner -- | 17:22:12 |
| 18 | A  On which page? | 17:22:15 |
| 19 | Q  186. | 17:22:16 |
| 20 | A  Okay. | 17:22:17 |
| 21 | Q  -- you've got a date, July 3rd, 1993? | 17:22:17 |
| 22 | A  Uh-huh. | 17:22:20 |
| 23 | Q  Is that a yes? | 17:22:21 |
| 24 | A  Correct. | 17:22:22 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    313

| | | |
|---|---|---|
| 1 | Q  That's the date that you would submit the | 17:22:22 |
| 2 | report; right? | 17:22:25 |
| 3 | A  The date that's on the other pages of the | 17:22:26 |
| 4 | report.  As I previously explained to you, we typed | 17:22:35 |
| 5 | up the first page first when we began it, and it may | 17:22:39 |
| 6 | not necessarily match the dates on the other pages. | 17:22:42 |
| 7 | Q  Because the dates on the other pages of the | 17:22:46 |
| 8 | report reflect when you're writing those -- | 17:22:49 |
| 9 | A  When I'm actually typing it, yes. | 17:22:51 |
| 10 | Q  When you're actually typing it. | 17:22:54 |
| 11 | So the fact on page 2 it says July 3rd, | 17:22:55 |
| 12 | 1993, in the upper right-hand corner reflects that | 17:22:58 |
| 13 | that page was typed on July 3rd; right? | 17:23:01 |
| 14 | A  Yes. | 17:23:03 |
| 15 | Q  And the same for page 187.  In the upper | 17:23:04 |
| 16 | right-hand corner where it says July 3rd, 1993, that | 17:23:10 |
| 17 | reflects that it's typed on July 3rd, 1993. | 17:23:12 |
| 18 | A  Yes. | 17:23:14 |
| 19 | Q  All right.  So then, sir, if you go back to | 17:23:14 |
| 20 | page 172 of Exhibit 3.  This is the famous June 2nd, | 17:23:20 |
| 21 | 1993, report, and in the upper right-hand corner we | 17:23:36 |
| 22 | have June 2nd of 1993 reflecting that that page was | 17:23:39 |
| 23 | typed on June 2nd, 1993; correct? | 17:23:42 |
| 24 | MS. ROSEN:  Object to the form. | 17:23:45 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    314

| | | |
|---|---|---|
| 1 | A  What's the question? | 17:23:46 |
| 2 | Q  The June 2nd, 1993, in the upper right-hand | 17:23:47 |
| 3 | corner of page 172 of Exhibit -- | 17:23:51 |
| 4 | A  All right. | 17:23:52 |
| 5 | Q  -- 3 reflects that that page was typed on | 17:23:53 |
| 6 | June 2nd; right? | 17:23:56 |
| 7 | A  Yes. | 17:23:57 |
| 8 | Q  And the same going on to the next page, | 17:24:02 |
| 9 | page 173.  In the upper right-hand corner, we have | 17:24:06 |
| 10 | June 2nd, 1993. | 17:24:10 |
| 11 | That means that page was typed on June 2nd, | 17:24:12 |
| 12 | 1993; right? | 17:24:15 |
| 13 | A  Yes. | 17:24:16 |
| 14 | Q  And then going on to the next page, page 174 | 17:24:16 |
| 15 | of Exhibit 3, the date of June 2nd in the -- 1993 in | 17:24:22 |
| 16 | the upper right-hand corner reflects that that | 17:24:26 |
| 17 | page was typed on June 2nd, 1993; correct? | 17:24:28 |
| 18 | A  No.  As I've explained before, this report | 17:24:34 |
| 19 | was not completed until June 6th. | 17:24:42 |
| 20 | Q  So -- | 17:24:42 |
| 21 | A  So the final -- this typing took place | 17:24:47 |
| 22 | between the period of June the 2nd and June the 6th. | 17:24:49 |
| 23 | It all may not have been on the same day. | 17:24:53 |
| 24 | Q  So are you saying that the date on the upper | 17:24:55 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    315

| | | |
|---|---|---|
| 1 | right-hand corner of page 174 where it says | 17:24:59 |
| 2 | June 2nd, 1993, that date is also wrong? | 17:25:03 |
| 3 | A I'm saying that this report was not finished | 17:25:06 |
| 4 | until June the 6th. June the 2nd might have been | 17:25:22 |
| 5 | the day I was typing this report, the majority of | 17:25:25 |
| 6 | this report, but it was not finished until June | 17:25:28 |
| 7 | the 6th. | 17:25:28 |
| 8 | Q That's not my question, sir. | 17:25:31 |
| 9 | My question is are you saying that where it | 17:25:33 |
| 10 | says June 2nd, 1993, in the upper right-hand corner | 17:25:36 |
| 11 | of page 174, that's also an error in the date? | 17:25:39 |
| 12 | MR. ENGQUIST: Objection; mischaracterizing | 17:25:43 |
| 13 | his previous testimony, asked and answered. | 17:25:46 |
| 14 | You can answer it again. | 17:25:49 |
| 15 | A From June the 2nd to June the 6th, I was | 17:25:50 |
| 16 | typing this report. Not all this was typed up on | 17:25:53 |
| 17 | June the 2nd. The report was finished on June | 17:25:59 |
| 18 | the 6th and submitted at that time. | 17:26:03 |
| 19 | Q What date should have been written in the | 17:26:04 |
| 20 | upper right-hand corner of page 174 of Exhibit 3? | 17:26:06 |
| 21 | A The day I started typing this report, June | 17:26:10 |
| 22 | 2nd. | 17:26:14 |
| 23 | Q So you're saying it should be June 2nd. | 17:26:15 |
| 24 | A Yeah. | 17:26:16 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    316

| | | |
|---|---|---|
| 1 | Q  Even though the report was not submitted -- | 17:26:17 |
| 2 | A  This box does not indicate the day the | 17:26:18 |
| 3 | report is turned in. | 17:26:21 |
| 4 | Q  Okay. | 17:26:21 |
| 5 | A  I already indicated I made a mistake.  I | 17:26:30 |
| 6 | should have changed that first page to June the 6th. | 17:26:33 |
| 7 | Q  All right.  Sir, let me show you what we'll | 17:26:36 |
| 8 | mark as Exhibit No. 8, please. | 17:26:45 |
| 9 | (Halvorsen Deposition Exhibit 8 marked | 17:26:45 |
| 10 | for identification and attached to the | 17:26:45 |
| 11 | transcript.) | 17:26:45 |
| 12 | Q  All right.  So this is your report; correct? | 17:27:00 |
| 13 | A  This is my report, my first -- well, not my | 17:27:07 |
| 14 | first.  This is the interview with Francisco Vicente | 17:27:15 |
| 15 | when he was attempted to be bribed. | 17:27:18 |
| 16 | Q  All right.  This documents your conversation | 17:27:20 |
| 17 | with Vicente and John Dillon at the gang prosecution | 17:27:27 |
| 18 | unit; right? | 17:27:34 |
| 19 | A  Yes. | 17:27:34 |
| 20 | Q  All right.  And then one second, sir. | 17:27:35 |
| 21 | Let's -- let me come back to this. | 17:28:33 |
| 22 | Going back to Exhibit 3, let's turn now to | 17:28:36 |
| 23 | page 185.  So this report documents that Rankins was | 17:28:58 |
| 24 | brought to the Cook County grand jury. | 17:29:22 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    317

| | | |
|---|---|---|
| 1 | Do you see that on the bottom of the second | 17:29:27 |
| 2 | page? | 17:29:29 |
| 3 | A   Which page are you on now? | 17:29:29 |
| 4 | Q   186. | 17:29:31 |
| 5 | A   Okay.  Go ahead. | 17:29:32 |
| 6 | Q   The second-to-the-last paragraph says, | 17:29:33 |
| 7 | Detectives brought Rankins to the grand jury; right? | 17:29:38 |
| 8 | A   I must be on the wrong page here.  You're | 17:29:40 |
| 9 | talking about page 186? | 17:29:58 |
| 10 | Q   Yeah. | 17:30:00 |
| 11 | A   What's your question? | 17:30:00 |
| 12 | Q   Just the second-to-the-last paragraph says | 17:30:01 |
| 13 | Rankins was brought to the grand jury.  You brought | 17:30:05 |
| 14 | him to the grand jury. | 17:30:07 |
| 15 | A   It doesn't say the grand jury.  It says Cook | 17:30:08 |
| 16 | County State's Attorney gang prosecution unit. | 17:30:12 |
| 17 | Q   Sorry. | 17:30:15 |
| 18 | If you go up one, I think one before it, | 17:30:16 |
| 19 | where it's talking about Rankins, not Vicente. | 17:30:20 |
| 20 | Next to Investigation, the reporting | 17:30:24 |
| 21 | detectives brought Timothy Rankins to the Cook | 17:30:27 |
| 22 | County grand jury. | 17:30:29 |
| 23 | A   Rankins to the grand jury, not Vicente. | 17:30:30 |
| 24 | Q   Yeah. | 17:30:32 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                   318

| | | |
|---|---|---|
| 1 | A   Okay.  All right.  That's correct. | 17:30:33 |
| 2 | Q   And then the next paragraph says, "On June | 17:30:35 |
| 3 | 28, 1993, the detectives had Francisco Vicente | 17:30:39 |
| 4 | brought from the Cook County Jail to the Cook County | 17:30:43 |
| 5 | State's Attorney's gang prosecution unit. | 17:30:45 |
| 6 |        Why did you have Francisco Vicente brought | 17:30:48 |
| 7 | from the Cook County Jail to the Cook County State's | 17:30:51 |
| 8 | Attorney's gang prosecution unit? | 17:30:54 |
| 9 | A   I think they wanted to take a handwritten | 17:30:55 |
| 10 | statement from him. | 17:31:03 |
| 11 | Q   So why did -- why were you involved in that | 17:31:04 |
| 12 | process? | 17:31:05 |
| 13 | A   Well, from what I can read here, we were | 17:31:35 |
| 14 | seeking arrest warrants for Jorge Pacheco and Jose | 17:31:37 |
| 15 | Montanez.  The state's attorney wanted to take a | 17:31:43 |
| 16 | handwritten statement from Francisco Vicente before | 17:31:45 |
| 17 | she approved the murder warrants. | 17:31:48 |
| 18 | Q   Okay.  So why did you have to be present for | 17:31:50 |
| 19 | Vicente talking to the prosecution? | 17:31:56 |
| 20 | A   Why did I have to be what? | 17:31:59 |
| 21 | Q   Present or involved in the state's attorney | 17:32:00 |
| 22 | getting a statement from Vicente? | 17:32:03 |
| 23 | A   I always witnessed statements.  It's | 17:32:05 |
| 24 | required.  The state's attorney does not take | 17:32:09 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    319

| | | |
|---|---|---|
| 1 | statements without a police officer or detective | 17:32:14 |
| 2 | witnessing them? | 17:32:16 |
| 3 |    Q  Did you ask to be present? | 17:32:16 |
| 4 |    A  This was my investigation.  I was requesting | 17:32:20 |
| 5 | the murder warrants.  She was responding to my | 17:32:25 |
| 6 | request for murder warrants.  Before she would issue | 17:32:28 |
| 7 | them, she wanted to take a handwritten statement | 17:32:31 |
| 8 | from Francisco Vicente where I was present when she | 17:32:34 |
| 9 | took the statement. | 17:32:38 |
| 10 |    Q  I thought that Schak and Jack were the lead | 17:32:39 |
| 11 | detectives? | 17:32:43 |
| 12 |    A  They were not at this point. | 17:32:43 |
| 13 |    Q  When did they stop being the lead | 17:32:44 |
| 14 | detectives? | 17:32:48 |
| 15 |    A  When we had all the information that we were | 17:32:48 |
| 16 | working with. | 17:32:51 |
| 17 |    Q  When was that? | 17:32:51 |
| 18 |    A  Probably after the 2nd of June. | 17:32:52 |
| 19 |    Q  So as of the 2nd of June, you and Guevara | 17:32:55 |
| 20 | were the lead detectives on this case. | 17:32:58 |
| 21 |    A  I would say we took it over, yes. | 17:33:00 |
| 22 |    Q  Would you say you're the lead detectives? | 17:33:03 |
| 23 |    A  We don't use that term in the police | 17:33:05 |
| 24 | department, "lead detectives."  We took over the | 17:33:07 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    320

| | | |
|---|---|---|
| 1 | investigation. | 17:33:09 |
| 2 | Q  You called Jack and Schak the lead | 17:33:09 |
| 3 | detectives.  Why are you reluctant to -- | 17:33:12 |
| 4 | A  I called them the scene detectives. | 17:33:12 |
| 5 | Q  I mean, that's why we have a court reporter. | 17:33:15 |
| 6 | A  All right.  Maybe I did. | 17:33:19 |
| 7 | Q  All right.  So -- | 17:33:20 |
| 8 | A  It's the scene detectives. | 17:33:21 |
| 9 | Q  All right.  So are you now saying that Jack | 17:33:22 |
| 10 | and Schak were not the lead detectives? | 17:33:29 |
| 11 | A  At this point in the investigation, no. | 17:33:31 |
| 12 | Q  But they were on February 6th, 1993; right? | 17:33:33 |
| 13 | A  Yes. | 17:33:37 |
| 14 | Q  And you and Guevara were the lead detectives | 17:33:38 |
| 15 | as of June 2nd, 1993; is that correct? | 17:33:43 |
| 16 | A  If you want to use that phrase "lead | 17:33:45 |
| 17 | detectives," yes. | 17:33:48 |
| 18 | Q  I'm asking you, sir.  I'm not the one | 17:33:48 |
| 19 | testifying here. | 17:33:51 |
| 20 | A  All right.  We were -- we took over the | 17:33:51 |
| 21 | investigation. | 17:33:54 |
| 22 | Q  What does that mean to take over the | 17:33:55 |
| 23 | investigation? | 17:33:58 |
| 24 | A  Well, we were doing all the work. | 17:33:58 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    321

| | | |
|---|---|---|
| 1 | Q  Is there anybody else responsible -- well, | 17:34:01 |
| 2 | strike that. | 17:34:01 |
| 3 | You signed the criminal complaints against | 17:34:07 |
| 4 | each of Jose Montanez and Armando Serrano for | 17:34:14 |
| 5 | murder; right? | 17:34:19 |
| 6 | A  I'd have to see the complaints to verify | 17:34:20 |
| 7 | that. | 17:34:24 |
| 8 | Q  If you'd stay on the same page 187 of that | 17:34:24 |
| 9 | report, is this a clearing supp? | 17:34:54 |
| 10 | A  Yes, it was. | 17:35:02 |
| 11 | Q  Why was it a clearing supp? | 17:35:05 |
| 12 | A  One of the three offenders was in custody, | 17:35:09 |
| 13 | and the case was cleared and open by arrest. | 17:35:16 |
| 14 | Q  The other two suspects weren't arrested | 17:35:21 |
| 15 | until after this point; is that right? | 17:35:29 |
| 16 | A  The other two suspects were not arrested | 17:35:30 |
| 17 | until after this report was submitted. | 17:35:33 |
| 18 | Q  And so I'm wondering what was it about the | 17:35:34 |
| 19 | June 3rd -- July 3rd supp report that caused you to | 17:35:43 |
| 20 | send the inventory -- the investigative file | 17:35:47 |
| 21 | inventory to that location where you sent it to? | 17:35:51 |
| 22 | A  Because the case was cleared. | 17:35:55 |
| 23 | Q  Even though only one person had been | 17:35:57 |
| 24 | arrested? | 17:36:01 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019          322

| | | |
|---|---|---|
| 1 | A  Correct. | 17:36:01 |
| 2 | Q  So why didn't you send the inventory file or | 17:36:02 |
| 3 | the investigative file inventory to the place where | 17:36:10 |
| 4 | you were supposed on to June 14th when you arrested | 17:36:13 |
| 5 | and charged Serrano? | 17:36:17 |
| 6 | A  Obviously, I didn't. | 17:36:18 |
| 7 | Q  I know that you didn't.  I'm wondering why. | 17:36:22 |
| 8 | What was it about July 3rd that caused you to send | 17:36:26 |
| 9 | it in as opposed to an earlier date? | 17:36:28 |
| 10 | A  Well, the case was cleared. | 17:36:31 |
| 11 | Q  Why isn't there an inventory for documents | 17:36:39 |
| 12 | that were added after July 3rd, 1993? | 17:36:42 |
| 13 | A  I don't know. | 17:36:45 |
| 14 | Q  Should there have been? | 17:36:48 |
| 15 | A  There should have been. | 17:36:51 |
| 16 | Q  Whose responsibility was that, to make sure | 17:36:52 |
| 17 | that the documents that you added to this file after | 17:36:56 |
| 18 | July 3rd were properly inventoried? | 17:37:00 |
| 19 | A  Whatever the person -- | 17:37:03 |
| 20 | MS. ROSEN:  Object to form. | 17:37:05 |
| 21 | A  Whatever person in the office puts the | 17:37:07 |
| 22 | file -- puts the reports in the file. | 17:37:10 |
| 23 | Q  And who was the person who put the reports | 17:37:12 |
| 24 | in this file? | 17:37:16 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    323

| | | |
|---|---|---|
| 1 | A  I don't know. | 17:37:16 |
| 2 | Q  Whose responsibility is it? | 17:37:17 |
| 3 | A  I don't know. | 17:37:20 |
| 4 | Q  Is it anybody's responsibility? | 17:37:21 |
| 5 | A  Say again, please. | 17:37:26 |
| 6 | Q  Is it anybody's responsibility? | 17:37:27 |
| 7 | A  The job got done, so someone had to be doing | 17:37:29 |
| 8 | it. | 17:37:33 |
| 9 | Q  I'm going to ask you to turn back to Exhibit | 17:37:33 |
| 10 | No. 6, this thick one. | 17:37:38 |
| 11 | A  Which page? | 17:37:40 |
| 12 | Q  Just for now Exhibit 6 and page 49. | 17:37:41 |
| 13 | A  Okay. | 17:38:02 |
| 14 | Q  All right.  This is a complaint that you | 17:38:02 |
| 15 | filed against Jose Montanez for murder; right? | 17:38:04 |
| 16 | A  Yes. | 17:38:07 |
| 17 | Q  That's your signature; correct? | 17:38:07 |
| 18 | A  Yes. | 17:38:13 |
| 19 | Q  Who clerked it? | 17:38:14 |
| 20 | A  I can't make out that signature. | 17:38:16 |
| 21 | Q  Is that Mingey? | 17:38:25 |
| 22 | A  I can't make it out. | 17:38:28 |
| 23 | Q  You also signed the complaint against Jorge | 17:38:42 |
| 24 | Pacheco on page 51? | 17:38:45 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                         324

| | | |
|---|---|---|
| 1 | Sorry.  52 actually, that's the arrest | 17:38:53 |
| 2 | warrant. | 17:38:57 |
| 3 | A  Yes. | 17:38:57 |
| 4 | Q  And that's your signatures on that page? | 17:38:59 |
| 5 | A  Yes. | 17:39:02 |
| 6 | MR. AINSWORTH:  Let's go off the record. | 17:39:09 |
| 7 | THE VIDEOGRAPHER:  Off the record, 5:39. | 17:39:11 |
| 8 | (A recess was taken from 5:39 p.m. to | 17:54:07 |
| 9 | 5:54 p.m.) | 17:54:07 |
| 10 | THE VIDEOGRAPHER:  Back on the record, 5:54. | 17:54:10 |
| 11 | BY MR. AINSWORTH: | 17:54:21 |
| 12 | Q  Sir, have you ever been disciplined by the | 17:54:22 |
| 13 | department? | 17:54:25 |
| 14 | A  No. | 17:54:25 |
| 15 | Q  Have you ever witnessed another police | 17:54:25 |
| 16 | officer commit misconduct? | 17:54:33 |
| 17 | A  Yes. | 17:54:34 |
| 18 | Q  On how many occasions? | 17:54:35 |
| 19 | A  One I remember specifically. | 17:54:38 |
| 20 | Q  Which one was that? | 17:54:41 |
| 21 | A  It was a murder in the early 1990s involving | 17:54:43 |
| 22 | Officer Johnny Rodriguez. | 17:54:47 |
| 23 | Q  And what happened in that investi- -- or | 17:54:49 |
| 24 | regarding that murder that you deemed to be officer | 17:54:55 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    325

| | | |
|---|---|---|
| 1 | misconduct? | 17:54:58 |
| 2 | A  He contacted the common law wife of one of | 17:54:58 |
| 3 | the two people that were murdered and told her not | 17:55:02 |
| 4 | to cooperate with the police, keep her mouth shut if | 17:55:05 |
| 5 | she knew what was good for her. | 17:55:09 |
| 6 | Q  Who did this? | 17:55:12 |
| 7 | A  Johnny Rodriguez. | 17:55:13 |
| 8 | Q  Sorry.  I thought he was the victim. | 17:55:14 |
| 9 | A  No.  He was the police officer. | 17:55:15 |
| 10 | Q  All right.  And so he was investigating a | 17:55:16 |
| 11 | murder? | 17:55:21 |
| 12 | A  No.  You asked me if I witnessed any | 17:55:21 |
| 13 | misconduct. | 17:55:25 |
| 14 | Q  Yes. | 17:55:26 |
| 15 | A  And then you said who, and I said Johnny | 17:55:27 |
| 16 | Rodriguez.  I witnessed him commit misconduct. | 17:55:30 |
| 17 | Q  Was he a detective? | 17:55:33 |
| 18 | A  No.  He was a patrolman. | 17:55:34 |
| 19 | Q  Patrolman. | 17:55:35 |
| 20 | And it was in one of your murder | 17:55:37 |
| 21 | investigations? | 17:55:37 |
| 22 | A  Yes. | 17:55:40 |
| 23 | Q  And he told a witness to not get involved in | 17:55:40 |
| 24 | that murder? | 17:55:44 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    326

| | | |
|---|---|---|
| 1 | A   He told a common law wife of one of the | 17:55:45 |
| 2 | murder victims she was not to cooperate with the | 17:55:48 |
| 3 | police or something very bad was going to happen to | 17:55:52 |
| 4 | her. | 17:55:55 |
| 5 | Q   How did you know that he said this to her? | 17:55:55 |
| 6 | A   She came and told me. | 17:55:59 |
| 7 | Q   And so what did you do? | 17:56:00 |
| 8 | A   I can't remember who the commander of Area 5 | 17:56:03 |
| 9 | was at that time, but he got a CR number, and a | 17:56:07 |
| 10 | confidential investigation was launched where | 17:56:11 |
| 11 | internal affairs followed Johnny Rodriguez around. | 17:56:14 |
| 12 | Q   And what was the result of that | 17:56:17 |
| 13 | investigation? | 17:56:18 |
| 14 | A   They caught him one night taking his car, | 17:56:18 |
| 15 | setting it on fire, and filing an insurance claim. | 17:56:22 |
| 16 | He was then prosecuted for insurance fraud and fired | 17:56:24 |
| 17 | from the police department. | 17:56:26 |
| 18 | Q   Was he fired for interfering in the | 17:56:27 |
| 19 | investigation? | 17:56:31 |
| 20 | A   No.  He was fired for being a criminal. | 17:56:31 |
| 21 | Q   I see.  So -- | 17:56:34 |
| 22 | A   Your question was if I had ever witnessed | 17:56:38 |
| 23 | any misconduct. | 17:56:41 |
| 24 | Q   I understand. | 17:56:41 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    327

| | | |
|---|---|---|
| 1 | A   This was gross misconduct. | 17:56:42 |
| 2 | Q   Yeah.  But the Chicago Police Department | 17:56:43 |
| 3 | didn't discipline or fire him for interfering in a | 17:56:46 |
| 4 | murder investigation.  They got him for insurance | 17:56:51 |
| 5 | fraud. | 17:56:53 |
| 6 | A   No.  That was the trigger that got the | 17:56:53 |
| 7 | investigation started. | 17:56:56 |
| 8 | Q   Any other misconducts you've ever witnessed | 17:56:57 |
| 9 | in your career? | 17:57:03 |
| 10 | A   No, just that one. | 17:57:05 |
| 11 | Q   Did you ever lend -- | 17:57:06 |
| 12 | A   And Joe Miedzianowski I told you about | 17:57:10 |
| 13 | taking our reports and Xeroxing them and giving them | 17:57:15 |
| 14 | to gang members. | 17:57:18 |
| 15 | Q   Did you ever loan Ray Guevara money? | 17:57:20 |
| 16 | A   No, never. | 17:57:24 |
| 17 | Q   Why do you say "never"? | 17:57:25 |
| 18 | A   I'd never get it back.  The guy is broke. | 17:57:28 |
| 19 | Q   And so did you know about his financial | 17:57:31 |
| 20 | condition back in the '90s? | 17:57:33 |
| 21 | A   I knew that he never had any money.  He | 17:57:34 |
| 22 | could never go out to dinner with us because he | 17:57:38 |
| 23 | couldn't afford to buy dinner. | 17:57:40 |
| 24 | Q   Would you guys talk about his money | 17:57:42 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    328

| | | |
|---|---|---|
| 1 | troubles? | 17:57:45 |
| 2 | A  No. | 17:57:45 |
| 3 | Q  Was it something you avoided talking about? | 17:57:46 |
| 4 | A  It wasn't -- I didn't really talk to Ray | 17:57:51 |
| 5 | about his personal life.  We weren't that buddy | 17:57:56 |
| 6 | buddy.  We worked together, but we weren't big | 17:57:59 |
| 7 | buddies. | 17:58:02 |
| 8 | Q  Do you know how many kids he had? | 17:58:03 |
| 9 | A  A lot. | 17:58:05 |
| 10 | Q  What's a lot? | 17:58:08 |
| 11 | A  More than 10. | 17:58:09 |
| 12 | Q  Did he talk to you about how much he | 17:58:09 |
| 13 | appreciated overtime? | 17:58:15 |
| 14 | A  No. | 17:58:19 |
| 15 | Q  Did you try and get cases that would involve | 17:58:19 |
| 16 | overtime? | 17:58:25 |
| 17 | A  Did we what? | 17:58:25 |
| 18 | Q  Did you try to get cases that would involve | 17:58:27 |
| 19 | overtime? | 17:58:30 |
| 20 | A  No. | 17:58:30 |
| 21 | MS. ROSEN:  Object to form. | 17:58:31 |
| 22 | Q  How was overtime doled out in Area 5 at that | 17:58:33 |
| 23 | time, 1993? | 17:58:36 |
| 24 | MS. ROSEN:  Objection; form. | 17:58:36 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    329

```
 1      A   If you had something to do and your          17:58:38

 2   supervisor deemed that you had to stay there and do 17:58:41

 3   it, overtime was approved.  If I had people in      17:58:43

 4   custody for murder that I had to do lineups and get 17:58:47

 5   statements and get state's attorneys in, overtime   17:58:50

 6   was approved.                                        17:58:53

 7   BY MR. AINSWORTH:                                    17:58:53

 8      Q   And so if you had a lot of cases going on,   17:59:02

 9   you would be more likely to be able to get overtime; 17:59:05

10   is that right?                                       17:59:11

11      MR. ENGQUIST:  Objection; form, foundation.      17:59:11

12      A   People who did more police work tended to    17:59:14

13   have more overtime, yes.                             17:59:17

14      Q   Vicente, he told you that a large frame       17:59:23

15   pistol -- let me get his exact words.                17:59:32

16      MR. ENGQUIST:  Which exhibit?                     17:59:40

17      MR. AINSWORTH:  This is 3.                        17:59:45

18      MR. ENGQUIST:  That's the -- oh, 3.  Okay.        17:59:47

19      Q   If you want to look at page 172 alongside     17:59:48

20   me.  About a third of the way down that big ole      17:59:52

21   paragraph, the sentence that reads, "The witness saw 18:00:03

22   Pistol Pete take a large frame, 9-millimeter         18:00:06

23   semiautomatic pistol from under the dashboard of the 18:00:12

24   car and put the gun in one of the heating ducts in   18:00:15
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    330

| | | |
|---|---|---|
| 1 | the dashboard." | 18:00:18 |
| 2 |      Do you see that? | 18:00:20 |
| 3 |      MR. ENGQUIST:  You said a third of the way | 18:00:25 |
| 4 | down? | 18:00:26 |
| 5 |      MR. AINSWORTH:  To a quarter.  The sentence | 18:00:26 |
| 6 | starts in the middle of the page, "The witness saw | 18:00:28 |
| 7 | Pistol Pete take a large frame, 9-millimeter | 18:00:29 |
| 8 | semiautomatic pistol -- | 18:00:33 |
| 9 |   A  It's in the bottom third of the paragraph. | 18:00:34 |
| 10 |      MR. ENGQUIST:  Okay. | 18:00:36 |
| 11 |   A  Yes, I see it. | 18:00:37 |
| 12 | BY MR. AINSWORTH: | 18:00:37 |
| 13 |   Q  Okay.  And what's a large frame, | 18:00:39 |
| 14 | 9-millimeter semiautomatic pistol? | 18:00:43 |
| 15 |   A  A gun. | 18:00:47 |
| 16 |   Q  Do you know guns? | 18:00:49 |
| 17 |   A  Yes. | 18:00:50 |
| 18 |   Q  What's the difference between a large frame | 18:00:50 |
| 19 | and some other kind of 9-millimeter semiautomatic | 18:00:54 |
| 20 | pistol? | 18:00:58 |
| 21 |   A  The size of the gun. | 18:00:59 |
| 22 |   Q  Is a large frame bigger than a -- than some | 18:01:00 |
| 23 | other type of 9-millimeter gun? | 18:01:03 |
| 24 |   A  A large frame would be bigger than a | 18:01:05 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    331

| | | |
|---|---|---|
| 1 | medium-sized frame and a small frame. | 18:01:07 |
| 2 | Q  And does large frame refer to the grip? | 18:01:09 |
| 3 | What does it refer to? | 18:01:16 |
| 4 | A  Large frame usually pertain to a 4-inch | 18:01:17 |
| 5 | barrel. | 18:01:21 |
| 6 | Q  Have you ever seen a heating duct on a | 18:01:21 |
| 7 | dashboard that could fit a large frame, 9-millimeter | 18:01:35 |
| 8 | pistol? | 18:01:40 |
| 9 | A  Not off the top of my head, no. | 18:01:40 |
| 10 | Q  Doesn't that seem odd to you that Francisco | 18:01:43 |
| 11 | Vicente was telling you that he could fit a -- or | 18:01:49 |
| 12 | that he saw Pistol Pete fit a large frame, | 18:01:56 |
| 13 | 9-millimeter semiautomatic Pistol into the heating | 18:02:01 |
| 14 | duct of his car? | 18:02:05 |
| 15 | A  Did that seem odd? | 18:02:06 |
| 16 | Q  Yeah. | 18:02:08 |
| 17 | A  No. | 18:02:08 |
| 18 | Q  Why didn't it seem odd to you? | 18:02:09 |
| 19 | A  I've seen cars with guns hidden in many | 18:02:11 |
| 20 | different locations. | 18:02:15 |
| 21 | Q  But placed through the heating duct? | 18:02:16 |
| 22 | A  It's a possibility.  It didn't strike me as | 18:02:20 |
| 23 | odd at all. | 18:02:28 |
| 24 | Q  So it completely did not strike you as odd | 18:02:28 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    332

1    at all.                                                  18:02:29

2          MS. ROSEN:  Objection; asked and answered.        18:02:29

3          MR. ENGQUIST:  Go ahead.                          18:02:32

4      A   No.  Because I know that guns are hidden in       18:02:33

5    cars.                                                    18:02:36

6    BY MR. AINSWORTH:                                        18:02:36

7      Q   When you looked at Jose Montanez's car, did       18:02:36

8    you look to see if the heating vents were large          18:02:39

9    enough to fit a large frame, 9-millimeter gun?           18:02:44

10     A   No.                                                18:02:50

11     Q   How did you come to learn that Armando            18:02:50

12   Serrano was at Area 5 on June 8th, 1993?                 18:03:06

13     A   I'd have to see that report.                       18:03:10

14     Q   All right.  Take a look at the report that        18:03:23

15   appears at page 184 of Exhibit 3.                        18:03:30

16     A   I see it.                                          18:03:44

17     Q   How did you learn that Armando Serrano was        18:03:46

18   at Area 5?                                               18:03:49

19     A   I don't specifically remember, but I would        18:03:50

20   assume that it was me and Guevara brought him in.        18:03:56

21     Q   Did he come voluntarily?                          18:03:58

22     A   Yes.                                               18:04:02

23     Q   How do you know he came voluntarily?              18:04:03

24     A   Because he agreed to take a polygraph test.       18:04:05

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    333

| | | |
|---|---|---|
| 1 | Q  Well, sometimes you have suspects under | 18:04:08 |
| 2 | arrest who agree to take polygraph tests; right? | 18:04:28 |
| 3 | A  Yes. | 18:04:20 |
| 4 | Q  So -- and those people are not there | 18:04:21 |
| 5 | voluntarily; correct? | 18:04:23 |
| 6 | A  They are under arrest, yes. | 18:04:24 |
| 7 | Q  So just because he agreed to take a | 18:04:27 |
| 8 | polygraph test doesn't mean he's voluntarily at the | 18:04:31 |
| 9 | police station; right? | 18:04:35 |
| 10 | A  That's correct. | 18:04:36 |
| 11 | Q  So how do you know that Armando Serrano came | 18:04:39 |
| 12 | to the police station voluntarily? | 18:04:45 |
| 13 | A  Because if he wasn't under arrest, he would | 18:04:47 |
| 14 | have had to volunteer to come in.  We don't just | 18:05:19 |
| 15 | grab people off the street and bring them in. | 18:05:22 |
| 16 | Q  Why don't you grab people off the street and | 18:05:28 |
| 17 | bring them in? | 18:05:39 |
| 18 | A  It's improper. | 18:05:39 |
| 19 | Q  It violates their constitutional rights; | 18:05:40 |
| 20 | right? | 18:05:44 |
| 21 | A  I would say so. | 18:05:44 |
| 22 | MS. ROSEN:  Object to the form. | 18:05:45 |
| 23 | MS. QUIST:  Join. | 18:05:47 |
| 24 | Q  How long was Armando Serrano at Area 5 on | 18:05:49 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                334

| | | |
|---|---|---|
| 1 | June 8th, 1993, or June 9th, 1993? | 18:05:52 |
| 2 | A  I'd have to look at the polygraph report. | 18:05:55 |
| 3 | Q  Well, the polygraph test, according to your | 18:06:00 |
| 4 | report, ended at 10:30 p.m. | 18:06:10 |
| 5 | A  Then after 10:30 p.m., he was returned to | 18:06:15 |
| 6 | Area 5, and he was allowed to leave. | 18:06:18 |
| 7 | Q  Did you interrogate Armando Serrano? | 18:06:20 |
| 8 | A  I can't remember.  No.  It was Guevara. | 18:06:37 |
| 9 | This is his report.  Guevara talked to him. | 18:06:40 |
| 10 | Q  All right.  How do you know it was only | 18:06:43 |
| 11 | Guevara and not you? | 18:06:47 |
| 12 | A  Because I don't remember talking to him. | 18:06:48 |
| 13 | Q  So whatever happened between Armando Serrano | 18:06:50 |
| 14 | and Ray Guevara you have no knowledge of; is that | 18:06:55 |
| 15 | what you're saying? | 18:06:59 |
| 16 | A  I don't remember, no. | 18:07:00 |
| 17 | Q  So you can't tell us if Ray Guevara was -- | 18:07:00 |
| 18 | used force against Armando Serrano; right? | 18:07:09 |
| 19 | A  When he was up in the office, I didn't see | 18:07:11 |
| 20 | Ray Guevara put a hand on him. | 18:07:21 |
| 21 | Q  Well, were you present while Armando Serrano | 18:07:23 |
| 22 | was being interrogated? | 18:07:26 |
| 23 | A  I was in the office when Guevara was talking | 18:07:28 |
| 24 | with him. | 18:07:30 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    335

| | | |
|---|---|---|
| 1 | Q  How do you know that? | 18:07:30 |
| 2 | A  I had to be. | 18:07:32 |
| 3 | Q  Why? | 18:07:35 |
| 4 | A  Because me and Guevara took him down to the | 18:07:36 |
| 5 | polygraph. | 18:07:40 |
| 6 | Q  All right.  Which interrogation room was | 18:07:40 |
| 7 | Armando Serrano in? | 18:07:49 |
| 8 | A  Say that again, please. | 18:07:49 |
| 9 | Q  Which interrogation room was Armando Serrano | 18:07:50 |
| 10 | in? | 18:07:53 |
| 11 | A  I don't remember. | 18:07:54 |
| 12 | Q  There are six at Area 5, right, six | 18:07:54 |
| 13 | interrogation rooms? | 18:08:02 |
| 14 | A  I don't remember. | 18:08:04 |
| 15 | Q  Can you describe the interior of those | 18:08:09 |
| 16 | interrogation rooms at Area 5 back in 1993? | 18:08:13 |
| 17 | A  They were plain-walled rooms, approximately, | 18:08:18 |
| 18 | I don't know, 10 feet wide, 20 feet deep with a | 18:08:22 |
| 19 | metal bench and a handcuff ring on the wall. | 18:08:32 |
| 20 | Q  So a hook on the wall -- | 18:08:36 |
| 21 | A  Yes. | 18:08:38 |
| 22 | Q  -- where you could handcuff somebody? | 18:08:38 |
| 23 | A  Yes. | 18:08:41 |
| 24 | Q  The light switch, is it inside or outside | 18:08:41 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                        336

| 1  | those rooms?                                                    | 18:08:43 |
| 2  | A   That I don't remember.                                      | 18:08:44 |
| 3  | Q   The walls are concrete walls?                               | 18:08:47 |
| 4  | A   Cinder block.                                               | 18:08:52 |
| 5  | Q   Cinder block walls.                                         | 18:08:54 |
| 6  |     What kind of -- fluorescent lighting?                       | 18:08:57 |
| 7  | A   Yes.                                                        | 18:08:57 |
| 8  | Q   Tile floor?                                                 | 18:08:59 |
| 9  | A   Yes.                                                        | 18:09:02 |
| 10 | Q   Anything on the walls?                                      | 18:09:02 |
| 11 | A   No.                                                         | 18:09:08 |
| 12 | Q   No windows on the walls?                                    | 18:09:08 |
| 13 | A   There might have been some kind of sign on                 | 18:09:10 |
| 14 | the walls.                                                      | 18:09:13 |
| 15 | Q   What kind of sign?                                          | 18:09:13 |
| 16 | A   I think it was, like, prisoner's rights.                   | 18:09:14 |
| 17 | Q   Like what kind of prisoner rights?                          | 18:09:22 |
| 18 | A   I can't remember what was on the sign, but                 | 18:09:25 |
| 19 | it was something about prisoners.                               | 18:09:27 |
| 20 | Q   No windows in those walls; right?                           | 18:09:29 |
| 21 | A   No.  There was no windows in the walls.                    | 18:09:32 |
| 22 | Q   The only window in the room was the narrow                 | 18:09:34 |
| 23 | window in the door; correct?                                    | 18:09:36 |
| 24 | A   Yes.                                                        | 18:09:37 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    337

| | | |
|---|---|---|
| 1 | Q  And that could be covered with paper; right? | 18:09:37 |
| 2 | MS. ROSEN:  Objection; asked and answered | 18:09:41 |
| 3 | about seven hours ago. | 18:09:42 |
| 4 | A  Yes. | 18:09:47 |
| 5 | Q  When a person is in one of those | 18:09:55 |
| 6 | interrogation rooms, the only way they can use the | 18:10:00 |
| 7 | bathroom is by leave of the detectives who are | 18:10:04 |
| 8 | working on that case; right? | 18:10:07 |
| 9 | A  No.  If the detectives that were assigned to | 18:10:09 |
| 10 | the case had gone out to do something else, they | 18:10:14 |
| 11 | could knock on the door, they could call out, and | 18:10:18 |
| 12 | another detective would take them to the bathroom. | 18:10:21 |
| 13 | Q  So whoever is in the interrogation room | 18:10:22 |
| 14 | needs a detective to assist them to be able to use | 18:10:26 |
| 15 | the bathroom; right? | 18:10:30 |
| 16 | A  Yes. | 18:10:31 |
| 17 | Q  Same to get water; correct? | 18:10:31 |
| 18 | A  Yes. | 18:10:33 |
| 19 | Q  Same to get food; right? | 18:10:34 |
| 20 | A  No, not so much food as is bathroom and | 18:10:37 |
| 21 | water. | 18:10:43 |
| 22 | Q  Well, how would a person who is in one of | 18:10:44 |
| 23 | those interrogation rooms get fed? | 18:10:48 |
| 24 | A  The detectives that put them in the room | 18:10:50 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    338

```
1    would be responsible for that.                          18:10:53

2       Q   I see.  So they were reliant upon the           18:10:54

3    detectives who were working that case to feed that     18:10:59

4    person; right?                                          18:11:02

5       A   I'd say so, yes.                                 18:11:02

6       Q   And in order to feed that person in the         18:11:03

7    interrogation room, the detectives would have to use   18:11:05

8    their own money to go out and buy food for that        18:11:08

9    person; right?                                          18:11:12

10      A   No.                                              18:11:12

11      Q   You'd get a sandwich from the lockup?           18:11:14

12      A   That's one way.                                  18:11:16

13      Q   Is there another way?                            18:11:17

14      A   To go drive and buy food.                        18:11:19

15      Q   And because, as we talked about seven hours     18:11:22

16   ago, the Area 5 is a secure -- is supposed to be a     18:11:28

17   secure facility, you don't want to let the people      18:11:32

18   who are in the interrogation rooms just wander         18:11:35

19   around the place freely; right?                        18:11:38

20      A   The doors in the interrogation rooms had        18:11:40

21   exterior locks that you could lock the door.           18:11:44

22      Q   And if you had somebody on Area 5, you would    18:11:47

23   lock that door to ensure that they didn't walk into    18:11:51

24   something that they weren't supposed to be walking     18:11:54
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    339

| | | |
|---|---|---|
| 1 | into; right? | 18:11:56 |
| 2 | A  Correct. | 18:11:57 |
| 3 | Q  Would you -- well, strike that. | 18:11:58 |
| 4 | Is there any reason why Armando Serrano | 18:12:07 |
| 5 | would still be at Area 5 during the day on June 9th, | 18:12:10 |
| 6 | 1993? | 18:12:20 |
| 7 | A  Nope, not to my knowledge. | 18:12:20 |
| 8 | Q  There's no telephones in the interrogation | 18:12:24 |
| 9 | rooms; right? | 18:12:28 |
| 10 | A  No. | 18:12:29 |
| 11 | Q  So if somebody in the interrogation room | 18:12:29 |
| 12 | needs to make a phone call, they're wholly reliant | 18:12:34 |
| 13 | upon a detective allowing them to do so; correct? | 18:12:38 |
| 14 | A  Yes. | 18:12:41 |
| 15 | Q  Especially in 1993 when there were no | 18:12:42 |
| 16 | ubiquitous cell phones being lugged around; right? | 18:12:45 |
| 17 | A  There were no cell phones in 1993. | 18:12:48 |
| 18 | Q  And just to be clear, sir, you have no | 18:12:50 |
| 19 | record of when Armando Serrano was released from | 18:13:12 |
| 20 | Area 5; right? | 18:13:16 |
| 21 | MR. ENGQUIST:  Objection; vague as to time | 18:13:17 |
| 22 | frame.  Are we talking about this case? | 18:13:20 |
| 23 | MR. AINSWORTH:  Yeah. | 18:13:20 |
| 24 | Q  For his stay at Area 5 beginning on | 18:13:23 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    340

| | | |
|---|---|---|
| 1 | June 8th. | 18:13:27 |
| 2 | A   Just my best guess that after the polygraph | 18:13:29 |
| 3 | exam was finished, he was returned to Area 5, and he | 18:13:33 |
| 4 | left. | 18:13:36 |
| 5 | Q   And that's your guess at this point; right? | 18:13:36 |
| 6 | A   Yes. | 18:13:40 |
| 7 | Q   And that's what should have happened; right? | 18:13:40 |
| 8 | He should have been released after he took the | 18:13:45 |
| 9 | polygraph test; right? | 18:13:48 |
| 10 | A   He was released and left the area. | 18:13:49 |
| 11 | Q   All right.  But it doesn't say when he left. | 18:13:57 |
| 12 | A   No. | 18:14:01 |
| 13 | Q   All right.  And it doesn't say when he was | 18:14:01 |
| 14 | brought to the area; right? | 18:14:04 |
| 15 | A   No.  Just the date. | 18:14:05 |
| 16 | Q   And you have no record anywhere of when | 18:14:07 |
| 17 | Armando Serrano was brought to Area 5; correct? | 18:14:10 |
| 18 | A   No. | 18:14:12 |
| 19 | Q   That's correct? | 18:14:13 |
| 20 | A   What was your question? | 18:14:14 |
| 21 | Q   That's correct? | 18:14:20 |
| 22 | A   Yes. | 18:14:20 |
| 23 | Q   If you'd flip to just a couple pages forward | 18:14:21 |
| 24 | to 186.  We've looked at this report before. | 18:14:36 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                341

| | | |
|---|---|---|
| 1 | You include all of the nick -- all of the | 18:14:42 |
| 2 | nicknames for Jose Montanez and for Pacheco and | 18:14:52 |
| 3 | Montanez? | 18:15:01 |
| 4 | A  Yes. | 18:15:02 |
| 5 | Q  Did you find it odd that Timothy Rankins | 18:15:02 |
| 6 | didn't know Jose Montanez's nickname of Pistol Pete | 18:15:17 |
| 7 | despite knowing Jose for seven years? | 18:15:23 |
| 8 | A  I don't specifically remember what Timothy | 18:15:27 |
| 9 | Rankins said as far as remembering all the different | 18:15:31 |
| 10 | nicknames these guys had. | 18:15:34 |
| 11 | Q  I'm asking a different question. | 18:15:35 |
| 12 | Do you find it odd that Timothy Rankins | 18:15:39 |
| 13 | didn't know any of the three men's nicknames despite | 18:15:42 |
| 14 | knowing them supposedly for seven years? | 18:15:45 |
| 15 | MS. QUIST:  Object to the form. | 18:15:50 |
| 16 | MS. NIKOLAEVSKAYA:  Join. | 18:15:50 |
| 17 | A  Timothy Rankins did know -- | 18:15:51 |
| 18 | MS. ROSEN:  Object to the form. | 18:15:51 |
| 19 | A  -- all three of them by certain nicknames. | 18:15:53 |
| 20 | Q  Got it. | 18:15:56 |
| 21 | So -- but Timothy Rankins didn't know the | 18:15:56 |
| 22 | nicknames that they're known by according to the | 18:16:01 |
| 23 | nickname file and according to Francisco Vicente and | 18:16:04 |
| 24 | according to their own admission, that is, Pistol | 18:16:08 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    342

| | | |
|---|---|---|
| 1 | Pete, Jordan, or Mondo; right? | 18:16:11 |
| 2 | A  I don't know. | 18:16:13 |
| 3 | MS. ROSEN:  Object to the form. | 18:16:16 |
| 4 | MS. NIKOLAEVSKAYA:  Join. | 18:16:17 |
| 5 | A  I don't know if he knew them or not by those | 18:16:17 |
| 6 | names. | 18:16:17 |
| 7 | BY MR. AINSWORTH: | 18:16:17 |
| 8 | Q  Or the street source that provided the | 18:16:22 |
| 9 | nicknames for Pistol Pete, Mondo, and Jordan to Ray | 18:16:24 |
| 10 | Guevara; right? | 18:16:32 |
| 11 | A  What was the question? | 18:16:32 |
| 12 | MS. ROSEN:  Objection to form. | 18:16:33 |
| 13 | MR. AINSWORTH:  That was a poor question. | 18:16:35 |
| 14 | Q  And the street source who provided the | 18:16:36 |
| 15 | nicknames Pistol Pete, Mondo, and Jordan to Ray | 18:16:41 |
| 16 | Guevara at some point before June 2nd, 1993, | 18:16:46 |
| 17 | according to that person, didn't refer to any of | 18:16:50 |
| 18 | those three men as Moses or Barrel Belly or Joker or | 18:16:56 |
| 19 | stripes; right? | 18:17:00 |
| 20 | A  I never talked to that person.  I have no | 18:17:01 |
| 21 | idea. | 18:17:03 |
| 22 | Q  Well, Ray Guevara never told you that that | 18:17:03 |
| 23 | person said any of those other names; right? | 18:17:07 |
| 24 | A  Nope. | 18:17:08 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    343

| | | |
|---|---|---|
| 1 | Q  So I guess, you know, my question to you is | 18:17:09 |
| 2 | if you've got the nickname file, the street source, | 18:17:14 |
| 3 | Francisco Vicente, and all three of Jose Montanez, | 18:17:19 |
| 4 | Armando Serrano, and Jorge Pacheco admitting that | 18:17:25 |
| 5 | their nicknames were Pistol Pete, Mondo, and Jordan | 18:17:28 |
| 6 | respectively, did it strike you as odd that Rankins | 18:17:32 |
| 7 | didn't know those nicknames at all? | 18:17:38 |
| 8 | MS. ROSEN:  Object to form. | 18:17:41 |
| 9 | MS. NIKOLAEVSKAYA:  Join. | 18:17:43 |
| 10 | A  I don't know. | 18:17:43 |
| 11 | Q  Did you ask him? | 18:17:44 |
| 12 | A  Hell, yes. | 18:17:46 |
| 13 | Q  Did you ask him if he knew that the three | 18:17:47 |
| 14 | men had these other nicknames -- Pistol Pete, Mondo, | 18:17:50 |
| 15 | and Jordan? | 18:17:54 |
| 16 | A  When he looked at the photos of these three | 18:17:54 |
| 17 | individuals, I told him, I says, You're giving me | 18:18:00 |
| 18 | all the wrong nicknames.  And I told him, I says, | 18:18:04 |
| 19 | those aren't the names I know these guys by.  Then | 18:18:09 |
| 20 | he corrected himself. | 18:18:09 |
| 21 | And that's when I said, You know what, I | 18:18:11 |
| 22 | want you to prove to me something in addition to | 18:18:13 |
| 23 | what you're saying as to what happened regarding | 18:18:16 |
| 24 | this murder. | 18:18:19 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    344

| | | |
|---|---|---|
| 1 | We then put him in a car. I says, I want | 18:18:20 |
| 2 | you to take me to the scene of this murder and point | 18:18:25 |
| 3 | it out to me. We drove to the corner of North | 18:18:27 |
| 4 | Avenue and Springfield. I said, Direct me where you | 18:18:30 |
| 5 | want us to go. | 18:18:34 |
| 6 | He said, Go north on Springfield. He | 18:18:35 |
| 7 | stopped right in front of the Vargas house at 1838 | 18:18:37 |
| 8 | North Springfield. He said, The guy came out of | 18:18:40 |
| 9 | that house. | 18:18:42 |
| 10 | I says, Where was the van parked? | 18:18:43 |
| 11 | He goes, Right there. | 18:18:44 |
| 12 | He knew exactly where the van was parked. | 18:18:45 |
| 13 | He knew exactly where Rodrigo Vargas lived. | 18:18:48 |
| 14 | At that point in time, I became a believer | 18:18:53 |
| 15 | in Timothy Rankins. There is no way in the world he | 18:18:54 |
| 16 | would know that unless he was there. | 18:18:58 |
| 17 | Q Or if somebody provided the information to | 18:18:59 |
| 18 | him; right? | 18:19:02 |
| 19 | A Someone would have had to take him there and | 18:19:03 |
| 20 | actually show him. | 18:19:04 |
| 21 | Q Right. Somebody with a car; right? | 18:19:05 |
| 22 | A Somebody what? | 18:19:08 |
| 23 | Q Somebody who could take him there in a car; | 18:19:10 |
| 24 | right? | |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    345

1          MS. QUIST:  Object to form.

2      A  He would have had to have been taken there

3  the night of the murder to know where the van was

4  parked.

5  BY MR. AINSWORTH:

6      Q  Or somebody who knew where the van was          18:19:25

7  parked could tell him; right?                          18:19:25

8      A  That's a possibility.                           18:19:26

9      Q  How did Timothy Rankins correct himself?        18:19:31

10     A  Regarding the photos?                           18:19:34

11     Q  Regarding the nicknames.                        18:19:35

12     A  That's the photos, the nicknames.  I told       18:19:37

13  him, I says, You're giving me the wrong nicknames     18:19:40

14  for these guys.                                       18:19:43

15         Then he corrected himself.  Well, I also       18:19:44

16  know this guy as Pistol Pete, this is Mondo, and      18:19:46

17  this is Jordan.                                       18:19:48

18         I said, Did these guys have multiple names?    18:19:50

19         And he goes, Yeah.                             18:19:50

20         That's why we put all their nicknames on the   18:19:54

21  photos after that.                                    18:19:56

22     Q  All right.  So you said you're giving me all    18:19:57

23  the nicknames, and did you tell him that actually     18:20:01

24  Jose Montanez is known as Pistol Pete and Serrano is  18:20:04

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    346

| | | |
|---|---|---|
| 1 | known as Mondo -- | 18:20:07 |
| 2 | A  No, he told me. | 18:20:07 |
| 3 | Q  He told you. | 18:20:08 |
| 4 | A  Yeah. | 18:20:09 |
| 5 | Q  So he told you that Jose Montanez is | 18:20:10 |
| 6 | actually also known as Pistol Pete? | 18:20:17 |
| 7 | A  After I told him I didn't know them by the | 18:20:18 |
| 8 | names he was giving me.  I says, Do you say you have | 18:20:23 |
| 9 | any other nicknames, and he goes -- these other | 18:20:26 |
| 10 | nicknames. | 18:20:29 |
| 11 | Q  What nicknames? | 18:20:29 |
| 12 | A  Regarding Jose Montanez? | 18:20:32 |
| 13 | Q  Or any of them. | 18:20:35 |
| 14 | A  Well, he also said that he knew Jose | 18:20:36 |
| 15 | Montanez as Pistol Pete.  I'd have to find his | 18:20:38 |
| 16 | statement again and read it. | 18:20:44 |
| 17 | Q  All right.  Well, your report doesn't | 18:20:45 |
| 18 | reflect that Timothy Rankins knew any of these | 18:20:51 |
| 19 | suspects by names other than the ones he provided, | 18:20:56 |
| 20 | which was Moses or Barrel Belly or Joker or Stripes; | 18:20:59 |
| 21 | right? | 18:21:04 |
| 22 | A  I'd have to read his report. | 18:21:04 |
| 23 | Q  Well, it's at 178. | 18:21:05 |
| 24 | A  No, he does not use the nicknames of -- | 18:22:14 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    347

| | | |
|---|---|---|
| 1 | initially, he does not use the nicknames of Pistol | 18:22:18 |
| 2 | Pete, Mondo, and Jordan; but when we questioned him | 18:22:21 |
| 3 | on this, he corrected himself.  He said, Yeah, I | 18:22:29 |
| 4 | also know them by other names, and then he come up | 18:22:33 |
| 5 | with the other names. | 18:22:36 |
| 6 |     Q  Where did you document that -- | 18:22:37 |
| 7 |     A  It's not documented. | 18:22:39 |
| 8 |     Q  All right.  But that's a pertinent fact.  If | 18:22:40 |
| 9 | he's able to corroborate the nicknames of these | 18:22:45 |
| 10 | people that he is identifying, that's an important | 18:22:48 |
| 11 | fact; right? | 18:22:51 |
| 12 |     A  No, the fact is these guys had multiple -- | 18:22:51 |
| 13 |       MS. ROSEN:  Object to the form. | 18:22:52 |
| 14 |     A  -- nicknames, and he knew them more by one | 18:22:53 |
| 15 | than another. | 18:22:57 |
| 16 |     Q  How do you know that they had multiple | 18:23:00 |
| 17 | nicknames? | 18:23:04 |
| 18 |     A  Well, to begin with he says that Moses | 18:23:04 |
| 19 | pulled up.  They called him Moses and Barrel Belly. | 18:23:07 |
| 20 | So that's two nicknames right there. | 18:23:10 |
| 21 |     Q  That's just from Timothy Rankins. | 18:23:11 |
| 22 |     A  Yeah. | 18:23:15 |
| 23 |     Q  From no other source -- | 18:23:16 |
| 24 |     A  No. | 18:23:17 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    348

| | | |
|---|---|---|
| 1 | Q  -- Right? | 18:23:17 |
| 2 |     And you even thought it was weird because -- | 18:23:17 |
| 3 | A  Huh? | 18:23:17 |
| 4 | Q  You even thought it was weird that he was -- | 18:23:19 |
| 5 | that Rankins was referring to these guys by these | 18:23:22 |
| 6 | names you had never heard before; right? | 18:23:24 |
| 7 | A  Yes.  I thought it was odd that I had not | 18:23:25 |
| 8 | heard these names before. | 18:23:30 |
| 9 | Q  And so you wanted to confront Timothy | 18:23:31 |
| 10 | Rankins about that fact. | 18:23:34 |
| 11 | A  Yes. | 18:23:35 |
| 12 | Q  And so you wanted to know what he would say | 18:23:35 |
| 13 | when you confronted him; right? | 18:23:39 |
| 14 | A  What was the question again? | 18:23:43 |
| 15 | Q  You wanted to know what he would say when | 18:23:44 |
| 16 | you confronted him; right? | 18:23:46 |
| 17 | A  I wanted to know that if he knew them by any | 18:23:48 |
| 18 | other nicknames than these ones he was giving us | 18:23:50 |
| 19 | because they were not the ones that we had been | 18:23:52 |
| 20 | given by other people. | 18:23:54 |
| 21 | Q  And you're saying that 26 years later, you | 18:23:55 |
| 22 | remember from memory that Timothy Rankins said, Oh, | 18:24:03 |
| 23 | I also know them by Pistol Pete, Mondo, and Jordan? | 18:24:08 |
| 24 | A  Yes.  Because I remember I didn't believe | 18:24:11 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                              349

| | | |
|---|---|---|
| 1 | him initially until he started telling things that | 18:24:14 |
| 2 | fit, such as the nicknames, such as where the murder | 18:24:17 |
| 3 | happened, such as where the van was parked. | 18:24:20 |
| 4 | Q  So then why didn't you write down the fact | 18:24:22 |
| 5 | that he was now providing you information that fit | 18:24:25 |
| 6 | such as the suspects' nicknames that were known to | 18:24:29 |
| 7 | other people? | 18:24:34 |
| 8 | A  Because he knew them by different nicknames. | 18:24:34 |
| 9 | He also heard -- be called by these other names, but | 18:24:38 |
| 10 | he knew them personally by the names he gave me. | 18:24:41 |
| 11 | Q  Why on the first page -- well, here. | 18:24:46 |
| 12 | Who is the -- when is the first time that | 18:24:53 |
| 13 | you've ever told somebody that Timothy Rankins | 18:25:05 |
| 14 | identified Jose Montanez, Armando Serrano, and Jorge | 18:25:09 |
| 15 | Pacheco as Pistol Pete, Mondo, and Jordan? | 18:25:14 |
| 16 | A  I don't remember. | 18:25:17 |
| 17 | Q  Can you tell us any person that you have | 18:25:18 |
| 18 | ever in your life told that Timothy Rankins | 18:25:21 |
| 19 | identified the three men by those three nicknames? | 18:25:26 |
| 20 | A  No. | 18:25:29 |
| 21 | Q  Why doesn't it appear in his handwritten | 18:25:31 |
| 22 | statement that he knew Jose Montanez, Armando | 18:25:36 |
| 23 | Serrano, and Timothy Rankins [sic] by their | 18:25:38 |
| 24 | nicknames Pistol Pete, Mondo, and Jordan as well as | 18:25:42 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    350

| | | |
|---|---|---|
| 1 | the other names he knew them by? | 18:25:45 |
| 2 | MS. NIKOLAEVSKAYA: Objection; form. | 18:25:48 |
| 3 | A He knew that they had multiple nicknames, | 18:25:50 |
| 4 | but he referred to them by the names he knew them | 18:25:53 |
| 5 | best as. | 18:25:56 |
| 6 | BY MR. AINSWORTH: | 18:25:57 |
| 7 | Q I know, but why didn't -- why didn't you | 18:25:57 |
| 8 | talk with the assistant state's attorney about | 18:25:58 |
| 9 | documenting the fact that not only did Timothy | 18:26:01 |
| 10 | Rankins know them by these other nicknames that | 18:26:04 |
| 11 | nobody else seemed to use, but he also knew them by | 18:26:08 |
| 12 | their traditional nicknames that were used by other | 18:26:11 |
| 13 | people and by themselves? | 18:26:14 |
| 14 | MS. ROSEN: Objection; form. | 18:26:15 |
| 15 | MS. NIKOLAEVSKAYA: Join. | 18:26:18 |
| 16 | MR. ENGQUIST: Join. | 18:26:20 |
| 17 | A It wasn't done. | 18:26:20 |
| 18 | Q Did you tell Assistant State's Attorney John | 18:26:22 |
| 19 | King at the time that he memorialized Timothy | 18:26:25 |
| 20 | Rankins' statement that Timothy Rankins knew | 18:26:28 |
| 21 | Montanez, Serrano, and Pacheco by their nicknames | 18:26:33 |
| 22 | Pistol Pete, Mondo, and Jordan? | 18:26:37 |
| 23 | A No. | 18:26:37 |
| 24 | Q Why didn't you tell John King that, Hey, you | 18:26:40 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    351

| | | |
|---|---|---|
| 1 | know, I thought it was weird that he was using these | 18:26:45 |
| 2 | other nicknames, but it turns out he also knows | 18:26:47 |
| 3 | Montanez, Serrano, and Pacheco by their nicknames | 18:26:51 |
| 4 | that they go by? | 18:26:54 |
| 5 | A  He preferred to refer to them by the names | 18:26:55 |
| 6 | that he knew them best as, but he had also heard | 18:26:59 |
| 7 | them called these other nicknames by other people. | 18:27:03 |
| 8 | MR. ENGQUIST:  Where are we on time? | 18:27:09 |
| 9 | MS. ROSEN:  Seven minutes. | 18:27:11 |
| 10 | THE VIDEOGRAPHER:  6:54. | 18:27:16 |
| 11 | BY MR. AINSWORTH: | 18:27:16 |
| 12 | Q  Did you ever use -- did you make any attempt | 18:27:18 |
| 13 | to corroborate Rankins' statement with these | 18:27:20 |
| 14 | nicknames -- Moses, Barrel Belly, Joker, or | 18:27:23 |
| 15 | Stripes -- was ever used by any person to refer to | 18:27:25 |
| 16 | those three men? | 18:27:29 |
| 17 | A  No. | 18:27:30 |
| 18 | Q  You documented in your report of which the | 18:27:39 |
| 19 | first page is dated June 2nd, 1993, whatever | 18:27:44 |
| 20 | description that Tim -- that Vicente provided to you | 18:27:50 |
| 21 | of the three; right? | 18:27:58 |
| 22 | A  What was the question again? | 18:27:59 |
| 23 | Q  Actually, let me skip that one, and first | 18:28:01 |
| 24 | I'll go to -- when you talked to -- when Guevara | 18:28:08 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    352

| | | |
|---|---|---|
| 1 | talked to Wilda Vargas and learned about the gas | 18:28:13 |
| 2 | station incident, she described that there were | 18:28:20 |
| 3 | three men in the car, right, at the gas station? | 18:28:22 |
| 4 | A  She said one man walked in with her husband, | 18:28:26 |
| 5 | and two guys were sitting in the car. | 18:28:29 |
| 6 | Q  And -- | 18:28:30 |
| 7 | A  That's what Ray told me. | 18:28:31 |
| 8 | Q  Yeah.  And whatever description that Wilda | 18:28:33 |
| 9 | had for those three men you included in your report; | 18:28:36 |
| 10 | right? | 18:28:39 |
| 11 | A  I'd have to see the report. | 18:28:39 |
| 12 | Q  Is there any reason why you would not | 18:28:41 |
| 13 | include the description that Wilda provided of those | 18:28:43 |
| 14 | three men in your report? | 18:28:46 |
| 15 | A  I don't know what she told Ray. | 18:28:47 |
| 16 | Q  Take a look -- well, I'm just saying any | 18:28:49 |
| 17 | description that he told you she had provided, you | 18:28:51 |
| 18 | would include in your report; right? | 18:28:54 |
| 19 | A  If Guevara would have shared that | 18:28:56 |
| 20 | information with me, I would have put it in my | 18:28:59 |
| 21 | report. | 18:29:02 |
| 22 | Q  And if she provided no description for any | 18:29:02 |
| 23 | of the three people at the gas station -- well, | 18:29:05 |
| 24 | strike that. | 18:29:05 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                            353

```
1          The fact that there's no description of any      18:29:11

2    of those three men at the gas station, that            18:29:14

3    indicates that she didn't provide any descriptive      18:29:18

4    information for those three men; right?                18:29:21

5          MS. NIKOLAEVSKAYA:  Objection; form.             18:29:23

6          MS. ROSEN:  Objection; form, foundation.         18:29:25

7          MR. ENGQUIST:  Join.                             18:29:26

8     A   I'd have to look at the report.                   18:29:30

9     Q   Look at page 173 of Exhibit 3, please.            18:29:32

10    A   She didn't need to provide a description of       18:29:47

11   the person she saw.  She immediately identified a      18:29:51

12   photo array on June 2nd that was shown to her by       18:29:55

13   Detective Guevara.                                     18:30:00

14    Q   We talked earlier today that if you have a        18:30:00

15   witness to a crime, you would want to know how they    18:30:04

16   could describe that person; right?                     18:30:08

17    A   Yeah.  But she wasn't a witness to a crime.       18:30:09

18    Q   She was a witness to the perpetrators;            18:30:13

19   right?                                                 18:30:16

20    A   She was a witness to an incident that             18:30:16

21   happened at a gas station at Central Park and North    18:30:18

22   Avenue that I had no idea that had any connection to   18:30:21

23   this murder.                                           18:30:24

24    Q   And you thought that those people were the        18:30:24
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                        354

| | | |
|---|---|---|
| 1 | perpetrators of the murder; right? | 18:30:29 |
| 2 | A  When did I think this? | 18:30:30 |
| 3 | MS. ROSEN:  Objection; form. | 18:30:32 |
| 4 | BY MR. AINSWORTH: | 18:30:33 |
| 5 | Q  After you talked -- after Vicente talked to | 18:30:33 |
| 6 | you; right? | 18:30:35 |
| 7 | A  Yeah.  And that's the same day we showed | 18:30:35 |
| 8 | Wilda the photos, and she identified it -- two of | 18:30:39 |
| 9 | them. | 18:30:40 |
| 10 | Q  So you wanted to know whatever identifying | 18:30:40 |
| 11 | information Wilda might have for these three | 18:30:43 |
| 12 | individuals; correct? | 18:30:46 |
| 13 | A  No.  Because the day we learned this | 18:30:47 |
| 14 | information was the day she identified them. | 18:30:49 |
| 15 | Q  Don't you want to know how she would | 18:30:51 |
| 16 | describe them before you show her the photo array? | 18:30:54 |
| 17 | A  No. | 18:30:57 |
| 18 | Q  Don't you want to test her ability to | 18:30:57 |
| 19 | identify the perpetrators to see if she is | 18:31:01 |
| 20 | describing people who match the description of your | 18:31:06 |
| 21 | suspects? | 18:31:09 |
| 22 | A  No. | 18:31:10 |
| 23 | Q  You didn't want to know that? | 18:31:11 |
| 24 | A  She was -- it's a simple as this.  She was | 18:31:13 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    355

1   shown photos.  Either she identifies people or she      18:31:18

2   doesn't.  I wasn't testing her mental abilities.        18:31:22

3       Q  So you didn't want to know what her              18:31:26

4   description was of the offenders; right?                18:31:28

5       A  She didn't see the offenders.  She saw guys      18:31:31

6   in a gas station on the 4th that turned out to be       18:31:35

7   the offenders, but she never witnessed her husband      18:31:39

8   being murdered.                                         18:31:42

9       Q  Right.  So did you want -- so you didn't         18:31:43

10  want her to describe the three men that she had seen    18:31:45

11  in the car at the gas station; is that right?           18:31:50

12      MS. QUIST:  Object to form.                         18:31:54

13      A  You're getting this all convoluted.              18:31:55

14      We didn't know about the guys in the car            18:31:56

15  until June 2nd.  Guevara did not go talk to her and     18:31:59

16  demand a description before he showed her a photo       18:32:03

17  array.  He just showed her a photo array.               18:32:06

18      Q  And I'm saying that on June 2nd, you didn't      18:32:07

19  want her to -- Wilda Vargas to describe the three       18:32:10

20  men she had seen at the gas station before she was      18:32:13

21  shown a photo array; correct?                           18:32:16

22      A  I did not.  I did not talk to Wilda.             18:32:17

23      Q  And you didn't -- you weren't interested in      18:32:19

24  what her description was of the men she had seen at     18:32:22

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    356

| | | |
|---|---|---|
| 1 | the gas station; right? | 18:32:25 |
| 2 | MS. QUIST: Object to form. | 18:32:31 |
| 3 | MR. ENGQUIST: Join. | 18:32:31 |
| 4 | A On June 2nd, no. | 18:32:32 |
| 5 | MS. ROSEN: You have one minute. | 18:32:32 |
| 6 | BY MR. AINSWORTH: | 18:32:32 |
| 7 | Q That's correct? | 18:32:33 |
| 8 | A Uh-huh. | 18:32:34 |
| 9 | Q That's correct? | 18:32:34 |
| 10 | A Yeah. | 18:32:34 |
| 11 | MS. ROSEN: Also you have one minute. | 18:32:36 |
| 12 | Q And whatever description Vicente provided | 18:32:55 |
| 13 | you of the three people he knew as Pistol Pete, | 18:32:57 |
| 14 | Mondo, and Pacheco is in your report; right? | 18:33:01 |
| 15 | A Probably not. | 18:33:05 |
| 16 | Q Why wouldn't you include whatever | 18:33:06 |
| 17 | description Vicente had of those three people in | 18:33:09 |
| 18 | your report? | 18:33:12 |
| 19 | A I didn't need Vicente to give me their | 18:33:12 |
| 20 | description. We had plenty of information on Pistol | 18:33:15 |
| 21 | Pete, Mondo, and Jordan in Area 5; and after he | 18:33:19 |
| 22 | identified their three photos, I had their heights, | 18:33:23 |
| 23 | weights, descriptions, where they lived, what they | 18:33:26 |
| 24 | had been previously arrested for, what they have | 18:33:29 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    357

| | | |
|---|---|---|
| 1 | been previously convicted of.  I didn't need | 18:33:31 |
| 2 | Francisco to give me any information. | 18:33:34 |
| 3 | Q  But did you know which Pistol Pete it was? | 18:33:36 |
| 4 | A  After I showed Francisco Vicente the three | 18:33:38 |
| 5 | photographs, he identified Pistol Pete, Mondo, and | 18:33:41 |
| 6 | Jordan.  We had ample information about all these | 18:33:44 |
| 7 | guys in Area 5. | 18:33:48 |
| 8 | Q  How did you get the photo for Pistol Pete? | 18:33:49 |
| 9 | A  As I said, I either went back to the office | 18:33:51 |
| 10 | and got it, or I went down to 1121 South State | 18:33:54 |
| 11 | Street and got it. | 18:33:58 |
| 12 | Q  But you knew -- | 18:33:58 |
| 13 | A  I don't remember. | 18:33:59 |
| 14 | Q  You knew when you were asking Francisco | 18:33:59 |
| 15 | Vicente that you had a problem identifying Pistol | 18:34:02 |
| 16 | Pete. | 18:34:02 |
| 17 | So why wouldn't you want whatever | 18:34:05 |
| 18 | description he could provide of Pistol Pete to you? | 18:34:08 |
| 19 | MR. ENGQUIST:  Objection; asked and | 18:34:11 |
| 20 | answered, and literally over seven hours ago.  We're | 18:34:13 |
| 21 | past seven. | 18:34:17 |
| 22 | THE WITNESS:  Asked and answered. | 18:34:17 |
| 23 | MR. ENGQUIST:  You can answer one more time. | 18:34:20 |
| 24 | Go ahead. | 18:34:20 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    358

| | | |
|---|---|---|
| 1 | A   One more time.  After Francisco Vicente gave | 18:34:21 |
| 2 | his information, I went and got pictures of what I | 18:34:24 |
| 3 | believed to be the right three people he was | 18:34:29 |
| 4 | referring to.  That's why I showed him pictures, to | 18:34:32 |
| 5 | establish that I was looking at the right three | 18:34:34 |
| 6 | people he was referring to.  He identified their | 18:34:38 |
| 7 | pictures.  It's as simple as that. | 18:34:41 |
| 8 | MS. ROSEN:  You're at seven hours. | 18:34:53 |
| 9 | MR. ENGQUIST:  Yeah, you are. | 18:34:54 |
| 10 | BY MR. AINSWORTH: | 18:34:54 |
| 11 | Q   Did you look for any other -- | 18:34:55 |
| 12 | MS. ROSEN:  Can you just acknowledge the | 18:34:56 |
| 13 | fact of I just said? | 18:34:58 |
| 14 | MR. ENGQUIST:  -- acknowledge -- | 18:34:58 |
| 15 | MR. AINSWORTH:  Okay.  Two minutes. | 18:35:00 |
| 16 | MS. ROSEN:  Okay.  One-and-a-half minutes. | 18:35:00 |
| 17 | MR. ENGQUIST:  I'll take one and a half. | 18:35:01 |
| 18 | BY MR. AINSWORTH: | 18:35:04 |
| 19 | Q   Did you look to see how many more Mondos | 18:35:05 |
| 20 | there were in the nickname file? | 18:35:07 |
| 21 | MR. ENGQUIST:  Objection; asked and | 18:35:09 |
| 22 | answered. | 18:35:09 |
| 23 | MS. BONJEAN:  No. | 18:35:09 |
| 24 | MS. QUIST:  Yes. | 18:35:09 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    359

| | | |
|---|---|---|
| 1 | MR. AINSWORTH:  Oh, I can't tell.  It's been | 18:35:09 |
| 2 | so long. | 18:35:14 |
| 3 | THE WITNESS:  I think you did ask if I | 18:35:14 |
| 4 | looked up -- | 18:35:16 |
| 5 | MS. ROSEN:  No. | 18:35:16 |
| 6 | THE WITNESS:  You maybe missed one of these | 18:35:16 |
| 7 | guys. | 18:35:16 |
| 8 | MS. ROSEN:  I might have.  Yep. | 18:35:16 |
| 9 | THE WITNESS:  Yes, you did, I think a couple | 18:35:16 |
| 10 | of times. | 18:35:16 |
| 11 | BY MR. AINSWORTH: | 18:35:16 |
| 12 | Q  And what did you say? | 18:35:21 |
| 13 | MS. BONJEAN:  What did you say? | 18:35:21 |
| 14 | A  I said we never looked. | 18:35:22 |
| 15 | Q  Did you look for Jordan? | 18:35:23 |
| 16 | A  We never looked for Mondo.  We never looked | 18:35:24 |
| 17 | for Jordan, other than the guys that were | 18:35:27 |
| 18 | identified. | 18:35:31 |
| 19 | Q  But when the street source said it was three | 18:35:31 |
| 20 | guys named Pistol Pete, Mondo, and Jordan, why | 18:35:36 |
| 21 | didn't you look in the nickname file to see if you | 18:35:40 |
| 22 | could identify who Mondo and Jordan were? | 18:35:43 |
| 23 | A  You'd have to ask Detective Guevara that | 18:35:45 |
| 24 | because I wasn't aware of that information at that | 18:35:47 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    360

| | | |
|---|---|---|
| 1 | time. | 18:35:49 |
| 2 | Q  But I thought he -- so later on he told you | 18:35:49 |
| 3 | that it was -- that he knew there was other | 18:35:54 |
| 4 | nicknames too? | 18:35:57 |
| 5 | A  Sometime between the 24th of May and the 2nd | 18:35:58 |
| 6 | of June Ray told me he had this other information. | 18:36:02 |
| 7 | Q  All right.  That's what I mean.  In that | 18:36:05 |
| 8 | time frame, May 24th to June 2nd, why didn't you | 18:36:07 |
| 9 | look in the nickname file to see if you could | 18:36:11 |
| 10 | identify Mondo or Jordan? | 18:36:13 |
| 11 | A  I don't know if Guevara did or not. | 18:36:14 |
| 12 | Q  Well, why didn't you, sir? | 18:36:16 |
| 13 | A  He didn't pass that information on to me. | 18:36:17 |
| 14 | Q  I thought you just said he did pass that | 18:36:19 |
| 15 | information on to you between -- | 18:36:21 |
| 16 | A  Eventually, but I don't remember when. | 18:36:21 |
| 17 | Q  Between May 24th and June 2nd, in that time | 18:36:23 |
| 18 | frame when he passed that information on to you, why | 18:36:26 |
| 19 | didn't you look in the nickname file to see if you | 18:36:29 |
| 20 | could identify Jordan and Mondo? | 18:36:31 |
| 21 | A  On June 2nd, as I previously told you, I | 18:36:32 |
| 22 | called the office and had someone look up those | 18:36:35 |
| 23 | names. | 18:36:37 |
| 24 | Q  I mean, between -- before June 2nd and after | 18:36:38 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    361

| | | |
|---|---|---|
| 1 | May 24th, whenever Guevara told you that those are | 18:36:41 |
| 2 | the nicknames you're looking for, why didn't you | 18:36:45 |
| 3 | look for Mondo and Jordan? | 18:36:47 |
| 4 | A  I don't think Ray passed that information on | 18:36:49 |
| 5 | to me until June 2nd. | 18:36:53 |
| 6 | MR. AINSWORTH:  I don't have any other | 18:36:56 |
| 7 | questions. | 18:36:58 |
| 8 | MS. ROSEN:  I have some questions.  I need | 18:36:59 |
| 9 | to print a document.  Can you do that? | 18:37:01 |
| 10 | MR. AINSWORTH:  What document do you need? | 18:37:05 |
| 11 | MS. ROSEN:  It was just produced Monday | 18:37:07 |
| 12 | night, and it states RFC 1282 to 1296. | 18:37:09 |
| 13 | MR. AINSWORTH:  Hang on. | 18:37:15 |
| 14 | MS. ROSEN:  1282 to 1296.  It's a training | 18:37:15 |
| 15 | record. | 18:37:17 |
| 16 | MR. AINSWORTH:  1296. | 18:37:22 |
| 17 | MS. ROSEN:  Yeah. | 18:37:22 |
| 18 | MR. ENGQUIST:  Let's go off the record. | 18:37:25 |
| 19 | MS. ROSEN:  Let's go off the record. | 18:37:27 |
| 20 | THE VIDEOGRAPHER:  Off the record at 6:37. | 18:37:27 |
| 21 | (A recess was taken from 6:37 p.m. to | 18:45:27 |
| 22 | 6:45 p.m.) | 18:45:27 |
| 23 | THE VIDEOGRAPHER:  Back on the record, 6:45. | 18:45:27 |
| 24 | | |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019          362

| | | |
|---|---|---|
| 1 | (Halvorsen Deposition Exhibit 9 marked | 18:45:27 |
| 2 | for identification and attached to the | 18:45:27 |
| 3 | transcript.) | 18:45:30 |
| 4 | BY MR. AINSWORTH: | 18:45:30 |
| 5 | Q  Showing you what we've marked as Exhibit | 18:45:31 |
| 6 | No. 9, is that your signature, sir, where it says | 18:45:33 |
| 7 | "Complainant's Signature"? | 18:45:36 |
| 8 | A  Yes. | 18:45:37 |
| 9 | Q  This is the complaint against Armando | 18:45:38 |
| 10 | Serrano for murder; correct? | 18:45:42 |
| 11 | A  Yes. | 18:45:44 |
| 12 | MR. AINSWORTH:  Okay.  I have no further | 18:45:45 |
| 13 | questions. | 18:45:47 |
| 14 | MS. ROSEN:  This will be 10. | 18:45:58 |
| 15 | (Halvorsen Deposition Exhibit 10 marked | 18:45:58 |
| 16 | for identification and attached to the | 18:45:58 |
| 17 | transcript.) | 18:45:58 |
| 18 | EXAMINATION BY COUNSEL FOR DEFENDANT CITY OF CHICAGO | 18:46:11 |
| 19 | BY MS. ROSEN: | 18:46:11 |
| 20 | Q  Okay.  Mr. Halvorsen, I introduced myself to | 18:46:23 |
| 21 | you earlier today, but my name is Eileen Rosen, and | 18:46:27 |
| 22 | I represent the City of Chicago.  I just have a | 18:46:30 |
| 23 | couple questions. | 18:46:32 |
| 24 | A  Yes. | 18:46:32 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                                  363

| | | |
|---|---|---|
| 1 | Q  We've put in front of you what we've marked | 18:46:32 |
| 2 | as Exhibit No. 10, and I'll represent to you that | 18:46:34 |
| 3 | that's your employee training record that's kept by | 18:46:37 |
| 4 | the Chicago Police Department. | 18:46:43 |
| 5 | Have you ever seen that document before? | 18:46:44 |
| 6 | A  No. | 18:46:45 |
| 7 | Q  Okay.  I'm going to direct your attention to | 18:46:47 |
| 8 | page 14 of the training record, which is also Bates | 18:46:57 |
| 9 | stamped RFC Serrano Montanez 1295. | 18:47:02 |
| 10 | You've got the page? | 18:47:09 |
| 11 | A  You're on page 14 of 15? | 18:47:11 |
| 12 | Q  Correct. | 18:47:14 |
| 13 | A  Yes, I have it. | 18:47:15 |
| 14 | Q  Okay.  If you look at the bottom of the | 18:47:15 |
| 15 | page there and you see the last entry, it says "010, | 18:47:18 |
| 16 | Pre-service detective training program," and the | 18:47:22 |
| 17 | date is 14 September 1981. | 18:47:25 |
| 18 | Do you see that there? | 18:47:28 |
| 19 | A  Yes. | 18:47:29 |
| 20 | Q  And does that generally correspond with your | 18:47:29 |
| 21 | recollection of when you went to training once you | 18:47:33 |
| 22 | were promoted to detective? | 18:47:37 |
| 23 | A  That's correct. | 18:47:39 |
| 24 | Q  Okay.  And then if you look up a couple | 18:47:39 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    364

| | | |
|---|---|---|
| 1 | lines to the Item 104, four lines up from the | 18:47:43 |
| 2 | bottom, do you see there some training that's | 18:47:50 |
| 3 | labeled "In-service detective division reporting | 18:47:52 |
| 4 | procedures," and the date of that is 5 July 1983? | 18:47:57 |
| 5 | Do you see that there? | 18:48:01 |
| 6 | A   Yes. | 18:48:02 |
| 7 | Q   And as you sit here today, do you have a | 18:48:02 |
| 8 | specific recollection of what that training was? | 18:48:05 |
| 9 | A   No. | 18:48:06 |
| 10 | Q   Okay.  And as you look at the entries around | 18:48:07 |
| 11 | that time period, the in-service 1st Amendment | 18:48:10 |
| 12 | training, the investigative files training, any of | 18:48:15 |
| 13 | those trainings that are listed there. | 18:48:17 |
| 14 | As you sit here today, do you have a | 18:48:19 |
| 15 | specific recollection of any of that training that | 18:48:21 |
| 16 | you received? | 18:48:23 |
| 17 | A   No. | 18:48:23 |
| 18 | Q   If I were to tell you that the inservice | 18:48:24 |
| 19 | detective division reporting procedure training, | 18:48:28 |
| 20 | this Item 104 was, in fact, the training that was | 18:48:31 |
| 21 | provided by the Chicago Police Department after the | 18:48:34 |
| 22 | institution of special orders that initiated the use | 18:48:39 |
| 23 | of general progress reports, would you have any | 18:48:42 |
| 24 | reason to doubt that you got that training? | 18:48:45 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    365

| | | |
|---|---|---|
| 1 | A  I'm sure I did. | 18:48:47 |
| 2 | Q  Okay. | 18:48:48 |
| 3 | MS. ROSEN:  I have no further questions. | 18:48:50 |
| 4 | EXAMINATION BY COUNSEL FOR DEFENDANT MATT COGHLAN | 18:48:50 |
| 5 | BY MS. QUIST: | 18:48:50 |
| 6 | Q  I have just a few questions, Mr. Halvorsen. | 18:48:54 |
| 7 | My name is Paula Quist.  I represent Matthew | 18:48:57 |
| 8 | Coghlan.  I introduced myself to you earlier. | 18:49:01 |
| 9 | Do you know Matthew Coghlan? | 18:49:04 |
| 10 | A  I have met him a couple of times. | 18:49:08 |
| 11 | Q  And in what circumstances did you meet | 18:49:10 |
| 12 | Mr. Coghlan? | 18:49:14 |
| 13 | A  He was a state's attorney up in the gang | 18:49:14 |
| 14 | prosecution unit. | 18:49:16 |
| 15 | Q  Do you know Mr. Coghlan in any capacity | 18:49:17 |
| 16 | other than his former role as state's attorney? | 18:49:23 |
| 17 | A  No. | 18:49:28 |
| 18 | Q  You were asked questions about a meeting you | 18:49:28 |
| 19 | had with Francisco Vicente on June 2nd, 1993. | 18:49:33 |
| 20 | Do you remember those questions? | 18:49:38 |
| 21 | A  Do I remember the questions? | 18:49:39 |
| 22 | Q  The subject matter of the questions. | 18:49:42 |
| 23 | A  Not all of them but -- | 18:49:43 |
| 24 | Q  Was Matthew Coghlan at any meeting that you | 18:49:45 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    366

| | | |
|---|---|---|
| 1 | had with Francisco Vicente on June 2nd of 1993? | 18:49:50 |
| 2 | A No. It was Matt -- it was John Dillon. | 18:49:52 |
| 3 | Q Did you have any communication with | 18:49:54 |
| 4 | Mr. Coghlan about the Vargas murder investigation on | 18:49:57 |
| 5 | or before June 2nd of 1993? | 18:50:01 |
| 6 | A No. | 18:50:03 |
| 7 | Q Did you have any communication with | 18:50:04 |
| 8 | Mr. Coghlan about Francisco Vicente on or before | 18:50:07 |
| 9 | June 2nd of 1993? | 18:50:11 |
| 10 | A No. | 18:50:12 |
| 11 | Q Are you aware of whether Mr. Coghlan had any | 18:50:13 |
| 12 | contact with Francisco Vicente on or before June 2nd | 18:50:18 |
| 13 | of 1993? | 18:50:21 |
| 14 | A No. | 18:50:22 |
| 15 | Q To your knowledge, did Mr. Coghlan have | 18:50:22 |
| 16 | anything to do with Mr. Vicente's June 2nd, 1993, | 18:50:26 |
| 17 | interview at the Cook County State's Attorney's | 18:50:32 |
| 18 | Office? | 18:50:35 |
| 19 | A No. | 18:50:35 |
| 20 | Q Do you have any reason to believe that | 18:50:35 |
| 21 | Mr. Coghlan was involved in any way in requesting | 18:50:37 |
| 22 | Mr. Vicente's presence at the Cook County State's | 18:50:41 |
| 23 | Attorney's Office on June 2nd of 1993? | 18:50:43 |
| 24 | A No. | 18:50:44 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    367

| | | |
|---|---|---|
| 1 | Q  Did Mr. Vicente ever tell you that he had | 18:50:45 |
| 2 | any contact with Matthew Coghlan on or before | 18:50:49 |
| 3 | June 2nd of 1993? | 18:50:53 |
| 4 | A  No. | 18:50:54 |
| 5 | Q  Was Matthew Coghlan present for any meeting | 18:50:54 |
| 6 | that you had with anyone regarding the Vargas murder | 18:51:00 |
| 7 | before Mr. Montanez, Mr. Serrano, and Mr. Pacheco | 18:51:03 |
| 8 | were indicted for the Vargas murder? | 18:51:07 |
| 9 | A  Not to my knowledge. | 18:51:09 |
| 10 | Q  Was Matthew Coghlan present for any | 18:51:10 |
| 11 | conversations you had with anyone regarding the | 18:51:14 |
| 12 | Vargas murder before Mr. Montanez, Mr. Serrano, and | 18:51:18 |
| 13 | Mr. Pacheco were indicted for the Vargas murder? | 18:51:22 |
| 14 | A  Not to my knowledge. | 18:51:27 |
| 15 | Q  You had conversations with Timothy Rankins | 18:51:28 |
| 16 | about the Vargas murder as well; is that right? | 18:51:34 |
| 17 | A  Yes. | 18:51:36 |
| 18 | Q  Was Mr. Coghlan present for any of those | 18:51:36 |
| 19 | conversations? | 18:51:38 |
| 20 | A  No. | 18:51:39 |
| 21 | Q  When you put Mr. Rankins in a car to | 18:51:39 |
| 22 | determine whether he was familiar with the scene of | 18:51:52 |
| 23 | the murder, was Mr. Coghlan present for that ride? | 18:51:55 |
| 24 | A  No. | 18:52:02 |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019                    368

| | | |
|---|---|---|
| 1 | MS. QUIST: I don't have any other | 18:52:05 |
| 2 | questions. Thank you. | 18:52:05 |
| 3 | MR. ENGQUIST: Julie. | 18:52:10 |
| 4 | MS. NIKOLAEVSKAYA: None from me. | 18:52:11 |
| 5 | MR. ENGQUIST: We'll reserve. | 18:52:14 |
| 6 | THE VIDEOGRAPHER: This concludes the video | 18:52:26 |
| 7 | deposition of Mr. Halvorsen at 6:53. | 18:52:32 |
| 8 | (Off the video record.) | 18:52:32 |
| 9 | THE REPORTER: Do you want to order the | 18:52:32 |
| 10 | transcript? | 18:53:10 |
| 11 | MR. AINSWORTH: Yes. | 18:53:10 |
| 12 | THE REPORTER: Does anyone need a copy? | 18:54:33 |
| 13 | MS. QUIST: I'll order one, Etran. | 18:54:33 |
| 14 | MR. ENGQUIST: The City will take a copy. | 18:54:45 |
| 15 | (Off the record at 6:54 p.m.) | |

```
1                    ACKNOWLEDGMENT OF DEPONENT

2

3         I, ERNEST HALVORSEN, do hereby acknowledge

4    that I have read and examined the foregoing

5    testimony, and the same is a true, correct, and

6    complete transcription of the testimony given by me

7    and any corrections appear on the attached errata

8    sheet signed by me.

9

10

11

12   _____          _____

13     (DATE)                    (SIGNATURE)

14

15

16

17

18

19

20

21

22

23

24
```

```
 1        CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

 2

 3        I, Joanne Ely, Certified Shorthand Reporter

 4   No. 84-4169, CSR, RPR, and a Notary Public in and

 5   for the County of Kane, State of Illinois, the

 6   officer before whom the foregoing deposition was

 7   taken, do hereby certify that the foregoing

 8   transcript is a true and correct record of the

 9   testimony given; that said testimony was taken by me

10   stenographically and thereafter reduced to

11   typewriting under my direction; that review was

12   requested; and that I am neither counsel for,

13   related to, nor employed by any of the parties to

14   this case and have no interest, financial or

15   otherwise, in its outcome.

16        IN WITNESS WHEREOF I have hereunto set my

17   hand and affixed my notarial seal this 18th day of

18   February, 2019.

19

20   My commission expires:  May 16, 2020

21   _____

22

23   Notary Public in and for the

24   State of Illinois
```

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

371

| A | | | |
|---|---|---|---|
| **abbreviations** | **accompanied** | 324:1, 344:20, | 109:15, 110:4, |
| 69:24 | 207:3 | 345:23, 346:6, | 110:7, 111:1, |
| **aberdeen** | **accompany** | 351:23 | 111:2 |
| 2:5, 3:5, 7:8 | 276:8 | **add** | **affairs** |
| **abilities** | **according** | 67:16, 68:8, | 326:11 |
| 355:2 | 195:7, 200:21, | 68:17 | **affiliation** |
| **ability** | 200:24, 201:8, | **added** | 250:14 |
| 12:3, 88:11, | 234:9, 275:16, | 240:15, 240:19, | **affirm** |
| 89:6, 89:10, | 300:24, 334:3, | 241:15, 241:19, | 262:8 |
| 354:18 | 341:22, 341:23, | 241:20, 241:22, | **affixed** |
| **able** | 341:24, 342:17 | 242:1, 242:3, | 370:17 |
| 39:7, 71:4, | **accounting** | 242:10, 242:13, | **afford** |
| 85:8, 85:13, | 162:1, 243:9 | 242:17, 242:20, | 327:23 |
| 85:18, 86:1, | **accuracy** | 255:17, 267:5, | **after** |
| 171:19, 173:2, | 278:5 | 322:12, 322:17 | 17:19, 22:9, |
| 174:16, 175:8, | **accurate** | **adding** | 23:6, 28:12, |
| 180:7, 180:13, | 94:23, 162:1, | 60:2 | 49:4, 52:12, |
| 195:15, 225:6, | 167:8, 243:9, | **addition** | 53:1, 63:18, |
| 226:4, 302:9, | 262:9, 262:12, | 140:23, 343:22 | 67:14, 68:2, |
| 304:14, 305:11, | 262:15, 262:17, | **address** | 68:13, 68:18, |
| 329:9, 337:14, | 262:21 | 29:4, 91:21, | 69:10, 72:5, |
| 347:9 | **accurately** | 91:24 | 72:9, 72:12, |
| **above** | 12:4, 110:6, | **addresses** | 113:19, 124:22, |
| 212:22, 252:10 | 111:22 | 41:14 | 125:6, 126:15, |
| **abraham** | **accused** | **adjacent** | 126:19, 127:3, |
| 115:14 | 48:16 | 61:20, 61:22 | 128:5, 130:17, |
| **absolutely** | **acknowledge** | **adjoining** | 131:2, 131:20, |
| 37:3 | 358:12, 358:14, | 61:4 | 145:22, 146:11, |
| **academy** | 369:3 | **administer** | 146:23, 148:20, |
| 23:4, 23:7 | **acknowledgment** | 7:13 | 151:13, 172:23, |
| **accept** | 369:1 | **admired** | 176:5, 176:21, |
| 90:2, 90:4, | **across** | 31:17 | 176:24, 187:5, |
| 296:22 | 19:1 | **admission** | 201:5, 207:4, |
| **accepted** | **action** | 36:9, 341:24 | 209:1, 209:3, |
| 90:6, 151:23, | 31:13 | **admit** | 209:21, 209:23, |
| 152:5 | **activity** | 268:15, 268:16, | 209:24, 220:8, |
| **access** | 29:22, 29:24, | 272:10 | 230:9, 235:7, |
| 48:16, 54:21, | 30:3, 30:7, | **admitting** | 237:19, 238:2, |
| 58:21, 89:3, | 70:9, 86:9, | 343:4 | 255:7, 255:16, |
| 100:9, 100:12, | 136:24, 140:4, | **advance** | 256:9, 256:21, |
| 100:16, 240:12, | 140:13, 141:16 | 110:16 | 256:22, 260:19, |
| 245:3, 256:5 | **actually** | **advancement** | 267:2, 268:3, |
| **accidentally** | 147:14, 155:4, | 25:3 | 271:14, 277:12, |
| 271:19 | 208:13, 212:6, | **advantage** | 283:10, 319:18, |
| **accommodate** | 234:13, 247:6, | 151:6 | 321:15, 321:17, |
| 193:11 | 252:4, 257:12, | **advice** | 322:12, 322:17, |
| | 260:14, 270:8, | 17:12, 109:6, | 334:5, 340:2, |
| | 313:9, 313:10, | 109:10, 109:13, | 340:8, 345:21, |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

372

346:7, 354:5,
356:21, 357:4,
358:1, 360:24,
364:21
**afternoon**
119:13, 132:15,
146:6, 156:7,
156:9, 220:9
**again**
9:17, 21:3,
27:6, 34:20,
40:22, 44:8,
57:14, 61:21,
66:11, 69:21,
75:13, 77:17,
79:14, 82:14,
82:22, 86:21,
95:23, 100:11,
104:16, 104:19,
109:18, 109:22,
112:23, 118:4,
120:1, 129:6,
134:20, 137:22,
142:14, 143:12,
149:14, 151:13,
151:16, 162:6,
171:5, 202:14,
205:14, 207:15,
209:7, 213:23,
214:19, 216:2,
220:17, 220:24,
221:12, 221:17,
222:9, 222:16,
222:22, 234:7,
246:5, 250:8,
252:8, 252:9,
257:19, 260:24,
261:24, 268:12,
270:17, 296:5,
298:2, 300:22,
303:2, 303:24,
310:15, 315:14,
323:5, 335:8,
346:16, 348:14,
351:22
**against**
65:8, 65:11,
107:5, 107:15,

107:24, 108:22,
109:9, 109:20,
111:17, 152:1,
180:2, 259:10,
321:3, 323:15,
323:23, 334:18,
362:9
**age**
71:1, 74:3,
80:21
**aggravated**
72:15, 248:1,
248:16, 256:8
**ago**
14:4, 14:6,
14:21, 40:19,
40:22, 116:12,
118:13, 119:10,
119:19, 119:21,
134:13, 134:21,
143:19, 307:10,
337:3, 338:16,
357:20
**agree**
36:23, 69:13,
268:23, 294:17,
333:2
**agreed**
215:22, 332:24,
333:7
**ahead**
10:18, 36:15,
42:7, 44:6,
44:18, 45:11,
63:16, 67:3,
70:22, 77:3,
105:20, 110:7,
117:1, 129:18,
136:11, 142:14,
157:2, 165:17,
198:21, 209:12,
221:16, 222:21,
224:20, 227:1,
247:18, 255:15,
263:8, 263:21,
317:5, 332:3,
357:24
**aid**
41:22, 41:23,

303:15
**aka**
203:19
**al**
1:8, 1:14, 7:5,
7:6
**alert**
12:6, 148:11,
301:5
**alive**
239:5
**allegation**
157:23, 217:8
**alleged**
47:17, 47:19,
48:5
**allied**
135:23
**allow**
22:7, 151:6,
172:4, 172:17,
172:20, 266:7
**allowed**
20:13, 72:10,
102:23, 103:7,
103:8, 192:10,
334:6
**allowing**
339:13
**allows**
37:23
**alone**
105:13, 132:19,
151:7, 187:9
**along**
56:4, 56:20,
93:22, 94:1,
95:20, 213:1,
290:8, 309:14
**alongside**
73:5, 329:19
**alphabetically**
100:4
**already**
46:15, 46:16,
55:24, 59:10,
104:13, 142:12,
156:11, 171:17,

228:13, 250:2,
265:11, 283:10,
310:3, 311:1,
316:5
**also**
5:9, 7:17,
8:21, 22:15,
46:6, 64:9,
106:18, 141:3,
187:16, 188:3,
202:12, 207:2,
212:8, 212:15,
213:2, 220:20,
220:21, 222:3,
222:18, 224:17,
242:9, 259:23,
264:7, 265:24,
266:14, 267:13,
269:7, 273:10,
292:18, 299:22,
303:22, 304:5,
304:6, 310:22,
312:4, 315:2,
315:11, 323:23,
345:15, 346:6,
346:14, 347:4,
348:23, 349:9,
350:11, 351:2,
351:6, 356:11,
363:8
**alter**
68:12, 68:24,
229:11, 229:14
**altering**
69:2
**although**
199:10, 223:20
**always**
186:18, 199:10,
199:19, 200:11,
217:16, 318:23
**amendment**
105:14, 106:3,
106:7, 106:9,
106:12, 107:5,
107:23, 108:10,
108:22, 109:1,
109:9, 109:16,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

373

110:17, 364:11
**among**
108:8
**ample**
357:6
**angel**
10:7
**anna**
245:22, 246:21,
252:10, 253:14,
254:9, 254:13,
261:2, 261:12
**announce**
91:24
**another**
22:6, 26:2,
35:7, 35:16,
36:3, 36:7,
36:8, 37:2,
140:14, 181:19,
195:17, 195:21,
235:24, 236:1,
272:18, 288:2,
288:11, 288:15,
297:15, 300:9,
324:15, 337:12,
338:13, 347:15
**answer**
11:2, 11:6,
11:16, 11:21,
16:21, 17:3,
17:8, 37:23,
54:4, 105:20,
106:21, 106:23,
107:13, 109:4,
109:6, 110:1,
111:8, 111:9,
114:10, 114:11,
142:14, 146:21,
152:2, 175:16,
176:2, 176:7,
200:12, 291:9,
291:12, 291:15,
291:20, 293:11,
315:14, 357:23
**answered**
40:9, 53:18,
137:4, 141:2,

141:19, 142:12,
152:4, 166:10,
182:7, 184:10,
185:17, 197:22,
198:20, 200:10,
232:8, 233:15,
244:3, 248:7,
250:19, 315:13,
332:2, 337:2,
357:20, 357:22,
358:22
**answering**
17:4, 205:10,
205:13
**answers**
10:20, 106:14,
176:16
**anybody**
63:20, 77:6,
78:8, 147:14,
321:1
**anybody's**
323:4, 323:6
**anymore**
22:5, 194:9,
256:21
**anyone**
15:20, 16:10,
18:1, 19:5,
59:1, 60:5,
60:9, 60:15,
103:22, 108:2,
108:12, 108:18,
108:20, 117:24,
124:4, 131:8,
152:13, 155:12,
170:23, 171:2,
216:16, 228:14,
229:2, 251:24,
256:20, 367:6,
367:11, 368:12
**anyplace**
117:20
**anything**
17:10, 68:24,
131:18, 131:19,
139:23, 158:18,
160:18, 162:21,

167:12, 192:15,
197:24, 199:7,
211:4, 217:21,
220:6, 221:6,
226:7, 226:11,
226:13, 229:11,
229:14, 230:17,
230:19, 230:20,
248:19, 260:24,
261:11, 270:7,
272:3, 336:10,
366:16
**anywhere**
15:11, 94:24,
117:19, 117:21,
184:13, 340:16
**apart**
15:12, 54:18,
106:2, 120:15,
240:7, 255:3,
258:12
**apartment**
208:19
**apiece**
120:13
**apologies**
257:12
**apparently**
269:1, 288:1,
310:5
**appear**
113:21, 133:10,
133:15, 227:4,
278:19, 278:23,
283:13, 349:21,
369:7
**appearance**
73:14, 73:18,
73:20, 73:23,
74:1, 75:9,
76:19
**appearing**
7:15
**appears**
258:15, 274:9,
311:23, 332:15
**appointment**
45:14

**appreciated**
328:13
**appropriate**
249:1
**approval**
68:14, 264:21
**approved**
66:20, 67:15,
68:19, 199:12,
199:21, 264:24,
265:4, 265:6,
265:8, 265:9,
266:1, 267:15,
269:8, 277:13,
278:9, 286:9,
286:20, 311:15,
311:19, 311:22,
318:17, 329:3,
329:6
**approves**
311:20
**approximately**
14:21, 23:15,
27:3, 28:13,
29:15, 92:13,
93:11, 245:23,
335:17
**april**
9:15, 9:19,
10:1
**arbitrary**
292:19
**area's**
179:8
**areas**
49:9, 126:2
**aren't**
283:2, 343:19
**argue**
197:3
**argued**
196:22, 199:5,
219:5
**arguing**
195:22
**argument**
170:19, 195:21,
196:2, 196:4,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

374

201:10

**argumentative**
181:7, 184:15,
233:16, 250:21,
256:15, 279:10,
280:7, 307:1,
307:8

**armando**
1:11, 3:9,
5:10, 6:22, 7:5,
7:17, 7:19,
114:24, 175:1,
175:11, 176:12,
177:4, 178:10,
179:2, 179:16,
226:5, 236:16,
236:17, 273:10,
278:17, 278:24,
279:6, 279:14,
280:12, 282:1,
282:17, 282:22,
283:15, 283:24,
285:7, 299:8,
299:11, 299:14,
307:19, 308:7,
310:4, 310:7,
321:4, 332:11,
332:17, 333:11,
333:24, 334:7,
334:13, 334:18,
334:21, 335:7,
335:9, 339:4,
339:19, 340:17,
343:4, 349:14,
349:22, 362:9

**armed**
132:6, 132:8,
200:23, 248:1

**around**
63:13, 64:1,
95:2, 165:3,
165:9, 276:1,
276:6, 326:11,
338:19, 339:16,
364:10

**arrange**
45:14, 152:9,
153:24, 154:10,

154:14, 154:15

**array**
72:22, 73:5,
73:9, 73:12,
73:17, 74:11,
74:12, 74:13,
74:20, 74:24,
75:15, 75:17,
76:22, 77:22,
78:19, 83:23,
84:6, 147:15,
147:18, 147:21,
148:2, 148:4,
148:7, 148:9,
148:12, 148:14,
148:18, 148:23,
149:4, 149:9,
273:5, 273:17,
274:4, 274:20,
275:2, 307:17,
308:6, 309:12,
353:12, 354:16,
355:17, 355:21

**arrays**
72:19, 74:12,
75:2, 75:14,
75:16, 76:8,
77:20, 83:22

**arrest**
26:20, 83:19,
98:12, 142:3,
142:10, 144:22,
145:8, 145:11,
183:2, 235:6,
235:10, 235:13,
235:14, 235:17,
235:23, 235:24,
236:1, 236:16,
238:14, 238:15,
241:15, 280:4,
282:23, 283:2,
308:14, 308:15,
308:16, 318:14,
321:13, 324:1,
333:2, 333:6,
333:13

**arrested**
144:13, 144:18,

145:1, 200:23,
283:10, 283:11,
301:15, 301:23,
309:23, 310:4,
321:14, 321:16,
321:24, 322:4,
356:24

**arresting**
201:2

**arrests**
24:20, 24:21,
26:10, 26:16,
26:23

**arrive**
15:8, 94:15,
123:21, 124:1

**arrived**
15:1, 51:13,
94:16, 124:7,
124:11, 124:22,
304:20

**artist**
204:2

**arts**
183:1

**ashley**
3:11, 7:18

**ask**
10:19, 10:24,
11:11, 12:13,
27:22, 28:9,
34:22, 37:15,
38:8, 45:12,
70:13, 70:19,
109:14, 118:2,
118:9, 135:4,
140:3, 140:7,
141:12, 142:22,
143:2, 157:14,
165:22, 167:15,
167:19, 167:22,
167:23, 168:10,
205:15, 209:7,
210:2, 210:3,
218:1, 218:4,
251:24, 256:2,
283:12, 283:14,
283:15, 301:3,

306:4, 306:10,
306:13, 319:3,
323:9, 343:11,
343:13, 359:3,
359:23

**asked**
12:12, 29:21,
30:3, 30:6,
46:11, 70:16,
70:18, 107:7,
134:4, 135:7,
137:3, 141:2,
141:19, 142:12,
161:6, 166:9,
166:16, 166:22,
171:22, 172:1,
173:22, 175:14,
176:15, 182:6,
184:10, 185:17,
197:21, 198:19,
216:9, 218:7,
219:3, 220:10,
232:8, 233:15,
234:9, 248:7,
250:18, 277:8,
291:21, 301:13,
306:17, 315:13,
325:12, 332:2,
337:2, 357:19,
357:22, 358:21,
365:18

**asking**
11:1, 38:1,
47:7, 94:12,
101:9, 101:10,
106:19, 122:10,
130:24, 141:8,
143:5, 172:9,
189:8, 189:9,
209:13, 231:21,
270:10, 280:24,
292:8, 320:18,
341:11, 357:14

**ass**
170:6, 170:11,
170:16, 170:17,
170:21, 170:24,
171:3, 171:7,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

375

196:18, 197:9,
197:13, 197:20,
198:3, 198:9,
198:17, 199:2,
199:4
**assault**
55:8
**assert**
105:14, 107:23,
108:9, 108:21,
109:1, 109:8,
109:16, 110:9,
110:16
**asserted**
106:2, 106:12,
107:4
**assigned**
23:8, 26:14,
51:12, 52:1,
53:19, 54:5,
60:9, 60:16,
123:15, 124:23,
125:1, 125:5,
153:17, 153:21,
230:11, 337:9
**assignment**
23:6, 29:11,
49:4, 54:8
**assist**
303:20, 337:14
**assistant**
143:21, 146:1,
350:8, 350:18
**assistants**
153:13
**assisted**
145:7, 145:10
**assisting**
145:16
**associate's**
21:23
**associated**
177:11
**assume**
11:17, 189:23,
268:20, 332:20
**assumed**
218:2

**astray**
193:7
**attached**
6:8, 121:16,
178:18, 185:3,
190:15, 223:16,
225:11, 290:21,
316:10, 362:2,
362:16, 369:7
**attacks**
63:18
**attempt**
130:23, 153:11,
158:13, 159:20,
160:17, 251:10,
351:12
**attempted**
157:23, 159:1,
248:1, 316:15
**attend**
21:10, 21:12,
21:17, 21:20,
22:4, 23:4,
160:15
**attendance**
54:7
**attending**
22:2
**attends**
20:1
**attention**
13:5, 29:21,
29:23, 30:3,
85:24, 136:5,
223:19, 247:7,
277:18, 363:7
**attorney**
5:4, 15:6,
15:19, 17:2,
17:5, 17:11,
17:14, 17:16,
18:2, 18:4,
18:5, 106:20,
107:12, 108:1,
108:4, 108:21,
109:3, 109:23,
112:17, 143:21,
146:1, 151:23,

152:8, 155:2,
157:24, 158:13,
199:13, 317:16,
318:15, 318:21,
318:24, 350:8,
350:18, 365:13,
365:16
**attorney's**
17:12, 109:5,
109:10, 115:1,
115:7, 143:24,
152:10, 200:9,
200:13, 200:17,
220:11, 318:5,
318:8, 366:17,
366:23
**attorneys**
14:18, 14:23,
16:6, 108:6,
108:9, 110:4,
110:12, 110:15,
110:19, 111:8,
118:23, 118:24,
119:24, 120:11,
200:3, 224:22,
329:5
**attribute**
39:14, 220:14
**attributed**
202:8, 202:16,
207:14, 219:14,
219:19, 245:22
**austin**
6:16, 114:20,
190:5, 190:23,
191:15, 193:19,
193:20, 195:7,
195:12, 196:3,
197:5, 197:9,
197:19, 198:13,
199:18, 199:23,
201:17, 201:22,
202:8, 204:6,
205:4, 207:13,
207:16, 213:22,
213:24, 214:21,
214:23, 219:14,
219:17, 219:20,

220:13, 222:1,
222:12, 224:15,
224:22, 224:24,
258:1
**auto**
252:11
**available**
158:22, 251:9,
274:9, 280:1,
280:13
**avenue**
146:17, 300:10,
344:4, 353:22
**average**
42:8
**avoid**
178:14
**avoided**
328:3
**aware**
12:18, 196:17,
203:5, 214:11,
254:6, 254:7,
359:24, 366:11
**away**
56:4, 62:18,
92:13, 217:17,
223:5, 229:10,
246:3, 246:11,
300:13

---

**B**

**baby**
216:24
**bachelor's**
21:24
**back**
27:12, 28:3,
28:5, 28:6,
28:10, 56:7,
57:7, 57:22,
59:6, 59:15,
61:17, 63:7,
68:1, 68:14,
68:18, 74:16,
75:5, 75:17,
76:10, 76:23,
77:13, 77:20,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

376

78:1, 78:24,
79:3, 83:16,
83:19, 83:22,
90:9, 90:24,
93:17, 94:18,
103:7, 105:4,
105:10, 111:12,
114:20, 122:11,
122:20, 123:2,
127:11, 129:3,
129:8, 134:11,
135:24, 136:3,
136:5, 148:15,
149:21, 157:3,
173:6, 173:9,
178:23, 187:6,
189:18, 194:10,
194:12, 202:20,
216:12, 218:10,
234:16, 238:17,
238:23, 244:9,
245:16, 252:7,
254:13, 255:12,
256:12, 258:9,
264:3, 264:7,
266:13, 266:19,
272:23, 273:2,
286:14, 293:20,
293:22, 297:3,
304:20, 309:3,
309:4, 309:20,
313:19, 316:21,
316:22, 323:9,
324:10, 327:18,
327:20, 335:16,
357:9, 361:23
**backed**
194:9
**backgrounds**
75:23, 76:3
**backwards**
138:6
**bad**
258:13, 326:3
**ballistic**
206:1
**ballistics**
277:7

**bangers**
217:10
**bar**
113:19
**baroni**
3:19
**barrel**
298:20, 299:1,
299:6, 331:5,
342:18, 346:20,
347:19, 351:14
**barring**
63:10
**based**
25:18, 30:15,
31:12, 84:15,
109:10, 171:19,
197:7, 198:23,
206:22, 246:8,
248:14
**bases**
54:21
**basic**
38:20, 91:1
**basically**
32:3
**basket**
57:2, 263:16
**basketball**
280:4
**bates**
6:14, 6:18,
178:20, 185:6,
223:21, 223:22,
312:14, 363:8
**bates-numbered**
175:20
**bathroom**
337:7, 337:12,
337:15, 337:20
**batteries**
72:15
**battery**
248:1, 248:16,
256:8
**beat**
23:15, 24:7,
24:12, 24:16,

24:19, 26:11,
26:14, 28:3,
29:15
**became**
22:9, 22:21,
65:17, 66:4,
66:6, 344:14
**because**
10:15, 20:13,
22:6, 22:21,
24:5, 34:12,
39:6, 41:18,
41:20, 42:16,
46:14, 58:19,
67:16, 68:22,
74:19, 81:7,
83:8, 84:5,
88:12, 88:24,
106:13, 107:6,
137:6, 138:11,
139:14, 150:6,
153:9, 155:1,
155:19, 171:14,
171:17, 181:2,
181:22, 182:17,
187:9, 187:10,
193:5, 194:13,
196:21, 197:15,
198:3, 199:1,
199:4, 201:21,
202:12, 203:14,
203:23, 207:24,
210:17, 211:8,
213:5, 216:20,
217:16, 221:13,
228:12, 228:22,
235:2, 237:2,
244:6, 252:24,
257:22, 258:6,
283:16, 284:16,
284:21, 288:22,
293:19, 297:21,
303:7, 305:4,
313:7, 321:22,
327:22, 332:4,
332:24, 333:7,
333:13, 334:12,
335:4, 338:15,

348:2, 348:19,
348:24, 349:8,
354:13, 359:24
**become**
20:12, 22:11,
23:19, 24:3,
24:10, 30:23,
31:1, 31:24,
34:9, 34:13,
40:24, 53:21,
142:1
**becoming**
22:22, 30:11
**bed**
231:2
**been**
8:12, 10:3,
10:15, 10:20,
16:7, 32:2,
53:4, 68:13,
76:13, 76:14,
105:2, 118:17,
126:11, 126:17,
132:11, 134:15,
144:5, 146:20,
149:10, 151:21,
157:23, 161:4,
164:11, 168:23,
169:11, 191:4,
193:23, 201:3,
206:10, 208:24,
209:19, 228:2,
231:18, 233:13,
238:3, 240:10,
247:21, 250:2,
250:12, 250:16,
250:22, 251:9,
251:10, 251:13,
252:14, 254:9,
260:4, 266:5,
268:17, 271:19,
274:10, 276:13,
276:15, 277:13,
283:10, 287:22,
287:23, 292:12,
298:8, 314:23,
315:4, 315:19,
321:23, 322:14,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

377

322:15, 324:12,
336:13, 340:8,
345:2, 348:19,
356:24, 357:1,
359:1
**before**
2:12, 9:6,
11:1, 11:6,
11:22, 16:21,
40:24, 63:22,
65:17, 66:3,
66:12, 93:3,
101:6, 101:11,
112:6, 114:14,
118:15, 119:5,
119:7, 119:15,
119:18, 135:15,
148:18, 148:20,
158:8, 164:13,
164:22, 165:3,
165:10, 165:12,
176:22, 182:23,
188:22, 190:18,
191:18, 201:22,
202:1, 203:15,
204:10, 218:17,
220:2, 220:4,
221:10, 226:13,
226:18, 226:22,
231:6, 231:9,
232:10, 232:18,
233:2, 233:7,
233:14, 236:19,
238:7, 246:3,
246:10, 250:2,
251:6, 251:8,
251:16, 251:17,
252:4, 262:6,
268:3, 278:5,
284:17, 285:3,
293:18, 301:15,
305:9, 311:12,
314:18, 317:18,
318:16, 319:6,
340:24, 342:16,
348:6, 348:8,
354:16, 355:16,
355:20, 360:24,

363:5, 366:5,
366:8, 366:12,
367:2, 367:7,
367:12, 370:6
**began**
19:22, 65:16,
66:12, 200:22,
313:5
**begin**
11:1, 11:7,
347:18
**beginning**
212:7, 266:7,
339:24
**begins**
247:9, 247:15
**behalf**
3:2, 3:9, 3:17,
4:2, 4:8, 4:17,
5:2, 7:15, 7:16,
7:18, 7:21,
7:22, 8:1, 8:2,
8:4, 8:6,
190:24, 265:15
**behind**
61:14, 61:15,
122:8, 285:1
**being**
10:11, 10:12,
12:12, 17:19,
20:15, 22:20,
27:18, 28:10,
31:3, 31:5,
42:2, 48:18,
52:19, 53:12,
66:14, 71:23,
111:15, 112:21,
113:1, 113:24,
120:12, 120:13,
128:2, 140:18,
148:24, 165:14,
173:11, 177:4,
178:3, 195:15,
218:23, 225:6,
230:2, 257:18,
270:19, 290:24,
299:15, 299:17,
303:23, 304:2,

319:13, 326:20,
334:22, 339:16,
355:8
**belief**
206:18
**believe**
9:15, 14:13,
15:15, 16:1,
24:18, 29:3,
32:19, 48:12,
52:11, 59:9,
113:22, 113:23,
135:12, 145:7,
150:1, 152:19,
153:3, 157:20,
165:9, 210:23,
222:11, 231:13,
234:1, 236:20,
236:24, 260:7,
260:13, 263:2,
287:11, 297:24,
348:24, 366:20
**believed**
43:4, 47:2,
47:6, 206:12,
358:3
**believer**
344:14
**bells**
297:21
**belly**
298:20, 299:2,
299:6, 342:18,
346:20, 347:19,
351:14
**belonged**
166:15
**belonging**
275:17
**below**
261:22
**bench**
335:19
**benefit**
88:2, 88:12,
88:18
**best**
91:4, 256:13,

340:2, 350:5,
351:6
**better**
25:3, 31:24,
196:2, 196:6
**between**
75:24, 128:3,
159:15, 248:16,
248:24, 314:22,
330:18, 334:13,
360:5, 360:15,
360:17, 360:24
**bias**
137:7
**biebel**
264:24, 265:3,
265:24, 268:19,
286:9, 286:20,
311:15, 311:19
**big**
75:15, 161:8,
161:13, 162:3,
172:7, 204:2,
304:3, 328:6,
329:20
**bigger**
330:22, 330:24
**bill**
52:6, 52:7,
52:9, 52:13
**binder**
99:8, 99:14,
99:18
**binders**
100:23, 101:1
**birth**
41:15
**bit**
57:8, 148:10,
193:4
**black**
75:21
**black-and-white**
121:19, 173:5,
173:8, 273:6
**block**
276:2, 336:4,
336:5

**blocks**
300:11
**bob**
98:11, 98:16,
98:21, 99:1,
99:4, 177:18,
180:3, 268:19
**bob's**
179:10
**body**
125:12
**bold-faced**
112:13
**bongiorno**
201:1, 202:24
**bonjean**
3:10, 3:12,
7:16, 8:21,
14:11, 98:3,
222:7, 292:6,
292:9, 292:14,
292:18, 358:23,
359:13
**bonjean's**
111:20
**book**
40:12, 40:15,
100:21, 101:23,
102:3, 102:5,
102:8
**booking**
234:23, 234:24
**books**
40:9, 100:9,
100:12, 100:15,
100:17, 100:18,
100:19, 100:23,
101:5, 101:6,
101:7, 101:12,
101:15, 101:17,
101:19, 102:11,
102:14, 102:18,
102:20, 102:21,
102:23, 103:4,
103:5, 103:9,
103:12, 103:18,
103:22, 104:5,
104:9

**borrowed**
300:9
**both**
24:11, 74:21,
126:10, 126:22,
132:22, 187:10,
188:7, 188:15,
204:22, 205:6,
205:21, 249:2,
265:7, 265:9,
285:11, 307:14
**bothered**
199:10, 199:19,
199:23
**bottom**
185:7, 199:8,
212:7, 212:17,
212:19, 213:16,
213:18, 225:16,
244:11, 248:20,
287:20, 300:7,
304:4, 307:12,
317:1, 330:9,
363:14, 364:2
**boulevard**
4:13
**bouto**
131:11, 135:19,
135:21, 139:8,
145:23, 146:24,
151:14, 152:1
**box**
76:17, 98:12,
264:12, 264:14,
264:18, 316:2
**boxes**
76:12
**brand**
28:17, 251:8
**break**
11:20, 11:21,
11:22, 105:3,
181:23, 181:24,
182:2, 188:23,
189:5, 189:9,
189:10, 189:12,
189:13, 272:18
**bribe**
151:24, 152:8,

153:11, 155:2,
158:13
**bribed**
157:24, 316:15
**bribery**
159:1, 159:8,
159:20, 160:17
**bring**
153:24, 157:13,
157:21, 158:2,
183:17, 333:15,
333:17
**bringing**
154:12
**broke**
327:18
**brooklyn**
3:15
**brought**
13:4, 102:22,
145:4, 153:9,
155:9, 155:20,
194:24, 237:19,
291:10, 291:14,
293:2, 294:12,
294:18, 295:9,
295:16, 296:13,
316:24, 317:7,
317:13, 317:21,
318:4, 318:6,
332:20, 340:14,
340:17
**brueggen**
4:11, 8:6,
108:14, 108:17,
119:1
**buddies**
328:7
**buddy**
328:5, 328:6
**buick**
300:12
**build**
281:22
**building**
17:23, 208:20,
208:22, 285:2
**built**
63:19, 63:22

**bullet**
206:4, 206:7,
206:13, 206:16,
206:18, 207:21,
270:15, 270:19,
271:16, 271:22,
272:7, 272:14,
277:6
**bullets**
204:23, 205:7,
205:17, 205:18,
205:22
**bullshit**
203:24, 204:2,
207:12
**bum**
216:24
**bunch**
80:23, 81:14,
81:23, 83:4,
234:20
**buried**
255:19
**business**
136:13
**busters**
207:3, 207:10,
207:12, 207:17,
207:23, 208:3,
208:6, 208:10,
208:13, 208:16,
209:8, 209:16,
210:4, 210:7,
210:17, 211:9,
211:16, 269:18,
270:8
**busy**
91:2, 91:3,
91:23
**buy**
89:3, 327:23,
338:8, 338:14
**buying**
210:11

---
**C**
---

**cabinets**
57:10

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

379

**cadet**
19:18, 19:20,
19:21, 19:23,
20:12, 20:15,
20:21, 21:8,
22:3, 22:15,
39:24, 40:1,
49:23, 50:4,
50:10
**cadets**
50:6
**cafeteria**
14:7, 14:9,
14:15, 15:3,
15:5, 15:12,
15:14, 15:15,
16:5
**cal**
14:21, 15:11
**calculator**
231:22
**caliber**
39:1, 39:3
**california**
14:8, 14:10,
15:1, 156:16
**call**
45:14, 57:18,
88:12, 89:16,
90:7, 91:7,
91:8, 91:11,
91:18, 92:1,
92:16, 93:7,
111:6, 123:23,
125:3, 152:2,
173:14, 176:18,
200:8, 222:23,
235:12, 264:16,
308:13, 337:11,
339:12
**called**
40:3, 54:7,
54:11, 93:3,
145:24, 151:21,
155:8, 158:15,
158:19, 172:24,
174:4, 177:9,
180:1, 181:14,

207:3, 207:10,
207:17, 220:9,
235:13, 287:5,
298:15, 320:2,
320:4, 347:19,
349:9, 351:7,
360:22
**calling**
91:10, 152:3,
173:18
**calls**
10:22, 29:19,
36:13, 44:3,
44:16, 77:2,
88:7, 88:19,
89:7, 89:10,
89:11, 89:12,
89:18, 89:22,
90:2, 90:4,
90:6, 112:8,
118:8, 134:23,
136:9, 137:18,
150:24, 220:18,
232:14, 254:18,
308:12, 308:13
**came**
50:16, 72:8,
89:21, 116:13,
132:14, 144:11,
146:1, 215:22,
216:5, 218:14,
221:7, 234:12,
272:15, 283:17,
283:20, 297:24,
326:6, 332:23,
333:11, 344:8
**camera**
22:13
**can**
8:18, 8:23,
11:20, 12:13,
12:14, 17:2,
27:10, 35:4,
49:19, 54:23,
57:4, 85:24,
86:5, 86:13,
87:15, 88:2,
99:5, 106:23,

107:13, 111:9,
114:10, 114:11,
120:19, 120:23,
121:21, 121:24,
142:14, 156:10,
168:20, 168:22,
170:22, 175:17,
178:16, 182:2,
184:22, 198:5,
212:12, 212:18,
236:10, 237:20,
237:23, 238:11,
238:19, 267:17,
267:21, 268:4,
268:20, 269:23,
270:3, 273:12,
280:3, 280:14,
281:24, 283:9,
283:14, 290:7,
305:22, 315:14,
318:13, 335:15,
337:6, 349:17,
357:23, 358:12,
361:9
**can't**
12:10, 74:8,
81:10, 81:12,
88:22, 94:23,
122:8, 151:17,
158:11, 173:5,
192:19, 198:8,
219:22, 221:1,
257:22, 269:23,
272:10, 272:13,
283:12, 309:19,
323:20, 323:22,
326:8, 334:8,
334:17, 336:18,
359:1
**cannot**
225:7
**canvas**
227:15, 268:7,
268:10
**capacity**
20:2, 365:15
**car**
29:15, 38:2,

54:12, 54:14,
146:12, 147:3,
149:11, 149:16,
149:21, 149:22,
149:23, 150:2,
150:12, 150:14,
150:16, 150:23,
151:5, 157:16,
157:17, 157:19,
157:22, 204:21,
205:5, 205:17,
205:21, 206:2,
206:5, 206:6,
206:8, 206:9,
206:13, 206:19,
207:7, 207:19,
207:20, 231:4,
246:10, 246:23,
270:15, 270:19,
271:14, 271:19,
271:22, 272:6,
272:15, 273:12,
275:17, 275:21,
276:14, 276:19,
277:6, 277:8,
282:2, 282:3,
297:22, 297:24,
298:1, 300:13,
326:14, 329:24,
331:14, 332:7,
344:1, 344:21,
344:23, 352:3,
352:5, 355:11,
355:14, 367:21
**card**
59:8
**cards**
59:5, 59:10,
183:2
**care**
291:15
**career**
84:18, 116:6,
327:9
**careful**
38:16, 87:7,
229:18
**carpool**
124:4

cars
150:2, 331:19,
332:5
cases
32:9, 36:18,
36:19, 36:20,
36:21, 48:5,
50:22, 50:24,
54:5, 65:19,
71:22, 72:2,
72:6, 72:8,
72:10, 72:11,
81:19, 144:3,
144:8, 190:24,
197:3, 255:19,
328:15, 328:18,
329:8
cast
208:4
catalogued
101:4
caught
326:14
cause
22:4, 35:12
caused
206:8, 295:14,
321:19, 322:8
causing
197:17
cb
234:19, 235:2,
235:4, 236:12,
236:13, 236:15,
236:16, 241:11,
241:14
celeste
115:9, 115:12
cell
339:16, 339:17
center
5:5
central
126:8, 126:11,
146:17, 234:23,
234:24, 353:21
certain
34:1, 102:5,

102:6, 275:1,
341:19
certainly
301:11
certificate
21:14, 370:1
certified
2:13, 370:3
certify
370:7
chance
111:17, 112:2,
278:4
change
51:19, 156:2,
156:23
changed
51:17, 51:20,
155:20, 156:22,
264:14, 265:12,
268:22, 316:6
changing
155:23, 214:19
characteristics
80:22
characterize
192:11, 198:16
characterizes
192:12
characterizing
214:13
charge
105:3, 283:8
charged
131:8, 131:10,
144:13, 144:18,
322:5
charges
151:23, 152:6
charging
283:5, 283:6
check
124:12, 176:19,
247:9, 247:14,
247:16
checked
124:21, 176:10,
178:7, 178:24,

179:14, 179:20,
180:2
checked"
179:12
checking
189:24
cheerful
133:18, 133:20,
133:22, 133:23,
133:24
chicago
1:18, 2:7, 3:7,
3:22, 4:6, 4:15,
4:17, 4:22, 5:6,
7:8, 8:3, 13:10,
13:16, 19:17,
21:13, 21:15,
21:18, 26:4,
36:21, 39:22,
75:20, 76:2,
76:4, 100:24,
115:18, 173:4,
174:9, 177:13,
177:18, 191:1,
199:19, 200:5,
240:9, 246:13,
246:17, 279:19,
308:12, 327:2,
362:18, 362:22,
363:4, 364:21
children
259:10, 259:13
chino
291:5, 293:7
choice
49:7
choose
105:14
chronological
268:1, 268:2,
268:12
cinder
336:4, 336:5
circumstances
116:10, 245:7,
274:22, 365:11
circumstantial
186:1, 186:2,

186:4, 186:7,
186:10, 186:15
city
4:17, 8:3,
21:13, 21:15,
21:17, 22:2,
126:1, 174:9,
177:13, 177:17,
190:24, 201:23,
279:19, 362:18,
362:22, 368:14
civil
108:6, 108:8,
110:19
civilian
20:2, 21:8,
64:5, 64:11
civilians
63:13, 64:1
claim
201:12, 326:15
claimed
270:20, 285:8
claims
111:17, 289:19
clarified
193:2
clarify
60:8, 193:2,
193:10
clark
4:20, 29:3,
29:6
clasp
57:24, 58:5
class
149:12
clean
43:22
clear
67:23, 74:15,
283:24, 339:18
cleared
321:13, 321:22,
322:10
clearing
242:9, 321:9,
321:11

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

381

clearly
271:11
clerked
323:19
client
17:5, 106:20,
107:12, 109:3,
214:17
cline
216:13, 216:20,
217:7, 217:11
clip
56:23
close
49:12, 210:4,
221:6
closed
260:19
closed-ended
37:24
clothing
71:2, 80:22
coach
52:21
cobras
128:3
coffee
227:18, 227:20,
227:24, 228:3,
228:8, 228:15,
229:3, 229:8,
266:21
coghlan
4:2, 7:23,
365:4, 365:8,
365:9, 365:12,
365:15, 365:24,
366:4, 366:8,
366:11, 366:15,
366:21, 367:2,
367:5, 367:10,
367:18, 367:23
cohen
3:11, 7:18
coincidence
297:18
cold
202:2, 246:13,

246:17
collect
89:12, 89:19,
89:21, 89:22,
90:7, 151:22,
152:3
college
20:1, 20:13,
21:10, 21:12,
21:13, 21:15,
21:17, 22:5
colleges
22:2
collision
204:23, 205:7
color
38:2, 71:1,
74:3, 75:22,
121:18, 307:18
combination
20:18
come
50:20, 53:5,
54:5, 89:19,
105:4, 118:2,
145:10, 145:14,
151:12, 151:16,
152:10, 156:19,
160:21, 162:12,
200:3, 220:1,
234:16, 282:21,
285:6, 287:3,
287:8, 287:9,
298:13, 298:15,
304:20, 316:21,
332:11, 332:21,
333:14, 347:4
comfortable
199:14
coming
63:20, 222:13
commander
27:16, 27:23,
27:24, 28:8,
28:9, 216:13,
326:8
comment
292:20

commission
370:20
commit
305:10, 305:13,
305:15, 305:21,
324:16, 325:16
committed
85:20, 85:21,
138:19, 201:5,
232:19, 232:23,
259:13
committing
254:16
common
278:8, 325:2,
326:1
commotion
197:18
communicate
94:3
communication
366:3, 366:7
communications
191:10
community
20:24
compare
268:4
comparing
267:18
competitive
30:13
complainant's
362:7
complaint
6:22, 323:14,
323:23, 362:9
complaints
321:3, 321:6
complete
220:22, 222:19,
369:6
completed
56:11, 69:11,
187:5, 228:1,
261:10, 262:3,
314:19
completely
202:2, 202:3,

290:9, 331:24
completeness
219:11, 221:15,
222:5
composition
148:8
comprise
72:11
comprises
57:21
comprising
236:2
computer
54:6, 54:9,
54:13, 54:17,
54:20, 57:10,
60:23, 62:14,
67:18, 67:19,
68:7, 99:17
computer-generat-
ed
56:20, 99:15
computer-printed
99:8, 99:10
conceal
211:11
concern
63:12
concerned
107:14
concludes
368:6
concrete
336:3
condition
12:2, 53:13,
327:20
conduct
37:10, 37:12,
72:18, 74:11,
75:18, 78:24,
79:3, 83:23,
163:15, 255:7
conducted
45:17, 77:20,
83:2, 127:17,
128:7, 129:8,
192:23

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

382

conducting
38:17, 40:21,
72:21, 129:3
confess
137:13, 137:16,
138:4, 138:9
confessed
35:8, 35:17,
36:3, 36:8,
37:2, 288:12,
288:15, 288:19,
289:15, 289:20
confessing
295:18
confession
296:17, 296:20,
296:23, 297:15
confidence
78:12, 78:16,
78:18
confidential
115:20, 115:23,
116:3, 116:5,
116:11, 116:15,
116:21, 117:2,
117:5, 117:6,
117:14, 117:22,
140:18, 326:10
confidentiality
117:11, 213:14
confirm
207:20, 210:16
confirmed
207:7
confirming
203:6, 203:20
conflict
128:2, 194:14
confront
217:8, 348:9
confronted
348:13, 348:16
confused
104:17, 237:13
confusing
38:7, 121:5,
137:23, 228:23,
268:13

confusion
295:14
connect
177:3
connection
201:7, 248:24,
353:22
connelly
4:19
consider
122:19, 251:12,
264:9
considered
215:3, 215:6
considering
169:24
consisted
273:6, 273:17
consisting
307:18
constitutional
333:19
consult
107:22, 108:2,
108:6, 108:8,
108:20, 110:15,
110:20, 110:22,
239:24
contact
131:22, 151:12,
151:16, 152:17,
152:22, 153:1,
153:7, 257:3,
287:3, 287:10,
287:14, 304:11,
304:14, 306:22,
307:6, 366:12,
367:2
contacted
115:5, 146:9,
153:4, 153:23,
187:8, 325:2
contacts
116:3
contained
229:22, 274:4
context
14:5, 143:20

continue
43:12, 43:20,
44:1, 44:13,
77:23
continued
72:8, 224:10
continuously
27:4, 27:7,
27:9, 27:10,
51:15
conversation
17:13, 132:11,
134:8, 139:7,
139:12, 146:11,
154:20, 159:6,
159:7, 159:14,
166:19, 222:22,
225:7, 302:17,
302:20, 303:9,
303:11, 316:16
conversations
17:1, 17:2,
17:10, 17:15,
109:23, 114:8,
219:16, 221:17,
224:21, 256:18,
257:19, 367:11,
367:15, 367:19
conversely
208:3
convicted
115:1, 131:13,
201:11, 357:1
conviction
131:17
convoluted
355:13
cook
5:2, 5:4, 8:1,
89:15, 89:18,
116:13, 117:17,
140:19, 151:22,
151:24, 152:10,
154:8, 154:15,
159:20, 294:12,
316:24, 317:15,
317:21, 318:4,
318:7, 366:17,

366:22
cooperate
325:4, 326:2
cooperating
64:7
cooperative
86:12, 86:17,
86:22, 283:17,
302:21
cop
231:19, 231:24
copied
229:17
copies
58:7, 58:9
copy
58:15, 98:16,
98:23, 121:19,
228:12, 235:2,
235:4, 242:23,
243:11, 243:15,
243:16, 243:22,
244:1, 247:20,
247:24, 252:14,
261:5, 290:5,
368:12, 368:14
corner
185:7, 208:19,
225:16, 259:23,
312:17, 313:12,
313:16, 313:21,
314:3, 314:9,
314:16, 315:1,
315:10, 315:20,
344:3
corporation
191:13
corrected
343:20, 345:15,
347:3
corrections
369:7
correctly
32:24
correspond
363:20
corroborate
85:8, 85:13,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

383

85:17, 86:1,
139:14, 146:4,
146:7, 207:24,
210:7, 211:16,
302:9, 347:9,
351:13
**corroborated**
164:4
**corroboration**
299:5
**could**
26:12, 29:4,
32:19, 32:22,
36:9, 38:4,
41:18, 41:20,
41:23, 41:24,
55:5, 56:3,
56:7, 60:20,
62:15, 63:8,
63:24, 65:10,
66:23, 67:16,
67:21, 69:21,
75:3, 76:17,
77:17, 79:10,
81:5, 87:14,
88:13, 88:17,
89:14, 97:12,
102:11, 106:24,
107:19, 112:23,
129:6, 130:2,
137:22, 140:22,
142:2, 149:9,
152:11, 155:21,
164:4, 169:11,
172:12, 177:10,
187:9, 199:6,
200:15, 208:7,
230:20, 239:4,
240:11, 248:14,
250:12, 251:9,
251:10, 251:11,
255:11, 279:6,
279:13, 283:24,
288:22, 299:14,
302:15, 308:21,
327:22, 331:7,
331:11, 335:22,
337:1, 337:11,

338:21, 344:23,
345:7, 353:16,
357:18, 359:22,
360:9, 360:20
**couldn't**
41:13, 63:6,
63:20, 68:8,
81:8, 164:19,
166:1, 196:10,
199:7, 200:1,
207:10, 208:12,
208:23, 211:13,
239:11, 256:13,
276:12, 279:23,
327:23
**counsel**
7:12, 8:13,
106:3, 106:8,
106:21, 109:15,
109:17, 113:10,
114:9, 121:17,
191:14, 192:5,
362:18, 365:4,
370:12
**county**
5:2, 5:4, 8:1,
89:15, 89:19,
116:13, 117:17,
140:19, 151:22,
151:24, 152:10,
154:8, 154:16,
159:20, 294:12,
316:24, 317:16,
317:22, 318:4,
318:7, 366:17,
366:22, 370:5
**couple**
16:16, 27:11,
27:13, 57:9,
66:16, 245:23,
340:23, 359:9,
362:23, 363:24,
365:10
**course**
40:3, 40:5,
40:8, 40:17,
40:21
**court**
1:1, 7:10,

7:13, 19:8,
72:23, 79:19,
81:18, 81:21,
84:5, 320:5,
370:1
**courtroom**
16:9, 16:13,
16:14, 16:15,
16:19, 16:23,
17:17, 17:19,
17:20, 112:14
**courtrooms**
15:16, 15:18
**cover**
64:24
**covered**
337:1
**cpd**
213:6, 213:9,
273:6
**cr**
216:14, 216:19,
326:9
**crack**
256:14
**crazy**
170:6, 170:11,
170:15, 170:17,
170:21, 170:24,
171:3, 171:7,
196:18, 197:9,
197:13, 197:20,
198:3, 198:6,
198:9, 198:17,
199:2, 199:4
**cream**
31:6, 31:9
**create**
67:11, 67:13,
68:1, 69:11,
74:11, 116:20,
147:18, 228:7,
258:4, 280:10
**created**
25:18, 30:15,
147:21, 148:4,
229:12, 229:15,
229:18, 253:22,

254:9, 310:17
**creating**
55:11, 278:22,
282:7, 308:6
**credibility**
137:9
**credible**
167:16, 168:11
**credits**
20:18
**crew**
95:13
**crime**
38:21, 38:22,
39:2, 39:14,
47:13, 48:16,
50:20, 55:8,
61:5, 61:9,
64:6, 77:7,
85:19, 85:20,
85:21, 86:19,
86:24, 127:24,
131:8, 131:10,
140:3, 142:20,
154:16, 163:7,
218:3, 226:4,
226:13, 226:17,
259:16, 277:7,
285:8, 287:12,
300:1, 302:23,
305:14, 305:15,
353:15, 353:17
**crimes**
50:19, 51:3,
51:4, 51:7,
51:13, 51:16,
51:20, 57:2,
57:4, 57:12,
57:15, 57:19,
60:5, 60:10,
60:13, 61:12,
61:20, 61:23,
62:2, 62:17,
63:3, 63:7,
64:2, 71:17,
71:18, 72:2,
72:9, 72:12,
72:15, 72:16,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

384

86:14, 87:4,
91:7, 91:11,
92:12, 92:14,
92:22, 93:1,
93:3, 101:12,
101:15, 101:17,
102:16, 103:3,
103:5, 103:8,
103:9, 104:4,
124:9, 124:11,
139:18, 139:21,
140:8, 140:22,
141:5, 141:8,
142:2, 142:9,
142:17, 142:23,
143:3, 143:6,
152:18, 252:11,
258:19, 259:10,
259:13, 259:14
**criminal**
33:22, 34:18,
48:15, 86:9,
87:13, 87:19,
97:10, 106:15,
107:8, 108:3,
112:4, 140:4,
140:13, 141:15,
142:9, 241:18,
241:21, 321:3,
326:20
**criminals**
142:3
**critically**
85:4
**crop**
31:7, 31:9
**crowd**
95:1
**csr**
1:24, 370:4
**curious**
210:6, 210:9,
232:17
**currently**
57:9
**custody**
50:18, 76:13,
132:5, 195:24,

287:11, 321:12,
329:4
**cut**
122:14
**cv**
1:7, 1:13, 7:5,
7:7

---
**D**
---

**daffada**
3:19
**daily**
54:7
**daley**
5:5
**damage**
204:21, 205:5,
205:17, 205:21,
206:5, 207:8,
207:19, 207:21,
271:13, 277:6
**damaged**
270:15, 270:19
**dan**
14:17, 15:6,
15:19, 17:11,
17:23, 18:6,
18:18, 19:3,
108:1, 108:16,
108:24, 110:20,
110:22, 112:16,
119:1
**dangerous**
26:20, 26:24,
142:3, 142:10
**danny**
195:21
**dashboard**
329:23, 330:1,
331:7
**databases**
54:17
**date**
38:21, 101:19,
124:17, 124:18,
124:20, 184:11,
228:1, 242:24,
263:4, 263:9,

263:11, 264:5,
264:9, 265:6,
265:7, 265:8,
265:13, 265:20,
266:1, 266:5,
266:15, 267:13,
267:15, 268:15,
268:19, 268:22,
269:5, 269:7,
312:5, 312:21,
313:1, 313:3,
314:15, 314:24,
315:2, 315:11,
315:19, 322:9,
340:15, 363:17,
364:4, 369:13
**dated**
182:10, 262:18,
263:15, 263:22,
263:24, 264:1,
264:3, 264:7,
264:16, 269:16,
269:21, 312:9,
351:19
**dates**
41:14, 120:1,
158:11, 265:9,
313:6, 313:7
**dave**
8:6, 108:16,
108:17
**david**
4:11, 293:1
**day**
4:4, 14:21,
15:2, 15:11,
19:8, 95:17,
96:10, 123:16,
124:15, 155:20,
156:3, 199:1,
201:8, 220:12,
230:9, 231:6,
249:20, 249:21,
249:23, 251:5,
251:7, 251:16,
251:17, 252:4,
255:23, 255:24,
262:24, 263:2,

263:7, 263:9,
264:11, 264:12,
266:7, 266:10,
276:14, 292:12,
292:17, 301:15,
314:23, 315:5,
315:21, 316:2,
339:5, 354:7,
354:13, 354:14,
370:17
**day-shift**
96:15, 96:20
**days**
53:7, 209:21,
209:24, 216:2,
218:3, 266:13,
271:12
**dead**
58:3, 234:11,
255:10
**dealing**
84:22, 239:18
**dealings**
217:19
**dealt**
176:13
**dean**
3:13
**decedent**
233:2
**december**
290:4
**deciding**
108:9
**decision**
109:8, 200:9
**decisions**
79:19
**dedicated**
90:14
**dedication**
31:19, 31:21
**deemed**
324:24, 329:2
**deep**
335:18
**defend**
191:4, 191:8,

191:14
**defendant**
3:17, 4:2,
4:17, 7:23, 8:3,
10:13, 33:22,
46:22, 48:15,
87:20, 295:12,
362:18, 365:4
**defendants**
1:9, 1:15, 4:8,
5:2, 8:5, 8:7,
206:10, 273:18,
304:18, 305:12,
308:22
**defending**
191:11
**defense**
33:18, 87:13
**degraf**
98:11, 98:21,
99:1
**degraf's**
98:16, 177:18,
180:3
**degree**
21:14, 21:24
**delay**
42:15, 42:22
**demand**
355:16
**demonstrates**
286:23
**denied**
285:11
**deny**
272:10
**denying**
189:13
**department**
13:10, 13:16,
19:17, 20:2,
20:10, 20:14,
20:20, 22:24,
26:4, 36:21,
39:23, 40:5,
41:1, 41:3,
53:15, 75:20,
76:2, 76:4,

100:24, 111:24,
115:19, 116:2,
173:5, 240:9,
243:6, 244:4,
308:13, 319:24,
324:13, 326:17,
327:2, 363:4,
364:21
**department's**
243:13
**department-issued**
149:20
**depend**
129:20
**depends**
129:16, 129:19
**depicts**
123:8
**deponent**
369:1
**deposed**
10:4, 10:8,
10:11
**deposition**
1:17, 2:1,
6:10, 7:3, 9:6,
9:14, 9:18,
10:16, 105:16,
105:22, 110:16,
110:18, 111:20,
118:11, 118:22,
119:24, 121:15,
121:21, 131:6,
178:17, 185:2,
189:21, 190:14,
192:20, 192:22,
193:3, 223:15,
225:10, 290:20,
316:9, 362:1,
362:15, 368:7,
370:6
**depositions**
9:22
**descent**
195:8, 195:15
**describe**
57:4, 57:6,
70:13, 70:18,

70:20, 71:7,
71:12, 71:14,
121:24, 335:15,
353:16, 354:16,
355:10, 355:19
**described**
75:10, 161:22,
207:8, 248:17,
352:2
**describing**
354:20
**description**
73:19, 125:17,
125:20, 125:23,
126:20, 126:24,
162:3, 171:23,
172:4, 172:11,
172:20, 300:17,
351:20, 352:8,
352:13, 352:17,
352:22, 353:1,
353:10, 354:20,
355:4, 355:16,
355:24, 356:12,
356:17, 356:20,
357:18
**descriptions**
356:23
**descriptive**
353:3
**deserve**
36:19
**desk**
53:16, 53:17,
53:20, 53:21,
53:24, 54:3,
55:3, 59:11,
60:10, 91:15,
91:16, 91:18,
92:6, 92:7,
92:8, 92:9,
92:17, 92:18,
92:20, 92:21,
93:9, 102:16,
158:20
**desks**
57:10, 60:23,
62:14, 91:12

**despite**
196:14, 256:5,
341:7, 341:13
**destroy**
117:10, 201:13,
229:4
**det**
69:19, 70:3,
70:4
**detail**
71:4, 86:5
**detailed**
300:17
**details**
38:23, 158:1,
158:4, 158:9
**detectives**
15:23, 16:1,
16:3, 18:9,
18:19, 31:6,
31:9, 31:13,
31:14, 31:16,
49:6, 49:13,
50:20, 54:5,
54:6, 54:10,
55:2, 60:20,
61:24, 62:5,
62:7, 62:8,
62:9, 62:14,
65:19, 80:13,
90:17, 90:18,
90:20, 91:13,
91:23, 93:17,
94:17, 95:1,
100:14, 101:5,
101:8, 101:10,
104:12, 125:4,
125:5, 125:7,
133:1, 133:5,
182:11, 184:19,
185:24, 186:5,
186:14, 186:24,
187:17, 188:1,
213:13, 224:7,
249:16, 249:18,
252:3, 253:6,
253:10, 253:11,
253:22, 275:16,

291:7, 291:11, 291:13, 293:2, 293:9, 294:5, 294:18, 294:23, 295:9, 295:11, 295:16, 307:14, 317:7, 317:21, 318:3, 319:11, 319:14, 319:20, 319:22, 319:24, 320:3, 320:4, 320:8, 320:10, 320:14, 320:17, 337:7, 337:9, 337:24, 338:3, 338:7

**determine**
39:7, 41:11, 43:13, 44:1, 44:14, 55:1, 55:5, 78:17, 248:24, 367:22

**determined**
155:9, 207:11

**determining**
107:22, 270:8

**dets**
70:5, 186:18, 186:24

**developed**
53:13

**developments**
187:7

**deviate**
69:15

**devon**
29:6

**dial**
90:9

**dickens**
276:2

**dickinson**
52:16, 52:17, 52:20, 53:2

**died**
191:16, 193:21, 194:16

**difference**
330:18

**different**
47:18, 47:21, 54:20, 61:4, 90:12, 93:5, 126:2, 129:19, 146:20, 148:10, 172:9, 188:23, 193:4, 197:4, 214:7, 270:21, 274:8, 290:9, 331:20, 341:9, 341:11, 349:8

**difficulty**
12:7, 12:17

**dillon**
5:2, 8:1, 143:11, 143:13, 143:17, 143:18, 152:24, 153:1, 153:17, 153:18, 153:22, 154:10, 154:14, 154:15, 154:20, 156:18, 157:5, 159:1, 159:4, 159:7, 159:15, 159:19, 159:22, 160:8, 186:19, 316:17, 366:2

**dillon's**
165:13

**dinner**
327:22, 327:23

**direct**
89:19, 90:9, 185:4, 247:7, 277:17, 300:4, 344:4, 363:7

**directing**
128:6

**direction**
92:14, 250:13, 251:2, 251:4, 251:7, 255:18, 370:11

**disappeared**
210:13, 216:1

**discipline**
327:3

**disciplined**
324:12

**discretion**
28:1

**discuss**
16:22, 106:19, 148:8

**discussing**
142:20, 195:17

**discussions**
16:9, 111:7

**display**
77:9

**displayed**
76:21, 78:12

**dispute**
214:1, 219:18, 221:1, 225:7, 250:14, 257:22, 257:24, 296:12, 296:16

**disputing**
204:14, 224:23, 258:3

**distinctly**
199:17

**distinguishing**
71:2, 275:7, 275:11

**district**
1:1, 1:2, 23:9, 23:10, 23:14, 23:16, 23:17, 26:7, 26:11, 26:15, 27:5, 27:8, 28:15, 28:17, 28:20, 28:24, 29:2, 29:8, 29:11, 29:14, 29:17, 29:18, 29:22, 29:24, 30:2, 30:4, 30:8, 30:9, 31:21, 32:1, 50:19, 50:21, 51:2, 51:5, 51:7, 98:11, 98:22,

125:15, 125:22, 127:6, 127:8, 132:6, 135:11, 170:18, 197:17, 197:23, 198:14, 240:1

**diversey**
208:19

**division**
1:3, 23:8, 40:11, 259:8, 259:9, 364:3, 364:19

**doctor**
53:13

**document**
33:13, 33:16, 33:21, 34:14, 34:23, 36:2, 36:6, 43:5, 43:9, 43:20, 43:23, 44:12, 45:21, 45:24, 46:3, 46:6, 46:10, 47:1, 47:5, 48:11, 71:8, 71:15, 78:11, 78:15, 78:18, 78:22, 82:8, 82:11, 82:15, 101:20, 101:22, 102:13, 103:11, 103:16, 103:19, 103:23, 104:1, 104:2, 104:7, 104:10, 104:22, 116:2, 117:13, 158:5, 158:9, 161:18, 161:22, 162:3, 162:6, 163:17, 190:17, 190:20, 191:19, 192:7, 192:12, 192:21, 202:13, 211:2, 211:12, 220:22, 221:14, 221:15, 222:4, 222:18,

222:19, 224:5,
224:18, 229:21,
233:21, 289:13,
347:6, 361:9,
361:10, 363:5
**documentation**
203:6
**documented**
34:21, 43:13,
48:22, 82:19,
118:1, 158:13,
163:13, 163:22,
163:24, 210:15,
210:21, 296:18,
297:2, 303:1,
303:4, 303:13,
347:7, 351:18
**documenting**
42:15, 42:22,
70:10, 254:9,
282:16, 289:19,
350:9
**documents**
120:15, 192:11,
229:22, 237:5,
237:6, 237:10,
237:22, 238:8,
238:12, 238:13,
238:18, 238:22,
239:1, 261:6,
261:8, 267:24,
286:24, 316:16,
316:23, 322:11,
322:17
**does**
47:11, 69:19,
70:3, 70:5,
104:21, 125:2,
145:2, 145:13,
160:21, 190:10,
192:16, 218:19,
227:4, 227:8,
234:22, 235:9,
240:22, 243:11,
259:5, 260:12,
281:4, 282:24,
285:18, 301:16,
301:20, 305:7,

316:2, 318:24,
320:22, 331:2,
331:3, 346:24,
347:1, 363:20,
368:12
**doesn't**
9:3, 37:22,
148:7, 160:17,
192:14, 192:17,
248:19, 259:22,
261:4, 282:8,
292:24, 293:15,
297:21, 301:12,
301:17, 301:19,
317:15, 331:10,
333:8, 340:11,
340:13, 346:17,
349:21, 355:2
**dog**
98:8, 98:9,
98:15
**doing**
10:20, 45:8,
65:3, 134:16,
134:18, 147:24,
157:3, 170:7,
197:20, 198:8,
198:17, 200:8,
216:3, 231:5,
231:9, 232:9,
232:18, 233:2,
233:5, 233:7,
233:13, 250:16,
250:22, 320:24,
323:7
**doled**
328:22
**domestic**
251:10
**done**
11:1, 11:6,
93:19, 104:13,
111:23, 112:1,
205:10, 205:13,
218:21, 228:13,
249:8, 323:7,
350:17
**door**
61:6, 64:18,

64:22, 123:16,
336:23, 337:11,
338:21, 338:23
**doors**
62:23, 338:20
**double**
13:2
**doubt**
208:4, 265:3,
286:4, 286:6,
364:24
**down**
8:23, 14:7,
14:14, 18:14,
18:16, 18:17,
18:19, 33:5,
35:9, 35:11,
35:14, 35:15,
37:4, 45:15,
62:15, 81:9,
81:11, 81:16,
81:24, 83:18,
94:8, 96:23,
98:21, 117:9,
117:19, 117:20,
122:4, 130:20,
155:10, 172:5,
172:12, 173:7,
196:13, 215:23,
224:19, 237:19,
245:22, 264:12,
280:16, 283:17,
283:20, 294:4,
300:10, 329:20,
330:4, 335:4,
349:4, 357:10
**downstairs**
99:4, 134:9
**dozens**
186:16
**drafted**
203:14
**dressed**
124:1
**drinks**
113:20
**drive**
4:5, 19:5,

45:15, 157:18,
338:14
**driver's**
58:4
**driving**
246:3, 276:6,
276:9, 297:23
**drove**
149:20, 246:11,
271:12, 276:1,
276:22, 300:7,
300:10, 300:11,
344:3
**duct**
331:6, 331:14,
331:21
**ducts**
329:24
**duly**
8:10, 8:12
**during**
41:12, 76:22,
82:8, 114:23,
116:6, 132:9,
133:2, 189:20,
203:11, 204:22,
204:23, 205:5,
205:7, 206:21,
219:6, 247:9,
247:13, 247:16,
270:15, 271:20,
339:5
**duties**
29:16, 51:18,
54:3, 160:15
**duty**
149:21, 170:7,
170:24, 171:3,
196:19, 197:10,
197:14, 197:20,
198:3, 198:8,
198:18

|   E   |
|-------|

**e-r-n-e-s-t**
9:1
**each**
48:12, 65:5,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

388

75:8, 84:8,
97:24, 99:19,
121:18, 129:1,
138:24, 174:20,
179:23, 321:4
**earlier**
140:1, 155:20,
190:8, 197:16,
218:24, 220:12,
322:9, 353:14,
362:21, 365:8
**early**
10:5, 66:8,
298:13, 324:21
**earnest**
200:22
**easier**
223:22
**easiest**
201:12
**eastern**
1:3
**easy**
35:6
**ed**
223:19, 288:1
**ed's**
278:13
**eddie**
52:16, 52:19,
53:1
**educational**
21:21
**edward**
4:9
**effect**
77:14, 167:21,
167:23, 175:2
**effects**
133:15
**effort**
248:23, 306:7
**efforts**
248:22, 302:2
**eight**
52:18, 53:11,
307:18
**eileen**
4:18, 8:2,

362:21
**either**
11:13, 21:23,
35:24, 62:2,
70:13, 75:13,
79:7, 84:8,
87:12, 110:9,
126:9, 130:2,
132:15, 156:21,
172:19, 182:24,
184:6, 280:11,
355:1, 357:9
**eliminate**
81:7
**eliminated**
22:3
**else**
8:19, 15:20,
18:3, 40:6,
48:17, 49:18,
60:15, 80:12,
108:2, 108:12,
108:18, 118:21,
119:23, 122:6,
124:4, 139:7,
139:9, 139:11,
139:23, 155:12,
162:21, 166:12,
176:1, 197:24,
199:7, 251:24,
321:1, 337:10,
350:11
**ely**
1:24, 2:12,
7:10, 370:3
**emphasized**
204:1
**employed**
370:13
**employee**
6:24, 363:3
**employment**
13:15, 13:18,
13:20, 19:16,
251:22
**employment"**
244:23
**empty**
269:19

**encounter**
221:24, 222:15
**encumbered**
190:2
**end**
32:7, 92:10,
165:3, 165:4,
165:7, 174:24,
193:3, 212:10,
221:7, 236:21,
236:23, 237:1,
237:8, 237:22,
275:24
**ended**
32:9, 334:4
**ends**
165:12
**enforcement**
29:18
**english**
130:6, 199:11,
199:20, 200:1,
200:2, 200:5,
200:14
**enough**
12:6, 84:12,
274:20, 274:24,
275:12, 332:9
**enrique**
115:14
**ensure**
117:17, 252:18,
252:21, 338:23
**entered**
235:20, 236:5
**entire**
58:23, 130:20
**entries**
364:10
**entry**
363:15
**envelope**
57:23, 58:2
**ernest**
1:17, 2:1, 4:8,
7:3, 8:11, 8:17,
369:3
**errata**
369:7

**erred**
265:19, 266:1,
266:3, 266:15
**erroneous**
202:19
**error**
186:6, 187:20,
187:23, 188:4,
265:15, 267:7,
315:11
**errors**
201:20, 201:21
**especially**
339:15
**esquire**
3:3, 3:10,
3:11, 3:18, 4:3,
4:10, 4:11,
4:18, 5:3
**establish**
187:11, 358:5
**et**
1:8, 1:14, 7:5,
7:6
**ethnicity**
74:5, 74:6
**etran**
368:13
**even**
42:23, 44:11,
48:5, 48:9,
51:4, 77:14,
77:21, 142:22,
185:15, 239:5,
316:1, 321:23,
348:2, 348:4
**evening**
310:6
**event**
83:3, 148:22,
264:15
**events**
201:9
**eventually**
145:24, 158:7,
163:22, 163:24,
216:3, 360:16
**ever**
21:23, 39:22,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

389

69:15, 76:7,
83:2, 83:23,
102:23, 103:4,
115:9, 117:3,
144:22, 165:22,
170:17, 170:23,
171:2, 208:6,
216:16, 274:19,
275:11, 296:21,
299:1, 299:4,
299:19, 324:12,
324:15, 326:22,
327:8, 327:11,
327:15, 331:6,
349:13, 349:18,
351:12, 351:15,
363:5, 367:1
**evergreen**
126:6
**every**
72:24, 79:20,
83:1, 98:12,
106:1, 129:19,
186:16, 274:8,
292:10
**everybody**
178:16, 285:3
**everyone**
8:19, 290:6,
295:13
**everything**
134:12, 135:8,
158:12, 162:1,
224:11, 225:3,
239:4, 266:10,
303:13
**evidence**
35:3, 36:10,
36:11, 36:12,
36:16, 78:4,
103:13, 103:14,
104:14, 104:23,
201:12, 206:2,
224:7, 225:1,
240:15, 241:24,
273:14, 277:7
**ex-boyfriend**
250:13

**exact**
66:9, 66:11,
120:1, 124:17,
329:15
**exactly**
220:24, 221:4,
344:12, 344:13
**exam**
25:9, 25:10,
25:12, 25:13,
25:14, 25:16,
25:19, 30:16,
45:7, 46:7,
46:11, 46:13,
46:21, 46:24,
47:8, 340:3
**examination**
6:2, 6:23,
8:13, 30:13,
45:13, 45:19,
45:22, 46:1,
46:4, 362:18,
365:4
**examined**
290:24, 369:4
**examiner**
45:16
**examiner's**
45:19
**example**
38:24, 46:19,
54:11, 55:6,
64:5, 137:12,
174:22, 197:15,
197:16, 199:6,
239:6, 251:15,
251:21
**exchange**
85:5, 87:11,
87:17
**exclaiming**
219:1
**exhale**
292:20
**exhaled**
292:9, 292:15,
292:19
**exhibit**
6:12, 6:13,

6:14, 6:16,
6:17, 6:18,
6:19, 6:21,
6:22, 6:24,
121:13, 121:15,
121:20, 178:15,
178:17, 178:19,
181:20, 184:24,
185:2, 190:12,
190:14, 190:22,
218:10, 223:13,
223:15, 224:18,
225:9, 225:10,
227:5, 244:9,
244:13, 244:15,
254:12, 257:13,
258:9, 267:22,
269:24, 273:2,
282:13, 290:20,
293:18, 293:23,
294:2, 297:5,
297:6, 297:10,
297:11, 307:4,
307:13, 309:7,
309:21, 313:20,
314:3, 314:15,
315:20, 316:8,
316:9, 316:22,
323:9, 323:12,
329:16, 332:15,
353:9, 362:1,
362:5, 362:15,
363:2
**exhibits**
6:10
**exist**
208:4, 269:18
**existed**
51:4, 208:6,
208:13
**existence**
210:16, 211:10
**experience**
34:7, 84:15,
231:15
**experienced**
172:15, 301:2,
303:17

**expires**
370:20
**explain**
27:10, 37:23,
46:14, 63:9
**explained**
180:1, 187:19,
199:10, 203:10,
203:21, 212:9,
212:16, 213:2,
218:21, 313:4,
314:18
**explanation**
27:17, 27:20,
77:12, 77:19,
289:17
**extend**
64:21
**extends**
62:1
**extension**
40:3, 40:8,
40:16, 40:20
**extent**
104:7, 106:18,
111:6, 114:5,
114:7
**exterior**
338:21
**eye**
275:4
**eyes**
275:5
**eyewitnesses**
125:15, 125:16

**F**

**fabricated**
221:24, 222:12
**fabrication**
201:11
**facial**
71:2, 74:3
**facility**
62:19, 62:21,
338:17
**facing**
88:1

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

390

fact
35:15, 36:2,
43:14, 44:14,
46:6, 71:15,
82:5, 82:9,
87:12, 87:18,
104:3, 111:19,
145:1, 148:11,
155:1, 176:11,
178:9, 179:1,
179:15, 193:6,
196:21, 210:12,
211:2, 211:9,
211:12, 260:12,
269:17, 280:21,
281:2, 289:13,
289:19, 296:24,
303:5, 310:21,
313:11, 347:8,
347:11, 347:12,
348:10, 349:4,
350:9, 353:1,
358:13, 364:20
factor
275:7, 275:11
facts
33:16, 33:21,
34:1, 34:2,
34:12, 34:14,
34:16, 34:18,
34:20, 34:23,
39:8, 39:15,
84:24, 85:19,
85:24, 203:15,
204:9, 224:9,
225:2
factual
164:2
factually
202:5
failed
239:12, 251:4
fair
11:18, 43:15,
73:9, 80:17,
80:20, 83:6,
84:13, 120:10,
148:7, 148:12,

148:14, 148:16,
148:17, 278:16,
284:2, 308:7
false
43:15, 44:2,
44:12, 44:15,
223:3, 223:7,
224:7, 225:1,
272:11
familiar
182:11, 182:18,
184:20, 188:1,
188:6, 188:7,
367:22
family
12:19, 20:9
famous
313:20
far
10:21, 92:10,
168:20, 168:22,
207:16, 256:10,
262:20, 341:9
fashion
35:24, 71:8,
100:2
father
216:5, 216:8,
216:9
fatigued
190:2
fault
249:9
fax
83:17, 83:19
fear
112:3
feared
106:13, 107:6
february
1:19, 7:9,
146:18, 161:12,
227:13, 230:10,
230:12, 233:12,
233:20, 234:2,
237:17, 246:13,
246:17, 246:22,
248:10, 250:5,

256:22, 258:5,
258:6, 268:7,
320:12, 370:18
fed
337:23
feed
39:13, 338:3,
338:6
feedback
66:21
feeling
190:2
feet
61:17, 62:18,
81:4, 92:13,
93:11, 335:18
fell
258:12
fellow
136:7, 136:15,
137:1, 137:17
fellows
279:20
felony
145:24
fencing
207:5
fender
271:13
few
22:10, 113:19,
116:7, 209:21,
209:24, 246:2,
246:3, 252:7,
272:18, 286:14,
300:12, 365:6
fields
55:24
fifth
105:14, 106:2,
106:7, 106:9,
106:12, 107:4,
107:23, 108:9,
108:21, 109:1,
109:8, 109:16,
110:17, 114:2,
114:15, 181:13
filed
323:15

files
57:17, 57:18,
57:20, 59:12,
117:2, 176:10,
177:5, 177:6,
177:8, 178:8,
178:24, 179:7,
179:8, 179:9,
179:10, 179:14,
215:2, 240:5,
240:7, 249:2,
364:12
filing
326:15
fill
28:18, 59:15,
60:1, 83:17,
83:20, 304:15
filled
55:24
filler
72:24, 73:1,
73:3, 74:8,
74:14, 75:4,
76:10, 76:17,
78:1, 84:9,
274:1, 274:10,
274:11, 274:13,
274:16, 274:20,
275:5, 275:12,
275:13, 280:13
fillers
73:13, 73:16,
73:18, 74:12,
74:20, 74:21,
74:24, 75:8,
75:24, 79:12,
79:15, 79:17,
79:20, 79:22,
80:8, 80:10,
80:14, 80:15,
80:19, 83:24,
84:8, 84:12,
274:5, 282:8,
309:15
final
242:20, 314:21
finally
200:12

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

391

financial
327:19, 370:14
find
22:6, 22:8,
39:2, 45:1,
45:3, 53:14,
76:18, 86:18,
87:4, 98:9,
98:15, 125:19,
136:22, 136:23,
142:16, 144:9,
164:16, 170:13,
203:19, 207:10,
207:17, 208:7,
208:12, 208:15,
209:14, 211:10,
211:13, 216:2,
233:12, 234:4,
239:3, 239:9,
253:18, 269:23,
278:19, 279:23,
281:8, 283:4,
299:14, 302:2,
302:12, 305:5,
305:23, 306:1,
306:7, 341:5,
341:12, 346:15
finding
279:18
fine
101:14, 133:12,
134:1
finish
182:1, 263:7
finished
56:13, 68:22,
68:23, 69:8,
244:6, 244:7,
315:3, 315:6,
315:17, 340:3
fire
326:15, 327:3
fired
326:16, 326:18,
326:20
firm
4:12, 191:4
first
9:3, 10:19,

15:8, 15:9,
19:19, 23:6,
49:4, 51:13,
52:5, 55:14,
55:17, 56:18,
63:17, 71:17,
72:3, 72:9,
99:1, 114:1,
114:12, 120:12,
123:13, 124:7,
125:4, 143:18,
144:11, 158:2,
177:12, 199:8,
203:1, 208:20,
218:11, 220:7,
237:18, 237:21,
238:21, 261:15,
261:23, 263:3,
263:24, 265:11,
265:22, 266:15,
269:6, 269:15,
269:21, 270:1,
276:22, 277:24,
293:20, 313:5,
316:6, 316:13,
316:14, 349:11,
349:12, 351:19,
351:23
first-watch
96:4
fit
331:7, 331:11,
331:12, 332:9,
349:2, 349:5
five
72:24, 73:1,
73:16, 74:12,
74:14, 75:7,
75:8, 79:20,
83:24, 84:7,
91:5, 274:1,
274:5, 309:14
flag
169:5
flip
11:16, 178:19,
252:7, 293:20,
340:23

floor
2:6, 3:6,
61:24, 62:1,
62:10, 62:11,
63:2, 63:4,
64:21, 90:11,
99:2, 156:16,
208:20, 336:8
flow
47:10, 68:4
fluorescent
336:6
fly-by-night
210:11
focus
29:21, 29:23,
30:3, 30:6
focusing
292:14
folder
57:23, 58:6,
98:17
folks
300:1, 300:6,
300:21, 300:24,
301:4, 301:13,
301:24, 302:3,
302:5, 302:15,
302:19, 302:24,
303:4, 303:11,
304:5, 304:22,
305:13
follow
32:4, 32:10,
95:13, 95:18,
96:10, 109:5,
248:19, 253:3,
290:7
follow-up
163:15, 248:14,
249:18, 255:7,
256:2, 256:6
followed
93:18, 94:5,
95:4, 146:17,
249:6, 273:8,
273:13, 326:11
following
32:3, 175:15,

201:8, 256:7
follows
8:12
food
337:19, 337:20,
338:8, 338:14
footnote
199:8, 212:21,
224:4
force
334:18
foregoing
369:4, 370:6,
370:7
forever
203:24
forge
278:12
forget
43:10, 291:17
forgotten
202:3
former
365:16
forth
196:13
forthcoming
86:8, 134:22,
140:3, 141:14,
141:17, 142:8
forward
215:22, 312:6,
340:23
found
269:19, 275:21,
279:2, 279:5,
279:12, 279:23
foundation
65:23, 68:9,
89:8, 112:9,
114:3, 156:24,
170:15, 171:4,
177:22, 184:2,
220:19, 224:17,
230:4, 248:18,
254:23, 271:24,
286:1, 286:8,
286:11, 289:22,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

392

329:11, 353:6
**foundational**
167:20
**four**
21:9, 21:19,
120:13, 142:24,
300:5, 364:1
**fourth**
184:4
**fragment**
212:16
**frame**
67:24, 83:15,
143:15, 329:14,
329:22, 330:7,
330:13, 330:18,
330:22, 330:24,
331:1, 331:2,
331:4, 331:7,
331:12, 332:9,
339:22, 360:8,
360:18
**francisco**
116:8, 117:16,
131:23, 132:3,
132:10, 132:17,
132:22, 133:6,
134:2, 134:12,
134:22, 139:6,
140:16, 141:13,
142:19, 144:16,
146:2, 152:7,
152:14, 153:9,
155:19, 156:18,
158:12, 159:15,
159:19, 159:21,
160:7, 161:5,
161:6, 165:12,
172:24, 173:10,
174:1, 178:3,
183:11, 187:5,
203:1, 205:24,
206:6, 206:9,
206:16, 207:22,
208:17, 209:8,
209:15, 210:3,
210:10, 220:10,
271:11, 271:18,

292:24, 294:12,
294:18, 309:1,
316:14, 318:3,
318:6, 318:16,
319:8, 331:10,
341:23, 343:3,
357:2, 357:4,
357:14, 358:1,
365:19, 366:1,
366:8, 366:12
**fraternal**
112:18
**fraud**
326:16, 327:5
**free**
7:13
**freedom**
88:24
**freely**
64:2, 138:19,
338:19
**fresh**
43:7
**friendly**
136:18
**front**
79:10, 83:1,
102:16, 112:10,
123:10, 132:13,
134:16, 149:11,
191:20, 192:22,
264:11, 264:17,
268:16, 271:7,
273:11, 280:15,
291:16, 344:7,
363:1
**full**
133:24, 218:11
**further**
164:12, 362:12,
365:3
**fusco**
4:19

---

**G**

**gang**
29:22, 29:23,
30:1, 30:3,

30:6, 30:7,
51:3, 51:4,
51:7, 51:21,
97:24, 100:1,
100:7, 100:9,
100:12, 100:15,
100:17, 100:18,
100:19, 100:21,
100:22, 101:2,
101:4, 101:6,
101:7, 101:12,
101:15, 101:17,
101:23, 102:3,
102:14, 102:16,
103:2, 103:5,
103:8, 103:9,
103:12, 103:17,
103:21, 104:3,
135:17, 135:19,
135:21, 135:23,
136:7, 136:8,
136:15, 136:18,
136:24, 137:1,
137:2, 137:13,
137:15, 137:16,
137:17, 138:2,
138:3, 138:4,
138:5, 138:9,
138:13, 138:15,
138:17, 138:19,
138:21, 139:1,
139:2, 139:4,
152:12, 152:13,
152:17, 152:18,
152:22, 153:4,
153:8, 154:8,
154:16, 155:5,
155:12, 156:11,
156:15, 159:16,
160:4, 173:9,
180:3, 182:12,
183:17, 184:20,
188:2, 217:9,
218:2, 250:14,
252:11, 316:17,
317:16, 318:5,
318:8, 327:14,
365:13

**gang-related**
191:17, 193:22
**gangs**
127:23
**gangster**
135:18, 182:12,
184:20, 188:2,
300:9
**gangsters**
180:21, 180:23,
181:2, 181:4,
181:16
**garage**
19:1, 19:3
**gas**
146:16, 218:17,
219:4, 219:8,
220:4, 220:15,
221:10, 221:23,
222:15, 273:9,
276:23, 352:1,
352:3, 352:23,
353:2, 353:21,
355:6, 355:11,
355:20, 356:1
**gather**
54:9
**gave**
9:13, 9:18,
10:16, 21:6,
41:6, 96:16,
105:22, 107:18,
108:4, 134:7,
161:15, 162:24,
174:7, 174:17,
176:2, 177:10,
177:20, 180:4,
181:15, 197:15,
197:16, 198:9,
210:1, 213:10,
215:22, 239:20,
249:6, 256:13,
258:12, 298:18,
349:10, 358:1
**gee**
180:13, 233:1,
306:21
**geez**
291:24

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

393

**general**
90:21, 90:23, 364:23
**generally**
41:17, 166:21, 363:20
**gentleman**
122:2, 123:4
**gentlemen**
98:1
**geographically**
93:1
**geraldo**
6:19, 288:8, 289:8, 289:14, 289:20, 290:3, 294:21, 294:24, 295:2, 295:3, 295:8, 295:12, 295:17
**get**
25:5, 28:5, 32:7, 61:7, 61:10, 66:21, 67:21, 76:10, 80:1, 84:18, 85:5, 86:5, 86:23, 89:18, 89:22, 92:24, 98:16, 98:17, 102:20, 105:14, 112:6, 124:4, 135:5, 140:20, 154:8, 154:15, 159:7, 165:20, 182:4, 182:15, 183:6, 183:22, 184:1, 184:13, 185:14, 189:20, 216:10, 231:22, 255:21, 267:10, 305:18, 308:18, 309:5, 311:11, 325:23, 327:18, 328:15, 328:18, 329:4, 329:5, 329:9, 329:15, 337:17, 337:19,

337:23, 338:11, 357:8
**getaway**
204:24, 205:7
**gets**
228:22
**getting**
25:7, 80:4, 83:22, 150:6, 318:22, 355:13
**geurrera**
258:18, 258:22, 258:24, 259:1, 260:9, 260:15
**gigantic**
75:14
**girl**
297:22
**girlfriend**
303:22, 304:1, 304:6, 304:21, 305:10, 306:12, 306:18
**give**
10:20, 21:5, 38:19, 38:23, 94:23, 98:22, 105:3, 121:18, 130:22, 135:5, 151:5, 161:24, 173:2, 174:16, 174:17, 175:9, 175:15, 176:16, 205:23, 208:23, 215:2, 215:16, 248:19, 251:1, 253:14, 278:4, 285:6, 301:9, 356:19, 357:2
**given**
9:6, 9:21, 43:4, 108:11, 109:15, 115:22, 116:1, 125:16, 152:5, 163:8, 172:19, 173:13, 174:1, 178:1, 180:5, 209:3,

209:15, 216:7, 254:4, 348:20, 369:6, 370:9
**gives**
300:17
**giving**
85:9, 106:14, 136:6, 136:7, 136:24, 137:10, 140:17, 150:12, 217:9, 223:2, 223:7, 296:20, 327:13, 343:17, 345:13, 345:22, 346:8, 348:18
**glaring**
201:20
**glass**
130:3
**glasses**
74:3
**gloves**
122:3
**goes**
161:8, 161:13, 212:9, 299:24, 344:11, 345:19, 346:9
**going**
10:19, 15:6, 16:24, 17:6, 17:12, 19:7, 46:21, 49:8, 102:18, 105:2, 105:18, 106:17, 106:18, 107:12, 109:2, 109:5, 109:14, 109:18, 109:22, 109:24, 110:3, 111:5, 111:8, 114:4, 114:9, 121:18, 124:13, 125:3, 125:7, 147:17, 152:9, 154:8, 154:23, 154:24, 155:5, 163:22, 163:23, 181:19,

188:22, 189:2, 189:23, 192:3, 192:6, 192:16, 194:8, 197:17, 198:13, 202:2, 204:19, 209:10, 213:19, 215:23, 217:8, 219:10, 220:17, 220:20, 222:2, 222:23, 224:16, 228:18, 233:6, 234:14, 244:14, 247:6, 252:3, 253:3, 255:14, 256:20, 272:17, 278:15, 299:11, 300:21, 300:23, 314:8, 314:14, 316:22, 323:9, 326:3, 329:8, 363:7
**gold**
207:3, 207:5, 207:10, 207:12, 207:17, 207:23, 208:3, 208:6, 208:10, 208:13, 208:15, 209:8, 209:16, 210:3, 210:7, 210:17, 211:9, 211:16, 269:18, 270:8
**gone**
209:20, 337:10
**good**
7:20, 33:17, 33:21, 67:1, 125:16, 181:23, 193:17, 215:20, 325:5
**goofy**
224:11, 225:4
**got**
13:2, 27:19, 43:22, 52:5, 52:11, 78:3, 104:17, 114:12, 125:10, 127:9,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

394

146:20, 164:9,
168:5, 170:19,
173:4, 173:6,
173:7, 177:1,
178:1, 182:24,
184:5, 184:12,
185:12, 196:1,
196:4, 199:1,
200:12, 208:20,
216:8, 216:14,
231:14, 240:18,
240:21, 241:24,
242:6, 242:12,
252:7, 260:17,
265:14, 267:12,
267:13, 267:15,
268:6, 268:7,
269:5, 269:7,
281:14, 281:20,
285:5, 293:19,
296:1, 296:2,
297:14, 300:6,
312:6, 312:21,
323:7, 326:9,
327:4, 327:6,
341:20, 343:2,
357:10, 357:11,
358:2, 363:10,
364:24
**gprs**
40:24, 41:3,
41:4, 41:6,
58:7, 227:14
**grab**
333:15, 333:16
**graduate**
20:3, 20:5,
20:7
**graduated**
19:24, 126:15
**grammar**
126:15
**grand**
215:24, 291:16,
293:3, 294:13,
294:19, 295:17,
296:13, 316:24,
317:7, 317:13,

317:14, 317:15,
317:22, 317:23
**graphic**
183:1
**great**
193:12
**green**
59:4, 59:7,
59:10
**grip**
331:2
**gross**
327:1
**ground**
10:17, 122:4
**group**
3:12
**groups**
21:6
**grow**
126:1
**guess**
122:10, 293:18,
340:2, 340:5,
343:1
**guevara's**
147:24, 181:2,
191:16, 193:21,
194:15, 195:9,
195:16, 196:1,
201:11, 285:16
**guide**
20:24, 21:2,
21:4
**guidelines**
115:22, 116:1
**gun**
39:1, 39:3,
329:24, 330:15,
330:21, 330:23,
332:9
**guns**
305:18, 330:16,
331:19, 332:4
**gunshots**
246:4
**guy**
78:21, 83:4,

123:12, 131:11,
132:12, 134:15,
161:2, 232:4,
232:9, 233:12,
250:11, 275:4,
281:14, 281:20,
288:1, 288:8,
298:16, 300:19,
301:14, 304:5,
327:18, 344:8,
345:16
**guy's**
215:8
**guys**
94:24, 95:14,
113:19, 162:16,
162:18, 162:22,
163:9, 163:12,
163:19, 164:10,
164:24, 177:2,
183:15, 188:6,
195:22, 200:1,
201:3, 202:20,
213:24, 215:1,
221:1, 275:5,
327:24, 341:10,
343:19, 345:14,
345:18, 347:12,
348:5, 352:5,
355:5, 355:14,
357:7, 359:7,
359:17, 359:20

| H |
|---|

**h**
9:3
**h-a-l-v-o-r-s-e-n**
9:1
**habit**
78:10
**hair**
71:2, 74:3,
74:4, 122:11,
122:13, 122:14,
122:15, 122:17,
122:19
**half**
358:17

**hallway**
15:16, 15:18,
15:20, 15:22,
15:24, 16:8,
16:12, 62:1,
62:3, 62:4
**halvorsen**
1:17, 2:1, 4:8,
6:2, 6:10, 7:3,
8:5, 8:7, 8:11,
8:17, 121:15,
178:17, 185:2,
190:14, 196:15,
199:9, 200:21,
201:1, 201:6,
201:9, 203:5,
203:8, 203:10,
203:17, 203:21,
204:1, 204:20,
207:1, 207:6,
207:9, 212:8,
212:15, 213:2,
213:12, 218:12,
218:19, 218:22,
219:3, 219:7,
223:15, 224:6,
224:10, 225:10,
257:16, 290:20,
316:9, 362:1,
362:15, 362:20,
365:6, 368:7,
369:3
**hand**
8:9, 334:20,
370:17
**handcuff**
335:19, 335:22
**handles**
36:22
**handwriting**
42:5, 227:4,
227:9
**handwritten**
36:1, 121:6,
146:2, 200:4,
200:14, 203:20,
318:9, 318:16,
319:7, 349:21

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

395

handwrittens
121:10
hang
231:11, 361:13
happen
33:5, 47:11,
47:15, 66:23,
154:3, 154:5,
177:21, 326:3
happened
90:8, 118:3,
118:5, 127:3,
128:5, 130:17,
131:12, 131:14,
135:7, 172:23,
210:4, 218:17,
220:3, 221:9,
227:17, 230:9,
274:23, 288:23,
288:24, 324:23,
334:13, 340:7,
343:23, 349:3,
353:21
happening
66:24, 131:1
happens
297:14
happy
193:11
hard
74:20, 196:12,
223:20
hard-working
24:7, 24:12
harder
24:16, 24:19
harder-working
24:5, 24:13
harding
208:19
harry
23:23
has
12:20, 13:4,
19:24, 142:12,
157:22, 157:23,
245:21, 247:21,
252:14, 259:23,

275:7, 280:10,
283:10, 287:22,
289:15
haven't
113:7, 113:11
having
8:12, 12:11,
17:4, 17:10,
100:14, 131:22,
132:11, 134:8,
195:20, 196:11,
200:2, 226:13,
254:20, 255:3,
256:5, 277:12
he'd
93:22
he's
16:24, 19:12,
110:6, 122:2,
143:21, 171:15,
237:13, 261:19,
280:16, 305:8,
333:8, 347:9
head
122:12, 223:4,
288:7, 331:9
headquarters
21:7, 23:10
heads
213:10, 214:24,
215:2, 215:17
hear
8:22, 11:10,
11:14, 12:14,
154:23, 154:24
heard
33:6, 33:8,
127:5, 164:23,
170:7, 220:7,
231:11, 246:4,
348:6, 348:8,
349:9, 351:6
hearing
12:7, 12:11
heart
53:13
heated
196:2, 196:4

heating
329:24, 331:6,
331:13, 331:21,
332:8
height
71:1, 74:7,
80:21, 81:7,
81:8, 81:11,
122:22, 282:4
heights
356:22
held
2:1, 7:7
hell
216:10, 343:12
help
142:10, 207:24,
212:13, 245:14,
287:17
helped
147:18
helpful
45:3, 142:7,
150:22
her
111:21, 146:14,
146:17, 148:2,
149:8, 167:13,
220:9, 220:10,
230:20, 230:21,
231:3, 231:8,
234:9, 234:10,
234:12, 234:14,
245:24, 250:7,
251:5, 251:15,
251:18, 251:20,
251:22, 252:3,
253:23, 254:1,
254:3, 254:14,
255:2, 255:3,
255:17, 256:2,
273:8, 276:22,
277:2, 306:13,
306:23, 307:6,
325:3, 325:4,
325:5, 326:4,
326:5, 352:4,
353:12, 354:16,

354:18, 355:2,
355:3, 355:7,
355:10, 355:15,
355:16, 355:17,
355:19, 355:24
herbert
14:17, 15:7,
15:19, 17:11,
17:23, 18:6,
18:18, 19:3,
108:1, 108:24,
110:20, 110:22,
112:16
here
8:19, 8:20,
9:20, 12:4,
112:3, 130:22,
138:24, 172:6,
172:10, 172:23,
193:5, 194:20,
197:16, 200:20,
202:5, 207:14,
210:4, 222:23,
224:19, 227:17,
244:21, 258:10,
264:12, 265:10,
265:17, 271:17,
277:11, 279:17,
281:24, 300:2,
300:5, 310:24,
317:8, 318:13,
320:19, 349:11,
364:7, 364:14
here's
270:1
hereby
369:3, 370:7
hereunto
370:16
hesitate
169:20
hey
167:20, 209:8,
283:23, 350:24
hidden
331:19, 332:4
hide
211:4, 211:9,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

396

211:20, 211:22
**hiding**
117:6, 216:4
**high**
19:24, 20:3,
20:5, 20:7,
21:20, 22:19,
30:14, 123:10,
123:14, 124:24,
125:8, 125:9,
125:11, 132:13,
134:17
**himself**
98:11, 343:20,
345:9, 345:15,
347:3
**hint**
226:20
**hired**
22:24, 25:1,
191:4, 191:13,
201:23
**his**
17:2, 17:11,
28:1, 46:24,
50:7, 50:8,
52:21, 53:7,
58:12, 92:5,
98:21, 99:1,
99:7, 105:4,
106:20, 108:4,
109:23, 111:1,
111:2, 112:14,
114:9, 117:17,
131:12, 131:15,
131:17, 134:20,
139:7, 144:19,
146:8, 150:9,
152:11, 156:23,
161:16, 166:22,
167:13, 168:19,
169:3, 188:19,
193:23, 194:7,
194:20, 194:21,
197:7, 201:2,
202:12, 210:7,
216:6, 216:8,
216:9, 216:24,

234:6, 239:21,
244:22, 244:23,
246:10, 246:23,
266:13, 268:21,
272:1, 275:4,
278:5, 278:7,
294:21, 303:22,
304:1, 304:21,
306:17, 315:13,
326:14, 327:19,
327:24, 328:5,
329:15, 331:14,
334:9, 339:24,
346:15, 346:22,
349:21, 358:2,
365:16
**histories**
235:13
**history**
235:10, 235:14,
235:23, 235:24,
236:1, 238:14,
241:18, 241:21,
251:22
**hold**
58:1, 258:12
**holding**
79:6
**hole**
206:16, 206:18,
207:21, 271:16,
271:22, 272:7,
272:14
**holes**
206:4, 206:7,
206:13, 206:15
**home**
17:24, 88:13,
146:18, 231:2,
287:5, 298:15
**homicide**
36:20, 51:21,
66:13, 72:10,
159:5, 159:9,
159:13, 160:3,
160:7, 160:18,
160:22, 162:10,
172:16, 202:4,

208:9, 225:24,
230:8, 230:13,
230:14, 231:15,
251:8, 254:21,
255:4, 259:16,
260:13, 289:18,
297:17, 301:2,
303:18
**homicides**
72:17
**honorable**
112:1
**hook**
335:20
**hoping**
250:12, 251:1
**hour**
298:9
**hours**
41:16, 105:3,
120:13, 155:21,
155:24, 156:2,
156:3, 156:22,
156:23, 310:12,
310:18, 311:13,
337:3, 338:15,
357:20, 358:8
**house**
49:12, 146:12,
146:13, 149:8,
344:7, 344:9
**housed**
57:12, 57:15
**however**
196:17, 203:17,
207:8
**huffing**
292:7
**huh**
94:21, 107:10,
154:4, 165:6,
186:9, 205:12,
348:3
**humboldt**
126:4, 126:5,
126:16, 196:1
**husband**
231:3, 231:8,

234:10, 234:14,
255:9, 273:8,
352:4, 355:7
**hypothetical**
44:4, 44:17,
45:10, 77:1,
232:15

**I**

**i'll**
10:24, 11:5,
60:8, 104:19,
130:22, 175:24,
254:13, 311:2,
351:24, 358:17,
363:2, 368:13
**i've**
11:18, 13:2,
78:3, 112:15,
142:24, 185:10,
237:2, 244:3,
260:17, 292:12,
314:18, 331:19
**iad**
216:16
**idea**
27:14, 96:2,
114:15, 147:9,
216:15, 238:7,
252:5, 260:17,
261:12, 267:3,
282:2, 305:2,
342:21, 353:22
**identification**
78:13, 78:14,
83:18, 83:21,
101:20, 101:22,
103:24, 104:2,
104:11, 104:21,
104:22, 121:16,
129:2, 149:9,
178:18, 185:3,
190:15, 223:16,
225:11, 237:3,
237:23, 273:6,
290:21, 308:19,
309:5, 316:10,
362:2, 362:16

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

397

**identifications**
82:2, 82:4,
103:11, 103:20,
104:5, 104:8
**identified**
77:6, 78:20,
102:3, 102:8,
102:9, 103:17,
104:24, 146:15,
147:14, 173:10,
178:3, 179:23,
215:21, 273:7,
273:10, 275:17,
276:19, 307:19,
307:24, 308:2,
310:7, 310:22,
349:14, 349:19,
353:11, 354:8,
354:14, 356:22,
357:5, 358:6,
359:18
**identifies**
355:1
**identify**
103:22, 121:21,
166:14, 171:19,
172:18, 172:21,
180:7, 180:14,
277:8, 283:7,
354:19, 359:22,
360:10, 360:20
**identifying**
347:10, 354:10,
357:15
**identity**
103:16, 117:6,
117:15
**ig**
98:8
**iglesias**
6:19, 288:9,
289:8, 289:14,
289:20, 290:24,
294:21, 294:24,
295:2, 295:3,
295:8, 295:10,
295:17, 295:24,
296:18, 296:23

**iglesias's**
290:4, 295:21
**ignorant**
202:2
**igs**
135:24
**illinois**
1:2, 1:18, 2:7,
2:15, 3:7, 3:22,
4:6, 4:15, 4:22,
5:6, 7:8, 13:22,
370:5, 370:24
**imagine**
32:2, 166:14,
276:12
**immediately**
15:14, 305:9,
353:11
**imperial**
135:18, 180:21,
180:22, 181:1,
181:3, 181:16,
182:12, 184:20,
188:1, 300:9
**implicating**
64:10
**imply**
192:17
**importance**
33:2, 34:1
**important**
34:9, 34:13,
34:14, 36:11,
36:18, 36:21,
37:15, 39:6,
47:9, 48:9,
48:11, 84:23,
85:3, 85:4,
104:10, 104:22,
153:14, 230:1,
303:18, 347:10
**impression**
198:9
**improper**
87:16, 274:7,
333:18
**in-service**
364:3, 364:11

**inadvertently**
65:4
**inbau**
40:14
**incarcerated**
88:10, 88:16,
88:23, 89:1,
116:16
**incident**
163:10, 164:11,
191:17, 193:22,
197:23, 198:4,
198:24, 216:17,
252:16, 352:2,
353:20
**incidents**
247:10, 247:14,
247:16, 249:1
**include**
75:7, 97:17,
97:19, 267:23,
269:11, 269:12,
269:17, 303:18,
310:21, 341:1,
352:13, 352:18,
356:16
**included**
73:5, 213:4,
227:16, 247:21,
252:15, 252:22,
261:5, 296:22,
352:9
**including**
9:22
**incoming**
91:5, 95:2
**incomplete**
44:4, 44:17,
45:9, 77:1,
232:15
**incorrect**
97:3, 97:7,
209:15, 209:17
**incriminate**
106:9, 106:13
**inculpatory**
104:23
**independent**
110:8

**index**
230:6
**indicate**
11:12, 46:15,
46:17, 46:19,
59:1, 59:17,
93:16, 102:1,
102:4, 102:17,
280:19, 281:1,
281:5, 310:10,
316:2
**indicated**
149:16, 177:6,
185:11, 185:12,
226:20, 286:22,
316:5
**indicates**
186:21, 279:20,
286:2, 286:13,
298:12, 310:9,
353:3
**indicating**
226:11
**indication**
208:12
**indicted**
367:8, 367:13
**individuals**
26:21, 26:24,
146:16, 173:8,
183:12, 343:17,
354:12
**influence**
129:1
**inform**
46:12
**informant**
84:22, 84:24,
85:4, 85:14,
85:18, 85:23,
86:4, 86:23,
87:1, 87:3,
87:5, 87:8,
87:11, 87:17,
87:24, 88:10,
88:16, 116:16,
116:21, 117:2,
117:5, 117:14,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

398

117:20, 117:22,
118:1, 140:2,
140:9, 140:11,
140:18, 141:4,
167:6, 167:13,
181:2, 239:18,
239:20
**informants**
84:19, 115:20,
115:23, 116:3,
116:5, 116:11
**informed**
201:1, 207:6,
218:12, 218:16,
220:2, 221:9,
298:14
**informing**
137:1, 140:13
**initial**
32:5, 126:21,
245:9
**initially**
59:3, 117:23,
162:24, 180:9,
180:11, 194:6,
204:1, 347:1,
349:1
**initiated**
364:22
**injured**
231:4
**innocence**
46:24
**inservice**
364:18
**inside**
53:16, 53:17,
57:24, 147:4,
149:7, 150:5,
335:24
**insist**
203:17
**instance**
104:4, 198:13,
299:18
**instances**
104:20
**instant**
198:16

**instead**
219:4
**instituted**
59:4, 59:9,
216:13
**institution**
21:21, 364:22
**instruct**
109:24, 111:8,
114:9
**instructed**
96:18, 113:8
**instructing**
17:7, 17:9,
106:21, 109:4
**instructions**
93:21, 93:24,
96:16
**insurance**
326:15, 326:16,
327:4
**integrity**
39:6
**intend**
13:20, 13:24,
154:19
**intending**
15:4
**intentionally**
266:3
**interact**
115:19
**interest**
45:6, 370:14
**interested**
355:23
**interfere**
12:3
**interfering**
326:18, 327:3
**interior**
335:15
**internal**
326:11
**interpreted**
200:4
**interpreter**
196:3, 196:7

**interrelations**
197:7
**interrogate**
334:7
**interrogated**
334:22
**interrogation**
335:6, 335:9,
335:13, 335:16,
337:6, 337:13,
337:23, 338:7,
338:18, 338:20,
339:8, 339:11
**interrogations**
40:4, 40:13
**interview**
38:18, 61:12,
61:18, 62:3,
64:14, 132:17,
133:7, 146:13,
186:19, 186:22,
187:5, 191:22,
223:18, 248:22,
251:5, 257:13,
258:5, 286:24,
298:6, 298:8,
298:17, 316:14,
366:17
**interviewed**
38:9, 70:12,
146:1, 186:23,
203:1, 234:6
**interviewing**
38:15, 38:20,
98:6, 298:10
**interviews**
32:2, 35:3,
37:10, 37:12,
40:4, 40:13,
40:21, 85:3,
132:10, 224:5
**into**
15:16, 50:18,
62:2, 63:6,
63:11, 63:19,
63:20, 64:15,
66:13, 72:9,
76:13, 79:8,

99:16, 107:12,
132:5, 151:12,
170:18, 170:19,
196:2, 197:17,
198:13, 216:8,
218:14, 219:5,
220:1, 221:7,
227:15, 230:7,
235:3, 235:20,
236:5, 263:15,
273:9, 300:6,
331:13, 338:23,
339:1
**introduce**
7:12
**introduced**
41:3, 219:4,
268:11, 362:20,
365:8
**inventoried**
148:21, 273:13,
309:18, 322:18
**inventory**
59:13, 59:16,
60:2, 225:18,
225:23, 227:6,
228:8, 228:15,
228:19, 228:21,
229:3, 229:9,
229:12, 229:15,
229:16, 229:19,
234:19, 235:1,
237:2, 237:18,
240:21, 241:1,
241:4, 242:12,
243:20, 244:2,
248:3, 261:7,
261:10, 267:6,
267:14, 267:18,
269:2, 269:6,
309:16, 321:20,
321:21, 322:2,
322:3, 322:11
**investi**
324:23
**investigate**
26:20, 71:19,
142:2, 191:7,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

399

194:5, 194:8,
250:13, 251:15,
251:18, 251:20,
251:21, 255:22,
256:21, 259:10,
259:14
**investigated**
36:19, 72:14,
144:4, 211:9,
288:5
**investigating**
58:22, 77:7,
77:15, 77:23,
78:8, 86:20,
86:24, 161:11,
190:24, 191:9,
248:5, 248:9,
288:13, 288:16,
297:16, 325:10
**investigation**
32:5, 33:13,
33:16, 34:2,
34:10, 34:18,
34:24, 39:7,
41:12, 43:13,
44:1, 44:13,
46:5, 46:15,
46:17, 47:10,
48:17, 58:14,
66:12, 68:4,
78:5, 84:24,
115:2, 125:5,
130:19, 131:20,
131:23, 144:12,
145:5, 145:6,
150:22, 151:6,
163:15, 163:21,
164:9, 164:13,
200:22, 207:16,
208:9, 216:14,
227:24, 245:9,
247:20, 248:14,
251:2, 255:7,
255:18, 256:7,
284:10, 284:13,
289:18, 303:8,
317:20, 319:4,
320:1, 320:11,

320:21, 320:23,
326:10, 326:13,
326:19, 327:4,
327:7, 366:4
**investigations**
32:5, 34:13,
41:9, 45:4,
47:12, 47:23,
64:1, 71:24,
95:18, 96:12,
176:14, 202:4,
325:21
**investigative**
44:22, 57:20,
57:21, 58:23,
59:12, 59:20,
93:17, 94:4,
95:3, 117:10,
118:12, 120:16,
121:1, 121:4,
121:7, 130:21,
145:18, 203:18,
225:17, 225:23,
227:18, 228:19,
228:20, 229:3,
229:9, 229:12,
229:15, 229:16,
229:19, 229:23,
230:6, 234:18,
235:1, 243:20,
244:1, 249:2,
253:2, 267:14,
267:17, 269:2,
269:6, 283:3,
284:21, 284:23,
298:2, 321:20,
322:3, 364:12
**investigators**
115:6
**invited**
23:21, 23:22
**involve**
328:15, 328:18
**involved**
36:17, 55:10,
70:9, 71:22,
78:4, 116:12,
127:23, 162:9,

162:16, 162:19,
162:22, 163:7,
163:9, 163:12,
163:20, 164:11,
165:1, 165:14,
199:1, 226:17,
318:11, 318:21,
325:23, 366:21
**involvement**
254:20, 255:3
**involving**
259:14, 259:17,
324:21
**ir**
235:8, 236:13,
236:14, 236:15,
236:17, 241:18,
241:21
**isn't**
26:3, 88:12,
169:6, 230:2,
283:3, 322:11
**issue**
319:6
**issues**
12:1, 148:23
**it'd**
74:20
**it's**
10:15, 33:5,
38:7, 44:4,
48:2, 48:9,
48:11, 57:8,
69:8, 76:24,
77:1, 84:23,
85:3, 109:2,
130:15, 137:15,
138:3, 144:19,
167:1, 185:11,
192:17, 193:4,
202:18, 202:23,
212:10, 212:15,
212:16, 214:4,
214:6, 214:13,
216:12, 223:20,
230:1, 234:23,
241:1, 243:4,
244:4, 244:13,

244:15, 247:10,
248:3, 249:9,
249:10, 249:13,
258:7, 258:14,
260:14, 260:22,
264:1, 264:3,
264:7, 264:13,
264:16, 265:15,
268:12, 272:10,
278:8, 283:5,
283:6, 285:15,
290:9, 290:11,
290:12, 292:11,
298:8, 301:5,
309:7, 311:3,
311:15, 311:19,
313:17, 317:19,
318:23, 320:8,
330:9, 331:22,
333:18, 346:23,
347:7, 354:24,
358:7, 359:1,
361:14
**item**
234:19, 235:17,
364:1, 364:20
**items**
58:3, 59:17
**its**
211:10, 370:15
**itself**
192:13, 202:13

**J**

**jack**
227:13, 247:2,
249:5, 249:15,
251:4, 252:20,
252:23, 253:11,
319:10, 320:2,
320:9
**jack's**
244:17, 245:3,
245:6, 248:15,
256:6
**jackson**
4:13
**jail**
89:15, 89:19,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

400

116:14, 117:18,
140:19, 151:22,
151:24, 154:8,
154:16, 159:21,
318:4, 318:7
**january**
237:17
**jealous**
250:14
**jeff**
119:2
**jennifer**
3:10, 7:16
**jim**
115:16
**joanne**
1:24, 2:12,
7:10, 370:3
**job**
1:22, 22:6,
22:8, 25:1,
53:14, 53:16,
53:17, 284:24,
323:7
**jobs**
20:22, 20:23,
86:16
**joe**
213:5, 214:4,
215:6, 215:15,
216:11, 217:3,
217:8, 217:17,
217:22, 327:12
**john**
5:2, 8:1,
143:11, 143:13,
143:17, 143:18,
152:24, 153:1,
153:16, 153:18,
153:22, 154:20,
156:18, 158:24,
159:15, 160:8,
165:13, 186:19,
213:5, 214:5,
214:20, 215:2,
215:8, 215:12,
316:17, 350:18,
350:24, 366:2

**johnny**
324:22, 325:7,
325:15, 326:11
**join**
34:4, 35:2,
43:3, 49:1,
65:24, 68:10,
88:21, 89:9,
95:7, 95:8,
97:5, 97:6,
97:14, 97:15,
135:1, 137:20,
137:21, 141:1,
141:2, 142:6,
143:16, 150:10,
151:2, 151:9,
151:10, 157:1,
159:11, 159:18,
160:24, 161:1,
164:6, 164:7,
166:11, 170:10,
171:8, 171:9,
175:6, 175:7,
177:15, 177:16,
177:23, 177:24,
180:19, 181:8,
182:21, 182:22,
183:8, 184:10,
184:16, 184:17,
188:20, 220:20,
221:12, 222:6,
222:7, 229:6,
230:5, 232:16,
233:17, 233:18,
233:24, 239:17,
256:17, 256:24,
266:17, 279:11,
280:9, 281:12,
281:13, 281:17,
281:18, 284:6,
284:7, 286:12,
289:23, 289:24,
305:1, 333:23,
341:16, 342:4,
343:9, 350:15,
350:16, 353:7,
356:3
**joined**
49:14, 222:8

**joker**
163:3, 163:5,
163:7, 163:19,
164:24, 165:14,
174:3, 176:22,
299:9, 299:11,
299:15, 300:18,
307:20, 342:18,
346:20, 351:14
**jones**
4:4
**jordan**
176:8, 176:9,
176:12, 176:23,
178:10, 179:2,
179:16, 181:9,
181:10, 182:5,
182:13, 183:13,
184:21, 188:3,
188:8, 188:16,
239:3, 309:3,
342:1, 342:9,
342:15, 343:5,
343:15, 345:17,
347:2, 348:23,
349:15, 349:24,
350:22, 356:21,
357:6, 359:15,
359:17, 359:20,
359:22, 360:10,
360:20, 361:3
**jorge**
176:13, 178:10,
179:2, 179:17,
181:10, 226:5,
282:17, 285:7,
299:17, 299:19,
299:22, 307:24,
318:14, 323:23,
343:4, 349:14
**jose**
1:5, 3:2, 5:11,
7:4, 7:15,
114:24, 144:6,
144:15, 144:17,
144:22, 145:3,
145:20, 175:12,
176:11, 178:9,

179:1, 179:16,
226:4, 270:14,
270:19, 273:7,
275:17, 275:22,
276:19, 277:6,
277:8, 298:19,
299:1, 308:2,
308:7, 318:14,
321:4, 323:15,
332:7, 341:2,
341:6, 341:7,
343:3, 345:24,
346:5, 346:12,
346:14, 349:14,
349:22
**jose's**
145:1
**josh**
4:10, 8:4,
119:1, 192:19
**joy**
133:24
**jr-1**
175:20, 224:1,
224:2
**judge**
16:14, 16:16,
112:6, 112:12,
192:21, 193:5
**julie**
5:3, 7:24,
368:3
**july**
228:2, 228:3,
242:15, 242:18,
242:21, 242:24,
244:5, 291:6,
293:8, 294:4,
294:19, 295:17,
296:13, 296:24,
312:9, 312:21,
313:11, 313:13,
313:16, 313:17,
321:19, 322:8,
322:12, 322:18,
364:4
**jury**
192:22, 200:15,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

401

215:24, 291:16,
293:3, 294:13,
294:19, 295:17,
296:13, 316:24,
317:7, 317:13,
317:14, 317:15,
317:22, 317:23
**justice**
195:1
**justify**
47:7

---
**K**
---

**kane**
370:5
**kedzie**
126:6
**keep**
58:15, 77:15,
78:8, 115:23,
150:6, 157:16,
188:22, 325:4
**keeping**
79:19, 257:3
**kept**
117:15, 189:2,
257:17, 257:18,
258:1, 363:3
**kid**
123:9, 132:12
**kidnappings**
72:16
**kids**
328:8
**kill**
300:18
**killed**
140:20, 201:3,
231:9, 232:4,
233:2, 233:8,
233:12, 234:5,
298:1
**killer**
194:24
**kind**
12:6, 35:8,
37:3, 38:7,
39:4, 54:18,

55:9, 59:22,
64:20, 72:6,
74:1, 76:17,
88:2, 101:18,
111:7, 111:16,
116:10, 258:12,
299:4, 330:19,
336:6, 336:13,
336:15, 336:17
**king**
104:4, 350:19,
350:24
**kings**
297:23
**kivetz**
119:2
**knew**
34:12, 34:14,
37:17, 49:17,
72:23, 89:11,
136:12, 140:4,
141:15, 142:23,
143:11, 143:13,
143:17, 144:15,
161:5, 171:17,
172:16, 176:3,
180:6, 214:4,
215:16, 226:6,
239:24, 246:8,
246:21, 288:1,
325:5, 327:21,
342:5, 343:13,
344:12, 344:13,
345:6, 346:14,
346:18, 347:14,
348:17, 349:8,
349:10, 349:22,
350:1, 350:3,
350:4, 350:11,
350:20, 351:6,
356:13, 357:12,
357:14, 360:3
**knock**
337:11
**knowing**
341:7, 341:14
**knowledge**
31:18, 31:20,

38:12, 91:4,
127:19, 136:17,
140:8, 159:13,
161:16, 199:14,
219:9, 226:12,
250:4, 255:5,
260:10, 274:18,
334:14, 339:7,
366:15, 367:9,
367:14
**known**
100:22, 299:1,
299:5, 299:15,
299:17, 307:20,
308:1, 308:3,
341:22, 345:24,
346:1, 346:6,
349:6
**knows**
304:5, 351:2
**kosberg**
5:12, 7:11
**kurt**
115:10, 115:12

---
**L**
---

**labeled**
224:19, 364:3
**laid**
78:1
**lane**
20:6
**language**
129:21, 129:22
**large**
30:1, 329:14,
329:22, 330:7,
330:13, 330:18,
330:22, 330:24,
331:2, 331:4,
331:7, 331:12,
332:8, 332:9
**largest**
62:13
**lasalle**
3:20
**last**
9:15, 9:19,

10:1, 14:2,
111:10, 113:9,
113:11, 118:15,
119:17, 120:11,
161:12, 165:10,
200:19, 202:17,
212:5, 212:7,
212:17, 237:7,
237:9, 237:11,
237:14, 247:19,
257:15, 275:23,
300:5, 304:3,
306:13, 306:17,
306:22, 307:5,
307:13, 363:15
**lasted**
120:8
**lastly**
308:1
**later**
34:2, 34:10,
34:13, 39:20,
48:15, 59:4,
68:5, 117:24,
146:6, 233:21,
246:4, 271:12,
303:20, 348:21,
360:2
**latest**
307:6
**latex**
122:3
**latin**
104:4, 297:23
**latino**
279:3, 279:5,
279:13, 279:18
**latinos**
279:23
**launched**
326:10
**law**
3:12, 4:12,
29:18, 191:4,
325:2, 326:1
**lawful**
112:1
**laws**
111:23

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

402

lawsuit
10:13
lawyers
114:19, 190:5,
190:23, 191:15,
193:19, 195:11,
197:5, 197:8,
198:12, 199:18,
204:6, 205:3,
207:13, 213:21,
219:14, 219:17,
219:20, 220:13,
222:1, 222:11,
224:15, 224:23,
257:24
lay
77:4
lead
193:7, 253:3,
253:6, 253:10,
253:11, 260:13,
287:13, 287:14,
319:10, 319:13,
319:20, 319:22,
319:24, 320:2,
320:10, 320:14,
320:16
leads
32:11, 54:15,
54:19, 54:23,
232:22, 233:1,
233:21, 260:7
league
52:22
leak
213:4
learn
34:7, 37:12,
37:15, 37:16,
65:21, 82:3,
82:5, 114:1,
123:13, 155:4,
155:7, 165:13,
194:1, 194:3,
332:11, 332:17
learned
34:15, 67:10,
67:14, 68:2,

69:10, 81:18,
114:12, 125:6,
125:14, 126:19,
165:18, 183:4,
194:7, 237:21,
238:2, 258:7,
258:8, 309:1,
352:1, 354:13
learning
71:23
least
120:11, 264:16
leave
16:14, 17:23,
18:9, 28:12,
30:9, 93:21,
96:14, 96:18,
160:10, 193:15,
293:19, 311:12,
334:6, 337:7
led
181:10
left
15:14, 15:15,
28:2, 53:7,
56:8, 126:15,
160:9, 259:23,
340:4, 340:10,
340:11
left-front
271:13
legible
42:9
legit
167:21, 168:4,
168:8
legitimate
168:11
leinenweber
3:18, 3:19,
7:20, 7:21
lend
112:21, 327:11
lengths
300:13
lengthy
161:15, 176:2,
196:14

less
21:9, 21:19,
29:9, 53:14,
137:12, 137:15,
138:3, 138:14,
138:16, 139:1
let
35:6, 38:8,
43:21, 44:8,
47:20, 51:22,
78:6, 85:11,
88:9, 95:15,
95:19, 141:12,
151:23, 153:10,
176:21, 182:1,
189:21, 190:3,
192:8, 201:24,
205:15, 206:17,
210:2, 263:7,
270:23, 271:1,
275:21, 290:2,
300:4, 306:4,
316:7, 316:21,
329:15, 338:17,
351:23
let's
34:22, 63:22,
70:16, 93:7,
104:3, 121:13,
178:14, 178:15,
184:24, 189:11,
190:12, 190:21,
203:2, 212:5,
218:10, 223:13,
225:8, 244:9,
254:12, 258:9,
261:14, 268:14,
279:16, 280:17,
282:13, 286:14,
290:2, 291:15,
297:3, 304:2,
316:21, 316:22,
324:6, 361:18,
361:19
level
31:22, 78:11,
78:15, 78:18
liability
106:16, 107:8,

112:4
liars
222:24
license
58:4
lies
112:13
lieutenant
23:23
lieutenants
61:1, 61:3,
61:8, 61:10
life
105:4, 328:5,
349:18
light
335:24
lighting
336:6
like
64:20, 78:21,
83:7, 99:12,
102:9, 111:19,
130:22, 142:24,
155:1, 171:14,
193:10, 200:19,
220:6, 226:7,
228:2, 235:11,
250:6, 250:8,
270:4, 270:5,
276:23, 282:11,
283:24, 336:16,
336:17
liked
200:16, 306:6
likely
137:12, 137:15,
138:3, 138:8,
138:14, 138:16,
139:2, 329:9
line
91:2, 91:3,
91:4, 92:1,
240:14, 241:5,
241:10, 241:11,
241:22, 242:1,
242:6, 242:9,
242:13, 243:3,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

403

243:8, 291:4,
292:22, 293:6,
293:7
**lines**
91:5, 175:24,
236:1, 236:2,
245:23, 300:5,
364:1
**lineup**
78:22, 79:9,
79:21, 79:23,
80:9, 80:17,
80:20, 81:2,
81:14, 82:1,
82:4, 82:7,
82:8, 82:16,
82:17, 83:2,
83:3, 83:6,
83:7, 128:14,
128:15, 128:19,
128:21, 129:3,
129:5, 242:6,
277:19, 278:16,
278:22, 279:7,
279:14, 279:21,
280:10, 280:14,
280:20, 280:23,
282:7, 282:10,
282:12, 282:22,
283:10, 283:13,
284:1, 284:14,
285:4, 310:7,
310:11, 310:13,
310:14, 310:16,
310:18, 310:22,
310:23, 311:4,
311:9, 312:4
**lineups**
79:1, 79:3,
79:6, 79:13,
79:15, 79:18,
82:19, 128:7,
128:8, 128:9,
129:8, 130:18,
131:2, 131:20,
283:2, 329:4
**link**
226:4, 248:15

**linkage**
142:19
**list**
25:18, 25:21,
25:24, 30:15,
30:18, 30:20,
177:12, 177:17,
180:3
**listed**
248:3, 261:9,
261:15, 261:19,
364:13
**literally**
357:20
**little**
21:9, 21:19,
29:9, 52:22,
57:8, 122:23,
137:23, 148:10,
161:8, 193:4,
234:13, 292:10,
292:15
**live**
13:22
**lived**
150:3, 344:13,
356:23
**lives**
19:14
**living**
19:10, 19:12
**llc**
3:19, 4:19
**loan**
327:15
**locate**
203:18, 207:18
**located**
127:6, 208:18
**location**
2:2, 38:21,
76:20, 208:17,
210:17, 269:11,
321:21
**locations**
92:4, 331:20
**lock**
338:21, 338:23

**locked**
62:23, 67:17,
67:19, 68:7,
102:11, 215:24
**locks**
338:21
**lockup**
89:14, 132:11,
134:9, 134:15,
135:9, 135:10,
135:11, 138:20,
139:9, 279:22,
279:24, 338:11
**loevy**
2:4, 3:4, 7:3,
7:4, 7:7
**log**
101:18, 102:13,
237:24
**logan**
126:4, 126:7,
126:16
**logged**
268:17, 268:23
**logical**
250:6, 250:8
**long**
16:18, 21:8,
21:17, 23:13,
26:9, 27:1,
29:7, 32:23,
40:22, 48:21,
51:9, 52:7,
52:17, 53:9,
53:21, 53:24,
66:12, 72:1,
81:15, 81:23,
118:13, 119:9,
119:11, 119:14,
119:16, 119:20,
120:7, 122:15,
134:7, 164:22,
169:23, 298:6,
333:24, 359:2
**longer**
66:17
**longhand**
35:19

**look**
74:2, 77:5,
78:3, 78:19,
79:10, 80:1,
80:13, 80:15,
80:19, 98:17,
99:5, 101:17,
134:11, 134:20,
145:18, 148:7,
173:20, 173:22,
175:9, 180:20,
180:22, 181:1,
185:19, 200:19,
208:9, 224:1,
224:4, 234:19,
240:2, 240:23,
241:4, 244:14,
253:18, 253:22,
267:17, 279:16,
280:17, 280:22,
287:20, 296:5,
298:24, 299:13,
299:21, 309:7,
329:19, 332:8,
332:14, 334:2,
352:16, 353:8,
353:9, 358:11,
358:19, 359:15,
359:21, 360:9,
360:19, 360:22,
361:3, 363:14,
363:24, 364:10
**looked**
79:8, 102:5,
102:9, 103:21,
104:4, 148:17,
164:15, 180:15,
181:14, 211:13,
245:24, 246:5,
276:23, 311:1,
311:2, 332:7,
340:24, 343:16,
359:4, 359:14,
359:16
**looking**
47:19, 54:13,
73:24, 90:5,
98:18, 126:23,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

404

127:4, 175:1,
180:14, 181:9,
185:5, 202:21,
207:9, 207:23,
260:2, 278:23,
301:6, 311:4,
358:5, 361:2
**looks**
78:21, 228:2
**loose**
164:9
**lot**
30:7, 86:13,
135:4, 202:5,
210:18, 328:9,
328:10, 329:8
**loud**
10:21
**louder**
12:14
**love**
97:24
**lover**
250:14
**lugged**
339:16
**lupe**
161:4
**lying**
219:22

---

**M**

---

**made**
24:10, 24:20,
101:20, 103:12,
104:6, 104:8,
111:3, 111:17,
157:22, 187:21,
187:23, 248:22,
316:5
**magnified**
88:2
**maher**
132:7, 132:10,
132:15, 134:5,
202:24
**maher's**
132:9

**mail**
40:9
**main**
61:24, 62:1,
62:9, 62:11
**mainly**
21:6, 129:21,
259:12
**maintain**
213:14
**maintained**
101:3, 243:14
**majority**
315:5
**make**
8:18, 24:21,
26:9, 26:15,
26:23, 38:10,
73:8, 73:13,
73:17, 73:19,
73:22, 75:23,
80:16, 80:20,
84:12, 87:7,
88:11, 89:7,
89:10, 89:12,
104:2, 104:11,
104:21, 111:4,
127:9, 136:13,
158:8, 190:1,
192:9, 230:1,
267:18, 268:4,
278:16, 282:8,
284:1, 292:11,
292:20, 306:7,
322:16, 323:20,
323:22, 339:12,
351:12
**making**
78:12, 145:8,
145:11, 149:8,
193:6, 224:8,
225:1, 304:19
**man**
80:23, 352:4
**manila**
57:23, 58:6,
58:10
**manner**
244:21

**manpower**
28:18
**manual**
55:14
**manually**
55:17
**many**
9:8, 30:22,
35:18, 90:23,
94:17, 98:4,
98:17, 116:12,
143:19, 164:18,
171:18, 172:17,
180:6, 180:16,
288:18, 324:18,
328:8, 331:19,
358:19
**march**
260:7, 260:22
**mark**
121:13, 178:15,
184:24, 190:12,
223:13, 225:8,
290:2, 316:8
**marked**
121:15, 121:20,
150:2, 178:17,
185:2, 190:14,
223:15, 225:10,
290:20, 316:9,
362:1, 362:5,
362:15, 363:1
**marks**
71:2
**master**
180:3
**match**
98:13, 180:4,
206:2, 313:6,
354:20
**matched**
277:7
**material**
40:9, 211:12
**math**
231:23
**matt**
7:23, 365:4,

366:2
**matter**
7:4, 153:14,
203:7, 218:14,
219:7, 282:24,
365:22
**matthew**
4:2, 365:7,
365:9, 365:24,
367:2, 367:5,
367:10
**may**
16:7, 48:6,
76:9, 120:17,
122:8, 124:14,
136:3, 139:7,
143:9, 151:19,
151:21, 164:10,
165:3, 165:4,
165:7, 165:10,
168:23, 200:23,
202:22, 203:11,
226:16, 236:21,
236:23, 237:1,
237:4, 237:8,
237:22, 238:1,
238:8, 238:12,
238:23, 248:15,
266:19, 313:5,
314:23, 360:5,
360:8, 360:17,
361:1, 370:20
**maybe**
320:6, 359:6
**maysonet**
14:13
**meals**
89:3
**mean**
13:11, 32:21,
35:22, 37:19,
37:22, 44:8,
44:22, 46:16,
60:8, 61:16,
62:12, 63:9,
69:19, 70:3,
70:5, 70:8,
73:3, 74:21,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

405

76:5, 82:17,
99:14, 103:2,
103:23, 119:11,
125:2, 127:12,
129:22, 130:9,
134:19, 145:14,
149:18, 150:21,
158:8, 163:23,
191:6, 228:19,
228:20, 235:11,
238:13, 243:11,
259:5, 274:15,
285:18, 320:5,
320:22, 333:8,
360:7, 360:24
**meaning**
243:19, 245:5
**meaningful**
26:18, 26:19
**means**
70:4, 222:20,
296:6, 314:11
**meant**
82:12, 179:10
**media**
111:15, 112:21,
113:2
**medical**
12:1, 12:2,
12:20
**medication**
12:2
**medium**
122:17, 122:19,
281:22
**medium-sized**
331:1
**meet**
15:4, 15:6,
45:16, 50:9,
65:14, 119:9,
119:23, 143:18,
143:22, 144:1,
156:6, 156:14,
304:21, 305:21,
365:11
**meeting**
119:11, 119:14,

119:20, 120:3,
120:4, 120:7,
120:12, 156:17,
157:6, 157:22,
186:1, 186:15,
187:17, 190:22,
191:2, 193:20,
203:7, 203:12,
219:6, 305:13,
305:15, 305:17,
365:18, 365:24,
367:5
**meetings**
119:8, 120:2,
120:8
**member**
12:19, 23:19,
23:24, 24:3,
28:19, 30:4,
63:5, 135:21,
136:7, 136:8,
136:15, 137:1,
137:2, 137:13,
137:15, 137:16,
137:17, 138:2,
138:3, 138:4,
138:15, 138:20,
139:1
**members**
20:9, 97:24,
100:22, 135:24,
138:12, 138:17,
139:3, 180:3,
181:16, 327:14
**memo**
196:14, 223:18
**memorandum**
6:16, 6:17
**memorialize**
102:2, 228:7
**memorialized**
37:6, 199:11,
199:20, 203:13,
350:19
**memory**
12:17, 12:22,
13:6, 43:7,
68:5, 130:21,

131:24, 134:12,
134:21, 145:19,
162:7, 298:5,
303:15, 303:20,
348:22
**memos**
120:20, 120:22
**men**
279:3, 279:6,
279:13, 279:19,
342:18, 343:14,
349:19, 351:16,
352:3, 352:9,
352:14, 353:2,
353:4, 355:10,
355:20, 355:24
**men's**
341:13
**mental**
355:2
**mention**
170:11
**mentioned**
12:20, 119:19,
171:11, 184:4,
201:22
**merchandise**
210:12
**meritoriously**
65:22
**met**
50:8, 113:19,
119:17, 120:10,
135:15, 144:2,
190:5, 201:7,
201:17, 305:8,
365:10
**metal**
335:19
**mexican**
195:8, 195:14,
195:15, 195:23
**middle**
63:6, 247:8,
247:10, 330:6
**midnight**
93:20, 93:21,
93:24, 94:3,

94:15, 95:2,
95:13, 96:5,
96:6, 96:9
**midnights**
52:21
**miedzianowski**
213:5, 214:5,
215:7, 215:15,
216:11, 217:3,
217:9, 217:17,
217:18, 217:22,
327:12
**might**
13:5, 33:21,
34:12, 39:3,
48:7, 48:12,
48:17, 55:2,
63:13, 64:5,
64:6, 64:9,
80:2, 85:4,
85:21, 86:1,
86:19, 87:5,
97:3, 103:14,
106:15, 107:7,
139:18, 141:16,
142:18, 144:5,
146:19, 149:10,
151:21, 183:12,
209:19, 219:4,
223:22, 232:22,
233:1, 240:10,
250:22, 251:12,
266:5, 285:5,
315:4, 336:13,
354:11, 359:8
**mind**
88:22, 111:3,
111:4, 148:24,
169:5, 302:14
**mingey**
4:9, 8:5, 8:7,
14:17, 201:2,
223:19, 278:10,
287:6, 287:9,
287:14, 288:1,
298:15, 323:21
**minor**
197:3

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

406

minors
259:14, 259:15,
259:17
minute
356:5, 356:11
minutes
16:16, 16:20,
246:3, 272:18,
351:9, 358:15,
358:16
miscellaneous
58:3
mischaracterizes
58:12, 150:9,
188:11, 188:19,
272:1
mischaracterizing
202:11, 202:13,
224:18, 315:12
misconduct
324:16, 325:1,
325:13, 325:16,
326:23, 327:1
misconducts
327:8
misdeeds
138:15, 138:17,
139:3, 139:4
misrepresentation
219:12
misrepresentatio-
ns
193:7
misrepresenting
220:21, 221:13,
222:3, 222:17,
222:19
missed
359:6
missing
225:13, 275:4,
275:5
mission
304:23
misspoke
179:8, 210:2
mistake
312:3, 316:5

mistaken
202:9
mixing
265:10
moments
246:4
monday
361:11
mondo
163:3, 163:5,
163:7, 163:20,
164:24, 165:14,
174:3, 174:7,
174:13, 174:23,
175:1, 176:8,
176:12, 177:3,
177:7, 178:9,
179:1, 179:16,
182:5, 182:13,
183:13, 184:21,
188:3, 188:8,
188:16, 239:2,
273:10, 309:3,
342:1, 342:9,
342:15, 343:5,
343:14, 345:16,
346:1, 347:2,
348:23, 349:15,
349:24, 350:22,
356:14, 356:21,
357:5, 359:16,
359:20, 359:22,
360:10, 360:20,
361:3
mondos
177:13, 177:19,
358:19
money
250:14, 327:15,
327:21, 327:24,
338:8
monica
288:4, 288:5,
289:9, 289:15,
289:18, 297:17,
297:20
monster
111:16

mont
6:14, 6:18
montanez
1:5, 3:2, 5:11,
7:4, 7:15, 8:13,
51:23, 144:6,
144:15, 144:17,
144:22, 145:3,
145:20, 173:2,
173:11, 176:12,
178:9, 179:1,
179:16, 201:4,
207:4, 226:4,
226:12, 226:21,
238:14, 257:7,
257:9, 273:7,
273:22, 275:17,
275:22, 298:20,
299:1, 299:5,
305:12, 308:2,
308:7, 318:15,
321:4, 323:15,
341:2, 341:3,
343:3, 345:24,
346:5, 346:12,
346:15, 349:14,
349:22, 350:21,
351:3, 363:9,
367:7, 367:12
montanez's
175:12, 201:10,
204:21, 205:5,
205:17, 205:21,
206:2, 206:8,
206:19, 207:7,
207:19, 207:20,
236:15, 270:15,
270:19, 271:21,
272:6, 272:15,
276:19, 277:6,
277:8, 332:7,
341:6
month
151:17, 209:5,
237:7, 237:9,
237:11, 237:14
months
22:10, 27:11,

27:13, 66:16,
257:17, 258:2
montia
16:4, 16:5
monticello
304:18, 304:21,
305:2
moon
98:8, 98:9,
98:15
more
3:18, 16:20,
24:20, 24:21,
24:23, 24:24,
25:2, 26:10,
26:15, 26:18,
26:23, 70:6,
70:8, 92:4,
99:19, 99:21,
99:23, 110:6,
118:18, 128:9,
128:19, 129:13,
136:19, 138:8,
138:19, 217:20,
242:12, 245:14,
274:10, 298:9,
328:11, 329:9,
329:12, 329:13,
347:14, 357:23,
358:1, 358:19
morning
7:20, 119:12,
156:7, 231:12,
232:5, 233:3,
233:5, 233:8,
233:13, 246:11,
246:13, 246:17,
246:22
moses
298:20, 299:1,
299:5, 308:3,
342:18, 346:20,
347:18, 347:19,
351:14
most
36:20, 62:9,
120:8, 157:5
mostly
71:20, 71:21

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

407

| | | | |
|---|---|---|---|
| motion | must | 347:5, 348:6, | 103:24 |
| 82:6 | 11:21, 218:21, | 348:8, 349:9, | neighbor |
| motions | 317:8 | 349:10, 350:1, | 231:3, 234:12 |
| 82:1, 82:4 | myself | 350:4, 351:5, | neighborhood |
| motive | 42:11, 53:12, | 360:23 | 276:2 |
| 244:21 | 63:6, 156:18, | narrow | neither |
| mouth | 362:20, 365:8 | 64:20, 172:5, | 285:7, 370:12 |
| 325:4 | | 172:12, 336:22 | nephew |
| move | **N** | nature | 191:16, 193:21, |
| 13:24, 126:13, | name | 58:4, 62:23, | 193:23, 194:7, |
| 292:10 | 8:15, 9:3, | 71:3, 74:4, | 194:16 |
| moved | 40:12, 41:14, | 117:6, 280:8 | nephew's |
| 27:18, 126:16 | 50:7, 50:8, | ncic | 194:21 |
| moving | 51:17, 51:19, | 54:23 | never |
| 312:6 | 51:20, 52:6, | near | 25:22, 27:19, |
| mrs | 93:5, 98:14, | 237:22 | 33:6, 33:8, |
| 111:20 | 99:20, 99:23, | necessarily | 58:17, 58:18, |
| much | 106:2, 117:9, | 35:13, 47:16, | 58:19, 75:15, |
| 71:4, 86:5, | 117:12, 117:13, | 89:6, 313:6 | 78:7, 83:7, |
| 86:23, 88:12, | 117:20, 117:23, | necessary | 112:15, 115:5, |
| 123:2, 136:17, | 123:12, 144:20, | 141:23, 141:24 | 159:12, 166:23, |
| 282:3, 292:15, | 166:8, 169:6, | need | 167:1, 200:16, |
| 328:12, 337:20 | 172:20, 194:21, | 11:20, 73:1, | 215:6, 217:20, |
| mucked | 213:4, 215:8, | 75:3, 78:21, | 218:7, 226:20, |
| 228:4 | 216:22, 260:1, | 87:7, 94:9, | 256:4, 272:3, |
| muddying | 261:22, 277:23, | 94:10, 94:13, | 282:1, 288:23, |
| 203:16, 204:11 | 278:2, 278:7, | 96:10, 111:1, | 288:24, 327:16, |
| mug | 306:14, 306:17, | 111:2, 142:15, | 327:17, 327:18, |
| 76:5, 308:12 | 306:22, 307:5, | 142:16, 166:16, | 327:21, 327:22, |
| multiple | 307:6, 362:21, | 174:12, 174:22, | 342:20, 342:22, |
| 47:12, 47:16, | 365:7 | 188:23, 192:14, | 348:6, 355:7, |
| 47:24, 48:6, | named | 193:9, 268:2, | 359:14, 359:16 |
| 48:10, 128:20, | 100:6, 131:11, | 275:4, 292:10, | new |
| 202:4, 345:18, | 161:2, 161:5, | 353:10, 356:19, | 3:15, 28:17, |
| 347:12, 347:16, | 161:7, 164:24, | 357:1, 361:8, | 63:18, 67:10, |
| 350:3 | 174:23, 195:21, | 361:10, 368:12 | 67:11, 67:13, |
| municipal | 288:8, 301:24, | needed | 67:14, 68:1, |
| 149:16, 149:23, | 359:20 | 28:18, 43:5, | 69:12, 187:7, |
| 150:1 | names | 93:18, 94:5, | 229:12, 229:16, |
| murder-for-hire | 14:18, 98:5, | 95:3, 95:13, | 251:8, 255:17, |
| 116:13 | 99:11, 173:2, | 95:17, 171:14, | 258:6, 271:12 |
| murdered | 174:18, 174:23, | 228:15, 229:4, | next |
| 193:24, 250:12, | 175:10, 177:10, | 240:2, 249:6 | 10:24, 11:7, |
| 289:9, 325:3, | 178:1, 180:4, | needs | 53:3, 61:6, |
| 355:8 | 181:16, 342:6, | 193:1, 337:14, | 91:2, 91:3, |
| murdering | 342:23, 343:19, | 339:12 | 93:16, 131:1, |
| 289:15 | 345:18, 346:8, | negative | 144:15, 147:1, |
| murders | 346:19, 347:4, | 13:2, 103:20, | 186:21, 203:2, |
| 288:18 | | | |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

408

204:19, 212:9,
247:7, 257:16,
258:2, 275:23,
279:6, 279:13,
280:11, 300:20,
300:23, 307:11,
307:23, 314:8,
314:14, 317:20,
318:2
**nick**
341:1
**nickname**
97:23, 98:13,
98:16, 98:20,
99:5, 99:7,
99:19, 99:20,
100:1, 100:3,
100:7, 164:15,
164:19, 171:18,
171:20, 172:17,
172:18, 174:7,
174:20, 176:10,
176:23, 177:5,
177:6, 177:7,
177:18, 177:19,
178:8, 178:24,
179:7, 179:8,
179:9, 179:10,
179:14, 180:3,
180:7, 180:15,
181:10, 216:24,
239:13, 239:21,
240:1, 240:2,
240:3, 240:5,
240:7, 298:24,
299:11, 299:13,
299:21, 341:6,
341:23, 343:2,
358:20, 359:21,
360:9, 360:19
**nicknames**
97:24, 98:2,
98:6, 99:11,
99:22, 163:1,
163:2, 164:10,
166:15, 173:21,
173:23, 174:2,
174:13, 174:17,

174:19, 175:9,
176:7, 176:19,
177:11, 180:2,
180:5, 181:15,
181:17, 226:16,
226:21, 239:2,
298:19, 341:2,
341:10, 341:13,
341:19, 341:22,
342:9, 342:15,
343:5, 343:7,
343:14, 343:18,
345:11, 345:12,
345:13, 345:20,
345:23, 346:9,
346:10, 346:11,
346:24, 347:1,
347:9, 347:14,
347:17, 347:20,
348:18, 349:2,
349:6, 349:8,
349:19, 349:24,
350:3, 350:10,
350:12, 350:21,
351:2, 351:3,
351:7, 351:14,
360:4, 361:2
**night**
93:19, 94:19,
156:8, 218:17,
220:3, 221:10,
231:9, 232:10,
232:18, 233:2,
233:7, 233:13,
326:14, 345:3,
361:12
**nikolaevskaya**
5:3, 7:24,
88:6, 95:8,
97:6, 97:15,
137:21, 141:1,
142:6, 143:16,
151:2, 151:9,
157:1, 159:11,
159:18, 160:11,
160:13, 161:1,
164:7, 166:11,
170:10, 171:9,

175:7, 177:15,
177:24, 180:19,
181:8, 182:22,
184:16, 212:1,
212:3, 256:17,
278:14, 280:9,
281:12, 281:18,
284:7, 289:2,
289:23, 291:2,
341:16, 342:4,
343:9, 350:2,
350:15, 353:5,
368:4
**nine**
52:18, 53:11
**nitsky**
16:4, 16:5,
145:8, 145:11,
145:17
**nobody**
12:19, 13:4,
350:11
**nobody's**
140:12
**non-spanish**
130:1
**none**
268:1, 368:4
**nonpublic**
38:16, 39:10,
84:23, 85:19
**noon**
286:10, 311:20
**nope**
60:16, 115:17,
339:7, 342:24
**nor**
370:13
**normal**
133:2
**normally**
281:3
**north**
2:5, 3:5, 3:20,
4:20, 7:7,
23:12, 29:3,
29:6, 92:21,
93:11, 101:12,

101:15, 101:17,
102:16, 102:24,
103:2, 103:3,
103:5, 103:9,
104:4, 146:17,
300:10, 300:11,
344:3, 344:6,
344:8, 353:21
**northern**
1:2, 92:10
**nos**
6:14, 6:18
**notarial**
370:17
**notary**
2:14, 370:1,
370:4, 370:23
**notation**
265:17
**notch**
8:23
**note**
40:17, 96:14
**noted**
257:16
**notepad**
157:13, 157:16,
157:21, 158:3
**notes**
35:20, 36:1,
39:17, 39:20,
39:23, 40:2,
41:9, 41:12,
41:13, 41:17,
41:19, 41:22,
41:23, 42:2,
96:18, 157:8,
157:10, 157:12,
158:15, 158:19,
158:21, 203:20
**nothing**
122:14, 208:22,
256:10, 258:8,
270:11, 270:13,
270:18, 271:17,
276:23
**notice**
2:12, 268:22

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

409

**noticed**
266:20, 271:12
**now**
7:12, 14:19,
19:10, 35:4,
51:23, 54:24,
62:19, 105:5,
130:22, 131:24,
136:3, 136:4,
142:24, 172:15,
180:24, 181:13,
181:22, 181:23,
184:4, 186:13,
190:1, 198:8,
202:21, 202:23,
213:2, 214:18,
219:2, 222:5,
233:16, 238:11,
290:14, 291:17,
295:19, 312:16,
316:22, 317:3,
320:9, 323:12,
349:5
**nowhere**
270:7
**number**
22:13, 54:20,
86:14, 90:12,
90:19, 91:1,
91:8, 91:11,
94:23, 125:15,
128:13, 128:17,
223:20, 223:21,
223:22, 234:23,
234:24, 235:2,
235:4, 236:13,
236:14, 236:15,
236:17, 240:21,
241:18, 241:21,
259:24, 260:2,
267:23, 276:22,
290:14, 312:15,
326:9
**numbers**
41:15, 90:13,
90:21, 90:24,
224:1, 224:2,
234:20, 241:11,

241:14
**numerous**
81:19, 82:1,
82:3
**nuts**
223:9

## O

**o'clock**
123:16, 123:19,
123:20, 123:22,
132:14, 133:3,
155:16, 220:8,
310:3
**oath**
7:13, 179:6
**objecting**
202:12, 214:13,
221:13, 222:3,
222:16, 222:18
**objection**
26:17, 36:13,
42:6, 43:1,
44:3, 44:5,
44:16, 45:9,
70:21, 76:24,
80:5, 83:15,
88:4, 98:3,
107:9, 107:11,
109:11, 112:8,
114:3, 116:24,
129:17, 136:9,
136:21, 137:3,
137:18, 140:10,
141:18, 142:11,
143:7, 143:14,
144:7, 144:10,
147:16, 156:24,
159:10, 159:17,
160:11, 164:5,
165:16, 166:9,
170:8, 171:4,
177:14, 180:17,
181:6, 182:6,
182:19, 184:2,
184:15, 185:17,
191:18, 191:19,
191:23, 192:10,

195:10, 197:21,
198:19, 202:11,
209:11, 225:5,
232:6, 232:11,
232:14, 233:15,
239:15, 246:15,
248:7, 250:18,
250:24, 254:17,
256:15, 278:14,
280:6, 286:1,
289:2, 301:7,
301:8, 315:12,
328:24, 329:11,
332:2, 337:2,
339:21, 342:12,
350:2, 350:14,
353:5, 353:6,
354:3, 357:19,
358:21
**obligation**
33:20
**observe**
149:8
**observed**
64:7, 125:12,
245:24, 246:22
**obtain**
172:3
**obtained**
43:24, 125:23,
168:15, 203:11,
216:19, 226:3,
236:8, 236:10,
236:20, 236:22,
237:1
**obtaining**
38:11
**obvious**
194:13
**obviously**
309:18, 312:3,
322:6
**occasion**
199:4
**occasionally**
98:22
**occasions**
9:8, 167:8,

167:17, 168:12,
168:14, 169:2,
324:18
**occur**
141:11, 306:20,
307:4
**occurred**
38:21, 38:22,
124:24, 131:19,
248:17
**october**
23:3, 193:20,
201:18, 260:18
**odd**
331:10, 331:15,
331:18, 331:23,
331:24, 341:5,
341:12, 343:6,
348:7
**off**
27:11, 27:13,
27:18, 56:8,
105:7, 117:16,
118:17, 170:7,
170:24, 171:3,
175:18, 177:12,
189:15, 194:9,
194:10, 194:12,
196:18, 197:10,
197:14, 197:20,
198:3, 198:8,
198:18, 210:12,
272:20, 288:7,
324:6, 324:7,
331:9, 333:15,
333:16, 361:18,
361:19, 361:20,
368:8, 368:15
**offender**
48:2, 48:6,
48:7, 48:10,
55:5, 126:20,
127:1, 127:7,
128:9, 128:10,
128:11, 240:18,
283:7
**offenders**
47:24, 55:7,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

410

321:12, 355:4,
355:5, 355:7
**offer**
234:11, 234:13
**offering**
88:11, 88:16
**office**
5:4, 57:3,
57:4, 57:6,
57:13, 57:16,
57:19, 58:24,
59:2, 60:6,
60:10, 60:17,
60:19, 61:1,
61:3, 61:4,
61:5, 61:7,
61:8, 61:10,
61:12, 61:20,
61:23, 62:2,
62:13, 62:17,
63:11, 65:18,
92:3, 92:5,
92:10, 92:12,
92:15, 92:19,
92:22, 92:23,
93:1, 93:4,
93:6, 93:8,
93:10, 98:21,
98:23, 99:1,
115:2, 115:7,
124:9, 124:11,
143:24, 152:11,
152:12, 152:14,
153:10, 165:13,
172:24, 173:1,
173:14, 173:19,
175:8, 176:10,
178:8, 178:24,
179:15, 180:1,
181:14, 182:24,
186:20, 199:13,
200:13, 200:17,
218:14, 220:1,
220:11, 221:7,
222:13, 237:19,
275:14, 287:7,
298:16, 322:21,
334:19, 334:23,

357:9, 360:22,
366:18, 366:23
**officer**
19:18, 21:1,
23:1, 24:11,
26:14, 31:3,
31:5, 31:21,
31:24, 32:3,
32:4, 53:20,
53:22, 54:1,
54:3, 55:3,
84:16, 92:8,
92:9, 92:20,
102:15, 102:20,
125:14, 161:4,
169:17, 169:21,
170:3, 319:1,
324:16, 324:22,
324:24, 325:9,
370:6
**officers**
24:6, 24:7,
24:8, 24:11,
24:12, 24:13,
24:14, 24:15,
24:16, 24:18,
24:19, 28:23,
51:3, 51:7,
125:22, 170:19,
199:20, 200:5,
201:2
**offices**
156:15, 160:4
**official**
75:20, 101:1,
203:22
**officially**
203:12
**oh**
108:13, 113:11,
128:16, 161:13,
175:1, 176:9,
213:19, 226:6,
235:23, 237:15,
261:7, 285:17,
290:15, 291:24,
296:10, 329:18,
348:22, 359:1

**okay**
9:6, 10:17,
10:22, 11:3,
11:14, 11:23,
35:24, 57:21,
63:23, 70:17,
81:13, 93:8,
139:6, 163:6,
164:22, 175:11,
176:9, 177:3,
179:12, 181:1,
181:13, 181:22,
185:10, 185:15,
189:4, 189:14,
189:23, 193:13,
196:23, 212:5,
212:24, 213:11,
215:14, 224:3,
225:13, 228:22,
233:11, 235:7,
235:14, 237:20,
244:16, 244:20,
245:10, 245:20,
245:21, 253:14,
256:5, 260:22,
262:22, 263:4,
263:14, 263:21,
264:15, 264:18,
265:16, 265:19,
270:22, 271:15,
272:19, 273:2,
275:23, 276:18,
279:22, 282:13,
285:22, 286:14,
290:2, 292:15,
293:14, 293:17,
295:5, 295:6,
295:23, 296:3,
296:9, 296:11,
296:16, 297:7,
309:9, 309:22,
312:20, 316:4,
317:5, 318:1,
318:18, 323:13,
329:18, 330:10,
330:13, 358:15,
358:16, 362:12,
362:20, 363:7,

363:14, 363:24,
364:10, 365:2
**old**
33:4, 126:13,
126:17
**old-style**
64:20
**older**
52:6
**ole**
329:20
**on-duty**
60:13, 61:11,
102:15
**once**
30:24, 56:10,
56:13, 67:9,
68:6, 68:23,
109:18, 109:22,
118:19, 171:5,
177:1, 221:12,
222:16, 262:3,
363:21
**oncoming**
93:21
**one-and-a-half**
358:16
**one-way**
79:8, 79:10
**ones**
121:1, 346:19,
348:18, 348:19
**ongoing**
163:21
**only**
48:5, 49:19,
67:20, 84:7,
84:8, 85:19,
90:6, 92:2,
130:6, 168:18,
168:22, 170:17,
170:21, 177:7,
187:9, 206:16,
230:24, 236:11,
237:23, 264:1,
267:12, 267:24,
268:8, 268:20,
276:5, 281:7,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

411

281:14, 283:9,
288:20, 300:8,
308:21, 321:23,
334:10, 336:22,
337:6, 350:9
**open**
61:19, 61:22,
62:13, 321:13
**open-ended**
37:16, 37:19
**operator**
253:24
**opinion**
24:6, 31:11,
31:12, 36:24,
84:14, 108:4,
198:22, 198:23
**opportunity**
111:22, 117:17,
193:2
**opposed**
28:23, 37:24,
38:12, 39:9,
49:8, 136:18,
139:3, 153:1,
153:12, 322:9
**opposing**
135:21, 135:23,
136:8, 136:15,
136:18, 137:2,
137:13, 137:16,
138:4, 138:9,
138:15, 138:19
**opposite**
58:1
**ops**
216:16
**orally**
96:17
**orbish**
112:7, 112:12
**order**
41:7, 56:24,
112:18, 243:6,
244:4, 338:6,
368:9, 368:13
**ordered**
16:14, 16:17

**orders**
364:22
**ordinarily**
275:13
**organized**
99:7, 100:1,
100:3
**original**
203:18, 227:17,
227:21, 229:14
**other's**
129:1
**others**
240:11
**otherwise**
17:3, 111:9,
370:15
**our**
29:23, 46:2,
120:8, 126:21,
200:16, 217:9,
256:13, 256:19,
327:13
**out**
10:21, 16:17,
18:1, 18:3,
18:7, 18:12,
19:12, 32:6,
39:2, 45:1,
50:20, 54:5,
56:15, 58:21,
59:2, 59:5,
59:15, 60:1,
71:24, 77:4,
78:2, 83:17,
83:20, 86:18,
87:4, 93:23,
95:16, 98:9,
98:15, 99:13,
99:17, 102:12,
102:24, 103:9,
112:19, 112:24,
116:13, 123:9,
126:22, 127:4,
136:22, 136:23,
142:16, 144:9,
146:1, 146:12,
149:10, 150:23,

151:5, 164:16,
170:13, 191:5,
191:6, 192:9,
193:10, 203:4,
209:14, 231:3,
231:22, 233:12,
234:5, 239:4,
239:9, 245:24,
246:5, 253:18,
279:2, 279:12,
282:1, 282:9,
283:4, 302:3,
305:5, 305:23,
306:7, 323:20,
323:22, 327:22,
328:22, 337:10,
337:11, 338:8,
344:3, 344:8,
351:2, 355:6
**outcome**
370:15
**outfit**
210:11
**outside**
15:16, 15:18,
16:8, 16:12,
16:18, 16:23,
17:1, 17:16,
17:20, 113:10,
116:21, 123:14,
124:24, 125:8,
191:3, 335:24
**over**
10:16, 32:13,
43:21, 101:17,
119:8, 146:11,
152:10, 153:10,
153:24, 155:9,
155:20, 162:16,
170:20, 197:18,
213:24, 258:2,
291:8, 292:7,
293:10, 300:12,
305:10, 319:21,
319:24, 320:20,
320:22, 357:20
**overtalk**
292:11

**overtime**
328:13, 328:16,
328:19, 328:22,
329:3, 329:5,
329:9, 329:13
**overturned**
131:17
**own**
58:16, 138:5,
138:9, 138:12,
138:17, 138:20,
139:4, 239:21,
338:8, 341:24
**owned**
300:8

**P**

**pacheco**
173:2, 173:11,
176:13, 178:10,
179:2, 179:17,
181:10, 201:4,
207:4, 226:5,
226:13, 226:22,
238:14, 238:16,
273:22, 282:17,
285:7, 299:17,
299:19, 299:22,
305:12, 307:24,
318:14, 323:24,
341:2, 343:4,
349:15, 350:21,
351:3, 356:14,
367:7, 367:13
**pacheco's**
236:13, 236:14
**packet**
310:24
**pages**
1:23, 56:20,
227:14, 252:7,
286:14, 313:3,
313:6, 313:7,
340:23
**paid**
112:16
**papa**
115:16

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

412

paper
56:23, 65:1,
65:9, 65:12,
99:13, 157:14,
158:22, 203:15,
204:10, 337:1
papers
244:12
paperwork
217:9
paragraph
185:23, 196:13,
200:20, 201:15,
202:9, 202:17,
202:18, 203:3,
204:19, 212:7,
218:11, 219:15,
219:20, 221:21,
222:12, 247:8,
247:13, 247:14,
247:19, 252:10,
257:14, 257:15,
275:24, 294:4,
304:3, 307:13,
317:6, 317:12,
318:2, 329:21,
330:9
pardon
163:4, 212:2
park
29:5, 126:4,
126:5, 126:8,
126:11, 126:16,
146:17, 196:1,
303:23, 304:2,
304:6, 304:8,
304:12, 304:16,
304:17, 304:18,
304:21, 305:2,
353:21
parked
18:22, 18:23,
19:3, 300:12,
300:13, 344:10,
344:12, 345:4,
345:7, 349:3
parking
19:1, 149:10,

170:20, 197:18,
199:5
parroting
39:9
part
32:12, 76:8,
106:19, 109:9,
117:5, 126:5,
126:7, 141:9,
208:8, 271:22,
272:7, 282:6,
307:3
participants
82:7, 82:16,
82:17, 280:20,
281:1, 281:5
particular
36:16, 239:6,
266:14
parties
370:13
partner
52:1, 52:12,
53:1, 53:3,
53:7, 53:8,
80:9, 132:19,
217:15, 254:4,
256:8, 257:3,
272:5, 294:5
partner's
278:2
partnered
52:17, 52:19,
53:5, 53:10,
66:6, 66:14
partnering
52:9
partners
53:12, 66:4,
194:18
partnership
196:15
parts
106:22, 202:21
party
113:18
pass
93:22, 93:24,

95:20, 360:13,
360:14
pass-through
204:23, 205:6,
205:18, 205:22
passed
360:18, 361:4
passenger's
273:12
passing
25:9
past
10:4, 138:24,
176:14, 357:21
path
25:7, 26:2
patrol
23:8, 23:13,
26:11, 28:3,
29:13, 32:3
patrolman
325:18, 325:19
paul
16:4, 16:5,
145:8, 145:11,
145:16
paula
4:3, 7:22,
365:7
pause
16:21, 169:23
pay
20:14, 136:5,
151:22
paying
85:24
pc
4:12
pending
11:22, 111:13,
189:9, 255:13
penitentiary
88:1
people
15:4, 15:21,
17:15, 18:15,
47:18, 48:23,
60:18, 73:4,

76:12, 78:4,
78:19, 81:3,
81:10, 81:15,
81:23, 83:5,
86:8, 88:24,
89:15, 98:4,
100:6, 121:22,
142:10, 171:12,
174:23, 179:23,
181:3, 183:5,
195:14, 208:22,
215:3, 236:18,
275:10, 278:19,
278:23, 280:10,
281:8, 281:9,
282:9, 288:18,
325:3, 329:3,
329:12, 333:4,
333:15, 333:16,
338:17, 347:10,
348:20, 349:7,
350:13, 351:7,
352:23, 353:24,
354:20, 355:1,
356:13, 356:17,
358:3, 358:6
per
99:20
perceive
12:21
perfect
105:5
perhaps
212:17
period
17:20, 63:23,
119:8, 314:22,
364:11
permanent
243:14
permissible
81:20, 81:22
permitted
45:20
perpetrator
47:19, 48:13,
48:18, 103:14,
104:15, 251:13,

283:4
**perpetrators**
55:2, 309:2,
353:18, 354:1,
354:19
**person**
35:7, 35:16,
36:3, 36:8,
37:2, 38:19,
45:1, 45:6,
46:7, 46:11,
46:12, 47:2,
47:6, 59:19,
70:13, 78:2,
79:24, 80:1,
80:3, 81:3,
81:14, 81:22,
86:6, 86:18,
88:3, 88:11,
88:13, 88:17,
88:18, 101:16,
101:18, 102:3,
102:6, 102:9,
102:18, 103:17,
103:21, 104:24,
125:17, 129:24,
132:5, 135:9,
136:6, 140:14,
166:8, 167:20,
168:3, 168:8,
168:10, 168:13,
169:7, 169:18,
169:22, 170:4,
172:18, 172:20,
174:24, 176:18,
176:21, 176:24,
177:12, 180:12,
214:7, 250:6,
250:8, 273:8,
273:11, 275:1,
288:11, 288:15,
301:23, 307:20,
308:1, 308:3,
321:23, 322:19,
322:21, 322:23,
337:5, 337:22,
338:4, 338:6,
338:9, 342:17,

342:20, 342:23,
349:17, 351:15,
353:11, 353:16
**person's**
41:14, 58:4,
81:8, 81:11,
88:22, 137:7,
172:19
**personal**
157:19, 328:5
**personally**
65:20, 78:22,
144:11, 349:10
**personnel**
213:6, 213:9
**persons**
35:19, 50:18,
79:7, 79:9,
79:11, 98:6,
173:12, 176:14,
177:11, 178:3,
178:4, 226:16,
280:18, 283:1,
285:6
**pertain**
34:16, 331:4
**pertained**
90:6
**pertaining**
96:11, 252:15
**pertinent**
303:7, 303:19,
347:8
**pete**
161:3, 161:5,
161:7, 161:8,
161:9, 161:11,
161:13, 161:23,
162:3, 162:4,
162:9, 163:3,
163:5, 163:6,
163:19, 164:16,
164:20, 164:24,
165:13, 171:12,
171:15, 171:20,
171:23, 172:5,
172:7, 172:11,
172:13, 174:3,

176:3, 176:11,
178:9, 179:1,
179:15, 180:8,
180:14, 182:5,
182:13, 183:12,
184:21, 188:2,
188:8, 188:16,
239:3, 239:7,
239:9, 271:12,
271:13, 271:19,
273:8, 309:2,
329:22, 330:7,
331:12, 341:6,
342:1, 342:9,
342:15, 343:5,
343:14, 345:16,
345:24, 346:6,
346:15, 347:2,
348:23, 349:15,
349:24, 350:22,
356:13, 356:21,
357:3, 357:5,
357:8, 357:16,
357:18, 359:20
**petes**
164:18, 171:18,
172:17, 172:21,
180:7
**phase**
114:23
**phil**
217:11
**phone**
54:4, 88:11,
88:13, 88:17,
89:7, 89:10,
89:11, 89:14,
90:11, 90:12,
90:14, 90:16,
90:18, 90:19,
90:21, 90:23,
91:1, 91:22,
91:23, 92:1,
146:10, 151:22,
152:4, 152:5,
158:1, 158:5,
158:10, 158:16,
158:19, 174:5,

174:17, 174:24,
176:19, 180:13,
187:8, 220:10,
257:18, 258:2,
339:12
**phones**
53:18, 339:16,
339:17
**photo**
72:18, 72:22,
73:6, 73:9,
73:12, 73:17,
74:8, 74:11,
74:20, 74:24,
75:2, 75:14,
75:16, 75:17,
76:8, 76:22,
77:15, 77:20,
77:22, 78:19,
83:22, 83:23,
84:6, 100:19,
100:21, 102:14,
103:5, 103:8,
103:9, 103:12,
103:17, 103:21,
104:5, 121:18,
122:1, 147:15,
147:18, 147:21,
148:2, 148:4,
148:6, 148:9,
148:12, 148:14,
148:18, 148:23,
149:4, 149:9,
213:6, 273:5,
273:17, 274:4,
274:20, 275:2,
280:14, 280:23,
282:12, 307:17,
307:19, 307:24,
308:2, 308:6,
309:12, 353:12,
354:16, 355:16,
355:17, 355:21,
357:8
**photocopied**
213:10, 215:4
**photocopy**
215:1, 215:16

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

414

**photograph**
6:12, 102:1,
102:2, 102:7,
121:22, 122:7,
123:5, 123:7
**photographer**
22:9, 22:12,
22:20, 22:22
**photographic**
101:1
**photographs**
73:5, 75:18,
76:11, 76:21,
120:18, 147:7,
276:14, 276:16,
309:10, 357:5
**photos**
58:3, 72:24,
73:2, 74:14,
75:4, 75:21,
75:24, 76:3,
76:5, 76:12,
76:14, 76:17,
76:18, 77:4,
77:6, 77:9,
78:1, 78:2,
100:22, 101:3,
102:12, 146:14,
146:15, 173:5,
173:8, 182:4,
182:12, 182:15,
182:17, 182:24,
183:1, 183:6,
183:20, 183:22,
184:1, 184:5,
184:7, 184:21,
185:13, 185:16,
187:6, 188:2,
188:8, 188:16,
240:18, 273:7,
273:13, 274:1,
274:10, 274:11,
274:13, 274:16,
274:20, 275:5,
275:12, 275:13,
307:18, 308:9,
308:11, 308:14,
308:15, 308:16,

308:18, 308:22,
309:13, 309:16,
309:18, 309:19,
343:16, 345:10,
345:12, 345:21,
354:8, 355:1,
356:22
**phrase**
33:8, 171:7,
186:18, 206:17,
320:16
**physical**
78:24, 79:3,
79:13, 79:15,
79:17, 79:21,
80:21
**pick**
56:7, 78:8,
90:8, 91:22,
91:23, 92:1
**picked**
102:5, 177:20
**picture**
102:6
**pictures**
78:3, 101:1,
177:1, 178:2,
183:11, 183:14,
275:1, 309:5,
309:6, 358:2,
358:4, 358:7
**pina**
161:4
**pistol**
161:3, 161:5,
161:7, 161:8,
161:9, 161:11,
161:13, 161:22,
162:3, 162:4,
162:9, 163:3,
163:5, 163:6,
163:19, 164:16,
164:18, 164:20,
164:24, 165:13,
171:12, 171:15,
171:18, 171:20,
171:23, 172:5,
172:7, 172:11,

172:13, 172:17,
172:21, 174:3,
176:8, 176:11,
178:9, 179:1,
179:15, 180:6,
180:8, 180:14,
182:5, 182:13,
183:12, 184:21,
188:2, 188:8,
188:16, 239:3,
239:7, 239:9,
271:12, 271:13,
271:19, 273:8,
309:2, 329:15,
329:22, 329:23,
330:7, 330:8,
330:14, 330:20,
331:8, 331:12,
331:13, 341:6,
341:24, 342:9,
342:15, 343:5,
343:14, 345:16,
345:24, 346:6,
346:15, 347:1,
348:23, 349:15,
349:24, 350:22,
356:13, 356:20,
357:3, 357:5,
357:8, 357:15,
357:18, 359:20
**place**
45:19, 76:16,
206:11, 206:21,
211:13, 244:23,
264:2, 276:11,
279:6, 279:13,
314:21, 322:3,
338:19
**placed**
28:10, 100:23,
331:21
**plain-walled**
335:17
**plaintiff**
1:6, 1:12, 3:2,
3:9, 7:15, 8:13
**plan**
304:19

**plates**
149:12, 149:15,
149:18, 149:24,
150:1
**plausible**
150:12
**play**
305:22
**playing**
268:21
**pleading**
114:15
**please**
8:8, 8:15,
9:17, 11:11,
21:3, 47:22,
57:14, 61:21,
65:10, 69:22,
77:17, 78:6,
79:14, 82:14,
86:21, 100:11,
104:16, 110:11,
111:11, 112:23,
121:14, 129:6,
143:12, 185:1,
190:2, 190:13,
223:14, 225:9,
244:9, 261:24,
270:17, 281:19,
300:22, 303:24,
310:15, 316:8,
323:5, 335:8,
353:9
**plenty**
356:20
**pllc**
3:12
**plural**
70:6, 186:24,
187:17
**point**
48:17, 119:15,
132:9, 145:4,
164:17, 180:10,
182:2, 187:11,
189:2, 189:20,
212:12, 218:15,
220:2, 221:8,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

415

227:23, 231:14,
284:9, 284:12,
300:15, 319:12,
320:11, 321:15,
340:5, 342:16,
344:2, 344:14
**pointed**
203:4
**pointing**
122:4
**pointless**
258:7
**points**
188:23, 197:3
**polaroid**
307:18, 308:9,
308:11, 308:18,
308:22
**polaroids**
76:7
**pole**
123:5
**police**
13:10, 13:16,
19:17, 19:18,
19:20, 19:21,
19:23, 20:1,
20:9, 20:12,
20:21, 21:7,
22:15, 22:21,
22:24, 23:1,
23:9, 24:5,
24:7, 24:12,
24:13, 24:23,
24:24, 25:2,
26:4, 26:18,
26:19, 28:14,
28:17, 29:24,
31:3, 31:5,
36:1, 36:21,
39:22, 49:23,
50:4, 50:5,
50:6, 50:10,
53:15, 55:12,
62:19, 62:21,
64:7, 69:2,
75:20, 76:2,
76:4, 84:16,

85:5, 86:9,
86:16, 100:24,
112:1, 112:18,
115:19, 135:11,
150:15, 157:17,
169:17, 169:21,
170:3, 170:18,
173:4, 199:19,
200:5, 213:4,
240:9, 243:13,
260:20, 262:14,
308:12, 319:1,
319:23, 324:15,
325:4, 325:9,
326:3, 326:17,
327:2, 329:12,
333:9, 333:12,
363:4, 364:21
**policemen**
31:7, 31:10
**policing**
292:10
**polygraph**
44:20, 44:24,
45:7, 45:13,
45:14, 45:15,
45:16, 45:19,
45:22, 46:1,
46:4, 46:7,
46:11, 46:13,
46:21, 46:24,
47:7, 253:15,
253:20, 253:23,
253:24, 254:1,
254:2, 254:5,
254:10, 254:14,
255:2, 258:10,
258:16, 259:20,
261:3, 261:13,
283:17, 332:24,
333:2, 333:8,
334:2, 334:3,
335:5, 340:2,
340:9
**polygraphed**
253:17, 253:19
**pool**
90:11

**poor**
289:4, 342:13
**popped**
271:14
**portion**
45:18, 64:21,
64:22
**portions**
43:14, 118:18,
203:23
**portrayed**
111:15, 112:21,
113:2, 140:18,
210:10
**pose**
63:24
**posed**
11:18, 105:15,
106:15
**positive**
104:21
**positively**
78:20
**possess**
142:18
**possibilities**
251:9
**possibility**
251:14, 331:22,
345:8
**possible**
43:6, 127:6,
152:11, 154:1,
161:3, 174:18,
175:9, 180:4,
181:15, 248:23,
248:24
**possibly**
130:2, 177:10,
226:17
**post**
21:20
**post-conviction**
114:23
**potential**
55:2, 55:5,
284:17
**pound**
278:24

**pounds**
281:15, 281:21
**pr**
128:3
**practice**
69:16, 78:11,
199:15, 200:17,
200:18
**pre-service**
363:16
**preceding**
185:19
**precisely**
218:19
**preferred**
351:5
**preliminary**
6:23
**premiere**
31:2, 31:4
**preparation**
118:10, 119:24,
131:5
**prepare**
118:21
**prepared**
277:21
**preparing**
218:13, 244:23
**presence**
113:10, 143:4,
195:20, 366:22
**present**
5:9, 7:17,
8:21, 90:5,
147:6, 154:19,
156:17, 160:5,
276:18, 318:18,
318:21, 319:3,
319:8, 334:21,
367:5, 367:10,
367:18, 367:23
**preserved**
163:14
**press**
139:22
**pretty**
67:1, 157:23

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

416

**prevent**
65:4
**preventing**
158:18
**previous**
67:17, 272:1,
315:13
**previously**
9:11, 105:23,
221:23, 222:14,
298:14, 313:4,
356:24, 357:1,
360:21
**primarily**
72:1
**primary**
240:3
**print**
56:15, 56:17,
66:19, 361:9
**printed**
99:13, 99:17
**prior**
110:18, 188:19,
203:7, 203:22,
218:15, 218:22,
220:16, 221:8,
226:15
**prisoner**
336:17
**prisoner's**
336:16
**prisoners**
279:21, 336:19
**privilege**
17:5, 106:20,
109:3, 110:9,
110:10
**privileged**
107:12, 109:24
**probably**
14:4, 52:8,
92:4, 113:13,
119:10, 119:19,
120:6, 122:19,
178:13, 178:14,
183:2, 201:21,
217:14, 217:16,

253:20, 267:4,
268:21, 303:6,
319:18, 356:15
**problem**
12:11, 13:5,
30:1, 42:12,
67:6, 67:7,
96:22, 149:10,
217:20, 292:5,
292:6, 357:15
**problems**
63:24
**procedure**
69:9, 74:18,
283:11, 364:19
**procedures**
364:4
**proceed**
164:12, 251:2
**proceeded**
132:17
**proceeding**
164:8
**process**
50:20, 71:23,
318:12
**processed**
132:8
**processing**
242:24, 243:12
**processor**
55:15, 55:21,
55:24
**produced**
361:11
**professional**
2:13, 12:20
**program**
22:3, 363:16
**progress**
33:13, 46:5,
58:13, 200:22,
227:14, 265:18,
268:8, 268:10,
364:23
**progressed**
32:9
**prohibited**
109:3

**prohibition**
65:8, 65:11
**prominent**
275:7, 275:11
**promise**
87:10, 87:17,
87:19, 88:2
**promises**
87:8
**promoted**
25:23, 26:2,
30:10, 30:11,
30:20, 52:11,
65:15, 65:21,
363:22
**promotion**
25:5, 25:8,
25:11
**promotional**
25:14, 25:15
**proper**
283:11
**properly**
48:21, 84:6,
322:18
**property**
241:1
**proportionally**
281:8
**prosecute**
107:16, 107:19
**prosecuted**
288:9, 326:16
**prosecuting**
152:19
**prosecution**
33:17, 87:13,
87:19, 152:12,
152:14, 152:18,
152:23, 153:5,
153:8, 154:9,
154:16, 155:5,
155:13, 156:11,
156:15, 159:16,
160:4, 173:9,
183:17, 316:17,
317:16, 318:5,
318:8, 318:19,

365:14
**prosecutor**
144:3, 153:2,
291:1, 294:22,
295:1
**prosecutors**
143:23
**protect**
138:12, 169:9
**prove**
343:22
**provide**
71:5, 84:19,
85:18, 86:1,
140:22, 142:8,
202:15, 204:5,
224:14, 250:12,
302:22, 353:3,
353:10, 357:18
**provided**
39:10, 42:2,
110:4, 115:18,
116:18, 145:22,
146:23, 151:13,
158:10, 161:19,
165:4, 165:7,
167:8, 167:16,
168:11, 168:16,
201:12, 201:21,
203:6, 205:24,
220:15, 224:7,
224:24, 342:8,
342:14, 344:17,
346:19, 351:20,
352:13, 352:17,
352:22, 356:12,
364:21
**providing**
39:8, 85:14,
136:14, 139:15,
140:2, 169:7,
349:5
**public**
2:14, 63:5,
91:6, 91:7,
91:21, 91:24,
370:1, 370:4,
370:23

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

417

**puerto**
196:1
**pulaski**
23:12
**pull**
83:10
**pulled**
300:12, 347:19
**pulling**
83:13
**purpose**
79:22, 80:16,
173:18
**purposes**
58:16, 65:3,
207:5
**pursuant**
2:12
**put**
27:12, 28:6,
58:9, 59:17,
59:19, 59:22,
88:9, 97:7,
99:13, 99:17,
117:23, 191:20,
227:13, 230:7,
235:2, 236:11,
247:2, 248:4,
263:11, 263:15,
263:16, 268:15,
283:1, 312:4,
322:23, 329:24,
334:20, 337:24,
344:1, 345:20,
352:20, 363:1,
367:21
**puts**
322:21, 322:22
**putting**
65:8, 65:11,
192:2, 203:15,
204:10

**Q**

**quarter**
330:5
**question**
10:22, 11:1,

11:7, 11:9,
11:10, 11:11,
11:12, 11:13,
11:14, 11:17,
11:18, 11:22,
12:13, 12:14,
16:21, 17:3,
26:12, 27:6,
37:22, 38:1,
38:4, 40:10,
43:21, 47:20,
85:12, 87:14,
106:1, 106:23,
107:1, 107:13,
109:6, 110:1,
110:11, 111:6,
111:9, 111:10,
111:13, 114:11,
132:24, 133:6,
137:22, 141:5,
141:8, 141:12,
142:13, 146:19,
148:10, 167:20,
167:22, 172:9,
172:10, 175:15,
176:1, 176:5,
188:12, 189:9,
202:14, 205:14,
212:24, 213:20,
216:17, 222:9,
223:4, 229:13,
246:16, 247:12,
249:12, 255:13,
255:16, 257:8,
263:7, 270:17,
279:8, 280:8,
281:11, 281:19,
284:4, 289:4,
291:5, 291:10,
291:13, 291:18,
301:3, 303:2,
307:2, 314:1,
315:8, 315:9,
317:11, 326:22,
340:20, 341:11,
342:11, 342:13,
343:1, 348:14,
351:22

**questioned**
132:22, 159:19,
250:2, 347:2
**questioning**
157:5, 282:17
**questions**
12:11, 17:4,
37:16, 37:20,
105:15, 106:14,
107:7, 111:21,
135:5, 176:15,
256:2, 282:4,
306:4, 361:7,
361:8, 362:13,
362:23, 365:3,
365:6, 365:18,
365:20, 365:21,
365:22, 368:2
**quist**
4:3, 6:5, 7:22,
222:6, 232:16,
233:18, 239:17,
247:1, 254:22,
266:17, 266:23,
280:6, 281:17,
289:11, 333:23,
341:15, 345:1,
355:12, 356:2,
358:24, 365:5,
365:7, 368:1,
368:13
**quite**
10:15
**quizzically**
47:20
**quotes**
221:6, 221:8,
257:18

**R**

**race**
80:21
**radio**
29:19, 127:5,
127:9
**radius**
55:8
**raise**
8:8, 148:23,

169:5
**random**
177:20
**rang**
92:4, 92:5
**range**
94:20, 94:22
**rankins**
223:2, 223:6,
224:6, 224:8,
224:24, 225:1,
242:3, 286:24,
287:4, 287:10,
287:11, 287:15,
287:21, 297:4,
298:7, 299:8,
299:24, 300:14,
300:20, 300:23,
301:1, 301:3,
301:13, 301:14,
301:23, 302:10,
302:14, 302:18,
302:21, 302:22,
303:3, 303:10,
303:22, 304:1,
304:4, 304:6,
304:20, 306:10,
306:13, 306:17,
307:17, 307:19,
307:24, 308:2,
309:11, 310:2,
310:7, 311:6,
311:7, 316:23,
317:7, 317:13,
317:19, 317:21,
317:23, 341:5,
341:9, 341:12,
341:17, 341:21,
343:6, 344:15,
345:9, 346:18,
347:21, 348:5,
348:10, 348:22,
349:13, 349:18,
349:23, 350:10,
350:20, 351:13,
367:15, 367:21
**rap**
83:10, 83:13,

83:19, 144:19,
144:20, 145:1,
235:11, 235:12,
235:15, 236:18
**rather**
35:19, 39:2,
260:8, 260:15
**ray's**
136:19
**rd**
203:19, 244:13,
247:24, 248:17,
252:12, 259:23,
260:2, 273:3
**re-ask**
11:12, 12:13
**reach**
89:24, 112:19,
112:24
**read**
40:9, 88:22,
111:11, 111:13,
112:12, 118:12,
118:13, 118:16,
118:18, 130:22,
178:11, 184:22,
185:10, 200:2,
200:7, 200:15,
202:17, 213:1,
214:18, 221:21,
223:21, 245:4,
245:5, 245:8,
255:11, 255:13,
290:3, 297:20,
298:2, 300:2,
301:9, 318:13,
346:16, 346:22,
369:4
**reading**
42:12, 118:17,
175:18, 219:11,
292:23
**reads**
329:21
**real**
88:18, 98:5,
98:14, 99:11,
99:20, 99:23,

174:18, 181:15
**really**
30:1, 34:9,
130:19, 148:7,
150:13, 205:8,
217:19, 281:8,
281:9, 283:24,
288:17, 292:10,
292:11, 292:14,
303:10, 328:4
**reason**
18:12, 42:1,
46:10, 69:15,
103:16, 107:4,
150:13, 150:15,
150:19, 162:2,
162:5, 211:1,
213:12, 232:17,
255:2, 286:4,
286:6, 289:13,
306:16, 339:4,
352:12, 364:24,
366:20
**reasons**
47:2, 47:5,
48:11
**reassigned**
27:15
**rebut**
111:17
**recall**
35:4, 40:12,
50:11, 66:23,
67:8, 120:19,
120:23, 125:20,
126:24, 130:19,
130:24, 131:2,
131:19, 131:22,
132:2, 152:21,
168:17, 168:22,
168:24, 184:5,
198:5, 198:8,
219:16, 221:4,
221:5, 229:7,
303:20
**recalls**
218:23, 219:1
**receive**
21:14, 21:23,

25:11
**received**
43:19, 44:10,
97:9, 162:8,
296:18, 299:4,
364:16
**recently**
250:16, 250:23
**recess**
105:8, 189:16,
272:21, 324:8,
361:21
**recognize**
78:6, 122:6,
123:4
**recollection**
287:18, 287:22,
363:21, 364:8,
364:15
**record**
6:24, 8:16,
8:19, 51:22,
102:8, 105:7,
105:10, 189:15,
189:18, 192:3,
272:20, 272:23,
292:17, 292:18,
324:6, 324:7,
324:10, 339:19,
340:16, 361:15,
361:18, 361:19,
361:20, 361:23,
363:3, 363:8,
368:8, 368:15,
370:8
**records**
83:21, 242:24,
243:12, 243:14,
252:11
**recreate**
228:9, 228:15,
229:4
**red**
38:2, 169:5,
300:6
**redo**
227:19, 228:4
**reduced**
370:10

**refer**
234:22, 235:9,
240:22, 331:2,
331:3, 342:17,
351:5, 351:15
**referee**
193:6
**reference**
270:1, 299:10,
299:14
**referenced**
297:16, 299:19
**referred**
73:3, 187:16,
299:8, 299:22,
350:4
**referring**
100:19, 149:4,
164:21, 171:11,
171:23, 172:12,
173:12, 178:4,
183:13, 214:20,
235:5, 241:8,
268:4, 269:20,
304:12, 348:5,
358:4, 358:6
**refers**
241:9, 252:11,
303:22, 304:1
**reflect**
51:22, 292:17,
292:19, 313:8,
346:18
**reflected**
301:5
**reflecting**
313:22
**reflects**
313:12, 313:17,
314:5, 314:16
**refresh**
68:5, 130:21,
134:12, 134:21,
145:19, 162:7,
287:17, 298:5
**refreshed**
131:24, 287:24
**refuse**
110:3, 166:7,

302:18
**refused**
166:4, 166:24,
168:15, 168:18,
218:8, 302:22,
303:3
**regard**
108:24, 109:15,
131:23
**regarding**
131:4, 142:21,
204:21, 205:5,
205:16, 207:2,
223:18, 224:8,
258:4, 324:24,
343:23, 345:10,
345:11, 346:12,
367:6, 367:11
**regardless**
100:6
**registered**
2:13, 54:14,
275:22
**registration**
54:12
**regular**
53:3, 122:14,
178:20, 178:22
**regulations**
111:24
**reid**
40:14
**relate**
231:1
**related**
135:8, 230:24,
370:13
**relates**
300:14
**relating**
260:4, 287:21
**relation**
61:12, 62:16,
92:11, 93:9,
259:20
**relations**
20:24
**relax**
292:15

**released**
339:19, 340:8,
340:10
**relevance**
305:4, 305:7
**relevant**
137:6, 233:10,
233:11, 233:19,
233:20
**reliability**
167:6, 167:13
**reliant**
338:2, 339:12
**reluctant**
203:22, 320:3
**rely**
303:14
**remain**
16:18, 23:13,
29:7, 51:9,
53:24
**remainder**
55:20, 55:23,
243:22
**remembered**
177:1, 218:16,
220:3, 221:9
**remembering**
341:9
**remove**
102:7, 103:4
**removed**
230:2
**rendered**
201:9
**repeat**
26:12, 65:10,
104:12, 106:24,
111:10
**repeated**
67:7
**rephrase**
11:11, 38:4,
87:14
**reported**
1:24, 196:15
**reporter**
2:13, 2:14,

7:10, 7:13, 8:8,
33:10, 163:4,
212:2, 222:8,
290:17, 290:19,
320:5, 368:9,
368:12, 370:1,
370:3
**reporting**
70:4, 182:11,
184:19, 185:24,
186:14, 188:1,
261:20, 275:15,
294:4, 307:13,
317:20, 364:3,
364:19
**reports**
44:7, 46:2,
46:4, 46:19,
56:17, 58:1,
58:8, 58:15,
58:21, 59:24,
60:2, 66:19,
67:1, 67:6,
68:13, 70:1,
112:12, 117:16,
131:4, 164:14,
186:16, 201:24,
213:10, 215:4,
215:16, 230:6,
236:21, 236:22,
237:1, 238:15,
241:15, 243:10,
249:1, 253:21,
262:14, 263:17,
264:19, 268:9,
268:24, 303:14,
303:19, 310:23,
322:22, 322:23,
327:13, 364:23
**represent**
201:23, 270:6,
362:22, 363:2,
365:7
**representing**
295:19
**request**
49:10, 83:21,
237:6, 254:2,

319:6
**requested**
46:7, 46:12,
102:21, 237:3,
237:21, 237:24,
238:8, 238:12,
238:18, 238:22,
239:1, 252:14,
254:4, 258:18,
260:6, 260:13,
260:16, 260:18,
370:12
**requesting**
319:4, 366:21
**requests**
54:4
**require**
114:8
**required**
103:19, 103:23,
243:4, 243:5,
244:4, 318:24
**requirement**
81:8
**reserve**
368:5
**residential**
150:3
**respectively**
343:6
**respond**
17:10, 29:19,
111:21
**responding**
319:5
**response**
14:11, 105:15,
106:1, 145:3,
166:18, 203:10
**responses**
107:6, 107:14,
107:17, 107:18,
107:19, 112:3
**responsibility**
252:18, 252:21,
252:24, 253:4,
285:8, 322:16,
323:2, 323:4,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

420

| | | | |
|---|---|---|---|
| 323:6 | reviewed | rival | 337:24, 338:7, |
| **responsible** | 121:10, 131:4, | 139:2 | 339:11 |
| 321:1, 338:1 | 311:21 | **robberies** | **rooms** |
| **rest** | **reviewing** | 72:15, 132:7, | 61:12, 62:3, |
| 55:16, 81:3 | 287:17 | 132:8 | 64:14, 133:7, |
| **restate** | **reyes** | **robbery** | 335:13, 335:16, |
| 85:12 | 195:18, 195:19, | 50:19, 71:20, | 335:17, 336:1, |
| **restaurant** | 196:10, 199:24 | 71:22, 71:24, | 337:6, 337:23, |
| 89:4 | **reynaldo** | 72:2, 200:23, | 338:18, 338:20, |
| **resubmit** | 1:8, 1:14, | 247:9, 247:14, | 339:9 |
| 66:22 | 3:17, 7:4, 7:6, | 247:16, 248:1, | **rooney** |
| **result** | 7:21 | 251:10 | 52:6, 52:7, |
| 206:8, 206:13, | **rfc** | **robert** | 52:10, 52:13, |
| 206:19, 261:2, | 361:12, 363:9 | 131:11, 139:8, | 72:4, 72:6, |
| 326:12 | **rfc-serr** | 145:23, 146:2, | 72:13 |
| **results** | 6:14, 6:18 | 146:24, 151:14, | **roosevelt** |
| 25:19, 30:16, | **rican** | 152:1 | 123:10, 123:14, |
| 45:21, 45:24, | 196:1 | **rock** | 124:24, 125:8, |
| 46:3 | **rich** | 4:19 | 125:9, 125:11, |
| **retire** | 49:17, 49:20, | **rodrigo** | 132:13, 134:17 |
| 113:14, 113:16 | 49:22 | 66:13, 176:4, | **root** |
| **retired** | **richard** | 234:5, 255:4, | 76:18 |
| 13:8, 13:10, | 5:5, 27:16 | 259:19, 260:4, | **rouchford** |
| 13:13, 16:1, | **rick** | 287:7, 298:17, | 27:16, 27:23, |
| 16:3, 54:2, | 5:12, 7:11, | 344:13 | 27:24, 28:8 |
| 67:20, 113:15 | 132:7 | **rodriguez** | **roughly** |
| **retirement** | **ricky** | 10:7, 324:22, | 120:14 |
| 13:16, 113:18 | 258:24, 259:1 | 325:7, 325:16, | **routinely** |
| **return** | **ricocheting** | 326:11 | 213:6, 213:9 |
| 17:19 | 204:22, 205:6, | **roger's** | **rpr** |
| **returned** | 205:17, 205:21 | 29:5 | 1:24, 370:4 |
| 40:10, 334:5, | **ride** | **role** | **rules** |
| 340:3 | 367:23 | 365:16 | 10:17 |
| **reveal** | **right-hand** | **roll** | **run** |
| 38:24, 84:23, | 185:7, 225:16, | 123:23 | 54:15, 55:1 |
| 87:12 | 312:17, 313:12, | **roman** | **running** |
| **revealing** | 313:16, 313:21, | 288:4, 288:5, | 135:6, 246:1 |
| 87:18 | 314:2, 314:9, | 289:9, 289:15, | **russell** |
| **reveals** | 314:16, 315:1, | 289:18, 297:17, | 3:3, 7:14 |
| 145:1 | 315:10, 315:20 | 297:20 | **ruvalcaba** |
| **review** | **rights** | **room** | 123:11, 124:15, |
| 57:1, 118:10, | 108:10, 333:19, | 51:23, 57:8, | 125:18, 126:19, |
| 120:15, 120:18, | 336:16, 336:17 | 61:18, 79:6, | 131:5, 139:24, |
| 120:20, 120:24, | **ring** | 79:9, 98:1, | 140:23, 141:15, |
| 121:8, 145:24, | 91:12, 91:15, | 159:16, 159:23, | 142:21 |
| 161:24, 162:6, | 92:2, 297:21, | 192:9, 193:10, | |
| 201:24, 246:9, | 335:19 | 335:6, 335:9, | **S** |
| 278:4, 370:11 | **risk** | 336:22, 337:13, | **s** |
| | 213:3 | | 53:4, 217:14, |

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

421

327:20
**sabrina**
303:23, 304:1,
304:6, 304:8,
304:11, 304:15,
306:1, 306:5,
306:6
**sabrina's**
306:21, 306:22,
307:5
**safety**
117:17
**said**
8:21, 41:20,
71:11, 95:12,
98:13, 103:2,
140:1, 142:24,
147:9, 147:12,
161:10, 161:14,
162:1, 162:8,
162:18, 168:5,
173:15, 174:12,
174:22, 174:24,
176:22, 177:9,
178:7, 178:12,
178:23, 179:12,
179:14, 181:1,
182:17, 184:7,
187:16, 187:24,
189:1, 190:8,
194:8, 195:13,
199:3, 202:10,
204:15, 208:18,
209:9, 209:18,
209:23, 210:18,
214:23, 216:3,
216:4, 216:5,
216:11, 219:18,
219:19, 220:8,
230:17, 230:20,
230:21, 246:21,
255:8, 255:22,
267:9, 270:20,
292:16, 298:19,
310:17, 325:15,
326:5, 330:3,
341:9, 342:23,
343:21, 344:4,

344:6, 344:8,
345:18, 345:22,
346:14, 347:3,
348:22, 352:4,
357:9, 358:13,
359:14, 359:19,
360:14, 370:9
**salary**
20:17, 20:19
**salvador**
123:11, 124:15
**same**
9:20, 11:2,
11:5, 18:10,
18:20, 19:3,
30:6, 47:13,
49:24, 51:18,
64:11, 75:24,
76:3, 92:19,
92:23, 107:9,
107:11, 109:11,
122:21, 128:22,
187:23, 212:6,
225:5, 245:10,
250:24, 252:6,
257:6, 263:16,
264:18, 271:3,
276:14, 309:20,
311:19, 312:4,
312:5, 313:15,
314:8, 314:23,
321:8, 337:17,
337:19, 354:7,
369:5
**sandwich**
338:11
**sat**
92:8, 92:20,
93:4, 102:15,
146:12, 147:3,
150:12, 150:13,
244:22
**satisfaction**
56:12
**save**
56:3, 281:24
**saw**
16:1, 25:22,

99:16, 111:14,
117:3, 145:5,
148:22, 176:11,
177:1, 178:8,
178:24, 179:15,
179:22, 209:7,
237:5, 237:6,
237:10, 237:18,
273:11, 282:1,
282:3, 329:21,
330:6, 331:12,
353:11, 355:5
**saying**
33:4, 67:5,
112:13, 124:18,
134:14, 136:23,
141:7, 142:18,
142:22, 150:5,
150:7, 150:11,
160:19, 163:18,
175:3, 175:4,
175:8, 178:12,
181:9, 181:11,
186:13, 188:9,
188:15, 196:6,
196:9, 196:10,
196:11, 198:4,
202:7, 202:10,
202:15, 202:18,
204:8, 204:12,
204:13, 204:16,
211:14, 211:21,
214:8, 221:5,
221:22, 238:9,
249:5, 260:22,
262:11, 262:13,
263:22, 265:19,
266:3, 266:4,
266:18, 267:12,
267:16, 269:9,
279:24, 283:9,
283:21, 296:11,
305:8, 314:24,
315:3, 315:9,
315:23, 320:9,
334:15, 343:23,
348:21, 352:16,
355:18

**says**
161:10, 184:19,
185:15, 192:3,
192:21, 199:9,
200:6, 200:21,
203:4, 204:19,
207:1, 212:8,
212:15, 212:19,
214:10, 214:11,
214:13, 214:18,
218:11, 223:21,
223:24, 224:5,
225:17, 234:19,
235:7, 242:23,
244:11, 244:21,
247:13, 247:19,
248:22, 252:11,
258:8, 258:18,
258:21, 260:1,
260:21, 263:4,
264:5, 264:12,
271:7, 273:4,
275:15, 275:20,
275:24, 276:20,
291:3, 293:1,
294:3, 300:5,
300:18, 304:8,
307:13, 307:23,
309:12, 313:11,
313:16, 315:1,
315:10, 317:6,
317:12, 317:15,
318:2, 343:17,
343:18, 344:1,
344:10, 345:13,
346:8, 347:18,
362:6, 363:15
**scene**
125:4, 125:7,
126:18, 126:21,
127:14, 127:18,
245:3, 249:15,
253:1, 253:9,
277:7, 300:1,
305:19, 320:4,
320:8, 344:2,
367:22
**schak**
49:17, 49:19,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

422

49:20, 49:22,
50:21, 244:17,
245:3, 245:5,
247:2, 248:14,
249:5, 249:15,
251:4, 252:20,
252:23, 253:11,
256:6, 319:10,
320:2, 320:10
**schak's**
227:13
**scheduled**
155:15
**school**
19:24, 20:3,
20:5, 20:7,
21:6, 21:20,
22:7, 22:19,
32:16, 32:18,
32:23, 33:1,
33:12, 37:9,
39:18, 49:5,
123:10, 123:14,
124:24, 125:8,
125:9, 125:11,
126:15, 132:13,
134:17
**scored**
30:13
**seal**
370:17
**search**
55:9, 55:10,
125:18
**searches**
55:1
**seat**
273:12
**seated**
14:22, 81:5,
81:6, 82:8,
82:9, 82:12,
82:16, 82:20,
98:1, 273:11,
280:18, 280:20,
280:21, 281:1,
281:2, 281:5
**second**
63:4, 74:13,

185:23, 189:6,
189:7, 190:21,
199:9, 257:14,
258:11, 261:20,
270:3, 275:24,
278:15, 311:11,
312:12, 316:20,
317:1
**second-to-the-la-
st**
317:6, 317:12
**secret**
239:13
**section**
45:14, 45:15,
83:18, 253:20,
292:3, 308:19
**section's**
237:24
**secure**
62:19, 62:21,
338:16, 338:17
**security**
41:15
**seeing**
65:5, 190:19
**seek**
13:20, 27:17,
27:20
**seeking**
264:21, 318:14
**seem**
210:14, 233:10,
233:11, 233:19,
233:20, 331:10,
331:15, 331:18
**seemed**
134:1, 199:14,
250:6, 250:8,
350:11
**seen**
50:8, 65:18,
112:15, 146:16,
190:17, 237:2,
331:6, 331:19,
355:10, 355:20,
355:24, 363:5
**sees**
300:18

**select**
77:14, 77:22,
80:8
**selected**
28:23
**selecting**
80:10
**self**
109:20
**self-incriminati-
on**
107:5, 107:24,
108:22, 109:9,
109:21
**semantics**
305:22
**semiautomatic**
329:23, 330:8,
330:14, 330:19,
331:13
**send**
193:9, 243:15,
243:16, 243:22,
244:1, 261:7,
321:20, 322:2,
322:8
**sense**
92:24
**sent**
40:8, 76:14,
242:23, 243:11,
321:21
**sentence**
212:6, 212:17,
247:19, 257:15,
329:21, 330:5
**separate**
74:11, 75:2,
75:13, 75:16,
79:9, 116:21,
224:5, 310:13,
310:16
**separated**
101:2
**separately**
128:22, 128:23,
128:24
**september**
53:23, 363:17

**sequence**
201:9, 203:20
**serafini**
93:12, 93:14
**sergeant**
26:3, 52:11,
56:16, 56:19,
57:1, 60:14,
67:5, 67:21,
91:17, 91:22,
93:4, 93:22,
93:24, 94:4,
94:15, 95:2,
95:14, 95:21,
95:24, 96:2,
96:4, 96:5,
96:7, 96:9,
96:15, 96:20,
98:10, 124:12,
124:21, 156:1,
201:2, 240:8,
255:21, 256:12,
256:19, 264:24,
265:3, 265:24,
267:15, 269:7,
278:9, 286:9,
286:20, 287:6,
287:9, 298:14
**sergeant's**
91:16, 91:18,
92:3, 239:24,
240:1
**sergeants**
25:14, 25:15,
61:7, 92:15,
93:6, 93:7,
93:10, 95:19,
95:21, 132:16
**series**
128:7, 128:8,
130:17, 131:20,
132:6
**serious**
157:23
**serrano**
1:11, 3:9,
5:10, 6:22, 7:6,
7:17, 7:19,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

423

173:3, 173:11,
175:2, 175:12,
176:12, 177:4,
178:10, 179:2,
179:16, 201:4,
201:9, 207:4,
226:5, 226:12,
226:21, 236:16,
238:15, 257:7,
257:10, 273:10,
273:22, 278:17,
278:24, 279:6,
279:14, 280:12,
282:1, 282:17,
282:22, 283:16,
285:7, 299:8,
299:11, 299:14,
305:12, 307:19,
308:7, 309:23,
310:4, 310:7,
310:22, 321:4,
322:5, 332:12,
332:17, 333:11,
333:24, 334:7,
334:13, 334:18,
334:21, 335:7,
335:9, 339:4,
339:19, 340:17,
343:4, 345:24,
349:14, 349:23,
350:21, 351:3,
362:10, 363:9,
367:7, 367:12
**serrano's**
236:17
**serve**
27:1, 27:4,
27:7, 29:13
**set**
154:2, 154:5,
210:13, 261:6,
266:7, 370:16
**setting**
326:15
**seven**
27:3, 27:4,
27:7, 28:13,
337:3, 338:15,

341:7, 341:14,
351:9, 357:20,
357:21, 358:8
**seven-hour**
120:12
**several**
142:13, 203:15,
204:9, 244:22,
246:4, 257:16,
258:2
**sex**
51:21, 55:7,
71:1, 72:15,
74:6, 80:21
**sexual**
55:8
**shameful**
111:14, 112:20,
113:1
**share**
38:16, 87:5,
90:16, 90:18,
90:19, 138:14,
138:16
**shared**
218:20, 218:24,
352:19
**sharing**
169:6
**she**
130:6, 146:16,
147:12, 147:14,
149:9, 218:16,
218:21, 220:3,
221:9, 230:17,
230:23, 231:2,
231:5, 234:10,
234:11, 234:13,
245:24, 246:1,
246:4, 246:22,
250:8, 250:11,
250:12, 250:22,
252:3, 253:16,
253:18, 254:2,
254:4, 254:15,
254:19, 255:8,
255:17, 256:1,
256:4, 273:10,

273:11, 277:8,
282:2, 282:3,
297:23, 305:7,
305:11, 306:7,
310:14, 318:17,
319:5, 319:6,
319:7, 319:8,
325:5, 326:2,
326:6, 352:2,
352:4, 352:15,
352:17, 352:22,
353:3, 353:10,
353:11, 353:17,
353:18, 353:20,
354:8, 354:14,
354:15, 354:19,
354:24, 355:1,
355:5, 355:7,
355:10, 355:20,
355:24
**she's**
305:6, 305:8
**sheet**
59:13, 59:16,
60:2, 83:13,
99:15, 99:19,
99:20, 99:23,
144:19, 144:20,
145:1, 235:11,
235:15, 241:2,
369:8
**sheets**
40:10, 54:8,
83:10, 83:19,
99:9, 99:10,
99:17, 99:22,
235:12, 236:18,
242:13
**shift**
95:18, 123:18,
123:20, 133:2
**shit**
170:24, 213:10,
214:24, 215:2,
215:16
**shoot**
300:18
**shooter**
215:21

**shooting**
98:8, 132:12,
134:16, 134:19,
161:11, 287:7
**shop**
210:13
**short**
66:16, 122:17,
210:13
**shortage**
274:11, 274:16
**shorter**
279:18, 279:23
**shorthand**
2:13, 370:3
**shortly**
124:22, 201:5
**shorty**
300:1, 300:6,
300:21, 300:24,
301:4, 301:13,
301:22, 301:24,
302:3, 302:5,
302:15, 302:19,
302:23, 303:4,
303:11, 304:5,
304:22, 305:13
**shot**
25:3, 98:8,
123:9, 125:17,
206:10, 244:22,
251:11, 256:13,
271:19, 297:22,
297:24
**shots**
76:5, 231:11,
308:12
**should**
37:3, 64:22,
74:23, 108:4,
108:16, 249:8,
254:9, 260:8,
264:13, 265:12,
267:9, 268:17,
274:10, 289:9,
293:18, 296:16,
296:18, 296:22,
312:3, 315:19,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

424

315:23, 316:6,
322:14, 322:15,
340:7, 340:8
**shouldn't**
17:3
**show**
46:5, 46:24,
47:10, 58:13,
68:4, 102:18,
102:21, 113:2,
183:11, 183:20,
292:24, 311:2,
316:7, 344:20,
354:16
**show-up**
127:17
**showed**
146:13, 147:6,
147:19, 147:21,
148:2, 151:24,
173:10, 183:14,
187:6, 216:6,
273:5, 274:3,
307:17, 308:9,
309:10, 309:12,
309:14, 354:7,
355:16, 355:17,
357:4, 358:4
**showing**
80:3, 121:20,
220:22, 221:14,
222:5, 222:19,
362:5
**shown**
148:19, 149:5,
353:12, 355:1,
355:21
**shows**
265:2
**shut**
325:4
**sic**
349:23
**side**
11:16, 58:5,
62:2, 129:4,
129:9, 129:10,
129:14, 129:15,

130:2, 130:5,
130:7, 130:10
**sidley**
6:16, 114:19,
190:23, 191:15,
193:19, 193:20,
195:7, 195:12,
196:3, 197:5,
197:9, 197:19,
198:12, 198:13,
199:18, 199:23,
201:17, 201:22,
202:8, 204:6,
205:4, 205:8,
207:13, 207:15,
213:22, 213:24,
214:21, 214:23,
219:14, 219:17,
219:20, 220:13,
221:18, 222:1,
222:11, 224:15,
224:22, 224:24,
257:13, 257:20,
258:1, 288:20
**sign**
59:7, 211:10,
243:3, 278:2,
278:7, 336:13,
336:15, 336:18
**signature**
243:1, 261:22,
262:1, 277:23,
278:12, 278:13,
323:17, 323:20,
362:6, 362:7,
369:13
**signature-sc3**
370:21
**signatures**
324:4
**signed**
59:5, 146:3,
243:8, 262:3,
262:8, 262:10,
321:3, 323:23,
369:8
**significant**
88:1, 213:3,

282:9
**signifying**
243:7
**signing**
278:5
**similar**
73:13, 73:18,
73:20, 73:22,
75:9, 76:18,
278:20, 278:23
**similarity**
74:1
**similarly**
119:14, 141:16
**simple**
167:1, 216:12,
354:24, 358:7
**simply**
12:13, 172:18,
187:11, 198:3
**since**
10:15, 13:15,
114:24, 298:8
**single**
48:2, 48:6,
48:7, 48:10,
83:1, 98:12,
106:1
**sir**
19:19, 26:5,
34:22, 101:10,
105:13, 107:3,
109:14, 110:24,
132:2, 141:21,
144:9, 170:14,
175:3, 175:11,
175:16, 176:16,
176:18, 176:20,
178:6, 181:18,
182:9, 185:9,
187:11, 187:24,
188:9, 188:21,
190:18, 194:3,
196:20, 199:16,
201:14, 204:3,
205:1, 212:10,
212:21, 214:20,
219:13, 224:12,

231:21, 234:4,
234:17, 245:16,
246:6, 247:22,
249:3, 255:6,
266:21, 267:1,
267:16, 271:2,
273:15, 276:3,
280:15, 280:17,
280:24, 284:8,
291:9, 291:20,
291:22, 292:22,
293:4, 293:12,
294:15, 300:16,
305:4, 312:6,
313:19, 315:8,
316:7, 316:20,
320:18, 324:12,
339:18, 360:12,
362:6
**sit**
25:10, 45:7,
45:18, 46:11,
46:13, 60:5,
60:9, 60:16,
60:18, 60:20,
62:15, 79:7,
92:9, 111:19,
111:20, 130:20,
149:11, 151:5,
222:23, 246:2,
246:10, 300:2,
364:7, 364:14
**sitting**
14:7, 14:14,
14:15, 57:9,
81:9, 81:11,
81:15, 81:24,
150:16, 150:22,
246:23, 280:16,
282:3, 352:5
**situation**
274:19
**situations**
275:6
**six**
335:12
**size**
330:21

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

425

skill
31:18, 31:20
skills
31:23
skin
71:1
skinniest
279:5, 279:13
skinny
281:9
skip
91:2, 91:3,
254:12, 351:23
sleeping
231:2, 255:8
small
331:1
smaller
57:8
smashed
271:14
smith
23:23
smitko
115:10, 115:12
so-and-so
89:23
social
41:15
socialize
196:16
solache
195:18, 195:19,
196:9, 199:24
solely
171:19
solve
32:13
some
10:15, 10:16,
11:12, 12:7,
13:5, 17:20,
35:24, 36:20,
38:20, 45:1,
50:23, 55:24,
57:10, 59:21,
61:14, 75:21,
78:3, 78:19,

86:8, 101:18,
111:15, 113:2,
113:20, 118:18,
119:15, 132:9,
144:3, 145:4,
146:14, 146:15,
153:2, 155:1,
157:14, 161:2,
162:8, 164:9,
165:9, 170:6,
174:22, 176:18,
190:24, 208:4,
209:23, 218:15,
220:2, 221:8,
231:2, 239:13,
249:6, 254:20,
255:3, 281:24,
282:9, 285:5,
287:11, 292:19,
296:10, 297:23,
298:18, 330:19,
330:22, 336:13,
342:16, 361:8,
364:2
somebody
48:17, 77:14,
77:22, 78:5,
85:20, 91:10,
136:23, 138:18,
139:2, 139:9,
139:11, 152:17,
161:5, 161:7,
167:7, 173:22,
174:4, 199:3,
215:15, 255:9,
275:6, 283:10,
283:12, 297:24,
335:22, 338:22,
339:11, 344:17,
344:21, 344:22,
344:23, 345:6,
349:13
somebody's
235:6, 235:10,
235:14
someone
19:24, 78:20,
85:19, 134:8,

152:12, 163:8,
169:8, 173:1,
173:20, 174:16,
175:8, 180:2,
181:14, 215:4,
268:20, 323:7,
344:19, 360:22
someplace
217:14
something
12:21, 34:9,
37:23, 38:12,
39:12, 66:22,
77:13, 81:18,
85:5, 87:11,
87:17, 87:22,
95:12, 118:3,
118:5, 166:7,
166:12, 167:21,
167:23, 175:2,
176:22, 192:17,
193:1, 195:11,
198:5, 212:19,
218:2, 218:16,
220:3, 221:9,
223:11, 231:4,
280:5, 302:24,
305:18, 326:3,
328:3, 329:1,
336:19, 337:10,
338:24, 343:22
sometime
10:5, 66:8,
156:9, 165:2,
165:9, 209:3,
209:5, 236:21,
267:2, 360:5
sometimes
33:24, 34:8,
38:19, 41:10,
42:15, 44:20,
47:11, 47:15,
47:23, 48:2,
63:12, 64:14,
64:24, 66:21,
69:24, 70:12,
78:15, 80:11,
80:13, 83:10,

84:18, 86:13,
89:16, 89:22,
91:21, 96:13,
99:6, 199:11,
199:20, 333:1
somewhere
29:5, 40:6
son's
52:22
soon
43:6, 152:11,
154:1, 248:23
sorry
8:22, 8:24,
26:13, 33:10,
44:8, 69:21,
71:13, 93:2,
103:2, 113:17,
166:16, 187:3,
206:17, 210:2,
213:9, 223:6,
225:14, 235:16,
237:9, 245:13,
250:10, 251:21,
255:11, 257:12,
258:13, 267:10,
269:12, 269:24,
272:5, 276:13,
289:3, 295:13,
295:22, 304:20,
309:13, 312:14,
317:17, 324:1,
325:8
sos
54:23
sotos
4:12, 108:11,
237:19
sound
190:10
source
162:15, 162:18,
163:18, 164:23,
166:3, 166:17,
166:22, 168:5,
168:19, 213:14,
342:8, 342:14,
343:2, 347:23,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

426

359:19
**sources**
168:15, 169:3
**south**
156:16, 357:10
**spaces**
62:4
**spanish**
49:20, 129:23,
130:4, 130:8,
130:9, 130:13,
130:15, 187:10,
195:9, 195:16,
256:4
**spanish-only**
199:12, 199:21
**speak**
12:14, 49:20,
118:24, 119:3,
119:5, 119:7,
129:23, 130:13,
200:1, 306:5
**speaker**
130:1, 130:4
**speakers**
199:13, 199:22
**speaking**
11:2, 191:23,
192:9, 269:13,
291:17
**speaks**
256:4
**special**
92:6, 92:7,
92:15, 92:16,
92:17, 92:18,
92:20, 92:21,
93:9, 122:14,
239:13, 364:22
**specific**
79:5, 95:15,
104:9, 190:19,
197:15, 197:16,
197:23, 364:8,
364:15
**specifically**
34:5, 60:16,
72:14, 82:20,

95:13, 132:3,
144:2, 166:20,
172:1, 199:24,
201:19, 204:20,
219:24, 239:4,
324:19, 332:19,
341:8
**specified**
187:13
**speculate**
238:19
**speculation**
36:14, 44:4,
44:17, 77:2,
88:7, 88:20,
112:9, 118:8,
134:24, 136:10,
137:19, 151:1,
220:19, 232:15,
238:20, 238:24,
254:18
**speedy**
100:6
**spell**
8:15
**spend**
126:9
**spill**
227:20, 227:24,
266:21
**spilled**
227:18, 228:3,
228:8, 228:14,
229:2, 229:8
**spoiler**
301:5
**spoke**
130:6, 130:7,
130:9, 135:9,
140:16, 177:10,
181:14, 187:10,
256:4
**spoken**
110:18, 130:15
**spot**
31:2, 31:4
**springfield**
161:12, 162:17,

162:19, 162:23,
300:10, 300:11,
300:14, 344:4,
344:6, 344:8
**square**
126:4, 126:7,
126:16
**st**
151:17, 151:20,
201:18
**stack**
115:9, 115:12,
244:12
**stairs**
18:14, 18:16,
18:17, 18:20,
63:11
**stamp**
266:4, 266:8,
266:13, 268:22
**stamped**
363:9
**stamps**
266:6
**stand**
79:7, 79:10,
192:21, 282:8,
284:1, 284:14
**standing**
82:12, 82:17,
82:20, 83:5,
123:5
**staple**
56:21, 258:11
**stapled**
56:22, 57:24
**staples**
258:13
**start**
9:3, 19:16,
35:6, 43:21,
66:13, 72:10,
93:20, 123:18,
175:24, 246:2
**started**
71:17, 71:24,
159:21, 160:2,
160:6, 164:13,

230:8, 245:2,
264:11, 265:12,
298:10, 310:2,
315:21, 327:7,
349:1
**starting**
213:18
**starts**
159:4, 160:22,
212:22, 330:6
**state**
2:14, 8:15,
13:22, 19:12,
173:7, 184:6,
219:5, 309:23,
357:10, 370:5,
370:24
**state's**
5:4, 115:1,
115:7, 143:21,
143:24, 146:1,
152:10, 199:13,
200:3, 200:9,
200:13, 200:17,
220:11, 317:16,
318:5, 318:7,
318:15, 318:21,
318:24, 329:5,
350:8, 350:18,
365:13, 365:16,
366:17, 366:22
**stated**
35:18, 187:4,
219:7, 224:6,
224:7, 246:1,
246:4, 271:11
**statement**
35:12, 37:5,
41:18, 42:16,
42:23, 42:24,
43:4, 43:10,
43:14, 44:2,
44:10, 44:11,
44:14, 121:6,
134:7, 134:20,
144:16, 146:3,
146:5, 161:15,
173:12, 176:3,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

427

200:14, 205:23, 206:3, 208:5, 209:4, 209:24, 210:1, 216:6, 220:14, 242:3, 242:17, 245:21, 285:6, 287:8, 296:23, 318:10, 318:16, 318:22, 319:7, 319:9, 346:16, 349:22, 350:20, 351:13

**statements**
35:3, 41:18, 41:19, 41:22, 42:2, 42:16, 43:23, 199:12, 199:21, 200:4, 200:7, 215:22, 222:12, 318:23, 319:1, 329:5

**states**
1:1, 196:14, 361:12

**station**
28:18, 146:16, 170:18, 218:18, 219:5, 219:8, 220:4, 220:16, 221:10, 221:23, 222:15, 273:9, 274:15, 276:24, 333:9, 333:12, 352:2, 352:3, 352:23, 353:2, 353:21, 355:6, 355:11, 355:20, 356:1

**stay**
50:12, 51:12, 51:15, 217:17, 321:8, 329:2, 339:24

**staying**
23:17

**stays**
203:24

**stead**
278:5

**stenographically**
370:10

**step**
192:9, 284:17

**steps**
93:17, 95:3, 284:21, 284:23

**stick**
294:2

**still**
77:15, 77:22, 113:13, 265:18, 339:5

**stolen**
210:11

**stones**
128:3, 135:23

**stop**
22:2, 22:20, 22:21, 47:20, 52:9, 52:19, 53:12, 192:1, 192:8, 319:13

**stopped**
53:15, 59:10, 72:5, 72:12, 344:7

**store**
22:13, 207:2, 207:10, 207:17, 207:18

**storefront**
208:21, 210:19, 210:20, 269:19, 270:9

**stories**
224:8, 225:2

**story**
112:2, 152:12, 203:23, 207:11, 210:7, 211:16

**straight**
267:11

**strange**
210:14

**street**
2:5, 3:5, 3:13, 3:20, 4:20, 7:8,

19:1, 19:2, 29:3, 29:6, 53:15, 59:11, 98:4, 98:7, 125:12, 150:3, 162:15, 162:18, 163:18, 166:3, 168:5, 168:15, 181:3, 182:12, 184:20, 188:2, 203:19, 210:12, 333:15, 333:16, 342:8, 342:14, 343:2, 357:11, 359:19

**stress**
258:14

**stressful**
53:14

**strike**
50:14, 90:8, 116:19, 137:14, 138:2, 208:13, 226:18, 261:7, 289:7, 321:2, 331:22, 331:24, 339:3, 343:6, 352:24

**stripes**
299:18, 299:19, 299:22, 300:6, 300:7, 308:1, 342:19, 346:20, 351:15

**struggle**
195:8

**studenroth**
293:1

**stuff**
59:19, 170:6, 170:11, 171:3, 196:18, 197:10, 197:13, 197:20, 198:3, 198:10, 198:18, 199:4, 202:5, 227:15, 268:1, 277:11

**style**
122:13

**subject**
106:15, 107:7, 112:4, 236:15, 248:23, 365:22

**submit**
56:15, 56:18, 56:24, 66:19, 264:19, 313:1

**submitted**
49:10, 67:9, 68:3, 68:6, 68:13, 68:18, 248:10, 249:2, 261:6, 262:22, 263:5, 263:9, 263:12, 263:14, 263:18, 264:13, 264:18, 265:8, 267:1, 268:9, 285:13, 285:23, 286:17, 311:13, 315:18, 316:1, 321:17

**submitting**
67:15, 277:12

**subpoena**
14:11

**subsequent**
247:20

**subsequently**
131:14

**substance**
201:16, 202:8, 219:19

**substantially**
191:21

**such**
38:1, 38:20, 41:14, 58:3, 63:5, 77:4, 170:11, 275:10, 302:23, 349:2, 349:3, 349:6

**sued**
10:12, 114:12, 114:14, 237:19, 238:3

**suffering**
133:15

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

428

suggest
37:22, 138:11
suggested
38:13, 72:23,
79:20
suggesting
256:6
suggestion
248:15
suggestions
84:6, 249:6
suggestive
80:2
suit
122:2
suite
3:14, 3:21,
4:14, 4:21
sum
201:16
supervisor
66:20, 66:21,
68:14, 68:19,
153:3, 153:4,
153:7, 153:12,
153:15, 153:20,
160:14, 173:16,
265:24, 329:2
supp
35:22, 37:7,
43:24, 44:7,
44:12, 46:2,
46:4, 46:8,
47:1, 47:2,
56:3, 68:3,
68:6, 102:4,
227:14, 227:15,
241:6, 241:8,
241:9, 242:6,
242:9, 242:20,
244:17, 245:3,
245:11, 248:10,
254:8, 261:15,
262:18, 267:24,
268:3, 268:5,
268:7, 268:8,
268:10, 268:11,
268:23, 269:7,

296:19, 310:11,
310:13, 310:16,
321:9, 321:11,
321:19
supplemental
36:1, 36:6,
37:4, 55:12,
56:11, 67:9,
67:11, 67:13,
69:11, 69:12,
69:19, 101:24,
164:13, 182:9,
253:21
supplementary
6:21, 158:6,
158:9, 158:14,
161:19, 161:23,
203:13, 210:15,
210:22, 218:13,
245:6
supplied
176:7
support
112:22, 113:2
supposed
33:15, 43:19,
44:10, 68:12,
68:24, 69:6,
116:19, 116:20,
192:22, 200:7,
258:20, 260:14,
263:11, 263:16,
283:1, 322:4,
338:16, 338:24
supposedly
304:19, 341:14
suppress
82:1, 82:4
supreme
72:23, 79:19,
84:5
sure
8:18, 38:6,
38:10, 44:11,
69:23, 72:16,
75:23, 77:19,
78:22, 82:15,
86:22, 104:19,

112:24, 122:9,
127:10, 129:8,
138:2, 175:19,
184:23, 185:6,
189:22, 190:1,
230:1, 267:18,
267:20, 268:4,
270:18, 282:8,
301:13, 306:3,
322:16, 365:1
surprised
218:23
suspect
45:6, 46:23,
47:3, 47:6,
70:14, 70:17,
70:19, 71:15,
72:24, 73:1,
73:9, 73:12,
73:17, 73:19,
73:20, 73:23,
74:12, 74:13,
75:8, 76:1,
76:19, 79:20,
79:24, 80:17,
80:20, 83:14,
84:9, 85:9,
125:19, 126:23,
127:4, 127:13,
127:14, 128:6,
161:3, 216:23,
276:23, 282:8
suspect's
73:6
suspected
204:2, 254:15,
254:19, 255:3
suspects
47:12, 47:16,
48:6, 48:11,
48:12, 48:23,
64:9, 64:10,
65:4, 73:4,
74:10, 74:19,
74:21, 74:23,
75:12, 83:11,
83:23, 84:7,
84:10, 129:10,

129:14, 195:24,
273:20, 273:21,
274:4, 284:17,
298:19, 304:19,
304:22, 305:9,
308:22, 309:14,
321:14, 321:16,
333:1, 346:19,
349:6, 354:21
suspension
170:21
sustained
204:22, 205:5,
207:8, 271:22,
272:6
sweating
133:13
switch
335:24
switched
104:18, 245:13
sworn
8:10, 8:12
sydney
190:5
symptoms
133:16
system
55:13, 59:4,
91:21, 91:24

**T**

t
252:12
table
77:4
tact
23:16, 23:19,
23:24, 24:4,
24:11, 24:13,
24:15, 24:18,
27:2, 27:5,
27:8, 27:18,
28:2, 28:5,
28:10, 28:12,
29:12, 29:16,
30:5, 31:21,
31:24, 32:4

**tactical**
127:5, 151:6
**taint**
97:2
**taints**
203:24
**take**
8:23, 11:21,
17:6, 17:12,
25:13, 25:15,
25:23, 30:22,
39:17, 39:20,
39:23, 41:9,
41:11, 41:13,
41:17, 41:19,
42:2, 45:13,
46:7, 46:23,
47:7, 54:4,
56:18, 58:23,
63:5, 70:17,
77:12, 77:19,
78:10, 98:12,
99:5, 101:16,
102:12, 102:23,
103:8, 111:22,
127:10, 157:8,
157:10, 157:12,
158:15, 178:16,
182:2, 188:23,
189:11, 200:19,
215:23, 226:5,
254:1, 254:2,
260:20, 272:17,
276:11, 279:16,
280:17, 287:8,
287:20, 291:15,
291:18, 302:2,
309:7, 318:9,
318:15, 318:24,
319:7, 320:22,
329:22, 330:7,
332:14, 332:24,
333:2, 333:7,
337:12, 344:2,
344:19, 344:23,
352:16, 358:17,
368:14
**taken**
7:3, 27:11,

27:13, 50:18,
56:4, 59:2,
76:7, 76:13,
105:8, 132:5,
189:16, 199:12,
199:21, 254:10,
261:13, 272:21,
324:8, 345:2,
361:21, 370:7,
370:9
**taking**
11:22, 12:3,
35:19, 40:2,
40:17, 110:7,
114:2, 127:7,
158:19, 158:21,
189:4, 200:3,
326:14, 327:13
**talk**
98:4, 114:8,
114:10, 115:1,
115:6, 115:9,
143:5, 145:20,
152:13, 154:1,
160:16, 187:9,
217:3, 217:18,
250:5, 250:6,
250:7, 250:9,
284:16, 291:6,
293:8, 302:15,
306:6, 327:24,
328:4, 328:12,
350:8, 355:15,
355:22
**talked**
14:2, 85:20,
113:6, 113:7,
113:9, 114:19,
118:23, 133:10,
147:1, 158:2,
159:12, 172:23,
173:1, 176:21,
176:24, 180:12,
187:9, 202:1,
208:22, 230:15,
249:23, 255:7,
255:17, 255:24,
256:9, 271:5,

293:16, 334:9,
338:15, 342:20,
351:24, 352:1,
353:14, 354:5
**talking**
14:6, 14:22,
17:1, 34:17,
67:23, 74:16,
85:23, 86:4,
86:9, 87:24,
132:12, 134:16,
138:24, 143:8,
159:4, 159:22,
160:3, 160:6,
160:22, 171:15,
172:5, 174:9,
183:15, 187:12,
187:13, 214:21,
222:13, 285:3,
310:2, 317:9,
317:19, 318:19,
328:3, 334:12,
334:23, 339:22
**talks**
191:20, 245:23
**tall**
81:4, 122:24,
280:11, 281:8,
282:2
**taller**
122:23
**tallest**
279:5, 279:12
**tan**
122:3, 273:12,
300:12
**task**
54:18, 95:15
**tasks**
94:4, 160:14
**team**
23:16, 23:20,
24:1, 24:4,
27:2, 27:5,
27:8, 27:18,
28:2, 28:5,
28:10, 28:12,
29:12, 29:16,

30:5, 52:22,
127:5, 280:4
**tearful**
133:23
**tech**
20:6
**teenage**
126:9
**teenager**
126:11
**teeth**
74:3
**telephones**
339:8
**television**
235:15
**tell**
34:8, 46:22,
54:13, 77:5,
77:7, 77:13,
77:21, 78:2,
81:8, 81:10,
86:13, 94:6,
94:7, 95:2,
95:14, 95:22,
96:1, 96:3,
96:6, 96:9,
108:24, 110:13,
112:19, 113:1,
114:20, 134:4,
134:6, 134:10,
139:2, 148:6,
152:11, 156:1,
156:10, 159:14,
160:16, 162:14,
162:21, 164:19,
164:23, 166:1,
166:4, 166:5,
166:8, 166:24,
167:12, 168:13,
168:16, 168:19,
170:23, 171:2,
175:17, 176:1,
180:16, 189:24,
193:19, 197:8,
197:12, 197:19,
202:8, 204:9,
205:3, 207:13,

212:14, 213:21,
217:23, 219:8,
219:13, 220:1,
228:14, 229:2,
236:11, 237:20,
238:11, 238:17,
238:21, 256:20,
274:22, 288:11,
288:14, 288:18,
289:21, 291:7,
291:13, 293:9,
301:14, 301:21,
302:19, 303:3,
334:17, 345:7,
345:23, 349:17,
350:18, 350:24,
359:1, 364:18,
367:1

**telling**
37:1, 45:1,
67:5, 78:7,
135:12, 139:3,
139:23, 162:15,
219:1, 221:6,
222:14, 270:14,
271:18, 289:14,
294:22, 294:24,
296:7, 302:10,
302:15, 331:11,
349:1

**tells**
158:24, 299:24

**temper**
196:18, 196:21,
196:24, 197:6

**tended**
329:12

**term**
319:23

**terminals**
57:11, 60:24,
62:14

**terms**
70:17, 214:24,
234:18

**territory**
136:19

**test**
30:22, 44:24,

45:16, 254:14,
283:17, 332:24,
333:8, 334:3,
340:9, 354:18

**testified**
8:12, 112:10,
175:11, 178:7,
178:23, 179:3,
179:6, 182:23,
257:6, 257:9,
289:6, 295:15

**testify**
12:4, 17:13,
110:3, 111:3,
111:4, 112:6,
152:1, 215:23

**testifying**
81:19, 114:21,
295:4, 295:8,
320:19

**testimony**
6:13, 6:19,
58:12, 150:9,
178:11, 179:17,
187:4, 188:11,
188:19, 202:12,
272:2, 290:4,
291:21, 294:21,
295:15, 295:20,
295:21, 315:13,
369:5, 369:6,
370:9

**testing**
355:2

**tests**
44:20, 45:3,
333:2

**texas**
19:14

**th**
14:8, 14:9,
14:21, 15:1,
15:11, 19:1,
23:9, 23:10,
23:14, 23:17,
26:7, 26:11,
26:15, 27:5,
27:8, 28:14,

28:19, 28:24,
29:2, 29:7,
29:11, 29:13,
29:17, 29:22,
29:24, 30:2,
30:4, 30:8,
30:9, 31:21,
32:1, 50:19,
50:21, 51:2,
51:5, 51:6,
98:10, 98:22,
124:14, 125:14,
125:22, 127:6,
127:7, 132:6,
135:11, 156:16,
170:18, 173:7,
184:6, 197:17,
197:23, 198:14,
233:20, 234:2,
237:3, 237:24,
238:23, 240:1,
240:19, 241:16,
241:19, 241:22,
242:1, 242:4,
242:10, 260:7,
260:22, 268:5,
279:19, 285:24,
286:9, 286:17,
286:21, 301:24,
310:12, 310:18,
311:13, 311:21,
311:22, 322:4,
360:5, 360:8,
360:17, 361:1,
370:17

**than**
16:20, 21:9,
21:19, 24:16,
24:19, 29:9,
35:19, 57:8,
66:17, 70:6,
70:8, 92:4,
99:19, 99:22,
99:23, 114:10,
118:19, 122:23,
128:9, 128:19,
129:5, 137:16,
138:4, 138:9,

138:20, 139:23,
142:20, 166:7,
192:18, 193:5,
217:20, 260:8,
260:15, 298:9,
328:11, 330:22,
330:24, 346:19,
347:15, 348:18,
359:17, 365:16

**thank**
51:24, 190:4,
222:8, 368:2

**theft**
252:12

**their**
14:18, 31:18,
60:10, 60:21,
62:15, 76:13,
78:15, 78:18,
85:6, 87:11,
87:18, 88:24,
95:4, 98:5,
98:6, 98:13,
117:6, 117:9,
117:10, 117:23,
138:5, 138:9,
138:12, 138:14,
138:16, 138:17,
138:20, 153:10,
162:24, 177:1,
178:2, 183:1,
183:2, 196:14,
200:16, 218:2,
227:14, 236:18,
245:8, 247:3,
249:9, 249:10,
249:13, 251:5,
252:24, 253:2,
275:5, 333:19,
338:8, 341:24,
343:5, 345:20,
349:23, 350:12,
350:21, 351:3,
356:19, 356:22,
358:6

**themselves**
7:12, 88:14,
350:13

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

431

**there's**
48:5, 62:1,
67:6, 150:15,
163:18, 186:5,
189:9, 193:1,
193:5, 201:20,
235:24, 241:11,
247:8, 248:24,
270:6, 270:11,
270:13, 270:18,
271:17, 289:13,
289:18, 339:8,
353:1
**thereabouts**
71:18
**thereafter**
207:7, 370:10
**these**
76:2, 78:4,
95:14, 96:10,
102:11, 163:9,
163:12, 171:12,
174:23, 176:13,
177:2, 177:11,
178:2, 179:7,
180:2, 181:3,
181:15, 181:17,
183:4, 183:15,
184:8, 188:6,
200:7, 202:20,
221:1, 236:21,
236:22, 237:1,
238:18, 249:1,
273:13, 309:10,
309:13, 309:19,
341:10, 343:14,
343:16, 343:19,
345:14, 345:18,
346:9, 346:18,
347:9, 347:12,
348:5, 348:8,
348:18, 349:9,
350:10, 351:1,
351:7, 351:13,
354:11, 357:6,
359:6
**they'd**
89:11, 118:2,

118:9, 305:19
**they're**
8:20, 81:11,
89:1, 138:14,
138:16, 204:12,
219:22, 235:12,
308:16, 339:12,
341:22
**thick**
309:8, 323:10
**thing**
10:19, 10:24,
30:6, 35:9,
37:3, 39:4,
55:9, 144:15,
147:1, 170:17,
170:21, 260:11,
278:8, 292:23,
300:3
**things**
26:22, 35:18,
41:13, 58:4,
59:21, 59:22,
62:23, 71:2,
74:1, 74:4,
96:22, 106:19,
193:10, 197:4,
198:7, 265:10,
349:1
**think**
19:22, 22:9,
25:2, 25:7,
31:4, 31:8,
46:13, 71:11,
81:10, 82:19,
82:21, 82:23,
91:4, 104:17,
110:6, 121:6,
122:23, 123:9,
138:11, 138:18,
138:24, 139:22,
141:23, 142:7,
145:7, 146:19,
148:12, 148:14,
148:16, 153:20,
154:11, 162:24,
165:2, 169:10,
169:12, 170:20,

172:23, 180:20,
184:18, 187:4,
188:5, 190:8,
202:12, 206:7,
206:15, 208:18,
211:12, 221:21,
221:24, 234:12,
244:3, 245:15,
245:16, 265:6,
265:7, 266:24,
268:21, 272:17,
317:18, 318:9,
336:16, 354:2,
359:3, 359:9,
361:4
**thinking**
180:24, 285:1
**third**
52:24, 94:18,
120:3, 120:4,
120:7, 123:4,
244:3, 270:3,
288:22, 288:24,
294:3, 296:8,
304:4, 329:20,
330:3, 330:9
**third-party**
36:9
**third-watch**
96:4
**thomas**
3:18
**those**
9:10, 9:22,
21:1, 39:15,
41:4, 45:3,
48:12, 57:18,
59:9, 59:12,
64:14, 64:20,
64:24, 90:2,
90:4, 93:23,
101:6, 102:21,
102:23, 103:12,
104:9, 106:21,
107:18, 108:13,
112:15, 126:10,
132:8, 150:2,
158:9, 173:20,

174:16, 174:18,
175:9, 176:15,
176:16, 179:22,
179:23, 195:8,
213:23, 215:3,
224:1, 226:7,
226:21, 236:5,
236:8, 236:17,
237:10, 237:21,
238:8, 238:12,
238:13, 238:22,
239:1, 239:2,
241:14, 247:15,
265:9, 266:6,
268:8, 276:16,
284:22, 308:11,
313:8, 333:4,
335:15, 336:1,
336:20, 337:5,
337:23, 342:5,
342:18, 342:23,
343:7, 343:19,
349:19, 351:16,
352:9, 352:13,
353:2, 353:4,
353:24, 356:17,
360:22, 361:1,
364:13, 365:20,
367:18
**though**
29:4, 42:23,
185:15, 316:1,
321:23
**thought**
24:15, 31:2,
31:6, 67:4,
112:20, 142:1,
153:14, 169:8,
169:14, 191:3,
191:13, 194:13,
201:22, 223:2,
223:6, 223:9,
223:11, 245:14,
305:17, 307:9,
319:10, 325:8,
348:2, 348:4,
348:7, 351:1,
353:24, 360:2,

360:14
**three**
14:17, 21:1,
23:15, 29:9,
32:24, 57:10,
75:12, 75:13,
75:16, 83:23,
84:7, 119:10,
119:19, 119:20,
120:2, 120:11,
162:16, 162:18,
162:22, 163:9,
163:12, 163:19,
164:10, 164:24,
173:8, 173:11,
173:20, 173:23,
174:17, 174:18,
175:9, 176:7,
176:13, 177:10,
178:1, 180:4,
181:15, 182:16,
183:4, 183:12,
183:15, 184:8,
226:7, 226:16,
226:21, 236:18,
239:2, 266:13,
273:17, 273:20,
273:21, 274:4,
284:16, 285:6,
288:20, 304:18,
304:19, 304:22,
305:9, 305:12,
309:13, 321:12,
341:13, 341:19,
342:18, 343:3,
343:13, 343:16,
349:19, 351:16,
351:21, 352:3,
352:9, 352:14,
352:23, 353:2,
353:4, 354:11,
355:10, 355:19,
356:13, 356:17,
356:22, 357:4,
358:3, 358:5,
359:19
**three-block**
55:7

**threw**
229:10
**through**
54:15, 61:7,
61:9, 76:18,
98:12, 101:17,
111:20, 130:20,
175:24, 192:7,
201:11, 236:2,
240:23, 241:3,
331:21
**throughout**
257:16
**thus**
10:21, 211:14
**ticket**
150:6, 170:20,
197:18, 199:5
**tile**
336:8
**tim**
351:20
**time-frame**
146:20
**timekeeper**
20:24, 50:6
**times**
30:22, 98:4,
98:17, 120:11,
142:13, 142:24,
168:23, 244:22,
359:10, 365:10
**timothy**
223:6, 286:24,
287:4, 287:10,
287:13, 287:14,
287:21, 298:6,
300:20, 300:23,
301:3, 301:23,
302:9, 302:18,
302:20, 302:22,
303:3, 303:10,
304:4, 306:10,
306:13, 306:17,
307:17, 307:18,
307:23, 308:1,
309:11, 310:6,
311:7, 317:21,

341:5, 341:8,
341:12, 341:17,
341:21, 344:15,
345:9, 346:18,
347:21, 348:9,
348:22, 349:13,
349:18, 349:23,
350:9, 350:19,
350:20, 367:15
**tired**
189:20
**title**
53:19
**today**
7:9, 9:20,
9:22, 12:4,
140:1, 180:1,
197:16, 238:19,
292:13, 353:14,
362:21, 364:7,
364:14
**today's**
131:5
**together**
14:16, 47:17,
50:2, 77:10,
196:16, 218:3,
328:6
**tom**
7:20
**tone**
232:13
**too**
55:10, 105:19,
126:23, 138:23,
164:17, 171:17,
172:16, 180:6,
180:15, 264:3,
292:15, 360:4
**took**
25:12, 25:19,
30:13, 30:16,
40:3, 53:16,
53:17, 98:11,
146:2, 169:23,
170:21, 173:9,
206:11, 206:21,
216:2, 254:2,

276:14, 276:16,
277:2, 284:17,
314:21, 319:9,
319:21, 319:24,
320:20, 335:4,
340:8
**tool**
44:22, 283:3,
283:5, 283:6
**top**
185:23, 203:3,
213:17, 213:19,
259:23, 288:7,
331:9
**total**
94:24
**totally**
277:13
**touch**
50:12, 257:17,
257:18, 258:1
**tour**
20:24, 21:2,
21:4
**tours**
21:5, 21:6
**towards**
122:4
**tracks**
229:22, 230:6
**traditional**
350:12
**trained**
33:1, 33:12,
33:15, 33:20,
33:24, 37:9,
39:17, 39:20,
39:22, 40:1,
40:16, 40:20,
41:4, 72:18,
73:8, 81:13
**training**
6:24, 22:11,
40:7, 40:10,
115:18, 115:22,
116:1, 116:18,
361:14, 363:3,
363:8, 363:16,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

433

363:21, 364:2,
364:8, 364:12,
364:15, 364:19,
364:20, 364:24
**trainings**
364:13
**transcript**
6:8, 6:13,
121:5, 121:16,
178:18, 185:3,
190:16, 191:21,
223:17, 225:12,
290:22, 316:11,
362:3, 362:17,
368:10, 370:8
**transcription**
369:6
**transcripts**
120:24, 121:3,
121:7, 121:8
**transfer**
91:18
**transferred**
28:14, 28:16
**trevino**
195:21, 195:23,
196:5, 196:9,
196:11
**trial**
6:13, 68:5,
175:12, 175:14,
178:7, 179:6,
187:4, 192:20,
192:23, 193:5,
219:6, 257:6,
257:9
**trick**
214:17
**tried**
80:22, 151:24,
152:8, 166:14,
210:16, 211:8,
211:11, 211:18,
239:9, 269:18,
278:16
**trigger**
327:6
**trouble**
279:18, 281:24

**troubles**
328:1
**true**
42:17, 42:24,
43:14, 44:2,
44:11, 44:14,
178:13, 214:4,
272:10, 369:5,
370:8
**truly**
38:11
**trust**
169:10, 169:13,
169:16, 170:3,
213:13
**trusted**
169:21
**truth**
45:2
**truthful**
106:14, 107:6,
107:14, 107:17,
107:18, 107:19,
112:3, 179:5,
262:9, 262:11,
262:14, 262:17,
262:20
**truthfully**
12:4
**try**
11:5, 32:13,
37:16, 39:2,
44:8, 46:24,
47:21, 55:1,
70:19, 73:8,
73:13, 73:17,
73:19, 73:22,
75:23, 80:16,
86:18, 98:9,
104:19, 136:22,
136:23, 146:4,
164:15, 192:7,
192:17, 207:16,
208:15, 209:14,
211:4, 234:4,
283:3, 302:2,
328:15, 328:18
**trying**
85:5, 92:24,

144:9, 146:7,
155:2, 169:8,
170:13, 211:15,
214:16, 239:3,
267:10, 275:1,
278:19, 282:7,
305:5, 305:23
**tuition**
20:17
**turn**
190:21, 191:5,
191:6, 223:19,
225:15, 244:9,
244:10, 244:20,
245:10, 252:6,
257:13, 258:7,
261:14, 270:3,
270:5, 273:2,
273:3, 282:13,
293:17, 297:3,
309:20, 316:22,
323:9
**turned**
95:15, 107:15,
223:5, 262:6,
266:5, 266:13,
266:19, 316:3,
355:6
**turning**
258:14, 312:16
**turns**
351:2
**tv**
308:12
**twice**
217:21
**two**
9:9, 9:10,
9:21, 9:23,
10:1, 47:18,
57:10, 74:10,
74:11, 74:19,
74:23, 75:2,
84:8, 98:1,
105:3, 108:13,
120:2, 120:12,
126:2, 126:3,
146:15, 200:1,

224:5, 241:11,
241:14, 241:15,
242:12, 268:8,
271:11, 288:21,
300:11, 321:14,
321:16, 325:3,
347:20, 352:5,
354:8, 358:15
**two-part**
55:13
**type**
35:22, 37:5,
46:20, 55:14,
55:17, 55:20,
75:18, 186:16,
277:11, 330:23
**typed**
35:12, 35:18,
43:6, 44:8,
44:12, 47:1,
55:15, 55:23,
58:7, 99:12,
99:16, 210:21,
221:2, 225:7,
257:22, 262:10,
262:13, 263:3,
285:18, 285:20,
285:21, 285:22,
285:23, 286:15,
312:13, 313:4,
313:13, 313:17,
313:23, 314:5,
314:11, 314:17,
315:16
**types**
71:18
**typewriter**
55:14
**typewriting**
370:11
**typewritten**
56:18
**typical**
123:18
**typically**
38:1, 124:10,
129:4, 129:13,
246:10, 264:19

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

434

**typing**
56:5, 164:13,
264:12, 265:12,
306:20, 307:3,
313:9, 313:10,
314:21, 315:5,
315:16, 315:21
**typo**
186:3, 186:4,
186:13, 215:13,
215:14, 260:14
**typographical**
186:5, 187:20,
187:23, 188:3

**U**

**ubiquitous**
339:16
**uh-huh**
225:19, 227:12,
234:21, 241:7,
241:12, 248:21,
250:17, 252:13,
252:17, 253:7,
253:9, 259:2,
259:4, 294:7,
298:21, 312:22,
356:8
**ultimately**
207:11
**unable**
71:7, 71:11,
71:14, 207:17,
210:6, 210:17,
211:10, 211:17
**unaware**
272:8
**uncover**
251:5, 251:7
**under**
41:7, 179:6,
223:21, 252:12,
277:23, 282:23,
283:2, 329:23,
333:1, 333:6,
333:13, 370:11
**underneath**
247:15

**understand**
11:9, 11:13,
12:12, 69:9,
88:23, 105:13,
110:9, 130:15,
141:7, 141:21,
146:22, 172:8,
195:8, 195:15,
196:10, 229:21,
230:17, 230:19,
230:20, 245:6,
326:24
**understanding**
44:9, 154:7,
191:2, 195:24,
196:12
**understood**
11:17, 12:12,
43:18, 191:10,
217:20
**underway**
125:18
**undisclosed**
87:8
**unfair**
83:8, 148:24
**unfortunately**
63:8
**unit**
51:17, 152:18,
152:23, 153:5,
153:8, 154:9,
154:17, 155:5,
155:13, 156:11,
159:16, 242:23,
243:12, 243:17,
244:2, 316:18,
317:16, 318:5,
318:8, 365:14
**united**
1:1
**unknown**
176:18
**unless**
189:22, 344:16
**unlock**
67:22
**unmarked**
149:22, 149:23

**until**
11:1, 11:6,
34:2, 34:10,
54:2, 93:20,
97:11, 117:16,
119:12, 194:6,
203:13, 234:7,
256:10, 314:19,
315:4, 315:6,
321:15, 321:17,
349:1, 355:15,
361:5
**unusual**
246:14, 246:18
**upon**
98:11, 338:2,
339:13
**upper**
312:17, 313:12,
313:15, 313:21,
314:2, 314:9,
314:16, 314:24,
315:10, 315:20
**use**
41:4, 41:7,
44:7, 44:20,
44:24, 54:18,
55:13, 69:24,
72:24, 75:18,
76:7, 79:12,
79:15, 79:17,
79:20, 88:13,
88:17, 89:14,
101:6, 274:8,
280:1, 319:23,
320:16, 337:6,
337:14, 338:7,
346:24, 347:1,
350:11, 351:12,
364:22
**used**
36:10, 39:1,
41:1, 56:22,
75:17, 75:20,
90:22, 100:24,
101:10, 101:12,
107:16, 107:19,
170:24, 186:18,

196:18, 197:9,
197:13, 198:2,
198:17, 199:4,
199:6, 202:3,
240:4, 240:10,
266:4, 280:13,
334:18, 350:12,
351:15
**using**
79:22, 101:14,
179:9, 192:4,
192:7, 206:15,
351:1
**usual**
246:1, 246:24
**usually**
186:17, 331:4
**utmost**
295:14

**V**

**v**
290:24, 291:24,
292:2, 292:22,
293:21, 295:20
**vacant**
208:21, 210:18,
210:19, 210:20,
270:9
**vague**
26:17, 70:21,
83:15, 143:7,
143:14, 146:20,
150:18, 184:3,
339:21
**validity**
220:21, 221:14,
222:4, 222:17
**van**
246:1, 246:2,
300:6, 300:8,
300:13, 344:10,
344:12, 345:3,
345:6, 349:3
**vantage**
300:15
**vargas**
66:13, 147:19,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

435

147:22, 149:5,
159:5, 159:8,
159:12, 159:22,
160:3, 160:6,
160:18, 160:22,
161:3, 176:4,
186:22, 186:23,
201:4, 201:7,
203:7, 208:9,
218:13, 225:23,
230:8, 230:16,
234:5, 234:6,
254:20, 255:4,
257:4, 258:5,
259:16, 259:20,
260:5, 260:13,
271:21, 272:3,
272:6, 273:5,
273:7, 274:4,
276:1, 277:6,
282:1, 287:7,
298:17, 310:11,
310:17, 311:2,
344:7, 344:13,
352:1, 355:19,
366:4, 367:6,
367:8, 367:12,
367:13, 367:16
**varied**
94:19
**various**
20:22, 20:23
**vehicle**
207:21, 244:22,
276:23
**vehicles**
276:22
**velez**
245:22, 246:21,
253:14, 254:9,
254:14, 261:12
**velez's**
252:10, 261:3
**vents**
332:8
**verbal**
170:19
**verbatim**
191:21, 229:17

**verify**
97:12, 203:14,
204:9, 204:20,
205:4, 205:16,
205:20, 207:2,
252:3, 269:18,
321:6
**verifying**
203:23
**versus**
7:6
**very**
84:23, 86:8,
87:7, 88:17,
125:16, 212:5,
212:7, 212:10,
234:13, 268:13,
275:7, 302:21,
307:12, 326:3
**via**
165:15
**vicente's**
146:4, 162:3,
203:23, 206:2,
207:11, 207:24,
208:4, 211:16,
213:3, 295:15,
295:20, 296:23,
366:16, 366:22
**victim**
216:21, 216:22,
244:21, 246:2,
246:9, 246:23,
271:14, 325:8
**victim's**
146:10, 230:16,
246:1, 260:1
**victims**
326:2
**video**
7:2, 368:6,
368:8
**videographer**
5:12, 7:2,
7:11, 105:7,
105:10, 189:15,
189:18, 272:20,
272:23, 324:7,

324:10, 351:10,
361:20, 361:23,
368:6
**videotaped**
1:17, 2:1
**view**
78:21, 128:21,
128:24, 282:21,
310:17
**viewed**
79:7, 79:11,
148:18, 310:11,
310:14, 310:22,
311:5, 311:9,
312:4
**viewing**
78:2, 79:6,
79:9, 79:24,
101:19, 102:14,
128:15
**violate**
111:23
**violated**
84:5
**violates**
333:19
**violent**
51:12, 51:16,
51:20, 57:2,
57:4, 57:12,
57:15, 57:19,
60:5, 60:9,
60:13, 61:5,
61:9, 61:11,
61:20, 61:23,
62:2, 62:17,
63:3, 63:7,
64:2, 71:17,
72:2, 72:9,
72:12, 91:7,
91:11, 92:11,
92:14, 92:21,
93:1, 93:3,
124:9, 124:11,
258:19
**voluntarily**
283:13, 283:20,
332:21, 332:23,

333:5, 333:8,
333:12
**volunteer**
28:19, 45:12,
333:14

---

**W**

**wacker**
4:5
**wait**
10:24, 11:6,
189:8
**waive**
110:9
**walk**
18:1, 18:3,
18:7, 18:12,
18:16, 63:6,
63:20, 338:23
**walked**
18:17, 63:19,
123:15, 200:6,
202:1, 352:4
**walking**
18:19, 63:10,
63:11, 63:13,
64:1, 338:24
**wall**
61:17, 63:19,
63:22, 335:19,
335:20
**walls**
336:3, 336:5,
336:10, 336:12,
336:14, 336:20,
336:21
**wander**
338:18
**want**
10:16, 20:12,
23:24, 24:3,
24:10, 24:24,
25:5, 26:9,
26:15, 31:1,
46:23, 49:11,
64:6, 64:9,
65:5, 78:3,
85:8, 85:13,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

436

86:5, 86:23,
87:3, 89:7,
97:2, 97:7,
105:3, 109:13,
138:12, 139:6,
139:11, 139:17,
139:20, 140:21,
141:13, 154:24,
167:3, 167:5,
178:11, 185:4,
192:9, 193:15,
205:9, 205:16,
205:20, 231:5,
231:8, 232:9,
248:13, 250:7,
277:17, 280:16,
280:22, 296:5,
302:5, 304:10,
304:14, 306:2,
306:5, 320:16,
329:19, 338:17,
343:22, 344:1,
344:5, 353:15,
354:15, 354:18,
354:23, 355:3,
355:9, 355:10,
355:19, 357:17,
368:9
**wanted**
24:21, 24:23,
26:18, 26:22,
31:23, 32:8,
32:10, 38:9,
45:7, 45:12,
52:21, 54:12,
55:6, 58:20,
60:21, 74:10,
89:24, 91:7,
98:15, 101:16,
111:21, 112:2,
142:1, 153:9,
154:23, 164:12,
167:7, 168:3,
168:7, 171:10,
172:3, 172:10,
172:19, 183:5,
183:9, 183:11,
183:17, 183:20,

200:13, 203:14,
204:9, 204:20,
205:4, 206:1,
206:4, 206:5,
207:2, 223:19,
232:19, 232:22,
284:16, 284:19,
287:8, 298:16,
302:12, 318:9,
318:15, 319:7,
348:9, 348:12,
348:15, 348:17,
354:10
**warming**
246:3, 246:10,
246:23
**warned**
217:16
**warrant**
324:2
**warrants**
318:14, 318:17,
319:5, 319:6
**wasn't**
26:6, 27:10,
30:1, 30:7,
94:9, 94:10,
94:11, 94:13,
118:1, 140:9,
150:21, 156:20,
159:22, 200:16,
202:23, 209:9,
209:18, 248:4,
252:5, 253:4,
261:5, 261:9,
282:23, 328:4,
333:13, 350:17,
353:17, 355:2,
359:24
**watch**
52:23, 52:24,
93:16, 93:20,
94:18, 96:10
**watching**
31:13
**water**
337:17, 337:21
**way**
11:12, 38:8,

47:21, 59:2,
67:20, 71:15,
85:17, 88:9,
101:4, 111:14,
113:1, 139:14,
153:17, 190:2,
191:5, 191:6,
200:11, 203:24,
210:2, 218:15,
220:1, 221:7,
221:22, 222:14,
223:10, 230:1,
260:18, 272:13,
278:12, 282:9,
284:24, 291:5,
291:8, 293:7,
293:10, 306:22,
308:21, 329:20,
330:3, 337:6,
338:12, 338:13,
344:15, 366:21
**ways**
75:10
**we'd**
38:19, 78:8,
80:13, 91:24,
93:20, 94:6,
95:14, 95:19,
98:9, 98:16,
98:17, 98:23,
102:4, 102:21,
154:1, 197:3,
275:4, 283:24
**we'll**
11:17, 77:15,
192:8, 234:16,
264:15, 284:1,
294:2, 311:11,
316:7, 368:5
**we're**
9:20, 11:2,
38:19, 57:9,
98:6, 138:24,
172:5, 174:9,
180:14, 189:4,
189:8, 189:9,
193:11, 193:17,
194:8, 267:18,

272:17, 297:5,
297:6, 357:20
**we've**
43:21, 104:13,
105:2, 119:8,
120:2, 121:20,
293:19, 312:6,
340:24, 362:5,
363:1
**wear**
122:11
**wearing**
122:2
**wednesday**
1:19
**week**
29:15, 165:10,
186:17, 233:21
**weeks**
32:24, 118:17,
119:8, 119:10,
119:19, 119:21
**weigh**
123:2
**weighed**
282:3
**weight**
71:1, 74:7,
80:21, 205:23
**weights**
356:23
**weird**
348:2, 348:4,
351:1
**went**
15:15, 15:17,
15:23, 18:14,
18:15, 23:16,
54:13, 55:15,
56:3, 104:3,
124:21, 125:9,
126:22, 127:3,
127:11, 128:5,
140:19, 146:11,
146:12, 147:1,
147:4, 155:10,
156:10, 170:18,
173:4, 173:6,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

437

178:1, 184:5,
184:12, 185:12,
187:6, 200:14,
201:21, 207:9,
207:23, 208:17,
209:8, 209:21,
211:13, 216:12,
216:14, 217:7,
230:15, 255:24,
256:10, 279:2,
279:12, 279:22,
291:6, 293:8,
305:10, 309:3,
309:4, 357:9,
357:10, 358:2,
363:21
**weren't**
44:11, 68:23,
103:23, 147:6,
156:21, 179:7,
191:8, 195:24,
210:9, 274:20,
284:9, 284:12,
321:14, 328:5,
328:6, 338:24,
355:23
**west**
4:5, 4:13,
276:2
**what's**
92:7, 97:23,
110:11, 124:12,
170:6, 202:2,
209:10, 219:19,
223:23, 247:12,
272:12, 274:9,
280:1, 281:19,
286:5, 286:22,
314:1, 317:11,
328:10, 330:13,
330:18
**whatever**
43:23, 70:9,
86:18, 101:16,
101:19, 322:19,
322:21, 334:13,
351:19, 352:8,
354:10, 356:12,

356:16, 357:17
**whatsoever**
285:9
**wheel**
266:4, 266:13,
266:19
**whenever**
89:7, 148:22,
361:1
**whereabouts**
251:15, 251:18,
251:20
**whereof**
370:16
**whether**
33:16, 39:8,
41:11, 43:13,
43:14, 44:1,
44:14, 66:10,
78:17, 90:4,
105:14, 107:23,
108:9, 108:21,
109:1, 109:16,
110:16, 136:6,
136:14, 136:23,
139:11, 143:2,
145:3, 147:14,
167:15, 168:3,
194:24, 219:3,
272:14, 293:19,
366:11, 367:22
**which**
16:3, 18:5,
19:19, 38:1,
53:3, 60:2,
75:15, 92:14,
95:21, 95:24,
102:18, 106:20,
111:16, 118:24,
125:4, 126:3,
126:5, 126:7,
130:4, 133:8,
135:10, 146:11,
171:14, 172:5,
172:21, 174:2,
180:14, 185:21,
187:2, 207:3,
244:12, 252:8,

264:15, 266:14,
269:13, 269:20,
270:5, 276:14,
281:21, 292:1,
293:20, 304:17,
305:15, 312:1,
312:14, 312:18,
317:3, 323:11,
324:20, 329:16,
335:6, 335:9,
346:20, 351:18,
357:3, 363:8
**whichever**
91:19
**while**
16:8, 16:23,
17:16, 22:15,
26:10, 31:24,
37:13, 40:1,
43:6, 51:2,
52:1, 55:3,
58:21, 147:3,
158:20, 170:24,
171:3, 194:18,
198:8, 300:21,
300:23, 334:21
**white**
75:21, 300:7
**whoever**
91:19, 92:1,
101:3, 177:9,
252:20, 337:13
**whole**
56:15, 141:12,
227:10, 227:11,
300:2
**wholeheartedly**
285:11
**wholly**
339:12
**whom**
370:6
**whose**
40:15, 73:4,
91:15, 140:11,
252:18, 252:21,
322:16, 323:2
**wide**
335:18

**wife**
146:10, 230:16,
234:6, 250:11,
325:2, 326:1
**wife's**
193:23, 194:7,
194:21
**wilda**
146:9, 146:13,
146:15, 147:2,
147:7, 147:9,
147:19, 147:22,
148:19, 149:5,
150:3, 186:22,
186:23, 187:8,
187:9, 187:10,
187:12, 187:14,
218:16, 218:20,
220:2, 220:8,
220:15, 221:8,
221:22, 222:14,
230:16, 234:6,
250:5, 251:1,
251:11, 251:12,
252:2, 255:8,
255:16, 255:24,
256:4, 256:9,
257:4, 257:17,
258:2, 258:5,
271:21, 272:3,
272:6, 272:9,
272:14, 273:5,
273:7, 274:3,
276:1, 276:6,
276:18, 277:5,
282:1, 282:21,
310:10, 310:17,
310:21, 311:2,
311:10, 312:2,
312:4, 352:1,
352:8, 352:13,
354:8, 354:11,
355:19, 355:22
**wilda's**
146:11, 149:7
**will**
7:12, 77:22,
112:4, 155:9,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

438

193:2, 248:22,
249:1, 252:15,
268:15, 270:6,
291:18, 292:17,
292:18, 362:14,
368:14
**willing**
84:19, 87:3,
87:5, 141:16
**win**
82:6
**window**
79:8, 79:10,
245:24, 336:22,
336:23
**windows**
64:15, 64:18,
64:20, 64:24,
65:9, 65:12,
336:12, 336:20,
336:21
**withdraw**
47:21, 85:12
**withdrawal**
133:16
**withdrawn**
212:3
**withheld**
164:3, 211:15
**withhold**
97:11
**withholding**
303:7
**within**
23:17, 61:17,
64:2, 152:22,
229:23, 237:7,
237:9
**without**
41:22, 87:18,
107:11, 225:6,
319:1
**witness**
8:10, 17:8,
34:8, 35:7,
36:2, 36:7,
37:1, 37:23,
38:1, 38:11,

38:13, 38:15,
38:17, 38:23,
39:1, 39:2,
39:15, 70:16,
70:18, 71:4,
71:7, 71:8,
71:11, 71:12,
71:14, 76:22,
77:5, 77:13,
77:21, 78:12,
86:12, 86:17,
102:19, 104:20,
106:24, 107:10,
129:24, 130:4,
130:6, 130:9,
140:17, 142:8,
142:17, 155:2,
157:22, 163:5,
167:15, 186:1,
186:2, 186:4,
186:7, 186:10,
186:15, 192:8,
193:7, 193:10,
193:15, 205:12,
215:20, 216:9,
217:1, 220:23,
237:15, 249:23,
287:6, 298:17,
302:7, 325:23,
329:21, 330:6,
353:15, 353:17,
353:18, 353:20,
357:22, 359:3,
359:6, 359:9,
370:16
**witness's**
38:11, 73:18,
188:11
**witnessed**
139:7, 139:12,
300:15, 318:23,
324:15, 325:12,
325:16, 326:22,
327:8, 355:7
**witnesses**
37:16, 38:9,
39:8, 39:13,
64:6, 64:11,

65:4, 70:12,
127:13, 127:20,
128:6, 128:13,
128:17, 128:20,
128:21, 129:11,
129:15
**witnessing**
319:2
**woke**
234:10, 234:12,
255:9
**woman**
298:1
**women**
80:24
**wondering**
321:18, 322:7
**woodall**
213:5, 214:5,
214:6, 214:8,
214:20, 215:2,
215:9
**woodard**
213:7, 213:8,
214:6, 215:12
**word**
55:15, 55:20,
55:23, 206:15,
213:7, 241:6,
292:16
**words**
247:9, 247:15,
291:18, 329:15
**work**
24:23, 24:24,
25:3, 26:18,
26:19, 29:10,
31:14, 50:2,
50:23, 51:3,
51:7, 52:7,
52:21, 53:7,
60:21, 62:5,
62:8, 62:15,
66:3, 72:1,
72:6, 72:7,
72:8, 80:12,
89:20, 95:10,
112:1, 113:19,

116:5, 116:10,
123:21, 124:2,
124:5, 124:8,
124:11, 126:21,
132:14, 145:6,
155:15, 155:21,
155:23, 156:2,
156:3, 194:4,
230:13, 230:14,
233:6, 234:7,
234:14, 252:3,
252:4, 320:24,
329:12
**worked**
22:13, 24:16,
24:19, 41:16,
52:5, 62:9,
72:3, 89:13,
123:20, 195:5,
234:1, 328:6
**working**
23:15, 34:19,
46:18, 46:20,
47:17, 50:21,
52:23, 52:24,
53:15, 59:10,
59:11, 65:16,
65:18, 66:14,
72:5, 72:10,
72:12, 91:20,
93:19, 94:17,
113:13, 116:22,
144:14, 156:20,
156:21, 164:1,
226:16, 227:22,
230:8, 245:2,
255:19, 319:16,
337:8, 338:3
**works**
20:1
**workspace**
60:10
**workspaces**
60:22
**world**
200:7, 201:13,
344:15
**wouldn't**
35:15, 38:24,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

439

41:19, 42:1,
42:20, 46:20,
77:13, 80:23,
81:2, 83:5,
96:14, 104:12,
117:19, 139:20,
140:7, 140:19,
140:21, 162:2,
168:13, 192:20,
192:21, 211:1,
211:4, 246:20,
248:13, 306:16,
356:16, 357:17
**wrightwood**
126:8, 126:12
**write**
35:9, 35:11,
35:13, 35:15,
93:23, 94:7,
117:19, 117:20,
182:10, 200:2,
234:24, 349:4
**writing**
33:2, 42:13,
96:22, 260:20,
313:8
**written**
33:5, 35:20,
37:4, 43:6,
43:24, 44:7,
200:13, 289:9,
315:19
**wrong**
12:21, 29:4,
32:20, 32:22,
87:10, 87:16,
202:5, 202:22,
202:23, 204:12,
211:8, 211:11,
211:14, 211:18,
211:23, 214:18,
223:11, 245:16,
264:13, 265:6,
265:9, 265:14,
266:5, 267:13,
267:14, 267:15,
268:15, 268:19,
269:5, 269:8,

274:9, 277:13,
279:15, 296:2,
315:2, 317:8,
343:18, 345:13
**wrongfully**
201:10
**wrote**
117:9, 186:14,
252:20

---
**X**
---

**xerox**
58:7, 58:15
**xeroxed**
58:9
**xeroxing**
327:13

---
**Y**
---

**yeah**
18:24, 22:23,
26:13, 27:1,
38:8, 42:22,
57:7, 62:22,
62:24, 69:23,
70:24, 87:15,
113:12, 115:4,
140:6, 143:9,
153:19, 166:13,
169:19, 174:6,
179:19, 179:21,
180:24, 186:16,
188:12, 212:12,
212:21, 215:5,
218:9, 227:7,
227:8, 231:17,
231:19, 237:8,
237:20, 239:12,
244:8, 249:4,
249:8, 258:24,
260:6, 267:7,
267:22, 269:24,
283:7, 284:15,
287:19, 290:7,
292:4, 292:23,
293:13, 293:24,
301:9, 306:3,
311:1, 315:24,

317:10, 317:24,
327:2, 331:16,
339:23, 345:19,
346:4, 347:3,
347:22, 352:8,
353:17, 354:7,
356:10, 358:9,
361:17
**year**
9:15, 9:19,
10:2, 14:4,
14:6, 14:21,
52:3, 52:8,
66:9, 66:11,
72:3, 72:9,
217:13
**years**
21:9, 21:19,
22:14, 23:16,
27:3, 27:4,
27:8, 28:13,
29:9, 40:18,
51:11, 51:15,
52:18, 53:11,
63:17, 116:12,
117:24, 126:9,
126:17, 134:13,
134:21, 143:19,
231:14, 231:18,
231:19, 231:24,
232:3, 298:8,
307:9, 341:7,
341:14, 348:21
**yell**
197:2
**yelled**
197:1
**yep**
294:9, 311:8,
359:8
**yesterday**
118:14, 119:4,
119:5, 119:7,
119:9, 119:11,
119:15, 119:18
**yet**
181:21, 200:2,
263:20, 284:10,

288:11, 288:15
**york**
3:15
**you'd**
55:20, 56:17,
56:18, 75:3,
84:8, 96:6,
96:9, 130:21,
162:8, 270:4,
321:8, 338:11,
340:23, 359:23
**you've**
9:21, 10:20,
11:17, 75:10,
120:10, 131:24,
170:7, 231:14,
240:18, 240:21,
241:24, 242:6,
242:12, 252:7,
268:6, 268:7,
281:14, 281:20,
312:21, 327:8,
343:2, 349:13,
363:10
**young**
298:1
**yours**
227:11
**yourself**
106:10, 106:13,
176:20
**youth**
258:24, 259:3,
259:5, 259:8,
259:9

---
.
---

**.3003**
3:23
**.3300**
4:16
**.3939**
4:7

---
**0**
---

**00**
119:12, 119:13,
119:22, 120:8,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

440

120:9, 123:16,
123:19, 123:20,
123:22, 132:14,
133:3, 155:16,
220:8, 262:23,
286:18, 298:11,
309:24, 310:2,
310:3
**010**
363:15
**018247**
247:24, 248:17
**05066**
175:20, 175:21
**06**
1:20, 7:10

---

**1**

**1**
6:18, 189:15,
189:16
**10**
1:20, 6:24,
7:10, 16:20,
62:18, 74:24,
75:4, 94:24,
95:1, 119:12,
119:22, 120:8,
247:6, 301:24,
328:11, 334:4,
334:5, 335:18,
362:14, 362:15,
363:2
**1000**
3:13, 4:23
**104**
364:1, 364:20
**11**
93:19, 94:16,
105:7, 105:8,
173:7, 184:6,
231:14, 231:18,
236:2, 247:7,
248:20, 260:7,
260:21, 260:22,
262:23, 265:1,
265:5, 279:19,
280:11, 310:12,

310:18, 311:13
**1121**
357:10
**11238**
3:15
**114**
309:8
**12**
6:20, 93:20,
105:9, 105:11,
240:14, 286:21,
311:22
**120**
3:20
**1208**
311:17
**121**
6:12
**1240**
4:14
**1282**
361:12, 361:14
**1295**
363:9
**1296**
361:12, 361:14,
361:16
**13**
126:17, 156:16,
233:20, 234:2,
240:19
**14**
6:17, 124:14,
143:9, 170:18,
197:17, 197:23,
198:14, 200:23,
241:16, 241:19,
241:22, 242:1,
242:4, 242:10,
268:5, 285:13,
285:24, 286:17,
287:21, 322:4,
363:8, 363:11,
363:17
**141**
4:13
**148**
6:18

**149**
6:15
**15**
62:18, 143:9,
203:11, 227:14,
241:5, 286:9,
286:21, 311:17,
311:21, 311:22,
363:11
**150**
278:24, 281:15,
281:21
**153841**
252:12
**155**
244:11, 244:15
**157**
244:20
**158**
245:12
**16**
6:20, 241:10,
241:11, 290:4,
370:20
**162**
245:13, 245:15,
252:9
**163**
245:15
**164**
247:5
**169**
258:10, 258:15
**17**
1:7, 1:13, 7:5,
7:7, 23:9,
23:10, 23:14,
23:17, 26:7,
26:11, 26:15,
27:5, 27:8,
30:2, 30:4,
30:8, 50:19,
50:21, 51:2,
51:5, 125:14,
125:22, 127:6,
127:7, 175:24,
241:11
**170**
123:3

**171**
261:14
**172**
185:20, 185:22,
313:20, 314:3,
329:19
**173**
185:6, 187:3,
187:24, 314:9,
353:9
**174**
273:3, 314:14,
315:1, 315:11,
315:20
**175**
311:3, 311:4,
311:12
**177**
6:15, 286:14
**178**
6:13, 297:9,
297:13, 346:23
**179**
300:5, 304:2
**18**
241:22, 370:17
**180**
307:12
**181**
309:21
**183**
282:13, 282:14
**1838**
344:7
**184**
332:15
**1845**
310:12, 310:18
**185**
6:14, 312:7,
312:16, 316:23
**1850**
3:16
**186**
312:16, 312:19,
317:4, 317:9,
340:24
**187**
293:18, 313:15,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

441

321:8
**19**
105:9, 105:11,
113:13
**190**
6:16
**193**
277:18, 311:24,
312:2
**1968**
20:8
**1969**
19:22
**1972**
23:3, 32:19
**1981**
363:17
**1982**
71:18
**1983**
364:4
**199**
201:18
**1990**
66:8, 144:12,
144:18, 145:2,
145:4, 145:20,
324:21
**1991**
66:10
**1992**
66:10
**1994**
290:4
**1999**
53:23
**1st**
291:6, 293:8,
294:19, 295:17,
296:13, 296:24,
364:11

—— **2** ——

**2**
119:22, 120:9,
189:17, 189:18,
298:11, 310:2
**20**
94:24, 95:1,

231:19, 272:20,
272:21, 335:18
**2000**
3:21, 10:5
**2010**
13:13, 54:2,
113:16
**2013**
190:8, 190:9,
193:21, 201:18
**2014**
114:20, 190:8
**2016**
113:14, 113:15
**2017**
238:5, 238:7
**2019**
1:19, 7:9,
237:9, 237:17,
370:18
**2020**
370:20
**21**
201:18, 231:24,
232:3, 242:6
**22**
242:9
**2200**
4:21
**223**
6:17
**225**
6:18
**225342**
1:22
**23**
6:17, 23:3,
242:13
**2300**
263:10, 311:13
**24**
28:14, 28:19,
28:24, 29:2,
29:7, 29:11,
29:13, 29:17,
29:22, 29:24,
30:9, 31:21,
32:1, 51:6,

237:3, 237:24,
238:23, 360:5,
360:8, 360:17,
361:1
**243**
2:8
**25**
98:10, 98:22,
132:6, 135:11,
240:1
**26**
14:8, 14:9,
14:21, 15:1,
15:11, 19:1,
134:13, 134:21,
298:8, 307:9,
348:21
**2600**
156:16
**28**
51:11, 51:15,
318:3
**2869**
1:13, 7:7
**290**
6:19
**2nd**
155:10, 156:4,
157:4, 158:8,
164:22, 165:3,
165:11, 182:10,
185:24, 186:18,
203:9, 203:13,
209:2, 209:4,
218:12, 218:15,
218:22, 220:2,
220:9, 220:16,
221:8, 226:14,
226:15, 226:18,
226:22, 234:8,
235:21, 236:6,
236:8, 236:19,
240:16, 256:11,
262:18, 262:23,
263:1, 263:10,
263:15, 263:18,
263:22, 264:16,
267:6, 267:23,

268:5, 268:7,
268:9, 268:24,
269:16, 269:22,
271:7, 273:4,
274:12, 274:16,
276:12, 276:13,
313:20, 313:22,
313:23, 314:2,
314:6, 314:10,
314:11, 314:15,
314:17, 314:22,
315:2, 315:4,
315:10, 315:15,
315:17, 315:22,
315:23, 319:18,
319:19, 320:15,
342:16, 351:19,
353:12, 355:15,
355:18, 356:4,
360:5, 360:8,
360:17, 360:21,
360:24, 361:5,
365:19, 366:1,
366:5, 366:9,
366:12, 366:16,
366:23, 367:3

—— **3** ——

**3**
123:16, 123:19,
123:20, 123:22,
132:14, 133:3,
155:16, 220:8,
260:21, 309:24,
310:3
**30**
93:19, 93:20,
94:16, 231:11,
232:4, 233:3,
233:5, 233:8,
233:13, 245:24,
285:24, 334:4,
334:5
**31**
151:17, 151:20,
272:22, 272:23
**311**
2:5, 3:5, 7:7

**312**
2:8, 4:23, 5:7
**312.243**
3:8
**312.663**
3:23
**312.735**
4:16
**312.782**
4:7
**315**
236:13
**316**
6:21
**321**
4:20
**345**
3:14
**3473**
5:7
**362**
6:4, 6:22, 6:24
**365**
6:5
**37**
361:20, 361:21
**370**
1:23
**39**
324:7, 324:8
**3900**
276:2
**3rd**
2:6, 3:6,
228:3, 242:15,
242:18, 242:21,
242:24, 244:5,
260:18, 265:1,
265:4, 312:9,
312:21, 313:11,
313:13, 313:16,
313:17, 321:19,
322:8, 322:12,
322:18

**4**
**4**
272:20, 272:21,

272:22, 272:23
**4-inch**
331:4
**40**
92:13, 93:11
**4169**
370:4
**42**
189:17, 189:18
**4461**
23:12
**45**
40:18, 265:1,
265:5, 286:21,
310:6, 311:22,
361:22, 361:23
**4560**
1:7, 7:5
**49**
323:12
**494**
4:23
**4th**
146:18, 355:6

**5**
**5**
63:13, 119:13,
183:18, 231:11,
232:4, 233:3,
233:5, 233:8,
233:13, 245:24,
280:11, 324:7,
324:8, 324:9,
324:10, 339:20,
340:17, 356:21
**5-7**
123:1
**5-by-7**
57:23, 58:2
**5-foot-6**
81:3, 81:14,
81:22, 83:4,
278:24, 280:12,
281:21
**500**
5:5
**51**
323:24

**510**
223:21, 223:24
**52**
291:2, 324:1
**53**
368:7
**54**
324:9, 324:10,
351:10, 368:15
**59**
105:7, 105:8,
189:15, 189:16
**5900**
2:8, 3:8
**5th**
246:22

**6**
**6**
286:18, 310:6,
351:10, 361:20,
361:21, 361:22,
361:23, 368:7,
368:15
**6-1**
280:11
**6-feet-tall**
81:15, 81:23,
83:4
**6-foot**
280:11
**6-foot-1**
281:14
**6/8/1993**
6:21
**603**
5:7
**60601**
4:6
**60602**
3:22, 5:6
**60604**
4:15
**60607**
2:7, 3:7
**60654**
4:22
**62**
290:24, 291:2,

291:3, 291:24,
292:2, 292:22,
293:21, 295:20
**6401**
29:3
**6th**
7:9, 227:13,
230:10, 230:11,
233:12, 248:10,
250:5, 256:22,
258:5, 258:6,
264:4, 264:8,
264:14, 265:13,
265:18, 267:2,
267:4, 267:9,
268:18, 276:15,
314:19, 314:22,
315:4, 315:7,
315:15, 315:18,
316:6, 320:12

**7**
**718.875**
3:16
**736499**
236:14
**77**
4:5
**7th**
267:4

**8**
**8**
285:24
**82**
32:21, 32:22
**83**
175:19, 178:19
**84**
370:4
**8601**
92:1
**863500**
235:8, 236:13
**874175**
236:17
**8th**
282:18, 332:12,

Transcript of Ernest Halvorsen
Conducted on February 6, 2019

443

334:1, 340:1

**9**

**9-millimeter**
329:22, 330:7,
330:14, 330:19,
330:23, 331:7,
331:13, 332:9
**90**
53:4, 217:14,
327:20
**9106**
236:13
**911**
63:18
**92**
370:21
**93**
74:16, 122:20,
124:5, 231:16,
260:21
**94**
6:20
**9579443**
236:16
**9th**
282:18, 334:1,
339:5