*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAIME RIOS, | ) | |
| | ) | Case No. 22 CV 3973 |
| Plaintiff, | ) | |
| vs. | ) | Judge Pacold |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | Magistrate Judge Kim |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S ANSWERS TO GUEVARA'S
FIRST SET OF INTERROGATORIES TO PLAINTIFF**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff answers defendant Guevara's First Set of Interrogatories as follows:

**INTERROGATORIES**

1. Are you asserting any claims for lost wages or other lost income arising from the conduct or injuries alleged in the complaint? If so, please state:

   a. the nature, basis and extent of the lost wages or other income;

   b. the manner in which any lost wages or income are calculated;

   c. the name and address of all persons who have knowledge of these losses; and,

   d. list your annual income for the years 1986 to 1989, inclusive, and for each year since your release from prison, as reported to the United States Internal Revenue Service.

   **ANSWER:**

   a. I am asserting a claim for lost wages for $384,384 for the years I was incarcerated, June of 1989 until June of 2008. This claim is based upon my average wages since my release, which have been consistently been twice the minimum wage.

   b. Using historical data for the minimum wage in Illinois I calculate the wages I would have earned as follows:

   19,136 - 1989-1991

    15,808 – 1992

     88,400  1992-97

      19,760  1997

       137,280     1998-2004

      22,880     2004

     81,120  - 2005-2008

    Total: $384,384

c. Jaime Rios. Keeper of Records, Internal Revenue Service.

d. For the years 1987 to 1989 I did not file federal income tax returns. I made some selling drugs and in other criminal activities. For my income from 2017 until the present, see PFP 004233-004255.

2. Please state, list and itemize each item of expense, monetary loss or any other damage claimed by you in this action (other than lost income or wages as set forth in your answer to Interrogatory No. 1) and, with respect to each such item, provide the following:

    a. the amount of each expense, monetary loss or damage claimed;

    b. how said amount was computed and the basis of said computation;

    c. identify the documents used in calculating each item of damage; and,

    d. identify the individuals who will testify with respect to the item of damage.

**ANSWER:**

Lost wages:

a. $384,384
b. See Answer to Interrogatory 1, above:
c. PFP 004233-004255
d. Jaime Rios


Damages for wrongful incarceration:

a. $41,094,000
b. 6849 days in custody, at the rate of $6,000 per day
c. Investigation continues.
d. Jaime Rios, Keeper of Records, IDOC

3. State in detail the nature of any physical, emotional or mental injuries, including their extent and duration, that you allege to have suffered as a result of Defendants' conduct as alleged in your Complaint, including but not limited to your arrest, prosecution, and incarceration.

**ANSWER:**

When I went to prison I missed my son and my mother. I lived in daily fear of being attacked in prison. I was mentally challenged.

4. Have you received any kind of medical care or treatment, or mental health care or treatment, including admission to any hospital or other medical institution, for any injuries (physical, emotional or mental) allegedly suffered by you as a result of the Defendants' conduct? If so, please state:

   a. the full name, address, and telephone number of each and every physician or other health care practitioner, hospital, medical institution, or health care facility that rendered services to you;

   b. the date or dates of examination, care or treatment by each such physician or other health care practitioner, the date or dates of admission and discharge as to each hospital, medical institution or health care facility;

   c. a description of the care or treatment rendered by each such physician, other health care practitioner or hospital, medical institution or health care facility, and the reason for such treatment or hospitalization; and,

    d.  list any expense incurred, the portion of the expense which has been paid, and the name and address of each person paying a portion or all of said expenses.

**ANSWER:**

No.

5. During the five years prior to your arrest on or about July 7, 1989, were you admitted to any hospital (in-patient or out-patient) or clinic, treated by any physician, psychiatrist, psychologist, counselor, nurse, therapist, specialist or other health care or mental health care professional or facility for any reason? If so, identify:

    a.  the full name, address and telephone number of each such hospital, clinic, technician, physician, psychiatrist, psychologist, counselor, nurse, therapist, specialist or other health care professional or facility;

    b.  the dates of confinement or service;

    c.  the reason for confinement or service, including the injuries, conditions or illnesses suffered; and,

    d.  the treatment received.

**ANSWER:**

No.

6. During your incarceration in either the Cook County Jail, Illinois Department of Corrections and/or any other correctional institution, were you admitted to any hospital (in-patient or out-patient) or clinic, or treated by any physician, psychiatrist, psychologist, counselor, nurse, therapist, specialist or other health care professional or health care facility? If so, identify:

    a.  the names and address of each such physician, psychiatrist, psychologist, counselor, nurse, therapist, specialist, hospital, clinic or other health care professional or facility at which you were admitted or treated;

    b.  the dates of confinement or service;

    c.  the reason for confinement or service, including the injuries, conditions or illnesses suffered and whether the confinement or service was the result of Defendants' conduct as alleged in the Complaint; and,

        d.       the treatment received.

**ANSWER:**

No.

