*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT G

```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
2                      EASTERN DIVISION

3   JAIME RIOS,                   )
                                  )
4                 Plaintiff,      )
                                  )
5            vs.                  )   No. 22 CV 3973
                                  )
6   REYNALDO GUEVARA, MICHAEL     )
    MASON, JOANN HALVORSEN AS     )
7   SPECIAL REPRESENTATIVE FOR    )
    ERNEST HALVORSEN,             )
8   DECEASED, CITY OF CHICAGO,    )
                                  )
9                 Defendants.     )
```

10          The video-recorded deposition of

11   JAIME RIOS, taken pursuant to the Federal Rules of

12   Civil Procedure, before Katie K. Elliott, Certified

13   Shorthand Reporter No. 084-004537, at

14   141 West Jackson Boulevard, Suite 1240A, Chicago,

15   Illinois, on Friday, June 30, 2023, commencing at

16   10:02 a.m. pursuant to notice.

17          APPEARANCES:

18          LAW OFFICE OF STEPHEN L. RICHARDS, by
            MR. STEPHEN L. RICHARDS
19          (53 West Jackson Street, Suite 756
             Chicago , Illinois  60604
20           773.817.6927
             sricha5461@aol.com)
21            appeared on behalf of the plaintiff;

22

23

24

```
 1        APPEARANCES:  (Cont'd)

 2           LEINENWEBER BARONI & DAFFADA, LLC, by
             MS. MEGAN K. McGRATH
 3            (120 North LaSalle Street, Suite 200
              Chicago, Illinois  60602
 4            847.251.4091
              Mkm@ilesq.com)
 5               appeared via Zoom on behalf of the
                 defendant Reynaldo Guevara;
 6
             THE SOTOS LAW FIRM, PC, by
 7           MR. JOSEPH M. POLICK
              (141 West Jackson Boulevard, Suite 1240A
 8            Chicago, Illinois  60604
              630.735.3300
 9            jpolick@jsotoslaw.com)
                 appeared on behalf of the defendants
10               Michael Mason and Ernest Halvorsen;

11        ROCK FUSCO & CONNELLY, LLC, by
          MS. THERESA B. CARNEY
12        MS. LAUREN M. FERRISE
           (333 West Wacker Drive, 19th Floor
13         Chicago, Illinois  60606
           312.494.1000
14         tcarney@rfclaw.com
           lferrise@rfclaw.com)
15            appeared via Zoom on behalf of the
              defendant City of Chicago.
16
       ALSO PRESENT:
17
                  Sabrina Scardamaglia, Rock Fusco
18                    (Zoom);

19                Rachel Welling, Legal Videographer,
                  Urlaub Bowen & Associates.
20

21                * * * * * * * *

22

23

24
```

```
1                          I N D E X

2
   Witness:                                        Page
3
         JAIME RIOS
4
              Examination by:
5
                 Mr. Polick...................     5
6                Ms. McGrath..................   307
                 Mr. Stephen Richards.........   312
7                Mr. Polick...................   342
                 Ms. McGrath..................   347
8                Mr. Stephen Richards.........   349
                 Mr. Polick...................   352
9                Mr. Stephen Richards.........   353

10
                       E X H I B I T S
11
   No.   Description                     Marked/Referenced
12
      1   Inmate Telephone Number List Request... 111
13    2   Statement of Jaime Rios - 7/7/1989..... 203
      3   Photographs - JGS Rios 178-180......... 250
14    4   Photographs - CCPD SDT 630-637......... 258
      5   Photograph -
15        ConflictsCCSAORiosvGuevara 22 CV
          03973 - 589-590..................... 265
16    6   Confidential Exhibit -
          ConflictCCSAORiosvGuevara 22 CV
17        03973-755, 756...................... 266
      7   Plaintiff's Answers to Defendant
18        Michael Mason's First Set of
          Interrogatories to Plaintiff.......... 292
19    8   Plaintiff's Answers to Guevara's
          First Set of Interrogatories to
20        Plaintiff............................. 292

21
              (Exhibits attached/scanned;
22     Exhibit No. 6 deemed Confidential/not attached.)

23
                         - - -
24
```

```
 1        THE LEGAL VIDEOGRAPHER:  This is the
 2   beginning of Media Unit 1, and we are now on the
 3   video record at 10:03 a.m.  This is the videotaped
 4   deposition of Jaime Rios being taken on June 30,
 5   2023.
 6             We are located at 141 West Jackson
 7   Boulevard, Suite 1240-A, Chicago, Illinois.  This
 8   deposition is being taken on behalf of the
 9   defendant in the matter of Jaime Rios versus
10   Reynaldo Guevara, et al.  The case number is
11   22 CV 3973, filed in the United States District
12   Court for the Northern District of Illinois,
13   Eastern Division.
14             My name is Rachel Welling, Certified
15   Legal Videographer, representing Urlaub Bowen &
16   Associates, with offices at 20 North Clark Street,
17   Suite 600, Chicago, Illinois.  The court reporter
18   today is Katie Elliott, also of Urlaub Bowen &
19   Associates.
20             Counsel, please identify yourselves
21   for the video record and the parties which you
22   represent.
23      MR. STEPHEN RICHARDS:  Stephen Richards on
24   behalf of the plaintiff, Jaime Rios.
```

1       MR. POLICK:  Joseph Polick, P-o-l-i-c-k, on

2    behalf of defendants Mason and Halvorsen.

3       MS. CARNEY:  Theresa Carney and Lauren

4    Ferrise on behalf of the City of Chicago.

5       MS. McGRATH:  Megan McGrath on behalf of

6    defendant Guevara.

7       THE LEGAL VIDEOGRAPHER:  Will the court

8    reporter please swear in the witness.

9                  (Witness sworn.)

10                  JAIME RIOS,

11   called as a witness herein, having been first duly

12   sworn, was examined and testified as follows:

13                  EXAMINATION

14   BY MR. POLICK:

15       Q.   Okay.  Mr. Rios, could you go ahead and

16   state your name, and please spell it for the court

17   reporter.

18       A.   My name is Jaime Rios:  J-a-i-m-e,

19   R-i-o-s.

20       MR. POLICK:  And let the record reflect that

21   this is the deposition of the plaintiff Jaime Rios

22   being taken pursuant to notice and the applicable

23   Federal Rules of Civil Procedure.

24

```
 1   BY MR. POLICK:
 2        Q.    Mr. Rios, have you ever given a
 3   deposition before?
 4        A.    No, sir.
 5        Q.    All right.  You have testified in court
 6   before?
 7        A.    Yes, sir.
 8        Q.    All right.  So it's going to be a
 9   little bit similar.  I'm going to go through some
10   of the ground rules for you before we get started
11   with the questions, just so you understand the
12   procedure, okay?
13        A.    Okay.
14        Q.    We're going to be asking you some
15   questions today about the lawsuit that you filed
16   and that you're here for today, and you're going to
17   be answering those questions under oath.
18              Do you understand that you're under
19   oath to tell the truth?
20        A.    Yes, sir.
21        Q.    All right.  If at any time you don't
22   understand the question that I'm asking you, please
23   tell me, and I'll try to rephrase it so that you do
24   understand it.  If you don't tell me anything, I'm
```

 1  going to assume that you understand my question.

 2                  Is that fair?

 3      A.    Yes, sir.

 4      Q.    It is very important that when you do

 5  give an answer to the question that you give it out

 6  loud.  You have to verbalize it.  The court

 7  reporter is very good, but she cannot take down

 8  nods of the head, shrugs of the shoulder, or

 9  expressions like uh-huh, uh-hmm.

10                  So if you mean yes, you have to say

11  yes.  If you mean no, you have to say no.  You have

12  to verbalize it so the court reporter can hear it

13  and take it down.  Understood?

14      A.    Yes, sir.

15      Q.    All right.  The court reporter also can

16  only take down one person at a time.

17                  So there may be times where you

18  anticipate the question that I'm going to ask you

19  and you start answering it before I finish.  So I

20  would simply ask you to allow me to ask my

21  question, and then I'll give you the time you need

22  to answer my question.

23                  And if we're going in that fashion

24  and not talking over each other, it will be much

```
 1   easier on the court reporter, and this will go a
 2   lot smoother.  Understood?
 3        A.    Yes, sir.
 4        Q.    Okay.  So different from court, there's
 5   no judge here presiding over these proceedings
 6   today.  Nonetheless, your attorney, Mr. Richards,
 7   or some of the other attorneys that are appearing
 8   remotely may make objection to some of the questions
 9   that are being asked.
10              If that happens, it's no reflection
11   on you.  You should listen to what your attorney
12   has to tell you in regard to his objection, and
13   we'll go further after that's been resolved.
14                   All right?
15        A.    Correct.
16        Q.    Okay.  If at any time you need to take
17   a break to use the washroom or just to stretch your
18   legs, let me know and we'll make arrangements to do
19   that.  All right?
20        A.    Okay.  Yes, sir.
21        Q.    All right.  So is there anything
22   preventing you from understanding questions or
23   giving answers to them today?
24        A.    No.
```

```
 1        Q.    Are you taking any medication that may
 2   affect your ability to understand questions or give
 3   answers to them?
 4        A.    No.
 5        Q.    Do you take any medication that may
 6   affect your memory?
 7        A.    No.
 8        Q.    Have you had anything of an alcoholic
 9   nature to drink within the last 24 hours?
10        A.    No.
11        Q.    Other than Jaime Rios, have you used
12   any other names?
13        A.    Jaime Rogers.
14        Q.    Any others?
15        A.    No.
16        Q.    How about James Rios?  Have you used
17   that name?
18        A.    No.
19        Q.    How about James Rogers?
20        A.    James Rogers, yes.
21        Q.    And do you have any nicknames or names
22   that -- nicknames that people call you?
23        A.    They call me either Rios, or back in
24   the days when we were kids, they used to call me
```

1   Mongoose.

2          Q.    Mongoose?

3          A.    Yeah.

4          Q.    Have you ever used the name Jose

5   Rodriguez?

6          A.    No, sir.

7          Q.    How old are you, sir?

8          A.    I'm 53 right now.

9          Q.    All right.  And your date of birth?

10         A.    September 28, 1969.

11         Q.    And have you ever used a different date

12  of birth?

13         A.    No, sir.

14         Q.    Were you born here in the United States?

15         A.    No, sir.

16         Q.    Where -- where were you born?

17         A.    Puerto Rico.

18         Q.    And when did you come to the United

19  States?

20         A.    I believe it was '68, '69.

21               No, sir.  '78, '79, somewhere around

22  there.  '68, '69 -- I was born in '69.

23         Q.    I was -- I was going to ask --

24         A.    I was just looking at it.

```
 1        Q.    So you were around --

 2        A.    It was '78 -- huh?

 3        Q.    So you were around 10 years old --

 4        A.    Yes, sir.

 5        Q.    -- when you came.  All right.

 6              And then when you came here to the

 7   United States at approximately 10 years of age, did

 8   you live in the Chicago area?

 9        A.    Yes, sir.

10        Q.    And did you live in the Chicago area

11   for the entire time before you went to prison?

12        A.    Yes, sir.

13        Q.    What is your current address?

14        A.    My current address is 24- -- 2224 North

15   Lowell Avenue.

16        Q.    And is that a house or an apartment?

17        A.    That's my house.  I bought a house.

18        Q.    And you own the home?

19        A.    Well, not exactly, because it's not

20   paid yet, so I --

21        Q.    So the bank owns the home.

22        A.    Yes.

23        Q.    Okay.  So you pay a mortgage, but you're

24   the owner of the home.
```

```
 1        A.    Yes, sir.

 2        Q.    You're not renting.

 3        A.    No, I'm not renting.

 4        Q.    And how long have you lived there?

 5        A.    I've lived there going on seven years

 6  now.

 7        Q.    And who do you live there with?

 8        A.    My wife.

 9        Q.    And your wife's name?

10        A.    Bobbie Byers-Rios.

11        Q.    I didn't catch the middle name.  What

12  was it?

13        A.    Byers.

14        Q.    B-y-e-r-s?

15        A.    Yes, sir.

16        Q.    And how long have you been married?

17        A.    Been married July -- July 13 now is

18  going to be 13 years.

19        Q.    And other than you and your wife, does

20  anyone live with you at the Lowell address?

21        A.    I got a second apartment upstairs.

22              I have my mom living upstairs in the

23  second apartment.

24        Q.    And your mom's name?
```

 1          A.    Secura Rotgers.

 2          Q.    R-o-g-e-r-s?

 3          A.    No "s."

 4          Q.    No "s."

 5          A.    It's a German name.

 6          Q.    I see.  Can you spell it?

 7          A.    R-o-t-g-e-r.

 8          Q.    Any children by your marriage to Bobbie?

 9          A.    No, sir.

10          Q.    And is this your first marriage?

11          A.    Yes, sir.

12          Q.    Is it your wife's first marriage as

13    well?

14          A.    No, sir.

15          Q.    And does your wife have any children

16    from her prior marriage?

17          A.    Yeah, she has one.

18          Q.    Son?  Daughter?

19          A.    Son.

20          Q.    His name?

21          A.    Cameron.

22          Q.    And does Cameron live at all with you

23    at the Lowell address?

24          A.    No, sir.

```
 1        Q.    How old is Cameron?

 2        A.    Cameron is 33.

 3        Q.    And I take it Cameron lives on his own?

 4        A.    Yes.  Him and his wife.

 5        Q.    And do they live in the Chicago area?

 6        A.    No.  They live in -- what is it -- Ohio.

 7        Q.    And your mother who's living above you,

 8  do you provide any support for her?

 9        A.    Yes.  I take care of her.

10        Q.    When you say you take care of mom, does

11  that include financial assistance?

12        A.    No.  She has her own pension.

13              She -- she retired from Chicago --

14  Chicago school district at California and

15  Shakespeare, Mozart School.

16        Q.    So she was a teacher?

17        A.    No.  She was a security officer there

18  for 33 years.

19        Q.    With the Chicago Public Schools?

20        A.    Yes.

21        Q.    So when you say you support her and

22  you support her --

23        A.    I move her around.  I move her around,

24  take her to do her -- her groceries, help her with
```

1   everything in her house, anything that breaks,

2   anything that she needs.

3        Q.    Is she able to get around by herself?

4        A.    Sure.

5        Q.    She's not disabled in any way?

6        A.    No, sir.

7        Q.    And when you were released from prison,

8   you were paroled and did your parole in Milwaukee,

9   Wisconsin, correct?

10       A.    Yes, sir.

11       Q.    And did you go directly from the

12  Illinois Department of Corrections to Milwaukee,

13  Wisconsin?

14       A.    We did interstate compact, meaning

15  one -- once you get 'out of Illinois, you go

16  straight to Milwaukee and parole to Milwaukee.

17  It's called interstate compact.

18              That's why they switched us to over

19  there, and now I do my parole over there, but with

20  the -- but with the rules and regulations of

21  Illinois.

22       Q.    And when you had to report to your

23  parole officer, did you report there in Milwaukee,

24  or did you report in Illinois?

JAIME RIOS, 06/30/2023                                         Page 16

1          A.      Physically in Milwaukee.

2          Q.      And how long was your parole?

3          A.      Three years.

4          Q.      And where were you living in Milwaukee

5    during your parole?

6          A.      I was living on -- it was -- let me

7    see.  On National and -- on 53rd and National.

8          Q.      And who did you live with?

9          A.      My sister, Elizabeth Rios.

10         Q.      And after you completed your parole in

11   Milwaukee, Wisconsin, did you come back to Illinois?

12         A.      Yes.

13         Q.      And when you returned to Illinois, did

14   you move directly to the Lowell address that you're

15   living at now, or did you have other addresses?

16         A.      I had another address.  I was on

17   Schubert and Kostner.  Don't remember the number of

18   the apartment, though.

19         Q.      And that was an apartment, you said?

20         A.      Yes, sir.

21         Q.      So you rented?

22         A.      Yes, sir.

23         Q.      And who did you live there with?

24         A.      Bobbie, my wife.  My wife now.

```
 1        Q.    So you and your now wife lived there
 2   together before marriage?
 3        A.    Yes, sir.
 4        Q.    And how long did you live at the
 5   Schubert and Kostner address before moving to
 6   2224 North Lowell?
 7        A.    She was there over eight years.
 8              I was there like three years.
 9        Q.    How did you meet your wife?
10        A.    I know her from back then when we were
11   kids.  She started writing me when I was in prison
12   still.
13        Q.    What prison were you in when she
14   started writing you?
15        A.    I was in -- I believe it was Dixon,
16   Illinois.
17        Q.    And when you said you knew her from the
18   days before you were in prison, was she someone you
19   knew from the neighborhood you lived in?
20        A.    Yes, sir.
21        Q.    And what neighborhood was that?
22        A.    That was around Division and Damen.
23        Q.    Did you go to school with Bobbie?
24        A.    No, sir.
```

1      Q.    So at the time of your arrest in the

2   case that we're here for today, where were you

3   living at in the neighborhood around Division and

4   Damen?

5      A.    I was at 1246 North Wolcott.  I was

6   living there with my mom.

7      Q.    I think we also have an address of

8   1440 North Leavitt.

9      A.    That's when I moved from being with my

10  mom.

11     Q.    So when you came here to the United

12  States, was the house on Wolcott where you grew up?

13     A.    We started at Potomac, on Wolcott and

14  Potomac.  Don't know the address of that one.

15           And then right around the corner is

16  the address of 1246, where we moved to.  And we

17  were there since -- till the day that I got

18  arrested, yes.

19     Q.    And then you said at some point you

20  moved to 1440 North --

21     A.    North Leavitt.

22     Q.    And when did you move to 1440 North

23  Leavitt?

24     A.    Like around '87.

JAIME RIOS, 06/30/2023                                          Page 19

1      Q.    So before 1987, you were living at your

2  mom's house at --

3      A.    I was staying at my mom's; yes, sir.

4      Q.    -- 1246 North Wolcott?

5      A.    Yes, sir.

6      Q.    And other than yourself and your

7  mother, who else lived at the Wolcott address with

8  you at that time?

9      A.    My brother, Ricardo Rios; my sister,

10 Elizabeth Rios; and my brother, Juan Rios.

11     Q.    Were your parents divorced or separated

12 at the time?

13     A.    Yes.  My father lived in New York; my

14 mom lived here in Chicago.

15           Separated, not divorced at the time.

16     Q.    And do you know approximately what year

17 they separated?

18     A.    No, sir.  I was a child.

19     Q.    And your brother Ricardo, is he older

20 or younger than you?

21     A.    Older.

22     Q.    By how much?

23     A.    About a year.

24     Q.    And Juan, is he a younger brother?

```
 1        A.    By two years.  He's older by two years.

 2        Q.    Two years older than you.

 3        A.    Yeah.  Juan is older by two years.

 4        Q.    All right.  So Juan is the oldest, then

 5  Ricardo, and then yourself.

 6        A.    Yes, sir.

 7        Q.    And how about your sister?

 8        A.    She's the youngest.  I believe she's 48

 9  or 49 right now.

10        Q.    And is she still living in the

11  Milwaukee area?

12        A.    Yes, sir.  She still live on 53rd and

13  National.

14        Q.    Your brother Ricardo, is he living in

15  the Chicago area?

16        A.    He is.

17        Q.    Where in the Chicago area does he live?

18        A.    I have no idea what his girlfriend's

19  address is, but he's in the -- he's somewhere

20  towards the west side of Chicago.

21        Q.    Has your brother Ricardo ever been in

22  prison?

23        A.    Yes, sir.

24        Q.    How many times?
```

1        A.     Three times, for DUI.

2        Q.     And when he was in prison, do you know

3   which prison or prisons he was at?

4        A.     He was in Galesburg, Dixon, and Menard.

5        Q.     And I think at some point during your

6   incarceration in the Illinois Department of

7   Corrections you were also at Dixon and Menard,

8   correct?

9        A.     Yes, sir.

10        Q.     And was your brother Ricardo ever

11   serving time at the same time you were at those

12   institutions?

13        A.     He was in Dixon for about close to a

14   year before he got released.  And I had gotten

15   there -- I had gotten there like for that year that

16   he was still doing before he got released.

17               We were together for about a year

18   before he went home from Dixon.

19        Q.     So your brother Ricardo was already at

20   Dixon when you were transferred there?

21        A.     Yes, sir.

22        Q.     And then he left about a year --

23        A.     About a year later.

24        Q.     When he was released.

```
 1        A.    Yeah.

 2        Q.    While you were in Dixon together, did

 3  you see each other?

 4        A.    Yes.

 5        Q.    You were able to talk to each other?

 6        A.    Yes.

 7        Q.    So when you moved to 1440 North Leavitt

 8  in 19 -- approximately 1987, was that the first

 9  time you were living on your own?

10        A.    Yes, sir.

11        Q.    And going back to the Wolcott address,

12  was that a house or an apartment?

13        A.    That was an apartment.

14        Q.    And how about 1440 North Leavitt?

15              Was that a house or an apartment?

16        A.    That was an apartment.

17        Q.    Do you remember who your landlord was?

18        A.    Yes.  Felix Rodriguez.

19        Q.    Sorry.  What was the first --

20        A.    Felix, Felix Rodriguez.

21        Q.    And when you moved out of the -- your

22  mother's home to 1440 North Leavitt, who were you

23  living there with?

24        A.    Diana Rodriguez.
```

JAIME RIOS, 06/30/2023                                      Page 23

```
 1        Q.    And what was your relationship with
 2   Diana Rodriguez?
 3        A.    She was my girlfriend.
 4        Q.    And how long had you and Diana been
 5   boyfriend and girlfriend when you moved to
 6   1440 North Leavitt?
 7        A.    Since I had came back from New York.
 8              I had took a trip, came back from
 9   New York from seeing my father in '86.  We started
10   talking to each other again, and then we moved
11   together to 1424 North Leavitt -- 1440 North
12   Leavitt.
13        Q.    And is Diana Rodriguez related to Felix
14   Rodriguez?
15        A.    Yeah, that was her father.  We were
16   paying her father rent.
17        Q.    How many units were in that building?
18        A.    Six units.
19        Q.    And what unit did you and Diana live in?
20        A.    Second floor in the rear.
21        Q.    So there were three units in the front,
22   and then another three units in the back of the
23   building?
24        A.    Yes, sir.
```

1     Q.    So when you went to New York in
2   approximately 1986 to see your father, how long
3   were you in New York?
4     A.    About six months.
5     Q.    Did you go on your own, or with someone
6   else?
7     A.    No.  We used to do that all the time.
8   We used go on our own.  Take the Damen train
9   station to O'Hare, get on the plane, get off over
10  there, get on the el over there, and get to his
11  house.
12            Same way over here:  Take the plane
13  over there and get to O'Hare here, come to Damen,
14  get off on Damen, and walk through Wicker Park all
15  the way to Wolcott.
16    Q.    And is your father still living?
17    A.    No, sir.  He just passed away two years
18  ago.
19    Q.    Oh, I'm sorry to hear that.
20    A.    No problem.
21    Q.    Prior to his passing, did you have a
22  relationship with him?
23    A.    I always had a relationship with him.
24    Q.    So going back to 1987 when you were

```
 1   living at 1440 North Leavitt, other than you and
 2   Diana, was anyone else living with you in the
 3   second floor rear apartment?
 4           A.    No, not at that moment.
 5           Q.    All right.  And at some point did you
 6   and Diana have a child that lived there?
 7           A.    Yes, sir.
 8           Q.    And what year was your child born?
 9           A.    My son was born in '89.
10           Q.    Do you know what month in '89?
11           A.    May, May 18.
12           Q.    And your son's name?
13           A.    Jaime Rios, Jr.
14           Q.    And other than you and Diana and your
15   son, was anyone else living with you at the
16   1440 North Leavitt address when you were arrested
17   in July of 1989?
18           A.    No, sir.
19           Q.    So other than 1246 North Wolcott and
20   1440 North Leavitt, were there any other addresses
21   that you lived at prior to your July 7, 1989,
22   arrest?
23           A.    No, sir.
24           Q.    What's your highest level of education?
```

```
 1          A.      GED.

 2          Q.      And where did you obtain your GED?

 3          A.      I took my GED in Pontiac.

 4          Q.      And what year was that?

 5          A.      I believe that was in '94.

 6          Q.      And did you go to grammar school here

 7   in Chicago?

 8          A.      Yes.

 9          Q.      What grammar school did you go to?

10          A.      Andersen School on Wolcott and Division.

11          Q.      And did you graduate from grammar

12   school?

13          A.      Yes, sir.

14          Q.      And did you go on to high school?

15          A.      Yes, sir.

16          Q.      What high school did you go to?

17          A.      I went to Schurz High School on

18   Milwaukee Avenue and Addison.

19          Q.      And how many years of high school did

20   you complete?

21          A.      I did one year of high school there.

22          Q.      And what happened after that first year?

23          A.      I got kicked out of school.

24          Q.      And what did you get kicked out of
```

1  school for?

2      A.    Because we used to box, and we used to

3  run a boxing gym in -- on Division and Damen.

4                And in school, a guy got into a

5  fight with me.  And then when I went to the -- when

6  I went to the principal, he had a clipping of my

7  brother on the wall.  My brother was fighting the

8  Golden Gloves for Chicago -- for Chicago Tribune,

9  representing our school, Schurz High School.

10                And then he considered me being a

11 threat with my hands, so he said that I couldn't be

12 in his school no more, and so he kicked me out.

13     Q.    So when you said you were running a

14 boxing gym, who was running the boxing gym?

15     A.    Nagles Gym -- Nagles Gym on Division

16 and Damen.

17     Q.    I'm sorry.  What was the name of it

18 again?

19     A.    Nagles Gym.

20     Q.    Nagles?

21     A.    Yeah, Nagles.

22     Q.    And when you say your brother was

23 boxing for Golden Gloves --

24     A.    Chicago Tribune, yes.

```
 1        Q.     Is that your brother Juan or your
 2  brother Ricardo?
 3        A.     Juan.
 4        Q.     And your brother Ricardo, did he also
 5  box at the gym?
 6        A.     Yes, sir.
 7        Q.     How about yourself?  Did you train at
 8  the gym, too?
 9        A.     Yes.
10        Q.     And were you ever in competition for
11  boxing, like the Golden Gloves?
12        A.     No.  Just little amateur fighting.
13        Q.     And how about your brother Ricardo?
14  Was he ever in Golden Gloves?
15        A.     No.  Just my brother Juan.
16        Q.     When your brother Juan was in the
17  Golden Gloves, was that something he did every so
18  often, or on a yearly basis?
19        A.     No.  He trained pretty hard to get
20  where he was at.
21        Q.     Did he ever go beyond that?
22        A.     No, sir.
23        Q.     Does your brother Juan still live in
24  the Chicago area?
```

JAIME RIOS, 06/30/2023                                              Page 29

```
 1        A.    Yes, sir.
 2        Q.    All right.  So after you were kicked
 3  out of Schurz, did you try to get into another high
 4  school in the area?
 5        A.    Yes.  We tried to get into Amundsen,
 6  but they wasn't admitting us because we weren't
 7  having the same address to be able to get to that
 8  school.
 9        Q.    So after that first year, did you have
10  any further high school education?
11        A.    No, sir.
12        Q.    In 1989, were you able to read and
13  write the English language?
14        A.    Yes.
15        Q.    And did you understand the English
16  language in 1989?
17        A.    Yes.
18        Q.    Do you still have a relationship with
19  your brother Juan?
20        A.    Yes.
21        Q.    And is that true of your brother Ricardo
22  as well?
23        A.    Yes.
24        Q.    Do you have a relationship with Diana
```

```
 1   Rodriguez?
 2        A.    No, sir.
 3        Q.    How did that relationship end?
 4        A.    I got incarcerated, and I -- then I
 5   decided that we couldn't be together because of
 6   what I was going through, and she had to move on
 7   and do her life.
 8        Q.    Do you know what year it was that you
 9   broke off the relationship?
10        A.    Yes.  Before I -- before I even got
11   convicted, she was already pregnant by somebody
12   else.  And she came to court, and she was still
13   pregnant and everything when she came to court, so
14   we had nothing -- we had nothing.
15              Like after probably six, seven
16   months that I was incarcerated in County, we let it
17   go.  So she had to make her own life and do what
18   she can for her kid and -- and so on.
19        Q.    And how about your son Jaime Rios, Jr.?
20              Do you have a relationship with him?
21        A.    Yes, sir.
22        Q.    How old is he now?
23        A.    He's 33.  Soon to be 34, really.
24        Q.    So when you were incarcerated in -- or
```

```
 1   at the County Jail in 1989, your son was living
 2   with Diana Rodriguez?
 3        A.    Yes, sir.
 4        Q.    And did he continue to live with her
 5   and her family as he grew up?
 6        A.    Yes, sir.
 7        Q.    When was the last time you spoke with
 8   Diana Rodriguez?
 9        A.    Can't even remember.
10        Q.    All right.  When was the last time you
11   saw her?
12        A.    Like about a year after I came home.
13        Q.    And you were released in 2 -- 2007?
14        A.    8.
15        Q.    2008.
16              So when you said when you came home,
17   you mean home from parole in --
18        A.    No.  From -- from prison.
19        Q.    Okay.  How did you end up seeing her
20   when you were released in 2008 from prison?
21        A.    I used to get -- I used to get
22   permission from my -- from my parole officer, and I
23   used to come over here to see my mom.
24              And when I came to here to see my
```

1    mom one time, she came to my mom's house, and I

2    seen her.  We spoke -- we spoke briefly, and that

3    was it.

4          Q.    So she has her own family?

5          A.    Yes, sir.

6          Q.    Does she have any other children

7    besides --

8          A.    Yes.

9          Q.    -- your son?

10         A.    She has three.

11         Q.    Plus your son?

12         A.    Yes.  He's the oldest.  Jaime Rios is

13   the oldest.

14         Q.    And your son, does he live in the

15   Chicago area?

16         A.    No, sir.

17         Q.    Where does he live?

18         A.    He's in Ohio.

19         Q.    Oh, I'm sorry.  You told me that.

20         A.    No, no.  He's also in Ohio.

21         Q.    Oh.

22         A.    My stepson is in Ohio, and my son is in

23   Ohio also.

24         Q.    I see.

JAIME RIOS, 06/30/2023                                    Page 33

```
 1              And your son, is he married and have

 2    his own family?

 3         A.    Yes, sir.

 4         Q.    And how often do you see your son?

 5         A.    Every -- around the summertime.  He

 6    comes around the summertime, comes to Chicago,

 7    visit his mom, bring me my -- bring me my grandkids

 8    and see me.

 9              And about two, three days after that,

10    after staying in my house, he goes back to Ohio.

11              You could say yearly.

12         Q.    I'm sorry?

13         A.    You could say I see him yearly.

14         Q.    All right.  And how many grandchildren

15    do you have?

16         A.    Two right now, and one on the way.

17         Q.    And your stepson, Cameron, does he have

18    any children?

19         A.    Yeah.  He just -- one little girl right

20    now.  She's not even a year old yet.

21         Q.    And then your son, he has one and one

22    on the way?

23         A.    No.  He has two, one on the way.

24         Q.    And your stepson has one.
```

JAIME RIOS, 06/30/2023                                      Page 34

```
 1        A.    Yes, sir.
 2        Q.    So actually three grandchildren and one
 3   on the way, correct?
 4        A.    Correct.
 5        Q.    Other than this lawsuit that you filed,
 6   have you been involved in any other lawsuits?
 7        A.    No, sir.
 8        Q.    Have you ever been involved in a
 9   divorce?
10        A.    No, sir.
11        Q.    How about a worker's compensation case?
12        A.    No, sir.
13        Q.    Do you have any social media accounts,
14   like Facebook or Twitter?
15        A.    Facebook.
16        Q.    And on your Facebook account, have you
17   posted anything about this lawsuit?
18        A.    No, sir.
19        Q.    Have you posted anything about your
20   time being incarcerated?
21        A.    No, sir.
22        Q.    Anything about your release from
23   incarceration?
24        A.    No, sir.
```

1        Q.    Are you currently employed?

2        A.    Yes, sir.

3        Q.    What do you do for a living?

4        A.    I'm an engineer for Hyatt Regency Hotel

5   in Deerfield.

6        Q.    And what type of engineer are you?

7        A.    I'm a technician.

8        Q.    And what are your duties and

9   responsibilities for the Hyatt Regency?

10        A.    Make sure the building is running, make

11   sure the boilers are running, make sure electrical,

12   water; make sure that every room is -- is correct

13   for the people that are coming in to stay in the

14   room, to make sure that everything is running in

15   the rooms and everything is supposed to be the

16   way -- the way it's supposed to be in the room,

17   everything working and in proper order.

18        Q.    Is that a full-time job?

19        A.    Yes, sir.

20        Q.    And how long have you been employed

21   there?

22        A.    I've been employed there for seven

23   years.

24        Q.    Do you have a supervisor there?

```
 1        A.    Yes, sir.

 2        Q.    What's your supervisor's name?

 3        A.    His name is Bobby -- Robert -- Robert

 4   Green.  That's his name, Robert Green.

 5        Q.    And your wife, is she also employed?

 6        A.    Yes, sir.

 7        Q.    What does she do for a living?

 8        A.    She works for United Airlines.  She's

 9   IT for United Airlines.

10        Q.    And what is your approximate yearly

11   gross income at the Hyatt hotel?

12        A.    At 21.50 an hour.

13        Q.    During the seven years that you've been

14   employed with the Hyatt Regency in Deerfield, have

15   you ever been on unemployment?

16        A.    Yes.

17        Q.    How many times?

18        A.    For about a month or two when the

19   pandemic hit.

20        Q.    And other than the disruption during

21   the COVID pandemic, have you been working there

22   regularly?

23        A.    Yes, sir.

24        Q.    Any other layoffs or unemployment while
```

1   you've been working there?

2          A.     No, sir.

3          Q.     Were you employed before you got the

4   job at the Hyatt?

5          A.     Yes, sir.

6          Q.     And where were you employed before

7   you --

8          A.     I was employed --

9          Q.     -- worked at the hotel?

10         A.     I was employed Airway System.  It's a

11  duct cleaning company.  I worked with them for

12  about three years before I went to the Hyatt.

13         Q.     And you said it was Airway Systems?

14         A.     Yes, sir.

15         Q.     And was that a full-time or part-time

16  job?

17         A.     Full-time.

18         Q.     And where were they based out of?

19         A.     They were towards the O'Hare area.

20         Q.     And what were your duties and

21  responsibilities for Airway System?

22         A.     Cleaning ductworks, making sure we

23  clean ductworks, kitchen hoods, small businesses

24  that -- restaurants, cleaning restaurants.

```
 1                   My job was to clean and to make sure
 2    that the job was done right.
 3          Q.    So the duct cleaning you were doing, was
 4    it commercial and residential, or strictly
 5    commercial?
 6          A.    Commercial.
 7          Q.    All right.  So if you've been at Hyatt
 8    for seven years, going backwards, that would be
 9    about 2016 that you started there.
10                   And Airway Systems, you were there
11    from approximately 2013 to 2016.  Does that sound
12    about right?
13          A.    Yeah, that's about correct.
14          Q.    And why did you leave Airway Systems?
15          A.    Got a better offer at the Hyatt.
16          Q.    How much were you making, gross income,
17    at Airway Systems?
18          A.    About $12 an hour.
19          THE COURT REPORTER:  I apologize.  Can you
20    repeat that sir?  About ...
21          THE WITNESS:  $12 an hour.
22    BY MR. POLICK:
23          Q.    And then before Airway Systems, were
24    you employed?
```

JAIME RIOS, 06/30/2023                                    Page 39

```
 1        A.    Yes, sir.

 2        Q.    And where was that at?

 3        A.    I was doing factory work at Polk and

 4   Western.

 5        Q.    What was the name of the company?

 6        A.    I don't remember the name of the

 7   company, but it was -- it was a -- it was a vanity

 8   company.  They make vanity and stuff like that,

 9   like for kitchens and bathrooms and ...

10        Q.    And what did you do for that vanity

11   manufacturing company?

12        A.    I used to cut all the wood.  I used

13   to -- I used to work the saw.

14        Q.    And was that a full-time or part-time

15   job?

16        A.    That was full-time.

17        Q.    And how long did you work for the

18   vanity manufacturer?

19        A.    About a year.

20        Q.    And then before that job, did you have

21   another job?

22        A.    I used to work in Milwaukee before I

23   came this way.

24        Q.    So while you were on parole for the
```

1    three years in Milwaukee --

2          A.    Yes, sir.

3          Q.    -- were you employed there?

4          A.    Yes, sir.  From the day I came out.

5          Q.    So from 2008 to 2011?

6          A.    Yes; yes, sir.

7          Q.    What were you doing in Milwaukee?  Who

8    did you work for?

9          A.    Landscaping.

10         Q.    And was there a company name for the

11   landscaping?

12         A.    It was Bruce, Bruce Company.

13               B-r-u -- B-r -- B-r-u-c-e.

14         Q.    And they were based out of Milwaukee?

15         A.    Yes, sir.

16         Q.    And your work was in the Milwaukee

17   area?

18         A.    Yes, sir.

19         Q.    And did you work for the landscaping

20   company during the entire three years you were on

21   parole?

22         A.    Yes, sir.

23         Q.    And then after your parole ended, did

24   you continue to work there?

```
 1          A.    Yes, sir.
 2          Q.    And then you moved back to Chicago and
 3    took the job with the vanity manufacturer?
 4          A.    Yes, sir.
 5          Q.    And the landscaping job, was that full
 6    time?
 7          A.    Yes, sir.
 8          Q.    And did you leave the job at the vanity
 9    manufacturer because you got a better offer at --
10          A.    Airway, yes.
11          Q.    -- Airway?
12          A.    Yes, sir.
13          Q.    Have you ever been terminated from any
14    job?
15          A.    No, sir.
16          Q.    You told me at least at some point
17    while you were working for Hyatt you received
18    unemployment compensation.
19                Did you receive any unemployment
20    compensation at any of these other places you've
21    been employed at since your release?
22          A.    No, sir.
23          Q.    Ever receive any disability benefits
24    for an illness or an injury?
```

```
 1        A.    No, sir.
 2        Q.    Ever receive any financial benefits,
 3   like Public Aid?
 4        A.    No, sir.
 5        Q.    Were you working in 1989 while you were
 6   living in Chicago before your July '89 arrest?
 7        A.    Yes, sir.
 8        Q.    And where were you employed at that
 9   time?
10        A.    I was employed at Holiday Inn in
11   Evanston.
12        Q.    And for how long were you employed at
13   Holiday Inn in Evanston?
14        A.    For about three weeks.
15        Q.    And do you know what months those three
16   weeks occurred in?
17        A.    Let me see.  Around May.
18        Q.    And when you worked there for
19   approximately three weeks in May, what were you
20   doing for Holiday Inn?
21        A.    I was prepping in the kitchen.  I was
22   doing prep work in the kitchen.
23        Q.    Was that a full-time job?
24        A.    Yes, sir.
```

```
 1        Q.    How did you get that job?

 2        A.    My ex-brother-in-law.

 3        Q.    And what's his name?

 4        A.    Junior Rodriguez.

 5        Q.    Was he also working at the Holiday Inn

 6   in Evanston?

 7        A.    Yes, he was.

 8        Q.    Was your ex-brother-in-law, Junior

 9   Rodriguez, affiliated or a member of the Latin

10   Kings?

11        A.    No, he's not.

12        Q.    So what happened after the three weeks

13   that you worked there in May of 1989?

14        A.    They asked me for my Social Security

15   and my paperwork and everything so I could be able

16   to keep the job.

17              'So my mom gave me my -- the wrong

18   Social Security, so she gave me my sister's Social

19   Security.  So when I gave them the information,

20   they told me that that wasn't my information.  So I

21   had to backtrack again and go through my mom and

22   get my proper information and everything.

23              By the time I got all my stuff

24   together and everything to be able to go back to
```

1  work and everything, I got incarcerated.

2       Q.    So when you started work at Holiday Inn

3  in Evanston, were you living at the Wolcott address

4  or the Leavitt address?

5       A.    I was still at Wolcott.

6       Q.    And how did you get from your home on

7  Wolcott to Evanston to work?

8       A.    My brother-in-law used to take me.

9       Q.    Did you own a car at that time?

10      A.    No, sir.

11      Q.    How did you get around if you needed to

12  go somewhere?

13      A.    Walking or the bus.

14      Q.    Did you own a bicycle?

15      A.    Yes, sir.

16      Q.    Did you get around on your bicycle?

17      A.    Yes, sir.

18      Q.    What did your former brother-in-law,

19  Junior Rodriguez, do at the Holiday Inn?

20      A.    He was an engineer.

21      Q.    And during the short period of time that

22  you worked there, do you remember any of the other

23  people that you worked with?

24      A.    There was my boss in the kitchen.  His

1  name was Paul.  Do not know his last name.

2            But he was -- he was the main -- he

3  was the head chef.

4       Q.    Did you ever work with anybody by the

5  name of Louie Lopez at the Holiday Inn Evanston?

6       A.    No, sir.

7       Q.    How about Hector Martinez?  Did you

8  work with him at the Holiday Inn Evanston?

9       A.    No, sir.

10       Q.    Prior to the job at the Evanston

11  Holiday Inn, were you working?

12       A.    No, sir.

13       Q.    What were you doing to support yourself

14  financially?

15       A.    Sell drugs.

16       Q.    Where were you selling drugs at?

17       A.    In the streets.

18       Q.    Any particular neighborhoods?

19       A.    No.  Just the streets of Chicago.

20       Q.    When you moved into the address at

21  1440 North Leavitt with your girlfriend Diana, were

22  you employed?

23       A.    At the moment, no.

24       Q.    And when your son was born in May of

1  1989, were you employed?

2       A.    I was waiting for my Social Security

3  from my mom so I could go back to the Holiday Inn

4  at Evanston and get my job.

5       Q.    But you weren't employed at the time --

6       A.    At the moment, no.

7       Q.    -- of your son's birth, correct?

8       A.    Correct.

9       Q.    When you were selling drugs on the

10 streets of Chicago, what kind of drugs were you

11 selling?

12      A.    Marijuana.

13      Q.    And who were you selling the marijuana

14 for?

15      A.    For me.

16      Q.    This was your own business?

17      A.    I had my own -- my own bud, yeah.

18      Q.    And the money that you made selling

19 marijuana on the streets of Chicago, did you keep

20 all that money for yourself, or did you have to

21 share it with someone else?

22      A.    Myself.

23      Q.    Have you ever been a member of a gang?

24      A.    Yes, sir.

1      Q.    And what gang were you a member of?

2      A.    Latin Kings.

3      Q.    When did you become a member of the

4  Latin Kings?

5      A.    When I was 12.

6      Q.    And were you still a member of the

7  Latin Kings during the time of your arrest in July

8  of 1989?

9      A.    No, sir.

10      Q.    When did you stop being a member of the

11  Latin Kings?

12      A.    In '88.

13      Q.    When in 1988?

14      A.    Don't remember when.  In 1988.

15      Q.    And why did you stop being a member of

16  the Latin Kings in 1988?

17      A.    Diana got pregnant.

18      Q.    So you were about 18 years old when you

19  say you left the gang?

20      A.    Yes.

21      Q.    And during that period of time, between

22  the age of 12 and the age of 18, you were a member

23  of the Latin Kings?

24      A.    Yes, sir.

```
 1        Q.    What was your position in the gang?
 2        A.    Foot soldier.
 3        Q.    Does that mean you took orders from
 4   others?
 5        A.    Some did; some didn't.
 6        Q.    Well, my question is:  Did you take
 7   orders from others?
 8        A.    No.
 9        Q.    Did you sell drugs for the gang?
10        A.    No.
11        Q.    What were your duties or
12   responsibilities for the gang?
13        A.    To protect the neighborhood.
14        Q.    From what?
15        A.    From any outsiders.
16        Q.    What neighborhood was that?
17        A.    Leavitt.
18        Q.    Did you belong to a particular sect or
19   faction of the Latin Kings?
20        A.    No.
21        Q.    And when you say to protect the
22   neighborhood from any outsiders, what kind of
23   outsiders?
24        A.    Anybody that come from another
```

1  neighborhood into our neighborhood starting trouble.

2       Q.    Would that include shooting them, if

3  necessary?

4       A.    Yes.

5       Q.    And who were the rivals to the Latin

6  Kings at that time that you were a member?

7       A.    Vice Lords, Disciples, Cobras, Gents.

8             All sorts of different gangs.

9       Q.    How about the Spanish Cobras?  Were

10 they an ally or a rival?

11      A.    They were a rival.

12      Q.    And when you were a member of the gang

13 and thereafter, did you know the boundaries of the

14 Latin Kings as well as the rival gangs?

15      A.    Yes.  You do have boundaries all around

16 you.

17      Q.    Were you aware that in June and July of

18 1989, Western Avenue near Division was a gang

19 boundary?

20      A.    Everybody that's a gang member knows

21 their boundaries.

22      Q.    I'm not asking about other gang members.

23            I'm asking you if you knew what the

24 gang -- if Western Avenue was a gang boundary known

```
 1   to you in June or July of 1989?

 2        A.    Yes, it was.

 3        Q.    And what was your understanding of that

 4   gang boundary?

 5        A.    Don't cross it.

 6        Q.    And what was the boundary of the Latin

 7   Kings in June and July of 1989?

 8        A.    Western Avenue.

 9        Q.    Western Avenue would be a boundary

10   line, correct?

11        A.    Yes.

12        Q.    So where did the Latin King territory

13   run, with Western Avenue as a boundary line?

14        A.    It would start running from Leavitt all

15   the way down to Ashland.

16        Q.    So that would be east of Western,

17   correct?

18        A.    Yes, sir.

19        Q.    And then what about west of Western?

20              Whose territory was that?

21        A.    Spanish Lords, Unknowns, La Familia.

22              Basically that's what I remember.

23        Q.    How about the Spanish Cobras?  Was

24   their territory west of Western?
```

```
 1        A.    No.

 2        Q.    Where was their territory?

 3        A.    They were more like north.

 4        Q.    When you say "north," where?  Where

 5   north?

 6        A.    Towards Damen, so that -- towards North

 7   Avenue.

 8        Q.    North Avenue and Damen?

 9        A.    North Avenue and Damen.  No, not -- no,

10   not North Avenue and Damen.

11              North Avenue and Western.

12        Q.    Did you know anybody in the Spanish

13   Cobras street gang back in 1989?

14        A.    Yeah, I knew a few.

15        Q.    Who did you know?

16        A.    I knew Flag, Little Man, Crazy Eddie.

17              That's about it.

18        Q.    And how about in your gang, the Latin

19   Kings?  Who were the people that you associated

20   with from that gang?

21        A.    Oh, I associated with Jose Melendez,

22   Ruben Sanchez, Benjamin Carrero.

23              Yeah, that's about some of the guys

24   that I used to talk to.  That's about it.
```

```
 1        Q.    Had you been arrested before your

 2   arrest in July of 1989?

 3        A.    Yes, sir.

 4        Q.    How many times?

 5        A.    One time.

 6        Q.    And when do you recall being arrested

 7   one time before July of 1989?

 8        A.    Yes, sir.

 9        Q.    When?  Do you know when that was?

10        A.    No, I do not.

11        Q.    Do you know what you were arrested for?

12        A.    Aggravated assault.

13        Q.    Isn't it a fact that you were arrested

14   at least ten times before your arrest in July of

15   1989?

16        A.    No.

17        Q.    You don't have any arrests by the

18   Chicago Police Department other than that aggravated

19   assault arrest before July 1989?

20        A.    There was a marijuana charge, that they

21   grabbed some marijuana up from the floor, and they

22   had the guys all on the wall.

23              And they had me on the wall, too, and

24   he -- they decided to take me for the marijuana, but
```

```
 1   then they released me.  They let me go.

 2        Q.    Were you ever arrested as a juvenile?

 3        A.    Yes, sir.

 4        Q.    How many times?

 5        A.    About probably two times.

 6        Q.    What were you arrested for as a

 7   juvenile?

 8        A.    I was arrested for a stabbing, a

 9   stabbing in Milwaukee Avenue.

10              And then I was arrested for -- well,

11   that's a long time ago.  I don't even remember what

12   the other -- the other arrest was for.

13              But I only had gotten twice.

14        Q.    What happened during the stabbing

15   incident that you were arrested for?

16        A.    Well, I went to court, and they gave me

17   some -- they gave me a couple of months in jail in

18   a -- in a juvenile detention center.

19        Q.    Who did you stab?

20        A.    Some guy.  I didn't -- I didn't stab

21   him.  I was -- I was there fighting, and the guy

22   got stabbed.  And they put the charge on me because

23   I was there.  So that's what I got -- I got charged

24   for.
```

```
 1        Q.    And were you taken to a police station
 2   as a result of that arrest?
 3        A.    Yes.
 4        Q.    Do you know what police station you
 5   were at?
 6        A.    13th District, I believe.
 7        Q.    And as a result of that arrest, you
 8   ended up serving about two months in juvenile
 9   detention?
10        A.    Yes.  And then they put me on probation
11   after that.
12        Q.    And you believe you had another arrest
13   as a juvenile?
14        A.    Yeah, I believe so.  I can't remember.
15   I can't remember what it was.  I think it was
16   disorderly conduct.
17        Q.    Was that before or after the stabbing
18   arrest?
19        A.    I believe that was way before.
20        Q.    When you were arrested before the
21   stabbing, do you know what Chicago Police district
22   you were taken to?
23        A.    Yeah.  14th District, California and
24   Shakespeare.
```

```
 1        Q.    Do you recall being arrested in April
 2   of 1986 in the 14th District for burglary?
 3        A.    No, sir.
 4        Q.    Do you recall being arrested in November
 5   of 1986 in the 17th District for battery?
 6        A.    No, sir.  I don't remember.
 7        Q.    Do you recall being arrested for
 8   disorderly conduct in the 13th District in February
 9   of 1987?
10        A.    Yes, sir.
11        Q.    So that would be another arrest before
12   July of 1989, correct?
13        A.    A disorderly conduct arrest, I believe,
14   yes.
15        Q.    What do you recall about that arrest?
16        A.    They just picked me up in the street
17   and say we were doing disorderly conduct, and they
18   took me in.
19        Q.    Do you recall being arrested for robbery
20   in the 14th District in March of 1987?
21        A.    No, sir.
22        Q.    Do you recall being arrested for theft
23   and aggravated assault in the 13th District in June
24   of 1987?
```

```
 1          A.    I believe so.

 2          Q.    What do you recall about that arrest?

 3          A.    They came and arrested me because I

 4   confronted some girls that had -- that had beat up

 5   on my little sister.  And they grabbed me, and they

 6   arrested me.

 7                And then my sister arrested them,

 8   and then they go ahead and they dropped the case on

 9   me, and my sister dropped the case on them.  So

10   they let us -- they let us both go with nothing.

11   Because they had beat up my sister.

12          Q.    Do you recall an arrest by Gang Crimes

13   North for possession of marijuana in July of 1987?

14          A.    Yeah, that's the -- that's the

15   possession I was telling you, that they grabbed

16   from the floor.  They grabbed some marijuana from

17   the floor, the schoolyard, and they put it on me.

18          Q.    What school was that?

19          A.    Sabin.

20          Q.    I'm sorry?

21          A.    Sabin school.

22          Q.    Do you recall an arrest in the

23   14th District for possession of a controlled

24   substance in August of 1988?
```

JAIME RIOS, 06/30/2023                                    Page 57

```
 1        A.    No, sir.
 2        Q.    Do you recall an arrest for criminal
 3   trespass to land in December of 1988?
 4        A.    No, sir.
 5        Q.    Do you recall an arrest for robbery in
 6   the 14th District in April of 1989?
 7        A.    Is that the same one I just explained
 8   to you about?
 9        Q.    I don't know.  I'm asking you.
10              The arrest was in April of 1989 in
11   the 14th District for robbery.
12        A.    Yes, sir.
13        Q.    What do you recall about that arrest?
14        A.    That's the one I was telling you about.
15   That they had beat up my sister, and I went and
16   spoke to the girls.  And then they came back with
17   the police, and then say that I did something to
18   them and that I took their jewelry and stuff like
19   that.
20              And when they come to the station, I
21   never took nothing from them.  They were just
22   hiding the fact that they had beat up on my sister.
23              And my sister put charges on them;
24   they put charges on me.
```

JAIME RIOS, 06/30/2023                                    Page 58

```
 1              Then the officer came to us and
 2   said, Hey, if you drop the charges on them, they'll
 3   drop the charges on him.
 4              And that's what happened.
 5       Q.    Now, you did recall an arrest for
 6   aggravated assault before July of 1989, correct?
 7       A.    Yeah.  I believe that's the one right
 8   there.
 9              Which I did not assaulted anybody,
10   but they claimed that I did.
11       Q.    So you were arrested for that aggravated
12   assault on June 5th of 1989; is that correct?
13       A.    Yes, sir.
14       Q.    And that was aggravated assault with a
15   handgun, correct?
16       A.    Yes, sir.
17       Q.    The incident you were charged with
18   occurred on the 29th of May of 1989 at approximately
19   11:30 at 2125 West Potomac; is that correct?
20       A.    Yes, that's correct.
21       Q.    And that address is not far from your
22   mother's home, correct?
23       A.    It's far from my mom's house.
24       Q.    How far from your mom's house?
```

```
1        A.    Like seven blocks.

2        Q.    Were you living at your mom's house at

3   the time of that arrest?

4        A.    No, sir.

5        Q.    You were living at 1440 North Wolcott?

6        MR. STEPHEN RICHARDS:  Objection --

7   BY MR. POLICK:

8        Q.    I'm sorry, North Leavitt?

9        A.    Yes, sir.

10       Q.    And during that incident, you got into

11  a traffic altercation with someone and followed

12  them to 2125 West Potomac, where there was another

13  altercation, and you pulled a gun and fired at the

14  person's car three times, striking the door once?

15       A.    No, sir.

16       Q.    You didn't do any of that?

17       A.    No, sir.

18       Q.    You were indicted for that crime?

19       A.    Yes, sir.

20       Q.    And on September 6th of 1990, you pled

21  guilty to felony aggravated assault in the Circuit

22  Court of Cook County, case No. 89 CR 14056, before

23  Judge Toomin, correct?

24       A.    Correct.
```

```
 1        Q.    And you were sentenced to three years
 2   in the Illinois Department of Corrections, correct?
 3        A.    Correct.
 4        Q.    And when you were arrested on June 5th
 5   of 1989, you told the arresting officer, Daniel
 6   Noon, that you were a member of the Latin Kings,
 7   correct?
 8        A.    Correct.
 9        Q.    Did you know Officer Daniel Noon?
10        A.    No.
11        Q.    You didn't know him as a gang crimes
12   officer in your area?
13        A.    No, sir.
14        Q.    What type of gun did you use to shoot
15   at the car during that incident?
16        MR. STEPHEN RICHARDS:  Objection, assumes
17   facts not in evidence.
18               You can answer.
19        THE WITNESS:  Didn't have no gun.  Didn't
20   shoot nobody.
21   BY MR. POLICK:
22        Q.    So you're saying you didn't have a gun
23   and you didn't shoot anybody?
24        A.    Correct.
```

JAIME RIOS, 06/30/2023                                      Page 61

```
 1        Q.    So you lied to Judge Toomin when you
 2   pled guilty in open court?
 3        MR. STEPHEN RICHARDS:  Objection, but you may
 4   answer.
 5        THE WITNESS:  I had to go -- I had to go
 6   ahead and plead guilty.
 7   BY MR. POLICK:
 8        Q.    Why did you have to plead guilty?
 9        A.    Because I was already incarcerated, and
10   then that case was going to be used against me in
11   my -- in my case that I'm -- that I was on now.
12        Q.    So when you went to the police station
13   at Area 5 at Grand and Central on the evening of
14   July 6th of 1989, it's fair to say that was not the
15   first time you were ever in a police station,
16   correct?
17        A.    Correct.
18        Q.    When you were a member of the Latin
19   Kings, did you possess a weapon, a handgun?
20        A.    Yes.
21        Q.    What types of guns did you have as a
22   member of the Latin Kings?
23        MR. STEPHEN RICHARDS:  Objection, assumes
24   facts not in evidence.  He said "gun."
```

1  BY MR. POLICK:

2        Q.    You can go ahead and answer.

3        MR. STEPHEN RICHARDS:  You can answer, yeah,

4  go ahead.

5        THE WITNESS:  I had a .45 automatic.

6  BY MR. POLICK:

7        Q.    Was that your personal weapon?

8        A.    Yes, sir.

9        Q.    Did you have access to other guns as a

10  member of the Latin Kings?

11        A.    No, sir.

12        Q.    Latin Kings didn't keep any other guns?

13        A.    No, sir.

14        Q.    What make and model was the

15  .45 automatic?

16        A.    It was an Army issue.

17        Q.    What do you mean by an "Army issue"?

18        A.    It was an Army gun.  It was a military

19  gun.

20        Q.    Do you know the manufacturer of that

21  military gun?

22        A.    No, sir.

23        Q.    Do you know how many rounds of

24  ammunition it held?

```
 1        A.    Seven.

 2        Q.    When you say "seven," do you mean total

 3   capacity --

 4        A.    Total capacity plus --

 5        Q.    -- magazine, plus one in the chamber?

 6        A.    Yes.

 7        Q.    Any other guns that you owned while you

 8   were a member of the Latin Kings?

 9        A.    No, sir.

10        Q.    So when you were arrested for murder on

11   July 7th of 1989, you were out on bond for the

12   aggravated assault charge; is that correct?

13        MR. STEPHEN RICHARDS:   Objection, assumes

14   that he was arrested on July 7th rather than

15   July 6th.

16                  But you may answer.

17        THE WITNESS:   What was the question again?

18   BY MR. POLICK:

19        Q.    When you were arrested for murder on

20   the 7th of July 1989, you were out on bond for the

21   aggravated assault charge?

22        A.    Yes, sir.

23                  (Brief interruption.)

24
```

1   BY MR. POLICK:

2        Q.    And when you stood trial for the murder

3   charge in November of 1990, you were a convicted

4   felon on the aggravated assault charge, correct?

5        A.    Correct.

6        Q.    Did you know Luis Morales?

7        A.    No, sir.

8        Q.    You didn't know him to be a member of

9   the Spanish Cobras?

10       A.    No, sir.

11       Q.    When you were convicted of the murder

12  of Luis Morales in 1990 and then sentenced in 1991,

13  you received a sentence of 36 years in prison

14  consecutive to the three-year sentence you received

15  for the felony aggravated assault, correct?

16       A.    Yes, sir.

17       Q.    When you were arrested in July of 1989

18  for the murder of Luis Morales, did you ever make

19  bond at any point through your trial?

20       A.    No, sir.

21       Q.    And were you in the Cook County Jail

22  from July 1989 until you were sentenced to the

23  Illinois Department of Corrections?

24       A.    Yes, sir.

```
 1        Q.    During the time that you were in the
 2   Cook County Jail, were you a member of any gang?
 3        A.    Yes, sir.
 4        Q.    What gang were you a member of?
 5        A.    Member of Latin Kings.
 6        Q.    And after you were sentenced to the
 7   Illinois Department of Corrections, what was the
 8   first facility you went to after being transferred
 9   out of Cook County Jail?
10        A.    Pontiac Correctional Center.
11        Q.    And that would have been sometime in
12   1991?
13        A.    '91, yes, sir.
14        Q.    And while you were in Pontiac
15   Correctional Center, were you the member of any
16   gang?
17        A.    Yes, sir.
18        Q.    What gang were you a member of?
19        A.    Latin Kings.
20        Q.    Were you a member of the Latin Kings
21   throughout your incarceration in the Illinois
22   Department of Corrections?
23        A.    No, sir.
24        Q.    Where was the next facility you went to
```

JAIME RIOS, 06/30/2023                                          Page 66

1  after Pontiac?

2          A.      After Pontiac, I went to Danville.

3          Q.      Did you continue to be a member of the

4  Latin Kings when you were transferred to Danville?

5          A.      Yes, sir.

6          Q.      And what was the reason you were

7  transferred from Pontiac to Danville?

8          A.      Well, I had a relationship with a

9  female -- a female officer.

10         Q.      At Pontiac?

11         A.      Yes, sir.

12         Q.      A female correctional officer?

13         A.      Yes, sir.

14         Q.      What were the circumstances of that

15  relationship?

16         A.      Meaning?

17         Q.      Was it a romantic relationship?

18         A.      Yes, sir.

19         Q.      And what was the name of this female

20  correctional officer?

21         A.      Leanna Jo Lazar [phonetic].

22         Q.      And for how long did you have a romantic

23  relationship with Correctional Officer Lazar?

24         A.      A couple months.

1        Q.    And did your romantic relationship with

2   Correctional Officer Lazar include sexual activity?

3        A.    Yes, sir.

4        Q.    And did that activity occur inside the

5   prison?

6        A.    Yes, sir.

7        Q.    And at some point did your relationship

8   with Correctional Officer Lazar become public?

9        A.    No, sir.

10       Q.    How is it then that you ended up

11   getting transferred to Danville?

12       A.    They had an idea that we were doing

13   something.  And they just transferred me to keep

14   her in the institution.  So they had to get rid of

15   me.

16       Q.    So do you know if Correctional Officer

17   Lazar was ever suspended or terminated from her job?

18       A.    No, sir.

19       Q.    You don't know, or she wasn't?

20       A.    I don't think she was.

21       Q.    Do you know who told the authorities at

22   the prison about your romantic relationship with

23   Correctional Officer Lazar?

24       A.    No, I do not.

```
 1        Q.    And you believe as a result of that is
 2   why you were -- strike that.
 3              You believe as a result of that
 4   romantic relationship coming to light you were
 5   transferred to Danville Correctional Center.
 6        A.    Yes, sir.
 7        Q.    About what year were you transferred to
 8   Denver -- Danville?
 9        A.    I can't -- I don't remember.
10        Q.    All right.  Do you need to take a break?
11              We've been going for about an hour
12   and a half now.
13        A.    I'm good.
14        MR. STEPHEN RICHARDS:  We're good.
15        MR. POLICK:  Okay.
16        MR. STEPHEN RICHARDS:  It's up to you.
17        MR. POLICK:  We can continue.
18   BY MR. POLICK:
19        Q.    Now, while you were in the Pontiac
20   Correctional Center, you had another felony
21   conviction; is that correct?
22        A.    Yes.
23        Q.    You were charged with unlawful
24   possession of contraband in a penal institution,
```

```
 1   correct?

 2         A.    Correct.

 3         Q.    What was the unlawful -- or strike that.

 4               What was the contraband you had in

 5   your possession?

 6         A.    Bag of marijuana.

 7         Q.    And that happened sometime in 1994 or

 8   1995?

 9         A.    '95.

10         Q.    And on July 11th, 1995, you pled guilty

11   to the charge of unlawful possession of contraband

12   in a penal institution in the Circuit Court of

13   Livingston County, case No. 95 CF 127; is that

14   correct?

15         A.    Correct.

16         Q.    And you were sentenced to two years in

17   the Illinois Department of Corrections to run

18   consecutive to your Cook County convictions for

19   aggravated assault and murder, correct?

20         A.    Correct.

21         Q.    Any other felony convictions that you

22   had?

23         A.    No, sir.

24         Q.    Other convictions while you were in the
```

1  Illinois Department of Corrections?

2          A.    No, sir.

3          Q.    After you -- well, strike that.

4                    Where -- what was the next

5  institution you went to after Danville?

6          A.    Menard.

7          Q.    And while you were at Menard

8  Correctional Institution, were you a member of the

9  Latin Kings?

10         A.    No, sir.

11         Q.    Why were you not a member of the Latin

12 Kings at Menard?

13         A.    I decided to leave the Latin Kings at

14 the moment.

15         Q.    And do you know why you were transferred

16 from Danville to Menard Correctional Center?

17         A.    I believe Boyd -- Boyd thought that I

18 was being a rebel in his institution, and he kicked

19 me out of his institution.

20                    He knows me from Pontiac.

21         Q.    And what was the person's name, Boyd?

22         A.    Yeah.  He was -- he was the -- he was

23 the superintendent for -- for that -- for that

24 institution.

1      Q.    And where was the next institution you
2  were sent to after Menard?
3      A.    Dixon.
4      Q.    And is that where you remained until
5  your release from prison?
6      A.    Yes, sir.
7      Q.    And while you were in Dixon Correctional
8  Center, were you a member of the Latin Kings?
9      A.    No, sir.
10      Q.    And do you know why you were transferred
11  from Menard to Dixon Correctional Center?
12      A.    Yes, I put the transfer in.
13      Q.    So that was at your request.
14      A.    Yes.
15      Q.    And why did you request the transfer
16  to -- from Menard to Dixon?
17      A.    Because my brother was over there, and
18  he said that they had good education programs over
19  there that I could go ahead and work with.
20      Q.    And you told us earlier you were with
21  your brother for about a year while incarcerated at
22  Dixon.
23      A.    Yes, before he went home.
24      Q.    What did you do to prepare for your

1   deposition today?

2          A.    Just read my transcripts.

3          Q.    When you say you read your transcripts,

4   would that be the transcripts of your testimony

5   from the criminal case?

6          A.    The transcript from my whole case, from

7   the beginning -- from the day they arrested me all

8   the way to -- to the part that I got -- I got

9   convicted and sent to jail.

10         Q.    And the case you're talking about is

11  the murder case for the murder of Luis Morales,

12  correct?

13         A.    Yes, sir.

14         Q.    So when you looked at the testimony

15  from the murder case, did you look at just your

16  testimony, or did you look at other people's

17  testimony?

18         A.    Just mine's.

19         Q.    And you testified in February of 1990

20  in a pretrial suppression motion?

21         A.    Yes, sir.

22         Q.    You testified twice during those

23  proceedings; is that correct?

24         A.    Yes, sir.

1      Q.    Once on February 9th, and then again on

2   February 26th of 1990?

3      A.    Yes, sir.

4      Q.    When you testified in those pretrial

5   suppression proceedings, you understood you were

6   under oath?

7      A.    Yes, sir.

8      Q.    Did you tell the truth when you

9   testified?

10     A.    Yes, sir.

11     Q.    When you reviewed your testimony from

12  the February 1990 pretrial suppression hearing, did

13  you see anything inaccurate about your testimony?

14     A.    Since -- no.

15     Q.    And then you testified at your trial in

16  November of 1990, correct?

17     A.    Yes, sir.

18     Q.    And you understood that you were under

19  oath to tell the truth during that trial testimony,

20  correct?

21     A.    Yes, sir.

22     Q.    And did you tell the truth during your

23  testimony?

24     A.    Yes, sir.

```
 1        Q.    When you reviewed your testimony, did
 2   you see anything that was inaccurate with it?
 3        A.    No, sir.
 4        Q.    In addition to the transcripts of your
 5   testimony from the criminal trial, did you look at
 6   any other documents to prepare for your deposition?
 7        A.    No, sir.
 8        Q.    Did you look at any photographs?
 9        A.    No, sir.
10        Q.    Did you meet with your attorney,
11   Mr. Richards, to prepare for your deposition?
12        A.    Yes, sir.
13        Q.    How many times did you meet with
14   Mr. Richards to prepare for your deposition?
15        A.    At least twice.
16        Q.    And other than Mr. Richards, was anyone
17   else present with you and him when you met with
18   Mr. Richards to prepare for your deposition?
19        A.    No, sir.
20        Q.    Other than your attorney, have you
21   spoken to anyone else about your deposition --
22        A.    No, sir.
23        Q.    -- that you're giving here today?
24        A.    No, sir.
```

```
 1        MR. POLICK:  All right.  This is probably a
 2   good place to take a break.  Why don't we take
 3   10 minutes or so.
 4                  Sound good?
 5        MR. STEPHEN RICHARDS:  Fine.
 6        MR. POLICK:  Okay.
 7        THE LEGAL VIDEOGRAPHER:  We're off the video
 8   record at 11:42 a.m.
 9                  (Recess taken.)
10        THE LEGAL VIDEOGRAPHER:  We are back on the
11   video record at 11:55 a.m.
12   BY MR. POLICK:
13        Q.    Mr. Rios, you understand you're still
14   under oath?
15        A.    Yes, sir.
16        Q.    So the relationship you had with
17   Correctional Officer Leanna Jo Lazar while you were
18   at Pontiac Correctional Center, was that a
19   consensual relationship between you and her?
20        A.    Yes, sir.
21        Q.    And after you were transferred from
22   Pontiac to Danville Correctional Center, did you
23   continue to have any communication or contact with
24   Correctional Officer Lazar?
```

1      A.    No, sir.

2      Q.    When was the last time you had any

3  contact with Correctional Officer Lazar?

4      A.    A week before I got transferred.

5      Q.    And after you were transferred to

6  Danville Correctional Center, did you attempt to

7  communicate with her in any way?

8      A.    No, sir.

9      Q.    And the Mr. Boyd that you mentioned?

10 Am I pronouncing that correctly, B-o-y-d?

11     A.    Yes.

12     Q.    You said he was some superintendent

13 for --

14     A.    He was superintendent for -- for the

15 Danville Correctional Center.

16     Q.    Do you know what his rank was?

17     A.    Superintendent.

18     Q.    While you were in the Illinois

19 Department of Corrections, did you ever have any of

20 your day-for-day good time credit taken away from

21 you as a result of disciplinary action?

22     A.    No, sir.

23     Q.    I'm going to ask you the names of some

24 people, and then ask you some questions about them.

```
 1          A.    Okay.

 2          Q.    Do you know Cristino Garcia?

 3          A.    Yes, sir.

 4          Q.    And how do you know him?

 5          A.    From the street, neighborhood.

 6          Q.    When you say the street and the

 7    neighborhood, do you mean during the time before

 8    your arrest in July of 1989?

 9          A.    Yes, years before.

10          Q.    How old were you when you first met

11    Cristino Garcia?

12          A.    Well, probably around 11 or 13.

13          Q.    And was Mr. Garcia a member of the

14    Latin Kings?

15          A.    Yes, sir.

16          Q.    And at that time, before your arrest in

17    July of 1989, did he live at 1340 North Bell?

18          A.    Yes, sir.

19          Q.    And that would be just a few blocks

20    from your home at 1440 North Leavitt, correct?

21          A.    Correct.

22          Q.    Was Mr. Garcia a friend of yours?

23          A.    Yes, sir.

24          Q.    Did he have a nickname?
```

1          A.    Cristino.

2          Q.    Was he also known as Tino?

3          A.    Never -- never knew that name, Tino.

4                But his last name was Cristino.

5          Q.    So you never knew him by the nickname

6    Tino?

7          A.    No, sir.

8          Q.    What did you call him?

9          A.    Cristino.

10         Q.    How often would you see Mr. Garcia?

11         A.    Not often.

12         Q.    Was he the same age as you, or older,

13   younger?

14         A.    Possible older.

15         Q.    When you say possibly older, by how

16   much?

17         A.    About a year.

18         Q.    When was the last time you spoke to

19   Cristino Garcia?

20         A.    Been a while back.  Been a while back,

21   when I was trying to get him -- when I was trying

22   to get him to come to Mr. Richards and talk to

23   Mr. Richards.

24         Q.    Did you speak to Cristino Garcia at all

```
 1  while you were incarcerated in the Cook County Jail?
 2       A.    No.
 3       Q.    How about during your time in the
 4  Illinois Department of Corrections?  Did you speak
 5  to Mr. Garcia?
 6       A.    No.
 7       Q.    So the last time you would have
 8  contacted Mr. Garcia was sometime after you were
 9  released in 2008?
10       A.    No.
11       Q.    When was the last time you tried to
12  contact him?
13       A.    I didn't try contacting him.  I got in
14  contact with him when Mr. Richards was asking me to
15  find him, because he's good for our case, so ...
16       Q.    And I don't want to know anything about
17  what you discussed with Mr. Richards.
18                   But how did you know where to find
19  Mr. Garcia?
20       A.    The streets.
21       Q.    Was he still living in the same area?
22       A.    No.
23       Q.    Where was he living where you -- that
24  you knew where to find him?
```

1      A.    He was found on Augusta.  That's where

2   he's living, at Angusta.

3      Q.    Augusta and what?

4      A.    I forgot the other street.  Probably by

5   Ashland.

6      Q.    And did you find him, or did somebody

7   else find him?

8      A.    My brother found him.

9      Q.    Which brother?

10     A.    Rick.

11     Q.    And after your brother Ricardo found

12  Mr. Garcia, did you speak to Mr. Garcia?

13     A.    Yes, sir.

14     Q.    And when did that occur?

15     A.    I can't recall the date.

16     Q.    Is it recently?

17     A.    No, sir.

18     Q.    Within the last two years?

19     A.    Yes, sir.

20     Q.    So after the pandemic?

21     A.    Yeah, somewhere around there.

22     Q.    And when you spoke to Mr. Garcia, was

23  that in person or over the phone?

24     A.    Over the phone.

```
 1        Q.    And was there anyone on the phone line
 2   other than you and Mr. Garcia?
 3        A.    No, sir.
 4        Q.    And what did you say to him and what
 5   did he say to you?
 6        A.    I spoke to him, and I told him that I
 7   needed him to talk to my lawyer.
 8        Q.    Did he ask you what you needed him to
 9   talk to your lawyer about?
10        A.    Yes.
11        Q.    And what did you tell him?
12        A.    I told him that it was about my case.
13        Q.    And what did you tell him about your
14   case that you needed him to speak to your lawyer
15   about --
16        A.    Didn't stipulate nothing about the case.
17              Just told him that my lawyer needed
18   to talk to him and if he would like to talk to my
19   lawyer.  And he decided to talk to my lawyer.
20        Q.    About how long did this phone
21   conversation last?
22        A.    About 2, 3 minutes.
23        Q.    And at some time thereafter, did
24   Mr. Cristino Garcia then speak with your lawyer,
```

1    Mr. Richards?

2         A.    Yes, he spoke with my lawyer.

3         Q.    Were you present when he spoke with

4    your lawyer, Mr. Richards?

5         A.    No, sir.

6         Q.    Do you know if anyone else was present

7    when Mr. Cristino Garcia spoke with your attorney,

8    Mr. Richards?

9         A.    No, I do not.

10        Q.    Do you know if Mr. Cristino Garcia was

11   in the Illinois Department of Corrections during

12   the same period of time that you were?

13        A.    No, sir.

14        Q.    During your time in the Illinois

15   Department of Corrections, did you ever see

16   Mr. Cristino Garcia?

17        A.    No, sir.

18        Q.    Did you know that Mr. Cristino Garcia

19   was arrested for the murder of Luis Morales on

20   July 28th of 19 --

21        A.    Yes, sir.

22        Q.    -- 89?

23        A.    Yes, sir.

24        Q.    When did you become aware that

1  Mr. Garcia had been arrested for the murder of

2  Luis --

3          A.    When I was --

4          Q.    -- Morales?

5          A.    When I was already in County.

6          Q.    And how did you learn that Mr. Garcia

7  had been arrested for Luis Morales' murder?

8          MR. STEPHEN RICHARDS:  Objection and privilege

9  if the source was a conversation with an attorney.

10         MR. POLICK:  All right.  Let me rephrase

11 that.  That's fair.

12 BY MR. POLICK:

13         Q.    I don't want to know anything that you

14 discussed with Mr. Richards, so I'm going to

15 rephrase that question because his objection is

16 well taken.

17         MR. STEPHEN RICHARDS:  Just -- and just to be

18 clear, the privilege would be -- since I was not

19 his attorney back then, would be with his public

20 defenders or whoever represented him at the time.

21 BY MR. POLICK:

22         Q.    All right.  So let me rephrase that

23 question, because I don't want to know anything you

24 discussed with Mr. Richards, nor do I want to know

```
 1  anything you discussed with any other attorney,
 2  including your public defender or anyone else that
 3  may have been your attorney.  Do you understand?
 4       A.    Yes.
 5       Q.    Okay.  So let me see if I can rephrase
 6  this so we don't -- we avoid the attorney privilege
 7  problem.
 8              Other than any of your attorneys, did
 9  you learn that Mr. Cristino Garcia had been arrested
10  for the murder of Luis Morales in July of 1989?
11       A.    Yes.
12       Q.    So who other than your attorneys alerted
13  you to that information?
14       A.    The mother of my kid, Diana.
15       MR. STEPHEN RICHARDS:  And just to make the
16  record clear, I'm not interposing questions -- I'm
17  not interposing privilege objections because,
18  although Diana has been referred to as a wife in
19  some of the answers, it's clear that they were not
20  married at the time, and those conversations are
21  not privileged.
22       MR. POLICK:  Understood.
23  BY MR. POLICK:
24       Q.    So you learned from Diana, while you
```

1    were in the County Jail, that Mr. Garcia had been

2    arrested for the Luis Morales murder.

3         A.    Yes, sir.

4         Q.    And what do you know about Mr. Garcia's

5    arrest?

6         A.    That he had gotten arrested, and then

7    they released him.  That's all I know.

8         Q.    Do you know anything about Mr. Garcia's

9    time in custody during his arrest for the Luis

10   Morales murder?

11        A.    No, sir.

12        Q.    Has Mr. Garcia ever told you anything

13   about his arrest for the Luis Morales murder?

14        A.    No, sir.

15        Q.    Has Mr. Garcia ever told you anything

16   about his time in custody after he was arrested for

17   that murder?

18        A.    No, sir.

19        Q.    Before your arrest in July of 1989, had

20   you ever been over to Mr. Cristino Garcia's home?

21        A.    No, sir.

22        Q.    Had he ever been to your home?

23        A.    No, sir.

24        Q.    Are you related to Mr. Cristino Garcia

```
 1   in any way?

 2        A.    No, sir.

 3        Q.    Was your girlfriend, Diana Rodriguez,

 4   related to Mr. Cristino Garcia in any way?

 5        A.    No, sir.

 6        Q.    Do you know Benjamin Carrero?

 7        A.    Yes, sir.

 8        Q.    And how do you know Benjamin Carrero?

 9        A.    He was another guy from the

10   neighborhood, too.

11        Q.    Was he a member of the Latin Kings?

12        A.    Yes, sir.

13        Q.    And when did you first meet Mr. Benjamin

14   Carrero?

15        A.    Met Benjamin Carrero like when I was

16   like probably 13.

17        Q.    How did you meet him?

18        A.    We met him at the Wicker Park area.

19   They used to put an ice rink, and we used to go ice

20   skating in that rink, and that's how we met.

21        Q.    And when you met him, was he living at

22   1419 North Wicker Park?

23        A.    Yes, sir.  Right across from the park.

24        Q.    And his home was maybe two to three
```

```
 1   blocks from your home at the time?

 2        A.    No, sir.

 3        Q.    How far was it from your home?

 4        A.    About five blocks.

 5        Q.    Did you ever go to Benjamin Carrero's

 6   home?

 7        A.    Yes, sir.

 8        Q.    How often would you go there?

 9        A.    Not often.  Probably went there like

10   once or twice.

11        Q.    Did Mr. Carrero ever come to your home?

12        A.    Yes.

13        Q.    How many times did he come to your home?

14        A.    About two or three times.

15        Q.    Is Mr. Carrero a friend of yours?

16        A.    Yes, sir.

17        Q.    Is he related to you in any way?

18        A.    No, sir.

19        Q.    When was the last time you saw

20   Mr. Carrero?

21        A.    When we came to court.  When I was --

22   when I came to court when I was fighting my case in

23   the court before my case got thrown out.

24              I had brought him to court because
```

1  he was supposed to testify, so --

2        Q.    So --

3        A.    -- him, I, and Cristino and Cristino's

4  sister came to court that day.

5        Q.    When you say "court," are you talking

6  most recently?

7        A.    Yes, before -- before I got --

8  before -- before my case got thrown out.  Like the

9  court date before my case got thrown out.

10       Q.    So sometime in 2022?  Last year?

11       A.    I believe so, right?

12       Q.    At the time --

13       MR. STEPHEN RICHARDS:  You --

14  BY MR. POLICK:

15       Q.    -- of your post-conviction hearing?

16       A.    Yes.

17       Q.    And he testified at your post-conviction

18  hearing, correct?

19       A.    Benjamin, yes.

20       Q.    All right.  And you said -- were you

21  there and present in court the day that Mr. Carrero

22  testified in your post-conviction hearing?

23       A.    Yes, sir.

24       Q.    And you said other people were also

1   present in court?

2        A.    Yeah.  I had brought Tino and his

3   sister.  Cristino and his sister.

4        Q.    And what's Cristino's sister's name?

5        A.    Nori Garcia.

6        Q.    Nori?

7        A.    Nori Garcia, N-o-r-i, Garcia.

8        Q.    And was Nori Garcia also going to

9   testify at your hearing?

10       A.    No.  She brought her brother here.

11       Q.    So she brought Cristino to court?

12       A.    Yes, sir.

13       Q.    And was it expect -- strike that.

14             Did you expect that Mr. Cristino

15  Garcia was going to testify at your hearing?

16       A.    That's what he was coming for.

17       Q.    Anybody else that you expected to

18  testify at your hearing besides Mr. Cristino Garcia

19  and Mr. Benjamin Carrero?

20       A.    No, sir.

21       Q.    Was Mr. Carrero living in Florida at

22  the time?

23       A.    Yes, sir.

24       Q.    And do you know how he got from Florida

1  to testify here in Chicago in your post-conviction

2  hearing?

3       A.    Yeah.  He took a plane, got -- got over

4  here.

5       Q.    Do you know who paid for his flight to

6  Chicago?

7       A.    No, I do not.

8       MR. STEPHEN RICHARDS:  If you need a

9  stipulation, I did.

10  BY MR. POLICK:

11       Q.    Did you ever visit Mr. Carrero while he

12  was living in Florida?

13       A.    No, sir.

14       Q.    And before Mr. Carrero testified in

15  your post-conviction hearing, did you speak to him

16  at all?

17       A.    No, sir.

18       Q.    On no occasions prior to his testimony?

19       A.    No, sir.

20       Q.    Not on the phone?

21       A.    No, sir.

22       Q.    Not in person?

23       A.    No.

24       Q.    When Mr. Carrero testified at your

1   post-conviction hearing, was that the last time you

2   saw him?

3            A.    Yes, sir.

4            Q.    Have you seen him since then?

5            A.    No, sir.

6            Q.    Have you spoke to him since then?

7            A.    No, sir.

8            Q.    When you were in the Illinois Department

9   of Corrections, did you ever speak with Benjamin

10  Carrero?

11           A.    Yes, sir.

12           Q.    And was that in person or over the

13  phone?

14           A.    In person.

15           Q.    And was Mr. Carrero also incarcerated

16  at the time?

17           A.    Yes, sir.

18           Q.    How many times did you speak with

19  Mr. Carrero when you were in the Illinois

20  Department of Corrections?

21           A.    About twice.

22           Q.    Where was the first time you spoke to

23  him?

24           A.    First time I spoke to him was '92 in

1   Pontiac when he first came into the institution.

2          Q.    And do you know why he was incarcerated

3   in the Illinois Department of Corrections at

4   Pontiac at that time?

5          A.    I believe it was robbery.

6          Q.    And how did you learn that Mr. Carrero

7   had been incarcerated at Pontiac in 1992?

8          A.    I was already in Pontiac.

9          Q.    Yes, you were there.

10               So how did you learn that he was

11  being incarcerated there?

12         A.    He came through the -- he came through

13  the door, and I knew.

14         Q.    And you recognized him.

15         A.    Yes.

16         Q.    You recognized him as a friend from the

17  neighborhood.

18         A.    Yes.

19         Q.    And a fellow member of the Latin Kings.

20         A.    Yes, sir.

21         Q.    So when you spoke to him for the first

22  time at Pontiac, where did that conversation take

23  place?

24         A.    In the yard.

```
 1        Q.    And was anyone else present for that
 2   conversation?
 3        A.    No.  Just me and him walking the yard.
 4        Q.    And what did you and Mr. Carrero
 5   discuss as you were walking the yard at Pontiac?
 6        A.    We discussed so many things:  Family --
 7   family, what's going on out there; you know, what
 8   happened to me, you know, during my case and
 9   everything.
10        Q.    What did you and Mr. Carrero discuss
11   about the circumstances of what happened to you in
12   your case?
13        A.    That they beat him up, and they told
14   him to say that I was -- that I was -- that I was
15   the shooter and that I gave him a gun, and some
16   other things that I really don't remember what --
17   what he said.
18        Q.    When Mr. Carrero said he was beaten up,
19   did he say who beat him up?
20        A.    No.
21        Q.    And when Mr. Carrero told you that he
22   was told to say that you had given him a gun, did
23   he say who told him to say that --
24        A.    The officer.
```

1        Q.      -- about you?

2        A.      The officer told him that.

3        Q.      Which officer?  Did he specify?

4        A.      I have no -- I have no idea which

5   officer it was.

6                        Possible his arresting officer.  I

7   have no names.

8        Q.      About how long did you talk to

9   Mr. Carrero that first time in the yard at Pontiac

10  in 1992?

11       A.      It was 30 -- it was a 30-minute yard

12  time, so about 20 to 30 minutes.

13       Q.      Were you ever cellmates with

14  Mr. Carrero while you were at Pontiac?

15       A.      No, sir.

16       Q.      How often would you see him in the yard

17  at Pontiac?

18       A.      It's a blue moon to that one, because I

19  was on the other side of the institution.  I was on

20  the south and east, and he was in -- he was in the

21  south and uppers, west.

22       Q.      All right.  You said there was another

23  time that you spoke to Mr. Carrero while you were

24  in the Illinois Department of Corrections, correct?

```
 1        A.    Yes, sir.

 2        Q.    When was -- when was that?

 3        A.    In Dixon.  That was in Dixon in 2005, I

 4   believe it was.

 5        Q.    And Mr. Carrero was also incarcerated

 6   at Dixon at that time?

 7        A.    Yes, sir.

 8        Q.    Do you know what he was incarcerated

 9   for at that time?

10        A.    I believe it was the same charge he had

11   before.

12        Q.    Was it your understanding that

13   Mr. Carrero had been transferred from Pontiac to

14   Dixon at some point?

15        A.    No.

16        Q.    How did you learn that Mr. Carrero was

17   incarcerated at Dixon Correctional Center while you

18   were there?

19        A.    Well, when I got there, he ended up

20   getting there after me.

21        Q.    And how did you learn that he came

22   there after you?

23        A.    I seen him in the yard.

24        Q.    By chance?
```

1      A.    No.  Everybody goes in the yard

2  together.  In Dixon, they let everybody -- every

3  house, they let them all at the same time to the

4  yard.

5      Q.    But my question was:  You didn't plan

6  to meet him in the yard, did you?

7      A.    No, sir.

8      Q.    You went out to the yard like you

9  regularly would, and you saw him there?

10     A.    Yes, sir.

11     Q.    And when you saw him in the yard at that

12 time in approximately 2005 at Dixon, did you have a

13 conversation with him?

14     A.    Yes, sir.

15     Q.    And how long did you and Mr. Carrero

16 talk for?

17     A.    We talked two, three days.

18     Q.    So it was over the course of a

19 couple -- or two or three days?

20     A.    Yeah.

21     Q.    And was anyone else present for those

22 conversations?

23     A.    No, sir.

24     Q.    And when you spoke to Mr. Carrero over

 1  those two or three days in the yard at Dixon, what

 2  did you talk about?

 3      A.     Talked about family, talked about

 4  sports, talked about school.

 5      Q.     Did you have any discussions about your

 6  case or what had happened to you?

 7      A.     No.

 8      Q.     Did you learn anything further about

 9  what Mr. Carrero had told you about being beaten

10  when you last spoke to him in Pontiac?

11      A.     No.

12      Q.     Did you learn anything further from

13  Mr. Carrero about an officer telling him to say

14  that you gave him a gun?

15      A.     Yes.

16      Q.     What did you learn in Dixon that you

17  didn't know when you last spoke to Mr. Carrero in

18  Pontiac?

19      A.     That they charged his wife for that gun

20  that they was saying I gave him.

21             They gave her the charge for the gun

22  that they -- that was the gun they say that I had

23  that I gave to them, but they charged her with the

24  gun and gave her probation for it.

```
 1                    That's the only thing I remember
 2   that he said.
 3        Q.    So no further information about who had
 4   beaten Mr. Carrero?
 5        A.    No, sir.
 6        Q.    And no further information about who
 7   told him to say that you gave him the gun?
 8        A.    No, sir.
 9                    I don't remember who his arresting
10   officer is, so I do not know that answer.
11        Q.    All right.  And you referred to
12   Mr. Carrerro's wife.
13                    Who are you referring to when you
14   say "Mr. Carrerro's wife"?
15        A.    Her name is supposed to be Iris.
16        Q.    Iris Mendez?
17        A.    Yes, sir.
18        Q.    Did you know Iris Mendez?
19        A.    Yes.
20        Q.    Was she also a member of the Latin
21   Kings?
22        A.    No, sir.
23        Q.    Was she a friend of yours?
24        A.    Yes, sir.
```

```
 1        Q.    How long did you know Iris Mendez?

 2        A.    About the same time as Benjamin

 3   Carrero.  Five to six years.

 4        Q.    Have you ever had any discussions with

 5   Iris Mendez about your case?

 6        A.    No, sir.

 7        Q.    Any discussions with Iris Mendez about

 8   your arrest?

 9        A.    No, sir.

10        Q.    When is the last time you saw Iris

11   Mendez?

12        A.    When I was going to court and got

13   convicted back then.  That's the last time I seen

14   her, when she was in court testifying about the gun.

15        Q.    So you mean when --

16        A.    When she was testifying.

17        Q.    During your trial.

18        A.    Yes, sir.

19        Q.    And you have not seen her since you saw

20   her testify at your criminal trial.

21        A.    Correct.

22        Q.    Have you spoken to Mr. Carrero since

23   your release from prison?

24        A.    Yes.
```

JAIME RIOS, 06/30/2023                                      Page 100

```
 1        Q.    And when have you spoken to him since

 2  your release in 2008?

 3        A.    Well, when I came over here to Chicago.

 4              When I came over here to Chicago to

 5  visit my mom, and I seen him, and we spoke.

 6        Q.    How long after your release did you see

 7  Mr. Carrero?

 8        A.    About three -- three, four years after.

 9        Q.    So sometime in 2011 or 2012?

10        A.    Around there.

11        Q.    And where did you speak or see

12  Mr. Carrero?

13        A.    I seen him in the street.

14        Q.    When you say "in the street," where?

15        A.    On Division.

16        Q.    Division and what?

17        A.    Division and Kedzie.

18        Q.    And when you saw Mr. Carrero on

19  Division and Kedzie sometime in 2011 or 2012, did

20  he approach you, or did you approach him?

21        A.    I approached him.

22        Q.    And did you two speak at that time?

23        A.    No, sir.

24        Q.    Why not?
```

1      A.    We spoke, but we didn't speak about

2  nothing about the case or anything.  We just spoke

3  as friends and long time no see and how you doing

4  and that type of conversation.

5      Q.    Were you aware that Mr. Carrero signed

6  an affidavit about your case sometime in May of

7  2020?

8      A.    Yes.

9      Q.    Were you present when Mr. Carrero

10 signed the affidavit?

11     A.    No, sir.

12     Q.    Did you become aware that Mr. Carrero

13 had signed an affidavit about your case from anyone

14 other than your attorney?

15     A.    No, sir.

16     Q.    Did your brother Ricardo have anything

17 to do with Mr. Benjamin Carrero's affidavit?

18     A.    No, sir.

19           Excuse me.

20     Q.    Do you know that Mr. Cristino Garcia

21 also signed an affidavit sometime in 2020 about

22 your case?

23     A.    Yes, sir.

24     Q.    Were you present when Mr. Garcia signed

1    his affidavit for your case?

2         A.    No, sir.

3         Q.    Other than through your attorney, do

4    you know any of the circumstances of Mr. Garcia's

5    affidavit in your case?

6         A.    No, sir.

7         Q.    Did your brother Ricardo have any

8    involvement in obtaining Mr. Garcia's affidavit,

9    other than locating Mr. Garcia?

10        A.    No.  He just located him.  That's it.

11        Q.    Do you have any regular contact with

12   Mr. Cristino Garcia?

13        A.    No.

14        Q.    How about with Mr. Benjamin Carrero?

15        A.    No.

16        Q.    Do you know if Mr. Carrero is living

17   here in Chicago now, or is he back in Florida?

18        A.    I believe he's still in Florida.

19        Q.    Do you know Mr. Luis Huertas,

20   H-u-e-r-t-a-s?

21        A.    No, sir.

22        Q.    You've never met him?

23        A.    No, sir.

24        Q.    Do you recall Mr. Luis Huertas

1  testifying during your criminal trial?

2        A.    Yes, sir.

3        Q.    When you saw him on the witness stand

4  during your criminal trial, did he look familiar to

5  you?

6        A.    No, sir.

7        Q.    Did you know who he was when you saw

8  him at trial?

9        A.    No, sir.

10       Q.    Are you aware that Mr. Huertas has

11  signed an affidavit regarding your case?

12       A.    No, sir.

13       Q.    Were you aware that he signed that

14  affidavit in 2020?

15       A.    No, sir.

16       Q.    Were you aware that Mr. Huertas was

17  expected to testify during your post-conviction

18  proceedings?

19       A.    No, sir.

20       Q.    You told us earlier that you did not

21  know Luis Morales.

22       A.    Correct.

23       Q.    You did not know anyone by the nickname

24  New York, or New Yorker?

```
 1        A.    Correct.
 2        Q.    Did you know back before your arrest in
 3   1989 of a person by the name of Javier Torres, who
 4   went by the nickname Loco?
 5        A.    No, sir.
 6        Q.    Do you recall Mr. Torres testifying
 7   during your criminal trial?
 8        A.    No, I do not.
 9        Q.    Was anyone related to Mr. Torres present
10   when you spoke with Mr. Carrero at Dixon
11   Correctional Center in approximately 2005?
12        A.    No.
13        Q.    Do you know anyone by the name Mario
14   Flores?
15        A.    No, sir.
16        Q.    How about Samantha Hudson?
17        A.    No, sir.
18        Q.    Do you know anybody by the name of
19   James Dean?
20        A.    No, sir.
21        Q.    Do you know anything about the search
22   of Mr. Benjamin Carrero's apartment on July 9th of
23   1989?
24        A.    No, sir.
```

1      Q.    When you spoke with Mr. Carrero at

2  Pontiac Correctional Center and again at Dixon

3  Correctional Center, did he ever discuss with you

4  the circumstances of the search of his apartment on

5  July 9th of 1989?

6      A.    No, sir.

7      Q.    You know nothing about the search of

8  his apartment at 1419 North Wicker Park?

9      A.    No, sir.

10      Q.    All you know is that his wife or

11  girlfriend, Iris Mendez, was eventually charged

12  with possession of the weapon?

13      A.    Yes, sir.

14      Q.    Were you aware that Mr. Carrero was

15  also arrested after the search of that apartment at

16  1419 North Wicker Park?

17      A.    At that moment, no, sir.

18      Q.    Did you learn later?

19      A.    Yes, sir.

20      Q.    And how did you learn that?

21      A.    Well, when he spoke to me in Pontiac

22  about it, that he got arrested and -- and -- and

23  his girl got arrested, too.

24              But he never stipulated anything

 1   about what they did to his house or what they got

 2   out of his house or anything.

 3        Q.   Did Mr. Carrero tell you what he was

 4   arrested for after that search?

 5        A.   For the gun.  He said for the weapon.

 6   They were trying to charge him for a weapon.

 7        Q.   And his girlfriend, Iris Mendez, was

 8   also charged for the weapon?

 9        A.   They were both being charged for the

10   weapon, I guess.

11        Q.   Well, you obviously weren't there,

12   correct?

13        A.   No, sir.  I was incarcerated.

14        Q.   Correct.

15             So what you learned about that would

16   have come from Mr. Carrero, correct?

17        A.   Correct.

18        Q.   Did you ever talk to Iris Mendez about

19   the circumstances of this search of the apartment

20   where she lived with Mr. Carrero on July 9th of

21   1989?

22        A.   No, sir.

23        Q.   So other than Mr. Carrero telling you

24   that both he and Iris Mendez had been arrested for

```
 1   the gun, did he tell you anything else about the
 2   search of the apartment?
 3        A.    No, sir.
 4        Q.    Did he tell you anything about his time
 5   in custody after his arrest?
 6        A.    No, sir.
 7        Q.    Do you know anyone by the name of Alex
 8   Lopez?
 9        A.    No, sir.
10        Q.    Who lived at 1448 North Bell back in
11   1989?
12        A.    No.
13        Q.    That's close to your home at 1440 North
14   Leavitt, correct?
15        A.    Yes, sir.
16        Q.    About how far away is that from you?
17        A.    That's the next block.
18        Q.    But that name, Alex Lopez, is not
19   familiar to you?
20        A.    No, sir.
21        Q.    You told me earlier that you hung
22   around with Jose Melendez.
23        A.    Yes, sir.
24        Q.    He was a Latin King?
```

1        A.    Yes, sir.

2        Q.    And did he go by the nickname Macho?

3        A.    Yes, sir.

4        Q.    When did you first meet Mr. Melendez?

5        A.    We used to go to grammar school

6    together in Andersen.

7        Q.    And was he a member of the Latin Kings

8    before you were?

9        A.    I do not -- I do not recall that.

10       Q.    Did he have any rank in the Latin Kings?

11       A.    I believe so.

12       Q.    What was his rank?

13       A.    Probably was a chief.

14       Q.    And were you and Mr. Jose Macho Melendez

15   in the same sect or faction of the Latin Kings?

16       A.    Yes, sir.

17       Q.    Since you were a foot soldier, did you

18   have to take orders from Mr. Jose Macho Melendez?

19       A.    I didn't take orders.

20       Q.    Well, as a chief of the Latin Kings, if

21   he told you to do something, were you obligated to

22   follow those orders?

23       A.    Not obligated.

24       Q.    Do you know what area or territory of

1  the Latin Kings Mr. Jose Macho Melendez was the

2  chief of?

3         A.    Yes.  Leavitt.

4         Q.    Leavitt and what?

5         A.    Leavitt and Hoyne.

6         Q.    Was Mr. Jose Macho Melendez a friend of

7  yours?

8         A.    Yes, sir.

9         Q.    When was the last time you spoke to

10  Mr. Jose Macho Melendez?

11         A.    Shoot, it's been years.  Don't recall.

12         Q.    Did you speak with Mr. Jose Macho

13  Melendez during your incarceration in the Illinois

14  Department of Corrections?

15         A.    No.

16         Q.    Before your -- well, strike that.

17                    While you were in the Cook County

18  Jail, did you have any conversations with Jose

19  Macho Melendez?

20         A.    No, sir.

21         Q.    Any conversations with Mr. Benjamin

22  Carrero when you were in the Cook County Jail?

23         A.    No, sir.

24         Q.    Any conversations with Cristino Garcia

1  while you were in the Cook County Jail?

2        A.    No, sir.

3        Q.    Were you aware that Mr. Jose Macho

4  Melendez was at one time considered a suspect in

5  the murder of Luis Morales?

6        A.    No, sir.

7        Q.    You and Mr. Morales never discussed

8  anything about the Luis Morales murder?

9        MR. STEPHEN RICHARDS:  Objection.  You said

10 discussed with Mr. Morales?  Who's that?

11       MR. POLICK:  Strike that.

12             Let me -- let me rephrase that

13 question.

14 BY MR. POLICK:

15       Q.    Have you ever discussed the Luis Morales

16 murder with Mr. Jose Macho Melendez?

17       A.    No, sir.

18       Q.    Did Mr. Jose Macho Melendez ever tell

19 you that he was interviewed by the Chicago Police

20 regarding the murder of Luis Morales?

21       A.    No, sir.

22       Q.    Did he tell you that he stood in a

23 lineup conducted by the Chicago Police with regard

24 to the Luis Morales murder?

```
 1          A.    No, sir.

 2          Q.    Do you know any other Jose Melendezes?

 3          A.    No, sir.

 4          Q.    So the only Jose Melendez you know is

 5  Jose Macho Melendez.

 6          A.    Yes, sir.

 7          Q.    Did you have Jose Macho Melendez on

 8  your phone call list while you were in the Illinois

 9  Department of Corrections?

10          A.    No, sir.

11          Q.    Did you have another Jose Melendez on

12  your phone call list while you were in the Illinois

13  Department of Corrections?

14          A.    Not that I can recall.

15                         (Deposition Exhibit No. 1,

16                          Witness Rios, was marked for

17                          identification 06/30/2023.)

18  BY MR. POLICK:

19          Q.    Mr. Rios, we're showing you what's been

20  marked as Exhibit 1 to your deposition.

21                And for the record, this is an

22  Illinois Department of Corrections inmate telephone

23  number list request.

24          A.    Correct.
```

```
 1        Q.    And it's Bates stamped IDOC-Dixon SDT
 2   205 to 206.  Why don't you take a moment to take a
 3   look at that, and then I'll ask you some questions.
 4        A.    Okay.
 5        Q.    Did you have an opportunity to review
 6   that exhibit?
 7        A.    Yes.
 8        Q.    Okay.  And do you recognize this as a
 9   telephone number list request where you could add
10   the phone number or delete the phone number of
11   certain people you wanted to speak with over the
12   phone while you were in the Illinois Department of
13   Corrections?
14        A.    Yes, sir.
15        Q.    And do you see on this exhibit you have
16   added someone by the name of Jose Melendez?
17        A.    Yes, sir.
18        Q.    And you have relationship, friend,
19   correct?
20        A.    Uh-hmm.
21        Q.    Is that correct?  Yes?
22        A.    Yes, sir.
23        Q.    And that is -- and at the time
24   Mr. Melendez, your friend that you list here, was
```

1   living in Rockford, Illinois, correct?

2        A.   Uh-hmm.  Yes, sir.

3        Q.   And who is this Jose Melendez?

4        A.   I can't recall who this Jose Melendez

5   is.

6        Q.   Well, if you look at the second page of

7   that exhibit, you requested him to be added to your

8   phone list in November -- on November 1st of 2005

9   while you were at Dixon Correctional Center,

10  correct?

11       A.   Yes, sir.

12       Q.   And on that second page there, you see

13  it says Inmate Signature?

14       A.   Uh-hmm.

15       Q.   Is that a yes?

16       A.   Yes, sir.

17       Q.   Is that your signature?

18       A.   Yes, sir.

19       Q.   And the request was approved on 11/9 of

20  2005.  Do you see that?

21       A.   Yes, sir.

22       Q.   Do you know who this Jose Melendez is

23  that you added to your inmate telephone number list?

24       A.   No, I do not.

 1      Q.    Do you believe it to be Jose Macho
 2  Melendez?
 3      A.    Possibility.  It's a big possibility.
 4      Q.    And why would you be adding Jose Macho
 5  Melendez to your inmate telephone number list
 6  request while at Dixon Correctional Center in 2005?
 7      A.    I probably got the name from my -- from
 8  my ex-wife, from Diana.
 9      Q.    This would be a few years before your
10  release in 2008, correct?
11      A.    Correct.
12      Q.    Why would you want to talk to Mr. Jose
13  Macho Melendez at that point?
14      A.    Because I haven't talked to him in a
15  long time.
16      Q.    So why would you want to talk to him in
17  2005?
18      A.    Because I was getting ready to get
19  released in a couple more years.
20      Q.    Do you recall any phone conversations
21  with Jose Melendez while you were at Dixon
22  Correctional Center?
23      A.    No.  I never even knew that it was
24  approved and that -- never got to talk to him or

1  whatsoever when I was incarcerated in Dixon.

2       Q.    Did you ever attempt to contact Jose

3  Melendez while you were on parole in Wisconsin?

4       A.    No, sir.

5       Q.    And after your parole in Wisconsin, did

6  you ever attempt to contact Mr. Jose Melendez?

7       A.    No, sir.

8       Q.    Do you recall any other requests to add

9  Mr. Jose Melendez to your phone list while you were

10 in the Illinois Department of Corrections before

11 2005?

12      A.    No, I do not.

13      Q.    You told me earlier that one of the

14 other Latin Kings that you hung around with was

15 Ruben Sanchez, correct?

16      A.    Yes, sir.

17      Q.    When did you meet Mr. Sanchez?

18      A.    I meet him in Pontiac.

19      Q.    Do you know why Mr. Sanchez was in

20 Pontiac?

21      A.    Yeah.  He was locked up for murder.

22      Q.    Did you have any discussions with Ruben

23 Sanchez about your case while you were incarcerated

24 at Pontiac Correctional Center?

```
 1        A.    No, sir.
 2        Q.    Any conversations with Mr. Ruben
 3   Sanchez at any time that you were in the Illinois
 4   Department of Corrections about your case?
 5        A.    No, sir.
 6        Q.    Do you know anybody by the name of
 7   Alberto Rodriguez?
 8        A.    No, sir.
 9        Q.    Who goes by the nickname Titi?
10        A.    No, sir.
11        Q.    You didn't know him as a Latin King?
12        A.    No, sir.
13        Q.    How about Jose Maysonet?
14        A.    No, sir.
15        Q.    Alfredo Gonzalez?
16        A.    No, sir.
17        Q.    Justino Cruz?
18        A.    No, sir.
19        Q.    Efrain Cruz?
20        A.    No, sir.
21        Q.    Did you know any of the Latin Kings who
22   controlled the area around Kimball and Wabansia?
23        A.    No, sir.
24        Q.    Did you know a Jose Melendez that went
```

 1  by the nickname Kool-Aid?

 2        A.    No, sir.

 3        Q.    Did you know a Santiago Sanchez?

 4        A.    No, sir.

 5        Q.    Do you know Evelyn Diaz?

 6        A.    No, sir.

 7        Q.    Do you know a Jose Melendez that lives

 8  in Bellwood, Illinois?

 9        A.    No, sir.

10        Q.    Have you seen Mr. Jose Macho Melendez

11  recently?

12        A.    No, sir.

13        Q.    Do you know where he lives?

14        A.    I believe he lives in Rockford.

15        Q.    Why do you believe that?

16        A.    Because that was his last location.

17        Q.    Do you know a Samuel Perez?

18        A.    No, sir.

19        Q.    Efrain Sanchez?

20        A.    No, sir.

21        Q.    Do you know a Daniel Solache?

22        A.    No, sir.

23        Q.    How about Arturo Reyes?

24        A.    No, sir.

1          Q.    Daniel Peña?

2          A.    No, sir.

3          Q.    David Velasquez?

4          A.    No, sir.

5          Q.    Carl Richmond?

6          A.    No, sir.

7          Q.    Do you know Lamont Burr?

8          A.    Yes, sir.

9          Q.    Who is Lamont Burr?

10         A.    Lamont Burr is a childhood friend of

11   mine.

12         Q.    When did you first meet Mr. Burr?

13         A.    When we used to go to school in

14   Andersen when we were kids, in the early '80s.

15         Q.    Is Mr. Burr a member of the Latin Kings?

16         A.    No, sir.

17         Q.    Is he a member of any gang?

18         A.    No, sir.

19         Q.    When's the last time you saw Mr. Lamont

20   Burr?

21         A.    About couple of months ago when I spoke

22   to him and told him that my lawyer needed to speak

23   to him.

24         Q.    So you contacted Mr. Burr at the request

1  of your attorney, Mr. Richards?

2          A.    Yes, sir.

3          Q.    Did you do that in person or over the

4  phone?

5          A.    Over the phone.

6          Q.    How long ago was that?

7          A.    A month or two ago.

8          Q.    And was anyone else on the phone besides

9  you and Mr. Burr?

10         A.    No, sir.

11         Q.    And what did you and Mr. Burr discuss

12  at that point?

13         A.    That I asked him that if he would like

14  to go ahead and help me out on my case, and that he

15  would like to go ahead and talk to my lawyer about

16  what happened the date of -- the day that I -- that

17  we had gotten shot at in front of my house.

18               And he said sure, he'll talk to my

19  lawyer.

20               So I spoke to Mr. Richards.

21  Mr. Richards said for him to talk to him.  And I

22  gave him Mr. Richards' information, and he got in

23  touch with Mr. Richards.

24         Q.    And when you say the day that you and

```
 1   Mr. Burr got shot at, what date are you referring
 2   to, sir?
 3        A.    That was July 2nd or 3rd.
 4        Q.    Of 1989?
 5        A.    Yes, sir.
 6        Q.    Can you describe Mr. Burr to me?
 7        A.    About six-four, 220 pounds, I believe,
 8   and Afro-American; beard, black beard; pepper hair.
 9        Q.    Pepper hair?
10        A.    Yeah, some type black and white, you
11   know.
12        Q.    Okay.  Did you ever speak with
13   Mr. Lamont Burr while you were in the Illinois
14   Department of Corrections?
15        A.    No, sir.
16        Q.    How about while you were in the Cook
17   County Jail?
18        A.    No, sir.
19        Q.    Do you know if Mr. Burr has ever been
20   incarcerated in the Illinois Department of
21   Corrections?
22        A.    There's a possibility.
23        Q.    But you don't know for certain?
24        A.    I'm not sure.
```

```
 1      Q.    And other than this phone conversation
 2  with Mr. Burr one or two months ago, have you had
 3  any other conversations with him?
 4      A.    No, sir.
 5      Q.    When was the last time you had contacted
 6  Mr. Burr before the phone conversation one or two
 7  months ago?
 8      A.    Just two times, just twice during the
 9  two months.
10      Q.    But prior to that, or before that, had
11  you spoken to Mr. Burr?
12      A.    No, not prior to that.
13      Q.    All right.  So you spoke to him at
14  least one or two times about one or two months ago;
15  is that correct?
16      A.    Yes, sir.
17      Q.    And each time that you spoke to him,
18  was it over the phone?
19      A.    Yes, sir.
20      Q.    And it was about contacting your
21  attorney, Mr. Richards, to help out on your case.
22      A.    Yes, sir.
23      Q.    So before that, when was the last time
24  you had any contact with Mr. Burr?
```

1        A.    Couple days ago.

2        Q.    All right.  Let me -- let me ask that

3  again.

4              You told me you had one or two

5  conversations with Mr. Burr about one or two months

6  ago, correct?

7        A.    Correct.

8        Q.    Now, since that time, are you telling

9  me you've also spoken to him?

10       A.    He spoke to me -- like he sent me a

11  text like a day or two ago telling me that good

12  luck on my deposition.  And that was it.

13       Q.    So he knew that you were giving a

14  deposition today?

15       A.    Yes, sir.

16       Q.    How did he know you were giving a

17  deposition today?

18       A.    Because I told him I was coming to do a

19  deposition on the 30th -- on the 30th of this month.

20       Q.    Did you and Mr. Burr discuss anything

21  about your deposition?

22       A.    No.

23       Q.    So that was sometime earlier this week?

24       A.    Yes, sir.

```
 1        Q.    Okay.  You told me that you did not

 2   speak with Mr. Burr at any time that you were in

 3   the Illinois Department of Corrections, correct?

 4        A.    Correct.

 5        Q.    Did you speak with Mr. Burr at any time

 6   you were on parole in the State of Wisconsin?

 7        A.    No, sir.

 8        Q.    And when you returned to Illinois from

 9   Wisconsin, did you speak at all with Mr. Burr from

10   that time until the time you spoke to him about one

11   or two months ago over the phone?

12        A.    No, sir.

13        Q.    How did you know how to reach Mr. Burr

14   over the phone?

15        A.    Well, I started looking in the internet

16   for his face, and I found him.  And I -- then I

17   text him and I told him I needed to talk to him.

18        Q.    You told me earlier that you did not

19   know Chicago Police Officer Daniel Noon, correct?

20        A.    Correct.

21        Q.    Did you know Officer Ray Guevara?

22        A.    Yes, sir.

23        Q.    And how did you know Officer Guevara?

24        A.    He was a neighborhood thug.
```

1        Q.    Did you know Officer Guevara before you

2   were arrested for the Luis Morales murder?

3        A.    Yes, sir.

4        Q.    How long did you know him at that time?

5        A.    Couple of years.  About five years

6   before that.

7        Q.    And when did you first meet Officer

8   Guevara?

9        A.    Meaning?  What you mean by "meet"?

10        Q.    Well, you said you knew him for about

11   five years before you were arrested for the Luis

12   Morales murder, correct?

13        A.    Yes, sir.

14        Q.    How -- how did you come to know him

15   five years prior to that?

16        A.    He was a thug in the neighborhood.

17               He used to be stopping people,

18   beating up people, taking their jewelry, taking

19   their money, doing anything dirty that he can to

20   everybody in the neighborhood.

21               Why?  Because nobody could do

22   nothing for him -- nothing against him.  There's no

23   receipts for your jewelry, there's no receipts for

24   your drugs, there's no receipts for anything.

```
 1              So he was just a neighborhood thug.
 2  He was doing harm to everybody.  That's who he was.
 3  That's how we knew him.
 4       Q.    Were you ever arrested by Officer
 5  Guevara?
 6       A.    Yes, sir.
 7       Q.    And when I say that, I mean prior to
 8  July, or the events of July 1989.
 9       A.    Yes, sir.
10       Q.    How many times were you arrested by
11  Officer Guevara before July of --
12       A.    He was --
13       Q.    -- 1989?
14       A.    He was the one that arrested me for
15  that marijuana that he found on the floor.  He put
16  it on me and took me to jail for it.
17       Q.    At the time Officer Guevara arrested
18  you for the marijuana, do you know what his rank
19  was in the Chicago Police Department?
20       A.    No, I do not.
21       Q.    Other than that arrest for marijuana,
22  had Officer Guevara arrested you for anything else
23  prior to July of 1989?
24       A.    Not that I can recall.
```

```
 1        Q.     Was your girlfriend, Diana Rodriguez,
 2   aware of who Officer Guevara was?
 3        A.     Yes, sir.
 4        Q.     How did she know him?
 5        A.     The streets.
 6               He comes down the streets, and doing
 7   his things.  That's how everybody knew him.
 8        Q.     Did anyone else in your family know
 9   Officer Guevara?
10        A.     Yes.  My mom knew him.
11        Q.     How did your mom know Officer Guevara?
12        A.     Because she got into an argument with
13   him due to the fact that he was being abusive to
14   people.
15        Q.     When did that argument occur?
16        A.     '80, '80-something.  Somewhere around
17   in the '80s.
18        Q.     Do you know where the argument occurred?
19        A.     Yeah.  In front of my house over there
20   on Wolcott.
21        Q.     1246 North Wolcott?
22        A.     Yes, sir.
23        Q.     Other than that argument with Officer
24   Guevara sometime during the 1980s, do you know if
```

 1   your mother had any other contact with Officer

 2   Guevara?

 3          A.    No, sir.

 4          Q.    She didn't, or you don't know?

 5          A.    She didn't.

 6          Q.    When you first came to know Officer

 7   Guevara, was he working alone, or was he working

 8   with a partner?

 9          A.    He had a partner.

10          Q.    Do you know who his partner was?

11          A.    No, sir.

12          Q.    Do you know a Chicago police officer by

13   the name of William Dorsch?

14          A.    No, sir.

15          Q.    How about Ernest Halvorsen?

16          A.    No, sir.

17          Q.    How about Michael Mason?

18          A.    Yes, sir.

19          Q.    And how do you know Michael Mason?

20          A.    He was one of my arresting officers.

21          Q.    For the Luis Morales murder?

22          A.    Yes, sir.

23          Q.    Before your arrest of -- strike that.

24                 Before your arrest for the Luis

1    Morales murder, did you know Michael Mason?

2         A.    No, sir.

3         Q.    When you came to Area 5 at Grand and

4    Central on the evening of July 6th of 1989, was

5    that the first time you had met Michael Mason?

6         A.    Yes, sir.

7         Q.    When was the last time you saw Michael

8    Mason?

9         A.    Last time I saw Mr. Mason was in court.

10        Q.    At your criminal trial?

11        A.    Yes, sir.

12        Q.    Have you seen him at all since your

13   release from prison?

14        A.    No.

15        Q.    Do you recall Ernest Halvorsen

16   testifying during your pretrial suppression hearing?

17        A.    No.

18        Q.    Do you recall Officer Guevara testifying

19   at all during your criminal proceedings?

20        A.    Yes.

21        Q.    What do you recall Guevara testifying

22   to?

23        A.    Can't really recall what he was saying.

24        Q.    Yeah, I'm not asking you for his

1   testimony.  Let me -- let me rephrase my question.

2                   Do you recall Officer Guevara

3   testifying during your pretrial suppression motions?

4        A.    Yes.

5        Q.    And do you recall him testifying at

6   your criminal trial?

7        A.    Yes.

8        Q.    Before your arrest in July 1989, did

9   you know any other Chicago police officers by name

10  or sight?

11       A.    No, sir.

12       Q.    The Spanish Cobras that you knew before

13  your arrest for the Luis Morales murder, you've

14  mentioned three of them by nickname.

15                  The first one was Flag.

16                  Do you know what his real name is?

17       A.    No, sir.

18       Q.    How about Little Man?  Do you know what

19  his real name is?

20       A.    No, sir.

21       Q.    And how about Crazy Eddie?  Do you know

22  what his real name is?

23       A.    No, sir.

24       MR. POLICK:  Why don't we go off the record.

```
 1                   (Discussion off the record.)

 2        THE LEGAL VIDEOGRAPHER:  We're off the video

 3   record at 1:12 p.m.

 4                        (Recess taken.)

 5        THE LEGAL VIDEOGRAPHER:  We are back on the

 6   video record at 1:45 p.m.

 7   BY MR. POLICK:

 8        Q.    Mr. Rios, do you understand you're

 9   still under oath?

10        A.    Yes, sir.

11        Q.    When you had the conversation with

12   Benjamin Carrero at Dixon Correctional Center in

13   approximately 2005, was your brother Ricardo still

14   at Dixon at that time?

15        A.    No, sir.

16        Q.    He had already been released?

17        A.    Yes, sir.

18        Q.    And during that conversation with

19   Mr. Carrero at Dixon in approximately 2005, did you

20   discuss at all, with Mr. Carrero, Officer Guevara?

21        A.    No, sir.

22        Q.    Did you discuss with Mr. Carrero

23   anything about Officer Ernest Halvorsen?

24        A.    No, sir.
```

JAIME RIOS, 06/30/2023                                    Page 131

```
 1        Q.    Did you discuss with Mr. Carrero
 2   anything about Officer Michael Mason?
 3        A.    No, sir.
 4        Q.    When you had the conversation with
 5   Benjamin Carrero in Pontiac Correctional Center in
 6   1992, did you discuss with Mr. Carrero anything
 7   about Officer Guevara?
 8        A.    No, sir.
 9        Q.    Did you discuss with Mr. Carrero
10   anything about Officer Halvorsen?
11        A.    No, sir.
12        Q.    Did you discuss anything with
13   Mr. Carrero about Officer Mason?
14        A.    No, sir.
15        Q.    Do you know where you were on the late
16   evening of June 27, 1989, just before or around
17   midnight?
18        A.    Yes, sir.
19        Q.    Where -- where were you at that time?
20        A.    Front of my house.
21        Q.    When you say the front of your house,
22   what house are you referring to?
23        A.    At 1440 North Leavitt.
24        Q.    And were you with anybody at that time?
```

```
 1        A.    Yes, sir.

 2        Q.    Who were you with?

 3        A.    Some guy named Jamaica.

 4        Q.    Do you know Jamaica's real name?

 5        A.    No, sir.  They just call him Jamaica.

 6        Q.    And can you describe Jamaica to me?

 7        A.    Black, about six feet, black, braids.

 8              Possible -- possible right now his

 9 age would be like probably 60 right now.

10        Q.    Did he have a Jamaican accent?

11        A.    Yes, sir.

12        Q.    Were you aware that evening that

13 somebody had been shot at 1316 North Western?

14        A.    No, sir.

15        Q.    That location, 1316 North Western, how

16 close is that to your home at 1440 North Leavitt?

17        A.    About four to five blocks.

18        Q.    Did you come to learn that someone from

19 the Spanish Cobras street gang had been shot at

20 1316 North Western in the late evening of June 27th

21 of 1989?

22        A.    No, sir.

23        Q.    You never heard about that incident?

24        A.    No, sir.
```

1      Q.    You knew nothing about it?

2      A.    No, sir.

3      Q.    You were aware at that time in June of

4  1989, that Western Avenue was a gang dividing line

5  between the Latin Kings and the Spanish Cobras?

6      A.    Yes, sir.

7      Q.    And the Latin Kings were generally to

8  the east of Western, correct?

9      A.    Yes, sir.

10     Q.    And the Spanish Cobras were to the west

11 of Western, correct?

12     A.    Northwest, yes.

13     Q.    Do you know if the Latin Kings and the

14 Spanish Cobras were at war with each other in June

15 of 1989?

16     A.    No, sir.

17     Q.    They weren't, or you don't know?

18     A.    I don't know.

19     Q.    So other than you and Jamaica, was there

20 anyone else with you out in front of your home at

21 1440 North Leavitt on the evening of June 27th of

22 1989 when Mr. Luis Morales was shot?

23     A.    No, sir.

24     Q.    And what's your relationship to Jamaica?

```
 1        A.    Friend.

 2        Q.    Was he a member of the Latin Kings?

 3        A.    No.

 4        Q.    Was he a member of any gang, to your

 5   knowledge?

 6        A.    No, sir.

 7        Q.    Was he older than you at that time?

 8        A.    Yes, sir.

 9        Q.    How much older?

10        A.    About five years.

11        Q.    And where did he live in relation to

12   your home at 1440 North Leavitt?

13        A.    He lived on Le Moyne.  It's the street

14   that comes -- connect to Leavitt.

15        Q.    So did he live on the same block as you?

16        A.    On the cross of the same block, yes,

17   because it's like a T.

18              His street come this way; my -- the

19   other street come this way (indicating).  So it's

20   like a T where his street come to.

21        Q.    So was his home closer to the

22   intersection of Le Moyne and Leavitt?

23        A.    Yeah.

24        Q.    On June 27th of 1989, did you still
```

1   possess the .45 automatic gun that you talked about

2   earlier?

3          A.    No, sir.

4          Q.    What happened to that gun?

5          A.    Got rid of it a long time ago.

6          Q.    When you say that you got rid of it a

7   long time ago, when did you get rid of it?

8          A.    Shoot, it was like '86 -- '85, '86,

9   somewhere around there.

10         Q.    How did you get rid of it?

11         A.    I sold it.

12         Q.    And why did you get rid of it?

13         A.    Because I wanted to buy some bud.

14         Q.    And when you said "bud," do you mean

15  marijuana?

16         A.    Yes, sir.

17         Q.    The marijuana that you sold to support

18  yourself, did you buy that off somebody else?

19         A.    Yes, sir.

20         Q.    And then you sold it at a premium?

21         A.    Meaning -- a premium, meaning?

22         Q.    Meaning more than for what you paid for

23  it.

24         A.    Of course.

JAIME RIOS, 06/30/2023                                            Page 136

```
 1        Q.    And who was your supplier?

 2        A.    Nobody.  Whoever I find that has some,

 3   I go and buy it off them.

 4        Q.    So no one in particular?

 5        A.    No.  We didn't have no connect

 6   whatsoever.

 7        Q.    Was there a particular area that you

 8   sold marijuana in?

 9        A.    Yeah.  In front of my house.

10        Q.    When you say in front of your house, do

11   you mean the house at 1440 North Leavitt?

12        A.    Yes, sir.

13        Q.    And did people know that you would be

14   selling in front of your house there?

15        A.    Yes, sir.

16        Q.    Did you sell marijuana only to people

17   in the neighborhood, or people outside the

18   neighborhood?

19        A.    To whoever comes to buy.

20        Q.    Even if they were a rival gang member?

21        A.    Yes, sir.

22        Q.    When you were doing your drug sales at

23   1440 North Leavitt, typically what hours would you

24   be selling in front of your home?
```

```
 1        A.    Like in the afternoon.  Like around

 2   1:00 o'clock till about 2:00, 3:00 o'clock.

 3        Q.    So from 1:00 to about 3:00 o'clock in

 4   the afternoon?

 5        A.    Yes, sir.

 6        Q.    How about during the evening hours?

 7        A.    No.

 8        Q.    Why not?

 9        A.    Nobody really comes around at night.

10        Q.    Why didn't people come around at night?

11        A.    Because the neighborhoods were bad.

12        Q.    When you say "the neighborhoods were bad,"

13   what do you mean by that?

14        A.    Gang-infected bad.  You can't go

15   through them; you can't do nothing in them.

16        Q.    Would it be common or uncommon for

17   gunshots to be heard in your neighborhood --

18        A.    Common.

19        Q.    -- during that period of time?

20        A.    Common.

21        Q.    Was there any gang activity on your

22   block?

23        A.    No, sir.

24        Q.    What was the nearest gang -- or strike
```

1   that.

2            What was the gang activity nearest

3   your block?

4        A.    It was North Avenue.

5        Q.    At what intersection?

6        A.    Western.

7        Q.    Any other gang activity that would be

8   near your block?

9        A.    No, sir.

10       Q.    And the gang activity that occurred at

11  North Avenue and Western, what gangs would be

12  involved in that activity?

13       A.    Disciples, Cobras, Gents, other sorts.

14       Q.    Any gang activity at Division and

15  Western?

16       A.    No.

17       Q.    After you sold your .45 automatic, did

18  you have access to other guns?

19       A.    No, sir.

20       Q.    Did you ever own or possess a gun after

21  that?

22       A.    No, sir.

23       Q.    I'd like to ask you some questions now

24  about the events of the evening on July 6th of 1989.

1              Do you recall that date?

2        A.    Yes, sir.

3        Q.    You were living at 1440 North Leavitt

4   at that time?

5        A.    Yes, sir.

6        Q.    And who were you living with there?

7        A.    Diana Rodriguez.

8        Q.    And your son would have been just a few

9   months old at the time?

10       A.    Close to two months.

11       Q.    And did the police come to your home

12  that evening?

13       A.    Yeah.  They grabbed me in the -- in the

14  front of the house.

15       Q.    So on the -- when you say they --

16  strike that.

17              When you say they grabbed you in

18  front of the house, do you mean in front of the

19  residence at 1440 North Leavitt?

20       A.    1440 North Leavitt, yes, sir.

21       Q.    Were you on the street?  On the sidewalk?

22       A.    I was on the sidewalk.

23       Q.    So were you home at the time?

24       A.    Yes.

```
 1        Q.    And when you say the police grabbed you
 2  on the sidewalk, had you just walked out of your
 3  home, or were you coming from somewhere else?
 4        A.    No.  I had just came from my mom's
 5  house.
 6        Q.    Your mom's house --
 7        A.    All the way on Wolcott, yes.
 8        Q.    At 1246 North Wolcott?
 9        A.    Yes, sir.
10        Q.    What were you doing at your mom's house?
11        A.    My regular duties.  I go over there and
12  take care of my dogs, feed them, bathe them, help
13  my mom out, throw out the garbage, do a couple of
14  chores for her.  And towards the nighttime, around
15  8:00 or something like that, I go home.
16        Q.    So when you were coming from your mom's
17  house on Wolcott back to your place at 1440 North
18  Leavitt, did you see the police outside your home?
19        A.    No, sir.
20        Q.    Did you go in the house?
21        A.    No, sir.
22        Q.    How did you get from your mom's house
23  to your house?  Did you walk?
24        A.    No.  I drove a bike.
```

```
1         Q.    And by a bike, you mean a bicycle.  Not
2   a motorcycle, correct?
3         A.    Correct.
4         Q.    And was Diana home at the time?
5         A.    No, sir.
6         Q.    Where was she at?
7         A.    She must have have been in her friend's
8   house.
9         Q.    Did she have the baby with her?
10        A.    Yes.
11        Q.    So you rode to your house from your
12  mom's house on your bike.
13        A.    Uh-hmm.
14        Q.    And when you got to your house, is that
15  when you saw or came in contact with the police?
16        A.    Yes, sir.
17        Q.    So you were riding up on your bike when
18  they grabbed you?
19        A.    No.  I was already there in front of my
20  house with the bike.
21        Q.    Had you put the bike anywhere before
22  the police grabbed you?
23        A.    No, sir.
24        Q.    Were you still on the bike?
```

1        A.      Yes, sir.

2        Q.      Other than yourself and the police, do

3   you recall anyone being outside when the police

4   grabbed you?

5        A.      Yeah.  The Jamaican guy was out there.

6        Q.      Anybody else that you remember?

7        A.      No.

8        Q.      And when you say the police grabbed

9   you, can you explain what they did?

10       A.      They came out the gangway, came up to

11  me.

12               Officer Guevara said, Hey, I need to

13  talk to you.  Grabbed me by the arm, pulled me out

14  of the bike.

15               He said, I need to talk to you.

16               I told him, For what?

17               He said, We'll find out right now.

18               And he took me around to the side of

19  the building and to the back of the building.  And

20  when he took me to the back of the building, he

21  handcuffed me, handed me over to another officer,

22  and then they went upstairs into my house.

23       Q.      Okay.  So you were in front of your

24  house on your bike, correct?

1      A.    Yes; yes, sir.

2      Q.    And the first knowledge you had that

3  the police were there is when you saw Guevara and

4  others come through your gangway to the front of

5  the house.

6      A.    It was just Guevara and another officer

7  that came out the gangway.  Guevara had grabbed me

8  and took me around to the back of the house.  Then

9  they handcuffed me and handed me over to another

10 officer, and then they went upstairs and went

11 through my house.

12            He went all the way to the back of

13 my house, opened the door, let all the other

14 officers into the house.  And then they came back

15 down after about 15 to 20 minutes after that.

16     Q.    So when Guevara first approached you in

17 front of your house, you recognized who he was,

18 right?

19     A.    Of course.

20     Q.    Okay.  So you knew him.

21            How about the officer he was with?

22     A.    No, sir.

23     Q.    You didn't know him?

24     A.    No.

```
 1        Q.    Is that a no?

 2        A.    Can't even recollect.

 3              Yeah, can't even recollect who he

 4   was.

 5        Q.    Do you know who he is today?

 6        A.    No.  I still don't.

 7        Q.    Can you describe him?

 8        A.    Some Filipino guy.  That's all I know.

 9              He was kind of Filipino looking.

10        Q.    Other than being Filipino, can you

11   describe the other officer that was with Guevara in

12   any way?

13        A.    Well, they had a bunch of white

14   officers, couple of black officers.

15              That's about it.

16        Q.    But it was only two that came through

17   the gangway --

18        A.    Through the front and grabbed me and

19   took me to the back.  When they took me to the

20   back, there was like six officers in the back.

21        Q.    Okay.  I want to focus on the front.

22              It was Guevara and one other officer.

23        A.    And one other officer.

24        Q.    Were they in uniform or plainclothes?
```

```
 1        A.    Plainclothes.
 2        Q.    And you told me Officer Guevara grabbed
 3   you.
 4              Did the other officer he was with
 5   touch you in any way?
 6        A.    No, sir.
 7        Q.    And what did Guevara tell you when he
 8   grabbed you?
 9        A.    He say he needed to talk to me.
10        Q.    Did he address you by name?
11        A.    Yes.
12        Q.    Did he say Jaime?
13        A.    Yes.
14        Q.    He knew who you were?
15        A.    Yes.
16        Q.    And when he said he needed to talk to
17   you, what did you say?
18        A.    I said, What do you need to talk to me
19   for?
20        Q.    And what was his response to that?
21        A.    You'll find out.
22              And he took me around the corner of
23   the house and took me to the back of the house.
24        Q.    Okay.  So were you still on the bike
```

 1   when Officer Guevara grabbed you?

 2        A.    No.  He pulled me out of -- out of the

 3   bike.

 4        Q.    And then what happened with the bike?

 5        A.    It was still right there.  I believe

 6   Jamaica grabbed it.

 7        Q.    And did Guevara handcuff you at that

 8   point in front of the house?

 9        A.    No.

10        Q.    But he then led you back down the

11   gangway to the back of the house?

12        A.    And handcuffed me, handed me over to

13   another officer that hold me by the gate of the

14   garbage cans in the -- in the school while these

15   guys -- while he went up -- while Guevara went

16   upstairs, opened my door, and went all the way to

17   the back of the -- back of the house, opened the

18   door, and let all the other officers into the house.

19        Q.    Okay.  So when Officer Guevara took you

20   back through the gangway to the back of the house,

21   he took you all the way to where the back gate and

22   alley were?

23        A.    Yes, sir.

24        Q.    Did you have a yard in -- on that

 1  property?

 2          A.    No.  There was just an empty lot on the

 3  side of the house.

 4          Q.    All right.  So where the house was,

 5  directly behind the house, was there any space?

 6          A.    Yeah.  There was an alley behind the

 7  house.

 8          Q.    Okay.  So did the building run all the

 9  way from the front --

10                        (Simultaneous cross-talk.)

11          A.    It runs all --

12          Q.    -- to the alley?

13          A.    -- the way like this.  Around the

14  alley, yeah.

15          Q.    Okay.  So the rear of the house

16  bordered on the alley?

17          A.    The porch is right on the alley.

18          Q.    Was there any garage on that property?

19          A.    No.

20          Q.    But the building itself ran from front

21  to back.

22          A.    Yes.

23          Q.    So from the front sidewalk to the alley.

24          A.    To the alley.

1      Q.    And you were taken to the fence or the

2  gate at the alley.

3      A.    The school, it's right here,

4  (indicating).  There's a school.

5              So when he take me all the way to

6  the alley, you turn right here, and that's where

7  the garbage cans are at for the -- for the school.

8              So he handcuffed me and gave me --

9  handed me over to the officer that was there, and

10  he hold me there by the -- by the garbage cans

11  while they went upstairs into the house.

12              In the front -- in the front -- the

13  side of the house was a -- they got a building

14  there now, but it used to be an empty lot, and

15  that's where the parking used to be at for all the

16  cars.

17              And the door -- and the door to the

18  building was on the middle (indicating).  So you

19  could go to the ones in the back (indicating) and

20  you could also go to the ones in the front, but the

21  entrance was in the middle.

22      Q.    All right.  So let me break that down a

23  little bit.

24              So in order to get into your home at

1    1440 North Leavitt, would you enter somewhere along

2    the gangway?

3         A.    You gotta come through the gangway to

4    the middle door and to the second apartment in the

5    back.

6         Q.    All right.  So you didn't enter through

7    the front to get to your --

8         A.    No, there's no entrance to the front.

9              If you entrance to front, it's just

10   to the -- to the first floor in the front.  There's

11   no stairs going upstairs to the other floors.

12        Q.    And then there was a porch in the rear?

13        A.    Yes.

14        Q.    But it sounds like you couldn't enter

15   your apartment through the porch on the rear.

16        A.    No.  They had to go ahead and open it

17   up for you to be able to get in through the door.

18        Q.    And what's the name of the school that

19   you're saying was --

20        A.    Sabin.

21        Q.    -- there?

22              Sabin?

23        A.    Yes, sir.  It's a little grammar school

24   that they got right -- right next to the building.

 1        Q.    All right.  And you're saying at the

 2   time, there was an empty lot there.

 3                   If you were standing in front of

 4   your house, would that empty lot be to the left or

 5   the right of your property?

 6        A.    You could see everything.

 7                   And if you're standing in the

 8   middle, in the middle door of my building where the

 9   entrance is --

10        Q.    Yeah.

11        A.    -- you see everything.  To the alley,

12   to the street, and the school.  There was no

13   building there, so you see all that.  Everything is

14   open --

15        Q.    All right.

16        A.    -- back then.

17        Q.    But it sounds like there was some empty

18   lot where people parked that lived in that building.

19        A.    Yes.

20        Q.    Is that what you're describing?

21        A.    Yes.

22        Q.    All right.  So when you say Guevara

23   handcuffed you, was that when you got to the fence

24   or the gate at the alley?

```
 1        A.    When he took me to the rear by the
 2   garbage cans, he handcuffed me over there and hand
 3   me over to the other officer while he went into the
 4   front of the building.  Not the front of the
 5   building, but the middle of the building, and the
 6   front of my -- the front door.
 7                    And then he walked all the way to
 8   the back door and let everybody else in.
 9        Q.    Okay.  So when he handcuffed you, were
10   you handcuffed in front or behind --
11        A.    Behind.
12        Q.    -- your back?
13        A.    Behind my back.
14        Q.    And you said you were handed off to
15   another --
16        A.    Officer.
17        Q.    -- officer?
18                    Can you describe that officer to me?
19        A.    No.  Some white guy, about -- about
20   five-five, generally 200-and-something pounds.
21                    You know, I can't recall.
22        Q.    Do you know who that officer is, or
23   what his name is?
24        A.    No.  No, I do not.
```

```
 1        Q.    And the officer you were handed off
 2   with, he was with a group of other officers?
 3        A.    (Nodding.)
 4        Q.    Is that a yes?
 5        A.    Yes, sir.
 6        Q.    And how many other officers was he with?
 7        A.    Well, at least five officers; and six
 8   with the one that was holding me.
 9        Q.    And then Guevara, you're saying, left
10   that group and went back down the gangway and
11   entered your residence; is that correct?
12        A.    Yes, sir.
13        Q.    And when he entered the residence, how
14   could you tell where he was going inside?
15        A.    Because you could see -- my house
16   didn't have no curtains, and you could see him
17   walking right through the windows all the way to
18   the back of the house.
19        Q.    And then you're saying at some point he
20   opened some door --
21        A.    The rear door.
22        Q.    -- to let -- he opened the rear door?
23        A.    Of my house.
24        Q.    Okay.
```

 1        A.    And let all the officers that came

 2   through the -- through the porch, through the

 3   wooden porch -- it was an open wooden porch.

 4              All the officers that came to the

 5   second floor through the wooden porch and was

 6   waiting in the second floor, he let them all in,

 7   into the house.

 8        Q.    When you were in the rear of the house,

 9   could you see your friend Jamaica any more?

10        A.    No, sir.

11        Q.    Did he ever come in the back of the

12   house where the police were?

13        A.    No, sir.

14        Q.    Did you see anyone other than police

15   officers when you were at the rear of the house?

16        A.    Yes.

17        Q.    Who did you see?

18        A.    I seen Diana with my baby.

19        Q.    Was she carrying the baby, or was the

20   baby in a stroller?

21        A.    She was carrying the baby.

22        Q.    And where did you see Diana coming from?

23        A.    She was coming from Bell.  That's

24   the -- that's the -- that's the neighborhood right

1  behind it, just one block.

2        Q.    All right.  So Bell would be the next

3  street --

4        A.    Yeah.

5        Q.    -- west.

6        A.    Yes.

7        Q.    One block over.

8        A.    Uh-hmm.

9        Q.    Yes?

10       A.    Yes.

11       Q.    So when Diana came from Bell, did she

12  come through the alley?

13       A.    No.  She came through the schoolyard.

14       Q.    Okay.  And did she approach where you

15  were?

16       A.    Yeah.  And I was already inside the car.

17       Q.    Who put you in the car?

18       A.    Guevara.

19       Q.    So at some point did Guevara --

20       A.    Came back from --

21       Q.    -- leave the building?

22             Let me finish my question, and then

23  I'll let you answer --

24       A.    Yeah.

```
 1         Q.    -- okay?

 2         A.    Great.

 3         Q.    So at some point did Guevara come out

 4  of your house?

 5         A.    (Nodding.)

 6         Q.    You have to --

 7         A.    Yes.

 8         Q.    -- answer out loud.

 9         A.    Yes.

10         Q.    And when he came out of the house,

11  where did he go?

12         A.    He went towards me, grabbed me from the

13  other officer, and took me to his car on Bell.

14         Q.    So the car you were taken to was parked

15  somewhere on Bell?

16         A.    Yes, sir.

17         Q.    And was it a marked police car, or

18  unmarked?

19         A.    Unmarked.

20         Q.    And was Guevara with anybody when he

21  brought you over to the unmarked car on Bell?

22         A.    Yes.

23         Q.    Who else was he with?

24         A.    With the rest of the officers that came
```

1   there, about five more -- five more cars that

2   were -- that were parked right there on Bell.

3        Q.    Were there any police cars parked in

4   front of your home on Leavitt?

5        A.    None.

6        Q.    So did you see Diana while you were on

7   Bell, or while you were in the back of the house at

8   the alley on Leavitt?

9        A.    When I was on Bell inside the car,

10  handcuffed.

11       Q.    So you were already inside the unmarked

12  car when you saw Diana with the baby.

13       A.    Yes, sir.

14       Q.    And you said she was coming through the

15  schoolyard.

16       A.    Yes, sir.

17       Q.    Did she approach the car at all?

18       A.    She tried to.  Officer didn't let her.

19       Q.    How close did she get to the unmarked

20  car?

21       A.    About 5 feet.

22       Q.    Do you know which officer stopped her

23  from going to the car?

24       A.    No, sir.

1          Q.      Was it Guevara?

2          A.      No, sir.

3          Q.      Where was Guevara at this point?

4          A.      At this point he was talking to the

5     other officers.

6          Q.      Could you hear what he was saying?

7          A.      I'm in the car.  It's locked.  Nope.

8          Q.      And after Guevara let the other officers

9     into your home, how long were they in there?

10         A.      About 15, 20 minutes.

11         Q.      When Guevara came out of your house,

12    were you still in the alley behind your home?

13         A.      Yes, sir.  I was -- I was handcuffed

14    by the -- by the garbage cans in the school.

15         Q.      And when Guevara came to where you were

16    at, did he say anything to you?

17         A.      No.  He just grabbed me and took me to

18    the car.

19         Q.      Did you say anything to him?

20         A.      No, sir.

21         Q.      So how did you get over to Bell Avenue

22    from the alley?

23         A.      He walked me over there.  He grabbed me

24    and walked me over there and put me in the car,

1   which was on Bell.

2           Q.     Did you go through the schoolyard?

3           A.     Yes.

4           Q.     And then at some point did the car leave

5   that area?

6           A.     Yes, sir.

7           Q.     And you were in the backseat of the car?

8           A.     Yes, sir.

9           Q.     Was anyone else there?

10          A.     The two officers that were with me.

11  That was Guevara and his partner.

12          Q.     Who was driving?

13          A.     Guevara.

14          Q.     And his partner, was it the same

15  Filipino officer you described before?

16          A.     I -- I can't recall who it was.

17          Q.     Where did you go next?

18          A.     5555 Grand.

19          Q.     Grand and Central?

20          A.     Yes, sir.

21          Q.     Had you ever been to the police station

22  at that location before?

23          A.     Yes, sir.

24          Q.     How many times?

 1        A.     I would say once.

 2        Q.     When you were there before, why were

 3   you there?

 4        A.     Possibly disorderly conduct.

 5        Q.     You were under arrest?

 6        A.     Yeah.  Disorderly conduct.

 7        Q.     When you were there for the arrest for

 8   what you believe was disorderly conduct, were you

 9   on the first floor or the second floor of that

10   building?

11        A.     First floor.

12        Q.     Were you ever in the lockup there in

13   that building?

14        A.     Yeah, in the bullpen.

15        Q.     While you were traveling in the car

16   from Bell Avenue to Grand and Central with Guevara

17   and the other officer, did you have any conversation

18   with them in the car?

19        A.     Not at that moment.

20        Q.     So no conversation between you in the

21   ride over to Grand and Central.

22        A.     No.

23        Q.     And then when you got to Grand and

24   Central, did they park in the parking lot there?

```
 1        A.    They went, parked, took me out of the
 2   car, and took me inside the station.
 3        Q.    As you were walking from where they
 4   parked their police car into the station, did you
 5   have any conversation with either of the officers?
 6        A.    No.
 7        Q.    Were you still handcuffed behind your
 8   back?
 9        A.    Yes.
10        Q.    Other than handcuffing you behind your
11   back at 1440 North Leavitt, did Officer Guevara
12   have any other physical contact with you?
13        MR. STEPHEN RICHARDS:  Objection.
14        THE WITNESS:  Say it again?
15        MR. STEPHEN RICHARDS:  Objection, foundation.
16              If you'd specify the time we're
17   talking about.
18   BY MR. POLICK:
19        Q.    Okay.  Let me -- let me rephrase the
20   question.
21              I'm going back to when Officer
22   Guevara handcuffed you at 1440 North Leavitt.
23              Do you know what point we're talking
24   about now?
```

1      A.    Did he say anything to me then?

2      Q.    No, no, no.

3            I'm -- you told me Officer Guevara

4  handcuffed you at 1440 North Leavitt, correct?

5      A.    Yes.

6      Q.    Other than handcuffing you, did he

7  strike you or hit you or do anything else to you --

8      A.    No, sir.

9      Q.    -- at that location?

10     A.    No, sir.

11     Q.    Did any other officer strike you or hit

12 you or do anything to abuse you at that location?

13     A.    Not at that location.

14           But at the station, yes.

15     Q.    Okay.  So nothing other than being

16 handcuffed at 1440 North Leavitt, correct?

17     A.    Yes, sir.

18     Q.    And did Guevara or the other officer in

19 the car do anything to you while you were being

20 driven from Bell Avenue to Grand and Central?

21     A.    No, sir.

22     Q.    And when you were being taken from the

23 parked car into the station at Grand and Central,

24 did either Guevara or the other officer strike you

 1    in any way?

 2         A.    No, sir.

 3         Q.    So when you entered the police station,

 4    did you enter on the first floor?

 5         A.    Second floor.

 6         Q.    How did you get to the second floor?

 7         A.    They took me up the stairs to the

 8    second floor and put me inside a room.

 9         Q.    Had you been -- strike that.

10               Had you ever been on the second

11    floor of that building?

12         A.    Excuse me?

13         Q.    Had you ever been on the second floor

14    of the police station at 5 -- 5555 West Grand?

15         A.    No, sir.

16         Q.    Can you describe the second floor to me?

17         A.    Well, it's like a little -- it's got

18    like bars.  It got like steel bars.  And you come

19    upstairs, and they got little rooms that you could

20    go into (indicating).

21         Q.    And are you saying you were placed into

22    one of these little rooms?

23         A.    Yes, sir.

24         Q.    Can you describe the room for me?

```
 1        A.    Oh, it has a bar.  It has a bar against
 2   the wall that they handcuff people against.  It has
 3   a table and a chair.  That's it.
 4        Q.    About how big was the room?
 5        A.    You could say six-four, six by four.
 6        Q.    And when you were placed in that room,
 7   were you still handcuffed behind your back?
 8        A.    Yes, sir.
 9        Q.    Were the handcuffs taken off and you
10   were handcuffed to the bar on the wall at that
11   point?
12        A.    No, sir.
13        Q.    So you were still handcuffed behind
14   your back, correct?
15        A.    Yes.
16        Q.    And were you seated in the chair in the
17   room?
18        A.    Yes.
19        Q.    Was anyone else in the room --
20        A.    Yes.
21        Q.    -- when they brought you in?
22        A.    Yes, sir.
23        Q.    Who else was in there?
24        A.    Officer Mason, Officer Guevara, and a
```

1   couple of more officers that I don't remember the

2   name or recollect who they are.

3        Q.    So when Officer Guevara first put you

4   into this room, he came in the room, correct?

5        A.    Yes.

6        Q.    And Officer Mason was already in there?

7        A.    Yes.  He was the one that was behind me.

8        Q.    And how many other officers were in the

9   room?

10       A.    About four more officers came into the

11   room.

12       Q.    And when they came into this room, was

13   the door open or closed?

14       A.    The door was open.

15       Q.    Could you see out into the main area?

16       A.    No.

17       Q.    Was there any window on the door?

18       A.    No.

19       Q.    All right.  So after you were placed in

20   the chair in this room, handcuffed behind your back,

21   what's the next thing that happened?

22       A.    Officer Mason grabbed me by the back of

23   my head and -- and hit my -- and hit me against the

24   table, face first, slammed my face on the table.

1      Q.    Before Officer Mason did what you

2  allege, did he say anything to you?

3      A.    Yes.  He told me, We know you're -- we

4  know you were there, and we know that you and Tino

5  killed this guy.

6                 And -- and that was it.

7      Q.    When he grabbed you by the back of the

8  hair, as you described, did he do that with one

9  hand or two hands?

10     A.    He did it with one hand.

11     Q.    Which hand was it?

12     A.    His right hand.

13     Q.    And when you say he slammed your face

14  onto the table, how did he do that?

15     A.    He grabbed my hair from behind like

16  this and just went like this to me, towards the

17  table (indicating).

18     Q.    And when he did that, did he do it one

19  time, or more than one time?

20     A.    He did it one time.

21     Q.    And when he did that, did your face or

22  head hit the table?

23     A.    Yes.

24     Q.    What part of your face hit the table?

```
 1        A.    The whole face.  My nose, my mouth, my
 2   eye.
 3        Q.    How about your forehead?
 4        A.    Everything.  The whole face.
 5        Q.    And how much force did he use to slam
 6   your face onto the table?
 7        A.    I don't know.  A grown man to a little
 8   child.  I don't know the force that he used.
 9        Q.    Well, you weren't a child at the time;
10   isn't that correct?
11        A.    Well, I was still a kid.
12        Q.    You were what, 19 years old?
13        A.    Yes.
14        Q.    When he struck your face on the table
15   in the manner that you described, were you injured
16   in any way?
17        A.    No.  But my face hurt.
18        Q.    Were you bleeding at all?
19        A.    No, sir.
20        Q.    How bad was your face hurting?
21        A.    From a scale from 1 to 10, I'd say 9.
22        Q.    And who else was present when Officer
23   Mason struck your face on the table in the manner
24   you've described?
```

```
 1        A.    Officer Guevara and the rest of the
 2   four officers that were there, which I don't
 3   remember their name or face.
 4        Q.    How was Officer Mason dressed?
 5        A.    Plainclothes.
 6        Q.    When you say "plainclothes," can you be
 7   any more descriptive?
 8        A.    Plainclothes.  Just regular T-shirt,
 9   jeans.  No officer uniform.
10        Q.    How about Officer Guevara?  How was he
11   dressed?
12        A.    Same way.  Street clothes.
13        Q.    And the other four officers that were
14   there, how were they dressed?
15        A.    They were all with street clothes.
16        Q.    And by "street clothes," you mean like
17   jeans and a --
18        A.    Regular --
19        Q.    -- T-shirt?
20        A.    Regular T-shirt and regular jeans.
21        Q.    Other than Guevara, did you recognize
22   any of the officers?
23        A.    No, sir.
24              Just Mason and Guevara.  That's it.
```

```
 1        Q.    And you told us earlier you had not had
 2   any interaction with Officer Mason before this date,
 3   correct?
 4        A.    Correct.
 5        Q.    Can you describe Officer Mason to me?
 6        A.    Tall, white, long hair, about 230, 40
 7   pounds, about six- -- six-two probably, possible.
 8        Q.    And when you say long hair, what color
 9   was his hair?
10        A.    Like brownish black.
11        Q.    And how long was it?
12        A.    It was like a -- like a little shag.
13   Like a little shag to about right here (indicating).
14        Q.    So down to his collar?
15        A.    Yes.
16        Q.    Anything else you can tell me by way of
17   description about Officer Mason?
18        A.    No.
19        Q.    Did he wear glasses?
20        A.    No, I don't remember.
21        Q.    Mustache?  Beard?
22        A.    I don't remember.
23        Q.    What's the next thing you remember
24   happening?
```

```
 1        A.    Officer Guevara started drilling me
 2   about did I know this -- this guy that he pointed
 3   out in a picture.
 4        Q.    What kind of picture were you shown by
 5   Guevara?
 6        A.    It's a mugshot of some guy named
 7   Michael-something.
 8        Q.    How did you know it was a mugshot?
 9        A.    Because he had it in a book.  He had it
10   in a gang book, and there were nothing but mugshots
11   in that gang book.
12        Q.    So did he show you the book, or did he
13   pull the photograph out of the book?
14        A.    He pulled the photo out of the book.
15        Q.    And when he showed you the mugshot, did
16   you recognize the person in the mugshot?
17        A.    Yes, sir.
18        Q.    Who was it?
19        A.    His name is Michael.
20        Q.    Michael what?
21        A.    I don't know his last name.
22        Q.    Was he a member of the Latin Kings?
23        A.    Yes, he was.
24        Q.    Where did he live in relation to you?
```

```
 1        A.    He had no relations to me.

 2               But he lived on -- he lived on

 3  Crystal and Leavitt.

 4        Q.    Did you ever hang out with Michael?

 5        A.    No.

 6        Q.    But you recognized him as a member of

 7  the Latin Kings.

 8        A.    He was from the same neighborhood, yes.

 9        Q.    All right.  And then when Guevara showed

10  you this mugshot of Michael, what was he saying?

11        A.    He's saying, We know that you did this.

12  We know that you killed the guy, and we -- we're

13  going to make sure that you would -- you're the one.

14               And he started telling me about

15  that the guy say that I did it, and that I was with

16  Cristino when we did this.  And he kept on drilling

17  me about you being the one, and -- and I'm going to

18  go ahead and make sure that I take your kid away if

19  you don't tell us what happened.

20               And he start drilling me about stuff

21  that I didn't even know, talking about that I was

22  there, that I shot the guy, that I talked to a

23  lady, that I did all type of stuff that I don't

24  even remember any of that because I was never there.
```

```
 1        Q.    When he mentioned Cristino, did you know
 2   who he was talking about?
 3        A.    Yes.
 4        Q.    Who did you know he was talking about?
 5        A.    He's saying the whole name, Cristino
 6   Garcia.
 7        Q.    And you recognized Cristino Garcia as a
 8   friend of yours, right?
 9        A.    Yes.
10        Q.    And also a member of the Latin Kings,
11   right?
12        A.    Yes.
13        Q.    Now, when Guevara was showing you this
14   mugshot of Michael, where was Officer Mason?
15        A.    He was in the room.
16        Q.    And was anyone else in the room?
17        A.    Yeah.  The other four officers were
18   still there.
19        Q.    And what's the next thing that happened?
20        A.    Oh, he start drilling me, talking about
21   details and facts about a murder that I didn't know
22   nothing about.  And start telling me that I did
23   this and that with Cristino, and that we killed
24   some guy named Huertas, and -- I don't know.
```

```
 1                   Just a bunch of stuff that he was
 2    saying about me doing, and -- and so what, you
 3    know, so about it.
 4                   And that was it.  He just kept
 5    drilling me about this case and telling me that I
 6    did it and telling me that he was going take my kid
 7    away if I didn't -- if I didn't agree with him
 8    about what was going on with the case and what he
 9    was saying.
10                   And basically that was it.  He was
11    threatening, intimidations.
12         Q.    So when you say he was drilling you,
13    you mean Guevara, correct?
14         A.    Yes, sir.
15         Q.    And what do you mean when you say he
16    was drilling you?
17         A.    He was giving me facts and -- and
18    situations about a murder that I didn't know nothing
19    about.
20         Q.    Did you say anything to Guevara when he
21    was doing this?
22         A.    Yes.  I told him that -- he told me he
23    wanted to know about the murder.  And I told him
24    that there was a murder that happened in front of
```

```
 1   my house.  That that's the only murder I really

 2   knew about.

 3        Q.    And when you say a murder in front of

 4   your house, do you mean on Leavitt or your mom's

 5   house?

 6        A.    On Leavitt.

 7        Q.    When Guevara showed you the mugshot and

 8   was telling you these facts that you're describing,

 9   was he the only one talking?

10        A.    Yes, sir.

11        Q.    Was Officer Mason saying anything to

12   you?

13        A.    No.

14        Q.    Were any of the other four officers

15   saying anything to you?

16        A.    No.  Ain't none of them officers said a

17   damn thing.

18        Q.    When you told Officer Guevara that you

19   knew about a murder in front of your house, did he

20   ask you about that?

21        A.    Yeah.  He said, What happened?

22        Q.    And did you tell him?

23        A.    Yes, sir.

24        Q.    What did you tell him?
```

 1      A.    I told him that a Cutlass, a black

 2   Cutlass came by in front of my house.  I looked at

 3   it.  I heard a pop inside the -- inside the car.  I

 4   thought it was one of my friends or something, and

 5   I walked towards the car.

 6                And when I'm walking towards the car,

 7   I see a -- I see the guy pull a barrel out of

 8   the -- out of the window of the car, and he shot

 9   three more times.  That's when I started running.

10                My -- my -- my lady was coming

11   through the gangway.  And when the guy started

12   shooting, I ended up going by her, and we start

13   running.

14                My brother-in-law was in front of

15   the house, and Lamont Burr was in front of the

16   house too, and they ran off -- They ran off too.

17      Q.    And what day did this occur on?

18      A.    July 2nd or 3rd.

19      Q.    Of 1989?

20      A.    Yes, sir.

21      Q.    So you were in front of the house,

22   correct?

23      A.    Yes, sir.

24      Q.    And you said your then girlfriend,

1   Diana, was coming --

2        A.    Coming through the gangway.

3        Q.    -- through the gangway to the front?

4        A.    Yes, sir.

5        Q.    And you said Lamont Burr was there?

6        A.    Lamont Burr was sitting down on the

7   stairs, and Daniel Rodriguez was sitting down on

8   the stairs, which was my ex-brother-in-law.

9        Q.    And your ex-brother-in-law was sitting

10  where?  With Lamont on the stairs?

11       A.    On the front steps, on the front steps

12  of 1440.

13       Q.    Was Daniel Rodriguez a member of the

14  Latin Kings?

15       A.    No, sir.

16       Q.    Was he a member of any gang?

17       A.    No, sir.

18       Q.    Do you know if Daniel Rodriguez ever

19  had any contact with Officer Guevara?

20       A.    No, sir.

21       Q.    He didn't, or you don't know?

22       A.    He didn't.

23       Q.    So when this black Cut -- strike that.

24             So when this black Cutlass was in

 1  front of your house, did it stop, or did it drive

 2  by?

 3       A.    No, no.  It just stopped.  It stopped.

 4  It took one shot.  I heard somebody scream inside

 5  the car.

 6                 I got a little closer to see what it

 7  was, and I see the barrel come out and shot three

 8  more times, and I started running.

 9                 I started running towards Diana.

10  And my brother-in-law and Lamont, they just spread

11  out from the stairs and they ran too.

12       Q.    Did you see where the black Cutlass

13  went after that?

14       A.    Yeah, because I came back -- when I

15  came back around, I come back.  My mother-in-law

16  came out the house, telling us to go upstairs.

17                 And the car was going -- it was

18  going south, and then it turned up west up Hirsch.

19       Q.    Okay.  So it went south on Leavitt?

20       A.    Yes.

21       Q.    And then it made a right turn and went

22  west on Hirsch?

23       A.    On Hirsch.

24       Q.    Towards Western, correct?

1      A.    Towards Western, yes, sir.

2      Q.    Did you recognize anyone in the black

3  Cutlass?

4      A.    No, sir.

5      Q.    And after the black Cutlass turned

6  right onto Hirsch toward Western, could you see it

7  any more?

8      A.    No.

9      Q.    What did you do after that?

10     A.    I went upstairs.  My mother-in-law had

11 came downstairs and told us to get upstairs, to get

12 in the house.  So I went upstairs with my kid and

13 my wife.

14     Q.    And how long did you stay up there?

15     A.    All day.

16     Q.    And when that black Cutlass drove in

17 front of your house, about what time of day was it?

18     A.    About 8:00 or 9:00.

19     Q.    In the evening?

20     A.    Yes.

21     Q.    So when you say you stayed in the house

22 all day, you mean until the next day?

23     A.    Yes.

24     Q.    You stayed in the house all that

```
 1   evening?

 2        A.    Yep.  Yes, sir.

 3        Q.    And after you told Officer Guevara about

 4   the shooting in front of your house, what did he

 5   say?

 6        A.    He said, Well, we believe that you went

 7   and got a gun and met up with Cristino and went

 8   across Western and shot some guys over there.

 9        Q.    And Tino lived on Bell Avenue at that

10   time, correct?

11        A.    Correct.

12        Q.    Did Guevara tell you where he was

13   getting his information from?

14        A.    No, sir.

15        Q.    Did you ask?

16        A.    No, sir.

17        Q.    And was Officer Mason saying anything

18   to you when Officer Guevara was talking to you

19   about this other shooting?

20        A.    No, sir.

21        Q.    How about the other officers?

22        A.    None.  None of them said anything.

23        Q.    So after Guevara told you that he

24   believed you went and got a gun and met up with
```

1    Tino and then shot some guy, what did you say to

2    that?

3          A.    I told him I never did that.

4                I was never with Tino, or Cristino.

5          Q.    And what did Guevara say to that?

6          A.    He said, We know you're lying.

7          Q.    And when he accused you of lying, what

8    did you say?

9          A.    I told him I was not lying.  I told him

10   the truth about the murder that happened in front

11   of my house, and I don't even know if it was a

12   murder.

13         Q.    Well, when you told him about the

14   shooting in front of your house, are you aware if

15   anyone was hit with a bullet?

16         A.    I heard the guy in the car scream.

17               I don't know if he got hit or not.

18         Q.    So if I'm understanding you correctly,

19   when the person in the car shot, he struck somebody

20   inside the car?

21         A.    Possibly hit his passenger before he

22   shot out the car, because somebody in the car

23   screamed.

24         Q.    And the person that was shooting from

1  the car, could you see if he was the driver or

2  passenger?

3      A.    He was the driver.  He was holding --

4  he held his -- he held the steering wheel with his

5  left and pulled out his right hand, pulling forward

6  like that.

7      Q.    And there was a passenger in the front

8  seat?

9      A.    Yes, sir.

10     Q.    And you think he may have accidentally

11 shot the passenger when he fired?

12     A.    Either he struck him with a bullet or

13 he struck him with the sound of the gun, either/or.

14            But the guy screamed.

15     Q.    And how long did this conversation

16 between you and Officer Guevara last about the

17 shooting in front of your home and him telling you

18 about what he had heard about you and Tino?

19     A.    About 15, 20 minutes.

20     Q.    During that 15 or 20 minutes, did he

21 strike you in any way?

22     A.    No.

23     Q.    During that 15 or 20 minutes, did

24 Officer Mason strike you?

1     A.    He struck me when we first were in the
2 room.
3     Q.    And you say he did that before he even
4 said anything to you, correct?
5     A.    Before they started showing me the
6 mugshots of these guys, yes.
7     Q.    After that, did Officer Mason strike
8 you in any way?
9     A.    No.
10     Q.    How about the other four officers?
11          Did they strike or touch you in any
12 way?
13     A.    No.  They were just standing there.
14     Q.    What's the next thing that happened
15 after that 15 or 20 minutes?
16     A.    Officer Guevara started telling me that
17 he's going to take my child away if I didn't go
18 with what he was telling me.
19     Q.    And when he said he was going to take
20 your child away, who else was present?
21     A.    Mason was present.
22     Q.    Anyone else?
23     A.    No.
24     Q.    When Officer Guevara told you he was

1  going to take your child away, what did you think

2  he meant by that?

3          A.    About taking my child.

4          Q.    How?

5          A.    Physically taking my child.

6          Q.    And what did you say to him?

7          A.    What can I say?

8          Q.    Well, I don't know what you can say.

9                 But my question is:  What, if anything,

10  did you say to him?

11         A.    I couldn't say nothing to him.  All I

12  did was I wanted to see my wife and my kid.

13         Q.    So after Guevara told you that he would

14  take your child away, what was the next thing that

15  happened?

16         A.    Well, he was telling me to sign the

17  paper; that they was going to take care of a paper

18  and that they was going to do a statement, and for

19  me to sign it, because if I didn't sign it, they

20  were going to take my child away.

21                 And they had my wife -- they had

22  my -- Diana Rodriguez.  They had Diana Rodriguez in

23  the station with my child for over three or four

24  hours, and they never let me see my child.  They

```
 1  never -- they never let me see her.  They never let
 2  me talk to none of them.  They didn't even give me
 3  a phone call at the time.
 4        Q.    Did you ask to make a phone call?
 5        A.    Yes, sir.
 6        Q.    When did you ask to make a phone call?
 7        A.    When he first took me to the station.
 8        Q.    And who did you ask to make a phone
 9  call?
10        A.    Guevara.
11        Q.    And you did that as soon as you got to
12  the station at Grand and Central?
13        A.    Yes, sir.
14        Q.    Were you already in the room, or
15  before --
16                    (Simultaneous cross-talk.)
17        A.    No --
18        Q.    -- you got in the room?
19        A.    -- we were walking up the stairs going
20  to the room.
21        Q.    And did you ask him to make a phone
22  call one time, or more than one time?
23        A.    Just once.
24        Q.    Did you ever ask to see a lawyer?
```

```
 1        A.    No, sir.

 2        Q.    At what point did you realize that

 3  Diana Rodriguez was at the station with your child?

 4        A.    Officer Guevara told me.

 5        Q.    So did you actually see her, or did he

 6  just come in the room and tell you she was there?

 7        A.    He came and told me that she was there.

 8              Never seen her physically; never

 9  seen my child, either.  He was using it as

10  intimidation, a threat, telling me that he was

11  going to take my child away.

12        Q.    Did Officer Mason ever say that he was

13  going to take your child away?

14        A.    No, sir.

15        Q.    Any other officers say they were going

16  to take your child away?

17        A.    No, sir.

18        Q.    Did you ask for Diana to be brought to

19  the station?

20        A.    No, sir.

21        Q.    So after that first 15 to 20 minutes

22  where you're speaking with Officer Guevara and

23  Mason is there with the other four officers, did

24  anyone leave the room before he told you he was
```

1   going to take your child away?

2       A.    All the other four officers scattered,

3   and they left already.

4       Q.    And it was just you, Mason, and Guevara

5   when he said this?

6       A.    It was just me, Mason, and Guevara, and

7   they were standing me up, taking me to another room.

8       Q.    And when you were stood up and took to

9   another room, were you still handcuffed?

10      A.    Yes, sir.

11      Q.    And who took you from the room you were

12  in to another room?

13      A.    Mason carried -- grabbed me by the arm

14  and took me to the other room.

15      Q.    And where was Guevara at that point?

16      A.    Guevara was coming right behind him.

17      Q.    And when you came out of the room you

18  were in and were going to the other room, what did

19  you see as you were walking to the other room?

20      A.    I didn't see nothing.

21      Q.    While you were inside the police

22  station, correct?

23      A.    Yes.

24      Q.    Did you see anybody you knew?

```
 1        A.    No.

 2        Q.    Did you see Diana?

 3        A.    No.

 4        Q.    Did you see your child at all?

 5        A.    No, sir.

 6        Q.    So when was it that Guevara told you

 7  that Diana and your child were at the station?

 8        A.    Before they moved me to the other -- to

 9  the other room.

10        Q.    And this other room that you were moved

11  to, how far was it away from the first room you

12  were in?

13        A.    About two more rooms away, two rooms

14  away from there.

15        Q.    Describe the next room you were in for

16  me.

17        A.    Next room was a little bigger.  It was

18  a little bigger.  It had a white clipboard in

19  the -- on the side and a table with some chairs.

20        Q.    When you say "a white clipboard," what

21  do you mean by that?

22        A.    Like a whiteboard, where you could

23  write.

24        Q.    Oh, like a whiteboard --
```

1        A.    A stand-up -- a stand-up board, like

2   something where you can write at.

3        Q.    And when you went into that room, was

4   anyone else in there?

5        A.    Some lady.  Some lady was sitting down

6   already in the room.

7        Q.    Did you recognize the lady?

8        A.    No, sir.

9        Q.    Did you know who she was at that point

10  when you walked in?

11       A.    No, sir.

12       Q.    And it was Officer Mason that brought

13  you in the room?

14       A.    Yes, sir.

15       Q.    And did Officer Guevara enter that room

16  as well?

17       A.    He did, for a minute.

18       Q.    And then where did he go?

19       A.    I have no idea.

20       Q.    And now you're in the room with Officer

21  Mason and this lady who you don't know, correct?

22       A.    Correct.

23       Q.    Can you describe her to me?

24       A.    She was about you could say probably

 1  five-five, white, skinny, like 140 pounds.

 2            Brown eyes, I believe.

 3       Q.    How was she dressed?

 4       A.    Regular clothes.  Regular street

 5  clothes.  A shirt, some slacks.

 6       Q.    Did you say anything to her when you

 7  came into the room?

 8       A.    No.

 9       Q.    Did she say anything to you?

10       A.    Yes.

11       Q.    What did she say to you?

12       A.    She said, Do you know your Miranda

13  rights?

14            And I said, Sure.

15            So she started reading me my Miranda

16  rights and stuff like that.

17       Q.    And when she was reading you your

18  Miranda rights, was she reading that off a piece of

19  paper, or was she doing it without any -- without

20  reading off anything?

21       A.    I think she was reading it off a paper.

22       Q.    So you told her you knew what you

23  were -- strike that.

24            So you told her that you knew what

1  your Miranda rights were, and then she went ahead

2  and read them to you.

3        A.    Yes, sir.

4        Q.    Before she did that, did she tell you

5  who she was?

6        A.    Yeah.  She said she was working for the

7  police officers.  She's the lawyer for the police

8  officers, not for me.

9        Q.    Did she tell you she was a State's

10  Attorney?

11        A.    I guess that's what -- I guess that's

12  what she was trying to say, by saying she's a

13  lawyer to them, not to me.

14        Q.    She didn't introduce herself as a

15  State's Attorney or an Assistant State's Attorney?

16        A.    Well, like I said, that's probably what

17  she was trying to mean to say, I guess.

18        Q.    Well, I'm not asking you what she was

19  meaning to say.  I'm asking you what she told you.

20              Other than telling you that she was

21  a lawyer for the police, did she ever introduce

22  herself as an Assistant State's Attorney?

23        A.    No.

24        Q.    Do you remember what her name was?

```
 1        A.    Barbara something.

 2        Q.    You don't recall her last name?

 3        A.    I can't recall her last name.

 4        Q.    And all you recall about that initial

 5  conversation is that she told you that she was a

 6  lawyer working for the police and asked you if you

 7  knew your Miranda rights and then read you your

 8  Miranda rights.

 9        A.    Yes, sir.

10        Q.    Was she sitting down or standing up

11  when she did that?

12        A.    She was sitting down.

13        Q.    And were you sitting down as well?

14        A.    Yes, sir.

15        Q.    After she read you your Miranda rights,

16  did you understand those rights?

17        A.    Yes, sir.

18        Q.    Did she ask you if you understood them?

19        A.    Yep.

20        Q.    What's the next thing that happened?

21        A.    Next thing that happened, Mason

22  started -- started drawing on that clipboard and

23  asking me questions and telling me -- and telling

24  me -- telling me facts and -- telling facts and
```

1  details of what he knew that supposed to have

2  happened in that murder that he was talking about.

3       Q.    And this lawyer, Barbara, was in the

4  room while he was doing that?

5       A.    Yes.

6       Q.    Was anyone else in the room?

7       A.    No.

8       Q.    Do you recall what Mason was drawing on

9  this board you're describing?

10      A.    Yeah.  He was leading the statement in

11 the board, telling me I came out of an alley, I

12 went to another alley, I walked west, I walked

13 north.

14             That I got into some guys.  I ended

15 up talking to a lady.  I got into some guys.  I

16 spoke to some guys.  And then that I got into the

17 front of a building and we got into a fight with

18 some guy, and that I shot the guy and ran off.

19      Q.    And what did the lawyer, Barbara, say

20 after Mason did this drawing on the board?

21      A.    They were just writing -- they were

22 just -- she was just writing what he was saying.

23      Q.    What's the next thing you remember

24 happening in this room?

1      A.    Well, he just kept on asking me

2  questions about -- and putting up details and facts

3  about what he was thinking and what he was saying

4  that I did.

5               And he told me that to sign the --

6  to sign the statement that they were going do, and

7  after I sign the statement, that they'll let me see

8  my kid.

9      Q.    When you went into this bigger room and

10 Mason and the lawyer, Barbara, were in there, was

11 the door open or closed while Mason was drawing on

12 the board?

13     A.    The door was closed.

14     Q.    And were you still handcuffed behind

15 your back at that time?

16     A.    Yes, sir.

17     Q.    Was there any window on the door?

18     A.    Yes, sir.

19     Q.    Other than that window on the door,

20 could you see out of the room?

21     A.    Yeah.  They had glass windows like two

22 or three glass windows on that room.

23     Q.    So it was like an office --

24     A.    Yeah, like --

1        Q.    -- with windows?

2        A.    Like this right here (indicating).

3        Q.    Yes.

4        A.    But without -- without that white stuff

5    on it.

6        Q.    So like the room we're in here today.

7    It's an office -- an inside office with windows.

8        A.    Yes, sir.

9        Q.    And that's -- you were sitting in a

10   similar room with Mason and the lawyer Barbara,

11   correct?

12       A.    Yes, sir.

13       Q.    When you were sitting in this room,

14   could you see out through those windows?

15       A.    You could see out to -- to the railings

16   of the hall -- of the top floor, of the second

17   floor.  All you could see is just the railings.

18   You can't see -- you can't see down to the first

19   floor.

20       Q.    But you could see out to the second

21   floor.

22       A.    Yeah, you could see out to the second

23   floor.

24       Q.    And when you looked out to the second

1    floor, did you see Diana?

2           A.    No, sir.

3           Q.    Did you see your baby at all?

4           A.    No, sir.

5           Q.    Could you see Officer Guevara from

6    where you were sitting?

7           A.    No, sir.

8           Q.    How long were you in the room with

9    Mason and the lawyer Barbara?

10          A.    For about an half an hour.

11          Q.    Did Officer Guevara ever come back into

12   that room during that half hour?

13          A.    No, sir.

14          Q.    So he left shortly after you were put

15   in that room, correct?

16          A.    I believe so; yes, sir.

17          Q.    I'm sorry?

18          A.    I believe so.

19          Q.    Well, you said he went with you and

20   Mason to the room correct?

21          A.    Uh-hmm.

22          Q.    Is that a yes?

23          A.    Yes.

24          Q.    But then he left shortly thereafter,

```
 1   correct?
 2        A.    Yes.
 3        Q.    And during that half hour you were in
 4   there with Officer Mason and the lawyer Barbara,
 5   did Officer Guevara ever come back into that room?
 6        A.    No.
 7        Q.    During that half hour, did Officer
 8   Mason abuse you in any way?
 9        A.    No, sir.
10        Q.    Did the lawyer, Barbara, abuse you in
11   any way?
12        A.    No, sir.
13        Q.    Did anyone else enter that room during
14   that half hour?
15        A.    No, sir.
16        Q.    And after that half hour, what happened
17   next?
18        A.    Well, I had to sign -- I had to sign
19   their statement due to the fact that I was under
20   duress, and I was being threatened to my child
21   being taken away from me.  He already hit me.
22              And that was it.
23        Q.    So when you were in the room with
24   Officer Mason and the lawyer Barbara for about a
```

1   half hour, were they preparing some type of

2   statement for you to sign?

3          A.     Well, Mason was drawing and going

4   through the drawing and telling me, Did -- So you

5   guys went this way?  And then you guys went this

6   way?  And yes, no, all those type of questions

7   under duress.

8          Q.     So --

9          A.     And Barbara did nothing but sit down

10  there and just take notes on what she was taking.

11         Q.     And when Officer Mason was drawing on

12  this board, was he also asking you questions?

13         A.     Yeah.  He was leading the statement

14  through -- through the drawing that he was doing on

15  the board.

16         Q.     Did there come a time when Officer

17  Mason left the room?

18         A.     No, sir.

19         Q.     Did there come a time when the lawyer

20  Barbara spoke to you alone?

21         A.     No, sir.

22         Q.     So all three of you remained in the

23  room for the entire half hour?

24         A.     Two of us.  Officer Guevara had already

1  left from the room after -- after they started.

2       Q.    Correct, but you were in the room with --

3       A.    Yes.

4       Q.    -- Mason and the lawyer Barbara?

5                   (Simultaneous cross-talk.)

6       A.    All three of us, yes.

7       Q.    So it was you three in the room for

8  that --

9       A.    Yes.

10      Q.    -- entire half hour.

11      A.    Correct.

12      Q.    And at the end of that half hour, what

13 happened?

14      A.    They grabbed me and took me back to the

15 bullpen.  After they made me sign that statement

16 under duress, they took me downstairs, put me in

17 the bullpen.  I asked about my child, and they told

18 me that they took him home already.

19      Q.    At any time when you were in that room,

20 did the lawyer Barbara explain to you how your

21 statement could be taken?

22      A.    No.

23      Q.    Did she tell you that you could give

24 her a statement and that she would write it out for

1   you?

2        A.   No.

3        Q.   Did she tell you that the statement

4   could be court reported?

5        A.   No.

6        Q.   So when you say you signed a statement,

7   who prepared the statement?

8        A.   She was writing -- she was writing the

9   statement while -- while Mason was leading the

10  statement through the board telling me, This way is

11  the way you went.  That's the way you went.  You

12  talked to this person.  You talked to that person.

13             So he led the -- he led the

14  statement through the board.

15       Q.   And she wrote it down?

16       A.   She wrote it down, and I had to sign it

17  under duress.  If not, my child was going to be

18  taken.  And I was fearing that this guy will go

19  ahead and start pounding on me again for nothing.

20       Q.   So the lawyer, Barbara, never explained

21  to you that you could have a court reporter, like

22  we have here today, come in and take down your

23  statement.

24       A.   Or it looked like she was the court

 1   reporter doing the writing.

 2         Q.    Yeah, but that's not what I asked you.

 3               My question was:  Did the lawyer,

 4   Barbara, ever tell you that they could call a court

 5   reporter to come to the police station and take

 6   down your statement, just like we have a court

 7   reporter here today taking down your statement?

 8         A.    No.

 9         Q.    And then while you were in the room

10   with Mason and the lawyer Barbara, do you recall

11   sometime thereafter a court reporter coming to the

12   police station?

13         A.    No, sir.

14         Q.    The lawyer, Barbara, never gave you

15   that option.

16         A.    No, sir.

17         Q.    So is it your testimony that the

18   lawyer, Barbara, wrote -- handwrote the statement

19   and then you signed it?

20         A.    They wrote a statement and I signed it,

21   yes.

22         Q.    When you say "they," who wrote the

23   statement?

24         A.    He was leading it.  Mason was leading

1   it and she was writing.

2        Q.    So my question then:  Who -- who was

3   actually writing out the statement?

4        A.    Barbara.

5        Q.    Did you read the statement before you

6   signed it?

7        A.    Yes.

8        Q.    How many pages was it?

9        A.    About five or six pages.

10       Q.    Did you make any corrections to it as

11  you went over it?

12       A.    Well, Mason said something about there

13  was one word that he said, Oh, that -- that right

14  there.  What about this right here?

15             And I believe I told him yes, he

16  could change that.

17       Q.    Did the lawyer, Barbara, ever ask you

18  if you wanted to make any corrections to your

19  statement?

20       A.    Yes, she did.

21       Q.    And did you make any corrections when

22  she asked --

23             (Simultaneous cross-talk.)

24       A.    There was no -- there was no --

```
 1      Q.    Sir, let me finish my question and then
 2  you can answer, because if we talking over each
 3  other, it's going to be difficult for the court
 4  reporter, okay?
 5                So let me ask you again:  Did the
 6  lawyer, Barbara, ever ask you if you wanted to make
 7  any corrections to your statement?
 8      A.    Yes.
 9      Q.    And when she asked you that, did you
10  make any corrections to your statement?
11      A.    No.
12      Q.    So the only correction to the statement
13  you made was based on officer mason's question to
14  you whether you wanted to make a correction; is
15  that correct?
16      A.    No.
17      Q.    Okay.  Let's go over that again.
18                You told me you made some
19  corrections to your statement, correct?
20      A.    One correction that he pointed out.
21      Q.    I see.
22                So Mason pointed out something in
23  the statement.
24      A.    Yes.  The statement, he implied to me
```

1   he made a correction to it, and told me, You think

2   we should correct this?

3            And I looked at it; I said sure.

4        Q.    Do you recall what the correction was?

5        A.    I do not.

6        Q.    And after you read the statement, did

7   you sign it?

8        A.    Yes, under duress.

9        Q.    And who was present when you signed the

10  statement?

11       A.    Mason and Barbara.

12       Q.    And after you signed the statement,

13  what happened next?

14       A.    They took me down to the bullpen.

15       Q.    And when you say you were taken down to

16  the bullpen, who took you down to the bullpen?

17       A.    Mason.

18       Q.    Did he take you down to the first floor?

19       A.    He took me down to the first floor.

20  Guevara was down there, and they both -- they both

21  grabbed me and they put me in the bullpen.

22       Q.    So when Officer Mason took you from the

23  second floor down to the first floor, Officer

24  Guevara was down there as well?

1      A.    Yes.

2      Q.    And both of them put you into the

3 bullpen.

4      A.    They walked me to the bullpen and took

5 the cuff off and put me inside the bullpen, yes.

6      Q.    When you were in what you're describing

7 as the bullpen, were you in a cell with other

8 people or by yourself?

9      A.    By myself.

10     MR. POLICK:  Why don't we take a quick break.

11              Let's go off the record.

12     THE LEGAL VIDEOGRAPHER:  We're off the video

13 record at 3:13 p.m.

14                    (Recess taken.)

15     THE LEGAL VIDEOGRAPHER:  We're back on the

16 video record at 3:24 p.m.

17     MR. POLICK:  Why don't we mark this as

18 Exhibit 2.

19                    (Deposition Exhibit No. 2,

20                     Witness Rios, was marked for

21                     identification 06/30/2023.)

22 BY MR. POLICK:

23     Q.    Mr. Rios, do you understand you're

24 still under oath?

```
 1          A.    Yes, sir.
 2          Q.    Okay.  We're showing you what's been
 3   marked as Exhibit 2 to your deposition, which is an
 4   11 -- I'm sorry -- it's an 11-page document.
 5                      Have you ever seen that document
 6   before?
 7          A.    Yes, sir.
 8          Q.    And do you see at the top where it
 9   says, Re: Investigation (Fatal shooting of Luis
10   Morales)?
11          A.    Yes, sir.
12          Q.    And then it says, Statement of Jaime
13   Rios, correct?
14          A.    Yes, sir.
15          Q.    When was the last time that you saw
16   this statement?
17          A.    Couple of days ago.
18          Q.    And is this the statement that you gave
19   to the lawyer, Barbara, at the police station at
20   Grand and Central?
21          A.    The beginning of it, yes.
22          Q.    Did you have an opportunity to look
23   through all of it?
24          A.    Yes.
```

```
 1        Q.    And on the last page, is that your
 2   signature?
 3        A.    Yes, sir.
 4        Q.    And on each of the pages that precede
 5   that, pages 1 through 10, are those your initials
 6   at the bottom of each page, JR?
 7        A.    Yes.
 8        Q.    And on the first page there, under
 9   statement of Jaime Rios, it says:  Taken in an
10   interview room, Area 5 Violent Crimes, Chicago,
11   Police Department, 555 West Grand Avenue, Chicago,
12   Cook County, Illinois, on Friday July 7th, 1989, at
13   the hour of 4:39 o'clock a.m.
14              Do you see that?
15        A.    Uh-hmm.
16        Q.    Is that a yes?
17        A.    Yes, sir.
18        Q.    And then it says, Present:  Ms. Barbara
19   Riley.
20              Do you see that?
21        A.    Yes, sir.
22        Q.    Does that refresh your memory at all as
23   to the lawyer Barbara's last name?
24        A.    Yes, sir.
```

```
 1        Q.    And you see underneath that, it says

 2   Assistant State's Attorney?

 3        A.    Yes, sir.

 4        Q.    Did she ever tell you she was an

 5   assistant state's attorney?

 6        A.    No, sir.

 7        Q.    And then underneath, we see Detective

 8   Michael Mason, correct?

 9        A.    Correct.

10        Q.    And it's star No. 12972, Area 5 Violent

11   Crimes, correct?

12        A.    Correct.

13        Q.    And is that the person we've been

14   talking about as Officer Mason?

15        A.    Yes, sir.

16        Q.    And then you see under that, it says,

17   reported by Janet K. Lupa.

18              Do you see that?

19        A.    Yes, sir.

20        Q.    Do you understand that this statement

21   that we've marked as Exhibit 2 to your deposition

22   is a court reported statement?

23        A.    Yes, sir.

24        Q.    So why did you tell me earlier that
```

1  there was no court reporter?

2       A.    Because there was just Mason and

3  Barbara in the room.

4       Q.    Right.  I understand it was just Mason

5  and Barbara in the room.

6             But I asked you whether at some

7  point later a court reporter came, like we have a

8  court reporter here today, and took your statement.

9             Do you remember when I asked you

10 that question?

11      A.    Yes, sir.

12      Q.    And you told me no, right?

13      A.    Yes, sir.

14      Q.    So how do you explain this statement

15 that you're now looking at that we've marked as

16 Exhibit 2?

17      A.    Because Riley -- Barbara Riley was

18 writing it.  She -- when she was sitting there on

19 the table, she was writing what he was talking

20 about in the board.

21            I didn't see no other court -- I

22 didn't see no reporter in there.  It was just them

23 two.  That's it.

24      Q.    So is your testimony that what we are

```
 1  looking at now as Exhibit 2 was done by Barbara
 2  Riley?
 3       A.    I cannot tell you that, because she was
 4  there writing and I didn't see nobody else in the
 5  room writing this.
 6       Q.    And you never saw a court reporter like
 7  the court reporter here today with a machine like
 8  she's using today come into the room and take your
 9  statement?
10       A.    No, sir.
11       Q.    All right.  Continuing down on page 1,
12  it says Ms. Riley states:  Let the record reflect
13  that we are in an interview room at Area 5 Violent
14  Crimes.  Today's date is July 7th, 1989.  The time
15  is 4:39 a.m.  Present in the room with me,
16  Assistant State's Attorney Barbara Riley, are
17  Detective Mike Mason, Star No. 12972; the court
18  reporter, and Jaime Rios.
19            Do you see that?
20       A.    Yes, sir.
21       Q.    And then she says:  We are here to take
22  the statement of Jaime Rios concerning the
23  investigation of the fatal shooting of Luis Morales
24  which occurred on June 27, 1989, at approximately
```

```
 1   11:50 p.m. at 1316 North Western.

 2                    Do you see that?

 3        A.    Yes, sir.

 4        Q.    And then she says -- Ms. Riley says:

 5   Jaime, I talked to you earlier and I explained I'm

 6   an assistant state's attorney, a lawyer working

 7   with the police and not your lawyer, is that

 8   correct?

 9                    And you answer, Correct.

10                    Do you see that?

11        A.    Yes, sir.

12        Q.    And then she says:  And before we

13   spoke, I advised you of your constitutional rights;

14   is that correct?

15        A.    Yes, sir.

16        Q.    And you answer, Right.

17                    Correct?

18        A.    Correct.

19        Q.    And she did read you your rights,

20   correct?

21        A.    Yes, sir.

22        Q.    And then on page 2, she goes on to read

23   you your rights again, correct?

24        A.    Yes, sir.
```

```
 1        Q.    She asked you if you understood that
 2   you have a right to remain silent, and you said
 3   yes, correct?
 4        A.    Correct.
 5        Q.    And she asked you:  Do you understand
 6   that anything you can say can be used against you
 7   in a court of law?
 8                   And you said:  Yes, ma'am.
 9                   Is that correct?
10        A.    Correct.
11        Q.    And she asked you:  Do you understand
12   that you have a right to talk to a lawyer and have
13   them present with you while you are being
14   questioned?
15                   And you answered:  Yes, ma'am.
16        A.    Correct.
17        Q.    And then she asked you:  Do you
18   understand if you cannot afford to hire a lawyer
19   one would be appointed by the court to represent
20   you before any questioning, if you wish one?
21                   And you answered:  Yes, ma'am.
22        A.    Yes.
23        Q.    And that's correct, right?
24        A.    Correct.
```

1        Q.    And then she asked you:  Understanding

2    these rights, do you wish to talk to us now; and

3    you answered yes.

4        A.    Correct.

5        Q.    And everything we've read so far is

6    correct, yes?

7        MR. STEPHEN RICHARDS:  Objection, vague.

8              Correct in that he said the things,

9    or correct in that the things he said are correct?

10       MR. POLICK:  Let me rephrase that.

11   BY MR. POLICK:

12       Q.    So up until this point, Mr. Rios, and

13   we're looking at page 1 up to about the middle of

14   page 2, is there anything in this statement that is

15   incorrect?

16       A.    No, everything is correct.

17       Q.    All right.  Continuing on page 2 there,

18   the next thing Ms. Riley asked you was:  Jaime, are

19   you a member of a gang?

20              And you said yes.

21              And she asked you:  What gang?

22              And you said the Latin Kings,

23   correct?

24       A.    Correct.

```
 1        Q.    And then she asked you:  How long have

 2   you been a member of that gang?

 3               And you answered:  I been at least

 4   five years.

 5               Correct?

 6        A.    Correct.

 7        Q.    Anything untrue about those answers to

 8   those questions?

 9        A.    No, sir.

10        Q.    And did you give those answers to those

11   questions?

12        A.    Yes, sir.

13        Q.    And she then asks you how long you were

14   in the gang.

15               And she says:  Since you were how

16   old?

17               And you said:  Since I was twelve.

18               Correct?

19        A.    Correct.

20        Q.    And then she asks you how old are you

21   now; and you said 18, correct?

22        A.    Correct.

23        Q.    And then she asked you:  What is your

24   rank in the gang?
```

```
 1                    And you answered:  Foot soldier.

 2                    Correct?

 3       A.     Correct.

 4       Q.     Were you asked those questions and did

 5  you give those answers?

 6       A.     Yes, sir.

 7       Q.     And were those answers all true to

 8  those questions?

 9       A.     Correct.

10       Q.     All right.  And then on page 3, she

11  asks you at the top:  Calling your attention to the

12  evening of June 27, 1989, that was a Tuesday night,

13  what were you doing?

14                    And you said:  I was outside the

15  front door.

16                    And she asked:  Of where you live?

17                    And you said:  Yes.

18       A.     Excuse me.

19       Q.     Yes, go ahead.

20       A.     I was outside in front.  Doesn't say

21  front door.

22       Q.     Oh, okay.  Let's go back.

23                    So we're at the top of page 3, and

24  the question is:  Calling your attention to the
```

1  evening of June 27, 1989, that was a Tuesday night,

2  what were you doing?

3              Answer:  I was outside in the front.

4              Question:  Of where you live?

5              Answer:  Yes.

6              Question:  Would that be at 1440

7  North Leavitt?

8              And you answer:  Yes, ma'am.

9     A.    Yes.

10    Q.    Were you asked those questions and did

11  you give those answers?

12    A.    Yes, sir.

13    Q.    And is there anything untrue about the

14  answers that you gave?

15    A.    No.

16    Q.    All right.  And then she asks you:  Who

17  was with you?

18             And you said:  My brother-in-law, my

19  friend Lamont, and my lady.

20             Were you asked that question and did

21  you give that answer?

22    A.    Yes, sir.

23    Q.    And was that answer true?

24    A.    Correct.

```
 1      Q.    Then she asked you:  What happened at
 2  that time?
 3              And you said:  Well, a Cutlass came
 4  by and a passenger in the driver took out his right
 5  hand, held the steering wheel and with his left
 6  hand he tried to shoot me and shoot his friend one
 7  time and shot three times toward me and my lady.
 8              Do you see that?
 9      A.    Yes, sir.
10      Q.    Were you asked that question and did
11  you give that answer?
12      A.    Yes, sir.
13      Q.    And was that answer true?
14      A.    Yes, sir.
15      Q.    And then she asked you:  You said it
16  was a Cutlass?
17              And you answered:  A Cutlass, two
18  door Cutlass, black.
19              Correct?
20      A.    Correct.
21      Q.    Anything untrue or incorrect about that
22  answer?
23      A.    No, sir.
24      Q.    All right.
```

 1              And then she asked you:  And what

 2   direction on Leavitt was that car going?

 3              You answered:  He was going straight

 4   on Leavitt.

 5              She asked you:  Straight down

 6   Leavitt.

 7              You answered:  He was going straight.

 8              Next question:  So where did you go

 9   after he shot at you?

10              And you answer:  After the shooting,

11   he passed the stop sign, and he went up Hirsch.  He

12   took a right up Hirsch.

13              Those are the answers you gave to

14   those questions, correct?

15       A.    Correct.

16       Q.    Anything untrue about the answers to

17   those questions?

18       A.    No, sir.

19       Q.    All right.  Then she asks you:  Did you

20   know who was in the car; and you said no.

21              Did you give that answer?

22       A.    Yes, sir.

23       Q.    And was that answer truthful?

24       A.    Yes, sir.

```
 1        Q.    And then she asks you:  What did you
 2   presume they were?
 3              And you answered:  I presumed they
 4   were Cobras because they went straight across
 5   Western.
 6              Do you see that answer?
 7        A.    Yes, sir.
 8        Q.    Were you asked that question and did
 9   you give that answer?
10        A.    Yes, sir.
11        Q.    And was there anything untruthful about
12   your answer there?
13        A.    No, sir.
14        Q.    All right.  So now we're on page 4.
15              And she asks you:  So in other
16   words, they drove back into Cobra territory?
17              And you answered yes.
18              Do you see that?
19        A.    Yes.
20        Q.    Were you asked that question and did
21   you give that answer?
22        A.    Yes, sir.
23        Q.    And is there anything untruthful about
24   that answer?
```

1      A.   No, sir.

2      Q.   Okay.  Then she asks you:  So what did

3  you do after this happened?

4           And your answer there is:  I went

5  upstairs and I got my gun.

6           Do you see that answer?

7      A.   Yes, sir.

8      Q.   Is that the answer you gave to her?

9      A.   Yes, sir.

10     Q.   And is there anything untruthful about

11  that answer?

12     A.   Yes, sir.

13     Q.   What is untruthful about that?

14     A.   The whole -- the whole question and the

15  whole answer, it's not true.

16     Q.   So you never went upstairs and got a

17  gun.

18     A.   No, sir.

19     Q.   And when she asked you what type of gun

20  it was, and you answered a .38 snubnose, was there

21  anything true about that answer?

22     A.   No, sir.

23     Q.   And when she asked you what the color

24  of the gun was, and you told her it was black -- or

1  it's black, was that a truthful answer?

2          A.    No, sir.

3          Q.    And then she asked you:  And what did

4  you do then?

5                  And you answered:  I went towards

6  Bell and that's when I found Tino.

7                  Do you see that?

8          A.    Yes, sir.

9          Q.    Is that answer true?

10         A.    No.

11         Q.    Then she next asked you:  Now, when you

12  set off, what was your goal?  What were you going

13  to do?

14                  And your answer was:  I was going to

15  go straight to Western myself.

16                  Do you see that answer?

17         A.    Yes, sir.

18         Q.    Is that a truthful answer?

19         A.    No.

20         Q.    And she asked:  Were you going to go to

21  Western by yourself?  Were you going to cross

22  Western?

23                  Answer:  No, I was going to shoot

24  from inside my territory towards their territory to

```
 1   get them scared the way they scared me.

 2                   Do you see that?

 3        A.    Yes, sir.

 4        Q.    Was -- did you give that answer to her

 5   question?

 6        A.    No.

 7        Q.    Well, if you didn't give that answer,

 8   who did?

 9        A.    They put this question in there and the

10   answer.  I didn't tell them this.

11        Q.    So you never said that.

12        A.    No, sir.

13        Q.    So what's written there is not even

14   given by you; is that correct?

15        A.    Uh-hmm.

16        Q.    Is that a yes?

17        A.    Yes, sir.

18        Q.    And then she asked you:  Who did you

19   run into?

20                   And you answered:  Tino.

21                   Did you give that answer?

22        A.    No, sir.

23        Q.    And then she asked:  What's his real

24   name?
```

```
 1                    And you said:  Cristino.

 2                    Did you give that answer?

 3         A.    Yes, sir.

 4         Q.    And was that answer truthful?

 5         A.    Yeah.  His name is Cristino.

 6         Q.    And then you were asked:  How long have

 7  you known Cristino?

 8                    And you answered:  I been knowing

 9  him at least five to six years.

10                    Did you give that answer?

11         A.    No, sir.

12         Q.    You did not.

13         A.    No, sir.

14         Q.    All right.  Was that -- who gave that

15  answer if you didn't?

16         A.    I do not know, sir.

17         Q.    And then she asked you:  Is he --

18  meaning Cristino -- a member of the Latin Kings

19  also?

20                    And you answered:  Yes.

21                    Do you see that?

22         A.    Yes.

23         Q.    Did you give that answer?

24         A.    Yes.
```

JAIME RIOS, 06/30/2023                                        Page 222

```
 1        Q.    And was that a truthful answer?

 2        A.    Yes.

 3        Q.    All right.  Now we're moving on to

 4   page 5.

 5              She asked you what his -- what is

 6   his rank, referring to Cristino.

 7              And you answered:  He's got no rank.

 8   He's a foot soldier just like me.

 9              Did you give that answer?

10        A.    Yes, sir.

11        Q.    And was that a truthful answer?

12        A.    Yes, sir.

13        Q.    Next question:  Did you have a

14   conversation with Tino when you met him?

15              And you said yes -- or yeah.

16              Did you give that answer?

17        A.    Never met with him, no.

18        Q.    So that is not truthful --

19        A.    No.

20        Q.    -- correct.

21        A.    Correct.

22        Q.    Did you give that answer?

23        A.    Yes.

24        Q.    And then the next question she asks
```

1   you:  What did you talk about?

2               And you answered:  I was talking

3   about the guys that came shooting at me.  It had to

4   be Cobras.  I was going up that way.  We wanted to

5   come -- I'm sorry -- He wanted to come with me and

6   he want to meet me on Oakley.

7               Do you see that?

8        A.    Yes, sir.

9        Q.    Did you give that answer?

10       A.    No, sir.

11       Q.    And if you did not give that answer,

12   who did?

13       A.    Riley or Mason.

14       Q.    So that answer there is untruthful?

15       A.    Untruthful.

16       Q.    And then the next question is:  What

17   did he say then?

18               And you answered:  He said all right.

19               Did you give that answer?

20       A.    No, sir.

21       Q.    Who gave that answer?

22       A.    The officers or Riley, one of them two.

23       Q.    And then the next question she asked

24   you was:  Where did he go then?

```
 1                    And you answered:  He went and got
 2    the gun.
 3                    Did you give that answer?
 4         A.    No, sir.
 5         Q.    Who gave that answer?
 6         A.    Riley or Mason.
 7         Q.    Next question she asks you was:  Did
 8    you meet with him on Oakley?
 9                    And your answer was:  We met up on
10    Oakley.
11                    Did you give that answer to her
12    question?
13         A.    No, sir.
14         Q.    So who gave that answer?
15         A.    Mason or Riley.
16         Q.    And was that a truthful answer?
17         A.    No, sir.
18         Q.    And then the next question you were
19    asked was:  How long was Tino gone to get that gun?
20                    And you answered:  At least ten
21    minutes.
22                    Did you give that answer?
23         A.    No, sir.
24         Q.    Who gave that answer?
```

```
 1        A.    Either Mason or Riley.

 2        Q.    And the next question you asked was --

 3   or you were asked was:  Did you see what kind of

 4   gun he had when he came back?

 5              And your answer was:  No.

 6              Did you give that answer?

 7        A.    No, sir.

 8        Q.    Who gave that answer?

 9        A.    Either Barbara or Mason.

10        Q.    And the next question that you were

11   asked was:  Did you know what kind of gun he had?

12              And the answer is:  He had an

13   automatic .22, I think it was.

14              Did you give that answer?

15        A.    No, sir.

16        Q.    Who gave that answer?

17        A.    Ms. Riley or Mason.

18        Q.    And then she asked:  A .22 or a .25?

19              And you answered:  He had a Mag .22

20   or .25.  It was just a small automatic gun.

21              Do you see that?

22        A.    Yes, sir.

23        Q.    Did you give that answer?

24        A.    No, sir.
```

1       Q.     Who gave that answer?

2       A.     Either Jason -- Mason or Riley.

3       Q.     And then she asked you:  What color was

4   his gun; and you said it was black.

5                  You see that?

6       A.     Yes, sir.

7       Q.     Did you give that answer?

8       A.     No, sir.

9       Q.     Who gave that answer?

10      A.     Either Barbara or Mason.

11      Q.     And then the next question was:  Where

12  did he have it?

13                 And you answered:  In his pocket.

14                 Did you give that answer?

15      A.     No, sir.

16      Q.     Who gave that answer?

17      A.     Either Barbara or Riley.

18      Q.     All right.  Moving now to page 6, you

19  were asked:  Where was your gun?

20      A.     Uh-hmm.

21      Q.     And you said:  In my pocket.

22                 Did you give that answer?

23      A.     No, sir.

24      Q.     Who gave that answer?

```
 1        A.    Either Mason or Riley.

 2        Q.    And then it says:  Now, where did you

 3   go?

 4               And you answered:  We went all the

 5   way to Division and Western to look around.

 6               Did you give that answer?

 7        A.    No, sir.

 8        Q.    Who gave that answer?

 9        A.    Either Barbara or Riley.

10        Q.    Next question she asks:  Did you see

11   any Cobras at that time; and your answer is no.

12               Did you give that answer?

13        A.    No.

14        Q.    Who gave that answer?

15        A.    Either Mason or Riley.

16        Q.    Then the next question is:  Did you

17   cross Western?

18               And you answered:  Yeah.

19               Did you give that answer?

20        A.    No, sir.

21        Q.    Who gave that answer?

22        A.    Either Barbara or Mason.

23        Q.    And the next question is:  On what

24   street?
```

```
 1                    And you answer:  From the street.
 2                    And she says:  What street is that?
 3                    And you answer:  We crossed Western
 4   towards -- going to Potomac and Western.
 5                    Did you give the answers to those
 6   questions?
 7        A.    No, sir.
 8        Q.    Who gave the answers to those questions?
 9        A.    Either Mason or Riley.
10        Q.    And then she asks you:  Where did you
11   go then?
12                    And you answer:  We went through the
13   alley in front of a fire station.
14                    Did you give that answer?
15        A.    No, sir.
16        Q.    Who gave that answer?
17        A.    Either Barbara or Mason.
18        Q.    Next question you were asked was:
19                    And what happened when you got there?
20                    And you answered:  Right there he
21   stopped and I told him to wait while I went to the
22   corner of Potomac and Artesian to take a peek.
23                    Did you give that answer?
24        A.    No, sir.
```

1       Q.      Who gave that answer?

2       A.      Either Mason or Riley.

3       Q.      Then the next question she asks you

4    was:  What were you looking for?

5               And the answer is:  I was looking

6    for a little crowd so I could shoot at the Cobras

7    and scare them like they scared without hurting

8    nobody.

9               Do you see that?

10      A.      Yes, sir.

11      Q.      Did you give that answer?

12      A.      No, sir.

13      Q.      Who gave that answer?

14      A.      Either Barbara or Mr. -- or Ms. Riley.

15      Q.      Then she asks you:  Tino was the

16   lookout?

17              Your answer:  Uh-huh.

18              Did you provide that answer?

19      A.      No, sir.

20      Q.      Who gave that answer?

21      A.      Either Barbara or Mason.

22      Q.      Next question she asks you:  What made

23   you think there would be a crowd there?

24              And the answer is:  Because they be

1  selling reefer out there in a crowd.

2             Do you see that?

3      A.    Yes, sir.

4      Q.    Did you give that answer?

5      A.    No, sir.

6      Q.    Who gave that answer?

7      A.    Either Barbara or Mason.

8      Q.    Next question you were asked:  Did you

9  see anybody when you got to Artesian?

10            And your answer was no.

11            Did you give that answer?

12     A.    No.

13     Q.    Who gave that answer?

14     A.    Either Barbara or Mason.

15     Q.    All right.  Now, the next question

16 continues from the bottom of page 6 to the top of

17 page 7.

18            It says:  What did you do then?

19            Answer on the top of page 7:

20            I turned back around, went towards

21 the alley.  Then I passed the alley.  Then two guys

22 in the alley, they told me, who's that.  I told

23 them it's me.  They said all right.

24            Did you give that answer?

```
 1        A.    No, sir.

 2        Q.    Who gave that answer?

 3        A.    Either Barbara or Mason.

 4        Q.    And do you see that there is a

 5   correction there with your initials on three lines

 6   down on the word "they"?

 7        A.    Yes.  That's -- that's what Mason

 8   pointed out.  That's the discrepancy of the

 9   statement that he pointed out.

10        Q.    And then you made a correction and

11   initialed it?

12        A.    He told me it was "they."

13        Q.    I see.

14              And then you made the correction on

15   the statement?

16        A.    He made the correction and I signed it,

17   yes.

18        Q.    Okay.  You initialed it there.

19              That's your initials, JR?

20        A.    Yes.  Under duress, yes.

21        Q.    All right.  So the next question you

22   were asked by Ms. Riley was:  Did you know who

23   these guys were?

24              Answer:  Uh-huh.
```

1              Did you give that answer?

2      A.    No.

3      Q.    Who gave that answer?

4      A.    Either Barbara or Mason.

5      Q.    And then the next question was:

6              How many house away were you from

7    these guys when you saw them?

8              And you answered:  At least three

9    houses away.

10             Did you give that answer?

11     A.    No, sir.

12     Q.    Who gave that answer?

13     A.    Either Barbara or Mason.

14     Q.    Next question you were asked was:

15             Can you identify them as Cobras?

16             Answer:  No.

17             Did you give that answer?

18     A.    No, sir.

19     Q.    Who gave that answer?

20     A.    Either Barbara or Riley.

21     Q.    And then the next question was:

22             Could they identify you as a King?

23             Your answer was:  I doubt it.  I

24    don't think so.

 1                    Did you give that answer?

 2        A.    No, sir.

 3        Q.    Who gave that answer?

 4        A.    Either Mason or Barbara.

 5        Q.    The next question you were asked was:

 6                    Now, at the time you were in the

 7   alley where was Tino?

 8                    Answer:  He's in the other side of

 9   the alley by the fire station.

10                    Did you give that answer?

11        A.    No, sir.

12        Q.    Who gave that answer?

13        A.    Either Barbara or Mason.

14        Q.    And then the next question was:  On the

15   other side of Potomac?

16                    And the answer is:  He was on the

17   same side of Potomac, but he was on the other side

18   of the alley by the firehouse.

19                    Did you give that answer?

20        A.    No, sir.

21        Q.    Who gave that answer?

22        A.    Either Barbara or Mason.

23        Q.    Next question:  Okay.  So what else

24   occurred at this point?

```
 1                    Answer:  At that point we walked.
 2                    Did you give that answer?
 3        A.    No, sir.
 4        Q.    Who gave that answer?
 5        A.    Either Barbara or Mason.
 6        Q.    Next question:  Did a car come by?
 7                    Answer:  Yeah.
 8                    Did you give that answer?
 9        A.    No, sir.
10        Q.    Who gave that answer?
11        A.    Either Barbara or Mason.
12        Q.    Next question:  What kind of car was
13   that?
14                    Answer:  A car came by and asked me
15   if I have any reefer.  I told him no.
16                    Did you give that answer?
17        A.    No, sir.
18        Q.    Who gave that answer?
19        A.    Either Barbara or Mason.
20        Q.    Next question:  What kind of car was it?
21                    Answer:  Four door Chevy.
22                    Did you give that answer?
23        A.    No, sir.
24        Q.    Who gave that answer?
```

```
 1        A.    Either Barbara or Mason.

 2        Q.    Question:  Do you know what color?

 3              Answer:  It was like a goldish

 4    brown, something like that.

 5              Did you give that answer?

 6        A.    No, sir.

 7        Q.    Who gave that answer?

 8        A.    Either Barbara or Mason.

 9        Q.    All right.  Continuing now onto page 8,

10    next question was:  Where was Tino now?

11              Answer:  Tino started walking

12    towards Potomac.

13              Did you give that answer?

14        A.    No, sir.

15        Q.    Who gave that answer?

16        A.    Either Barbara or Mason.

17        Q.    Next question:  Are you walking

18    together?

19              Answer:  Yeah.

20              Did you give that answer?

21        A.    No, sir.

22        Q.    Who gave that answer?

23        A.    Either Barbara or -- or Riley.

24        Q.    Next question:  And you're on the north
```

```
 1   side of Potomac?
 2                   Answer:  Yeah.
 3                   Did you give that answer?
 4        A.    No, sir.
 5        Q.    Who gave that answer?
 6        A.    Either Mason or Barbara.
 7        Q.    Next question:  So when you got to the
 8   corner, which way did you go?
 9                   Answer:  We turned left.
10                   Did you give that answer?
11        A.    No, sir.
12        Q.    Who gave that answer?
13        A.    Either Barbara or Mason.
14        Q.    Next question:  So you're walking north
15   on Western?
16                   Answer:  We turned left, north of
17   Western.
18                   Did you give that answer?
19        A.    No, sir.
20        Q.    Who gave that answer?
21        A.    Either Mason or Barbara.
22        Q.    Question:  North on Western.
23                   Answer:  Yeah.
24                   Did you give that answer?
```

```
 1          A.    No, sir.

 2          Q.    Who gave that answer?

 3          A.    Either Barbara or Mason.

 4          Q.    Next question:  Were you still looking

 5   for Cobras?

 6                Answer:  Yeah.

 7                Did you give that answer?

 8          A.    No, sir.

 9          Q.    Who gave that answer?

10          A.    Either Barbara or Mason.

11          Q.    Question:  What did you see next?

12                Answer:  I seen this guy sitting by

13   a bar.  I told him what's up.  He told me what's

14   up.  We kept walking.

15                Did you give that answer?

16          A.    No, sir.

17          Q.    Who gave that answer?

18          A.    Either Barbara or Mason.

19          Q.    Question:  Could you identify him as a

20   gang member?

21                Answer:  No.

22                Did you give that answer?

23          A.    No, sir.

24          Q.    Who gave that answer?
```

```
 1        A.     Either Barbara or Mason.

 2        Q.     Question:  So you kept on walking.

 3   Then what happened?

 4               Answer:  These two guys came out of

 5   the empty lot and we looked and one of the guys

 6   went towards the street and from the street he

 7   jumped back to the sidewalk.

 8               Did you give that answer?

 9        A.     No, sir.

10        Q.     Who gave that answer?

11        A.     Either Barbara or Mason.

12        Q.     Then you were asked:  So he went like

13   what?

14               Answer:  He went towards the street

15   and from the street he went back to the sidewalk.

16   He went like this towards Cristino (indicating) and

17   Cristino took out his gun and he shot the guy.

18               Did you give that answer?

19        A.     No, sir.

20        Q.     Who gave that answer?

21        A.     Either Barbara or Mason.

22        Q.     Continuing on page 9, you were asked:

23               Let the record reflect that he is

24   holding his hands up in the air with his palms
```

1   facing towards the front.

2                   And you answered:  He went like this

3   (indicating).

4                   Did you indicate for Ms. Riley how

5   the person that was shot was holding his hands up?

6        A.    No, sir.

7        Q.    Who gave that answer?

8        A.    Either Barbara or Mason.

9        Q.    Then you were asked:  And what --

10  strike that.

11                  And then you were asked:  And then

12  what did Tino do?

13                  Answer:  Tino took his gun out of

14  his pocket and shot the guy.

15                  Did you give that answer?

16       A.    No, sir.

17       Q.    Who gave that answer?

18       A.    Either Barbara or Mason.

19       Q.    And then you were asked:  At the point

20  Tino shot the guy how far away from the guy was he?

21                  And the answer is:  He was at least

22  one foot away from the guy.

23                  Did you give that answer?

24       A.    No, sir.

```
 1        Q.    Who gave that answer?

 2        A.    Riley or Mason.

 3        Q.    Next question:  One foot.  He had his

 4   arm outstretched so the gun was a foot away from

 5   the guy when he shot him?

 6                     Answer:  Uh-huh.

 7                     Did you give that answer?

 8        A.    No, sir.

 9        Q.    Who gave that answer?

10        A.    Either Barbara or Mason.

11        Q.    You were next asked:  How many times

12   did he shoot him?

13                     Answer:  Three times.

14                     Did you give that answer?

15        A.    No, sir.

16        Q.    Who gave that answer?

17        A.    Either Barbara or Mason.

18        Q.    Next question:  Were you on the guy --

19   strike that.

20                     Next question:  Where on the guy's

21   body did he hit him?

22                     Answer:  Towards the stomach.

23                     Did you give that answer?

24        A.    No, sir.
```

```
 1       Q.    Who gave that answer?

 2       A.    Either Barbara or Mr. Mason.

 3       Q.    Next question:  Where were you when

 4   Tino was shooting this guy?

 5             Answer:  I was at least five miles

 6   away from him.

 7             Did you give that answer?

 8       A.    No, sir.

 9       Q.    Who gave that answer?

10       A.    Either Barbara or -- or Mason.

11       Q.    Next question:  Five what?

12             Answer:  Five or eight.

13             Did you give that answer?

14       A.    No.

15       Q.    Who gave that answer?

16       A.    Either Barbara or Mason.

17       Q.    Next question:  Feet?

18             Answer:  Yeah, away from him.

19             Did you give that answer?

20       A.    No, sir.

21       Q.    Who gave that answer?

22       A.    Either Barbara or Mason.

23       Q.    Next question:  To the side?

24             Answer:  Towards the sidewalk, yes.
```

```
 1                    Did you give that answer?
 2        A.    No, sir.
 3        Q.    Who gave that answer?
 4        A.    Either Barbara or Mason.
 5        Q.    Next question:  Towards the sidewalk.
 6   Were you in front or behind Tino?
 7                    Answer:  I was in front.
 8                    Did you give that answer?
 9        A.    No, sir.
10        Q.    Who gave that answer?
11        A.    Either -- either Barbara or Mason.
12        Q.    Next question:  In front of Tino and
13   about five to eight feet to the side?
14                    Answer:  Yeah.
15                    Did you give that answer?
16        A.    No, sir.
17        Q.    Who gave that answer?
18        A.    Either Barbara or Mason.
19        Q.    And now we're at the bottom of page 9
20   continuing onto page 10, question you were asked:
21                    There was another guy with the guy
22   who got shot?
23                    Answer:  Yeah.
24                    Did you give that answer?
```

```
 1         A.    No, sir.

 2         Q.    Who gave that answer?

 3         A.    Either Barbara or Mason.

 4         Q.    Next question:  What did he do?

 5               Answer:  He ran through the empty

 6   lot and got lost.

 7               Did you give that answer?

 8         A.    No, sir.

 9         Q.    Who gave that answer?

10         A.    Either Barbara or Mason.

11         Q.    And do you see there's a correction

12   there on that answer three lines down?

13         A.    Yes, sir.

14         Q.    Did you make that correction there?

15         A.    Mason pointed it out and he put a -- he

16   put a "T" on that.

17         Q.    All right.  And is that your initials

18   there?

19         A.    Yes, sir.

20         Q.    Did you put your initials on this page?

21         A.    Yes, sir.

22         Q.    Next question you were asked:

23               He went back to the empty lot?  He

24   was running west through the empty lot?
```

```
 1                    Answer:  Into the empty lot.
 2                    Did you give that answer?
 3        A.    No, sir.
 4        Q.    Who gave that answer?
 5        A.    Either Mason or Riley.
 6        Q.    Next question:  Back into Cobra
 7   territory?
 8                    Answer:  Uh-huh.
 9                    Did you give that answer?
10        A.    No, sir.
11        Q.    Who gave that answer?
12        A.    Either Mason or Riley.
13        Q.    Next question:  What did Tino do after
14   he shot the guy?
15                    Answer:  He was running back across
16   Western.
17                    Did you give that answer?
18        A.    No, sir.
19        Q.    Who gave that answer?
20        A.    Either Barbara or Mason.
21        Q.    Question:  Back to King territory?
22                    Answer:  Yeah.
23                    Did you give that answer?
24        A.    No, sir.
```

```
 1        Q.    Who gave that answer?

 2        A.    Either Barbara or -- or Mason.

 3        Q.    Question:  What did you do then?

 4              Answer:  I was in the middle of

 5   Western and I hollered King Love and I shot twice

 6   towards the air, towards the building.

 7              Did you give that answer?

 8        A.    No, sir.

 9        Q.    Who gave that answer?

10        A.    Either Barbara or Mason.

11        Q.    Next question:  Which building is that?

12              Answer:  Towards the building that

13   was close to the empty lot, that building.

14              Did you give that answer?

15        A.    No, sir.

16        Q.    Who gave that answer?

17        A.    Either Barbara or Mason.

18        Q.    Question:  At the time you shot towards

19   the building where was the guy that was running?

20              Answer:  He was gone.

21              Did you give that answer?

22        A.    No, sir.

23        Q.    Who gave that answer?

24        A.    Either Barbara or Mason.
```

```
 1      Q.    Question:  He was gone?  Where was the
 2   guy who was shot?
 3                Answer:  He was already on the floor
 4   by a car.  A car was right there so I couldn't even
 5   see the guy on the floor.
 6                Did you give that answer?
 7      A.    No, sir.
 8      Q.    Who gave that answer?
 9      A.    Either Barbara or Mason.
10      Q.    Question:  And where did you run then?
11                Answer:  We ran to the empty lot and
12   from there we split up.
13                Did you give that answer?
14      A.    No, sir.
15      Q.    Who -- who gave that answer?
16      A.    Either Barbara or Jay -- or Mason.
17      Q.    And now on the top of page 11, you were
18   asked:  Where did you go then?
19                Answer:  I ran to my mom's house,
20   all the way to Wolcott.
21                Did you give that answer?
22      A.    No, sir.
23      Q.    Who gave that answer?
24      A.    Either Barbara or Mason.
```

```
 1      Q.    It was true that your mother lived on
 2  Wolcott at that time, correct?
 3      A.    Yes, sir.
 4      Q.    Question:  What did you do with that
 5  gun?
 6            Answer:  Well, about two weeks later
 7  I threw it in the lake.  I got rid of it.
 8            Did you give that answer?
 9      A.    No, sir.
10      Q.    Who gave that answer?
11      A.    Either Barbara or Mason.
12      Q.    Next question you were asked by
13  Ms. Riley was:  Jaime, are you under the influence
14  of any drugs or alcohol now?
15            And you answered no.
16            Did you give that answer?
17      A.    Yes.
18      Q.    And was that a truthful answer?
19      A.    Yes.
20      Q.    Next question you were asked:  Have you
21  been promised or threatened anything in return for
22  this statement?
23            And you answered no.
24            Did you give that answer?
```

```
 1        A.    No.

 2        Q.    Who gave that answer?

 3        A.    Either Barbara or Mason.

 4        Q.    Next question you were asked:  Have the

 5  police treated you fairly since you have been in

 6  their custody?

 7              And the answer you -- is:  Yes,

 8  ma'am.

 9              Did you give that answer?

10        A.    No, sir.

11        Q.    Who gave that answer?

12        A.    Either Barbara or Mason.

13        Q.    Question:  You have had something to

14  drink?

15              Answer:  I didn't really want

16  nothing to drink.  Just some water.

17              Did you give that answer?

18        A.    Yes, sir.

19        Q.    And was that truthful?

20        A.    Yes, sir.

21        Q.    Next question:  Have you been allowed

22  to go to the bathroom?

23              And you answered yes.

24              Did you give that answer?
```

```
 1        A.    Yes.

 2        Q.    And was that truthful?

 3        A.    Yes.

 4        Q.    And smoke?

 5              Answer:  Yes.

 6              Did you give that answer?

 7        A.    Yes.

 8              But I don't smoke.  I didn't -- they

 9  never let me out anywhere.

10        Q.    Were you a smoker at the time?

11        A.    No, sir.

12        Q.    Have you ever been a smoker?

13        A.    No, sir.

14        Q.    So that answer is untruthful?

15        A.    Yes, sir.

16        Q.    Next question:  Can you read or write?

17              I'm sorry.  Let me say that again.

18  Strike that.

19              Next question:  Can you read and

20  write?

21              Answer:  Yes.

22              Did you give that answer?

23        A.    Yes, sir.

24        Q.    And was that answer truthful?
```

JAIME RIOS, 06/30/2023                                    Page 250

```
 1        A.    Yes, sir.
 2        Q.    Question:  How far did you go in school?
 3              Answer:  I went through my third
 4   year of high school.
 5              Did you give that answer?
 6        A.    No, sir.
 7        Q.    Who gave that answer?
 8        A.    Either Riley or Mason.
 9        Q.    All right.  And then Ms. Riley states
10   that:  This concludes the statement of Jaime Rios.
11   The time is now 4:51 a.m.
12              Do you see that?
13        A.    Yes, sir.
14        Q.    Do you recall your photograph being
15   taken at the time that you gave your statement to
16   Mason and Ms. Riley?
17        A.    No; no, I do not.
18        MR. POLICK:  Let's mark this as 3.
19                   (Deposition Exhibit No. 3,
20                    Witness Rios, was marked for
21                    identification 06/30/2023.)
22        MR. POLICK:  And for the record, this is a
23   three-page document Bates stamped JGS Rios 178
24   through 180.
```

```
 1   BY MR. POLICK:

 2        Q.    Have you had an opportunity to look at

 3   this document, Mr. Rios?

 4        A.    No, sir.

 5        Q.    All right.  Let me know when you've had

 6   an opportunity to look at it.

 7        A.    All right.

 8        Q.    And do you see on the first page

 9   there's a Polaroid photograph?

10        A.    Yes, sir.

11        Q.    And who is that in the photograph?

12        A.    That's me.

13        Q.    And is that how you were dressed when

14   you were in the interview room at the police

15   station at Grand and Central?

16        A.    Yes, sir.

17        Q.    And does that Polaroid photograph

18   accurately reflect the way you looked?

19        A.    Yes, sir.

20        Q.    And looking at page 2, that's a closer

21   photograph of the same --

22        A.    Yes, sir.

23        Q.    -- photograph on page 1?

24        A.    Yes, sir.
```

```
 1        Q.    And does that photograph accurately
 2   depict how you looked at the police station?
 3        A.    Yes, sir.
 4        Q.    And then the third page is the backside
 5   of that Polaroid photograph.  Do you see that?
 6        A.    Yes, sir.
 7        Q.    And it says there:  Picture taken by
 8   J. Lupa, Area 5, 7-7-89 at 6:10 a.m.
 9              Do you see that?
10        A.    Yes, sir.
11        Q.    And then it lists witnesses, and the
12   first one is Barbara Riley.
13              Do you see that?
14        A.    Yeah.
15        Q.    And the next one is Detective Michael
16   Mason?  Do you see that?
17        A.    Yes.
18        Q.    And then it says Jaime Rios.
19              Do you see that?
20        A.    Yes, sir.
21        Q.    Is that your signature?
22        A.    Yeah, that's my writing.
23        Q.    Looking at photographs we've marked as
24   Exhibit 3, does that refresh your memory at all
```

 1   about your photograph being taken at the station?

 2        A.    No.

 3        Q.    So after you were placed in the bullpen

 4   on the first floor of the police station, was that

 5   the last time that you saw Officer Guevara at the

 6   station?

 7        A.    Yes, sir.

 8        Q.    How about detective or Officer Mason?

 9   Did you see him again?

10        A.    No.

11        Q.    What's the next thing you remember

12   after being placed in the bullpen?

13        A.    Just sitting in the bullpen for about

14   two more days, I believe.

15        Q.    Do you recall participating in a lineup

16   at the Area 5 station at Grand and Central?

17        A.    Yes.

18        Q.    When do you recall that happening?

19        A.    After they put me in the bullpen,

20   they -- they took me and they -- like on the second

21   day, they put me in a lineup.  But then they did

22   two lineups.

23        Q.    So you believe you were in two lineups?

24        A.    Yes, sir.

```
 1        Q.    Were they both at the same time?

 2        A.    They were in the same station and

 3   same -- same time, yes.

 4        Q.    So at Area 5, correct?

 5        A.    Yes.

 6        Q.    And at the same time.

 7        A.    Yes.

 8        Q.    Do you have any idea what time it was

 9   on the second day?

10        A.    No, I do not.

11              But I do can tell you that I was the

12   only one that was in both, and everybody else was

13   in -- there was a crew that they put in one, and

14   then they took that -- that crew out, and then they

15   put another crew in there with me too.

16              I was in both -- in both -- I was in

17   both of those, and in both of them, they changed

18   everybody but me.

19        Q.    How many other people were with you in

20   the first --

21        A.    Four more guys.

22        Q.    And how about the second time?

23        A.    Four more guys, four more different

24   guys.
```

```
 1        Q.    And who came and got you from the
 2   bullpen or lockup to stand in the lineup?
 3        A.    I believe it was Officer Guevara.
 4        Q.    Are you positive?
 5        A.    I'm not too sure if it was him or not,
 6   but I believe it was him.  But he was the one that
 7   pulled me out the bullpen.
 8        Q.    Why do you believe it was Officer
 9   Guevara that took you out of the bullpen for the
10   lineup?
11        A.    I can't remember why he pulled me out.
12   I know they -- he put me on the lineup.  That's for
13   sure.
14        Q.    So do you recall where at Area 5 the
15   lineup took place?
16        A.    Well, if you're in the bullpen and the
17   bullpen is back here (indicating), and I think it
18   was like the room is on this side right here.  And
19   you go in through here and go straight to the line
20   right here like this and you stand.  And on the
21   other side -- on the other side is the glass where
22   they look into.
23             So it's close to the bullpens.  It's
24   right -- the bullpens are right here, and the other
```

 1  room is up here in the front right in front of it.

 2       Q.    Do you recall if it was on the first

 3  floor of the building or --

 4       A.    First floor.

 5       Q.    -- the second floor?

 6             First floor?

 7       A.    Yes, sir.

 8       Q.    And when you were in the first lineup,

 9  did you choose your place in the lineup?

10       A.    No, sir.

11       Q.    Who chose your place in the lineup?

12       A.    The officer.

13       Q.    Which officer?

14       A.    I can't recall what officer it was.

15       Q.    And how about for the second lineup?

16  Did you choose your position in the lineup?

17       A.    No.  The same thing through the little

18  speaker that they got inside the room.  They say

19  stand right here and this guy stand there and that

20  other guy stand there and just line people up like

21  that.

22       Q.    So when you say that you stood in two

23  lineups, did they do one lineup and then do the

24  next one immediately thereafter?

```
 1        A.    Right after.

 2        Q.    Did you have to wait at all between the

 3   lineups?

 4        A.    No.

 5        Q.    So your testimony is that you stood in

 6   the first lineup with four others, correct?

 7        A.    Correct.

 8        Q.    And then you stood in the second

 9   lineup, but they switched out the four others and

10   brought four more --

11        A.    Four --

12        Q.    -- in?

13        A.    -- other guys.  Yes, sir.

14              I was the only one in two different

15   lineups.

16        Q.    Where did you go after the lineups were

17   completed?

18        A.    Back to the bullpen.

19        Q.    And who took you from the lineup area

20   back to the bullpen?

21        A.    Some officer.  I don't remember who.

22              There was the officer that was

23   running the bullpen.

24        MR. POLICK:  Why don't we mark this as Group
```

1   Exhibit 4.

2                         (Deposition Exhibit No. 4,

3                          Witness Rios, was marked for

4                          identification 06/30/2023.)

5   BY MR. POLICK:

6        Q.    Mr. Rios, if you could take a look at

7   those photographs we've marked as Group Exhibit 4

8   and let me know when you've had an opportunity to

9   do that?

10       A.    Yes, sir.

11             Okay.

12       MR. POLICK:  And for the record, Group

13  Exhibit 4 is a series of photographs marked CCPD

14  SDT 630 through 637.

15  BY MR. POLICK:

16       Q.    So looking at the first photograph

17  that's marked at the bottom as 630, do you see

18  yourself in that photograph, Mr. --

19       A.    Yes, sir.

20       Q.    -- Rios?

21             And where are you -- what position

22  are you in in this photograph?

23       A.    I'm in the first spot.

24       Q.    First left or first right?

1        A.    First -- facing me, first right.  Me

2   facing it right there, second.

3        Q.    Okay.  So as we're looking at the

4   photograph, are you on the left or on the right?

5        A.    I'm on my left.

6        Q.    All right.  What are you dressed in?

7        A.    All in red.

8        Q.    And looking at this photograph, do you

9   know if this was the participants -- well, strike

10  that.

11              Looking at this photograph, can you

12  tell whether the four other men that are there are

13  from the first lineup or the second lineup?

14       A.    Well, this -- this doesn't even look

15  like the lineup I was in.

16       Q.    Okay.  What's different about it?

17       A.    Everything because I was on the -- I

18  was on -- I was facing -- facing this right here, I

19  was on the right side, and I didn't have no red.  I

20  didn't have no red on.

21              So where did this lineup come from?

22       Q.    So when we're looking at this

23  photograph and we're looking at it from left to

24  right, you are the gentleman in the first position

1    on the left, correct?

2            A.    Yes.

3            Q.    Is that the way you were dressed when

4    you were at the police station?

5            A.    No.

6            Q.    What were you wearing when you were at

7    the police station?

8            A.    Look at your other picture over there.

9                  That white T-shirt.

10           Q.    Referring to Exhibit 3 that we just

11   looked at?

12           A.    Yes, sir.

13           Q.    And that picture doesn't show what type

14   of pants you were wearing, correct?

15           A.    Shorts.

16           Q.    How do you know you were wearing shorts

17   from this picture we've --

18                       (Simultaneous cross-talk.)

19           A.    Because it was --

20           Q.    -- marked as Exhibit 3?

21           A.    It was summertime and I was riding my

22   bike and I had some white shorts on with a white

23   shirt.

24           Q.    How about the next picture marked as

1   631 at the bottom?

2          A.     It's the same picture.

3          Q.     Okay.  And you are -- looking at the

4   photograph, that's you in the first position on the

5   left?

6          A.     Same position; yes, sir.

7          Q.     And the next one marked as 632, are you

8   in the same position in that photograph?

9          A.     Yes, sir.

10         Q.     First on the left, right?

11         A.     Yes, sir.

12         Q.     Same thing with the next one, 633?

13         A.     Yes, sir.

14         Q.     And then page 634, you're also first on

15  the left, correct?

16         A.     Yes, sir.

17         Q.     And 635, you are first on the left?

18         A.     Yes, sir.

19         Q.     And then the last two photographs,

20  page 636 and 637, is that you in both photographs?

21         A.     Yes, sir.

22         Q.     Does that accurately depict how you

23  looked when you were at the police station

24  following your arrest for the murder of Luis

1    Morales?

2         A.    No, sir.

3         Q.    Why is it not accurate?

4         A.    Because I didn't have red.

5         Q.    You were not wearing any red clothes.

6         A.    No, sir.

7         Q.    Do you know where those clothes came

8    from?

9         A.    No, sir.

10                 Or either -- or either -- either

11   this -- either this lineup is not from that date.

12                 And there was two lineups, and all I

13   see right here is just one.

14                 They had me in two lineups.

15        Q.    After you were taken back to the

16   bullpen, after the lineups were completed, what's

17   the next thing you remember happening?

18        A.    Just go to the bullpen, being cold,

19   sleeping on a slab of steel, trying to get the

20   little shirt I had on covering my arms.  That's it.

21                 That's what I remember.  Feeling

22   cold and sleeping on a slab of steel.

23        Q.    Was anyone in the cell with you?

24        A.    No.

 1      Q.    At some point were you removed from the
 2   bullpen cell?
 3      A.    No, sir.  Just to the lineup and back
 4   to the bullpen.
 5      Q.    Yeah.  I'm talking after you got back
 6   from the bullpen --
 7      A.    No.
 8      Q.    -- after completing the lineup.
 9      A.    No, sir.
10            I stood --
11      Q.    How long did you remain in the bullpen
12   after the lineup?
13      A.    All the way to the day that they
14   grabbed me and took me to County.
15      Q.    Do you know what day that was?
16      A.    I believe it was like three days after
17   I was in there, after I was in the station for
18   about three days; two to three days.
19      Q.    All right.  And you believe it was the
20   last day that you were there that you were taken to
21   the County Jail?
22      A.    Yes, sir.
23      Q.    Did you go to court on that day?
24      A.    No, sir.

1      Q.    Do you remember going through intake at

2    the County Jail?

3      A.    Yes, sir.

4      Q.    Who took you from the bullpen to the

5    County Jail?

6      A.    They came from -- they came from the

7    County, and they transferred me from there to the

8    county.  Two officers, don't remember who they were.

9      Q.    Were they county sheriffs that took you

10   from Area 5 to the County Jail?

11     A.    Well, they had uniforms on.  I don't

12   remember if they were county sheriff.

13     Q.    All right.  Do you know if they were

14   Chicago police officers that took you?

15     A.    Yes.

16     Q.    What kind of uniforms did they have on?

17     A.    They had a blue, blue uniform, like

18   dark blue.

19     Q.    And when you went to the County Jail,

20   were you alone, or did you go with others?

21     A.    I went with others.

22     Q.    Were you in some type of a van or car?

23     A.    No, it was a van.

24     Q.    When you went to the County Jail, do

1    you remember going through the intake process there?

2           A.    Yes, sir.

3           Q.    Do you remember being photographed?

4           A.    I believe so.

5           Q.    Were you fingerprinted?

6           A.    Yes, sir.

7           Q.    Do you recall being examined by an EMT

8    or paramedic when you went through intake?

9           A.    Yes, sir.

10          MR. POLICK:  Mark this as 5.

11                         (Deposition Exhibit No. 5,

12                          Witness Rios, was marked for

13                          identification 06/30/2023.)

14          MR. POLICK:  For the record, Exhibit 5 is a

15   two-page document Bates stamped

16   ConflictsCCSAORiosvGuevara 22 CV 03973-589 and to

17   590.

18   BY MR. POLICK:

19          Q.    Do you see the photograph on the first

20   page of that exhibit, Mr. Rios?

21          A.    Yes, sir.

22          Q.    Is that a picture of you?

23          A.    Yes, sir.

24          Q.    And do you see it says there Cook

1   County Department of Corrections?

2          A.    Yes, sir.

3          Q.    And do you see the date of June -- I'm

4   sorry -- the date of July 8th, 1989, at the bottom

5   of that photograph?

6          A.    Yes, sir.

7          Q.    Does that photograph accurately depict

8   the way you looked when you went into the intake at

9   Cook County Jail?

10         A.    Yes, sir.

11         MR. POLICK:  Mark this as 6.

12                        (Deposition Exhibit No. 6,

13                         Witness Rios, was marked for

14                         identification 06/30/2023.)

15         MR. POLICK:  Okay.  For the record, Exhibit 6

16  is a two-page document.  It's Bates stamped

17  ConflictCCSAORiosvGuevara 22 CV 03973-755, 756.

18  BY MR. POLICK:

19         Q.    Have you had an opportunity to review

20  this document, Mr. Rios?

21         A.    Yes, sir.

22         Q.    When you entered the Cook County Jail,

23  did you make any complaints to anybody about any

24  injuries that you had?

1        A.    No, sir.

2        Q.    Did you make any complaints to anyone

3   about how you were treated at the Area 5 police

4   station?

5        A.    No, sir.

6        Q.    Did you tell anybody at the County Jail

7   that Officer Mason had slammed your head against

8   the table?

9        A.    No, sir.

10       Q.    And looking at the second page of that

11  document we've marked as Exhibit 6, is that your

12  signature at the bottom of the page there where it

13  says patient signature?

14       A.    Yes, sir.

15       Q.    When you went to court following your

16  arrest for the Luis Morales murder, were you able

17  to ever make bond?

18       A.    No, sir.

19       Q.    After the lineups were conducted, were

20  you told that you were identified?

21       A.    No, sir.

22       Q.    No one ever told you you were

23  identified in either of the lineups?

24       A.    No, sir.

```
 1        Q.    And were you at the Cook County Jail
 2   from July 8th of 1989 through your criminal trial?
 3        A.    Yes, sir.
 4        Q.    Including your sentencing?
 5        A.    Yes, sir.
 6        Q.    And then after that, you were
 7   transferred through the Illinois Department of
 8   Corrections.
 9        A.    Yes, sir.
10        Q.    While you were at the Cook County Jail,
11   did you have any cellmates?
12        A.    Yes, sir.
13        Q.    Who do you remember being your
14   cellmates?
15        A.    It's a couple of black guys, couple of
16   white guys.
17        Q.    Do you remember their names at all?
18        A.    No.  They -- it changed so -- it
19   changed so much.  I don't remember those -- I don't
20   remember their name or anything.
21        Q.    While you were at the Cook County Jail,
22   did you see anyone that you knew?
23        A.    Yes.
24        Q.    Who did you know when you were at the
```

```
 1  Cook County Jail?

 2      A.   Well, I knew couple of guys from the

 3  neighborhood that came through, drug cases.

 4      Q.   Were they Latin Kings?

 5      A.   Yeah, some were Latin Kings.  Some were

 6  Cobras.  Some were different gangs.  You know, all

 7  type of different people that I -- that I met and

 8  knew from the street.

 9      Q.   Do you remember who any of those people

10  were?

11      A.   No, I do not know their names.

12      Q.   While you were at the Cook County Jail,

13  did you suffer from any illnesses?

14      A.   No, sir.

15      Q.   Did you have any injuries while you

16  were at the Cook County Jail?

17      A.   No, sir.

18      Q.   Did you ever receive medical treatment

19  while you were at the Cook County Jail?

20      A.   I believe I twisted an ankle, and

21  that's the only medical thing I ever gotten.

22      Q.   Which ankle did you twist?

23      A.   My right.

24      Q.   And how did you do that?
```

1    A.    Playing basketball in the yard.

2    Q.    Were you given medication for that?

3    A.    No.

4    Q.    Were you receiving any medication while

5 you were at the Cook County Jail?

6    A.    No, sir.

7    Q.    Were you ever in any fights while you

8 were at Cook County Jail?

9    A.    No, sir.

10   Q.    Were you ever the victim of any

11 physical assaults?

12   A.    No, sir.

13   Q.    Were you ever sexually assaulted at the

14 Cook County Jail?

15   A.    No, sir.

16   Q.    Did anyone ever threaten your life

17 while you were at the Cook County Jail?

18   A.    Many times.

19   Q.    And what were the circumstances under

20 which that occurred?

21   A.    The guy was -- the guy was loony.  He

22 just wanted to do something to somebody, and he

23 talking out of his door about doing things to

24 people, and he named me too.  So I was like, you

1  know ...

2        Q.    Any problems with rival gangs while you

3  were at the Cook County Jail?

4        A.    No, sir.

5        Q.    So no gang related incidents while you

6  were at the Cook County Jail?

7        A.    No, sir.

8        Q.    While you were at the Cook County Jail,

9  were you ever in any type of segregation or

10  separated from the general population?

11        A.    Yes, sir.

12        Q.    And how many times did that occur?

13        A.    One time.

14        Q.    And why did that occur?

15        A.    Because I was in the school -- I was in

16  the school unit in Cook County in Division 6.  And

17  the kids -- the kids in that unit, they broke the

18  TV and they started cutting each other up and

19  started stabbing each other with the TV pieces and

20  that.

21              And they just grab everybody out

22  the -- out the whole -- out the whole part of that

23  school -- that school room.  So they grabbed

24  everybody that was in that room, and they threw

1   everybody out and put everybody in segregation

2   to -- to the point to find out what really happened.

3                   And then they started doing their

4   investigation and they just started letting people

5   out of seg.  They let me out.  They let some other

6   guys out that didn't have nothing to do with it.

7                   They were just eliminating people

8   from -- from the situation that happened; that they

9   broke a TV and started cutting each other up.

10       Q.    So when you say you were in the school

11  unit, does that mean you were attending classes

12  while you were at Cook County Jail?

13       A.    Yes; yes, sir.

14       Q.    What kind of classes did you --

15                   (Simultaneous cross-talk.)

16       A.    GED classes.

17       Q.    -- attend?

18                   And did you have anything to do with

19  breaking the TV?

20       A.    No, sir.

21       Q.    And how long were you in segregation or

22  separated from others until they sorted this out?

23       A.    About two weeks.

24       Q.    Any other instances where you were in

 1  segregation or separated from the general
 2  population while you were in Cook County Jail?
 3      A.    No, sir.
 4      Q.    Did you witness any other events
 5  similar to what you observed while you were in that
 6  school unit while you were in the Cook County Jail?
 7      A.    Yes, sir.  I seen many, many situations
 8  that happened in there.
 9      Q.    What do you recall or what sticks in
10  your mind about other events of that nature while
11  you were in the Cook County Jail?
12      A.    Seeing people coming out of the deck --
13  seeing people coming out of that deck that they
14  were fighting on coming out with their head busted,
15  stabbed up, bleeding.  Everybody's bleeding,
16  everybody's messed up, and they were coming out of
17  their unit like that.  They were bringing them all
18  out, handcuffed and everything.
19                  But I used to work -- I used to work
20  the food carts serving food to the other units, so
21  I seen a lot of stuff that happened in a lot of
22  units.  And we used to feed them, you know, so yes,
23  I seen a lot of it.
24      Q.    So other than working the food carts,

1  did you have any other jobs or responsibilities

2  while you were in the Cook County Jail?

3       A.    No, sir.  Just the kitchen.

4       Q.    What did you do in the kitchen besides

5  the food carts?

6       A.    That's it.  We'd just go pick up the

7  carts from Division 5 and bring them to Division 6

8  and just spread out the food carts to every unit,

9  and then we feed everybody.

10      Q.    While you were in the Cook County Jail,

11 did you have the opportunity -- opportunity to

12 communicate with your lawyers?

13      A.    Yes.  I had -- I had my two lawyers

14 that I -- that were appointed to me by the state.

15      Q.    That was Mr. Carey?

16      A.    Yes, sir.

17      Q.    And Ms. Shields?

18      A.    Yes, sir.

19      Q.    And other than your lawyers, who else

20 did you communicate with while you were in the Cook

21 County Jail?

22      A.    My mom, my sister, the mother of my

23 child.

24      Q.    That would be Diana Rodriguez?

```
 1         A.    Yes, sir.
 2         Q.    And did those people visit you
 3  regularly while you were at Cook County Jail?
 4         A.    No, sir.
 5         Q.    How many times did your mom visit you
 6  while you were there?
 7         A.    Like once every two, three months.
 8         Q.    How about your sister?
 9         A.    Same thing.  She was the one that used
10  to bring her.
11         Q.    And how many times did Diana Rodriguez
12  visit you while you were in Cook County Jail?
13         A.    She came like two, three times.
14         Q.    Anybody else that visited you while you
15  were in Cook County Jail?
16         A.    No, sir.
17         Q.    Were you allowed to have phone
18  communication with your mom and your sister and
19  your girlfriend?
20         A.    Yes, sir.
21         Q.    And how often were you allowed to do
22  that?
23         A.    You got a phone inside the deck, so you
24  could call every day if you'd like.
```

```
 1                    But I couldn't call every day.  My
 2   family and them didn't have money to be able to pay
 3   for those calls, so ...
 4        Q.    All right.  Earlier, we went through
 5   your incarceration at the Illinois Department of
 6   Corrections.
 7        A.    Correct.
 8        Q.    And you told me all the facilities that
 9   you were at.
10                    Pontiac, then Danville, correct?
11        A.    Yes, sir.
12        Q.    Then Menard and then Dixon.
13        A.    Yes, sir.
14        Q.    And you were released in 2008, correct?
15        A.    Yes, sir.
16                    I got released 2008 from Dixon,
17   Illinois.
18        Q.    Okay.  I'm showing your release date is
19   April 7th of 2008; is that correct?
20        A.    Yes, sir.
21        Q.    During your time in the Illinois
22   Department of Corrections, did you have any
23   cellmates?
24        A.    Yes.
```

1      Q.    Any that you remember?

2      A.    No.

3      Q.    Any that you keep in contact with?

4      A.    No, sir.

5      Q.    All right.  And during the course of

6  the deposition, we talked about certain people that

7  you knew --

8      A.    Correct.

9      Q.    -- while you were in the Illinois

10 Department of Corrections.

11              One of them was your brother

12 Ricardo, correct?

13     A.    Correct.

14     Q.    And Benjamin Carrero was one of them,

15 correct?

16     A.    Correct.

17     Q.    Anyone else that you knew or recognized

18 while you were in the Illinois Department of

19 Corrections?

20     A.    Yeah, Ruben Sanchez.

21     Q.    Oh, yes, you mentioned him.

22     A.    Yes.

23     Q.    Do you know what Mr. Sanchez was

24 incarcerated for?

 1          A.     Yeah.  They had him for murder.

 2          Q.     Anybody else that you recognized or

 3     knew while you were in the Illinois Department of

 4     Corrections?

 5          A.     No.

 6          Q.     Any illnesses that you suffered from

 7     while you were in the Illinois Department of

 8     Corrections?

 9          A.     No, sir.

10          Q.     Were you ever injured while you were in

11     the Illinois Department of Corrections?

12          A.     No, sir.

13          Q.     I assume while you were in the Illinois

14     Department of Corrections you received periodic

15     medical checkups?

16          A.     Yes, sir.

17          Q.     While you were in the Illinois

18     Department of Corrections, did you ever receive any

19     medical treatment for any illness or injuries?

20          A.     No, sir.

21          Q.     Were you ever hospitalized while you

22     were in the Illinois Department of Corrections?

23          A.     No, sir.

24          Q.     Ever have to see any mental health

1  professional while you were in the Illinois

2  Department of Corrections?

3       A.   No, sir.

4       Q.   Were you on any medication while you

5  were in the Illinois Department of Corrections?

6       A.   No, sir.

7       Q.   While you were in the Illinois

8  Department of Corrections, did you ever get into

9  any fights?

10       A.   No, sir.

11       Q.   Were you ever the victim of any

12  physical assaults while you were in the Illinois

13  Department of Corrections?

14       A.   No, sir.

15       Q.   Were you ever sexually assaulted while

16  you were in the Illinois Department of Corrections?

17       A.   No, sir.

18       Q.   Any threats to your life while you were

19  in the Illinois Department of Corrections?

20       A.   Many.

21       Q.   How often did those occur?

22       A.   It depends on who the crazy guy was

23  that threatened people.

24            You got people in there that their

1  mentality is just off the chart, and they'll do

2  anything whatever it is.  They just make threats to

3  people.

4                   And I was -- I gotten threatened

5  before like that because I used to work -- I used

6  to work the hallways, cleaning the hallways and

7  everything in Pontiac.

8       Q.    Threats to your life, were there any

9  that were specific to you where somebody actually

10 came up to you and threatened to take your life?

11      A.    No.  They was just yelling just

12 straight to me from the gates of their room, from

13 the gates of their cell, they'd go ahead and

14 scream, Ahhh, I'm gonna kill you.

15                   Okay.

16      Q.    And where do you recall that occurring?

17 Which institution?

18      A.    Pontiac.

19      Q.    Any threats to your life while you were

20 at Danville?

21      A.    No.

22      Q.    How about at Menard?

23      A.    No.

24      Q.    And how about at Dixon?

```
 1          A.    No.
 2          Q.    So you mentioned you did have some jobs
 3   while you were in the Illinois Department of
 4   Corrections?
 5          A.    Well, they weren't really jobs.  They
 6   were just them being a -- what you call that --
 7   being --
 8          Q.    Trustee?
 9          A.    Yeah, something like that.
10          Q.    Did you ever have trustee status while
11   you were in the Department of Corrections?
12          A.    Yes, sir.
13          Q.    At what institutions?
14          A.    Pontiac.
15          Q.    Did you ever work any jobs like in a
16   kitchen or other jobs while you were in the
17   Department of Corrections?
18          A.    Yes.  I worked that -- that they used
19   to make glasses for Public Aid in Dixon.
20          Q.    Eyeglasses?
21          A.    Yeah.  So I was working the generators
22   in Dixon for eyeglasses for about a year.
23          Q.    Any other jobs that you worked while
24   you were in the Department of Corrections?
```

1          A.     No.

2          Q.     While you were in the Illinois

3   Department of Corrections, were you ever in

4   segregation or removed from the general population?

5          A.     Yes.

6          Q.     How many times?

7          A.     About once or twice.

8          Q.     And which institutions did that

9   occur at?

10         A.     That was all in Pontiac.

11         Q.     And why were you segregated the first

12  time?

13         A.     The first time I was segregated for the

14  simple fact that they found a bag of weed on me.

15  And that's when I -- that's when they gave me that

16  case for the marijuana charge.

17         Q.     The one you eventually were --

18         A.     Plead to, yes.

19         Q.     -- pleaded to?

20         A.     Yes, sir.

21         Q.     That you told us about that earlier.

22                How about the second time you were

23  in segregation?

24         A.     The second time was because of

 1  Ms. Lazar, they put me in segregation, and they

 2  kicked me out the building, and then they kicked me

 3  out the penitentiary.

 4        Q.    When you left the Illinois Department

 5  of Corrections in April of 2008, to your knowledge,

 6  was Ms. Lazar still employed by the Department of

 7  Corrections?

 8        A.    I -- I lost track of all that.  I don't

 9  remember whether she was still -- still working or

10  not.  I believe she was.

11        Q.    And earlier, I asked you about your

12  employment and occupation.

13              Do you have any specialized skills?

14  Like auto mechanic or --

15        A.    I'm an engineer for the Hyatt Regency

16  Hotel, and I do all type of fixes from -- from --

17  from toilets to water to electricity to walls.

18              Yes, I got skills.

19        Q.    Yes.

20              And did you receive that training

21  from a school or institution?

22        A.    I really got all that training from

23  Puerto Rico when I -- when I used to run around

24  after my grandfather.

```
 1        Q.    So you learned from him?
 2        A.    Yeah.  I was the youngest one.  So my
 3   brothers used to be in the street running around,
 4   and I was the only one that kept behind the gate
 5   with the grandpa running around and learning
 6   everything he was doing, because I couldn't --
 7        Q.    What did your --
 8        A.    -- because I couldn't go to the street.
 9        Q.    What did your grandfather do while --
10        A.    He did all type --
11        Q.    -- you were in Puerto Rico?
12        A.    He did all type of carpentry, cement
13   work, gating, welding.
14        Q.    And so you learned those skills from
15   him.
16        A.    Yes, sir.
17        Q.    All right.  While you were in the
18   Illinois Department of Corrections, did you witness
19   any events like the one you described for us while
20   you were in the County Jail?
21        A.    As a riot or something, sure.
22        Q.    Yeah.  Where people were either beat up
23   or --
24        A.    Sure.
```

```
 1        Q.     -- something else that you witnessed?
 2        A.     Sure, yes.
 3        Q.     How often would that happen?
 4        A.     Every two, three months.
 5        Q.     Are there any events that stick out in
 6   your mind that you remember to this day?
 7        A.     Yeah.
 8        Q.     Can you tell us what those are?
 9        A.     Yeah.  The guy got -- got hit in the
10   head with a mop ringer, and they split -- they
11   splitted his head and -- and his brains and blood
12   was all over the floor.
13               So yeah, that's one of the ones that
14   I do remember.
15        Q.     And you said it was -- he was hit with
16   a mop ringer?
17        A.     Yeah.  They took the mop ringer off the
18   mop, and then cracked the guy in the head.
19        Q.     Any other incidents like that you
20   recall while you were in the Illinois Department of
21   Corrections?
22        A.     No, sir.
23        Q.     Did people visit you while you were in
24   the Department of Corrections?
```

 1        A.    My mom and my sister.

 2        Q.    Anybody else that you recall?

 3        A.    No.  Everybody else -- everybody else

 4   just gave it back to me and forgot about me and

 5   left me to rot.

 6        Q.    How about your son?  Did he ever visit

 7   you while you were in the Department of Corrections?

 8        A.    My mom and my sister always had hands

 9   with my son, and I always been in his life.  They

10   always brought him to me, and they -- they still

11   there for him today.

12        Q.    Okay.  So when your mom or your sister

13   or both of them would visit you in the Department

14   of Corrections, would you -- would they bring your

15   son with them?

16        A.    That was the main reason to come, to

17   bring me the kid.

18        Q.    And how often would you see your son

19   while you were in prison?

20        A.    Every two or three months.  Every two

21   or three months I get to see him.

22        Q.    At all the institutions you were at?

23        A.    In every institutions that I was in.

24              Except Menard.  Menard was too far.

```
 1              And in Menard -- in Menard, it goes
 2   like this.  You go to Menard to visit.  You don't
 3   visit the same day you get there.  They'll put you
 4   in a hotel, you stay in the hotel, and then the
 5   next day you go visit.
 6              Then go back to the hotel.  If the
 7   next day you want to come visit, you'll come visit
 8   again, and then -- then after that, they go ahead
 9   and take the trip back home.
10       Q.   I see.
11              So did anyone come visit you while
12   you were in Menard?
13       A.   Just my mom.
14       Q.   But not your son.
15       A.   No.  Too far of a -- too far of a drive
16   for her to be with a kid.
17       Q.   Phone?  Did you communicate by phone
18   while you were in the Department of Corrections?
19       A.   Yes.
20       Q.   And who did you regularly call while
21   you were in the Department of Corrections?
22       A.   My mom and my sister.
23       Q.   Anybody else that you spoke to?
24       A.   Not really, no.
```

```
 1        Q.    Having looked at that phone record with

 2   Mr. Melendez's name on it, has that jogged your

 3   memory in any way about any phone calls you may

 4   have had with him?

 5        A.    No, I never had a phone call with him.

 6   I did the information and everything, but I never

 7   got to calling him and never really got to writing

 8   him or anything.

 9              And that form -- that form is also

10   for like for visiting also, for visitors and stuff

11   like that, and they never even came to visit me

12   either, so ...

13        Q.    So Mr. Melendez never visited you --

14              (Simultaneous cross-talk.)

15        A.    Never visited me.

16        Q.    -- while you were in the Department of

17   Corrections?

18        A.    Yeah, never visited me.  I never spoke

19   to him on the phone.  I never sent a letter to him,

20   nothing.

21        Q.    Now, you filed an appeal of your murder

22   conviction?

23        A.    Yes.

24        Q.    And did you do that on your own, or did
```

1  somebody do that on your behalf?

2       A.    No.  My -- my lawyers were doing it.

3       Q.    And other than that appeal of your

4  murder conviction, did you file any other appeals

5  with the court?

6       A.    Yes.  I -- before -- before my case

7  even started, we went through motion to -- to

8  suppress evidence and all that, and everything was

9  denied by Toomin.

10      Q.    So I'm speaking after you were

11 convicted and in prison.

12            You filed the one appeal for the

13 murder conviction, correct?

14      A.    Yes, that's about it.

15      Q.    Anything else that you filed or recall

16 filing while you were in prison?

17      A.    No, that was it.

18      Q.    Did you have access to the law library

19 while in prison?

20      A.    Yes.

21      Q.    Did you ever prepare any documents or

22 file them while --

23      A.    No.

24      Q.    -- you were in prison?

```
 1        A.    No.  Didn't -- didn't have no knowledge

 2   on how.

 3        Q.    When did Mr. Richards become your

 4   attorney?

 5        A.    What is it, like three years ago?

 6        Q.    He can't answer, so you can give the

 7   best of your memory.

 8        A.    This case been going on -- yeah, you

 9   could say going on three years now.

10        Q.    In the five years before your arrest in

11   July of 1989, so we'll say from 1984 to 1989, were

12   you ever hospitalized?

13        A.    No.

14        Q.    Did you ever suffer from any major

15   illness?

16        A.    No.

17        Q.    Ever suffer an injury?  Major injury?

18        A.    No.

19        Q.    And since you have been released from

20   prison, have you suffered from any major illnesses?

21        A.    No.

22        Q.    Have you suffered from any injuries?

23        A.    No.

24        Q.    Have you been hospitalized at all?
```

```
 1        A.    No, sir.

 2        Q.    Do you see a doctor regularly since

 3 your release?

 4        A.    No, sir.

 5        Q.    You don't have a regular doctor or a

 6 family doctor?

 7        A.    I do, but I don't go there.

 8        Q.    Okay.  When was the last time you saw a

 9 doctor?

10        A.    Ha, ha, ha.  You can take that answer.

11              It's been a while.

12        Q.    Okay.  More than a year?

13        A.    Oh, way more.

14        Q.    Way more.

15        A.    Let's just put it like this:  Since I

16 came out in 2008, I haven't seen one.

17        Q.    All right.  Do you take any medication?

18        A.    No, sir.

19        Q.    Do you have any medical conditions that

20 you know of?

21        A.    No, sir.

22        Q.    Since your release, have you seen any

23 counselor or therapist or mental health

24 professional?
```

1       A.    No, sir.

2       Q.    Are you a smoker now?

3       A.    No, sir.

4       MR. POLICK:  We'll mark this as 7.

5                     (Deposition Exhibit No. 7,

6                      Witness Rios, was marked for

7                      identification 06/30/2023.)

8       MR. POLICK:  Mark this as 8.

9                     (Deposition Exhibit No. 8,

10                     Witness Rios, was marked for

11                     identification 06/30/2023.)

12  BY MR. POLICK:

13      Q.    So, Mr. Rios, when you have had an

14  opportunity to look at what we've marked as

15  Exhibits 7 and 8 to your deposition, let me know,

16  and I'll ask you some questions about that, all

17  right?

18      A.    (Complying.)

19      Q.    Have you had a chance to look at those

20  documents, Mr. Rios, or are you still looking?

21      A.    Yes, sir.

22      Q.    Okay.  I'm going to start with No. 7,

23  and that one is Plaintiff's Answers to Defendant

24  Michael Mason's First Set of Interrogatories to

1    Plaintiff.

2           A.     Uh-hmm.

3           Q.     Do you see that?

4                  Have you ever seen this document

5    before?

6           A.     Yes.

7           Q.     And when was the last time you saw this

8    document?

9           A.     Couple days ago.

10          Q.     And was this one of the documents that

11   you reviewed in order to prepare for your

12   deposition today?

13          A.     Somewhat, yes.

14          Q.     When you say "somewhat," what do you

15   mean?

16          A.     Some of it I reviewed; some of it I

17   didn't.

18          Q.     All right.  And on the last page of

19   that exhibit, there's a verification?

20                  Do you see that?

21          A.     Yes, sir.

22          Q.     And it says:  I declare under penalty

23   of perjury, that the foregoing is true and correct,

24   except for those statements which are made upon

```
 1   knowledge and belief.

 2                  And then there is a signature there.

 3                  Do you see that?

 4       A.    Yes, sir.

 5       Q.    Is that your signature, sir?

 6       A.    Yes, sir.

 7       Q.    Did you review these answers before you

 8   signed this?

 9       A.    Yes, sir.

10       Q.    All right.  And then looking at

11   Exhibit 8, this document is entitled Plaintiff's

12   Answers to Guevara's First Set of Interrogatories

13   to Plaintiff.

14                  Have you seen this document before?

15       A.    Yes, sir.

16       Q.    When's the last time you saw this

17   document?

18       A.    Couple days ago.

19       Q.    And was it also one of the documents

20   you reviewed to prepare for your deposition here

21   today?

22       A.    Yes, sir.

23       Q.    And again, on the last page, there is a

24   verification, correct?
```

```
 1        A.    Yes, sir.
 2        Q.    That states:  I declare under penalty
 3   of perjury, that the foregoing is true and correct,
 4   except for those statements which are made upon
 5   knowledge and belief.
 6                    Do you see that?
 7        A.    Yes, sir.
 8        Q.    And is that your signature there?
 9        A.    Yes, sir.
10        Q.    And did you review the answers to these
11   interrogatories before you signed this document?
12        A.    Yes, sir.
13        Q.    Did you have a best friend while you
14   were growing up in the neighborhood that you lived
15   in on North Wolcott?
16        A.    No.
17        Q.    Any best friends that you're close to
18   today?
19        A.    Ruben Sanchez.
20        Q.    And would you consider Mr. Sanchez your
21   best friend?
22        A.    I consider him a best friend, yes.
23        Q.    You would consider him your best friend?
24        A.    Yes.
```

1       Q.     How often do you see Mr. Sanchez?

2       A.     Once in a blue moon.

3       Q.     Have you ever discussed your case with

4  Mr. Sanchez?

5       A.     No.

6       Q.     Have you ever discussed Detective Mason

7  with Ruben Sanchez?

8       A.     No.

9       Q.     Have you ever discussed Officer Guevara

10 with Ruben Sanchez?

11      A.     No.

12      Q.     Have you ever discussed Officer

13 Halvorsen with Ruben Sanchez?

14      A.     No.

15      Q.     Other than your attorneys, is there

16 anyone else that you discuss your case with?

17      A.     No.

18      Q.     Have you discussed your case at all

19 with any people from the news media?  Any reporters

20 or people from television?

21      A.     No, sir.

22      Q.     Anybody from social media?

23      A.     No, sir.

24      Q.     Have you given any speeches or

```
 1  presentations since your release about your time in
 2  custody and your release?
 3       A.    No, sir.
 4       Q.    Has anyone asked you to do that?
 5       A.    No, sir.
 6       Q.    And you told me earlier you're -- I
 7  think you've been married now 13 years?
 8       A.    Yes.
 9       Q.    Or it's going to be 13 years?
10       A.    Well, yes.  Right now in July 7.
11             July 7th would make 13.
12       Q.    Since you've been released, have you
13  obtained your driver's license?
14       A.    Yes, sir.
15       Q.    And do you drive?
16       A.    Yes, sir.
17       Q.    Have you been able to obtain insurance?
18       A.    Yes, sir.
19       Q.    Not only for driving but also life
20  insurance?
21       A.    Yes, sir.
22       Q.    Have you had any problems adjusting to
23  life outside of prison since you've been released?
24       A.    No, sir.
```

JAIME RIOS, 06/30/2023                                      Page 298

```
 1        Q.    Any problems that you have either in

 2   your daily activities of life?

 3        A.    No, sir.

 4        Q.    Any problems sleeping?

 5        A.    No, sir.

 6        Q.    Any bad dreams?

 7        A.    Yes, one dream.

 8        Q.    What's the one dream you have?

 9        A.    I crashed one of my motorcycles against

10   a frickin car, and I flew over it.  And I still --

11   and I still sometimes jump in my sleep when I dream

12   of it.

13        Q.    Do you own a motorcycle now?

14        A.    Yes, sir.

15        Q.    How many do you own?

16        A.    I have one now.

17        Q.    Okay.  When did you purchase your first

18   motorcycle?

19        A.    I purchased my first motorcycle when I

20   first came home.

21        Q.    Came home, or came back from Wisconsin?

22        A.    Came back from -- no, no, no.  Came

23   back from -- from jail.

24        Q.    Okay.  So about what year would that
```

 1  have been?

 2          A.    About 2009.

 3          Q.    Any other dreams that you have that

 4  affect your daily life?

 5          A.    No.

 6          Q.    When did you obtain your first vehicle

 7  after your release?

 8          A.    About -- about 2009.

 9          Q.    So about the same time as the

10  motorcycle?

11          A.    Yeah.  My -- my cousin came and gave me

12  a Ford Explorer, a little truck, so that helped --

13  that helped me out.  I got my license and that

14  helped me out move around and be able to work and

15  everything.  And I've been doing -- I've been

16  doing -- I've been working since.

17          Q.    Other than your attorneys, is there

18  anyone else that you have discussed about your time

19  in prison?

20          A.    Yes.

21          Q.    Who -- who do you discuss that with?

22          A.    My dad.

23          Q.    Okay.  Anybody else besides your dad?

24          A.    No, just my dad.

```
 1      Q.    And when you speak to your dad about
 2  your time in prison, what -- what do you two
 3  discuss?
 4      A.    Well, my dad used to just tell me to
 5  take it easy, go ahead and be patient, everything
 6  will fall back in place, you know, and do what you
 7  can.  That's what he'd tell me.
 8      Q.    And was your father helpful in your
 9  adjustment back to regular life once you were
10  released?
11      A.    Yes, sir.
12      Q.    How often did you see your father when
13  you were released?
14      A.    When I was released, I went to Puerto
15  Rico and seen him one time.  And it's been like ten
16  years that I haven't been in Puerto Rico, and he
17  just passed like two years ago, so --
18      Q.    Okay.
19      A.    -- yeah.
20      Q.    While you were in the Department of
21  Corrections, did he come to visit you at all?
22      A.    Never.
23      Q.    Okay.  How about when you were in the
24  Cook County Jail?
```

1        A.    Never.

2              He lived in New York, and all -- all

3    he did was just moral support with me.

4        Q.    Okay.  And then at some point he moved

5    from New York back to Puerto Rico?

6        A.    Back to Puerto Rico when he retired,

7    yeah.

8        Q.    Did you ever visit him in Puerto Rico?

9        A.    Yeah.  I only went over there one time,

10   like ten years ago, and I seen him and everything,

11   and then I came back.

12       Q.    Other than your father, is there anyone

13   else that has helped you adjust to life after your

14   release from prison?

15       A.    No, no.

16       MR. POLICK:  All right.  Why don't you give

17   me 5 minutes, and I'll just go through my notes

18   here.  I think I'm just about finished.

19              Some of the other attorneys may have

20   questions but --

21       THE WITNESS:  No problem.

22       MR. POLICK:  -- I think I'm just about done.

23   So why don't we take a 5-minute break and try to

24   wrap this up, all right?

```
 1        THE WITNESS:  Okay.

 2        MR. POLICK:  Thank you.

 3        THE LEGAL VIDEOGRAPHER:  We're off the record

 4   at 5:04 p.m.

 5                      (Recess taken.)

 6        THE LEGAL VIDEOGRAPHER:  We're back on the

 7   video record at 5:09 p.m.

 8   BY MR. POLICK:

 9        Q.   All right.  Mr. Rios, do you understand

10   you're still under oath?

11        A.   Yes, sir.

12        Q.   Since your release from prison, have

13   you participated in any support groups regarding

14   your experience?

15        A.   No, sir.

16        Q.   You told me you like to ride your

17   motorcycle.

18             Do you have any other hobbies that

19   you engage in?

20        A.   No.  I just fix motorcycles.  That's

21   about it.

22        Q.   Do you like to do that work on your

23   motorcycle?

24        A.   Yes, sir.
```

```
 1        Q.    Do you belong to any group of people
 2   that ride their motorcycles?
 3        A.    No.
 4        Q.    And earlier, you told me that both your
 5   son and your stepson live in Ohio, right?
 6        A.    Yes, sir.
 7        Q.    And that they come to visit you maybe
 8   once a year or so?
 9        A.    Yeah, once a year.
10        Q.    Do you ever go to Ohio to visit them?
11        A.    No, I have not.
12        Q.    Is that something you want to do, or
13   you can't do?  Why not?
14        A.    Well, I work too much.  I work like six
15   to seven days.  Sometimes I work the whole seven,
16   sometimes I work six, sometimes -- you know, I
17   never work my five.  I always work either six or
18   seven.
19        Q.    All right.  So it's more of a function
20   of your schedule that you haven't been able to
21   visit them in Ohio?
22        A.    Yes, yes.  Due to the fact that we got
23   to go ahead and pay mortgage and -- and car
24   payments and all the bills and all that.  Yeah, we
```

```
 1  don't have the time to be able to go away yet.

 2       Q.    All right.  And your work at the Hyatt,

 3  do they give you vacation time?

 4       A.    Yes.

 5       Q.    And how much vacation time do they give

 6  you a year?

 7       A.    Well, right now, my vacation time is

 8  coming in rapidly a little bit faster now that I

 9  got seven years in already.  But it all varies of

10  what -- what we can take is probably two weeks only.

11       Q.    And does your wife, does she get

12  vacation time from her job?

13       A.    Yes, sir.

14       Q.    And since you guys have been married,

15  have you gone on vacations?

16       A.    Yes.

17       Q.    Where have you gone?

18       A.    I've been in Hawaii.  I've been in

19  Jamaica.  I've been in Amsterdam.  I've been in

20  Puerto Rico.  I've been in Boston, New York, Iowa,

21  Ohio.  Been mostly everywhere.

22       Q.    And is that something you and your wife

23  enjoy doing when you have vacation time?

24       A.    Well, it only comes once in a while.
```

1   If she want to go on a vacation and we book it and

2   we get it together and we go on a vacation and just

3   come back.

4        Q.    Anything else you guys like to do as a

5   couple when you have time off from work?

6        A.    No.  We work in the same shift.  She

7   works 3:00 to 11:00; I work 3:00 to 11:00.

8   Basically don't really got that much time to do

9   anything.

10            Because we wake up, by the time 3 --

11   2:00 o'clock comes, we're already on the road to

12   work.  And then when it comes to coming home, we

13   come home around 12:30 to 1:00 o'clock in the

14   morning, there's nothing else to do.  We just work

15   and home.

16        Q.    All right.  And anything that you and

17   your wife do as a family, other than visit with

18   your other family members?

19        A.    Go fishing.

20        Q.    Okay.  Is that something --

21        A.    We go by -- yeah.

22        Q.    Is that something you -- you enjoy

23   doing?

24        A.    Yeah.

```
 1        Q.    Who do you do that with?  Your wife or
 2   others?
 3        A.    No.  I go with my wife to Iowa, and
 4   her -- her uncles and cousins and all that over
 5   there in Iowa.  We go to the Mississippi, and we go
 6   fishing while she stay at her mom's with her mom.
 7                 So I go out fishing with her son and
 8   her nephews and cousins and uncles and all that
 9   stuff over there.
10        Q.    Is her family in Iowa?
11        A.    Yes.
12        Q.    Where in Iowa are they from?
13        A.    They're in part of Prairie du Chien.
14        Q.    All right.  And then you told me that
15   you still have a relationship with your sister
16   Elizabeth?
17        A.    Yes.
18        Q.    How often do you see her?
19        A.    I don't see her often.  I see her like
20   every -- once every two months probably.
21        Q.    And your brothers Ricardo and Juan, how
22   often do you see them?
23        A.    I see them mostly every day.
24        Q.    Are there things that you do together
```

1    as brothers?

2         A.    No.

3         Q.    Have there ever been any family

4    problems or issues as a result of your

5    incarceration?

6         A.    No.

7         Q.    Any problems or issues with your family

8    regarding this lawsuit that you filed?

9         A.    No.

10        MR. POLICK:  Mr. Rios, I thank you for your

11   time.  I don't have any further questions.  Some of

12   the other attorneys may, but I am -- I'm through.

13        THE WITNESS:  Okay, thank you.

14        MS. CARNEY:  Hi, Mr. Rios.  This is Theresa

15   from the City.  I have no questions.

16        THE WITNESS:  Okay.

17                       EXAMINATION

18   BY MS. McGRATH:

19        Q.    Hi, Mr. Rios, I'm Megan McGrath.  I

20   represent defendant Guevara.  I have a couple of

21   questions hopefully, but this will probably be

22   quick.  Just some things I want to make sure I

23   understand.

24             Earlier when you were answering some

1  questions with Mr. Polick, you talked about that

2  your mom knew defendant Guevara?

3       A.    Yes, she did.

4       Q.    And you said something about that

5  she -- she had gotten into an argument with him?

6       A.    Yeah.  She got into a little

7  altercation with him for the simple fact that he

8  was running around the neighborhood just snatching

9  kids chains and taking their money and stuff like

10 that.

11            He was being -- he was being a thug.

12      Q.    That's how you -- when you say "being a

13 thug," that's what you would describe it as?

14 Grabbing things from neighborhood kids?

15      A.    Taking stuff from people that don't

16 belong to him, of course.

17            If I take something from somebody,

18 I'm a thug.  I'm taking your stuff, and it doesn't

19 belong to me so why am I taking it?

20            So that's what he was doing because

21 he -- he used to tell the guys, Well, if you ain't

22 got receipt for this -- show me a receipt, and I'll

23 give it back to you.

24            So that's -- that's the way he used

1  to operate in the streets.  He was a thug.

2      Q.    And that was -- I remember you

3  described him that way, and that was the question I

4  was going to ask you.

5          That's what your -- that's what your

6  description was based on?

7      A.    That's the description everybody got of

8  him in the streets.

9      Q.    So that was a common phrase on the

10  streets?

11      A.    Yes.

12      Q.    When your -- and you said how your

13  mother had the disagreement with him.

14          Were you there?  Did you witness

15  that?

16      A.    No.  My mom told me about it, that she

17  had an argument with him, because we used to live

18  on top of a bar.  And he --

19      Q.    Okay.

20      A.    He came right in front of the bar and

21  my mom seen him, and she went and spoke with him.

22  And she started arguing with him about -- she said

23  that she started arguing with him about him abusing

24  other kids in the neighborhood.

```
 1        Q.    And what else did she tell you about
 2   that encounter with him?
 3        A.    That was it.  That they just said two,
 4   three words to each other and he left.  Nothing
 5   more.
 6        Q.    And what kind of timeline was it
 7   between when that incident happened that your mom
 8   was telling you about and your own arrest?
 9        A.    Oh, no.  That was way like in -- like
10   in 80 -- 80 -- you could say like '84.  80 --
11        Q.    The incident with your mom?
12        A.    Yeah, the incident with my mom.  Like
13   '83, '84, you know.
14        Q.    Okay.
15        A.    Yes.
16        Q.    And are you aware of any other
17   incidents your mom might have had with Detective
18   Guevara?
19        A.    No, she -- she only had that little --
20   she only had that little incident with him and that
21   was it.  She never had anything else with him.
22        Q.    Are you aware of your mom having any
23   other incidents with other police officers besides
24   Detective Guevara?
```

1          A.     No; no, ma'am.

2          Q.     And another question I had, just again

3    making sure I'm understanding, you described

4    earlier that the officers who had arrested you and

5    brought you to the station when you met with the

6    attorney and there's a whiteboard, all of the

7    officers were dressed in plainclothes?

8          A.     Everybody that was around my house and

9    everybody that he let in my house were in

10   plainclothes, yes.  Even the officer --

11         Q.     And --

12                       (Simultaneous cross-talk.)

13         A.     Even the officer --

14         Q.     Can you describe that?

15         A.     Plainclothes is like regular shirt,

16   jeans, and gym shoes.

17         Q.     Were any of the officers either --

18   maybe not at your house, but that when you got to

19   the station, were any of the officers you talked to

20   there wearing like a button-down shirt, or not

21   jeans but, you know, what you may call

22   business pants?  Like khakis?

23         A.     No.  They all have jeans and regular

24   little shirts and some gym shoes and their -- and

```
 1  their equipment.  That's it.

 2       Q.    And what do you mean by "equipment"?

 3       A.    Equipment.  Their gun, their belt,

 4  their handcuffs, their walkie-talkie.

 5       MS. McGRATH:  Okay.  Thank you for answering

 6  that for me.  Those are the questions I had.

 7  Appreciate it.

 8       THE WITNESS:  No problem, thank you.

 9                      EXAMINATION

10  BY MR. STEPHEN RICHARDS:

11       Q.    Okay.  I have some questions, okay?

12       A.    Yes, sir.

13       Q.    So, Jaime, let's just start -- starting

14  with the last thing.

15            As you described them, the officers

16  wearing civilian clothes -- T-shirts, jeans,

17  sneakers, and then all their police equipment --

18  was that -- do you know what gang TAC means or gang

19  tech?  Plainclothes officers, not detectives, but

20  the officers who ride around?

21       A.    Like graing -- gang crime detectives?

22       Q.    Gang crimes, yes.

23       A.    Yes.

24       Q.    Okay.  Is that the way gang crimes
```

 1  detectives or gang crimes officers rather

 2  usually -- usually dressed when they walked around

 3  on the streets?

 4        A.    Yes, no uniforms.

 5        MS. McGRATH:  Objection, foundation.

 6                  (Simultaneous cross-talk.)

 7        MS. CARNEY:  Objection, foundation.

 8                  Sorry, Mr. Rios.

 9        MR. STEPHEN RICHARDS:  Okay, yeah, you've

10  answered the question.  The objections -- the

11  objections are noted.

12  BY MR. STEPHEN RICHARDS:

13        Q.    And was that the way Officer Guevara

14  dressed when he rode around the neighborhood?

15        A.    Yes, sir.

16        Q.    And these officers, do they ride around

17  in marked cars, or do they ride around in another

18  sort of car?

19        A.    Unmarked cars.

20        Q.    And do you know the phrase detective

21  car?  What that means?

22        A.    No, I don't.  I do not know that

23  phrase.

24        Q.    Okay.  Cars where it's -- it looks

 1   like -- it looks like any other car but the license

 2   plate is slightly different so you can tell it's an

 3   officer?

 4        A.    Yes.

 5        Q.    Okay.  And that's the kind of car they

 6   were riding around in, correct?

 7        A.    Well, basically the cars they were

 8   driving were like Crown Victorias.

 9        Q.    Right.

10        A.    And Fords, so yes.

11        Q.    And it had a special license plate so

12   you could tell that's an officer if you're looking

13   at the license plate, correct?

14        A.    Yes.

15        Q.    Okay.  Now, in terms of -- you said

16   that Guevara was known as a thug and that you had

17   had encounters with him before, correct?

18        A.    Correct.

19        Q.    One of the encounters being a time when

20   he arrested you on a marijuana case, correct?

21        A.    Correct.

22        Q.    And you beat that marijuana case,

23   correct?

24        A.    They threw it out, yes.

 1       Q.    When you encountered Guevara after

 2   the -- well, just in general when you encountered

 3   Detective Guevara, was he friendly with you?

 4       A.    No.

 5       Q.    Was he hostile towards you?

 6       A.    Always.

 7       Q.    Did it seem to you that he had

 8   something in for you?

 9       A.    For everybody in the neighborhood.

10       MS. McGRATH:  Objection, foundation.

11       THE COURT REPORTER:  I apologize.  Was

12   that --

13                    (Simultaneous cross-talk.)

14       MR. STEPHEN RICHARDS:  That was --

15       THE COURT REPORTER:  -- Ms. McGrath?

16       MR. STEPHEN RICHARDS:  -- objection,

17   foundation.  That's noted, but I'm also going to

18   clarify.

19   BY MR. STEPHEN RICHARDS:

20       Q.    During the period leading up to 1989,

21   was there any period before then when you had a

22   good or a friendly relationship with -- with Ray

23   Guevara?

24       A.    Ever, no.

```
 1        Q.    And was there other -- was there ever a
 2   period when he didn't appear hostile towards you?
 3        A.    No.
 4        Q.    Now, do you know anything -- and that
 5   incident with your mother, that was something she
 6   told you about.  That she had --
 7        A.    Yes.
 8        Q.    -- she had called out Guevara for the
 9   things he was doing in the neighborhood, right?
10        A.    Yes.
11        Q.    By the way, were people in the
12   neighborhood afraid of Guevara or indifferent to
13   him?
14        A.    Afraid.
15        MS. McGRATH:  Objection, form, foundation.
16   BY MR. STEPHEN RICHARDS:
17        Q.    And when you heard people talk in the
18   neighborhood, when people talked, would they
19   talk -- would they express fear of Guevara?
20        A.    Yes.
21        Q.    Okay.  How many people to your
22   knowledge, besides your mother, actually confronted
23   Guevara about the bad things he was doing?
24        MS. McGRATH:  Objection, form, foundation.
```

```
 1         MR. POLICK:  Join.
 2  BY MR. STEPHEN RICHARDS:
 3         Q.    Noted, but if you can answer the
 4  question, if you need me to repeat it, I'll repeat
 5  it.
 6         A.    I have no knowledge of anymore people
 7  that besides my mom that said anything to him.
 8         Q.    Now, did you know anything about
 9  Guevara's relationship with Cristino Garcia?
10         A.    I believe --
11         MS. McGRATH:  Objection, form.
12         MR. STEPHEN RICHARDS:  The objection is
13  noted.
14  BY MR. STEPHEN RICHARDS:
15         Q.    The question -- first question is:  Do
16  you -- just yes or no.
17               Do you know anything about Guevara's
18  relationship with Cristino Garcia?
19         A.    Yes.
20         Q.    What do you know about Guevara's
21  relationship with Cristino Garcia?
22         A.    He -- he locked up --
23         MS. McGRATH:  Objection, foundation.
24         MR. STEPHEN RICHARDS:  Objection noted.
```

```
 1        THE WITNESS:  He incarcerated Cristino Garcia

 2   before for a shooting in Clemente High School.

 3   BY MR. STEPHEN RICHARDS:

 4        Q.    When did Guevara arrest Cristino for a

 5   shooting at Clemente High School?  What year was

 6   that, if you know?

 7        A.    I believe it was probably 80 --

 8        MS. McGRATH:  Same objection.

 9        MR. STEPHEN RICHARDS:  Objection noted.

10        THE WITNESS:  I believe it was '83, '84,

11   somewhere around there.

12   BY MR. STEPHEN RICHARDS:

13        Q.    Okay.  And what happened with that case?

14        A.    Cristino got --

15        MS. McGRATH:  Objection, foundation.

16        MR. STEPHEN RICHARDS:  Noted.

17   BY MR. STEPHEN RICHARDS:

18        Q.    What happened with that case?

19        A.    Cristino got a couple of years for that

20   case.  He got convicted for that.

21        Q.    Okay.  And leading up, you know, to in

22   the years 1988 or '89, do you know anything about

23   Guevara's relationship with Cristino Garcia at that

24   point?
```

```
 1        A.    No, sir.

 2        Q.    Now, you say that Guevara showed you a

 3   gang book.  Do you remember that testimony?

 4        A.    Yes.

 5        Q.    Now, that was when -- on July 6th or

 6   July 7th of 1989 when you were under arrest at the

 7   police station, correct?

 8        A.    Correct.

 9        Q.    And the photograph he showed you was of

10   somebody named Mike, correct?

11        A.    Yes.

12        Q.    And you don't remember Mike's last name.

13        A.    No.

14        Q.    Did Mike have the nickname Little Mike?

15        A.    Yes.

16        Q.    How well did you know Little Mike?

17        A.    I known him for about three years when

18   I was in the neighborhood.

19        Q.    Could you describe Little Mike?

20        A.    Well, he's about my height, skinny a

21   little bit, a little bit taller than me.  He was

22   about five-eleven, long black hair, slim, like

23   140 pounds, and light-skinned.

24        Q.    Okay.  And what race or ethnic origin
```

 1  was Little mike?

 2        A.    He was Puerto Rican, Italian.

 3        Q.    Now, Little Mike, when is the last time

 4  you saw him?

 5        A.    Last time I saw him was the day that

 6  they came and picked me up or the day that they

 7  came and arrested me.  That's the day -- that's the

 8  last time I seen him.

 9        Q.    Okay.  Describe the circumstances of

10  seeing Little Mike on July 7th.  How did that

11  happen?

12        A.    We were -- we were on the side of the

13  school.  We were on the side of the school, and

14  Guevara and -- Guevara and his partner came and

15  parked right there.  They started taking pictures

16  of all of us.

17              He grabbed Little Mike, threw Little

18  Mike in the car.  I went up to Mr. Guevara and I

19  told him, You want me -- You want me too?  You need

20  me to go with you too?

21              He said, No, Rios.  Get out of here.

22              And I left.

23        Q.    And he grabbed Little Mike.

24        A.    And he took Little Mike.

```
 1              And at night, he came and picked me
 2   up at night --
 3        Q.    Okay.
 4        A.    -- that same day.
 5        Q.    Do you have any idea of what -- now,
 6   when he took Little Mike earlier that day on
 7   July 6th, did he -- did Little Mike go with him
 8   voluntarily, or did he take -- throw him in the
 9   car?  How did it occur?
10        A.    No, he just grabbed him and threw him
11   in the car.
12        MS. McGRATH:  Objection, form.
13   BY MR. STEPHEN RICHARDS:
14        Q.    Okay.  Did it appear to you that Little
15   Mike was going with Guevara voluntarily?
16        A.    No, sir.
17        Q.    Was Guevara with a partner at that
18   point?
19        A.    Yes, sir.
20        Q.    Do you know who the partner was?
21        A.    No, sir.
22        Q.    Now, how many hours before you were
23   arrested by Guevara did you see Guevara pick up
24   Little Mike?
```

1      A.    Well, he picked up Little Mike around

2  12:00 in the afternoon or 1:00 o'clock in the

3  afternoon.

4            And then at nighttime, he came to

5  the neighborhood and he grabbed me when I was in

6  the sidewalk with my bike.

7            He grabbed me, he say he wanted to

8  talk to me, and I told him, For what?  And he just

9  grabbed me and say, Come on --

10     Q.    Okay.

11     A.    -- and took me to the back of the house.

12     Q.    Okay.  Now, do you know of anyone who

13  could help any of us locate Little Mike?

14     A.    No, I do not.

15     Q.    When Guevara came to you said grab you,

16  did you go with him to the police station

17  voluntarily?

18     A.    No, sir.

19     Q.    Did he ever show you a warrant for your

20  arrest?

21     A.    No, sir.

22     Q.    Did he ever -- did he ever at that

23  point give you your Miranda warnings?

24     A.    No, sir.

1      Q.    After you got to the police station,

2  when was the first time that anyone ever gave you

3  Miranda warnings?

4      A.    When they took me to the next room and

5  Barbara Riley read -- read my Miranda rights.

6      Q.    Okay.  So just to be clear, Guevara

7  never gave you your Miranda warnings, correct?

8      A.    No, sir.

9      Q.    And Mason never personally gave you

10  your Miranda warnings, correct?

11      A.    Correct.

12      Q.    But Mason was there when Barbara Riley

13  gave you the Miranda warnings, correct?

14      A.    Yes.

15      Q.    Now, you had never -- first of all, let

16  me make absolutely clear.

17            Are you just making up or inventing

18  your testimony that Mason grabbed your hair and

19  slammed you -- your face on the table?  Are you

20  just fabricating that?

21      A.    No, sir.

22      Q.    You had never met Mason before that

23  day, correct?

24      A.    Correct.

1      Q.    You had met Guevara, correct?

2      A.    Correct.

3      Q.    And you've told us that Guevara had the

4    reputation in the neighborhood as a thug or as a

5    dirty cop, correct?

6      A.    Yes, sir.

7      MS. McGRATH:  Objection, form.

8      MR. STEPHEN RICHARDS:  Noted.

9  BY MR. STEPHEN RICHARDS:

10     Q.    If you wanted to just make something

11   up, wouldn't you have said that Guevara slammed

12   your head against the table?

13     MR. POLICK:  Objection, form, argumentative.

14  BY MR. STEPHEN RICHARDS:

15     Q.    You can answer.

16     MS. McGRATH:  Join.

17     THE WITNESS:  No.

18  BY MR. STEPHEN RICHARDS:

19     Q.    Okay.  Well, but the person you're --

20   the person you're saying did it is a person -- not

21   a person known to be a dirty cop, but a person who

22   you had never met before, correct?

23     A.    Correct.

24     Q.    And you're testifying to that because

1  it's true, correct?

2       A.    Correct.

3       MR. STEPHEN RICHARDS:  Am I still connected?

4                    (Discussion off the record.)

5  BY MR. STEPHEN RICHARDS:

6       Q.    We'll get back to your interrogation,

7  but I have some questions on some other topics.

8                    Now, you said that you had worked

9  for three weeks in May of 1989 at the Holiday Inn

10 in Evanston, correct?

11      A.    Correct.

12      Q.    Do you know which Holiday Inn in

13 Evanston that was?  What the address was

14 approximately?

15      A.    No, I don't.

16      Q.    Okay.  About how far was that Holiday

17 Inn in Evanston from where you lived?

18      A.    About 45 minutes.

19      Q.    Okay.  Now let's talk about the lineups

20 for a moment.

21                    You were shown -- did you mark these

22 as -- did you number your exhibits?

23                    Okay.  This is -- I'm sorry.  This

24 is Exhibit No. 4.

1          First of all, let me just -- that's

2    fine.

3          You were shown Exhibit No. -- well,

4    that's not it either.  Oh, yeah, this is --

5    A.    That should be it.

6    Q.    Yeah, but this one is not marked as an

7    exhibit.

8    A.    Don't worry about it.

9    Q.    Okay.  So Exhibit No. 3, which you've

10   been shown, that shows you in a white T-shirt,

11   correct?

12   A.    Yes, sir.

13   Q.    And that's the exhibit that was signed

14   by you, by Riley, and by Mason at 6:10 a.m. on

15   July 7th, 1989.  That's what it says, correct?

16   A.    Correct.

17   Q.    So that would have been taken shortly

18   after, within a couple of hours after the court

19   reported statement, right?

20   A.    Correct.

21   Q.    Now, Exhibit No. --

22   A.    5.

23   Q.    -- 5, the Cook County Jail photograph,

24   that shows you -- that's the photograph taken of

 1  you when you entered Cook County Jail on the 8th of

 2  July, the next day, correct?

 3       A.   Correct.

 4       Q.   All right.  That photograph also shows

 5  you in a white T-shirt, does it not?

 6       A.   Correct.

 7       Q.   And to be more precise, it shows you in

 8  a white tank top T-shirt, correct?

 9       A.   Correct.

10       Q.   You can see the straps, right?

11       A.   Yes.

12       Q.   And that appears to be the same T-shirt

13  you were in on July 7, 1989, at 6:10 a.m., correct?

14       A.   Correct.

15       Q.   Do you have any explanation as to why

16  in these lineup photographs, which are marked as

17  Exhibit 4, you're not in a white tank T-shirt;

18  you're in a red sweatshirt and sweatpants?

19            How did that happen?  Do you know?

20       A.   I have no idea where that lineup comes

21  from.

22       Q.   Okay.  Do you remember --

23       A.   There were two lineups, and this ain't

24  it.

JAIME RIOS, 06/30/2023                                    Page 328

```
 1        Q.    Okay.  This isn't it?

 2        A.    (Nodding.)

 3        Q.    Okay.  And do you have any memory of

 4  being asked by detectives to put on white sweats

 5  and a white -- a red sweatshirt and red pants?

 6        A.    No, sir.

 7        Q.    And in fact, some of the other people

 8  in the lineup are wearing -- are wearing tank

 9  top -- three of the people in the lineup are

10  wearing tank top T-shirts, correct?

11        A.    Correct.

12        Q.    And two of them are wearing shorts,

13  correct?

14        A.    Correct.

15        Q.    Now, July of 1989, the day you were

16  picked up, that was a hot day, was it not?

17        A.    Correct.

18        Q.    You were wearing shorts and a T-shirt,

19  correct?

20        A.    I was wearing white shorts and a white

21  T-shirt.

22        Q.    You weren't wearing sweatpants.

23        A.    No, sir.

24        Q.    Or a sweatshirt.
```

```
 1         A.    No, sir.

 2         Q.    Now I'd like to show you what was

 3  marked as -- the court reported statement that was

 4  marked as -- I don't know if you have it in your

 5  pile.

 6                Okay.  Showing you what's marked

 7  as -- as Exhibit No. 2, right?

 8         A.    Correct.

 9         Q.    So I have some questions for you about

10  this.

11                First of all, you testified that

12  the con -- you had a conversation with Barbara

13  Riley and with Michael Mason where Michael Mason

14  was using a whiteboard where he made marks and made

15  drawings while you were being questioned, correct?

16         A.    Correct.

17         Q.    Now, during that interview, was Barbara

18  Riley asking questions, was Michael Mason asking

19  questions, or were they both asking questions?

20         A.    They both.

21         Q.    They were both asking questions.

22         A.    (Nodding.)

23         Q.    Correct?

24         A.    Correct.
```

```
 1        Q.    In this -- and do you know if that
 2   conversation where they were both asking questions
 3   was recorded in any way by an audiotape or
 4   videotape, court reporter, anything like that?
 5        A.    I do not remember, no.
 6        Q.    Okay.  In the statement that you're
 7   being shown, the typed statement --
 8        A.    Uh-hmm.
 9        Q.    -- it appears that -- oh, and the
10   conversation that occurred with Riley asking
11   questions and Mason asking questions, that occurred
12   when only the two of them were present in the room,
13   correct?
14        A.    Correct.
15        Q.    And what time do you remember getting
16   into the police station?
17        A.    Possible 8:00 or 9:00; 8:00 or
18   9:00 o'clock --
19        Q.    Okay.
20        A.    -- at night.
21        Q.    Did you sit for a period of time before
22   anyone questioned you, or did people question you
23   right away?
24        A.    They took me to the second floor.
```

1  After this guy slammed me, they started questioning

2  me and giving me facts and things like that about a

3  story that -- telling me that I was -- that to tell

4  them about a murder.  That I killed the guy and I

5  was with the guy that killed the guy, and they

6  started feeding all type of --

7       Q.    I understand, and we'll get to some

8  details later on.

9              But the point is this:  Do you have

10 any idea or memory now of how long that first

11 converse -- conversation that occurred in the first

12 room before you met Barbara Riley, how long that

13 conversation lasted?

14      A.    About a quick 15 to 20 minutes.

15      Q.    And after that conversation, do you

16 remember how long it was before you were brought in

17 to see Barbara Riley?

18      A.    About 5 minutes or so.

19      Q.    Okay.  And the conversation that you

20 had with Barbara Riley and Michael Mason where he's

21 using the whiteboard, do you have any idea how long

22 that lasted?

23      A.    About 30 minutes.

24      Q.    Okay.  Do you see on this statement

```
 1   where it says the court reported statement was

 2   taken at 4:39 a.m.?

 3        A.    Uh-hmm.

 4        Q.    Do you see that?  Yes?

 5        A.    Yes, I see it.

 6        Q.    Okay.  Now, knowing that, would it be

 7   fair to say that this must have been a conversation

 8   that took place after the first conversation with

 9   Barbara Riley and Mason where they're both asking

10   questions?

11        A.    Yes.  It happened around 4:00,

12   4-something in the morning, yes.  That's the second

13   conversation.

14        Q.    And that conversation, do you have a

15   clear memory of that, or are you not certain about

16   that third -- that second conversation with Barbara

17   Riley?

18        A.    I'm not too clear not, too sure about

19   it.

20        Q.    All right.  And are you positive as you

21   sit here now that during this conversation where

22   the court reported statement was taken whether

23   there was a court reporter in the room or not?

24        MR. POLICK:  Asked and answered.
```

```
 1   BY MR. STEPHEN RICHARDS:

 2         Q.    You can answer.

 3         MR. POLICK:  You can answer.

 4         THE WITNESS:  No, I do not.

 5   BY MR. STEPHEN RICHARDS:

 6         Q.    Okay.

 7         A.    Do not remember if there was anybody

 8   else there.

 9         Q.    Okay.  But even if there had been a

10   court reporter there, the court -- the person who

11   was asking the questions was Barbara Riley, correct?

12         A.    Correct.

13         Q.    Not the court reporter.

14         A.    Not the court reporter.

15         Q.    Now, I'd also like to go over some

16   details of the statement with you.

17               First of all, if you look at page --

18   I'll use my copy.

19               Look at page -- looking at the top,

20   because you were given some questions about whether

21   your answers were accurate.

22         A.    On page 3?

23         Q.    Yeah, on page 3, the first question:

24   Calling your attention to the evening of June 27,
```

1   1989, that was a Tuesday night, what were you

2   doing?

3                And then there's a series of answers

4   about being with your brother-in-law, your friend

5   Lamont, and a shooting taking place and all that.

6         A.    Yes, sir.

7         Q.    Now, did that shooting take place on

8   June 27th, or did it take place on a different day?

9         A.    Took place on a different date.

10        Q.    Which date was that?

11        A.    It was July 2nd or 3rd.

12        Q.    Okay.  So the point -- the -- aside

13  from the details, the answer to the question where

14  it says, June 27th, 1989, is that an accurate

15  statement of the date when that event happened or

16  inaccurate statement?

17        A.    It's an inaccurate statement of this

18  happening on that date.

19        Q.    Okay.  So in other words, what you

20  testified to before, that this an accurate account

21  of an event, that's true, but it's not true it

22  happened on June 27th, correct?

23        A.    Correct.

24        Q.    Now, throughout, you were asked

1  questions about whether things in the statement,

2  whether they came from you or they were supplied by

3  Barbara Riley and Mason.

4              Do you remember those questions you

5  were being asked before?

6        A.    Yes.

7        Q.    And you were asked a lot of them.  I

8  won't go through all of them.

9              But would it be fair to say that

10 your testimony here today, just like your testimony

11 at trial, was that that information was supplied to

12 you by Barbara Riley and Detective Mason?

13       A.    Yes, sir.

14       Q.    But that these were words that you said

15 because that's what they supplied you with, correct?

16       A.    Correct.

17       Q.    So the words are yours, but the meaning

18 is -- the meaning and the truth is from them,

19 correct?

20       A.    It was led by them; yes, sir.

21       Q.    They're supplying the information.  Not

22 you, correct?

23       A.    Yes, sir.  Even on the board, he just

24 kept on, This way and that way and ...

```
 1        Q.    Now, let me also talk to you about some
 2   other things in -- in your statement.
 3               Let's take a look at page -- page 4,
 4   right?
 5        A.    Correct.
 6        Q.    Where you say that your gun is a
 7   .38 snubnose.  Do you see that?
 8        A.    Yes.
 9        Q.    Okay.  Is that the truth, or is that a
10   lie?  Did you own a .38 snubnose?
11        A.    No, I did not.
12        Q.    And are you aware that the gun that the
13   police -- through trial that the police did do a
14   search for a -- I believe a .32 -- a .32 caliber
15   gun?
16        MR. POLICK:  Objection to form.
17   BY MR. STEPHEN RICHARDS:
18        Q.    Well, put it this way.
19               When you were at the trial, was any
20   .38 caliber gun ever introduced into evidence?
21        A.    No gun whatsoever was introduced into
22   evidence.
23        Q.    Well, the gun that they got from
24   Carrero, was that a .38 snubnose?
```

```
 1        MR. POLICK:  Objection --

 2        THE WITNESS:  To my knowledge --

 3        MR. POLICK:  -- to form, calls for

 4  speculation.

 5  BY MR. STEPHEN RICHARDS:

 6        Q.    Well, you were at the trial.  Do you

 7  remember, was that a gun that they got from Carrero

 8  a .38 snubnose?

 9        A.    No, sir.

10        Q.    And by the way, later in this

11  statement -- if you go to page -- if you go to

12  actually the last page, right?

13                You see where the third line, it

14  says:

15                Question:  What did you do with the

16  gun?

17                Answer:  Well, about two weeks later

18  I threw it in the lake.  I got rid of it.

19                Do you see that question and you see

20  that answer?

21        A.    Uh-hmm.

22        Q.    Do you see that?  Yes?

23        A.    Uh-hmm, I see it.

24        Q.    And --
```

```
 1          A.    Yes.

 2          Q.    -- that statement is totally

 3   inconsistent with the later contention of the state

 4   that you had given the gun to Benjamin Carrero and

 5   told him that you shot somebody with it, right?

 6          A.    Correct.

 7          Q.    Those two things aren't consistent.

 8   There's only one way.

 9                You can't get rid of the gun two

10   ways, correct?

11          A.    Correct.

12          Q.    Now, let's go also to page -- page 9 of

13   the Riley statement.  Go down to line -- go past

14   where you see, towards the stomach.

15                And see:  Question, where --

16                Question:  Where were you when Tino

17   was shooting this guy?

18                And you see your answer:  I was at

19   least 5 miles away from him.

20                You see that question and you see

21   that answer?

22          A.    Yes.

23          Q.    Okay.  First of all, you would agree

24   with me that that -- in the context of the rest of
```

```
 1   the statement, that would make absolutely no sense

 2   that you would have been present and could also be

 3   5 miles away?  Those two things can't both be true,

 4   correct?

 5        A.    Correct.

 6        Q.    Do you remember telling them that you

 7   were at least 5 miles away?

 8        A.    No, sir.

 9        Q.    And further up on the same page, do you

10   see a question:

11              Question:  At the point Tino shot

12   the guy how far from the guy was he?

13              Answer:  He was at least one foot

14   away from the guy.

15              Question:  One foot.  He had an

16   arm -- he had his arm outstretched so the gun was a

17   foot away from the guy when he shot him?

18              Answer:  Uh-huh.

19              Do you -- did you remember the

20   trial, and do you remember the evidence that was

21   introduced that showed there was no evidence of

22   close range firing?

23        MR. POLICK:  Objection --

24        THE WITNESS:  Yes.
```

```
 1          MR. POLICK:  -- to the form.

 2          MR. STEPHEN RICHARDS:  It's noted.

 3          THE WITNESS:  Yes.

 4  BY MR. STEPHEN RICHARDS:

 5          Q.    And that's not consistent from what you

 6  heard at trial of the gun being a foot away, is it?

 7          MR. POLICK:  Same --

 8          THE WITNESS:  Yes.

 9          MR. POLICK:  -- objection as before.

10  BY MR. STEPHEN RICHARDS:

11          Q.    By the way, in this -- in this

12  statement on the first page, is it ever -- is it

13  ever mentioned or does Barb Riley ever say that you

14  were given a choice of doing a court reported

15  statement or what's called a handwritten statement?

16  Does it say that anywhere?

17          A.    No, sir.

18          Q.    Now, when Riley and Mason, or for that

19  matter Guevara, were all questioning you, you said

20  one reason you told them a lie was that because

21  they said that you would never see your kid again,

22  correct?

23          A.    Correct.

24          Q.    And did you take that to mean that if
```

 1   you told them what they wanted to hear you would

 2   see your kid again?

 3        A.    That's what Guevara told me.

 4        Q.    Okay.  And did you take that to mean

 5   that you would see your kid again because you would

 6   be released and treated as a witness rather than a

 7   suspect?

 8        A.    Yes, sir.

 9        Q.    And is that why you gave a statement

10   saying falsely that you were there and falsely that

11   you saw Tino do the shooting?

12        A.    Yes, sir.

13        MS. CARNEY:  Objection, leading.

14        MR. STEPHEN RICHARDS:  Noted.

15        MS. CARNEY:  Sorry, Katie, this is Theresa.

16        MR. STEPHEN RICHARDS:  Theresa, noted.  Your

17   objection is noted.

18        MS. CARNEY:  No, I know.  I was letting the

19   court reporter know it was me.

20        MR. STEPHEN RICHARDS:  I know, and that's why

21   I said "Theresa," so that would be clear.

22        MS. CARNEY:  Okay.

23        MR. STEPHEN RICHARDS:  It would be clear on

24   the record.

1          MS. CARNEY:  Thank you.

2          MR. STEPHEN RICHARDS:  Exactly.

3               I don't have anything else.

4               FURTHER EXAMINATION

5    BY MR. POLICK:

6          Q.    I have just a few follow-up on that,

7    Mr. Rios.

8          A.    Okay.

9          Q.    So you told us during the first 15 to

10   20 minutes that you were in the police station at

11   Grand and Central you were meeting with Guevara and

12   Mason and four other officers, correct?

13         A.    Correct.

14         Q.    And at that time you testified that it

15   was Officer Guevara that was telling you the facts

16   about this murder of Luis Morales, correct?

17         A.    Correct.

18         Q.    Was anyone else discussing with you the

19   facts of that case during that first 15 to

20   20 minutes?

21         A.    Mason was -- was -- was -- what you

22   call it?  He was agreeing with what Guevara was

23   telling me.

24         Q.    All right.  He was agreeing, but he was

1   not giving you the facts of the case, was he?

2          A.    No.  Guevara was.

3          Q.    And then you said after that 15 to

4   20 minutes with the officers in the first room you

5   were in, it was about 5 minutes thereafter that you

6   were moved to another room?

7          A.    Yes, sir.

8          Q.    And then when you went to the other

9   room, although Officer Guevara brought you there

10  along with Officer Mason, Officer Guevara did not

11  stick around in that other room, correct?

12         A.    Correct.

13         Q.    And when you were in the other room, it

14  was Officer Mason and Barbara Riley, correct?

15         A.    Correct.

16         Q.    And you described a scenario where

17  Officer Mason was drawing on some whiteboard,

18  correct?

19         A.    Correct.

20         Q.    And during that 30 minutes that you

21  said that you were with them in that room, was the

22  lawyer Barbara Riley, was she giving you any facts

23  relating to the murder of Luis Morales?

24         A.    No.

 1        Q.    Who was telling or talking about the
 2   facts -- strike that.
 3              Who was talking about the facts
 4   of the Luis murder -- strike that.
 5              Who was talking about the facts of
 6   the Luis Morales murder during that 30 minutes?
 7        A.    Mason, leading it through the board.
 8        Q.    And when you say "through the board,"
 9   what did he draw on this board?
10        A.    He was drawing and telling me, Well,
11   you went this way (indicating), and then you seen
12   these people over here.  Then you talked to them.
13   Now you went this way.  Now you went back to the
14   front of the Western, and that's when these guys
15   started shooting, and then you ran across the
16   street.
17              That's -- that's the way he was
18   leading it on the board.
19        Q.    And what was he drawing on the board
20   with?
21        A.    With a -- with a marker.
22        Q.    And was the drawing on the board the --
23   strike that.
24              When you left that room, was the

1   drawing still on the board?

2        A.    Yes.

3        Q.    And before you left that room during

4   that meeting with Mason and Riley, did the lawyer

5   Riley supply you with any facts about the Luis

6   Morales murder?

7        A.    No, sir.

8        Q.    And then was there another period of

9   time where you met with the lawyer Barbara Riley

10  after that?

11       A.    I believe we had a little conversation,

12  yes.

13       Q.    Why do you believe you had a little

14  conversation with Barbara Riley after that?

15       A.    Because I was asking about my -- I was

16  asking about my kid.

17       Q.    And where did that conversation occur?

18       A.    When they were taking me downstairs to

19  the bullpen.

20       Q.    And were you still on the second floor?

21       A.    Yes.

22       Q.    And was it before you were being taken

23  down to the bullpen?

24       A.    Yes, sir.

```
 1        Q.    And who else was present with your
 2   conversation with Barbara Riley at that point?
 3        A.    Mason was taking me down the stairs.
 4   And it was just a brief question, and she answered.
 5        Q.    And what did she say to you and what
 6   did you say to her?
 7        A.    She said that she -- she knows nothing
 8   about my kid being there or my -- or my ex-wife
 9   or -- she said she don't know nothing about that.
10        Q.    And by your ex-wife, you mean --
11                    (Simultaneous cross-talk.)
12        A.    Diana Rodriguez.
13        Q.    -- your girlfriend at the time --
14        A.    Diana Rodriguez.
15        Q.    -- Diana Rodriguez, right?
16        A.    Yes.
17        Q.    When you left that room where you were
18   meeting with Officer Mason and the lawyer Barbara
19   Riley, did you see Diana Rodriguez at the station?
20        A.    No, sir.
21        Q.    Did you see your child at the station?
22        A.    No, sir.
23        Q.    At any time you were at the station at
24   Grand and Central, did you see Diana Rodriguez or
```

1   your child?

2          A.    No, sir.

3          MR. POLICK:  All right.  I don't have any

4   further questions.  Some of the other attorneys may.

5          MS. CARNEY:  Still nothing from the City.

6                     FURTHER EXAMINATION

7   BY MS. McGRATH:

8          Q.    I just have one -- hopefully just one

9   question.

10                 Your counselor was asking some

11  questions about the lineup pictures?

12         A.    Yes, sir -- yes, ma'am.

13         Q.    And what you were wearing during those

14  pictures?

15         A.    Excuse me?

16         Q.    The pictures where you're wearing I

17  believe there was -- I don't have the picture in

18  front of me right now, but you were wearing

19  something red?

20         A.    I was wearing this in the station

21  (indicating).  I was wearing the same thing when I

22  went to County (indicating).

23         Q.    Okay.

24         A.    And this is not accurate (indicating).

```
 1                Where did -- where did the red
 2    sweater go?  Where did all this go?  And this is
 3    not -- and this is --
 4                       (Simultaneous cross-talk.)
 5         Q.    Well, that was -- so you're -- that's
 6    why I want to clear it with you.
 7         A.    There was --
 8         Q.    You don't know where that went?
 9         A.    This lineup wasn't it.  There's two
10    lineups --
11                       (Simultaneous cross-talk.)
12         Q.    What do you mean by it wasn't it?
13         A.    There's two lineups, and these aren't
14    it.  The lineups should have been with me having
15    that tank top on, and in County the same way with
16    the same tank top on.
17         Q.    So again, just to clarify, you're
18    saying that those lineup pictures where you were --
19    where you are wearing a red sweatshirt and red
20    pants, those pictures weren't taken on the day when
21    you were brought in to -- and what you've been
22    describing before about brought in on the day in
23    July and asked questions by Mason and the
24    attorneys?  That wasn't -- that was not that same
```

1  day?

2          A.    No, of course not.

3          Q.    When do you think that -- when do you

4  think -- when do you think that lineup occurred?

5          A.    I have no idea when this one occurred.

6  I have no idea on this.

7          Q.    And you don't recall anyone at the

8  lineup you did do in July asking you to, for

9  example, put on a sweatshirt or anything like that?

10         A.    No, ma'am.

11         MS. McGRATH:  Okay.  That's all I have.

12 Thank you.

13         THE WITNESS:  All right.  You're welcome.

14                     FURTHER EXAMINATION

15 BY MR. STEPHEN RICHARDS:

16         Q.    So, Jaime --

17         A.    Yes.

18         Q.    -- you had earlier been -- you had been

19 arrested the same year for the aggravated assault

20 case.  Actually, I have a couple --

21         A.    Correct.

22         Q.    -- more questions for you on that.

23                Is it possible that these pictures

24 that we have are from the lineup on -- a lineup on

1  the aggravated assault case and not the murder case?

2       A.    I have no idea.  I have no knowledge of

3  this lineup.

4       Q.    Okay.  Some other questions on the

5  aggravated assault case, just to clarify.

6            You did plead guilty to the

7  aggravated assault, correct?

8       A.    Yeah.  My lawyer -- my lawyer told me

9  they was going break it down to aggravated assault

10  and give me time considered served.

11       Q.    Did you think that you were going to be

12  pleading guilty to a felony or a misdemeanor?

13       A.    Misdemeanor.

14       Q.    In fact, however, you did plead guilty

15  to a felony, and you were sentenced to three years,

16  correct?

17       A.    Correct.

18       Q.    When you pled guilty in front of Judge

19  Toomin, in your memory, were you ever asked to

20  swear to your plea of guilty or swear to the facts

21  of the case?

22            Do you remember being asked to swear

23  when you pled guilty:  Yes or no?

24       A.    No, sir.

1        Q.    And you said that it was your

2   understanding that if you pled guilty the

3   aggravated assault wouldn't be used against you in

4   your murder case, correct?

5        A.    Correct.  My lawyer said that he was

6   going to break it down to aggravated assault and

7   give me time considered served, and it was going to

8   be a misdemeanor instead of a felony.

9        Q.    And a misdemeanor couldn't have been

10  used to -- as a felony provable in your murder

11  case, correct?

12       A.    Correct.

13       Q.    And in fact, the aggravated assault was

14  not used against you as a felony provable in your

15  murder case, was it?

16       MR. POLICK:  Objection --

17  BY MR. STEPHEN RICHARDS:

18       Q.    Do you know?

19       MR. POLICK:  -- calls for speculation.

20  BY MR. STEPHEN RICHARDS:

21       Q.    Okay.  If you don't know, that's fine.

22  We can skip that.

23       A.    I believe they did use it.

24       Q.    But it was used at sentencing, correct?

```
 1        A.    Yes.
 2        MR. POLICK:  Objection, form.
 3        MR. STEPHEN RICHARDS:  And that's all I have.
 4                   FURTHER EXAMINATION
 5  BY MR. POLICK:
 6        Q.    Mr. Rios, just a couple based on your
 7  attorney's question.
 8                   Who was your lawyer that advised you
 9  that you would be pleading to misdemeanor
10  aggravated assault?
11        A.    I have no idea who he was.
12        Q.    Was it the same --
13        A.    It was a --
14        Q.    -- public defenders that defended you
15  in the murder case?
16        A.    No, sir.  It was a different public
17  defender.
18        Q.    But you did plead to felony aggravated
19  assault before Judge Toomin.
20        A.    Yes.
21        Q.    And when you pled guilty to felony
22  aggravated assault before Judge Toomin, during that
23  hearing, he asked you if you were making that plea
24  of guilty freely and voluntarily, didn't he?
```

 1        A.    Yes, sir.

 2        Q.    And you answered yes, didn't you?

 3        A.    Yes.

 4        MR. POLICK:  I don't have any further

 5   questions.

 6                   FURTHER EXAMINATION

 7   BY MR. STEPHEN RICHARDS:

 8        Q.    Have you ever heard the term Alford

 9   plea?

10        A.    No, sir.

11        Q.    Okay.  Well, we could save that

12   discussion for a later point.

13        MR. STEPHEN RICHARDS:  I have no further

14   questions, so I'm done.

15        MR. POLICK:  Nothing further from me.

16        MS. CARNEY:  Still nothing.

17        MS. McGRATH:  Nothing further from me.

18        MR. STEPHEN RICHARDS:  Jaime, we can either

19   waive signature or reserve signature, which is your

20   decision.

21                   Reserving signature means you wait

22   to get a transcript from the court reporter, you

23   read the whole thing.  You decide if a word has

24   been taken down incorrectly, or you have some

1  dispute with how the words were taken down.  And

2  you can, you know, make a correction sheet based on

3  words not being taken down correctly.

4              Or you can rely on the court

5  reporter to take down the words correctly, in which

6  case we would waive signature.

7              You can do either one.

8      THE WITNESS:  What would you advise?

9      MR. STEPHEN RICHARDS:  I think we'll reserve.

10     THE WITNESS:  Okay.

11     MR. STEPHEN RICHARDS:  Reserve signature.

12     MR. POLICK:  Okay.  Thank you.

13     THE VIDEO TECHNICIAN:  We are off the video

14  record at 6:03 p.m. at the conclusion of the

15  deposition.

16              (The proceedings adjourned at

17              6:03 p.m.)

18

19

20

21

22

23

24

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3   JAIME RIOS,                    )
                                    )
 4              Plaintiff,          )
                                    )
 5         vs.                      )   No. 22 CV 3973
                                    )
 6   REYNALDO GUEVARA, MICHAEL      )
     MASON, JOANN HALVORSEN AS      )
 7   SPECIAL REPRESENTATIVE FOR     )
     ERNEST HALVORSEN,              )
 8   DECEASED, CITY OF CHICAGO,     )
                                    )
 9              Defendants.         )

10

11            This is to certify that I have read my
     deposition taken on Friday, June 30, 2023, in the
12   foregoing cause and that the foregoing transcript
     accurately states the questions asked and the
13   answers given by me, with the changes or
     corrections, if any, made on the Errata Sheet
14   attached hereto.

15

16

17   _____
                       JAIME RIOS

18

19   No errata sheets submitted (Please initial)
     Number of errata sheets submitted _____ pages

20   Subscribed and sworn to
     before me this _____ day
21   of _____ 2023.

22   _____
           Notary Public

23

24
```

JAIME RIOS, 06/30/2023                                    Page 356

REPORTER'S CERTIFICATE

1

2          I, Katie K. Elliott, do hereby certify that
JAIME RIOS was duly sworn by me to testify the
3    whole truth, that the foregoing deposition was
recorded stenographically by me and was reduced to
4    computerized transcript under my direction, and
that said deposition constitutes a true record of
5    the testimony given by said witness.

6          I further certify that the reading and
signing of the deposition was not waived, and
7    plaintiff's counsel was notified of the
availability of the transcript for review and
8    signature.  Pursuant to Rule 30(e) of the Federal
Rules of Civil Procedure, if deponent does not
9    appear or read and sign the deposition within
30 days, the deposition may be used as fully as
10   though signed, and this certificate will then
evidence such failure to appear as the reason for
11   signature not being obtained.

12         I further certify that I am not a relative
or employee or attorney or counsel of any of the
13   parties, or a relative or employee of such attorney
or counsel, or financially interested directly or
14   indirectly in this action.

15         IN WITNESS WHEREOF, I have hereunto set my
hand and affixed my seal of office at Chicago,
16   Illinois, this 18th day of July 2023.

17

18   _____
     Illinois CSR No. 084-004537
19

20

21

22

23

24

Urlaub Bowen & Associates, Inc.  312-781-9586

1   Errata Sheet

2

3   NAME OF CASE: JAIME RIOS vs REYNALDO GUEVARA, et al.

4   DATE OF DEPOSITION: 06/30/2023

5   NAME OF WITNESS: Jaime Rios

6   Reason Codes:

7        1. To clarify the record.

8        2. To conform to the facts.

9        3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                           _____

JAIME RIOS, 06/30/2023

### Exhibits

**1** Rios 063023-1  111:15,20

**2** Rios 063023-2  203:18,19 204:3
206:21 207:16 208:1 329:7

**3** Rios 063023-3  250:19 252:24
260:10,20 326:9

**4** Rios 063023-4  258:1,2,7,13
325:24 327:17

**5** Rios 063023-5  265:11,14

**7** Rios 063023-7  292:5

**8** Rios 063023-8  292:9 294:11

### $

**$12**  38:18,21

### 0

**03973-589**  265:16

**03973-755**  266:17

**06/30/2023**  111:17 203:21 250:21
258:4 265:13 266:14 292:7,11

### 1

**1**  4:2 111:15,20 166:21 205:5
208:11 211:13 251:23

**10**  11:3,7 75:3 166:21 205:5 242:20

**10:03**  4:3

**11**  77:12 204:4 246:17

**11-page**  204:4

**11/9**  113:19

**11:00**  305:7

**11:30**  58:19

**11:42**  75:8

**11:50**  209:1

**11:55**  75:11

**11th**  69:10

**12**  47:5,22

**1240-A**  4:7

**1246**  18:5,16 19:4 25:19 126:21
140:8

**127**  69:13

**12972**  206:10 208:17

**12:00**  322:2

**12:30**  305:13

**13**  12:17,18 77:12 86:16 297:7,9,11

**1316**  132:13,15,20 209:1

**1340**  77:17

**13th**  54:6 55:8,23

**140**  188:1 319:23

**14056**  59:22

**141**  4:6

**1419**  86:22 105:8,16

**1424**  23:11

**1440**  18:8,20,22 22:7,14,22 23:6,
11 25:1,16,20 45:21 59:5 77:20
107:13 131:23 132:16 133:21
134:12 136:11,23 139:3,19,20
140:17 149:1 160:11,22 161:4,16
175:12 214:6

**1448**  107:10

**14th**  54:23 55:2,20 56:23 57:6,11

**15**  143:15 157:10 180:19,20,23
181:15 184:21 331:14 342:9,19
343:3

**178**  250:23

**17th**  55:5

**18**  25:11 47:18,22 212:21

**180**  250:24

**19**  22:8 82:20 166:12

**1969**  10:10

**1980s**  126:24

**1984**  290:11

**1986**  24:2 55:2,5

**1987**  19:1 22:8 24:24 55:9,20,24
56:13

**1988**  47:13,14,16 56:24 57:3
318:22

**1989**  25:17,21 29:12,16 31:1 42:5
43:13 46:1 47:8 49:18 50:1,7 51:13
52:2,7,15,19 55:12 57:6,10 58:6,
12,18 60:5 61:14 63:11,20 64:17,
22 77:8,17 84:10 85:19 104:3,23
105:5 106:21 107:11 120:4 125:8,

13,23 128:4 129:8 131:16 132:21
133:4,15,22 134:24 138:24 174:19
205:12 208:14,24 213:12 214:1
266:4 268:2 290:11 315:20 319:6
325:9 326:15 327:13 328:15 334:1,
14

**1990**  59:20 64:3,12 72:19 73:2,12,
16

**1991**  64:12 65:12

**1992**  92:7 94:10 131:6

**1994**  69:7

**1995**  69:8,10

**1:00**  137:2,3 305:13 322:2

**1:12**  130:3

**1:45**  130:6

**1st**  113:8

### 2

**2**  31:13 81:22 203:18,19 204:3
206:21 207:16 208:1 209:22
211:14,17 251:20 329:7

**20**  4:16 94:12 143:15 157:10
180:19,20,23 181:15 184:21
331:14 342:10,20 343:4

**200-and-something**  151:20

**2005**  95:3 96:12 104:11 113:8,20
114:6,17 115:11 130:13,19

**2007**  31:13

**2008**  31:15,20 40:5 79:9 100:2
114:10 276:14,16,19 283:5 291:16

**2009**  299:2,8

**2011**  40:5 100:9,19

**2012**  100:9,19

**2013**  38:11

**2016**  38:9,11

**2020**  101:7,21 103:14

**2022**  88:10

**2023**  4:5

**205**  112:2

**206**  112:2

**21.50**  36:12

**2125**  58:19 59:12

JAIME RIOS, 06/30/2023

**22** 4:11 225:13,18,19 265:16 266:17

**220** 120:7

**2224** 11:14 17:6

**230** 168:6

**24** 9:9

**24-** 11:14

**25** 225:18,20

**26th** 73:2

**27** 131:16 208:24 213:12 214:1 333:24

**27th** 132:20 133:21 134:24 334:8, 14,22

**28** 10:10

**28th** 82:20

**29th** 58:18

**2:00** 137:2 305:11

**2nd** 120:3 174:18 334:11

---

**3**

**3** 81:22 213:10,23 250:18,19 252:24 260:10,20 305:10 326:9 333:22,23

**30** 4:4 94:11,12 331:23 343:20 344:6

**30-minute** 94:11

**30th** 122:19

**32** 336:14

**33** 14:2,18 30:23

**34** 30:23

**36** 64:13

**38** 218:20 336:7,10,20,24 337:8

**3973** 4:11

**3:00** 137:2,3 305:7

**3:13** 203:13

**3:24** 203:16

**3rd** 120:3 174:18 334:11

---

**4**

**4** 217:14 258:1,2,7,13 325:24

327:17 336:3

**4-something** 332:12

**40** 168:6

**45** 62:5,15 135:1 138:17 325:18

**48** 20:8

**49** 20:9

**4:00** 332:11

**4:39** 205:13 208:15 332:2

**4:51** 250:11

---

**5**

**5** 61:13 128:3 156:21 162:14 205:10 206:10 208:13 222:4 252:8 253:16 254:4 255:14 264:10 265:10,11,14 267:3 274:7 301:17 326:22,23 331:18 338:19 339:3,7 343:5

**5-minute** 301:23

**53** 10:8

**53rd** 16:7 20:12

**555** 205:11

**5555** 158:18 162:14

**590** 265:17

**5:04** 302:4

**5:09** 302:7

**5th** 58:12 60:4

---

**6**

**6** 226:18 230:16 266:11,12,15 267:11 271:16 274:7

**60** 132:9

**600** 4:17

**630** 258:14,17

**631** 261:1

**632** 261:7

**633** 261:12

**634** 261:14

**635** 261:17

**636** 261:20

**637** 258:14 261:20

**68** 10:20,22

**69** 10:20,22

**6:03** 354:14,17

**6:10** 252:8 326:14 327:13

**6th** 59:20 61:14 63:15 128:4 138:24 319:5 321:7

---

**7**

**7** 25:21 230:17,19 292:4,5,15,22 297:10 327:13

**7-7-89** 252:8

**756** 266:17

**78** 10:21 11:2

**79** 10:21

**7th** 63:11,14,20 205:12 208:14 276:19 297:11 319:6 320:10 326:15

---

**8**

**8** 31:14 235:9 292:8,9,15 294:11

**80** 126:16 310:10 318:7

**80-something** 126:16

**80s** 118:14 126:17

**83** 310:13 318:10

**84** 310:10,13 318:10

**85** 135:8

**86** 23:9 135:8

**87** 18:24

**88** 47:12

**89** 25:9,10 42:6 59:22 82:22 318:22

**8:00** 140:15 177:18 330:17

**8th** 266:4 268:2 327:1

---

**9**

**9** 166:21 238:22 242:19 338:12

**91** 65:13

**92** 91:24

**94** 26:5

**95** 69:9,13

JAIME RIOS, 06/30/2023

**9:00** 177:18 330:17,18

**9th** 73:1 104:22 105:5 106:20

---

### A

**a.m.** 4:3 75:8,11 205:13 208:15 250:11 252:8 326:14 327:13 332:2

**ability** 9:2

**absolutely** 323:16 339:1

**abuse** 161:12 195:8,10

**abusing** 309:23

**abusive** 126:13

**accent** 132:10

**access** 62:9 138:18 289:18

**accidentally** 180:10

**account** 34:16 334:20

**accounts** 34:13

**accurate** 262:3 333:21 334:14,20 347:24

**accurately** 251:18 252:1 261:22 266:7

**accused** 179:7

**action** 76:21

**activities** 298:2

**activity** 67:2,4 137:21 138:2,7,10, 12,14

**add** 112:9 115:8

**added** 112:16 113:7,23

**adding** 114:4

**Addison** 26:18

**addition** 74:4

**address** 11:13,14 12:20 13:23 16:14,16 17:5 18:7,14,16 19:7 20:19 22:11 25:16 29:7 44:3,4 45:20 58:21 145:10 325:13

**addresses** 16:15 25:20

**adjourned** 354:16

**adjust** 301:13

**adjusting** 297:22

**adjustment** 300:9

**admitting** 29:6

**advise** 354:8

**advised** 209:13 352:8

**affect** 9:2,6 299:4

**affidavit** 101:6,10,13,17,21 102:1, 5,8 103:11,14

**affiliated** 43:9

**afford** 210:18

**afraid** 316:12,14

**Afro-american** 120:8

**afternoon** 137:1,4 322:2,3

**age** 11:7 47:22 78:12 132:9

**aggravated** 52:12,18 55:23 58:6, 11,14 59:21 63:12,21 64:4,15 69:19 349:19 350:1,5,7,9 351:3,6, 13 352:10,18,22

**agree** 172:7 338:23

**agreeing** 342:22,24

**ahead** 5:15 56:8 61:6 62:2,4 71:19 119:14,15 149:16 170:18 189:1 198:19 213:19 280:13 287:8 300:5 303:23

**Ahhh** 280:14

**Aid** 42:3 281:19

**air** 238:24 245:6

**Airlines** 36:8,9

**Airway** 37:10,13,21 38:10,14,17, 23 41:10,11

**Alberto** 116:7

**alcohol** 247:14

**alcoholic** 9:8

**alerted** 84:12

**Alex** 107:7,18

**Alford** 353:8

**Alfredo** 116:15

**allege** 165:2

**alley** 146:22 147:6,12,14,16,17,23, 24 148:2,6 150:11,24 154:12 156:8 157:12,22 191:11,12 228:13 230:21,22 233:7,9,18

**allowed** 248:21 275:17,21

**ally** 49:10

**altercation** 59:11,13 308:7

**amateur** 28:12

**ammunition** 62:24

**Amsterdam** 304:19

**Amundsen** 29:5

**Andersen** 26:10 108:6 118:14

**Angusta** 80:2

**ankle** 269:20,22

**answering** 6:17 7:19 307:24 312:5

**answers** 8:23 9:3 84:19 212:7,10 213:5,7 214:11,14 216:13,16 228:5,8 292:23 294:7,12 295:10 333:21 334:3

**anticipate** 7:18

**anymore** 317:6

**apartment** 11:16 12:21,23 16:18, 19 22:12,13,15,16 25:3 104:22 105:4,8,15 106:19 107:2 149:4,15

**apologize** 38:19 315:11

**appeal** 288:21 289:3,12

**appeals** 289:4

**appearing** 8:7

**appears** 327:12 330:9

**applicable** 5:22

**appointed** 210:19 274:14

**approach** 100:20 154:14 156:17

**approached** 100:21 143:16

**approved** 113:19 114:24

**approximate** 36:10

**approximately** 11:7 19:16 22:8 24:2 38:11 42:19 58:18 96:12 104:11 130:13,19 208:24 325:14

**April** 55:1 57:6,10 276:19 283:5

**area** 11:8,10 14:5 20:11,15,17 28:24 29:4 32:15 37:19 40:17 60:12 61:13 79:21 86:18 108:24 116:22 128:3 136:7 158:5 164:15 205:10 206:10 208:13 252:8 253:16 254:4 255:14 257:19 264:10 267:3

**arguing** 309:22,23

**argument** 126:12,15,18,23 308:5 309:17

**argumentative** 324:13

**arm** 142:13 185:13 240:4 339:16

**arms** 262:20

**Army** 62:16,17,18

**arrangements** 8:18

**arrest** 18:1 25:22 42:6 47:7 52:2, 14,19 53:12 54:2,7,12,18 55:11,13, 15 56:2,12,22 57:2,5,10,13 58:5 59:3 77:8,16 85:5,9,13,19 99:8 104:2 107:5 125:21 127:23,24 129:8,13 159:5,7 261:24 267:16 290:10 310:8 318:4 319:6 322:20

**arrested** 18:18 25:16 52:1,6,11,13 53:2,6,8,10,15 54:20 55:1,4,7,19, 22 56:3,6,7 58:11 60:4 63:10,14,19 64:17 72:7 82:19 83:1,7 84:9 85:2, 6,16 105:15,22,23 106:4,24 124:2, 11 125:4,10,14,17,22 311:4 314:20 320:7 321:23 349:19

**arresting** 60:5 94:6 98:9 127:20

**arrests** 52:17

**Artesian** 228:22 230:9

**Arturo** 117:23

**Ashland** 50:15 80:5

**asks** 212:13,20 213:11 214:16 216:19 217:1,15 218:2 222:24 224:7 227:10 228:10 229:3,15,22

**assault** 52:12,19 55:23 58:6,12,14 59:21 63:12,21 64:4,15 69:19 349:19 350:1,5,7,9 351:3,6,13 352:10,19,22

**assaulted** 58:9 270:13 279:15

**assaults** 270:11 279:12

**assistance** 14:11

**assistant** 189:15,22 206:2,5 208:16 209:6

**Associates** 4:16,19

**assume** 7:1 278:13

**assumes** 60:16 61:23 63:13

**attempt** 76:6 115:2,6

**attend** 272:17

**attending** 272:11

**attention** 213:11,24 333:24

**attorney** 8:6,11 74:10,20 82:7 83:9,19 84:1,3,6 101:14 102:3 119:1 121:21 189:10,15,22 206:2,5

**attorney's** 352:7

**attorneys** 8:7 84:8,12 296:15 299:17 301:19 307:12 347:4 348:24

**audiotape** 330:3

**August** 56:24

**Augusta** 80:1,3

**authorities** 67:21

**auto** 283:14

**automatic** 62:5,15 135:1 138:17 225:13,20

**Avenue** 11:15 26:18 49:18,24 50:8,9,13 51:7,8,9,10,11 53:9 133:4 138:4,11 157:21 159:16 161:20 178:9 205:11

**avoid** 84:6

**aware** 49:17 82:24 101:5,12 103:10,13,16 105:14 110:3 126:2 132:12 133:3 179:14 310:16,22 336:12

---

**B**

---

**B-O-Y-D** 76:10

**B-R** 40:13

**B-R-U** 40:13

**B-R-U-C-E** 40:13

**B-Y-E-R-S** 12:14

**baby** 141:9 153:18,19,20,21 156:12 194:3

**back** 9:23 16:11 17:10 22:11 23:7, 8,22 24:24 33:10 41:2 43:24 46:3 51:13 57:16 75:10 78:20 83:19 99:13 102:17 104:2 107:10 130:5 140:17 142:19,20 143:8,12,14 144:19,20 145:23 146:10,11,17,20, 21 147:21 148:19 149:5 150:16 151:8,12,13 152:10,18 153:11 154:20 156:7 160:8,11,21 163:7,14 164:20,22 165:7 176:14,15 192:15 194:11 195:5 197:14 203:15 213:22 217:16 225:4 230:20 238:7, 15 243:23 244:6,15,21 255:17 257:18,20 262:15 263:3,5 286:4 287:6,9 298:21,22,23 300:6,9 301:5,6,11 302:6 305:3 308:23 322:11 325:6 344:13

**backseat** 158:7

**backside** 252:4

**backtrack** 43:21

**backwards** 38:8

**bad** 137:11,12,14 166:20 298:6 316:23

**bag** 69:6 282:14

**bank** 11:21

**bar** 163:1,10 237:13 309:18,20

**Barb** 340:13

**Barbara** 190:1 191:3,19 192:10 193:10 194:9 195:4,10,24 196:9,20 197:4,20 198:20 199:4,10,14,18 200:4,17 201:6 202:11 204:19 205:18 207:5,12,15 208:1,16 225:9 226:10,17 227:9,22 228:17 229:14, 21 230:7,14 231:3 232:4,13,20 233:4,13,22 234:5,11,19 235:1,8, 16,23 236:6,13,21 237:3,10,18 238:1,11,21 239:8,18 240:10,17 241:2,10,16,22 242:4,11,18 243:3, 10 244:20 245:2,10,17,24 246:9, 16,24 247:11 248:3,12 252:12 323:5,12 329:12,17 331:12,17,20 332:9,16 333:11 335:3,12 343:14, 22 345:9,14 346:2,18

**Barbara's** 205:23

**barrel** 174:7 176:7

**bars** 162:18

**based** 37:18 40:14 201:13 309:6 352:6 354:2

**basically** 50:22 172:10 305:8 314:7

**basis** 28:18

**basketball** 270:1

**Bates** 112:1 250:23 265:15 266:16

**bathe** 140:12

**bathroom** 248:22

**bathrooms** 39:9

**battery** 55:5

**beard** 120:8 168:21

**beat** 56:4,11 57:15,22 93:13,19 284:22 314:22

**beaten** 93:18 97:9 98:4

JAIME RIOS, 06/30/2023

**beating** 124:18

**beginning** 4:2 72:7 204:21

**behalf** 4:8,24 5:2,4,5 289:1

**belief** 294:1 295:5

**believed** 178:24

**Bell** 77:17 107:10 153:23 154:2,11
155:13,15,21 156:2,7,9 157:21
158:1 159:16 161:20 178:9 219:6

**Bellwood** 117:8

**belong** 48:18 303:1 308:16,19

**belt** 312:3

**benefits** 41:23 42:2

**Benjamin** 51:22 86:6,8,13,15 87:5
88:19 89:19 91:9 99:2 101:17
102:14 104:22 109:21 130:12
131:5 277:14 338:4

**bicycle** 44:14,16 141:1

**big** 114:3 163:4

**bigger** 186:17,18 192:9

**bike** 140:24 141:1,12,17,20,21,24
142:14,24 145:24 146:3,4 260:22
322:6

**bills** 303:24

**birth** 10:9,12 46:7

**bit** 6:9 148:23 304:8 319:21

**black** 120:8,10 132:7 144:14
168:10 174:1 175:23,24 176:12
177:2,5,16 215:18 218:24 219:1
226:4 268:15 319:22

**bleeding** 166:18 273:15

**block** 107:17 134:15,16 137:22
138:3,8 154:1,7

**blocks** 59:1 77:19 87:1,4 132:17

**blood** 285:11

**blue** 94:18 264:17,18 296:2

**board** 187:1 191:9,11,20 192:12
196:12,15 198:10,14 207:20
335:23 344:7,8,9,18,19,22 345:1

**Bobbie** 12:10 13:8 16:24 17:23

**Bobby** 36:3

**body** 240:21

**boilers** 35:11

**bond** 63:11,20 64:19 267:17

**book** 169:9,10,11,12,13,14 305:1
319:3

**bordered** 147:16

**born** 10:14,16,22 25:8,9 45:24

**boss** 44:24

**Boston** 304:20

**bottom** 205:6 230:16 242:19
258:17 261:1 266:4 267:12

**bought** 11:17

**Boulevard** 4:7

**boundaries** 49:13,15,21

**boundary** 49:19,24 50:4,6,9,13

**Bowen** 4:15,18

**box** 27:2 28:5

**boxing** 27:3,14,23 28:11

**Boyd** 70:17,21 76:9

**boyfriend** 23:5

**braids** 132:7

**brains** 285:11

**break** 8:17 68:10 75:2 148:22
203:10 301:23 350:9 351:6

**breaking** 272:19

**breaks** 15:1

**briefly** 32:2

**bring** 33:7 274:7 275:10 286:14,17

**bringing** 273:17

**broke** 30:9 271:17 272:9

**brother** 19:9,10,19,24 20:14,21
21:10,19 27:7,22 28:1,2,4,13,15,
16,23 29:19,21 71:17,21 80:8,9,11
89:10 101:16 102:7 130:13 277:11

**brother-in-law** 4:8,18 174:14
176:10 214:18 334:4

**brothers** 284:3 306:21 307:1

**brought** 87:24 89:2,10,11 155:21
163:21 184:18 187:12 257:10
286:10 311:5 331:16 343:9 348:21,
22

**brown** 188:2 235:4

**brownish** 168:10

**Bruce** 40:12

**bud** 46:17 135:13,14

**building** 23:17,23 35:10 142:19,20
147:8,20 148:13,18 149:24 150:8,
13,18 151:4,5 154:21 159:10,13
162:11 191:17 245:6,11,12,13,19
256:3 283:2

**bullet** 179:15 180:12

**bullpen** 159:14 197:15,17 202:14,
16,21 203:3,4,5,7 253:3,12,13,19
255:2,7,9,16,17 257:18,20,23
262:16,18 263:2,4,6,11 264:4
345:19,23

**bullpens** 255:23,24

**bunch** 144:13 172:1

**burglary** 55:2

**Burr** 118:7,9,10,12,15,20,24 119:9,
11 120:1,6,13,19 121:2,6,11,24
122:5,20 123:2,5,9,13 174:15
175:5,6

**bus** 44:13

**business** 46:16 311:22

**businesses** 37:23

**busted** 273:14

**button-down** 311:20

**buy** 135:13,18 136:3,19

**Byers** 12:13

**Byers-rios** 12:10

---

**C**

**caliber** 336:14,20

**California** 14:14 54:23

**call** 9:22,23,24 78:8 111:8,12 132:5
183:3,4,6,9,22 199:4 275:24 276:1
281:6 287:20 288:5 311:21 342:22

**called** 5:11 15:17 316:8 340:15

**calling** 213:11,24 288:7 333:24

**calls** 276:3 288:3 337:3 351:19

**Cameron** 13:21,22 14:1,2,3 33:17

**cans** 146:14 148:7,10 151:2
157:14

**capacity** 63:3,4

JAIME RIOS, 06/30/2023

**car** 44:9 59:14 60:15 154:16,17
155:13,14,17,21 156:9,12,17,20,23
157:7,18,24 158:4,7 159:15,18
160:2,4 161:19,23 174:3,5,6,8
176:5,17 179:16,19,20,22 180:1
216:2,20 234:6,12,14,20 246:4
264:22 298:10 303:23 313:18,21
314:1,5 320:18 321:9,11

**care** 14:9,10 140:12 182:17

**Carey** 274:15

**Carl** 118:5

**Carney** 5:3 307:14 313:7 341:13,
15,18,22 342:1 347:5 353:16

**carpentry** 284:12

**Carrero** 51:22 86:6,8,14,15 87:11,
15,20 88:21 89:19,21 90:11,14,24
91:10,15,19 92:6 93:4,10,18,21
94:9,14,23 95:5,13,16 96:15,24
97:9,13,17 98:4 99:3,22 100:7,12,
18 101:5,9,12 102:14,16 104:10
105:1,14 106:3,16,20,23 109:22
130:12,19,20,22 131:1,5,6,9,13
277:14 336:24 337:7 338:4

**Carrero's** 87:5 101:17 104:22

**Carrerro's** 98:12,14

**carried** 185:13

**carrying** 153:19,21

**cars** 148:16 156:1,3 313:17,19,24
314:7

**carts** 273:20,24 274:5,7,8

**case** 4:10 18:2 34:11 56:8,9 59:22
61:10,11 69:13 72:5,6,10,11,15
79:15 81:12,14,16 87:22,23 88:8,9
93:8,12 97:6 99:5 101:2,6,13,22
102:1,5 103:11 115:23 116:4
119:14 121:21 172:5,8 282:16
289:6 290:8 296:3,16,18 314:20,22
318:13,18,20 342:19 343:1 349:20
350:1,5,21 351:4,11,15 352:15
354:6

**cases** 269:3

**catch** 12:11

**CCPD** 258:13

**cell** 203:7 262:23 263:2 280:13

**cellmates** 94:13 268:11,14 276:23

**cement** 284:12

**center** 53:18 65:10,15 68:5,20

70:16 71:8,11 75:18,22 76:6,15
95:17 104:11 105:2,3 113:9 114:6,
22 115:24 130:12 131:5

**Central** 61:13 128:4 158:19
159:16,21,24 161:20,23 183:12
204:20 251:15 253:16 342:11
346:24

**Certified** 4:14

**CF** 69:13

**chains** 308:9

**chair** 163:3,16 164:20

**chairs** 186:19

**chamber** 63:5

**chance** 95:24 292:19

**change** 200:16

**changed** 254:17 268:18,19

**charge** 52:20 53:22 63:12,21 64:3,
4 69:11 95:10 97:21 106:6 282:16

**charged** 53:23 58:17 68:23 97:19,
23 105:11 106:8,9

**charges** 57:23,24 58:2,3

**chart** 280:1

**checkups** 278:15

**chef** 45:3

**Chevy** 234:21

**Chicago** 4:7,17 5:4 11:8,10 14:5,
13,14,19 19:14 20:15,17,20 26:7
27:8,24 28:24 32:15 33:6 41:2 42:6
45:19 46:10,19 52:18 54:21 90:1,6
100:3,4 102:17 110:19,23 123:19
125:19 127:12 129:9 205:10,11
264:14

**chief** 108:13,20 109:2

**Chien** 306:13

**child** 19:18 25:6,8 166:8,9 181:17,
20 182:1,3,5,14,20,23,24 184:3,9,
11,13,16 185:1 186:4,7 195:20
197:17 198:17 274:23 346:21
347:1

**childhood** 118:10

**children** 13:8,15 32:6 33:18

**choice** 340:14

**choose** 256:9,16

**chores** 140:14

**chose** 256:11

**Circuit** 59:21 69:12

**circumstances** 66:14 93:11
102:4 105:4 106:19 270:19 320:9

**City** 5:4 307:15 347:5

**Civil** 5:23

**civilian** 312:16

**claimed** 58:10

**clarify** 315:18 348:17 350:5

**Clark** 4:16

**classes** 272:11,14,16

**clean** 37:23 38:1

**cleaning** 37:11,22,24 38:3 280:6

**clear** 83:18 84:16,19 323:6,16
332:15,18 341:21,23 348:6

**Clemente** 318:2,5

**clipboard** 186:18,20 190:22

**clipping** 27:6

**close** 21:13 107:13 132:16 139:10
156:19 245:13 255:23 295:17
339:22

**closed** 164:13 192:11,13

**closer** 134:21 176:6 251:20

**clothes** 167:12,15,16 188:4,5
262:5,7 312:16

**Cobra** 217:16 244:6

**Cobras** 49:7,9 50:23 51:13 64:9
129:12 132:19 133:5,10,14 138:13
217:4 223:4 227:11 229:6 232:15
237:5 269:6

**cold** 262:18,22

**collar** 168:14

**color** 168:8 218:23 226:3 235:2

**commercial** 38:4,5,6

**common** 137:16,18,20 309:9

**communicate** 76:7 274:12,20
287:17

**communication** 75:23 275:18

**compact** 15:14,17

**company** 37:11 39:5,7,8,11 40:10,
12,20

JAIME RIOS, 06/30/2023

**compensation** 34:11 41:18,20

**competition** 28:10

**complaints** 266:23 267:2

**complete** 26:20

**completed** 16:10 257:17 262:16

**completing** 263:8

**Complying** 292:18

**con** 329:12

**concludes** 250:10

**conclusion** 354:14

**conditions** 291:19

**conduct** 54:16 55:8,13,17 159:4,6, 8

**conducted** 110:23 267:19

**Conflictccsaoriosvguevara** 266:17

**Conflictsccsaoriosvguevara** 265:16

**confronted** 56:4 316:22

**connect** 134:14 136:5

**connected** 325:3

**consecutive** 64:14 69:18

**consensual** 75:19

**considered** 27:10 110:4 350:10 351:7

**consistent** 338:7 340:5

**constitutional** 209:13

**contact** 75:23 76:3 79:12,14 102:11 115:2,6 121:24 127:1 141:15 160:12 175:19 277:3

**contacted** 79:8 118:24 121:5

**contacting** 79:13 121:20

**contention** 338:3

**context** 338:24

**continue** 31:4 40:24 66:3 68:17 75:23

**continues** 230:16

**continuing** 208:11 211:17 235:9 238:22 242:20

**contraband** 68:24 69:4,11

**controlled** 56:23 116:22

**conversation** 81:21 83:9 92:22 93:2 96:13 101:4 121:1,6 130:11, 18 131:4 159:17,20 160:5 180:15 190:5 222:14 329:12 330:2,10 331:11,13,15,19 332:7,8,13,14,16, 21 345:11,14,17 346:2

**conversations** 84:20 96:22 109:18,21,24 114:20 116:2 121:3 122:5

**converse** 331:11

**convicted** 30:11 64:3,11 72:9 99:13 289:11 318:20

**conviction** 68:21 288:22 289:4,13

**convictions** 69:18,21,24

**Cook** 59:22 64:21 65:2,9 69:18 79:1 109:17,22 110:1 120:16 205:12 265:24 266:9,22 268:1,10, 21 269:1,12,16,19 270:5,8,14,17 271:3,6,8,16 272:12 273:2,6,11 274:2,10,20 275:3,12,15 300:24 326:23 327:1

**cop** 324:5,21

**copy** 333:18

**corner** 18:15 145:22 228:22 236:8

**correct** 8:15 15:9 21:8 34:3,4 35:12 38:13 46:7,8 50:10,17 55:12 58:6,12,15,19,20,22 59:23,24 60:2, 3,7,8,24 61:16,17 63:12 64:4,5,15 68:21 69:1,2,14,15,19,20 72:12,23 73:16,20 77:20,21 88:18 94:24 99:21 103:22 104:1 106:12,14,16, 17 107:14 111:24 112:19,21 113:1, 10 114:10,11 115:15 121:15 122:6, 7 123:3,4,19,20 124:12 133:8,11 141:2,3 142:24 152:11 161:4,16 163:14 164:4 166:10 168:3,4 172:13 174:22 176:24 178:10,11 181:4 185:22 187:21,22 193:11 194:15,20 195:1 197:2,11 201:15, 19 202:2 204:13 206:8,9,11,12 209:8,9,14,17,18,20,23 210:3,4,9, 10,16,23,24 211:4,6,8,9,16,23,24 212:5,6,18,19,21,22 213:2,3,9 214:24 215:19,20 216:14,15 220:14 222:20,21 247:2 254:4 257:6,7 260:1,14 261:15 276:7,10, 14,19 277:8,12,13,15,16 289:13 293:23 294:24 295:3 314:6,13,17, 18,20,21,23 319:7,8,10 323:7,10, 11,13,23,24 324:1,2,5,22,23 325:1, 2,10,11 326:11,15,16,20 327:2,3,6, 8,9,13,14 328:10,11,13,14,17,19 329:8,15,16,23,24 330:13,14

333:11,12 334:22,23 335:15,16,19, 22 336:5 338:6,10,11 339:4,5 340:22,23 342:12,13,16,17 343:11, 12,14,15,18,19 349:21 350:7,16,17 351:4,5,11,12,24

**correction** 201:12,14,20 202:1,4 231:5,10,14,16 243:11,14 354:2

**correctional** 65:10,15 66:12,20,23 67:2,8,16,23 68:5,20 70:8,16 71:7, 11 75:17,18,22,24 76:3,6,15 95:17 104:11 105:2,3 113:9 114:6,22 115:24 130:12 131:5

**corrections** 15:12 21:7 60:2 64:23 65:7,22 69:17 70:1 76:19 79:4 82:11,15 91:9,20 92:3 94:24 109:14 111:9,13,22 112:13 115:10 116:4 120:14,21 123:3 200:10,18, 21 201:7,10,19 266:1 268:8 276:6, 22 277:10,19 278:4,8,11,14,18,22 279:2,5,8,13,16,19 281:4,11,17,24 282:3 283:5,7 284:18 285:21,24 286:7,14 287:18,21 288:17 300:21

**correctly** 76:10 179:18 354:3,5

**Counsel** 4:20

**counselor** 291:23 347:10

**county** 30:16 31:1 59:22 64:21 65:2,9 69:13,18 79:1 83:5 85:1 109:17,22 110:1 120:17 205:12 263:14,21 264:2,5,7,8,9,10,12,19, 24 266:1,9,22 267:6 268:1,10,21 269:1,12,16,19 270:5,8,14,17 271:3,6,8,16 272:12 273:2,6,11 274:2,10,21 275:3,12,15 284:20 300:24 326:23 327:1 347:22 348:15

**couple** 53:17 66:24 96:19 114:19 118:21 122:1 124:5 140:13 144:14 164:1 204:17 268:15 269:2 293:9 294:18 305:5 307:20 318:19 326:18 349:20 352:6

**court** 4:12,17 5:7,16 6:5 7:6,12,15 8:1,4 30:12,13 38:19 53:16 59:22 61:2 69:12 87:21,22,23,24 88:4,5, 9,21 89:1,11 99:12,14 128:9 198:4, 21,24 199:4,6,11 201:3 206:22 207:1,7,8,21 208:6,7,17 210:7,19 263:23 267:15 289:5 315:11,15 326:18 329:3 330:4 332:1,22,23 333:10,13,14 340:14 341:19 353:22 354:4

**cousin** 299:11

**cousins** 306:4,8

JAIME RIOS, 06/30/2023

**covering** 262:20

**COVID** 36:21

**CR** 59:22

**cracked** 285:18

**crashed** 298:9

**crazy** 51:16 129:21 279:22

**credit** 76:20

**crew** 254:13,14,15

**crime** 59:18 312:21

**crimes** 56:12 60:11 205:10 206:11 208:14 312:22,24 313:1

**criminal** 57:2 72:5 74:5 99:20 103:1,4 104:7 128:10,19 129:6 268:2

**Cristino** 77:2,11 78:1,4,9,19,24 81:24 82:7,10,16,18 84:9 85:20,24 86:4 88:3 89:3,11,14,18 101:20 102:12 109:24 170:16 171:1,5,7,23 178:7 179:4 221:1,5,7,18 222:6 238:16,17 317:9,18,21 318:1,4,14, 19,23

**Cristino's** 88:3 89:4

**cross** 50:5 134:16 219:21 227:17

**cross-talk** 147:10 183:16 197:5 200:23 260:18 272:15 288:14 311:12 313:6 315:13 346:11 348:4, 11

**crossed** 228:3

**crowd** 229:6,23 230:1

**Crown** 314:8

**Cruz** 116:17,19

**Crystal** 170:3

**cuff** 203:5

**current** 11:13,14

**curtains** 152:16

**custody** 85:9,16 107:5 248:6 297:2

**cut** 39:12 175:23

**Cutlass** 174:1,2 175:24 176:12 177:3,5,16 215:3,16,17,18

**cutting** 271:18 272:9

**CV** 4:11 265:16 266:17

---

**D**

**dad** 299:22,23,24 300:1,4

**daily** 298:2 299:4

**Damen** 17:22 18:4 24:8,13,14 27:3,16 51:6,8,9,10

**damn** 173:17

**Daniel** 60:5,9 117:21 118:1 123:19 175:7,13,18

**Danville** 66:2,4,7 67:11 68:5,8 70:5,16 75:22 76:6,15 276:10 280:20

**dark** 264:18

**date** 10:9,11 80:15 88:9 119:16 120:1 139:1 168:2 208:14 262:11 266:3,4 276:18 334:9,10,15,18

**Daughter** 13:18

**David** 118:3

**day** 18:17 40:4 72:7 88:4,21 119:16,24 122:11 174:17 177:15, 17,22 253:21 254:9 263:13,15,20, 23 275:24 276:1 285:6 287:3,5,7 306:23 320:5,6,7 321:4,6 323:23 327:2 328:15,16 334:8 348:20,22 349:1

**day-for-day** 76:20

**days** 9:24 17:18 33:9 96:17,19 97:1 122:1 204:17 253:14 263:16, 18 293:9 294:18 303:15

**Dean** 104:19

**December** 57:3

**decide** 353:23

**decided** 30:5 52:24 70:13 81:19

**decision** 353:20

**deck** 273:12,13 275:23

**declare** 293:22 295:2

**Deerfield** 35:5 36:14

**defendant** 4:9 5:6 292:23 307:20 308:2

**defendants** 5:2

**defended** 352:14

**defender** 84:2 352:17

**defenders** 83:20 352:14

---

**delete** 112:10

**denied** 289:9

**Denver** 68:8

**Department** 15:12 21:6 52:18 60:2 64:23 65:7,22 69:17 70:1 76:19 79:4 82:11,15 91:8,20 92:3 94:24 109:14 111:9,13,22 112:12 115:10 116:4 120:14,20 123:3 125:19 205:11 266:1 268:7 276:5, 22 277:10,18 278:3,7,11,14,18,22 279:2,5,8,13,16,19 281:3,11,17,24 282:3 283:4,6 284:18 285:20,24 286:7,13 287:18,21 288:16 300:20

**depends** 279:22

**depict** 252:2 261:22 266:7

**deposition** 4:4,8 5:21 6:3 72:1 74:6,11,14,18,21 111:15,20 122:12,14,17,19,21 203:19 204:3 206:21 250:19 258:2 265:11 266:12 277:6 292:5,9,15 293:12 294:20 354:15

**describe** 120:6 132:6 144:7,11 151:18 162:16,24 168:5 186:15 187:23 308:13 311:14 319:19 320:9

**describing** 150:20 173:8 191:9 203:6 348:22

**description** 168:17 309:6,7

**descriptive** 167:7

**details** 171:21 191:1 192:2 331:8 333:16 334:13

**detective** 206:7 208:17 252:15 253:8 296:6 310:17,24 313:20 315:3 335:12

**detectives** 312:19,21 313:1 328:4

**detention** 53:18 54:9

**Diana** 22:24 23:2,4,13,19 25:2,6, 14 29:24 31:2,8 45:21 47:17 84:14, 18,24 86:3 114:8 126:1 139:7 141:4 153:18,22 154:11 156:6,12 175:1 176:9 182:22 184:3,18 186:2,7 194:1 274:24 275:11 346:12,14,15,19,24

**Diaz** 117:5

**difficult** 201:3

**direction** 216:2

**directly** 15:11 16:14 147:5

JAIME RIOS, 06/30/2023

**dirty** 124:19 324:5,21

**disability** 41:23

**disabled** 15:5

**disagreement** 309:13

**Disciples** 49:7 138:13

**disciplinary** 76:21

**discrepancy** 231:8

**discuss** 93:5,10 105:3 119:11
122:20 130:20,22 131:1,6,9,12
296:16 299:21 300:3

**discussed** 79:17 83:14,24 84:1
93:6 110:7,10,15 296:3,6,9,12,18
299:18

**discussing** 342:18

**discussion** 130:1 325:4 353:12

**discussions** 97:5 99:4,7 115:22

**disorderly** 54:16 55:8,13,17
159:4,6,8

**dispute** 354:1

**disruption** 36:20

**district** 4:11,12 14:14 54:6,21,23
55:2,5,8,20,23 56:23 57:6,11

**dividing** 133:4

**Division** 4:13 17:22 18:3 26:10
27:3,15 49:18 100:15,16,17,19
138:14 227:5 271:16 274:7

**divorce** 34:9

**divorced** 19:11,15

**Dixon** 17:15 21:4,7,13,18,20 22:2
71:3,7,11,16,22 95:3,6,14,17 96:2,
12 97:1,16 104:10 105:2 113:9
114:6,21 115:1 130:12,14,19
276:12,16 280:24 281:19,22

**doctor** 291:2,5,6,9

**document** 204:4,5 250:23 251:3
265:10 266:16,20 267:11 293:4,8
294:11,14,17 295:11

**documents** 74:6 289:21 292:20
293:10 294:19

**dogs** 140:12

**door** 59:14 92:13 143:13 146:16,18
148:17 149:4,17 150:8 151:6,8
152:20,21,22 164:13,14,17 192:11,
13,17,19 213:15,21 215:18 234:21
270:23

**Dorsch** 127:13

**doubt** 232:23

**downstairs** 177:11 197:16 345:18

**draw** 344:9

**drawing** 190:22 191:8,20 192:11
196:3,4,11,14 343:17 344:10,19,22
345:1

**drawings** 329:15

**dream** 298:7,8,11

**dreams** 298:6 299:3

**dressed** 167:4,11,14 188:3 251:13
259:6 260:3 311:7 313:2,14

**drilling** 169:1 170:16,20 171:20
172:5,12,16

**drink** 9:9 248:14,16

**drive** 176:1 287:15 297:15

**driven** 161:20

**driver** 180:1,3 215:4

**driver's** 297:13

**driving** 158:12 297:19 314:8

**drop** 58:2,3

**dropped** 56:8,9

**drove** 140:24 177:16 217:16

**drug** 136:22 269:3

**drugs** 45:15,16 46:9,10 48:9
124:24 247:14

**du** 306:13

**duct** 37:11 38:3

**ductworks** 37:22,23

**due** 126:13 195:19 303:22

**DUI** 21:1

**duly** 5:11

**duress** 195:20 196:7 197:16
198:17 202:8 231:20

**duties** 35:8 37:20 48:11 140:11

**E**

**earlier** 71:20 103:20 107:21
115:13 122:23 123:18 135:2 168:1
206:24 209:5 276:4 282:21 283:11
297:6 303:4 307:24 311:4 321:6

349:18

**early** 118:14

**easier** 8:1

**east** 50:16 94:20 133:8

**Eastern** 4:13

**easy** 300:5

**Eddie** 51:16 129:21

**education** 25:24 29:10 71:18

**Efrain** 116:19 117:19

**either/or** 180:13

**el** 24:10

**electrical** 35:11

**electricity** 283:17

**eliminating** 272:7

**Elizabeth** 16:9 19:10 306:16

**Elliott** 4:18

**employed** 35:1,20,22 36:5,14
37:3,6,8,10 38:24 40:3 41:21 42:8,
10,12 45:22 46:1,5 283:6

**employment** 283:12

**empty** 147:2 148:14 150:2,4,17
238:5 243:5,23,24 244:1 245:13
246:11

**EMT** 265:7

**encounter** 310:2

**encountered** 315:1,2

**encounters** 314:17,19

**end** 30:3 31:19 197:12

**ended** 40:23 54:8 67:10 95:19
174:12 191:14

**engage** 302:19

**engineer** 35:4,6 44:20 283:15

**English** 29:13,15

**enjoy** 304:23 305:22

**enter** 149:1,6,14 162:4 187:15
195:13

**entered** 152:11,13 162:3 266:22
327:1

**entire** 11:11 40:20 196:23 197:10

**entitled** 294:11

JAIME RIOS, 06/30/2023

**entrance** 148:21 149:8,9 150:9

**equipment** 312:1,2,3,17

**Ernest** 127:15 128:15 130:23

**et al** 4:10

**ethnic** 319:24

**Evanston** 42:11,13 43:6 44:3,7 45:5,8,10 46:4 325:10,13,17

**Evelyn** 117:5

**evening** 61:13 128:4 131:16 132:12,20 133:21 137:6 138:24 139:12 177:19 178:1 213:12 214:1 333:24

**event** 334:15,21

**events** 125:8 138:24 273:4,10 284:19 285:5

**eventually** 105:11 282:17

**everybody's** 273:15,16

**evidence** 60:17 61:24 289:8 336:20,22 339:20,21

**ex-brother-in-law** 43:2,8 175:8,9

**ex-wife** 114:8 346:8,10

**EXAMINATION** 5:13 307:17 312:9 342:4 347:6 349:14 352:4 353:6

**examined** 5:12 265:7

**Excuse** 101:19 162:12 213:18 347:15

**exhibit** 111:15,20 112:6,15 113:7 203:18,19 204:3 206:21 207:16 208:1 250:19 252:24 258:1,2,7,13 260:10,20 265:11,14,20 266:12,15 267:11 292:5,9 293:19 294:11 325:24 326:3,7,9,13,21 327:17 329:7

**exhibits** 292:15 325:22

**expect** 89:13,14

**expected** 89:17 103:17

**experience** 302:14

**explain** 142:9 197:20 207:14

**explained** 57:7 198:20 209:5

**explanation** 327:15

**Explorer** 299:12

**express** 316:19

**expressions** 7:9

**eye** 166:2

**eyeglasses** 281:20,22

**eyes** 188:2

**F**

**fabricating** 323:20

**face** 123:16 164:24 165:13,21,24 166:1,4,6,14,17,20,23 167:3 323:19

**Facebook** 34:14,15,16

**facilities** 276:8

**facility** 65:8,24

**facing** 239:1 259:1,2,18

**fact** 52:13 57:22 126:13 195:19 282:14 303:22 308:7 328:7 350:14 351:13

**faction** 48:19 108:15

**factory** 39:3

**facts** 60:17 61:24 171:21 172:17 173:8 190:24 192:2 331:2 342:15,19 343:1,22 344:2,3,5 345:5 350:20

**fair** 7:2 61:14 83:11 332:7 335:9

**fairly** 248:5

**fall** 300:6

**falsely** 341:10

**Familia** 50:21

**familiar** 103:4 107:19

**family** 31:5 32:4 33:2 93:6,7 97:3 126:8 276:2 291:6 305:17,18 306:10 307:3,7

**fashion** 7:23

**faster** 304:8

**fatal** 204:9 208:23

**father** 19:13 23:9,15,16 24:2,16 300:8,12 301:12

**fear** 316:19

**fearing** 198:18

**February** 55:8 72:19 73:1,2,12

**Federal** 5:23

**feed** 140:12 273:22 274:9

**feeding** 331:6

**Feeling** 262:21

**feet** 132:7 156:21 241:17 242:13

**Felix** 22:18,20 23:13

**fellow** 92:19

**felon** 64:4

**felony** 59:21 64:15 68:20 69:21 350:12,15 351:8,10,14 352:18,21

**female** 66:9,12,19

**fence** 148:1 150:23

**Ferrise** 5:4

**fight** 27:5 191:17

**fighting** 27:7 28:12 53:21 87:22 273:14

**fights** 270:7 279:9

**file** 289:4,22

**filed** 4:11 6:15 34:5 288:21 289:12,15 307:8

**filing** 289:16

**Filipino** 144:8,9,10 158:15

**financial** 14:11 42:2

**financially** 45:14

**find** 79:15,18,24 80:6,7 136:2 142:17 145:21 272:2

**fine** 75:5 326:2 351:21

**fingerprinted** 265:5

**finish** 7:19 154:22 201:1

**finished** 301:18

**fire** 228:13 233:9

**fired** 59:13 180:11

**firehouse** 233:18

**firing** 339:22

**fishing** 305:19 306:6,7

**five-eleven** 319:22

**five-five** 151:20 188:1

**fix** 302:20

**fixes** 283:16

**Flag** 51:16 129:15

**flew** 298:10

**flight** 90:5

**floor** 23:20 25:3 52:21 56:16,17
125:15 149:10 153:5,6 159:9,11
162:4,5,6,8,11,13,16 193:16,17,19,
21,23 194:1 202:18,19,23 246:3,5
253:4 256:3,4,5,6 285:12 330:24
345:20

**floors** 149:11

**Flores** 104:14

**Florida** 89:21,24 90:12 102:17,18

**focus** 144:21

**follow** 108:22

**follow-up** 342:6

**food** 273:20,24 274:5,8

**foot** 48:2 108:17 213:1 222:8
239:22 240:3,4 339:13,15,17 340:6

**force** 166:5,8

**Ford** 299:12

**Fords** 314:10

**foregoing** 293:23 295:3

**forehead** 166:3

**forgot** 80:4 286:4

**form** 288:9 316:15,24 317:11
321:12 324:7,13 336:16 337:3
340:1 352:2

**forward** 180:5

**found** 80:1,8,11 123:16 125:15
219:6 282:14

**foundation** 160:15 313:5,7
315:10,17 316:15,24 317:23
318:15

**freely** 352:24

**frickin** 298:10

**Friday** 205:12

**friend** 77:22 87:15 92:16 98:23
109:6 112:18,24 118:10 134:11
153:9 171:8 214:19 215:6 295:13,
21,22,23 334:4

**friend's** 141:7

**friendly** 315:3,22

**friends** 101:3 174:4 295:17

**front** 23:21 119:17 126:19 131:20,
21 133:20 136:9,10,14,24 139:14,
18 141:19 142:23 143:4,17 144:18,
21 146:8 147:9,20,23 148:12,20
149:7,8,9,10 150:3 151:4,6,10
156:4 172:24 173:3,19 174:2,14,
15,21 175:3,11 176:1 177:17 178:4
179:10,14 180:7,17 191:17 213:15,
20,21 214:3 228:13 239:1 242:6,7,
12 256:1 309:20 344:14 347:18
350:18

**full** 41:5

**full-time** 35:18 37:15,17 39:14,16
42:23

**function** 303:19

---

**G**

**Galesburg** 21:4

**gang** 46:23 47:1,19 48:1,9,12
49:12,18,20,22,24 50:4 51:13,18,
20 56:12 60:11 65:2,4,16,18
118:17 132:19 133:4 134:4 136:20
137:21,24 138:2,7,10,14 169:10,11
175:16 211:19,21 212:2,14,24
237:20 271:5 312:18,21,22,24
313:1 319:3

**Gang-infected** 137:14

**gangs** 49:8,14 138:11 269:6 271:2

**gangway** 142:10 143:4,7 144:17
146:11,20 149:2,3 152:10 174:11
175:2,3

**garage** 147:18

**garbage** 140:13 146:14 148:7,10
151:2 157:14

**Garcia** 77:2,11,13,22 78:10,19,24
79:5,8,19 80:12,22 81:2,24 82:7,
10,16,18 83:1,6 84:9 85:1,12,15,24
86:4 89:5,7,8,15,18 101:20,24
102:9,12 109:24 171:6,7 317:9,18,
21 318:1,23

**Garcia's** 85:4,8,20 102:4,8

**gate** 146:13,21 148:2 150:24 284:4

**gates** 280:12,13

**gating** 284:13

**gave** 43:17,18,19 53:16,17 93:15
97:14,20,21,23,24 98:7 119:22
148:8 199:14 204:18 214:14
216:13 218:8 221:14 223:21 224:5,
14,24 225:8,16 226:1,9,16,24
227:8,14,21 228:8,16 229:1,13,20
230:6,13 231:2 232:3,12,19 233:3,
12,21 234:4,10,18,24 235:7,15,22
236:5,12,20 237:2,9,17,24 238:10,
20 239:7,17 240:1,9,16 241:1,9,15,
21 242:3,10,17 243:2,9 244:4,11,
19 245:1,9,16,23 246:8,15,23
247:10 248:2,11 250:7,15 282:15
286:4 299:11 323:2,7,9,13 341:9

**GED** 26:1,2,3 272:16

**general** 271:10 273:1 282:4 315:2

**generally** 133:7 151:20

**generators** 281:21

**gentleman** 259:24

**Gents** 49:7 138:13

**German** 13:5

**girl** 33:19 105:23

**girlfriend** 23:3,5 45:21 86:3
105:11 106:7 126:1 174:24 275:19
346:13

**girlfriend's** 20:18

**girls** 56:4 57:16

**give** 7:5,21 9:2 183:2 197:23
212:10 213:5 214:11,21 215:11
216:21 217:9,21 220:4,7,21 221:2,
10,23 222:9,16,22 223:9,11,19
224:3,11,22 225:6,14,23 226:7,14,
22 227:6,12,19 228:5,14,23 229:11
230:4,11,24 232:1,10,17 233:1,10,
19 234:2,8,16,22 235:5,13,20
236:3,10,18,24 237:7,15,22 238:8,
18 239:15,23 240:7,14,23 241:7,
13,19 242:1,8,15,24 243:7 244:2,9,
17,23 245:7,14,21 246:6,13,21
247:8,16,24 248:9,17,24 249:6,22
250:5 290:6 301:16 304:3,5 308:23
322:23 350:10 351:7

**giving** 8:23 74:23 122:13,16
172:17 331:2 343:1,22

**glass** 192:21,22 255:21

**glasses** 168:19 281:19

**Gloves** 27:8,23 28:11,14,17

**goal** 219:12

**Golden** 27:8,23 28:11,14,17

**goldish** 235:3

**Gonzalez** 116:15

JAIME RIOS, 06/30/2023

**good** 7:7 68:13,14 71:18 75:2,4 76:20 79:15 122:11 315:22

**gotta** 149:3

**grab** 271:21 322:15

**grabbed** 52:21 56:5,15,16 139:13, 17 140:1 141:18,22 142:4,8,13 143:7 144:18 145:2,8 146:1,6 155:12 157:17,23 164:22 165:7,15 185:13 197:14 202:21 263:14 271:23 320:17,23 321:10 322:5,7,9 323:18

**Grabbing** 308:14

**graduate** 26:11

**graing** 312:21

**grammar** 26:6,9,11 108:5 149:23

**Grand** 61:13 128:3 158:18,19 159:16,21,23 161:20,23 162:14 183:12 204:20 205:11 251:15 253:16 342:11 346:24

**grandchildren** 33:14 34:2

**grandfather** 283:24 284:9

**grandkids** 33:7

**grandpa** 284:5

**Great** 155:2

**Green** 36:4

**grew** 18:12 31:5

**groceries** 14:24

**gross** 36:11 38:16

**ground** 6:10

**group** 152:2,10 257:24 258:7,12 303:1

**groups** 302:13

**growing** 295:14

**grown** 166:7

**guess** 106:10 189:11,17

**Guevara** 4:10 5:6 123:21,23 124:1,8 125:5,11,17,22 126:2,9,11, 24 127:2,7 128:18,21 129:2 130:20 131:7 142:12 143:3,6,7,16 144:11, 22 145:2,7 146:1,7,15,19 150:22 152:9 154:18,19 155:3,20 157:1,3, 8,11,15 158:11,13 159:16 160:11, 22 161:3,18,24 163:24 164:3 167:1,10,21,24 169:1,5 170:9 171:13 172:13,20 173:7,18 175:19 178:3,12,18,23 179:5 180:16 181:16,24 182:13 183:10 184:4,22 185:4,6,15,16 186:6 187:15 194:5, 11 195:5 196:24 202:20,24 253:5 255:3,9 296:9 307:20 308:2 310:18,24 313:13 314:16 315:1,3, 23 316:8,12,19,23 318:4 319:2 320:14,18 321:15,17,23 322:15 323:6 324:1,3,11 340:19 341:3 342:11,15,22 343:2,9,10

**Guevara's** 294:12 317:9,17,20 318:23

**guilty** 59:21 61:2,6,8 69:10 350:6, 12,14,18,20,23 351:2 352:21,24

**gun** 59:13 60:14,19,22 61:24 62:18,19,21 93:15,22 97:14,19,21, 22,24 98:7 99:14 106:5 107:1 135:1,4 138:20 178:7,24 180:13 218:5,17,19,24 224:2,19 225:4,11, 20 226:4,19 238:17 239:13 240:4 247:5 312:3 336:6,12,15,20,21,23 337:7,16 338:4,9 339:16 340:6

**guns** 61:21 62:9,12 63:7 138:18

**gunshots** 137:17

**guy** 27:4 53:20,21 86:9 132:3 142:5 144:8 151:19 165:5 169:2,6 170:12,15,22 171:24 174:7,11 179:1,16 180:14 191:18 198:18 237:12 238:17 239:14,20,22 240:5, 18 241:4 242:21 244:14 245:19 246:2,5 256:19,20 270:21 279:22 285:9,18 331:1,4,5 338:17 339:12, 14,17

**guy's** 240:20

**guys** 51:23 52:22 146:15 178:8 181:6 191:14,15,16 196:5 223:3 230:21 231:23 232:7 238:4,5 254:21,23,24 257:13 268:15,16 269:2 272:6 304:14 305:4 308:21 344:14

**gym** 27:3,14,15,19 28:5,8 311:16, 24

## H

**H-U-E-R-T-A-S** 102:20

**ha** 291:10

**hair** 120:8,9 165:8,15 168:6,8,9 319:22 323:18

**half** 68:12 194:10,12 195:3,7,14,16 196:1,23 197:10,12

**hall** 193:16

**hallways** 280:6

**Halvorsen** 5:2 127:15 128:15 130:23 131:10 296:13

**hand** 151:2 165:9,10,11,12 180:5 215:5,6

**handcuff** 146:7 163:2

**handcuffed** 142:21 143:9 146:12 148:8 150:23 151:2,9,10 156:10 157:13 160:7,22 161:4,16 163:7, 10,13 164:20 185:9 192:14 273:18

**handcuffing** 160:10 161:6

**handcuffs** 163:9 312:4

**handed** 142:21 143:9 146:12 148:9 151:14 152:1

**handgun** 58:15 61:19

**hands** 27:11 165:9 238:24 239:5 286:8

**handwritten** 340:15

**handwrote** 199:18

**hang** 170:4

**happen** 285:3 320:11 327:19

**happened** 26:22 43:12 53:14 58:4 69:7 93:8,11 97:6 119:16 135:4 146:4 164:21 170:19 171:19 172:24 173:21 179:10 181:14 182:15 190:20,21 191:2 195:16 197:13 202:13 215:1 218:3 228:19 238:3 272:2,8 273:8,21 310:7 318:13,18 332:11 334:15,22

**happening** 168:24 191:24 253:18 262:17 334:18

**hard** 28:19

**harm** 125:2

**Hawaii** 304:18

**he'll** 119:18

**head** 7:8 45:3 164:23 165:22 267:7 273:14 285:10,11,18 324:12

**health** 278:24 291:23

**hear** 7:12 24:19 157:6 341:1

**heard** 132:23 137:17 174:3 176:4 179:16 180:18 316:17 340:6 353:8

**hearing** 73:12 88:15,18,22 89:9, 15,18 90:2,15 91:1 128:16 352:23

**Hector** 45:7

**height** 319:20

**held** 62:24 180:4 215:5

**helped** 299:12,13,14 301:13

**helpful** 300:8

**Hey** 58:2 142:12

**hiding** 57:22

**high** 26:14,16,17,19,21 27:9 29:3, 10 250:4 318:2,5

**highest** 25:24

**hire** 210:18

**Hirsch** 176:18,22,23 177:6 216:11, 12

**hit** 36:19 161:7,11 164:23 165:22, 24 179:15,17,21 195:21 240:21 285:9,15

**hobbies** 302:18

**hold** 146:13 148:10

**holding** 152:8 180:3 238:24 239:5

**Holiday** 42:10,13,20 43:5 44:2,19 45:5,8,11 46:3 325:9,12,16

**hollered** 245:5

**home** 11:18,21,24 21:18 22:22 31:12,16,17 44:6 58:22 71:23 77:20 85:20,22 86:24 87:1,3,6,11, 13 107:13 132:16 133:20 134:12, 21 136:24 139:11,23 140:3,15,18 141:4 148:24 156:4 157:9,12 180:17 197:18 287:9 298:20,21 305:12,13,15

**hoods** 37:23

**hospitalized** 278:21 290:12,24

**hostile** 315:5 316:2

**hot** 328:16

**hotel** 35:4 36:11 37:9 283:16 287:4,6

**hour** 36:12 38:18,21 68:11 194:10, 12 195:3,7,14,16 196:1,23 197:10, 12 205:13

**hours** 9:9 136:23 137:6 182:24 321:22 326:18

**house** 11:16,17 15:1 18:12 19:2 22:12,15 24:11 32:1 33:10 58:23, 24 59:2 96:3 106:1,2 119:17 126:19 131:20,21,22 136:9,10,11,

14 139:14,18 140:5,6,10,17,20,22, 23 141:8,11,12,14,20 142:22,24 143:5,8,11,13,14,17 145:23 146:8, 11,17,18,20 147:3,4,5,7,15 148:11, 13 150:4 152:15,18,23 153:7,8,12, 15 155:4,10 156:7 157:11 173:1,4, 5,19 174:2,15,16,21 176:1,16 177:12,17,21,24 178:4 179:11,14 232:6 246:19 311:8,9,18 322:11

**houses** 232:9

**Hoyne** 109:5

**Hudson** 104:16

**Huertas** 102:19,24 103:10,16 171:24

**hung** 107:21 115:14

**hurt** 166:17

**hurting** 166:20 229:7

**Hyatt** 35:4,9 36:11,14 37:4,12 38:7,15 41:17 283:15 304:2

---

**I**

**ice** 86:19

**idea** 20:18 67:12 94:4 187:19 254:8 321:5 327:20 331:10,21 349:5,6 350:2 352:11

**identification** 111:17 203:21 250:21 258:4 265:13 266:14 292:7, 11

**identified** 267:20,23

**identify** 4:20 232:15,22 237:19

**IDOC-DIXON** 112:1

**Illinois** 4:7,12,17 15:12,15,21,24 16:11,13 17:16 21:6 60:2 64:23 65:7,21 69:17 70:1 76:18 79:4 82:11,14 91:8,19 92:3 94:24 109:13 111:8,12,22 112:12 113:1 115:10 116:3 117:8 120:13,20 123:3,8 205:12 268:7 276:5,17,21 277:9,18 278:3,7,11,13,17,22 279:1,5,7,12,16,19 281:3 282:2 283:4 284:18 285:20

**illness** 41:24 278:19 290:15

**illnesses** 269:13 278:6 290:20

**immediately** 256:24

**implied** 201:24

**important** 7:4

**inaccurate** 73:13 74:2 334:16,17

**incarcerated** 30:4,16,24 34:20 44:1 61:9 71:21 79:1 91:15 92:2,7, 11 95:5,8,17 106:13 115:1,23 120:20 277:24 318:1

**incarceration** 21:6 34:23 65:21 109:13 276:5 307:5

**incident** 53:15 58:17 59:10 60:15 132:23 310:7,11,12,20 316:5

**incidents** 271:5 285:19 310:17,23

**include** 14:11 49:2 67:2

**including** 84:2 268:4

**income** 36:11 38:16

**inconsistent** 338:3

**incorrect** 211:15 215:21

**incorrectly** 353:24

**indicating** 134:19 148:4,18,19 162:20 165:17 168:13 193:2 238:16 239:3 255:17 344:11 347:21,22,24

**indicted** 59:18

**indifferent** 316:12

**influence** 247:13

**information** 43:19,20,22 84:13 98:3,6 119:22 178:13 288:6 335:11,21

**initial** 190:4

**initialed** 231:11,18

**initials** 205:5 231:5,19 243:17,20

**injured** 166:15 278:10

**injuries** 266:24 269:15 278:19 290:22

**injury** 41:24 290:17

**inmate** 111:22 113:13,23 114:5

**Inn** 42:10,13,20 43:5 44:2,19 45:5, 8,11 46:3 325:9,12,17

**inside** 67:4 152:14 154:16 156:9, 11 160:2 162:8 174:3 176:4 179:20 185:21 193:7 203:5 219:24 256:18 275:23

**instances** 272:24

**institution** 67:14 68:24 69:12 70:5,8,18,19,24 71:1 92:1 94:19 280:17 283:21

JAIME RIOS, 06/30/2023

**institutions** 21:12 281:13 282:8 286:22,23

**insurance** 297:17,20

**intake** 264:1 265:1,8 266:8

**interaction** 168:2

**internet** 123:15

**interposing** 84:16,17

**interrogation** 325:6

**interrogatories** 292:24 294:12 295:11

**interruption** 63:23

**intersection** 134:22 138:5

**interstate** 15:14,17

**interview** 205:10 208:13 251:14 329:17

**interviewed** 110:19

**intimidation** 184:10

**intimidations** 172:11

**introduce** 189:14,21

**introduced** 336:20,21 339:21

**inventing** 323:17

**investigation** 204:9 208:23 272:4

**involved** 34:6,8 138:12

**involvement** 102:8

**Iowa** 304:20 306:3,5,10,12

**Iris** 98:15,16,18 99:1,5,7,10 105:11 106:7,18,24

**issue** 62:16,17

**issues** 307:4,7

**Italian** 320:2

**J**

**J-A-I-M-E** 5:18

**Jackson** 4:6

**jail** 31:1 53:17 64:21 65:2,9 72:9 79:1 85:1 109:18,22 110:1 120:17 125:16 263:21 264:2,5,10,19,24 266:9,22 267:6 268:1,10,21 269:1, 12,16,19 270:5,8,14,17 271:3,6,8 272:12 273:2,6,11 274:2,10,21 275:3,12,15 284:20 298:23 300:24 326:23 327:1

**Jaime** 4:4,9,24 5:10,18,21 9:11,13 25:13 30:19 32:12 145:12 204:12 205:9 208:18,22 209:5 211:18 247:13 250:10 252:18 312:13 349:16 353:18

**Jamaica** 132:3,5,6 133:19,24 146:6 153:9 304:19

**Jamaica's** 132:4

**Jamaican** 132:10 142:5

**James** 9:16,19,20 104:19

**Janet** 206:17

**Jason** 226:2

**Javier** 104:3

**Jay** 246:16

**jeans** 167:9,17,20 311:16,21,23 312:16

**jewelry** 57:18 124:18,23

**JGS** 250:23

**Jo** 66:21 75:17

**job** 35:18 37:4,16 38:1,2 39:15,20, 21 41:3,5,8,14 42:23 43:1,16 45:10 46:4 67:17 304:12

**jobs** 274:1 281:2,5,15,16,23

**jogged** 288:2

**Join** 317:1 324:16

**Jose** 10:4 51:21 107:22 108:14,18 109:1,6,10,12,18 110:3,16,18 111:2,4,5,7,11 112:16 113:3,4,22 114:1,4,12,21 115:2,6,9 116:13,24 117:7,10

**Joseph** 5:1

**Jr** 25:13 30:19 205:6 231:19

**Juan** 9:10,24 20:3,4 28:1,3,15,16, 23 29:19 306:21

**judge** 8:5 59:23 61:1 350:18 352:19,22

**July** 12:17 25:17,21 42:6 47:7 49:17 50:1,7 52:2,7,14,19 55:12 56:13 58:6 61:14 63:11,14,15,20 64:17,22 69:10 77:8,17 82:20 84:10 85:19 104:22 105:5 106:20 120:3 125:8,11,23 128:4 129:8 138:24 174:18 205:12 208:14 266:4 268:2 290:11 297:10,11 319:5,6 320:10 321:7 326:15 327:2,13 328:15 334:11 348:23

349:8

**jump** 298:11

**jumped** 238:7

**June** 4:4 49:17 50:1,7 55:23 58:12 60:4 131:16 132:20 133:3,14,21 134:24 208:24 213:12 214:1 266:3 333:24 334:8,14,22

**Junior** 43:4,8 44:19

**Justino** 116:17

**juvenile** 53:2,7,18 54:8,13

**K**

**Katie** 4:18 341:15

**Kedzie** 100:17,19

**khakis** 311:22

**kicked** 26:23,24 27:12 29:2 70:18 283:2

**kid** 30:18 84:14 166:11 170:18 172:6 177:12 182:12 192:8 286:17 287:16 340:21 341:2,5 345:16 346:8

**kids** 9:24 17:11 118:14 271:17 308:9,14 309:24

**kill** 280:14

**killed** 165:5 170:12 171:23 331:4,5

**Kimball** 116:22

**kind** 46:10 48:22 144:9 169:4 225:3,11 234:12,20 264:16 272:14 310:6 314:5

**King** 50:12 107:24 116:11 232:22 244:21 245:5

**Kings** 43:10 47:2,4,7,11,16,23 48:19 49:6,14 50:7 51:19 60:6 61:19,22 62:10,12 63:8 65:5,19,20 66:4 70:9,12,13 71:8 77:14 86:11 92:19 98:21 108:7,10,15,20 109:1 115:14 116:21 118:15 133:5,7,13 134:2 169:22 170:7 171:10 175:14 211:22 221:18 269:4,5

**kitchen** 37:23 42:21,22 44:24 274:3,4 281:16

**kitchens** 39:9

**knew** 17:17,19 49:23 51:14,16 78:3,5 79:24 92:13 114:23 122:13 124:10 125:3 126:7,10 129:12 133:1 143:20 145:14 173:2,19

185:24 188:22,24 190:7 191:1 268:22 269:2,8 277:7,17 278:3 308:2

**knowing** 221:8 332:6

**knowledge** 134:5 143:2 283:5 290:1 294:1 295:5 316:22 317:6 337:2 350:2

**Kool-aid** 117:1

**Kostner** 16:17 17:5

---

**L**

**La** 50:21

**lady** 170:23 174:10 187:5,7,21 191:15 214:19 215:7

**lake** 247:7 337:18

**Lamont** 118:7,9,10,19 120:13 174:15 175:5,6,10 176:10 214:19 334:5

**land** 57:3

**landlord** 22:17

**landscaping** 40:9,11,19 41:5

**language** 29:13,16

**lasted** 331:13,22

**late** 131:15 132:20

**Latin** 43:9 47:2,4,7,11,16,23 48:19 49:5,14 50:6,12 51:18 60:6 61:18, 22 62:10,12 63:8 65:5,19,20 66:4 70:9,11,13 71:8 77:14 86:11 92:19 98:20 107:24 108:7,10,15,20 109:1 115:14 116:11,21 118:15 133:5,7, 13 134:2 169:22 170:7 171:10 175:14 211:22 221:18 269:4,5

**Lauren** 5:3

**law** 210:7 289:18

**lawsuit** 6:15 34:5,17 307:8

**lawsuits** 34:6

**lawyer** 81:7,9,14,17,19,24 82:2,4 118:22 119:15,19 183:24 189:7,13, 21 190:6 191:3,19 192:10 193:10 194:9 195:4,10,24 196:19 197:4,20 198:20 199:3,10,14,18 200:17 201:6 204:19 205:23 209:6,7 210:12,18 343:22 345:4,9 346:18 350:8 351:5 352:8

**lawyers** 274:12,13,19 289:2

**layoffs** 36:24

**Lazar** 66:21,23 67:2,8,17,23 75:17, 24 76:3 283:1,6

**Le** 134:13,22

**leading** 191:10 196:13 198:9 199:24 315:20 318:21 341:13 344:7,18

**Leanna** 66:21 75:17

**learn** 83:6 84:9 92:6,10 95:16,21 97:8,12,16 105:18,20 132:18

**learned** 84:24 106:15 284:1,14

**learning** 284:5

**leave** 38:14 41:8 70:13 154:21 158:4 184:24

**Leavitt** 18:8,21,23 22:7,14,22 23:6,11,12 25:1,16,20 44:4 45:21 48:17 50:14 59:8 77:20 107:14 109:3,4,5 131:23 132:16 133:21 134:12,14,22 136:11,23 139:3,19, 20 140:18 149:1 156:4,8 160:11,22 161:4,16 170:3 173:4,6 176:19 214:7 216:2,4,6

**led** 146:10 198:13 335:20

**left** 21:22 47:19 150:4 152:9 180:5 185:3 194:14,24 196:17 197:1 215:5 236:9,16 258:24 259:4,5,23 260:1 261:5,10,15,17 283:4 286:5 310:4 320:22 344:24 345:3 346:17

**Legal** 4:1,15 5:7 75:7,10 130:2,5 203:12,15 302:3,6

**legs** 8:18

**let all** 143:13 146:18 153:1

**letter** 288:19

**letting** 272:4 341:18

**level** 25:24

**library** 289:18

**license** 297:13 299:13 314:1,11,13

**lie** 336:10 340:20

**lied** 61:1

**life** 30:7,17 270:16 279:18 280:8, 10,19 286:9 297:19,23 298:2 299:4 300:9 301:13

**light** 68:4

**light-skinned** 319:23

**lines** 231:5 243:12

**lineup** 110:23 253:15,21 255:2,10, 12,15 256:8,9,11,15,16,23 257:6,9, 19 259:13,15,21 262:11 263:3,8,12 327:16,20 328:8,9 347:11 348:9,18 349:4,8,24 350:3

**lineups** 253:22,23 256:23 257:3, 15,16 262:12,14,16 267:19,23 325:19 327:23 348:10,13,14

**list** 111:8,12,23 112:9,24 113:8,23 114:5 115:9

**listen** 8:11

**lists** 252:11

**live** 11:8,10 12:7,20 13:22 14:5,6 16:8,23 17:4 20:12,17 23:19 28:23 31:4 32:14,17 77:17 134:11,15 169:24 213:16 214:4 303:5 309:17

**lived** 12:4,5 17:1,19 19:7,13,14 25:6,21 106:20 107:10 134:13 150:18 170:2 178:9 247:1 295:14 301:2 325:17

**lives** 14:3 117:7,13,14

**living** 12:22 14:7 16:4,6,15 18:3,6 19:1 20:10,14 22:9,23 24:16 25:1, 2,15 31:1 35:3 36:7 42:6 44:3 59:2, 5 79:21,23 80:2 86:21 89:21 90:12 102:16 113:1 139:3,6

**Livingston** 69:13

**locate** 322:13

**located** 4:6 102:10

**locating** 102:9

**location** 117:16 132:15 158:22 161:9,12,13

**locked** 115:21 157:7 317:22

**lockup** 159:12 255:2

**Loco** 104:4

**long** 12:4,16 16:2 17:4 23:4 24:2 35:20 39:17 42:12 53:11 66:22 81:20 94:8 96:15 99:1 100:6 101:3 114:15 119:6 124:4 135:5,7 157:9 168:6,8,11 177:14 180:15 194:8 212:1,13 221:6 224:19 263:11 272:21 319:22 331:10,12,16,21

**looked** 72:14 174:2 193:24 198:24 202:3 238:5 251:18 252:2 260:11 261:23 266:8 288:1

**lookout** 229:16

**loony** 270:21

**Lopez** 45:5 107:8,18

**Lords** 49:7 50:21

**lost** 243:6 283:8

**lot** 8:2 147:2 148:14 150:2,4,18 159:24 238:5 243:6,23,24 244:1 245:13 246:11 273:21,23 335:7

**loud** 7:6 155:8

**Louie** 45:5

**Love** 245:5

**Lowell** 11:15 12:20 13:23 16:14 17:6

**luck** 122:12

**Luis** 64:6,12,18 72:11 82:19 83:2,7 84:10 85:2,9,13 102:19,24 103:21 110:5,8,15,20,24 124:2,11 127:21, 24 129:13 133:22 204:9 208:23 261:24 267:16 342:16 343:23 344:4,6 345:5

**Lupa** 206:17 252:8

**lying** 179:6,7,9

---

**M**

**machine** 208:7

**Macho** 108:2,14,18 109:1,6,10,12, 19 110:3,16,18 111:5,7 114:1,4,13 117:10

**made** 46:18 176:21 197:15 201:13, 18 202:1 229:22 231:10,14,16 293:24 295:4 329:14

**Mag** 225:19

**magazine** 63:5

**main** 45:2 164:15 286:16

**major** 290:14,17,20

**make** 8:8,18 30:17 35:10,11,12,14 38:1 39:8 62:14 64:18 84:15 170:13,18 183:4,6,8,21 200:10,18, 21 201:6,10,14 243:14 266:23 267:2,17 280:2 281:19 297:11 307:22 323:16 324:10 339:1 354:2

**making** 37:22 38:16 311:3 323:17 352:23

**man** 51:16 129:18 166:7

**manner** 166:15,23

**manufacturer** 39:18 41:3,9 62:20

**manufacturing** 39:11

**March** 55:20

**marijuana** 46:12,13,19 52:20,21, 24 56:13,16 69:6 125:15,18,21 135:15,17 136:8,16 282:16 314:20, 22

**Mario** 104:13

**mark** 203:17 250:18 257:24 265:10 266:11 292:4,8 325:21

**marked** 111:16,20 155:17 203:20 204:3 206:21 207:15 250:20 252:23 258:3,7,13,17 260:20,24 261:7 265:12 266:13 267:11 292:6, 10,14 313:17 326:6 327:16 329:3, 4,6

**marker** 344:21

**marks** 329:14

**marriage** 13:8,10,12,16 17:2

**married** 12:16,17 33:1 84:20 297:7 304:14

**Martinez** 45:7

**Mason** 5:2 127:17,19 128:1,5,8,9 131:2,13 163:24 164:6,22 165:1 166:23 167:4,24 168:2,5,17 171:14 173:11 178:17 180:24 181:7,21 184:12,23 185:4,6,13 187:12,21 190:21 191:8,20 192:10,11 193:10 194:9,20 195:4,8,24 196:3,11,17 197:4 198:9 199:10,24 200:12 201:22 202:11,17,22 206:8,14 207:2,4 208:17 223:13 224:6,15 225:1,9,17 226:2,10 227:1,15,22 228:9,17 229:2,21 230:7,14 231:3, 7 232:4,13 233:4,13,22 234:5,11, 19 235:1,8,16 236:6,13,21 237:3, 10,18 238:1,11,21 239:8,18 240:2, 10,17 241:2,10,16,22 242:4,11,18 243:3,10,15 244:5,12,20 245:2,10, 17,24 246:9,16,24 247:11 248:3,12 250:8,16 252:16 253:8 267:7 296:6 323:9,12,18,22 326:14 329:13,18 330:11 331:20 332:9 335:3,12 340:18 342:12,21 343:10,14,17 344:7 345:4 346:3,18 348:23

**mason's** 201:13 292:24

**matter** 4:9 340:19

**Maysonet** 116:13

**Mcgrath** 5:5 307:18,19 312:5

313:5 315:10,15 316:15,24 317:11, 23 318:8,15 321:12 324:7,16 347:7 349:11 353:17

**meaning** 15:14 66:16 124:9 135:21,22 189:19 221:18 335:17, 18

**means** 312:18 313:21 353:21

**meant** 182:2

**mechanic** 283:14

**media** 4:2 34:13 296:19,22

**medical** 269:18,21 278:15,19 291:19

**medication** 9:1,5 270:2,4 279:4 291:17

**meet** 17:9 74:10,13 86:13,17 96:6 108:4 115:17,18 118:12 124:7,9 223:6 224:8

**meeting** 342:11 345:4 346:18

**Megan** 5:5 307:19

**Melendez** 51:21 107:22 108:4,14, 18 109:1,6,10,13,19 110:4,16,18 111:4,5,7,11 112:16,24 113:3,4,22 114:2,5,13,21 115:3,6,9 116:24 117:7,10 288:13

**Melendez's** 288:2

**Melendezes** 111:2

**member** 43:9 46:23 47:1,3,6,10, 15,22 49:6,12,20 60:6 61:18,22 62:10 63:8 64:8 65:2,4,5,15,18,20 66:3 70:8,11 71:8 77:13 86:11 92:19 98:20 108:7 118:15,17 134:2,4 136:20 169:22 170:6 171:10 175:13,16 211:19 212:2 221:18 237:20

**members** 49:22 305:18

**memory** 9:6 205:22 252:24 288:3 290:7 328:3 331:10 332:15 350:19

**men** 259:12

**Menard** 21:4,7 70:6,7,12,16 71:2, 11,16 276:12 280:22 286:24 287:1, 2,12

**Mendez** 98:16,18 99:1,5,7,11 105:11 106:7,18,24

**mental** 278:24 291:23

**mentality** 280:1

**mentioned** 76:9 129:14 171:1

JAIME RIOS, 06/30/2023

277:21 281:2 340:13

**messed**  273:16

**met**  74:17 77:10 86:15,18,20,21
102:22 128:5 178:7,24 222:14,17
224:9 269:7 311:5 323:22 324:1,22
331:12 345:9

**Michael**  127:17,19 128:1,5,7 131:2
169:19,20 170:4,10 171:14 206:8
252:15 292:24 329:13,18 331:20

**Michael-something**  169:7

**middle**  12:11 148:18,21 149:4
150:8 151:5 211:13 245:4

**midnight**  131:17

**mike**  208:17 319:10,14,16,19
320:1,3,10,17,18,23,24 321:6,7,15,
24 322:1,13

**Mike's**  319:12

**miles**  241:5 338:19 339:3,7

**military**  62:18,21

**Milwaukee**  15:8,12,16,23 16:1,4,
11 20:11 26:18 39:22 40:1,7,14,16
53:9

**mind**  273:10 285:6

**mine**  118:11

**mine's**  72:18

**minute**  187:17

**minutes**  75:3 81:22 94:12 143:15
157:10 180:19,20,23 181:15
184:21 224:21 301:17 325:18
331:14,18,23 342:10,20 343:4,5,20
344:6

**Miranda**  188:12,15,18 189:1
190:7,8,15 322:23 323:3,5,7,10,13

**misdemeanor**  350:12,13 351:8,9
352:9

**Mississippi**  306:5

**model**  62:14

**mom**  12:22 14:10 18:6,10 19:14
31:23 32:1 33:7 43:17,21 46:3
100:5 126:10,11 140:13 274:22
275:5,18 286:1,8,12 287:13,22
306:6 308:2 309:16,21 310:7,11,
12,17,22 317:7

**mom's**  12:24 19:2,3 32:1 58:23,24
59:2 140:4,6,10,16,22 141:12
173:4 246:19 306:6

**moment**  25:4 45:23 46:6 70:14
105:17 112:2 159:19 325:20

**money**  46:18,20 124:19 276:2
308:9

**Mongoose**  10:1,2

**month**  25:10 36:18 119:7 122:19

**months**  24:4 30:16 42:15 53:17
54:8 66:24 118:21 121:2,7,9,14
122:5 123:11 139:9,10 275:7 285:4
286:20,21 306:20

**moon**  94:18 296:2

**mop**  285:10,16,17,18

**moral**  301:3

**Morales**  64:6,12,18 72:11 82:19
83:4 84:10 85:2,10,13 103:21
110:5,7,8,10,15,20,24 124:2,12
127:21 128:1 129:13 133:22
204:10 208:23 262:1 267:16
342:16 343:23 344:6 345:6

**Morales'**  83:7

**morning**  305:14 332:12

**mortgage**  11:23 303:23

**mother**  14:7 19:7 84:14 127:1
247:1 274:22 309:13 316:5,22

**mother's**  22:22 58:22

**mother-in-law**  176:15 177:10

**motion**  72:20 289:7

**motions**  129:3

**motorcycle**  141:2 298:13,18,19
299:10 302:17,23

**motorcycles**  298:9 302:20 303:2

**mouth**  166:1

**move**  14:23 16:14 18:22 30:6
299:14

**moved**  18:9,16,20 22:7,21 23:5,10
41:2 45:20 186:8,10 301:4 343:6

**moving**  17:5 222:3 226:18

**Moyne**  134:13,22

**Mozart**  14:15

**mugshot**  169:6,8,15,16 170:10
171:14 173:7

**mugshots**  169:10 181:6

**murder**  63:10,19 64:2,11,18 69:19
72:11,15 82:19 83:1,7 84:10 85:2,

10,13,17 110:5,8,16,20,24 115:21
124:2,12 127:21 128:1 129:13
171:21 172:18,23,24 173:1,3,19
179:10,12 191:2 261:24 267:16
278:1 288:21 289:4,13 331:4
342:16 343:23 344:4,6 345:6 350:1
351:4,10,15 352:15

**Mustache**  168:21

## N

**N-O-R-I**  89:7

**Nagles**  27:15,19,20,21

**named**  132:3 169:6 171:24 270:24
319:10

**names**  9:12,21 76:23 94:7 268:17
269:11

**National**  16:7 20:13

**nature**  9:9 273:10

**nearest**  137:24 138:2

**needed**  44:11 81:7,8,14,17 118:22
123:17 145:9,16

**neighborhood**  17:19,21 18:3
48:13,16,22 49:1 77:5,7 86:10
92:17 123:24 124:16,20 125:1
136:17,18 137:17 153:24 170:8
269:3 295:14 308:8,14 309:24
313:14 315:9 316:9,12,18 319:18
322:5 324:4

**neighborhoods**  45:18 137:11,12

**nephews**  306:8

**news**  296:19

**nickname**  77:24 78:5 103:23
104:4 108:2 116:9 117:1 129:14
319:14

**nicknames**  9:21,22

**night**  137:9,10 213:12 214:1 321:1,
2 330:20 334:1

**nighttime**  140:14 322:4

**Nodding**  152:3 155:5 328:2
329:22

**nods**  7:8

**Nonetheless**  8:6

**Noon**  60:6,9 123:19

**Nori**  89:5,6,7,8

Urlaub Bowen & Associates, Inc.    312-781-9586

JAIME RIOS, 06/30/2023

**north** 4:16 11:14 17:6 18:5,8,20, 21,22 19:4 22:7,14,22 23:6,11 25:1,16,19,20 45:21 51:3,4,5,6,8,9, 10,11 56:13 59:5,8 77:17,20 86:22 105:8,16 107:10,13 126:21 131:23 132:13,15,16,20 133:21 134:12 136:11,23 138:4,11 139:3,19,20 140:8,17 149:1 160:11,22 161:4,16 191:13 209:1 214:7 235:24 236:14, 16,22 295:15

**Northern** 4:12

**Northwest** 133:12

**nose** 166:1

**noted** 313:11 315:17 317:3,13,24 318:9,16 324:8 340:2 341:14,16,17

**notes** 196:10 301:17

**notice** 5:22

**November** 55:4 64:3 73:16 113:8

**number** 4:10 16:17 111:23 112:9, 10 113:23 114:5 325:22

---

### O

**O'HARE** 24:9,13 37:19

**Oakley** 223:6 224:8,10

**oath** 6:17,19 73:6,19 75:14 130:9 203:24 302:10

**objection** 8:8,12 59:6 60:16 61:3, 23 63:13 83:8,15 110:9 160:13,15 211:7 313:5,7 315:10,16 316:15,24 317:11,12,23,24 318:8,9,15 321:12 324:7,13 336:16 337:1 339:23 340:9 341:13,17 351:16 352:2

**objections** 84:17 313:10,11

**obligated** 108:21,23

**observed** 273:5

**obtain** 26:2 297:17 299:6

**obtained** 297:13

**obtaining** 102:8

**occasions** 90:18

**occupation** 283:12

**occur** 67:4 80:14 126:15 174:17 271:12,14 279:21 282:9 321:9 345:17

**occurred** 42:16 58:18 126:18 138:10 208:24 233:24 270:20

330:10,11 331:11 349:4,5

**occurring** 280:16

**offer** 38:15 41:9

**office** 192:23 193:7

**officer** 14:17 15:23 31:22 58:1 60:5,9,12 66:9,12,20,23 67:2,8,16, 23 75:17,24 76:3 93:24 94:2,3,5,6 97:13 98:10 123:19,21,23 124:1,7 125:4,11,17,22 126:2,9,11,23 127:1,6,12 128:18 129:2 130:20,23 131:2,7,10,13 142:12,21 143:6,10, 21 144:11,22,23 145:2,4 146:1,13, 19 148:9 151:3,16,17,18,22 152:1 155:13 156:18,22 158:15 159:17 160:11,21 161:3,11,18,24 163:24 164:3,6,22 165:1 166:22 167:1,4,9, 10 168:2,5,17 169:1 171:14 173:11,18 175:19 178:3,17,18 180:16,24 181:7,16,24 184:4,12,22 187:12,15,20 194:5,11 195:4,5,7, 24 196:11,16,24 201:13 202:22,23 206:14 253:5,8 255:3,8 256:12,13, 14 257:21,22 267:7 296:9,12 311:10,13 313:13 314:3,12 342:15 343:9,10,14,17 346:18

**officers** 127:20 129:9 143:14 144:14,20 146:18 152:2,6,7 153:1, 4,15 155:24 157:5,8 158:10 160:5 164:1,8,10 167:2,13,22 171:17 173:14,16 178:22 181:10 184:15, 23 185:2 189:7,8 223:22 264:8,14 310:23 311:4,7,17,19 312:15,19,20 313:1,16 342:12 343:4

**offices** 4:16

**Ohio** 14:6 32:18,20,22,23 33:10 303:5,10,21 304:21

**older** 19:19,21 20:1,2,3 78:12,14, 15 134:7,9

**oldest** 20:4 32:12,13

**open** 61:2 149:16 150:14 153:3 164:13,14 192:11

**opened** 143:13 146:16,17 152:20, 22

**operate** 309:1

**opportunity** 112:5 204:22 251:2,6 258:8 266:19 274:11 292:14

**option** 199:15

**order** 35:17 148:24 293:11

**orders** 48:3,7 108:18,19,22

**origin** 319:24

**outsiders** 48:15,22,23

**outstretched** 240:4 339:16

**owned** 63:7

**owner** 11:24

**owns** 11:21

---

### P

**P-O-L-I-C-K** 5:1

**p.m.** 130:3,6 203:13,16 209:1 302:4,7 354:14,17

**pages** 200:8,9 205:4,5

**paid** 11:20 90:5 135:22

**palms** 238:24

**pandemic** 36:19,21 80:20

**pants** 260:14 311:22 328:5 348:20

**paper** 182:17 188:19,21

**paperwork** 43:15

**paramedic** 265:8

**parents** 19:11

**park** 24:14 86:18,22,23 105:8,16 159:24

**parked** 150:18 155:14 156:2,3 160:1,4 161:23 320:15

**parking** 148:15 159:24

**parole** 15:8,16,19,23 16:2,5,10 31:17,22 39:24 40:21,23 115:3,5 123:6

**paroled** 15:8

**part** 72:8 165:24 271:22 306:13

**part-time** 37:15 39:14

**participants** 259:9

**participated** 302:13

**participating** 253:15

**parties** 4:21

**partner** 127:8,9,10 158:11,14 320:14 321:17,20

**passed** 24:17 216:11 230:21 300:17

**passenger** 179:21 180:2,7,11 215:4

JAIME RIOS, 06/30/2023

**passing** 24:21

**past** 338:13

**patient** 267:13 300:5

**Paul** 45:1

**pay** 11:23 276:2 303:23

**paying** 23:16

**payments** 303:24

**peek** 228:22

**penal** 68:24 69:12

**penalty** 293:22 295:2

**penitentiary** 283:3

**pension** 14:12

**people** 9:22 35:13 44:23 51:19 76:24 88:24 112:11 124:17,18 126:14 136:13,16,17 137:10 150:18 163:2 203:8 254:19 256:20 269:7,9 270:24 272:4,7 273:12,13 275:2 277:6 279:23,24 280:3 284:22 285:23 296:19,20 303:1 308:15 316:11,17,18,21 317:6 328:7,9 330:22 344:12

**people's** 72:16

**pepper** 120:8,9

**Perez** 117:17

**period** 44:21 47:21 82:12 137:19 315:20,21 316:2 330:21 345:8

**periodic** 278:14

**perjury** 293:23 295:3

**permission** 31:22

**person** 7:16 80:23 90:22 91:12,14 104:3 119:3 169:16 179:19,24 198:12 206:13 239:5 324:19,20,21 333:10

**person's** 59:14 70:21

**personal** 62:7

**personally** 323:9

**Peña** 118:1

**phone** 80:23,24 81:1,20 90:20 91:13 111:8,12 112:10,12 113:8 114:20 115:9 119:4,5,8 121:1,6,18 123:11,14 183:3,4,6,8,21 275:17, 23 287:17 288:1,3,5,19

**phonetic** 66:21

**photo** 169:14

**photograph** 169:13 250:14 251:9, 11,17,21,23 252:1,5 253:1 258:16, 18,22 259:4,8,11,23 261:4,8 265:19 266:5,7 319:9 326:23,24 327:4

**photographed** 265:3

**photographs** 74:8 252:23 258:7, 13 261:19,20 327:16

**phrase** 309:9 313:20,23

**physical** 160:12 270:11 279:12

**physically** 16:1 182:5 184:8

**pick** 274:6 321:23

**picked** 55:16 320:6 321:1 322:1 328:16

**picture** 169:3,4 252:7 260:8,13,17, 24 261:2 265:22 347:17

**pictures** 320:15 347:11,14,16 348:18,20 349:23

**piece** 188:18

**pieces** 271:19

**pile** 329:5

**place** 75:2 92:23 140:17 255:15 256:9,11 300:6 332:8 334:5,7,8,9

**places** 41:20

**plainclothes** 144:24 145:1 167:5, 6,8 311:7,10,15 312:19

**plaintiff** 4:24 5:21 293:1 294:13

**Plaintiff's** 292:23 294:11

**plan** 96:5

**plane** 24:9,12 90:3

**plate** 314:2,11,13

**Playing** 270:1

**plea** 350:20 352:23 353:9

**plead** 61:6,8 282:18 350:6,14 352:18

**pleaded** 282:19

**pleading** 350:12 352:9

**pled** 59:20 61:2 69:10 350:18,23 351:2 352:21

**pocket** 226:13,21 239:14

**point** 18:19 21:5 25:5 41:16 64:19 67:7 95:14 114:13 119:12 146:8 152:19 154:19 155:3 157:3,4 158:4 160:23 163:11 184:2 185:15 187:9 207:7 211:12 233:24 234:1 239:19 263:1 272:2 301:4 318:24 321:18 322:23 331:9 334:12 339:11 346:2 353:12

**pointed** 169:2 201:20,22 231:8,9 243:15

**Polaroid** 251:9,17 252:5

**police** 52:18 54:1,4,21 57:17 61:12,15 110:19,23 123:19 125:19 127:12 129:9 139:11 140:1,18 141:15,22 142:2,3,8 143:3 153:12, 14 155:17 156:3 158:21 160:4 162:3,14 185:21 189:7,21 190:6 199:5,12 204:19 205:11 209:7 248:5 251:14 252:2 253:4 260:4,7 261:23 264:14 267:3 310:23 312:17 319:7 322:16 323:1 330:16 336:13 342:10

**Polick** 5:1,14,20 6:1 38:22 59:7 60:21 61:7 62:1,6 63:18 64:1 68:15,17,18 75:1,6,12 83:10,12,21 84:22,23 88:14 90:10 110:11,14 111:18 129:24 130:7 160:18 203:10,17,22 211:10,11 250:18,22 251:1 257:24 258:5,12,15 265:10, 14,18 266:11,15,18 292:4,8,12 301:16,22 302:2,8 307:10 308:1 317:1 324:13 332:24 333:3 336:16 337:1,3 339:23 340:1,7,9 342:5 347:3 351:16,19 352:2,5 353:4,15 354:12

**Polk** 39:3

**Pontiac** 26:3 65:10,14 66:1,2,7,10 68:19 70:20 75:18,22 92:1,4,7,8,22 93:5 94:9,14,17 95:13 97:10,18 105:2,21 115:18,20,24 131:5 276:10 280:7,18 281:14 282:10

**pop** 174:3

**population** 271:10 273:2 282:4

**porch** 147:17 149:12,15 153:2,3,5

**position** 48:1 256:16 258:21 259:24 261:4,6,8

**positive** 255:4 332:20

**possess** 61:19 135:1 138:20

**possession** 56:13,15,23 68:24 69:5,11 105:12

**possibility** 114:3 120:22

**possibly** 78:15 159:4 179:21

**post-conviction** 88:15,17,22 90:1,15 91:1 103:17

**posted** 34:17,19

**Potomac** 18:13,14 58:19 59:12 228:4,22 233:15,17 235:12 236:1

**pounding** 198:19

**pounds** 120:7 151:20 168:7 188:1 319:23

**Prairie** 306:13

**precede** 205:4

**precise** 327:7

**pregnant** 30:11,13 47:17

**premium** 135:20,21

**prep** 42:22

**prepare** 71:24 74:6,11,14,18 289:21 293:11 294:20

**prepared** 198:7

**preparing** 196:1

**prepping** 42:21

**present** 74:17 82:3,6 88:21 89:1 93:1 96:21 101:9,24 104:9 166:22 181:20,21 202:9 205:18 208:15 210:13 330:12 339:2 346:1

**presentations** 297:1

**presiding** 8:5

**presume** 217:2

**presumed** 217:3

**pretrial** 72:20 73:4,12 128:16 129:3

**pretty** 28:19

**preventing** 8:22

**principal** 27:6

**prior** 13:16 24:21 25:21 45:10 90:18 121:10,12 124:15 125:7,23

**prison** 11:11 15:7 17:11,13,18 20:22 21:2,3 31:18,20 64:13 67:5, 22 71:5 99:23 128:13 286:19 289:11,16,19,24 290:20 297:23 299:19 300:2 301:14 302:12

**prisons** 21:3

**privilege** 83:8,18 84:6,17

**privileged** 84:21

**probation** 54:10 97:24

**problem** 24:20 84:7 301:21 312:8

**problems** 271:2 297:22 298:1,4 307:4,7

**procedure** 5:23 6:12

**proceedings** 8:5 72:23 73:5 103:18 128:19 354:16

**process** 265:1

**professional** 279:1 291:24

**programs** 71:18

**promised** 247:21

**pronouncing** 76:10

**proper** 35:17 43:22

**property** 147:1,18 150:5

**protect** 48:13,21

**provable** 351:10,14

**provide** 14:8 229:18

**public** 14:19 42:3 67:8 83:19 84:2 281:19 352:14,16

**Puerto** 10:17 283:23 284:11 300:14,16 301:5,6,8 304:20 320:2

**pull** 169:13 174:7

**pulled** 59:13 142:13 146:2 169:14 180:5 255:7,11

**pulling** 180:5

**purchase** 298:17

**purchased** 298:19

**pursuant** 5:22

**put** 53:22 54:10 56:17 57:23,24 71:12 86:19 125:15 141:21 154:17 157:24 162:8 164:3 194:14 197:16 202:21 203:2,5 220:9 243:15,16,20 253:19,21 254:13,15 255:12 272:1 283:1 287:3 291:15 328:4 336:18 349:9

**putting** 192:2

---

## Q

**question** 6:22 7:1,5,18,21,22 48:6 63:17 83:15,23 96:5 110:13 129:1 154:22 160:20 182:9 199:3 200:2 201:1,13 207:10 213:24 214:4,6,20 215:10 216:8 217:8,20 218:14 220:5,9 222:13,24 223:16,23 224:7,12,18 225:2,10 226:11 227:10,16,23 228:18 229:3,22 230:8,15 231:21 232:5,14,21 233:5,14,23 234:6,12,20 235:2,10, 17,24 236:7,14,22 237:4,11,19 238:2 240:3,18,20 241:3,11,17,23 242:5,12,20 243:4,22 244:6,13,21 245:3,11,18 246:1,10 247:4,12,20 248:4,13,21 249:16,19 250:2 309:3 311:2 313:10 317:4,15 330:22 333:23 334:13 337:15,19 338:15, 16,20 339:10,11,15 346:4 347:9 352:7

**questioned** 210:14 329:15 330:22

**questioning** 210:20 331:1 340:19

**questions** 6:11,15,17 8:8,22 9:2 76:24 84:16 112:3 138:23 190:23 192:2 196:6,12 212:8,11 213:4,8 214:10 216:14,17 228:6,8 292:16 301:20 307:11,15,21 308:1 312:6, 11 325:7 329:9,18,19,21 330:2,11 332:10 333:11,20 335:1,4 347:4,11 348:23 349:22 350:4 353:5,14

**quick** 203:10 307:22 331:14

---

## R

**R-I-O-S** 5:19

**R-O-G-E-R-S** 13:2

**R-O-T-G-E-R** 13:7

**race** 319:24

**Rachel** 4:14

**railings** 193:15,17

**ran** 147:20 174:16 176:11 191:18 243:5 246:11,19 344:15

**range** 339:22

**rank** 76:16 108:10,12 125:18 212:24 222:6,7

**rapidly** 304:8

**Ray** 123:21 315:22

**reach** 123:13

**read** 29:12 72:2,3 189:2 190:7,15 200:5 202:6 209:19,22 211:5 249:16,19 323:5 353:23

**reading** 188:15,17,18,20,21

JAIME RIOS, 06/30/2023

**ready** 114:18

**real** 129:16,19,22 132:4 220:23

**realize** 184:2

**rear** 23:20 25:3 147:15 149:12,15 151:1 152:21,22 153:8,15

**reason** 66:6 286:16 340:20

**rebel** 70:18

**recall** 52:6 55:1,4,7,15,19,22 56:2, 12,22 57:2,5,13 58:5 80:15 102:24 104:6 108:9 109:11 111:14 113:4 114:20 115:8 125:24 128:15,18,21, 23 129:2,5 139:1 142:3 151:21 158:16 190:2,3,4 191:8 199:10 202:4 250:14 253:15,18 255:14 256:2,14 265:7 273:9 280:16 285:20 286:2 289:15 349:7

**receipt** 308:22

**receipts** 124:23,24

**receive** 41:19,23 42:2 269:18 278:18 283:20

**received** 41:17 64:13,14 278:14

**receiving** 270:4

**recently** 80:16 88:6 117:11

**recess** 75:9 130:4 203:14 302:5

**recognize** 112:8 167:21 169:16 177:2 187:7

**recognized** 92:14,16 143:17 170:6 171:7 277:17 278:2

**recollect** 144:2,3 164:2

**record** 4:3,21 5:20 75:8,11 84:16 111:21 129:24 130:1,3,6 203:11, 13,16 208:12 238:23 250:22 258:12 265:14 266:15 288:1 302:3, 7 325:4 341:24 354:14

**recorded** 330:3

**red** 259:7,19,20 262:4,5 327:18 328:5 347:19 348:1,19

**reefer** 230:1 234:15

**referred** 84:18 98:11

**referring** 98:13 120:1 131:22 222:6 260:10

**reflect** 5:20 208:12 238:23 251:18

**reflection** 8:10

**refresh** 205:22 252:24

**regard** 8:12 110:23

**Regency** 35:4,9 36:14 283:15

**regular** 102:11 140:11 167:8,18,20 188:4 291:5 300:9 311:15,23

**regularly** 36:22 96:9 275:3 287:20 291:2

**regulations** 15:20

**related** 23:13 85:24 86:4 87:17 104:9 271:5

**relating** 343:23

**relation** 134:11 169:24

**relations** 170:1

**relationship** 23:1 24:22,23 29:18, 24 30:3,9,20 66:8,15,17,23 67:1,7, 22 68:4 75:16,19 112:18 133:24 306:15 315:22 317:9,18,21 318:23

**release** 34:22 41:21 71:5 99:23 100:2,6 114:10 128:13 276:18 291:3,22 297:1,2 299:7 301:14 302:12

**released** 15:7 21:14,16,24 31:13, 20 53:1 79:9 85:7 114:19 130:16 276:14,16 290:19 297:12,23 300:10,13,14 341:6

**rely** 354:4

**remain** 210:2 263:11

**remained** 71:4 196:22

**remember** 16:17 22:17 31:9 39:6 44:22 47:14 50:22 53:11 54:14,15 55:6 68:9 93:16 98:1,9 142:6 164:1 167:3 168:20,22,23 170:24 189:24 191:23 207:9 253:11 255:11 257:21 262:17,21 264:1,8,12 265:1,3 268:13,17,19,20 269:9 277:1 283:9 285:6,14 309:2 319:3, 12 327:22 330:5,15 331:16 333:7 335:4 337:7 339:6,19,20 350:22

**remotely** 8:8

**removed** 263:1 282:4

**rent** 23:16

**rented** 16:21

**renting** 12:2,3

**repeat** 38:20 317:4

**rephrase** 6:23 83:10,15,22 84:5 110:12 129:1 160:19 211:10

**report** 15:22,23,24

**reported** 198:4 206:17,22 326:19 329:3 332:1,22 340:14

**reporter** 4:17 5:8,17 7:7,12,15 8:1 38:19 198:21 199:1,5,7,11 201:4 207:1,7,8,22 208:6,7,18 315:11,15 330:4 332:23 333:10,13,14 341:19 353:22 354:5

**reporters** 296:19

**represent** 4:22 210:19 307:20

**represented** 83:20

**representing** 4:15 27:9

**reputation** 324:4

**request** 71:13,15 111:23 112:9 113:19 114:6 118:24

**requested** 113:7

**requests** 115:8

**reserve** 353:19 354:9,11

**Reserving** 353:21

**residence** 139:19 152:11,13

**residential** 38:4

**resolved** 8:13

**response** 145:20

**responsibilities** 35:9 37:21 48:12 274:1

**rest** 155:24 167:1 338:24

**restaurants** 37:24

**result** 54:2,7 68:1,3 76:21 307:4

**retired** 14:13 301:6

**return** 247:21

**returned** 16:13 123:8

**review** 112:5 266:19 294:7 295:10

**reviewed** 73:11 74:1 293:11,16 294:20

**Reyes** 117:23

**Reynaldo** 4:10

**Rican** 320:2

**Ricardo** 19:9,19 20:5,14,21 21:10, 19 28:2,4,13 29:21 80:11 101:16 102:7 130:13 277:12 306:21

**Richards** 4:23 8:6 59:6 60:16 61:3,23 62:3 63:13 68:14,16 74:11,

14,16,18 75:5 78:22,23 79:14,17
82:1,4,8 83:8,14,17,24 84:15 88:13
90:8 110:9 119:1,20,21,23 121:21
160:13,15 211:7 290:3 312:10
313:9,12 315:14,16,19 316:16
317:2,12,14,24 318:3,9,12,16,17
321:13 324:8,9,14,18 325:3,5
333:1,5 336:17 337:5 340:2,4,10
341:14,16,20,23 342:2 349:15
351:17,20 352:3 353:7,13,18
354:9,11

**Richards'** 119:22

**Richmond** 118:5

**Rick** 80:10

**Rico** 10:17 283:23 284:11 300:15,
16 301:5,6,8 304:20

**rid** 67:14 135:5,6,7,10,12 247:7
337:18 338:9

**ride** 159:21 302:16 303:2 312:20
313:16,17

**riding** 141:17 260:21 314:6

**rights** 188:13,16,18 189:1 190:7,8,
15,16 209:13,19,23 211:2 323:5

**Riley** 205:19 207:17 208:2,12,16
209:4 211:18 223:13,22 224:6,15
225:1,17 226:2,17 227:1,9,15
228:9 229:2,14 231:22 232:20
235:23 239:4 240:2 244:5,12
247:13 250:8,9,16 252:12 323:5,12
326:14 329:13,18 330:10 331:12,
17,20 332:9,17 333:11 335:3,12
338:13 340:13,18 343:14,22 345:4,
5,9,14 346:2,19

**ringer** 285:10,16,17

**rink** 86:19,20

**Rios** 4:4,9,24 5:10,15,18,21 6:2
9:11,16,23 16:9 19:9,10 25:13
30:19 32:12 75:13 111:16,19 130:8
203:20,23 204:13 205:9 208:18,22
211:12 250:10,20,23 251:3 252:18
258:3,6,20 265:12,20 266:13,20
292:6,10,13,20 302:9 307:10,14,19
313:8 320:21 342:7 352:6

**riot** 284:21

**rival** 49:10,11,14 136:20 271:2

**rivals** 49:5

**road** 305:11

**robbery** 55:19 57:5,11 92:5

**Robert** 36:3,4

**Rockford** 113:1 117:14

**rode** 141:11 313:14

**Rodriguez** 10:5 22:18,20,24 23:2,
13,14 30:1 31:2,8 43:4,9 44:19
86:3 116:7 126:1 139:7 175:7,13,
18 182:22 184:3 274:24 275:11
346:12,14,15,19,24

**Rogers** 9:13,19,20

**romantic** 66:17,22 67:1,22 68:4

**room** 35:12,14,16 162:8,24 163:4,
6,17,19 164:4,9,11,12,20 171:15,
16 181:2 183:14,18,20 184:6,24
185:7,9,11,12,14,17,18,19 186:9,
10,11,15,17 187:3,6,13,15,20
188:7 191:4,6,24 192:9,20,22
193:6,10,13 194:8,12,15,20 195:5,
13,23 196:17,23 197:1,2,7,19
199:9 205:10 207:3,5 208:5,8,13,
15 251:14 255:18 256:1,18 271:23,
24 280:12 323:4 330:12 331:12
332:23 343:4,6,9,11,13,21 344:24
345:3 346:17

**rooms** 35:15 162:19,22 186:13

**rot** 286:5

**Rotgers** 13:1

**rounds** 62:23

**Ruben** 51:22 115:15,22 116:2
277:20 295:19 296:7,10,13

**rules** 5:23 6:10 15:20

**run** 27:3 50:13 69:17 147:8 220:19
246:10 283:23

**running** 27:13,14 35:10,11,14
50:14 174:9,13 176:8,9 243:24
244:15 245:19 257:23 284:3,5
308:8

**runs** 147:11

## S

**Sabin** 56:19,21 149:20,22

**sales** 136:22

**Samantha** 104:16

**Samuel** 117:17

**Sanchez** 51:22 115:15,17,19,23
116:3 117:3,19 277:20,23 295:19,
20 296:1,4,7,10,13

**Santiago** 117:3

**save** 353:11

**scale** 166:21

**scare** 229:7

**scared** 220:1 229:7

**scattered** 185:2

**scenario** 343:16

**schedule** 303:20

**school** 14:14,15 17:23 26:6,9,10,
12,14,16,17,19,21,23 27:1,4,9,12
29:4,8,10 56:18,21 97:4 108:5
118:13 146:14 148:3,4,7 149:18,23
150:12 157:14 250:2,4 271:15,16,
23 272:10 273:6 283:21 318:2,5
320:13

**Schools** 14:19

**schoolyard** 56:17 154:13 156:15
158:2

**Schubert** 16:17 17:5

**Schurz** 26:17 27:9 29:3

**scream** 176:4 179:16 280:14

**screamed** 179:23 180:14

**SDT** 112:1 258:14

**search** 104:21 105:4,7,15 106:4,
19 107:2 336:14

**seat** 180:8

**seated** 163:16

**sect** 48:18 108:15

**Secura** 13:1

**security** 14:17 43:14,18,19 46:2

**seg** 272:5

**segregated** 282:11,13

**segregation** 271:9 272:1,21 273:1
282:4,23 283:1

**sell** 45:15 48:9 136:16

**selling** 45:16 46:9,11,13,18
136:14,24 230:1

**sense** 339:1

**sentence** 64:13,14

**sentenced** 60:1 64:12,22 65:6
69:16 350:15

**sentencing** 268:4 351:24

JAIME RIOS, 06/30/2023

**separated** 19:11,15,17 271:10 272:22 273:1

**September** 10:10 59:20

**series** 258:13 334:3

**served** 350:10 351:7

**serving** 21:11 54:8 273:20

**set** 219:12 292:24 294:12

**sexual** 67:2

**sexually** 270:13 279:15

**shag** 168:12,13

**Shakespeare** 14:15 54:24

**share** 46:21

**sheet** 354:2

**sheriff** 264:12

**sheriffs** 264:9

**Shields** 274:17

**shift** 305:6

**shirt** 188:5 260:23 262:20 311:15, 20

**shirts** 311:24

**shoes** 311:16,24

**shoot** 60:14,20,23 109:11 135:8 215:6 219:23 229:6 240:12

**shooter** 93:15

**shooting** 49:2 174:12 178:4,19 179:14,24 180:17 204:9 208:23 216:10 223:3 241:4 318:2,5 334:5, 7 338:17 341:11 344:15

**short** 44:21

**shortly** 194:14,24 326:17

**shorts** 260:15,16,22 328:12,18,20

**shot** 119:17 120:1 132:13,19 133:22 170:22 174:8 176:4,7 178:8 179:1,19,22 180:11 191:18 215:7 216:9 238:17 239:5,14,20 240:5 242:22 244:14 245:5,18 246:2 338:5 339:11,17

**shoulder** 7:8

**show** 169:12 260:13 308:22 322:19 329:2

**showed** 169:15 170:9 173:7 319:2, 9 339:21

**showing** 111:19 171:13 181:5 204:2 276:18 329:6

**shown** 169:4 325:21 326:3,10 330:7

**shows** 326:10,24 327:4,7

**shrugs** 7:8

**side** 20:20 94:19 142:18 147:3 148:13 186:19 233:8,15,17 236:1 241:23 242:13 255:18,21 259:19 320:12,13

**sidewalk** 139:21,22 140:2 147:23 238:7,15 241:24 242:5 322:6

**sight** 129:10

**sign** 182:16,19 192:5,6,7 195:18 196:2 197:15 198:16 202:7 216:11

**signature** 113:13,17 205:2 252:21 267:12,13 294:2,5 295:8 353:19,21 354:6,11

**signed** 101:5,10,13,21,24 103:11, 13 198:6 199:19,20 200:6 202:9,12 231:16 294:8 295:11 326:13

**silent** 210:2

**similar** 6:9 193:10 273:5

**simple** 282:14 308:7

**simply** 7:20

**simultaneous** 147:10 183:16 197:5 200:23 260:18 272:15 288:14 311:12 313:6 315:13 346:11 348:4,11

**sir** 6:4,7,20 7:3,14 8:3,20 10:6,7, 13,15,21 11:4,9,12 12:1,15 13:9, 11,14,24 15:6,10 16:20,22 17:3,20, 24 19:3,5,18 20:6,12,23 21:9,21 22:10 23:24 24:17 25:7,18,23 26:13,15 28:6,22 29:1,11 30:2,21 31:3,6 32:5,16 33:3 34:1,7,10,12, 18,21,24 35:2,19 36:1,6,23 37:2,5, 14 38:20 39:1 40:2,4,6,15,18,22 41:1,4,7,12,15,22 42:1,4,7,24 44:10,15,17 45:6,9,12 46:24 47:9, 24 50:18 52:3,8 53:3 55:3,6,10,21 57:1,4,12 58:13,16 59:4,9,15,17,19 60:13 62:8,11,13,22 63:9,22 64:7, 10,16,20,24 65:3,13,17,23 66:5,11, 13,18 67:3,6,9,18 68:6 69:23 70:2, 10 71:6,9 72:13,21,24 73:3,7,10, 17,21,24 74:3,7,9,12,19,22,24 75:15,20 76:1,8,22 77:3,15,18,23 78:7 80:13,17,19 81:3 82:5,13,17, 21,23 85:3,11,14,18,21,23 86:2,5,

7,12,23 87:2,7,16,18 88:23 89:12, 20,23 90:13,17,19,21 91:3,5,7,11, 17 92:20 94:15 95:1,7 96:7,10,14, 23 98:5,8,17,22,24 99:6,9,18 100:23 101:11,15,18,23 102:2,6, 21,23 103:2,6,9,12,15,19 104:5,15, 17,20,24 105:6,9,13,17,19 106:13, 22 107:3,6,9,15,20,23 108:1,3,16 109:8,20,23 110:2,6,17,21 111:1,3, 6,10 112:14,17,22 113:2,11,16,18, 21 115:4,7,16 116:1,5,8,10,12,14, 16,18,20,23 117:2,4,6,9,12,18,20, 22,24 118:2,4,6,8,16,18 119:2,10 120:2,5,15,18 121:4,16,19,22 122:15,24 123:7,12,22 124:3,13 125:6,9 126:3,22 127:3,11,14,16, 18,22 128:2,6,11 129:11,17,20,23 130:10,15,17,21,24 131:3,8,11,14, 18 132:1,5,11,14,22,24 133:2,6,9, 16,23 134:6,8 135:3,16,19 136:12, 15,21 137:5,23 138:9,19,22 139:2, 5,20 140:9,19,21 141:5,16,23 142:1 143:1,22 145:6 146:23 149:23 152:5,12 153:10,13 155:16 156:13,16,24 157:2,13,20 158:6,8, 20,23 161:8,10,17,21 162:2,15,23 163:8,12,22 166:19 167:23 169:17 172:14 173:10,23 174:20,23 175:4, 15,17,20 177:1,4 178:2,14,16,20 180:9 183:5,13 184:1,14,17,20 185:10 186:5 187:8,11,14 189:3 190:9,14,17 192:16,18 193:8,12 194:2,4,7,13,16 195:9,12,15 196:18,21 199:13,16 201:1 204:1, 7,11,14 205:3,17,21,24 206:3,6,15, 19,23 207:11,13 208:10,20 209:3, 11,15,21,24 212:9,12 213:6 214:12,22 215:9,12,14,23 216:18, 22,24 217:7,10,13,22 218:1,7,9,12, 18,22 219:2,8,17 220:3,12,17,22 221:3,11,13,16 222:10,12 223:8, 10,20 224:4,13,17,23 225:7,15,22, 24 226:6,8,15,23 227:7,20 228:7, 15,24 229:10,12,19 230:3,5 231:1 232:11,18 233:2,11,20 234:3,9,17, 23 235:6,14,21 236:4,11,19 237:1, 8,16,23 238:9,19 239:6,16,24 240:8,15,24 241:8,20 242:2,9,16 243:1,8,13,19,21 244:3,10,18,24 245:8,15,22 246:7,14,22 247:3,9 248:10,18,20 249:11,13,15,23 250:1,6,13 251:4,10,16,19,22,24 252:3,6,10,20 253:7,24 256:7,10 257:13 258:10,19 260:12 261:6,9, 11,13,16,18,21 262:2,6,9 263:3,9, 22,24 264:3 265:2,6,9,21,23 266:2, 6,10,21 267:1,5,9,14,18,21,24 268:3,5,9,12 269:14,17 270:6,9,12,

Urlaub Bowen & Associates, Inc.   312-781-9586

JAIME RIOS, 06/30/2023

15 271:4,7,11 272:13,20 273:3,7 274:3,16,18 275:1,4,16,20 276:11, 13,15,20 277:4 278:9,12,16,20,23 279:3,6,10,14,17 281:12 282:20 284:16 285:22 291:1,4,18,21 292:1,3,21 293:21 294:4,5,6,9,15, 22 295:1,7,9,12 296:21,23 297:3,5, 14,16,18,21,24 298:3,5,14 300:11 302:11,15,24 303:6 304:13 312:12 313:15 319:1 321:16,19,21 322:18, 21,24 323:8,21 324:6 326:12 328:6,23 329:1 334:6 335:13,20,23 337:9 339:8 340:17 341:8,12 343:7 345:7,24 346:20,22 347:2,12 350:24 352:16 353:1,10

**sister** 16:9 19:9 20:7 56:5,7,9,11 57:15,22,23 88:4 89:3 274:22 275:8,18 286:1,8,12 287:22 306:15

**sister's** 43:18 89:4

**sit** 196:9 330:21 332:21

**sitting** 175:6,7,9 187:5 190:10,12, 13 193:9,13 194:6 207:18 237:12 253:13

**situation** 272:8

**situations** 172:18 273:7

**six-** 168:7

**six-four** 120:7 163:5

**six-two** 168:7

**skating** 86:20

**skills** 283:13,18 284:14

**skinny** 188:1 319:20

**skip** 351:22

**slab** 262:19,22

**slacks** 188:5

**slam** 166:5

**slammed** 164:24 165:13 267:7 323:19 324:11 331:1

**sleep** 298:11

**sleeping** 262:19,22 298:4

**slightly** 314:2

**slim** 319:22

**small** 37:23 225:20

**smoke** 249:4,8

**smoker** 249:10,12 292:2

**smoother** 8:2

**snatching** 308:8

**sneakers** 312:17

**snubnose** 218:20 336:7,10,24 337:8

**social** 34:13 43:14,18 46:2 296:22

**Solache** 117:21

**sold** 135:11,17,20 136:8 138:17

**soldier** 48:2 108:17 213:1 222:8

**son** 13:18,19 25:9,15 30:19 31:1 32:9,11,14,22 33:1,4,21 45:24 139:8 286:6,9,15,18 287:14 303:5 306:7

**son's** 25:12 46:7

**sort** 313:18

**sorted** 272:22

**sorts** 49:8 138:13

**sound** 38:11 75:4 180:13

**sounds** 149:14 150:17

**source** 83:9

**south** 94:20,21 176:18,19

**space** 147:5

**Spanish** 49:9 50:21,23 51:12 64:9 129:12 132:19 133:5,10,14

**speak** 78:24 79:4 80:12 81:14,24 90:15 91:9,18 100:11,22 101:1 109:12 112:11 118:22 120:12 123:2,5,9 300:1

**speaker** 256:18

**speaking** 184:22 289:10

**special** 314:11

**specialized** 283:13

**specific** 280:9

**speculation** 337:4 351:19

**speeches** 296:24

**spell** 5:16 13:6

**split** 246:12 285:10

**splitted** 285:11

**spoke** 31:7 32:2 57:16 78:18 80:22 81:6 82:2,3,7 91:6,22,24 92:21 94:23 96:24 97:10,17 100:5 101:1, 2 104:10 105:1,21 109:9 118:21

119:20 121:13,17 122:10 123:10 191:16 196:20 209:13 287:23 288:18 309:21

**spoken** 74:21 99:22 100:1 121:11 122:9

**sports** 97:4

**spot** 258:23

**spread** 176:10 274:8

**stab** 53:19,20

**stabbed** 53:22 273:15

**stabbing** 53:8,9,14 54:17,21 271:19

**stairs** 149:11 162:7 175:7,8,10 176:11 183:19 346:3

**stamped** 112:1 250:23 265:15 266:16

**stand** 103:3 255:2,20 256:19,20

**stand-up** 187:1

**standing** 150:3,7 181:13 185:7 190:10

**star** 206:10 208:17

**start** 7:19 50:14 170:20 171:20,22 174:12 198:19 292:22 312:13

**started** 6:10 17:11,14 18:13 23:9 38:9 44:2 123:15 169:1 170:14 174:9,11 176:8,9 181:5,16 188:15 190:22 197:1 235:11 271:18,19 272:3,4,9 289:7 309:22,23 320:15 331:1,6 344:15

**starting** 49:1 312:13

**state** 5:16 123:6 274:14 338:3

**state's** 189:9,15,22 206:2,5 208:16 209:6

**statement** 182:18 191:10 192:6,7 195:19 196:2,13 197:15,21,24 198:3,6,7,9,10,14,23 199:6,7,18, 20,23 200:3,5,19 201:7,10,12,19, 23,24 202:6,10,12 204:12,16,18 205:9 206:20,22 207:8,14 208:9,22 211:14 231:9,15 247:22 250:10,15 326:19 329:3 330:6,7 331:24 332:1,22 333:16 334:15,16,17 335:1 336:2 337:11 338:2,13 339:1 340:12,15 341:9

**statements** 293:24 295:4

**states** 4:11 10:14,19 11:7 18:12 208:12 250:9 295:2

JAIME RIOS, 06/30/2023

**station** 24:9 54:1,4 57:20 61:12,15 158:21 160:2,4 161:14,23 162:3,14 182:23 183:7,12 184:3,19 185:22 186:7 199:5,12 204:19 228:13 233:9 251:15 252:2 253:1,4,6,16 254:2 260:4,7 261:23 263:17 267:4 311:5,19 319:7 322:16 323:1 330:16 342:10 346:19,21,23 347:20

**status** 281:10

**stay** 35:13 177:14 287:4 306:6

**stayed** 177:21,24

**staying** 19:3 33:10

**steel** 162:18 262:19,22

**steering** 180:4 215:5

**Stephen** 4:23 59:6 60:16 61:3,23 62:3 63:13 68:14,16 75:5 83:8,17 84:15 88:13 90:8 110:9 160:13,15 211:7 312:10 313:9,12 315:14,16, 19 316:16 317:2,12,14,24 318:3,9, 12,16,17 321:13 324:8,9,14,18 325:3,5 333:1,5 336:17 337:5 340:2,4,10 341:14,16,20,23 342:2 349:15 351:17,20 352:3 353:7,13, 18 354:9,11

**steps** 175:11

**stepson** 32:22 33:17,24 303:5

**stick** 285:5 343:11

**sticks** 273:9

**stipulate** 81:16

**stipulated** 105:24

**stipulation** 90:9

**stomach** 240:22 338:14

**stood** 64:2 110:22 185:8 256:22 257:5,8 263:10

**stop** 47:10,15 176:1 216:11

**stopped** 156:22 176:3 228:21

**stopping** 124:17

**story** 331:3

**straight** 15:16 216:3,5,7 217:4 219:15 255:19 280:12

**straps** 327:10

**street** 4:16 51:13 55:16 77:5,6 80:4 100:13,14 132:19 134:13,18, 19,20 139:21 150:12 154:3 167:12, 15,16 188:4 227:24 228:1,2 238:6,

14,15 269:8 284:3,8 344:16

**streets** 45:17,19 46:10,19 79:20 126:5,6 309:1,8,10 313:3

**stretch** 8:17

**strictly** 38:4

**strike** 68:2 69:3 70:3 89:13 109:16 110:11 127:23 137:24 139:16 161:7,11,24 162:9 175:23 180:21, 24 181:7,11 188:23 239:10 240:19 249:18 259:9 344:2,4,23

**striking** 59:14

**stroller** 153:20

**struck** 166:14,23 179:19 180:12, 13 181:1

**stuff** 39:8 43:23 57:18 170:20,23 172:1 188:16 193:4 273:21 288:10 306:9 308:9,15,18

**substance** 56:24

**suffer** 269:13 290:14,17

**suffered** 278:6 290:20,22

**Suite** 4:7,17

**summertime** 33:5,6 260:21

**superintendent** 70:23 76:12,14, 17

**supervisor** 35:24

**supervisor's** 36:2

**supplied** 335:2,11,15

**supplier** 136:1

**supply** 345:5

**supplying** 335:21

**support** 14:8,21,22 45:13 135:17 301:3 302:13

**supposed** 35:15,16 88:1 98:15 191:1

**suppress** 289:8

**suppression** 72:20 73:5,12 128:16 129:3

**suspect** 110:4 341:7

**suspended** 67:17

**swear** 5:8 350:20,22

**sweater** 348:2

**sweatpants** 327:18 328:22

**sweats** 328:4

**sweatshirt** 327:18 328:5,24 348:19 349:9

**switched** 15:18 257:9

**sworn** 5:9,12

**System** 37:10,21

**Systems** 37:13 38:10,14,17,23

---

**T**

**T-SHIRT** 167:8,19,20 260:9 326:10 327:5,8,12,17 328:18,21

**T-SHIRTS** 312:16 328:10

**table** 163:3 164:24 165:14,17,22, 24 166:6,14,23 186:19 207:19 267:8 323:19 324:12

**TAC** 312:18

**taking** 9:1 124:18 182:3,5 185:7 196:10 199:7 308:9,15,18,19 320:15 334:5 345:18 346:3

**talk** 22:5 51:24 78:22 81:7,9,18,19 94:8 96:16 97:2 106:18 114:12,16, 24 119:15,18,21 123:17 142:13,15 145:9,16,18 183:2 210:12 211:2 223:1 316:17,19 322:8 325:19 336:1

**talked** 96:17 97:3,4 114:14 135:1 170:22 198:12 209:5 277:6 308:1 311:19 316:18 344:12

**talking** 7:24 23:10 72:10 88:5 157:4 160:17,23 170:21 171:2,4,20 173:9 178:18 191:2,15 201:2 206:14 207:19 223:2 263:5 270:23 344:1,3,5

**Tall** 168:6

**taller** 319:21

**tank** 327:8,17 328:8,10 348:15,16

**teacher** 14:16

**tech** 312:19

**technician** 35:7 354:13

**telephone** 111:22 112:9 113:23 114:5

**television** 296:20

**telling** 56:15 57:14 97:13 106:23 122:8,11 170:14 171:22 172:5,6 173:8 176:16 180:17 181:16,18

JAIME RIOS, 06/30/2023

182:16 184:10 189:20 190:23,24 191:11 196:4 198:10 310:8 331:3 339:6 342:15,23 344:1,10

**ten** 52:14 224:20 300:15 301:10

**term** 353:8

**terminated** 41:13 67:17

**terms** 314:15

**territory** 50:12,20,24 51:2 108:24 217:16 219:24 244:7,21

**testified** 5:12 6:5 72:19,22 73:4,9, 15 88:17,22 90:14,24 329:11 334:20 342:14

**testify** 88:1 89:9,15,18 90:1 99:20 103:17

**testifying** 99:14,16 103:1 104:6 128:16,18,21 129:3,5 324:24

**testimony** 72:4,14,16,17 73:11,13, 19,23 74:1,5 90:18 129:1 199:17 207:24 257:5 319:3 323:18 335:10

**text** 122:11 123:17

**theft** 55:22

**therapist** 291:23

**Theresa** 5:3 307:14 341:15,16,21

**thing** 98:1 164:21 168:23 171:19 173:17 181:14 182:14 190:20,21 191:23 211:18 253:11 256:17 261:12 262:17 269:21 275:9 312:14 347:21 353:23

**things** 93:6,16 126:7 211:8,9 270:23 306:24 307:22 308:14 316:9,23 331:2 335:1 336:2 338:7 339:3

**thinking** 192:3

**thought** 70:17 174:4

**threat** 27:11 184:10

**threaten** 270:16

**threatened** 195:20 247:21 279:23 280:4,10

**threatening** 172:11

**threats** 279:18 280:2,8,19

**three-page** 250:23

**three-year** 64:14

**threw** 247:7 271:24 314:24 320:17 321:10 337:18

**throw** 140:13 321:8

**thrown** 87:23 88:8,9

**thug** 123:24 124:16 125:1 308:11, 13,18 309:1 314:16 324:4

**till** 18:17 137:2

**time** 6:21 7:16,21 8:16 11:11 18:1 19:8,12,15 21:11 22:9 24:7 31:7,10 32:1 34:20 41:6 42:9 43:23 44:9,21 46:5 47:7,21 49:6 52:5,7 53:11 59:3 61:15 65:1 76:2,20 77:7,16 78:18 79:3,7,11 81:23 82:12,14 83:20 84:20 85:9,16 87:1,19 88:12 89:22 91:1,16,22,24 92:4,22 94:9, 12,23 95:6,9 96:3,12 99:2,10,13 100:22 101:3 107:4 109:9 110:4 112:23 114:15 116:3 118:19 121:5, 17,23 122:8 123:2,5,10 124:4 125:17 128:5,7,9 130:14 131:19,24 133:3 134:7 135:5,7 137:19 139:4, 9,23 141:4 150:2 160:16 165:19,20 166:9 177:17 178:10 183:3,22 192:15 196:16,19 197:19 204:15 208:14 215:2,7 227:11 233:6 245:18 247:2 249:10 250:11,15 253:5 254:1,3,6,8,22 271:13 276:21 282:12,13,22,24 291:8 293:7 294:16 297:1 299:9,18 300:2,15 301:9 304:1,3,5,7,12,23 305:5,8,10 307:11 314:19 320:3,5, 8 323:2 330:15,21 342:14 345:9 346:13,23 350:10 351:7

**timeline** 310:6

**times** 7:17 20:24 21:1 36:17 52:4, 14 53:4,5 59:14 74:13 87:13,14 91:18 121:8,14 125:10 158:24 174:9 176:8 215:7 240:11,13 270:18 271:12 275:5,11,13 282:6

**Tino** 78:2,3,6 89:2 165:4 178:9 179:1,4 180:18 219:6 220:20 222:14 224:19 229:15 233:7 235:10,11 239:12,13,20 241:4 242:6,12 244:13 338:16 339:11 341:11

**Titi** 116:9

**today** 4:18 6:15,16 8:6,23 18:2 72:1 74:23 122:14,17 144:5 193:6 198:22 199:7 207:8 208:7,8 286:11 293:12 294:21 295:18 335:10

**Today's** 208:14

**toilets** 283:17

**told** 32:19 41:16 43:20 60:5 67:21 71:20 81:6,12,17 85:12,15 93:13,

21,22,23 94:2 97:9 98:7 103:20 107:21 108:21 115:13 118:22 122:4,18 123:1,17,18 142:16 145:2 161:3 165:3 168:1 172:22,23 173:18 174:1 177:11 178:3,23 179:3,9,13 181:24 182:13 184:4,7, 24 186:6 188:22,24 189:19 190:5 192:5 197:17 200:15 201:18 202:1 207:12 218:24 228:21 230:22 231:12 234:15 237:13 267:20,22 276:8 282:21 297:6 302:16 303:4 306:14 309:16 316:6 320:19 322:8 324:3 338:5 340:20 341:1,3 342:9 350:8

**Toomin** 59:23 61:1 289:9 350:19 352:19,22

**top** 193:16 204:8 213:11,23 230:16,19 246:17 309:18 327:8 328:9,10 333:19 348:15,16

**topics** 325:7

**Torres** 104:3,6,9

**total** 63:2,4

**totally** 338:2

**touch** 119:23 145:5 181:11

**track** 283:8

**traffic** 59:11

**train** 24:8 28:7

**trained** 28:19

**training** 283:20,22

**transcript** 72:6 353:22

**transcripts** 72:2,3,4 74:4

**transfer** 71:12,15

**transferred** 21:20 65:8 66:4,7 67:11,13 68:5,7 70:15 71:10 75:21 76:4,5 95:13 264:7 268:7

**traveling** 159:15

**treated** 248:5 267:3 341:6

**treatment** 269:18 278:19

**trespass** 57:3

**trial** 64:2,19 73:15,19 74:5 99:17, 20 103:1,4,8 104:7 128:10 129:6 268:2 335:11 336:13,19 337:6 339:20 340:6

**Tribune** 27:8,24

**trip** 23:8 287:9

JAIME RIOS, 06/30/2023

**trouble** 49:1

**truck** 299:12

**true** 29:21 213:7 214:23 215:13 218:15,21 219:9 247:1 293:23 295:3 325:1 334:21 339:3

**trustee** 281:8,10

**truth** 6:19 73:8,19,22 179:10 335:18 336:9

**truthful** 216:23 219:1,18 221:4 222:1,11,18 224:16 247:18 248:19 249:2,24

**Tuesday** 213:12 214:1 334:1

**turn** 148:6 176:21

**turned** 176:18 177:5 230:20 236:9, 16

**TV** 271:18,19 272:9,19

**twelve** 212:17

**twist** 269:22

**twisted** 269:20

**Twitter** 34:14

**two-page** 265:15 266:16

**type** 35:6 60:14 101:4 120:10 170:23 196:1,6 218:19 260:13 264:22 269:7 271:9 283:16 284:10, 12 331:6

**typed** 330:7

**types** 61:21

**typically** 136:23

---

## U

**uh-hmm** 7:9 112:20 113:2,14 141:13 154:8 194:21 205:15 220:15 226:20 293:2 330:8 332:3 337:21,23

**uh-huh** 7:9 229:17 231:24 240:6 244:8 339:18

**uncles** 306:4,8

**uncommon** 137:16

**underneath** 206:1,7

**understand** 6:11,18,22,24 7:1 9:2 29:15 75:13 84:3 130:8 190:16 203:23 206:20 207:4 210:5,11,18 302:9 307:23 331:7

**understanding** 8:22 50:3 95:12 179:18 211:1 311:3 351:2

**understood** 7:13 8:2 73:5,18 84:22 190:18 210:1

**unemployment** 36:15,24 41:18, 19

**uniform** 144:24 167:9 264:17

**uniforms** 264:11,16 313:4

**unit** 4:2 23:19 271:16,17 272:11 273:6,17 274:8

**United** 4:11 10:14,18 11:7 18:11 36:8,9

**units** 23:17,18,21,22 273:20,22

**Unknowns** 50:21

**unlawful** 68:23 69:3,11

**unmarked** 155:18,19,21 156:11, 19 313:19

**untrue** 212:7 214:13 215:21 216:16

**untruthful** 217:11,23 218:10,13 223:14,15 249:14

**uppers** 94:21

**upstairs** 12:21,22 142:22 143:10 146:16 148:11 149:11 162:19 176:16 177:10,11,12 218:5,16

**Urlaub** 4:15,18

---

## V

**vacation** 304:3,5,7,12,23 305:1,2

**vacations** 304:15

**vague** 211:7

**van** 264:22,23

**vanity** 39:7,8,10,18 41:3,8

**varies** 304:9

**vehicle** 299:6

**Velasquez** 118:3

**verbalize** 7:6,12

**verification** 293:19 294:24

**versus** 4:9

**Vice** 49:7

**victim** 270:10 279:11

**Victorias** 314:8

**video** 4:3,21 75:7,11 130:2,6 203:12,16 302:7 354:13

**videotape** 330:4

**Violent** 205:10 206:10 208:13

**visit** 33:7 90:11 100:5 275:2,5,12 285:23 286:6,13 287:2,3,5,7,11 288:11 300:21 301:8 303:7,10,21 305:17

**visited** 275:14 288:13,15,18

**visiting** 288:10

**visitors** 288:10

**voluntarily** 321:8,15 322:17 352:24

---

## W

**Wabansia** 116:22

**wait** 228:21 257:2 353:21

**waiting** 46:2 153:6

**waive** 353:19 354:6

**wake** 305:10

**walk** 24:14 140:23

**walked** 140:2 151:7 157:23,24 174:5 187:10 191:12 203:4 234:1 313:2

**walkie-talkie** 312:4

**walking** 44:13 93:3,5 152:17 160:3 174:6 183:19 185:19 235:11,17 236:14 237:14 238:2

**wall** 27:7 52:22,23 163:2,10

**walls** 283:17

**wanted** 112:11 135:13 172:23 182:12 200:18 201:6,14 223:4,5 270:22 322:7 324:10 341:1

**war** 133:14

**warnings** 322:23 323:3,7,10,13

**warrant** 322:19

**washroom** 8:17

**water** 35:12 248:16 283:17

**ways** 338:10

**weapon** 61:19 62:7 105:12 106:5, 6,8,10

Urlaub Bowen & Associates, Inc.   312-781-9586

JAIME RIOS, 06/30/2023

**wear** 168:19

**wearing** 260:6,14,16 262:5 311:20 312:16 328:8,10,12,18,20,22 347:13,16,18,20,21 348:19

**weed** 282:14

**week** 76:4 122:23

**weeks** 42:14,16,19 43:12 247:6 272:23 304:10 325:9 337:17

**welding** 284:13

**Welling** 4:14

**west** 4:6 20:20 50:19,24 58:19 59:12 94:21 133:10 154:5 162:14 176:18,22 191:12 205:11 243:24

**Western** 39:4 49:18,24 50:8,9,13, 16,19,24 51:11 132:13,15,20 133:4,8,11 138:6,11,15 176:24 177:1,6 178:8 209:1 217:5 219:15, 21,22 227:5,17 228:3,4 236:15,17, 22 244:16 245:5 344:14

**whatsoever** 115:1 136:6 336:21

**wheel** 180:4 215:5

**When's** 118:19 294:16

**white** 120:10 144:13 151:19 168:6 186:18,20 188:1 193:4 260:9,22 268:16 326:10 327:5,8,17 328:4,5, 20

**whiteboard** 186:22,24 311:6 329:14 331:21 343:17

**Wicker** 24:14 86:18,22 105:8,16

**wife** 12:8,19 13:15 14:4 16:24 17:1, 9 36:5 84:18 97:19 98:12,14 105:10 177:13 182:12,21 304:11, 22 305:17 306:1,3

**wife's** 12:9 13:12

**William** 127:13

**window** 164:17 174:8 192:17,19

**windows** 152:17 192:21,22 193:1, 7,14

**Wisconsin** 15:9,13 16:11 115:3,5 123:6,9 298:21

**witnessed** 285:1

**witnesses** 252:11

**Wolcott** 18:5,12,13 19:4,7 22:11 24:15 25:19 26:10 44:3,5,7 59:5 126:20,21 140:7,8,17 246:20 247:2 295:15

**wood** 39:12

**wooden** 153:3,5

**word** 200:13 231:6 353:23

**words** 217:16 310:4 334:19 335:14,17 354:1,3,5

**work** 39:3,13,17,22 40:8,16,19,24 42:22 44:1,2,7 45:4,8 71:19 273:19 280:5,6 281:15 284:13 299:14 302:22 303:14,15,16,17 304:2 305:5,6,7,12,14

**worked** 37:9,11 42:18 43:13 44:22,23 281:18,23 325:8

**worker's** 34:11

**working** 35:17 36:21 37:1 41:17 42:5 43:5 45:11 127:7 189:6 190:6 209:6 273:24 281:21 283:9 299:16

**works** 36:8 305:7

**worry** 326:8

**wrap** 301:24

**write** 29:13 186:23 187:2 197:24 249:16,20

**writing** 17:11,14 191:21,22 198:8 199:1 200:1,3 207:18,19 208:4,5 252:22 288:7

**written** 220:13

**wrong** 43:17

**wrote** 198:15,16 199:18,20,22

---

**Y**

**yard** 92:24 93:3,5 94:9,11,16 95:23 96:1,4,6,8,11 97:1 146:24 270:1

**year** 19:16,23 21:14,15,17,22,23 25:8 26:4,21,22 29:9 30:8 31:12 33:20 39:19 68:7 71:21 78:17 88:10 250:4 281:22 291:12 298:24 303:8,9 304:6 318:5 349:19

**yearly** 28:18 33:11,13 36:10

**years** 11:3,7 12:5,18 14:18 16:3 17:7,8 20:1,2,3 24:17 26:19 35:23 36:13 37:12 38:8 40:1,20 47:18 60:1 64:13 69:16 77:9 80:18 99:3 100:8 109:11 114:9,19 124:5,11,15 134:10 166:12 212:4 221:9 290:5, 9,10 297:7,9 300:16,17 301:10 304:9 318:19,22 319:17 350:15

**yelling** 280:11

**York** 19:13 23:7,9 24:1,3 103:24 301:2,5 304:20

**Yorker** 103:24

**younger** 19:20,24 78:13

**youngest** 20:8 284:2