*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT H

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023

1        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION

3              CASE NO.:  22 CV 3973
              HON. JEREMY C. DANIEL
4            MAGISTRATE YOUNG B. KIM

5
  JAIME RIOS,
6       Plaintiff,

7   vs.

8   REYNALDO GUEVARA, MICHAEL MASON,
  JOANN HALVORSEN, AS SPECIAL
9   REPRESENTATIVE FOR ERNEST
  HALVORSEN, DECEASED, CITY OF
10   CHICAGO,
      Defendants.
11   _____

12

13      VIDEOTAPED DEPOSITION OF BENJAMIN CARRERO
                  VIA ZOOM
14
      Deposition Taken on Behalf of the Defendants
15

16   DATE:   Friday, October 20, 2023

17   TIME:   11:02 a.m. - 2:04 p.m.

18   PLACE:  Hampton Inn & Suites Middleburg
          1735 Jeremiah Street
19          Middleburg, Florida 32068

20

21
      Examination of the witness taken before:
22
          Amanda E. Robinson, RPR, CRC,
23         Notary Public, State of Florida

24

25

1            A P P E A R A N C E S

2

3   STEPHEN L. RICHARDS, Esquire

4     Law Office of Stephen L. Richards
      53 West Jackson, Suite 756
5     Chicago, Illinois 60604

6      appearing via Zoom on behalf of the
      Plaintiff.
7

8
    JOSEPH M. POLICK, Esquire
9
       The Sotos Law Firm, P.C.
10     141 West Jackson, Suite 1240A
      Chicago, Illinois 60604
11
      appearing via Zoom on behalf of Defendants
12     Michael Mason and Ernest Halvorsen.

13

14   THERESA B. CARNEY, Esquire

15      Rock, Fusco & Connelly, LLC
      333 West Wacker Drive, 19th Floor
16      Chicago, Illinois 60606

17      appearing via Zoom on behalf of Defendant
      City of Chicago.
18

19
    MICHAEL J. SCHALKA, Esquire
20
      Leinenweber, Baroni & Daffada, LLC
21     120 North LaSalle Street, Suite 200
      Chicago, Illinois 60602
22
      appearing via Zoom on behalf of Defendant
23     Reynaldo Guevara.

24

25   Also Present:  Rocco Franco, Videographer, Huseby

1         I N D E X

2   WITNESS                        PAGE

3   BENJAMIN CARRERO

4    Direct Examination by Mr. Polick        6

5    Cross-Examination by Mr. Richards      118

6    Certificate of Oath            121

7    Certificate of Reporter        122

8    Read & Sign Letter             123

9    Errata sheet                   124

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            E X H I B I T S

2

3            EXHIBITS FOR PLAINTIFF

4            No Deposition Exhibits

5

6

7            EXHIBITS FOR DEFENDANT

8   NO.  DESCRIPTION                    PAGE

9   1    Photo                    46

10  2    Photo                    47

11  3    Photo                    48

12  4    Photo                    48

13  5    Search Warrant              49

14  6    Permission to Search          50

15  7    Carrero Affidavit            68

16  8    Flight Ticket              99

17

18

19

20

21

22

23

24

25

1         S T I P U L A T I O N

2     It was stipulated and agreed by and between

3   counsel for the respective parties, and the

4   witness, that the reading and signing of the

5   deposition by the witness were reserved.

6                  - - -

7     THE VIDEOGRAPHER:  This is the beginning

8    of the deposition of Benjamin Carrero in the

9    matter of Jaime Rios vs. Reynaldo Guevara,

10    et al.  Today's date is October 20th, 2023,

11    and the time on the monitor is 11:02 a.m.

12     My name is Rocco Franco, and I'm the

13    videographer.  The court reporter is Amanda

14    Robinson.  And we're here with Huseby Global

15    Litigation.

16     Counsel, please introduce yourselves.

17    Afterwards, the court reporter will swear in

18    the witness.

19     MR. POLICK:  Joseph Polick, P-o-l-i-c-k,

20    on behalf of Defendants Mason and Halvorsen.

21     MS. CARNEY:  Theresa Carney on behalf of

22    the Defendant City of Chicago.

23     MR. SCHALKA:  Michael Schalka on behalf

24    of Defendant Guevara.

25     MR. RICHARDS:  Stephen Richards on

 1    behalf of the Plaintiff Jaime Rios.

 2       (Witness sworn.)

 3       MR. POLICK:  Ms. Reporter, we kind of

 4    lost you.  Was he sworn?

 5       THE COURT REPORTER:  Yes, sir, he was.

 6       MR. POLICK:  Okay.  Let the record

 7    reflect this is the deposition of Benjamin

 8    Carrero.  It's being taken pursuant to

 9    subpoena and the applicable federal rules of

10     civil procedure.

11           BENJAMIN CARRERO,

12    called as a witness by the Defendants, produced

13    and duly sworn and responding "I do," was

14    examined and testified as follows:

15           DIRECT EXAMINATION

16    BY MR. POLICK:

17       Q   Mr. Carrero, could you please state your

18    name and spell it for the court reporter?

19       A   Benjamin Carrero, B-e-n-j-a-m-i-n

20    C-a-r-r-e-r-o.

21       Q   Thank you.

22          Have you ever given a deposition before?

23       A   Not that I know of, no.

24       Q   All right.  You have testified in court;

25    right?

1      A   Yeah.

2      Q   All right.  It's very similar, but I'm

3   going to go over the ground rules before we start

4   the questioning so you understand the procedure.

5   Okay?

6      A   All right.

7      Q   All right.  So you have been identified

8   as a witness in a lawsuit that has been brought

9   by Jaime Rios against the City of Chicago and

10  some of its police officers.  And we're going to

11  be asking you questions today that you're going

12  to be answering under oath.

13         Do you understand that you're under oath

14  to tell the truth, sir?

15     A   Yes, sir.

16     Q   And what does it mean to you to be sworn

17  to tell the truth under oath?

18     A   I couldn't understand you.

19     Q   Yes.  What does it mean to you when you

20  say you are swearing to tell the truth under

21  oath?  What does that mean to you?

22     A   Tell the truth.

23     Q   All right.  Now, if you do not

24  understand the question that I'm asking you,

25  please tell me and I'll try to rephrase it, or

1  ask it again so that you do understand me.  Okay?

2      A  All right.

3      Q  If you don't tell me anything, I'm going

4  to assume you understood my question.  Is that

5  fair?

6      A  Yes.

7      Q  All right.  So we have a court reporter

8  there, as you're aware.  And she's very good at

9  her job, but when you speak, you have to speak

10  out loud and loud enough for her and everyone

11  else to hear you.  All right?

12      A  All right.

13      Q  Sometimes when we talk in normal

14  conversation, we use expressions like uh-huh,

15  mm-hmm.  She can't take those down.  If you mean

16  yes, you have to say yes; if you mean no, you

17  have to say no.  Understood?

18      A  Yes, sir.

19      Q  Okay.  Also, she can't take down nods of

20  the head or shrugs of the shoulders.  So you have

21  to speak out loud when you give an answer.

22  Understood?

23      A  Yes, sir.

24      Q  All right.  The other thing is that,

25  while she is good at her job, it's very difficult

1  for her to take down two people if they're

2  talking at the same time.  Okay?

3      A   Yes, sir.

4      Q   So I'm going to ask that you allow me to

5  ask my question, and then I'll give you enough

6  time to give me your answer.  And if we're not

7  talking over each other, this will go a lot

8  smoother.  Okay?

9      A   Okay.

10      Q   You may anticipate what I'm going to ask

11  you, but I'm going to ask you to just wait, let

12  me get my question out and then give your answer.

13  And if we proceed in that fashion, this should go

14  smoother and a lot clearer.  Okay?

15      A   Okay.

16      Q   From time to time, the attorneys may

17  make objections.  That's no reflection on you;

18  it's just the attorneys doing their job.  Okay?

19      A   Okay.

20      Q   There is no judge here, obviously,

21  that's going to make a ruling on the objections,

22  so the attorneys are just making them for the

23  record, no reflection on you.  Okay?

24      A   Okay.

25      Q   So if there is an objection, just let

1  them speak and then you can go ahead and give

2  your answer.  All right?

3      A  All right.

4      Q  And if you need to take a break to use

5  the washroom or you need to make a phone call,

6  let me know and we'll allow you to do that.  The

7  only caveat is that, if there is a question

8  pending, you need to finish answering the

9  question and then we can take the break.  All

10  right?

11     A  All right.

12     Q  Okay.  And again, I appreciate your

13  patience with the technical difficulties this

14  morning.

15        So is there anything preventing you from

16  understanding questions and giving answers to

17  them?

18     A  No.

19     Q  Are you taking any medication that

20  affects your ability to understand questions and

21  give answers?

22     A  No, sir.

23     Q  Are you taking any medication that

24  affects your memory?

25     A  No.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                                    Page 11

1    Q   Have you had anything of an alcoholic

2  nature to drink today?

3    A   No, sir.

4    Q   Have you used any other names besides

5  Benjamin Carrero?

6    A   That's all I use.

7    Q   Do you have a nickname?

8    A   Baby.

9    Q   And how old are you, sir?

10    A   Fifty-three.

11    Q   And what's your date of birth?

12    A   June 28, 1970.

13    Q   And where were you born?

14    A   Chicago.

15    Q   And did you grow up in Chicago?

16    A   Yes, sir.

17    Q   And currently you live in Orange Park,

18  Florida?

19    A   Yes, sir.

20    Q   You live with your girlfriend?

21    A   Yes, sir.

22    Q   That's Jennifer Gyro?

23    A   Gaya.

24    Q   Gaya.  Okay.  Excuse me.

25        Do you rent or own your residence?

1    A  Excuse me?

2    Q  Do you rent or own your residence --

3    A  We rent.

4    Q  -- where you live?

5       Okay.  And when did you move to Florida?

6    A  Right now like in -- I think it was

7  2020.

8    Q  And before that you were living in

9  Illinois?

10   A  Yes, sir.

11   Q  Have you lived in any other states

12  besides Illinois and Florida?

13   A  I lived in Milwaukee, Wisconsin, too.

14   Q  Okay.  So why did you move to Florida

15  from Illinois?

16   A  Too cold.

17   Q  Okay.  Any other reasons?

18   A  And it's too much violent now.

19   Q  Are you currently employed down in

20  Florida?

21   A  Yes, sir.  Yes, sir.

22   Q  What do you do for a living, sir?

23   A  Landscape.

24   Q  And how long have you been working at

25  the landscaping job?

1    A  A little over a year.

2    Q  What's your highest level of education?

3    A  First year high school.

4    Q  You ever obtain your GED?

5    A  No, sir.

6    Q  Where did you attend high school?

7    A  Clemente High School.

8    Q  I'm sorry.  I didn't catch that.

9    A  Roberto Clemente High School.

10   Q  Oh, Clemente.  Okay.

11   A  And I also went to Anderson, too.

12   Q  Where did you go to grammar school?

13   A  Wicker Park, which they changed the name

14  to A.N. Pritzker.

15   Q  But not when you were there; right?

16   A  No.

17   Q  Can you read and write English?

18   A  Yes.

19   Q  Do you speak any other languages?

20   A  Spanish.

21   Q  Were you living in Chicago in 1989?

22   A  Yes, sir.

23   Q  Where were you living in Chicago in

24  1989?

25   A  1419 North Wicker Park.

1      Q   And who were you living there with?

2      A   With my mom and the mother of my kids,

3   Iris Mendez.

4      Q   And your mom's name?

5      A   Theresa Carrero.

6          And my dad, as well, Alfredo Carrero.

7      Q   And was it a house?  An apartment?

8      A   An apartment.

9      Q   So like a two-flat or a three-flat?

10     A   It was a two-flat with a basement.

11     Q   And are you still in a relationship with

12   Iris Mendez?

13     A   No, sir.

14     Q   When was the last time you spoke with

15   Iris Mendez?

16     A   Oh, my God.  It's been a long time.

17   That was like when I got out of the penitentiary

18   in 2008.

19     Q   And you said she's the mother of your

20   children?

21     A   Yes, sir.

22     Q   How many children do you have, sir?

23     A   Two.

24     Q   Boys or girls?

25     A   Two boys.

1    Q   And how old are they now?

2    A   Well, the oldest one, he's going to

3  be -- tomorrow he'll be 24 -- no, 34.  And the

4  youngest will be -- no, I got that wrong.

5    Q   That's okay.  If that happens, you can

6  correct yourself.

7    A   My youngest, tomorrow's birthday, which

8  he'll be 32 -- 20 -- no.  Oh, my God.  He's 30,

9  1990.

10       Sometimes I forget my age.

11    Q   It happens.  Don't worry about it.  If

12  you've got an approximate, you can give it to me.

13    A   Yeah.  He was born in '90, the youngest,

14  and the oldest was born in '89.

15    Q   All right.  And Iris Mendez is the

16  mother of both your children?

17    A   Yes, sir.

18    Q   To your knowledge, is she still living

19  in the Chicago area?

20    A   Somewhere in Chicago, yeah.

21    Q   So it's been, you said, probably many

22  years since you've last had any contact with her?

23    A   Yeah.

24    Q   Do your children have contact with her?

25    A   Yes, sir.

1   Q   Do they live with her?

2   A   No.

3   Q   In 1989 did you know Jaime Rios?

4   A   Yes, sir.

5   Q   And how did you know Jaime Rios?

6   A   From the street.

7   Q   Were you friends with Jaime Rios?

8   A   Yes, sir.

9   Q   And when you say friends, how close were

10  you?  Were you good friends?  Best friends?

11   A   We were good friends.

12   Q   Would you consider him your best friend?

13   A   I don't even have a best friend, to tell

14  you the truth.

15   Q   All right.  And back in 1989, when you

16  were living at 1419 North Wicker Park, where was

17  Jaime Rios living?

18   A   He was living on Leavitt.

19   Q   Does 1440 North Leavitt sound correct?

20   A   I couldn't tell you the address, because

21  I don't know the address.

22   Q   How about the nearest intersection?

23   A   The street by his house was Leavitt and

24  Le Moyne.

25   Q   Did you ever visit him at his home on

1   Leavitt and Le Moyne?

2       A  Yes, sir.

3       Q  Did he ever come and visit you at your

4   place at 1419 North Wicker Park?

5       A  Everybody used to come by the house

6   because I lived in front of a park.

7       Q  Did you play sports at the park?

8       A  Yeah.

9       Q  Did Jaime Rios play sports there, too?

10      A  Yes, sir.

11      Q  Do you know Jaime Rios's brother,

12  Ricardo?

13      A  Yes, sir, I do.

14      Q  How do you know Ricardo?

15      A  From the same neighborhood.

16      Q  Did he play sports at the park, at

17  Wicker Park, as well?

18      A  Yes, sir.

19      Q  When Jaime Rios was living at 1440 North

20  Leavitt, or Leavitt and Le Moyne, did you know

21  his girlfriend?

22      A  Diana?

23      Q  Yes, Diana Rodriguez.

24      A  Yeah.

25      Q  Did you get along with her?

1    A  Yes, I did.

2    Q  When is the last time you seen Diana

3  Rodriguez?

4    A  Many years ago.  I mean, I couldn't even

5  remember.

6    Q  Did you know where Jaime Rios's mother

7  lived back in 1989?

8    A  On Wolcott.

9    Q  Does 1246 North Wolcott sound correct?

10    A  I couldn't tell you the address because

11  I don't know the address, but I know it's on

12  Wolcott.

13    Q  All right.  Do you know the nearest

14  cross street?

15    A  Crystal.

16    Q  You ever go to Jaime's house to see

17  him -- strike that.

18      You ever go to visit Jaime at his mom's

19  house on Wolcott before he moved in with Diana on

20  the Leavitt residence?

21    A  No.

22    Q  So you didn't visit Jaime when he lived

23  with his mother on Wolcott, but you did visit him

24  at the residence on Leavitt?

25    A  Yes, sir.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                Page 19

1      Q   Was Jaime Rios a member of the Latin

2   Kings in 1989?

3      A   Yes, sir.

4      Q   Were you a member of the Latin Kings in

5   1989?

6      A   Yes, I was.

7      Q   How about Ricardo Rios, was he a member

8   of the Latin Kings?

9      A   Yes, sir.

10     Q   And were you all members of the same set

11   or faction?

12     A   Yeah.  Yes, sir.

13     Q   And what set or faction was that?

14     A   Leavitt and Schiller.

15     Q   Leavitt and Schiller?

16     A   Yes, sir.

17     Q   And was there a leader of that

18   particular set back then in 1989?

19     A   Macho, Jose Melendez was the chief.

20     Q   And did you know Jose Macho Melendez?

21     A   Yes, I did.

22     Q   When is the last time you seen him?

23     A   Oh, that was -- I went to jail in '93.

24   I think I seen him in '92.

25     Q   Have you had any contact or seen him

 1  since that time?

 2     A  No, sir.

 3     Q  Are you still in the Latin Kings?

 4     A  No, I'm out.  I'm done.  Too old.

 5     Q  When did you leave the gang?

 6     A  As soon as I left Chicago.  I mean, I

 7  didn't get beat up to get out, but I'm done with

 8  them, you know.

 9     Q  So no violation to get out?

10     A  No.

11     Q  How many years ago did you leave the

12  gang?

13     A  Since I left Chicago.

14     Q  To come to Florida?

15     A  Yeah.

16     Q  And you told me that was sometime in

17  2020 or 2021?

18     A  2021, I think it was, when I left.

19     Q  All right.  Before you left Chicago for

20  Florida, were you working in Chicago?

21     A  Yes, I was.

22     Q  What were you doing for a job in Chicago

23  before you moved to Florida?

24     A  I was working for Short Fuse.  It was a

25  restaurant, slash, where they made -- produced

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                          Page 21

1  beer.

2      Q   Like a brewery?

3      A   A brewery in Schiller Park.

4      Q   And did they, like, serve beer and food

5  at the brewery?  Is that what you're saying?

6      A  Yeah.

7      Q   What was the name of it?

8      A  Short Fuse.

9      Q  Short Fields, okay.

10      A   Short Fuse.

11      Q   Oh, Short Fuse?

12      A   Yes, sir.

13      Q   And it was in Schiller Park, you said?

14      A   Yeah.  Yes, sir.

15      Q   Have you ever lived with Jaime Rios?

16      A   No, sir.

17      Q   Have you ever been in prison with Jaime

18  Rios?

19      A   Yes, I was, sir.

20      Q   All right.  Do you have some felony

21  convictions?

22      A   I have first-degree murder.

23      Q   All right.  So in December 14th of 1994,

24  did you plead guilty to murder, armed robbery and

25  burglary before Judge John Madden in Case Number

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                     Page 22

1   93-CR-356401 in the Circuit Court of Cook County?

2       A   Yes, sir.

3       Q   And were you sentenced to 30 years in

4   the Department of Corrections by Judge Madden?

5       A   Yes, sir.

6       Q   And when were you released on your

7   murder conviction?

8       A   January 19, 2008.

9       Q   All right.  And then you have, I

10  believe, another conviction --

11      A   Cocaine.

12      Q   -- for possession?

13      A   Yes, sir.

14      Q   And you said it was for cocaine?

15      A   Yeah.

16      Q   On January 11th of 2011, did you plead

17  guilty to possession of a controlled substance

18  before Judge Haberkorn --

19      A   Yes, sir.

20      Q   -- in the Circuit Court of Cook County,

21  Case 10-CR-2205901?

22      A   Yes, sir.

23      Q   And were you sentenced to one year in

24  the Department of Corrections on that conviction?

25      A   Yes, sir.

1    Q   And when were you released on that

2   conviction?

3    A   Sometime in 2011.

4    Q   Have you had any felony convictions

5   since the cocaine conviction?

6    A   No, sir.

7    Q   Any cases pending down in Florida?

8    A   No, sir.

9    Q   All right.  So when you were convicted

10  of the murder, what Department of Corrections

11  facility were you sent to?

12   A   Well, everybody will go straight to

13  Joliet Prison, and from there they'll send you to

14  different penitentiaries.  So I went straight to

15  Pontiac, maximum security.

16   Q   All right.  And did you do your entire

17  time in Pontiac?

18   A   No, sir.

19   Q   Where did you go after Pontiac?

20   A   I believe I went to Mount Sterling,

21  which is Western Correctional Facility.

