*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT J

Affidavit Cristino Garcia

I Cristino Garcia, Under Oath and Penality of Pergury, Subscibe and Swear as follows;

1.) I was not Present in the area Were Mr. Luis Moralez was harmed, June 27, 1989.

2.) On June 27, 1989, I was at home with my girl friend Hermina Cruz and Elena Carrau my Mother, Were We had Ordered Pizza and rib-tips from father & Sons.

3.) On July 28, 1989 I was picked-up by an Officer One of Who Was Aubrey O'Quinn.

4.) I was placed in hand-cuffs and Brought to the Police Station at Area 5.

5.) I was informed by an Detective Named Reynaldo Guevara that I was being Accused of Murder.

6.) There I was interrogated by a Number of Officers, One Which was Detective Reynaldo Guevara. He Which was Very loud and Physical with me.

7.) Detective Reynaldo Guevara had put me in two line-ups, and I wasn't picked-out in ether-one. Then Reynaldo Guevara Read a piece of Paper to Me saying that I was involve and that I should sign a statement saying that someone else did it." I said NO, I was NO were around that area when the crime was made.

8.) After that Point that's when Detective Reynaldo Guevara got Very Physical, by Placing a phone Book on my head, then Hitting me across the head with a Billy club or flash light, until I fell to my Knee's.

9.) I then told Detective Raynaldo Guevara to stop and I will sign a statement, But first let me make a phone call. I was given a phone and I called my sister Maria Garcia and she got me a lawyer. But when Officer Guevara heard me tell my sister to get a lawyer, he got Really mad and took me Back to the interigation Room, Were he started smaking me around, with a open hand.

10.) A few minutes later Detective Aubrey O'Quinn came to the door and told Detective Renaldo Guevara to stop hitting me, because my lawyer was their.

11.) My lawyer Seen me and the Interigation Ended.

12.) My lawyer told me that he couldn't stay their all night, But If they keep hitting me, don't sign any statment.

13.) I was not asked to testify at the trial of Jamie Rios, and had I've been asked to testify I Would of pled the 5th. Not because I was guilty, But because I was afraid of Detective Reynaldo Guevara.

14.) I'm Only willing to come forward now, Because I've learned Reynaldo Guevara is no-longer a police Officer of the Law, and is being Investigated and has taken the 5th Amendment.

ferther this Affiant sayeth Naught.

Sign Under the pains and Penalties of Perjury this 14th day they of November, 2020

Cristino Garcia Jr.
CRISTINO Garcia JR.

Signed and Sworn before me on November 14, 2020

Sheena Watkins
NOTARY Public



SHEENA WATKINS
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 06, 2024

**VERIFICATION ON OATH OR AFFIRMATION**

State of _Illinois_

County of _Cook_ } ss.

Subscribed and sworn to (or affirmed) before me

this _14th_ day of _November_, _2020_, by
    Day        Month       Year

_Cristino Garcia Jr._
Name of Signer No. 1

_N/A_
Name of Signer No. 2 (if any)

_Sheena W_____
Signature of Notary Public

SHEENA WATKINS
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 06, 2024

Place Notary Seal/Stamp Above

Any Other Required Information
(Residence, Expiration Date, etc.)

---- OPTIONAL ----

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2020 National Notary Association

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of _Illinois_

County of _Cook_ } ss.

On this the _14th_ day of _November_, _2020_, before me,
_Sheena Watkins_, the undersigned Notary Public,
personally appeared _Cristino Garcia Jr._
Name(s) of Signer(s)

☐ personally known to me -- OR --

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_Sheena Wa[signature]_
Signature of Notary Public

SHEENA WATKINS
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 08, 2024

Place Notary Seal/Stamp Above

Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

------- OPTIONAL -------

This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2020 National Notary Association

