*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT K

```
1            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
2                    EASTERN DIVISION

3    JAIME RIOS,                  )
                                  )
4                Plaintiff,       )
                                  )
5          vs.                    )  No. 22-CV-03973
                                  )
6    REYNALDO GUEVARA, MICHAEL    )  Hon. Martha M. Pacold
     MASON, JOANN HALVORSEN,      )
7    as Special Representative    )  Magistrate
     for Ernest Halvorsen,        )  Young B. Kim
8    Deceased, BARBARA RILEY,     )
     the CITY OF CHICAGO, and     )
9    COOK COUNTY,                 )
                                  )
10               Defendants.      )

11

12           The video-recorded deposition of CRISTINO

13   GARCIA, taken pursuant to the Federal Rules of

14   Civil Procedure, before Donna M. Urlaub, Certified

15   Shorthand Reporter No. 084-000993, at 333 West

16   Wacker Drive, Suite 1900, Chicago, Illinois, on

17   Wednesday, July 19, 2023, commencing at 10:15 a.m.,

18   pursuant to subpoena.

19

             APPEARANCES:
20
             LAW OFFICE OF STEPHEN L. RICHARDS, by
21           MR. STEPHEN L. RICHARDS  (Via Zoom)
             (53 West Jackson Boulevard, Suite 756
22            Chicago, Illinois  60604
              773.817.6927
23            sricha5461@aol.com)
                appeared on behalf of the plaintiff;

24
```

```
 1        APPEARANCES:  (Cont'd)

 2            LEINENWEBER BARONI & DAFFADA, LLC, by
              MR. MICHAEL J. SCHALKA
 3            (120 North LaSalle Street, Suite 2000
               Chicago, Illinois  60602
 4             847.241.4091
               MJS@ILEsq.com)
 5                appeared on behalf of the defendant
                  Reynaldo Guevara;

 6

 7            SOTOS LAW FIRM, PC, by
              MR. JOSEPH M. POLICK
 8            (141 West Jackson Boulevard, 1240A
               Chicago, Illinois  60604
 9             630.735.3300
               jpolick@jsotoslaw.com)
10                appeared on behalf of the defendants
                  Michael Mason, Joann Halvorsen, as
11                Special Representative for Ernest
                  Halvorsen, Deceased;

12

13            ROCK FUSCO & CONNELLY, LLC, by
              MS. THERESA BEROUSEK CARNEY
14            (333 West Wacker Drive, 19th Floor
               Chicago, Illinois  60606
15             312.494.1000
               tcarney@rfclaw.com)
16                appeared on behalf of the defendant
                  City of Chicago.

17

18

        ALSO PRESENT:

19

              Nick Trotta
20            Legal Videographer
              Urlaub Bowen & Associates
21

              Sabrina Scardamaglia
22            Summer Associate
              Rock Fusco

23

24
```

CRISTINO GARCIA, 07/19/2023                                          Page 3

```
 1                    I N D E X

 2
     Witness:                                      Page
 3
           CRISTINO GARCIA
 4
              Examination by:
 5
                  Ms. Carney........................    5
 6                Mr. Polick........................   87
                  Mr. Schalka.......................  143
 7                Mr. Richards......................  146
                  Mr. Polick........................  167
 8                Mr. Richards......................  175

 9

10

11

12
                      E X H I B I T S
13

14    No.   Description                 Marked/Referenced

15     1   Affidavit of Cristino Garcia .........   47
              PFP002278 - PFP002285 - 8 pgs.
16            State ID - 1 pg.

17
                  (Exhibit attached/scanned.)
18

19                        - - -

20

21

22

23

24
```

```
 1        VIDEO TECHNICIAN:  Good morning.  This is the
 2   beginning of media unit one.  We are now on the
 3   video record at 10:15 a.m.
 4                  This is the videotaped discovery
 5   deposition of Cristino Garcia, being taken on
 6   July 19, 2023.
 7                  We are located at 333 West Wacker
 8   Drive, Chicago, Illinois.  This deposition is being
 9   taken on behalf of the defendant in the matter of
10   Jaime Rios versus Reynaldo Guevara, et al.
11                  The case number is 22 CV 3973,
12   filed in the United States District Court for the
13   Northern District of Illinois, Eastern Division.
14                  My name is Nick Trotta, legal
15   videographer, representing Urlaub Bowen & Associates,
16   with offices at 20 North Clark Street, Suite 600,
17   Chicago, Illinois.
18                  The court reporter today is Donna
19   Urlaub, also of Urlaub Bowen & Associates.
20                  Counsel, please identify yourselves
21   for the video record and the parties which you
22   represent.
23        MS. CARNEY:  Theresa Carney on behalf of the
24   City of Chicago.
```

CRISTINO GARCIA, 07/19/2023                                  Page 5

```
 1        MR. SCHALKA:  Michael Schalka on behalf of
 2   defendant Guevara.
 3        MR. POLICK:  Joseph Polick, P-o-l-i-c-k, on
 4   behalf of defendants Halvorsen and Mason.
 5        MR. RICHARDS:  Stephen Richards.  I represent
 6   the plaintiff in this case, Jaime Rios.
 7        VIDEO TECHNICIAN:  Will the court reporter
 8   please swear in the witness.
 9                      (Witness sworn.)
10                   CRISTINO GARCIA
11   called as a witness herein, having been first duly
12   sworn, was examined and testified as follows:
13                      EXAMINATION
14   BY MS. CARNEY:
15        Q.   Good morning, Mr. Garcia.
16        A.   Hi.
17        Q.   I introduced myself to you in the
18   hallway.  My name is Theresa Carney, and I
19   represent the City of Chicago.
20             You understand that you're here
21   today pursuant to a subpoena, right?
22        A.   Yes.
23        Q.   Okay.  And do you understand that
24   you're here today to give a deposition in regards
```

1  to a civil case filed by Jaime Rios?

2      A.    Yes.

3      Q.    Okay.  Do you know who Jaime Rios is?

4      A.    Yes.

5      Q.    How do you know Jaime Rios?

6      A.    He's my brother-in-law now.

7      Q.    He's your brother-in-law now.

8      A.    Yes.

9      Q.    Who is he married to?

10      A.    He's -- his brother.  His brother has

11  kids by my sister.

12      Q.    His --

13      A.    Brother.  It's not him.  His brother.

14      Q.    What is his brother's name?

15      A.    Ricardo Rios.

16      Q.    And Ricardo has kids with your sister.

17      A.    Yes.

18      Q.    Okay.  What's your sister's name?

19      A.    Nori.

20      Q.    Can you spell that for me?

21      A.    N-o-r-i Garcia.

22      Q.    And are Ricardo and Nori married?

23      A.    No.

24      Q.    Okay.  How many kids do they have?

```
 1        A.    One.

 2        Q.    Boy or girl?

 3        A.    Girl.

 4        Q.    How old is she?

 5        A.    How old is she?  I forgot.

 6        Q.    Okay.  Is she still a baby?  Is she a

 7  little bit older?

 8        A.    No.  She's grown.

 9        Q.    She's grown.

10        A.    Yeah.

11        Q.    Is she an adult?

12        A.    Yes.

13        Q.    Okay.  So over 18 possibly?

14        A.    Yes.

15        Q.    How often do you see your sister, Nori

16  Garcia?

17        A.    She's right outside.

18        Q.    Oh, that's your sister in the hallway.

19        A.    Yes.

20        Q.    Okay.  Did you come here with her today?

21        A.    Yes.

22        Q.    And how often do you see Ricardo Rios?

23        A.    Not too much.

24        Q.    Okay.  When -- do you -- sorry.  Bad
```

 1  question.

 2              And, actually, let me back up and

 3  explain a couple of the rules to you, since we just

 4  went down a little rabbit hole there.

 5              As you can see here, we have a court

 6  reporter taking everything down that we say.

 7              Sorry; my paralegal is coming in to

 8  bring some documents.  Thank you.

 9              So all of your answers need to be

10  out loud --

11      A.    Okay.

12      Q.    -- so she can take it down.  Shakes of

13  the head, nods, the court reporter can't get that

14  down.

15              Also uh-huhs, uhn-uhns, they all

16  kind of come across the same in a transcript, so we

17  need to make sure we're answering yes/no verbally.

18      A.    Okay.

19      Q.    If I ask a bad question, which I'm bound

20  to do, and you don't understand it, please let me

21  know, and I'll try my best to rephrase it.

22      A.    Okay.

23      Q.    If you answer the question, I'm going

24  to assume you understood it.  Is that fair?

```
 1        A.    Yes.

 2        Q.    Okay.  We can take a break at any time.

 3  The only thing I ask is that you answer any

 4  question that's pending before we take a break.

 5        A.    Okay.

 6        Q.    Okay?  And the last thing is -- just

 7  one more.  No, that's it.

 8              Can you make sure your phone is off

 9  so that --

10        A.    Okay.

11        Q.    -- it doesn't ring in the middle of the

12  dep.

13        A.    Yeah, it's off.

14        Q.    Okay.  Great.

15              Oh, and one more thing.  From time

16  to time you may hear objections.  They most likely

17  will be coming from the speaker in the middle of

18  the table.  That is Mr. Rios's attorney, who is on

19  Zoom.

20        A.    Okay.

21        Q.    Those objections are just for the

22  record.  We don't have a court -- or we don't have

23  a judge here to rule on them, so you need to answer

24  regardless of the objection.
```

CRISTINO GARCIA, 07/19/2023                          Page 10

```
 1                  Is that understood?
 2        A.    Yes.
 3        Q.    Okay.  Great.
 4                  So we were talking about your
 5   brother-in-law, Ricardo Rios.  And you said you
 6   hadn't seen him in a while; is that accurate?
 7        A.    Yeah.  Yes.
 8        Q.    So when was the last time you saw Jaime
 9   Rios?
10        A.    The last time was, I'll say last year.
11        Q.    Where did you see him?
12        A.    No, I seen him at court.
13        Q.    Okay.
14        A.    When we went to 26th and California.
15        Q.    When was that?
16        A.    I don't remember the exact date, but it
17   was this year.
18        Q.    2023?  Or --
19        A.    Yes, I believe so.
20        Q.    Could it have been 2022?
21        A.    I'm not sure.
22        Q.    Okay.  What was going on at 26th and
23   Cal that you were there with Jaime Rios?
24        A.    He told me I had to go for the subpoena
```

 1   that I had -- not the subpoena.  The affidavits

 2   that I had -- that I had done.

 3                   And when they -- I don't know if

 4   they dismissed the court, because something

 5   happened to the -- something happened to one of the

 6   ladies there, their husband or something.

 7                   So they just sent us home.  That's

 8   what I remember.

 9       Q.    Okay.

10       A.    I really didn't do nothing.

11       Q.    Okay.  So Mr. Rios told you to come to

12   court because of an affidavit you signed?

13       A.    Yes.

14       Q.    Is that right?

15       A.    Yes.

16       Q.    How did you get to court that day?

17       A.    I took the bus.

18       Q.    Did you meet with anybody --

19       A.    No, I'm sorry.  My sister took me.  She

20   drove me there.

21       Q.    Okay.

22       A.    Yes.

23       Q.    Did you meet with any attorneys when

24   you got to 26th and Cal?

1        A.    No.

2        Q.    Did you talk to Mr. Rios when you got

3    to 26th and Cal?

4        A.    Not too -- not really.  We just -- just

5    how you doin', and that's it.

6        Q.    Okay.  When he asked you -- or told you

7    to come to the courthouse, did he tell you why he

8    needed you to come to the courthouse?

9        A.    He told me that it was -- he told me

10   that it was for expunging his record.

11       Q.    Did he tell you what charge he was

12   trying to expunge from his record?

13       A.    The record, the one that he had did

14   some time for, yeah.

15       Q.    Do you know what he did time for?

16       A.    What it was for?

17       Q.    Yeah.

18       A.    Yeah.

19       Q.    What did he do time for?

20       A.    For he was accused of murder.

21       Q.    And do you know the name of the person

22   he was accused of murdering?

23       A.    No.  I wrote it down on the affidavit,

24   but I forgot what the young man's name was that was

CRISTINO GARCIA, 07/19/2023                           Page 13

```
 1   there.
 2        Q.    When you got to the courthouse that
 3   day, did you sit in the courtroom, or did you sit
 4   outside the courtroom?
 5        A.    I was sitting inside at first, and then
 6   they told me to step out.
 7        Q.    Okay.
 8        A.    Yeah.
 9        Q.    And who told you you needed to step out?
10        A.    The clerk?
11        Q.    Okay.  Did they tell you why?
12        A.    No.
13        Q.    Was anybody else there to testify for
14   Mr. Rios?
15        A.    Yes.
16        Q.    Who else was there?
17        A.    It was a friend that I know, but I
18   don't know his real name.  I'm sorry.
19        Q.    Does he go by a nickname?
20        A.    Baby.
21        Q.    And how do you know Baby?
22        A.    We just grew up together in the
23   neighborhood.
24        Q.    Was anybody else there to testify that
```

1  day?

2        A.    There was someone else there, but I

3  don't know who he was.

4        Q.    I think you said something happened and

5  you never got called to testify; is that right?

6        A.    Yeah.

7        Q.    Do you know what happened to Mr. Rios's

8  case after that day?

9        A.    What happened?

10       Q.    Yes.

11       A.    No.

12       Q.    Okay.  Did Mr. Rios call you again to

13  come to court?

14       A.    No.

15       Q.    Did you talk to Mr. Rios at all about

16  the fact that you got a subpoena for this

17  deposition?

18       A.    No.  I haven't spoke to him.

19       Q.    Have you spoken to Mr. Rios's attorney

20  at all about the fact that you got a subpoena for

21  this deposition?

22       A.    No.

23       Q.    Okay.  So I think you said the last

24  time you saw Mr. Rios would have been at court.

CRISTINO GARCIA, 07/19/2023                          Page 15

```
 1              Is that also the last time you spoke
 2   to him?
 3        A.    Yes.
 4        Q.    Have you exchanged any text messages
 5   with him?
 6        A.    No.
 7        Q.    Okay.  I want to ask you some -- a
 8   little bit about your background.
 9              How old are you?
10        A.    52.
11        Q.    What's your birthday?
12        A.    October 20, 1970.
13        Q.    And were you born in Chicago?
14        A.    Yes.
15        Q.    You still live in Chicago, right?
16        A.    Yes.
17        Q.    Where do you live now?
18        A.    At 33 -- I mean, I'm sorry -- 33 --
19   933.  933 North Sacramento Boulevard.
20        Q.    What neighborhood is that considered?
21        A.    Humboldt Park.
22        Q.    And how long have you lived at
23   933 North Sacramento Boulevard?
24        A.    About four years.
```

```
 1        Q.    Does anyone live there with you?

 2        A.    My mother.  My mother lives there.

 3        Q.    Your mom lives there.

 4        A.    Yeah.

 5        Q.    Has she lived there for four years, or

 6   has she been there longer?

 7        A.    No, she's been there longer.

 8        Q.    Okay.  How long has your mom been there?

 9        A.    Like 19 years or something.

10        Q.    Okay.  Where did you live before North

11   Sacramento Boulevard?

12        A.    I don't know the address, but -- I

13   don't remember the address, but it's on Prindiville

14   and Milwaukee.

15        Q.    In Milwaukee.  Okay.

16        A.    Yeah.

17        Q.    How long were you in Milwaukee?

18        A.    For like -- it's the street.  It's not

19   Milwaukee.  I was there for like six, seven years.

20        Q.    Okay.  In the same place?

21              In that -- sorry.  When you say

22   Prindiville, is that the street that you lived on?

23        A.    Yeah, it's the street.

24        Q.    Okay.  So did you live in that same
```

1  place on Prindiville for six to seven years, or did

2  you move around Milwaukee?

3       A.    No, I lived there.

4       Q.    Okay.  What took you up to Milwaukee?

5       A.    I'm not talking about the state

6  Milwaukee.  This is Milwaukee Street.

7       Q.    Oh, Milwaukee Street in Chicago.

8       A.    Yes.

9       Q.    Oh, okay.  Thank you.

10      A.    It's like the Logan Square area.  I'm

11 sorry.

12      Q.    Got it.  Okay.

13            So is it the cross streets

14 Prindiville and Milwaukee?

15      A.    Yes.

16      Q.    Got it.  All right.  Sorry about that.

17            Thank you.

18      A.    Okay.

19      Q.    So that was the Logan Square area.

20      A.    Yes.

21      Q.    Got it.

22            So you never lived in the city of

23 Milwaukee.

24      A.    No.

1      Q.    Where did you go -- sorry.

2            What's your highest level of

3   education?

4      A.    I just graduated from grammar school.

5   That's it.

6      Q.    Where did you go to grammar school?

7      A.    Jose Diego.

8      Q.    Where is that?

9      A.    It's on Claremont Street.

10     Q.    What neighborhood is that in?

11     A.    The Wicker Park area.

12     Q.    Wicker Park.

13     A.    Yeah.

14     Q.    Is that where you would have grown --

15   is that where you grew up was the Wicker Park area?

16     A.    Yes.

17     Q.    Are you married?

18     A.    No.

19     Q.    Do you have any children?

20     A.    Yes.

21     Q.    How many kids do you have?

22     A.    Three girls.

23     Q.    Girl dad.  How old are they?

24     A.    33, 28, and 23.

```
 1          Q.    Do any of them still live in Chicago?
 2          A.    One.  My oldest one, Pricilla.
 3          Q.    Did you ever live at an address 14- --
 4   oh, wait.  No.
 5                Did you ever live at 1304 North Bell?
 6          A.    1340.
 7          Q.    1340.
 8          A.    Yes.
 9          Q.    When did you live at 1340 North Bell?
10          A.    I think -- oh, since I was a little
11   kid, I can remember.
12          Q.    And what neighborhood was that?
13          A.    Wicker Park.
14          Q.    Okay.  And when you were a little kid
15   living at 1340 North Bell, who lived there with you?
16          A.    I lived with my mom and my two sisters.
17          Q.    How old are your sisters?
18          A.    Let me see.  I'm 53.  My sister out
19   there is 5- -- wait.  I'm 52.  She's 53, and my
20   other one's 56.
21          Q.    Got it.  So the sister that's out there
22   is Nori.
23          A.    Yes.
24          Q.    And then what's your other sister?
```

1        A.    Maria Garcia.

2        Q.    She's 56.

3        A.    Yes.

4        Q.    Where does Maria live?

5        A.    She lives on Talman and Cortland.

6   That's by Logan Square.

7        Q.    And then where does Nori live?

8        A.    Nori, she lives on the South Side.

9        Q.    So we kind of talked about this a little

10  bit before.  This is a deposition in regards to

11  Mr. Rios's civil case which stems from his

12  conviction for the murder -- for a murder that

13  occurred in 1989.

14             Does that sound -- do you recall

15  that Mr. Rios was convicted of a murder in 1989?

16        A.    1989?

17        Q.    Well, that the murder occurred in 1989.

18        A.    Yeah.  Yes, yeah.

19        Q.    Okay.

20        A.    Yes.

21        Q.    So going back to 1989, you were living --

22  were you living at 1340 North Bell in 1989?

23        A.    Yes.

24        Q.    And how old were you back in 1989?

```
 1        A.    19.
 2        Q.    19?  Oh.  I guess before we go back to
 3   1989, are you currently employed?
 4        A.    Yes.
 5        Q.    Okay.  Where are you employed?
 6        A.    Right now I'm working at Skyline Design.
 7        Q.    What do you do at Skyline Design?
 8        A.    Cut steel, glass.
 9        Q.    How long have you been working there?
10        A.    Since February 3rd of last year.
11        Q.    Okay.  Let's go back to 1989.
12        A.    Okay.
13        Q.    Were you employed in 1989?
14        A.    No.
15        Q.    In 1989, were you a member of a gang?
16        A.    Yes, I was.
17        Q.    Okay.  What gang were you a member of?
18        A.    The Latin Kings.
19        Q.    Is there a specific sect that you were
20   a part of in --
21        A.    Leavitt.
22        Q.    The what?
23        A.    Leavitt.
24        Q.    Leavitt?
```

CRISTINO GARCIA, 07/19/2023                                    Page 22

```
 1        A.    Yeah, Leavitt Street.

 2        Q.    And do you remember what the boundaries

 3   of that sect were?

 4        A.    No.

 5        Q.    Okay.  The person that you saw at the

 6   courthouse that you know as Baby --

 7        A.    Yeah.

 8        Q.    -- was he also -- did you know him back

 9   in 1989?

10        A.    Yes.

11        Q.    Okay.  And was Baby part of the Latin

12   Kings in 1989?

13        A.    Yes.

14        Q.    Was Mr. Rios part of the Latin Kings in

15   1989?

16        A.    Yes.

17        Q.    Back in 1989, did you go by any

18   nicknames?

19        A.    They called me Tino.

20        Q.    Tino?

21        A.    Tino.

22        Q.    Did you go by any other nickname?

23        A.    No.

24        MR. RICHARDS:  I'm sorry to interrupt.
```

CRISTINO GARCIA, 07/19/2023                                    Page 23

```
 1                    Could we take like a five-minute
 2    break for an older person?  I'll be right back.
 3        MS. CARNEY:  That's fine.  No problem.
 4                    Let's make it ten so that everyone
 5    has a chance to stretch their legs.
 6        VIDEO TECHNICIAN:  All right.  Going off the
 7    video record at 10:37 a.m.
 8                    (Recess taken.)
 9      VIDEO TECHNICIAN:  This is the continuation of
10    media unit one.  We are back on the video record at
11    10:45 a.m.
12    BY MS. CARNEY:
13        Q.    Okay.  Mr. Garcia, this person that you
14    knew as Baby, who was a Latin King back in 1989 and
15    that you saw at the courthouse within the past
16    year, was that person's name Benjamin Carrero?
17        A.    Benjamin, yes.  Yes, that is him, right.
18        Q.    And prior to seeing Baby at the
19    courthouse this past year, when is the last time
20    you saw him?
21        A.    No, that was the last time.
22        Q.    But -- okay.  So that was the last time
23    you saw him.
24                    But before that, when was the last
```

1  time you had seen him?

2       A.    Before then?  It was long.  Years.

3       Q.    Okay.  How many times -- or, sorry.

4  Let me ask you this:  Have you ever been arrested

5  before?

6       A.    Yes.

7       Q.    Okay.  How many times have you been

8  arrested?

9       A.    About five, six.

10      Q.    When was the most recent arrest?

11      A.    2000 -- I mean -- yeah, 2020.

12      Q.    Okay.  And do you recall what that

13  arrest was for?

14      A.    Yes.  For possession of drugs that I

15  was doing at the time.

16      Q.    What drugs?

17      A.    It was heroin.

18      Q.    Were you -- you weren't selling --

19      A.    No.

20      Q.    -- the heroin, though, right?

21      A.    No.

22      Q.    Were you convicted of possession in

23  2020?

24      A.    Yes.

1      Q.    Did you spend any time in jail or

2  prison?

3      A.    No.

4      Q.    Was it a plea deal, or did you --

5      A.    No.

6      Q.    -- go to trial?

7      A.    I -- they gave me probation --

8      Q.    Okay.

9      A.    -- and drug treatment.

10           And I completed it, yes.  Two years.

11     Q.    Congratulations.

12     A.    Thank you.

13     Q.    Okay.  But -- so 2020, that was your

14  last arrest.

15           Prior to that, do you recall when

16  you were arrested?  Like if we're going backwards

17  in time, what was your --

18     A.    20 years.

19     Q.    It was 20 -- so if it was 2020, your

20  last arrest would have been around 2000?

21     A.    Yes.

22     Q.    Okay.  It's wild to think that the year

23  2000 would have been 20 years -- over 20 years ago.

24     A.    Right.

CRISTINO GARCIA, 07/19/2023                                         Page 26

```
 1        Q.    What were you arrested for in 2000?
 2        A.    For a UUW.
 3        Q.    And that's unlawful use of a weapon,
 4   right?
 5        A.    Yes.
 6        Q.    Were you convicted?
 7        A.    Yes.
 8        Q.    Did you spend any time in jail or
 9   prison?
10        A.    Yes.
11        Q.    How much time?
12        A.    They gave me three and a half years.
13   I did half of that.
14              I remember being there on
15   September 11.
16        Q.    You were in prison on September 11th?
17        A.    Yeah.
18        Q.    Where -- what prison were you in?
19        A.    Galesburg.
20        Q.    So then going back to the next one
21   before 2000, can you remember what that arrest was?
22        A.    199- -- 1993?
23        Q.    Do you remember what that one was for?
24        A.    UUW.
```

CRISTINO GARCIA, 07/19/2023                                    Page 27

 1        Q.    UUW.

 2              Were you convicted?

 3        A.    Yes.

 4        Q.    And did you spend any time in prison?

 5        A.    Wait.  It was UUW and possession.

 6        Q.    Drug possession again?

 7        A.    Yeah.  And they ran them concurrent.

 8              They gave me three and two.

 9        Q.    How much time did you actually do?

10        A.    Two and a half.

11        Q.    And where did you do that time?

12        A.    In Logan.

13        Q.    Okay.  So we have 2020, 2000, 1993.

14              Is there one before that?

15        A.    Yeah.  When I was a juvenile, I did

16   something bad.

17        Q.    How old were you when you did --

18        A.    I was 15, I think.

19        Q.    What did you do?

20        A.    I -- I -- I shot at some kids in the

21   playground, some other gang.

22              And I was convicted of that.

23        Q.    It was a gang-on-gang --

24        A.    Yeah.

1      Q.    -- situation?

2      A.    Yeah.

3      Q.    What gang was -- you were a Latin King

4  at that point.  What -- sorry, I don't want to put

5  words in your mouth.

6            Were you a Latin King at that point?

7      A.    Yes.

8      Q.    Okay.  And who -- what gang were the

9  other kids in?

10     A.    Disciples.

11     Q.    MLDs?

12     A.    Yeah.

13     Q.    Did anybody get killed?

14     A.    No.

15     Q.    Did anybody get hit?

16     A.    Yes.

17     Q.    So what were you charged with?

18     A.    I was -- I was charged with -- the

19  first juvenile to get charged as an adult for the

20  school ground law.

21     Q.    Oh.  Because it was enhanced punishment

22  because it was on a school -- in school grounds.

23     A.    Yeah.

24     Q.    Okay.  Do you remember what the charge

1    was?

2            A.    Aggravated assault.

3            Q.    And how much time did you do for that?

4            A.    They gave me three years, and I did

5    18 months.

6            Q.    And where did you do that?

7            A.    St. Charles Juvenile.

8            Q.    Would that have been around 1986?

9            A.    Yes.

10           Q.    When did you join the Latin Kings?

11           A.    Right after I got shot, when I was

12   14 years old.

13           Q.    You got shot when you were 14 years old?

14           A.    Yes.

15           Q.    By a rival gang member?

16           A.    For -- yeah.  Yes.

17           Q.    What rival gang member shot you?

18           A.    Oh, I don't know.

19           Q.    Oh, you don't know.  Okay.

20                 Did that -- did the fact that you got

21   shot by a gang member precipitate you joining the

22   Latin Kings?

23           A.    Yeah.  Yes.

24           Q.    How long would you say you were a member

CRISTINO GARCIA, 07/19/2023                                    Page 30

```
 1   of the Latin Kings?

 2        A.    I was a member?  I got out -- I left

 3   that alone over 20 years, 25 years ago.

 4        Q.    Okay.  Have you ever owned any guns?

 5        A.    Have I ever owned one?

 6        Q.    Yeah.

 7        A.    No.

 8        Q.    When you were charged with the UUWs --

 9   I think you said there were two of them, right? --

10   where did you get those guns?

11              Or -- I guess that was a bad

12   question.

13              That's really the only way I can ask

14   it.  Where did you get the guns that you used when

15   you were charged with the UUWs?

16        A.    With the UUWs?  They -- they wasn't

17   even mine.

18        Q.    They weren't yours?

19        A.    No.

20        Q.    Did the gangs at the time --

21        A.    One time I stole one.

22        Q.    Okay.

23        A.    I seen some guy put it in a bag, and I

24   grabbed it.  Bad move.
```

CRISTINO GARCIA, 07/19/2023                              Page 31

```
 1              And right when I grabbed it, they
 2   really -- they were -- they were looking for
 3   somebody, and the police was around.  And I
 4   happened to grab it, and they were there -- they
 5   were there.
 6        Q.    Okay.  Do you remember which one that
 7   was?
 8              Was that the one in '93, or --
 9        A.    '93, yeah.
10        Q.    Okay.
11        A.    They gave me five years' probation and
12   drug treatment.  And I completed it.  After that, I
13   just -- I just got away from everything.
14        Q.    Do you need to take a break?
15        A.    No.
16        Q.    Are you okay?
17        A.    I'm okay.
18        Q.    Okay.  And so I take it today you're no
19   longer involved with any of the gangs.
20        A.    No.
21        Q.    You left that behind.
22        A.    Yes.  Yes.
23        Q.    Back in 1989, did you know somebody by
24   the name of José Melendez?
```

1        A.      Melendez.  Yes.

2        Q.      Did he go by the name Macho?

3        A.      Yes.

4        Q.      How did you know Macho?

5        A.      He was from the neighborhood.  He was

6   also a King.

