*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT L



# Clerk of the Circuit Court of Cook County

PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER: 90CR2224601

GARCIA, CRISTINO

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|---|---|---|---|---|
| 001 | 56.5-1402-B | F4 | POSS CONT SUB | 3/1/1991 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**9/26/1990 INDICTMENT/INFORMATION-CLERKS OFFICE-PRESIDING JUDGE**
  FITZGERALD, THOMAS R.

**10/5/1990 DEFENDANT NOT ARRAIGNED**
  BASTONE, ROBERT P.

**10/5/1990 CASE ASSIGNED**
  BASTONE, ROBERT P.

**10/5/1990 DEFENDANT ON BOND**
  SURIA, FRED G.

**10/5/1990 APPEARANCE FILED**
  SURIA, FRED G.

**10/5/1990 PUBLIC DEFENDER APPOINTED**
  SURIA, FRED G.

**10/5/1990 MOTION FOR DISCOVERY**
  SURIA, FRED G.

**10/5/1990 DEFENDANT ARRAIGNED**
  SURIA, FRED G.

Printed: 6/13/2023 12:26:01 PM

JGS_RIOS 00465


### Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**  NUMBER: 90CR2224601

**GARCIA, CRISTINO**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**10/5/1990  PLEA OF NOT GUILTY**
   SURIA, FRED G.

**10/5/1990  CONTINUANCE BY AGREEMENT**
   SURIA, FRED G.

**11/8/1990  DEFENDANT ON BOND**
   SURIA, FRED G.

**11/8/1990  DEFENDANT NOT IN COURT**
   SURIA, FRED G.

**11/8/1990  BOND FORFEITURE WARREN ENTERED AND CONTINUED**
   SURIA, FRED G.

**11/14/1990  DEFENDANT NOT IN COURT**
   SURIA, FRED G.

**11/14/1990  BOND FORFEITURE/WARRANT**  $30,000.00
   SURIA, FRED G.

**12/11/1990  CASE ADVANCED**
   SURIA, FRED G.

**12/11/1990  DEFENDANT IN CUSTODY**
   SURIA, FRED G.

**12/11/1990  APPEARANCE FILED**
   SURIA, FRED G.

**12/11/1990  PUBLIC DEFENDER APPOINTED**
   SURIA, FRED G.

Printed: 6/13/2023 12:26:01 PM

JGS_RIOS 00466



# Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 90CR2224601**

**GARCIA, CRISTINO**

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**12/11/1990 WARRANT RETURNED, EXECUTED, FILED**
SURIA, FRED G.

**12/11/1990 CONTINUANCE BY AGREEMENT**
SURIA, FRED G.

**12/13/1990 DEFENDANT IN CUSTODY**
SURIA, FRED G.

**12/13/1990 MOTION TO VACATE BOND FORFEITURE - FILED**
SURIA, FRED G.

**12/13/1990 BOND FORFEITURE VACATED**
SURIA, FRED G.

**12/13/1990 WARRANT RETURNED, EXECUTED, FILED**
SURIA, FRED G.

**12/13/1990 BOND TO STAND**
 D BOND 10,000 TO STAND
SURIA, FRED G.

**12/13/1990 CONTINUANCE BY AGREEMENT**
SURIA, FRED G.

**12/14/1990 DEFENDANT IN CUSTODY**
SURIA, FRED G.

**12/14/1990 CONTINUANCE BY ORDER OF COURT**
SURIA, FRED G.

**1/10/1991 DEFENDANT ON BOND**

Printed: 6/13/2023 12:26:01 PM

JGS_RIOS 00467



# Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**  NUMBER: 90CR2224601

**GARCIA, CRISTINO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SURIA, FRED G.

**1/10/1991  CONTINUANCE BY AGREEMENT**

SURIA, FRED G.

**2/14/1991  DEFENDANT NOT IN COURT**

SURIA, FRED G.

**2/14/1991  ORDER OF COURT ONLY RELEASE DEFENDANT ON D BOND**          $60,000.00

SURIA, FRED G.

**2/14/1991  BOND FORFEITURE/WARRANT**          $60,000.00

SURIA, FRED G.

**3/1/1991  CASE ADVANCED**

SURIA, FRED G.

**3/1/1991  WARRANT RETURNED, EXECUTED, FILED**

SURIA, FRED G.

**3/1/1991  DEFENDANT IN CUSTODY**

SURIA, FRED G.

**3/1/1991  CONTINUANCE BY AGREEMENT**

SURIA, FRED G.

**3/8/1991  DEFENDANT IN CUSTODY**

SURIA, FRED G.

**3/8/1991  CONTINUANCE BY AGREEMENT**

SURIA, FRED G.

**4/24/1991  DEFENDANT IN CUSTODY**



## Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**        NUMBER: 90CR2224601

**GARCIA, CRISTINO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

    SURIA, FRED G.

**4/24/1991 MOTION TO WITHDRAW**

    ATTY.KING

    SURIA, FRED G.

**4/24/1991 PUBLIC DEFENDER APPOINTED**

    SURIA, FRED G.

**4/24/1991 CONTINUANCE BY AGREEMENT**

    SURIA, FRED G.

