*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT M

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3    JAIME RIOS,                    )
                                     )
 4              Plaintiff,           )
                                     )
 5         vs.                       )    No. 22 CV 3973
                                     )
 6    REYNALDO GUEVARA, MICHAEL      )
      MASON, JOANN HALVORSEN AS      )
 7    SPECIAL REPRESENTATIVE FOR     )
      ERNEST HALVORSEN,              )
 8    DECEASED, CITY OF CHICAGO,     )
                                     )
 9              Defendants.          )

10

11              The video-recorded deposition of

12    LAMONT BURR, taken pursuant to the Federal Rules of

13    Civil Procedure, before Katie K. Elliott, Certified

14    Shorthand Reporter No. 084-004537, via Zoom, on

15    Wednesday, July 26, 2023, commencing at 1:00 p.m.

16    pursuant to notice.

17         APPEARANCES:

18              LAW OFFICE OF STEPHEN L. RICHARDS, by
                MR. JOSHUA RICHARDS and
19              MR. STEPHEN L. RICHARDS
                (53 West Jackson Street, Suite 756
20               Chicago , Illinois  60604
                 773.817.6927
21               jrichardscriminallaw@outlook.com
                 sricha5461@aol.com)
22                 appeared on behalf of the plaintiff;

23

24
```

```
 1        APPEARANCES:  (Cont'd)

 2           LEINENWEBER BARONI & DAFFADA, LLC, by
             MR. THOMAS M. LEINENWEBER
 3           (120 North LaSalle Street, Suite 200
              Chicago, Illinois  60602
 4            847.251.4091
              thomas@ilesq.com)
 5               appeared via Zoom on behalf of the
                 defendant Reynaldo Guevara;
 6
             THE SOTOS LAW FIRM, PC, by
 7           MS. CAROLINE GOLDEN
             (141 West Jackson Boulevard, Suite 1240A
 8            Chicago, Illinois  60604
              630.735.3300
 9            cgolden@jsotoslaw.com)
                 appeared on behalf of the defendants
10               Michael Mason and Ernest Halvorsen;

11           ROCK FUSCO & CONNELLY, LLC, by
             MR. AUSTIN RAHE
12           (333 West Wacker Drive, 19th Floor
              Chicago, Illinois  60606
13            312.494.1000
              arahe@rfclaw.com)
14               appeared via Zoom on behalf of the
                 defendant City of Chicago.
15
          ALSO PRESENT:
16
                  Mr. Milo Savich, Videographer.
17
                  *   *   *   *   *   *   *
18

19

20

21

22

23

24
```

```
 1                      I N D E X

 2
     Witness:                               Page
 3
         LAMONT BURR
 4
             Examination by:
 5
                 Mr. Rahe....................    5
 6               Ms. Golden..................  158
                 Mr. Richards................  200
 7               Ms. Golden..................  210

 8
                     E X H I B I T S
 9
     No.  Description             Marked/Referenced
10
         1  Image on phone of Facebook Messenger... 151
11

12               (Exhibit attached/scanned.)

13
                         - - -
14

15

16

17

18

19

20

21

22

23

24
```

```
 1        THE VIDEOGRAPHER:  Good afternoon.  This is
 2   the beginning of media unit No. 1, and we are on
 3   the video record at 1:00 p.m.
 4                  This is the videotaped deposition of
 5   Lamont Burr, being taken on July 26, 2023.  This
 6   deposition is being conducted via Zoom video
 7   teleconferencing.
 8                  The deposition is being taken on
 9   behalf of the defendant in the matter of Jaime Rios
10   versus Reynaldo Guevara, et al.  The case number is
11   22 CV 03973, and it is filed in the United States
12   District Court for the Northern District of
13   Illinois, Eastern Division.
14                  My name is Milo Savich, certified
15   legal videographer, representing Urlaub Bowen &
16   Associates, Inc., with offices at 20 North Clark
17   Street, Suite 600, Chicago, Illinois.  The court
18   reporter today is Katie Elliott, also of Urlaub
19   Bowen & Associates.
20                  Counsel, please identify yourselves
21   for the video record and the parties which you
22   represent.
23        MR. JOSHUA RICHARDS:  Hi, my name is Joshua
24   Richards.  I am of the law office of Stephen L.
```

1  Richards.  I represent the plaintiff, Mr. Rios.

2  And Stephen Richards, who also represents the

3  plaintiff, will also be joining shortly.

4       MR. LEINENWEBER:  Good afternoon.  I'm Tom

5  Leinenweber.  I represent the defendant Reynaldo

6  Guevara.

7       MS. GOLDEN:  Hello, Caroline Golden for

8  defendants Halvorsen and Mason.

9       MR. RAHE:  And I'm Austin Rahe, R-a-h-e,

10 representing defendant City of Chicago.

11      THE VIDEOGRAPHER:  Would the court reporter

12 please swear in the witness, and we may then

13 proceed.

14                     (Witness sworn.)

15                     LAMONT BURR

16 called as a witness herein, having been first duly

17 sworn, was examined and testified as follows:

18                     EXAMINATION

19 BY MR. RAHE:

20      Q.    Hello, Mr. Burr.  How are you today?

21      A.    I'm wonderful.

22      Q.    Could you state your name and spell

23 your last for the record?

24      A.    Lamont Burr, B-u-r-r.

```
 1        Q.    Are you on a -- are you on a cell phone
 2   today or computer?
 3        A.    Yeah, I'm on a cell phone.
 4        Q.    Cell phone, okay.
 5              Yeah, just -- reminder, just keep
 6   your voice up.  I'm going to -- I usually speak
 7   pretty loud, so you know, I'll try and speak as
 8   loudly as I can.
 9              We have a court reporter here and a
10   videographer taking your video, writing down
11   everything we say, so it's important that we -- we
12   speak up and don't talk over one another, okay?
13        A.    All right.
14        Q.    Have you ever been deposed before,
15   other than last week when we had a little mishap
16   and had to reschedule?
17        A.    You said as far as the deposition?
18        Q.    A deposition, yeah.
19        A.    Not in this court case, but the one
20   before.
21        Q.    Okay.  And what do you mean by "the one
22   before"?
23        A.    You said if I had this deposition
24   before.  I represented myself in court before, but I
```

1  never did no deposition for this case.

2       Q.    Okay, yeah.  I mean have you ever sat

3  for a deposition sort of like this in any other

4  case?

5       A.    Yeah.

6       Q.    Okay.  And when was the last time you

7  sat for a deposition?

8       A.    2000 -- 2018.

9       Q.    Okay.  Was that a criminal case or a

10 civil case?

11      A.    Do it have anything to do with this?

12            Yeah, it was a criminal case.

13      Q.    Okay, all right.  Well, I'm basically

14 just gauging right now, you know, your familiarity

15 with the process.  But I just kind of want to go

16 over a few rules maybe to refresh you a little here.

17            So I'm going to be asking you

18 questions.  I'm going to try and not keep you here

19 that long.  You're under oath today.  We have --

20 like I said, we got a court reporter taking

21 everything down, so it's important that we answer

22 everything with actual words instead of sounds.

23            A lot of people sometimes will say

24 uh-huh or uh-uh, but we want to hear yes or no.

```
 1                    Is that fair?
 2        A.     Hey, I'm -- I'm aware of that.  Like I
 3   said, I represented myself in court before, a
 4   criminal case.  I've sat on depositions before
 5   prior to this.  So I know that I have to answer
 6   with total answers and not, you know, just making
 7   noises.
 8        Q.     Perfect.
 9        A.     I understand what you're saying.
10        Q.     Perfect.
11               And if you want to take a break at
12   any time, please just let me know.  I'll be happy
13   to give you a break.
14               You may hear some attorneys object
15   after I answer a question, and that's more than
16   fine.  Just let them get their objection on the
17   record, and then you can still go ahead and answer
18   the question unless you've been instructed not to.
19                    Is that fair?
20        A.     Yeah.  It's -- it's cool.  You know,
21   it's just -- it's been a long time to where --
22                    (Simultaneous cross-talk.)
23        Q.     Yeah.  And I just wanted to give you a
24   little refresher --
```

```
 1        A.    -- I'm refreshing my memory, but it
 2   ain't -- it ain't a lot that I saw anyway.  So,
 3   like I said, I know I'm under oath.  So I'm going
 4   to tell the truth --
 5        Q.    Okay.
 6        A.    -- the little that I do know, so ...
 7        Q.    All right.  And then, if you don't
 8   understand a question or you don't hear my question,
 9   just let me know.  I'll be happy to repeat it or
10   rephrase.  Okay?
11        A.    Yep.
12        Q.    Okay.  All right.  Are you represented
13   by an attorney today?
14        A.    No, I'm not represented by an attorney
15   at all.
16        Q.    Okay.  And do you understand why you're
17   being deposed today?
18        A.    Yes.
19        Q.    Okay.  And what's your understanding of
20   why you're being deposed today?
21        A.    My understanding, that I'm being deposed
22   today due to something that took place years ago.
23   I'm giving my -- my note that -- of what I know,
24   answering whatever questions that you ask me that
```

1  recollect to that day prior to, I guess, Mr. Rios

2  was charged with a case for that.

3             Like I said, all I can give is the

4  information that I was -- know.  I was there briefly

5  on July 2nd and July 3rd.

6             So, yeah, I'm aware of why I'm here.

7                  (Enter Stephen Richards.)

8  BY MR. RAHE:

9      Q.    And so -- okay.  So you understand that

10 this is -- that you're being deposed as part of a

11 lawsuit that Mr. Rios has filed against the City of

12 Chicago and some police officers, right?

13     A.    Well, he -- he didn't explain exactly

14 that it was, you know, fully a lawsuit.  He just

15 told me he needed my testimony of what happened

16 that day, and could I be honest and remember.

17             At first when he asked me close to a

18 year ago, no, I couldn't remember all of it.  But

19 as I played -- replayed things back, you know, it's

20 been some years.

21             So I'm like, wow, it's crazy.  I kind

22 of actually forgot about what happened until --

23 until we talked about it, and then I seen him.

24             I didn't even know he was out -- you

1  know, out of being incarceration.  I didn't know

2  how much he got.

3             So, you know, like -- but, like I

4  say, I'm aware of the case.  I was there.  And I

5  can give as much information of that date and what

6  took place.

7       Q.    Okay.  And you said that Mr. Rios --

8  and just so -- how do you typically refer to

9  Mr. Rios in like everyday conversation?

10      A.    Well, we grew up in the same

11 neighborhood.  Someone in his family owned a

12 restaurant, or like bar restaurant.

13      Q.    I'm just asking, how do you refer to

14 him.

15             Oh, one second, Mr. Burr.  You're --

16 you are muted.

17      THE COURT REPORTER:  He just muted himself,

18 yeah.

19 BY MR. RAHE:

20      Q.    Mr. Burr?  Mr. Burr?

21      A.    Huh?

22      Q.    Sorry.  You -- I think you accidentally

23 muted yourself there for a second.

24      A.    No, I --

1    Q.    But you're --

2    A.    Somebody trying to call my phone.

3          I'm not going to answer it, but

4  somebody was trying to call my phone.

5    Q.    I got you.  So what -- let me ask that

6  question again.

7          What I'm -- what I'm asking you is:

8  How do you refer to Mr. Rios?  Like do you call him

9  Jaime?  Do you call him by a nickname?  Do you call

10 him -- what do you call him?

11   A.    I call him Jaime.

12   Q.    Okay.

13   A.    That's -- that's what I been knowing

14 him by over the 20- -- yeah, 20-plus-some years

15 that I been knowing him.

16   Q.    Okay.  So I'll probably either refer to

17 him as Mr. Rios or Jaime, okay?

18          And you said that he reached out to

19 you you said you thought about a year ago?  Is that

20 what you said?

21   A.    Yeah, it's been about close to a year

22 ago.  That was about a year ago.

23   Q.    Okay.  When was the last time you spoke

24 to Mr. Rios before he reached out to you a year ago?

LAMONT BURR, 07/26/2023                                     Page 13

 1        A.    Let's see.  That was 2020, '22.  So I'm
 2   going to say probably, 2016, '17.
 3        Q.    Okay.  And how did you communicate with
 4   him in 2016?
 5        A.    I was in the grocery store, and I ran
 6   into his mom.  She was on the phone with him.
 7              And she was like, I'm on the phone
 8   with Jaime right now.
 9              And I told her to tell him hi.  And
10   we spoke briefly, and then I went on about my way.
11              I didn't know if he was out then or
12   was he incarcerated.  It was just a brief -- I ran
13   into her at the grocery store, and she was on the
14   phone with her son, so ...
15        Q.    Okay.  And she --
16        A.    Other than that --
17        Q.    She recognized you?
18        A.    Yeah.  She's been -- she's been knowing
19   me since I was a kid.  She watched me grow up.
20        Q.    Okay.  So did you -- have you kept in
21   contact with Mr. Rios's mother over the years?
22        A.    No.
23        Q.    Then how did you --
24        A.    I didn't know if she was still living

1  in the city or not.  Because I -- I moved out of

2  the city maybe three times and back since then.

3            No, I had -- I didn't have no

4  contact with her, with his mom.

5       Q.    Okay.  So it was just --

6       A.    No, I --

7       Q.    -- it just happened to be completely

8  coincidental that you --

9                 (Simultaneous cross-talk.)

10      A.    Right, I went to --

11      Q.    -- ran into her?

12      A.    -- the old neighborhood.

13            I -- while I was visiting the old

14  neighborhood, went to the grocery store, and

15  actually ran into her at the Jewel, so ...

16      Q.    Okay.  And what did you talk about with

17  Mr. Rios when she handed you the phone?

18      A.    We just spoke.  You know, he was like,

19  Oh, man, it's good to see you.  You know, what you

20  doing?

21            I've been a barber for 36 years off

22  and on.  Just a brief talk, you know.  Like I said,

23  I was with my wife at the time, so I really didn't

24  have that much of -- a long time to speak, anyway.

```
 1              Like I said, I didn't know that --
 2   if he was incarcerated then or out or any of that.
 3   You know, I lived and went on with my life.  I
 4   actually forgot if he -- you know, I didn't even
 5   know how much time he get.
 6              So I couldn't tell -- I didn't keep
 7   in contact with him like that until -- until he --
 8   you know, he got out, you know.
 9       Q.    Okay.  And when you spoke to him on the
10   phone in 2016, was he still in prison?
11       A.    I couldn't even tell you.
12       Q.    Okay.
13       A.    That's why I just said -- that's why I
14   said that I didn't know if he was incarcerated
15   still, or he -- or if he had been released when I
16   talked to him in 2016.  It was on the phone.
17       Q.    Gotcha.
18       A.    She had him on the phone, on a cell
19   phone.
20       Q.    Okay.
21       A.    We didn't talk that -- we didn't talk
22   that long at all.  Like I say, he just, you know,
23   told me how -- asked me how I was doing, and I
24   asked him how he was doing, you know.
```

```
 1                    And I gave his mama my cell phone
 2   number, but, you know, like I say, he never reached
 3   out to me, or she never reached out to me, you know.
 4                    But I found out later here recently
 5   that he had start trying to contact me like 2021,
 6   '20.  But I didn't run into him, like I say, until
 7   about close to a year now, you know.
 8                    (Exit Mr. Joshua Richards.)
 9   BY MR. RAHE:
10        Q.    Okay.
11        A.    We didn't -- we didn't keep in touch
12   like that.  I didn't run into him in jail.
13                    I've been in jail quite a few times,
14   but I didn't run into him in there, or nothing like
15   that.
16        Q.    Okay.  And then --
17        A.    Just, you know, we -- we lived in the
18   same neighborhood.
19        Q.    All right.  So in 2016, you said, you
20   know, you guys kind of asked how each other was
21   doing.
22                    What did -- what did Mr. Rios say
23   when you asked how he was doing?
24        A.    He just said that he was doing okay,
```

```
 1  you know.  Like I said, the conversation wasn't

 2  even -- it wasn't even a 3-minute or not even a

 3  5-minute conversation.  You know what I'm saying?

 4         Q.    Okay.

 5         A.    I was kind of caught off guard, you

 6  know.  After I left and jumped in my car, I was

 7  like, Damn, I ain't even to the lady or him that

 8  long, but my mind was on my wife and kids.  I was

 9  in the grocery store with my wife and kids.

10         Q.    Okay.

11         A.    So you know --

12         Q.    And then -- and then you mentioned that

13  you learned he was trying to contact you in 2020 or

14  2021.  How did you learn that?

15         A.    I just found -- I said I just found

16  that out recently, because I don't -- the places

17  that I frequent now, I haven't frequent in years.

18               I was staying in Cincinnati for

19  three years.  I went back to Louisiana for like

20  three years.  Then I was incarcerated.

21               Well, you know how you run into

22  somebody you know, if you got time, the conversation

23  probably would have been longer.  But I was with my

24  wife and kids.  So, you know, I wasn't thinking
```

1  about to ask him no questions, or this and that and

2  that and this.

3              Only reason I know he was looking

4  for me before then because now I'm running into

5  prior people that we grew up with, and -- yeah,

6  because we just had a Wicker Park -- a Wicker Park

7  reunion picnic in the old neighborhood, and I ran

8  into maybe over 30-some people that I went to

9  school and grew up with over in Bucktown and Wicker

10 Park, where I grew up at.  So, you know, he didn't

11 come.  He didn't show up.

12             But I ran into some people and they

13 was like, Have you seen Jaime?

14             Most people called him "Jay-mee,"

15 some people called him "Hie-mee."  I don't know if

16 I pronounce it correctly, but -- and I told them,

17 yeah, I talked to him briefly.  I seen him a couple

18 of times.  You know what I'm saying?

19             So last time I seen him, it's been

20 like -- it's been like three months, maybe four

21 months.

22      Q.    Okay.  What did some of those people at

23 the reunion have to say about Mr. Rios?

24      A.    Ain't nobody seen him in years, you

 1  know?  So that -- I ain't -- I wasn't

 2  questioning -- questioning them about, you know,

 3  what they think of him or this and that.

 4                  Everybody -- I don't know if you

 5  know the -- that area or how old you is.  Back

 6  then, that was a very great unified area.  You had

 7  Hispanics, you had Polish, Ukrainian.  You had like

 8  seven different ethnic, you know, background, race.

 9                  And we all played baseball and grew

10  up together.  It wasn't really no, you know, bad

11  things happening over there.  Everybody grew up.

12  We did things together, block parties, things like

13  that.

14                  So, you know, no, wasn't nothing --

15  wasn't no bad blood or people talking bad about him

16  or thinking bad about him, or me, per se, you know.

17                  I was -- we both was known in the

18  neighborhood because our family owned a business

19  in the neighborhood, in Bucktown, Wicker Park -- or

20  I could say Wicker Park area, so ...

21      Q.    What was the business --

22                  (Simultaneous cross-talk.)

23      A.    He was just asking why -- why Jaime

24  didn't show up.  Huh?

```
 1        Q.     You know, Mr. Burr --

 2                       (Simultaneous cross-talk.)

 3        A.     What'd you say?

 4        Q.     If you could just -- we're going to be

 5   here a long time if you don't just answer the

 6   question that I'm asking.  Like you're kind of

 7   going on a bit.  So I just wanted to let you know.

 8   I mean, that's fine, I'll let you answer how you

 9   want.  But just telling you, we might be here for a

10   while if that's how it's going to go.  All right?

11        A.     I took the rest of the day off from the

12   barbershop.  So however long y'all take, so ...

13        Q.     All right.

14        A.     I ain't planning on being here no eight

15   hours, but ...

16        Q.     Did you --

17        A.     Take your time.  I'm patient.

18        Q.     I got you.

19                       Did you talk to any attorneys prior

20   to your deposition today?

21        A.     Mr. Richards, briefly, with him just

22   telling me, you know, would I -- would I give

23   testimony or deposition if I needed to.  Probably a

24   5-, 10-minute conversation.
```

```
 1                  He took my name, my telephone number
 2   so that he can contact me when the time came be,
 3   if he -- if -- he told me, if we need you for
 4   questioning.
 5                  That was like when he first contact
 6   me.  I can't even remember back was, but I know
 7   like three months -- maybe three months, four
 8   months transpired.  And then he contact me again
 9   and told me that -- that the state might be
10   contacting you.  You probably need to have to give
11   a deposition.
12       Q.    Okay.  Did he tell you --
13                  (Simultaneous cross-talk.)
14       A.    And I talked to him twice.
15       Q.    You talked to him twice.
16                  And when was this that you had talked
17   to him the first time -- the first time?
18       A.    I can't even remember the dates.  It's
19   been -- first time probably was around March.  I'm
20   just guessing.  Probably March.
21                  And then just recently, within three
22   weeks to a month ago, with him letting me know that
23   a deposition was coming up.
24       Q.    Okay.  Did he talk any about the
```

LAMONT BURR, 07/26/2023                                    Page 22

1   specific facts of the case or what you would be

2   testifying about?

3       A.    Not really.  He just told me, you know,

4   once I'm sworn under oath, just make sure I'm

5   telling the truth.  That's about it.  Just formality

6   of what a lawyer would tell you.

7              No, he didn't -- he didn't get into

8   the depth of like asking questions, what happened,

9   or this or that.

10             He asked me about a guy -- another

11  guy we grew up with, and I told him I haven't seen

12  him.  Tino or something like that.  I can't

13  remember his name.

14             But that was it.  And he didn't ask

15  me no -- no -- you know, a lot of questions, no.

16      Q.    Okay.  Have you --

17      A.    It was basically --

18      Q.    Go ahead.  Were you done?

19      A.    This was basically brief and to the

20  point.  That's all.

21      Q.    Okay.  And before your deposition today,

22  have you reviewed any type of documents at all?

23      A.    No.

24      Q.    Okay.  Have you talked to anyone other

 1  than --

 2       A.    You just told me what the case was all

 3  about.  You just --

 4       Q.    Say that again?

 5       A.    -- actually told me what the case is

 6  all about.  I didn't know it was about no filing of

 7  no lawsuit or the police or any of that.  I haven't

 8  talked to -- like I said, I haven't talked to no

 9  attorney exactly what was going on.  Just that

10  whatever questioning, that I need to give -- if I

11  need to give questioning.  And all the way up to

12  this date.  That's it.

13             No, I didn't see no documents.

14       Q.    Have you talked to anyone other than

15  Mr. Richards about your deposition today?

16       A.    No.

17             Well, my sister.

18       Q.    And what did you talk to your sister

19  about?  Just that you had the deposition?

20       A.    I'm in her -- I'm in her son room right

21  now.  I told her I need to use your -- a room in

22  your house to get this deposition where I could be

23  somewhere where it's quiet at.

24       Q.    Okay.

1      A.    And here I sit, giving you all the

2   deposition.

3      Q.    And did you talk to -- did you talk to

4   Mr. Rios about your deposition today?

5      A.    No.

6      Q.    You haven't talked about this deposition

7   with him at all?

8      A.    No.  He just told me that y'all would

9   be getting with me.

10            I'm pretty -- I'm pretty busy with

11   cutting hair, spending time with my grand babies,

12   and making A -- our chair AA groups.  So my days

13   basically be, you know, jammed up every day.

14            You know, I work and spend my time at

15   meetings to keep my sobriety, so I don't get to

16   really spend time or talk with anyone but my

17   grandkids and my kids.

18      Q.    Whenever Mr. Rios reached out to you a

19   year ago, was that -- I guess what did -- how did

20   he get in contact with you?

21      A.    I wasn't at the barbershop where I'm at

22   now.  I was at another barbershop.

23            A friend of ours told him where I

24   was at, at the barbershop, and -- he didn't give

1  him my number.  He called me from his phone.  He

2  put him on the phone.

3                  And he was like, Man, you at the

4  barbershop?  Could I slide by and talk to you for a

5  minute?

6                  I'm, yeah.

7                  He came by, and he was like, Man,

8  would you -- first he asked, do I remember what

9  happened back then?

10                 And I told him, Very vividly.

11                 And he said, Well, could you tell

12 what you -- you know, what you can remember and

13 what you know?

14                 I'm like, Yeah, I ain't got no

15 problem with that.

16                 Then we talked, and I asked him if

17 he had any kids, because I hadn't seen him -- I

18 hadn't seen him in years.  So I asked him if he had

19 any kids, how his mom doing now, because I hadn't

20 seen her or talked to her since 2016.

21                 Basically formality stuff you ask

22 when you see someone you ain't seen in a minute.

23                 He asked about my dad, my mom.  I

24 let him know they passed away and things like that.

```
 1              We probably talked about for
 2  30 minutes, and then I had to get back in the
 3  barbershop because I had clients, a client in the
 4  chair, and some waiting.
 5              So he jumped in his car, and he left
 6  and went about his business, and told me that an
 7  attorney will be contacting me.
 8              And maybe about a month and a half,
 9  two months later, Mr. Richards contact me.
10      Q.   Okay.  Have you been in consistent
11  communication with Mr. Rios since he reached out to
12  you?
13      A.    I maybe talked to him, from the first
14  time I'm telling you, probably three times.  He
15  called me -- he called me on my son's birthday.
16  That was on March -- that was on March 23rd.  I
17  mean -- I said March 23rd.  April 23rd.
18              And I think I talked to him in I
19  want to say the middle of May.  That was the last
20  time I talked to him.
21      THE VIDEOGRAPHER:  Excuse me, Mr. Burr.  This
22  is Milo, the videographer.
23              Could you please look into your
24  device?  We're only seeing the back of your head.
```

1        THE WITNESS:  I'm just make -- trying to

2    make -- I'm just trying to make sure that y'all

3    hear me.

4        THE VIDEOGRAPHER:  Okay.

5        THE WITNESS:  Because you said -- you said

6    that --

7        THE VIDEOGRAPHER:  Okay.  Thank you.  You

8    look fine now.

9    BY MR. RAHE:

10       Q.    Okay.  So he reached out to you a year

11   ago.  And then the next time after that was around

12   April 23rd, 2023?

13       A.    Last time I talked to him was in May.

14       Q.    In May.

15             So have you had -- have you talked

16   to him at all, whether on the phone or video chat

17   or anything, since May of this year?

18       A.    No.  We -- we text each other on --

19   well, he text me on the Fourth of July.

20             I don't celebrate holidays because

21   I'm Muslim.  I told him -- I greeted him back with,

22   you know, happy Independence Day.  And I told him,

23   well, you know I don't -- I don't celebrate

24   holidays.  He just -- he forgot.  I've been Muslim

1   since I was born.

2              So I don't have holidays, Christmas

3   and stuff like that, so ...

4      Q.    Okay.  And do you guys usually

5   communicate via text?

6              Or I guess how often do you text?

7      A.    Probably once -- last time I -- what's

8   this?  This the 20 -- this the 26th of July?

9              The Fourth of July.  That was the

10  last time we text, we text each other.  We didn't

11  talk no video -- wasn't no video message.  We just

12  text back and forth on Messenger.

13     Q.    Okay.  And then I don't think I asked

14  this, but you said in -- you guys had talked in the

15  middle of May of this year.

16             Do you remember what you guys talked

17  about?

18     A.    I was just -- I was just opening up

19  the -- the barbershop I work at, it's an Islamic

20  barbershop.  They basically bought the storefront

21  and opened the barbershop up for me and another guy

22  to have somewhere to work so we wouldn't be jobless.

23             So he texted me and congratulated me

24  and thanked me for the barbershop, the new

1  barbershop we started working in.

2        Q.    Okay.  So you had mentioned that --

3  well, I guess let me ask this first.

4              So you've mentioned that you've

5  texted him and called him.  You've seen him in

6  person.

7              Have you guys communicated in any

8  other matter?  Like -- like Facebook, Twitter, or

9  anything like that?

10       A.    I don't have a Twitter thing.  I only

11 really use Facebook to put my -- my haircuts.  I

12 cut hair, and I do -- I'm a cosmetologist.  I do

13 women hair also.  So that's really why I only have

14 a Facebook page, and to stay in contact with my

15 kids that's in college.

16             Other than that, no, I don't have --

17 Facebook is the only media that I text with him on

18 before, or -- he has my number, but he -- he'll

19 text me on Messenger before he'll call my phone.

20             I maybe have maybe one call, two

21 calls with him calling my phone.

22       Q.    And what do you mean by -- what do you

23 mean by he'll text you on Messenger?  What is

24 Messenger?

1          A.    I just told you we text and talked on

2     the Fourth of July.

3          Q.    No, no, no.

4          A.    Because we --

5          Q.    You said he'll text you on Messenger.

6                     What is Messenger?  Is that Facebook

7     Messenger?

8          A.    Yes.

9          Q.    Okay.  So you guys will communicate on

10    Facebook Messenger.  I got you.  Okay.

11                     Is there any other ways that you

12    guys communicate with each other?

13         A.    Like I said --

14         Q.    Email or anything?

15         A.    No.  He has my number, but he choose to

16    text me on Messenger instead of my phone.  I ain't

17    never got a text from him on my phone.  It's always

18    been Messenger through Facebook.

19         Q.    Can you call each other on Messenger?

20         A.    Yeah.  You can vid -- you ain't never

21    been on Messenger?

22                     Yeah, you can video chat on

23    Messenger.

24         Q.    No, I'm not that familiar with it,

1  so you're enlightening me.  Okay.

2       A.    I'm new to it as well.  But, you know,

3  it's -- it's very savvy.  You can do a lot of

4  things.

5            But I don't know if you ever been

6  around Muslims or you don't know how -- how we

7  live.  We really don't do the media things and a

8  lot of other things regular people do.

9            Like I said, it's just a outlet for

10  me to put pictures of my haircut on there and talk

11  to my grandkids and my two kids that's in college.

12            Other than that, I wouldn't even

13  have a Facebook page.

14       Q.    Okay.  And then you had mentioned

15  something about a date earlier, July 2nd or 3rd.

16            What was that regarding?

17       A.    That's the date -- the date back to

18  where the incident -- the incident happened.

19       Q.    Oh, okay.  I got you.  All right.

20  We'll talk about that.  Let's see.

21            Did you talk to Mr. Rios about his

22  deposition that he was giving in this case?

23       A.    No.

24       Q.    Did you know that Mr. Rios gave a

1  deposition in this case?

2        A.    No.

3        Q.    You didn't know that?

4        A.    No.

5              We don't talk like that.  I don't

6  mean to be talking out of place, but we don't

7  really -- for us to be friends of the many years

8  that we have, we don't talk like normal friends who

9  talk, check in with each other once a week, or, you

10 know, see each other once or twice a month.

11             I don't do what a lot of other people

12 do.  I'm Muslim.  I go to work.  I go to my faith --

13 to the Mass jihad every Friday to pray.

14             Other than that, I make -- I make

15 meetings.  I used to be a -- I used to be a drinker

16 and a user.  I don't -- you know, I don't be around

17 people who drink.  I don't know if he drink or use

18 drugs or not.

19             But I just -- I live a normal life

20 to where I ain't got to pick up again or take

21 another drink.  So I don't hang with a lot of old

22 friends or family.  A lot of people drink, and a

23 lot of people do things that I don't do no more,

24 so ...

```
 1        Q.     How long have you -- how long has it
 2   been since you stopped drinking and using?
 3        A.     It's been 18 months since I took a
 4   drink, and it's been 14 months since I used
 5   marijuana.
 6        Q.     Congratulations.
 7        A.     Thank you.
 8        Q.     That's a big accomplishment.
 9               Have you ever talked to Mr. Rios
10   about a drive-by shooting that occurred back in
11   1989?
12        A.     I didn't even -- I didn't even know it
13   was that long.  I thought it was in '90 or '91
14   until -- until it was talked about maybe one time
15   on the phone.
16               We haven't been talking like that
17   for us to really talk about it.  Like I say, I live
18   a real cultivated life without -- not spending time
19   with people.
20               He just told me that y'all was going
21   to ask questions about the event that happened back
22   then.  He know it ain't that -- really that much
23   that I can say but what happened.
24               So here I am, you know.  He know
```

1  that -- he know that I'm a straight shooter, that

2  I'm not going to lie.  I can't come on here --

3  besides the oath that I took, I can't come on here

4  and tell no lies for him or for nobody.

5           So that's why he called upon me,

6  because he know my religious belief, that I can't

7  get on no stand and lie for him or anybody, so ...

8      Q.   So you -- so you originally thought,

9  what, I guess after all these years, that the --

10  that it happened in like '90 or '91?

11           How did you -- is that right?

12     A.   Yeah.  I actually -- when he -- you

13  know, when it was brought back up, I actually forgot

14  all about the events.

15           He saved -- he saved my life that

16  day.  I wouldn't be here right now talking to

17  y'all.  If he didn't push me away from when them

18  guys rolled down the block and started shooting, I

19  wouldn't be here right now.  I'd be filled up with

20  like eight or nine holes.  I wouldn't have got to

21  graduate or having kids or none of that.

22           So that was the first thing that I

23  did, was thanked him, because I hadn't seen him

24  after that day because he got -- he got locked up,

 1  you know.

 2              And like I say, I lived -- I lived a

 3  different life than a lot of people because I was

 4  raised as a Muslim.  So, you know, I went on with

 5  my life and with school, and it was pushed in the

 6  back of my head.

 7              So all I just knew, he was locked

 8  up.  I didn't know how much time he got or anything

 9  like that, you know.

10      Q.    Whenever --

11      A.    He -- go ahead.

12      Q.    Whenever I just asked you if you talked

13  about a drive-by shooting that happened in 1989,

14  was it -- was I refreshing your memory that it

15  happened in 1989, or did you know before I asked

16  you that it happened in 1989?

17      A.    No.  You -- when I was telling you when

18  I first -- when it was first brought up, I'm

19  like -- I thought it happened '90 -- probably about

20  '90 or '91.

21      Q.    When who brought it up?

22      A.    You said when --

23              (Simultaneous cross-talk.)

24      Q.    When I brought it up?

```
 1        A.    -- who brought it up.

 2        Q.    Yeah.

 3        A.    When the first time -- not the first

 4   time.  When Jaime -- the first time Jaime told me

 5   they going to be questioning me about it, and

 6   I'm --

 7                     (Simultaneous cross-talk.)

 8        Q.    Oh, okay.

 9        A.    -- like I thought it was -- I thought

10   it was '90, '91.  I didn't know it was far as back

11   to '89.  You said it was '89.

12              I'm not going sit here and lie.  I

13   know he -- I know he told me it was different than

14   '91, '90.  But I'm quite sure I thought he said '89

15   or -- it was either '89 or '88.

16              Like I said, it's been a long time

17   ago.  I really didn't talk to him about it like

18   that.  He just said I was going to be questioned

19   about it, and just tell whatever I can remember.

20        Q.    Did he tell you like the exact date

21   that it happened?

22        A.    No.  I just told you, when he -- told

23   you before, when he first brought it up, I really

24   couldn't recollect back to the date or the time,
```

1   what year, you know?  We didn't talk that long

2   about -- about him -- for him to be telling me it

3   was this date, it was that, this and that, or ...

4                   Just over time, I thought about that

5   I have to give a deposition, I'm like, I need to

6   figure out what I know and what took place.  And

7   what really made me start thinking is when I

8   realized, this guy saved my life that day.  How

9   could I forget all about that?

10      Q.    So tell me exactly everything you

11  remember Mr. Rios told you whenever he brought up

12  this drive-by.  Everything you remember.

13      A.    He just basically told me I need to

14  tell what happened, if I can remember what

15  happened.

16                  Like I told, we ain't been together

17  or talked that long for him to give me instructions

18  about what happened that day.

19                  Everything that I'm giving testimony

20  today here on is my own recollection of me making

21  sure that I can remember whatever I can remember

22  giving testimony on.  He didn't --

23      Q.    Okay.

24      A.    -- have to give me -- he didn't have to

 1   give me the date, you know.

 2              As the time went on, and I started

 3   to recollect what happened -- like I said, first, I

 4   couldn't -- I didn't even remember that he saved my

 5   life that day.  He didn't have to tell me.  It came

 6   back to me, you know.

 7              That was a long time ago.  I

 8   didn't -- I had been out of the country.  I had

 9   been in eight different states, lived in three

10   other different states.

11              And, you know, drugs do alter your

12   mind and your thinking patterns, especially

13   alcohol.  So, you know, that's why I didn't -- you

14   know, I think at first my recollection, you know,

15   wasn't quite as quick as a quick thinker that I

16   used to be.

17       Q.    Okay.  So you -- you had kind of -- you

18   had put it out of your mind until he brought it up,

19   and then you started thinking back?  Is that what

20   you're saying?

21       A.    Exactly.

22       Q.    Okay.  And -- all right.

23       A.    The testimony I'm giving here today is

24   from what I can -- as much as I can remember, you

```
 1  know.  Mr. Jaime, Jaime, he ain't -- we ain't been

 2  around each other like that for him to even -- to,

 3  you know, people would think coach me, or try to

 4  tell me some things to make me to remember.

 5              I'm a busy -- I'm a busy person, you

 6  know.  I'm only here to give the testimony to what

 7  I know.

 8              If it can help him, so be it, you

 9  know; inshallah.  If not, hey, it is what it is.

10      Q.   Okay.  When -- okay.

11              So I'm going to ask you a few

12  questions about that incident, actually.

13              So I guess we've already established

14  that it happened in 1989.  Do you remember the

15  exact date that it happened?