7.      Since your release from prison, have you been admitted to any hospital (in-patient or out-patient) or clinic, or treated by any physician, psychiatrist, psychologist, counselor, nurse, therapist, specialist or other health care professional, mental health care professional or health care facility for any injury, illness or medical condition <u>other</u> than those you allege were the result of Defendants conduct as alleged in your Complaint? If so, identify:

        a.       the names and address of each such physician, psychiatrist, psychologist, counselor, nurse, therapist, specialist, hospital, clinic or other health care professional or facility at which you were admitted or treated;

        b.       the dates of confinement or service;

        c.       the reason for confinement or service, including the injuries, conditions or illnesses suffered and whether the confinement or service was the result of the occurrence alleged in the Complaint; and,

        d.       the treatment received.

**ANSWER**

No.

8.      Are you presently taking any drugs or prescriptions? If so, please state the nature of any such drug or prescription, the full name and address of the doctor prescribing it, and the reason for taking such drugs or prescriptions.

**ANSWER:**

No.

9.      Are you currently or have you ever received (or has anyone ever received on your behalf) any disability benefits for any physical, mental or emotional illness, or injury from any source, including but not limited to, a private employer, a private insurer, the Social Security Administration, or the Illinois Department of Public Aid, etc.? If so, list as to each benefit:

  a. the name and address of the source of benefit;

  b. the nature of the disability involved;

  c. the period of time (month and year) during which the disability benefit was provided; and,

  d. the nature and amount of the benefit.

**ANSWER:**

No.

10. Please identify the name, address, and telephone number of each expert you expect to call as a witness at trial and for each such expert, provide:

  a. the subject matter on which each expert is expected to testify;

  b. The conclusions and/or opinions of each expert witness and the bases therefore, including any reports of the witness;

  c. the qualifications of each expert witness, including a curriculum vitae; and,

  d. a comprehensive list of all cases in which the expert has provided expert testimony, including case number and jurisdiction, and the name, address, and telephone number of the attorney or party responsible for hiring the expert.

**ANSWER:**

Geoffrey R. Loftus
6011 31st Ave NE
Seattle, WA 98115

a. The circumstances of Luis Huertas's identification of Jaime Rios
b. See PFP 002325-002336
c. See PFP 002047-002058
d. Will be supplied when received.

## **CERTIFICATE OF SERVICE**

I, Stephen L. Richards certify that I served **PLAINTIFF'S ANSWERS TO GUEVARA'S FIRST SET OF INTERROGATORIES TO PLAINTIFF** on December 23, 2022 by email to the parties listed below.

*Stephen Richards*

_____

Stephen L. Richards

Catherine Macneil Barber
Rock Fusco & Connelly LLC
333 West Wacker Drive
Ste 19th Floor
Chicago, IL 60606
312-494-1000
cbarber@rfclaw.com
  Assigned: 09/13/2022

Theresa Berousek Carney
Rock Fusco & Connelly LLC
333 West Wacker Drive
Ste 19th Floor
Chicago, IL 60606
312-494-1000
Active (fax)
tcarney@rfclaw.com
  Assigned: 09/13/2022


Josh Michael Engquist
The Sotos Law Firm, P.C
141 W. Jackson Blvd.
#1240A
Chicago, IL 60604
(630) 735-3303
Active (fax)
Jengquist@jsotoslaw.com

Elizabeth Reddington Fleming
The Sotos Law Firm, P.C.
141 W. Jackson Blvd
Suite 1240a
Chicago, IL 60604
630-735-3300
Not a member (fax)
efleming@jsotoslaw.com

Caroline P. Golden
The Sotos Law Firm, P.C.
141 W. Jackson Blvd.
#1240A
Chicago, IL 60604
630 735 3300
cgolden@jsotoslaw.com

Joseph Anthony Hodal
Cook County State's Attorney's Office
50 West Washington St, 5th Floor
Chicago, IL 60602
(312) 603-5440
Active (fax)
joseph.hodal@cookcountyil.gov

Thomas More Leinenweber
Leinenweber Baroni & Daffada, LLC
120 North LaSalle Street
Suite 2000
Chicago, IL 60602
(312) 663-3003
Not a member (fax)
thomas@ilesq.com


Megan Kelly McGrath
Leinenweber Baroni & Daffada, LTD
120 North LaSalle
Suite 2000
Chicago, IL 60602
312-606-8695
mkm@ilesq.com

Joseph M. Polick
The Sotos Law Firm, P.C.
141 W. Jackson Blvd.
#1240A
Chicago, IL 60604
630-735-3300
Active (fax)
jpolick@jsotoslaw.com

Austin Gordon Rahe
Rock Fusco & Connelly LLC
321 N. Clark Street
Suite 2200
Chicago, IL 60654
312-494-1000
arahe@rfclaw.com

Eileen Ellen Rosen
Rock, Fusco & Connelly
333 West Wacker Drive
Ste 19th Floor
Chicago, IL 60606
312-494-1000
erosen@rfclaw.com

James Gus Sotos
The Sotos Law Firm, P.C.
141 W. Jackson Blvd.
#1240A
Chicago, IL 60604
(630) 735-3300
Active (fax)
jsotos@jsotoslaw.com

VERIFICATION

I declare under penalty of perjury, that the foregoing is true and correct, except for those statements which are made upon knowledge and belief.

*[signature]*

JAIME RIOS