22   Q   And how about after Mount Sterling?

23   A   I went down to Stateville.

24   Q   And after Stateville?

25   A   Big Muddy.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                           Page 24

1    Q   And after Big Muddy where did you go?

2    A   To Menard.

3    Q   And after Menard?

4    A   I think it was Robinson.

5    Q   After Robinson?

6    A   I went to -- oh, man, I forgot the name

7   of that penitentiary.

8        The last penitentiary I went to, man, I

9   paroled out of there.  Now I can't remember the

10  name of it.

11   Q   Were you in Dixon?

12   A   I went to Dixon for the cocaine

13  conviction.

14   Q   Okay.

15   A   Shawnee, Shawnee Penitentiary, that's

16  where I was at.  That's where I paroled from,

17  Shawnee.

18   Q   You said that was in approximately 2008?

19   A   In Shawnee, yes, sir.

20   Q   And that was on the murder conviction?

21   A   Yeah.

22   Q   All those transfers that you had on the

23  murder conviction from one correctional facility

24  to another, were those at your request?

25   A   No.

1    Q   Do you know why you were transferred so

2  many times?

3    A   Gang activities.

4    Q   Were you still in the Latin Kings when

5  you were serving time for your murder conviction?

6    A   Yes, sir.

7    Q   All right.  So you said that you did

8  serve some time in prison with Jaime Rios;

9  correct?

10    A   Yes, sir.

11    Q   Which facilities did you serve time with

12  Jaime Rios?

13    A   Pontiac.

14    Q   Any others?

15    A   And Mount Sterling.

16    Q   Did you ever serve any time with Jaime

17  Rios in Dixon Penitentiary?

18    A   No, sir.

19    Q   Have you ever served time in prison with

20  Jaime Rios's brother, Ricardo Rios?

21    A   No, sir.

22    Q   So when you were sentenced and sent to

23  Pontiac Penitentiary, was Jaime Rios already

24  there or did he come after you were there?

25    A   No.  He was already there.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                                    Page 26

1      Q   And your conviction was in December

2   of '94.  So you would have been there late '94,

3   early '95.  Would that be about right?

4      A   Yes, sir.

5      Q   And did you speak to Jaime Rios at all?

6      A   Yeah.

7      Q   And you knew that he had been convicted

8   of murder?

9      A   Yes, sir.

10     Q   Did you speak to him about his case when

11   you saw him at Pontiac?

12     A   Yeah.

13     Q   What did you and Mr. Rios discuss about

14   his case when you spoke to him at Pontiac Prison?

15     A   About that he didn't do it.  Well,

16   that -- I don't know about the murder case, but I

17   know about the gun, that he never gave me the

18   gun.

19     Q   So you discussed with Mr. Rios something

20   about a gun?

21     A   Yes, sir.

22     Q   What did you discuss with Mr. Rios about

23   a gun?

24     A   That I lied in court that he gave me a

25   gun when he didn't.

1     Q   And you had testified at Mr. Jaime

2   Rios's murder trial in November of 1990; correct?

3     A   Yes, sir.

4     Q   Was that the last time you saw Mr. Rios

5   before you saw him at Pontiac, when you saw him

6   in court?

7     A   Yes, sir.

8     Q   When you spoke to Mr. Rios in Pontiac

9   Penitentiary in approximately 1995, was anyone

10   else around when you were speaking to him?

11     A   No.

12     Q   Other than telling him that you lied

13   about him giving you a gun, did you talk to him

14   about anything else about his case?

15     A   About the Officer Guevara that made

16   me -- when he threatened to take my kids if I

17   wouldn't go up there and lie.

18     Q   Explain that to me.  What are you saying

19   Officer Guevara did?

20     A   He told me that if I don't go over there

21   in court and say that Jaime Rios gave me the gun,

22   that he was going to take my kids.

23     Q   Did you discuss with Jaime Rios any of

24   the circumstances of the search that was

25   conducted at your home at 1419 North Wicker Park

1  in 1989?

2     A  I couldn't remember.

3     Q  So you don't recall if you told him what

4  happened at your home?

5     A  No.

6     Q  But you did tell him about Officer

7  Guevara?

8     A  Yeah.

9     Q  And other than telling Mr. Rios that

10  Guevara told you to say Jaime gave you a gun and

11  told you to take it or he would take away your

12  kids, did you tell him anything else about

13  Officer Guevara?

14     A  No.

15     Q  What did Jaime Rios say when you told

16  him that you lied at his trial and told him about

17  Guevara?

18     A  I mean, he was upset.

19     Q  Did he ask you to do an affidavit for

20  his case based on what you told him?

21     A  Yeah, when -- when we came out.

22     Q  No.  I'm talking back in 1995 when you

23  were in Pontiac Prison.  Did Mr. Rios ask you to

24  do any affidavit at that time?

25     A  No.  No, sir.

1    Q   Any other conversations you had with

2   Mr. Jaime Rios in Pontiac Prison about his case?

3    A   No, sir.

4    Q   Okay.  So the next time you said you

5   were in prison together with Mr. Jaime Rios was

6   in Mount Sterling?

7    A   Mount Sterling, yes, sir.

8    Q   And do you know what year that was

9   approximately?

10    A   That was like '96.

11    Q   And who was at Mount Sterling first, you

12   or Mr. Jaime Rios?

13    A   I was there first.

14    Q   And then at some point Jaime Rios got

15   transferred to Mount Sterling?

16    A   Yes.

17    Q   And did you speak to him at Mount

18   Sterling Prison when you got transferred there?

19    A   Yeah, but not about the case.

20    Q   What did you speak about when you saw

21   him at Mount Sterling?

22    A   We talked about girls coming to visit us

23   and all that stuff.

24    Q   Did you have any discussions with Jaime

25   Rios at Mount Sterling Prison regarding Officer

1  Guevara?

2    A  No, sir.

3    Q  Was there ever a time when you were

4  serving prison time with Jaime Rios at Mount

5  Sterling Prison that you discussed his murder

6  case?

7    A  No.

8    Q  Was there ever a time when you served

9  prison time at Mount Sterling with Jaime Rios

10  that you discussed Officer Guevara?

11    A  No, sir.

12    Q  And you said that when you were serving

13  time on the cocaine conviction, that's when you

14  were in Dixon?

15    A  Yes, sir.

16    Q  But you didn't serve any time with Jaime

17  Rios while you were in Dixon?

18    A  No, sir.

19    Q  Did you ever see Jaime Rios when you

20  were serving time in Dixon Correctional Center?

21    A  No, sir.

22    Q  Did he ever come to visit you when you

23  were serving time in Dixon?

24    A  No, sir.

25    Q  Did you ever talk to Jaime Rios on the

1   phone while you were serving time at Dixon?

2       A   No, sir.

3       Q   You said you were released on the murder

4   conviction in about 2008?

5       A   Yes, sir.

6       Q   And when you were released, did you

7   return to Chicago?

8       A   Yes, sir.

9       Q   And where were you living when you

10  returned to Chicago?

11      A   I was living with my little brother,

12  Jose Carrero, in Berwyn, Illinois.

13      Q   And earlier you told me you did live in

14  Milwaukee, Wisconsin for a period of time;

15  correct?

16      A   Yeah.

17      Q   So was that after you got out of prison

18  in 2008?

19      A   Yeah.  Right after I got out, I was on

20  house arrest for about six months.  Then I moved

21  in with my girlfriend at the time and went out

22  there to Milwaukee, Wisconsin.

23      Q   Who was your girlfriend at the time?

24      A   Her name was Lisa Santana.  It's my

25  ex-wife.  It's my ex-wife, but we divorced.

1      Q   Okay.  When did you get divorced?

2      A   This was like 2000 and, I think, '6.

3        Q   All right.  So you got released from, I

4   think you told me, Shawnee Correctional Center;

5   right?

6      A   Yes, sir.

7      Q   And then that was in 2008; right?

8      A   Yes, sir.

9      Q   Then you came back to Chicago for about

10   six months?

11      A   Yeah, until I got off house arrest.

12      Q   Were you on parole in Chicago?

13      A   Yes, sir, three years parole.

14      Q   And then when you say you moved in with

15   your then girlfriend, Lisa Santana, was she

16   living in Chicago or Milwaukee?

17      A   She was living in Chicago on the north

18   side of Chicago.

19      Q   And did you both go to Milwaukee?

20      A   Yes.

21      Q   Or just you?

22      A   We all went to Milwaukee.  Me, her, and

23   the kids -- her kids.

24      Q   And what year did you move to Milwaukee,

25   Wisconsin?

1      A   In 2008.

2      Q   How were you able to go to Milwaukee,

3   Wisconsin if you were still on parole?

4      A   They never knew that I left.  I would

5   always come back.

6      Q   So any time you had a meeting or

7   appointment with your parole officer, you made

8   those meetings?

9      A   Yes, I did.

10      Q   When you got out of prison in 2008, did

11   you speak at all with Jaime Rios?

12      A   In 2008?

13      Q   Yes.

14      A   I found him on, I think it was, Facebook

15   or MySpace at that time.

16      Q   And when you found out where Mr. Jaime

17   Rios was on social media, where was he living at

18   that time?

19      A   He was in Milwaukee, Wisconsin, as well.

20      Q   Do you know what he was doing in

21   Milwaukee, Wisconsin?

22      A   He was on parole out there.

23      Q   Did you ever visit him while he was

24   living in Milwaukee, Wisconsin?

25      A   No.  He came to see me once.

1      Q   At your home in Milwaukee?

2      A   Yes, sir.

3      Q   And when he came to see you that one

4   time at your home in Milwaukee, did you and Jaime

5   Rios discuss his murder case at all?

6      A   No, sir.

7      Q   Did you have any discussions about

8   Officer Guevara?

9      A   No.

10      Q   Did Mr. Rios, at that time, ask you to

11   do an affidavit for him about when you had told

12   him when you were serving time together in

13   Pontiac?

14      A   When I was in Milwaukee, Wisconsin,

15   you're talking about?

16      Q   Yeah.  When you went to visit him, yes.

17      A   No.  No, sir.

18      Q   Do you know approximately what year that

19   was that you visited Mr. Rios in Milwaukee,

20   Wisconsin?

21      A   He visited me.

22      Q   I'm sorry.  Let me restate that

23   question.  Thanks for correcting me.

24         Do you know what year it was that

25   Mr. Jaime Rios came to visit you at your home in

1  Milwaukee, Wisconsin?

2    A  2009.

3    Q  And when he came to visit you, he didn't

4  ask you anything about Officer Guevara?

5    A  No, sir.

6    Q  And he didn't discuss his case at all?

7    A  No, sir.

8    Q  And he didn't ask you for an affidavit

9  at that time, did he?

10    A  No, sir.

11    Q  So at some point did you return to

12  Chicago?

13    A  In 2009.

14    Q  So how long were you in Milwaukee total?

15  About a year?

16    A  About a year.

17    Q  And when you came back to Chicago, why

18  did you come back to Chicago?

19    A  Me and my girlfriend split up.

20    Q  And when you came back to Chicago, where

21  were you living?

22    A  I moved with my oldest brother.

23    Q  And what part of the city were you

24  living in?

25    A  The Humboldt Park area.

1      Q   And what is your older brother's name?

2      A   Luis Carrero.

3      Q   L-u-i-s?

4      A   Yes, sir.

5      Q   And did you live with your older brother

6   for a while when you came back to Chicago?

7      A   I lived with my brother for about four,

8   five months.

9      Q   Was it still in 2009?

10     A   Yes, sir.

11     Q   At some point did you move to Elmwood

12   Park?

13     A   Yes, sir.

14     Q   When did you move to Elmwood Park?

15     A   Elmwood Park, I moved there like -- it

16   was like 2019.

17     Q   So from 2009 to 2019, a 10-year period,

18   were you living in Chicago?

19     A   Yeah.

20     Q   And during that same time period, did

21   you stay in touch with Jaime Rios?

22     A   Yes, sir.

23     Q   How often would you see Mr. Jaime Rios

24   when you were living in Chicago from 2009 to

25   2019?

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023

1    A   Would have been like once, probably once

2   a month.

3    Q   Would you talk to him on the phone?

4    A   Yeah.

5    Q   Would you connect with him on social

6   media?

7    A   Just like the stuff that he used to like

8   on -- on MySpace, that -- that was -- that was

9   it.

10    Q   When you were in contact with Mr. Jaime

11   Rios between 2009 and 2019 when you were living

12   in Chicago, did you ever talk to him about his

13   murder case?

14    A   No, not at that time.

15    Q   From 2009 to 2019 when you were living

16   in Chicago, did you ever discuss Officer Guevara

17   with Mr. Jaime Rios?

18    A   No, sir.

19    Q   From 2009 to 2019, did Mr. Jaime Rios

20   ever ask you to do an affidavit for his case?

21    A   I don't think -- no.  No, sir.

22    Q   In 2019 you said you moved to Elmwood

23   Park; correct?

24    A   Yes, sir.

25    Q   Was it a house or an apartment?

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                      Page 38

1     A   It was an apartment.

2     Q   Who were you living there with?

3     A   My girlfriend now, Jennifer Gaya.

4     Q   And is Elmwood Park the last place you

5   lived before you moved to Florida?

6     A   Yes, sir.

7     Q   So you were there from 2019 to about

8   2021, a couple of years?

9     A   Yeah.

10     Q   And when you were living in Elmwood

11   Park, did you continue to have contact with

12   Mr. Jaime Rios?

13     A   Yes, sir.

14     Q   And when you were in contact with

15   Mr. Jaime Rios, how often would you talk or see

16   him?

17     A   When I lived in Elmwood Park, I seen

18   Jaime like, I think it was, two, three times.

19     Q   And those two or three times, was your

20   meeting with Mr. Rios over the phone?  Was it in

21   person?

22     A   In person.

23     Q   And during those two or three occasions

24   that you met with Mr. Jaime Rios in person while

25   you were living in Elmwood Park, did you discuss

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Page 39

1   his murder case at all?

2        A   Yes, sir.

3        Q   What did you discuss about his murder

4   case?

5        A   He asked me --

6        Q   (Inaudible crosstalk.)

7        A   He asked me if I would do the affidavit

8   for him.

9        Q   Mr. Jaime Rios himself asked you to do

10  the affidavit for him?

11       A   Yeah, if I would do it.

12       Q   And during those two or three occasions

13  that you spoke with Mr. Jaime Rios when you were

14  living in Elmwood Park, did you discuss Officer

15  Guevara at all?

16       A   Yes, sir.

17       Q   What did you discuss about Officer

18  Guevara?

19       A   That he was a liar.

20       Q   Anything else you discussed with

21  Mr. Jaime Rios about Officer Guevara at that

22  time?

23       A   And about what he made me say in court.

24       Q   Any other discussion with Jaime Rios

25  about Officer Guevara when you were living in

1  Elmwood Park?

2      A  No.

3      Q  Do you know what year it was that Jaime

4  Rios asked you to do the affidavit?

5      A  It was 2020, I believe.

6      Q  So your affidavit was done in May of

7  2020.  Do you know when Mr. Rios asked you to do

8  the affidavit?

9      A  No.

10     Q  Sometime before that?

11     A  He had asked me before I signed the

12  papers, that's what you're asking me?

13     Q  Yeah.  When did he ask you to do it

14  before he actually signed it?

15     A  I think it was like a month, I think it

16  was a month before.

17     Q  And was Mr. Rios alone when he asked you

18  to do the affidavit for him?

19     A  Yes, sir.  Yes, sir.

20     Q  All right.  Let me ask you some

21  questions about Officer Guevara.  When was the

22  first time you had contact with Officer Guevara?

23     A  First time I had contact with him?

24     Q  Yes, sir.

25     A  When -- when they came into my house.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                                    Page 41

1     Q   Are you talking about the search --

2     A   The search.  Yes, sir.

3     Q   -- in 1989?

4         All right.  So that was at your home at

5   1419 North Wicker Park; correct?

6     A   Yes, sir.

7     Q   And does July 9th of 1989 sound correct?

8     A   Yeah.

9     Q   What do you recall about the search?

10  Tell me what happened.

11    A   They were coming in.  I was coming out

12  of the house.  There was a long hallway.  I was

13  coming out of my mom's apartment where we lived

14  at.  They were coming up the stairs.  And they

15  took me upstairs.  They didn't take me straight

16  to my apartment.  They took me upstairs, to the

17  lady upstairs apartment.

18        And they were searching her house when

19  they found out the name on my arm, my name was on

20  there.  And they're like, "That's him right

21  there."  And then she said, "He don't live here,

22  he lives downstairs."  And that's when they went

23  into my apartment and started doing the raid, the

24  search.  They found a .22 and some marijuana, but

25  they never turned in the marijuana; all they

1  turned in was the gun.

2      Q   All right.  Let me ask you a few

3  questions about that.  You're saying that your

4  name was on your arm.

5          Are you talking about a tattoo?

6      A   Yes, sir, a tattoo on my arm.

7      Q   What was the tattoo that you had on your

8  arm?

9      A   My nickname, Baby.

10      Q   Do you have a tattoo on your chest with

11  the name Theresa?

12      A   My mom, yes.  Yes, sir.

13      Q   And you're saying that during this

14  search, that was the first time you had contact

15  with Officer Guevara?

16      A   Yeah, when they searched my house.

17      Q   Can you describe Officer Guevara for me?

18      A   He's a short, chubby Puerto Rican.

19      Q   Anything else you can tell me by way of

20  description about Officer Guevara?

21      A   He wears glasses.

22      Q   Nice glasses like you have on today or

23  something different?

24      A   No, not like mine.  Something like

25  yours.

1      Q   Okay.  More wire rim or...

2      A   Yeah.

3      Q   Anything else you can tell me about

4    Officer Guevara's description?

5      A   No.

6      Q   And was Guevara with other police

7    officers at the time of the search of your home?

8      A   Oh, yeah.  It was a lot of police there.

9      Q   About how many police would you say were

10   there?

11     A   At least 20, I think.

12     Q   All right.  And then you said that

13   initially you were taken to the upstairs

14   apartment?

15     A   Yeah.

16     Q   Who was the woman that had the upstairs

17   apartment?

18     A   It was our neighbor.

19     Q   Did she live there?

20     A   Yeah.  Yes, sir.

21     Q   She lived in the top flat?

22     A   She lived on the top flat, yeah.

23     Q   And then you, Iris, and your mom and dad

24   lived in the first floor?

25     A   Yeah.  With my kids, yep.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                                    Page 44

1    Q   Did anybody live in the basement?

2    A   Yeah.  We had neighbors down there.

3    Q   All right.  And you said that after they

4  saw -- after the police saw the tattoo with your

5  name or nickname, Baby, on your arm -- which arm,

6  by the way, is it?

7    A   It's right here on my left arm.

8    Q   Left arm, all right.

9    A   Yes, sir.

10   Q   So after they saw that, then they took

11  you downstairs?

12   A   Yes, sir, because she said, "He don't

13  live here, he lives downstairs," so they took me

14  downstairs.

15   Q   Did they show you a search warrant?

16   A   I believe they showed my mom, not me.

17   Q   Do you know if your mom signed any

18  consent for the police to search?

19   A   I don't know because, when they brought

20  me down, they didn't take me in my apartment.

21  They took me straight in the squad car.

22   Q   All right.  And then you said during the

23  search the police found a .22?

24   A   A .22, yes, sir.

25   Q   Was that an automatic pistol or a

1  revolver?

2      A   A revolver.

3      Q   And you also said they found some

4  marijuana?

5      A   Some marijuana, two ounces of marijuana,

6  but they never turned that in.

7      Q   Did they take it or leave it there?

8      A   No.  They took it.

9      Q   All right.  I'm going to show you some

10  photographs, see if you recognize any of them.

11  Just give me a second here.

12         Can you see the photograph on your

13  screen, Mr. Rios -- or, Mr. Carrero?

14      A   Yes, sir.

15      Q   Do you recognize the photograph?

16      A   That's the apartment I used to live in.

17      Q   Okay.  You're saying that you lived in

18  the first floor apartment there; right?

19      A   Yes, sir.

20      Q   And in this photograph what we're seeing

21  is the basement apartment and the first floor?

22      A   Yeah.

23      Q   And then there would be another floor

24  above that?