7        Q.      Do you know if Macho and Mr. Rios knew

8   each other back in 1989?

9        A.      Yes.

10        Q.      How did they know each other?

11        A.      From the neighborhood.

12        Q.      Okay.  Did Mr. Rios have any nicknames

13   back in 1989?

14        A.      No.

15        Q.      Did Mr. Rios know that you went by --

16   that your nickname was Tino?

17        A.      Yes.

18        Q.      And did most people call you Tino back

19   in 1989?

20        A.      Yes.

21        Q.      At any time did you -- were you serving

22   time in prison -- sorry.  Example of the bad

23   questions I was telling you about.

24        A.      Okay.

CRISTINO GARCIA, 07/19/2023                               Page 33

1        Q.    At any time that you were serving time
2   in prison, were you in the same prison as Mr. Rios?
3        A.    No.
4        Q.    Okay.  Going back to the shooting in
5   1986, do you recall -- were you arrested by Chicago
6   Police --
7        A.    Yes.
8        Q.    -- in 1986?
9        A.    Yes.
10       Q.    Do you have any recollection of the
11  police officers that arrested you?
12       A.    Yes.
13       Q.    Who arrested you in 1986?
14       A.    Quinn.
15       Q.    For the shooting at the schoolyard?
16       A.    Yes.
17       Q.    Any other officers that you recall
18  arresting you in 1986?
19       A.    No.
20       Q.    All of your arrests, have they been by
21  Chicago Police Department officers?
22       A.    Yes.
23       Q.    Okay.  Do you recall any other officers'
24  names that arrested you?

1          A.    That arrested me before?

2          Q.    That arrested you before, yeah.

3          A.    Guevara.

4          Q.    Okay.  When did Guevara arrest you?

5          A.    I think it was in '9 ... '91?  Or '89?

6     Somewhere around there.

7          Q.    What did Guevara arrest you for?

8          A.    He was -- he arrested me, accusing me

9     of -- of a murder.  Yeah.

10         Q.    Who did he accuse you of murdering?

11         A.    I forgot the kid's name.  I know I

12    wrote it out in my affidavit, but I forgot.

13         Q.    Okay.  Was that the first time you had

14    been arrested by Guevara?

15         A.    Yes.

16         Q.    Have you been arrested by Guevara since

17    that time?

18         A.    No.

19         Q.    When Guevara arrested you in 1989 or

20    1991, was he -- how was he dressed, do you remember?

21         A.    How was he dressed?

22         Q.    Yeah.

23         A.    No, I don't remember.

24         Q.    Do you know if he was in plainclothes

 1  or if he was in a uniform?

 2       A.    He was -- he was in plainclothes, yes.

 3       Q.    Was he wearing a suit, or was he just

 4  in kind of street clothes?

 5       A.    I think he was a detective, so he was

 6  dressed regular clothes.

 7       Q.    Can you tell me a little bit about what

 8  you remember of the time that Guevara arrested you

 9  in 1989 or 1991?

10       A.    You want me to say what happened while

11  we were in the police station?

12       Q.    Well, let's start from -- let's start

13  from when he arrested you.

14             Where were you when he arrested you?

15       A.    Where was I?  No, he didn't arrest me.

16  It was Quinn.  He arrested me on Spaulding and

17  Evergreen.

18             And then at the police station,

19  that's when Guevara -- Guevara did what he did

20  there.

21       Q.    Okay.  So Quinn arrested you at

22  Spaulding and Evergreen.

23       A.    Yes.

24       Q.    Had you ever interacted with Quinn prior

 1  | to that arrest?

 2  |       A.    What do you mean, interacted?

 3  |       Q.    Had you ever seen him on the street?

 4  | Had he arrested you before?

 5  |       A.    Yeah.  I -- not arrested -- well, he

 6  | arrested me one time.

 7  |       Q.    Okay.

 8  |       A.    But nothing else.

 9  |       Q.    Nothing else.

10  |             Did Quinn tell you what you were

11  | being arrested for --

12  |       A.    Yes.

13  |       Q.    -- at Spaulding and Evergreen?

14  |       A.    Yes.

15  |       Q.    Okay.  What did he tell you that you

16  | were being arrested for?

17  |       A.    For the -- for the shooting.

18  |       Q.    And then where did he take you?

19  |       A.    To Grand and Central.

20  |       Q.    Did he put you in an interview room at

21  | Grand and Central?

22  |       A.    Yes.

23  |       Q.    Did Quinn interview you?

24  |       A.    No.

1      Q.    What happened next?

2      A.    This lady came in.  She said that she

3  was not my lawyer; that she was a state attorney, I

4  think.

5            And -- and Guevara was the one in

6  there asking me questions and roughing me up.

7      Q.    So was -- a female State's Attorney was

8  in there --

9      A.    Yes.

10     Q.    -- while Guevara was asking you

11 questions?

12     A.    Yes.

13     Q.    Was the female -- do you remember the

14 female state's attorney's name?

15     A.    No.

16     Q.    Was the female state's attorney in

17 there while Guevara was roughing you up?

18     A.    Yes.

19     Q.    When you say roughing you up, what was

20 he doing?

21     A.    He put a -- he put a phone book on my

22 head, and he was hitting me with a billy club.

23     Q.    And the female state's attorney was in

24 there while he did this?

```
 1        A.    Yes.
 2        Q.    What kind of -- was he asking you
 3  questions?
 4        A.    Yeah.
 5        Q.    What kind of questions was he asking
 6  you?
 7        A.    He was asking me -- actually, he was
 8  telling me to sign a paper.  That's what he wanted
 9  me to do.
10        Q.    What kind of paper?
11        A.    A statement saying that I did it.
12        Q.    Was it handwritten or typed?
13        A.    He just wanted me to write it.
14        Q.    Okay.  So it was a blank piece of paper.
15        A.    Yeah.
16        Q.    And he wanted you to write it.
17        A.    Yeah.
18        Q.    What did he want you to write?
19        A.    That I committed that.
20              Because back then, when I was a
21  juvenile, I did a statement on myself saying that I
22  did it.  I couldn't -- I admitted to it, you know,
23  and I wrote a statement saying that I did it.
24              But I wasn't gonna do that then, and
```

1   he was hitting me.

2          Q.    Okay.  So for the --

3          A.    You know, Quinn, in 1986.

4          Q.    For the playground --

5          A.    Yes.

6          Q.    For the schoolyard shooting in 1986.

7          A.    Yes.

8          Q.    After you were arrested, you signed a

9   statement --

10         A.    Yes.

11         Q.    -- confessing to the shooting.

12         A.    Yes.

13         Q.    Okay.  And that statement was voluntary,

14  right?

15         A.    Yes.

16         Q.    Okay.  Do you recall if that statement

17  was handwritten, or if it was typed out by a court

18  reporter like we have here?

19         A.    I don't remember if I -- if I wrote it,

20  or he was just writing down what I was saying.

21         Q.    Okay.  But either way, the confession

22  for the 1986 shooting at the schoolyard was

23  voluntary --

24         A.    Yes.

1          Q.    -- right?

2          A.    Yes.

3          Q.    Is it your -- are you saying today that

4     Guevara knew that you had previously confessed to

5     the shooting in the schoolyard?

6          A.    Yes.

7          Q.    Did he tell you that?

8          A.    No.  But I knew what he -- that's what

9     I ... 'cause it was the -- Officer Quinn was the

10    one that arrested me; he was the arresting officer.

11    He was the one that I wrote the statement to, you

12    know?

13              He was the arresting officer.  So I

14    know they talked.

15         Q.    Okay.  But while you were in the

16    interview room -- I'm sorry; bad question.

17              While you were in the interview

18    room, did Guevara say anything about the school

19    shooting?

20         A.    No.

21         Q.    Was Quinn in the interview room with

22    you while Guevara was putting the phone book on

23    your head and hitting with you the billy club?

24         A.    He was outside the door.

```
 1       Q.    So inside the room would have just been
 2  the female state's attorney and Guevara.
 3       A.    Yes.
 4       Q.    How many times would you say he -- well,
 5  let me ask you this:  What happened next?
 6       A.    I told him to let me make a phone call,
 7  and that I'll write the statement.
 8             I called my sister, my older sister.
 9  And she told me not to do that, that she's gonna
10  send a lawyer down.  And they were hearing on the
11  phone, so they told me to hang up.
12             And then he took me in the room, and
13  he -- and he's just slapping me with his hand,
14  hitting me with the billy club with the book.
15             And then Quinn said, his lawyer's
16  here, and he just stepped out the room.
17       Q.    So you called your sister Maria --
18       A.    Yes.
19       Q.    -- is that right?  Okay.
20             And you told her where you were?
21       A.    Yeah.  She knew.
22       Q.    And she told you she was going to call
23  you a lawyer.
24       A.    Yes.
```

1      Q.    Do you remember the name of that lawyer?

2      A.    No, I don't.

3      Q.    Okay.  And then you said that Guevara

4  heard you talking on the phone and made you hang up.

5      A.    Yes.

6      Q.    After he took you back into the

7  interview room, who was in the room?

8      A.    Then the state attorney got up and

9  left.  And he had me -- he had me handcuffed to the

10  wall, and he just started hitting me, slapping me,

11  and taking the book and putting it on my head and

12  just -- and was hitting me on my head.

13      Q.    Was it just you and Guevara?

14      A.    Yes.

15      Q.    Officer Quinn wasn't -- was Officer

16  Quinn in there?

17      A.    No.  He was at the door.

18      Q.    How long do you think you were in the

19  room before your lawyer came?

20      A.    I'd say close to an hour.

21      Q.    Did they let your lawyer into the room?

22      A.    Yes.

23      Q.    Okay.  And then did you tell your

24  lawyer what happened?

```
 1        A.    Yes.

 2        Q.    What did your lawyer -- oh.  Never mind.

 3              After you told your lawyer what

 4  happened, what happened next?

 5        A.    I told him what happened, and he -- he

 6  investigated about it.  And then he told me that he

 7  couldn't stay there with me all day, but just don't

 8  sign nothing.

 9              And when he left, they put me in a

10  bullpen.  And then another officer came, and they

11  released me.

12              Oh, yeah.  They put me in two

13  lineups.

14        Q.    Okay.  So your lawyer comes, you tell

15  him what happened.  He tells you not to sign

16  anything.

17        A.    Yes.

18        Q.    And then he leaves.

19        A.    Yes.

20        Q.    Okay.  After that, did -- did they --

21  did Guevara take you to the bullpen immediately

22  after your lawyer left?

23        A.    No.  They put me in a lineup.

24        Q.    Okay.  Either way, they took you out of
```

1   that interview room.

2        A.    But I don't remember who took me to the

3   bull- -- I mean, to the bullpen.  I don't remember

4   who took me there.

5                   But it wasn't them.  They stood away

6   from me.

7        Q.    Okay.  I guess that's what I'm trying

8   to get at.

9                   After your lawyer left, did any --

10  did Guevara continue to rough you up?

11       A.    No.

12       Q.    Okay.  At some point you were put in

13  two lineups.

14       A.    Yes.

15       Q.    Okay.  Do you remember any of the names

16  of the officers that took you to those lineups?

17       A.    Guevara, he took me to the lineup.

18       Q.    Okay.  He did both?

19       A.    Yes.

20       Q.    How long after the lineups were you

21  released, do you remember?

22       A.    I'd say about 40 minutes.

23       Q.    Did you ever sign a statement in regards

24  to that interrogation?

```
 1        A.    No.

 2        MR. RICHARDS:  Objection.  Ambiguous.

 3  BY MS. CARNEY:

 4        Q.    Your sister Nori -- is that right?

 5        A.    Yes.

 6        Q.    Did she have her daughter with

 7  Mr. Rios's brother before or after this arrest in

 8  either 1989 or 1991?

 9        A.    Let me see.  I'm trying to think.

10              No, in '89 -- in '89 or '91 she

11  wasn't with Ricardo Rios, no.

12        Q.    Okay.  Did you know Ricardo Rios at

13  the -- that time during this arrest that we were

14  just discussing which either happened in 1989 or

15  1991?

16        A.    Did I know him?

17        Q.    Yeah.

18        A.    Yes.

19        Q.    Okay.  How did you know Ricardo?

20        A.    How did I know him?

21              He was -- he was in St. Charles.

22        Q.    He was a St. Charles?

23        A.    Yes.

24        Q.    What's a St. Charles?
```

```
 1        A.    St. Charles Juvenile Correctional
 2   Center.
 3        Q.    Oh.  He was in St. Charles --
 4        A.    Yes.
 5        Q.    -- with you --
 6        A.    Yes.
 7        Q.    -- at -- I'm sorry.  He was in
 8   St. Charles at the same time you were there after
 9   the schoolyard shooting?
10        A.    Yeah, he was already there, and they
11   put me in the same room with him.
12              And that's how I met him.
13        Q.    Did you know -- back in 1989, did you
14   know a woman named Diana Rodriguez?
15        A.    Yes.
16        Q.    Who was Diana Rodriguez?
17        A.    Diana Rodriguez.  That's the -- that's
18   Jaime Rios' -- they have a kid together.
19              That was my sister's friend.
20        Q.    Which sister?
21        A.    Lenny -- I mean Maria.
22        Q.    So Diana Rodriguez and your sister
23   Maria Garcia were friends.
24        A.    Yes.
```

```
 1        Q.    After this particular arrest that
 2   occurred in either 1989 or 1991, where Guevara
 3   roughed you up and wanted you to sign a statement,
 4   were you aware if anybody else had been arrested
 5   for that particular murder?
 6        A.    Was anybody else arrested for it?
 7        Q.    Yeah.
 8        A.    It was a lot of people being arrested
 9   for that.
10        Q.    For that particular murder.
11        A.    Yes.
12        Q.    Who else was arrested for that murder?
13        A.    I think everybody in the -- everybody --
14   everybody that I know.  Like ever- -- it was --
15   that -- Melendez?  Other people.
16              I don't even know their names.
17        MS. CARNEY:  Okay.  I'm going to mark this as
18   an exhibit, which is the affidavit that you've --
19   we've kind of touched on a couple times.
20              Will you mark this as Exhibit 1.
21              (Deposition Exhibit No. 1,
22               Witness Garcia, was marked for
23               identification 07/19/2023.)
24        THE WITNESS:  Oh, yeah.  That's my writing.
```

```
 1   BY MS. CARNEY:
 2        Q.    So you have in front of you what's been
 3   marked as Exhibit 1.
 4                   Stephen, it's his affidavit.
 5        MR. RICHARDS:  I have it with me right now.
 6        MS. CARNEY:  Okay.
 7        MR. RICHARDS:  We're on the same page of the
 8   affidavit.
 9   BY MS. CARNEY:
10        Q.    All right.  So, Mr. Garcia, do you
11   recognize this document that I just put in front of
12   you?
13        A.    Yes.
14        Q.    Okay.  What is this document?
15        A.    This is the -- the affidavits that I
16   wrote.
17        Q.    Okay.  Before we get into the affidavit
18   itself, I want to ask you a couple questions about
19   how this affidavit came -- how you came to write
20   this affidavit.
21                   When were you first contacted -- I'm
22   sorry.  Who first contacted you in regard -- and
23   asked you to write an affidavit on behalf of
24   Mr. Rios?
```

CRISTINO GARCIA, 07/19/2023                                  Page 49

1        A.    It was -- Ricardo Rios asked me if I
2    could do that for his brother.
3        Q.    When did Ricardo Rios ask you to get
4    involved?
5        A.    I don't even remember when I wrote
6    this, but the date ...
7        Q.    Let's see.  If we go to the page --
8    it's PFP 2283.  So one, two, three -- five pages in.
9        A.    Okay.
10       Q.    Looks like it was signed November 14,
11   2020.  Go back one more page.
12                    There you go.
13       A.    Okay.
14       Q.    So November 14, 2020.  Do you see that?
15       A.    Yes.
16       Q.    So if this was signed in November of
17   2020, when did Ricardo contact you about -- well,
18   first of all, when did Ricardo contact you?
19       A.    He contacted me, like I say, it was
20   probably a month before I did this.
21       Q.    So maybe around October of 2020?
22       A.    Yeah.
23       Q.    So still during the pandemic.
24       A.    Yes.  Yeah, it was the pandemic still.

```
 1                    Wow.  How could I forget that.
 2          Q.    We all tried.
 3                    And how did Mr. -- how did Ricardo
 4   Rios get in touch with you in October of 2020?
 5          A.    We spoke on the phone, and then he came
 6   to -- to visit my mom.
 7                    He came to visit, yeah, with my
 8   sister.
 9          Q.    What did you guys speak about on the
10   phone?
11          A.    That he wanted to talk to me about
12   helping his brother get his record expunged.
13          Q.    And when you say he wanted your help to
14   get his brother's record expunged, what did he want
15   you to do?
16          A.    His brother asked him that if I could --
17   that if he could tell me to -- to get it -- just to
18   write an affidavits.
19                    And then I asked him, what is it?
20   And he explained it to me.  And then me and this
21   lawyer talked.
22                    And he told me on the phone -- me
23   and him spoke.  And he told me to -- how to start
24   it off, just like that.  He spoke to me on the
```

 1  phone, and I started it off the way he told me.

 2                  And then I just wrote my experience.

 3      Q.    Okay.  I'm going to try to break that

 4  down a little bit.

 5                  When he called you saying he wanted

 6  your help getting his brother's record expunged,

 7  did he tell you -- how did he know, I guess, that

 8  you could -- that you had information that could

 9  help his brother?

10      A.    Because I was arrested.

11      Q.    So Ricardo knew that you had been

12  arrested for the same murder as his brother?

13      A.    Yes.

14      Q.    What else did Ricardo say to you about

15  how you could help his brother?

16      A.    Just -- just to do this, to write this

17  affidavits.

18      Q.    Did Ricardo give you any information

19  about what needed to be in the affidavit?

20      A.    No.

21      Q.    Did Ricardo know at that point when

22  he called you in October of 2020 about your

23  allegations against Mr. Guevara, Officer Guevara?

24      A.    Did what?

```
 1        Q.    Did Ricardo know in 2020, when he
 2  called you, that Guevara had roughed you up?
 3        A.    Yeah, we spoke about it.
 4        Q.    Okay.  When did you speak to Ricardo --
 5  when is the first time you spoke to Ricardo about
 6  Guevara, what happened with Guevara?
 7        A.    We spoke about that a couple years ago.
 8        Q.    Can you recall when?
 9        A.    No.
10        Q.    Was it on the phone?
11        A.    No, not on the phone.
12        Q.    Was it in person?
13        A.    Yeah.
14        Q.    Where were you guys?
15        A.    Probably Christmas when family's
16  together or something.
17        Q.    What did you tell Ricardo about -- well,
18  let me ask you this:  When you told Ricardo about
19  what happened with Guevara, was Jaime Rios still in
20  prison?
21        A.    Yes.
22        Q.    At that time did Ricardo -- did you
23  know about -- sorry.  That was a bad question.
24              Did your sister Nori know about what
```

1  happened with Guevara?

2          A.    I told her.

3          Q.    When did you tell her?

4          A.    I told her when they first asked me to

5  do this.

6                     When she came over to the house

7  with -- with Ricardo Rios, she told me, hey, he

8  wants to speak to you about this, you know, and we

9  talked.

10                    She was listening.  She knows what

11 happened.

12         Q.    Okay.  So I guess I'm trying to figure

13 out if Ricardo knew about your allegations against

14 Guevara before that Christmas holiday conversation,

15 or if that was the first time you had told him.

16         A.    Probably was the first time.

17         Q.    Okay.

18         A.    'Cause I really didn't see him too much.

19         Q.    Other than your lawyer back when you

20 were arrested, did you tell anybody else about your

21 allegations against Guevara?

22         A.    I probably spoke about it, yeah.

23         Q.    Who did you speak about it to?

24         A.    Just individuals I would run into or

 1  something, when they would ask me about that.

 2      Q.    Okay.  If you could -- all right.  If

 3  we could go to the first page.

 4                  Oh, you're on it.  Okay.

 5                  Actually, you can --

 6      A.    Cover it?

 7      Q.    -- cover it for a second.  I have a few

 8  more questions kind of about the background of it.

 9                  Okay.  So Ricardo -- it's around

10  Christmastime.  Is it before the pandemic that

11  Ricardo and the family is together and he asks you

12  to help?

13      A.    No.  It was after the holidays.

14                  Because we weren't together at

15  Christmas, yeah.

16      Q.    Okay.  So there was an initial

17  conversation around the holidays where you told

18  Ricardo about what happened with Guevara.

19      A.    Yeah.

20      Q.    Okay.  And then some point after the

21  holidays, during the pandemic, Ricardo reached out

22  to you and asked you to help his brother.

23      A.    Yes.

24      Q.    Okay.  And that's when he came to visit

1  your mom; is that right?

2        A.    Yeah.

3        Q.    Okay.  When do you think he came to

4  visit your mom?

5        A.    When he -- when he told me -- when he

6  was asking me to -- when he was asking me that if I

7  would help his brother, and I told him yes.

8              And then he said that he's going to

9  give me a number to call -- or they're going to give

10 my number to his lawyer, and we spoke about how to

11 do it.

12             And then we spoke, and then I --

13 that's when I wrote this.

14       Q.    Okay.  So when did Jaime Rios's lawyer

15 call you?

16       A.    You know, I wrote this, I think -- I

17 wrote this ... I wrote this affidavits, I believe

18 it was the same day I spoke to him.

19       Q.    Okay.  And was that conversation on the

20 phone?  Was it in person?

21       A.    No, it was the phone, 'cause it was

22 still the pandemic.  Yeah.

23       Q.    How long was that conversation?

24       A.    Oh, about maybe a half hour maybe,

1  20 minutes, something like that.

2       Q.    And what did you guys talk about?

3       A.    How to start it, the way it says that --

4  that you start it off with saying that you --

5  you're saying the truth and the oath and that.

6       Q.    Did he tell you any of the allegations

7  that Mr. Rios was making against Detective Guevara?

8       A.    Did he speak to me about that?

9       Q.    Yeah.  Did Mr. Rios's attorney tell you

10  any of the allegations that Mr. Rios was making

11  against Guevara?

12      A.    I'm gonna say yes.

13      Q.    What did he tell you?

14      A.    That he was trying to get his record

15  expunged, and also it's about an officer that --

16  Guevara, that's been falsely getting people

17  convicted for things, you know.  So ...

18      Q.    Before -- before that conversation with

19  Mr. Rios's attorney, had you heard anything on the

20  news about the allegations against Officer Guevara?

21      A.    I didn't see it by my- -- I didn't see

22  it, no.

23      Q.    Who was present with you when you were

24  writing this affidavit?

1      A.    Who was present?

2      Q.    Yeah.

3      A.    Nobody.  My mom was in a room, and I

4  was in the kitchen.

5      Q.    If you'll look at the back page here,

6  there's a couple different notary stamps.  Do you

7  see that?

8      A.    These right here?

9      Q.    Yeah.

10     A.    Yes.

11     Q.    Was that person present with you at the

12  time?  Or how did -- how did that --

13     A.    She came -- yeah.  She came.  She came,

14  and she was outside in her car.  And we still were

15  wearing our masks.

16          And I sat in the car with her.  And

17  she stamped it, and I signed it.

18     Q.    Okay.  Did Mr. Rios's attorney tell

19  you he would be sending somebody to your house to

20  notarize the affidavit?

21     A.    Yes.

22     MS. CARNEY:  Okay.  We've been going for

23  about another hour.

24          Everyone's okay with taking a quick

 1  five-minute break?

 2          THE WITNESS:  Okay.

 3          MS. CARNEY:  Is that all right?

 4          MR. RICHARDS:  Welcome it.

 5          VIDEO TECHNICIAN:  Going off the video record

 6  at 11:36 a.m.

 7                          (Recess taken.)

 8          VIDEO TECHNICIAN:  This is the beginning of

 9  media unit two.  We are back on the video record at

10  11:46 a.m.

11  BY MS. CARNEY:

12      Q.    Okay.  Mr. Garcia, let's -- I'm going

13  to have you open up that exhibit that you have in

14  front of you, which is Exhibit 1, which is your

15  affidavit.

16              This is the affidavit we've been

17  talking about, right?  This is the affidavit we've

18  been talking about?

19      A.    Yes.

20      Q.    Okay.  And this is the affidavit that

21  you wrote after talking to Ricardo Rios, and then

22  Jaime Rios's attorney, right?

23      A.    Yes.

24      Q.    When you wrote this affidavit, you said

```
 1  you were sitting by yourself in the kitchen.

 2             Was Mr. Rios's attorney on the phone

 3  with you as you wrote the affidavit?

 4      A.   No.  Just -- just the first three

 5  lines -- the first two lines.

 6      Q.   Okay.  So let's go through this line by

 7  line.

 8             Paragraph 1 says:  I was not present

 9  in the area where Mr. Luis Morales was harmed

10  June 27, 1989.

11             Do you see that?

12      A.   Yes.

13      Q.   Okay.  Who is Luis --

14      A.   I -- I asked him -- I asked him, well,

15  who was the kid's name, because I didn't know.

16      Q.   Okay.  So when you signed -- when you

17  first wrote this affidavit, you were not aware of

18  the fact that Luis Morales was the one murdered on

19  June 27, 1989?

20      A.   No.  I didn't know his name.

21      Q.   Did you know a Luis Morales in 1989?

22      A.   No.

23      Q.   Back in 1989, were the Latin Kings at

24  war with any other gangs -- with any gangs?
```

1        A.    Yeah, you could say so.

2        Q.    Which gangs?

3        A.    There was just -- it was like -- they

4   was like considered Peoples and Folks, like that.

5              And there's a bunch of different

6   gangs that are in there, and they're like that.

7        Q.    Okay.  So were the Latin Kings People

8   or Folks?

9        A.    Peoples.

10       Q.    People.  Is there a specific -- was

11  there a specific gang that were -- that was Folks

12  that the Latin Kings were at war with at the time?

13       A.    No.

14       Q.    No.  Did you know anybody -- in 1989,

15  were the Latin Kings -- I'm sorry.

16             In 1989, were the Spanish Cobras

17  People or Folks?

18       A.    Folks.

19       Q.    Folks.  Okay.

20             Was there any tension between the

21  Latin Kings and the Spanish Cobras in 1989?

22       A.    Probably -- yeah.

23       Q.    Okay.  Do you know if Luis Morales was

24  in a gang?

CRISTINO GARCIA, 07/19/2023                                    Page 61

```
 1        A.    No.
 2        Q.    The next paragraph says that you were
 3   at home with your girlfriend, Hermina Cruz, and
 4   Elena Carrau --
 5        A.    Carrau.
 6        Q.    Carrau.
 7              And your mom.
 8              Hermina Cruz --
 9        A.    Hermina Cruz, that's my daughter's
10   mother.
11        Q.    Which daughter?
12        A.    My oldest daughter.
13              And Elena Carrau, that's my mother.
14        Q.    Oh, Elena Carrau is your mother.
15        A.    Yes.
16        Q.    Got it.
17              Your oldest daughter is 33, right?
18              So in 1989 -- was she born yet?
19        A.    She was going to be born --
20        Q.    Okay.
21        A.    -- in November.
22        Q.    Okay.  So Hermina Cruz was pregnant at
23   the time.
24        A.    Yes.
```

1      Q.     Got it.

2             And what's that daughter's name?

3      A.     Pricilla.

4      Q.     The next line says:  Where we had --

5  where we had ordered pizza and rib tips from Father

6  and Son's.  Do you see that?

7      A.     Yes.

8      Q.     You wrote this affidavit in 2020, right?

9      A.     Yes.

10     Q.     How is it that you remember that in

11 1989, you remember ordering specifically from

12 Father and Son's that night?

13     A.     Because that was the time -- I was at

14 home.  I was at home when that -- when they were --

15 when they had arrested me.