**5/28/1991 DEFENDANT IN CUSTODY**

    SURIA, FRED G.

**5/28/1991 CONTINUANCE BY AGREEMENT**

    SURIA, FRED G.

**6/24/1991 DEFENDANT IN CUSTODY**

    SURIA, FRED G.

**6/24/1991 CONTINUANCE BY AGREEMENT**

    SURIA, FRED G.

**7/30/1991 DEFENDANT IN CUSTODY**

    SURIA, FRED G.

**7/30/1991 CONTINUANCE BY AGREEMENT**

    SURIA, FRED G.

**8/26/1991 DEFENDANT IN CUSTODY**

    SURIA, FRED G.

## Clerk of the Circuit Court of Cook County

PEOPLE OF THE STATE OF ILLINOIS

VS    NUMBER: 90CR2224601

GARCIA, CRISTINO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

8/26/1991 MOTION FOR JOINDER - FILED

SURIA, FRED G.

8/26/1991 CHARGE AMENDED

SURIA, FRED G.

8/26/1991 JURY WAIVED

SURIA, FRED G.

8/26/1991 FINDING OF GUILTY

SURIA, FRED G.

8/26/1991 MOTION DIRECT VERDICT OR FINDING - FILED

SURIA, FRED G.

8/26/1991 JUDGMENT ON FINDING/VERDICT/PLEA

SURIA, FRED G.

8/26/1991 BAIL REVOKED

SURIA, FRED G.

8/26/1991 CHANGE PRIORITY STATUS

SURIA, FRED G.

8/26/1991 PRE-SENTENCE INVESTIGATION ORDERED AND CONTINUED

SURIA, FRED G.

9/12/1991 DEFENDANT IN CUSTODY

SURIA, FRED G.

9/12/1991 MOTION DEFENDANT - NEW TRIAL - FILED

SURIA, FRED G.

Printed: 6/13/2023 12:26:01 PM

JGS_RIOS 00470

Case: 1:22-cv-03973 Document #: 248-13 Filed: 12/22/25 Page 8 of 10 PageID #:16170



## Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

VS  **NUMBER: 90CR2224601**

**GARCIA, CRISTINO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**9/12/1991 DEFENDANT SENTENCED ILLINOIS DEPARTMENT OF CORRECTIONS**

SURIA, FRED G.

**9/12/1991 DEFENDANT ADVISED OF RIGHT TO APPEAL**

SURIA, FRED G.

**9/12/1991 CREDIT DEFENDANT FOR TIME SERVED**

SURIA, FRED G.

**9/12/1991 MITTIMUS TO ISSUE**

SURIA, FRED G.

**HEARINGS**

| Date | Time | Action | Location |
|---|---|---|---|
| 10/5/1990 | 9:30 AM | Continued to | Criminal Division, Courtroom 101 |
| 10/5/1990 | 9:30 AM | Continued to | Criminal Division, Courtroom 704 |
| 11/8/1990 | 12:00 AM | By Agreement | |
| 11/14/1990 | 9:30 AM | Bond Forfeiture Warrant Entered and Continued | Criminal Division, Courtroom 704 |
| 12/11/1990 | 9:30 AM | Continued to | Criminal Division, Courtroom 704 |
| 12/13/1990 | 9:00 AM | By Agreement | |
| 12/14/1990 | 9:30 AM | Continued to | Criminal Division, Courtroom 704 |
| 1/10/1991 | 9:00 AM | By Agreement | |
| 1/10/1991 | 9:00 AM | Order of Court | |
| 2/14/1991 | 9:00 AM | By Agreement | |
| 3/1/1991 | 9:30 AM | Continued to | Criminal Division, Courtroom 704 |
| 3/8/1991 | 9:00 AM | By Agreement | |

7 of 9

Printed: 6/13/2023 12:26:01 PM

JGS_RIOS 00471



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 90CR2224601**

**GARCIA, CRISTINO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| Date | Time | | Location |
|---|---|---|---|
| 3/21/1991 | 9:30 AM | Continued to | Criminal Division, Courtroom 704 |
| 4/24/1991 | 9:00 AM | By Agreement | |
| 5/28/1991 | 9:00 AM | By Agreement | |
| 6/24/1991 | 12:00 AM | By Agreement | |
| 7/30/1991 | 9:00 AM | By Agreement | |
| 8/26/1991 | 9:00 AM | By Agreement | |
| 9/12/1991 | 9:30 AM | Continued to | Criminal Division, Courtroom 704 |

PLEAS, DISPOSITIONS AND SENTENCES:

**Plea:**

001    10/5/1990 PLEA OF NOT GUILTY

**Disposition:**

001    8/26/1991 CHARGE AMENDED
001    8/26/1991 FINDING OF GUILTY
001    8/26/1991 MOTION DIRECT VERD OF FINDING

**Sentence (Credit):**

001    9/12/1991 IDOC        Term: 2 yrs

001    9/12/1991            IDOC



# Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 90CR2224601**

**GARCIA, CRISTINO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

I hereby certify that the foregoing has been entered of record on the above captioned case.

Date: 6/13/2023

_____ SP H
IRIS Y MARTINEZ
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