16      A.   July 2nd, from what I remember.

17      Q.   And why do you think you remember that

18  date?

19      A.   Because that same day I had a basketball

20  tournament.  I won -- I won a championship trophy,

21  an MVP.

22      Q.   Okay.  And where was the basketball

23  tournament at?

24      A.   At Wicker Park park house.
```

LAMONT BURR, 07/26/2023                                          Page 40

```
 1        Q.    Okay.  And was that an outdoor court?

 2        A.    Huh?

 3        Q.    Was that an outdoor court?

 4        A.    No.  It was inside.

 5        Q.    Okay.  And who was putting on the

 6   basketball tournament?

 7        A.    The Park District.

 8        Q.    Park District.

 9              Is that Wicker Park Park District?

10        A.    Yes.

11        Q.    Do you know the address of that place?

12        A.    What's that?  That's 1300-something.  I

13   can't remember the correct address.

14              The park is still there, but the

15   people who -- the people who ran the park,

16   Mr. Christmas and Mr. Kelly, they retired.

17              Mr. Christmas is there; and

18   Mr. Kelly, I don't know what -- where he moved to.

19        Q.    Can you say those names again?

20        A.    Christmas, Glen Christmas.

21              I don't know Mr. Kelly first name.

22        Q.    And you're saying Christmas, like the

23   holiday?

24        A.    Yeah.  His name was Glen Christmas.
```

Urlaub Bowen & Associates, Inc.  312-781-9586

1      Q.    Gotcha.  Let's see.

2      A.    He passed away 2014.

3      Q.    Sorry.  I was just trying to look at

4  the address on here.

5            Was it at the Wicker Field House?

6  Is that what you're referring to?

7      A.    Yeah.  They had tournaments on the

8  inside; they had it on the outside.  It's -- there

9  used to -- there used to be a little hut.  Then

10  they built it into a big park house.

11     Q.    Is it on Damen Avenue?

12     A.    The address, yes, is on Damen Avenue --

13  no, actually -- is it Wicker Park Street, or Damen?

14            It's either Damen or Wicker Park

15  Street.

16     Q.    Okay.  And -- so you said you were in a

17  basketball tournament that day, right?

18     A.    Yes.

19     Q.    What time was your basketball

20  tournament?  When did it start?

21     A.    Probably around about 4:00, 5:00,

22  somewhere around there.  It was over with -- it was

23  over with probably about 8:00 o'clock, 7:00 o'clock.

24  I can't exactly remember, but I know it was

 1  nighttime when I left the park.  But I didn't leave

 2  the park right away.

 3       Q.    Okay.  So after the games were over,

 4  around 7:00 or 8:00 p.m., you stuck around a little

 5  bit?

 6       A.    You know, people usually go to get --

 7  celebrate after winning a basketball game or a

 8  baseball game.  It was -- it was a Burger King on

 9  Milwaukee Avenue.  It's not there anymore, but you

10  can probably look it up and see that.  It was a

11  Burger King right there.

12                 We all went to Burger King, because

13  back then, the Whoppers didn't cost nothing but a

14  dollar.

15       Q.    How long did you stick around at Burger

16  King?

17       A.    We went there and ate, came back to the

18  park.  The park closed at -- the park closed at

19  11:00 o'clock because it was -- yeah, it was around

20  about 10:30 it closed, or 11:00, somewhere around

21  in there.

22       Q.    Did you stay until it closed?

23       A.    The park actually was closed.  But the

24  park -- the park -- I mean the fieldhouse was

1   actually closed.  They closed at 10:00.  But

2   everybody had to get out of the park by 11:00.

3   They start making everybody leave at 10:30.

4                    That was back then.  I don't know

5   what they do now.

6        Q.    Okay.  So on that day, on July 2nd,

7   1989, you -- so your games got over around 7:00 or

8   8:00, you went to Burger King with some people,

9   then you went back to the park.

10                   And you think you left the park

11  around 10:30 or 11:00 p.m.?

12       A.    I know it was late like that.  It

13  wasn't daylight.  I can tell you that.  I know it

14  wasn't no 7:00 or 8:00 because we was -- we were

15  still playing basketball.

16       Q.    Okay.  Do you remember the people that

17  were on your basketball team?

18       A.    Probably maybe one or two people; I

19  know one of them dead.

20       Q.    What are the names you remember of the

21  people that were on your basketball team?

22       A.    I think his name Rick, last name Hill.

23                   Ricky Hill or Rich Hill.

24       Q.    Can you -- can you --

```
 1        A.    It's been a long time.

 2        Q.    -- spell that?

 3        A.    It's been a long time.  It's been a

 4   long time ago, brother.

 5        Q.    Did you say Ricky Heel, like H-e-e-l?

 6        A.    Ricky Hill.  His name is Richard or

 7   Ricky Hill.

 8        Q.    Are you saying Hill?

 9        A.    H-i-l-l.

10        Q.    Okay.  And then -- he's still alive,

11   right, as far as you know?

12        A.    As far as -- as far as I know.

13        Q.    Okay.  And who's the individual that

14   has deceased since then that you remember was on

15   your basketball team?

16        A.    Kevin Choice.

17        Q.    Kevin Choice, okay.

18              Were these your friends from your

19   neighborhood?

20        A.    Kevin Choice was.

21              I think Richard, or Ricky -- I can't

22   remember.  Yeah, they called him Ricky because his

23   first -- I think his first name was Richard.  I'm

24   not for sure.
```

```
 1                      We called him Ricky.  I met him as
 2     Ricky.  He didn't stay in the Wicker Park area.  I
 3     think he stayed on Milwaukee and Division.  It's --
 4     I think it's called Noble, Noble Square, Logan
 5     Square back then.  He stayed maybe -- maybe about a
 6     half a mile from the park.
 7          Q.    And do you know if -- do you know if
 8     Mr. Rios knew Ricky Hill and/or Kevin Choice?
 9          A.    I can't say Ricky Hill.
10                      He should be able to remember Kevin
11     Choice.
12          Q.    Okay.
13          A.    I'm not for sure.
14          Q.    Do you remember how many basketball
15     games you played during the tournament?
16          A.    It -- that can range -- that could range
17     from 10 games to maybe 20 games.  It depends on
18     what type of tournament it is.
19          Q.    Okay.  You don't remember --
20                      (Simultaneous cross-talk.)
21          A.    Or whoever -- or whoever throwing the
22     tournament.
23                      That's been a long time ago, so you
24     really got me reaching right now.
```

```
 1        Q.    Hey, I know.

 2              Did you have a team name or anything?

 3   Do you remember your team name?

 4        A.    I think in that tournament we was

 5   called Wicker Park -- wasn't Bulldogs.

 6              Yes, the park -- the park was

 7   connected to Mr. Pritzker, A.N. Pritzker, the dad

 8   of -- well, he's the grandfather of the governor

 9   now.

10              He adopted the school, but he didn't

11   adopt the park.

12              So -- yeah, it was called the

13   Wildcats because then A.N. Pritzker used to be

14   called Wicker Park.  I went there.

15              And we was the Wildcats, and -- yeah,

16   we was the Wildcats as well at the park house.

17        Q.    Okay.  And you said typically you'd

18   play, in any given tournament, like 10 to 20 games?

19        A.    Like I said, depends on what kind of

20   tournament it is.

21        Q.    Okay.  Were there ever any tournaments

22   where you only played like two or three games, or

23   was it typically more?

24        A.    Oh, no.  That is not a tournament.
```

1  That's like -- how do they call that?  That was not

2  called a tournament, if it's two or three games.

3  That's like a -- like Do Or Die; you know, you have

4  to win two games out of three.

5              If it's a three- game tournament, you

6  have to win two out of the three to advance to the

7  semifinals, somewhat like that.

8              I done played in them type of

9  tournaments, but not in Wicker Park.  Usually that

10  would be down at North Avenue Beach, Rainbow Beach,

11  or --

12       Q.    Okay.

13       A.    -- outside the neighborhood.

14              Most of the -- most of the basketball

15  tournaments in the neighborhood was ten games or

16  better.  Them type of games, three or five was

17  outside the neighborhood.

18       Q.    Okay.  And were the tournaments like

19  just from that like four- or five-hour period, or

20  was it -- did it -- was it like a weekly thing,

21  or do you remember?

22       A.    I get -- I get it that you wasn't a

23  sports guy growing up in school.

24              It varies.  Like I'm saying, I

1  played basketball and bocce in different park

2  districts, different neighborhoods.

3              As I can remember, as you said --

4  like you got me reaching right now -- I don't

5  remember playing no two- or three-game tournaments

6  in Wicker Park or Pulaski Park or Clemente High

7  School.  They was always during the summer at the

8  lakefront, Rainbow Beach, North Avenue Beach.

9              You know, outside tournaments that

10  was -- that was not in my neighborhood, or the

11  Governor's neighborhoods.  You know, Logan Square,

12  even the tournaments in the Logan Square, they was

13  ten games or better.

14     Q.    Okay.  But you played in tournaments

15  pretty often?

16     A.    Yeah.  I -- I was -- I was a sports guy.

17     Q.    Okay.  Do you remember any other -- any

18  names of other people that were either in the

19  tournament or present during this tournament on

20  July 2nd at Wicker Park Park District?

21     A.    I gave you the two names that I

22  remember.

23     Q.    Okay.

24     A.    But I give you any other names, it

```
 1   would be a lie, and I'm not finna lie, lie for you,
 2   Jaime or anybody.  It would be a lie if I tell you
 3   I remember any other names.
 4        Q.    Okay.  And do you remember what day of
 5   the week that was?
 6        A.    The day of the week?
 7        Q.    Yeah.
 8        A.    No.
 9        Q.    Was there any particular days of the
10   week that you played basketball on?
11        A.    Like I said, I played -- I played in
12   several tournaments.  One tournament might be just
13   only weekends; one tournament might be during the
14   weekdays after school, if it's a tournament during
15   school time.
16              But most of the tournaments I played
17   in was when we're not in school, during the June,
18   July, August, and September months.
19        Q.    Okay.  And was this --
20        A.    But during the school time, it wasn't
21   tournaments.  I played for whatever school I
22   went to.
23        Q.    Was it a -- was the tournament on
24   July 2nd, 1989, was that a five-on-five tournament,
```

 1   or three-on-three?

 2        A.    It was a five-on-five, ten-man roster.

 3        Q.    Gotcha.

 4              Did you have a coach?

 5        A.    Glen Christmas.

 6        Q.    Oh, he was your coach.  Got it.

 7              Okay.  So let's go back to you play

 8   the tournament, you -- you won the tournament,

 9   right?  Is that what you said?

10        A.    Yes.  I won MVP, and we won the

11   tournament.

12        Q.    Was there any trophy or like money

13   dished out for the winners of that?

14        A.    No, they didn't have no money back

15   then -- back then.  The times now ...

16        Q.    You gotta ask.

17        A.    No.  We just -- like I said, they took

18   us -- we didn't have to pay for it.  They took us

19   to -- sometimes they took us to the pizza.  Back

20   then it was Father & Sons on Milwaukee, or Congress

21   Pizza on Chicago Avenue and Damen.

22        Q.    Okay.  All right.  So --

23        A.    And that's where they used to take us.

24        Q.    So your tournament gets over about

1   7:00 or 8:00.  You go to Burger King.  You come

2   back to the park.  You all either start living --

3   or leaving or getting kicked out around 10:30,

4   11:00.

5              What -- what do you do next?

6       A.    I started walking home.

7       Q.    You went home.

8              Where -- what was -- what was your

9   address then?

10      A.    I want to say it was 1219 North Leavitt.

11      Q.    North Leavitt?

12      A.    Yes.

13      Q.    Apartment number?

14      A.    I stayed on the first floor then.

15      Q.    Who did you live with?

16      A.    My auntie, Vanessa Burr.

17      Q.    What was her name?

18      A.    Vanessa Burr.

19      Q.    And is that --

20      A.    V-a-n-e-s-s-a.

21      Q.    Yeah.  And was that on your mother's

22   side or father's side?

23      A.    My mother's side.

24      Q.    Okay.  What was -- what's your mom's

1   name, by the way?

2          A.     Rita Renee Burr.

3          Q.     Is she still with us?

4          A.     No.

5          Q.     Sorry to hear that.

6                 What is Mr. Rios' mother's name?

7          A.    I called her mom.  But if I'm -- if I'm

8   not mistaken -- now you finna have me reaching and

9   lying.

10                It ain't that I don't -- that I

11  didn't know it.  I just can't remember her name.

12  We all called her Mamacita or Mama.

13                Oh, what was that lady name?

14                You know what?  I'm not even finna

15  reach and lie.  But I can tell you all it's two

16  brothers' name, and a sister.  I can't remember his

17  mama name.

18         Q.   Okay.  All right.  So you start walking

19  home around 11:00 p.m. on July 2nd.

20                What -- and do you end up going home?

21         A.    No, I didn't make it right home.  I

22  could have made it home within like 15 minutes

23  because there was like a 15-, maybe 20-minute walk

24  from Wicker Park to -- that's right at Division and

 1  Leavitt.

 2          Q.    Okay.  So --

 3          A.    In front of St. Mary's Hospital.

 4          Q.    All right.  Tell so me what you do next.

 5          A.    What's that, LeMoyne?  I walked up

 6  LeMoyne the normal way I would take.  I'd usually

 7  take either Schiller or LeMoyne.

 8                I walked up LeMoyne because at that

 9  time back then there was more light.  The street

10  lights worked on LeMoyne, instead of Schiller.

11                And when I made it to Leavitt, I seen

12  Jaime standing on the -- I think his girlfriend

13  lived there, or he lived there, or what.  I'm not

14  for sure; can't remember.

15                But he was standing on the porch.

16  He seen me; we spoke.

17                Well, first -- let me back up.

18                I seen another older lady that had

19  been knowing me.  She like, Oh, y'all won the

20  tournament.  Let me see the trophy.

21                I start, I gave -- I showed her the

22  trophy, and I continued to walk on.

23                I seen Jaime.  We spoke.  And he's

24  like, Hey, I see y'all won the tournament, huh?

```
 1                    I'm, Yeah.

 2                    So now I'm standing on the -- on the

 3    front of the porch, down -- it's maybe about six,

 4    seven stairs.  But I'm on the sidewalk at this

 5    moment.

 6                    We get to talking.  Can't remember

 7    exactly, but it was about the game.  And then I

 8    went up the stairs.

 9                    Now I'm standing there longer than I

10    intended to because now I'm asking him about, Hey,

11    where y'all restaurant at, you know what I'm

12    saying?  Where your mom at?

13                    Because at this time, his mom been

14    on -- the restaurant closed down.  And I thought

15    they moved to another area, but he was telling me

16    that the bar restaurant was just -- it was just

17    closed, you know.

18                    And then at that time -- I only know

19    that because every time I see him, I ask about his

20    mom, because she's a nice lady.  She always fed us

21    when she seen us, because she figured we were

22    always either hungry, because we played in -- not

23    him, but me and some other friends of mine's played

24    baseball, soccer, and basketball.
```

```
 1                   So I would say maybe -- I stood
 2   there maybe probably 30 minutes; 20, 30 minutes.  I
 3   wouldn't think no longer than 30 minutes, talking
 4   to him, before the events -- before the events took
 5   place.
 6         Q.    Okay.  So let's just back up a tad.
 7                   Whenever you walk home from the
 8   park, were you walking with anyone?
 9         A.    That night, I was by myself.  I usually
10   be walking -- I usually be walking with a girl --
11   (Audio interruption.)
12         Q.    Did you say -- did you say your
13   girlfriend?
14         A.    Yeah.  She wasn't able to be out after
15   7:00 o'clock, so ...
16         Q.    What was your girlfriend's name?
17         A.    Tammy James.
18         Q.    T-a-m-i?
19         A.    Yes.
20         Q.    J-a-m-e-s?
21         A.    No, not T-a-m-i.
22                   Her name was Tammy, T-a-m-m-y, James.
23         Q.    Her last name is James, J-a-m-e-s?
24         A.    Yes.
```

```
 1        Q.    When's the last time you had any contact
 2   with her?
 3        A.    Oh, man.  It's been years, ha.
 4        Q.    Okay.
 5        A.    She -- I know she stays in -- she stays
 6   in Baltimore now.  Only people I see in her family,
 7   she has a sister still stay here.
 8              But Tammy doesn't stay in Chicago
 9   anymore.  She stay in Baltimore.
10        Q.    Do you know if she has a different last
11   name now?
12        A.    It's possible.  I'm not for sure.
13              I can imagine she probably married.
14   I never kept up with her like that, so ...
15        Q.    Got you.  Okay.
16              So you're walking by yourself.
17              And you mentioned a trophy.  You had
18   a trophy with you?
19        A.    I had two trophies with me.
20        Q.    One for the MVP, and one for the team
21   win?
22        A.    Exactly, exactly.
23        Q.    You still have those?
24        A.    Oh, I wish.
```

 1      Q.    Do you have any -- do you have any

 2  pictures with them?

 3      A.    I wish.  When my grandmama passed, all

 4  them pictures -- I don't know who got them.

 5      Q.    Okay.  So you walk to -- did you just

 6  run into Jaime standing on his front porch, or did

 7  you go there on purpose?

 8      A.    I just told you, I was walking home and

 9  I seen him.

10      Q.    Okay.

11      A.    No, I --

12      Q.    Yeah, I --

13                  (Simultaneous cross-talk.)

14      A.    -- didn't go there on purpose.

15              Like I say, if I -- if I ever walk

16  down LeMoyne to Leavitt, it's probably -- if he's

17  over there -- and I couldn't tell you if he hung

18  over there every day.

19              But living in that neighborhood,

20  it's an 80 percent chance you going to see someone

21  you grew up with or live in that neighborhood,

22  because back then, everybody knew everybody's kids.

23              If you lived over there and your mom

24  seen me, she's going to make sure I get home.

 1   Everybody looked out for everybody kids.

 2        Q.    Okay.

 3        A.    It was -- it was a real good niche

 4   neighborhood as far as it's family orientated.

 5        Q.    Do you remember the address of that

 6   location where you met Jaime at?

 7        A.    No, but I can probably give you a round

 8   of a number.  It probably got to be like maybe 1300.

 9              If not 1300, still the 1200.  I stay

10   1219.  So you got -- you got Crystal, you got

11   Potomac, you got Evergreen, Schiller, then LeMoyne.

12        Q.    Would it be -- was his -- so his house

13   was on LeMoyne?

14        A.    I don't know where he was living at at

15   the time.

16        Q.    Or -- sorry.

17        A.    I think he at --

18        Q.    Sorry.  Let me -- let me rephrase that.

19              The place that you met him that --

20   or where you saw him that day was on LeMoyne?

21        A.    Yeah.  That's Leavitt and LeMoyne.

22        Q.    So is that the corner of Leavitt and

23   LeMoyne?

24        A.    Well, the building where we were

```
 1   standing at is maybe probably not even a quarter
 2   off the corner but across the street.
 3                    You have to cross the street to get
 4   to the building that we were standing at.
 5        Q.    Which street?  Leavitt?
 6        A.    Yes.  When you come up to LeMoyne,
 7   LeMoyne is the street that runs east and west.
 8   Leavitt runs north and south.
 9                    You only can make it -- you only
10   can -- you only can -- if you in the car, you only
11   can make a left turn on Leavitt.
12                    Now, you have LeMoyne that picks
13   back up.  You can make the illegal right, which
14   is ain't nothing but a third of a block, and then
15   you can make a left and be back on LeMoyne.
16                    But a lot of people didn't do that,
17   because most of the time people have accidents.
18        Q.    I got you.
19                    So you were walking west on LeMoyne
20   and turned left to go south on Leavitt --
21        A.    South.
22        Q.    -- is that what you're saying?
23        A.    Yes.
24        Q.    Got it, okay.
```

```
 1                And then you -- so whenever you see
 2   Mr. Rios on the porch, you go up, and you -- you
 3   know, you guys are just, what, talking for
 4   30 minutes or so you said before --
 5        A.   So that day, it was probably -- that
 6   day, it was probably from 20 to 30.  I know it
 7   wasn't that long like that before the events took
 8   place.
 9        Q.   Okay.
10        A.   Like I said, I'm just -- I'm reaching,
11   because that was a long time ago.
12        Q.   And who -- let's see.
13                If I said 1440 North Leavitt, does
14   that sound right?
15        A.   It -- I didn't think the 1400 pick up
16   that -- that early with the -- in between Division
17   and North Avenue.  Let's see.
18        Q.   Yeah, that's --
19        A.   You know what?  Yeah, you might be
20   right.  You might be right.
21        Q.   Yeah, that's what I got.  Okay.
22        A.   You might be right.
23        Q.   So --
24        A.   You got to be right.  It's just -- like
```

1  I said, it's been a minute for me.

2       Q.    Well, I have -- I have the convenience

3  of the internet, so there we go, yeah.

4              So who else was present during this

5  time that you're talking to Mr. Rios?

6       A.    It was -- well, right there, you have

7  some row houses.  And I can't say exactly who was

8  all out there.  It was -- it was kind of late.

9              So the lady -- I can't even remember

10  the lady name who spoke to me about the game, but I

11  know she's been at a couple of our games, watching

12  our games.  Because like I said, it was a

13  well-niched neighborhood over there, and it was

14  family orientated.  A lot of people came -- came to

15  watch baseball games, basketball games, and stuff

16  like that.

17       Q.    I was just talking about the immediate

18  vicinity at the house where -- or at the --

19       A.    Right.

20       Q.    -- place where --

21       A.    I'm just saying -- you saying who was

22  out there, who could have been out there.

23              It was other people out there, but

24  I'd be reaching if I trying to tell you exactly

```
 1  who.  I know the people in that neighborhood who
 2  lived across the street from there.  Wasn't nobody
 3  out there that lived in the building, because I
 4  could just about tell you about the family last
 5  names that lived in that building.
 6          Q.    Where Mr. --
 7                    (Simultaneous cross-talk.)
 8          A.    Not their --
 9          Q.    -- Rios was?
10          A.    -- first name.
11                Huh?  I think -- if I'm not
12  correct -- if I'm not correct, I know -- I think
13  that was his girlfriend -- his girlfriend lived in
14  that building as well.  I couldn't tell you if Rios
15  had an apartment in there hisself, but I know his
16  girlfriend lived in there at the time.
17          Q.    Okay.  What was his girlfriend's name?
18          A.    What's this girl's name?
19                I -- I know her name, but I forgot,
20  man.  Ah, what's this girl name?
21          Q.    And was she -- if you remember, just
22  let me know.
23                Was she out there when you were
24  speaking with Mr. Rios?
```

1     A.    No, no.

2     Q.    Was -- so it was just you and Mr. Rios

3  on the, what, front steps, or front porch, standing

4  there talking?

5     A.    Yeah.

6     Q.    Okay.

7     A.    On that porch that day, yeah.

8     Q.    All right.  So you talk for 30 minutes.

9           You kind of ask him about his --

10    A.    In between 20 -- in between 20 and

11 30 minutes.

12    Q.    Okay.  And you -- you ask him about his

13 family's -- or his mom's business and where she's

14 at, that sort of thing?

15    A.    Yeah.  That's just, you know, regular

16 formality when I --

17    Q.    Okay.

18    A.    -- I see somebody that I grew up with

19 or knew in the neighborhood.

20           Like I said, the neighborhood -- you

21 would have to have been a -- lived over there or

22 know that neighborhood back then.

23           But, yeah, that's -- you asked me

24 what we talked about.  I know that I asked about

 1  his mom and his sisters and brothers, yes.

 2       Q.    Okay.  All right.  Were you guys -- did

 3  he like offer you a drink?  Were you smoking or

 4  anything?

 5       A.    I didn't drink or smoke back then.

 6       Q.    Okay.  Was Mr. Rios drinking or smoking

 7  or anything?

 8       A.    Not -- no, not that --

 9                   (Simultaneous cross-talk.)

10       Q.    And I'm --

11       A.    -- I seen.

12       Q.    -- talking about -- I'm talking about

13  smoking marijuana, obviously.

14       A.    I couldn't tell you that.

15             I didn't -- I didn't hang out with

16  him like that, you know.

17       Q.    Okay.

18       A.    He's on -- you know, I think he -- I

19  think Mr. Rios probably -- I don't even know his

20  exact age, but I know he's older than me.

21             I'm 50, so he got to be about 52, 53.

22       Q.    What's your birthday?

23       A.    January 28, 1973.

24       Q.    Okay.  And you didn't know how old

1   Mr. Rios was at the time.  You just knew he was

2   probably a couple years older than you?

3        A.    Yeah.  I know he was older than me, not

4   that -- not that many years.

5        Q.    Okay.  So after 20 or 30 minutes, tell

6   me what happens next.

7        A.    As I was standing there, all we heard

8   was some car tires turning the corner off -- off

9   LeMoyne.

10                 Oh, wow.  That got to be a Charger.

11                 Yeah.  LeMoyne -- on that side of

12  Leavitt, back then LeMoyne was a two-way street.

13  It was one of them small narrow streets, but it was

14  a two-way street.  Because if you was coming up

15  Leavitt going south, coming from North Avenue, you

16  would be able to make a right on LeMoyne going back

17  to Western.

18                 But it was also, like I said, two-way

19  street to where if you was coming from Western, you

20  would be going -- you would be going east on

21  LeMoyne.

22                 So the car made a right coming off

23  LeMoyne.  And when it turned, the tires screeched.

24                 I remember looking up.  The car was

```
 1  coming.  I took my eye off the car because I was a
 2  teenager.  You know what I'm saying?  I didn't have
 3  to look out for danger back then, or any of that.
 4  You know what I'm saying?
 5              Next thing I can -- I remember, he
 6  was like, Duck, watch out.
 7              I heard gunfire.  I was pushed down.
 8  I stayed down for a minute, maybe probably a
 9  minute, give or take.  I wouldn't say two.
10  Probably a minute, maybe a minute and a half.
11              And I got up, looked up.
12              Only people I see was the other
13  people across the street that ducked and got on the
14  ground to keep from getting shot.
15              I look up.  Mr. Rios was going in
16  his -- in the building we were standing at.
17              I got up and ran home.
18              That was the last I seen of Mr. Rios.
19      Q.   Okay.  So let's just break that down a
20  little bit.
21              So you hear a car turn right onto
22  Leavitt Street from LeMoyne.
23              So that means the car was coming --
24  or was traveling east towards Leavitt?
```

```
 1        A.    No.  It was traveling -- the car came

 2   from -- came from Western.  So the car was going

 3   east up LeMoyne.

 4        Q.    Right.

 5        A.    In between Leavitt -- in between

 6   Leavitt to Western on LeMoyne, I don't know if you

 7   ever seen a street like that.

 8              You from Chicago?

 9        Q.    No, but I -- I mean, I'm familiar with

10   this area.  I just want to get it out of you --

11        A.    Right, no, I'm just -- I'm just --

12        Q.    But I think we --

13        A.    -- trying to see if you know how -- how

14   these streets goes over in the Bucktown area.

15              Because, you know, trollies back in

16   the '40s and -- not the '40s -- but in the '20s and

17   '30s, it was trollies.  Wasn't no streets.  It was

18   trollies that ran through them streets.  That's why

19   they like that.

20              The street is a small narrow street.

21   The car was coming from Western going east on

22   LeMoyne.  It's the only way that he was able to get

23   to Leavitt, coming up LeMoyne.

24              So when he get to Leavitt, he can't
```

 1  make a left because it's a one-way street.  Leavitt

 2  is a one-way street going south.

 3      Q.    Okay.  So then it turns -- you said he

 4  turned right --

 5                      (Simultaneous cross-talk.)

 6      A.    So he made a right turn.

 7      Q.    To go south --

 8      A.    He made a right turn.

 9      Q.    To go south on Leavitt.

10      A.    Exactly.

11      Q.    Okay.  And whenever the car made that

12  turn, you heard tires screeching?

13      A.    That's what made me look up.

14      Q.    Okay.

15      A.    If a car pull off -- if a car pull off

16  from a stop, pressing the gas, the tires don't

17  screech.  I don't care what car you in.

18                  And then back then, everybody drove

19  Chevys, Cutlasses.  It was -- you know, there

20  wasn't not no new cars like now.  Most of the cars

21  was more like -- more like -- even the Toyotas,

22  they was like hot rods back then.  They was fast

23  cars.

24                  Can't tell you what type of car it

1  was.  I don't remember.  I can't even remember if

2  it was a two-door or four-door car because I didn't

3  get a look at the car like that.

4                    I heard the tires screeched.  I

5  looked up.  I took my eyes off the car because I

6  was talking to Mr. Rios.  I'm not looking for some

7  unwanted danger, because I'm coming from a

8  basketball game.  I'm -- I'm high off adrenaline of

9  winning the trophy and being MVP.  I was a

10  teenager, so you know.

11                    Yeah, I took my eye off the car and

12  started back talking to Mr. Rios.  Jaime.

13      Q.    Okay.  So the car turns, you hear it

14  screech.

15                    At that point did you duck down?  Or

16  you heard gunfire first, and then you ducked down?

17      A.    The tires screeched.  Maybe probably

18  30 seconds.  I don't know.  Shortly after --

19  shortly after I took my eye off the car, all I --

20  Jaime said, he -- watch out -- he said, Watch out,

21  duck.  I heard gunfire.

22                    All I know, that he pushed me down.

23  If he didn't push me down, I'd have caught eight

24  bullets.  There was like twelve bullet holes in the

 1  door.

 2       Q.    Okay.  So did you hear the gunfire, or

 3  did you just --

 4       A.    Yeah, I heard the gunfire.

 5             How not?  I'm standing right there

 6  with him.

 7       Q.    Okay.  And at what point like -- I

 8  guess at what point did you actually lay eyes on

 9  the car?

10       A.    I laid eyes on the car when I heard the

11  screeching of the tires.  Couldn't tell you the

12  make --

13       Q.    Okay.

14       A.    Couldn't tell you the make and model.

15  It was dark outside.  The streetlights was on, but

16  it was a brief look at the car turning the corner.

17       Q.    Okay.

18       A.    I took my eye off of the car because it

19  wasn't like they turned the corner and it's -- it

20  was gunfire right away, because when you turn off

21  LeMoyne to Leavitt -- let's say where we was at on

22  the porch, it's one, two, three, vacant lot, four,

23  courtway building, vacant lot.

24             There's a lot that -- where we were

1  standing at, the building we were standing on, and

2  it's a -- it was a -- you know, they had a parking,

3  where people lived in the building could pull in

4  and park.

5              So it was -- it wasn't a parking

6  lot.  It used to be a building, then they turned it

7  into a parking lot, because it was -- it used to be

8  glass, dirt, and bottles in that right there where

9  people park.

10             It actually wasn't a parking lot.

11 It was just a place where people turned it into a

12 park.

13     Q.     Okay.

14     A.     In the school.  Then Sabin School was

15 right next to that.

16     Q.     What -- so you don't remember the make

17 and model of the car, though?

18     A.     No.  I didn't get no long of a look to

19 even tell you that.  I would be reaching.

20     Q.     Do you remember the color of the car?

21     A.     It couldn't have been red, couldn't

22 have been orange, because if it was, I would know

23 the color of the car.  That's what I'll let you

24 know.

```
 1        Q.    Why do you say that?

 2        A.    Because if you -- if you would just get

 3   a glance of a car and it's red, you going to know

 4   it's red.  If you get a glance of a car and it's

 5   orange, you're going to know it's orange.

 6              So it had to be a dark color car.

 7   I'm just telling you from my opinion and

 8   recollection.  If I -- if the car was red, I think

 9   I would be able to tell you if it was red.

10        Q.    Okay.

11        A.    So it couldn't have been red.

12        Q.    And you don't know if it was a two- or

13   four-door?

14        A.    No.

15        Q.    Do you remember any distinct

16   characteristics about it whatsoever?

17        A.    No.

18        Q.    Okay.  Was it going fast?

19              About how fast, I guess I should ask.

20        A.    For the tires to be screeching, they

21   had to punch the gas, and the RPMs had to rev up.

22   The car had to reach up to 30 miles per hour real

23   fast --

24        Q.    Okay.
```

```
 1        A.    -- for the tires to screech.

 2        Q.    When you first heard gunshots, did

 3   you -- well, strike that.

 4              Did you actually like see the

 5   gunfire coming from the car?

 6        A.    No.

 7        Q.    Okay.  You heard -- you saw the car,

 8   and then you started to hear shots.

 9              Do you know how -- about how far

10   from you the car was when you first heard shots?

11        A.    I would be reaching.

12              But since you asked the question, it

13   ain't that far from the corner where they turned

14   from.  Maybe six buildings.  Well, it's three

15   buildings, then a courtway building with two

16   entrances, empty lot, this and that.

17              They had to be probably -- in the

18   streets, probably 20, maybe 30 feet from the

19   streets to where I was up on the porch.

20        Q.    Okay.

21        A.    So I would say maybe probably

22   immediately after they turned the corner --

23        Q.    How many gun --

24                   (Simultaneous cross-talk.)
```

 1        A.    -- I heard -- when he said -- he said,

 2    Watch out.  Duck, man.

 3                    And he pushed me down.

 4        Q.    How many gunshots did you hear?

 5        A.    After I heard -- after I heard the

 6    first two, I couldn't tell you how many -- how many

 7    came after that, you know.  My mind went blank.  I

 8    wasn't used to getting shot at or being around no

 9    gunfire.

10                    I was -- I was a good prospect

11    basketball -- well, sports, period, then.  I was a

12    kid that was engrossed in sports, not no gunfire

13    and things like that.

14        Q.    Okay.  But I think you mentioned that

15    you -- there was like 10 to 12 bullet holes in the

16    door, or something?  Did you say that?

17        A.    Yeah, it was -- it was -- it was quite

18    a great many.

19        Q.    So what door -- what door were you

20    talking about?

21        A.    You said that was 1440, right?

22        Q.    Yeah.

23        A.    We were standing there -- yeah.

24                    If that's the address you have,

 1  that's where we would be standing at.

 2       Q.    Okay.  So --

 3       A.    Because I think I told you, on both

 4  sides of the building we were standing, on one side

 5  is an empty lot.  On the other side is an empty lot

 6  they turned into a parking where people lived in

 7  the building parked.  Next to that is Sabin School.

 8            It's not called Sabin no more, but --

 9  but that's what it was called back then.

10       Q.    So you believe -- so you said there was

11  10 to 12 bullet holes in the door of --

12       A.    I'm just --

13                 (Simultaneous cross-talk.)

14       Q.    -- 1440 --

15                 (Simultaneous cross-talk.)

16       Q.    Wait a second, wait a second, wait a

17  second.  Let me --

18       A.    I'm --

19       Q.    Wait, wait, wait, wait, wait, wait,

20  wait.  Let me finish the question.

21            So you're saying there was 10 to

22  12 bullet holes in the door of the building that

23  you were standing at?  The front door?

24       A.    Yeah.  In the door in the front of the

 1 | building.

 2 |      Q.   Got you.  I just -- I just want to get

 3 | it clean on the record because sometimes things get

 4 | a little messy if we're -- if we kind of --

 5 |      A.   Hey, like I say, I didn't know right

 6 | away.  Only reason I know it was that many, because

 7 | the police told me you got -- you lucky to be here.

 8 |           And then the next -- when I walked

 9 | back past there, I seen the great many bullet

10 | holes.  I know it was more than two or three.  It

11 | was more than five and six.

12 |      Q.   Okay.  So if there's 10 to 12 bullet

13 | holes in the door, do you know if there was more

14 | gunshots than 10 to 12?

15 |      A.   I couldn't say that there was more of

16 | the gunshots after that or, you know, during that

17 | time.  I don't know if it was -- I don't know if

18 | it's a gun that shot more than that many bullets at

19 | that time.

20 |           So I -- I come to the conclusion

21 | that it was more than one gun being fired from that

22 | car.  That's what I gathered, once I coming back

23 | past and I'm looking at the bullet holes.

24 |           I don't know if there was a gun

```
 1  manufactured back then that shot more than five or
 2  six -- more than five or six rounds.
 3      Q.    Okay.  Whenever Mr. Rios told you to
 4  duck down or get down, or whatever he said --
 5      A.    He pushed me down.
 6      Q.    -- was it -- wait a sec, wait a sec.
 7  Let me finish the question.
 8              Whenever Mr. Rios told you to crouch
 9  down, had the gunshots started at that point?
10      A.    Yeah.  I told you I heard -- I heard
11  the gunshots.  I heard like the first two gunshots.
12  After that, my mind went blank.  That's what I told
13  you the first time.
14      Q.    I got you.
15              What did --
16      A.    He didn't have to tell me -- he didn't
17  have to tell me they shooting.  I heard the -- I
18  heard the first two gunshots.  That's all I
19  remember.
20              After that, I didn't know there was
21  that many shots until afterwards.  I couldn't tell
22  you how many shots it was once I got up, because
23  I -- I wasn't trying to look at the door and see
24  how many shots.
```

 1                  I was trying to run home to my auntie
 2    to get away from whatever was happening.  I wasn't
 3    used to being shot at.
 4          Q.    Were you -- were the gunshots done by
 5    the time you got up and started running?
 6          A.    Yes.
 7          Q.    Okay.  Where -- where was Mr. Rios while
 8    the gunshots were going off?
 9          A.    You said where was he when he --
10          Q.    Yes.  What was he doing?
11          A.    All I remember, the -- I heard the
12    first two gunshots.
13                  He said, Watch out, duck down.  He
14    pushed me down.
15                  When I got back up, when I looked --
16    first I looked up.  I'm seeing the other people
17    that's across the street getting up off the ground
18    as well as running into the house.
19                  I get up.  When I got up to go run
20    to my house, it's an entrance on front of the
21    building.  That's for the people that live in the
22    front.  And there's an entrance on the side of the
23    building for the people that lived in the back.
24                  If I'm correct, Jaime girlfriend

1   stayed in the back on the second floor.  I seen him

2   running into that entrance back there.

3                    And I continued to run down Leavitt

4   to my -- to where I stayed.

5        Q.    So was -- is there a gangway there that

6   Mr. Rios --

7        A.    No, it's a lot.  And I told you, it's a

8   lot on each side of the building back then.

9                    I don't know if they -- no, they

10  ain't built no -- well, right now, they built

11  something on the left side of it, on the north side

12  of the building.

13                   But it's still an empty -- ain't

14  nothing right there on the right side.

15       Q.    Okay.  And you ran south down Leavitt?

16       A.    Yes.

17       Q.    Had the car -- had the car -- once the

18  I guess shooting had stopped, did the car -- where

19  did the car go that was shooting?

20       A.    I couldn't tell you; it was gone.  All

21  I -- when I got up, the car wasn't -- the car

22  wasn't there no more.

23                   It had to have been going -- there's

24  only two places he can go.  He can make a -- he can

1    make a left on Schiller.

2                   No, it's three places he can go.  He

3    can make a left on Schiller, a right on Evergreen --

4         Q.    Hirsch?

5         A.    -- or keep straight up -- evergreen, or

6    keep straight up to Division.

7                   The way I had -- I stayed at

8    Division and Leavitt.  And the street before that

9    is Potomac; then Crystal.

10        Q.    And for the -- if it turned right on

11   Ever- -- you're saying Evergreen, he would have

12   turned right to go towards Western?

13        A.    Right.  That would be west.

14        Q.    Are you sure that wasn't Hirsch Street?

15        A.    You say Hirsch.

16        Q.    Hirsch.  H --

17                   (Simultaneous cross-talk.)

18        A.    You know what?

19        Q.    -- -i-r-s-c-h.

20        A.    You know what?  You right, you right.

21   It's Hirsch.

22        Q.    Okay.

23        A.    Because you know what?  It's Schiller,

24   Hirsch, then Evergreen.