25      A   Yes, sir.

1    MR. POLICK:  Ms. Court reporter, if we

2    could mark that photograph as Exhibit 1 to

3    Mr. Carrero's dep.

4    THE COURT REPORTER:  Yes, sir.

5    (Defendants' Exhibit No. 1 was marked

6    for identification.)

7  BY MR. POLICK:

8    Q   So when you say the police found a .22

9  revolver, where did they find that?

10    A   They found that, I think it was,

11  outside; that the mother of my kids, Iris Mendez,

12  threw out the window.

13    Q   Did you see Iris Mendez throw the gun

14  out the window?

15    A   No.  I was inside the police car.

16    Q   Do you know what window Iris Mendez

17  threw the gun out of?

18    A   Bathroom.

19    Q   And when you say the police found it

20  outside, was that near the house somewhere?

21    A   Yeah, the gangway.

22    Q   Do you know where they found the

23  marijuana?

24    A   It was inside a small -- we had a

25  little, small dryer for the baby's clothes.

1     Q   Like a clothes dryer?

2     A   Yeah, but it was a little clothes dryer

3   for the kids, for their clothes.

4     Q   And the gun, where was that kept in the

5   home?

6     A   That was in there, too.

7     Q   So both the gun and the pot were in the

8   small dryer?

9     A   Yes, sir.

10     Q   All right.  I'm going to show you a few

11   more pictures.

12     A   I haven't ate; my stomach is growling.

13     Q   I'm going to show you a photograph that

14   we're marking as Exhibit 2 to your deposition.

15   Do you recognize that photograph?

16         (Defendants' Exhibit No. 2 was marked

17       for identification.)

18     A   Yeah.  That's the gangway.

19     Q   Between your home and the home next

20   door?

21     A   Yes, sir.

22     Q   And I'm going to show you what we'll

23   mark as Exhibit 3.  Do you see that photograph,

24   sir?

25

1          (Defendants' Exhibit No. 3 was marked

2       for identification.)

3       A   Yes, sir.

4       Q   Can you identify what's in that

5    photograph?

6       A   That's the bathroom window.

7       Q   All right.  And that would be above that

8    gangway that we just saw?

9       A   Yeah.

10      Q   All right.  Let me show you what we'll

11   mark as Exhibit 4.  Can you see that photograph,

12   sir?

13          (Defendants' Exhibit No. 4 was marked

14       for identification.)

15      A   Yes, sir.

16      Q   And what is in that photograph?

17      A   The gun.

18      Q   Is that the gun that was kept in the

19   small clothes dryer with the baby's -- for the

20   baby's clothes?

21      A   Yes, it was.

22      Q   And was that the gun Iris Mendez threw

23   out the --

24      A   Threw out the window.

25      Q   All right.  You said that you were in

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                                    Page 49

1   the police car?

2       A   Yeah.

3       Q   Was that out front of your home?

4       A   In front.

5       Q   And do you recall what time it was that

6   the search was conducted at your home?

7       A   No.  I know it was at nighttime, but I

8   don't know what time it was.

9       Q   So does between 10:00 and 10:30 sound

10  about right?

11      A   Probably.

12      Q   I'm going to show you another document.

13  We'll mark this as No. 5.  Can you see that

14  document, Mr. Carrero?

15          (Defendants' Exhibit No. 5 was marked

16      for identification.)

17      A   Yeah, I can see it.

18      Q   Do you see that it's a search warrant?

19      A   Yep.

20      Q   And it's got your name on it; correct?

21      A   Yes, it does.

22      Q   And your date of birth?

23      A   Yep.

24      Q   And your address, 1419 North Wicker,

25  Second Floor; right?

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                           Page 50

1      A   Yes, sir.

2      Q   All right.  Do you recall seeing this

3   search warrant the night the police searched your

4   home on --

5      A   I didn't --

6      Q   -- July 9, 1989?

7      A   I didn't see the search warrant.

8      Q   All right.  Let me show you another

9   document.  We'll mark this one as Exhibit 6.  The

10   search warrant was No. 5.  Can you see this

11   document I'm now showing you?

12       (Defendants' Exhibit No. 6 was marked

13       for identification.)

14      A   Yes, sir.

15      Q   It's entitled Permission to Search.  Do

16   you see that?

17      A   Uh-huh.

18      Q   Is that a yes?

19      A   Yes, I see it.

20      Q   Okay.  Is this a document that you

21   recall seeing the night your home was searched on

22   July 9th of 1989?

23      A   I didn't see.  I didn't see this -- like

24   I told you, I didn't see no search warrant.  I

25   was in the police car.

1    Q   All right.  So do you see that this is

2   signed by Theresa Carrero?  Do you see that?

3    A   Yes, sir.

4    Q   And that's your mother?

5    A   Yes, sir.

6    Q   And she was living there at the time;

7   right?

8    A   Yes, sir.

9    Q   Do you see the signature there?

10    A   Yes, sir.

11    Q   Okay.  Does that look like your mom's

12   signature?

13    A   Yes, it does.

14    Q   And then where it says Witnesses on the

15   first line there, it says Iris Mendez.  Do you

16   see that?

17    A   Yes, sir.

18    Q   And then below that --

19    A   My father's name.

20    Q   -- Alfredo Carrero?

21    A   Yes, sir.

22    Q   And that's your father; correct?

23    A   Yes, sir.

24    Q   And does that look like your father's

25   signature?

1    A  Yep.  Yes, sir.

2    Q  And does that look like Iris Melendez's

3  signature?

4    A  Mendez.  Yes.

5    Q  I'm sorry.  I'm sorry.

6       Iris Mendez's signature?

7   A  Yes, sir.

8    Q  And you see that it's dated July 9th of

9  1989 at 10:20 p.m.?

10   A  Yes, sir.

11    Q  But you're saying that you did not see

12  this on that evening?

13    A  I didn't see no search warrants.  They

14  took me -- they didn't take me into the apartment

15  I was living in with my mom.  They took me

16  straight into the police car.

17    Q  All right.  When they say -- when you're

18  saying "they," who is the they?

19   A  The officers.

20    Q  Okay.  Any officer in particular that

21  you're saying --

22   A  No, I don't know.

23    Q  And was anyone else in the police car

24  when you were placed in there by the officers?

25    A  There was just one officer in the driver

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Page 53

1   seat.

2        Q   What did he look like?

3        A   He was a white officer.

4        Q   Anything else you can tell me by way of

5   description?

6        A   No.

7        Q   Was he in uniform or plain clothes?

8        A   No.  Plain clothes.

9        Q   And when you say plain clothes, like

10  jeans and a T-shirt or was it more like a suit

11  and a tie?

12       A   No.  The -- it wasn't a suit and a tie.

13  It was regular detectives.

14       Q   How about Officer Guevara, how was he

15  dressed when you say that he came to your home on

16  July 9th of 1989?

17       A   In a suit and tie.

18       Q   Were there other officers there in suits

19  and ties besides Guevara?

20       A   I couldn't tell you.

21       Q   Was there anyone else inside the police

22  car besides you and this white officer, plain

23  clothes that was the driver?

24       A   No.  Just me and him.

25       Q   Do you recall his name at all?

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Page 54

1      A   No.

2      Q   And were you taken from your home to

3   another location?

4      A   To Grand and -- 5555 West Grand.

5      Q   Grand and Central?

6      A   Grand and Central.

7      Q   Area 5?

8      A   Area 5, yes, sir.

9      Q   How about Iris Mendez, was she taken to

10   Grand and Central, as well?

11     A   Yeah.  Yes, sir.

12     Q   Did she go in the same car that you did?

13     A   No.

14     Q   Do you know who brought her to Grand and

15   Central?

16     A   No, I don't.

17     Q   Did you see her at Area 5?

18     A   No.

19     Q   How do you know that she got brought to

20   Area 5?

21     A   Because she told me she was there.

22     Q   I see.  So when you were brought over to

23   Grand and Central, where did you go in the

24   building there?

25     A   Upstairs.

1     Q   And did the officer that drove you over

2   there, did he bring you upstairs?

3     A   Yes.

4     Q   And were you handcuffed?

5     A   Yes, I was.

6     Q   And what happened when you got upstairs,

7   where did they put you?

8     A   They put me in a room.

9     Q   What was in the room?

10     A   Just a table and chair, two chairs, I

11   think it was.

12     Q   And what happened when you were -- after

13   you were placed in this room upstairs at Grand

14   and Central?

15     A   That's when the police came in and

16   interrogated me.

17     Q   Who came in and interrogated you?

18     A   Gavaro -- I mean, Guevara.

19     Q   Anyone besides Guevara?

20     A   It was other officers, but I know him.

21     Q   How many other officers?

22     A   It was -- there was another officer with

23   him.

24     Q   One?

25     A   Yes.

1    Q   So one other officer besides Guevara?

2    A   Yes, sir.

3    Q   What did the other officer look like?

4    A   He was white.

5    Q   Can you tell me anything else about him

6  by way of description?

7    A   No.  I know they had suits on.

8    Q   So the other officer had a suit on like

9  Officer Guevara?

10    A   Yeah.

11    Q   Did he have a tie, as well?

12    A   Yes, sir.

13    Q   Do you recall what the other officer's

14  name was?

15    A   No, sir.

16    Q   Any other officers besides this officer

17  and Guevara in the room where you were

18  interrogated?

19    A   Just them two.

20    Q   All right.  What happened when they

21  started to interrogate you?

22    A   What do you mean what they -- what they

23  started doing?

24    Q   Yeah, what happened when you were in the

25  room with these two officers?  What's the next

1  thing that happened?

2      A   They were trying to put the gun on me.

3  And I told them I wasn't even in the house, so

4  how are you going to put the gun on me.

5      Q   Are you talking about the gun that was

6  found in the gangway?

7      A   Yeah.

8      Q   And when you say they were trying to put

9  the gun on you, you mean they were going to

10  charge you with the gun?

11      A   Yeah, just the gun, but they never

12  brought the marijuana up.

13      Q   What else did they tell you?

14      A   That if I don't -- that if I don't --

15  oh, what the fuck was it?  Oh, man.

16        Oh, he was asking me about Jaime Rios.

17      Q   Who was asking you?

18      A   Guevara.

19      Q   What did Officer Guevara ask you about

20  Jaime Rios?

21      A   That if Jaime was the one that brought

22  their gun to my house.  And I had told them no.

23      Q   I'm sorry.  Okay.  Let me ask you that

24  again.

25        What did Officer Guevara ask you about

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                                    Page 58

1   Jaime Rios?

2        A   That if he brought me that gun.

3        Q   And what did you tell him?

4        A   I told him no.

5        Q   Then what did he say?

6        A   For me to say that Jaime gave me that

7   gun and he'll let me go.

8        Q   Did Officer Guevara say anything else to

9   you?

10       A   No.

11       Q   What did you say to him?

12       A   I said, "I'll lie.  I mean, whatever you

13   want me to say, I'll do it."

14       Q   Did you say anything else to Officer

15   Guevara when he told you to say that Jaime Rios

16   gave you the gun?

17       A   Well, they told me to say that he

18   reached and gave me the gun in front of my house.

19       Q   Anything else that Guevara told you to

20   say about Jaime Rios giving you the gun?

21       A   They told me to say that he had shot

22   somebody, that's why he was giving me the gun.

23       Q   Anything else Guevara told you about

24   Jaime Rios giving you the gun?

25       A   No.  Oh, that if I -- excuse me.  That

1  if I didn't -- if I did not comply to what he was

2  telling me to say, that he would take my kids

3  away.

4      Q   How many children did you have at that

5  time?

6      A  Two of them.

7      Q  And how old --

8      A  No.  I had one.  One and Iris was

9  pregnant.

10     Q   And the one child that was born, how old

11  was he?  Was he still a baby at the time?

12     A   Yeah.

13     Q   When you were in this room at Grand and

14  Central at Area 5, did any other officers come in

15  the room other than Guevara and the other officer

16  that you described for me?

17     A  No.  That's it.

18     Q   Did either Officer Guevara or the other

19  officer strike you in any way?

20     A   No.

21     Q   Did either Officer Guevara or the other

22  officer abuse you in any way while you were in

23  the interrogation room?

24     A   No.

25     Q   How about back in your home when it was

1  being searched, did any officers abuse you there?

2      A  No.

3      Q  How long were you in the room being

4  questioned by Officer Guevara and this other

5  officer?

6      A  I believe two days.

7      Q  So the search warrant was on July 9th

8  of '89, sometime between 10:00 and 10:30.  And

9  you're saying you were there for about two days

10  after that?

11     A  I think it was two days.

12     Q  Where is the next place you remember

13  going after being in the room upstairs at Grand

14  and Central?

15     A  Straight to Cook County Jail.

16     Q  And did you remain in Cook County Jail?

17     A  No.  They had took me from the police

18  station to Cook County Jail for the grand jury.

19  Then they brought me back to Grand and Central,

20  and they sent me back to Cook County, but to the

21  jail.  And I believe I didn't even -- I had an

22  I-bond.

23     Q  And you testified before the grand jury

24  on July 10th of 1989; isn't that correct?

25     A  Yeah.

1      Q   When you went back to Area 5 at Grand

2   and Central, was that after you testified before

3   the grand jury?

4      A   Yes, sir.

5      Q   And how long did you remain there?

6      A   Till the next day, that's when they sent

7   me to Cook County Jail.

8      Q   And when you were at Area 5 after

9   testifying before the grand jury, were you

10   brought back upstairs at Grand and Central or

11   were you in some other location in the building?

12      A   In the -- in the lockup.

13      Q   Downstairs?

14      A   Yes.

15      Q   Do you recall who took you to the grand

16   jury?

17      A   No, sir.

18      Q   Was it Guevara?

19      A   I can't recall.

20      Q   And how did you get from the grand jury

21   back to Area 5 at Grand and Central?

22      A   By an officer from Grand and Central

23   took me back.

24      Q   Do you recall who that was?

25      A   No.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Page 62

1      Q   And then when you went from the lockup

2   at Grand and Central back to Cook County Jail

3   where you were I-bonded, do you recall who took

4   you back to Cook County Jail?

5      A   Oh, they would pick people up in paddy

6   wagons, so --

7      Q   So --

8      A   Like, in the morning -- in the morning

9   they would come, paddy wagon comes and take

10  everybody that's going to Cook County.

11     Q   All right.  So if I'm understanding you,

12  the paddy wagon came and picked up a group of

13  people, and you made other stops and eventually

14  ended up at Cook County Jail?

15     A   Yes, sir.

16     Q   Do you need to take a break,

17  Mr. Carrero?

18     A   Yes, sir.

19     MR. POLICK:  Okay.  Why don't we take

20     about a 5 or 10-minute break, stretch your

21     legs, let you use the washroom, and we'll

22     resume.  Is that fine with everybody?

23     MS. CARNEY:  Good here.

24     MR. POLICK:  All right.  We'll say 10

25     minutes.

1      THE VIDEOGRAPHER:  Okay.  The time on

2    the monitor is 12:27 p.m., and we are off

3    the record.

4      (Brief recess.)

5      THE VIDEOGRAPHER:  Time on the monitor

6    is 12:39 p.m., and we are back on the

7    record.

8  BY MR. POLICK:

9    Q  Mr. Carrero, can you hear me all right?

10    A  Yes, sir.

11    Q  All right.  We're back on the record.

12  Do you understand that you're still under oath to

13  tell the truth?

14    A  Yes, sir.

15    Q  All right.  When you went to the grand

16  jury, was Officer Guevara there?

17    A  Not that I can recall.

18    Q  And when you went before the grand jury,

19  you swore to tell the truth before you testified

20  there; correct?

21    A  Yes, sir.

22    Q  So after seeing Officer Guevara upstairs

23  at Area 5 at Grand and Central on the evening of

24  July 9th of '89, when was the next time you saw

25  Officer Guevara, if ever?

1      A   I would see him, like, in the

2   neighborhood after I was out.

3      Q   And when you say after you were out, are

4   you talking about when you got out of prison on

5   your murder conviction?

6      A   No.  Right after I got out of Cook

7   County Jail.

8      Q   Oh, okay.  And what neighborhood are we

9   talking about specifically?

10     A   Leavitt and Schiller.

11     Q   And you said you I-bonded out of Cook

12  County Jail?

13     A   Yes, sir.

14     Q   How long were you in Cook County Jail

15  before you I-bonded?

16     A   I got out next day.

17     Q   Did you go back to your home at 1419

18  North Wicker Park?

19     A   Yes, sir.

20     Q   And is that when you found out that your

21  then girlfriend, Iris Mendez, had been arrested,

22  as well?

23     A   Yeah.

24     Q   Was she allowed to bond out, as well?

25     A   She bonded out.  I believe they bonded

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Page 65

 1  her out.

 2      Q   Did she tell you what happened to her

 3  after she got arrested?

 4      A   No.  That she took the weight for the

 5  gun.

 6      Q   What do you mean she took the weight for

 7  the gun?

 8      A   They had asked her if it was my gun and

 9  she told them, no, it was hers, because she

10  didn't want to see me go to jail.

11      Q   Did she actually go to Cook County Jail

12  or did she bond out from the station?

13      A   She went to Cook County Jail.

14      Q   And do you know how long she was at Cook

15  County Jail?

16      A   A day.

17      Q   And when you would see Officer Guevara

18  in the neighborhood around Leavitt and Schiller

19  after you got out of Cook County Jail, did you

20  have any further encounters with him?

21      A   No.  He would just ride by and just look

22  at me.

23      Q   Were you ever arrested by Officer

24  Guevara after you got out of Cook County Jail

25  following your grand jury testimony?

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023

1    A  No, sir.

2    Q  You testified at Mr. Jaime Rios's murder

3  trial in November of 1990; correct?

4    A  Yes, sir.

5    Q  And Officer Guevara was not in the

6  courtroom when you testified; correct?

7    A  I believe -- no, I didn't see him.

8    Q  And before you testified at Mr. Jaime

9  Rios's murder trial, you swore to tell the truth;

10  correct?

11    A  Yes, sir.

12    Q  You were sworn in before you testified;

13  right?

14    A  Yes, sir.

15    Q  Did you have any contact with Officer

16  Guevara after you testified at trial?

17    A  No, sir.

18    Q  You ever file a complaint against

19  Officer Guevara with the police department?

20    A  No.

21    Q  So you were telling us earlier that

22  Mr. Jaime Rios asked you to do the affidavit for

23  his case sometime in 2020 before you signed it in

24  May of that year; correct?

25    A  Yes, sir.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Page 67

1      Q   And how did he ask you to do that?

2      A   He just called me, and I met up with him

3   by my house.  And he asked me if I would do it

4   for him, and I told him yeah.

5      Q   And when you say your house, you mean

6   your house in Elmwood Park?

7      A   Elmwood Park, yes, sir.

8      Q   Was anyone with Mr. Rios when he asked

9   you to do the affidavit?

10     A   No, sir.

11     Q   Did he show you any documents when he

12   asked you to do the affidavit?

13     A   No, sir.

14     Q   Did he tell you what he wanted you to

15   say in the affidavit?

16     A   No, sir.

17     Q   Did you tell him what you would put in

18   the affidavit?

19     A   Excuse me?

20     Q   Did you tell Mr. Rios what you would put

21   in the affidavit?

22     A   I told him that -- that I'd tell the

23   truth of what happened.

24     Q   And what did you mean by that?

25     A   About that Guevara threatened me to take

1  my kids if I wouldn't say what he wanted me to

2  say in court.

3     Q  All right.  Let's take a look at your

4  affidavit.

5       Do you have a hard copy there with you?

6     A  Yeah.

7     Q  All right.  I'm going to put it up on

8  the screen, as well, for others.  But if you got

9  a hard copy, it's probably easier for you to look

10  at it there instead of looking at the screen;

11  right?

12     A  Yeah.

13     Q  Okay.

14       MR. POLICK:  Ms. Court reporter, we'll

15       mark this as Exhibit 7 to the deposition.

16       THE COURT REPORTER:  Yes, sir.

17       (Defendants' Exhibit No. 7 was marked

18       for identification.)

19  BY MR. POLICK:

20     Q  All right.  Mr. Carrero, we're showing

21  you what has been marked as Exhibit 7 to your

22  deposition.  And this is the affidavit that you

23  signed for Mr. Rios in May of 2020; correct?

24     A  Yes, sir.

25     Q  And it's two pages; correct?

1      A  Yes, sir.

2      Q  And is that your signature on the second

3  page?