16            It was like a couple days later.

17     Q.     What was a couple days later?

18     A.     When I got arrested by Quinn and

19 Guevara.

20     Q.     Back in 1989, when you were arrested by

21 Quinn, did you tell him that you had been at home

22 with your girlfriend and mom ordering Father and

23 Son's?

24     A.     Yes.  Yes, I did.

1      Q.    How often did you guys order from
2  Father and Son's back in 1989?
3      A.    Well, that was whatever she wanted to
4  eat, I'd get it.  She was pregnant.  She ...
5      Q.    Was pizza one of her pregnancy cravings?
6      A.    Yeah.
7      Q.    So how often do you think, back in 1989,
8  you guys were ordering pizza?
9      A.    I'd say, like on the weekends, probably
10  about four times a month maybe.
11      Q.    So your daughter Pricilla was born in
12  November of 1989, right?
13      A.    Yes.
14      Q.    So in June of 1989, she still would have
15  had about five months to go, right?
16      A.    Um-hmm, yes.
17      Q.    So those pregnancy cravings were
18  probably fast and furious around that time, right?
19      A.    Yeah.
20      Q.    Where else did you guys -- was there any
21  other -- well, let me ask you this:  Where was the
22  Father and Son's located at that time?
23      A.    The one we used to order from was on --
24  it was by Logan Square.

1      Q.    Was that a favorite pizza place back in

2  1989?

3      A.    Yeah.

4      Q.    So then the next paragraph says:  On

5  July 28th -- so about a month later, right? -- you

6  were picked -- I was picked up by an officer, one

7  of who was Aubrey O'Quinn.

8            Do you see that?

9      A.    Yes.

10     Q.    Okay.  And that's the same officer that

11 you were telling me about before, that actually

12 arrested you for the school shooting --

13     A.    Yes.

14     Q.    -- in 1986.

15     A.    Yes.

16     Q.    Was it '86 or '85?

17     A.    In '86.

18     Q.    Okay.  Back during this time frame of

19 June and July of 1989, was your sister Nori --

20 sorry.

21            You had already met Ricardo Rios,

22 right?

23     A.    Yes.

24     Q.    Okay.  Were your -- was your sister Nori

```
 1   and Ricardo, were they -- had they been dating yet?
 2         A.    In what year?
 3         Q.    In 1989.
 4         A.    No.
 5         Q.    No.  Okay.
 6                     But your sister Maria knew Diana
 7   Rodriguez -- right?
 8         A.    Yes.
 9         Q.    -- at that time?
10         A.    They used to go to school together.
11         Q.    Maria Garcia and Diana Rodriguez went
12   to school together?
13         A.    Yes.
14         Q.    Are they about the same age?
15         A.    Yes.
16         Q.    And in 1989, was Diana Rodriguez -- had
17   she -- in 1989, was Diana Rodriguez pregnant with
18   Jaime Rios's baby?
19         A.    Yes.
20         Q.    All right.  Paragraph 4:  I was placed
21   in handcuffs and brought to the police station at
22   Area 5.
23                     Was that the first time you had been
24   to Area 5?
```

CRISTINO GARCIA, 07/19/2023                                    Page 66

```
1          A.    No.  In '89?
2          Q.    In 1989.  Was that the first time you'd
3  been to Area 5?
4          A.    Yes.
5          Q.    It was.  Okay.  When you were arrested
6  in 1986, what station were you brought to?
7          A.    Shakespeare?  I think it was
8  Shakespeare.  And then -- oh, yeah, they -- they
9  re-arrested -- they re-arrested me, and then they
10 took me to Grand and Central.
11         Q.    Wait.  When did they re-arrest you?
12         A.    When I was -- they arrested me, and
13 they -- they took me to Shakespeare, and then they
14 put me in the Audy Home on -- and then they had a
15 court -- without me knowing, we went to court, and
16 they released me to the police officers.
17         Q.    Is this for the 1986 arrest?
18         A.    Yes.
19         Q.    Okay.  So in 1986, after this shooting
20 at the schoolyard, you were arrested and taken to
21 Shakespeare.
22         A.    Yes.
23         Q.    Okay.  That arrest was by Officer
24 O'Quinn, right?
```

 1        A.    Yes.

 2        Q.    And then what happened?

 3        A.    And then they -- one day they just took

 4   me to court, and they released me to them.

 5        Q.    When were you in the Audy Home?

 6        A.    In '89 -- I mean, in '86.  That's the

 7   way they -- they charged me as an adult.  They had

 8   to re-arrest me, so they said.

 9        Q.    You said you were charged as an adult.

10   When you -- did -- remind me.  Did you go to trial

11   on that -- on the charges for the school shooting

12   in 1986?

13        A.    Did I go to trial?  I don't know.  I

14   don't remember.

15        Q.    Okay.  So in 1989, this was your first

16   time at Area 5, the arrest from -- when Officer

17   Quinn came to arrest you in July of 1989 and took

18   you to Area 5.

19        A.    Yeah.

20        Q.    Okay.  Where were you when Officer

21   O'Quinn came to arrest you?

22        A.    I was on Spaulding and Evergreen.

23        Q.    Okay.  Paragraph 5 says:  I was informed

24   by a detective named Reynaldo Guevara that I was

CRISTINO GARCIA, 07/19/2023                                    Page 68

1   being accused of murder.  Do you see that?

2        A.     Yes.

3        Q.     And I think we talked about before, this

4   was your first interaction with Detective Guevara,

5   right?

6        A.     Yes.  He told me that in the police

7   station.

8        Q.     He told you in the police station you

9   were being accused of murder?

10       A.     Yes.

11       Q.     Okay.  The next page it says,

12  paragraph 6:  There I was interrogated by a number

13  of officers, one which was Detective Reynaldo

14  Guevara.  He which was very loud and physical with

15  me.

16              Do you see that?

17       A.     Yes.

18       Q.     Do you remember the names of any of the

19  other officers that interrogated you?

20       A.     He was the only one.

21       Q.     Okay.  So there weren't a number of

22  officers.

23       A.     No.

24       Q.     Paragraph 7 says:  Detective Reynaldo

1  Guevara had put me in two lineups, and I wasn't

2  picked out in either one.  Then Reynaldo read a

3  piece of paper to me saying I was involved and that

4  I should sign a statement saying that someone else

5  did it.  I said no.  I was nowhere around that area

6  when the crime was made.

7                    Do you see that?

8       A.    Yes.

9       Q.    Okay.  When Detective Guevara read you

10  this piece of paper, was this before or after the

11  lineups?

12      A.    It was after the lineups.

13      Q.    When Detective Guevara read you this

14  piece of paper, was the female state's attorney

15  still in the room?

16      A.    Yes.

17      Q.    When he read you this piece of paper,

18  was this before or after he had started to get rough

19  with you?

20      A.    Wait.  I'm sorry.

21      Q.    That's okay.  Do you need to take a

22  break?

23      A.    No.

24      Q.    Okay.  When he read you this piece of

1  paper, was this before or after he had gotten rough

2  with you?

3      A.    When he read me the piece of paper, he

4  got rough with me after.

5      Q.    Did you see the piece of paper at all?

6      A.    No.

7      Q.    Do you know who wrote it?

8      A.    No.

9      Q.    Okay.  Paragraph 8 says:  After that

10 point, that's when Detective Reynaldo Guevara got

11 very physical, by placing a phone book on my head

12 and hitting me across the head with a billy club or

13 flashlight until I fell to my knees.

14            Do you see that there?

15     A.    Yes.

16     Q.    And that's what we were talking about

17 earlier, right?

18     A.    Yes.

19     Q.    Okay.  And during that point, was the

20 state's attorney in the room?

21     A.    Yeah.  Yes.

22     Q.    Was anyone else in the room?

23     A.    No.

24     Q.    I then told -- or, sorry.  Next page.

```
 1                    Paragraph 9 says:  I then told
 2   Detective Reynaldo Guevara to stop, and I will sign
 3   a statement, but first let me make a phone call.
 4   I was given a phone call, and I called my sister,
 5   Maria Garcia, and she got me a lawyer.  But when
 6   Officer Guevara heard me tell my sister to get a
 7   lawyer, he got really mad and took me back to the
 8   interrogation room, where he started smacking me
 9   around with an open hand.
10                    Do you see that?
11        A.    Yes.
12        Q.    That's the same thing we just talked
13   about a little bit earlier, right?
14        A.    Yep.  Yes.
15        Q.    And Maria -- that's okay.
16                    And Maria Garcia is your older
17   sister, right?
18        A.    Yes.
19        Q.    And that's the same Maria Garcia who is
20   friends with Diana Rodriguez.
21        A.    Yes.
22        Q.    Okay.  And you don't remember the name
23   of the lawyer that she called.
24        A.    Uhn-uhn, no.
```

1      Q.    Do you -- okay.  When he took you back

2  to the interrogation room and started smacking you

3  around with an open hand, was the state's attorney

4  still in the room?

5      A.    No.

6      Q.    Was anybody else in the room?

7      A.    No.

8      Q.    Paragraph 10 says:  A few minutes later

9  Detective Aubrey O'Quinn came to the door and told

10 Detective Reynaldo Guevara to stop hitting me

11 because my lawyer was there.

12            Do you see that?

13     A.    Yes.

14     Q.    But Detective O'Quinn or Detective

15 Quinn was not in the room --

16     A.    No.

17     Q.    -- when Guevara was hitting you, right?

18     A.    No.

19     Q.    Okay.  Paragraph 11, next page, it says:

20 My lawyer seen me, and the interrogation ended.

21            And then -- that's what we talked

22 about before, that your lawyer came.

23     A.    Yeah.

24     Q.    And your lawyer came into the room with

CRISTINO GARCIA, 07/19/2023                                    Page 73

1   you.

2          A.     (Nodding.)

3          Q.     Yes?

4          A.     Yes.

5          Q.     Okay.  And paragraph 12 says:  My lawyer

6   told me that he couldn't stay there all night, but

7   if they keep hitting me, don't sign any statement.

8   Right?

9          A.     Yes.

10         Q.     And that's the same thing we talked

11  about before.

12         A.     Yes.

13         Q.     And then after that point, there was no

14  more -- Guevara didn't touch you again; correct?

15         A.     Right.  Yes.

16         Q.     And you didn't sign any statements;

17  correct?

18         A.     No.

19         Q.     Sorry.  That was a bad question.

20                Did you sign any statements?

21         A.     No, I didn't.

22         Q.     Okay.  Paragraph 13 says:  I was not

23  asked to testify at the trial of Jaime Rios.  And

24  had I been asked to testify, I would have pled the

CRISTINO GARCIA, 07/19/2023                          Page 74

 1   Fifth, not because I was guilty, but because I was

 2   afraid of Detective Reynaldo Guevara.

 3                  Do you see that?

 4        A.    Yes.

 5        Q.    Were you aware that, at the time, that

 6   Jaime Rios was on trial for the murder of Luis

 7   Morales?

 8        A.    Yes.

 9        Q.    How did you learn that he was on trial

10   for the murder of Luis Morales?

11        A.    How did I learn?  They -- people talk

12   in the neighborhood.

13        Q.    What people?

14        A.    His -- his -- Diana, for one.  Yeah.

15        Q.    So did Diana tell you he was on trial

16   for the murder of Luis Morales?

17        A.    No -- I can't say she told me.  But I

18   knew.  I knew.

19        Q.    You say here that if you would have

20   been asked to testify, you would have pled the

21   Fifth, not because I was guilty but because I was

22   afraid of Detective Guevara.

23                  Why would you have pled the Fifth

24   because you were afraid of Detective Guevara?

```
 1        A.    Guevara would drive around when I was
 2  released, and he used to grab me in the street and
 3  throw me against the wall, take a picture of me,
 4  and tell me that he's gonna go to the other side
 5  and tell the other gangs to get me, or -- he was --
 6  he was just a bad cop.
 7        Q.    How many times did Guevara drive
 8  around -- or find you on the street and take your
 9  picture?
10        A.    Twice.
11        Q.    When was that?
12        A.    After they released me.  After they
13  released me.  I don't know what day it was, but I
14  remember.
15        Q.    And you said he threw you up against
16  the wall and took your picture?
17        A.    Yeah.  With one of those old instant
18  cameras that you press and the picture comes out.
19        Q.    The Polaroids?
20        A.    Yeah, Polaroids, right.
21        Q.    Did he -- was anyone with him when he
22  did this?
23        A.    Yes.  But I don't know who the officer
24  was.
```

 1      Q.    Paragraph 14 says:  I'm only willing to
 2  come forward now because I've learned that Reynaldo
 3  Guevara is no longer a police officer of the law
 4  and is being investigated and has taken the Fifth
 5  Amendment.
 6              Do you see that?
 7      A.    Yes.
 8      Q.    Okay.  How did you learn that Reynaldo
 9  Guevara is no longer a police officer?
10      A.    From -- I believe it was either Ricardo
11  Rios or the lawyer.
12      Q.    Okay.
13      A.    Because I was scared to do this at
14  first, but he told me that he wasn't an officer no
15  more.
16      Q.    Why were you scared to do this at first?
17      A.    Why?  Because it's been so many years,
18  I don't want to be going through this stuff, going
19  to court and ... I'm getting away -- I'm away from
20  all that stuff.
21              I hope this is the last time I have
22  to come.
23      Q.    Well, no promises.
24              When the lawyer and -- asked you

 1  to -- or was talking to you about this affidavit,

 2  did he explain to you that you may then have to

 3  testify after you drafted and signed this affidavit?

 4        A.    Yes.

 5        Q.    How did you learn that Reynaldo Guevara

 6  was being investigated?

 7        A.    I believe the lawyer told me.

 8        Q.    Did he tell you what he was being

 9  investigated for?

10        A.    No.

11        Q.    Do you know what he was being

12  investigated for?

13        A.    My mom told me.  She seen it on the

14  Spanish station.  They talked about Officer Guevara.

15              She didn't say Guevara.  She just

16  said there was some officers that were being

17  investigated for arresting people, or paying

18  witnesses to come forward, or something like that.

19        Q.    Your mom saw something on the Spanish

20  station --

21        A.    Yeah.

22        Q.    -- about an officer who was -- I'm

23  sorry.  Can we back up?

24              Your mom saw something on the

1  Spanish station, right?

2        A.    Yeah.

3        Q.    And it was about an officer who was

4  doing what?

5        A.    That they were being investigated for --

6  for -- I don't know if falsely convicting people

7  or something like that.

8              But I just told her that that's

9  something that I heard about this officer.

10       Q.    Did she say, when she watched this news

11 report, that it was Guevara?

12       A.    No.  She didn't give me no name.

13       Q.    But you told her about Guevara then,

14 right?

15       A.    Yeah.

16       Q.    Do you remember when this was?

17       A.    A couple months ago.

18       Q.    And how did you learn that Reynaldo

19 Guevara has taken the Fifth Amendment?

20       A.    The lawyer told me.

21       Q.    And then if we go to the last page --

22 the next page, I guess -- is that your signature on

23 this page?

24       A.    Yes.

1      Q.    Do you know somebody by the name of

2  Luis Huertas?

3      A.    (Shaking head.)  No.

4      Q.    No?  What about Samantha Hudson?

5      A.    No.

6      Q.    James Dean?

7      A.    No.

8      Q.    What about Mario Flores?

9      A.    No.

10     Q.    Javier Torres?

11     A.    Javier Torres.  No.

12     Q.    What about somebody that goes by the

13 nickname Loco?

14     A.    Loco, no.

15     MS. CARNEY:  I think I might be done, but

16 that doesn't mean that the other lawyers are.

17          So I'm going to take a quick break

18 to go over my notes, and then there may be some

19 more questions that we need to ask.

20     THE WITNESS:  Okay.

21     MS. CARNEY:  Is that okay?

22     THE WITNESS:  Okay.

23     VIDEO TECHNICIAN:  Going off the video record

24 at 12:14 p.m.

```
 1                    (Recess taken.)

 2         VIDEO TECHNICIAN:  This is the continuation

 3   of media unit two.  We are back on the video record

 4   at 12:22 p.m.

 5   BY MS. CARNEY:

 6         Q.   All right, Mr. Garcia.  Unfortunately,

 7   I was wrong; I'm not done yet.

 8              I wanted to go back to a little bit

 9   about the gangs that we had talked about earlier.

10   You had mentioned that in -- at least in 1989, and

11   up until about -- I guess -- let me ask you this:

12              Starting around the time you were 15,

13   you were in the Latin Kings, right?

14         A.   Yeah.

15         Q.   And then what year would you say that

16   you left all that behind?

17         A.   I'd say ... it was in 199- -- 199- --

18   wait a minute.  2000.  My God.  It's been about

19   30 years.

20         Q.   So that would --

21         A.   Or at least 25 years.  25 years ago.

22         Q.   So late '90s-early 2000s?

23         A.   Yes.

24         Q.   Okay.  How old were you then?
```

CRISTINO GARCIA, 07/19/2023                                    Page 81

```
 1                    I'm bad at math.
 2        A.    I remember I was like 30?
 3        Q.    Okay.  When you were a member of the
 4   Latin Kings, did you hold a rank?
 5        A.    No.
 6        Q.    What was somebody without a rank
 7   considered?
 8              Was there a name for somebody without
 9   a rank?
10        A.    No.
11        Q.    Okay.  Did you have any, for lack of a
12   better word, jobs, as somebody who was not ranked?
13        A.    No.
14        Q.    We talked a little bit about José
15   "Macho" Melendez earlier.
16              He was also a Latin King, right?
17        A.    Yeah.
18        Q.    Okay.  Do you know if he had a rank in
19   the gangs?
20        A.    No, he didn't.
21        Q.    What about Baby, did he have a rank?
22        A.    No.
23        Q.    Was Ricardo Rios part of the Latin
24   Kings?
```

1      A.    Yes.

2      Q.    Did he have a rank?

3      A.    No.

4      Q.    And what about Jaime Rios, did he have

5  a rank?

6      A.    No.

7      Q.    What were the -- what was the hierarchy

8  in the Latin Kings back in 1989?

9      A.    The what?

10      Q.    The rankings.  Like what -- can you --

11  do you remember how that was set up?

12      A.    No.  Those guys, I think -- I think

13  they've died already, passed away.

14      Q.    Not the specific people.  Just if there

15  was any sort of ranking system within the gang,

16  do you remember what those ranks were called, or

17  what ...

18      A.    Like a chief?

19      Q.    Yeah, that kind of -- like, so was the

20  chief the highest?

21      A.    Yeah.

22      Q.    Okay.  So then how did it kind of flow

23  down from there?  There was the chief.  Then what?

24      A.    The chief, and then the second in

1  command?

2       Q.    Is that what it was called?

3       A.    No.  Caciques.

4       Q.    You're going to have to help me out

5  with that one.  How is that ...

6       A.    It's just -- I don't know.

7       Q.    Can you spell that?

8       A.    No.

9       Q.    Okay.  Was there anybody under the --

10 can you say that again?

11      A.    Cacique.

12      Q.    Cacique?

13      A.    No.

14      Q.    Did the Latin Kings have anybody that

15 was like a foot soldier?

16      A.    Yeah.  Everybody else.

17      Q.    Okay.  So anybody who didn't have a

18 rank was just kind of a foot soldier.

19      A.    Yeah.

20      Q.    So would you have been considered a foot

21 soldier in the Latin Kings?

22      A.    Yeah.

23      Q.    Got it.  Okay.

24             I want to go back and ask a couple

CRISTINO GARCIA, 07/19/2023                                      Page 84

1   of questions about your -- the convictions we talked

2   about earlier.

3                   I think you mentioned that you had

4   an arrest in 1991 for possession.

5                   Do you recall being arrested in 1991

6   for possession of controlled substance?

7        A.    Yes.

8        Q.    Okay.  What substance was that?

9        A.    Cocaine.

10       Q.    Is that the arrest where you ended up

11  going to a drug treatment program?

12       A.    Yes.

13       Q.    Okay.

14       A.    No.  No, I didn't.

15       Q.    No?  How long had you been using cocaine

16  prior to your arrest in 1991?

17       A.    Like two years.

18       Q.    And did you spend any time in jail or

19  prison for your arrest for possession of controlled

20  substance in 1991?

21       A.    Yes.

22       Q.    How long?

23       A.    Two -- I think it was two and a half.

24  Two and a half years.

```
 1        Q.    And then you said -- I think the 1993

 2   arrest was the unlawful use of a weapon and a

 3   possession charge; is that how you remember it?

 4        A.    Yes.

 5        Q.    Okay.  What was -- what drug were you

 6   charged with possessing?

 7        A.    Oh, in '93?

 8        Q.    Yeah.

 9        A.    In '93?  No, it wasn't no drugs.

10        Q.    No drugs in 1993?

11              Just unlawful use of a weapon?

12        A.    Yeah.  That was the gun that I took

13   from this guy, and that I got caught with it.

14        Q.    Okay.

15        A.    That's what I -- that's when I had got

16   five years -- five years' probation and two years'

17   drug treatment.

18        Q.    Got it.  Did you complete that two

19   years of drug treatment?

20        A.    Yes.

21        Q.    Where did you do that?

22        A.    Interventions.  57th and Wood.

23        Q.    And was that still for cocaine use?

24        A.    Yes.
```

```
 1        Q.    Okay.  And then I think you had said
 2   2000, but could it have been 2001 that you were
 3   arrested for the second UUW?
 4        A.    2001?  Yeah.
 5        Q.    Okay.
 6        A.    I think it was 2000, because I remember
 7   my dad had passed away.
 8        Q.    When did your dad pass away?
 9        A.    In 2000.
10        Q.    And where did you get the gun that you
11   were charged with in that arrest?
12        A.    I didn't have a gun.
13              They were chasing these gangbangers,
14   and they threw the gun.  And I was drunk in the
15   street, and they put it on me.
16        Q.    Did you have two different arrests for
17   possession of a controlled substance in 2020, or
18   just one?  Do you remember?
19        A.    2020?
20        Q.    Yeah.  Most recently.
21        A.    Yeah.
22        Q.    They were two different arrests?
23        A.    Yes.
24        Q.    Both for heroin?
```

CRISTINO GARCIA, 07/19/2023                                    Page 87

```
 1        A.    Yes.
 2        Q.    And that was when you got sent to this
 3  most recent drug treatment program, right?
 4        A.    Yes.
 5        Q.    And you've complete that program, right?
 6        A.    Yes.
 7        Q.    Back in 1989, in June-July of 1989,
 8  were you on any drugs, or were you using any drugs?
 9        A.    1989?
10        Q.    (Nodding.)
11        A.    Yeah.  Yes.
12        Q.    What were you using back in 1989?
13        A.    Marijuana and cocaine.
14        MS. CARNEY:  Okay.  I am -- for real, I am
15  done this time.  But Mr. Polick down there has some
16  more questions for you.
17                  So thank you.
18        THE WITNESS:  Okay.
19                     EXAMINATION
20  BY MR. POLICK:
21        Q.    Do you need take to take a break,
22  Mr. Garcia?  Or are you --
23        A.    No.  I'm fine.
24        Q.    Okay.  You'll let me know if you need
```

CRISTINO GARCIA, 07/19/2023                                    Page 88

1  to take a break?

2       A.    Okay.

3       Q.    The same rules are going to apply that

4  Ms. Carney told you when she started.  So if you

5  don't understand a question that I'm asking you,

6  please let me know, and I'll try to rephrase it so

7  you do understand it.

8             Nobody's trying to trick you here.

9  So if you don't understand a question, please tell

10 me, and I'll try to rephrase it.  Okay?

11      A.    Okay.

12      Q.    If you don't tell me anything, I'm

13 going to assume you understand my question.

14            Is that fair?

15      A.    Yes.

16      Q.    Okay.  Do you understand you're still

17 under oath to tell the truth?

18      A.    Yes.

19      Q.    All right.  You told us that your sister

20 Nori brought you here today?

21      A.    Yes.

22      Q.    And she also drove you to 26th and

23 California when Mr. Jaime Rios's case was going

24 on --

```
 1        A.    Yes.

 2        Q.    -- about a year ago; is that correct?

 3        A.    A year ago?

 4        Q.    Yeah.

 5        A.    Was it -- has it been -- I don't know

 6   if it's been that long.

 7        Q.    Okay.  But nonetheless, your sister

 8   Nori drove you to the courthouse over at --

 9        A.    Yes.

10        Q.    -- 26th and California?

11        A.    Yes.

12        Q.    Do you have a valid driver's license?

13        A.    No.

14        Q.    Has your driver's license been suspended

15   or revoked?

16        A.    No.

17        Q.    Why is it that you don't have a driver's

18   license?

19        A.    I never went to take the test.

20        Q.    Have you ever driven a car?

21        A.    Yes.

22        Q.    When was the last time you had a car

23   that you drove?

24        A.    I haven't owned a car in a long time.
```

 1        Q.     When was the last time you had a valid

 2    driver's license?

 3        A.     I never had a driver's license.

 4        Q.     Never?

 5        A.     Never.

 6        Q.     When did you first meet Jaime Rios?

 7        A.     Did I meet him?  The first time?

 8        Q.     Yeah.  When did you first meet him?

 9        A.     I met him when I was in St. Charles.

10    He went to visit his brother.

11        Q.     So the first time you met Jaime is when

12    he came to visit his brother Ricardo while you and

13    Ricardo were serving time at St. Charles.

14        A.     Yes.

15        Q.     And by St. Charles, you mean the

16    juvenile detention facility there; correct?

17        A.     Yes.  Yes.

18        Q.     And you said you were in St. Charles

19    following your arrest for the shooting incident at

20    the schoolyard in 1986; correct?

21        A.     Yes.

22        Q.     And what schoolyard did that shooting

23    take place at?

24        A.     Roberto Clemente High School.

```
 1        Q.    And Roberto Clemente High School is

 2   in the neighborhood where you were living in 1986,

 3   at --

 4        A.    Yes.

 5        Q.    -- 1340 North Bell.

 6        A.    Yes.

 7        Q.    How old were you when you were released

 8   from the detention facility in St. Charles?

 9        A.    17.

10        Q.    And after being released from

11   St. Charles, did you return to your home at

12   1340 North Bell in Chicago?

13        A.    Yes.

14        Q.    And that's where you were living in June

15   of 1989.

16        A.    Yes.

17        Q.    And who did you live there with?

18        A.    My mother.

19        Q.    And how about your sister Maria, where

20   did she live in June of 1989?

21        A.    She was living with her -- with her --

22   with her spouse.

23        Q.    When you returned from -- or strike

24   that.
```

```
 1                  When you returned to Chicago after
 2    being released from St. Charles and went back to
 3    live at 1340 North Bell, did you see Jaime Rios
 4    again?
 5          A.     Probably in the street, yeah.
 6          Q.     And do you know where Jaime Rios lived
 7    in June of 1989?
 8          A.     Where he was living?  Yes.
 9          Q.     Where was he living in June of 1989?
10          A.     With his -- with Diana, his girlfriend.
11          Q.     So he lived with his girlfriend, Diana
12    Rodriguez?
13          A.     Yes.
14          Q.     And do you know the address of where
15    they were living?
16          A.     No.
17          Q.     Did you know Jaime Rios and Ricardo
18    Rios's mother?
19          A.     No.  Not really, no.  I never met her.
20          Q.     Do you know where their mother lived?
21          A.     Where -- yeah.  Yes, I did.
22          Q.     Okay.  Where did Jaime and Ricardo
23    Rios's mother live?
24          A.     On Wolcott.
```

1          Q.    Do you know where on Wolcott?

2          A.    No, not the address.

3          Q.    Did you ever go over to the home of

4     Jaime and Ricardo Rios's mother on Wolcott?

5          A.    No.

6          Q.    And in June of 1989, was Jaime Rios

7     living with Diana with his mom on Wolcott, or were

8     they living somewhere else?

9          A.    I think he was living with his

10    girlfriend.

11         Q.    Okay.  At the time, Jaime Rios and

12    Diana Rodriguez were living together at 1440 North

13    Leavitt; isn't that right?

14         A.    Yeah.  It was on Leavitt Street, yes.

15         Q.    In June of 1989.

16         A.    Yes.

17         Q.    Diana Rodriguez's family owned that

18    building, didn't they?

19         A.    Yes, they did.

20         Q.    Did you ever visit Jaime Rios and Diana

21    Rodriguez at 1440 North Leavitt?

22         A.    Visit them?

23         Q.    Yeah.  Did you ever go over there?

24         A.    Yeah.

CRISTINO GARCIA, 07/19/2023                                    Page 94

```
 1        Q.    How many times --

 2        A.    We --

 3        Q.    Strike that.  How often would you go

 4   over and see them at 1440 North Leavitt?

 5        A.    I wouldn't go over there to see them in

 6   their house.  We'd just hang around the block, you

 7   know, just ...

 8        Q.    Because you're about a -- you lived

 9   about a block away --

10        A.    Yes.

11        Q.    -- on Bell.

12        A.    Yes.

13        Q.    That would just be the next block west.

14        A.    Yes.

15        Q.    You were in the 1300 block of Bell,

16   right?

17        A.    Yes.

18        Q.    And they were on the 1400 block of

19   Leavitt?

20        A.    Yes.

21        Q.    So when you would see them, you would

22   see them in the neighborhood.

23        A.    Yes.

24        Q.    Fair to say?
```

1      A.    Yes.

2      Q.    All right.  But you had been to their

3  home there at 1440 North Leavitt?