```
 1                      You're right.  It's Hirsch.

 2          Q.    Okay.  Did --

 3          A.    I forget about that we call that street

 4   Hirsch.  That's crazy.

 5          Q.    Did you -- did you see anyone in the

 6   car?  Any person?

 7          A.    Couldn't see.  It was dark.

 8                      And then how could I see somebody?

 9   For one, I hear gunfire; then two, he pushed me

10   down, so I couldn't -- I didn't have no

11   recollection to look at no car or where no gunfire

12   coming from.

13                      Shit, I was scared to death.  I'm

14   going to be lucky to see who's shooting.

15                      There's people shooting at me?  Nah.

16          Q.    Okay.

17          A.    I couldn't tell you if they was Latino,

18   Black, white, or alien in the car.

19          Q.    And you said that you had saw people

20   like across the street that were ducking down too?

21          A.    Yes.  That area is still the same, same

22   houses right there.

23          Q.    And did you know any of those people by

24   their name or nickname or anything?
```

1         A.    Not on that -- not on that side.  I
2    knew that they lived there, but I couldn't tell you
3    their names.
4              Most people, if you didn't know the
5    person that lived in the house, you knew the last
6    name.  And all I can tell you, on that side, there
7    was no Blacks that lived on that -- that row house.
8    They called it a row house.
9              It was all Latinos.
10        Q.    And --
11        A.    Across from there -- across from there,
12   there was one Cuban family, two Black families, and
13   another family was Polish.
14        Q.    Okay.  Let me see here.
15             Did you know anyone -- anyone's name
16   out on the street that day besides Jaime Rios?
17        A.    I spoke to one person before I got to
18   Jaime.
19        Q.    Who was that?
20        A.    And that -- that was the elderly lady
21   that used to come -- I'd be lying to you if I tell
22   you I know her name.  All I know, that she was of
23   Latino descent.
24        Q.    All right.

```
 1                  Whenever -- whenever Mr. Rios kind

 2    of pushed you down, where were you guys standing

 3    exactly?

 4          A.    On the top of the porch.

 5                The front porch --

 6                    (Simultaneous cross-talk.)

 7          Q.    Okay.  Was there --

 8          A.    -- of that address --

 9          Q.    Were there stairs --

10          A.    -- 1440.

11          Q.    -- going up it?

12          A.    It's maybe about six stairs at the most.

13          Q.    Okay.  And you were on the very top?

14    The actual --

15          A.    Right.  Before you -- before you go

16    into the door.  So it was -- it was a nice size.

17    You come up six -- about six stairs.  The building

18    is still there.  You come up probably about five or

19    six stairs.  Maybe four people can stand on the

20    front of there comfortably.

21          Q.    Okay.

22          A.    They had the little brick sit-down

23    stuff; you know, you could sit over here or over

24    here, but it wasn't that big.
```

```
 1              But like I said, about four people
 2  can stand there comfortably.
 3       Q.    All right.  Was there any like -- I
 4  don't know what word I want to use -- barrier
 5  there?  Like a handrail you could hide behind or
 6  anything?
 7       A.    No.  It's -- it was a graystone
 8  building, all brick, brick graystone.
 9              The building is still there.
10       Q.    So you guys were pretty exposed then?
11       A.    Yeah.  There wasn't nowhere to go but
12  to duck, hit the ground.
13       Q.    Okay.  And --
14       A.    Couldn't go -- couldn't go in the door,
15  in the hallway, because the they always kept it
16  locked.
17       Q.    Was there -- was there a gate out in
18  front of the building?
19       A.    No.  There's no gate out of the
20  building.
21       Q.    Okay.  How far from the building to the
22  curb?
23       A.    You come down the stair -- if you
24  come -- if we came down the stairs, it's maybe
```

 1  probably four or five steps and you at the curb.

 2        Q.    Okay.  So maybe like 15 feet or so?

 3        A.    Yeah.  10 at the most; 10, 15.

 4        Q.    All right.  And then I think you

 5  mentioned that the police told you something.

 6              When did you speak to the police?

 7        A.    That was the next morning.

 8              They was -- they knocked.  They came

 9  to my house, 1219 -- on Leavitt.  I stayed on

10  Leavitt with my auntie.

11        Q.    Okay.  And do you remember -- well,

12  actually, let's back up.  Just one sec.

13              Okay.  So right after the gunfire is

14  over, you run all the way home, right?

15        A.    Yeah.

16        Q.    Okay.  And once you get home -- well,

17  did you -- did you still have your trophies with

18  you?

19        A.    Yeah, I had them with me.  Yeah, of

20  course.

21        Q.    Okay.  I didn't know if you dropped

22  them in the -- in the --

23        A.    Yeah, I dropped them, but I picked them

24  back up.

```
 1        Q.    Okay.  And once you got home, what do
 2   you do?
 3        A.    I went and locked myself in the room to
 4   keep from my -- my auntie asking me any questions
 5   about what happened.
 6        Q.    So you didn't tell her what happened.
 7        A.    No, I couldn't have told her that, what
 8   happened.  But she found out the next morning when
 9   the police came.
10        Q.    Okay.  So what did -- so let's go back
11   to the timeline.
12              So you walked -- you started walking
13   around 11:00.  You -- it takes about 15-ish
14   minutes, you said, to get to where Mr. --
15                    (Simultaneous cross-talk.)
16        A.    It could have been --
17        Q.    -- Rios was?
18        A.    -- say 10:30.  I can't remember exactly
19   what time.  I just gave you a time frame that the
20   park closed.  They start at 10:30 making sure
21   everybody leave, because you got to be out the park
22   at 11:00.
23        Q.    Yeah, so -- that's all I'm just trying
24   to add up now.  So 10:30, 11:00.
```

```
 1                  Then you walked to where Mr. Rios

 2   is.  Took, what, 10 minutes?  And then --

 3        A.     Probably 5.

 4        Q.     5 minutes?

 5        A.     That ain't nothing but two blocks.

 6        Q.     Okay.

 7        A.     And then -- well, two and a half blocks

 8   from Damen to Leavitt.

 9        Q.     Okay.  And then you talked to him for

10   about 20, maybe 30 minutes?

11        A.     In between -- in between 20, 30 minutes.

12        Q.     All right.  So do you know what time of

13   day, or what time of night, I guess I should ask,

14   that --

15        A.     Come on now.

16        Q.     -- the shooting happened?

17        A.     What -- what -- that's a trick question.

18   Really?

19        Q.     It's not a trick question at all.

20        A.     I just told -- I'm just saying, though.

21        Q.     I'm saying to you --

22        A.     I know -- go ahead.

23        Q.     I'm asking if you have a memory of it.

24                  Do you know?
```

1      A.    I'm trying to give you a memory best as

2   I can.  I could be wrong on the time.  I'm just

3   telling you what I remember, what I can recollect.

4                  I'm knowing it happened -- it was

5   around that time, because I had a basketball game

6   that night.

7      Q.    I understand.  I'm just --

8                  (Simultaneous cross-talk.)

9      Q.    I'm just asking.

10     A.    So, you know, what time the shooting

11  took place, or this or that and that and this -- I

12  couldn't tell you none of that.

13     Q.    All right.  All right.  So --

14     A.    The time frames I'm giving you, they

15  might add up, they might don't add up.  I'm just

16  giving you what I know, the testimony what I know

17  that -- where I'm not -- where that I'm not fibbing

18  here.

19     Q.    Okay.  So nonetheless, you -- you run

20  home, you get home, you go in your room.

21                  And do you stay there the rest of

22  the night until the morning?

23     A.    Yeah.

24     Q.    Okay.  And in the morning, you said the

 1  police came.

 2                      Do you know about what time the

 3  police came?

 4       A.    It had to be before noon, if I -- if

 5  I'm remembering right.

 6                      In a Muslim household, we get up at

 7  5:00, 4:00 -- well, it was July.  So we'd get up at

 8  4:30 -- no, not even 4:30 -- 3:50, to pray.

 9       Q.    Okay.  Do you remember getting up that

10  day to pray at that time?

11       A.    I have to pray -- it's mandatory that

12  we pray five times a day.

13       Q.    Okay, sorry.  All right.

14                      And then -- so what is -- what's the

15  next time -- I guess what are the times that you

16  pray each day?

17       A.    I know I pray -- 3- -- around 3:00, in

18  between 3:50, 4:30.  I know I went back to sleep.

19                      I probably woke up in between 9:00;

20  8:30, 9:00.

21       Q.    Okay.  And then the police came

22  around -- or before --

23                      (Simultaneous cross-talk.)

24       A.    In between 9:00 and 12:00, because it

1   wasn't that -- I wasn't up that long.

2          Q.    All right.

3          A.    Only reason I was out that late because

4   I had a basketball game.  Other than that, I have

5   to be in the house at 7:00 o'clock.

6          Q.    Gotcha.

7                Do you -- how many officers came to

8   the door?

9          A.    There was only two.

10          Q.    Uniformed or plainclothes?

11          A.    Plainclothes.

12          Q.    So were they detectives?

13          A.    Homicide.

14          Q.    They were homicide detectives?

15          A.    You know detectives.  You know -- you

16   know -- you know who come see you when they -- a

17   murder take place like that.

18                I didn't know they was homicide

19   detectives back then, but I know now.

20                Don't no blue and white; don't no

21   uniform officers come.

22          Q.    Were they --

23                (Simultaneous cross-talk.)

24          A.    So they was like -- huh?

```
 1       Q.    Go ahead.

 2       A.    There wasn't nothing but two.  I know

 3  that for sure.  There wasn't no other car outside

 4  or none of that, because they -- they -- after --

 5  after about 30 minutes of them questioning me in my

 6  front room, they asked my auntie if they -- I was

 7  able -- was they able to take me to Shakespeare

 8  police station.

 9              She put on her jacket and stuff.

10  They let her -- they let her -- well, she --

11  because she didn't drive.  They let -- they let my

12  other -- my mother's sister, other sister, Holly,

13  drive us to the police station.

14              I didn't have to get in the car.

15  They didn't put no handcuffs on me or nothing.

16       Q.    Okay.  Your -- your Auntie Vanessa, is

17  she still with us today?

18       A.    No.

19       Q.    Okay.  I'm sorry if I asked you that

20  already.

21       A.    No.  You didn't.

22       Q.    Okay.  So two homicide detectives show

23  up.

24              Do you remember what either of them
```

 1  looked like?  Or do you remember their names?

 2        A.    I don't mean to laugh.  No disrespect.

 3              No, I definitely don't remember

 4  their names.  And I don't like -- I don't like

 5  using the term white or black.

 6              They was detectives.  They wasn't no

 7  older, I wouldn't say -- neither one of -- neither

 8  one of them was older -- probably wasn't older than

 9  45 or 40.

10        Q.    Okay.  So if you don't like saying,

11  I'll ask you the question so you have to.

12              What race were they?

13        A.    They were -- they was white.

14              You got me to say things I don't

15  like to say.  They was white.

16        Q.    Both of them were white, and they

17  looked like they were not older than 45?

18        A.    As I can remember, no, because I

19  couldn't believe -- usually it be a senior.  It

20  usually be a senior cop, or maybe two seniors, or a

21  senior and a young cop.

22              They didn't look that old to be

23  homicide detectives to me.

24        Q.    Gotcha.

 1       A.    I couldn't watch TV back then, so I
 2  only go off what I saw.
 3       Q.    And they -- they introduced themselves
 4  to you as homicide detectives?
 5       A.    They just introduced themselves as
 6  detectives.
 7       Q.    Gotcha.
 8       A.    When I got to the police station, then
 9  they explained that they was homicide detectives.
10       Q.    Okay.  So did you say they came into
11  the house first?
12       A.    They knocked.  I'm the one answered the
13  door.  I let them in.
14              They asked for my name.  I told them
15  I was he, and I let them in.  I told them my
16  grandmama heard -- I didn't mean to say grandmama.
17              My auntie heard the door as well.
18  She came out of her room, and she was standing
19  there as they begin -- they asked first, Can we ask
20  him a couple questions?
21              She said, For what?  She looked at
22  me, was wondering why I want to be questioned by
23  any police, period.
24              So she gave them the right to

1   ques- -- ask me the questions.  Maybe 15,

2   20 minutes, give or take.

3                    And they was like, Can he come down

4   to the police station?

5        Q.    So they -- but at that time they told

6   you it was for a murder, or not until the police

7   station?

8        A.    No.  Come on now.  Stay with -- stay

9   with me, because --

10       Q.    Yeah, that's why I'm asking, man.

11       A.    -- I don't have to be here.  Stay with

12   me now.

13                   But no, I didn't know they was

14   homicide detectives until we got to the police

15   station.  I didn't know nothing about no -- if it

16   was anything other than gunshots until I got to the

17   police station.

18       Q.    Okay.  Did you ride in the car with

19   them to the police station?

20       A.    No.  I just told you I rode --

21       Q.    Oh, yeah.  You're right.  I got you.

22                   So you get to the police station.

23                   Do they put you in an interview room?

24       A.    What's the difference -- what's the

 1  interview room?

 2        Q.    Well, you tell me.

 3              Where do they -- where do you go

 4  once you get in the police station?

 5        A.    You said tell you where do we go.

 6              We went in front of the police

 7  station when you walk in through the doors.  We --

 8        Q.    Where were you questioned?

 9        A.    We went to a room.  We went to a room.

10  It was two desks in there, one on one side and one

11  on the other side.  They set me in -- down.

12              First, my auntie was in there with

13  me because I was under age.  She had to get up and

14  go to work.  Then my auntie, she didn't want to be

15  in there.  She gave them the okay to question me,

16  and she sat outside the interview room in the chair

17  in the hallway.

18        Q.    Okay.  And this is Shakespeare police

19  station, you said?

20        A.    Yes.

21        Q.    Okay.  And tell me what they asked you.

22              What did you guys talk about?

23        A.    Basically about the same as what you

24  doing:  Where was I at at this time?  What do I

1   know?  Normal formality when detectives are

2   questioning you.

3                  After them asking me questions for

4   about an hour, they started showing me pictures.

5   They asked me -- actually this is about the same as

6   you doing now, and I let them know that, you know,

7   I was just a kid walking through, seeing somebody I

8   know, stopped to talk to him.

9                  Next thing you know, I was -- I was

10  involved in gunfire, you know.

11                 After being there a while -- let me

12  think of the sergeant name.  I can't even remember

13  the sergeant name.

14                 But as a kid, I played basketball

15  and baseball for Shakespeare police station and

16  Wood, 13th District and 14th District police

17  station.

18                 So it was the sergeant that we --

19  because I played baseball for the summer league

20  tournament at Humboldt Park.

21       Q.    Okay.  But they're questioning you

22  about the drive-by.  They're not questioning you

23  about anything else, right?

24       A.    Exactly.

1     Q.    Okay.  And you said they showed you

2   pictures.

3                   What did they show you pictures of?

4     A.    Over maybe probably 10 -- (audio

5   interruption.)

6     THE COURT REPORTER:  I'm so sorry.  This is

7   the court reporter.  Sorry, there was a little

8   glitch, Mr. Burr.  Could you repeat your answer?

9     THE WITNESS:  What'd you say now?  What'd she

10  say?

11    THE COURT REPORTER:  Sorry, this is the court

12  reporter.  There was a little glitch in your answer.

13                  The question was:  "And you said

14  they showed you pictures.  What did they show you

15  pictures of?"

16    THE WITNESS:  Maybe about 10 or 12 different

17  people, Latinos and Blacks.

18  BY MR. RAHE:

19    Q.    Did you --

20                        (Simultaneous cross-talk.)

21    A.    I could tell they was gang members.

22  Yeah, they was -- they was gang affiliated.

23    Q.    Did you --

24    A.    They asked me if I was in a gang.

1      Q.    Did you recognize any of those --

2      A.    Huh?

3      Q.    -- people?

4            Did you recognize any of those

5   people?

6      A.    Probably -- yeah, I recognized two of

7   them because they was my cousins.

8      Q.    What are your cousins' names that you

9   recognized?

10     A.    Now here you go.

11           They have nothing to do with this

12   case, man.

13     Q.    Well --

14     A.    But I'm -- I'm going to tell you --

15     Q.    -- they kind of do.

16     A.    -- it's Maurice Burr.

17     Q.    What is it?

18     A.    How?  How do they have -- how do they

19   have anything to do with this case?

20     Q.    Well, they were -- they were in a lineup

21   that was shown -- or a photo array that was shown

22   to you.

23     A.    No.  Just look -- look, look, look,

24   look, right.  This is how they showed the pictures,

```
 1   man.
 2                      Wow, I can't believe it.
 3                      They had a collective whole of
 4   people who wasn't involved.  My cousins then
 5   wasn't even -- lived in that area.  They was only
 6   known and on them pictures because we had the same
 7   last name.  That's what I believe.  So --
 8        Q.   I just want to --
 9                      (Simultaneous cross-talk.)
10        A.   -- they had nothing to do with the
11   case --
12                      (Simultaneous cross-talk.)
13        Q.   Just -- I --
14        A.   -- to be questioned.
15                      All right.  I'm going to just --
16   the name is Maurice.  I'm going to just keep it
17   brief and short.
18                      The name was Maurice Burr.
19        Q.   What's the other --
20                      (Simultaneous cross-talk.)
21        A.   One of the cousins -- that was one --
22   Rafie.
23        Q.   Spell it.
24        A.   R-a -- R-a-f-i-e, Rafie.
```

```
 1        Q.    Burr was his last name?

 2        A.    Yeah.

 3        Q.    Okay.  I'm not -- I'm not suggesting --

 4        A.    Really?  All right.

 5              I'm going to put it like this here.

 6   I'm not being -- I wasn't charged, and I'm not here

 7   for charges to be brought up on me.

 8              I'm just here to give the testimony

 9   of some questions that you want to ask.

10        Q.    Yeah.  I'm --

11        A.    I'm telling you what I know.  Now you

12   asking me --

13        Q.    Mr. Burr --

14        A.    -- about my cousin --

15                  (Simultaneous cross-talk.)

16        Q.    -- let me -- let me speak.  Let me

17   speak.  Let me speak.

18        A.    Wow.

19        Q.    I'm not -- I'm not suggesting that you

20   had anything to do with anything or that your

21   cousins had anything --

22        A.    I'm not worried.

23        Q.    -- to do anything with anything.

24        A.    I'm not --
```

```
 1        Q.    I'm not suggesting -- just because --
 2        A.    I'm not worried about that at all.
 3        Q.    Just because I'm asking the question
 4   doesn't mean I'm suggesting anything of that
 5   nature, okay?
 6               All right.  So --
 7        A.    No.  I'm going off what you said.
 8               You said they had something to do
 9   with the case.
10        Q.    No, no, no, no, no, no.
11        A.    Go ahead.  I'm here to -- I'm here to
12   answer your questions.  I'm answering your
13   questions, and I'm going to give you whatever
14   answers that I know -- know of.
15               But I'm being honest here.  I didn't
16   have to tell you nothing about the pictures, man.
17   I'm just being honest here because I wouldn't be
18   here.
19        Q.    Okay.
20        A.    We have pictures of -- yeah, it was
21   about 10 -- about 10 to 12 people.  You asked me
22   did I know anybody on the pictures, and I told you.
23               I could have told you no.  But,
24   yeah, two of them on the pictures was my cousins.
```

```
 1    I found -- why they was on the pictures of what

 2    they showed me, I couldn't even tell you, because

 3    they wasn't even plugged.  They church boys.

 4         Q.    Was it --

 5         A.    Continue with your questions.

 6         Q.    Okay.  Did they show you individual

 7    pictures, or were they all on like one piece of

 8    paper?

 9         A.    You know how they show pictures.

10               There was individual pictures.

11         Q.    They were what?

12         A.    There was individual pictures.

13         Q.    Okay.  All right.

14               Do you need to take a break,

15    Mr. Burr?

16         A.    No, I'm cool.  I just really need to

17    get this over with.

18         Q.    Okay.  Well --

19         THE VIDEOGRAPHER:  Mr. Rahe, I have to take a

20    short break.  I have to go off the record because I

21    have to keep my media units under two hours.

22         MR. RAHE:  Okay.  Very well.

23         THE VIDEOGRAPHER:  I could just go off for a

24    minute.
```

```
 1        MR. RAHE:  That's fine.  Let's -- let's just
 2  do like a quick bathroom break.
 3        THE VIDEOGRAPHER:  Okay.
 4        MR. RAHE:  We'll be back in like 3 minutes.
 5        THE VIDEOGRAPHER:  Okay.  The time is
 6  2:50 p.m.  This is the end of media unit 1, and
 7  we're going off the video record.
 8                    (Brief recess.)
 9        THE VIDEOGRAPHER:  The time is 2:54 p.m.
10  This is the beginning of media unit 2, and we're
11  back on the video record.
12  BY MR. RAHE:
13        Q.    Mr. Burr, you saw the pictures of 10 to
14  12 different people.
15                  Anything else happen at the police
16  station after that?
17        A.    No.
18        Q.    How long were you at the police station?
19        A.    Maybe five hours.
20        Q.    Oh, really.
21                  How many different detectives
22  questioned you?
23        A.    Only the sergeant and the two
24  detectives.
```

```
 1       Q.    And that's the sergeant that you knew
 2   previously that you were talking about?
 3       A.    Yes.
 4       Q.    And you don't remember his name.
 5       A.    No, I can't remember his name right now.
 6       Q.    Okay.  Were they asking you about Jaime
 7   Rios?
 8       A.    They asked me about him a couple of
 9   times.  That was it.
10       Q.    Okay.  What were -- what did they ask
11   you about him?
12       A.    How did I know him, how long did I know
13   him, and why was I right there talking to him.
14       Q.    Okay.  But they were asking you like a
15   lot of similar questions that I've been asking you
16   today?
17       A.    Exactly.
18       Q.    Okay.  And you told them the same stuff
19   you're telling me today?
20       A.    Somewhat in the same.  Probably not the
21   same words.
22               That was 20 -- that was what,
23   20-some years ago, wasn't it?  Yeah, it was 20-some
24   years ago.
```

```
 1        Q.    30-something.

 2        A.    Yeah.  I ain't counting, you know.

 3              I'm trying to tell you I actually --

 4   I live my life, man.  I don't know.  I wasn't trying

 5   to remember nothing like that.

 6        Q.    Now you --

 7        A.    Like I said, my upbringing wasn't -- I

 8   didn't have to dodge bullets and duck bullets in my

 9   lifetime.  Never been shot.

10              Probably been shot at twice in my

11   whole lifetime.

12        Q.    When was the other time you were

13   shot at?

14        A.    I was -- I owned a barbershop on

15   Division and Pulaski.  That was 2009.

16              And one of the guys that was sitting

17   in my barbershop.  The people pulled up, jumped out

18   the car.  They was -- they was shooting at me.  Not

19   me, but I was in the shop.  Me and my barbers were

20   shot at as well.

21              That was the other time that I was

22   shot at besides that day.

23        Q.    Have you ever seen any other -- anyone

24   else get shot at besides those two incidents?
```

```
 1        A.    Have I seen anyone else get shot at?

 2        Q.    Yeah.

 3        A.    If I told you no, I would be lying.

 4              I been on the West Side for the last

 5   20 years.

 6        Q.    About how many --

 7        A.    You see -- you see gun violence every

 8   day.

 9        Q.    About how many times have you seen

10   people --

11              (Simultaneous cross-talk.)

12        A.    Oh, I lost count.  I lost count.

13        Q.    More than ten?

14        A.    Yeah.

15        Q.    Okay.

16        A.    You could be on the bus stop and you

17   see gunfire.  You might want to duck because you

18   don't want to catch unfriendly fire.

19              It's the West Side of Chicago.

20              That's why my sister and them and I

21   did -- the barbershop I worked at is on the West

22   Side of Chicago.

23        Q.    So gun violence was pretty prevalent

24   back in around the 1989 --
```

```
 1                    (Simultaneous cross-talk.)

 2       A.    Not --

 3       Q.    -- time frame in that neighborhood?

 4             Wait a second.  Let me finish.

 5             Wait, wait, wait, wait.  Let me

 6  finish the question.

 7       A.    Wait, wait, wait, wait, wait.

 8       Q.    Mr. Burr, you've got to let me

 9  finish --

10                    (Simultaneous cross-talk.)

11       A.    No, no.  Y'all something else.  Come on.

12       Q.    I know.  You got to let me finish the

13  question, and then answer, okay?

14       A.    All right.

15       Q.    I mean --

16       A.    I'm sorry.  Go on ahead.

17       Q.    It's because the court reporter is

18  taking down what I say.  And if it -- it gets all

19  like messy and we're talking over one another, it

20  just -- it doesn't work.

21       A.    I'm sorry.

22       Q.    So gun -- gun violence was pretty

23  prevalent back in your neighborhood around the 1989

24  time frame, correct?
```

```
 1        A.    No.  At Humboldt Park, at Clemente High
 2   School.
 3               But shootings on -- on that block?
 4   I lived on Leavitt.  No, that was the first time I
 5   ever had to duck for gunfire.
 6        Q.    Gotcha.
 7               And the police -- when you're at the
 8   police station, the police told you that someone
 9   was murdered that day, July -- I guess it would
10   have been July 2nd.
11        A.    They said we -- they didn't put it in
12   them words.  They say, We investigating a homicide.
13        Q.    Okay.  So you don't know -- still to
14   this day, you don't know what homicide they were
15   investigating, right?
16        A.    No.  Don't know --
17                    (Simultaneous cross-talk.)
18        Q.    You're just --
19        A.    -- the person -- don't know the person
20   who they -- who lost they life, no.
21        Q.    And you told them the date of the
22   drive-by shooting?
23        A.    It was the next day.  They questioned
24   me the next day.  So of course they -- really?
```

```
1                    I was questioned the next day after

2    that.  So what day would that be?  That would be

3    the 3rd, right?

4         Q.    Well, if you didn't know what murder

5    they were talking about, it could have been

6    something else.

7         A.    Well, they talked about it.  You know,

8    it wasn't like they just took me and questioned me

9    and didn't say, Well, this happened yesterday, why

10   was you there, how do you know this person.  Come

11   on now.

12        Q.    Was Jaime Rios' girlfriend Diana

13   Rodriguez?  Does that sound familiar?

14        A.    Wow.  Yes, that's her name, Diana.

15        Q.    Okay.  And did she have a brother, do

16   you know?

17        A.    I think she had two brothers.

18        Q.    Do you remember --

19        A.    She had --

20        Q.    -- either of their names?

21        A.    No.  I remember one brother and one --

22        Q.    How about Daniel?

23        A.    If she had a brother name --

24        Q.    Daniel Rodriguez.
```

```
 1        A.    I don't know her brother's name.  But

 2   his nickname was Corky Corky [phonetic].  I didn't

 3   know his real -- his government name.

 4               But I know it was a brother and two

 5   girls.  They father owned the -- like, you know

 6   how the trailers, the food trailers, the food

 7   trucks that they have now?  But he had a trailer.

 8               It's still up there in Humboldt on

 9   Division and Kedzie, but someone else own it

10   because he passed away.

11               But her father sold food up there

12   out of that truck for over 20-some years.

13               That is her name:  Diane.  I

14   couldn't say I remember the last name, but I know

15   her.  Her brother nickname was Corky Corky.

16               She had another sister.  As a matter

17   of fact, she became -- she was a -- she became a

18   police officer.

19        Q.    Diana Rodriguez became a police officer?

20        A.    No.  Her sister.

21        Q.    What's her sister's name?

22        A.    Could you -- if I couldn't remember

23   Diane's, you know I don't remember her sister.

24               But both of them was finer than that
```

 1  thing, though.

 2      Q.    What did -- when was the next time you

 3  saw Jaime Rios in person after the shooting?

 4      A.    Didn't see him until -- until just a

 5  year ago.  About a year ago.

 6      Q.    Okay.  And the first time you talked to

 7  him after the shooting was 2016 when his mom gave

 8  you the phone at the grocery store?

 9      A.    Over the phone.  Yeah, over the phone.

10      Q.    Okay.  And had you had any -- like when

11  he was in prison, did you either talk to him or

12  exchange letters with him or anything like that?

13      A.    No.  I just told you when I talked to

14  him.  I don't know if he was still in prison or if

15  he was out.

16              I had been to prison.  I had been to

17  prison four times myself out of the 50 years of my

18  life.  I never ran into him in prison.

19      Q.    Did you -- strike that.

20              Oh, did anyone come talk to you on

21  Mr. Rios' behalf about that drive-by shooting ever?

22      A.    Never.

23      Q.    Or I guess up until like 2016-ish?

24      A.    No, no.

```
 1        Q.    Did you ever --

 2        A.    No.

 3        Q.    Did you ever see Diana Rodriguez after

 4   that day, the day of the drive-by?

 5        A.    No.  I didn't see her until -- when the

 6   last time I seen Diana?

 7              That had to be like '99, 2000?

 8   Yeah, I seen her at the Puerto Rican parade.  That

 9   was '99.  Either '99 or 2000.

10        Q.    Did you talk to her about Mr. Rios when

11   you saw her?

12        A.    No.  It was just a brief, Hey, how you

13   doing, we gave each other a hug, and I kept it

14   moving; she kept it moving.

15        Q.    Do remember what you did on July 4th,

16   1989?

17        A.    What did I did?

18              No, I don't remember what I did on

19   July 4th.  You said when?  1999?  Or 1989?

20        Q.    '89.

21        A.    No, I don't celebrate holidays.

22        Q.    Okay.

23        A.    So if anything, it was a normal -- a

24   normal day for me:  Get up in the morning, pray,
```

```
 1    and pray five times a day.

 2                   I couldn't tell you.  You want me

 3    to -- you want me to lie -- make up a lie?

 4                   You said July 4th --

 5         Q.    No, I don't.

 6         A.    -- '89.

 7         Q.    I'm just asking if you remember what

 8    you did that day.

 9                   But you're certain that the date of

10    this drive-by shooting was July 2nd, 1989.

11         A.    And once again, yes, I'm sure of that

12    because, how I know, I had a championship

13    basketball tournament where we won the championship

14    and I won MVP.

15         Q.    Did you go to Anderson grammar school

16    with Mr. Rios?

17         A.    Mr. Rios is older than me.

18         Q.    Did you go to Anderson grammar school

19    with him?

20         A.    Yes, I went to Anderson grammar school

21    for maybe two years.  I know I went one.

22                   I went to A.N. Pritzker.  It was

23    Wicker Park.  They changed it.  A.N. Pritzker

24    adopted it.
```

```
 1              I went to Anderson, yes, at seventh
 2   grade.  I went there for seventh.  I was halfway
 3   through the school year when I got there.  I
 4   graduated from Anderson.
 5              And you had the option.  You either
 6   could stay there for your freshman year, or you
 7   can -- you know, could go off to whatever high
 8   school that you was eligible for.
 9       Q.   What high school did you go to?
10       A.   From there, I went to Wells.  I stayed
11   there for the freshman year, at Anderson EVG,
12   because you had two sides.  You had the one side
13   that was regular grammar school, Anderson; then you
14   had Anderson EVG, where they have vocational
15   classes and things like that.  That's the part that
16   I went to.
17              I went to Wells for probably a
18   month.  It being so treacherous there, my grandmama
19   took me out, and I went to Senn High School.
20       Q.   Did you graduate from high school?
21       A.   No.  I got my GED when I was
22   incarcerated.
23       Q.   When -- so did you meet Mr. Rios when
24   you were children?
```

```
 1        A.    I just told you, we grew up together in
 2   Wicker Park.  I been told you that.
 3                    I know y'all did y'all research, man.
 4                    I lived at 1269 North Wolcott.
 5   Jaime Rios lived maybe a half a block from me on
 6   the other side of the street.  I couldn't tell you
 7   his address, but I know it was in the 1200 block of
 8   Wolcott.  That's where his mom lived at.
 9        Q.    Can you describe to me what Mr. Rios'
10   physical appearance looked like in 1989?
11        A.    Oh, wow.  You really reaching now.
12        Q.    Like height, weight, hair color, facial
13   hair?
14        A.    No.
15        Q.    Skin complexion, that sort of thing?
16                    You don't remember?
17        A.    He was a teenager.  I was a teenager.
18   He had to be a couple years older than me.
19                    Did I have facial hair?  No.
20        Q.    No, not you.  Him.
21        A.    I know.  I'm trying to remember.  I'm
22   trying to use my ethics of trying to remember.
23                    You just asked me a question.  Now,
24   if I just fly off and tell you some stuff, that
```

```
 1   would -- it would be farfetched, and I'm not -- I'm

 2   not here to lie for you or Mr. Rios.

 3               I'm -- I shouldn't even -- I

 4   shouldn't even get -- if I had knew it was going to

 5   go like this, I wouldn't even never agree to do it.

 6               He probably had a peach fuzz

 7   mustache.  Of course he didn't have no gray hair or

 8   nothing like that, but I couldn't tell you what was

 9   the color of his hair.

10               Probably black.  I don't know.

11      Q.    Do you remember like how tall --

12                  (Simultaneous cross-talk.)

13      A.    It was --

14      Q.    Do you remember how tall he was?

15      A.    No.  He always -- he always had some

16   hair on his head.  It wasn't bald.  It wasn't no

17   bald fade, no.

18               You have a picture of him.

19      Q.    Do you remember --

20      A.    He was a ladies' -- he was a ladies'

21   man back then.  All the ladies liked him.  I know

22   that.