4      A  Yes, it is.

5      Q  And when you signed this affidavit, did

6  you understand that you were signing it under

7  oath?

8      A  Yes, sir.

9      Q  Under penalty of perjury?

10      A  Yes, sir.

11      Q  And do you see above your name there it

12  says:  Signed under the pains and penalties of

13  perjury this 5 day of 22, 2020?

14      A  What did you say again?  Excuse me?

15      Q  Do you see above your signature there.

16      A  Yeah.

17      Q  The line above your signature, it says:

18  Signed under the pains and penalties of perjury

19  this 5 day of 22, 2020.  Did you see that?

20      A  Yes, sir.

21      Q  Okay.  Did you mean the 22nd day of May

22  of 2020?

23      A  Yes.

24      Q  Is that something you filled in on this

25  affidavit?

1     A   Yeah.

2     Q   Did you prepare this affidavit?

3     A   No.

4     Q   Do you know who did?

5     A   I believe it was his lawyer.

6     Q   Mr. Richards?

7     A   I think -- yes.

8     Q   Are you positive that it was

9   Mr. Richards or are you guessing?

10     A   This had to be Mr. Richards, because it

11   wasn't Jaime, though.

12     Q   And how do you know it wasn't Jaime Rios

13   that prepared the affidavit?

14     A   Well, I can't -- I cannot answer that

15   one because I couldn't tell you.

16     Q   Why?

17     A   Because I wasn't there when this was

18   done.

19     Q   By that you mean you weren't present

20   when it was typed up for your signature?

21     A   Yes, sir.

22     Q   You didn't type this up; right?

23     A   No, sir.

24     Q   Before you signed it, did you ask --

25   well, let me ask you this:  Who gave this to you

1   to sign?

2       A   Jaime, Jaime Rios.

3       Q   And did he come to your home or did you

4   go to see him to sign the affidavit?

5       A   No.  He came to my house.

6       Q   Your home in Elmwood Park?

7       A  Yes, sir.

8       Q   And was Jaime Rios with anybody when he

9   brought the affidavit over to your home in

10   Elmwood Park to sign?

11      A   No, sir.

12      Q   Was anyone else present besides you and

13   him when he brought the affidavit over?

14      A   Just him and I.

15      Q   And before you signed the affidavit, did

16   you ask Jaime Rios who prepared it or typed it

17   up?

18      A   No, sir, I didn't.

19      Q   And before you signed this affidavit,

20   did you make any corrections to it?

21      A   No, sir.

22      Q   Did you read the affidavit before you

23   signed it?

24      A   Yes, I did.

25      Q   And did you tell Mr. Jaime Rios that

1  there needed to be any changes to the affidavit

2  before you signed it?

3     A  No.  No, sir.

4     Q  Did you tell Mr. Jaime Rios that there

5  needed to be any corrections before you signed

6  it?

7     A  No, sir.

8     Q  Did you look at any documents before you

9  signed this affidavit?

10     A  No.

11     Q  Did you look at any of your court

12  testimony or grand jury testimony before you

13  signed this affidavit?

14     A  No, sir.

15     Q  Other than Mr. Jaime Rios, did you talk

16  to anyone else about the affidavit before you

17  signed it?

18     A  I talked to his lawyer, Richard.

19     Q  When did you talk to Mr. Richards?

20     A  I can't tell you the day, but he had

21  gave me a call.

22     Q  Mr. Richards called you?

23     A  Yeah.

24     Q  And this was before you signed the

25  affidavit?

1     A  Yes, sir.

2        Q  And did you discuss the affidavit with

3  Mr. Richards over the phone?

4     A  No.  He was asking me questions of what

5  happened that day.

6        Q  And how did you know it was Mr. Richards

7  when he called you on the phone?

8     A  I couldn't tell you.  I mean, he told me

9  he was Richard, the lawyer.

10       Q  And what kind of questions did

11  Mr. Richards ask you when you spoke to him on the

12  phone about the affidavit?

13    A  He asked me, you know, what really

14  happened, and I told him.

15       Q  What did you tell him?

16    A  That Guevara threatened to take my kids

17  if I wouldn't lie.

18       Q  Did you discuss anything else with

19  Mr. Richards about the affidavit?

20    A  No.

21    Q  All right.  Let's go through this

22  affidavit.  It says:  I, Benjamin Carrero, under

23  oath and penalty of perjury, subscribe and swear

24  as follows.

25       Do you see that?  Are you following me?

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Page 74

1      A  Yes, sir.

2      Q   You understood that you were under oath

3   when you signed this affidavit?

4      A  Yes, sir.

5      Q   All right.  Paragraph one says:  I

6   testified at the trial of Jaime Rios that on

7   June 28th, 1989, at approximately 12:30 a.m.,

8   Defendant gave him a gun to hold.

9         Do you see that?

10     A   Yes, sir.

11     Q   And when you signed this affidavit, did

12  you know what year you testified at the trial of

13  Jaime Rios?

14     A   I think it was '92 or '91, one of those

15  years.

16     Q   And then it says:  On June 28th, 1989.

17        That's your birthday; correct?

18     A  Yes, sir.

19     Q   Is that how you remembered the date?

20     A   My birthday, yeah.

21     Q   And then it says:  At approximately

22  12:30 a.m.

23        How did you know what time it was?

24     A   I know it was late at night.  I know it

25  was late at night, but I don't know -- I don't

1  know if it was like 12:30, 1 o'clock.

2      Q   So you didn't know the exact time before

3  you signed the affidavit?

4      A   Yeah.

5        MR. RICHARDS:  Objection.  He's

6     testi- -- misstates the affidavit.  The

7     affidavit states what he testified to at

8     trial, not --

9        MR. POLICK:  Let's limit the objections

10     to the rules of evidence and not speaking

11     objections.

12        MR. RICHARDS:  That's a good rule to

13     follow, and I recommend it to the other

14     side, as well.  But that would be objection,

15     misstates the evidence.

16        MR. POLICK:  All right.  That's all you

17     need to say, sir.

18  BY MR. POLICK:

19      Q   So, Mr. Carrero, continuing on, when you

20  said defendant in paragraph 1 of your affidavit,

21  who are you talking about there?

22      A   About Jaime Rios.

23      Q   And when you say gave him a gun to hold,

24  who is "him"?

25      A   I'm him.

1     Q   All right.  Moving to paragraph 2 of

2   your affidavit, it says:  This testimony was, in

3   fact, false.

4         Do you see that?

5     A   Yes, sir.

6     Q   And are you referring to your testimony

7   at Jaime Rios's murder trial?

8     A   Yes, sir.

9     Q   So you are admitting there that you lied

10  under oath when you testified at Mr. Jaime Rios's

11  murder trial?

12    A   Yes, sir.

13    Q   Paragraph 3 you say:  I did not see

14  Jaime Rios on June 28th, 1989, and he did not

15  give me a gun to hold.

16        Do you see that?

17    A   Yes, sir.

18    Q   That's not what you told the grand jury

19  when you were sworn to tell the truth there, was

20  it?

21    A   No.  I didn't tell them the truth,

22  because I told you Guevara threatened to take my

23  kids.

24    Q   At the grand jury, you told the grand

25  jurors that Jaime Rios came to your house at

1  approximately 12:30 a.m. on June 28th of 1989;

2  correct?

3      A  Yes, sir.

4      Q  And you told the grand jurors that he

5  took a gun from his waistband; right?

6      A  Yeah.

7      Q  And it was a revolver; right?

8      A  Yeah.

9      Q  And you told the grand jurors that he

10  gave you the gun to hold; right?

11     A  Yes, sir.

12     Q  And you told the grand jurors that Jaime

13  told you to hold the gun because he had just shot

14  somebody; right?

15     A  Yeah.

16     Q  And you told the grand jurors that Jaime

17  said that he would come back and get the gun;

18  correct?

19     A  Yes, sir.

20     Q  And now you're saying in this affidavit

21  that you did not see Jaime Rios on June 28th of

22  1989; correct?

23     A  Yes, sir.

24     Q  So you lied under oath before to the

25  grand jury?

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                                    Page 78

1      A  Yes, I did lie.

2      Q  All right.  Paragraph 4 says:  I

3  testified falsely because I was threatened by

4  Detective Renaldo Guevara who told me to say and

5  to testify that Rios gave me a gun.

6          Is that correct?

7      A  Yes, sir.

8      Q  And that's what you testified about here

9  today; right?

10     A  Yes, sir.

11     Q   And then in paragraph 5 it says:  A

12  picture of Detective Guevara is attached to this

13  affidavit, and I would identify him as to

14  detective who forced me to testify falsely

15  against Jaime Rios.

16         Do you see that, sir?

17     A  Yes, sir.

18     Q   When Mr. Jaime Rios came to your home in

19  Elmwood Park for you to sign this affidavit, did

20  he have a picture of Detective Guevara with him?

21     A  No, sir.

22     Q   Did you ever see a picture of Detective

23  Guevara before you signed this affidavit?

24     A  I seen him on TV.

25     Q  Yeah, I know you saw him on TV, but

1  you're saying in this affidavit that there is a

2  picture of Detective Guevara attached.  And my

3  question is whether you saw a picture of

4  Detective Guevara before you signed this

5  affidavit.

6      A  I don't -- I don't have no pictures of

7  him and I didn't see no picture of him.

8      Q  And Mr. Jaime Rios didn't show you a

9  picture of Detective Guevara, did he?

10     A  No, sir.

11     Q  Did Mr. Richards show you a picture of

12  Detective Guevara before you signed this

13  affidavit?

14     A  No, sir.

15     Q  And neither did Jaime Rios; right?

16     A  No, sir.

17     Q  Were you shown the pictures or

18  photographs of any other police officers before

19  you signed this affidavit?

20     A  No, sir.

21     Q  Let's go to paragraph 6:  Sometime in

22  1989 Guevara and other officers executed a search

23  warrant on the house I shared with Iris Mendez.

24        Do you see that, sir?

25     A  Yes, sir.

1      Q   That's what you testified to here today;

2  correct?

3      A   Yes.

4      Q   All right.  We're going to move on to

5  the next page, page 2.

6        MR. RICHARDS:  Joe, if you can change

7      your screen, I'm looking on the screen, not

8      on a document.

9        MR. POLICK:  Okay.  I'll scroll down.

10      Better?

11        MR. RICHARDS:  Good.

12  BY MR. POLICK:

13      Q   All right.  We're at the top of page 2,

14  Mr. Carrero, and paragraph 7 says:  During the

15  course of the search, officers found a .22

16  caliber revolver, which I had purchased on the

17  street.

18        Do you see that?

19      A   Yes, sir.

20      Q   Who did you purchase the gun from on the

21  street?

22      A   A regular guy on the street.

23      Q   How much did you pay for it?

24      A   I can't even remember how much I paid

25  for it.

1     Q   And is this the same gun you were

2   telling us about earlier that you kept in the

3   small clothes dryer that you used for the baby's

4   clothes?

5     A   Yes, sir.

6     Q   And are you sure it was a .22 caliber

7   revolver?

8     A   It was a .22.

9     Q   It wasn't a .32 caliber revolver?

10    A   Might have been a .32.

11    Q   Could it have been a .38 caliber

12  revolver?

13    A   No.  I didn't have no .38.

14    Q   Why not?

15    A   I didn't have no .38.

16    Q   But you think it might have been a .32

17  caliber revolver?

18    A   It might have been a .32 or a .22.

19    Q   Are you positive whether it was a .22 or

20  a .32?

21    A   Yes.

22    Q   And what do you think it was?

23    A   I think a .32, .32 or .22.  I'm not

24  sure.

25    Q   And you weren't sure when you signed

1  this affidavit, were you?

2     A  Oh, about the gun?

3     Q  Yes, sir.

4     A  No, I wasn't.

5     Q  All right.  Let's move on to paragraph

6  8.  It says:  I was taken to the police station

7  at Grand and Central and interrogated over the

8  course of two days.

9        And that's what you testified to here

10  today earlier; correct?

11    A  Yes.

12    Q  All right.  And then paragraph 9:  Iris

13  Mendez was also taken into custody.

14        You told us about that today; correct?

15    A  Yes.

16    Q  All right.  And then paragraph 10 says:

17  Guevara told me to say that Jaime was the one who

18  gave me the gun.

19        Do you see that?

20    A  Yes, sir.

21    Q  And that's what you testified to about

22  today when I was asking you questions; correct?

23    A  Yes, sir.

24    Q  And then 11 says:  Guevara said that if

25  I did not say Jaime was the one who gave me the

1  gun, he would take my kids away and I would be

2  charged with possessing the gun.

3        That's also what you told us here today;

4  right?

5     A  Yes, sir.

6     Q  All right.  Paragraph 12 says:  Iris

7  Mendez was charged with the gun and given

8  probation.

9        Do you see that?

10    A  Yes, sir.

11    Q   How do you know that Iris Mendez was

12  charged with the gun?

13    A  Because she told me she was charged with

14  the gun.

15    Q   Did she tell you the exact charge that

16  she received?

17    A  UUW.

18    Q   Are you positive about that?

19    A  Yeah.  She -- I was going to court with

20  her.

21    Q   Did she plead guilty to UUW?

22    A  She got a year probation for it.

23    Q   Yeah, but my question is did she plead

24  guilty to it?

25    A  Yes.

1    Q  Isn't it a fact that she was originally

2  charged with obstruction?

3    A  I don't know.

4    Q  Isn't it a fact that the charge was

5  reduced to a misdemeanor UUW and then she pled

6  guilty?

7    A  I -- I don't know.

8    Q  All right.  Let's go to paragraph 13 of

9  your affidavit:  I was never charged with the

10  gun.

11     Do you see that?

12    A  Yeah.

13    Q  You were charged with obstruction when

14  you were arrested; correct?

15    A  Yes.

16    Q  Did you plead guilty to that charge?

17    A  I think I did.

18    Q  Are you sure?

19    A  I know they dropped it.

20    Q  Well, if they dropped it, you wouldn't

21  plead guilty to a dropped charge; right?

22    A  No, sir.

23    Q  So are you sure about what you've got

24  there in paragraph 13?

25    A  I wasn't charged with the gun.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Page 85

1    Q   But you do recall you were charged with

2   obstruction; right?

3    A   Yes.

4    Q   All right.  And when you say you weren't

5   charged with the gun, you mean you weren't

6   charged with UUW; right?

7    A   Yes, sir.

8    Q   All right.  Paragraph 14 says:  I was

9   unwilling to come forward before this date and

10  would not have told anyone about Guevara's

11  conduct because I was afraid of Guevara and what

12  he might do to me.

13       Do you see that?

14   A   Yes, sir.

15    Q   All right.  When you say you were afraid

16  of what Guevara might do to you, what do you mean

17  by that?

18    A   You don't know what that officer would

19  do.  Everybody was scared of him.

20    Q   Well, I'm not asking everybody.  I'm

21  asking you.

22       What did he -- what did you think that

23  he might do to you?

24   A   Take my kids away.

25    Q   Anything else?

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                                  Page 86

1      A   Charge me with something, who knows.

2      Q   Before you testified under oath in the

3  grand jury, did you speak to the State's

4  attorney?

5      A   I don't remember.

6      Q   Do you remember a State's attorney being

7  in the grand jury room and telling the grand

8  jury -- the grand jurors who you were?

9      A   Yes, sir.

10     Q   And then you testified under oath before

11  the grand jury; right?

12     A   Yes.

13     Q   So before you went in and testified

14  before the grand jury, did you talk to that

15  State's attorney?

16     A   I can't remember, man.

17     Q   Did you tell the State's attorney who

18  was in the grand jury with you, Mr. Kemp, that

19  Officer Guevara had threatened you?

20     A   No, sir.

21     Q   Did you tell the State's attorney in the

22  grand jury that Officer Guevara told you to lie?

23     A   No, sir.

24     Q   Did you tell the State's attorney in the

25  grand jury that Officer Guevara threatened to

1  take your kids away if you didn't lie?

2      A   No.

3      Q   When you testified at Mr. Jaime Rios's

4  murder trial in November of 1990, did you speak

5  with the State's attorney before you testified in

6  that case?

7      A   I don't think I did.

8      Q   You don't remember a State's attorney by

9  the name of Anthony Carballo?

10     A   No, sir.

11     Q   And you're saying you didn't talk to

12  Mr. Carballo, the State's attorney, before you

13  testified at Mr. Jaime Rios's murder trial?

14     A   I know I was in a room, but I don't

15  remember if I did speak to anybody.

16     Q   Do you recall how you got over to 26th

17  and California to testify at Mr. Jaime Rios's

18  murder trial?

19     A   I got there by -- I don't know if it was

20  his lawyers, Jaime's lawyers, or -- I don't know

21  what they were, but they took me to court.

22     Q   Was it Jaime Rios's public defenders

23  that brought you over to court to testify at 26th

24  Street?

25     A   I think it was.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                                    Page 88

1      Q   Did you speak to Jaime Rios's public

2   defenders about what your testimony was going to

3   be in court?

4      A   No.

5      Q   Did you ever tell any of them that --

6   strike that.

7          Did you ever tell Jaime Rios's public

8   defenders that Officer Guevara had threatened

9   you?

10     A   No, sir.

11     Q   Did you ever tell Jaime Rios's public

12  defenders that Officer Guevara told you to lie

13  about the gun?

14     A   No, sir.

15     Q   Did you ever tell Jaime Rios's public

16  defenders that Officer Guevara told you that, if

17  you didn't say that Jaime Rios gave you the gun

18  to hold, that he would take your kids away?

19     A   No, sir.

20     Q   Did you have any discussion with State's

21  Attorney Carballo about Officer Guevara before

22  you testified?

23     A   No, sir.  I don't remember.

24     Q   Did you tell State's Attorney Carballo

25  that Officer Guevara had threatened you?

1     A   No, sir.

2     Q   Did you tell State's Attorney Carballo

3  that Officer Guevara told you to lie and say that

4  Jaime Rios had given you a gun to hold?

5     A   No.

6     Q   Did you tell State's Attorney Carballo

7  that Officer Guevara had told you that, if you

8  didn't say that Jaime Rios gave you a gun to

9  hold, that he would take your kids away?

10    A   No, sir.

11    Q   Other than telling Jaime Rios about this

12  when you met with him in Pontiac Prison back in

13  1995, did you tell anybody else about what

14  Officer Guevara had done --

15    A   No, sir.

16    Q   -- up until the time that you signed

17  this affidavit?

18    A   No, sir.

19    Q   All right.  Let's go to paragraph 15:

20  I'm only willing to come forward now because I

21  have learned that Guevara is no longer a police

22  officer, is being investigated and has taken the

23  Fifth Amendment.

24       Do you see that?

25    A   Yes, sir.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Page 90

1    Q   How did you learn that Guevara was no

2   longer a police officer?

3    A   On the news.

4    Q   The news here in Chicago?

5    A   Yes, sir.

6    Q   When did you first learn that?

7    A   This was -- oh, my God.  It was like, I

8   think, 2011 and '12, something like that.

9    Q   And other than learning in the news

10  media that Guevara was no longer a police

11  officer, did you learn that from anywhere else?

12    A   No.

13    Q   How did you learn that Guevara was being

14  investigated?

15    A   Because I seen it on the news.

16    Q   And other than the news, was there any

17  other source that you learned that Guevara was

18  being investigated?

19    A   No.

20    Q   And did you learn that Guevara was being

21  investigated about the same time, 2011, 2012?  Is

22  that when you first learned that?

23    A   Yeah.

24    Q   And then it says:  Has taken the Fifth

25  Amendment.

1        What do you mean by the Fifth Amendment?

2      A   Who?

3      Q   In your affidavit there on paragraph 15,

4   it says, referring to Guevara:  And has taken the

5   Fifth Amendment.

6      A   Oh, that he pleads the Fifth every time

7   he goes to court.

8      Q   And how did you learn that?

9      A   On the news.

10      Q   And other than the news, did you find

11   out that information from any other source?

12      A   No, sir.

13      Q   And did you learn that Guevara was

14   taking the Fifth Amendment at about the same time

15   you learned that he was no longer a police

16   officer being investigated?

17      A   Could you repeat that?

18      Q   Yeah.  Did you learn that Officer

19   Guevara was taking the Fifth Amendment at about

20   the same time you learned he was no longer a

21   police officer and was being investigated?