4      A.    Did I do what?

5      Q.    Did you go to their home at all at

6  1440 North Leavitt?

7      A.    Probably once, twice.

8      Q.    Would they ever come to your home at

9  1340 --

10     A.    No.

11     Q.    -- North Bell?

12     A.    No.

13     Q.    Were you friends with Jaime Rios back

14  in June of 1989?

15     A.    We knew each other, yes.  I'll say yes.

16     Q.    And you told us he was a Latin King at

17  that time; correct?

18     A.    Yes.

19     Q.    Was he also part of that Leavitt set?

20     A.    Yes.

21     Q.    How about José "Macho" Melendez, was he

22  also part of the Latin King Leavitt set?

23     A.    Yes.

24     Q.    And how about Benjamin Carrero, who you

1   referred to by the nickname Baby, was he also part

2   of the Latin King Leavitt set?

3           A.    Yes.

4           Q.    Would your sister, Maria Garcia, would

5   she visit with Jaime Rios and Diana Rodriguez at

6   their home at 1440 North Leavitt?

7           A.    Yes.

8           Q.    And would Jaime Rios call you Tino when

9   he saw you?

10          A.    Yes.

11          Q.    And what did you call Jaime Rios when

12  you saw him?

13          A.    Jaime.

14          Q.    Did you know Jaime by any nicknames?

15          A.    No.

16          Q.    You told us that you were never in the

17  same prison with Jaime Rios; correct?

18          A.    Correct.

19          Q.    But you did serve time with his brother

20  Ricardo in St. Charles.

21          A.    Yes.

22          Q.    Did you ever serve time with his brother

23  Ricardo at any other IDOC facility?

24          A.    No.

1      Q.    You told Ms. Carney that back in 1989,

2  you were doing drugs, specifically marijuana and

3  cocaine; correct?

4      A.    Yes.

5      Q.    How often during the week would you

6  smoke marijuana back in, we'll say June of 1989?

7      A.    Every day.

8      Q.    And back in June of 1989, how often

9  would you do -- use cocaine?

10     A.    I had a bad habit.

11     Q.    Okay.  When you say you had a bad

12 habit --

13     A.    Yeah.  I was doing it like every other

14 day, yeah.

15     Q.    And then back in June of 1989, did you

16 drink alcohol?

17     A.    Yes.

18     Q.    What kind of alcohol did you drink back

19 in June of 1989?

20     A.    Lowenbrau.  Beer.

21     Q.    Other than beer, did you drink any

22 other alcohol back in June of 1989?

23     A.    No.

24     Q.    And how often would you drink beer back

1   in June of 1989?

2        A.    You can say almost every day.

3        Q.    And when you drank beer every day, how

4   much would you be drinking?

5        A.    A six-pack.

6        Q.    A day?

7        A.    Yeah.  Yes.

8        Q.    I want to go back to your affidavit.

9              Do you still have that in front of

10  you --

11       A.    Yes.

12       Q.    -- that was marked as Exhibit 1?

13             When you were answering questions

14  earlier, you told us that you were in contact with

15  Mr. Jaime Rios's attorney regarding this affidavit.

16       A.    Yes.

17       Q.    Is that Mr. Richards, who's on the

18  screen here?

19       A.    Yes.

20       Q.    And was it Mr. Richards that explained

21  to you some of the language to use in this

22  affidavit?

23       A.    Yes.

24       Q.    And it was also Mr. Richards that told

1  you that Detective Guevara was no longer a police

2  officer?

3      A.    Yes.

4      Q.    Did Mr. Richards also tell you that

5  Detective Guevara was being investigated?

6      A.    Yes.

7      Q.    And did Mr. Richards also tell you that

8  Detective Guevara has taken the Fifth Amendment?

9      A.    Yes.

10     Q.    The first paragraph of your affidavit

11 there says:  I was not present in the area where

12 Mr. Luis Morales was harmed on June 27, 1989.

13           And you told us that you didn't know

14 Mr. Luis Morales; correct?

15     A.    Right.  Yes.

16     Q.    Did you know anyone that went by the

17 nickname New York or New Yorker?

18     A.    No.

19     Q.    Do you know anybody that went by the

20 name Jamaica?

21     A.    No.

22     Q.    Were you aware in the -- on June 27th

23 that Mr. Luis Morales had been shot and killed at

24 1316 North Western?

1          A.    No, I was not.

2          Q.    That's just a few blocks from where you

3    were living at the time, at 1340 North Bell, right?

4          A.    Yes.

5          Q.    1360 North Western is just a few blocks

6    west, right?

7          A.    Yes.

8          Q.    And at that time, were you aware that

9    Western Avenue was a gang boundary line?

10         A.    Yes.

11         Q.    And whose territory -- whose gang

12   territory was on the east side of Western?

13         A.    The east side?

14         Q.    Yes.  Your side.

15         A.    That was ours.

16         Q.    Meaning the Latin Kings?

17         A.    Yes.

18         Q.    And on the other side of Western, the

19   west side, whose gang territory was that?

20         A.    Folks.

21         Q.    Do you know any particular gangs in the

22   Folks nation that it was their territory there at

23   the 1300 block of North Western?

24         A.    That was Disciples, Cobras; whatever

CRISTINO GARCIA, 07/19/2023                    Page 101

```
 1  they was.
 2       Q.    Did you know it to be the territory of
 3  the Spanish Cobras?
 4       A.    They were there, yes.
 5       Q.    Did you know that there was a Spanish
 6  Cobra bar there near 1316 North Western?
 7       A.    No, I don't.
 8       Q.    And the Latin Kings were rivals with the
 9  Spanish Cobras; correct?
10       A.    Yes.
11       Q.    Were you aware in late June of 1989
12  that a Spanish Cobra had been killed at 1316 North
13  Western, just a few blocks from your home?
14       A.    No, sir.
15       Q.    You say in your affidavit that on
16  June 27, 1989, that you were at home with your
17  girlfriend, Hermina Cruz, and your mother, Elena
18  Carrau; correct?
19       A.    Yes.
20       Q.    Do you know what time it was that you
21  had ordered pizza and rib tips from Father and
22  Son's Pizza?
23       A.    No, not really.  I can't remember that.
24       Q.    Did you meet up with Jaime Rios later
```

1   that evening on June 27, 1989?

2          A.    No.

3          Q.    Did you have access to a handgun back

4   in June of 1989?

5          A.    No, I didn't.

6          Q.    Did Jaime Rios ever tell you that Folks

7   had driven past his home at 1440 North Leavitt,

8   where he lived with Diana, and shot at him and

9   Diana and others that were present?

10         A.    No.

11         Q.    Did Jaime Rios ever ask you to go with

12  him to retaliate against those Folks that had shot

13  at him and his girlfriend at 1440 North Leavitt?

14         A.    No.

15         Q.    Did you ever go get a gun and go with

16  Jaime Rios to retaliate against the Folks that had

17  shot at him and Diana Rodriguez at 1440 North

18  Leavitt?

19         A.    No.

20         Q.    Do you know someone by the name of

21  Lamont Burr?

22         A.    No, I don't.

23         Q.    Do you know someone by the name of Alex

24  Lopez?

```
 1          A.    Alex Lopez?

 2          Q.    Yes.

 3          A.    Yes.

 4          Q.    And how do you know Alex Lopez?

 5          A.    He went to school with me.

 6          Q.    And did he live at 1448 North Bell back

 7   in June of 1989?

 8          A.    If that was -- yes.

 9          Q.    So that would be just a block north of

10   where you lived.

11          A.    Yes.

12          Q.    What school did you and Alex Lopez go

13   to together?

14          A.    José Diego.

15          Q.    So you were in grammar school together.

16          A.    Yes.

17          Q.    How about June of 1989, were you still

18   in school at that time?

19          A.    No.

20          Q.    Did you graduate from grammar school?

21          A.    I would -- yes, you could say so.

22          Q.    Well, I don't want to say so --

23          A.    No, I'm telling you --

24          Q.    You tell me.
```

1      A.    No.   They gave me my -- I got -- I got

2   shot before I graduated from grammar school.   And

3   then, when I got out the hospital, they gave me my

4   diploma.

5      Q.    All right.   So you did receive a high

6   school diploma.

7      A.    No, not high school.   Grammar school.

8      Q.    Or -- I'm sorry.   Grammar school

9   diploma.

10      A.    Yes.

11      Q.    Thank you for correcting that.

12            So after getting your grammar school

13   diploma, did you go and attend high school?

14      A.    No.

15      Q.    Did you ever attend high school?

16      A.    I went to -- to this Anderson mobile.

17   It was just for one year.   But I never completed it.

18      Q.    Did you ever obtain your GED?

19      A.    No.

20      Q.    Was it ever a condition of any of the

21   sentences you received for your convictions that

22   you told us about that you obtain your GED, or take

23   GED classes?

24      A.    No.

1      Q.    Was Alex Lopez a member of the Latin

2  Kings?

3      A.    No.

4      Q.    Were you related in any way to Alex

5  Lopez --

6      A.    No.

7      Q.    -- by blood or marriage?

8      A.    No.

9      Q.    How often would you see Alex Lopez back

10 in June of 1989?

11     A.    I'll say almost every day.

12     Q.    Did you ever ask Alex Lopez to hold a

13 gun for you?

14     A.    No.

15     Q.    How long have you known Benjamin

16 Carrero, who you referred to as Baby?

17     A.    How long have I known him?

18           When I was -- when I was young.  We

19 used to play ball together.

20     Q.    So how old were you when you say you

21 were young when you first met Mr. Carrero?

22     A.    Probably 13.

23     Q.    And when you say you played ball

24 together, was that baseball, basketball?

```
 1        A.    Yeah, baseball.
 2        Q.    Where did you play baseball at?
 3        A.    Wicker Park.
 4        Q.    Did Jaime Rios ever play baseball with
 5   you and Mr. Carrero at Wicker Park?
 6        A.    No.
 7        Q.    How about his brother Ricardo?
 8        A.    No.
 9        Q.    Do you know where Mr. Carrero was living
10   in June of 1989?
11        A.    Carrero -- Carrero was Baby, right?
12        Q.    Yes.
13        A.    Okay.  He lived there right across the
14   street from the playground, from the park.
15        Q.    Does 1419 North Wicker Park sound
16   correct?
17        A.    Yes.
18        Q.    Had you ever been to Mr. Carrero's home?
19        A.    Inside, no.
20        Q.    Outside?
21        A.    Yes.
22        Q.    How many times had you been outside
23   Mr. Carrero's home at 1419 North Wicker Park?
24        A.    Whenever we played ball, we'd just hang
```

1  out outside.

2       Q.    Did you ever ask Mr. Carrero to hold a

3  gun for you?

4       A.    No.

5       Q.    Did Jaime Rios ever tell you that he

6  told Ben Carrero to hold a gun for him, and that

7  Mr. Carrero took the gun and held it?

8       A.    No, he didn't tell me that.

9       Q.    Do you know where Mr. José "Macho"

10 Melendez lived back in June of 1989?

11      A.    No, I don't.  No, I didn't.

12            I didn't know where he lived at.

13      Q.    Had you ever been to his home?

14      A.    No.

15      Q.    Had he ever been to your home?

16      A.    Yes.

17      Q.    How many occasions?

18      A.    I can't figure -- whenever he wanted to

19 talk to me.

20      Q.    How often would he come to your home at

21 1340 North Bell?

22      A.    Well, I wouldn't -- I didn't let nobody

23 in my house 'cause my mom, you know, she didn't --

24 she wouldn't let my friends upstairs.

```
 1                 So we would talk outside.
 2         Q.    Are you related by blood or marriage to
 3  Mr. José "Macho" Melendez?
 4         A.    No.
 5         Q.    Did you know Benjamin Carrero's
 6  girlfriend, Iris Mendez?
 7         A.    Yes.
 8         Q.    Did you know her about the same time
 9  you knew Mr. Carrero?
10         A.    I knew that was his girlfriend, yes.
11         Q.    Did you know that she and Mr. Carrero
12  were living together at 1419 North Wicker Park back
13  in June and July of 1989?
14         A.    Yes.
15         Q.    Do you know anything about their home
16  at 1419 North Wicker Park being searched by the
17  police on July 9th of 1989?
18         A.    No, sir.
19         Q.    They never told you that the police
20  searched their home?
21         A.    No.
22         Q.    They never told you that they were
23  arrested following the search of their home?
24         A.    No, they didn't.
```

1        Q.    Did Iris Mendez ever tell you that she

2   threw a gun out the window when the police were

3   searching the home --

4        A.    No.

5        Q.    -- at 1419 North Wicker Park?

6        A.    No, she didn't tell me that.

7        Q.    Did you know any of the Spanish Cobras

8   by name or by recognizing them?

9        A.    Yes.

10       Q.    Who were some of the Spanish Cobras

11  that you knew back in June and July of 1989?

12       A.    Juan Johnson.

13       Q.    Did he have a nickname?

14       A.    No.  I knew him -- I knew him from

15  school.

16       Q.    Anybody else that you knew or recognized

17  from the Spanish Cobras gang back in June and July

18  of 1989?

19       A.    Javier.  He's a counselor at the drug

20  program where I was at.

21       Q.    Is that Javier Torres?

22       A.    I don't know his last name.  I don't

23  think it was, though, Torres.

24       Q.    He was a drug counselor at the

```
 1  Interventions place that you mentioned --

 2        A.    No.

 3        Q.    -- or somewhere else?

 4        A.    No.  It's called -- it's on Lake, Lake

 5  and Sacramento.

 6              Wow.  I forgot the name.

 7        Q.    Did Javier go by a nickname when you

 8  knew him?

 9        A.    No.

10        Q.    Anybody else in the Spanish Cobra gang

11  that you knew or recognized back in June or July of

12  1989?

13        A.    No.

14        Q.    Do you know any Spanish Cobra that went

15  by the nickname Flash?

16        A.    No.

17        Q.    Do you know any Spanish Cobra that went

18  by the nickname Loco back in June or July of 1989?

19        A.    No.

20        Q.    Do you know a police detective by the

21  name of Ernest Halvorsen?

22        A.    No, I don't.

23        Q.    Does that name mean anything to you at

24  all?
```

```
 1          A.      What is it?

 2          Q.      Ernest Halvorsen.

 3          A.      No.

 4          Q.      Do you know a police detective by the

 5   name of Michael Mason?

 6          A.      No.

 7          Q.      Does that name mean anything to you at

 8   all?

 9          A.      No.

10          Q.      Do you know a police officer by the

11   name of Daniel Noon?

12          A.      No.

13          Q.      So the two police officers that you

14   told us about today were Officer Aubrey O'Quinn and

15   Rey Guevara; correct?

16          A.      Yes.

17          Q.      And you told us that Officer Quinn was

18   the officer that arrested you for the 1986 shooting

19   at Clemente High School.

20          A.      Yes.

21          Q.      And then the first time you met Rey

22   Guevara was when Officer Quinn arrested you at the

23   end of July 1989 and brought you over to Grand and

24   Central.
```

```
 1        A.    Yes.
 2        Q.    You had no contact with Officer Guevara
 3   prior to that, or before that?
 4        A.    No.
 5        Q.    Were there any other officers you knew
 6   in the neighborhood by name?
 7        A.    I don't know if the guy -- if the
 8   officer's name is Daly, somebody named Daly.
 9        Q.    Was he a uniformed officer or a
10   plainclothes officer?
11        A.    He was a detective.  Yeah, plainclothes.
12        Q.    Any other Chicago police officers you
13   knew by name or recognized back in June and July of
14   1989?
15        A.    Bruce.  That's all I know is Bruce.
16        Q.    Bruce, did you say?
17        A.    Bruce, yeah.
18        Q.    Was he a uniformed officer, or --
19        A.    Detective.
20        Q.    -- detective?
21        A.    As a matter of fact, Bruce arrested me
22   and took me to the station, and then they released
23   me.  And then Daly arrested me and took me to the
24   police station and let me go.
```

```
 1                   I didn't mention that because I
 2    was -- I didn't think it was important.
 3         Q.    Okay.  Any other Chicago police officers
 4    you knew by name or recognized back in the June-
 5    July 1989 time frame?
 6         A.    No.
 7         Q.    So when you got to Grand and Central
 8    when Officer O'Quinn brought you there, do you
 9    remember what floor he brought you to in that
10    building?
11         A.    Second floor.
12         Q.    And he placed you in a room on the
13    second floor.
14         A.    Yeah.
15         Q.    And that's where you met Officer -- or,
16    excuse me -- yes, Officer Guevara and the state's
17    attorney; correct?
18         A.    Yes.
19         Q.    Were they in the room together when you
20    got in the room?
21         A.    I was in there alone at first.  And
22    then she came in, sat down, and told me that I
23    wasn't -- that she's not my lawyer, that she's a
24    state attorney.
```

```
 1                    And then that's when Guevara came in

 2   afterwards.

 3        Q.    So the state's attorney, the female

 4   state's attorney, came into the room first?

 5        A.    Yes.

 6        Q.    And then Officer Guevara entered the

 7   room.

 8        A.    Yes.

 9        Q.    Can you describe the female state's

10   attorney to me?

11        A.    She was Hispanic.  She was Lat- --

12   Hispanic and very pretty.  That's all I remember.

13        Q.    Anything else you remember about her?

14        A.    (Shaking head.)

15        Q.    You don't recall a name at all?

16        A.    Uhn-uhn.

17        Q.    You have to answer out loud --

18        A.    Oh.  No, no.

19        Q.    -- so the court reporter can take

20   down -- that's all right.  You're okay.  You've

21   been doing fine.

22                    Was she the only state's attorney

23   that you had contact with at Grand and Central?

24        A.    Yes.
```

CRISTINO GARCIA, 07/19/2023                                    Page 115

1          Q.    And you told us that while you were in
2     the interview room, Officer O'Quinn, he was outside
3     the room; is that correct?
4          A.    Yes.
5          Q.    Did he ever come into the room while
6     Guevara was in there with you?
7          A.    Once.
8          Q.    How long did he stay in the room?
9          A.    About five, six minutes, something --
10    about five minutes.
11         Q.    Did Officer O'Quinn abuse you or strike
12    you or hit you in any way?
13         A.    No.
14         Q.    Did he yell or scream at you?
15         A.    No.
16         Q.    Did he ever try to force you to sign
17    something?
18         A.    No.
19         Q.    That was only Guevara that did that.
20         A.    Yes.
21         Q.    Did anyone -- strike that.
22               Did any other detective or officer
23    come into the room and speak to you besides Officer
24    Guevara?

```
 1        A.    No.
 2        Q.    All right.  So going back to your
 3   affidavit, on the second page at paragraph 6 there,
 4   you say:  There I was interrogated by a number of
 5   officers, one which was Detective Reynaldo Guevara.
 6              Do you see that?
 7        A.    Yes.
 8        Q.    So when you said you were interrogated
 9   by a number of officers, that wasn't true, was it?
10        A.    It was Detective O'Quinn and Guevara.
11        Q.    All right.  But you just told me that
12   O'Quinn was in the room for a brief period of time;
13   correct?
14        A.    Yes.
15        Q.    But he didn't abuse you in any way;
16   correct?
17        A.    Right.
18        Q.    And did he question you at all?
19        A.    I don't remember that.
20              I don't remember he did.
21        Q.    It was Detective Guevara who questioned
22   you about a murder, right?
23        A.    Yes.  Yes.
24        Q.    Did he tell you what murder he was
```

1   asking you about?

2         A.     He mentioned it, yes.

3         Q.     Do you recall anything about the murder

4   that Detective Guevara told you about?

5         A.     No.

6         Q.     Did he tell you who the victim was?

7         A.     No.

8         Q.     Did he tell you where the murder

9   occurred?

10        A.     No -- yes, he did.  He mentioned

11  Western.

12        Q.     Did he tell you what time of day or

13  night the murder occurred?

14        A.     No.

15        Q.     Did he ask you where you were on -- at

16  the time of the murder?

17        A.     He told me where was I at on this

18  certain date, and I knew that -- I heard in the

19  street what happened.

20               And when I was arrested, I told him

21  where I was at, at home.

22        Q.     So when you say you heard on the street

23  what happened --

24        A.     Yeah.

```
 1        Q.     -- what did you hear on the street had
 2   happened?
 3        A.     That somebody got shot.
 4        Q.     Where?
 5        A.     Where?  They didn't tell me where.
 6   They just said somebody got shot.
 7        Q.     Okay.  Well, fair to say back in June
 8   of 1989, there were a number of shootings that
 9   occurred in the neighborhood which you lived in;
10   correct?
11        A.     Probably, yeah.
12        Q.     That's fair to say, right?
13        A.     Yes.
14        Q.     In fact, people were getting shot about
15   every day back in June-July of 1989; fair to say?
16        A.     Yeah.
17        Q.     So when Detective Guevara was asking
18   you about this murder, and you say you had heard on
19   the street, how did you learn about -- what did you
20   learn about the murder on the street?  What details?
21        A.     There was no details told me.  There
22   was just, they're arresting people for something
23   that happened, and that's it.
24        Q.     Did you know if the murder was gang
```

1  related?

2       A.    No.

3       Q.    What did you hear on the street about

4  the murder?

5       A.    That somebody got shot on Western.

6       Q.    Did you know if the person who was shot

7  was a gang member?

8       A.    No.

9       Q.    Did you know if the person who did the

10 shooting was a gang member?

11      A.    No.

12      Q.    Was anything mentioned among your fellow

13 Latin King gang members about the shooting that had

14 occurred on Western on June 27th of 1989?

15      A.    No, sir.

16      Q.    Nobody talked about that.

17      A.    No.

18      Q.    So you were arrested on July 2- --

19 July 28th of 1989 by Officer O'Quinn at Evergreen

20 and Spaulding, right?

21      A.    Yes.

22      Q.    So that was about a month after this

23 murder had occurred.

24      A.    Yes.

1      Q.    And in that month, did you learn

2  anything more about the murder that had occurred

3  on Western back in June, at the end of June 1989?

4      A.    No.

5      Q.    So when Officer Guevara was asking you

6  about the murder, did you tell him at all that you

7  had heard about the murder on the street?

8      A.    No.

9      Q.    And you said, when he told you the date

10  of the murder, you told him where you were at that

11  time.

12      A.    Yeah, I told him where I was at.

13      Q.    Did you tell him anything else that you

14  knew?

15      A.    No.

16      Q.    And according to your affidavit, you

17  were allowed to make a phone call to your sister

18  Maria?

19      A.    Yes.

20      Q.    When you made the phone call, did they

21  take you to another room to do that?

22      A.    No.  It was -- outside the room there

23  was some desks.  I remember some desks.  There was

24  a desk, and I -- they just gave me a phone there,

```
 1   and one of them was on the other side, on a desk
 2   with the line open.
 3         Q.    All right.  So somebody took you out of
 4   the interview room, and you were in a larger area
 5   where there were a bunch of desks?
 6         A.    Yeah.
 7         Q.    And there were phones there.
 8         A.    Yeah.
 9         Q.    And they allowed you to make a phone
10   call from one of those phones.
11         A.    Yes.
12         Q.    And who took you from the interview room
13   to the desk area --
14         A.    Guevara.
15         Q.    -- to make the phone call?
16         A.    Guevara and Quinn.  They were both
17   together.
18         Q.    So when you say that Guevara overheard
19   your conversation, was he standing somewhere near
20   you when you were making --
21         A.    Like about two -- about two desks away.
22         Q.    And your sister Maria told you she would
23   get you an attorney.
24         A.    Yes.
```

1      Q.     And she was able to do that, right?

2      A.     Yes.

3      Q.     And do you know when the attorney came

4  to Grand and Central?

5      A.     After -- after they told me to hang up,

6  he was there like around 15 minutes later.

7      Q.     So shortly thereafter.

8      A.     Yeah.

9      Q.     And you don't remember the name of the

10 attorney.

11     A.     No.

12     Q.     And you were allowed to meet with the

13 attorney.

14     A.     Yes.

15     Q.     How long did you meet with the attorney

16 that came for you?

17     A.     He probably -- he stood there with me

18 for like close to an hour.

19     Q.     And were you allowed to talk to him

20 alone?

21     A.     It was a glass in front of us, and we

22 were talking through a phone, like that.

23     Q.     Okay.

24     A.     That's what I remember.  I -- yeah, we

 1   weren't -- we weren't like this.

 2          Q.    So it wasn't face to face?

 3          A.    Only when he walked in the room and

 4   Quinn told him that my lawyer's there.  And then

 5   that's when he walked out -- Guevara walked out,

 6   and my lawyer came in, and I told him that he was

 7   hitting me.  And then after that, that's when they

 8   separated us.  And they took me downstairs, and

 9   there was like a glass, and then you talked through

10   a phone, like that.

11          Q.    All right.  So it sounds like when --

12   and correct me if I'm wrong -- when your lawyer

13   first came to Grand and Central, you met with

14   him --

15          A.    Yeah.

16          Q.    -- on the second floor of the building --

17          A.    Yes.

18          Q.    -- at first.

19          A.    Yes.

20          Q.    And then, when you started telling him

21   what was going on, you were taken downstairs.

22          A.    Yes.

23          Q.    When you met with him on the second

24   floor, was it in the interview room that you were

1  originally in?

2         A.    Yes.

3         Q.    And then who took you down to the first

4  floor, Quinn -- O'Quinn?

5         A.    I don't remember.

6         Q.    Okay.  But somebody took you down --

7         A.    Yes.

8         Q.    -- to the first floor.

9         A.    Yes.

10        Q.    And that's where you're describing that

11  you spoke to your lawyer through like a phone --

12        A.    Yes.

13        Q.    -- but there was a glass separating you.

14        A.    Yes.

15        Q.    And he spent about an hour with you?

16        A.    Well, we -- on the phone right there,

17  we -- I'll say about a half hour.

18        Q.    And when you met with your lawyer, was

19  that before or after you stood in the lineups?

20        A.    I believe -- they put me in the lineup

21  after he left.

22        Q.    Both lineups were after he left?

23        A.    No.  When I got there, they put me in a

24  lineup.  They put me in a lineup, and then they

1  took me in the room.  And then after he came and

2  left, they put me in another lineup.  And then

3  that's when they released me.

4        Q.    All right.  So if I'm understanding you

5  correctly, one lineup took place before your lawyer

6  arrived --

7        A.    Yes.

8        Q.    -- at the station at Grand and Central?

9        A.    Yes.

10       Q.    And then another lineup occurred after

11  your lawyer --

12       A.    Yes.

13       Q.    -- was there.

14       A.    Yeah.

15       Q.    And did you tell your lawyer what

16  Guevara had done to you --

17       A.    Yes.

18       Q.    -- when you met with him?

19       A.    Yes.

20       Q.    Do you know if your lawyer made any

21  complaint to anybody at the police station about

22  what Guevara had done?

23       A.    He said -- I guess he -- he must have

24  spoke up for me, and they denied it.

```
 1                  They denied it, and then that's when
 2   he was -- when we were downstairs, he told me that
 3   he can't stay there with me all day, you know?
 4        Q.   So you told us that after Guevara
 5   overheard your phone conversation and knew you had
 6   a lawyer coming, that's when he got very physical
 7   with you.
 8                  That's what you have here in your
 9   affidavit in paragraph 8 on page 2, right?
10        MS. CARNEY:  Hey, Stephen, we can hear the --
11   we can hear your phone.
12        MR. RICHARDS:  Oh.  Okay.  Wait -- wait one
13   second.  Why don't we just ...
14                  Sorry.  Thank you.
15        MS. CARNEY:  Thank you.  Sorry, Joe.
16        MR. POLICK:  That's okay.
17   BY MR. POLICK:
18        Q.   I'm going to repeat that question,
19   Mr. Garcia.
20                  So you told us that when Officer
21   Guevara overheard your conversation with your
22   sister and knew that an attorney was coming, that's
23   when he got mad --
24        A.   Yes.
```

1    Q.    -- more mad with you.

2    A.    Yes.

3    Q.    And he became physical.  That's -- with

4  you.  That's what you have in your affidavit at

5  paragraph 8 on page 2, right?

6    A.    Yes.

7    Q.    And you say that he placed a phone book

8  on your head and then hit you across the head with

9  a billy club or flashlight until you fell to your

10  knees.

11    A.    Yes.

12    Q.    How many times did he hit you with the

13  billy club or flashlight?

14    A.    He hit me three times, and I was on the

15  ground.

16    Q.    So the first lineup that you were in,

17  did that take place at Grand and Central?