23               Now as we sit and talking, you

24   asking me questions, he was a ladies' man.
```

1    Q.    Do you remember about how tall he was?

2    A.    Wow.  He probably -- he probably was

3  five -- five-ten, five-nine.  I don't know.

4    Q.    Okay.  I'm just asking if you remember.

5    A.    This too much, man.

6    Q.    I understand.

7          Did Mr. Rios have a nickname that he

8  went by back in 1989?

9    A.    No.  I don't know him as no nickname.

10    Q.    You just called him "Hie-mee" or Jaime?

11    A.    "Hie-mee" or Jaime.

12    Q.    Okay.  Do you know if Mr. Rios was in a

13  gang in 1989?

14    A.    They thought everybody was in a gang.

15          No, not at that time.  But I heard

16  that he wound up becoming to be in a gang.  I don't

17  know was that while he was incarcerated.  I don't

18  know if it was before.

19          If someone had told me it was

20  before, I'd have told them they was lying.  I only

21  knew him as being a ladies' man, break dancing, and

22  that's it.

23    Q.    Okay.

24    A.    Family owned a tavern and a restaurant

1   on the same block my grandmama did, and that was

2   Wolcott.

3        Q.    And by the sounds of it, I'm guessing

4   you were never in a gang, right?

5        A.    Yes, I wound up being in a gang once my

6   grandmother passed.

7        Q.    Oh, when was that?

8        A.    '87?

9        Q.    What gang were you in?

10       A.    There you go.  This deposition is not

11  about me.

12              I was in a gang, and I know you

13  already know.

14       Q.    To be honest, I do not know.

15              That's why I'm asking.

16       A.    I used to be a Vice Lord.

17       Q.    Did you get out of that gang?

18       A.    Yes.  Right away.

19       Q.    Before 1989?

20       A.    I wasn't even in a gang in 1989.

21       Q.    I thought you just said --

22                   (Simultaneous cross-talk.)

23       A.    I wasn't in a gang.

24       Q.    I thought you just said you got in the

1  gang in 1987.

2          A.     I said my grandmother passed in 1987.

3          Q.     Okay.  So what year did you --

4                        (Simultaneous cross-talk.)

5          A.     Then I got into the gangs -- I didn't

6  get into the gangs until 1991.

7          Q.     Okay, I got you.

8                        Were you familiar with like the gang

9  territories around your neighborhood back in 1989?

10         A.     Of course.  I played in -- I played in

11 almost every park district:  Baseball, basketball,

12 boxing.

13         Q.     Did you have to be like cognizant of

14 where you were walking back then in 1989 because of

15 the gangs, different gangs?

16         A.     Well, it depends on who you were.

17                        They knew who -- how can I put this?

18                        There's different strokes for

19 different folks.  Some people hung with gang

20 members, and they was looked at as gang members.

21                        I didn't hang with gang members when

22 I grew up.  I was -- I was a sports type of guy.  I

23 liked to play instruments and music.  I been a DJ

24 also since the age 11.

```
 1              My grandmama bought me some
 2   turntables at 11, because in my father household --
 3   I'm Muslim from my father's side of the family.
 4              So when I used to come over to my
 5   grandmama house for the summer break, I was allowed
 6   to play basketball, DJ booth, and all that.
 7              When I go back home for the school
 8   time, the school start, I couldn't do none of that.
 9   Wasn't no TV in the house; wasn't none of that.
10   Wasn't no cartoons; none of that.
11      Q.   Okay.  I don't even know where my
12   question started there.
13      A.   Really?
14      Q.   I think my question was:  Were you
15   aware of the different gang territories in the area
16   in 1989?
17      A.   No, that ain't how you just questioned
18   that, but --
19      Q.   Okay.  Well, answer --
20      A.   -- since you brought that up, yes, I
21   was very aware of that because I had to be to be
22   able to be part of, as they call, survival of the
23   fitness.  Okay.
24              I was born here in Chicago but was
```

```
1   moved immediately to Louisiana.  I was there from
2   the age of six months till I was 4.  Then I was
3   brought back here to Chicago.
4                So as of growing up back then, it
5   was -- I saw a bunch of pimps and stuff like that.
6   Then when I got about 8, then that's when I started
7   seeing the gangs and all that.
8                So, yeah, I was very aware of that
9   and encountered a lot of gangs.  But I didn't get
10  into no gang until later on down the line.  I was
11  maybe 20, 21.
12      Q.   Okay.  And was the area where the
13  shooting occurred, was it in a specific gang's
14  territory, if you know?  The drive-by shooting?
15      A.   On that side of Leavitt -- on that side
16  of Leavitt -- you'd probably find this too
17  farfetched, but back then, before they
18  regentrificated that area, it was sectioned off.
19  There were certain blocks you couldn't -- there was
20  no drug selling; there was no gang activity.
21                On the side of Leavitt I stayed on,
22  the 1200 all the way up to Potomac, which is a
23  block and a half, two blocks, there was no gangs,
24  no drug selling, no shooting because you had --
```

1  they had respect for all the churches back then.

2  There was three churches over there.

3                    So once you crossed Potomac, yeah,

4  the gangs, the drugs started, and all that started.

5                    Down near where Jaime stayed at,

6  bunch of drug selling, bunch of gang members.  I

7  want to say Latin Kings and War Lords.

8                    So, you know, it depends on what

9  part of the Wicker Park or Bucktown neighborhoods

10 you was in.

11                    So yeah, but it depends.  It

12 probably sounds farfetched, but like I said, that

13 area back then was very family orientated, so ...

14                    It was crazy, because the gangs

15 wouldn't come through that at certain times and try

16 to shoot at each other from on the other side of

17 Western, which was obviously gang.

18                    They wouldn't go over there and try

19 to shoot at them during the school time.  If the

20 school was in, there was no gang activity or

21 shooting in between the school hours.

22                    And you might not believe it, but it

23 was really like that.  Any time after the school

24 hours -- let's say they got out at 3:00.  At

1   4:00 o'clock, it's on, if you was in them certain

2   areas.

3             And technically, I wasn't supposed

4   to stop and holler at Mr. Rios that day, but I knew

5   him from growing up on Wolcott Street.  We both

6   grew up on Wolcott.  I met Jaime -- I was 6, 5, or

7   something like that, living on Wolcott.  That's

8   maybe like four blocks from where the incident took

9   place.

10            But by the time the incident took

11  place, I had started living with my auntie on Leavitt

12  Street at 1219.

13       Q.    Okay.

14       A.    But at the time that I met him, I

15  was -- I was maybe about 6.  Like I said, about 6

16  years old.  8, 6; in between 6 and 8.

17       Q.    By the way, did you ever find out who

18  did that drive-by shooting, or why?

19       A.    What drive-by shooting?

20            Oh, the one where he had to push me

21  out of the way?

22       Q.    Yeah.

23       A.    It wasn't my job to -- to try to find

24  out.

```
 1        Q.    Weren't you curious?

 2        A.    Why would I?  I wasn't -- I wasn't

 3   affiliated at the time.  I was a schoolboy; wasn't

 4   even supposed to be right there.  Where I supposed

 5   to have been?  I was supposed to have kept my butt

 6   walking, and not stop and talk to nobody.

 7              So no, of course I didn't, as you

 8   called it -- that's like investigating the

 9   shooting.  No.

10        Q.    I was just curious if you ever found

11   out who -- who did it, whether the police told you

12   or anything like that.

13        A.    I mean, I was one of them happy, fun,

14   want-to-have-adventure type kids back then.  I

15   didn't stay in the neighborhood, like a lot of

16   people.  Like I told you, I played sports in the

17   neighborhood, outside the neighborhood, and

18   especially when I started boxing.

19              When it was summertime, I'd barely

20   even be in the neighborhood.  Only time I was in

21   the neighborhood was whenever we was in school,

22   so ...

23        Q.    Did you ever see Mr. Rios with a gun?

24        A.    No.
```

1      Q.    Would it have surprised you if he owned

2  a gun in 1989?

3      MR. STEPHEN RICHARDS:  Objection, asks for

4  speculation, the witness' opinion, not relevant.

5                    But you may answer.

6      THE WITNESS:  And I see you on there, whoever

7  that is, if that's the state.

8                    I couldn't really say, because I

9  didn't hang with Jaime like that.  But I know -- he

10  was a break dancer, like I told you, and a ladies'

11  man in the neighborhood.  Never seen him with a gun.

12                    But he knew how to box, because we

13  all boxed -- me, him, his brother Ricky, and I

14  think his older brother is Juannie -- Johnny,

15  Juannie, or something like that.

16                    No, I ain't never seen him with no

17  gun.

18  BY MR. RAHE:

19      Q.    Do you know if Mr. Rios ever sold drugs

20  in 1989?

21      A.    Man, that was the drug era.  A lot of

22  people sold drugs.

23                    I knew back then he smoked weed,

24  because he smoked -- he smoked weed with my cousin

 1 | a couple of times.  They was on the same break --
 2 | break-dancing team, and they both dated sisters
 3 | before.
 4 |               So I knew he smoked weed back then,
 5 | but not sell no -- I ain't never seen him sell no
 6 | drugs.  He didn't have to.  His mama -- his family
 7 | had money.  They owned property.  They owned a
 8 | tavern and a store.
 9 |               So I wouldn't imagine -- no, I never
10 | seen him selling no drugs.
11 |      Q.    Still with us there?
12 |      A.    Huh?
13 |      Q.    I was just checking if you're still
14 | there.  All I see is your ceiling.
15 |      A.    Oh, my fault.  I drunk some -- I drunk
16 | some orange juice, and I set the phone down when I
17 | did.
18 |      Q.    You're good.
19 |      A.    Sorry about that.
20 |      Q.    No, you're fine.
21 |             Okay.
22 |      A.    Hello?
23 |      Q.    Yeah, you're fine.  I'm just -- I'm
24 | looking at ...

```
 1        A.    No, I was just making sure you was
 2   still there.
 3        Q.    Yeah, sorry.  My ...
 4              Do you know -- do you remember anyone
 5   back in the neighborhood nicknamed Jamaica, or that
 6   you guys called Jamaica?
 7        A.    Jamika or Jamaica?
 8        Q.    Jamaica, like the country.
 9        A.    No, no.  It wasn't even -- it was a
10   couple of African families lived in the
11   neighborhood, but it wasn't no Jamaicans.
12        Q.    Okay.
13        A.    No, wasn't no guy I knew named Jamaica.
14        Q.    Do you know anyone named Luis Morales,
15   or nicknamed New York?
16        A.    New York, New York.  I don't know if ...
17              New York ... no.
18        Q.    Okay.  I'm just going to ask you a few
19   like different names, and you just tell me if you
20   know these people, okay?
21              José Melendez?
22        A.    What's his nickname?
23        Q.    Macho?
24        A.    Everybody know Macho.  We boxed
```

1   together.  Macho is supposed the one that's a

2   professional boxer.

3                   Yeah, I know Macho.

4        Q.    Was Macho, was he in a gang?  Do you

5   know?

6        A.    (No audible response.)

7        Q.    Oh, you're on mute.  You're on mute.

8   You're on mute.  You're on mute.

9                   You're muted.

10                  There you go.

11       THE VIDEOGRAPHER:  Mr. Burr, can you turn

12   your sound on?  You're on -- you're muted.

13       MR. RAHE:  Yeah, we got it.

14       THE WITNESS:  Someone was trying to call my

15   phone.  I'm sorry about that.  I can't stop that.

16                  I tried to put it on something, but

17   anybody try to call me -- I let everybody know that

18   I'm not in the barbershop today; don't call my home.

19                  But some people still trying to call.

20   I don't know why.

21   BY MR. RAHE:

22       Q.    Okay.  So let's go back to Macho.

23                  Macho was -- I just want to make

24   sure we're like talking about the right guy.

LAMONT BURR, 07/26/2023                                    Page 129

```
1              Do you know Macho's real name?
2       A.    Don't know his real name, but I know
3  him by Macho.
4       Q.    Okay.  And he was a Latin King, right?
5       A.    Yes, you already know that.
6              Yes, he was a Latin King.
7       Q.    Okay.  That's the same.
8              How did you know him?  Just from
9  like the neighborhood?
10      A.    We boxed -- we boxed out of the same
11 arena.  And I later -- boy, his sister had me about
12 two years.  I later -- I dated his sister for about
13 a year or two.  That was like '92, '93.
14      Q.    Is that the same gym that Rios would
15 box out of?
16      A.    No, he ain't boxed out the same gym we
17 boxed out of.
18              Rios boxed out of the gym on -- that
19 was one on the -- what is it?  Miago -- Niago's
20 Gym, on Division in between Damen.
21              That was Division and Winchester.
22      Q.    I'm going to go on to the next one.
23              Benjamin Carrero?
24      A.    Benjamin Carrero.
```

```
 1                   Don't know the name.  Might know the

 2  nickname.  What's his nickname?

 3        Q.    I don't have a nickname for him.

 4                   And I think you mentioned Cristino

 5  Garcia, the nickname Tino.

 6                   You knew him, right?

 7        A.    Knew of him, but I had forgot all about

 8  Tino.

 9        Q.    Ever see Rios hanging out with Tino?

10        A.    No.  My friend Jojo, Joseph Curtis

11  dated Tino's sister back then, and that's how I

12  seen him.  I met Tino couple of times.  He didn't

13  like the fact that his sister was dating a Black

14  guy.

15                   But no, I didn't know him like that,

16  like that.  I knew him if I seen him, yeah, because

17  he lived in the neighborhood.

18        Q.    Was he a Latin King?

19                   He was a Latin King, right?

20        A.    I thought he was a Spanish Lord.

21                   He might could have been a Latin

22  King.

23        Q.    Do you know if the Spanish Lords and

24  the Latin Kings were cool with each other?
```

1      A.    No.  They -- they tolerated each other.

2                   But the Spanish Lords in that

3    neighborhood didn't get along with not too many

4    people.  They was more of they own -- they didn't

5    want to be a part of nobody but theyself.

6      Q.    Okay.  Let's see.

7                   Do you know -- do you know someone,

8    a girl by the nickname of Flaca?

9      A.    Why I know -- I've heard that name.

10                   I'm trying to put the -- I can't put

11   the face with that.  I'm not going to lie to you.

12   I heard that; now I'm trying to put the face with

13   the name.

14     Q.    She might have been -- she might have

15   been like Macho's like friend or girlfriend or

16   something.

17     A.    You said Macho's girlfriend?

18     Q.    Yeah, it might have been Macho's

19   girlfriend.  Does that sound familiar?

20     A.    It's a possibility.  It's a possibility.

21                   But Macho like -- Macho was a

22   ladies' man like Jaime.  So it was hard to tell who

23   was Macho's girlfriend.  Macho had two or three

24   girlfriends --

1                        (Simultaneous cross-talk.)

2        Q.    Okay.

3        A.    -- and they all knew about each other,

4   so ...

5        Q.    So Flaca might have lived on the

6   3400 block of LeMoyne?

7        A.    Like I say, the name I recollect -- if

8   you was in front of me right now and you showed me

9   a picture, I know I would be able to say, yeah, but

10  I can't remember how she looked.

11              I'm going to go ahead and say I know

12  Flaca, because I -- I'm kind of thinking and

13  knowing that, yeah, Macho messed with a Flaca --

14                       (Simultaneous cross-talk.)

15       Q.    Her real name -- her real name might

16  have been Malita?  Does that sound familiar?

17       A.    You getting me with that now.  I

18  wouldn't know her real name --

19       Q.    Okay.

20       A.    -- but I know it was a Flaca that lived

21  in the neighborhood.  I just can't put the face

22  with the name.

23              And now that you saying Flaca, I'm

24  quite sure and thinking, yeah, Macho messed with a

1   Flaca.

2            But I thought she was a -- I thought

3   she was one -- I thought she lived over there by

4   the Spanish Lords, though, if I -- you know, as my

5   memory was trying to ...

6        Q.    Yeah, it's okay.

7            Did you know anyone with the nickname

8   or name Capri?

9        A.    Hell, no.  I didn't know no Capri.

10       Q.    Okay.  Did you know someone -- his name

11   was Javier Torres?  His nickname was Loco?

12       A.    I know two Javier Torreses.  Don't know

13   no Loco.  I know a Spanish Cobra, though, named

14   Javier Torres; and a Javier Torres that I just was

15   working with maybe probably ten years ago.

16            But a Loco, I don't remember no Loco

17   in our neighborhood, period.

18       Q.    The Javier Torres that was a Spanish

19   Cobra, do you remember his nickname?

20       A.    Oh, you say he a Spanish Cobra?  I

21   wouldn't --

22       Q.    No, I thought --

23       A.    -- know him.

24       Q.    -- that's what you just said.

```
 1         A.    No, no.  I wouldn't even know no
 2    Spanish Cobras back then.
 3         Q.    Okay.  What did you say when I said do
 4    you knew Javier Torres?  You said, I know two of
 5    them.
 6               And the first one I thought you
 7    said, I knew one that was a Spanish Cobra but he
 8    ain't no Loco.
 9         A.    I meant to say -- my fault.
10               If I said Spanish Cobra, I'm sorry.
11    I knew a Spanish Lord named Javier Torres.
12         Q.    Spanish Lord.  Gotcha.
13         A.    Yes.  Didn't mean to say Spanish Cobra.
14         Q.    But his nickname wasn't Loco?
15         A.    I don't remember no Loco in our
16    neighborhood.
17         Q.    Okay.
18         A.    He couldn't have been -- he couldn't
19    have been no Latin King.  I ain't never heard of no
20    Loco over there.
21               And there was Latin Kings on Leavitt.
22    There was Latin Kings on Wolcott where I lived at.
23               No, I don't remember no Loco.
24         Q.    Okay.  Do you -- do you know a police
```

```
 1  officer named Reynaldo Guevara?
 2        A.    Guevara.
 3        Q.    Guevara?  Ever heard that name?
 4        A.    I can't -- I can't say if I -- if you
 5  had his picture in my face ...
 6                    If he was from 14th or 15th District
 7  and you had his picture in my face, I can tell you
 8  I know at least 70 percent of the polices back then
 9  from 15th and 14th District.
10                    I mean -- that's 15th, 13th, and
11  14th District, because I played baseball for them,
12  for them police stations before.
13        Q.    So you don't think you've ever heard
14  about a police officer named Reynaldo Guevara?
15        A.    Like I said --
16        Q.    I just wanted to double check, okay.
17        A.    Huh?
18        Q.    I just wanted to make sure you heard
19  the name right.
20        A.    Like I said, the name is not ringing a
21  bell.
22                    But I'm on record telling you that
23  if he worked at 13th, 15th, or 14th, it's a
24  70 percent chance that I do know him.
```

```
 1        Q.    Okay.

 2        A.    Not through -- Not through no crime.  I

 3   played baseball and soccer for them three police

 4   stations.

 5        Q.    Have you ever heard of or do you know a

 6   police officer or detective named Ernie or Ernest

 7   Halvorsen?

 8        A.    Ernest Halvorsen.  No.

 9        Q.    No?

10              Do you know or have you ever heard

11   of a detective named Michael Mason?

12        A.    That name sound -- that name is a

13   very -- it's very recollection with that name.

14        Q.    Okay.  But you can't like associate

15   anything with him other than you just have heard

16   the name?

17        A.    Exactly.

18        Q.    Okay.  How did you learn that Mr. Rios

19   had been arrested?

20        A.    It was the talk of the neighborhood.

21              It was the talk -- before that, I --

22   I don't know if he was arrested the day that

23   they -- they questioned me, or he was arrested the

24   day before.  Because when I -- how I actually found
```

1  out, when I got from the police station, my auntie

2  wouldn't let me go outside that day.

3              So when my aunt -- her kids -- when

4  her son came in, her two kids came in, they the one

5  let me know that Mr. Rios had got locked up.

6              I found out through them and not the

7  detectives.

8        Q.   And I think you said you heard he was

9  arrested either that night of the shooting, or the

10  next day?  Is that what you said?

11        A.   No, that ain't what I said.

12              Didn't you hear what I just said?

13              I said I got out.  I mean, I left --

14  when I left the police station that day, my auntie

15  wouldn't let me go outside that day.

16              That was on the 3rd, the day -- the

17  next day after the shooting.

18              So when my cousins and them came

19  in -- when they came in, I want to say it was

20  the -- I want to say it was the 5th.

21              We wasn't allowed to go out and

22  celebrate the Fourth of July.  And back then, a lot

23  of shootings happened in that neighborhood on the

24  Fourth of July.  People would shoot guns and not

```
 1   pop fireworks.

 2        Q.    And --

 3        A.    So I know that was on -- that was on

 4   the 5th when they came in and said that Mr. Rios

 5   got locked up.

 6        Q.    Okay.  So you hear that he's locked up.

 7              Do you -- do you ever learn what

 8   he's locked up for?

 9        A.    Well, you know, you hear things in the

10   streets.  You know what I'm saying?  Not everybody

11   know in the neighborhood that it's supposed to have

12   been some type of killing.

13              But I don't know if you know how

14   families raised in Muslim communities.  We don't --

15   we don't believe a lot of hearsay.  We don't -- you

16   know, if we don't see it, we mind our business and

17   don't talk about it.

18              So, yes, there was talk in the

19   neighborhood.  There was talk in the neighborhood

20   Mr. Rios was arrested; there was talk in

21   neighborhood that he didn't do no crime; he got

22   locked up for something he didn't do.  There was

23   people saying that, Yeah, he did it.

24              Then, you know, people just talk.
```

1  Some people talk that don't even be knowing what
2  they talking about, so ...
3       Q.    Okay.
4       A.    How I know, I was right there when the
5  shooting happened at us.  I seen him go in the
6  building.
7            After that, I couldn't tell you what
8  he did.  I ran home, you know.  If I try to tell
9  you anything other than that, I be lying to you, or
10 I be making stuff up, so you know ...
11      Q.    Okay.  One sec.
12      A.    Oh, man.  My sister told me don't do
13 this shit.
14      Q.    I don't have much more, man.
15      A.    You know, I'm missing a lot of money
16 not cutting hair today doing this here for y'all.
17            Hello?  You still there?
18      Q.    Yeah, yeah, yeah.  I'm almost done.
19 I'm just trying to find -- I'm trying to skip over
20 some stuff for you so we're -- so we can finish up
21 quicker.
22            Were you -- so the other day I think
23 you said you were at your first deposition that we
24 continued for today.

LAMONT BURR, 07/26/2023                                    Page 140

```
 1              You said you were at -- on like
 2  court-ordered AA?  Was that right?
 3      MR. RICHARDS:  All right.  Your Honor -- I'm
 4  sorry, not your Honor.
 5              Austin, at this point, I'm going to
 6  interpose an objection as not relevant.
 7              But, Mr. Burr, you may answer.
 8              And I'm the attorney for Jaime Rios.
 9  I'm just interposing the objection.
10      THE WITNESS:  Oh, all right.
11  BY MR. RAHE:
12      Q.    Is that right, Mr. Burr?
13      A.    Yeah.  What that got to do with the
14  case, I don't -- I don't know.
15      Q.    I was -- I was going to ask what --
16  were you convicted of a crime to get that
17  court-ordered AA?
18      A.    No, I was not -- no, I was not
19  convicted of no crime.
20              I haven't been arrested -- I haven't
21  been arrested or convicted of no crime for over
22  16 years now.
23      Q.    When -- when was the last time you were
24  convicted of a crime?
```

```
 1        A.    2009.

 2        Q.    2009.

 3              What was that for?  Narcotics?

 4        A.    That's irrelevant to this case, man.

 5              You asking me about me now.

 6        Q.    Well, are you going to answer the

 7   question?

 8        A.    No.

 9        Q.    Were you -- did you plead guilty to a

10   crime in 2000 -- sorry, one sec.

11              Did you plead guilty of the crime of

12   being an armed habitual criminal before?

13        A.    That's irrelevant to my questioning

14   here today.  No, I'm not going to answer that.

15        Q.    You're not going to answer?

16        A.    Yeah, my case -- my background or

17   anything of what you trying to question me about

18   has nothing to do with this.

19        Q.    I mean, you may not think it's relevant,

20   but it may be relevant for me in the future.

21              What I can tell you --

22        A.    Am I being looked at about this case of

23   20-some years, 30-some years ago?  That's what you

24   telling me?
```

```
 1        Q.    No, not at all.  I mean, I don't -- I
 2   don't have to explain to you why I may think it's
 3   relevant.  You are here to answer my questions,
 4   though.  I'm not going to go into any real details.
 5   I'm just asking if you were convicted of a crime.
 6               It's -- I ask it of almost everyone
 7   I depose, so you shouldn't feel personally slighted
 8   for it, or anything of that nature.
 9               I mean, you actually are here,
10   you're required to answer my questions.  It's up to
11   you if you want to answer it.  I can try and get
12   you to come back to answer it with a court order if
13   you choose not to.  That would be up to a judge --
14               (Simultaneous cross-talk.)
15        A.    What would that --
16        Q.    -- but --
17        A.    What would that do?  What would that do?
18        Q.    What would what do?
19        A.    You getting a court order for me to
20   answer something about my criminal history.
21        Q.    Well, it would just require you to
22   answer the question is what I'm talking about.
23               So it's up to you.  Do you want to
24   answer the question?
```

```
 1        A.    Wow.

 2                   I was charged with -- I was charged

 3   with firearm.

 4                   Later not -- it shouldn't even be in

 5   the computer about me being charged with no armed

 6   habitual, because I was never convicted of no armed

 7   habitual.

 8                   But if that's listed in you all

 9   computer, I was charged with a firearm, yes.

10                   But being convicted of an armed

11   habitual, no.  I shouldn't be -- it shouldn't be in

12   no computer of me being convicted or anything

13   that's no armed habitual.

14        Q.    Okay.  So you were -- you were convicted

15   of a felony in possession of a firearm; is that

16   right?

17        A.    Yeah, before, yeah.

18                   But my -- my criminal background

19   shouldn't have nothing to do with this.

20        Q.    And did you -- were you convicted, or

21   did you plead guilty to that charge?

22        A.    I plead no contest on that, man.

23                   That has nothing to do with this,

24   with me coming to -- you questioning me about
```

 1  something for Mr. Rios.

 2       Q.    Did you spend any time in prison for

 3  that charge?

 4       A.    No.  No, it shouldn't be for no -- no

 5  armed habitual.

 6       Q.    Okay.  When is the last -- when is the

 7  last time you were in prison?

 8             When's the last time you got out, the

 9  date?

10       A.    I couldn't -- I don't remember.

11             Wow, this is crazy.

12       Q.    Was it in the last ten years?

13       A.    If that's what you want to say, yeah.

14             That's -- you questioning me

15  about -- about me, about my background, that's

16  crazy.

17       Q.    I know you --

18       A.    If I -- if I had knew that, I wouldn't

19  be here.  I'm not on trial here.  I'm not the one

20  that's suing anyone for whatever for no one.

21             I'm here to give testimony about

22  something that I'm trying to remember that's

23  30-something years ago that happened.

24       Q.    I understand.  And you may not realize

```
 1   the relevance of it.  It could be relevant later.
 2        A.    I do --
 3        Q.    It could be -- wait, wait, wait, wait.
 4              It could be completely irrelevant,
 5   but it's something I need to ask now.  This may be
 6   my only opportunity to do so.
 7              How many year -- how many years have
 8   you spent in prison, Mr. Burr?
 9        A.    Don't remember.
10        Q.    Is it more than ten?
11        A.    Could be.  Don't remember.
12              I just told you I don't remember.
13        Q.    And were you -- were you ever convicted
14   of armed robbery?
15        A.    I was convicted of robbery, not armed
16   robbery.
17              What is this -- what is this leading
18   up to, man?  My background got something to do with
19   this?
20        Q.    I'm almost done.
21        A.    I asked a question.  I asked -- you
22   asked me a question; I asked you a question.
23              What do my background have to do
24   with this -- with the questioning of this case?
```

```
 1        Q.    I mean, respectfully, sir, I'm not here
 2   to answer your questions.  You're here to answer my
 3   questions, so I'm not going to answer that.
 4        A.    Okay.
 5        Q.    Were you convicted -- were you found
 6   guilty of unlawful use of a firearm for a felon
 7   around 1994?
 8        A.    Yeah.
 9        Q.    Okay.  And you've been found guilty of
10   the sale or delivery of a controlled substance
11   around 1995?
12        A.    Wow, this is crazy.
13        Q.    I'm not going to go into any -- I'm not
14   going into any detail.  I'm just asking --
15                    (Simultaneous cross-talk.)
16        A.    You going all through --
17        Q.    -- your history.
18        A.    You going all through my whole
19   background.  You going through my whole background.
20   You going all the way back to '94.
21                    Matter of fact, you went back to
22   '90, '91.
23        Q.    Were you convicted of the sale of --
24        A.    I thought that was the last question.
```

```
 1   I thought that was the last question --

 2                     (Simultaneous cross-talk.)

 3        Q.    No.  I said --

 4        A.    -- about my background.

 5        Q.    I said all I'm asking about is if

 6   you've been found guilty or convicted of these

 7   alleged crimes.  I'm --

 8        A.    You already know that.  You reading --

 9   you already know that.  You reading it off -- you

10   reading it off of what you looking at.

11                     You already know that.

12        Q.    I have a couple more here, and then

13   we'll be done with it.

14                     In 1995, were you found guilty --

15        MR. RICHARDS:  Counsel, can I interject for a

16   moment?  Maybe I can help out here.

17                     If you need -- on Jaime Rios'

18   behalf, if you need stipulations to any of

19   Mr. Burr's convictions which -- and you have some

20   relevant purpose for which to introduce them, you

21   have my offer to stipulate to any conviction that

22   is of record.  Obviously we would maintain an

23   objection to convictions past the 10-year mark.

24                     But in terms of getting the
```

1  information from Mr. Burr as to what he was

2  convicted of, we will stipulate to it.

3      MR. RAHE:  All right.

4      THE WITNESS:  You know you -- look, right.

5  I'm here respectfully, man.

6              All the way up to just now, to me

7  you was disrespectful.  You know you ain't supposed

8  to go past 10 years.

9              I'm just sitting here, and I'm

10  answering.  I know about the law.  I just told

11  y'all I represented myself on the armed habitual

12  case that you talking about, so that's why I didn't

13  give you no correct, direct answer.

14              To get respect, you have to give

15  respect.  You know what I'm saying?  You reading

16  from something that you already know that's there.

17  So you're asking me question about something that

18  you looking at that's there.

19              So if you don't believe anything

20  that you question me about and I answer, stick with

21  that and go with that.

22              But to sit here and badger me about

23  my background, and then past 10 years, we ain't got

24  to get all into that.  Let's finish the

LAMONT BURR, 07/26/2023                                    Page 149

```
 1  questioning, please, so I can finish doing what I
 2  came here to do.
 3  BY MR. RAHE:
 4       Q.    Have you ever went by the name --
 5                     (Simultaneous cross-talk.)
 6       A.    Being really --
 7       Q.    -- Lamont Scott?
 8       A.    -- disrespectful.  Huh?
 9       Q.    Have you ever went by the name Lamont
10  Scott?
11       A.    No, man.  You know my -- what my name
12  is.  I ain't never went by no Lamont Scott, man.
13       Q.    Have you ever used --
14       A.    People done use my name -- people done
15  use my name and went to the joint with my name.
16                  Now, come on with it, man.
17       Q.    Have you ever told the police that your
18  name was Kevin Choice?
19       A.    Wow.
20       MR. RICHARDS:  Again, we're going to
21  interpose an objection, but -- and we'll offer to
22  stipulate, if you have a record of that, that
23  that's true.
24
```

 1  BY MR. RAHE:

 2       Q.    Are you going to answer the question?

 3       MR. RICHARDS:  Mr. Burr, you can answer the

 4  question.

 5       THE WITNESS:  I decline -- I decline to

 6  answer that question.  I plead the Fifth.  I'm not

 7  going to answer that, man.

 8  BY MR. RAHE:

 9       Q.    You're pleading the fifth?

10       A.    You got me here -- you got -- you got

11  me here questioning me like -- like I'm on trial.

12             Am I on trial?  Am I opposed --

13       Q.    You're not.

14       A.    -- to being charged?

15       Q.    You're not.  Listen, I understand you

16  may not understand the relevance of some of this

17  information, but it could be relevant to --

18             (Simultaneous cross-talk.)

19       A.    I understand.

20       Q.    -- us later.

21       A.    Trust me.

22             What you say your name is again?

23       Q.    My name is right there on the screen,

24  sir.

 1        A.    It's only showing my picture, my screen.

 2               But it's cool.  I ain't got to know

 3  your name, man.

 4               Come on with the questioning, man.

 5        Q.    I'm very close to done here.

 6        A.    This is a fucking circus.

 7                    (Deposition Exhibit No. 1,

 8                     Witness Burr, was marked for

 9                     identification 07/26/2023.)

10  BY MR. RAHE:

11        Q.    I'm going to show -- I'm going to mark

12  one exhibit, Exhibit 1.  I'm going to show you on

13  your screen here.  Hopefully, you can see it.

14               Do you -- do you see an image on

15  your screen right now, Mr. Burr?

16        A.    Yes, I see an image on my screen.

17        Q.    Okay.  Do you -- can you -- do you

18  recognize what this is?

19               And I'll scroll through it here

20  slowly.

21               Let me know when I can scroll.

22        A.    What, you --

23        Q.    Can you read it?

24        A.    A picture -- a picture or a record of

 1   my -- some messages from my phone?

 2        Q.    Yeah.

 3        A.    Is that legal?  You -- you going to

 4   sound like if I'm on trial here or something.

 5        Q.    Mr. Burr, these -- these -- let me

 6   explain.

 7               These images were provided to us by

 8   Mr. Rios' counsel.  They purport to be some type

 9   of I think Facebook Messenger exchanges between you

10   and Mr. Rios?  Is that what --

11        A.    I just --

12        Q.    -- it appears to you?

13        A.    I just told you we texted each other on

14   Mess- -- I been told you we texted each other on

15   Messenger.

16               So what -- what's the point?

17        Q.    Is that what these appear to be to you?

18   This exhibit right here.

19        A.    Okay.  What -- what you want me to

20   answer?  What's the answer you looking for?

21        Q.    So do you -- on the image that's up

22   here on page 4 of 8, it says on June 28th, you

23   said, What's up Bra?  Bro.

24               Mr. Rios texted you back:  Nothing

 1  much getting ready for Friday deposition.  How's

 2  everything going.

 3                    And then you texted:  Okay just keep

 4  me posted.

 5                    And then on looks like July 2nd, you

 6  said, Good morning brother how did everything ...

 7                    Mr. Rios texts back:  Everything

 8  went well.

 9                    You said, Wonderful give me a call

10  when you get a chance.

11                    He says:  Okay cool.

12                    And it looks like you guys video

13  chatted for 12 minutes.

14                    Do you see all that?

15       A.    Yeah.  I'm looking at what you looking

16  at, so okay.

17       Q.    And then did you -- did you talk to

18  Mr. Rios about his deposition whenever you talked

19  to him on July 2nd?

20       A.    You see what's there.

21                    I didn't talk to him about no

22  deposition.

23       Q.    I mean, during your video chat.

24                    Did you speak to him about his

1  deposition?

2        A.    No.  No, I did not talk to him about

3  his deposition.  I told you, I didn't know he gave

4  a deposition.

5        Q.    You didn't know he gave a deposition?

6        A.    You asked me did I know if Rios gave a

7  deposition.  What did I tell you?

8        Q.    Do you see here on the screen where Mr.

9  Rios told you he was getting ready for a deposition

10  on June 28th, and you said to keep me posted?

11        A.    I didn't catch that like that.  I

12  see it.

13        Q.    Well, what did you want him --

14        A.    Listen --

15        Q.    -- to keep you posted on?

16        A.    -- listen, let me tell you something.

17              What'd you say?

18        Q.    What did you want him to keep you

19  posted about?  When you said --

20        A.    I can't even recollect that day.

21        Q.    You don't remember?

22              And then on July 2nd, after his

23  deposition, you said, Good morning brother how did

24  everything -- I'm assuming you're talking about his

 1  deposition.  How did everything go?

 2                    Is that what you were talking about

 3  with him?

 4       A.    If that's what you read, man.  If

 5  that's what you read.

 6       Q.    Is that what -- I'm asking you:  Is

 7  that what you were asking him about?  How did

 8  everything go, like at his deposition?  Is that

 9  what you were referring to?

10       A.    No, I wasn't referring to that.

11       Q.    Oh, what were you referring to in that

12  text message on July 2nd?

13       A.    This guy here.

14                    Damn, I can't even see any fucking

15  thing.

16       Q.    What's that?  Do you need me to enlarge

17  it?

18       A.    I'm trying -- I'm trying to see

19  everything.

20       Q.    Let me know if you want me to make it

21  bigger for your screen maybe?

22                    So do you know what you're referring

23  to when you said, okay keep me posted and --

24       A.    You asking me a question -- you asking

```
 1   me a question when you see the screen.

 2                   So what --

 3                       (Simultaneous cross-talk.)

 4        Q.    I'm asking --

 5        A.    So what -- what -- what -- what is your

 6   aiming -- what is you aiming at?

 7        Q.    My aim is, sir, you said that you

 8   weren't asking him about his deposition when you

 9   said, How did everything go.

10                   So I'm wondering what were you

11   referring to when you said, How did everything go.

12                   Looks like "go" got cut off, but ...

13                   What were you referring to if you

14   weren't referring to his deposition?

15                   Did you answer the question,

16   Mr. Burr?

17        A.    What part of the question you want me

18   to answer?  You have it on the screen.