22      A   Yeah.

23      Q   And that would have been in -- sometime

24   in 2011 or 2012; correct?

25      A   Yes, sir.

1    Q   That's when you say you saw it on the

2  news; right?

3    A   Yeah.

4    Q   And when you say the news, are you

5  talking about television news or some other

6  source?

7    A   Television news.

8    Q   Can you tell me where you were when you

9  signed this affidavit?

10    A   I was -- we did this at, I believe it

11  was, the UPS Store.

12    Q   Where was that UPS Store located?

13    A   California and Armitage.

14    Q   And when you say "we," who went to the

15  UPS Store?

16    A   Me and Jaime Rios.

17    Q   And did you have this notarized at the

18  UPS Store?

19    A   Yes, sir.

20    Q   You signed it in front of somebody

21  there?

22    A   Yes.

23    Q   Do you see below your signature there is

24  some signatures there?

25    A   Yeah.

1    Q   Do you know whose signatures those are?

2    A   I believe the guy from the store.

3    Q   From the UPS Store?

4    A   Yes, sir.

5    Q   Did you have to pay anything to have

6   this affidavit notarized?

7    A   I think it was like $20 or something

8   like that.

9    Q   And who paid the $20 to have this

10   affidavit notarized?

11    A   Jaime paid for it.

12    Q   Did you ever pay him back the $20?

13    A   No, sir.

14    Q   Did anybody make any promises to you for

15   signing this affidavit?

16    A   No, sir.

17    Q   Were you threatened in any way by anyone

18   who signed this affidavit?

19    A   No, sir.

20    Q   Have you signed any other affidavits

21   about Jaime Rios's murder case?

22    A   No, sir.

23    Q   This is the only one; correct?

24    A   Yes.

25    Q   Do you know how long after you signed

1  the affidavit you moved to Florida?

2      A  I think it was that same year.

3      Q  Well, you signed the affidavit in May of

4  2020.  Do you know how long after that you moved

5  to Florida?

6      A  Well, I have been here about a year --

7  no, no, two years and a few months.  I think I

8  moved out here like 2021, September.

9      Q  Did you let Mr. Jaime Rios know that you

10  were moving to Florida?

11     A  Yeah, he knew.

12     Q  How did he know?

13     A  Communication, phone -- oh, no.  You

14  know what?  I think my brother was the one that

15  told him that I moved to Florida, and he called

16  me and I -- that's when I told him I live in

17  Florida now.

18     Q  Okay.  Did you ever have any contact

19  with Jaime Rios's brother, Roberto Rios, about

20  this affidavit?

21     A  No, sir.

22     Q  Did you ever hang out with Ricardo Rios

23  when you were living in Chicago at 1419 North

24  Wicker Park?

25     A  We all used to hang out together,

1  everybody.

2     Q   Did Jaime Rios ever come to visit you in

3  Florida?

4     A   No, sir.

5     Q   How about Ricardo Rios, has he ever

6  visited you in Florida?

7     A   No, sir.

8     Q   All right.  So the next thing that

9  happened with regard to Mr. Jaime Rios's case was

10  you came back to Chicago to testify in April of

11  2022; correct?

12     A   Yes, sir.

13     Q   So you had been living in Florida about

14  a year at that point?

15     A   Yeah.

16     Q   Maybe a little less?

17     A   Probably a little less.

18     Q   Were you living in the same town you're

19  living in now?

20     A   No.  I was in Middleburg.

21     Q   Okay.  And that's outside Jacksonville;

22  right?

23     A   Yeah.  It's like a suburb of

24  Jacksonville.

25     Q   Same thing with Orange Park, where

1  you're living now; right?

2     A  Yeah.

3     Q  So who contacted you about coming to

4  Chicago to testify in court for Mr. Rios in April

5  of 2022?

6     A  His lawyer, Richard.

7     Q  Mr. Richards.  And before Mr. Richards

8  contacted you, had anyone else contacted you

9  about testifying in court for Jaime Rios?

10    A  Jaime himself.

11    Q  All right.  Who called first, Jaime or

12  his attorney, Mr. Richards?

13    A  Oh, Jaime called me first.

14    Q  And do you recall when he called you?

15    A  Yes.

16    Q  When was that?

17    A  That was last year.  Was it last year?

18    Q  Obviously, before you testified; right?

19    A  Yes, sir.

20    Q  And you testified in April.  So do you

21  know when before April he contacted you?

22    A  I think it was in May.

23    Q  Well, you testified in April, so it had

24  to be before April; right.

25    A  Yeah, before April.  Probably sometime

1   in March.

2       Q   And was that over the phone?

3       A   Yeah.

4       Q   And what did Mr. Rios say to you and

5   what did you say to him?

6       A   He asked me would I come testify.  I

7   told him yeah.

8       Q   And did you discuss what your testimony

9   would be?

10      A   What was on this paper.

11      Q   You mean in the affidavit?

12      A   Yes, sir.

13      Q   And did you discuss how you were going

14  to get from Florida to Chicago to testify?

15      A   Yeah.  I didn't have a job at the time

16  and Mr. Richards paid for the flight.

17      Q   And was that a roundtrip flight --

18      A   Yes.

19      Q   -- from Jacksonville to Chicago and then

20  from Chicago back to Jacksonville?

21      A   Yes, sir.

22      Q   Do you know how much the ticket cost?

23      A   About 800 something.

24      Q   So when Mr. Richards contacted you after

25  Jaime Rios telephoned you and asked you if you

1  would come and testify in Chicago, what did

2  Mr. Richards call you about?

3      A  If I would come to court to testify, I

4  said yeah.

5      Q  What else did you discuss with

6  Mr. Richards?

7      A  That's about it.

8      Q  Did you discuss with Mr. Richards

9  anything about what would happen in court?

10      A  What do you mean what would happen in

11  court?

12      Q  Well, did he tell you where you needed

13  to go and where you needed to testify?

14      A  Oh, yeah.

15      Q  Did you discuss your testimony with

16  Mr. Richards?

17      A  Yes, sir.

18      Q  What did you discuss about your

19  testimony with Mr. Richards?

20      A  About Guevara threatening me.

21      Q  And did you discuss how you were going

22  to get from Florida to Chicago with Mr. Richards?

23      A  Yes, sir.

24      Q  And did he make arrangements to pay for

25  the flight?

1     A  Yes, sir.

2     Q  And after he made the flight

3   arrangements, did he send you the ticket?

4     A  Yes, sir.

5     Q  I'm going to show you another document.

6   We're going to mark this one as Exhibit 8 to your

7   deposition.  Can you see what I'm showing you on

8   the screen, Mr. Carrero?

9        (Defendants' Exhibit No. 8 was marked

10        for identification.)

11    A  Yes, sir.

12    Q  Did you fly United from Jacksonville to

13   Chicago and back?

14    A  Yes, sir.

15    Q  I'm scrolling down here.  It shows the

16   roundtrip, total charge, $932.25.  Do you see

17   that?

18    A  Yes, sir.

19    Q  And you flew to Chicago on April 17th;

20   is that correct?

21    A  Yes, sir.

22    Q  And then you testified in court on

23   April 18th; correct?

24    A  Yes, sir.

25    Q  And then you flew back to Jacksonville

1  on the 19th; is that correct?

2      A  Yes, sir.

3      Q  You see your name as the traveler there

4  on this flight ticket?

5      A  Yes, sir.

6      Q  Did you ever pay Mr. Richards back for

7  the cost of the flight?

8      A  No, sir.

9      Q  When you got to Chicago, where did you

10  stay?

11      A  With my son, my youngest son.

12      Q  And how long did you stay with your

13  youngest son?

14      A  Till the day I had to come back.

15      Q  Just the one day?

16      A  No.  I was there -- I slept there twice

17  and then I flew back.

18      Q  So two nights at your son's place?

19      A  Yeah.

20      Q  And then you flew back to Jacksonville?

21      A  Yes, sir.

22      Q  Before you testified in court, did you

23  meet with Jaime Rios?

24      A  Yeah, outside, outside the courtroom.

25      Q  Before you testified did you meet with

1  Jaime Rios's attorney, Mr. Richards?

2      A  Yes, sir.

3      Q  And where did you meet with him?

4      A  In the lobby for the courtroom.

5      Q  Did either Mr. Jaime Rios or

6  Mr. Richards ever come over to your son's home

7  where you were staying to discuss your testimony?

8      A  No, sir.

9      Q  So the only time you saw Jaime Rios or

10  Mr. Richards was outside of court or inside the

11  courtroom lobby; correct?

12     A  Yes, sir.

13     Q  And that was at 26 and California?

14     A  Yes, sir.

15     Q  Do you remember being in the courtroom

16  and testifying?

17     A  Yes, sir.

18     Q  Do you remember who was in the courtroom

19  when you were testifying?

20     A  Yeah.  Jaime was there, his lawyer was

21  there.

22     Q  Mr. Richards?

23     A  Yes, sir.

24     Q  When you say Jaime was there, was he

25  there in person?

 1      A   Yes, sir.

 2      Q   And how about Mr. Richards, was he there

 3   in person?

 4      A   Yes, sir.

 5      Q   Do you recall who else was there?

 6      A   The judge was there.

 7      Q   Right.  Maybe that was a bad question.

 8          Let me ask you this:  Was there anyone

 9   else you recognize that was there in the

10   courtroom?

11      A   Anyone else?

12      Q   Yeah, anyone else that you knew.

13      A   Oh, Cristino was there.

14      Q   Who is Cristino?

15      A   Cristino was one that went to court,

16   too.

17      Q   He was in court that day?

18      A   Yeah.  He was going to testify, too.

19      Q   Was Cristino with anybody?

20      A   With his sister.

21      Q   And how do you know Cristino Garcia?

22      A   From the streets.

23      Q   Was he a friend of yours when you were

24   living in Chicago back in 1989?

25      A   Yes, sir.

1    Q   Was he also a member of the Latin Kings

2  back then?

3    A   Yes, sir.

4    Q   Did you know where Cristino Garcia lived

5  back in 1989?

6    A   He lived on Bell Street.

7    Q   Does 1340 North Bell sound correct?

8    A   I don't know the address, but I know

9  it's Bell.

10    Q   Do you know the nearest cross street?

11    A   Hirsch.  It was in between Hirsch and

12  Potomac.

13    Q   Hirsch and what?

14    A   He was living in between Hirsch and

15  Potomac on Bell Street.

16    Q   I didn't catch the second one.  You said

17  Hirsch and Potomac, somewhere between there on

18  Bell?

19    A   Yeah.

20    Q   All right.  And did Cristino Garcia have

21  a nickname?

22    A   Tino.

23    Q   Is that what you called him?

24    A   Yeah.

25    Q   Is that what Jaime Rios called him?

1      A   Yeah.

2      Q   And you say he was in court with his

3   sister?

4      A   Yeah.  Yes, sir.

5      Q   Do you know her name?

6      A   Nori.

7      Q   Nori?

8      A   Nori, something like -- yeah, Nori.

9      Q   And did you know her back in 1989?

10     A   Yeah.  Yes, sir.

11     Q   Did you know Mr. Garcia's other sister,

12   Maria, called her Lenny?

13     A   Yeah, I know Lenny, too.

14     Q   You knew her back in 1989, as well;

15   right?

16     A   Yes.

17     Q   Did you ever visit Cristino Garcia at

18   his home on Bell Street?

19     A   No.

20     Q   Did Mr. Garcia ever come to your home on

21   North Wicker Park?

22     A   No, sir.

23     Q   Are you related in any way to Cristino

24   Garcia?

25     A   No, sir.

1     Q   Are you related in any way to Jaime

2   Rios?

3     A   No, sir.

4     Q   Do you know why Cristino Garcia was in

5   court the same day you were to testify?

6     A   He was testifying on Jaime's behalf, but

7   I don't know of what.  I mean, for what.  I know

8   it was about the case, but I don't know their

9   story or nothing.

10     Q   Who testified first, you or Mr. Garcia?

11     A   I did.

12     Q   Was there anybody else in the court that

13   you recognized that was there to testify?

14     A   No.

15     Q   When you testified in the courtroom, was

16   Mr. Garcia in the courtroom?

17     A   No, sir.

18     Q   Was his sister in the courtroom?

19     A   Yes, she was.

20     Q   And was Jaime Rios in the courtroom when

21   you testified?

22     A   Yes, sir.

23     Q   And when you testified there before

24   Judge Sophia Atcherson -- that's

25   A-t-c-h-e-r-s-o-n -- you told Judge Atcherson

1  that you lied under oath at the grand jury;

2  correct?

3      A   Yes, sir.

4      Q   And you also told Judge Atcherson that

5  you lied under oath when you testified at Jaime

6  Rios's murder trial; correct?

7      A   Yes, sir.

8      Q   And you also told Judge Atcherson that,

9  before you testified at the grand jury, you were

10  sworn to tell the truth; right?

11      A   Yes, sir.

12      Q   And you also told Judge Atcherson that,

13  before you testified at Mr. Jaime Rios's murder

14  trial, you were sworn under oath to tell the

15  truth; correct?

16      A   Yes, sir.

17      Q   Have you given any other testimony about

18  Mr. Jaime Rios's murder case?

19      A   No.

20      Q   Has Mr. Jaime Rios asked you to do any

21  other affidavits for him?

22      A   No, sir.

23      Q   You said that you kept the gun that was

24  recovered at your home on July 9th, 1989, in a

25  small clothes dryer; right?

1     A   Yes.

2     Q   Other than that gun that you kept in

3  your home, did you have access to other guns?

4     A   No, sir.

5     Q   You didn't have access to other guns as

6  a member of the Latin Kings?

7     A   No.

8     Q   Do you know back in 1989 if Jaime Rios

9  had a gun?

10    A   I don't know.

11    Q   Do you know if back in 1989 Jaime Rios

12  kept a gun in his home?

13    A   I don't know.

14    Q   Did you know Luis Morales, who was shot?

15    A   No, sir.

16    Q   He was shot on June 27th, 1989.

17    A   No.

18    Q   Do you know anything about Luis Morales

19  being shot on June 27, 1989, at 1316 North

20  Western?

21    A   No, sir.

22    Q   Did you know Mr. Morales by the nickname

23  New York?

24    A   No.

25    Q   Did you know of a street gang called the

1   Spanish Cobras?

2       A   Yes, sir.

3       Q   Were they allies or rivals of the Latin

4   Kings?

5       A   Rivals.

6       Q   Did you know any Spanish Cobras?

7       A   At that time, no.

8       Q   Later you did?

9       A   Yeah.  I was in prison with a lot of

10  them.

11      Q   But you didn't know a Spanish Cobra by

12  the name of Luis Morales --

13      A   No.

14      Q   -- who went by the nickname New York?

15      A   No.

16      Q   How about a Spanish Cobra by the name of

17  Javier Torres who went by the nickname Loco?

18      A   Loco?

19      Q   Yes.

20      A   No.

21      Q   Were you familiar with the area of

22  Division and Western back in 1989?

23      A   Yes, sir.

24      Q   And were you familiar with the

25  boundaries of the Latin Kings and the Spanish

1   Cobras back then?

2      A  Yes, sir.

3      Q  And what were the boundaries as you

4   understood them back then in 1989?

5      A  Western was the borderline.

6      Q  And Western runs north and south; right?

7      A  Yes.

8      Q  So whose territory was east of Western?

9      A  What you mean east?  Like going towards

10  Humboldt Park or --

11     Q  Going towards the lake.

12     A  Going towards the lake was Kings.

13     Q  And whose territory was west of Western?

14     A  Cobras, Disciples.

15     Q  And the Latin Kings, were they Folks or

16  People?

17     A  People.

18     Q  And the Cobras and the Disciples, they

19  were Folks?

20     A  Yes, sir.

21     Q  Back in 1989 did you know a man by the

22  name of Luis Huertas, H-u-e-r-t-a-s?

23     A  No.

24     Q  He went by the nickname Flash.

25     A  No.

1    Q   How about Mario Flores, do you know him?

2    A   No, I don't.

3    Q   How about Samantha Hudson?

4    A   Samantha Hudson?

5    Q   Is that name familiar to you at all?

6    A   No.

7    Q   You told us earlier that you knew Jose

8  Macho Melendez; correct?

9    A   Yeah.

10    Q   And he was the leader of your set or

11  faction of the Latin Kings; right?

12    A   Yes, sir.

13    Q   Do you know where he lived at the time

14  back in 1989?

15    A   No, I couldn't tell you.

16    Q   Did you know anybody by the name of Alex

17  Lopez back in 1989?

18    A   Alex Lopez?

19    Q   Yeah.  He lived at 1448 North Bell.

20    A   Oh, he was a Latin King, too, I think.

21    Q   How did you know Mr. Lopez?

22    A   From the street on Leavitt.

23    Q   And you believe he was also a Latin King

24  gang member?

25    A   Yeah, if that's -- if he's the one that

1  I'm thinking about, yeah.

2      Q   Was he part of the same set or faction

3  that you were in?

4      A   Yes.

5      Q   Do you know who Elena Carrau is?

6      A   No.

7      Q   How about Hermina Cruz?

8      A   No.

9      Q   Did you know a guy by the name of Lamont

10  Burr?

11     A   Lamont?

12     Q   Yes, Lamont Burr.

13     A   Yeah, I know Lamont.

14     Q   How do you know Lamont?

15     A   Double I Vice Lord.

16     Q   What kind of Vice Lord?

17     A   Double I.

18     Q   Double I?

19     A   Insane Imperial Vice Lords, yeah.

20     Q   And do you know where Lamont Burr lived

21  back in 1989?

22     A   No.

23     Q   And the Insane Imperial Vice Lords, were

24  they allies or rivals of Latin Kings?

25     A   They were allies.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                                    Page 112

1      Q   So they were People?

2      A   Yes.

3      Q   And how did you know Lamont Burr?

4      A   I went to school with his sister,

5   Jackie.

6      Q   And when you say school, do you mean

7   grammar school?

8      A   Grammar school, grammar school.

9      Q   That was at Wicker Park, you said?

10     A   Yes, sir.

11     Q   And then do you know if Lamont Burr was

12   friends with Jaime Rios?

13     A   Everybody in the neighborhood knew him.

14     Q   Knew who?

15     A   Lamont.

16     Q   How --

17     A   I --

18     Q   -- did everybody in the neighborhood

19   know him?

20     A   Because he was always around the

21   neighborhood.

22     Q   Did he live near your place across from

23   Wicker Park?

24     A   I don't know where he lived, but I know

25   where Jaime used to live with his mother on

1  Wolcott, that's where all the Vice Lords are at.

2  At that time that's where they were all at.

3      Q   And do you know if Jaime Rios knew

4  Lamont Burr?

5      A   Yeah, he knew Lamont.

6      Q   Do you know if he was friends with

7  Lamont Burr?

8      A   I believe so.

9      Q   Did Jaime Rios ever tell you about an

10  incident where somebody drove by his house on

11  Leavitt and shot at him and his girlfriend?

12      A   No.

13      Q   Back in 1989 did you know a guy by the

14  name of Jamaica?

15      A   Jamaica, no.

16      Q   He was an African American guy that

17  lived near Jaime's place on Leavitt.

18      A   No, sir.

19      Q   All right.  Let me ask you about some

20  police officers.  You already talked to us about

21  Detective Guevara.

22          Did you know a detective by the name of

23  Ernie Halvorsen?

24      A   No.

25      Q   Did you know a detective by the name of

1  Michael Mason?

2      A   No.

3      Q   How abut a detective Richard Curley?

4      A   No.

5      Q   How about a detective or officer Daniel

6  Noon?

7      A   No.  A lot of those officers, I didn't

8  even know their names.  I knew Officer Daley.  He

9  was a black African American officer.

10      Q   Was he a plain clothes officer or a

11  uniformed officer?

12      A   He was detective out of -- not -- he

13  wasn't from Grand.  He was from 14 District.

14      Q   Okay.  And when you say he was a

15  detective, was he in plain clothes like jeans and

16  a shirt or --

17      A   Plain clothes.

18      Q   Not suit and a tie?

19      A   No, not suit and a tie.  Regular jeans

20  and shirt.

21      Q   Okay.  Do you know what Daley's first

22  name was?

23      A   No, sir.

24      Q   Did you know any other officers from the

25  14th District?