18    A.    Yes.

19    Q.    Was that on the second floor or the

20  first floor?

21    A.    I think it was on the second floor,

22  'cause I remember going through like a -- a well or

23  something.  They opened up a door and I went up

24  stairs like that (indicating).

1      Q.    Did you go from the interview room to

2  the lineup?

3      A.    Yes.

4      Q.    And how many other people were in the

5  lineup with you?

6      A.    Like three.

7      Q.    And do you know if you were identified

8  at all in that lineup?

9      A.    No.

10     Q.    You don't know, or you weren't?

11     A.    I wasn't.

12     Q.    Did somebody tell you you were not

13  identified?

14     A.    Guevara.

15     Q.    When you were placed in the room with

16  the other three participants in the lineup, who --

17  who brought everybody into that room, including

18  yourself?

19     A.    They were already in there when I got

20  in -- when I went there.

21           When I went in the room, they were

22  already there.

23     Q.    Okay.  And who brought you to the lineup

24  room from the interview room?

```
 1          A.    Another officer.

 2          Q.    I'm sorry?

 3          A.    Another officer.

 4          Q.    Not Guevara.

 5          A.    A blue -- yeah.  A blue clothes officer.

 6          Q.    An officer in a uniform?

 7          A.    Yes.

 8          Q.    Chicago Police uniform.

 9          A.    Yes.

10          Q.    Not a plainclothes officer.

11          A.    No, not plainclothes.

12          Q.    And then the second lineup that you were

13   in, that was after your lawyer had left, right?

14          A.    Yes.

15          Q.    Was that also at Grand and Central --

16          A.    Yes.

17          Q.    -- on the second floor?

18          A.    Yes.

19          Q.    And after speaking to your lawyer

20   downstairs, did you go back to the interview room

21   on the second floor?

22          A.    Yes.

23          Q.    And how long were you --

24          A.    No.  After the inter- -- wait.  After --
```

1        Q.    Yeah.

2        A.    After he left, they put me in the

3   lineup, and then they put me in the lockup with the

4   bars; like that, yeah.

5        Q.    All right.  So you spoke to your lawyer

6   for the most part downstairs in that building on

7   the first floor --

8        A.    Yeah.

9        Q.    -- through the glass and the phone that

10  you described earlier.

11       A.    Yes.

12       Q.    And then, after your lawyer left, were

13  you taken back up to the second floor?

14       A.    No.

15       Q.    You were taken to another lineup.

16       A.    Yes.

17       Q.    On the second floor.

18       A.    Yes.

19       Q.    And was it the same situation, where,

20  when you were brought to the lineup room, there

21  were already people in there?

22       A.    Yes.

23       Q.    Do you remember how many other people

24  were in the lineup?

```
 1        A.    Yeah.  It was the same guys that were
 2   there.
 3        Q.    Same guys.
 4        A.    Yeah.
 5        Q.    And do you know if you were -- when you
 6   say the same guys -- strike that.
 7              When you say the same guys were
 8   there for the lineup, do you mean the same three
 9   people --
10        A.    Yes.
11        Q.    -- that were there when you stood in
12   the first lineup?
13        A.    Yes.
14        Q.    And do you know if you were identified
15   in the second lineup?
16        A.    No.  They didn't -- they didn't tell me
17   nothing.
18        Q.    All right.  No one told you whether you
19   were identified or not.
20        A.    No.  They put me in the bullpen.
21        Q.    So after -- after that lineup was over,
22   did you go back to the interview room, or did you
23   go --
24        A.    No.
```

```
 1          Q.     -- downstairs to the lockup?

 2          A.     Lockup.

 3          Q.     When you got to the lockup, were you

 4   photographed and fingerprinted?

 5          A.     No.

 6          Q.     Did they put you in a cell there?

 7          A.     Yeah.  In the bullpen.

 8          Q.     And how long did you stay in the

 9   bullpen?

10          A.     They left me there for like an hour.

11          Q.     And then after that hour, then -- then

12   what's the next thing you remember happening?

13          A.     An officer, a blue clothes officer,

14   police officer, came, opened up the gate, and said,

15   Come on.

16                        And I said, Where are we going?

17                        And he said, We're letting you go.

18                        I said, Okay.  And I left.

19          Q.     So you got released from the station by

20   the lockup.

21          A.     Yeah.

22          Q.     You never went back to the second floor?

23          A.     No.

24          Q.     Never went back to the first floor?
```

```
 1        A.    No.  I was in the lockup.
 2                     I think the lockup is on the first
 3   floor.
 4        Q.    Okay.  And you recall leaving the
 5   station --
 6        A.    Yeah.
 7        Q.    -- from the lockup.
 8        A.    Yeah.
 9        Q.    And how did you get back to your home
10   from the station?
11        A.    My girlfriend was there.
12        Q.    Oh, she was.
13        A.    Yes.
14        Q.    And your girlfriend at the time was?
15        A.    Hermina Cruz.
16        Q.    Did she know that you were -- had been
17   taken to the station?
18        A.    Yes.
19        Q.    And she was waiting for you there when
20   you were released?
21        A.    Yes.
22        Q.    Other than Hermina Cruz, was anybody
23   else there?
24        A.    No.
```

```
 1        Q.    And did you return home with Hermina
 2   Cruz to your --
 3        A.    Yes.
 4        Q.    -- residence at 1340 North Bell?
 5        A.    Yes.
 6        Q.    When you got arrested on July 28th of
 7   1989 by Officer O'Quinn, did you already know that
 8   Jaime Rios had been arrested for the murder that
 9   had occurred on Western?
10        A.    Yes.
11        Q.    How did you learn that Jaime Rios had
12   been arrested for the murder that occurred on
13   Western?
14        A.    We lived on the block.
15              I mean, we -- we see each other all
16   the time.  And now I don't see him, people talk.
17   Man, they arrested him for that, and that's it.
18   That's how I found him -- that's how I found out.
19        Q.    So you found out from people on the
20   street?
21        A.    Yes.
22        Q.    Did your girlfriend, Hermina Cruz, tell
23   you that he -- Jaime had been arrested for --
24        A.    No.
```

1        Q.    -- the murder?

2        A.    No.

3        Q.    Did Jaime's girlfriend, Diana Rodriguez,

4  tell you that Jaime had been arrested for the murder

5  that occurred on Western back in June?

6        A.    She mentioned it, yes.

7        Q.    And others were talking about it as

8  well.

9        A.    Yes.  Yes.

10       Q.    Did you ever visit Jaime Rios when he

11  was in the Cook County Jail awaiting his trial?

12       A.    No.

13       Q.    Did any lawyer ever approach you and

14  ask you to testify on behalf of Jaime Rios when his

15  case went to trial?

16       A.    No.

17       Q.    Did you know that your sister, Maria

18  Garcia, testified for Jaime Rios?

19       A.    She did?  I don't remember.

20       Q.    Do you know that Jaime's girlfriend,

21  Diana Rodriguez, testified at his trial?

22       A.    I don't remember that.

23       Q.    Did Diana Rodriguez ever ask you to

24  testify for Jaime at his trial?

1          A.    No.

2          Q.    Did your sister Maria ever ask you to

3    testify for Jaime --

4          A.    No.

5          Q.    -- at his trial?

6                Did you want to testify for Jaime

7    Rios at his trial?

8          A.    Yes.

9          Q.    Why did you want to testify for Jaime

10   Rios at his trial?

11         A.    'Cause he was a friend of mine.  I'm

12   sorry.  He was a friend of mine.

13         Q.    Do you know where Jaime Rios was on

14   June 27th of 1989 at the time the murder occurred?

15         A.    No, I don't.

16         Q.    Do you have any information about that

17   murder that would have helped Mr. Jaime Rios at his

18   trial?

19         A.    Did I know any -- know information?

20         MR. RICHARDS:  Object to -- it's speculation.

21                Go ahead.

22         THE WITNESS:  No, sir.

23   BY MR. POLICK:

24         Q.    You say in your affidavit on page 3 at

1   paragraph -- I'm sorry.  Page 4 at paragraph 13:

2   I was not asked to testify at the trial of Jaime

3   Rios.  And had I been asked to testify, I would

4   have pled the Fifth.

5                  Why would you have pled the Fifth if

6   you were asked to testify?

7        A.    I don't understand the -- the question.

8                  Could you repeat the question?

9        Q.    Yes.  Sure.

10                 You just told me that you wanted to

11  testify --

12       A.    Yes.

13       Q.    -- for Jaime Rios at his trial.

14       A.    Yes.

15       Q.    But nobody ever asked you --

16       A.    No.

17       Q.    -- to testify; correct?

18       A.    Yes.

19       Q.    But in your affidavit here, you said if

20  you had been asked to testify, I would have pled

21  the Fifth Amendment.

22                 And my question is, why would you

23  have pled the Fifth Amendment if asked to testify?

24       A.    I was told to write that.

```
 1        Q.    Who told you to write that?

 2        A.    My lawyer.

 3        Q.    I'm sorry?

 4        A.    His lawyer.

 5        Q.    Mr. Richards?

 6              You're pointing to the lawyer --

 7        A.    Yes.

 8        Q.    -- on the screen here?

 9        A.    Yes.

10        Q.    He told you to write that "I would have

11  pled the Fifth Amendment"?

12        A.    Yes.

13        Q.    Did he also tell you to write, "not

14  because I was guilty, but because I was afraid of

15  Detective Reynaldo Guevara"?

16              Did he tell you to write that too?

17        A.    Part of it.

18        Q.    What part of it did he tell you to

19  write?

20        A.    "Not because I was guilty."  And --

21        Q.    And what about the rest of it?

22        A.    We spoke -- I spoke about that I was

23  scared about -- that I was scared of the detective.

24              And he said not to be scared, that
```

 1   he's no longer an officer.

 2        Q.    Were you guilty of shooting and killing

 3   Luis Morales on June 27, 1989, at 1316 North

 4   Western?

 5        A.    No.

 6        Q.    Then why would you plead the Fifth

 7   Amendment if you were not guilty?

 8        MR. RICHARDS:  Objection; argumentative.

 9             You may answer.

10        THE WITNESS:  I got to answer?

11   BY MR. POLICK:

12        Q.    Yeah, go ahead and answer.

13        A.    What?

14        MS. CARNEY:  The question he just asked.

15             Sorry.

16        THE WITNESS:  What was it?  I'm sorry.

17        MR. POLICK:  My question -- can we read it

18   back?

19                  (Record read as follows!

20                   Q.   Then why would you plead

21                   the Fifth Amendment if you were

22                   not guilty?)

23        THE WITNESS:  And I -- I said I was told to

24   write that.  I don't really even know -- understand

1   what that means.

2   BY MR. POLICK:

3       Q.    Okay.  But you do know that you were

4   told to write that by Mr. Richards.

5       A.    Yes.

6       Q.    Mr. Jaime Rios's attorney.

7       A.    Yes.

8       Q.    You told us that you were kind of

9   reluctant to prepare this affidavit.

10      A.    Yeah.  Yes.

11      Q.    Why was that?

12      A.    Because I didn't want to go to court

13  or have to testify and be involved in any of that

14  stuff.

15      Q.    Even though --

16      A.    It's bad enough I get my own self in

17  trouble going to court for drugs or whatever I had,

18  and then -- and now that I'm getting my life

19  together, back on track, to go through this?

20              Look at me, right here in the

21  room with the ...

22      Q.    And you told us earlier that

23  Mr. Richards told you that you may have to testify

24  about the affidavit.

 1        A.    Yeah.

 2        Q.    So even though you were reluctant to do

 3   it, you knew --

 4        A.    That was after the fact, after I did

 5   it.  And then I find that out, I was like, oh, why.

 6        Q.    All right.  So if I'm understanding you

 7   correctly, Mr. Richards, Mr. Jaime Rios's attorney,

 8   discussed this affidavit with you; correct?

 9        A.    Yeah.

10        Q.    And then you prepared the affidavit;

11   correct?

12        A.    Yes.

13        Q.    This is your handwriting; correct?

14        A.    Correct.

15        Q.    Nobody wrote this out for you.

16        A.    No.

17        Q.    And after you signed the affidavit,

18   after the notary came to your home in the car and

19   you went down and signed it, then Mr. Richards, the

20   attorney, told you that you may have to testify

21   about this.

22        A.    Yes.

23        Q.    And that's how you ended up with your

24   sister taking you to court at 26th and California;

1  correct?

2         A.    Yes.

3         Q.    Later on?

4         A.    Yes.

5         Q.    Just give me a second, Mr. Garcia.  I

6  think I may be finished here.

7               Did you ever go and visit Jaime Rios

8  when he was in prison?

9         A.    No.  No, sir.

10        Q.    Did you ever speak to Jaime Rios over

11  the phone while he was in prison?

12        A.    No.

13        Q.    And it was Jaime Rios's brother Ricardo

14  who had approached you and asked you to prepare the

15  affidavit initially?

16        A.    Yes.

17        Q.    And then you followed up with Mr. Jaime

18  Rios's attorney, Mr. Richards.

19        A.    Yes.

20        MR. POLICK:  All right, Mr. Garcia.  That's

21  all the questions that I have.

22               Some of the other attorneys may have

23  follow-up questions.  Thank you.

24        MR. SCHALKA:  I have like just a few

```
 1   questions.
 2                    But did you have any?
 3        MS. CARNEY:  No.
 4                         EXAMINATION
 5   BY MR. SCHALKA:
 6        Q.    My name is Michael Schalka, Mr. Garcia.
 7   I've got just a couple questions for you.
 8                    In July 1989, after you left Grand
 9   and Central, you talked about an incident in which
10   Guevara drove up on you and he put you against a
11   wall; is that correct?
12        A.    Yes.
13        Q.    And he took a picture of you?
14        A.    Yeah.
15        Q.    Do you recall what kind of car Guevara
16   was driving that day?
17                    Was it a police car?
18        A.    Yeah.  A detective car.
19        Q.    A detective car?  It was an unmarked
20   car?
21        A.    Yeah.
22        Q.    And was Guevara wearing a uniform?
23        A.    No.
24        Q.    And he took a picture of you, and he
```

```
 1    said some- -- he -- he warned you, I believe you
 2    said, or --
 3         A.    Yes.
 4         Q.    Do you recall what he said to you?
 5         A.    He said something like I'm gonna take
 6    your picture and show it to the guys on the other
 7    side, and you -- you will soon get yours, or
 8    something like that, he told me.
 9         Q.    And you understood that to mean people
10    on the other side of -- the gang --
11         A.    Yeah.
12         Q.    -- this was like Folk you were
13    referring to.
14         A.    Yeah.
15         Q.    Did you ever tell anybody about this?
16         A.    Talked about it?
17               There was guys there with me when it
18    happened.
19         Q.    Do you recall who was with you?
20         A.    No.
21         Q.    And when was this that that occurred?
22         A.    That was after -- after I was released.
23         Q.    About how soon after?
24         A.    I'll say about a month later.
```

1      Q.    About a month?

2      A.    Yeah.

3      Q.    And then you said that this happened

4  twice; is that --

5      A.    Yeah.

6      Q.    Was this -- did the exact same thing

7  happen the second incident?

8      A.    No, not the exact thing.

9            I was walking by myself, and he just

10 pulled over and told me to get by the car.  And

11 then he just jumped out, took a picture, and left.

12 He didn't say nothing to me.  He just left.

13     Q.    And did you ever tell anybody about

14 that incident?

15     A.    No.

16     Q.    And I guess the same two questions

17 here.  He was driving -- was it the same car?

18     A.    Yeah.

19     Q.    And he was not wearing a uniform that

20 time?

21     A.    No, no uniform.

22     Q.    And I guess the last one would be just

23 when -- when he was asking you questions in Grand

24 and Central, he was in plainclothes then as well?

```
 1        A.    Yes.

 2        MR. SCHALKA:  I don't believe I have any

 3   further questions.

 4        MR. RICHARDS:  Is it my turn?

 5        MS. CARNEY:  Yes, it is.

 6        MR. RICHARDS:  Very good.

 7                      EXAMINATION

 8   BY MR. RICHARDS:

 9        Q.    Mr. Garcia, thanks so much for coming in

10   and answering the subpoena.

11              If you need to take a break before I

12   ask my questions, that's fine.  If you're okay with

13   going ahead, that's fine, too.

14        A.    I got to use the bathroom.

15        MS. CARNEY:  He needs a break.

16        THE WITNESS:  Yeah.

17        MR. RICHARDS:  You're not the only one.

18              You want to take ten minutes?

19        THE WITNESS:  Yes.

20        VIDEO TECHNICIAN:  All right.  We're going

21   off the video record at 1:45 p.m.

22        THE WITNESS:  Thank you.

23                      (Recess taken.)

24        VIDEO TECHNICIAN:  This is the beginning of
```

```
 1   media unit three.  We are back on the video record
 2   at 1:52 p.m.
 3   BY MR. RICHARDS:
 4        Q.    Okay.  Mr. Garcia, my name is Stephen
 5   Richards.  We've met before.  And I'm the attorney
 6   for Jaime, or "Hi-me" Rios.
 7                First of all, let me congratulate
 8   you on your treatment and getting over that
 9   problem, because obviously that's a big deal.
10                I'd like to first ask you one
11   question.
12                You said that in the structure of
13   the Latin Kings gang, the head person is called the
14   Cacique, spelled maybe C-a-c-i-q-u-e; is that
15   correct?
16        A.    Yes.
17        Q.    Okay.  And Cacique is like a Spanish or
18   a slang term meaning chief, right?
19        A.    No.
20        Q.    What does it mean?
21        A.    That means the second person.
22        Q.    It means the second person, meaning not
23   the head of the gang, but the assistant head?
24        A.    Yeah.
```

```
 1          Q.    And what is the head of the gang called?
 2          A.    The Inca.
 3          Q.    The Inca?
 4          A.    Inca.
 5          Q.    I-n-c-a?
 6          A.    Yes.
 7          Q.    And these are terms sort of derived
 8   from like, you know -- you know, colonial America
 9   or Spanish, you know, things like that?
10          A.    Yeah.
11          Q.    Like Native Americans, things of that
12   sort; is that true?
13          A.    Yes.
14          Q.    And is the Inca the head of all of the
15   Latin Kings, or of a faction of the Latin Kings?
16          A.    Faction.
17          Q.    All right.  And the faction you belonged
18   to, remind me again, what was the name of that
19   faction?
20          A.    I don't --
21          Q.    Back in 1989, what faction did you
22   belong to?
23          A.    What do you mean, fraction?  I don't
24   understand.
```

```
 1        Q.   Oh.  I'm sorry.  I thought that there
 2   was like Latin Kings, and then there's a street
 3   name.  There's a group of Latin Kings at a certain
 4   street.
 5                  Is that not true?
 6        A.   Yes.  What do you mean, like sections?
 7        Q.   Sections, yes.  I'm sorry.
 8        A.   Yeah.
 9        Q.   Not fractions; sections.
10        A.   Sections.
11        Q.   Okay.  Is the Inca -- is an Inca a head
12   of a section?
13        A.   Yes.
14        Q.   Okay.  And the Cacique is the second in
15   command of a section; correct?
16        A.   Yes.
17        Q.   José "Macho" Melendez, was he either a
18   Cacique or an Inca back then, 1989?
19        A.   I -- I don't remember that.
20        Q.   Do you remember who was the Cacique or
21   the Inca of the section that you were a part of?
22        A.   No.
23        Q.   Okay.  Now, before you met Guevara on
24   July 28th of 1989 at Grand and Central, you said
```

1   you had never spoken to him before; is that true?

2        MR. POLICK:  Asked and answered.

3   BY MR. RICHARDS:

4        Q.    You can answer.

5        A.    Yes.

6        Q.    So the answer is correct, you had never

7   spoken to him before July 28th of 1989, right?

8        A.    Right.  Yes.

9        Q.    Had you seen him on the street?

10       A.    Who are you speaking about, Guevara?

11       Q.    Yes, Guevara.  Had you seen Guevara on

12   the street before you met him at Grand and Central

13   that day?

14       A.    If I seen him in the street?

15             Yes, driving around.  He been around.

16   He's an officer, patrolling the --

17       Q.    That's --

18       A.    Yes.

19       Q.    Okay.  And did you know of -- had you

20   ever seen him stop people in the street before you

21   were -- you met him at Grand and Central on

22   July 28th, 1989?

23       A.    Yes, I seen him stop people on the

24   street.

 1          Q.    Had you seen him do that often?

 2          A.    I wouldn't stay around, so I can't say

 3   I did.

 4          Q.    Okay.  Did you know -- you said earlier

 5   that Guevara was a bad cop.

 6                      Before you met him at Grand and

 7   Central, had you heard that he was a bad cop?

 8          A.    No.

 9          Q.    Okay.  Had you -- when did you -- when

10   did you start to hear that Guevara was a bad cop?

11          A.    When did I start to hear that?

12          Q.    Yes.

13          A.    During the pandemic.

14          Q.    Okay.  But you also said that after he

15   released you from Grand and Central, he stopped you

16   twice and took your picture; correct?

17          A.    Yes.

18          Q.    And he threatened to show your picture

19   to rival gang members so that they might hurt you;

20   correct?

21          A.    Yes.

22          Q.    Wouldn't you agree with me that a cop

23   who does that is a bad cop?

24          A.    Yes.

```
 1        Q.    Because basically he was -- he was

 2   threatening your life; correct?

 3        A.    Yes.

 4        MS. CARNEY:  Objection; form, argumentative.

 5        MR. POLICK:  Join.

 6        MR. SCHALKA:  Join.

 7   BY MR. RICHARDS:

 8        Q.    You can answer.

 9        A.    Yes.

10        Q.    What was the answer to that question?

11        A.    Yes.

12        Q.    And this is the same Guevara who a

13   month before had beaten you by hitting you with a

14   flashlight through a telephone book, and also

15   slapping you; correct?

16        A.    Yes.

17        Q.    All right.  And you were afraid of him;

18   correct?

19        A.    Yes.

20        Q.    Now -- and you -- even as late as 2020,

21   many, many years after, you were still afraid of

22   coming forward and coming into court and telling

23   people what Guevara had did; correct?

24        A.    Yes.
```

```
 1          MS. CARNEY:  Objection; form.

 2          MR. POLICK:  Join.

 3          MS. CARNEY:  Sorry, Mr. Garcia.  There's

 4   going to be some objections, so just give it a beat

 5   before you answer.  Okay?

 6          THE WITNESS:  Okay.

 7          MS. CARNEY:  You can still answer, but --

 8   thank you.

 9          THE WITNESS:  Yes.

10   BY MR. RICHARDS:

11       Q.    Yeah, it's just -- it's easier for the

12   court reporter if you wait for me to ask the

13   question, other attorneys to have the objection,

14   and then for you to answer.

15       A.    Okay.

16       Q.    And you were reluctant to come forward

17   and say what Guevara had done even many, many years

18   after because -- for one thing, because of what he

19   had done to you, correct?

20          MS. CARNEY:  Objection; form, leading.

21          THE WITNESS:  Yes.

22          MR. POLICK:  Join.

23   BY MR. RICHARDS:

24       Q.    Okay.  And you would have had that same
```

```
 1  reluctance in coming to court back in 1989 and

 2  telling people under oath in a courtroom, in public,

 3  what Guevara had done to you; correct?

 4         MS. CARNEY:  Objection; form, leading.

 5         MR. SCHALKA:  Join.

 6         MR. POLICK:  Join.  Argumentative.

 7         THE WITNESS:  Yes.

 8  BY MR. RICHARDS:

 9         Q.    So when that -- when -- when you said

10  earlier that you would have -- and even though you

11  knew what Guevara had done to you, you never visited

12  Jaime Rios in jail to tell him about it, did you?

13         A.    No.

14         Q.    And you never went to the other police

15  to tell what Guevara had done to you; correct?

16         A.    No.

17         Q.    You never went to the state's attorney

18  to tell -- to tell what Guevara had done to you;

19  correct?

20         A.    Correct.

21         Q.    And the reason you didn't do any -- all

22  of those things is because you were afraid of

23  Guevara; correct?

24         MS. CARNEY:  Objection; form, leading.
```

```
 1          MR. POLICK:  Join.

 2          MR. SCHALKA:  Join.

 3          THE WITNESS:  Correct.

 4    BY MR. RICHARDS:

 5          Q.    Now, in the -- you said that I had told

 6    you about the Fifth Amendment and that you would

 7    have a Fifth Amendment right not to testify if you

 8    didn't want to.

 9                You remember I told you about that;

10    correct?

11          A.    Yes.

12          Q.    Okay.  And you didn't really under- --

13    before I told you about that, you didn't really

14    understand the Fifth Amendment or what it was;

15    correct?

16          A.    Correct.

17          Q.    And you're still a little bit hazy on

18    that; correct?

19          A.    Yes.  Yes.

20          Q.    Okay.  Are you aware that a person who

21    takes the Fifth Amendment -- say, for example, like

22    President Trump -- cannot -- that in a criminal

23    case, inference can't be drawn that they are guilty,

24    even though they take the Fifth?
```

CRISTINO GARCIA, 07/19/2023                                    Page 156

```
 1        MR. POLICK:  Objection to the form.
 2   BY MR. RICHARDS:
 3        Q.    Or am I talking above your head?
 4                  If I am, just say so, and I'll
 5   withdraw the question.
 6        MR. POLICK:  Also object to competence.
 7   BY MR. RICHARDS:
 8        Q.    Well, you were earlier asked why you
 9   would take the Fifth Amendment if you weren't
10   guilty.
11                  Are you aware that in this country,
12   anyone in -- either innocent or guilty, can take
13   the Fifth Amendment without having any criminal
14   penalty put on them because they take the Fifth
15   Amendment?
16                  Are you aware of that?
17        A.    No.
18        Q.    And, in fact, you had been held for a
19   period of time for the murder of Luis Morales;
20   correct?
21        A.    Yes.
22        Q.    And you weren't charged, but you had a
23   lawyer represent you during that process; correct?
24        A.    Yes.
```

1      Q.    And you would have wanted to consult a

2  lawyer or somebody before you came forward and did

3  anything on Jaime Rios's behalf; correct?

4      MS. CARNEY:  Objection; form, leading.

5      MR. SCHALKA:  Join.

6      MR. POLICK:  Join.

7      MS. CARNEY:  You can answer if you understand.

8      THE WITNESS:  I don't understand right now

9  what he's talking about.

10      MR. RICHARDS:  Okay.  I'll withdraw the

11  question.

12  BY MR. RICHARDS:

13      Q.    Now, let me -- I think we've gotten some

14  very good questions about the sequence of events.

15              But, first of all, at some point

16  you told -- you told Aubrey Quinn that you had an

17  alibi that you were someplace else during the

18  murder of Luis Morales; correct?

19      A.    Yes.

20      Q.    Was that before you got to the station,

21  or after?  You just -- whichever it is.

22      A.    No.  In the station, I guess, yeah.

23      Q.    Okay.  So in the station you told

24  Aubrey Quinn that.

```
 1          A.    Yes.

 2          Q.    So -- okay.  And when you told Aubrey

 3   Quinn that, did he ask you any more questions, or

 4   was he just silent about it?

 5          A.    He -- he checked to see if I was -- if

 6   I ordered at that time I was at home.

 7                And he said it was right, that I was.

 8          Q.    Okay.  He actually checked by calling

 9   to see if --

10          A.    Yes.

11          Q.    -- to see if there --

12          A.    Yes.

13          Q.    -- if an order had been made?

14          A.    Yes.

15          Q.    And he did that while you were in the

16   station, right?

17          A.    Yes.

18          Q.    And when he did -- was checking that,

19   was Guevara present?

20          A.    Was Guevara present?

21          MR. POLICK:  Objection; calls for speculation.

22          THE WITNESS:  I'm not sure.  I can't --

23   BY MR. RICHARDS:

24          Q.    Well, let me clarify.  When he checked,
```

 1  did he check in front of you by making a phone call

 2  in front of you, or did he just go out of the room

 3  and come back and say it checks out?

 4        A.    He left the room and came back.

 5        Q.    And at that time when he asked you that

 6  question, left the room, and came back, was Guevara

 7  present in the room or not?

 8        A.    Yeah, he was present.

 9        Q.    Was the woman you've described as a

10  state's attorney, was she present?

11        A.    I don't remember.

12        Q.    Okay.  And did you also tell -- you

13  also -- and so Guevara was present when you told

14  Aubrey O'Quinn about the alibi; correct?

15        A.    Yes.

16        Q.    Now, let's focus a little bit on the

17  state's attorney.

18              You said she introduced herself

19  as a lawyer, but not your lawyer; correct?

20        A.    She introduced herself as a state

21  attorney, and not my lawyer, right.

22        Q.    She says, I'm a state's attorney and

23  not your lawyer.