19                   What you want me to answer?

20        Q.    Mr. Burr, I just asked you three times.

21                   Whenever you --

22        A.    I just told you before -- I just told

23   you before is I don't even -- I don't even remember

24   being -- talking to him about this.
```

```
 1        Q.    Okay, thank you.  All right.  Let me
 2   stop sharing.
 3                Did you -- this is my last question,
 4   I think.
 5                Did you ever use the nickname Little
 6   DJ?
 7        A.    What, you going to ask me about my
 8   nickname?  Really?
 9        Q.    Yeah.
10        A.    So you asking me if that's my nickname,
11   right?
12        Q.    Yeah, or if it ever --
13                (Simultaneous cross-talk.)
14        A.    You already know --
15        Q.    -- has been your nickname?
16        A.    You already know the answer to that.
17                You have paperwork in front of you
18   with that --
19                (Simultaneous cross-talk.)
20        Q.    Well, I can't -- I can't testify on
21   your behalf.
22        A.    Yes, that's my -- yes, yes, that used
23   to be my nickname.  It's no longer my nickname.
24        MR. RAHE:  Okay, thank you.  That's all the
```

1    questions I have.  Some other attorneys might have

2    some questions.

3         MS. GOLDEN:  I do have some follow-up

4    questions, Mr. Burr, and I will do my best to be

5    efficient.

6                          EXAMINATION

7    BY MS. GOLDEN:

8         Q.   I think you said just a little bit ago

9    that you were trying to give testimony about

10   something that happened 30 years ago.

11                   What were you meaning to convey to

12   us about that?

13        MR. RICHARDS:  Objection, vague.

14        THE WITNESS:  This is a circus.

15   BY MS. GOLDEN:

16        Q.   What did you mean by that?

17        A.   What you mean, what did I mean by that?

18                   Ask the -- what you say?  The

19   question again?  What's the --

20        Q.   How would you characterize your memory

21   of things that happened back in 1989, as a general

22   matter?

23        A.   You going to ask me the same question

24   that he asked me some hours ago?

```
 1        Q.    I don't remember him --
 2                   (Simultaneous cross-talk.)
 3        A.    I told you from the beginning -- I told
 4   you from the beginning, at first I couldn't
 5   recollect because it was far away.
 6                   But then at times I had to think
 7   about giving a deposition, that some of the things,
 8   some of the events came back to me.
 9                   So what is -- what is -- this is a
10   badgering of -- now I was asked the same questions
11   over and over.  Before he hand it over to you, he
12   asked me about four, five times that same question.
13        Q.    Would you agree that you don't have a
14   very good memory of the shooting?
15        A.    No, no.  I'm -- no, I'm not going to
16   agree to that.
17        Q.    Okay.  So you have a good memory of the
18   shooting?
19        A.    I gave testimony to what -- my
20   recollection of my remembrance.  That's what I did.
21        Q.    So how would --
22        A.    That's what I'm giving on record.
23                   If -- if -- if y'all think it's
24   farfetched, okay.  That's -- that's just your
```

 1  opinion.

 2       Q.    I'm just -- how would you describe your

 3  memory or how much you remember about the shooting?

 4       MR. RICHARDS:  Objection, vague.

 5                 But you may answer.

 6       THE WITNESS:  Really?  I already gave my

 7  answer to that question.

 8  BY MS. GOLDEN:

 9       Q.    Okay.  Would you just -- I don't

10  remember your answer, so if you could just tell me

11  again:  Is it --

12                      (Simultaneous cross-talk.)

13       A.    No.

14       Q.    -- good or bad or something else?

15       A.    You know, my memory that -- when you

16  trying to ask me the same questions he already

17  asked me three, four times.

18                 So you should already know the

19  answer to the question.  You been sitting here just

20  as well as everybody else.

21       Q.    So the question is just a little

22  different than what happened.  The question is --

23                      (Simultaneous cross-talk.)

24       A.    No, it's not.

```
 1        Q.    -- how would you --

 2        A.    It's not different than what happened.

 3  No, it's not a little different from what happened.

 4        Q.    No, I don't want to know -- I don't

 5  want you to tell me --

 6                     (Simultaneous cross-talk.)

 7        A.    Like I --

 8        Q.    -- what happened.

 9        A.    Like I told -- like I told -- you know,

10  now it's becoming to a badgering.

11              But like I told, I heard screeching

12  tires.  I did not look to see who was it coming

13  because if I'm looking to see someone that's

14  shooting, how I'm going to face with someone

15  shooting at me.

16              What would you do if some -- if you

17  were being shot at?  You going to be looking to try

18  to see a face?  No.  You going to be scared, and

19  you're going to duck.

20        Q.    Okay.  And I --

21        A.    That was 30 years ago.  That was

22  30-some years ago, ma'am.

23              I came here to try to give you the

24  best recollection of that I know.  So to sit here
```

1  to badger me to try to flip, or whatever y'all

2  trying to do, I really -- I really don't find that

3  to be good.

4              I know what attorneys have to do.

5  Your job is try to discredit me.

6              But I'm only telling you what I

7  could know.  That's been 30-some years ago.

8      Q.    When --

9      A.    Go ahead.

10     Q.    -- people -- I think you were talking

11 about the shooting.

12              And then I think you said that the

13 very next day, the police came to your door and

14 they took you into the station and you were there

15 for about five hours.

16              Do you remember that?  Do you

17 remember saying that?

18     A.    Yes, that's -- that's the testimony I

19 just gave, yes.

20     Q.    Okay.  And so then I think you also

21 said that when you came home that day, your auntie

22 wouldn't let you go outside.

23              And then when her kids came home,

24 they told you that Jaime or "Hie-mee" had been

1  arrested; is that right?

2       A.    That they heard of him being arrested.

3       Q.    Okay.  And are you saying that that was

4  the same day that you came back from the police

5  station?

6       MR. RICHARDS:  Objection, misstates the --

7       THE WITNESS:  You going to try to twist --

8  you going to try to twist what I just answered?

9

10 BY MS. GOLDEN:

11      Q.    Well, I think you said two different --

12      A.    You know, I didn't give no testimony

13 saying the next day.

14      Q.    Okay.  Well --

15      A.    Come on now, ma'am.  Just please ask me

16 these questions, and let me answer them, and let me

17 move on, because I -- I wish I wouldn't have never

18 even agreed to come do this because I'm not -- I'm

19 not gaining nothing.  I'm not trying to take

20 nothing from nobody.

21           I could have just been on -- went on

22 about my life and doing what I'm doing and not give

23 no testimony for nobody.  I'm not trying to give

24 testimony to help nobody.

 1                    So now you making me feel real

 2    uncomfortable.

 3        Q.    Well, so if it wasn't the same day, was

 4    it the following day that you came home from the

 5    police station that --

 6        A.    So if I said the following day --

 7                    (Simultaneous cross-talk.)

 8        Q.    -- they told you that Mr. Rios had been

 9    arrested?

10        A.    If I said the following day, it would

11    be the 4th -- it would have been the 4th, right?

12    And he asked me what did I did on the 4th.

13                    I told him I did nothing on the 4th,

14    right?  So I told you that it couldn't -- it had to

15    be the 5th, right?

16        Q.    Okay.  So it was -- I think you said

17    two different things.  And now you're saying it was

18    the 5th that you found out --

19        A.    No, I did not say two different things.

20        Q.    Okay.

21        A.    No, I did not say two different things.

22        Q.    So are you sure that it was July 5th

23    when you found out that Mr. Rios had been arrested?

24        A.    I told you that my auntie kids came in,

1    and that was the 5th, saying that he was arrested.

2                    And I see that phone record, and I

3    said that people -- people talk all the time of

4    what happened.  It might not what happened.

5                    I wasn't for sure.  That's just what

6    they came to me saying.  The neighborhood talk;

7    people talk.

8         Q.    But are you sure --

9         A.    So I never said that.  Don't try to

10   twist my words.

11        Q.    No.  I'm going to ask you if you're

12   sure about the day.

13                    Are you sure that it was July 5th

14   when you found out that Mr. Rios had been arrested?

15        A.    I just answered your question.

16                    I'm not finna give another -- I'm

17   not finna give another answer.

18        Q.    Well, I didn't hear the answer to the

19   question.  So can you just tell me if you're sure

20   it was July 5th?

21        A.    It's on record.  It's on record three

22   times of the answer I gave.

23        Q.    Okay.  It's a simple yes or no.

24                    Are you sure it was July -- did

1   you -- are you sure it was July 5th when you found

2   out that Mr. Rios was arrested?

3       A.    It's on record.  It's on record of the

4   answer I gave.

5       Q.    Are you refusing to answer my question?

6       A.    No.  I just answered the question three

7   times.  How am I refusing to answer your question?

8       Q.    Well, I thought I heard you say you

9   weren't sure about what people were saying.

10              I didn't hear you just say you were

11  unsure of the date that you heard that --

12                   (Simultaneous cross-talk.)

13      A.    I didn't say I wasn't for sure about

14  what people were saying.

15              I said that people -- I said that

16  people talk about things that they not sure of.

17  That's what I said when I was talking to the other

18  attorney, and that's what I just said to you.

19              But it's cool.  Whatever you want to

20  put on record, or however you want to put it, it

21  don't matter to me, ma'am.  No.

22      Q.    So, Mr. Burr, the court reporter will

23  have a much better --

24      A.    I'm gaining -- I'm gaining nothing here.

```
 1                    Huh?  What'd you say?
 2          Q.    I said the court reporter will have a
 3  much better time creating an accurate record of
 4  what you're saying and what I'm saying if we don't
 5  talk at the same time.
 6                    So if you could please just let me
 7  finish my question before you start your answer, I
 8  think that might be part of the problem.  Because I
 9  think sometimes I'm still asking my question and
10  you're talking, and I can't hear you.
11                    So if you would please indulge me
12  one more time, I'm going to ask you:  Did you find
13  out that Jaime Rios had been arrested on July 5th?
14          A.    I didn't give no answer that he was --
15  I didn't give no answer of no correction that he
16  got arrested on the 5th.
17                    I said what my cousins came in, from
18  what they heard --
19          Q.    Okay.  Got it.
20          A.    -- about the shooting.
21          Q.    But you heard that --
22          A.    That's not --
23          Q.    I'm sorry.  Are you sure --
24          A.    That's not no recollection -- hold up.
```

```
 1                     That's not no recollection of no day
 2   he got arrested, nor me saying that I was for sure
 3   that he got arrested that day.  How would I know?
 4                     I was stuck in the house without
 5   being able to go out.  So how would I know what day
 6   he got arrested?
 7        Q.   I get it.
 8        A.   I gave you -- I gave him an answer.  I
 9   gave him an answer of a question he asked.
10                     So now it's being used that I'm
11   saying that I said that he got arrested on that
12   date?
13        Q.   Okay.  I think I understand where the
14   disconnect is.
15                     You don't know if he got arrested,
16   or, if he got arrested, when he got arrested.
17                     But you heard that he got arrested,
18   true or not, on July 5th; is that right?
19        A.   If that's what you want on record, okay.
20        Q.   Is that how you remember it?
21        A.   How could I remember it if I told you
22   my cousins came in and told me about him getting
23   arrested.
24                     If I said I remember, that mean I
```

1   know he got arrested on that date.  I never said I

2   know he got arrested on that date.

3        Q.    But that's the day you remember them

4   telling you that; is that correct?

5        A.    No, it's not the date that I remember

6   nothing.  I told you, my cousins and them came in

7   and said what they heard out there.  So that's not

8   no remembrance.  A remembrance is what you know,

9   that you for sure that you know.

10       Q.    Okay.

11       A.    Yes, I remember that's the day they

12  came in and assumed he got arrested.  But I didn't

13  state that I knew for sure what day he got arrested.

14       Q.    Right, okay.  I think I understand.

15             And when the police were talking to

16  you in the police station the day when you were

17  there, was it your understanding that the murder

18  happened later the same night of --

19                    (Simultaneous cross-talk.)

20       A.    How -- how could I tell you when a

21  murder happened when I told you that they didn't

22  even tell me it was a murder?  So how would I know

23  when a murder happened?

24       Q.    Okay.  I thought you said they told you

1  they were investigating a murder.

2       A.    That ain't saying that I know when the

3  murder happened.

4       Q.    Okay.

5       A.    I told you they told me that they was

6  investigating a murder.  So that don't -- that

7  don't state that I know that a murder happened or

8  when it happened.

9       Q.    Did they ask you a bunch of questions

10 about where Jaime went and what he did after the --

11 you guys were shot at?

12      A.    That ain't what I -- that ain't what I

13 answered on record.  No, that ain't what I said.

14      Q.    Did they ask you any of those questions

15 when you were there, what happened after the

16 shooting?  Or was it --

17      A.    I tell you what I -- that is not what I

18 said, ma'am.  I told you what questions they asked.

19            So please don't try to cross --

20 don't try to cross -- don't try to cross my words,

21 asking me no obscene question.

22                 That ain't -- that ain't what was

23 said.

24      Q.    Did the police officers ask you any

1  questions about a shooting that happened on Western

2  Avenue later that same night?

3        A.    Western?  No --

4        Q.    Yeah.

5        A.    -- you -- you got me.  I ain't never

6  said nothing about Western or that they mentioned

7  anything about Western, where, or any of that.

8  They didn't -- they didn't ask me about nothing

9  like that.

10              I gave you the answer to what they

11  asked me, and I never mentioned Western out my

12  mouth, but when we talked about which way the

13  people -- which way the direction that they drove

14  from.

15              So no, I don't know nothing about no

16  shooting happened on Western.  I couldn't tell you

17  that.

18              A shooting happened on Leavitt, when

19  I was shot at, but I don't know about no shooting

20  that happened on Western.

21        Q.    Were you likely to find out about a

22  shooting in the 1300 block of Western in the summer

23  of 1989?

24        MR. RICHARDS:  I'm going to object as to --

```
 1                          (Simultaneous cross-talk.)

 2          THE WITNESS:  No, I wasn't --

 3          MR. RICHARDS:  -- you may answer.

 4          THE WITNESS:  -- likely to find out that --

 5   yeah, this speculation all day.  It's crazy.

 6   BY MS. GOLDEN:

 7          Q.    Why not?  Why not?  That was just --

 8                          (Simultaneous cross-talk.)

 9          A.    Because I was never questioned about --

10   I wasn't -- I wasn't questioned about no shooting

11   on Western.

12          Q.    Okay.  And did you ever -- like if

13   there was a shooting in the neighborhood, is that

14   something --

15          A.    Hello?

16                          (Discussion off the record.)

17          THE WITNESS:  I'm on a Zoom call.  Hold on.

18                          (Discussion off the record.)

19          THE WITNESS:  Yes.

20   BY MS. GOLDEN:

21          Q.    Okay, sorry about that.

22                Did I have a question pending?

23          A.    No, I'm sorry about that.

24          Q.    No, no.  Don't you worry.
```

```
 1       A.    No, that's my -- that's my nephew
 2  coming from summer school, wanting to get in his
 3  room.
 4       Q.    I get it.
 5       A.    I'm supposed to have been done at
 6  4:00 o'clock.
 7       Q.    Okay.
 8       A.    Come on.
 9       Q.    All right.  So after you spoke with
10  police, the next time you spoke with anyone --
11  after you spoke with police right after the
12  shooting, the next -- my understanding, based on
13  your testimony, that the next time you spoke with
14  anyone else about the shooting -- (audio
15  interruption.)
16       THE COURT REPORTER:  I apologize.  I'm so
17  sorry.  This is the court reporter.  I got a little
18  blip.  I'm so sorry, Ms. Golden.  If you could --
19       MS. GOLDEN:  That's okay.
20       THE COURT REPORTER:  I apologize.
21       MS. GOLDEN:  I was talking probably too fast
22  anyway, sorry.
23  BY MS. GOLDEN:
24       Q.    All right.  So it's my understanding,
```

```
 1   based on your testimony that the -- that after you

 2   spoke with the police at the Shakespeare station,

 3   the next time you spoke with anyone about the

 4   shooting on Leavitt was about a year ago when Jaime

 5   first reached out to you; is that right?

 6        A.    No.  We didn't -- we didn't talk about

 7   no shooting.  Where is you -- listen.  Hey, lady,

 8   come on now.

 9              I'm not illiterate or stupid.  That

10   ain't what -- that ain't what was said and what was

11   asked, and that ain't what I told you.

12              We didn't talk nothing about no

13   shooting.  When I --

14        Q.    Okay.

15        A.    -- when I talked to him about a year

16   ago.

17              He told me about that I would be

18   questioned on what I -- did I have any problem

19   giving a deposition about what I remember.

20              So please, stick -- please stick to

21   the script, because you really -- I don't want to

22   be disrespectful and hang up on y'all.  And I don't

23   care what come behind it, because it really is not

24   nothing.
```

```
 1              So would you please finish
 2   questioning me without trying to be sarcastic?
 3              I've been on this dep with y'all for
 4   three hours, going on four.  Please show -- well, I
 5   know you don't got no respect for me, because you
 6   already done showed that.
 7        Q.    So Mr. --
 8        A.    But no, that ain't -- that ain't what
 9   it was.
10        Q.    Mr. Burr, do you need a break or
11   something?  You seem irritated.
12        A.    No, I don't -- I don't need no break.
13              It's already been three hours, going
14   on four.  Finish with your questioning so I can get
15   on out of my sister's -- my nephew room --
16        Q.    Okay.
17        A.    -- and get on back with my day.
18        Q.    After you spoke with the police at the
19   station on Shakespeare, when was the next time you
20   spoke with anyone about what happened on Leavitt
21   when you were with Mr. Rios?
22        A.    I didn't -- I didn't say -- I didn't
23   give no testimony about I spoke to anybody about a
24   questioning of a crime or a shooting or any of that.
```

```
 1                 I was spoke to about giving a
 2   testimony about anything that I remember about that
 3   day.
 4        Q.    Has Mr. Rios --
 5        A.    That -- on the -- hold up.  You asked
 6   me a question.  I'm not done answering.
 7        Q.    Sure.
 8        A.    On July 2nd.
 9        Q.    Uh-hmm.
10        A.    Anything about any shooting on Western
11   or any of that, I don't know what you talking about.
12        Q.    Okay.  So I think --
13        A.    And that ain't what the police -- and
14   that ain't what the police brought up.  They showed
15   me pictures.  After that, I was let go.  It wasn't
16   even questioning.
17                 You're just now bringing it to my
18   recollection that something happened -- that it
19   happened on Western.
20        Q.    Okay.  Mr. Burr, I'm not asking you
21   anything else about what happened on Western.
22                 And when I say "the shooting," I'm
23   referring to the time that -- you know, the incident
24   in which you and Mr. Rios were standing on the
```

```
 1  front steps outside of his house, and the car
 2  pulled up and shot at you.
 3              So my understanding is you discussed
 4  that with police the day after it happened, right?
 5      A.    Yes.
 6      Q.    Okay.  When was the next time after
 7  that that you discussed that incident with anyone?
 8      A.    I ain't discuss that incident with
 9  nobody and up to right now.
10      Q.    Okay.  So prior to today, you have not
11  discussed that incident with any person --
12      A.    Not no shooting.
13      Q.    -- at all since the time you left the
14  police station back in 1989.  Is that what you're
15  saying?
16      A.    No.  No, not no shooting.
17      Q.    Okay.
18      A.    That's what you asking me about, a
19  shooting, right?  If I talked to anybody about a
20  shooting?
21      Q.    The shooting.  Like what do you call --
22  they shot at you, right?  So I'm calling it a
23  shooting.  Do you not call it a shooting?
24      A.    Wow.
```

```
 1        Q.    So what would you call -- should I call
 2   that the incident on Leavitt?  Should I call it --
 3        A.    You call it whatever you want to call
 4   it, ma'am.
 5        Q.    Okay.  So when I say the incident on
 6   Leavitt, I'm referring to the incident --
 7        A.    It's "Leh-vit."
 8        Q.    Leavitt, I'm sorry.
 9              When I say the incident on Leavitt,
10   I'm referring to the time that, as you've described
11   today, the car came by and shot at you, and Jaime
12   pushed you out of the way, and then the car drove
13   off, okay?
14              And you said you talked to the
15   police about it the following day.
16              And my question is:  When was the
17   next time you talked to anyone else about it?
18        A.    I just gave you an answer.  I told you
19   since I'm talking to y'all.  I haven't talked to
20   nobody about this.
21        Q.    Okay.
22              All right, basketball.  How old were
23   you at the time of the incident on Leavitt?
24              Were you about 15?
```

```
 1          A.     I was born in 1973.
 2          Q.     So 16; 15 or 16, give or take, I guess.
 3                  And when did you start playing
 4   basketball in basketball tournaments?  How old?
 5          A.     I was about 8 or 9 years old.
 6          Q.     Okay.  And were you always a relatively
 7   good athlete?  It seems like you probably were.
 8                  I'm just ...
 9          A.     I don't even see where this question is
10   leading to.
11          Q.     Okay.  Yes, it's a stupid -- I agree
12   with you.  It's a stupid question.
13                  When did you stop -- how old were
14   you when you stopped playing in basketball
15   tournaments?
16          A.     I still play in basketball tournaments
17   right now.  I coach basketball tournaments.
18          Q.     Okay.  So have you been playing in --
19   oh, really?
20                  Who do you coach for?
21                  That's also -- I was just curious.
22   Don't worry about it.
23          A.     Do I play basketball have anything to
24   do with this case?
```

```
 1        Q.    Just a little bit, because that's where
 2   you were before.
 3               So -- but not -- not --
 4        A.    I'm 50 years old now.  You just asked
 5   me do I still play basketball.
 6               I'm 50 years old.
 7        Q.    It's impressive.
 8        A.    Oh, wow.
 9        Q.    We can talk about that after, okay.
10        A.    Okay.
11        Q.    So when did you stop playing in
12   basketball tournaments?  Was there a period of time
13   that you stopped -- like you started when you were
14   8 and 9.
15               Was there a period of time that you
16   stopped playing basketball tournaments in the
17   neighborhood?
18        A.    Oh, it's -- it's been a long -- it's --
19   I done stop, start; I done start.
20               I don't see the relevance of the
21   questions to this.
22        Q.    Well, about how many different
23   basketball -- about how many different basketball
24   tournaments would you say you've played --
```

```
 1        A.    When?  While I was a teenager --

 2        Q.    Yes.

 3        A.    -- or all the way up until I was 50?

 4              Didn't I answer that question for --

 5              (Simultaneous cross-talk.)

 6        Q.    Let's just say --

 7        A.    -- for the gentleman before?

 8        Q.    I don't think so.

 9              How many tournaments --

10        A.    Yes, I did.

11        Q.    About how many basketball tournaments

12   would you say you've played in the Wicker Park

13   neighborhood up until the time you were 20?

14        A.    I can't remember all the way back that

15   far, but I know I just told them quite a few

16   tournaments.  I been playing in quite a few

17   tournaments in the Wicker Park area, from Pulaski

18   Park, Wicker Park.

19        Q.    Okay.  But can you tell me --

20        A.    Police stations.

21              What's the relevance of this

22   question have to do with this -- this deposition?

23        Q.    Can you tell me how -- about how many --

24   how many tournaments a year you would play?
```

 1       A.    Ten.  I'll say ten or better.  Wow --

 2       Q.    Okay.

 3       A.    That's --

 4       Q.    And most were in the summer, right?

 5       A.    What'd you say?

 6       Q.    Most of them were in the summer?

 7       A.    All of them.  I gave an answer to that

 8  already.  All the tournaments was in the summer.

 9             Through school time, I played for

10  the schools I went to.

11       Q.    Okay.

12       A.    Tournaments is only in the summertime.

13             You know that.  Y'all just asked me

14  this.  What is -- we playing -- we playing chess,

15  back and forth chess with the questioning?

16       Q.    Okay.  And so how do you know that the

17  basketball tournament that you played in on the day

18  of the shooting was on July 2nd?

19       A.    Really?  You asking me that again, when

20  you sat there and see he asked me that five times?

21             I won the championship that day.

22  That's how I know it was July 2nd.  I know what

23  days I played in a tournament.

24             Yes, I won a championship that day.

1  That's how I know it was July 2nd.  Right now, the

2  date this year, they still play -- they have that

3  same tournament, but on the outside of Wicker Park,

4  on July 2nd.

5          Q.    And the tournament to this day is every

6  year --

7          A.    Same tournament --

8          Q.    -- on July 2nd --

9          A.    -- still to this day.  They being all

10 park districts on July 2nd.  You can look it up.

11 Google it.

12         Q.    Okay.  And how is it that --

13         A.    It's a summer tournament.

14         Q.    -- you know it wasn't 1990 or 1991 that

15 you won the --

16                      (Simultaneous cross-talk.)

17         A.    No.  I told you -- I told -- the

18 testimony I gave earlier, I told you I couldn't

19 remember or recollect that it was -- if it was '90

20 or '91 or 1989 until it was mentioned to me.

21                 So why is we playing chess back and

22 forth here to the testimony that I gave already,

23 what your colleague asked me?

24                 I'm going to start saying I plead

1   the Fifth because I know it's on record.  I already

2   gave an answer to them questions.

3        Q.    Aside from remembering that you won the

4   MVP and your team won the tournament and your

5   belief that that was on July 2nd, 1989, is there

6   any other reason that you believe that what

7   happened on Leavitt occurred on July 2nd, 1989?

8        A.    There is no other beliefs, no.

9              You breaking?

10       Q.    Did the police tell you how --

11       A.    Wait a minute.

12             Hello?

13       Q.    Oh, I'm sorry.  I thought you wanted

14   me -- I thought you were telling me to wait a

15   minute.

16             Okay.  So when you ran home after

17   you were shot at, did you call 911?

18       A.    So now you going to put words in my

19   mouth?  You know I ain't said no shit like that --

20   my fault, excuse me.

21             You know I ain't said nothing like

22   that.

23       Q.    Okay.  It's just a simple question.

24             Did you call 911?

1          A.     No, no, no.

2          Q.     Did you ask anyone in the house at the

3   time to call 911?

4          A.     Nah.

5          Q.     Do you know anyone who called 911?

6          A.     No.  I don't know who called 911.

7          Q.     Okay.  Did the -- do you know how the

8   police got your name?

9          A.     No, I don't.

10         Q.     Did you see either of Diana Rodriguez's

11  brothers out front of the house at any time before

12  the shooting?

13         A.     No.

14         Q.     Did you see anything that any of the

15  people inside the car did before or after the

16  shooting?

17         A.     Which people you talking about?

18         Q.     The people that were inside the car

19  that shot at --

20         A.     I gave testimony, I didn't see no one

21  in the car.

22         Q.     Okay.

23         A.     I gave the testimony that I only glanced

24  at the car when the tires were screeching, turning

 1   the corner.

 2        Q.    Okay.

 3        A.    So how I'm going to see someone in the

 4   car?

 5        Q.    I figured you didn't.

 6        A.    I gave testimony -- hold up.  You asked

 7   me a question -- no.

 8              I gave testimony, said I didn't know

 9   if the persons in the car was Black, Latino, or

10   alien.  That was the testimony I gave.

11        Q.    Right.  So if you didn't get a good

12   look at them, you obviously don't know what they

13   were doing.  You don't know who was shooting,

14   whether it was a driver or --

15              (Simultaneous cross-talk.)

16        A.    I never --

17        Q.    -- passenger or --

18        A.    I never said --

19        Q.    -- anything like that, right?

20        A.    I never said -- I never said I know

21   who -- who was doing the shooting, but I know a

22   shooting came out that car.

23              I didn't say none of that that

24   you're saying.  Now you putting words in my mouth.

1              But come on.  Come on with it.

2         Q.    Did the shooting come from the

3    passenger side of the car or the driver's side?

4              And it's fine to say you don't know.

5    If you don't know, you don't know.

6         A.    Really?  You asked that question when a

7    car -- I gave testimony telling you a car going

8    south up Leavitt.

9              So which part -- which part -- which

10   side of the car would be on our side of the street?

11   It definitely wouldn't be the driver's side.  Anyone

12   would know that that's not illiterate.

13        Q.    So the shots came from the passenger --

14        A.    I can -- hold up.  You asked me a

15   question.

16        Q.    I'm sorry.  I thought you were done.

17        A.    Lady, I gave testimony and told you

18   that I was pushed on the ground; that I didn't see

19   who was in the car or shot out the car.

20              But with my recollection, I know it

21   was only one side that the shooting could come out

22   the car because the car was going south up Leavitt.

23              Ain't no one gonna to shoot out the

24   car from the passenger -- from the driver's side.

1  Then I couldn't tell you that, because I told you I

2  didn't know if it was a two-door car or a four-door

3  car.

4              It's just assuming and knowing if a

5  car going south up Leavitt, only thing on the

6  side -- only thing that's on the side to be able to

7  shoot out of is the passenger side.

8      Q.   Do you remember anyone coming out of

9  the house and talking or yelling to you or Mr. Rios

10 after the shooting?  Out of the -- out of the house

11 that Mr. Rios was in.

12     A.   I don't know where you get that line of

13 questioning from.  I never -- I never answered a

14 question or told you someone came out of the

15 building that where we were standing in front of.

16     Q.   Did that happen?

17     A.   No.

18     Q.   Okay.  I think, and I could be wrong.

19              But I think you said you had a

20 conversation with Mr. Richards, and he brought Tino?

21              Did I mishear that?

22     A.   Listen.  What -- no, you didn't just

23 hear that.  Say where you got -- say where you got

24 that from, ma'am.

```
 1                  When I was asked -- when I was

 2   asked -- when I was asked that about Mr. Richards,

 3   I did not know anything about exactly where my

 4   conversation took with Mr. Tino, but it was never

 5   right there.  And I gave testimony saying that it

 6   wasn't right there with my recollection now.

 7                  But if that's what you want to use

 8   and try to go off of, go on ahead.  You're not --

 9   it's -- it's -- ain't what happened.

10                  So I told you he was -- he was either

11   coming from work, because he works, and it wasn't

12   anywhere by the building or coming out of that

13   building.  Because I gave testimony and said that

14   there's nobody -- you couldn't go in the building.

15   The door stayed locked.

16                  Only other entrance on the building

17   is on the side.

18       Q.    Okay, I'm confused, and I --

19       A.    You're asking me a question -- you

20   asking me a question that comes from off

21   Mr. Richards' paperwork.

22                  I know what I -- I know what he

23   asked me and what I told him at the time that I

24   thought of my recollection, but that is not what
```

 1    happened.  But come --

 2           Q.    Okay.

 3           A.    -- on with your next line of

 4    questioning.

 5           Q.    Sure, okay.  So --

 6                        (Simultaneous cross-talk.)

 7           A.    Don't say -- don't say that I -- that

 8    you questioning me that or asked me that.  That's

 9    coming from off his paperwork, from his recording.

10                        Now, what's your next question?

11           Q.    What recording are you talking about?

12           A.    Just ask me the next question, please.

13           Q.    That is -- that is my next question.

14                        What recording are you talking about?

15           A.    I just -- it ain't no recording.  I

16    overspoke something.

17           Q.    All right.  So what -- did Mr. Richards

18    show you something about Tino, or does he --

19                        (Simultaneous cross-talk.)

20           A.    Mr. Richards --

21           Q.    -- have paperwork about --

22           A.    -- didn't show me nothing about -- now

23    you getting out of line of questioning.

24                        He didn't show me shit about

```
 1   Mr. Tino.
 2        Q.    Okay.  Did you see Tino on July 2nd or
 3   July 3rd or July 4th or July 5th?
 4        A.    No.
 5        Q.    And how do you know that?
 6        A.    You just asked me.  I just gave an
 7   answer.
 8        Q.    And how is it you remember whether or
 9   not you saw Tino on July 2nd or 3rd or 4th or 5th
10   if you don't even remember what --
11                    (Simultaneous cross-talk.)
12        A.    I never gave --
13        Q.    -- you did on July 4th?
14        A.    I never gave testimony that I seen him
15   on the 2nd or 3rd or 4th or 5th.  I never gave
16   testimony of any of that.
17                    As I can remember -- as I can
18   remember, Tino was mentioned -- Tino was mentioned
19   when Mr. Richards asked me some questions.
20        Q.    What did Mr. Richards ask you about
21   Tino?
22        A.    I can't -- I can't -- I can't remember.
23        Q.    What did you tell him about Tino?
24        A.    I don't remember.
```

1      Q.    And that was a few months ago, right?

2      A.    If that's what's on your records, yes.

3      Q.    Well, I'm asking not what's on my

4  records, but if it's your memory that you talked to

5  Mr. Richards about Tino three to four months ago.

6      A.    You asking me something that's sitting

7  right in front of you?

8      Q.    I'm asking you what your memory is.

9      A.    I just gave -- I just gave you an

10  answer, but you want to continue to ask me.

11            I remember some of what I talked to

12  Mr. Richards about, and I don't -- and some of it I

13  don't.

14      Q.    All right.  Well, what do you remember

15  talking to him about?

16      A.    I just gave you an answer to what I

17  remember, but you want to -- you want to continue

18  to push and get the -- an answer that's not there

19  that you want.

20      Q.    Did you talk --

21      A.    I just answered it for you.

22      Q.    I don't -- I disagree.

23            But did you talk to

24  Mr. Richards three to four -- when you talked to

1  Mr. Richards three to four months ago, did you talk

2  to him about the incident on Leavitt?

3       A.   I gave answers to some of you that the

4  only thing that I could have a remembrance of.

5       Q.   All right.  Could the court reporter

6  read the --

7       A.   If the -- the answers -- if the answers

8  I gave of -- what you said his name is?  Tino?  I

9  know Tino.  But I know Tino through Joseph Curtis,

10 who had kids by his sister.

11           I don't know Tino through Jaime Rios.

12 We all live in the same neighborhood, but that

13 ain't how I know him.  I seen him.  Not on the day

14 of the shooting.  It could have been the day of the

15 shooting.  I don't know.  I just told you I don't

16 remember.  That's 30-some years ago.

17           But I didn't never say he came out

18 no side of no building.  I seen the man one day he

19 was getting off work.  I know he worked.  And,

20 yeah, he had to be getting off work.

21      Q.   Okay.  Just to make sure --

22      A.   Now you going to keep me here -- you

23 going -- you going to keep and hold me hostage here

24 asking me the same thing?

1      Q.    So the question actually was:  What did
2  Mr. Richards ask you about Tino?
3      A.    Oh, man.  Ma'am, I just told you what
4  it is.  Some of the stuff I remember Mr. Richards
5  asked me; some of the stuff, I don't.
6              Now you want -- you want me to
7  continue on, and I just told you?
8              What you want me to say?  I remember
9  everything?
10     Q.    Uh-hmm.  When you --
11     A.    Let me ask you this question:  How much
12  longer -- how much longer y'all got?  Because it's
13  going on 5:00 o'clock.
14     Q.    Right.  I'm trying to go quickly, but
15  it's --
16     A.    No, it's no going quickly.  You told me
17  three --
18                  (Simultaneous cross-talk.)
19     Q.    No, it's --
20     A.    -- to four hours.  I'm pretty --
21     Q.    -- it's not, Mr. Burr.
22     A.    -- sure you told me four hours.
23     Q.    And I never told you three to four
24  hours.  And I'm just going to tell you that you're

```
 1   not really answering my questions.
 2                  So I'm trying to rephrase them and --
 3   but if you could just answer, provide a direct
 4   answer to a direct question, this would go much
 5   more quickly.
 6        A.    Okay.
 7        Q.    But I'm assuming you might -- you might
 8   be tired, and so that might be why we're here at
 9   this point still.
10                  Are you okay to continue?
11        A.    Yeah, I'm okay to continue.  Come on.
12   Come on.
13        Q.    Okay.  All right.  Let's go.
14        A.    I got you.  I got you.  Let's go.
15        Q.    So when you --
16        A.    Let's go.
17        Q.    When you talked -- when you talked to
18   Mr. Richards three to four months ago, did the two
19   of you -- did the issue of what date the incident
20   on Leavitt occurred come up?
21        A.    You said what now?
22        Q.    Okay.  So when you talked to
23   Mr. Richards three to four months ago, did either
24   of you -- or did you guys talk about what date the
```

1   incident on Leavitt -- Leavitt occurred?

2        A.    I don't remember.

3        Q.    Okay.  When you talked to him a month

4   ago, did the issue of what date the incident

5   occurred come up?

6        A.    I don't -- I don't remember.

7        Q.    Okay.  Have -- when you talked to

8   Mr. Rios over the last couple of months, has the

9   incident -- has the issue of what date the incident

10  occurred come up?

11       A.    No.

12       Q.    How many different times have you ever

13  discussed with Mr. Rios what date this incident

14  occurred?

15       A.    I never spoke to Mr. Rios about no date

16  it occurred.  I told you what I spoke to him about.

17       Q.    Do you understand that Mr. Rios believes

18  that the incident in front of his house happened on

19  July 2nd?

20       MR. RICHARDS:  Objection, asking for

21  speculation; speculative as well --

22                      (Simultaneous cross-talk.)

23       THE WITNESS:  No.  You're letting him get

24  away with too -- you letting him get away with too

 1  much bogus questions.  But come -- no.

 2  BY MS. GOLDEN:

 3      Q.    Do you understand that it's helpful to

 4  Mr. Rios' case for that incident to have occurred

 5  on July 2nd, as opposed to some other day?

 6      MR. RICHARDS:  Objection, not relevant,

 7  asking for an opinion of the witness.

 8              But you may answer if you can.

 9      THE WITNESS:  I can't answer.

10  BY MS. GOLDEN:

11      Q.    Why not?

12      A.    Don't remember.

13      Q.    Do you know Samantha Hudson?

14      A.    Samantha Hutchinson?

15      Q.    Hudson.

16      A.    No, I don't know no -- Hudson?

17              No, I don't know no Samantha Hudson.

18      Q.    Okay.  Did you know a Latin King who

19  went by the name of Lil Mike?

20      A.    No.

21      Q.    What about Big Mike?

22      A.    I know a Big Mike.  He wasn't no Latin

23  King, and he wasn't -- he wasn't from that area.

24      Q.    Okay.  Do you know Alex Lopez?