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                          Page 115

1      A   No, not by name.

2      Q   Okay.  Do you know any other officers

3   from Area 5 at Grand and Central?

4      A   No.

5      Q   Other than the people that we've talked

6   about through today, have you discussed this case

7   with anyone else?

8      A   No, sir.

9      Q   When you prepared for this deposition

10  today, did you look at the materials that I sent

11  you, your prior testimony?

12     A   Yeah.  Yes, sir.

13     Q   Did you look at anything else to prepare

14  for your deposition?

15     A   No.

16     Q   Did you discuss at all with Jaime Rios

17  that you were given a deposition?

18     A   No, sir.

19     Q   Did you speak with Jaime Rios's

20  attorney, Mr. Richards, about the deposition

21  today?

22     A   Yesterday.

23     Q   Did you call him or did he call you?

24     A   He called me.

25     Q   And you recognize him to be Jaime's

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Page 116

1  attorney; right?

2      A  Yes, sir.

3      Q  And for how long did you speak to

4  Mr. Richards yesterday?

5      A  It was a couple minutes.

6      Q  And what did he say to you and what did

7  you say to him?

8      A  If I was ready to do what I was supposed

9  to do today, and I said yeah.  Because I was at

10  work at the time he called me.

11      Q  Okay.  And did you discuss anything else

12  other than the fact that you were coming to the

13  deposition today?

14      A  No.  He just told me to say the truth,

15  and that's it.

16      Q  All right.  And you had called me

17  earlier this week to let me know that you were

18  going to come to the deposition, as well;

19  correct?

20      A  Yes, sir.

21      Q  And I told you -- I thanked you for

22  letting me know that, and I told you I had sent

23  you your prior testimony to review; correct?

24      A  Yes, sir.

25      Q  And you did receive that; correct?

1      A   Yes, sir.

2      Q   All right.  Have you discussed Mr. Jaime

3   Rios's case with the news media at all?

4      A   No, sir.

5      Q   Have you talked to anyone in the news

6   media about Officer Guevara?

7      A   No, sir.

8      Q   Are you on social media at all?

9      A   No.

10      Q   Were you at any time?

11      A   I used to have Facebook.  And my name

12   comes up on Facebook, but I don't remember my

13   email that I had, so I cannot get on there.  I

14   haven't been on no social media, none.

15      Q   And when you were on social media and

16   could get on, did you ever discuss Jaime Rios's

17   case on social media?

18      A   No, sir.

19      Q   Did you ever discuss Officer Guevara on

20   social media?

21      A   No, sir.

22      Q   Other than myself and Mr. Richards, has

23   any other attorneys contacted you about Jaime

24   Rios's case?

25      A   No, sir.

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Page 118

1          MR. POLICK:  All right.  Mr. Carrero, I

2     think that's all the questions that I have

3     for you.  I think some of the other

4     attorneys may have some questions, so we'll

5     see.  Okay?

6          THE WITNESS:  All right, sir.

7          MS. CARNEY:  The City has no questions.

8          MR. SCHALKA:  I don't have any follow-up

9     questions either.

10              CROSS-EXAMINATION

11   BY MR. RICHARDS:

12     Q   Mr. Carrero, I just want to clarify one

13   thing.

14     A   Yes, sir.

15     Q   The day you went -- the day you went to

16   testify at court where Cristino Garcia was also

17   there to testify, you never saw Cristino Garcia

18   testify that day, did you?

19     A   No, sir.

20     Q   And you don't know whether he did

21   testify that day or not, do you?

22     A   No, I don't.  I don't.

23          MR. RICHARDS:  I have no further

24     questions.

25          MR. POLICK:  All right.  Mr. Carrero, I

1   think that concludes it.  We have one thing

2   to explain to you, and that is signature.

3   You have a couple of choices.

4       We're going to have the court reporter

5   type up all the questions that were asked

6   and all the answers that you gave, and

7   they'll put it in a readable form.  And you

8   have the right, if you wish, to review that.

9   You don't have to do it today.  But she will

10  contact you and let you know when it's ready

11  to review.

12      Your other option is that you can trust

13  what the court reporter has taken down today

14  and waive your right to review the

15  transcript of the questions and the answers.

16      So the choice is yours, sir, you can let

17  us know today.

18      THE WITNESS:  Yeah, I mean, I would like

19  to read it before I sign it.

20      MR. POLICK:  All right.  Then signature

21  is reserved, and the court reporter will

22  make arrangements with you to review the

23  transcript once it gets typed up.  Okay?

24      THE WITNESS:  Okay.

25      MR. POLICK:  All right.  I thank you

1  very much for your time today and my

2  apologies for the technical difficulties.

3     THE WITNESS:  It's okay.

4     MR. POLICK:  No.  I apologize, and I

5  thank you for being patient and hanging in

6  there.

7     THE WITNESS:  No problem.

8     MR. POLICK:  All right, sir.  Thank you

9  very much for your time, today.

10     THE WITNESS:  You guys are welcome.

11     MR. POLICK:  Thank you.

12     THE WITNESS:  Thank you guys.

13     THE VIDEOGRAPHER:  Time on the monitor

14  is 2:04 p.m., and we are off the record.

15     (Deposition concluded at 2:04 p.m.)

16

17

18

19

20

21

22

23

24

25

1          CERTIFICATE OF OATH

2   STATE OF FLORIDA )
    COUNTY OF CLAY   )
3

4       I, Amanda E. Robinson, Registered

5   Professional Reporter, Certified Realtime

6   Captioner, Notary Public, State of Florida

7   certify that BENJAMIN CARRERO personally appeared

8   before me on the 20th day of October, 2023, and

9   was duly sworn.

10       WITNESS my hand and official seal this 1st

11   day of November, 2023.

12

13

14

15
              Amanda E. Robinson, Registered
16             Professional Reporter,
             Certified Realtime Captioner,
17             and Notary Public, State of
             Florida
18             My Commission No.:  HH337867
             Expires:  January 6, 2027
19

20

21

22

23

24

25

1            CERTIFICATE OF REPORTER

2   STATE OF FLORIDA )
    COUNTY OF CLAY   )
3

4      I, Amanda E. Robinson, Registered

5   Professional Reporter, Certified Realtime

6   Captioner, do hereby certify that I was

7   authorized to and did stenographically report the

8   deposition of BENJAMIN CARRERO; that a review of

9   the transcript was requested; and that the

10  foregoing transcript, pages 1 through 120, is a

11  true record of my stenographic notes.

12      I further certify that I am not a relative,

13  employee, attorney or counsel of any of the

14  parties, nor am I a relative or employee of any

15  of the parties' attorney or counsel connected

16  with the action, nor am I financially interested

17  in the action.

18      Dated this 1st day of November, 2023.

19

20

21

22

23          Amanda E. Robinson,
        Registered Professional Reporter,
24        Certified Realtime Captioner

25

1
November 1, 2023
2

3   Stephen L. Richards, Esquire
Law Office of Stephen L. Richards
4   53 West Jackson, Suite 756
Chicago, Illinois 60604
5
Dear Mr. Richards,
6
Attached please find a copy of the transcript of
7   Benjamin Carrero's deposition testimony taken on
October 20, 2023, as you requested.
8
After Mr. Carrero has read his/her deposition
9   testimony and made changes, if any, will you
please return the enclosed original Errata Sheet
10   to me to be attached to the original transcript
and filed with the Court.
11
Your attention to this matter is appreciated
12   since I understand that this formality is to take
place within 30 days from the date of this
13   letter.  If you have any questions, please do not
hesitate to contact me.
14
Thank you,
15

16   Amanda E. Robinson, RPR, CRC

17

18   CC:  Joseph Polick, Esquire

19

20

21

22

23

24

25

1       E R R A T A  S H E E T

2           This is to certify that I, BENJAMIN

3   CARRERO, have read the foregoing transcription of

4   my testimony in re:  JAIME RIOS, Plaintiff, vs.

5   REYNALDO GUEVARA, MICHAEL MASON, JOANN HALVORSEN,

6   AS SPECIAL REPRESENTATIVE FOR ERNEST HALVORSEN,

7   DECEASED, CITY OF CHICAGO, Defendant(s), Case No.

8   22 CV 3973, given on October 20, 2023, and find

9   the same to be a true and correct transcription

10   of said testimony with the following changes (if

11   any):

12   PAGE  LINE  SHOULD READ  REASON FOR CHANGE

13                    _____

14                    _____

15                    _____

16                    _____

17                    _____

18                    _____

19                    _____

20                    _____

21                    _____

22

23          _____

24              Benjamin Carrero

25   Reported by:  Amanda E. Robinson, RPR, CRC

| Exhibits | | | |
| --- | --- | --- | --- |

CarreroB-1
 4:9 46:2,5

CarreroB-2
 4:10
 47:14,16

CarreroB-3
 4:11 47:23
 48:1

CarreroB-4
 4:12
 48:11,13

CarreroB-5
 4:13 49:15

CarreroB-6
 4:14 50:9,
 12

CarreroB-7
 4:15
 68:15,17,
 21

CarreroB-8
 4:16 99:6,
 9

$

$20   93:7,9,
 12

$932.25
 99:16

1

1   46:2,5
 75:1,20

10   62:24
 82:16

10-CR-2205901
 22:21

10-minute
 62:20

10-year
 36:17

10:00   49:9
 60:8

10:20   52:9

10:30   49:9
 60:8

10th   60:24

11   82:24

11th   22:16

12   83:6
 90:8

1246   18:9

12:27   63:2

12:30   74:7,
 22 75:1
 77:1

12:39   63:6

13   84:8,24

1316   107:19

1340   103:7

14   85:8
 114:13

1419   13:25
 16:16 17:4
 27:25 41:5
 49:24
 64:17
 94:23

1440   16:19
 17:19

1448   110:19

14th   21:23
 114:25

15   89:19
 91:3

17th   99:19

18th   99:23

19   22:8

1970   11:12

1989   13:21,
 24 16:3,15
 18:7 19:2,
 5,18 28:1
 41:3,7
 50:6,22
 52:9 53:16
 60:24
 74:7,16
 76:14
 77:1,22
 79:22
 102:24
 103:5
 104:9,14

106:24
107:8,11,
 16,19
108:22
109:4,21
110:14,17
111:21
113:13

1990   15:9
 27:2 66:3
 87:4

1994   21:23

1995   27:9
 28:22
 89:13

19th   100:1

2

2   47:14,16
 76:1 80:5,
 13

20   15:8
 43:11

2000   32:2

2008   14:18
 22:8 24:18
 31:4,18
 32:7 33:1,
 10,12

2009   35:2,
 13 36:9,
 17,24
 37:11,15,
 19

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                      Index: 2011..affects

**2011** 22:16
23:3 90:8,
21 91:24

**2012** 90:21
91:24

**2019** 36:16,
17,25
37:11,15,
19,22 38:7

**2020** 12:7
20:17
40:5,7
66:23
68:23
69:13,19,
22 94:4

**2021** 20:17,
18 38:8
94:8

**2022** 95:11
96:5

**22** 41:24
44:23,24
46:8
69:13,19
80:15
81:6,8,18,
19,23

**22nd** 69:21

**24** 15:3

**26** 101:13

**26th** 87:16,
23

**27** 107:19

**27th** 107:16

**28** 11:12

**28th** 74:7,
16 76:14
77:1,21

**2:04**
120:14,15

___

**3**

**3** 47:23
48:1 76:13

**30** 15:8
22:3

**32** 15:8
81:9,10,
16,18,20,
23

**34** 15:3

**38** 81:11,
13,15

___

**4**

**4** 48:11,13
78:2

___

**5**

**5** 49:13,15
50:10
54:7,8,17,
20 59:14
61:1,8,21
62:20
63:23

**69**:13,19
78:11
115:3

**5555** 54:4

___

**6**

**6** 32:2
50:9,12
79:21

___

**7**

**7** 68:15,17,
21 80:14

___

**8**

**8** 82:6
99:6,9

**800** 97:23

**89** 15:14
60:8 63:24

___

**9**

**9** 50:6
82:12

**90** 15:13

**91** 74:14

**92** 19:24
74:14

**93** 19:23

**93-CR-356401**
22:1

**94** 26:2

**95** 26:3

**96** 29:10

**9th** 41:7
50:22 52:8
53:16 60:7
63:24
106:24

___

**A**

**A-T-C-H-E-R-S-
O-N** 105:25

**a.m.** 74:7,
22 77:1

**A.N.** 13:14

**ability**
10:20

**abuse** 59:22
60:1

**abut** 114:3

**access**
107:3,5

**activities**
25:3

**address**
16:20,21
18:10,11
49:24
103:8

**admitting**
76:9

**affects**
10:20,24

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Benjamin Carrero on 10/20/2023          Index: affidavit..attorney

affidavit
 28:19,24
 34:11 35:8
 37:20
 39:7,10
 40:4,6,8,
 18 66:22
 67:9,12,
 15,18,21
 68:4,22
 69:5,25
 70:2,13
 71:4,9,13,
 15,19,22
 72:1,9,13,
 16,25
 73:2,12,
 19,22
 74:3,11
 75:3,6,7,
 20 76:2
 77:20
 78:13,19,
 23 79:1,5,
 13,19 82:1
 84:9 89:17
 91:3 92:9
 93:6,10,
 15,18
 94:1,3,20
 97:11

affidavits
 93:20
 106:21

afraid
 85:11,15

African

113:16
114:9

age  15:10

ahead  10:1

alcoholic
 11:1

Alex
 110:16,18

Alfredo  14:6
 51:20

allies  108:3
 111:24,25

allowed
 64:24

Amendment
 89:23
 90:25
 91:1,5,14,
 19

American
 113:16
 114:9

Anderson
 13:11

answering
 7:12 10:8

answers
 10:16,21
 119:6,15

Anthony  87:9

anticipate
 9:10

apartment
 14:7,8
 37:25 38:1
 41:13,16,
 17,23
 43:14,17
 44:20
 45:16,18,
 21 52:14

apologies
 120:2

apologize
 120:4

applicable
 6:9

appointment
 33:7

approximate
 15:12

approximately
 24:18 27:9
 29:9 34:18
 74:7,21
 77:1

April  95:10
 96:4,20,
 21,23,24,
 25 99:19,
 23

area  15:19
 35:25
 54:7,8,17,
 20 59:14
 61:1,8,21
 63:23

108:21
115:3

arm  41:19
 42:4,6,8
 44:5,7,8

armed  21:24

Armitage
 92:13

arrangements
 98:24 99:3
 119:22

arrest  31:20
 32:11

arrested
 64:21
 65:3,23
 84:14

assume  8:4

Atcherson
 105:24,25
 106:4,8,12

ate  47:12

attached
 78:12 79:2

attend  13:6

attorney
 86:4,6,15,
 17,21,24
 87:5,8,12
 88:21,24
 89:2,6
 96:12
 101:1
 115:20

116:1

**attorneys**
9:16,18,22
117:23
118:4

**automatic**
44:25

**aware** 8:8

---
                    **B**
---

**B-E-N-J-A-M-I-N** 6:19

**baby** 11:8
42:9 44:5
59:11

**baby's** 46:25
48:19,20
81:3

**back** 16:15
18:7 19:18
28:22 32:9
33:5
35:17,18,
20 36:6
59:25
60:19,20
61:1,10,
21,23
62:2,4
63:6,11
64:17
77:17
89:12
93:12
95:10

97:20
99:13,25
100:6,14,
17,20
102:24
103:2,5
104:9,14
107:8,11
108:22
109:1,4,21
110:14,17
111:21
113:13

**bad** 102:7

**based** 28:20

**basement**
14:10 44:1
45:21

**bathroom**
46:18 48:6

**beat** 20:7

**beer** 21:1,4

**behalf** 6:1
105:6

**Bell** 103:6,
7,9,15,18
104:18
110:19

**Benjamin**
6:7,11,19
11:5 73:22

**Berwyn** 31:12

**Big** 23:25
24:1

**birth** 11:11
49:22

**birthday**
15:7
74:17,20

**black** 114:9

**bond** 64:24
65:12

**bonded** 64:25

**borderline**
109:5

**born** 11:13
15:13,14
59:10

**boundaries**
108:25
109:3

**boys** 14:24,
25

**break** 10:4,9
62:16,20

**brewery**
21:2,3,5

**bring** 55:2

**brother**
17:11
25:20
31:11
35:22
36:5,7
94:14,19

**brother's**
36:1

**brought** 7:8
44:19
54:14,19,
22 57:12,
21 58:2
60:19
61:10
71:9,13
87:23

**building**
54:24
61:11

**burglary**
21:25

**Burr**
111:10,12,
20 112:3,
11 113:4,7

---
                    **C**
---

**C-A-R-R-E-R-O**
6:20

**caliber**
80:16
81:6,9,11,
17

**California**
87:17
92:13
101:13

**call** 10:5
72:21 98:2
115:23

**called** 6:12
67:2 72:22

73:7 94:15
96:11,13,
14 103:23,
25 104:12
107:25
115:24
116:10,16

car 44:21
46:15 49:1
50:25
52:16,23
53:22
54:12

Carballo
87:9,12
88:21,24
89:2,6

CARNEY 62:23
118:7

Carrau 111:5

Carrero 6:8,
11,17,19
11:5 14:5,
6 31:12
36:2 45:13
49:14
51:2,20
62:17 63:9
68:20
73:22
75:19
80:14 99:8
118:1,12,
25

Carrero's
46:3

case 21:25
22:21
26:10,14,
16 27:14
28:20
29:2,19
30:6 34:5
35:6
37:13,20
39:1,4
66:23 87:6
93:21 95:9
105:8
106:18
115:6
117:3,17,
24

cases 23:7

catch 13:8
103:16

caveat 10:7

Center 30:20
32:4

Central
54:5,6,10,
15,23
55:14
59:14
60:14,19
61:2,10,
21,22 62:2
63:23 82:7
115:3

chair 55:10

chairs 55:10

change 80:6

changed
13:13

charge 57:10
83:15
84:4,16,21
86:1 99:16

charged
83:2,7,12,
13 84:2,9,
13,25
85:1,5,6

chest 42:10

Chicago 7:9
11:14,15
13:21,23
15:19,20
20:6,13,
19,20,22
31:7,10
32:9,12,
16,17,18
35:12,17,
18,20
36:6,18,24
37:12,16
90:4 94:23
95:10 96:4
97:14,19,
20 98:1,22
99:13,19
100:9
102:24

chief 19:19

child 59:10

children
14:20,22
15:16,24
59:4

choice
119:16

choices
119:3

chubby 42:18

Circuit
22:1,20

circumstances
27:24

city 7:9
35:23
118:7

civil 6:10

clarify
118:12

clearer 9:14

Clemente
13:7,9,10

close 16:9

clothes
46:25
47:1,2,3
48:19,20
53:7,8,9,
23 81:3,4
106:25
114:10,15,
17

Cobra

108:11,16

Cobras
 108:1,6
 109:1,14,
 18

cocaine
 22:11,14
 23:5 24:12
 30:13

cold  12:16

Communication
 94:13

complaint
 66:18

comply  59:1

concluded
 120:15

concludes
 119:1

conduct
 85:11

conducted
 27:25 49:6

connect  37:5

consent
 44:18

contact
 15:22,24
 19:25
 37:10
 38:11,14
 40:22,23
 42:14

66:15
94:18
119:10

contacted
 96:3,8,21
 97:24
 117:23

continue
 38:11

continuing
 75:19

controlled
 22:17

conversation
 8:14

conversations
 29:1

convicted
 23:9 26:7

conviction
 22:7,10,24
 23:2,5
 24:13,20,
 23 25:5
 26:1 30:13
 31:4 64:5

convictions
 21:21 23:4

Cook  22:1,
 20 60:15,
 16,18,20
 61:7 62:2,
 4,10,14
 64:6,11,14

65:11,13,
 14,19,24

copy  68:5,9

correct  15:6
 16:19 18:9
 25:9 27:2
 31:15
 37:23
 41:5,7
 49:20
 51:22
 60:24
 63:20
 66:3,6,10,
 24 68:23,
 25 74:17
 77:2,18,22
 78:6 80:2
 82:10,14,
 22 84:14
 91:24
 93:23
 95:11
 99:20,23
 100:1
 101:11
 103:7
 106:2,6,15
 110:8
 116:19,23,
 25

correcting
 34:23

correctional
 23:21
 24:23
 30:20 32:4

corrections
 22:4,24
 23:10
 71:20 72:5

cost  97:22
 100:7

County  22:1,
 20 60:15,
 16,18,20
 61:7 62:2,
 4,10,14
 64:7,12,14
 65:11,13,
 15,19,24

couple  38:8
 116:5
 119:3

court  6:5,
 18,24 8:7
 22:1,20
 26:24
 27:6,21
 39:23
 46:1,4
 68:2,14,16
 72:11
 83:19
 87:21,23
 88:3 91:7
 96:4,9
 98:3,9,11
 99:22
 100:22
 101:10
 102:15,17
 104:2
 105:5,12