24        A.    Yes.

1        Q.    And you described this person as -- as

2   pretty and Hispanic; correct?

3        A.    Yes.

4        Q.    You don't remember her name.

5        A.    No.

6        Q.    But she did give you her name at some

7   point.

8        A.    Yes.

9        Q.    Did she show you any of her -- did she

10  show you any identification?

11       A.    No.

12       Q.    After that time, did you ever see her

13  again?

14       A.    No.

15       Q.    Do you know for certain that she was a

16  state's attorney -- well, is it possible that she

17  was not actually a state's attorney, but another

18  detective pretending to be a state's attorney?

19       MR. POLICK:  Objection.

20       MS. CARNEY:  Objection.

21                 Go ahead, Joe.

22       MR. POLICK:  Calls for speculation, form.

23       MR. SCHALKA:  Join.

24       MS. CARNEY:  Argumentative.

```
 1                    Go ahead.
 2          THE WITNESS:  Yeah, maybe.
 3                    She could have.  I didn't know.
 4   BY MR. RICHARDS:
 5          Q.    All right.  Now, in terms of when
 6   Guevara was showing you a piece of paper and saying
 7   you should sign it, do you remember if the piece of
 8   paper had handwriting on it, or typing?
 9          MS. CARNEY:  Objection; form, misstates his
10   testimony.
11          MR. POLICK:  Join.
12          MR. SCHALKA:  Join.
13          MS. CARNEY:  You can answer.
14          THE WITNESS:  He didn't show me the paper.
15   BY MR. RICHARDS:
16          Q.    Okay.  Did he have a paper in his hand?
17          A.    Yes.
18          Q.    Okay.  So you didn't know what was on
19   the paper; correct?
20          A.    Correct.
21          Q.    And what he was telling you was to sign
22   the paper; correct?
23          A.    Yes.
24          Q.    Now, you say that you were put in two
```

1  lineups, right?

2       A.    Yes.

3       Q.    And correct me if I'm wrong, but I

4  think what I heard was that the first lineup came

5  before the beating by Guevara, and the second

6  lineup came after the beating by Guevara; correct?

7       A.    I got --

8       Q.    You just tell me.

9       A.    I was in the lineup first, and then

10 that's when he hit me.

11             And then the second lineup, he never

12 hit me after that.  He didn't get a chance to.

13      Q.    Okay.  Well, what do you mean that he

14 didn't get a chance to?  Because he wasn't in the

15 room anymore, or why?

16      A.    No.  Because my lawyer was already

17 there.

18      Q.    Correct.  Okay.  I had forgotten about

19 that.  Thank you.  Let's focus on the lawyer a

20 little bit.

21             The lawyer was a lawyer that was --

22 came into the station, and you got from -- that was

23 your sister Maria Garcia.  She was the one who

24 arranged for that lawyer; correct?

```
 1          A.    Yes.
 2          Q.    All right.  And Maria Garcia is still
 3   around; correct?
 4          A.    Yes.
 5          Q.    All right.  In terms of the lawyer --
 6   first of all, let's see if we can narrow this down
 7   a little bit.
 8                      Was it a man or a woman?
 9          A.    He was a man.
10          Q.    Okay.  Was he older?  Or -- well, was
11   he Black, white, Hispanic?  Do you remember that?
12          A.    He was white.
13          Q.    And was he older or younger?
14          A.    Well, he was older than me.  I was 19.
15                      He was like -- I don't know.  Yeah,
16   he was older.
17          Q.    Well, would you say 20s, 30s, 40s?
18                      Anything further you can give us
19   there?
20          A.    Probably in his 30s?
21          Q.    Okay.  And you said -- so he's
22   Caucasian, he's in his 30s.
23                      Do you remember any further
24   description of him?  And I realize lawyers are
```

 1  sometimes forgettable, despite what we think of

 2  ourselves.

 3                  Was he -- did he have long hair,

 4  short hair, color of hair?  Anything you can

 5  remember there?

 6       A.    No, I can't.

 7       Q.    Okay.  So the best you'll be able to do

 8  in terms of description is Caucasian, in his 30s,

 9  and he was a man; correct?

10       A.    Yes.

11       Q.    Now, did you -- after this police

12  station incident, did you ever speak to that lawyer

13  again?

14       A.    No.

15       Q.    In terms of your -- you've had a lot

16  of, you know, brushes with the law, a lot of

17  criminal cases.

18                  In general, have you had private

19  attorneys for those cases, or public defenders?

20       A.    Public defenders.

21       Q.    All right.  Aside from this one instance

22  where this attorney was hired to come to the station

23  for you, have you ever had a private attorney,

24  other private attorney?

```
1        A.    No.

2        Q.    All right.  A little bit about the

3  affidavit.

4              First of all, when you were -- you

5  told -- you said that I told you the first words to

6  write in the affidavit, like swearing under oath

7  and that, what the form of that was; correct?

8        A.    Yes.

9        Q.    But the affidavit is in your own words,

10 definitely; correct?

11       A.    Yes.

12       Q.    And, in fact -- no offense, but your

13 spelling isn't all that great in some parts; is

14 that fair?

15       A.    Yes.

16       Q.    Okay.  And you have -- you graduated

17 from grammar school and really have had no high

18 school education or no GED since then; correct?

19       A.    Correct.

20       Q.    So it's not like you're a practiced

21 writer or somebody who does this for a living, is

22 it?

23       A.    No.

24       Q.    And the affidavit doesn't include every
```

 1   detail of what happened to you in that station,

 2   does it?

 3         MS. CARNEY:  Objection; form, leading.

 4         MR. POLICK:  Join.

 5         MS. CARNEY:  You can answer.

 6         THE WITNESS:  Well, I wrote down everything I

 7   remember.

 8   BY MR. RICHARDS:

 9         Q.    Okay.  But since then, as you've been

10   questioned, you've remembered more, and more

11   details have come back; is that fair?

12         A.    Yes.

13               Some are more important than others,

14   because to me, this was more important, what I

15   wrote.

16         Q.    I won't disagree.  And thanks for the

17   answer to that question.

18               And you're not -- you're not getting

19   anything out of this at all, are you?  Either doing

20   the affidavit or coming here today or coming to

21   court, you know, back when you were called to court

22   at 26th Street; correct?

23         A.    Correct.

24         Q.    And you were sworn to tell the truth at

1    the beginning of this deposition, were you not?

2         A.    Yes, I was.

3         Q.    And is that oath of telling the truth,

4    is that something meaningful and important to you?

5         A.    Yes, it is.

6         Q.    And, in fact, haven't you told the

7    truth as best you can remember during this entire

8    deposition?

9         A.    Yes, I did.

10        MR. RICHARDS:  Nothing further.

11        MS. CARNEY:  Joe, do you have anything you

12   want to put on the record?

13        MR. POLICK:  Just a few.

14                     FURTHER EXAMINATION

15   BY MR. POLICK:

16        Q.    Mr. Garcia, you just told us that when

17   you arrived at the station at Grand and Central

18   after Officer O'Quinn had arrested you, that you

19   told him you had an alibi; is that correct?

20        A.    Well, he asked me -- in the police

21   station he asked me where was I, and I told him

22   where I was at, at home.

23        Q.    So when you had this conversation

24   with Officer O'Quinn at the station at Grand and

```
 1   Central, was that right after you had arrived there
 2   with him?
 3        A.   Yes.
 4        Q.   And was anyone else with you and
 5   Officer O'Quinn when he was asking you these
 6   questions after you arrived?
 7        A.   No.  It was just me and him.
 8        Q.   And do you recall what Officer O'Quinn
 9   asked you?
10        A.   He asked me if I could -- if I -- if I
11   had -- of whereabouts of the date that he said I
12   was at, and I told him, well, I was at home with my
13   girl and my mother.
14             And then he said, okay, and he left.
15   And he left me in the room with Guevara.
16             And when he came back, he said his --
17   that what I told him cleared, or whatever it is,
18   like that.
19        Q.   When he asked you where you were on a
20   certain date --
21        A.   Yes.
22        Q.   -- did he ask you anything else or give
23   you any details about what had happened on that
24   date?
```

1          A.    No.

2          Q.    Did he mention that somebody had been

3    murdered?

4          A.    They talked about it, like -- well, no,

5    not like that.

6          Q.    How did he say it?

7          A.    Well, you know -- you know that -- he

8    knew that everybody knows what went -- what happened

9    in -- in the street.  So he just figured you -- I

10   knew already.

11               So he just told me, where were you

12   at on that date.

13               And I hear -- the next day I'm on

14   the street, people are getting arrested.  And I'm

15   like why?

16               And they talking about somebody got

17   shot.  That's how I knew that day I was at home.

18         Q.    So when Officer O'Quinn asked you where

19   you were on this date --

20         A.    Yes.

21         Q.    -- you assumed it was the date of the

22   murder because of what you had heard in the

23   neighborhood?

24         A.    Yeah.

1      Q.    And at that time you told us that you

2   already knew that Jaime Rios had been arrested for

3   the murder, right?

4               When you -- at the time you were

5   arrested, you already knew Jaime had been arrested

6   for that murder.

7      A.    Yes.

8      Q.    You knew that from Diana Rodriguez --

9      A.    Yeah, yeah.

10     Q.    -- and other people in the neighborhood.

11     A.    Yes.

12     Q.    Do you know when Jaime Rios was arrested

13   for the murder?

14     A.    No, I don't.

15     Q.    Were you hearing from anybody in the

16   neighborhood, after Jaime was arrested, that people

17   were saying you, Tino, was also involved in the

18   murder with Jaime?

19     A.    No.

20     Q.    You weren't hearing that at all --

21     A.    No.

22     Q.    -- in the streets.

23     A.    No, I wasn't.

24     Q.    Nobody came and told you, hey, they're

1   looking for you for this murder.

2          A.    No.

3          Q.    Officer O'Quinn didn't arrest you at

4   your home at 1340 North Bell, did he?

5          A.    No.

6          Q.    You were arrested at Evergreen and

7   Spaulding, right?

8          A.    Yes.

9          Q.    Did any of your fellow gang members

10  tell you that the word in the neighborhood was that

11  the police were looking for you for this murder?

12         A.    No.

13         Q.    Did you know, before you were arrested

14  by Officer O'Quinn, that José "Macho" Melendez had

15  been questioned about the murder that occurred on

16  Western at the end of June 1989?

17         A.    No.

18         Q.    So when you say you told Officer O'Quinn

19  where you were when he asked you, did you give him

20  the same information that is in your affidavit, that

21  you were at home with your girlfriend and your

22  mother?

23         A.    Yes.

24         Q.    And that you ordered pizza and rib tips

1   from Father and Son's Pizza?

2        A.    Yes.

3        Q.    And if I'm understanding you, Officer

4   O'Quinn then left, and he went to check out your

5   alibi.

6        A.    Yes.

7        Q.    And when he came back, he was with

8   Officer Guevara.

9        A.    Yes.

10       Q.    And did Officer O'Quinn tell you who he

11   had called to check your alibi?

12       A.    No.  He just said he checked out.

13       Q.    Do you know where Officer O'Quinn got

14   the information to check out your alibi?

15       A.    I don't know.

16       Q.    The female state's attorney that you

17   described as being in the interview room with you,

18   do you recall how she was dressed?

19       A.    Like a -- it was like a white collar

20   shirt with like a little vest on.

21             It wasn't -- she didn't look like a

22   detective or nothing like that.

23       Q.    So she wasn't dressed like Officer

24   Guevara or Officer O'Quinn?

```
 1        A.    Right.  With regular -- she had dress-up
 2   clothes.
 3        Q.    How do you recall Officer O'Quinn or
 4   Officer Guevara being dressed?
 5        A.    You know, they had jeans on and gym
 6   shoes, ready to run.  Tee-shirts.
 7        Q.    Would it be fair to say that Officer
 8   O'Quinn and Officer Guevara also had a badge or
 9   other police equipment on their person?
10        A.    Yeah, they have -- they got their
11   stuff --
12        Q.    Their belt?
13        A.    Yes.
14        Q.    Their duty belt?
15        A.    Yeah.
16        Q.    Did the state's attorney that you spoke
17   to have any kind of duty belt like that?
18        A.    No.
19        Q.    Would you say she was better dressed
20   than the two officers?
21        A.    Yeah.
22        Q.    And other than her telling you that she
23   was a state's attorney and not your attorney, did
24   she say anything else to you while you were in that
```

```
 1   interview room?

 2        A.    No, she didn't.

 3              She just was reading something and

 4   looking down while this officer over here was

 5   hitting me.

 6        Q.    Do you know what she was holding that

 7   she was reading from?

 8        A.    I don't know.

 9        Q.    Did she say anything to you about the

10   murder that had occurred on Western at the end of

11   June 1989?

12        A.    No.

13        Q.    When you called your sister Maria from

14   Grand and Central, do you know where she was when

15   she picked up the phone for your call?

16        A.    No.

17        Q.    Do you know who she was with?

18        A.    No.

19        MR. POLICK:  That's all I have, Mr. Garcia.

20              Thank you.

21        MR. RICHARDS:  I do have some additional

22   questions for follow-up.

23              But anyone else can ask too.

24        MS. CARNEY:  No, go ahead.
```

CRISTINO GARCIA, 07/19/2023                          Page 175

```
 1                    FURTHER EXAMINATION
 2   BY MR. RICHARDS:
 3        Q.   Okay.  Just focusing -- and we're very
 4   close to the end, Mr. Garcia -- on some of the
 5   things that's been brought out.
 6                  So if I'm understanding correctly,
 7   when Aubrey O'Quinn came back in the room and said
 8   something like your alibi checks out, Officer
 9   Guevara was present when Quinn said that to you;
10   correct?
11        A.   Yes.
12        Q.   Now, before Quinn went to check out your
13   alibi, had you given him -- you had given him the
14   names of the people you were with; correct?
15        A.   Yes.
16        Q.   Do you remember if you gave him phone
17   numbers?
18        A.   No.
19        Q.   Well --
20        A.   I didn't give him no phone numbers.  I
21   just told him I was with my sister and my mother.
22        Q.   Okay.
23        A.   I mean, my girlfriend and my mother.
24        Q.   Right.  Your girlfriend and your
```

 1  mother.  I understand.  It's been a long day.

 2             And -- and did you give -- do you

 3  remember if you gave him the name of your girlfriend

 4  or your mother, or just said girlfriend and mother?

 5       A.   I don't remember that.  But he knew

 6  that it was done 'cause I told him specifically it

 7  was done, yes.

 8       Q.   Okay.  But you did give him that --

 9  that there had been an order for Father and Son's

10  Pizza; correct?

11       A.   Yes.

12       MR. RICHARDS:  I don't have anything further.

13       MR. POLICK:  Nothing for me.

14       MR. SCHALKA:  No questions for me.

15       MS. CARNEY:  One second.

16             Nothing for me.

17       MR. RICHARDS:  Does somebody want to tell him

18  about waiving and reserving?

19       MS. CARNEY:  Yeah, I can explain it to him.

20             So, Mr. Garcia, you will have the

21  opportunity -- or you do have the opportunity to

22  review your transcript after it's typed up.  That's

23  called reserving signature.

24             In that case, the court reporter

```
 1   will type it up, she'll send -- it will get sent to
 2   you via email or however you need it to get sent to
 3   you.  You'll have a chance to review it.
 4               You can make changes, but only small
 5   grammatical changes.  You can't change the
 6   substance of your testimony.
 7               The other option is for you to waive
 8   signature, which means you trust that our court
 9   reporter got everything down right and you don't
10   have to look at it again.
11               So it's your choice.
12          THE WITNESS:  Okay.
13          MS. CARNEY:  What would you like to do?
14          THE WITNESS:  I trust her.
15          MS. CARNEY:  All right.  We'll waive -- he'll
16   waive.
17               So I think we're done.
18          MR. RICHARDS:  All right.  And -- yeah, I
19   think we're done.
20               Maybe if we could have just an off-
21   the-record discussion about some matters, as long
22   as we're all here, if nobody minds.
23          MS. CARNEY:  Yeah.  Let's just let the court
24   reporter and the videographer get off the record.
```

CRISTINO GARCIA, 07/19/2023                                    Page 178

1          VIDEO TECHNICIAN:  This concludes media unit

2     three of today's video deposition of Cristino

3     Garcia.

4                    We are going off the record at

5     2:27 p.m.

6                         (The proceedings adjourned at

7                          2:27 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

CRISTINO GARCIA, 07/19/2023                          Page 179

1

2                    REPORTER'S CERTIFICATE

3          I, Donna M. Urlaub, do hereby certify that
    CRISTINO GARCIA was duly sworn by me to testify the
4   whole truth, that the foregoing deposition was
    recorded stenographically by me and was reduced to
5   computerized transcript under my direction, and
    that the said deposition constitutes a true record
6   of the testimony given by said witness.

7          I further certify that the reading and
    signing of the deposition was waived by the
8   deponent.

9          I further certify that I am not a relative
    or employee or attorney or counsel of any of the
10  parties, or a relative or employee of such attorney
    or counsel, or financially interested directly or
11  indirectly in this action.

12         IN WITNESS WHEREOF, I have hereunto set my
    hand and affixed my seal of office at Chicago,
13  Illinois, this 7th day of August 2023.

14

15

16                    Illinois CSR No. 084-000993

17

18

19

20

21

22

23

24

CRISTINO GARCIA, 07/19/2023

**Exhibits**

**1 Garcia 071923-1** 47:20,21 48:3 58:14 98:12

**0**

**07/19/2023** 47:23

**1**

**1** 47:20,21 48:3 58:14 59:8 98:12

**10** 72:8

**10:15** 4:3

**10:37** 23:7

**10:45** 23:11

**11** 26:15 72:19

**11:36** 58:6

**11:46** 58:10

**11th** 26:16

**12** 73:5

**12:14** 79:24

**12:22** 80:4

**13** 73:22 105:22 137:1

**1300** 94:15 100:23

**1304** 19:5

**1316** 99:24 101:6,12 139:3

**1340** 19:6,7,9,15 20:22 91:5,12 92:3 95:9 100:3 107:21 134:4 171:4

**1360** 100:5

**14** 29:12,13 49:10,14 76:1

**14-** 19:3

**1400** 94:18

**1419** 106:15,23 108:12,16 109:5

**1440** 93:12,21 94:4 95:3,6 96:6 102:7,13,17

**1448** 103:6

**15** 27:18 80:12 122:6

**17** 91:9

**18** 7:13 29:5

**19** 4:6 16:9 21:1,2 163:14

**1970** 15:12

**1986** 29:8 33:5,8,13,18 39:3,6,22 64:14 66:6,17,19 67:12 90:20 91:2 111:18

**1989** 20:13,15,16,17,21,22,24 21:3,11,13,15 22:9,12,15,17 23:14 31:23 32:8,13,19 34:19 35:9 45:8, 14 46:13 47:2 59:10,19,21,23 60:14,16,21 61:18 62:11,20 63:2,7, 12,14 64:2,19 65:3,16,17 66:2 67:15,17 80:10 82:8 87:7,9,12 91:15,20 92:7,9 93:6,15 95:14 97:1,6,8,15,19,22 98:1 99:12 101:11,16 102:1,4 103:7,17 105:10 106:10 107:10 108:13,17 109:11, 18 110:12,18 111:23 112:14 113:5 118:8,15 119:14,19 120:3 134:7 136:14 139:3 143:8 148:21 149:18, 24 150:7,22 154:1 171:16 174:11

**199-** 26:22 80:17

**1991** 34:20 35:9 45:8,15 47:2 84:4, 5,16,20

**1993** 26:22 27:13 85:1,10

**1:45** 146:21

**1:52** 147:2

**2**

**2** 126:9 127:5

**2-** 119:18

**20** 4:16 15:12 25:18,19,23 30:3 56:1

**2000** 24:11 25:20,23 26:1,21 27:13 80:18 86:2,6,9

**2000s** 80:22

**2001** 86:2,4

**2020** 24:11,23 25:13,19 27:13 49:11,14,17,21 50:4 51:22 52:1 62:8 86:17,19 152:20

**2022** 10:20

**2023** 4:6 10:18

**20s** 163:17

**22** 4:11

**2283** 49:8

**23** 18:24

**25** 30:3 80:21

**26th** 10:14,22 11:24 12:3 88:22 89:10 141:24 166:22

**27** 59:10,19 99:12 101:16 102:1 139:3

**27th** 99:22 119:14 136:14

**28** 18:24

**28th** 64:5 119:19 134:6 149:24 150:7,22

**2:27** 178:5,7

**3**

**3** 136:24

**30** 80:19 81:2

**30s** 163:17,20,22 164:8

**33** 15:18 18:24 61:17

**333** 4:7

**3973** 4:11

**3rd** 21:10

**4**

**4** 65:20 137:1

**40** 44:22

**40s** 163:17

**5**

**5** 65:22,24 66:3 67:16,18,23

**5-** 19:19

**52** 15:10 19:19

**53** 19:18,19

**56** 19:20 20:2

**57th** 85:22

**6**

**6** 68:12 116:3

**600** 4:16

**7**

**7** 68:24

CRISTINO GARCIA, 07/19/2023

**8**

**8** 70:9 126:9 127:5

**85** 64:16

**86** 64:16,17 67:6

**89** 34:5 45:10 66:1 67:6

**9**

**9** 34:5 71:1

**90s-early** 80:22

**91** 34:5 45:10

**93** 31:8,9 85:7,9

**933** 15:19,23

**9th** 108:17

**A**

**a.m.** 4:3 23:7,11 58:6,10

**abuse** 115:11 116:15

**access** 102:3

**accurate** 10:6

**accuse** 34:10

**accused** 12:20,22 68:1,9

**accusing** 34:8

**additional** 174:21

**address** 16:12,13 19:3 92:14 93:2

**adjourned** 178:6

**admitted** 38:22

**adult** 7:11 28:19 67:7,9

**affidavit** 11:12 12:23 34:12 47:18 48:4,8,17,19,20,23 51:19 56:24 57:20 58:15,16,17,20,24 59:3,17 62:8 77:1,3 98:8,15,22 99:10 101:15 116:3 120:16 126:9 127:4 136:24 137:19 140:9,24 141:8,10, 17 142:15 165:3,6,9,24 166:20 171:20

**affidavits** 11:1 48:15 50:18 51:17 55:17

**afraid** 74:2,22,24 138:14 152:17, 21 154:22

**age** 65:14

**Aggravated** 29:2

**agree** 151:22

**ahead** 136:21 139:12 146:13 160:21 161:1 174:24

**alcohol** 97:16,18,22

**Alex** 102:23 103:1,4,12 105:1,4,9, 12

**alibi** 157:17 159:14 167:19 172:5, 11,14 175:8,13

**allegations** 51:23 53:13,21 56:6, 10,20

**allowed** 120:17 121:9 122:12,19

**Ambiguous** 45:2

**Amendment** 76:5 78:19 99:8 137:21,23 138:11 139:7,21 155:6, 7,14,21 156:9,13,15

**America** 148:8

**Americans** 148:11

**Anderson** 104:16

**answering** 8:17 98:13 146:10

**answers** 8:9

**anymore** 162:15

**apply** 88:3

**approach** 135:13

**approached** 142:14

**area** 17:10,19 18:11,15 59:9 65:22, 24 66:3 67:16,18 69:5 99:11 121:4, 13

**argumentative** 139:8 152:4 154:6 160:24

**arranged** 162:24

**arrest** 24:10,13 25:14,20 26:21 34:4,7 35:15 36:1 45:7,13 47:1 66:17,23 67:16,17,21 84:4,10,16, 19 85:2 86:11 90:19 171:3

**arrested** 24:4,8 25:16 26:1 33:5, 11,13,24 34:1,2,8,14,16,19 35:8, 13,14,16,21 36:4,5,6,11,16 39:8 40:10 47:4,6,8,12 51:10,12 53:20 62:15,18,20 64:12 66:5,12,20 84:5 86:3 108:23 111:18,22 112:21,23 117:20 119:18 134:6,8,12,17,23 135:4 167:18 169:14 170:2,5,12,16 171:6,13

**arresting** 33:18 40:10,13 77:17

**118:22

**arrests** 33:20 86:16,22

**arrived** 125:6 167:17 168:1,6

**asks** 54:11

**assault** 29:2

**assistant** 147:23

**Associates** 4:15,19

**assume** 8:24 88:13

**assumed** 169:21

**attend** 104:13,15

**attorney** 9:18 14:19 37:3,7,16,23 41:2 42:8 56:9,19 57:18 58:22 59:2 69:14 70:20 72:3 98:15 113:17,24 114:3,4,10,22 121:23 122:3,10,13, 15 126:22 140:6 141:7,20 142:18 147:5 154:17 159:10,17,21,22 160:16,17,18 164:22,23,24 172:16 173:16,23

**attorney's** 37:14

**attorneys** 11:23 142:22 153:13 164:19

**Aubrey** 64:7 72:9 111:14 157:16, 24 158:2 159:14 175:7

**Audy** 66:14 67:5

**Avenue** 100:9

**awaiting** 135:11

**aware** 47:4 59:17 74:5 99:22 100:8 101:11 155:20 156:11,16

**B**

**baby** 7:6 13:20,21 22:6,11 23:14, 18 65:18 81:21 96:1 105:16 106:11

**back** 8:2 20:21,24 21:2,11 22:8,17 23:2,10,14 26:20 31:23 32:8,13,18 33:4 38:20 42:6 46:13 49:11 53:19 57:5 58:9 59:23 62:20 63:2,7 64:1, 18 71:7 72:1 77:23 80:3,8 82:8 83:24 87:7,12 92:2 95:13 97:1,6,8, 15,18,22,24 98:8 102:3 103:6 105:9 107:10 108:12 109:11,17 110:11,18 112:13 113:4 116:2 118:7,15 120:3 129:20 130:13 131:22 132:22,24 133:9 135:5 139:18 140:19 147:1 148:21 149:18 154:1 159:3,4,6 166:11,21 168:16 172:7 175:7

**background** 15:8 54:8

**backwards** 25:16

**bad** 7:24 8:19 27:16 30:11,24 32:22 40:16 52:23 73:19 75:6 81:1 97:10,11 140:16 151:5,7,10,23

**badge** 173:8

**bag** 30:23

**ball** 105:19,23 106:24

**bar** 101:6

**bars** 130:4

**baseball** 105:24 106:1,2,4

**basically** 152:1

**basketball** 105:24

**bathroom** 146:14

**beat** 153:4

**beaten** 152:13

**beating** 162:5,6

**beer** 97:20,21,24 98:3

**beginning** 4:2 58:8 146:24 167:1

**behalf** 4:9,23 5:1,4 48:23 135:14 157:3

**Bell** 19:5,9,15 20:22 91:5,12 92:3 94:11,15 99:11 100:3 103:6 107:21 134:4 171:4

**belong** 148:22

**belonged** 148:17

**belt** 173:12,14,17

**Ben** 107:6

**Benjamin** 23:16,17 95:24 105:15 108:5

**big** 147:9

**billy** 37:22 40:23 41:14 70:12 127:9,13

**birthday** 15:11

**bit** 7:7 15:8 20:10 35:7 51:4 71:13 80:8 81:14 155:17 159:16 162:20 163:7 165:2

**Black** 163:11

**blank** 38:14

**block** 94:6,9,13,15,18 100:23 103:9 134:14

**blocks** 100:2,5 101:13

**blood** 105:7 108:2

**blue** 129:5 132:13

**book** 37:21 40:22 41:14 42:11 70:11 127:7 152:14

**born** 15:13 61:18,19 63:11

**Boulevard** 15:19,23 16:11

**bound** 8:19

**boundaries** 22:2

**boundary** 100:9

**Bowen** 4:15,19

**Boy** 7:2

**break** 9:2,4 23:2 31:14 51:3 58:1 69:22 79:17 87:21 88:1 146:11,15

**bring** 8:8

**brother** 6:10,13 45:7 49:2 50:12, 16 51:9,12,15 54:22 55:7 90:10,12 96:19,22 106:7 142:13

**brother's** 6:14 50:14 51:6

**brother-in-law** 6:6,7 10:5

**brought** 65:21 66:6 88:20 111:23 113:8,9 128:17,23 130:20 175:5

**Bruce** 112:15,16,17,21

**brushes** 164:16

**building** 93:18 113:10 123:16 130:6

**bull-** 44:3

**bullpen** 43:10,21 44:3 131:20 132:7,9

**bunch** 60:5 121:5

**Burr** 102:21

**bus** 11:17

---

**C**

---

**C-A-C-I-Q-U-E** 147:14

**Cacique** 83:11,12 147:14,17 149:14,18,20

**Caciques** 83:3

**Cal** 10:23 11:24 12:3

**California** 10:14 88:23 89:10 141:24

**call** 14:12 32:18 41:6,22 55:9,15 71:3,4 96:8,11 120:17,20 121:10, 15 159:1 174:15

**called** 5:11 14:5 22:19 41:8,17 51:5,22 52:2 71:4,23 82:16 83:2 110:4 147:13 148:1 166:21 172:11 174:13 176:23

**calling** 158:8

**calls** 158:21 160:22

**cameras** 75:18

**car** 57:14,16 89:20,22,24 141:18 143:15,17,18,19,20 145:10,17

**Carney** 4:23 5:14,18 23:3,12 45:3 47:17 48:1,6,9 57:22 58:3,11 79:15,21 80:5 87:14 88:4 97:1 126:10,15 139:14 143:3 146:5,15 152:4 153:1,3,7,20 154:4,24 157:4, 7 160:20,24 161:9,13 166:3,5 167:11 174:24 176:15,19 177:13, 15,23