```
 1        A.    Alex Lopez.

 2        Q.    Yeah, I know.  A common name, right?

 3   Or do you know him?

 4        A.    No.

 5        Q.    Okay.  Have you communicated with

 6   Mr. Richards by text?

 7        A.    Have I communicated with Mr. Richards

 8   by text?

 9        Q.    Yes.

10        A.    I just communicated with him this

11   morning.

12              Well, no, I don't know who I

13   communicated with this morning by text.  But I

14   believe I have, yeah.

15        Q.    Have you gotten any emails from him?

16        A.    I believe so, yeah.

17        Q.    Have you reviewed any documents that --

18   any police reports that relate to this case?

19        A.    No.

20        Q.    And I think you said in the many hours

21   ago that something about you didn't know Mr. Rios

22   had gotten some money?  Did you say something like

23   that?

24        A.    When did -- when did I answer a question
```

```
 1  like that some hours ago?
 2       Q.    I thought you said -- and I was taking
 3  notes, so it's only as good as -- as fast as I can
 4  write.
 5              I thought you said something about
 6  not knowing he had come into some money, or you
 7  didn't know he had money.
 8              Is that -- am I -- did I mishear
 9  that?  Or did you say something --
10       A.    Yeah, you definitely misheard.
11       Q.    Okay.
12       A.    You definitely misheard that.
13       Q.    All right.  My apologies.  It didn't
14  sound right --
15                   (Simultaneous cross-talk.)
16       A.    But come on.  This shit crazy.
17       MS. GOLDEN:  Okay.  All right.  I need just --
18  Mr. Richards, are you going to have some questions?
19  Because I need some time to look at notes to make
20  sure I'm done.  So we can take a break, or you can
21  go, but at some point I need just --
22       MR. RICHARDS:  All right.  We'll --
23       THE WITNESS:  We don't need no break.  We
24  need to get this over with.
```

```
 1        MS. GOLDEN:  Okay.  Maybe Mr. Richards --
 2                  (Simultaneous cross-talk.)
 3        MR. RICHARDS:  Let me -- let me -- okay.  Let
 4   me ask my questions, Mr. Burr.
 5        MS. GOLDEN:  Sure.
 6                    EXAMINATION
 7   BY MR. RICHARDS:
 8        Q.   Okay.  So my name is Stephen Richards.
 9   We have had some communication, a tiny bit, and I
10   represent Mr. Rios.  So I apologize for getting you
11   into this, but I do have some questions, which I
12   think are fairly simple.
13             You said that you knew 70 percent of
14   the police officers in the area because of the
15   basketball -- you know, because of the basketball
16   tournaments and that sort of thing, correct?
17        A.   I played basketball and baseball for
18   the police stations, yeah.
19        Q.   Right.  So you just -- you got to know
20   the officers through that, correct?
21        A.   Yeah.  I knew -- I knew quite a few of
22   the officers, yeah.
23        Q.   Okay.  The two officers who questioned
24   you on July 2nd or July 3rd -- because we'd be
```

1  getting into July 3rd if we're going to early

2  morning hours -- those officers, had you ever met

3  them before?

4         A.    I can't really say.

5                    I probably did, and I probably

6  didn't.  When y'all ran the names by me, the

7  names -- I know faces.  I don't know names.  It's

8  been 30-some years.

9                    But if they was from -- by them

10 being from 14th District, I know the ones that

11 questioned me.

12                   No, I didn't know them.  I only -- I

13 knew the sergeant once he came in.

14        Q.    Okay.  And --

15        A.    Homicide detectives didn't throw

16 basketball tournaments.  It was the desk sergeant

17 and the tactical team sergeant.

18        Q.    I get it.

19                   And I'm just like trying to -- I'm

20 not trying to put words in your mouth, or whatever.

21 I'm just trying to get, you know, a little bit more

22 information, if I could.

23                   In terms of these two officers, you

24 said they seemed a little younger to you than would

```
 1   be normal for homicide detectives?
 2                  Was that your testimony, or am I
 3   getting that wrong?
 4        A.    No, no.  I said that.
 5        Q.    Okay.  And were they dressed in like
 6   kind of T-shirts, sneakers, jeans-type thing?
 7        A.    No.  They was in -- they was in slacks.
 8                  They wasn't dressed like no -- no --
 9   no tactical detective.
10        Q.    All right.  And when you're talking
11   about tactical detective, you're talking about --
12        A.    No -- they didn't have on no vests.
13   They didn't have on no boots.  They had -- they had
14   on dress shoes, slacks, and maybe a button-up or a
15   polo shirt.
16                  They didn't have no police uniform,
17   or nothing like that.
18        Q.    Okay.  So there's -- there's a phrase
19   we sometimes use for the gang specialists, a gang
20   tac; you know, the officers who dress like in, you
21   know, jeans, sneakers, T-shirts --
22                     (Simultaneous cross-talk.)
23        A.    No, I know the difference.  I know the
24   difference between a police uniform --
```

```
 1         Q.    Right.

 2         A.    -- and a tactical detective.

 3         Q.    Right.  So --

 4         A.    You know what I'm saying?  I know that

 5    now, and I knew that back then.

 6               But yeah, they was not dressed like

 7    no regular beat police that rides -- that ride the

 8    beat, No.

 9         Q.    Okay.  Or the gang tac officers who are

10    not really detectives, but ride around in unmarked

11    cars and, you know, dressed -- dressed in jeans,

12    sweatshirts, but with their tactical gear and vests.

13               It wasn't those kind of people,

14    correct?

15         A.    Yeah.

16         Q.    Okay.  Now, the two people who

17    questioned you, you said that you would -- you

18    could possibly identify them by face if you were

19    shown a picture, right?

20               Let me -- do you mind if I take the

21    time -- this will take a little time, but just

22    giving it a shot.

23               I'm going to do a share screen,

24    which I can do, right?
```

```
 1                      Let me see if this is going to work.

 2         A.    Ain't no picture on the screen.

 3         Q.    I know.  I'm trying -- I'm trying to

 4  pull it up, and my computer's not cooperating, so

 5  unless -- until I can get that to work.

 6         THE VIDEOGRAPHER:  Excuse me, Counsel.  May I

 7  go off the record for a moment?  I have to keep my

 8  media units under two hours, and I'm approaching

 9  two hours now.

10         MR. RICHARDS:  Okay, very good.

11         THE VIDEOGRAPHER:  It will just take a

12  moment.

13         MR. RICHARDS:  That's fine.

14         THE VIDEOGRAPHER: The time is 4:47 p.m.  This

15  is the end of media unit 2, and we're going off the

16  video record.

17                      (Recess taken.)

18         THE VIDEOGRAPHER:  The time is 4:47 p.m.

19                      This is the beginning of media

20  unit 3, and we're back on the video record.

21  BY MR. RICHARDS:

22         Q.    Okay.  If you can have patience with

23  me, Mr. Burr, for somebody, you know, who's

24  technically -- technically illiterate ...
```

 1        THE VIDEOGRAPHER:  Mr. Richards, you have to

 2   have the documents open in order to share the

 3   screen.

 4        MR. RICHARDS:  Oh, okay.  Well, let me --

 5        THE VIDEOGRAPHER:  That's what's tripping you

 6   up.  So open the first document.

 7                  It's a PDF file?

 8        MR. RICHARDS:  Yeah, it is -- it is -- it is

 9   a PDF file, but let me just see if I can find it.

10                  (Discussion off the record.)

11   BY MR. RICHARDS:

12        Q.    Let me stop share, and now I'm going to

13   share.

14             Okay.  Mr. Burr, can you see the

15   photograph that's depicted there on the screen?

16        A.    Yeah.

17        Q.    Okay.

18        A.    You have to enlarge it.  I can't

19   enlarge it.

20        Q.    Okay.  Let me see if I can enlarge it.

21        A.    There you go.  Yeah, I see him.

22        Q.    Okay.  All right.

23             Okay.  That's -- that depicts a man.

24             First of all, do you recognize that

```
 1   man?  Do you recognize that face at all?

 2        A.    No.

 3        Q.    Okay.  And that man wasn't one of the

 4   two people who questioned you at the Shakespeare

 5   police station, or was it?

 6        A.    I couldn't say.  If I tell you yes, and

 7   I tell you no, it will be a lie, because it's been

 8   a long time.

 9        Q.    Okay.  So -- all right.  Well,

10   that's -- and that's a fair answer.

11               So in other words, it could have

12   been him.  But you can't be sure, because you don't

13   remember the face of the person that --

14        A.    I don't know -- I don't know if he a

15   police or a criminal.  That look like a mugshot to

16   me.

17        Q.    Well, I'm going to bite my tongue and

18   resist a comment at this point, but I am not going

19   to comment on that.  But I think you've answered my

20   question.

21               And, Mr. Burr, in terms of -- in

22   terms of these events happening July 2nd and you

23   remembering because you won the tournament and

24   because -- well, put it this way.
```

```
 1                  In your life, has there ever been a
 2   time when you won a basketball tournament on a day,
 3   and on the same day you got shot at?  Has that ever
 4   happened to you twice, or it just happened once?
 5         A.    That only happened to me once.
 6         Q.    And the --
 7         A.    I've been shot at more than once.
 8                  But on a basketball tournament day,
 9   it only happened once.  The other time it was at a
10   barbershop.
11         Q.    And --
12         A.    And that was -- it was -- go ahead.
13         Q.    And it would be also fair to say that
14   there's only one time in your life when you won a
15   basketball tournament, you were shot at the same --
16   at it the same day, and you were with Jaime Rios
17   when you were shot.
18                  Has that happened to you more than
19   once in your life, or only once?
20         A.    I was not shot.
21                  I was shot at, once in my life.
22         Q.    Yeah, that's what I meant, shot at.
23   And if I said shot, that was my mistake.
24                  But is that a true statement.  That
```

```
 1  there's only one day in your life when you won a
 2  basketball tournament, you were shot at, and you
 3  were with Jaime Rios?
 4              There's only one day like that in
 5  your entire life, correct?
 6      A.    Correct.
 7      Q.    And although you didn't remember
 8  initially if it was 1990 or '91, would it be fair
 9  to say if Jaime Rios was locked up after July 6th
10  of 19 -- of 1989, the date when you were with him
11  and you won the basketball tournament and shot at
12  had to be in 1989 and not '90 and '91?
13              I know that's a complicated
14  question.  But if you understand --
15      A.    No, it's not a complicated question.
16              Yeah, it was '89.  I told -- I made
17  a statement saying when I first thought of it on my
18  own I thought it was '90, '91.
19              But that was a long time ago.
20      Q.    Right.
21      A.    I don't think anybody can remember
22  exactly what happened right off, what happened that
23  far long ago to tell --
24      Q.    And, by the way -- by the way, Mr. Burr,
```

1   if you were trying to make something up or fake

2   something on Mr. Rios' behalf, and he or I had

3   coached you, wouldn't you have said immediately it

4   was 1989, and not said it was '90 or '91?

5        MS. GOLDEN:  Mr. Richards, I'm going to ask

6   that you not interrupt the witness when he's giving

7   an answer.

8        THE WITNESS:  Yeah.  I could say that, yeah.

9        MR. RAHE:  Objection to form.

10       MR. RICHARDS:  That objection is noted, and I

11  will try and not interrupt the witness.

12  BY MR. RICHARDS:

13       Q.   And, Mr. Burr, in any conversation I

14  had with you, have I ever told you what to say or

15  what to testify to?

16       A.   No.

17       Q.   And would it be also fair to say that

18  all of our conversations have been extremely brief?

19       A.   Yes.  I gave -- I gave a statement on

20  that.

21       MR. RICHARDS:  I think that's all I have.

22       MS. GOLDEN:  I have a follow-up question.

23            Mr. -- oh, I'm sorry.

24            Tom, did you have questions?

```
 1          MR. LEINENWEBER:  No, I don't, Carrie.
 2               Go ahead.
 3               FURTHER EXAMINATION
 4  BY MS. GOLDEN:
 5     Q.    Okay.  I just -- Mr. Burr, when you
 6  spoke with plaintiff -- when you spoke with
 7  Mr. Rios, when you first spoke with him a year ago,
 8  did you -- strike that.  Let me just ask this a
 9  different way.
10               When did you first remember that the
11  shooting was the same day that you won the
12  basketball tournament?
13     A.    Could you ask that question again?
14     Q.    Sure.
15               When did you -- I take it when
16  Mr. Rios called you a year ago and you weren't sure
17  of the date, at that time you didn't remember that
18  on the date of the shooting that you had played in
19  a basketball tournament, right?
20     A.    I said when I first thought about it
21  myself, I thought it was '90, '91.
22     Q.    Right.  And when you were thinking it
23  was '90/'91, you weren't remembering that that was
24  also the same day you had won a basketball
```

1   tournament, right?

2       A.    I know I didn't win no basketball

3   tournament in '90 and '91.  How I was able to come

4   to the recollection that it wasn't that is when I

5   start to actually really think back to the time.

6   That it couldn't have never been '90 '91, because I

7   had already graduated out of high school.

8       Q.    Okay.

9       A.    I hadn't finished the ques- --

10  answering the question.

11      THE VIDEOGRAPHER:  Excuse me, Mr. --

12      THE WITNESS:  I said that when I was in high

13  school, and I thought about it, I know it couldn't

14  have been that time because I was out of high

15  school in '90 and '91 when --

16                  (Simultaneous cross-talk.)

17      THE VIDEOGRAPHER:  Excuse me, Mr. Burr?

18      THE WITNESS:  Yes.

19      THE VIDEOGRAPHER:  Can we please see your

20  face?  For the last 2 minutes, we've been looking

21  at your ear.  Thank you.

22  BY MS. GOLDEN:

23      Q.    So when you -- so when you won the

24  basketball tournament, you were in high school, or

 1  out of high school?  I couldn't hear.  Your voice

 2  was muffled.

 3       A.    I was in high school.  That's how I

 4  know it wasn't -- I come to the recollection that

 5  it wasn't '90, '91.

 6       Q.    Okay.  And which high school were you

 7  at?

 8       A.    Senn High School.

 9       Q.    And what year were you?  Like freshman,

10  sophomore, junior?  First year, second year, third

11  year?

12       A.    Sophomore.

13       Q.    And how do you spell the name of that

14  high school?

15       A.    Senn, S-e-n-n.

16       Q.    And it was after your sophomore year,

17  or going into your sophomore year?

18       A.    My sophomore year.

19             Could you please -- don't try to

20  trip me up, lady.  Just -- I just told you, not

21  even 2 minutes ago, my sophomore year.

22       Q.    Okay.  But sometimes people, when they

23  say their sophomore year, they mean they're going

24  to be a sophomore --

```
 1        A.    Okay, okay.
 2        Q.    -- and sometimes it's when they've just
 3  finished their sophomore year.
 4              And so I'm asking you --
 5        A.    All right.
 6        Q.    -- were you going into sophomore year,
 7  or had you just finished it?
 8        A.    I get you, I get you, I get you.
 9              Sophomore year.  I get you.
10        Q.    Had you finished it, or were you
11  starting it?  Because it was the summer, right, so
12  you weren't actually in school.
13        A.    You asking me what year it was, right?
14        Q.    No.  I'm asking --
15        A.    I was 16.
16              No, you asking me what year it was.
17  16.  I hadn't started the next year yet because
18  school hadn't started.  So if school had started --
19        Q.    Okay.
20        A.    Hold up.
21              If school had started, then that
22  would make it the junior year, right?  Right?
23        Q.    I'm asking you.  I don't know.
24              I'm trying to figure --
```

1      A.    Yes, you do know.  Okay.

2      Q.    Was it the summer between freshman and

3  sophomore year, or the summer between sophomore and

4  junior year that the incident on Leavitt occurred?

5      A.    You just explained it and answered your

6  own question.

7            If I told you I was 16, and then it

8  was -- and you tell me it was the summer of my

9  sophomore year, that mean it's in between my junior

10 and my sophomore year.

11     Q.    Okay.

12     A.    All the -- all the back door stuff, and

13 all what you on, I really -- I really hope you

14 hurry up, because I really -- I want to hang up.  I

15 want to hang up on you because this shit is not

16 cool.  It's not.

17     MS. GOLDEN:  I don't have any other questions.

18     MR. RICHARDS:  Mr. -- Mr. Burr -- does anyone

19 mind if I explain to Mr. Burr waive and reserve?

20     MS. GOLDEN:  I think that'd be great.

21     MR. RICHARDS:  Mr. Burr, first of all,

22 I'd like to thank you for doing this voluntarily

23 without a subpoena.  I -- and I apologize for

24 getting you into this, but I just wanted to speed

1  things up, and you know, get it done and get it

2  over with.  And I really appreciate your time.

3                  The court reporter is going to make

4  a transcript of this, and you have the choice of

5  either trusting the court reporter to do it

6  accurately or looking over the transcript just to

7  make sure that she didn't like get one of your

8  words wrong or had a misspelling or something like

9  that.

10                 So that's your choice as to whether

11 you want to waive or reserve.  In other words, you

12 want to trust the court reporter to make up the

13 transcript, or you want the transcript sent to you

14 so you can review it?

15                 And you can do either one of those

16 two things.

17      THE WITNESS:  Man, I'm not trying to stop the

18 process for -- for you or for the state.  I came

19 here to just try to do a good deed for both sides.

20 And --

21      MR. RICHARDS:  Excuse me.  Let me interrupt.

22 And in my view, you have.

23                 But just to -- here the question is:

24 Do you want to look at the transcript and look it --