118:16
119:4,13,
21

courtroom
66:6
100:24
101:4,11,
15,18
102:10
105:15,16,
18,20

Cristino
102:13,14,
15,19,21
103:4,20
104:17,23
105:4
118:16,17

cross  18:14
103:10

CROSS-
EXAMINATION
118:10

crosstalk
39:6

Cruz  111:7

Crystal
18:15

Curley  114:3

custody
82:13

_____
        D
_____

dad  14:6

43:23

Daley  114:8

Daley's
114:21

Daniel  114:5

date  11:11
49:22
74:19 85:9

dated  52:8

day  61:6
64:16
65:16
69:13,19,
21 72:20
73:5
100:14,15
102:17
105:5
118:15,18,
21

days  60:6,
9,11 82:8

December
21:23 26:1

defendant
74:8 75:20

Defendants
6:12

defendants'
46:5 47:16
48:1,13
49:15
50:12
68:17 99:9

defenders
87:22
88:2,8,12,
16

dep  46:3

department
22:4,24
23:10
66:19

deposition
6:7,22
47:14
68:15,22
99:7
115:9,14,
17,20
116:13,18
120:15

describe
42:17

description
42:20 43:4
53:5 56:6

detective
78:4,12,
14,20,22
79:2,4,9,
12 113:21,
22,25
114:3,5,
12,15

detectives
53:13

Diana  17:22,
23 18:2,19

difficult
8:25

difficulties
10:13
120:2

DIRECT  6:15

Disciples
109:14,18

discuss
26:13,22
27:23 34:5
35:6 37:16
38:25
39:3,14,17
73:2,18
97:8,13
98:5,8,15,
18,21
101:7
115:16
116:11
117:16,19

discussed
26:19
30:5,10
39:20
115:6
117:2

discussion
39:24
88:20

discussions
29:24 34:7

District
114:13,25

Division
  108:22

divorced
  31:25 32:1

Dixon   24:11,
  12 25:17
  30:14,17,
  20,23 31:1

document
  49:12,14
  50:9,11,20
  80:8 99:5

documents
  67:11 72:8

door   47:20

Double
  111:15,17,
  18

downstairs
  41:22
  44:11,13,
  14 61:13

dressed
  53:15

drink   11:2

driver   52:25
  53:23

dropped
  84:19,20,
  21

drove   55:1
  113:10

dryer   46:25

47:1,2,8
48:19 81:3
106:25

duly   6:13

_____

**E**
_____

earlier
  31:13
  66:21 81:2
  82:10
  110:7
  116:17

early   26:3

easier   68:9

east   109:8,
  9

education
  13:2

Elena   111:5

Elmwood
  36:11,14,
  15 37:22
  38:4,10,
  17,25
  39:14 40:1
  67:6,7
  71:6,10
  78:19

email   117:13

employed
  12:19

encounters
  65:20

ended   62:14

English
  13:17

entire   23:16

entitled
  50:15

Ernie   113:23

evening
  52:12
  63:23

eventually
  62:13

evidence
  75:10,15

ex-wife
  31:25

exact   75:2
  83:15

EXAMINATION
  6:15

examined
  6:14

excuse   11:24
  12:1 58:25
  67:19
  69:14

executed
  79:22

Exhibit
  46:2,5
  47:14,16,
  23 48:1,
  11,13

49:15
50:9,12
68:15,17,
21 99:6,9

explain
  27:18
  119:2

expressions
  8:14

_____

**F**
_____

Facebook
  33:14
  117:11,12

facilities
  25:11

facility
  23:11,21
  24:23

fact   76:3
  84:1,4
  116:12

faction
  19:11,13
  110:11
  111:2

fair   8:5

false   76:3

falsely
  78:3,14

familiar
  108:21,24
  110:5

fashion   9:13

father   51:22

father's
  51:19,24

federal   6:9

felony   21:20
  23:4

Fields   21:9

Fifty-three
  11:10

file   66:18

filled   69:24

find   46:9
  91:10

fine   62:22

finish   10:8

first-degree
  21:22

Flash   109:24

flat   43:21,
  22

flew   99:19,
  25 100:17,
  20

flight
  97:16,17
  98:25 99:2
  100:4,7

floor   43:24
  45:18,21,
  23 49:25

Flores   110:1

Florida
  11:18
  12:5,12,
  14,20
  20:14,20,
  23 23:7
  38:5 94:1,
  5,10,15,17
  95:3,6,13
  97:14
  98:22

fly   99:12

Folks
  109:15,19

follow   75:13

follow-up
  118:8

food   21:4

forced   78:14

forget   15:10

forgot   24:6

form   119:7

forward   85:9
  89:20

found   33:14,
  16 41:19,
  24 44:23
  45:3 46:8,
  10,19,22
  57:6 64:20
  80:15

friend

16:12,13
  102:23

friends
  16:7,9,10,
  11 112:12
  113:6

front   17:6
  49:3,4
  58:18
  92:20

fuck   57:15

Fuse   20:24
  21:8,10,11

─────────────

G

─────────────

gang   20:5,
  12 25:3
  107:25
  110:24

gangway
  46:21
  47:18 48:8
  57:6

Garcia
  102:21
  103:4,20
  104:17,20,
  24 105:4,
  10,16
  118:16,17

Garcia's
  104:11

Gavaro   55:18

gave   26:17,

24 27:21
  28:10
  58:6,16,18
  70:25
  72:21 74:8
  75:23
  77:10 78:5
  82:18,25
  88:17 89:8
  119:6

Gaya   11:23,
  24 38:3

GED   13:4

get along
  17:25

girlfriend
  11:20
  17:21
  31:21,23
  32:15
  35:19 38:3
  64:21
  113:11

girls   14:24
  29:22

give   8:21
  9:5,6,12
  10:1,21
  15:12
  45:11
  76:15

giving   10:16
  27:13
  58:20,22,
  24

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Benjamin Carrero on 10/20/2023          Index: glasses..hanging

glasses
  42:21,22

God   14:16
  15:8 90:7

good   8:8,25
  16:10,11
  62:23
  75:12
  80:11

grammar
  13:12
  112:7,8

grand   54:4,
  5,6,10,14,
  23 55:13
  59:13
  60:13,18,
  19,23
  61:1,3,9,
  10,15,20,
  21,22 62:2
  63:15,18,
  23 65:25
  72:12
  76:18,24
  77:4,9,12,
  16,25 82:7
  86:3,7,8,
  11,14,18,
  22,25
  106:1,9
  114:13
  115:3

ground   7:3

group   62:12

grow   11:15

growling
  47:12

guessing
  70:9

Guevara
  27:15,19
  28:7,10,
  13,17
  30:1,10
  34:8 35:4
  37:16
  39:15,18,
  21,25
  40:21,22
  42:15,17,
  20 43:6
  53:14,19
  55:18,19
  56:1,9,17
  57:18,19,
  25 58:8,
  15,19,23
  59:15,18,
  21 60:4
  61:18
  63:16,22,
  25 65:17,
  24 66:5,
  16,19
  67:25
  73:16
  76:22
  78:4,12,
  20,23
  79:2,4,9,
  12,22

82:17,24
  85:11,16
  86:19,22,
  25 88:8,
  12,16,21,
  25 89:3,7,
  14,21
  90:1,10,
  13,17,20
  91:4,13,19
  98:20
  113:21
  117:6,19

Guevara's
  43:4 85:10

guilty   21:24
  22:17
  83:21,24
  84:6,16,21

gun   26:17,
  18,20,23,
  25 27:13,
  21 28:10
  42:1
  46:13,17
  47:4,7
  48:17,18,
  22 57:2,4,
  5,9,10,11,
  22 58:2,7,
  16,18,20,
  22,24
  65:5,7,8
  74:8 75:23
  76:15
  77:5,10,
  13,17 78:5

80:20 81:1
  82:2,18
  83:1,2,7,
  12,14
  84:10,25
  85:5
  88:13,17
  89:4,8
  106:23
  107:2,9,12

guns   107:3,
  5

guy   80:22
  93:2 111:9
  113:13,16

guys
  120:10,12

Gyro   11:22

_____

                H

H-U-E-R-T-A-S
  109:22

Haberkorn
  22:18

hallway
  41:12

Halvorsen
  113:23

handcuffed
  55:4

hang   94:22,
  25

hanging
  120:5

happen   98:9,
   10

happened
   28:4 41:10
   55:6,12
   56:20,24
   57:1 65:2
   67:23
   73:5,14
   95:9

hard  68:5,9

he'll  15:3,8
   58:7

head  8:20

hear  8:11
   63:9

Hermina
   111:7

high  13:3,
   6,7,9

highest  13:2

Hirsch
   103:11,13,
   14,17

hold  74:8
   75:23
   76:15
   77:10,13
   88:18
   89:4,9

home  16:25
   27:25 28:4
   34:1,4,25
   41:4 43:7

47:5,19
49:3,6
50:4,21
53:15 54:2
59:25
64:17
71:3,6,9
78:18
101:6
104:18,20
106:24
107:3,12

house  14:7
   16:23 17:5
   18:16,19
   31:20
   32:11
   37:25
   40:25
   41:12,18
   42:16
   46:20
   57:3,22
   58:18
   67:3,5,6
   71:5 76:25
   79:23
   113:10

Hudson
   110:3,4

Huertas
   109:22

Humboldt
   35:25
   109:10

I

I-BOND   60:22

I-BONDED
   62:3
   64:11,15

identification
   46:6 47:17
   48:2,14
   49:16
   50:13
   68:18
   99:10

identified
   7:7

identify
   48:4 78:13

Illinois
   12:9,12,15
   31:12

Imperial
   111:19,23

inaudible
   39:6

incident
   113:10

information
   91:11

initially
   43:13

Insane
   111:19,23

inside

46:15,24
53:21
101:10

interrogate
   56:21

interrogated
   55:16,17
   56:18 82:7

interrogation
   59:23

intersection
   16:22

investigated
   89:22
   90:14,18,
   21 91:16,
   21

Iris  14:3,
   12,15
   15:15
   43:23
   46:11,13,
   16 48:22
   51:15
   52:2,6
   54:9 59:8
   64:21
   79:23
   82:12
   83:6,11

J

Jackie  112:5

Jacksonville
   95:21,24

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023                    Index: jail..kids

97:19,20
99:12,25
100:20

jail  19:23
60:15,16,
18,21 61:7
62:2,4,14
64:7,12,14
65:10,11,
13,15,19,
24

Jaime  6:1
7:9 16:3,
5,7,17
17:9,11,19
18:6,18,22
19:1
21:15,17
25:8,12,
16,20,23
26:5 27:1,
21,23
28:10,15
29:2,5,12,
14,24
30:4,9,16,
19,25
33:11,16
34:4,25
36:21,23
37:10,17,
19 38:12,
15,18,24
39:9,13,
21,24 40:3
57:16,20,
21 58:1,6,

15,20,24
66:2,8,22
70:11,12
71:2,8,16,
25 72:4,15
74:6,13
75:22
76:7,10,
14,25
77:12,16,
21 78:15,
18 79:8,15
82:17,25
87:3,13,
17,22
88:1,7,11,
15,17
89:4,8,11
92:16
93:11,21
94:9,19
95:2,9
96:9,10,
11,13
97:25
100:23
101:1,5,9,
20,24
103:25
105:1,20
106:5,13,
18,20
107:8,11
112:12,25
113:3,9
115:16,19
117:2,16,
23

Jaime's
18:16
87:20
105:6
113:17
115:25

Jamaica
113:14,15

January
22:8,16

Javier
108:17

jeans  53:10
114:15,19

Jennifer
11:22 38:3

job  8:9,25
9:18 12:25
20:22
97:15

Joe  80:6

John  21:25

Joliet  23:13

Jose  19:19,
20 31:12
110:7

judge  9:20
21:25
22:4,18
102:6
105:24,25
106:4,8,12

July  41:7
50:6,22

52:8 53:16
60:7,24
63:24
106:24

June  11:12
74:7,16
76:14
77:1,21
107:16,19

jurors  76:25
77:4,9,12,
16 86:8

jury  60:18,
23 61:3,9,
16,20
63:16,18
65:25
72:12
76:18,24
77:25
86:3,7,8,
11,14,18,
22,25
106:1,9

_____

K

_____

Kemp  86:18

kids  14:2
27:16,22
28:12
32:23
43:25
46:11 47:3
59:2 68:1
73:16
76:23 83:1

85:24 87:1
88:18 89:9

kind  6:3
  73:10
  111:16

King
  110:20,23

Kings  19:2,
  4,8 20:3
  25:4 103:1
  107:6
  108:4,25
  109:12,15
  110:11
  111:24

knew  26:7
  33:4 94:11
  102:12
  104:14
  110:7
  112:13,14
  113:3,5
  114:8

knowledge
  15:18

_____
            L
_____

L-U-I-S  36:3

lady  41:17

lake
  109:11,12

Lamont
  111:9,11,
  12,13,14,

20 112:3,
11,15
113:4,5,7

Landscape
  12:23

landscaping
  12:25

languages
  13:19

late  26:2
  74:24,25

Latin  19:1,
  4,8 20:3
  25:4 103:1
  107:6
  108:3,25
  109:15
  110:11,20,
  23 111:24

lawsuit  7:8

lawyer  70:5
  72:18 73:9
  96:6
  101:20

lawyers
  87:20

Le  16:24
  17:1,20

leader  19:17
  110:10

learn  90:1,
  6,11,13,20
  91:8,13,18

learned
  89:21
  90:17,22
  91:15,20

learning
  90:9

leave  20:5,
  11 45:7

Leavitt
  16:18,19,
  23 17:1,20
  18:20,24
  19:14,15
  64:10
  65:18
  110:22
  113:11,17

left  20:6,
  13,18,19
  33:4 44:7,
  8

legs  62:21

Lenny
  104:12,13

letting
  116:22

level  13:2

liar  39:19

lie  27:17
  58:12
  73:17 78:1
  86:22 87:1
  88:12 89:3

lied  26:24

27:12
28:16 76:9
77:24
106:1,5

limit  75:9

Lisa  31:24
  32:15

live  11:17,
  20 12:4
  16:1 31:13
  36:5 41:21
  43:19
  44:1,13
  45:16
  94:16
  112:22,25

lived  12:11,
  13 17:6
  18:7,22
  21:15 36:7
  38:5,17
  41:13
  43:21,22,
  24 45:17
  103:4,6
  110:13,19
  111:20
  112:24
  113:17

lives  41:22
  44:13

living  12:8,
  22 13:21,
  23 14:1
  15:18
  16:16,17,

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Benjamin Carrero on 10/20/2023          Index: lobby..Mendez

18 17:19
31:9,11
32:16,17
33:17,24
35:21,24
36:18,24
37:11,15
38:2,10,25
39:14,25
51:6 52:15
94:23
95:13,18,
19 96:1
102:24
103:14

lobby   101:4,
11

located
92:12

location
54:3 61:11

lockup   61:12
62:1

Loco
108:17,18

long   12:24
14:16
35:14
41:12 60:3
61:5 64:14
65:14
93:25 94:4
100:12
116:3

longer   89:21

90:2,10
91:15,20

Lopez
110:17,18,
21

Lord
111:15,16

Lords
111:19,23
113:1

lost   6:4

lot   9:7,14
43:8 108:9
114:7

loud   8:10,
21

Luis   36:2
107:14,18
108:12
109:22

———————

M

Macho   19:19,
20 110:8

Madden   21:25
22:4

made   20:25
27:15 33:7
39:23
62:13 99:2

make   9:17,
21 10:5
71:20
93:14

98:24
119:22

making   9:22

man   24:6,8
57:15
86:16
109:21

March   97:1

Maria   104:12

marijuana
41:24,25
45:4,5
46:23
57:12

Mario   110:1

mark   46:2
47:23
48:11
49:13 50:9
68:15 99:6

marked   46:5
47:16
48:1,13
49:15
50:12
68:17,21
99:9

marking
47:14

Mason   114:1

materials
115:10

maximum
23:15

media   33:17
37:6 90:10
117:3,6,8,
14,15,17,
20

medication
10:19,23

meet
100:23,25
101:3

meeting   33:6
38:20

meetings
33:8

Melendez
19:19,20
110:8

Melendez's
52:2

member   19:1,
4,7 103:1
107:6
110:24

members
19:10

memory   10:24

Menard   24:2,
3

Mendez   14:3,
12,15
15:15
46:11,13,
16 48:22
51:15 52:4

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Benjamin Carrero on 10/20/2023          Index: Mendez's..nights

54:9 64:21
79:23
82:13
83:7,11

Mendez's
  52:6

met  38:24
  67:2 89:12

Michael
  114:1

Middleburg
  95:20

Milwaukee
  12:13
  31:14,22
  32:16,19,
  22,24
  33:2,19,
  21,24
  34:1,4,14,
  19 35:1,14

mine  42:24

minutes
  62:25
  116:5

misdemeanor
  84:5

misstates
  75:6,15

mm-hmm  8:15

mom  14:2
  42:12
  43:23
  44:16,17

52:15

mom's  14:4
  18:18
  41:13
  51:11

monitor
  63:2,5
  120:13

month  37:2
  40:15,16

months  31:20
  32:10 36:8
  94:7

Morales
  107:14,18,
  22 108:12

morning
  10:14 62:8

mother  14:2,
  19 15:16
  18:6,23
  46:11 51:4
  112:25

Mount  23:20,
  22 25:15
  29:6,7,11,
  15,17,21,
  25 30:4,9

move  12:5,
  14 32:24
  36:11,14
  80:4 82:5

moved  18:19
  20:23

31:20
32:14
35:22
36:15
37:22 38:5
94:1,4,8,
15

moving  76:1
  94:10

Moyne  16:24
  17:1,20

Muddy  23:25
  24:1

murder
  21:22,24
  22:7 23:10
  24:20,23
  25:5 26:8,
  16 27:2
  30:5 31:3
  34:5 37:13
  39:1,3
  64:5 66:2,
  9 76:7,11
  87:4,13,18
  93:21
  106:6,13,
  18

Myspace
  33:15 37:8

_____

N

_____

names  11:4
  114:8

nature  11:2

nearest
  16:22
  18:13
  103:10

needed  72:1,
  5 98:12,13

neighbor
  43:18

neighborhood
  17:15
  64:2,8
  65:18
  112:13,18,
  21

neighbors
  44:2

news  90:3,
  4,9,15,16
  91:9,10
  92:2,4,5,7
  117:3,5

Nice  42:22

nickname
  11:7 42:9
  44:5
  103:21
  107:22
  108:14,17
  109:24

night  50:3,
  21 74:24,
  25

nights
  100:18

nighttime
  49:7

nods  8:19

Noon  114:6

Nori  104:6,
  7,8

normal  8:13

north  13:25
  16:16,19
  17:4,19
  18:9 27:25
  32:17 41:5
  49:24
  64:18
  94:23
  103:7
  104:21
  107:19
  109:6
  110:19

notarized
  92:17
  93:6,10

November
  27:2 66:3
  87:4

Number  21:25

_____

O

oath  7:12,
  13,17,21
  63:12 69:7
  73:23 74:2
  76:10

77:24
86:2,10
106:1,5,14

objection
  9:25 75:5,
  14

objections
  9:17,21
  75:9,11

obstruction
  84:2,13
  85:2

obtain  13:4

occasions
  38:23
  39:12

officer
  27:15,19
  28:6,13
  29:25
  30:10 33:7
  34:8 35:4
  37:16
  39:14,17,
  21,25
  40:21,22
  42:15,17,
  20 43:4
  52:20,25
  53:3,14,22
  55:1,22
  56:1,3,8,
  9,16
  57:19,25
  58:8,14
  59:15,18,