**Carrau** 61:4,5,6,13,14 101:18

**Carrero** 23:16 95:24 105:16,21 106:5,9,11 107:2,6,7 108:9,11

**Carrero's** 106:18,23 108:5

**case** 4:11 5:6 6:1 14:8 20:11 88:23 135:15 155:23 176:24

**cases** 164:17,19

**Caucasian** 163:22 164:8

**caught** 85:13

**cell** 132:6

**Center** 46:2

**Central** 36:19,21 66:10 111:24 113:7 114:23 122:4 123:13 125:8 127:17 129:15 143:9 145:24 149:24 150:12,21 151:7,15 167:17 168:1 174:14

**chance** 23:5 162:12,14 177:3

**change** 177:5

**charge** 12:11 28:24 85:3

**charged** 28:17,18,19 30:8,15 67:7, 9 85:6 86:11 156:22

**charges** 67:11

**Charles** 29:7 45:21,22,24 46:1,3,8 90:9,13,15,18 91:8,11 92:2 96:20

**chasing** 86:13

Index: check-defendants

CRISTINO GARCIA, 07/19/2023

**check** 159:1 172:4,11,14 175:12

**checked** 158:5,8,24 172:12

**checking** 158:18

**checks** 159:3 175:8

**Chicago** 4:8,17,24 5:19 15:13,15 17:7 19:1 33:5,21 91:12 92:1 112:12 113:3 129:8

**chief** 82:18,20,23,24 147:18

**children** 18:19

**choice** 177:11

**Christmas** 52:15 53:14 54:15

**Christmastime** 54:10

**city** 4:24 5:19 17:22

**civil** 6:1 20:11

**Claremont** 18:9

**clarify** 158:24

**Clark** 4:16

**classes** 104:23

**cleared** 168:17

**Clemente** 90:24 91:1 111:19

**clerk** 13:10

**close** 42:20 122:18 175:4

**clothes** 35:4,6 129:5 132:13 173:2

**club** 37:22 40:23 41:14 70:12 127:9,13

**Cobra** 101:6,12 110:10,14,17

**Cobras** 60:16,21 100:24 101:3,9 109:7,10,17

**cocaine** 84:9,15 85:23 87:13 97:3, 9

**collar** 172:19

**colonial** 148:8

**color** 164:4

**command** 83:1 149:15

**committed** 38:19

**competence** 156:6

**complaint** 125:21

**complete** 85:18 87:5

**completed** 25:10 31:12 104:17

**concludes** 178:1

**concurrent** 27:7

**condition** 104:20

**confessed** 40:4

**confessing** 39:11

**confession** 39:21

**congratulate** 147:7

**Congratulations** 25:11

**considered** 15:20 60:4 81:7 83:20

**consult** 157:1

**contact** 49:17,18 98:14 112:2 114:23

**contacted** 48:21,22 49:19

**continuation** 23:9 80:2

**continue** 44:10

**controlled** 84:6,19 86:17

**conversation** 53:14 54:17 55:19, 23 56:18 121:19 126:5,21 167:23

**convicted** 20:15 24:22 26:6 27:2, 22 56:17

**convicting** 78:6

**conviction** 20:12

**convictions** 84:1 104:21

**Cook** 135:11

**cop** 75:6 151:5,7,10,22,23

**correct** 73:14,17 89:2 90:16,20 95:17 96:17,18 97:3 99:14 101:9, 18 106:16 111:15 113:17 115:3 116:13,16 118:10 123:12 137:17 141:8,11,13,14 142:1 143:11 147:15 149:15 150:6 151:16,20 152:2,15,18,23 153:19 154:3,15, 19,20,23 155:3,10,15,16,18 156:20,23 157:3,18 159:14,19 160:2 161:19,20,22 162:3,6,18,24 163:3 164:9 165:7,10,18,19 166:22,23 167:19 175:10,14 176:10

**correcting** 104:11

**Correctional** 46:1

**correctly** 125:5 141:7 175:6

**Cortland** 20:5

**Counsel** 4:20

**counselor** 109:19,24

**country** 156:11

**County** 135:11

**couple** 8:3 47:19 48:18 52:7 57:6 62:16,17 78:17 83:24 143:7

**court** 4:12,18 5:7 8:5,13 9:22 10:12 11:4,12,16 14:13,24 39:17 66:15 67:4 76:19 114:19 140:12,17 141:24 152:22 153:12 154:1 166:21 176:24 177:8,23

**courthouse** 12:7,8 13:2 22:6 23:15,19 89:8

**courtroom** 13:3,4 154:2

**cover** 54:6,7

**cravings** 63:5,17

**crime** 69:6

**criminal** 155:22 156:13 164:17

**Cristino** 4:5 5:10 178:2

**cross** 17:13

**Cruz** 61:3,8,9,22 101:17 133:15,22 134:2,22

**Cut** 21:8

**CV** 4:11

**D**

**dad** 18:23 86:7,8

**Daly** 112:8,23

**Daniel** 111:11

**date** 10:16 49:6 117:18 120:9 168:11,20,24 169:12,19,21

**dating** 65:1

**daughter** 45:6 61:11,12,17 63:11

**daughter's** 61:9 62:2

**day** 11:16 13:3 14:1,8 43:7 55:18 67:3 75:13 97:7,14 98:2,3,6 105:11 117:12 118:15 126:3 143:16 150:13 169:13,17 176:1

**days** 62:16,17

**deal** 25:4 147:9

**Dean** 79:6

**defendant** 4:9 5:2

**defendants** 5:4

CRISTINO GARCIA, 07/19/2023

**defenders** 164:19,20

**denied** 125:24 126:1

**dep** 9:12

**Department** 33:21

**deposition** 4:5,8 5:24 14:17,21
20:10 47:21 167:1,8 178:2

**derived** 148:7

**describe** 114:9

**describing** 124:10

**description** 163:24 164:8

**Design** 21:6,7

**desk** 120:24 121:1,13

**desks** 120:23 121:5,21

**detail** 166:1

**details** 118:20,21 166:11 168:23

**detective** 35:5 56:7 67:24 68:4,13,
24 69:9,13 70:10 71:2 72:9,10,14
74:2,22,24 99:1,5,8 110:20 111:4
112:11,19,20 115:22 116:5,10,21
117:4 118:17 138:15,23 143:18,19
160:18 172:22

**detention** 90:16 91:8

**Diana** 46:14,16,17,22 65:6,11,16,
17 71:20 74:14,15 92:10,11 93:7,
12,17,20 96:5 102:8,9,17 135:3,21,
23 170:8

**died** 82:13

**Diego** 18:7 103:14

**diploma** 104:4,6,9,13

**disagree** 166:16

**Disciples** 28:10 100:24

**discovery** 4:4

**discussed** 141:8

**discussing** 45:14

**discussion** 177:21

**dismissed** 11:4

**District** 4:12,13

**Division** 4:13

**document** 48:11,14

**documents** 8:8

**doin'** 12:5

**Donna** 4:18

**door** 40:24 42:17 72:9 127:23

**downstairs** 123:8,21 126:2
129:20 130:6 132:1

**drafted** 77:3

**drank** 98:3

**drawn** 155:23

**dress-up** 173:1

**dressed** 34:20,21 35:6 172:18,23
173:4,19

**drink** 97:16,18,21,24

**drinking** 98:4

**drive** 4:8 75:1,7

**driven** 89:20 102:7

**driver's** 89:12,14,17 90:2,3

**driving** 143:16 145:17 150:15

**drove** 11:20 88:22 89:8,23 143:10

**drug** 25:9 27:6 31:12 84:11 85:5,
17,19 87:3 109:19,24

**drugs** 24:14,16 85:9,10 87:8 97:2
140:17

**drunk** 86:14

**duly** 5:11

**duty** 173:14,17

**E**

**earlier** 70:17 71:13 80:9 81:15
84:2 98:14 130:10 140:22 151:4
154:10 156:8

**easier** 153:11

**east** 100:12,13

**Eastern** 4:13

**eat** 63:4

**education** 18:3 165:18

**Elena** 61:4,13,14 101:17

**email** 177:2

**employed** 21:3,5,13

**end** 111:23 120:3 171:16 174:10
175:4

**ended** 72:20 84:10 141:23

**enhanced** 28:21

**entered** 114:6

**entire** 167:7

**equipment** 173:9

**Ernest** 110:21 111:2

**et al** 4:10

**evening** 102:1

**events** 157:14

**ever-** 47:14

**Evergreen** 35:17,22 36:13 67:22
119:19 171:6

**Everyone's** 57:24

**exact** 10:16 145:6,8

**EXAMINATION** 5:13 87:19 143:4
146:7 167:14 175:1

**examined** 5:12

**exchanged** 15:4

**excuse** 113:16

**exhibit** 47:18,20,21 48:3 58:13,14
98:12

**experience** 51:2

**explain** 8:3 77:2 176:19

**explained** 50:20 98:20

**expunge** 12:12

**expunged** 50:12,14 51:6 56:15

**expunging** 12:10

**F**

**face** 123:2

**facility** 90:16 91:8 96:23

**fact** 14:16,20 29:20 59:18 112:21
118:14 141:4 156:18 165:12 167:6

**faction** 148:15,16,17,19,21

**fair** 8:24 88:14 94:24 118:7,12,15
165:14 166:11 173:7

**falsely** 56:16 78:6

**family** 54:11 93:17

**family's** 52:15

**fast** 63:18

CRISTINO GARCIA, 07/19/2023

**Father** 62:5,12,22 63:2,22 101:21 172:1 176:9

**favorite** 64:1

**February** 21:10

**fell** 70:13 127:9

**fellow** 119:12 171:9

**female** 37:7,13,14,16,23 41:2 69:14 114:3,9 172:16

**figure** 53:12 107:18

**figured** 169:9

**filed** 4:12 6:1

**find** 75:8 141:5

**fine** 23:3 87:23 114:21 146:12,13

**fingerprinted** 132:4

**finished** 142:6

**five-minute** 23:1 58:1

**Flash** 110:15

**flashlight** 70:13 127:9,13 152:14

**floor** 113:9,11,13 123:16,24 124:4, 8 127:19,20,21 129:17,21 130:7, 13,17 132:22,24 133:3

**Flores** 79:8

**flow** 82:22

**focus** 159:16 162:19

**focusing** 175:3

**Folk** 144:12

**Folks** 60:4,8,11,17,18,19 100:20, 22 102:6,12,16

**follow-up** 142:23 174:22

**foot** 83:15,18,20

**force** 115:16

**forget** 50:1

**forgettable** 164:1

**forgot** 7:5 12:24 34:11,12 110:6

**forgotten** 162:18

**form** 152:4 153:1,20 154:4,24 156:1 157:4 160:22 161:9 165:7 166:3

**forward** 76:2 77:18 152:22 153:16 157:2

**found** 134:18,19

**fraction** 148:23

**fractions** 149:9

**frame** 64:18 113:5

**friend** 13:17 46:19 136:11,12

**friends** 46:23 71:20 95:13 107:24

**front** 48:2,11 58:14 98:9 122:21 159:1,2

**furious** 63:18

---

**G**

**Galesburg** 26:19

**gang** 21:15,17 27:21 28:3,8 29:15, 17,21 60:11,24 82:15 100:9,11,19 109:17 110:10 118:24 119:7,10,13 144:10 147:13,23 148:1 151:19 171:9

**gang-on-gang** 27:23

**gangbangers** 86:13

**gangs** 30:20 31:19 59:24 60:2,6 75:5 80:9 81:19 100:21

**Garcia** 4:5 5:10,15 6:21 7:16 20:1 23:13 46:23 47:22 48:10 58:12 65:11 71:5,16,19 80:6 87:22 96:4 126:19 135:18 142:5,20 143:6 146:9 147:4 153:3 162:23 163:2 167:16 174:19 175:4 176:20 178:3

**gate** 132:14

**gave** 25:7 26:12 27:8 29:4 31:11 104:1,3 120:24 175:16 176:3

**GED** 104:18,22,23 165:18

**general** 164:18

**girl** 7:2,3 18:23 168:13

**girlfriend** 61:3 62:22 92:10,11 93:10 101:17 102:13 108:6,10 133:11,14 134:22 135:3,20 171:21 175:23,24 176:3,4

**girls** 18:22

**give** 5:24 51:18 55:9 78:12 142:5 153:4 160:6 163:18 168:22 171:19 175:20 176:2,8

**glass** 21:8 122:21 123:9 124:13 130:9

**God** 80:18

**good** 4:1 5:15 146:6 157:14

**grab** 31:4 75:2

**grabbed** 30:24 31:1

**graduate** 103:20

**graduated** 18:4 104:2 165:16

**grammar** 18:4,6 103:15,20 104:2, 7,8,12 165:17

**grammatical** 177:5

**Grand** 36:19,21 66:10 111:23 113:7 114:23 122:4 123:13 125:8 127:17 129:15 143:8 145:23 149:24 150:12,21 151:6,15 167:17, 24 174:14

**great** 9:14 10:3 165:13

**grew** 13:22 18:15

**ground** 28:20 127:15

**grounds** 28:22

**group** 149:3

**grown** 7:8,9 18:14

**guess** 21:2 30:11 44:7 51:7 53:12 78:22 80:11 125:23 145:16,22 157:22

**Guevara** 4:10 5:2 34:3,4,7,14,16, 35:8,19 37:5,10,17 40:4,18,22 41:2 42:3,13 43:21 44:10,17 47:2 51:23 52:2,6,19 53:1,14,21 54:18 56:7,11,16,20 62:19 67:24 68:4,14 69:1,9,13 70:10 71:2,6 72:10,17 73:14 74:2,22,24 75:1,7 76:3,9 77:5,14,15 78:11,13,19 99:1,5,8 111:15,22 112:2 113:16 114:1,6 115:6,19,24 116:5,10,21 117:4 118:17 120:5 121:14,16,18 123:5 125:16,22 126:4,21 128:14 129:4 138:15 143:10,15,22 149:23 150:10,11 151:5,10 152:12,23 153:17 154:3,11,15,18,23 158:19, 20 159:6,13 161:6 162:5,6 168:15 172:8,24 173:4,8 175:9

**guilty** 74:1,21 138:14,20 139:2,7, 22 155:23 156:10,12

**gun** 85:12 86:10,12,14 102:15 105:13 107:3,6,7 109:2

**guns** 30:4,10,14

**guy** 30:23 85:13 112:7

**guys** 50:9 52:14 56:2 63:1,8,20 82:12 131:1,3,6,7 144:6,17

**gym** 173:5

---

CRISTINO GARCIA, 07/19/2023

## H

**habit** 97:10,12

**hair** 164:3,4

**half** 26:12,13 27:10 55:24 84:23,24 124:17

**hallway** 5:18 7:18

**Halvorsen** 5:4 110:21 111:2

**hand** 41:13 71:9 72:3 161:16

**handcuffed** 42:9

**handcuffs** 65:21

**handgun** 102:3

**handwriting** 141:13 161:8

**handwritten** 38:12 39:17

**hang** 41:11 42:4 94:6 106:24 122:5

**happen** 145:7

**happened** 11:5 14:4,7,9 31:4 35:10 37:1 41:5 42:24 43:4,5,15 45:14 52:6,19 53:1,11 54:18 67:2 117:19,23 118:2,23 144:18 145:3 166:1 168:23 169:8

**happening** 132:12

**harmed** 59:9 99:12

**hazy** 155:17

**he'll** 177:15

**head** 8:13 37:22 40:23 42:11,12 70:11,12 79:3 114:14 127:8 147:13,23 148:1,14 149:11 156:3

**hear** 9:16 118:1 119:3 126:10,11 151:10,11 169:13

**heard** 42:4 56:19 71:6 78:9 117:18,22 118:18 120:7 151:7 162:4 169:22

**hearing** 41:10 170:15,20

**held** 107:7 156:18

**helped** 136:17

**helping** 50:12

**Hermina** 61:3,8,9,22 101:17 133:15,22 134:1,22

**heroin** 24:17,20 86:24

**hey** 53:7 126:10 170:24

**Hi-me** 147:6

**hierarchy** 82:7

**high** 90:24 91:1 104:5,7,13,15 111:19 165:17

**highest** 18:2 82:20

**hired** 164:22

**Hispanic** 114:11,12 160:2 163:11

**hit** 28:15 115:12 127:8,12,14 162:10,12

**hitting** 37:22 39:1 40:23 41:14 42:10,12 70:12 72:10,17 73:7 123:7 152:13 174:5

**hold** 81:4 105:12 107:2,6

**holding** 174:6

**hole** 8:4

**holiday** 53:14

**holidays** 54:13,17,21

**home** 11:7 61:3 62:14,21 66:14 67:5 91:11 93:3 95:3,5,8 96:6 101:13,16 102:7 106:18,23 107:13, 15,20 108:15,20,23 109:3 117:21 133:9 134:1 141:18 158:6 167:22 168:12 169:17 171:4,21

**hope** 76:21

**hospital** 104:3

**hour** 42:20 55:24 57:23 122:18 124:15,17 132:10,11

**house** 53:6 57:19 94:6 107:23

**Hudson** 79:4

**Huertas** 79:2

**Humboldt** 15:21

**hurt** 151:19

**husband** 11:6

## I

**I-N-C-A** 148:5

**identification** 47:23 160:10

**identified** 128:7,13 131:14,19

**identify** 4:20

**IDOC** 96:23

**Illinois** 4:8,13,17

**immediately** 43:21

**important** 113:2 166:13,14 167:4

**Inca** 148:2,3,4,14 149:11,18,21

**incident** 90:19 143:9 145:7,14 164:12

**include** 165:24

**including** 128:17

**indicating** 127:24

**individuals** 53:24

**inference** 155:23

**information** 51:8,18 136:16,19 171:20 172:14

**informed** 67:23

**initial** 54:16

**initially** 142:15

**innocent** 156:12

**inside** 13:5 41:1 106:19

**instance** 164:21

**instant** 75:17

**inter-** 129:24

**interacted** 35:24 36:2

**interaction** 68:4

**interrogated** 68:12,19 116:4,8

**interrogation** 44:24 71:8 72:2,20

**interrupt** 22:24

**Interventions** 85:22 110:1

**interview** 36:20,23 40:16,17,21 42:7 44:1 115:2 121:4,12 123:24 128:1,24 129:20 131:22 172:17 174:1

**introduced** 5:17 159:18,20

**investigated** 43:6 76:4 77:6,9,12, 17 78:5 99:5

**involved** 31:19 49:4 69:3 140:13 170:17

**Iris** 108:6 109:1

## J

**jail** 25:1 26:8 84:18 135:11 154:12

**Jaime** 4:10 5:6 6:1,3,5 10:8,23 46:18 52:19 55:14 58:22 65:18

73:23 74:6 82:4 88:23 90:6,11
92:3,6,17,22 93:4,6,11,20 95:13
96:5,8,11,13,14,17 98:15 101:24
102:6,11,16 106:4 107:5 134:8,11,
23 135:4,10,14,18,24 136:3,6,9,13,
17 137:2,13 140:6 141:7 142:7,10,
13,17 147:6 154:12 157:3 170:2,5,
12,16,18

**Jaime's** 135:3,20

**Jamaica** 99:20

**James** 79:6

**Javier** 79:10,11 109:19,21 110:7

**jeans** 173:5

**jobs** 81:12

**Joe** 126:15 160:21 167:11

**Johnson** 109:12

**join** 29:10 152:5,6 153:2,22 154:5,
6 155:1,2 157:5,6 160:23 161:11,
12 166:4

**joining** 29:21

**Jose** 18:7

**Joseph** 5:3

**José** 31:24 81:14 95:21 103:14
107:9 108:3 149:17 171:14

**Juan** 109:12

**judge** 9:23

**July** 4:6 64:5,19 67:17 108:13,17
109:11,17 110:11,18 111:23
112:13 113:5 119:18,19 134:6
143:8 149:24 150:7,22

**jumped** 145:11

**June** 59:10,19 63:14 64:19 91:14,
20 92:7,9 93:6,15 95:14 97:6,8,15,
19,22 98:1 99:12,22 101:11,16
102:1,4 103:7,17 105:10 106:10
107:10 108:13 109:11,17 110:11,
18 112:13 118:7 119:14 120:3
135:5 136:14 139:3 171:16 174:11

**June-** 113:4

**June-july** 87:7 118:15

**juvenile** 27:15 28:19 29:7 38:21
46:1 90:16

---

**K**

**kid** 19:11,14 46:18

**kid's** 34:11 59:15

**kids** 6:11,16,24 18:21 27:20 28:9

**killed** 28:13 99:23 101:12

**killing** 139:2

**kind** 8:16 20:9 35:4 38:2,5,10
47:19 54:8 82:19,22 83:18 97:18
140:8 143:15 173:17

**King** 23:14 28:3,6 32:6 81:16
95:16,22 96:2 119:13

**Kings** 21:18 22:12,14 29:10,22
30:1 59:23 60:7,12,15,21 80:13
81:4,24 82:8 83:14,21 100:16
101:8 105:2 147:13 148:15 149:2,3

**kitchen** 57:4 59:1

**knees** 70:13 127:10

**knew** 23:14 32:7 40:4,8 41:21
51:11 53:13 65:6 74:18 95:15
108:9,10 109:11,14,16 110:8,11
112:5,13 113:4 117:18 120:14
126:5,22 141:3 154:11 169:8,10,17
170:2,5,8 176:5

**knowing** 66:15

---

**L**

**lack** 81:11

**ladies** 11:6

**lady** 37:2

**Lake** 110:4

**Lamont** 102:21

**language** 98:21

**larger** 121:4

**Lat-** 114:11

**late** 80:22 101:11 152:20

**Latin** 21:18 22:11,14 23:14 28:3,6
29:10,22 30:1 59:23 60:7,12,15,21
80:13 81:4,16,23 82:8 83:14,21
95:16,22 96:2 100:16 101:8 105:1
119:13 147:13 148:15 149:2,3

**law** 28:20 76:3 164:16

**lawyer** 37:3 41:10,23 42:1,19,21,
24 43:2,3,14,22 44:9 50:21 53:19
55:10,14 71:5,7,23 72:11,20,22,24
73:5 76:11,24 77:7 78:20 113:23
123:6,12 124:11,18 125:5,11,15,20
126:6 129:13,19 130:5,12 135:13

**lawyer's** 41:15 123:4

**lawyers** 79:16 163:24

**leading** 153:20 154:4,24 157:4
166:3

**learn** 74:9,11 76:8 77:5 78:18
118:19,20 120:1 134:11

**learned** 76:2

**leaves** 43:18

**leaving** 133:4

**Leavitt** 21:21,23,24 22:1 93:13,14,
21 94:4,19 95:3,6,19,22 96:2,6
102:7,13,18

**left** 30:2 31:21 42:9 43:9,22 44:9
80:16 124:21,22 125:2 129:13
130:2,12 132:10,18 143:8 145:11,
12 159:4,6 168:14,15 172:4

**legal** 4:14

**legs** 23:5

**Lenny** 46:21

**letting** 132:17

**level** 18:2

**license** 89:12,14,18 90:2,3

**life** 140:18 152:2

**lines** 59:5

**lineup** 43:23 44:17 124:20,24
125:2,5,10 127:16 128:2,5,8,16,23
129:12 130:3,15,20,24 131:8,12,
15,21 162:4,6,9,11

**lineups** 43:13 44:13,16,20 69:1,
11,12 124:19,22 162:1

**listening** 53:10

**live** 15:15,17 16:1,10,24 19:1,3,5,9
20:4,7 91:17,20 92:3,23 103:6

**lived** 15:22 16:5,22 17:3,22 19:15,
16 92:6,11,20 94:8 102:8 103:10
106:13 107:10,12 118:9 134:14

**lives** 16:2,3 20:5,8

**living** 19:15 20:21,22 91:2,14,21
92:8,9,15 93:7,8,9,12 100:3 106:9
108:12 165:21

**located** 4:7 63:22

**lockup** 130:3 132:1,2,3,20 133:1,2,

138:2,4,6 156:23 157:2 159:19,21,
23 162:16,19,21,24 163:5 164:12

CRISTINO GARCIA, 07/19/2023

7

**Loco** 79:13,14 110:18

**Logan** 17:10,19 20:6 27:12 63:24

**long** 15:22 16:8,17 21:9 24:2 29:24 42:18 44:20 55:23 84:15,22 89:6, 24 105:15,17 115:8 122:15 129:23 132:8 164:3 176:1 177:21

**longer** 16:6,7 31:19 76:3,9 99:1 139:1

**Lopez** 102:24 103:1,4,12 105:1,5, 9,12

**lot** 47:8 164:15,16

**loud** 8:10 68:14 114:17

**Lowenbrau** 97:20

**Luis** 59:9,13,18,21 60:23 74:6,10, 16 79:2 99:12,14,23 139:3 156:19 157:18

**M**

**Macho** 32:2,4,7 81:15 95:21 107:9 108:3 149:17 171:14

**mad** 71:7 126:23 127:1

**made** 42:4 69:6 120:20 125:20 158:13

**make** 8:17 9:8 23:4 41:6 71:3 120:17 121:9,15 177:4

**making** 56:7,10 121:20 159:1

**man** 134:17 163:8,9 164:9

**man's** 12:24

**Maria** 20:1,4 41:17 46:21,23 65:6, 11 71:5,15,16,19 91:19 96:4 120:18 121:22 135:17 136:2 162:23 163:2 174:13

**marijuana** 87:13 97:2,6

**Mario** 79:8

**mark** 47:17,20

**marked** 47:22 48:3 98:12

**marriage** 105:7 108:2

**married** 6:9,22 18:17

**masks** 57:15

**Mason** 5:4 111:5

**math** 81:1

**matter** 4:9 112:21

**matters** 177:21

**meaning** 100:16 147:18,22

**meaningful** 167:4

**means** 140:1 147:21,22 177:8

**media** 4:2 23:10 58:9 80:3 147:1 178:1

**meet** 11:18,23 90:6,7,8 101:24 122:12,15

**Melendez** 31:24 32:1 47:15 81:15 95:21 107:10 108:3 149:17 171:14

**member** 21:15,17 29:15,17,21,24 30:2 81:3 105:1 119:7,10

**members** 119:13 151:19 171:9

**Mendez** 108:6 109:1

**mention** 113:1 169:2

**mentioned** 80:10 84:3 110:1 117:2,10 119:12 135:6

**messages** 15:4

**met** 46:12 64:21 90:9,11 92:19 105:21 111:21 113:15 123:13,23 124:18 125:18 147:5 149:23 150:12,21 151:6

**Michael** 5:1 111:5 143:6

**middle** 9:11,17

**Milwaukee** 16:14,15,17,19 17:2,4, 6,7,14,23

**mind** 43:2

**minds** 177:22

**mine** 30:17 136:11,12

**minute** 80:18

**minutes** 44:22 56:1 72:8 115:9,10 122:6 146:18

**misstates** 161:9

**MLDS** 28:11

**mobile** 104:16

**mom** 16:3,8 19:16 50:6 55:1,4 57:3 61:7 62:22 77:13,19,24 93:7 107:23

**month** 49:20 63:10 64:5 119:22 120:1 144:24 145:1 152:13

**months** 29:5 63:15 78:17

**Morales** 59:9,18,21 60:23 74:7,10, 16 99:12,14,23 139:3 156:19 157:18

**morning** 4:1 5:15

**mother** 16:2 61:10,13,14 91:18 92:18,20,23 93:4 101:17 168:13 171:22 175:21,23 176:1,4

**mouth** 28:5

**move** 17:2 30:24

**murder** 12:20 20:12,15,17 34:9 47:5,10,12 51:12 68:1,9 74:6,10,16 116:22,24 117:3,8,13,16 118:18, 20,24 119:4,23 120:2,6,7,10 134:8, 12 135:1,4 136:14,17 156:19 157:18 169:22 170:3,6,13,18 171:1,11,15 174:10