```
 1        THE WITNESS:  No, I ain't trying to hold up
 2   no process.  I don't think that he would type
 3   anything that I didn't say that would be critical
 4   against you or against them.
 5                 I just -- I just want to come, give
 6   whatever I can give of my recollection, not my
 7   words being twisted, and get on, you know.
 8                 I took a day out of my time.  I
 9   missed a lot of money today.
10        MR. RICHARDS:  Well -- and I really, really
11   appreciate it.  I mean, the court system couldn't
12   work if people, you know, didn't cooperate when
13   things happen.
14                 And, you know, it's not -- you know,
15   you were just there, and you're not being accused
16   of anything.  You're not on trial.
17        THE WITNESS:  I'm not worried about that.  I
18   know I ain't did nothing.  I'm protected by God,
19   man.  Can't nobody ...
20        MR. RICHARDS:  All right.  And the
21   attorneys -- the attorneys here, they're just doing
22   their job.  And they don't represent the state.
23   Actually, they represent defendants, City of
24   Chicago, and some police officers and such.
```

1              Thanks for your time.

2              You're waiving your right to view

3  the transcript.  And I don't have a transcript

4  order at this point, but somebody else may.  That's

5  up to them.

6                    (Discussion off the record.)

7       THE VIDEOGRAPHER:  The time is 5:02 p.m.

8              This is the end of media unit 3.

9  It's also the end of the deposition of Mr. Lamont

10  Burr, and we're going off the video record.

11              Thank you, Mr. Burr.

12                    (The proceedings adjourned at

13              5:02 p.m.)

14

15

16

17

18

19

20

21

22

23

24

REPORTER'S CERTIFICATE

I, Katie K. Elliott, do hereby certify that LAMONT BURR was duly sworn by me to testify the whole truth, that the foregoing deposition was recorded stenographically by me and was reduced to computerized transcript under my direction, and that the said deposition constitutes a true record of the testimony given by said witness.

I further certify that the reading and signing of the deposition was waived by the deponent.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Chicago, Illinois, this 28th day of August 2023.

Illinois CSR No. 084-004537

**Exhibits**

**1 Burr 072623-1** 151:7,12

**-**

**-i-r-s-c-h** 80:19

**0**

**03973** 4:11
**07/26/2023** 151:9

**1**

**1** 4:2 103:6 151:7,12
**10** 45:17 46:18 74:15 75:11,21 76:12,14 85:3 87:2 97:4,16 101:21 103:13 148:8,23
**10-minute** 20:24
**10-year** 147:23
**10:00** 43:1
**10:30** 42:20 43:3,11 51:3 86:18,20,24
**11** 119:24 120:2
**11:00** 42:19,20 43:2,11 51:4 52:19 86:13,22,24
**12** 74:15 75:11,22 76:12,14 97:16 101:21 103:14 153:13
**1200** 58:9 115:7 121:22
**1219** 51:10 58:10 85:9 123:12
**1269** 115:4
**12:00** 89:24
**1300** 58:8,9 171:22
**1300-something** 40:12
**13th** 96:16 135:10,23
**14** 33:4
**1400** 60:15
**1440** 60:13 74:21 75:14 83:10
**14th** 96:16 135:6,9,11,23 201:10
**15** 52:22 85:2,3 94:1 178:24 179:2
**15-** 52:23

**15-ish** 86:13
**15th** 135:6,9,10,23
**16** 140:22 179:2 213:15,17 214:7
**17** 13:2
**18** 33:3
**19** 208:10
**1973** 64:23 179:1
**1987** 119:1,2
**1989** 33:11 35:13,15,16 39:14 43:7 49:24 106:24 107:23 112:16,19 113:10 115:10 117:8,13 118:19,20 119:9,14 120:16 125:2,20 158:21 171:23 177:14 183:20 184:5,7 208:10,12 209:4
**1990** 183:14 208:8
**1991** 119:6 183:14
**1994** 146:7
**1995** 146:11 147:14
**1999** 112:19
**1:00** 4:3

**2**

**2** 103:10 204:15 211:20 212:21
**20** 4:16 16:6 28:8 45:17 46:18 55:2 60:6 63:10 65:5 73:18 87:10,11 94:2 104:22 106:5 121:11 181:13
**20-** 12:14
**20-minute** 52:23
**20-plus-some** 12:14
**20-some** 104:23 110:12 141:23
**2000** 7:8 112:7,9 141:10
**2009** 105:15 141:1,2
**2014** 41:2
**2016** 13:2,4 15:10,16 16:19 25:20 111:7
**2016-ish** 111:23
**2018** 7:8
**2020** 13:1 17:13
**2021** 16:5 17:14
**2023** 4:5 27:12

**20s** 67:16
**21** 121:11
**22** 4:11 13:1
**23rd** 26:16,17 27:12
**26** 4:5
**26th** 28:8
**28** 64:23
**28th** 152:22 154:10
**2:50** 103:6
**2:54** 103:9
**2nd** 10:5 31:15 39:16 43:6 48:20 49:24 52:19 108:10 113:10 153:5, 19 154:22 155:12 176:8 182:18,22 183:1,4,8,10 184:5,7 191:2,9,15 196:19 197:5 200:24 206:22

**3**

**3** 103:4 204:20 217:8
**3-** 89:17
**3-minute** 17:2
**30** 26:2 55:2,3 60:4,6 63:8,11 65:5 69:18 72:22 73:18 87:10,11 91:5 158:10 161:21
**30-some** 18:8 141:23 161:22 162:7 193:16 201:8
**30-something** 105:1 144:23
**30s** 67:17
**3400** 132:6
**36** 14:21
**3:00** 89:17 122:24
**3:50** 89:8,18
**3rd** 10:5 31:15 109:3 137:16 191:3, 9,15 200:24 201:1

**4**

**4** 121:2 152:22
**40** 92:9
**40s** 67:16
**45** 92:9,17
**4:00** 41:21 89:7 123:1 173:6

LAMONT BURR, 07/26/2023

**4:30**  89:8,18

**4:47**  204:14,18

**4th**  112:15,19 113:4 164:11,12,13
191:3,9,13,15

---

**5**

**5**  87:3,4 123:6

**5-**  20:24

**5-minute**  17:3

**50**  64:21 111:17 180:4,6 181:3

**52**  64:21

**53**  64:21

**5:00**  41:21 89:7 194:13

**5:02**  217:7,13

**5th**  137:20 138:4 164:15,18,22
165:1,13,20 166:1 167:13,16
168:18 191:3,9,15

---

**6**

**6**  123:6,15,16

**600**  4:17

**6th**  208:9

---

**7**

**70**  135:8,24 200:13

**7:00**  41:23 42:4 43:7,14 51:1 55:15
90:5

---

**8**

**8**  121:6 123:16 152:22 179:5
180:14

**80**  57:20

**87**  118:8

**88**  36:15

**89**  36:11,14,15 112:20 113:6
208:16

**8:00**  41:23 42:4 43:8,14 51:1

**8:30**  89:20

---

**9**

**9**  179:5 180:14

**90**  33:13 34:10 35:19,20 36:10,14
146:22 183:19 208:12,18 209:4
210:21 211:3,6,15 212:5

**90/'91**  210:23

**91**  33:13 34:10 35:20 36:10,14
146:22 183:20 208:8,12,18 209:4
210:21 211:3,6,15 212:5

**911**  184:17,24 185:3,5,6

**92**  129:13

**93**  129:13

**94**  146:20

**99**  112:7,9

**9:00**  89:19,20,24

---

**A**

**A.N.**  46:7,13 113:22,23

**AA**  24:12 140:2,17

**accidentally**  11:22

**accidents**  59:17

**accomplishment**  33:8

**accurate**  167:3

**accurately**  215:6

**accused**  216:15

**activity**  121:20 122:20

**actual**  7:22 83:14

**add**  86:24 88:15

**address**  40:11,13 41:4,12 51:9
58:5 74:24 83:8 115:7

**adjourned**  217:12

**adopt**  46:11

**adopted**  46:10 113:24

**adrenaline**  69:8

**advance**  47:6

**affiliated**  97:22 124:3

**African**  127:10

**afternoon**  4:1 5:4

**age**  64:20 95:13 119:24 121:2

**agree**  116:5 159:13,16 179:11

**agreed**  163:18

**ahead**  8:17 22:18 35:11 87:22 91:1
101:11 107:16 132:11 162:9 189:8
207:12 210:2

**aim**  156:7

**aiming**  156:6

**alcohol**  38:13

**Alex**  197:24 198:1

**alien**  81:18 186:10

**alive**  44:10

**alleged**  147:7

**allowed**  120:5 137:21

**alter**  38:11

**and/or**  45:8

**Anderson**  113:15,18,20 114:1,4,
11,13,14

**answering**  9:24 101:12 148:10
176:6 195:1 211:10

**answers**  8:6 101:14 193:3,7

**anymore**  42:9 56:9

**anyone's**  82:15

**apartment**  51:13 62:15

**apologies**  199:13

**apologize**  173:16,20 200:10
214:23

**appearance**  115:10

**appears**  152:12

**approaching**  204:8

**April**  26:17 27:12

**area**  19:5,6,20 45:2 54:15 67:10,14
81:21 99:5 120:15 121:12,18
122:13 181:17 197:23 200:14

**areas**  123:2

**arena**  129:11

**armed**  141:12 143:5,6,10,13 144:5
145:14,15 148:11

**array**  98:21

**arrested**  136:19,22,23 137:9
138:20 140:20,21 163:1,2 164:9,23
165:1,14 166:2 167:13,16 168:2,3,

LAMONT BURR, 07/26/2023

6,11,15,16,17,23 169:1,2,12,13

**asks** 125:3

**associate** 136:14

**Associates** 4:16,19

**assumed** 169:12

**assuming** 154:24 188:4 195:7

**ate** 42:17

**athlete** 179:7

**attorney** 9:13,14 23:9 26:7 140:8 166:18

**attorneys** 8:14 20:19 158:1 162:4 216:21

**audible** 128:6

**audio** 55:11 97:4 173:14

**August** 49:18

**aunt** 137:3

**auntie** 51:16 78:1 85:10 86:4 91:6, 16 93:17 95:12,14 123:11 137:1,14 162:21 164:24

**Austin** 5:9 140:5

**Avenue** 41:11,12 42:9 47:10 48:8 50:21 60:17 65:15 171:2

**aware** 8:2 10:6 11:4 120:15,21 121:8

**B**

**B-U-R-R** 5:24

**babies** 24:11

**back** 10:19 14:2 17:19 19:5 21:6 25:9 26:2,24 27:21 28:12 31:17 33:10,21 34:13 35:6 36:10,24 38:6, 19 42:13,17 43:4,9 45:5 50:7,14, 15,19 51:2 53:9,17 55:6 57:22 59:13,15 63:22 64:5 65:12,16 66:3 67:15 68:18,22 69:12 75:9 76:9,22 77:1 78:15,23 79:1,2,8 85:12,24 86:10 89:18 90:19 93:1 103:4,11 106:24 107:23 116:21 117:8 119:9, 14 120:7 121:3,4,17 122:1,13 124:14 125:23 126:4 127:5 128:22 130:11 134:2 135:8 137:22 142:12 146:20,21 152:24 153:7 158:21 159:8 163:4 175:17 177:14 181:14 182:15 183:21 203:5 204:20 211:5 214:12

**background** 19:8 141:16 143:18 144:15 145:18,23 146:19 147:4 148:23

**bad** 19:10,15,16 160:14

**badger** 148:22 162:1

**badgering** 159:10 161:10

**bald** 116:16,17

**Baltimore** 56:6,9

**bar** 11:12 54:16

**barber** 14:21

**barbers** 105:19

**barbershop** 20:12 24:21,22,24 25:4 26:3 28:19,20,21,24 29:1 105:14,17 106:21 128:18 207:10

**barely** 124:19

**barrier** 84:4

**baseball** 19:9 42:8 54:24 61:15 96:15,19 119:11 135:11 136:3 200:17

**based** 173:12 174:1

**basically** 7:13 22:17,19 24:13 25:21 28:20 37:13 95:23

**basketball** 39:19,22 40:6 41:17,19 42:7 43:15,17,21 44:15 45:14 47:14 48:1 49:10 54:24 61:15 69:8 74:11 88:5 90:4 96:14 113:13 119:11 120:6 178:22 179:4,14,16, 17,23 180:5,12,16,23 181:11 182:17 200:15,17 201:16 207:2,8, 15 208:2,11 210:12,19,24 211:2,24

**bathroom** 103:2

**Beach** 47:10 48:8

**beat** 203:7,8

**begin** 93:19

**beginning** 4:2 103:10 159:3,4 204:19

**behalf** 4:9 111:21 147:18 157:21 209:2

**belief** 34:6 184:5

**beliefs** 184:8

**believes** 196:17

**bell** 135:21

**Benjamin** 129:23,24

**big** 33:8 41:10 83:24 197:21,22

**bigger** 155:21

**birthday** 26:15 64:22

**bit** 20:7 42:5 66:20 158:8 180:1 200:9 201:21

**bite** 206:17

**black** 81:18 82:12 92:5 116:10 130:13 186:9

**Blacks** 82:7 97:17

**blank** 74:7 77:12

**blip** 173:18

**block** 19:12 34:18 59:14 108:3 115:5,7 118:1 121:23 132:6 171:22

**blocks** 87:5,7 121:19,23 123:8

**blood** 19:15

**blue** 90:20

**bocce** 48:1

**bogus** 197:1

**booth** 120:6

**boots** 202:13

**born** 28:1 120:24 179:1

**bottles** 71:8

**bought** 28:20 120:1

**Bowen** 4:15,19

**box** 125:12 129:15

**boxed** 125:13 127:24 129:10,16, 17,18

**boxer** 128:2

**boxing** 119:12 124:18

**boy** 129:11

**boys** 102:3

**Bra** 152:23

**break** 8:11,13 66:19 102:14,20 103:2 117:21 120:5 125:10 126:1 175:10,12 199:20,23

**break-dancing** 126:2

**breaking** 184:9

**brick** 83:22 84:8

**briefly** 10:4 13:10 18:17 20:21

**bringing** 176:17

LAMONT BURR, 07/26/2023

**Bro** 152:23

**brother** 44:4 109:15,21,23 110:4, 15 125:13,14 153:6 154:23

**brother's** 110:1

**brothers** 64:1 109:17 185:11

**brothers'** 52:16

**brought** 34:13 35:18,21,24 36:1, 23 37:11 38:18 100:7 120:20 121:3 176:14 188:20

**Bucktown** 18:9 19:19 67:14 122:9

**building** 58:24 59:4 62:3,5,14 66:16 70:23 71:1,3,6 73:15 75:4,7, 22 76:1 78:21,23 79:8,12 83:17 84:8,9,18,20,21 139:6 188:15 189:12,13,14,16 193:18

**buildings** 73:14,15

**built** 41:10 79:10

**Bulldogs** 46:5

**bullet** 69:24 74:15 75:11,22 76:9, 12,23

**bullets** 69:24 76:18 105:8

**bunch** 121:5 122:6 170:9

**Burger** 42:8,11,12,15 43:8 51:1

**Burr** 4:5 5:15,20,24 11:15,20 20:1 26:21 51:16,18 52:2 97:8 98:16 99:18 100:1,13 102:15 103:13 107:8 128:11 140:7,12 145:8 148:1 150:3 151:8,15 152:5 156:16,20 158:4 166:22 175:10 176:20 194:21 200:4 204:23 205:14 206:21 208:24 209:13 210:5 211:17 214:18,19,21 217:10,11

**Burr's** 147:19

**bus** 106:16

**business** 19:18,21 26:6 63:13 138:16

**busy** 24:10 39:5

**butt** 124:5

**button-up** 202:14

─────────────

**C**

─────────────

**call** 12:2,4,8,9,10,11 29:19,20 30:19 47:1 81:3 120:22 128:14,17, 18,19 153:9 172:17 177:21,23 178:1,2,3 184:17,24 185:3

**called** 5:16 18:14,15 25:1 26:15 29:5 34:5 44:22 45:1,4 46:5,12,14 47:2 52:7,12 75:8,9 82:8 117:10 124:8 127:6 185:5,6 210:16

**calling** 29:21 177:22

**calls** 29:21

**Capri** 133:8,9

**car** 17:6 26:5 59:10 65:8,22,24 66:1,21,23 67:1,2,21 68:11,15,17, 24 69:2,3,5,11,13,19 70:9,10,16,18 71:17,20,23 72:3,4,6,8,22 73:5,7, 10 76:22 79:17,18,19,21 81:6,11, 18 91:3,14 94:18 105:18 177:1 178:11,12 185:15,18,21,24 186:4, 9,22 187:3,7,10,19,22,24 188:2,3,5

**care** 68:17 174:23

**Caroline** 5:7

**Carrero** 129:23,24

**Carrie** 210:1

**cars** 68:20,23 203:11

**cartoons** 120:10

**case** 4:10 6:19 7:1,4,9,10,12 8:4 10:2 11:4 22:1 23:2,5 31:22 32:1 98:12,19 99:11 101:9 140:14 141:4,16,22 145:24 148:12 179:24 197:4 198:18

**catch** 106:18 154:11

**caught** 17:5 69:23

**ceiling** 126:14

**celebrate** 27:20,23 42:7 112:21 137:22

**cell** 6:1,3,4 15:18 16:1

**certified** 4:14

**chair** 24:12 26:4 95:16

**championship** 39:20 113:12,13 182:21,24

**chance** 57:20 135:24 153:10

**changed** 113:23

**characteristics** 72:16

**characterize** 158:20

**charge** 143:21 144:3

**charged** 10:2 100:6 143:2,5,9 150:14

**Charger** 65:10

**charges** 100:7

**chat** 27:16 30:22 153:23

**chatted** 153:13

**check** 32:9 135:16

**checking** 126:13

**chess** 182:14,15 183:21

**Chevys** 68:19

**Chicago** 4:17 5:10 10:12 50:21 56:8 67:8 106:19,22 120:24 121:3 216:24

**children** 114:24

**choice** 44:16,17,20 45:8,11 149:18 215:4,10

**choose** 30:15 142:13

**Christmas** 28:2 40:16,17,20,22,24 50:5

**church** 102:3

**churches** 122:1,2

**Cincinnati** 17:18

**circus** 151:6 158:14

**city** 5:10 10:11 14:1,2 216:23

**civil** 7:10

**Clark** 4:16

**classes** 114:15

**clean** 76:3

**Clemente** 48:6 108:1

**client** 26:3

**clients** 26:3

**close** 10:17 12:21 16:7 151:5

**closed** 42:18,20,22,23 43:1 54:14, 17 86:20

**coach** 39:3 50:4,6 179:17,20

**coached** 209:3

**Cobra** 133:13,19,20 134:7,10,13

**Cobras** 134:2

**cognizant** 119:13

**coincidental** 14:8

**colleague** 183:23

**collective** 99:3

**college** 29:15 31:11

**color** 71:20,23 72:6 115:12 116:9

**comfortably** 83:20 84:2

**comment** 206:18,19

**common** 198:2

**communicate** 13:3 28:5 30:9,12

**communicated** 29:7 198:5,7,10, 13

**communication** 26:11 200:9

**communities** 138:14

**completely** 14:7 145:4

**complexion** 115:15

**complicated** 208:13,15

**computer** 6:2 143:5,9,12

**computer's** 204:4

**conclusion** 76:20

**conducted** 4:6

**confused** 189:18

**congratulated** 28:23

**Congratulations** 33:6

**Congress** 50:20

**connected** 46:7

**consistent** 26:10

**contact** 13:21 14:4 15:7 16:5 17:13 21:2,5,8 24:20 26:9 29:14 56:1

**contacting** 21:10 26:7

**contest** 143:22

**continue** 102:5 192:10,17 194:7 195:10,11

**continued** 53:22 79:3 139:24

**controlled** 146:10

**convenience** 61:2

**conversation** 11:9 17:1,3,22 20:24 188:20 189:4 209:13

**conversations** 209:18

**convey** 158:11

**convicted** 140:16,19,21,24 142:5 143:6,10,12,14,20 145:13,15 146:5,23 147:6 148:2

**conviction** 147:21

**convictions** 147:19,23

**cool** 8:20 102:16 130:24 151:2 153:11 166:19 214:16

**cooperate** 216:12

**cooperating** 204:4

**cop** 92:20,21

**Corky** 110:2,15

**corner** 58:22 59:2 65:8 70:16,19 73:13,22 186:1

**correct** 40:13 62:12 78:24 107:24 148:13 169:4 200:16,20 203:14 208:5,6

**correction** 167:15

**correctly** 18:16

**cosmetologist** 29:12

**cost** 42:13

**counsel** 4:20 147:15 152:8 204:6

**count** 106:12

**counting** 105:2

**country** 38:8 127:8

**couple** 18:17 61:11 65:2 93:20 104:8 115:18 126:1 127:10 130:12 147:12 196:8

**court** 4:12,17 5:11 6:9,19,24 7:20 8:3 11:17 40:1,3 97:6,7,11 107:17 142:12,19 166:22 167:2 173:16,17, 20 193:5 215:3,5,12 216:11

**court-ordered** 140:2,17

**courtway** 70:23 73:15

**cousin** 100:14 125:24

**cousins** 98:7 99:4,21 100:21 101:24 137:18 167:17 168:22 169:6

**cousins'** 98:8

**crazy** 10:21 81:4 122:14 144:11,16 146:12 172:5 199:16

**creating** 167:3

**crime** 136:2 138:21 140:16,19,21, 24 141:10,11 142:5 175:24

**crimes** 147:7

**criminal** 7:9,12 8:4 141:12 142:20 143:18 206:15

**Cristino** 130:4

**critical** 216:3

**cross** 59:3 170:19,20

**cross-talk** 8:22 14:9 19:22 20:2 21:13 35:23 36:7 45:20 57:13 62:7 64:9 68:5 73:24 75:13,15 80:17 83:6 86:15 88:8 89:23 90:23 97:20 99:9,12,20 100:15 106:11 107:1,10 108:17 116:12 118:22 119:4 132:1, 14 142:14 146:15 147:2 149:5 150:18 156:3 157:13,19 159:2 160:12,23 161:6 164:7 166:12 169:19 172:1,8 181:5 183:16 186:15 190:6,19 191:11 194:18 196:22 199:15 200:2 202:22 211:16

**crossed** 122:3

**crouch** 77:8

**Crystal** 58:10 80:9

**Cuban** 82:12

**cultivated** 33:18

**curb** 84:22 85:1

**curious** 124:1,10 179:21

**Curtis** 130:10 193:9

**cut** 29:12 156:12

**Cutlasses** 68:19

**cutting** 24:11 139:16

**CV** 4:11

## D

**dad** 25:23 46:7

**Damen** 41:11,12,13,14 50:21 87:8 129:20

**Damn** 17:7 155:14

**dancer** 125:10

**dancing** 117:21

**danger** 66:3 69:7

**Daniel** 109:22,24

**dark** 70:15 72:6 81:7

**date** 11:5 23:12 31:15,17 36:20,24 37:3 38:1 39:15,18 108:21 113:9 144:9 166:11 168:12 169:1,2,5 183:2 195:19,24 196:4,9,13,15 208:10 210:17,18

**dated** 126:2 129:12 130:11

LAMONT BURR, 07/26/2023

**dates** 21:18

**dating** 130:13

**day** 10:1,16 20:11 24:13 27:22 34:16,24 37:8,18 38:5 39:19 41:17 43:6 49:4,6 57:18 58:20 60:5,6 63:7 82:16 87:13 89:10,12,16 105:22 106:8 108:9,14,23,24 109:1,2 112:4,24 113:1,8 123:4 136:22,24 137:2,10,14,15,16,17 139:22 154:20 162:13,21 163:4,13 164:3,4,6,10 165:12 168:1,3,5 169:3,11,13,16 172:5 175:17 176:3 177:4 178:15 182:17,21,24 183:5,9 193:13,14,18 197:5 207:2,3,8,16 208:1,4 210:11,24 216:8

**daylight** 43:13

**days** 24:12 49:9 182:23

**dead** 43:19

**death** 81:13

**deceased** 44:14

**decline** 150:5

**deed** 215:19

**defendant** 4:9 5:5,10

**defendants** 5:8 216:23

**delivery** 146:10

**dep** 175:3

**depends** 45:17 46:19 119:16 122:8,11

**depicted** 205:15

**depicts** 205:23

**depose** 142:7

**deposed** 6:14 9:17,20,21 10:10

**deposition** 4:4,6,8 6:17,18,23 7:1, 3,7 20:20,23 21:11,23 22:21 23:15, 19,22 24:2,4,6 31:22 32:1 37:5 118:10 139:23 151:7 153:1,18,22 154:1,3,4,5,7,9,23 155:1,8 156:8, 14 159:7 174:19 181:22 217:9

**depositions** 8:4

**depth** 22:8

**descent** 82:23

**describe** 115:9 160:2

**desk** 201:16

**desks** 95:10

**detail** 146:14

**details** 142:4

**detective** 136:6,11 202:9,11 203:2

**detectives** 90:12,14,15,19 91:22 92:6,23 93:4,6,9 94:14 96:1 103:21,24 137:7 201:15 202:1 203:10

**device** 26:24

**Diana** 109:12,14 110:19 112:3,6 185:10

**Diane** 110:13

**Diane's** 110:23

**Die** 47:3

**difference** 94:24 202:23,24

**direct** 148:13 195:3,4

**direction** 171:13

**dirt** 71:8

**disagree** 192:22

**disconnect** 168:14

**discredit** 162:5

**discuss** 177:8

**discussed** 177:3,7,11 196:13

**discussion** 172:16,18 205:10 217:6

**dished** 50:13

**disrespect** 92:2

**disrespectful** 148:7 149:8 174:22

**distinct** 72:15

**district** 4:12 40:7,8,9 48:20 96:16 119:11 135:6,9,11 201:10

**districts** 48:2 183:10

**Division** 4:13 45:3 52:24 60:16 80:6,8 105:15 110:9 129:20,21

**DJ** 119:23 120:6 157:6

**document** 205:6

**documents** 22:22 23:13 198:17 205:2

**dodge** 105:8

**dollar** 42:14

**door** 70:1 74:16,19 75:11,22,23,24 76:13 77:23 83:16 84:14 90:8 93:13,17 162:13 189:15 214:12

**doors** 95:7

**double** 135:16

**dress** 202:14,20

**dressed** 202:5,8 203:6,11

**drink** 32:17,21,22 33:4 64:3,5

**drinker** 32:15

**drinking** 33:2 64:6

**drive** 91:11,13

**drive-by** 33:10 35:13 37:12 96:22 108:22 111:21 112:4 113:10 121:14 123:18,19

**driver** 186:14

**driver's** 187:3,11,24

**dropped** 85:21,23

**drove** 68:18 171:13 178:12

**drug** 121:20,24 122:6 125:21

**drugs** 32:18 38:11 122:4 125:19, 22 126:6,10

**drunk** 126:15

**duck** 66:6 69:15,21 74:2 77:4 78:13 84:12 105:8 106:17 108:5 161:19

**ducked** 66:13 69:16

**ducking** 81:20

**due** 9:22

**duly** 5:16

---

**E**

---

**ear** 211:21

**earlier** 31:15 183:18

**early** 60:16 201:1

**east** 59:7 65:20 66:24 67:3,21

**Eastern** 4:13

**efficient** 158:5

**elderly** 82:20

**eligible** 114:8

**Elliott** 4:18

**Email** 30:14

**emails** 198:15

LAMONT BURR, 07/26/2023

**empty** 73:16 75:5 79:13

**encountered** 121:9

**end** 52:20 103:6 204:15 217:8,9

**engrossed** 74:12

**enlarge** 155:16 205:18,19,20

**enlightening** 31:1

**enter** 10:7

**entire** 208:5

**entrance** 78:20,22 79:2 189:16

**entrances** 73:16

**era** 125:21

**Ernest** 136:6,8

**Ernie** 136:6

**established** 39:13

**et al** 4:10

**ethics** 115:22

**ethnic** 19:8

**event** 33:21

**events** 34:14 55:4 60:7 159:8 206:22

**Ever-** 80:11

**evergreen** 58:11 80:3,5,11,24

**everybody's** 57:22

**everyday** 11:9

**EVG** 114:11,14

**exact** 36:20 39:15 64:20

**EXAMINATION** 5:18 158:6 200:6 210:3

**examined** 5:17

**exchange** 111:12

**exchanges** 152:9

**excuse** 26:21 184:20 204:6 211:11,17 215:21

**exhibit** 151:7,12 152:18

**exit** 16:8

**explain** 10:13 142:2 152:6 214:19

**explained** 93:9 214:5

**exposed** 84:10

**extremely** 209:18

**eye** 66:1 69:11,19 70:18

**eyes** 69:5 70:8,10

---

**F**

**face** 131:11,12 132:21 135:5,7 161:14,18 203:18 206:1,13 211:20

**Facebook** 29:8,11,14,17 30:6,10, 18 31:13 152:9

**faces** 201:7

**facial** 115:12,19

**fact** 110:17 130:13 146:21

**facts** 22:1

**fade** 116:17

**fair** 8:1,19 206:10 207:13 208:8 209:17

**fairly** 200:12

**faith** 32:12

**fake** 209:1

**familiar** 30:24 67:9 109:13 119:8 131:19 132:16

**familiarity** 7:14

**families** 82:12 127:10 138:14

**family** 11:11 19:18 32:22 56:6 58:4 61:14 62:4 82:12,13 117:24 120:3 122:13 126:6

**family's** 63:13

**farfetched** 116:1 121:17 122:12 159:24

**fast** 68:22 72:18,19,23 173:21 199:3

**father** 50:20 110:5,11 120:2

**father's** 51:22 120:3

**fault** 126:15 134:9 184:20

**fed** 54:20

**feel** 142:7 164:1

**feet** 73:18 85:2

**felon** 146:6

**felony** 143:15

**fibbing** 88:17

**Field** 41:5

**fieldhouse** 42:24

**figure** 37:6 213:24

**figured** 54:21 186:5

**file** 205:7,9

**filed** 4:11 10:11

**filing** 23:6

**filled** 34:19

**find** 121:16 123:17,23 139:19 162:2 167:12 171:21 172:4 205:9

**fine** 8:16 20:8 27:8 103:1 126:20, 23 187:4 204:13

**finer** 110:24

**finish** 75:20 77:7 107:4,6,9,12 139:20 148:24 149:1 167:7 175:1, 14

**finished** 211:9 213:3,7,10

**finna** 49:1 52:8,14 165:16,17

**fire** 106:18

**firearm** 143:3,9,15 146:6

**fired** 76:21

**fireworks** 138:1

**fitness** 120:23

**five-hour** 47:19

**five-nine** 117:3

**five-on-five** 49:24 50:2

**five-ten** 117:3

**Flaca** 131:8 132:5,12,13,20,23 133:1

**flip** 162:1

**floor** 51:14 79:1

**fly** 115:24

**folks** 119:19

**follow-up** 158:3 209:22

**food** 110:6,11

**forget** 81:3

**forget all** 37:9

**forgot** 10:22 15:4 27:24 34:13 62:19 130:7

**form** 209:9

**formality** 22:5 25:21 63:16 96:1

Index: found-gunfire

LAMONT BURR, 07/26/2023

**found** 16:4 17:15 86:8 102:1 124:10 136:24 137:6 146:5,9 147:6,14 164:18,23 165:14 166:1

**four-** 47:19

**four-door** 69:2 72:13 188:2

**Fourth** 27:19 28:9 30:2 137:22,24

**frame** 86:19 107:3,24

**frames** 88:14

**frequent** 17:17

**freshman** 114:6,11 212:9 214:2

**Friday** 32:13 153:1

**friend** 24:23 130:10 131:15

**friends** 32:7,8,22 44:18 54:23

**front** 53:3 54:3 57:6 63:3 75:23,24 78:20,22 83:5,20 84:18 91:6 95:6 132:8 157:17 177:1 185:11 188:15 192:7 196:18

**fucking** 151:6 155:14

**fully** 10:14

**fun** 124:13

**future** 141:20

**fuzz** 116:6

---

**G**

---

**gaining** 163:19 166:24

**game** 42:7,8 47:5 54:7 61:10 69:8 88:5 90:4

**games** 42:3 43:7 45:15,17 46:18, 22 47:2,4,15,16 48:13 61:11,12,15

**gang** 97:21,22,24 117:13,14,16 118:4,5,9,12,17,20,23 119:1,8,19, 20,21 120:15 121:10,20 122:6,17, 20 128:4 202:19 203:9

**gang's** 121:13

**gangs** 119:5,6,15 121:7,9,23 122:4,14

**gangway** 79:5

**Garcia** 130:5

**gas** 68:16 72:21

**gate** 84:17,19

**gathered** 76:22

**gauging** 7:14

**gave** 16:1 31:24 48:21 53:21 86:19 93:24 95:15 111:7 112:13 154:3,5, 6 159:19 160:6 162:19 165:22 166:4 168:8,9 171:10 178:18 182:7 183:18,22 184:2 185:20,23 186:6, 8,10 187:7,17 189:5,13 191:6,12, 14,15 192:9,16 193:3,8 209:19

**gear** 203:12

**GED** 114:21

**general** 158:21

**gentleman** 181:7

**get all** 148:24

**get along** 131:3

**girl** 55:10 62:20 131:8

**girl's** 62:18

**girlfriend** 53:12 55:13 62:13,16 78:24 109:12 131:15,17,19,23

**girlfriend's** 55:16 62:17

**girlfriends** 131:24

**girls** 110:5

**give** 8:13,23 10:3 11:5 20:22 21:10 23:10,11 24:24 37:5,17,24 38:1 39:6 48:24 58:7 66:9 88:1 94:2 100:8 101:13 144:21 148:13,14 153:9 158:9 161:23 163:12,22,23 165:16,17 167:14,15 175:23 179:2 216:5,6

**giving** 9:23 24:1 31:22 37:19,22 38:23 88:14,16 159:7,22 174:19 176:1 203:22 209:6

**glance** 72:3,4

**glanced** 185:23

**glass** 71:8

**Glen** 40:20,24 50:5

**glitch** 97:8,12

**God** 216:18

**Golden** 5:7 158:3,7,15 160:8 163:10 172:6,20 173:18,19,21,23 197:2,10 199:17 200:1,5 209:5,22 210:4 211:22 214:17,20

**good** 4:1 5:4 14:19 58:3 74:10 126:18 153:6 154:23 159:14,17 160:14 162:3 179:7 186:11 199:3 204:10 215:19

**Google** 183:11

**Gotcha** 15:17 41:1 50:3 90:6 92:24 93:7 108:6 134:12

**gotta** 50:16

**government** 110:3

**governor** 46:8

**Governor's** 48:11

**grade** 114:2

**graduate** 34:21 114:20

**graduated** 114:4 211:7

**grammar** 113:15,18,20 114:13

**grand** 24:11

**grandfather** 46:8

**grandkids** 24:17 31:11

**grandmama** 57:3 93:16 114:18 118:1 120:1,5

**grandmother** 118:6 119:2

**gray** 116:7

**graystone** 84:7,8

**great** 19:6 74:18 76:9 214:20

**greeted** 27:21

**grew** 11:10 18:5,9,10 19:9,11 22:11 57:21 63:18 115:1 119:22 123:6

**grocery** 13:5,13 14:14 17:9 111:8

**ground** 66:14 78:17 84:12 187:18

**groups** 24:12

**grow** 13:19

**growing** 47:23 121:4 123:5

**guard** 17:5

**guess** 10:1 24:19 28:6 29:3 34:9 39:13 70:8 72:19 79:18 87:13 89:15 108:9 111:23 179:2

**guessing** 21:20 118:3

**Guevara** 4:10 5:6 135:1,2,3,14

**guilty** 141:9,11 143:21 146:6,9 147:6,14

**gun** 73:23 76:18,21,24 106:7,23 107:22 124:23 125:2,11,17

**gunfire** 66:7 69:16,21 70:2,4,20 73:5 74:9,12 81:9,11 85:13 96:10 106:17 108:5

**guns** 137:24

**gunshots** 73:2 74:4 76:14,16 77:9,11,18 78:4,8,12 94:16

**guy** 22:10,11 28:21 37:8 47:23 48:16 119:22 127:13 128:24 130:14 155:13

**guys** 16:20 28:4,14,16 29:7 30:9, 12 34:18 60:3 64:2 83:2 84:10 95:22 105:16 127:6 153:12 170:11 195:24

**gym** 129:14,16,18,20

### H

**H-E-E-L** 44:5

**H-I-L-L** 44:9

**ha** 56:3

**habitual** 141:12 143:6,7,11,13 144:5 148:11

**hair** 24:11 29:12,13 115:12,13,19 116:7,9,16 139:16

**haircut** 31:10

**haircuts** 29:11

**half** 26:8 45:6 66:10 87:7 115:5 121:23

**halfway** 114:2

**hallway** 84:15 95:17

**Halvorsen** 5:8 136:7,8

**hand** 159:11

**handcuffs** 91:15

**handed** 14:17

**handrail** 84:5

**hang** 32:21 64:15 119:21 125:9 174:22 214:14,15

**hanging** 130:9

**happen** 103:15 188:16 216:13

**happened** 10:15,22 14:7 22:8 25:9 31:18 33:21,23 34:10 35:13,15,16, 19 36:21 37:14,15,18 38:3 39:14, 15 86:5,6,8 87:16 88:4 109:9 137:23 139:5 144:23 158:10,21 160:22 161:2,3,8 165:4 169:18,21, 23 170:3,7,8,15 171:1,16,18,20 175:20 176:18,19,21 177:4 184:7 189:9 190:1 196:18 207:4,5,9,18 208:22

**happening** 19:11 78:2 206:22

**happy** 8:12 9:9 27:22 124:13

**hard** 131:22

**he'll** 29:18,19,23 30:5

**head** 26:24 35:6 116:16

**hear** 7:24 8:14 9:8 27:3 52:5 66:21 69:13 70:2 73:8 74:4 81:9 137:12 138:6,9 165:18 166:10 167:10 188:23 212:1

**heard** 65:7 66:7 68:12 69:4,16,21 70:4,10 73:2,7,10 74:1,5 77:10,11, 17,18 78:11 93:16,17 117:15 131:9,12 134:19 135:3,13,18 136:5,10,15 137:8 161:11 163:2 166:8,11 167:18,21 168:17 169:7

**hearsay** 138:15

**Heel** 44:5

**height** 115:12

**Hell** 133:9

**helpful** 197:3

**hey** 8:2 39:9 46:1 53:24 54:10 76:5 112:12 174:7

**hide** 84:5

**Hie-mee** 18:15 117:10,11 162:24

**high** 48:6 69:8 108:1 114:7,9,19,20 211:7,12,14,24 212:1,3,6,8,14

**Hill** 43:22,23 44:6,7,8 45:8,9

**Hirsch** 80:4,14,15,16,21,24 81:1,4

**Hispanics** 19:7

**hisself** 62:15

**history** 142:20 146:17

**hit** 84:12

**hold** 167:24 172:17 176:5 186:6 187:14 193:23 213:20 216:1

**holes** 34:20 69:24 74:15 75:11,22 76:10,13,23

**holiday** 40:23

**holidays** 27:20,24 28:2 112:21

**holler** 123:4

**Holly** 91:12

**home** 51:6,7 52:19,20,21,22 55:7 57:8,24 66:17 78:1 85:14,16 86:1 88:20 120:7 128:18 139:8 162:21,

23 164:4 184:16

**homicide** 90:13,14,18 91:22 92:23 93:4,9 94:14 108:12,14 201:15 202:1

**honest** 10:16 101:15,17 118:14

**Honor** 140:3,4

**hope** 214:13

**Hospital** 53:3

**hostage** 193:23

**hot** 68:22

**hour** 72:22 96:4

**hours** 20:15 102:21 103:19 122:21,24 158:24 162:15 175:4,13 194:20,22,24 198:20 199:1 201:2 204:8,9

**house** 23:22 39:24 41:5,10 46:16 58:12 61:18 78:18,20 82:5,7,8 85:9 90:5 93:11 120:5,9 168:4 177:1 185:2,11 188:9,10 196:18

**household** 89:6 120:2

**houses** 61:7 81:22

**How's** 153:1

**Hudson** 197:13,15,16,17

**hug** 112:13

**Humboldt** 96:20 108:1 110:8

**hung** 57:17 119:19

**hungry** 54:22

**hurry** 214:14

**hut** 41:9

**Hutchinson** 197:14

### I

**identification** 151:9

**identify** 4:20 203:18

**illegal** 59:13

**Illinois** 4:13,17

**illiterate** 174:9 187:12 204:24

**image** 151:14,16 152:21

**images** 152:7

**imagine** 56:13 126:9

**immediately** 73:22 121:1 209:3

**important** 6:11 7:21

**impressive** 180:7

**incarcerated** 13:12 15:2,14 17:20 114:22 117:17

**incarceration** 11:1

**incident** 31:18 39:12 123:8,10 176:23 177:7,8,11 178:2,5,6,9,23 193:2 195:19 196:1,4,9,13,18 197:4 214:4

**incidents** 105:24

**Independence** 27:22

**individual** 44:13 102:6,10,12

**indulge** 167:11

**information** 10:4 11:5 148:1 150:17 201:22

**initially** 208:8

**inshallah** 39:9

**inside** 40:4 41:8 185:15,18

**instructed** 8:18

**instructions** 37:17

**instruments** 119:23

**intended** 54:10

**interject** 147:15

**internet** 61:3

**interpose** 140:6 149:21

**interposing** 140:9

**interrupt** 209:6,11 215:21

**interruption** 55:11 97:5 173:15

**interview** 94:23 95:1,16

**introduce** 147:20

**introduced** 93:3,5

**investigating** 108:12,15 124:8 170:1,6

**involved** 96:10 99:4

**irrelevant** 141:4,13 145:4

**irritated** 175:11

**Islamic** 28:19

**issue** 195:19 196:4,9

---

**J**

**J-A-M-E-S** 55:20,23

**jacket** 91:9

**jail** 16:12,13

**Jaime** 4:9 12:9,11,17 13:8 18:13 19:23 36:4 39:1 49:2 53:12,23 57:6 58:6 69:12,20 78:24 82:16,18 104:6 109:12 111:3 115:5 117:10, 11 122:5 123:6 125:9 131:22 140:8 147:17 162:24 167:13 170:10 174:4 178:11 193:11 207:16 208:3, 9

**Jamaica** 127:5,6,7,8,13

**Jamaicans** 127:11

**James** 55:17,22,23

**Jamika** 127:7

**jammed** 24:13

**January** 64:23

**Javier** 133:11,12,14,18 134:4,11

**Jay-mee** 18:14

**jeans** 202:21 203:11

**jeans-type** 202:6

**Jewel** 14:15

**jihad** 32:13

**job** 123:23 162:5 216:22

**jobless** 28:22

**Johnny** 125:14

**joining** 5:3

**joint** 149:15

**Jojo** 130:10

**Joseph** 130:10 193:9

**Joshua** 4:23 16:8

**José** 127:21

**Juannie** 125:14,15

**judge** 142:13

**juice** 126:16

**July** 4:5 10:5 27:19 28:8,9 30:2 31:15 39:16 43:6 48:20 49:18,24 52:19 89:7 108:9,10 112:15,19 113:4,10 137:22,24 153:5,19 154:22 155:12 164:22 165:13,20,

---

24 166:1 167:13 168:18 176:8 182:18,22 183:1,4,8,10 184:5,7 191:2,3,9,13 196:19 197:5 200:24 201:1 206:22 208:9

**jumped** 17:6 26:5 105:17

**June** 49:17 152:22 154:10

**junior** 212:10 213:22 214:4,9

---

**K**

**Katie** 4:18

**Kedzie** 110:9

**Kelly** 40:16,18,21

**Kevin** 44:16,17,20 45:8,10 149:18

**kicked** 51:3

**kid** 13:19 74:12 96:7,14

**kids** 17:8,9,24 24:17 25:17,19 29:15 31:11 34:21 57:22 58:1 124:14 137:3,4 162:23 164:24 193:10

**killing** 138:12

**kind** 7:15 10:21 16:20 17:5 20:6 38:17 46:19 61:8 63:9 76:4 83:1 98:15 132:12 202:6 203:13

**King** 42:8,11,12,16 43:8 51:1 129:4,6 130:18,19,22 134:19 197:18,23

**Kings** 122:7 130:24 134:21,22

**knew** 35:7 45:8 57:22 63:19 65:1 82:2,5 104:1 116:4 117:21 119:17 123:4 125:12,23 126:4 127:13 130:6,7,16 132:3 134:4,7,11 144:18 169:13 200:13,21 201:13 203:5

**knocked** 85:8 93:12

**knowing** 12:13,15 13:18 53:19 88:4 132:13 139:1 188:4 199:6

---

**L**

**ladies** 116:21

**ladies'** 116:20,24 117:21 125:10 131:22

**lady** 17:7 52:13 53:18 54:20 61:9, 10 82:20 174:7 187:17 212:20

**laid** 70:10

LAMONT BURR, 07/26/2023