19,21,22
60:4,5
61:22
63:16,22,
25 65:17,
23 66:5,
15,19
85:18
86:19,22,
25 88:8,
12,16,21,
25 89:3,7,
14,22
90:2,11
91:16,18,
21 114:5,
8,9,10,11
117:6,19

officer's
  56:13

officers
  7:10 43:7
  52:19,24
  53:18
  55:20,21
  56:16,25
  59:14 60:1
  79:18,22
  80:15
  113:20
  114:7,24
  115:2

older  36:1,5

oldest  15:2,
  14 35:22

option

119:12

Orange  11:17
  95:25

originally
  84:1

ounces  45:5

_____

P

p.m.  52:9
  63:2,6
  120:14,15

paddy  62:5,
  9,12

pages  68:25

paid  80:24
  93:9,11
  97:16

pains  69:12,
  18

paper  97:10

papers  40:12

paragraph
  74:5 75:20
  76:1,13
  78:2,11
  79:21
  80:14
  82:5,12,16
  83:6 84:8,
  24 85:8
  89:19 91:3

park  11:17
  13:13,25

16:16
17:4,6,7,
16,17
21:3,13
27:25
35:25
36:12,14,
15 37:23
38:4,11,
17,25
39:14 40:1
41:5 64:18
67:6,7
71:6,10
78:19
94:24
95:25
104:21
109:10
112:9,23

**parole**
32:12,13
33:3,7,22

**paroled**
24:9,16

**part** 35:23
111:2

**patience**
10:13

**patient**
120:5

**pay** 80:23
93:5,12
98:24
100:6

**penalties**
69:12,18

**penalty** 69:9
73:23

**pending** 10:8
23:7

**penitentiaries**
23:14

**penitentiary**
14:17
24:7,8,15
25:17,23
27:9

**people** 9:1
62:5,13
109:16,17
112:1
115:5

**period** 31:14
36:17,20

**perjury**
69:9,13,18
73:23

**Permission**
50:15

**person**
38:21,22,
24 101:25
102:3

**phone** 10:5
31:1 37:3
38:20
73:3,7,12
94:13 97:2

**photograph**
45:12,15,
20 46:2
47:13,15,
23 48:5,
11,16

**photographs**
45:10
79:18

**pick** 62:5

**picked** 62:12

**picture**
78:12,20,
22 79:2,3,
7,9,11

**pictures**
47:11
79:6,17

**pistol** 44:25

**place** 17:4
38:4 60:12
100:18
112:22
113:17

**plain** 53:7,
8,9,22
114:10,15,
17

**Plaintiff**
6:1

**play** 17:7,
9,16

**plead** 21:24
22:16

83:21,23
84:16,21

**pleads** 91:6

**pled** 84:5

**point** 29:14
35:11
36:11
95:14

**police** 7:10
43:6,8,9
44:4,18,23
46:8,15,19
49:1 50:3,
25 52:16,
23 53:21
55:15
60:17
66:19
79:18 82:6
89:21
90:2,10
91:15,21
113:20

**POLICK** 6:3,
6,16 46:1,
7 62:19,24
63:8
68:14,19
75:9,16,18
80:9,12
118:1,25
119:20,25
120:4,8,11

**Pontiac**
23:15,17,
19 25:13,

23 26:11,
14 27:5,8
28:23 29:2
34:13
89:12

**positive**
70:8 81:19
83:18

**possessing**
83:2

**possession**
22:12,17

**pot** 47:7

**Potomac**
103:12,15,
17

**pregnant**
59:9

**prepare** 70:2
115:13

**prepared**
70:13
71:16
115:9

**present**
70:19
71:12

**preventing**
10:15

**prior** 115:11
116:23

**prison** 21:17
23:13
25:8,19

26:14
28:23
29:2,5,18,
25 30:4,5,
9 31:17
33:10 64:4
89:12
108:9

**Pritzker**
13:14

**probation**
83:8,22

**problem**
120:7

**procedure**
6:10 7:4

**proceed** 9:13

**produced**
6:12 20:25

**promises**
93:14

**public** 87:22
88:1,7,11,
15

**Puerto** 42:18

**purchase**
80:20

**purchased**
80:16

**pursuant** 6:8

**put** 55:7,8
57:2,4,8
67:17,20

68:7 119:7

_____

**Q**

**question**
7:24 8:4
9:5,12
10:7,9
34:23 79:3
83:23
102:7

**questioned**
60:4

**questioning**
7:4

**questions**
7:11
10:16,20
40:21 42:3
73:4,10
82:22
118:2,4,7,
9,24
119:5,15

_____

**R**

**raid** 41:23

**reached**
58:18

**read** 13:17
71:22
119:19

**readable**
119:7

**ready** 116:8
119:10

**reasons**
12:17

**recall** 28:3
41:9 49:5
50:2,21
53:25
56:13
61:15,19,
24 62:3
63:17 85:1
87:16
96:14
102:5

**receive**
116:25

**received**
83:16

**recess** 63:4

**recognize**
45:10,15
47:15
102:9
115:25

**recognized**
105:13

**recommend**
75:13

**record** 6:6
9:23 63:3,
7,11
120:14

**recovered**

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Benjamin Carrero on 10/20/2023          Index: reduced..Rios

106:24

reduced 84:5

referring
76:6 91:4

reflect 6:7

reflection
9:17,23

regard 95:9

regular
53:13
80:22
114:19

related
104:23
105:1

relationship
14:11

released
22:6 23:1
31:3,6
32:3

remain 60:16
61:5

remember
18:5 24:9
28:2 60:12
80:24
86:5,6,16
87:8,15
88:23
101:15,18
117:12

remembered
74:19

Renaldo 78:4

rent 11:25
12:2,3

repeat 91:17

rephrase
7:25

reporter
6:3,5,18
8:7 46:1,4
68:14,16
119:4,13,
21

request
24:24

reserved
119:21

residence
11:25 12:2
18:20,24

responding
6:13

restate
34:22

restaurant
20:25

resume 62:22

return 31:7
35:11

returned
31:10

review
116:23
119:8,11,

14,22

revolver
45:1,2
46:9 77:7
80:16
81:7,9,12,
17

Rican 42:18

Ricardo
17:12,14
19:7 25:20
94:22 95:5

Richard
72:18 73:9
96:6 114:3

Richards
70:6,9,10
72:19,22
73:3,6,11,
19 75:5,12
79:11
80:6,11
96:7,12
97:16,24
98:2,6,8,
16,19,22
100:6
101:1,6,
10,22
102:2
115:20
116:4
117:22
118:11,23

ride 65:21

rim 43:1

Rios 6:1
7:9 16:3,
5,7,17
17:9,19
19:1,7
21:15,18
25:8,12,
17,20,23
26:5,13,
19,22
27:4,8,21,
23 28:9,
15,23
29:2,5,12,
14,25
30:4,9,17,
19,25
33:11,17
34:5,10,
19,25
36:21,23
37:11,17,
19 38:12,
15,20,24
39:9,13,
21,24
40:4,7,17
45:13
57:16,20
58:1,15,
20,24
66:22
67:8,20
68:23
70:12
71:2,8,16,
25 72:4,15

74:6,13
75:22
76:14,25
77:21
78:5,15,18
79:8,15
88:17
89:4,8,11
92:16
94:9,19,22
95:2,5
96:4,9
97:4,25
100:23
101:5,9
103:25
105:2,20
106:20
107:8,11
112:12
113:3,9
115:16

**Rios's**  17:11
18:6 25:20
27:2 66:2,
9 76:7,10
87:3,13,
17,22
88:1,7,11,
15 93:21
94:19 95:9
101:1
106:6,13,
18 115:19
117:3,16,
24

**rivals**

108:3,5
111:24

**robbery**
21:24

**Roberto**  13:9
94:19

**Robinson**
24:4,5

**Rodriguez**
17:23 18:3

**room**  55:8,
9,13
56:17,25
59:13,15,
23 60:3,13
86:7 87:14

**roundtrip**
97:17
99:16

**rule**  75:12

**rules**  6:9
7:3 75:10

**ruling**  9:21

**runs**  109:6

───────────
        **S**
───────────

**Samantha**
110:3,4

**Santana**
31:24
32:15

**scared**  85:19

**SCHALKA**
118:8

**Schiller**
19:14,15
21:3,13
64:10
65:18

**school**  13:3,
6,7,9,12
112:4,6,7,
8

**screen**  45:13
68:8,10
80:7 99:8

**scroll**  80:9

**scrolling**
99:15

**search**  27:24
41:1,2,9,
24 42:14
43:7
44:15,18,
23 49:6,18
50:3,7,10,
15,24
52:13 60:7
79:22
80:15

**searched**
42:16
50:3,21
60:1

**searching**
41:18

**seat**  53:1

**security**
23:15

**send**  23:13
99:3

**sentenced**
22:3,23
25:22

**September**
94:8

**serve**  21:4
25:8,11,16
30:16

**served**  25:19
30:8

**serving**  25:5
30:4,12,
20,23 31:1
34:12

**set**  19:10,
13,18
110:10
111:2

**shared**  79:23

**Shawnee**
24:15,17,
19 32:4

**shirt**
114:16,20

**short**  20:24
21:8,9,10,
11 42:18

**shot**  58:21
77:13
107:14,16,

19 113:11

**shoulders**
8:20

**show**  44:15
45:9
47:10,13,
22 48:10
49:12 50:8
67:11
79:8,11
99:5

**showed**  44:16

**showing**
50:11
68:20 99:7

**shown**  79:17

**shows**  99:15

**shrugs**  8:20

**side**  32:18
75:14

**sign**  71:1,
4,10 78:19
119:19

**signature**
51:9,12,25
52:3,6
69:2,15,17
70:20
92:23
119:2,20

**signatures**
92:24 93:1

**signed**
40:11,14

44:17 51:2
66:23
68:23
69:5,12,18
70:24
71:15,19,
23 72:2,5,
9,13,17,24
74:3,11
75:3 78:23
79:4,12,19
81:25
89:16
92:9,20
93:18,20,
25 94:3

**signing**  69:6
93:15

**similar**  7:2

**sir**  6:5
7:14,15
8:18,23
9:3 10:22
11:3,9,16,
19,21
12:10,21,
22 13:5,22
14:13,21,
22 15:17,
25 16:4,8
17:2,10,
13,18
18:25
19:3,9,12,
16 20:2
21:12,14,
16,19

22:2,5,13,
19,22,25
23:6,8,18
24:19
25:6,10,
18,21
26:4,9,21
27:3,7
28:25
29:3,7
30:2,11,
15,18,21,
24 31:2,5,
8 32:6,8,
13 34:2,6,
17 35:5,7,
10 36:4,
10,13,22
37:18,21,
24 38:6,13
39:2,16
40:19,24
41:2,6
42:6,12
43:20
44:9,12,24
45:14,19,
25 46:4
47:9,21,24
48:3,12,15
50:1,14
51:3,5,8,
10,17,21,
23 52:1,7,
10 54:8,11
56:2,12,15
61:4,17
62:15,18

63:10,14,
21 64:13,
19 66:1,4,
11,14,17,
25 67:7,
10,13,16
68:16,24
69:1,8,10,
20 70:21,
23 71:7,
11,18,21
72:3,7,14
73:1 74:1,
4,10,18
75:17
76:5,8,12,
17 77:3,
11,19,23
78:7,10,
16,17,21
79:10,14,
16,20,24,
25 80:19
81:5 82:3,
20,23
83:5,10
84:22
85:7,14
86:9,20,23
87:10
88:10,14,
19,23
89:1,10,
15,18,25
90:5
91:12,25
92:19
93:4,13,

16,19,22
94:21
95:4,7,12
96:19
97:12,21
98:17,23
99:1,4,11,
14,18,21,
24 100:2,
5,8,21
101:2,8,
12,14,17,
23 102:1,
4,25 103:3
104:4,10,
22,25
105:3,17,
22 106:3,
7,11,16,22
107:4,15,
21 108:2,
23 109:2,
20 110:12
112:10
113:18
114:23
115:8,12,
18 116:2,
20,24
117:1,4,7,
18,21,25
118:6,14,
19 119:16
120:8

sister
  102:20
  104:3,11
  105:18

112:4

slash  20:25

slept  100:16

small  46:24,
  25 47:8
  48:19 81:3
  106:25

smoother
  9:8,14

social  33:17
  37:5
  117:8,14,
  15,17,20

son  100:11,
  13

son's  100:18
  101:6

Sophia
  105:24

sound  16:19
  18:9 41:7
  49:9 103:7

source  90:17
  91:11 92:6

south  109:6

Spanish
  13:20
  108:1,6,
  11,16,25

speak  8:9,21
  10:1 13:19
  26:5,10
  29:17,20

33:11 86:3
87:4,15
88:1
115:19
116:3

speaking
  27:10
  75:10

specifically
  64:9

spell  6:18

split  35:19

spoke  14:14
  26:14 27:8
  39:13
  73:11

sports  17:7,
  9,16

squad  44:21

stairs  41:14

start  7:3

started
  41:23
  56:21,23

state  6:17

State's
  86:3,6,15,
  17,21,24
  87:5,8,12
  88:20,24
  89:2,6

states  12:11
  75:7

Stateville
  23:23,24

station
  60:18
  65:12 82:6

stay  36:21
  100:10,12

staying
  101:7

Sterling
  23:20,22
  25:15
  29:6,7,11,
  15,18,21,
  25 30:5,9

stomach
  47:12

stops  62:13

store  92:11,
  12,15,18
  93:2,3

story  105:9

straight
  23:12,14
  41:15
  44:21
  52:16
  60:15

street  16:6,
  23 18:14
  80:17,21,
  22 87:24
  103:6,10,
  15 104:18

107:25
110:22

streets
  102:22

stretch
  62:20

strike  18:17
  59:19 88:6

stuff  29:23
  37:7

subpoena  6:9

subscribe
  73:23

substance
  22:17

suburb  95:23

suit  53:10,
  12,17 56:8
  114:18,19

suits  53:18
  56:7

supposed
  116:8

swear  73:23

swearing
  7:20

swore  63:19
  66:9

sworn  6:2,4,
  13 7:16
  66:12
  76:19
  106:10,14

———————
    T
———————

T-SHIRT
  53:10

table  55:10

taking
  10:19,23
  91:14,19

talk  8:13
  27:13
  30:25
  37:3,12
  38:15
  72:15,19
  86:14
  87:11

talked  29:22
  72:18
  113:20
  115:5
  117:5

talking  9:2,
  7 28:22
  34:15 41:1
  42:5 57:5
  64:4,9
  75:21 92:5

tattoo  42:5,
  6,7,10
  44:4

technical
  10:13
  120:2

telephoned
  97:25

television
  92:5,7

telling
  27:12 28:9
  59:2 66:21
  81:2 86:7
  89:11

territory
  109:8,13

testi-  75:6

testified
  6:14,24
  27:1 60:23
  61:2 63:19
  66:2,6,8,
  12,16
  74:6,12
  75:7 76:10
  78:3,8
  80:1 82:9,
  21 86:2,
  10,13
  87:3,5,13
  88:22
  96:18,20,
  23 99:22
  100:22,25
  105:10,15,
  21,23
  106:5,9,13

testify
  78:5,14
  87:17,23
  95:10 96:4
  97:6,14
  98:1,3,13

102:18
105:5,13
118:16,17,
18,21

testifying
  61:9 96:9
  101:16,19
  105:6

testimony
  65:25
  72:12
  76:2,6
  88:2 97:8
  98:15,19
  101:7
  106:17
  115:11
  116:23

thanked
  116:21

Theresa  14:5
  42:11 51:2

thing  8:24
  57:1 95:8,
  25 118:13
  119:1

thinking
  111:1

threatened
  27:16
  67:25
  73:16
  76:22 78:3
  86:19,25
  88:8,25

93:17

**threatening**
98:20

**three-flat**
14:9

**threw**  46:12,
17 48:22,
24

**throw**  46:13

**ticket**  97:22
99:3 100:4

**tie**  53:11,
12,17
56:11
114:18,19

**ties**  53:19

**Till**  61:6
100:14

**time**  9:2,6,
16 14:14,
16 18:2
19:22 20:1
23:17
25:5,8,11,
16,19 27:4
28:24 29:4
30:3,4,8,
9,13,16,
20,23
31:1,14,
21,23
33:6,15,18
34:4,10,12
35:9 36:20
37:14

39:22
40:22,23
42:14 43:7
49:5,8
51:6 59:5,
11 63:1,5,
24 74:23
75:2 89:16
90:21
91:6,14,20
97:15
101:9
108:7
110:13
113:2
116:10
117:10
120:1,9,13

**times**  25:2
38:18,19

**Tino**  103:22

**today**  7:11
11:2 42:22
78:9 80:1
82:10,14,
22 83:3
115:6,10,
21 116:9,
13 119:9,
13,17
120:1,9

**told**  20:16
27:20
28:3,10,
11,15,16,
20 31:13
32:4 34:11

50:24
54:21
57:3,22
58:4,15,
17,19,21,
23 65:9
67:4,22
73:8,14
76:18,22,
24 77:4,9,
12,13,16
78:4
82:14,17
83:3,13
85:10
86:22
88:12,16
89:3,7
94:15,16
97:7
105:25
106:4,8,12
110:7
116:14,21,
22

**tomorrow**
15:3

**tomorrow's**
15:7

**top**  43:21,
22 80:13

**Torres**
108:17

**total**  35:14
99:16

**touch**  36:21

**town**  95:18

**transcript**
119:15,23

**transferred**
25:1
29:15,18

**transfers**
24:22

**traveler**
100:3

**trial**  27:2
28:16
66:3,9,16
74:6,12
75:8 76:7,
11 87:4,
13,18
106:6,14

**trust**  119:12

**truth**  7:14,
17,20,22
16:14
63:13,19
66:9 67:23
76:19,21
106:10,15
116:14

**turned**  41:25
42:1 45:6

**TV**  78:24,25

**two-flat**
14:9,10

**type**  70:22
119:5

typed   70:20
  71:16
  119:23

——————————

_____ U _____

uh-huh   8:14
  50:17

understand
  7:4,13,18,
  24 8:1
  10:20
  63:12 69:6

understanding
  10:16
  62:11

understood
  8:4,17,22
  74:2 109:4

uniform   53:7

uniformed
  114:11

United   99:12

unwilling
  85:9

UPS   92:11,
  12,15,18
  93:3

upset   28:18

upstairs
  41:15,16,
  17 43:13,
  16 54:25
  55:2,6,13
  60:13

61:10
63:22

UUW   83:17,
  21 84:5
  85:6

——————————

_____ V _____

Vice
  111:15,16,
  19,23
  113:1

violation
  20:9

violent
  12:18

visit   16:25
  17:3
  18:18,22,
  23 29:22
  30:22
  33:23
  34:16,25
  35:3 95:2
  104:17

visited
  34:19,21
  95:6

——————————

_____ W _____

wagon   62:9,
  12

wagons   62:6

waistband
  77:5

wait   9:11

waive   119:14

wanted   67:14
  68:1

warrant
  44:15
  49:18
  50:3,7,10,
  24 60:7
  79:23

warrants
  52:13

washroom
  10:5 62:21

wears   42:21

week   116:17

weight   65:4,
  6

west   54:4
  109:13

Western
  23:21
  107:20
  108:22
  109:5,6,8,
  13

white   53:3,
  22 56:4

Wicker
  13:13,25
  16:16
  17:4,17
  27:25 41:5
  49:24

64:18
94:24
104:21
112:9,23

window
  46:12,14,
  16 48:6,24

wire   43:1

Wisconsin
  12:13
  31:14,22
  32:25
  33:3,19,
  21,24
  34:14,20
  35:1

Witnesses
  51:14

Wolcott
  18:8,9,12,
  19,23
  113:1

woman   43:16

work   116:10

working
  12:24
  20:20,24

worry   15:11

write   13:17

wrong   15:4

——————————

_____ Y _____

year   13:1,3

22:23 29:8
32:24
34:18,24
35:15,16
40:3 66:24
74:12
83:22
94:2,6
95:14
96:17

**years** 15:22
18:4 20:11
22:3 32:13
38:8 74:15
94:7

**yesterday**
115:22
116:4

**York** 107:23
108:14

**youngest**
15:4,7,13
100:11,13