**murdered** 59:18 169:3

**murdering** 12:22 34:10

**my-** 56:21

**N**

**N-O-R-I** 6:21

**named** 46:14 67:24 112:8

**names** 33:24 44:15 47:16 68:18 175:14

**narrow** 163:6

**nation** 100:22

**Native** 148:11

**needed** 12:8 13:9 51:19

**neighborhood** 13:23 15:20 18:10 19:12 32:5,11 74:12 91:2 94:22 112:6 118:9 169:23 170:10,16 171:10

**news** 56:20 78:10

**Nick** 4:14

**nickname** 13:19 22:22 32:16 79:13 96:1 99:17 109:13 110:7,15, 18

**nicknames** 22:18 32:12 96:14

**night** 62:12 73:6 117:13

**Nobody's** 88:8

**Nodding** 73:2 87:10

**nods** 8:13

CRISTINO GARCIA, 07/19/2023

**nonetheless** 89:7

**Noon** 111:11

**Nori** 6:19,22 7:15 19:22 20:7,8 45:4 52:24 64:19,24 88:20 89:8

**north** 4:16 15:19,23 16:10 19:5,9, 15 20:22 91:5,12 92:3 93:12,21 94:4 95:3,6,11 96:6 99:24 100:3,5, 23 101:6,12 102:7,13,17 103:6,9 106:15,23 107:21 108:12,16 109:5 134:4 139:3 171:4

**Northern** 4:13

**notarize** 57:20

**notary** 57:6 141:18

**notes** 79:18

**November** 49:10,14,16 61:21 63:12

**number** 4:11 55:9,10 68:12,21 116:4,9 118:8

**numbers** 175:17,20

**O**

**O'QUINN** 64:7 66:24 67:21 72:9, 14 111:14 113:8 115:2,11 116:10, 12 119:19 124:4 134:7 159:14 167:18,24 168:5,8 169:18 171:3, 14,18 172:4,10,13,24 173:3,8 175:7

**oath** 56:5 88:17 154:2 165:6 167:3

**object** 136:20 156:6

**objection** 9:24 45:2 139:8 152:4 153:1,13,20 154:4,24 156:1 157:4 158:21 160:19,20 161:9 166:3

**objections** 9:16,21 153:4

**obtain** 104:18,22

**occasions** 107:17

**occurred** 20:13,17 47:2 117:9,13 118:9 119:14,23 120:2 125:10 134:9,12 135:5 136:14 144:21 171:15 174:10

**October** 15:12 49:21 50:4 51:22

**off-** 177:20

**offense** 165:12

**officer** 40:9,10,13 42:15 43:10 51:23 56:15,20 64:6,10 66:23 67:16,20 71:6 75:23 76:3,9,14 77:14,22 78:3,9 99:2 111:10,14,17, 18,22 112:2,9,10,18 113:8,15,16 114:6 115:2,11,22,23 119:19 120:5 126:20 129:1,3,5,6,10 132:13,14 134:7 139:1 150:16 167:18,24 168:5,8 169:18 171:3,4,18 172:3, 8,10,13,23,24 173:3,4,7,8 174:4 175:8

**officer's** 112:8

**officers** 33:11,17,21 44:16 66:16 68:13,19,22 77:16 111:13 112:5,12 113:3 116:5,9 173:20

**officers'** 33:23

**offices** 4:16

**older** 7:7 23:2 41:8 71:16 163:10, 13,14,16

**oldest** 19:2 61:12,17

**one's** 19:20

**open** 58:13 71:9 72:3 121:2

**opened** 127:23 132:14

**opportunity** 176:21

**option** 177:7

**order** 63:1,23 158:13 176:9

**ordered** 62:5 101:21 158:6 171:24

**ordering** 62:11,22 63:8

**originally** 124:1

**overheard** 121:18 126:5,21

**owned** 30:4,5 89:24 93:17

**P**

**P-O-L-I-C-K** 5:3

**p.m.** 79:24 80:4 146:21 147:2 178:5,7

**pages** 49:8

**pandemic** 49:23,24 54:10,21 55:22 151:13

**paper** 38:8,10,14 69:3,10,14,17 70:1,3,5 161:6,8,14,16,19,22

**paragraph** 59:8 61:2 64:4 65:20 67:23 68:12,24 70:9 71:1 72:8,19 73:5,22 76:1 99:10 116:3 126:9 127:5 137:1

**paralegal** 8:7

**park** 15:21 18:11,12,15 19:13 106:3,5,14,15,23 108:12,16 109:5

**part** 21:20 22:11,14 81:23 95:19,22 96:1 130:6 138:17,18 149:21

**participants** 128:16

**parties** 4:21

**parts** 165:13

**pass** 86:8

**passed** 82:13 86:7

**past** 23:15,19 102:7

**patrolling** 150:16

**paying** 77:17

**penalty** 156:14

**pending** 9:4

**people** 32:18 47:8,15 56:16 60:7, 10,17 74:11,13 77:17 78:6 82:14 118:14,22 128:4 130:21,23 131:9 134:16,19 144:9 150:20,23 152:23 154:2 169:14 170:10,16 175:14

**Peoples** 60:4,9

**period** 116:12 156:19

**person** 12:21 22:5 23:2,13 52:12 55:20 57:11 119:6,9 147:13,21,22 155:20 160:1 173:9

**person's** 23:16

**PFP** 49:8

**phone** 9:8 37:21 40:22 41:6,11 42:4 50:5,10,22 51:1 52:10,11 55:20,21 59:2 70:11 71:3,4 120:17, 20,24 121:9,15 122:22 123:10 124:11,16 126:5,11 127:7 130:9 142:11 159:1 174:15 175:16,20

**phones** 121:7,10

**photographed** 132:4

**physical** 68:14 70:11 126:6 127:3

**picked** 64:6 69:2 174:15

**picture** 75:3,9,16,18 143:13,24 144:6 145:11 151:16,18

**piece** 38:14 69:3,10,14,17,24 70:3, 5 161:6,7

**pizza** 62:5 63:5,8 64:1 101:21,22 171:24 172:1 176:10

**place** 16:20 17:1 64:1 90:23 110:1 125:5 127:17

CRISTINO GARCIA, 07/19/2023

**placing** 70:11

**plainclothes** 34:24 35:2 112:10, 11 129:10,11 145:24

**plaintiff** 5:6

**play** 105:19 106:2,4

**played** 105:23 106:24

**playground** 27:21 39:4 106:14

**plea** 25:4

**plead** 139:6,20

**pled** 73:24 74:20,23 137:4,5,20,23 138:11

**point** 28:4,6 44:12 51:21 54:20 70:10,19 73:13 157:15 160:7

**pointing** 138:6

**Polaroids** 75:19,20

**police** 31:3 33:6,11,21 35:11,18 65:21 66:16 68:6,8 76:3,9 99:1 108:17,19 109:2 110:20 111:4,10, 13 112:12,24 113:3 125:21 129:8 132:14 143:17 154:14 164:11 167:20 171:11 173:9

**Polick** 5:3 87:15,20 126:16,17 136:23 139:11,17 140:2 142:20 150:2 152:5 153:2,22 154:6 155:1 156:1,6 157:6 158:21 160:19,22 161:11 166:4 167:13,15 174:19 176:13

**possessing** 85:6

**possession** 24:14,22 27:5,6 84:4, 6,19 85:3 86:17

**possibly** 7:13

**practiced** 165:20

**precipitate** 29:21

**pregnancy** 63:5,17

**pregnant** 61:22 63:4 65:17

**prepare** 140:9 142:14

**prepared** 141:10

**present** 56:23 57:1,11 59:8 99:11 102:9 158:19,20 159:7,8,10,13 175:9

**President** 155:22

**press** 75:18

**pretending** 160:18

**pretty** 114:12 160:2

**previously** 40:4

**Pricilla** 19:2 62:3 63:11

**Prindiville** 16:13,22 17:1,14

**prior** 23:18 25:15 35:24 84:16 112:3

**prison** 25:2 26:9,16,18 27:4 32:22 33:2 52:20 84:19 96:17 142:8,11

**private** 164:18,23,24

**probation** 25:7 31:11 85:16

**problem** 23:3 147:9

**proceedings** 178:6

**process** 156:23

**program** 84:11 87:3,5 109:20

**promises** 76:23

**public** 154:2 164:19,20

**pulled** 145:10

**punishment** 28:21

**pursuant** 5:21

**put** 28:4 30:23 36:20 37:21 43:9, 12,23 44:12 46:11 48:11 66:14 69:1 86:15 124:20,23,24 125:2 130:2,3 131:20 132:6 143:10 156:14 161:24 167:12

**putting** 40:22 42:11

---

## Q

**question** 8:1,19,23 9:4 30:12 40:16 52:23 73:19 88:5,9,13 116:18 126:18 137:7,8,22 139:14, 17 147:11 152:10 153:13 156:5 157:11 159:6 166:17

**questioned** 116:21 166:10 171:15

**questions** 32:23 37:6,11 38:3,5 48:18 54:8 79:19 84:1 87:16 98:13 142:21,23 143:1,7 145:16,23 146:3,12 157:14 158:3 168:6 174:22 176:14

**quick** 57:24 79:17

**Quinn** 33:14 35:16,21,24 36:10,23 39:3 40:9,21 41:15 42:15,16 62:18, 21 67:17 72:15 111:17,22 121:16 123:4 124:4 157:16,24 158:3 175:9,12

---

## R

**rabbit** 8:4

**ran** 27:7

**rank** 81:4,6,9,18,21 82:2,5 83:18

**ranked** 81:12

**ranking** 82:15

**rankings** 82:10

**ranks** 82:16

**re-arrest** 66:11 67:8

**re-arrested** 66:9

**reached** 54:21

**read** 69:2,9,13,17,24 70:3 139:17, 19

**reading** 174:3,7

**ready** 173:6

**real** 13:18 87:14

**realize** 163:24

**reason** 154:21

**recall** 20:14 24:12 25:15 33:5,17, 23 39:16 52:8 84:5 114:15 117:3 133:4 143:15 144:4,19 168:8 172:18 173:3

**receive** 104:5

**received** 104:21

**recent** 24:10 87:3

**recently** 86:20

**recess** 23:8 58:7 80:1 146:23

**recognize** 48:11

**recognized** 109:16 110:11 112:13 113:4

**recognizing** 109:8

**recollection** 33:10

**record** 4:3,21 9:22 12:10,12,13 23:7,10 50:12,14 51:6 56:14 58:5,9 79:23 80:3 139:19 146:21 147:1 167:12 177:24 178:4

**referred** 96:1 105:16

**referring** 144:13

**regard** 48:22

---

CRISTINO GARCIA, 07/19/2023

**regular** 35:6 173:1

**related** 105:4 108:2 119:1

**released** 43:11 44:21 66:16 67:4 75:2,12,13 91:7,10 92:2 112:22 125:3 132:19 133:20 144:22 151:15

**reluctance** 154:1

**reluctant** 140:9 141:2 153:16

**remember** 10:16 11:8 16:13 19:11 22:2 26:14,21,23 28:24 31:6 34:20, 23 35:8 37:13 39:19 42:1 44:2,3, 15,21 49:5 62:10,11 67:14 68:18 71:22 75:14 78:16 81:2 82:11,16 85:3 86:6,18 101:23 113:9 114:12, 13 116:19,20 120:23 122:9,24 124:5 127:22 130:23 132:12 135:19,22 149:19,20 155:9 159:11 160:4 161:7 163:11,23 164:5 166:7 167:7 175:16 176:3,5

**remembered** 166:10

**remind** 67:10 148:18

**repeat** 126:18 137:8

**rephrase** 8:21 88:6,10

**report** 78:11

**reporter** 4:18 5:7 8:6,13 39:18 114:19 153:12 176:24 177:9,24

**represent** 4:22 5:5,19 156:23

**representing** 4:15

**reserving** 176:18,23

**residence** 134:4

**rest** 138:21

**retaliate** 102:12,16

**return** 91:11 134:1

**returned** 91:23 92:1

**review** 176:22 177:3

**revoked** 89:15

**Rey** 111:15,21

**Reynaldo** 4:10 67:24 68:13,24 69:2 70:10 71:2 72:10 74:2 76:2,8 77:5 78:18 116:5 138:15

**rib** 62:5 101:21 171:24

**Ricardo** 6:15,16,22 7:22 10:5 45:11,12,19 49:1,3,17,18 50:3 51:11,14,18,21 52:1,4,5,17,18,22 53:7,13 54:9,11,18,21 58:21 64:21

65:1 76:10 81:23 90:12,13 92:17, 22 93:4 96:20,23 106:7 142:13

**Richards** 5:5 22:24 45:2 48:5,7 58:4 98:17,20,24 99:4,7 126:12 136:20 138:5 139:8 140:4,23 141:7,19 142:18 146:4,6,8,17 147:3,5 150:3 152:7 153:10,23 154:8 155:4 156:2,7 157:10,12 158:23 161:4,15 166:8 167:10 174:21 175:2 176:12,17 177:18

**ring** 9:11

**Rios** 4:10 5:6 6:1,3,5,15 7:22 10:5, 9,23 11:11 12:2 13:14 14:12,15,24 20:15 22:14 32:7,12,15 33:2 45:11, 12 48:24 49:1,3 50:4 52:19 53:7 56:7,10 58:21 64:21 73:23 74:6 76:11 81:23 82:4 90:6 92:3,6,17 93:6,11,20 95:13 96:5,8,11,17 101:24 102:6,11,16 106:4 107:5 134:8,11 135:10,14,18 136:7,10, 13,17 137:3,13 142:7,10 147:6 154:12 170:2,12

**Rios'** 46:18

**Rios's** 9:18 14:7,19 20:11 45:7 55:14 56:9,19 57:18 58:22 59:2 65:18 88:23 92:18,23 93:4 98:15 140:6 141:7 142:13,18 157:3

**rival** 29:15,17 151:19

**rivals** 101:8

**Roberto** 90:24 91:1

**Rodriguez** 46:14,16,17,22 65:7, 11,16,17 71:20 92:12 93:12,21 96:5 102:17 135:3,21,23 170:8

**Rodriguez's** 93:17

**room** 36:20 40:16,18,21 41:1,12, 16 42:7,19,21 44:1 46:11 57:3 69:15 70:20,22 71:8 72:2,4,6,15,24 113:12,19,20 114:4,7 115:2,3,5,8, 23 116:12 120:21,22 121:4,12 123:3,24 125:1 128:1,15,17,21,24 129:20 130:20 131:22 140:21 159:2,4,6,7 162:15 168:15 172:17 174:1 175:7

**rough** 44:10 69:18 70:1,4

**roughed** 47:3 52:2

**roughing** 37:6,17,19

**rule** 9:23

**rules** 8:3 88:3

**run** 53:24 173:6

---

**S**

**Sacramento** 15:19,23 16:11 110:5

**Samantha** 79:4

**sat** 57:16 113:22

**scared** 76:13,16 138:23,24

**Schalka** 5:1 142:24 143:5,6 146:2 152:6 154:5 155:2 157:5 160:23 161:12 176:14

**school** 18:4,6 28:20,22 40:18 64:12 65:10,12 67:11 90:24 91:1 103:5,12,15,18,20 104:2,6,7,8,12, 13,15 109:15 111:19 165:17,18

**schoolyard** 33:15 39:6,22 40:5 46:9 66:20 90:20,22

**scream** 115:14

**screen** 98:18 138:8

**search** 108:23

**searched** 108:16,20

**searching** 109:3

**sect** 21:19 22:3

**section** 149:12,15,21

**sections** 149:6,7,9,10

**selling** 24:18

**send** 41:10 177:1

**sending** 57:19

**sentences** 104:21

**separated** 123:8

**separating** 124:13

**September** 26:15,16

**sequence** 157:14

**serve** 96:19,22

**serving** 32:21 33:1 90:13

**set** 82:11 95:19,22 96:2

**Shakes** 8:12

**Shakespeare** 66:7,8,13,21

**shaking** 79:3 114:14

**she'll** 177:1

**shirt** 172:20

CRISTINO GARCIA, 07/19/2023

**shoes** 173:6

**shooting** 33:4,15 36:17 39:6,11,22 40:5,19 46:9 64:12 66:19 67:11 90:19,22 111:18 119:10,13 139:2

**shootings** 118:8

**short** 164:4

**shortly** 122:7

**shot** 27:20 29:11,13,17,21 99:23 102:8,12,17 104:2 118:3,6,14 119:5,6 169:17

**show** 144:6 151:18 160:9,10 161:14

**showing** 161:6

**side** 20:8 75:4 100:12,13,14,18,19 121:1 144:7,10

**sign** 38:8 43:8,15 44:23 47:3 69:4 71:2 73:7,16,20 115:16 161:7,21

**signature** 78:22 176:23 177:8

**signed** 11:12 39:8 49:10,16 57:17 59:16 77:3 141:17,19

**silent** 158:4

**sir** 101:14 108:18 119:15 136:22 142:9

**sister** 6:11,16 7:15,18 11:19 19:18, 21,24 41:8,17 45:4 46:20,22 50:8 52:24 64:19,24 65:6 71:4,6,17 88:19 89:7 91:19 96:4 120:17 121:22 126:22 135:17 136:2 141:24 162:23 174:13 175:21

**sister's** 6:18 46:19

**sisters** 19:16,17

**sit** 13:3

**sitting** 13:5 59:1

**situation** 28:1 130:19

**six-pack** 98:5

**Skyline** 21:6,7

**slang** 147:18

**slapping** 41:13 42:10 152:15

**smacking** 71:8 72:2

**small** 177:4

**smoke** 97:6

**soldier** 83:15,18,21

**some-** 144:1

**someplace** 157:17

**Son's** 62:6,12,23 63:2,22 101:22 172:1 176:9

**sort** 82:15 148:7,12

**sound** 20:14 106:15

**sounds** 123:11

**South** 20:8

**Spanish** 60:16,21 77:14,19 78:1 101:3,5,9,12 109:7,10,17 110:10, 14,17 147:17 148:9

**Spaulding** 35:16,22 36:13 67:22 119:20 171:7

**speak** 50:9 52:4 53:8,23 56:8 115:23 142:10 164:12

**speaker** 9:17

**speaking** 129:19 150:10

**specific** 21:19 60:10,11 82:14

**specifically** 62:11 97:2 176:6

**speculation** 136:20 158:21 160:22

**spell** 6:20 83:7

**spelled** 147:14

**spelling** 165:13

**spend** 25:1 26:8 27:4 84:18

**spent** 124:15

**spoke** 14:18 15:1 50:5,23,24 52:3, 5,7 53:22 55:10,12,18 124:11 125:24 130:5 138:22 173:16

**spoken** 14:19 150:1,7

**spouse** 91:22

**Square** 17:10,19 20:6 63:24

**St** 29:7 45:21,22,24 46:1,3,8 90:9, 13,15,18 91:8,11 92:2 96:20

**stairs** 127:24

**stamped** 57:17

**stamps** 57:6

**standing** 121:19

**start** 35:12 50:23 56:3,4 151:10,11

**started** 42:10 51:1 69:18 71:8 72:2 88:4 123:20

**Starting** 80:12

**state** 17:5 37:3 42:8 113:24 159:20

**state's** 37:7,14,16,23 41:2 69:14 70:20 72:3 113:16 114:3,4,9,22 154:17 159:10,17,22 160:16,17,18 172:16 173:16,23

**statement** 38:11,21,23 39:9,13,16 40:11 41:7 44:23 47:3 69:4 71:3 73:7

**statements** 73:16,20

**States** 4:12

**station** 35:11,18 65:21 66:6 68:7,8 77:14,20 78:1 112:22,24 125:8,21 132:19 133:5,10,17 157:20,22,23 158:16 162:22 164:12,22 166:1 167:17,21,24

**stay** 43:7 73:6 115:8 126:3 132:8 151:2

**steel** 21:8

**stems** 20:11

**step** 13:6,9

**Stephen** 5:5 48:4 126:10 147:4

**stepped** 41:16

**stole** 30:21

**stood** 44:5 122:17 124:19 131:11

**stop** 71:2 72:10 150:20,23

**stopped** 151:15

**street** 4:16 16:18,22,23 17:6,7 18:9 22:1 35:4 36:3 75:2,8 86:15 92:5 93:14 106:14 117:19,22 118:1,19,20 119:3 120:7 134:20 149:2,4 150:9,12,14,20,24 166:22 169:9,14

**streets** 17:13 170:22

**stretch** 23:5

**strike** 91:23 94:3 115:11,21 131:6

**structure** 147:12

**stuff** 76:18,20 140:14 173:11

**subpoena** 5:21 10:24 11:1 14:16, 20 146:10

**substance** 84:6,8,20 86:17 177:6

**suit** 35:3

**Suite** 4:16

**suspended** 89:14

CRISTINO GARCIA, 07/19/2023

**swear** 5:8

**swearing** 165:6

**sworn** 5:9,12 166:24

**system** 82:15

---

**T**

**table** 9:18

**takes** 155:21

**taking** 8:6 42:11 57:24 141:24

**talk** 12:2 14:15 50:11 56:2 74:11 107:19 108:1 122:19 134:16

**talked** 20:9 40:14 50:21 53:9 68:3 71:12 72:21 73:10 77:14 80:9 81:14 84:1 119:16 123:9 143:9 144:16 169:4

**talking** 10:4 17:5 42:4 58:17,18,21 70:16 77:1 122:22 135:7 156:3 157:9 169:16

**Talman** 20:5

**TECHNICIAN** 4:1 5:7 23:6,9 58:5, 8 79:23 80:2 146:20,24 178:1

**Tee-shirts** 173:6

**telephone** 152:14

**telling** 32:23 38:8 64:11 103:23 123:20 152:22 154:2 161:21 167:3 173:22

**tells** 43:15

**ten** 23:4 146:18

**tension** 60:20

**term** 147:18

**terms** 148:7 161:5 163:5 164:8,15

**territory** 100:11,12,19,22 101:2

**test** 89:19

**testified** 5:12 135:18,21

**testify** 13:13,24 14:5 73:23,24 74:20 77:3 135:14,24 136:3,6,9 137:2,3,6,11,17,20,23 140:13,23 141:20 155:7

**testimony** 161:10 177:6

**text** 15:4

**the-record** 177:21

**Theresa** 4:23 5:18

**thing** 9:3,6,15 71:12 73:10 132:12 145:6,8 153:18

**things** 56:17 148:9,11 154:22 175:5

**thought** 149:1

**threatened** 151:18

**threatening** 152:2

**threw** 75:15 86:14 109:2

**throw** 75:3

**time** 9:2,15,16 10:8,10 12:14,15,19 14:24 15:1 23:19,21,22 24:1,15 25:1,17 26:8,11 27:4,9,11 29:3 30:20,21 32:21,22 33:1 34:13,17 35:8 36:6 45:13 46:8 52:5,22 53:15,16 57:12 60:12 61:23 62:13 63:18,22 64:18 65:9,23 66:2 67:16 74:5 76:21 80:12 84:18 87:15 89:22,24 90:1,7,11,13 93:11 95:17 96:19,22 100:3,8 101:20 103:18 108:8 111:21 113:5 116:12 117:12, 16 120:11 133:14 134:16 136:14 145:20 156:19 158:6 159:5 160:12 170:1,4

**times** 24:3,7 41:4 47:19 63:10 75:7 94:1 106:22 127:12,14

**Tino** 22:19,20,21 32:16,18 96:8 170:17

**tips** 62:5 101:21 171:24

**today** 4:18 5:21,24 7:20 31:18 40:3 88:20 111:14 166:20

**today's** 178:2

**told** 10:24 11:11 12:6,9 13:6,9 41:6,9,11,20,22 43:3,5,6 50:22,23 51:1 52:18 53:2,4,7,15 54:17 55:5, 7 68:6,8 70:24 71:1 72:9 73:6 74:17 76:14 77:7,13 78:8,13,20 88:4,19 95:16 96:16 97:1 98:14,24 99:13 104:22 107:6 108:19,22 111:14,17 113:22 115:1 116:11 117:4,17,20 118:21 120:9,10,12 121:22 122:5 123:4,6 126:2,4,20 131:18 137:10,24 138:1,10 139:23 140:4,8,22,23 141:20 144:8 145:10 155:5,9,13 157:16,23 158:2 159:13 165:5 167:6,16,19,21 168:12,17 169:11 170:1,24 171:18 175:21 176:6

**Torres** 79:10,11 109:21,23

**touch** 50:4 73:14

**touched** 47:19

**track** 140:19

**transcript** 8:16 176:22

**treatment** 25:9 31:12 84:11 85:17, 19 87:3 147:8

**trial** 25:6 67:10,13 73:23 74:6,9,15 135:11,15,21,24 136:5,7,10,18 137:2,13

**trick** 88:8

**Trotta** 4:14

**trouble** 140:17

**true** 116:9 148:12 149:5 150:1

**Trump** 155:22

**trust** 177:8,14

**truth** 56:5 88:17 166:24 167:3,7

**turn** 146:4

**type** 177:1

**typed** 38:12 39:17 176:22

**typing** 161:8

---

**U**

**uh-huhs** 8:15

**Uhn-uhn** 71:24 114:16

**uhn-uhns** 8:15

**Um-hmm** 63:16

**under-** 155:12

**understand** 5:20,23 8:20 88:5,7,9, 13,16 137:7 139:24 148:24 155:14 157:7,8 176:1

**understanding** 125:4 141:6 172:3 175:6

**understood** 8:24 10:1 144:9

**uniform** 35:1 129:6,8 143:22 145:19,21

**uniformed** 112:9,18

**unit** 4:2 23:10 58:9 80:3 147:1 178:1

**United** 4:12

**unlawful** 26:3 85:2,11

**unmarked** 143:19

CRISTINO GARCIA, 07/19/2023

**upstairs** 107:24

**Urlaub** 4:15,19

**UUW** 26:2,24 27:1,5 86:3

**UUWS** 30:8,15,16

---

**V**

**valid** 89:12 90:1

**verbally** 8:17

**versus** 4:10

**vest** 172:20

**victim** 117:6

**video** 4:1,3,21 5:7 23:6,7,9,10
58:5,8,9 79:23 80:2,3 146:20,21,24
147:1 178:1,2

**visit** 50:6,7 54:24 55:4 90:10,12
93:20,22 96:5 135:10 142:7

**visited** 154:11

**voluntary** 39:13,23

---

**W**

**Wacker** 4:7

**wait** 19:4,19 27:5 66:11 69:20
80:18 126:12 129:24 153:12

**waiting** 133:19

**waive** 177:7,15,16

**waiving** 176:18

**walked** 123:3,5

**walking** 145:9

**wall** 42:10 75:3,16 143:11

**wanted** 38:8,13,16 47:3 50:11,13
51:5 63:3 80:8 107:18 137:10
157:1

**war** 59:24 60:12

**warned** 144:1

**watched** 78:10

**weapon** 26:3 85:2,11

**wearing** 35:3 57:15 143:22 145:19

**week** 97:5

**weekends** 63:9

**west** 4:7 94:13 100:6,19

**Western** 99:24 100:5,9,12,18,23
101:6,13 117:11 119:5,14 120:3
134:9,13 135:5 139:4 171:16
174:10

**whereabouts** 168:11

**whichever** 157:21

**white** 163:11,12 172:19

**Wicker** 18:11,12,15 19:13 106:3,5,
15,23 108:12,16 109:5

**wild** 25:22

**window** 109:2

**withdraw** 156:5 157:10

**witnesses** 77:18

**Wolcott** 92:24 93:1,4,7

**woman** 46:14 159:9 163:8

**Wood** 85:22

**word** 81:12 171:10

**words** 28:5 165:5,9

**working** 21:6,9

**Wow** 50:1 110:6

**write** 38:13,16,18 41:7 48:19,23
50:18 51:16 137:24 138:1,10,13,
16,19 139:24 140:4 165:6

**writer** 165:21

**writing** 39:20 47:24 56:24

**wrong** 80:7 123:12 162:3

**wrote** 12:23 34:12 38:23 39:19
40:11 48:16 49:5 51:2 55:13,16,17
58:21,24 59:3,17 62:8 70:7 141:15
166:6,15

---

**Y**

**year** 10:10,17 21:10 23:16,19
25:22 65:2 80:15 89:2,3 104:17

**years** 15:24 16:5,9,19 17:1 24:2
25:10,18,23 26:12 29:4,12,13 30:3
52:7 76:17 80:19,21 84:17,24
85:16,19 152:21 153:17

**years'** 31:11 85:16

**yell** 115:14

**yes/no** 8:17

**York** 99:17

**Yorker** 99:17

**young** 12:24 105:18,21

**younger** 163:13

---

**Z**

**Zoom** 9:19