**lakefront** 48:8

**Lamont** 4:5 5:15,24 149:7,9,12 217:9

**late** 43:12 61:8 90:3

**Latin** 122:7 129:4,6 130:18,19,21, 24 134:19,21,22 197:18,22

**Latino** 81:17 82:23 186:9

**Latinos** 82:9 97:17

**laugh** 92:2

**law** 4:24 148:10

**lawsuit** 10:11,14 23:7

**lawyer** 22:6

**lay** 70:8

**leading** 145:17 179:10

**league** 96:19

**learn** 17:14 136:18 138:7

**learned** 17:13

**leave** 42:1 43:3 86:21

**leaving** 51:3

**Leavitt** 51:10,11 53:1,11 57:16 58:21,22 59:5,8,11,20 60:13 65:12, 15 66:22,24 67:5,6,23,24 68:1,9 70:21 79:3,15 80:8 85:9,10 87:8 108:4 121:15,16,21 123:11 134:21 171:18 174:4 175:20 178:2,6,8,9, 23 184:7 187:8,22 188:5 193:2 195:20 196:1 214:4

**left** 17:6 26:5 42:1 43:10 59:11,15, 20 68:1 79:11 80:1,3 137:13,14 177:13

**legal** 4:15 152:3

**Leh-vit** 178:7

**Leinenweber** 5:4,5 210:1

**Lemoyne** 53:5,6,7,8,10 57:16 58:11,13,20,21,23 59:6,7,12,15,19 65:9,11,12,16,21,23 66:22 67:3,6, 22,23 70:21 132:6

**letters** 111:12

**letting** 21:22 196:23,24

**lie** 34:2,7 36:12 49:1,2 52:15 113:3 116:2 131:11 206:7

**lies** 34:4

**life** 15:3 32:19 33:18 34:15 35:3,5 37:8 38:5 105:4 108:20 111:18

163:22 207:1,14,19,21 208:1,5

**lifetime** 105:9,11

**light** 53:9

**lights** 53:10

**Lil** 197:19

**lineup** 98:20

**listed** 143:8

**listen** 150:15 154:14,16 174:7 188:22

**live** 31:7 32:19 33:17 51:15 57:21 78:21 105:4 193:12

**lived** 15:3 16:17 35:2 38:9 53:13 57:23 62:2,3,5,13,16 63:21 71:3 75:6 78:23 82:2,5,7 99:5 108:4 115:4,5,18 127:10 130:17 132:5,20 133:3 134:22

**living** 13:24 51:2 57:19 58:14 123:7,11

**location** 58:6

**locked** 34:24 35:7 84:16 86:3 137:5 138:5,6,8,22 189:15 208:9

**Loco** 133:11,13,16 134:8,14,15,20, 23

**Logan** 45:4 48:11,12

**long** 7:19 8:21 14:24 15:22 17:8 20:5,12 33:1,13 36:16 37:1,17 38:7 42:15 44:1,3,4 45:23 60:7,11 71:18 90:1 103:18 104:12 180:18 206:8 208:19,23

**longer** 17:23 54:9 55:3 157:23 194:12

**looked** 58:1 66:11 69:5 78:15,16 92:1,17 93:21 115:10 119:20 132:10 141:22

**Lopez** 197:24 198:1

**Lord** 118:16 130:20 134:11,12

**Lords** 122:7 130:23 131:2 133:4

**lost** 106:12 108:20

**lot** 7:23 9:2 22:15 31:3,8 32:11,21, 22,23 35:3 59:16 61:14 70:22,23, 24 71:6,7,10 73:16 75:5 79:7,8 104:15 121:9 124:15 125:21 137:22 138:15 139:15 216:9

**loud** 6:7

**loudly** 6:8

**Louisiana** 17:19 121:1

**lucky** 76:7 81:14

**Luis** 127:14

**lying** 52:9 82:21 106:3 117:20 139:9

---

**M**

---

**Macho** 127:23,24 128:1,3,4,22,23 129:3 131:21,23 132:13,24

**Macho's** 129:1 131:15,17,18,23

**made** 37:7 52:22 53:11 65:22 68:6, 8,11,13 208:16

**maintain** 147:22

**make** 22:4 27:1,2 32:14 39:4 52:21 57:24 59:9,11,13,15 65:16 68:1 70:12,14 71:16 79:24 80:1,3 113:3 128:23 135:18 155:20 193:21 199:19 209:1 213:22 215:3,7,12

**making** 8:6 24:12 37:20 43:3 86:20 127:1 139:10 164:1

**Malita** 132:16

**mama** 16:1 52:12,17 126:6

**Mamacita** 52:12

**man** 14:19 25:3,7 56:3 62:20 74:2 94:10 98:12 99:1 101:16 105:4 115:3 116:21,24 117:5,21 125:11, 21 131:22 139:12,14 141:4 143:22 145:18 148:5 149:11,12,16 150:7 151:3,4 155:4 193:18 194:3 205:23 206:1,3 215:17 216:19

**mandatory** 89:11

**manufactured** 77:1

**March** 21:19,20 26:16,17

**marijuana** 33:5 64:13

**mark** 147:23 151:11

**marked** 151:8

**married** 56:13

**Mary's** 53:3

**Mason** 5:8 136:11

**Mass** 32:13

**matter** 4:9 29:8 110:16 146:21 158:22 166:21

**Maurice** 98:16 99:16,18

LAMONT BURR, 07/26/2023

**meaning** 158:11

**means** 66:23

**meant** 134:9 207:22

**media** 4:2 29:17 31:7 102:21 103:6,10 204:8,15,19 217:8

**meet** 114:23

**meetings** 24:15 32:15

**Melendez** 127:21

**members** 97:21 119:20,21 122:6

**memory** 9:1 35:14 87:23 88:1 133:5 158:20 159:14,17 160:3,15 192:4,8

**mentioned** 17:12 29:2,4 31:14 56:17 74:14 85:5 130:4 171:6,11 183:20 191:18

**Mess-** 152:14

**message** 28:11 155:12

**messages** 152:1

**messed** 132:13,24

**Messenger** 28:12 29:19,23,24 30:5,6,7,10,16,18,19,21,23 152:9, 15

**messy** 76:4 107:19

**met** 45:1 58:6,19 123:6,14 130:12 201:2

**Miago** 129:19

**Michael** 136:11

**middle** 26:19 28:15

**Mike** 197:19,21,22

**mile** 45:6

**miles** 72:22

**Milo** 4:14 26:22

**Milwaukee** 42:9 45:3 50:20

**mind** 17:8 38:12,18 74:7 77:12 138:16 203:20 214:19

**mine's** 54:23

**minute** 25:5,22 61:1 66:8,9,10 102:24 184:11,15

**minutes** 26:2 52:22 55:2,3 60:4 63:8,11 65:5 86:14 87:2,4,10,11 91:5 94:2 103:4 153:13 211:20 212:21

**mishap** 6:15

**mishear** 188:21 199:8

**misheard** 199:10,12

**missed** 216:9

**missing** 139:15

**misspelling** 215:8

**misstates** 163:6

**mistake** 207:23

**mistaken** 52:8

**model** 70:14 71:17

**mom** 13:6 14:4 25:19,23 52:7 54:12,13,20 57:23 64:1 111:7 115:8

**mom's** 51:24 63:13

**moment** 54:5 147:16 204:7,12

**money** 50:12,14 126:7 139:15 198:22 199:6,7 216:9

**month** 21:22 26:8 32:10 114:18 196:3

**months** 18:20,21 21:7,8 26:9 33:3, 4 49:18 121:2 192:1,5 193:1 195:18,23 196:8

**Morales** 127:14

**morning** 85:7 86:8 88:22,24 112:24 153:6 154:23 198:11,13 201:2

**mother** 13:21

**mother's** 51:21,23 52:6 91:12

**mouth** 171:12 184:19 186:24 201:20

**move** 163:17

**moved** 14:1 40:18 54:15 121:1

**moving** 112:14

**muffled** 212:2

**mugshot** 206:15

**murder** 90:17 94:6 109:4 169:17, 21,22,23 170:1,3,6,7

**murdered** 108:9

**music** 119:23

**Muslim** 27:21,24 32:12 35:4 89:6 120:3 138:14

**Muslims** 31:6

**mustache** 116:7

**mute** 128:7,8

**muted** 11:16,17,23 128:9,12

**MVP** 39:21 50:10 56:20 69:9 113:14 184:4

---

**N**

---

**Nah** 81:15 185:4

**named** 127:13,14 133:13 134:11 135:1,14 136:6,11

**names** 40:19 43:20 48:18,21,24 49:3 62:5 82:3 92:1,4 98:8 109:20 127:19 201:6,7

**Narcotics** 141:3

**narrow** 65:13 67:20

**nature** 101:5 142:8

**needed** 10:15 20:23

**neighborhood** 11:11 14:12,14 16:18 18:7 19:18,19 44:19 47:13, 15,17 48:10 57:19,21 58:4 61:13 62:1 63:19,20,22 107:3,23 119:9 124:15,17,20,21 125:11 127:5,11 129:9 130:17 131:3 132:21 133:17 134:16 136:20 137:23 138:11,19, 21 165:6 172:13 180:17 181:13 193:12

**neighborhoods** 48:2,11 122:9

**nephew** 173:1 175:15

**Niago's** 129:19

**nice** 54:20 83:16

**niche** 58:3

**nickname** 12:9 81:24 110:2,15 117:7,9 127:22 130:2,3,5 131:8 133:7,11,19 134:14 157:5,8,10,15, 23

**nicknamed** 127:5,15

**night** 55:9 87:13 88:6,22 137:9 169:18 171:2

**nighttime** 42:1

**Noble** 45:4

**noises** 8:7

**nonetheless** 88:19

**noon** 89:4

LAMONT BURR, 07/26/2023

**normal** 32:8,19 53:6 96:1 112:23, 24 202:1

**north** 4:16 47:10 48:8 51:10,11 59:8 60:13,17 65:15 79:11 115:4

**Northern** 4:12

**note** 9:23

**noted** 209:10

**notes** 199:3,19

**number** 4:10 16:2 21:1 25:1 29:18 30:15 51:13 58:8

**O**

**oath** 7:19 9:3 22:4 34:3

**object** 8:14 171:24

**objection** 8:16 125:3 140:6,9 147:23 149:21 158:13 160:4 163:6 196:20 197:6 209:9,10

**obscene** 170:21

**occurred** 33:10 121:13 184:7 195:20 196:1,5,10,14,16 197:4 214:4

**offer** 64:3 147:21 149:21

**office** 4:24

**officer** 110:18,19 135:1,14 136:6

**officers** 10:12 90:7,21 170:24 200:14,20,22,23 201:2,23 202:20 203:9 216:24

**offices** 4:16

**older** 53:18 64:20 65:2,3 92:7,8,17 113:17 115:18 125:14

**one-way** 68:1,2

**open** 205:2,6

**opened** 28:21

**opening** 28:18

**opinion** 72:7 125:4 160:1 197:7

**opportunity** 145:6

**opposed** 150:12 197:5

**option** 114:5

**orange** 71:22 72:5 126:16

**order** 142:12,19 205:2 217:4

**orientated** 58:4 61:14 122:13

**originally** 34:8

**outdoor** 40:1,3

**outlet** 31:9

**overspoke** 190:16

**owned** 11:11 19:18 105:14 110:5 117:24 125:1 126:7

**P**

**p.m.** 4:3 42:4 43:11 52:19 103:6,9 204:14,18 217:7,13

**paper** 102:8

**paperwork** 157:17 189:21 190:9, 21

**parade** 112:8

**park** 18:6,10 19:19,20 39:24 40:7, 8,9,14,15 41:10,13,14 42:1,2,18, 23,24 43:2,9,10 45:2,6 46:5,6,11, 14,16 47:9 48:1,6,20 51:2 52:24 55:8 71:4,9,12 86:20,21 96:20 108:1 113:23 115:2 119:11 122:9 181:12,17,18 183:3,10

**parked** 75:7

**parking** 71:2,5,7,10 75:6

**part** 10:10 114:15 120:22 122:9 131:5 156:17 167:8 187:9

**parties** 4:21 19:12

**passed** 25:24 41:2 57:3 110:10 118:6 119:2

**passenger** 186:17 187:3,13,24 188:7

**past** 76:9,23 147:23 148:8,23

**patience** 204:22

**patient** 20:17

**patterns** 38:12

**pay** 50:18

**PDF** 205:7,9

**peach** 116:6

**pending** 172:22

**people** 7:23 18:5,8,12,14,15,22 19:15 31:8 32:11,17,22,23 33:19 35:3 39:3 40:15 42:6 43:8,16,18,21 48:18 56:6 59:16,17 61:14,23 62:1 66:12,13 71:3,9,11 75:6 78:16,21, 23 81:15,19,23 82:4 83:19 84:1

97:17 98:3,5 99:4 101:21 103:14 105:17 106:10 119:19 124:16 125:22 127:20 128:19 131:4 137:24 138:23,24 139:1 149:14 162:10 165:3,7 166:9,14,15,16 171:13 185:15,17,18 203:13,16 206:4 212:22 216:12

**percent** 57:20 135:8,24 200:13

**Perfect** 8:8,10

**period** 47:19 74:11 93:23 133:17 180:12,15

**person** 29:6 39:5 81:6 82:5,17 108:19 109:10 111:3 177:11 206:13

**personally** 142:7

**persons** 186:9

**phone** 6:1,3,4 12:2,4 13:6,7,14 14:17 15:10,16,18,19 16:1 25:1,2 27:16 29:19,21 30:16,17 33:15 111:8,9 126:16 128:15 152:1 165:2

**phonetic** 110:2

**photo** 98:21

**photograph** 205:15

**phrase** 202:18

**physical** 115:10

**pick** 32:20 60:15

**picked** 85:23

**picks** 59:12

**picnic** 18:7

**picture** 116:18 132:9 135:5,7 151:1,24 203:19 204:2

**pictures** 31:10 57:2,4 96:4 97:2,3, 14,15 98:24 99:6 101:16,20,22,24 102:1,7,9,10,12 103:13 176:15

**piece** 102:7

**pimps** 121:5

**pizza** 50:19,21

**place** 9:22 11:6 32:6 37:6 40:11 55:5 58:19 60:8 61:20 71:11 88:11 90:17 123:9,11

**places** 17:16 79:24 80:2

**plainclothes** 90:10,11

**plaintiff** 5:1,3 210:6

**planning** 20:14

LAMONT BURR, 07/26/2023

**play** 46:18 50:7 119:23 120:6
179:16,23 180:5 181:24 183:2

**played** 10:19 9:9 45:15 46:22
47:8 48:1,14 49:10,11,16,21 54:22,
23 96:14,19 119:10 124:16 135:11
136:3 180:24 181:12 182:9,17,23
200:17 210:18

**playing** 43:15 48:5 179:3,14,18
180:11,16 181:16 182:14 183:21

**plead** 141:9,11 143:21,22 150:6
183:24

**pleading** 150:9

**plugged** 102:3

**point** 22:20 69:15 70:7,8 77:9
140:5 152:16 195:9 199:21 206:18
217:4

**police** 10:12 23:7 76:7 85:5,6 86:9
89:1,3,21 91:8,13 93:8,23 94:4,6,
14,17,19,22 95:4,6,18 96:15,16
103:15,18 108:7,8 110:18,19
124:11 134:24 135:12,14 136:3,6
137:1,14 149:17 162:13 163:4
164:5 169:15,16 170:24 173:10,11
174:2 175:18 176:13,14 177:4,14
178:15 181:20 184:10 185:8
198:18 200:14,18 202:16,24 203:7
206:5,15 216:24

**polices** 135:8

**Polish** 19:7 82:13

**polo** 202:15

**pop** 138:1

**porch** 53:15 54:3 57:6 60:2 63:3,7
70:22 73:19 83:4,5

**possession** 143:15

**possibility** 131:20

**possibly** 203:18

**posted** 153:4 154:10,15,19 155:23

**Potomac** 58:11 80:9 121:22 122:3

**pray** 32:13 89:8,10,11,12,16,17
112:24 113:1

**present** 48:19 61:4

**pressing** 68:16

**pretty** 6:7 24:10 48:15 84:10
106:23 107:22 194:20

**prevalent** 106:23 107:23

**previously** 104:2

**prior** 8:5 10:1 18:5 20:19 177:10

**prison** 15:10 111:11,14,16,17,18
144:2,7 145:8

**Pritzker** 46:7,13 113:22,23

**problem** 25:15 167:8 174:18

**proceed** 5:13

**proceedings** 217:12

**process** 7:15 215:18 216:2

**professional** 128:2

**pronounce** 18:16

**property** 126:7

**prospect** 74:10

**protected** 216:18

**provide** 195:3

**provided** 152:7

**Puerto** 112:8

**Pulaski** 48:6 105:15 181:17

**pull** 68:15 71:3 204:4

**pulled** 105:17 177:2

**punch** 72:21

**purport** 152:8

**purpose** 57:7,14 147:20

**push** 34:17 69:23 123:20 192:18

**pushed** 35:5 66:7 69:22 74:3 77:5
78:14 81:9 83:2 178:12 187:18

**put** 25:2 29:11 31:10 38:18 91:9,15
94:23 100:5 108:11 119:17 128:16
131:10,12 132:21 166:20 184:18
201:20 206:24

**putting** 40:5 186:24

**Q**

**quarter** 59:1

**ques-** 94:1 211:9

**question** 8:15,18 9:8 12:6 20:6
73:12 75:20 77:7 87:17,19 92:11
95:15 97:13 101:3 107:6,13 115:23
120:12,14 141:7,17 142:22,24
145:21,22 146:24 147:1 148:17,20
150:2,4,6 155:24 156:1,15,17
157:3 158:19,23 159:12 160:7,19,

21,22 165:15,19 166:5,6,7 167:7,9
168:9 170:21 172:22 176:6 178:16
179:9,12 181:4,22 184:23 186:7
187:6,15 188:14 189:19,20 190:10,
12,13 194:1,11 195:4 198:24
206:20 208:14,15 209:22 210:13
211:10 214:6 215:23

**questioned** 36:18 93:22 95:8
99:14 103:22 108:23 109:1,8
120:17 136:23 172:9,10 174:18
200:23 201:11 203:17 206:4

**questioning** 19:2 21:4 23:10,11
36:5 91:5 96:2,21,22 141:13
143:24 144:14 145:24 149:1
150:11 151:4 175:2,14,24 176:16
182:15 188:13 190:4,8,23

**questions** 7:18 9:24 18:1 22:8,15
33:21 39:12 86:4 93:20 94:1 96:3
100:9 101:12,13 102:5 104:15
116:24 142:3,10 146:2,3 158:1,2,4
159:10 160:16 163:16 170:9,14,18
171:1 180:21 184:2 191:19 195:1
197:1 199:18 200:4,11 209:24
214:17

**quick** 38:15 103:2

**quicker** 139:21

**quickly** 194:14,16 195:5

**quiet** 23:23

**R**

**R-A** 99:24

**R-A-F-I-E** 99:24

**R-A-H-E** 5:9

**race** 19:8 92:12

**Rafie** 99:22,24

**Rahe** 5:9,19 10:8 11:19 16:9 27:9
97:18 102:19,22 103:1,4,12 125:18
128:13,21 140:11 148:3 149:3
150:1,8 151:10 157:24 209:9

**Rainbow** 47:10 48:8

**raised** 35:4 138:14

**ran** 13:5,12 14:11,15 18:7,12 40:15
66:17 67:18 79:15 111:18 139:8
184:16 201:6

**range** 45:16

**reach** 52:15 72:22

**reached** 12:18,24 16:2,3 24:18 26:11 27:10 174:5

**reaching** 45:24 48:4 52:8 60:10 61:24 71:19 73:11 115:11

**read** 151:23 155:4,5 193:6

**reading** 147:8,9,10 148:15

**ready** 153:1 154:9

**real** 33:18 58:3 72:22 110:3 129:1, 2 132:15,18 142:4 164:1

**realize** 144:24

**realized** 37:8

**reason** 18:3 76:6 90:3 184:6

**recently** 16:4 17:16 21:21

**recess** 103:8 204:17

**recognize** 98:1,4 151:18 205:24 206:1

**recognized** 13:17 98:6,9

**recollect** 10:1 36:24 38:3 88:3 132:7 154:20 159:5 183:19

**recollection** 37:20 38:14 72:8 81:11 136:13 159:20 161:24 167:24 168:1 176:18 187:20 189:6, 24 211:4 212:4 216:6

**record** 4:3,21 5:23 8:17 76:3 102:20 103:7,11 135:22 147:22 149:22 151:24 159:22 165:2,21 166:3,20 167:3 168:19 170:13 172:16,18 184:1 204:7,16,20 205:10 217:6,10

**recording** 190:9,11,14,15

**records** 192:2,4

**red** 71:21 72:3,4,8,9,11

**refer** 11:8,13 12:8,16

**referring** 41:6 155:9,10,11,22 156:11,13,14 176:23 178:6,10

**refresh** 7:16

**refresher** 8:24

**refreshing** 9:1 35:14

**refusing** 166:5,7

**regentrificated** 121:18

**regular** 31:8 63:15 114:13 203:7

**relate** 198:18

**released** 15:15

**relevance** 145:1 150:16 180:20 181:21

**relevant** 125:4 140:6 141:19,20 142:3 145:1 147:20 150:17 197:6

**religious** 34:6

**remember** 10:16,18 21:6,18 22:13 25:8,12 28:16 36:19 37:11,12,14, 21 38:4,24 39:4,14,16,17 40:13 41:24 43:16,20 44:14,22 45:10,14, 19 46:3 47:21 48:3,5,17,22 49:3,4 52:11,16 53:14 54:6 58:5 61:9 62:21 65:24 66:5 69:1 71:16,20 72:15 77:19 78:11 85:11 86:18 88:3 89:9 91:24 92:1,3,18 96:12 104:4,5 105:5 109:18,21 110:14, 22,23 112:15,18 113:7 115:16,21, 22 116:11,14,19 117:1,4 127:4 132:10 133:16,19 134:15,23 144:10,22 145:9,11,12 154:21 156:23 159:1 160:3,10 162:16,17 168:20,21,24 169:3,5,11 174:19 176:2 181:14 183:19 188:8 191:8, 10,17,18,22,24 192:11,14,17 193:16 194:4,8 196:2,6 197:12 206:13 208:7,21 210:10,17

**remembering** 89:5 184:3 206:23 210:23

**remembrance** 159:20 169:8 193:4

**reminder** 6:5

**Renee** 52:2

**repeat** 9:9 97:8

**rephrase** 9:10 58:18 195:2

**replayed** 10:19

**reporter** 4:18 5:11 6:9 7:20 11:17 97:6,7,11,12 107:17 166:22 167:2 173:16,17,20 193:5 215:3,5,12

**reports** 198:18

**represent** 4:22 5:1,5 200:10 216:22,23

**represented** 6:24 8:3 9:12,14 148:11

**representing** 4:15 5:10

**represents** 5:2

**require** 142:21

**required** 142:10

**reschedule** 6:16

**research** 115:3

**reserve** 214:19 215:11

**resist** 206:18

**respect** 122:1 148:14,15 175:5

**respectfully** 146:1 148:5

**response** 128:6

**rest** 20:11 88:21

**restaurant** 11:12 54:11,14,16 117:24

**retired** 40:16

**reunion** 18:7,23

**rev** 72:21

**review** 215:14

**reviewed** 22:22 198:17

**Reynaldo** 4:10 5:5 135:1,14

**Rican** 112:8

**Rich** 43:23

**Richard** 44:6,21,23

**Richards** 4:23,24 5:1,2 10:7 16:8 20:21 23:15 26:9 125:3 140:3 147:15 149:20 150:3 158:13 160:4 163:6 171:24 172:3 188:20 189:2 190:17,20 191:19,20 192:5,12,24 193:1 194:2,4 195:18,23 196:20 197:6 198:6,7 199:18,22 200:1,3,7, 8 204:10,13,21 205:1,4,8,11 209:5, 10,12,21 214:18,21 215:21 216:10, 20

**Richards'** 189:21

**Rick** 43:22

**Ricky** 43:23 44:5,6,7,21,22 45:1,2, 8,9 125:13

**ride** 94:18 203:7,10

**rides** 203:7

**ringing** 135:20

**Rios** 4:9 5:1 10:1,11 11:7,9 12:8, 17,24 14:17 16:22 18:23 24:4,18 26:11 31:21,24 33:9 37:11 45:8 60:2 61:5 62:9,14,24 63:2 64:6,19 65:1 66:15,18 69:6,12 77:3,8 78:7 79:6 82:16 83:1 86:17 87:1 104:7 111:3 112:10 113:16,17 114:23 115:5 116:2 117:7,12 123:4 124:23 125:19 129:14,18 130:9 136:18 137:5 138:4,20 140:8 144:1

LAMONT BURR, 07/26/2023

152:10,24 153:7,18 154:6,9 164:8, 23 165:14 166:2 167:13 175:21 176:4,24 188:9,11 193:11 196:8, 13,15,17 198:21 200:10 207:16 208:3,9 210:7,16

**Rios'** 52:6 109:12 111:21 115:9 147:17 152:8 197:4 209:2

**Rios's** 13:21

**Rita** 52:2

**robbery** 145:14,15,16

**rode** 94:20

**Rodriguez** 109:13,24 110:19 112:3

**Rodriguez's** 185:10

**rods** 68:22

**rolled** 34:18

**room** 23:20,21 86:3 88:20 91:6 93:18 94:23 95:1,9,16 173:3 175:15

**roster** 50:2

**round** 58:7

**rounds** 77:2

**row** 61:7 82:7,8

**RPMS** 72:21

**rules** 7:16

**run** 16:6,12,14 17:21 57:6 78:1,19 79:3 85:14 88:19

**running** 18:4 78:5,18 79:2

**runs** 59:7,8

---

**S**

**S-E-N-N** 212:15

**Sabin** 71:14 75:7,8

**sale** 146:10,23

**Samantha** 197:13,14,17

**sarcastic** 175:2

**sat** 7:2,7 8:4 95:16 182:20

**saved** 34:15 37:8 38:4

**Savich** 4:14

**savvy** 31:3

**scared** 81:13 161:18

**Schiller** 53:7,10 58:11 80:1,3,23

**school** 18:9 35:5 46:10 47:23 48:7 49:14,15,17,20,21 71:14 75:7 108:2 113:15,18,20 114:3,8,9,13, 19,20 120:7,8 122:19,20,21,23 124:21 173:2 182:9 211:7,13,15,24 212:1,3,6,8,14 213:12,18,21

**schoolboy** 124:3

**schools** 182:10

**Scott** 149:7,10,12

**screech** 68:17 69:14 73:1

**screeched** 65:23 69:4,17

**screeching** 68:12 70:11 72:20 161:11 185:24

**screen** 150:23 151:1,3,13,15,16 154:8 155:21 156:1,18 203:23 204:2 205:3,15

**script** 174:21

**scroll** 151:19,21

**sec** 77:6 85:12 139:11 141:10

**seconds** 69:18

**sectioned** 121:18

**sell** 126:5

**selling** 121:20,24 122:6 126:10

**semifinals** 47:7

**senior** 92:19,20,21

**seniors** 92:20

**Senn** 114:19 212:8,15

**September** 49:18

**sergeant** 96:12,13,18 103:23 104:1 201:13,16,17

**set** 95:11 126:16

**seventh** 114:1,2

**Shakespeare** 91:7 95:18 96:15 174:2 175:19 206:4

**share** 203:23 205:2,12,13

**sharing** 157:2

**shirt** 202:15

**shit** 81:13 139:13 184:19 190:24 199:16 214:15

**shoes** 202:14

**shoot** 122:16,19 137:24 187:23

**188:7

**shooter** 34:1

**shooting** 33:10 34:18 35:13 77:17 79:18,19 81:14,15 87:16 88:10 105:18 108:22 111:3,7,21 113:10 121:13,14,24 122:21 123:18,19 124:9 137:9,17 139:5 159:14,18 160:3 161:14,15 162:11 167:20 170:16 171:1,16,18,19,22 172:10, 13 173:12,14 174:4,7,13 175:24 176:10,22 177:12,16,19,20,21,23 182:18 185:12,16 186:13,21,22 187:2,21 188:10 193:14,15 210:11, 18

**shootings** 108:3 137:23

**shop** 105:19

**short** 99:17 102:20

**shortly** 5:3 69:18,19

**shot** 66:14 74:8 76:18 77:1 78:3 105:9,10,13,20,22,24 106:1 161:17 170:11 171:19 177:2,22 178:11 184:17 185:19 187:19 203:22 207:3,7,15,17,20,21,22,23 208:2, 11

**shots** 73:8,10 77:21,22,24 187:13

**show** 18:11 19:24 91:22 97:3,14 102:6,9 151:11,12 175:4 190:18, 22,24

**showed** 53:21 97:1,14 98:24 102:2 132:8 175:6 176:14

**showing** 96:4 151:1

**shown** 98:21 203:19

**side** 51:22,23 65:11 75:4,5 78:22 79:8,11,14 82:1,6 95:10,11 106:4, 19,22 114:12 115:6 120:3 121:15, 21 122:16 187:3,10,11,21,24 188:6,7 189:17 193:18

**sides** 75:4 114:12 215:19

**sidewalk** 54:4

**similar** 104:15

**simple** 165:23 184:23 200:12

**simultaneous** 8:22 14:9 19:22 20:2 21:13 35:23 36:7 45:20 57:13 62:7 64:9 68:5 73:24 75:13,15 80:17 83:6 86:15 88:8 89:23 90:23 97:20 99:9,12,20 100:15 106:11 107:1,10 108:17 116:12 118:22 119:4 132:1,14 142:14 146:15

Urlaub Bowen & Associates, Inc.   312-781-9586

147:2 149:5 150:18 156:3 157:13, 19 159:2 160:12,23 161:6 164:7 166:12 169:19 172:1,8 181:5 183:16 186:15 190:6,19 191:11 194:18 196:22 199:15 200:2 202:22 211:16

**sir** 146:1 150:24 156:7

**sister** 23:17,18 52:16 56:7 91:12 106:20 110:16,20,23 129:11,12 130:11,13 139:12 193:10

**sister's** 110:21 175:15

**sisters** 64:1 126:2

**sit** 24:1 36:12 83:23 116:23 148:22 161:24

**sit-down** 83:22

**sitting** 105:16 148:9 160:19 192:6

**size** 83:16

**Skin** 115:15

**skip** 139:19

**slacks** 202:7,14

**sleep** 89:18

**slide** 25:4

**slighted** 142:7

**slowly** 151:20

**small** 65:13 67:20

**smoke** 64:5

**smoked** 125:23,24 126:4

**smoking** 64:3,6,13

**sneakers** 202:6,21

**sobriety** 24:15

**soccer** 54:24 136:3

**sold** 110:11 125:19,22

**son** 13:14 23:20 137:4

**son's** 26:15

**Sons** 50:20

**sophomore** 212:10,12,16,17,18, 21,23,24 213:3,6,9 214:3,9,10

**sort** 7:3 63:14 115:15 200:16

**sound** 60:14 109:13 128:12 131:19 132:16 136:12 152:4 199:14

**sounds** 7:22 118:3 122:12

**south** 59:8,20,21 65:15 68:2,7,9 79:15 187:8,22 188:5

**Spanish** 130:20,23 131:2 133:4, 13,18,20 134:2,7,10,11,12,13

**speak** 6:6,7,12 14:24 85:6 100:16, 17 153:24

**speaking** 62:24

**specialists** 202:19

**specific** 22:1 121:13

**speculation** 125:4 172:5 196:21

**speculative** 196:21

**speed** 214:24

**spell** 5:22 44:2 99:23 212:13

**spend** 24:14,16 144:2

**spending** 24:11 33:18

**spent** 145:8

**spoke** 12:23 13:10 14:18 15:9 53:16,23 61:10 82:17 173:9,10,11, 13 174:2,3 175:18,20,23 176:1 196:15,16 210:6,7

**sports** 47:23 48:16 74:11,12 119:22 124:16

**Square** 45:4,5 48:11,12

**St** 53:3

**stair** 84:23

**stairs** 54:4,8 83:9,12,17,19 84:24

**stand** 34:7 83:19 84:2

**standing** 53:12,15 54:2,9 57:6 59:1,4 63:3 65:7 66:16 70:5 71:1 74:23 75:1,4,23 83:2 93:18 176:24 188:15

**start** 16:5 37:7 41:20 43:3 51:2 52:18 53:21 86:20 120:8 167:7 179:3 180:19 183:24 211:5

**started** 29:1 34:18 38:2,19 51:6 69:12 73:8 77:9 78:5 86:12 96:4 120:12 121:6 122:4 123:11 124:18 180:13 213:17,18,21

**starting** 213:11

**state** 5:22 21:9 125:7 169:13 170:7 215:18 216:22

**statement** 207:24 208:17 209:19

**states** 4:11 38:9,10

**station** 91:8,13 93:8 94:4,7,15,17, 19,22 95:4,7,19 96:15,17 103:16, 18 108:8 137:1,14 162:14 163:5 164:5 169:16 174:2 175:19 177:14 206:5

**stations** 135:12 136:4 181:20 200:18

**stay** 29:14 42:22 45:2 56:7,8,9 58:9 88:21 94:8,11 114:6 124:15

**stayed** 45:3,5 51:14 66:8 79:1,4 80:7 85:9 114:10 121:21 122:5 189:15

**staying** 17:18

**stays** 56:5

**Stephen** 4:24 5:2 10:7 125:3 200:8

**steps** 63:3 85:1 177:1

**stick** 42:15 148:20 174:20

**stipulate** 147:21 148:2 149:22

**stipulations** 147:18

**stood** 55:1

**stop** 68:16 106:16 123:4 124:6 128:15 157:2 179:13 180:11,19 205:12 215:17

**stopped** 33:2 79:18 96:8 179:14 180:13,16

**store** 13:5,13 14:14 17:9 111:8 126:8

**storefront** 28:20

**straight** 34:1 80:5,6

**street** 4:17 41:13,15 53:9 59:2,3,5, 7 62:2 65:12,14,19 66:13,22 67:7, 20 68:1,2 78:17 80:8,14 81:3,20 82:16 115:6 123:5,12 187:10

**streetlights** 70:15

**streets** 65:13 67:14,17,18 73:18, 19 138:10

**strike** 73:3 111:19 210:8

**strokes** 119:18

**stuck** 42:4 168:4

**stuff** 25:21 28:3 61:15 83:23 91:9 104:18 115:24 121:5 139:10,20 194:4,5 214:12

**stupid** 174:9 179:11,12

**subpoena** 214:23

LAMONT BURR, 07/26/2023

**substance** 146:10

**suggesting** 100:3,19 101:1,4

**suing** 144:20

**Suite** 4:17

**summer** 48:7 96:19 120:5 171:22 173:2 182:4,6,8 183:13 213:11 214:2,3,8

**summertime** 124:19 182:12

**supposed** 123:3 124:4,5 128:1 138:11 148:7 173:5

**surprised** 125:1

**survival** 120:22

**swear** 5:12

**sweatshirts** 203:12

**sworn** 5:14,17 22:4

**system** 216:11

---

**T**

**T-A-M-I** 55:18,21

**T-A-M-M-Y** 55:22

**T-SHIRTS** 202:6,21

**tac** 202:20 203:9

**tactical** 201:17 202:9,11 203:2,12

**tad** 55:6

**takes** 86:13

**taking** 6:10 7:20 107:18 199:2

**talk** 6:12 14:16,22 15:21 20:19 21:24 23:18 24:3,16 25:4 28:11 31:10,20,21 32:5,8,9 33:17 36:17 37:1 63:8 95:22 96:8 111:11,20 112:10 124:6 136:20,21 138:17,18, 19,20,24 139:1 153:17,21 154:2 165:3,6,7 166:16 167:5 174:6,12 180:9 192:20,23 193:1 195:24

**talked** 10:23 15:16 18:17 21:14,15, 16 22:24 23:8,14 24:6 25:16,20 26:1,13,18,20 27:13,15 28:14,16 30:1 33:9,14 35:12 37:17 63:24 87:9 109:7 111:6,13 153:18 171:12 174:15 177:19 178:14,17,19 192:4, 11,24 195:17,22 196:3,7

**talking** 19:15 32:6 33:16 34:16 54:6 55:3 60:3 61:5,17 63:4 64:12 69:6,12 74:20 104:2,13 107:19 109:5 116:23 128:24 139:2 142:22

148:12 154:24 155:2 156:24 162:10 166:17 167:10 169:15 173:21 176:11 178:19 185:17 188:9 190:11,14 192:15 202:10,11

**tall** 116:11,14 117:1

**Tammy** 55:17,22 56:8

**tavern** 117:24 126:8

**team** 43:17,21 44:15 46:2,3 56:20 126:2 184:4 201:17

**technically** 123:3 204:24

**teenager** 66:2 69:10 115:17 181:1

**teleconferencing** 4:7

**telephone** 21:1

**telling** 20:9,22 22:5 26:14 35:17 37:2 54:15 72:7 88:3 100:11 104:19 135:22 141:24 162:6 169:4 184:14 187:7

**ten** 47:15 48:13 106:13 133:15 144:12 145:10 182:1

**ten-man** 50:2

**term** 92:5

**terms** 147:24 201:23 206:21,22

**territories** 119:9 120:15

**territory** 121:14

**testified** 5:17

**testify** 157:20 209:15

**testifying** 22:2

**testimony** 10:15 20:23 37:19,22 38:23 39:6 88:16 100:8 144:21 158:9 159:19 162:18 163:12,23,24 173:13 174:1 175:23 176:2 183:18, 22 185:20,23 186:6,8,10 187:7,17 189:5,13 191:14,16 202:2

**text** 27:18,19 28:5,6,10,12 29:17, 19,23 30:1,5,16,17 155:12 198:6,8, 13

**texted** 28:23 29:5 152:13,14,24 153:3

**texts** 153:7

**thanked** 28:24 34:23

**that'd** 214:20

**theyself** 131:5

**thing** 29:10 34:22 47:20 63:14 66:5 96:9 111:1 115:15 155:15 188:5,6

193:4,24 200:16 202:6

**things** 10:19 19:11,12 25:24 31:4, 7,8 32:23 39:4 74:13 76:3 92:14 114:15 138:9 158:21 159:7 164:17, 19,21 166:16 215:1,16 216:13

**thinker** 38:15

**thinking** 17:24 19:16 37:7 38:12, 19 132:12,24 210:22

**thought** 12:19 33:13 34:8 35:19 36:9,14 37:4 54:14 117:14 118:21, 24 130:20 133:2,3,22 134:6 146:24 147:1 166:8 169:24 184:13,14 187:16 189:24 199:2,5 208:17,18 210:20,21 211:13

**three-** 47:5

**three-game** 48:5

**three-on-three** 50:1

**throw** 201:15

**throwing** 45:21

**till** 121:2

**time** 7:6 8:12,21 12:23 14:23,24 15:5 17:22 18:19 20:5,17 21:2,17, 19 24:11,14,16 26:14,20 27:11,13 28:7,10 33:14,18 35:8 36:3,4,16,24 37:4 38:2,7 41:19 44:1,3,4 45:23 49:15,20 53:9 54:13,18,19 56:1 58:15 59:17 60:11 61:5 62:16 65:1 76:17,19 77:13 78:5 86:19 87:12, 13 88:2,5,10,14 89:2,10,15 94:5 95:24 103:5,9 105:12,21 107:3,24 108:4 111:2,6 112:6 117:15 120:8 122:19,23 123:10,14 124:3,20 140:23 144:2,7,8 165:3 167:3,5,12 173:10,13 174:3 175:19 176:23 177:6,13 178:10,17,23 180:12,15 181:13 182:9 185:3,11 189:23 199:19 203:21 204:14,18 206:8 207:2,9,14 208:19 210:17 211:5,14 215:2 216:8 217:1,7

**timeline** 86:11

**times** 14:2 16:13 18:18 26:14 50:15 89:12,15 104:9 106:9 111:17 113:1 122:15 126:1 130:12 156:20 159:6,12 160:17 165:22 166:7 182:20 196:12

**Tino** 22:12 130:5,8,9,12 188:20 189:4 190:18 191:1,2,9,18,21,23 192:5 193:8,9,11 194:2

**Tino's** 130:11

LAMONT BURR, 07/26/2023

**tiny** 200:9

**tired** 195:8

**tires** 65:8,23 68:12,16 69:4,17 70:11 72:20 73:1 161:12 185:24

**today** 4:18 5:20 6:2 7:19 9:13,17, 20,22 20:20 22:21 23:15 24:4 37:20 38:23 91:17 104:16,19 128:18 139:16,24 141:14 177:10 178:11 216:9

**told** 10:15 13:9 15:23 18:16 21:3,9 22:3,11 23:2,5,21 24:8,23 25:10 26:6 27:21,22 30:1 33:20 36:4,13, 22 37:11,13,16 57:8 75:3 76:7 77:3,8,10,12 79:7 85:5 86:7 87:20 93:14,15 94:5,20 101:22,23 104:18 106:3 108:8,21 111:13 115:1,2 117:19,20 124:11,16 125:10 139:12 145:12 148:10 149:17 152:13,14 154:3,9 156:22 159:3 161:9,11 162:24 164:8,13,14,24 168:21,22 169:6,21,24 170:5,18 174:11,17 178:18 181:15 183:17, 18 187:17 188:1,14 189:10,23 193:15 194:3,7,16,22,23 196:16 208:16 209:14 212:20 214:7

**tolerated** 131:1

**Tom** 5:4 209:24

**tongue** 206:17

**top** 83:4,13

**Torres** 133:11,14,18 134:4,11

**Torreses** 133:12

**total** 8:6

**touch** 16:11

**tournament** 39:20,23 40:6 41:17, 20 45:15,18,22 46:4,18,20,24 47:2, 5 48:19 49:12,13,14,23,24 50:8,11, 24 53:20,24 96:20 113:13 182:17, 23 183:3,5,7,13 184:4 206:23 207:2,8,15 208:2,11 210:12,19 211:1,3,24

**tournaments** 41:7 46:21 47:9,15, 18 48:5,9,12,14 49:12,16,21 179:4, 15,16,17 180:12,16,24 181:9,11, 16,17,24 182:8,12 200:16 201:16

**Toyotas** 68:21

**trailer** 110:7

**trailers** 110:6

**transcript** 215:4,6,13,24 217:3

**transpired** 21:8

**traveling** 66:24 67:1

**treacherous** 114:18

**trial** 144:19 150:11,12 152:4 216:16

**trick** 87:17,19

**trip** 212:20

**tripping** 205:5

**trollies** 67:15,17,18

**trophies** 56:19 85:17

**trophy** 39:20 50:12 53:20,22 56:17,18 69:9

**truck** 110:12

**trucks** 110:7

**true** 149:23 168:18 207:24

**trust** 150:21 215:12

**trusting** 215:5

**truth** 9:4 22:5

**turn** 59:11 66:21 68:6,8,12 70:20 128:11

**turned** 59:20 65:23 68:4 70:19 71:6,11 73:13,22 75:6 80:10,12

**turning** 65:8 70:16 185:24

**turns** 68:3 69:13

**turntables** 120:2

**TV** 93:1 120:9

**twelve** 69:24

**twist** 163:7,8 165:10

**twisted** 216:7

**Twitter** 29:8,10

**two-** 48:5 72:12

**two-door** 69:2 188:2

**two-way** 65:12,14,18

**type** 22:22 45:18 47:8,16 68:24 119:22 124:14 138:12 152:8 216:2

**typically** 11:8 46:17,23

**U**

**Uh-hmm** 176:9 194:10

**uh-huh** 7:24

**uh-uh** 7:24

**Ukrainian** 19:7

**uncomfortable** 164:2

**understand** 8:9 9:8,16 10:9 88:7 117:6 144:24 150:15,16,19 168:13 169:14 196:17 197:3 208:14

**understanding** 9:19,21 169:17 173:12,24 177:3

**unfriendly** 106:18

**unified** 19:6

**uniform** 90:21 202:16,24

**Uniformed** 90:10

**unit** 4:2 103:6,10 204:15,20 217:8

**United** 4:11

**units** 102:21 204:8

**unlawful** 146:6

**unmarked** 203:10

**unsure** 166:11

**unwanted** 69:7

**upbringing** 105:7

**Urlaub** 4:15,18

**user** 32:16

**V**

**V-A-N-E-S-S-A** 51:20

**vacant** 70:22,23

**vague** 158:13 160:4

**Vanessa** 51:16,18 91:16

**varies** 47:24

**versus** 4:10

**vests** 202:12 203:12

**Vice** 118:16

**vicinity** 61:18

**vid** 30:20

**video** 4:3,6,21 6:10 27:16 28:11 30:22 103:7,11 153:12,23 204:16, 20 217:10

**view** 215:22 217:2

LAMONT BURR, 07/26/2023

**violence** 106:7,23 107:22

**visiting** 14:13

**vividly** 25:10

**vocational** 114:14

**voice** 6:6 212:1

**voluntarily** 214:22

---

**W**

**wait** 75:16,19,20 77:6 107:4,5,7 145:3 184:11,14

**waiting** 26:4

**waive** 214:19 215:11

**waiving** 217:2

**walk** 52:23 53:22 55:7 57:5,15 95:7

**walked** 53:5,8 76:8 86:12 87:1

**walking** 51:6 52:18 55:8,10 56:16 57:8 59:19 86:12 96:7 119:14 124:6

**want-to-have-adventure** 124:14

**wanted** 8:23 20:7 135:16,18 184:13 214:24

**wanting** 173:2

**War** 122:7

**watch** 61:15 66:6 69:20 74:2 78:13 93:1

**watched** 13:19

**watching** 61:11

**ways** 30:11

**weed** 125:23,24 126:4

**week** 6:15 32:9 49:5,6,10

**weekdays** 49:14

**weekends** 49:13

**weekly** 47:20

**weeks** 21:22

**weight** 115:12

**well-niched** 61:13

**Wells** 114:10,17

**west** 59:7,19 80:13 106:4,19,21

**Western** 65:17,19 67:2,6,21 80:12 122:17 171:1,3,6,7,11,16,20,22

172:11 176:10,19,21

**What'd** 20:3 97:9 154:17 167:1 182:5

**whatsoever** 72:16

**When's** 56:1 144:8

**white** 81:18 90:20 92:5,13,15,16

**Whoppers** 42:13

**Wicker** 18:6,9 19:19,20 39:24 40:9 41:5,13,14 45:2 46:5,14 47:9 48:6, 20 52:24 113:23 115:2 122:9 181:12,17,18 183:3

**wife** 14:23 17:8,9,24

**Wildcats** 46:13,15,16

**win** 47:4,6 56:21 211:2

**Winchester** 129:21

**winners** 50:13

**winning** 42:7 69:9

**witness'** 125:4

**woke** 89:19

**Wolcott** 115:4,8 118:2 123:5,6,7 134:22

**women** 29:13

**won** 39:20 50:8,10 53:19,24 113:13,14 182:21,24 183:15 184:3, 4 206:23 207:2,14 208:1,11 210:11,24 211:23

**wonderful** 5:21 153:9

**wondering** 93:22 156:10

**Wood** 96:16

**word** 84:4

**words** 7:22 104:21 108:12 165:10 170:20 184:18 186:24 201:20 206:11 215:8,11 216:7

**work** 24:14 28:19,22 32:12 95:14 107:20 189:11 193:19,20 204:1,5 216:12

**worked** 53:10 106:21 135:23 193:19

**working** 29:1 133:15

**works** 189:11

**worried** 100:22 101:2 216:17

**worry** 172:24 179:22

**wound** 117:16 118:5

**wow** 10:21 65:10 99:2 100:18 109:14 115:11 117:2 143:1 144:11 146:12 149:19 177:24 180:8 182:1

**write** 199:4

**writing** 6:10

**wrong** 88:2 188:18 202:3 215:8

---

**Y**

**y'all** 20:12 24:8 27:2 33:20 34:17 53:19,24 54:11 107:11 115:3 139:16 148:11 159:23 162:1 174:22 175:3 178:19 182:13 194:12 201:6

**year** 10:18 12:19,21,22,24 16:7 24:19 27:10,17 28:15 37:1 111:5 114:3,6,11 119:3 129:13 145:7 174:4,15 181:24 183:2,6 210:7,16 212:9,10,11,16,17,18,21,23 213:3, 6,9,13,16,17,22 214:3,4,9,10

**years** 9:22 10:20 12:14 13:21 14:21 17:17,19,20 18:24 25:18 32:7 34:9 56:3 65:2,4 104:23,24 106:5 110:12 111:17 113:21 115:18 123:16 129:12 133:15 140:22 141:23 144:12,23 145:7 148:8,23 158:10 161:21,22 162:7 179:5 180:4,6 193:16 201:8

**yelling** 188:9

**yesterday** 109:9

**York** 127:15,16,17

**young** 92:21

**younger** 201:24

---

**Z**

**Zoom** 4:6 172:17