☛ **ORIGINAL**

S W O R N    S T A T E M E N T

| | |
|---|---|
| PEOPLE OF THE STATE | ) |
| OF ILLINOIS | ) |
| | ) |
| VS. | ) CASE NO. 93 CR 18173 |
| | ) |
| ARMANDO SERRANO, | ) |
| | ) |
| Defendant. | ) |

---

The sworn statement of **TIMOTHY DUANE RANKINS** in the above-styled matter was taken pursuant to notice for discovery and/or evidentiary purposes, before Aneta M. Bazzie, a Notary Public within and for the State of West Virginia at Large, on the 3rd day of April, 2012, commencing at 12:17 P.M., EDST, at the Beckley Federal Correctional Institution, 1600 Industrial Road, Beaver, West Virginia.

**BROWN REPORTING AGENCY**
P.O. Box 5473
Beckley, West Virginia 25802-5473
304/252-4106

APPEARANCES:        JENNIFER BONJEAN, ESQ.
                       LAW OFFICE OF JENNIFER BONJEAN, PLLC
                       142 Joralemon Street
                       Suite 5A
                       Brooklyn, New York 11201
                         Counsel for Defendant

I N D E X

Witness:                             Examination

Timothy Duane Rankins               3

Exhibits:                            Marked

Rankins Exhibit No. 1               15

Reporter's Certificate -- Page 34

**B.R.A.**

1                        (Witness Affirmed)

2    THEREUPON came,

3            T I M O T H Y   D U A N E   R A N K I N S

4    who, having been first duly affirmed according to law,

5    testified as follows:

6                          EXAMINATION

7    BY MS. BONJEAN:

8            Q        Good afternoon, Mr. Rankins, my name is

9    Jennifer Bonjean and I represent Armando Serrano in the

10   case of the People of the State of Illinois v. Armando

11   Serrano, Jose Montanez, and Jorge Pacheco.  Do you under-

12   stand that, sir?

13           A        Yes.

14           Q        And do you understand that I represent

15   Armando Serrano?

16           A        Yes.

17           Q        Okay.  And, Mr. Rankins, we are here

18   today at Beckley Federal Correctional Institution.  And,

19   sir, is it correct that you are an inmate here at Beckley

20   Federal Correctional Institution?

21           A        Yes.

22           Q        And do you understand, sir, that the

23   purpose of my visit today is to take a sworn statement

**B.R.A.**

JR-L 02895

Exam.                                                                    4

1   from you regarding your knowledge of facts related to the

2   prosecution of Mr. Armando Serrano and Jose Montanez?

3          A       Yes.

4          Q       And, Mr. Rankins, do you understand

5   today that you are under oath, sir?

6          A       Yes.

7          Q       And do you understand that by taking

8   this oath you are swearing to tell the truth to the

9   best of your ability?

10         A       Yes.

11         Q       And, Mr. Rankins, would it be fair to

12  say that we are in an interview room at Beckley Federal

13  Correctional Institution and that you, myself, and a

14  certified court reporter are present in this room?

15         A       Yes.

16         Q       And is there any reason you cannot

17  give truthful testimony here today, Mr. Rankins?

18         A       No.

19         Q       And is anyone forcing you or coercing

20  you to give this statement here today?

21         A       No.

22         Q       And have you been promised anything

23  in exchange here for your testimony today?

**B.R.A.**

JR-L 02896

Exam.                                                                    5

1              A        No.

2              Q        Okay.  We'll start easy.  Can you

3   please state your full name?

4              A        Timothy Duane Rankins.

5              Q        What is your date of birth,

6   Mr. Rankins?

7              A        1-16-74.

8              Q        And it's fair to say that you currently

9   reside here in Beckley -- or Beaver, West Virginia, where

10  the Beckley Federal Correctional Institution lies?

11             A        Yes.

12             Q        And, sir, do you know what your

13  anticipated release date is?

14             A        2015.

15             Q        Okay.  Now, Mr. Rankins, I would like

16  to draw your attention to spring of 1993 approximately.

17  Okay?  Where were you living?

18             A        I was living on Central Park and

19  Shakespeare.

20             Q        And would that be the area of

21  Humboldt Park?

22             A        Yes.

23             Q        At that time, sir, were you a member

Exam.                                                                6

1   of a street gang?

2          A       Yes.

3          Q       And what street gang was that?

4          A       It's known as Insane Spanish Cobra.

5          Q       And can you repeat that in case the

6   court reporter had a hard time understanding?

7          A       Insane Spanish Cobra.

8          Q       Insane Spanish Cobra.  Is that correct?

9          A       Yes.

10         Q       Now, Mr. Rankins, in the evening hours

11  of June 10th, 1993, do you recall being arrested in the

12  area of Shakespeare and Central Park?

13         A       Yes.

14         Q       And can you tell me what happened when

15  you were arrested at that time?

16         A       Yes.  I was standing in front of the

17  apartment I was renting when a blue and white pulled

18  up, and behind a blue and white was a plain -- was

19  a plain car, police car, and in the back of the police

20  car was a -- was a known female from the neighborhood

21  as being a prostitute.

22         Q       Okay.  And, Mr. Rankins, when you

23  say blue and white, do you mean a marked Chicago

**B.R.A.**

Exam.                                                                    7

1   police car?

2          A        Yes.

3          Q        And when you say an unmarked car --

4   what did you recognize an unmarked car to be?

5          A        A detective car.

6          Q        Okay.  And tell me what happened after

7   they pulled up on you?

8          A        When they pulled up, the female officer

9   got out of the car, she said, don't run, I didn't run,

10  then handcuffs was placed on me, I was placed in the back

11  of the unmarked police car where there was three -- there

12  was three detectives in the car, and they drove me to

13  the police station.

14         Q        Do you now know the name of the

15  detectives that were in that car?

16         A        Yes.

17         Q        Can you please tell me their names?

18         A        Detective Guevara, Detective Mingey,

19  which recently was a sergeant, and Halvorsen.

20         Q        Okay.  And I'm going to say their names

21  again, and you can tell me if I'm correct, so that the

22  court reporter has it perfectly.  Would that be Detective

23  Reynaldo Guevara?

**B.R.A.**

Exam.                                                                    8

1          A       Yes.

2          Q       And that's G-U-E-V-A-R-A?

3          A       Yes.

4          Q       And would that be Detective Halvorsen?

5          A       Yes.

6          Q       And Detective Sergeant -- or Sergeant

7    Mingey?

8          A       Yes.

9          Q       M-I-N-G-E-Y?  Do you know?

10         A       Yes, something like that.

11         Q       Okay.  Now, after you were placed in

12   the unmarked vehicle, where were you taken?

13         A       I was taken to the police station on

14   Grand and Central.

15         Q       And do you know on what charge you

16   were being arrested?

17         A       They said armed robbery.

18         Q       When you arrived at the police station

19   -- and was this known as Area 5?

20         A       Yes.

21         Q       Okay.  When you arrived at Area 5,

22   where were you taken?

23         A       I was taken upstairs to the detectives

**B.R.A.**

Exam.                                                                 9

1   area and was put in Interview Room 3.

2            Q         And were you handcuffed still?

3            A         Yes.

4            Q         And when you were placed in the

5   interview room, were you accompanied by anybody?

6            A         Yes.

7            Q         By whom?

8            A         Mingey, Halvorsen, and Guevara.

9            Q         Okay.  And would it be fair to say that

10  at that time you were approximately 19 years old?

11           A         Yes.

12           Q         Now, once inside that interview room,

13  what happened?

14           A         I was told that they can't catch

15  certain guys, and they put a statement in front of

16  me and told me that they wanted me to testify.

17  They wanted me to read the statement and study the

18  statement and they wanted me to sign it against

19  three guys in a murder case.

20           Q         Okay.  Did they question you about

21  any other murder cases?

22           A         No, they told me about other murder

23  cases.

**B.R.A.**

Exam.                                                                          10

1          Q        And when you say they told you about

2    other murder cases, can you explain that a little more?

3          A        They told me about a murder case that

4    a family that was executed with their hands tied behind

5    their back, they wanted to blame it on an IG named Rico

6    and Marvel, they're brothers.  They said that these guys

7    is the ones that testified on my brother which were

8    Armando Serrano and Jose Montanez.

9          Q        Okay.  Now, you say that they told you

10   that these guys wanted to testify -- or testified on your

11   brother.  I'm going to back you up there.  Who told you

12   that someone had testified against your brother?

13         A        Rey Guevara.

14         Q        And when he said that someone had

15   testified against your brother, who was he referring

16   to?

17         A        He said Armando Serrano and Jose

18   Pacheco and -- I mean, Armando Serrano, Jose Montanez,

19   and Pacheco, and also Rico and Marvel, had testified

20   on my brother.

21         Q        Okay.  Detective Guevara told you

22   that these individuals had testified against your

23   brother.  Did you know whether any of them had

**B.R.A.**

JR-L 02902

Exam.                                                                11

1  testified against your brother?

2          A        No.

3          Q        Was it clear from what he said to you

4  why he was telling you they had testified against your

5  brother?

6          A        No, but he made it clear.

7          Q        And what did he say?

8          A        He said that he was going -- that he

9  wanted to put Armando Serrano, Jose Montanez, and Jorge

10 Pacheco, and the rest of these guys away, and he was

11 going to do it, and I was going to assist him in doing

12 it.

13         Q        And in essence, did he want you to

14 testify and -- or give statements in two separate

15 murders?  Is that what he was asking you to do?

16         A        Yes.

17         Q        Okay.  Now, what did you tell Detective

18 Guevara?

19         A        I told him I wasn't going to do it

20 because I didn't know nothing about it.

21         Q        And what did he say to that?

22         A        He didn't say anything, I was kicked

23 out of a chair.

**B.R.A.**

Exam.                                                          12

1          Q          When you say you were kicked out of a
2     chair, can you describe that?
3          A          Yes, he raised his feet up and kicked
4     me out of the chair with my hands behind my back.
5          Q          Were your hands cuffed?
6          A          Yes.
7          Q          And he kicked you out of the chair.
8     And did you fall to the ground?
9          A          Yes, to the floor.
10         Q          And did he say anything when he did
11    that?
12         A          He threw his statement on the floor
13    with three pictures in front of me and he said, these
14    are the guys who did the murder, they're going down,
15    and you're going to be the key witness, you need to
16    study that statement and you need to understand that
17    you're going to tell what that statement say and
18    you're going to sign it.
19         Q          And he said you needed to study the
20    statement?
21         A          Yes.
22         Q          And who else was present in the room,
23    if anyone, when Guevara told you you were going to sign

**B.R.A.**

JR-L 02904

Exam.                                                                    13

1   the statement -- or study the statement and then sign

2   it?

3              A        Halvorsen and Mingey.

4              Q        Okay.  After he kicked you out of the

5   chair, did he leave or did he stay?

6              A        He stayed.  I was being kicked in my

7   stomach and in my back, and then after that, they put

8   a phone book over my head and started beating it with

9   a mag light.

10             Q        They put a phone book over your head

11  and beat it with a mag light?

12             A        Yes.

13             Q        What's a mag light?

14             A        It's a police-issued flashlight.

15             Q        Okay.  It's a big fat flashlight?

16             A        Yes.

17             Q        And was this primarily Detective

18  Guevara?

19             A        Yes.

20             Q        Did either of the other officers

21  participate?

22             A        Yes, Mingey and Halvorsen.

23             Q        Okay.  Now, after they beat you with

**B.R.A.**

Exam.                                                              14

1  the phone book, what happened?

2         A       I was told to study the statement,

3  they walked out, and came back approximately like

4  20 to 30 minutes later.

5         Q       And what did they say then?

6         A       They asked me what happened during

7  the time when we went on the drug run.

8         Q       And what were they referring to when

9  they said what happened when you went on the drug run?

10        A       The statement had said that me, Armando

11 Serrano, Jose Montanez, and Jorge Pacheco, I believe

12 that's his name, went to -- to go get some drugs, and

13 I was the fastest runner.

14        Q       I see.  And this statement that they

15 were referring to, did you write this statement?

16        A       No.

17        Q       Did you at any point tell them that you

18 were going to go on a drug run with Armando Serrano and

19 Montanez?

20        A       No.

21        Q       I'm going to show you what I'm going

22 to mark as Rankins 1.

**B.R.A.**

Exam.                                                                    15

1                          (WHEREUPON, Rankins Exhibit

2                          No. 1 was marked for

3                          identification purposes)

4  BY MS. BONJEAN:

5          Q        Mr. Rankins, can you identify this

6  document?

7          A        It's a statement.

8          Q        And is this the statement that you

9  referred to that was presented to you by Guevara

10 that he said you need to study this?

11         A        Yes.

12         Q        Okay.  And, sir, not your signature,

13 but the substance of the statement, is that your

14 handwriting?

15         A        No.

16         Q        And do you know who prepared this

17 statement?

18         A        Reynaldo Guevara.

19         Q        Right.  Yeah.  It says -- who was

20 present in -- let's see, oh, does it also say that

21 Detective Halvorsen was present?

22         A        Yes.

23         Q        Okay.  And did you see them write out

**B.R.A.**

Exam.                                                                16

1  this statement or did they just present it to you?

2          A          They just presented it to me.

3          Q          So you don't know whose handwriting

4  that is, I take it?

5          A          Not really.

6          Q          Now, you said that they left the room

7  and then came back?

8          A          Yes.

9          Q          And what happened when they came back?

10         A          I was told -- well, they was asking me

11 what happened during that time of us being able to go

12 on a drug run.

13         Q          Right.

14         A          I told them, I don't know what you're

15 talking about, I wasn't there, I ain't got nothing to

16 do with it.  He told me again, Halvorsen told me this

17 time, you're going to study this statement and we're

18 going to come back and you better know that we mean

19 business with you.

20         Q          And when he said, you'd better study

21 this statement or we mean business, what did you take

22 that to mean?

23         A          That I either had to sign the statement

Exam.                                                                17

1  or I was going to get beat some more.

2              Q        And were you afraid?

3              A        Yes.

4              Q        Were you afraid for your life?

5              A        Yes.

6              Q        Now, you also mentioned that they

7  showed you three photos.  Did they identify who --

8  did any of the officers identify who was pictured

9  in those photos?

10             A        No.

11             Q        Okay.  Did they provide you with any

12  nicknames for individuals in the photos?

13             A        Yes.

14             Q        And what did they say?

15             A        They said the photo with the fat guy,

16  name's Barrel Belly.

17             Q        Did you know that person in the photo

18  with the fat guy as Barrel Belly?

19             A        No.

20             Q        And did they identify another individual

21  as Stripes?

22             A        Yes.

23             Q        And did you know that person as Stripes?

**B.R.A.**

JR-L 02909

Exam.                                                                        18

1           A        No.

2           Q        And did they identify another person

3    by the name of Joker?

4           A        Yes.

5           Q        And did you know that person as Joker?

6           A        No.

7           Q        All right.  Did they leave the room at

8    any point again?

9           A        Yes.

10          Q        Okay.  And for how long?

11          A        Another 20 to 30 minutes.

12          Q        And did they return?

13          A        Yes.

14          Q        And what happened then?

15          A        I was given a soda to drink, and it was

16   -- my hands was still behind my back, and they held the

17   soda for me to drink, and because I didn't sign the

18   statement, when I was drinking the soda, I was put in a

19   chokehold until I started choking, and then I was hit

20   in my privates.

21          Q        Okay.  And at that point, had you told

22   them you weren't going to sign the statement?

23          A        Yes.

**B.R.A.**

JR-L 02910

Exam.                                                                    19

1              Q       And did they continue to assault you?

2              A       I was assaulted until I signed the

3    statement.

4              Q       And did they -- did you eventually say

5    you would sign the statement?

6              A       Yes.

7              Q       And why did you do that?

8              A       I signed the statement so I could stop

9    being abused.

10             Q       And did you -- did they release you

11   from your handcuffs so you could sign the statement --

12             A       Yes.

13             Q       -- at the point that you indicated

14   you'd be willing to sign the statement?

15             A       Yes.

16             Q       All right.  After you signed the

17   statement, what happened?

18             A       I was given food and I was told that

19   the armed robbery that I had is just going to be where

20   they can control me and if I cooperated with the murder

21   case that I'll be let go.

22             Q       Did you understand that to mean that if

23   you cooperated as a witness in the murder prosecution

**B.R.A.**

JR-L 02911

Exam.                                                                    20

1   they would take care of your robbery case?

2          A       Yes.

3          Q       And by take care of, what did you --
4   what did you think that meant?

5          A       That's what I asked him, what did he
6   mean.  Rey explained it -- Rey Guevara explained it
7   to me that the armed robbery was just to have control
8   over me and all I had to do was give a statement to the
9   grand jury and to the state's attorney's office that
10  I was with Armando Serrano, Jose Pacheco -- I mean,
11  Jose Montanez, and Jorge Pacheco during this murder.

12         Q       Okay.  Now, with respect to the
13  statement, I'm going to go through some of it and
14  I want to ask you a few questions.  I'm not going to
15  go through the whole thing.  Were you with Armando
16  Serrano, Jose Montanez, Jorge Pacheco, on February
17  5th, 1993?

18         A       No.

19         Q       Is it fair to say that this statement
20  is in its entirety false?

21         A       Yes.

22         Q       And you've had an opportunity obviously
23  to look at the statement that they attribute to you?

**B.R.A.**

Exam.                                                                    21

1              A        Yes.

2              Q        Now, Mr. Rankins, were you eventually

3    brought to Cook County Jail?

4              A        Yes.

5              Q        Did you have an opportunity to speak to

6    the prosecutor that was prosecuting the case against

7    Mr. Serrano and Mr. Montanez?

8              A        Yes.

9              Q        Do you remember what his name was?

10             A        Matt Coughlin.

11             Q        And when did you -- if you can

12   remember, where were you when you had the opportunity

13   to speak to him?

14             A        At the police station.

15             Q        Oh, before you came to Cook County?

16             A        Yes.

17             Q        Okay.  And did you tell him at that

18   time that Guevara was forcing you to make a false

19   statement?

20             A        Yes.

21             Q        And what did Mr. Coughlin or A.S.A.

22   Coughlin say to you?

23             A        He said to me, I don't care what you're

**B.R.A.**

Exam.                                                          22

1   saying, you're going to -- you're going to get on the

2   stand and you're going to tell me what this statement

3   said.

4            Q        And did at any point you have an

5   opportunity to visit the alleged scene of where the

6   murder of Rodrigo Vargas took place?

7            A        Yes.

8            Q        And who accompanied you there?

9            A        Guevara, Halvorsen, Mingey, and

10  Coughlin.

11           Q        And where did they take you, if you

12  remember, not exact location, but --

13           A        They drove me around for a few hours,

14  back and forth, around where they said the murder scene

15  was, by a school, and we was, I think, in a factory.

16           Q        Okay.  And did you eventually testify

17  before the grand jury?

18           A        Yes.

19           Q        And do you remember who brought you

20  to the grand jury?

21           A        Matt Coughlin, I believe, if I remember

22  correctly.

23           Q        You remember seeing him at the grand

**B.R.A.**

 1 | jury?

 2 |         A        Yes.

 3 |         Q        And do you remember when you testified

 4 | in front of the grand jury?

 5 |         A        No.

 6 |         Q        Now, after you testified before the

 7 | grand jury, did you appear in your own armed robbery

 8 | case eventually?

 9 |         A        Yes.

10 |         Q        And after appearing in your own armed

11 | robbery case, did you continue to be housed in the Cook

12 | County Department of Corrections or were you housed

13 | somewhere else?

14 |         A        I was housed somewhere else.

15 |         Q        And where was that?

16 |         A        In the witness quarters.

17 |         Q        And when you say witness quarters, is

18 | this the Cook County State's Attorney Witness Quarters?

19 |         A        Yes.

20 |         Q        And can you describe the Cook County

21 | State's Attorney Witness Quarters a little bit?

22 |         A        Yes.  It had -- when you go in, you

23 | are taken where -- like a garage.  When you go in, if

Exam.                                                                24

1  you go to the right, it's where -- you walk in the door,

2  there's a kitchen with a small dining hall to it, you

3  walk, and you'll see a cage where the officers -- where

4  the state's attorneys see you watching you sit, down

5  -- you go down farther, there's a phone right there

6  on the wall, when you go farther, there's a little --

7  there's a little area like a -- like a living room,

8  and there's like four or five couches there, and

9  there's a TV, a floor model TV, sitting on top of

10 a vault, on top of a safe, a big bank safe like.

11         Q        And did you have free movement

12 in the witness quarters?

13         A        Yes.

14         Q        Now, did you see anyone else in witness

15 quarters who you knew was a witness in this case, in the

16 Serrano or Montanez case?

17         A        Yes.

18         Q        And who was that?

19         A        Frankie, I forget his last name.

20         Q        Okay.  And would that be Frankie

21 Vicente?

22         A        Yes.

23         Q        Okay.  And when did you learn that

**B.R.A.**

JR-L 02916

Exam.                                                                    25

1   Frankie Vicente was also a witness in this case, if you
2   remember?
3           A        When he came to me and he told me
4   that he had to go over my statement with me.
5           Q        Okay.  And did you happen to see
6   Detective Guevara ever in witness quarters?
7           A        Yes.
8           Q        Did he come to witness quarters?
9           A        He came quite often.
10          Q        And did you ever see A.S.A. Coughlin
11  in the witness quarters?
12          A        Yes.
13          Q        Now, were you given any sort of
14  benefits or privileges while you were housed in
15  the witness quarters?
16          A        Yes.
17          Q        Okay.  Can you describe some of the
18  things that you received?
19          A        We was receiving shoes, jumpsuits,
20  cigarettes, special visits, phone calls.
21          Q        And when you say cigarettes, who would
22  bring you cigarettes?
23          A        Matt Coughlin in the State's Attorney's

**B.R.A.**

Exam.                                                                    26

1  Office.

2          Q       And would Detective Guevara ever bring

3  you cigarettes?

4          A       At times he would, and Matt Coughlin

5  would be with him when he brought them.

6          Q       I see.  And did you -- did anyone ever

7  give you cash?

8          A       Yes.

9          Q       And who was that?

10         A       Rey Guevara, when I was in the county.

11         Q       And did he get that cash from his

12 pocket or do you know how he --

13         A       He went in his pocket and passed it to

14 me.

15         Q       Now, when you say there was special

16 visits in the witness quarters, what do you mean by

17 that?

18         A       Your girlfriend or your family could

19 come down and they could sit with you and watch a movie

20 and they can cook food in the kitchen, but when they

21 cook, they had to cook for everybody.

22         Q       And did the special visits include

23 so-called conjugal visits ever?

**B.R.A.**

Exam.                                                                27

1         A       I never had a conjugal visit myself,

2  but at times you did have your -- your females to like

3  come in a room with you.

4         Q       So a female could go in the room with

5  you and no one would be the wiser if a conjugal visit

6  took place?

7         A       Right.

8         Q       Were there Cook County Sheriffs there?

9         A       No.

10         Q       So this was all personnel from the Cook

11  County State's Attorney's Office?

12         A       Yes.

13         Q       And they -- did they ever object if

14  people had girls in their private space?

15         A       No.

16         Q       Now, did you have any conversations

17  with Frankie Vicente about this case?

18         A       Yes.

19         Q       And did Frankie Vicente tell you that

20  he, too, had been abused by Detective Guevara?

21         A       Not at first.

22         Q       Okay.  And did he -- did you eventually

23  come to learn that he had been abused by Detective

**B.R.A.**

JR-L 02919

Exam.

1  Guevara?

2          A       Yes.

3          Q       And did he tell you what had happened?

4          A       He told me that -- when he told me he

5  had to go over my statement with me -- we had to both go

6  over our statements with each others, so that he could

7  know what I'd say in Court and I could know what he had

8  to say in Court.

9          Q       And did he say who told -- if anyone,

10 told him that he needed to do that?

11         A       He said Guevara did.

12         Q       Okay.  And what did you say in response

13 to that?

14         A       We got into a fight.

15         Q       Okay.  And when you say you got into a

16 fight, is that because you -- well, I don't want to put

17 words in your mouth, you tell me, why did you get into a

18 fight?

19         A       Because I told him that I'm not going

20 to get on the stand and testify against an innocent

21 person.  He went into saying something about some

22 armed robbery cases.  There's some cases that he

23 himself was going to get off on that was promised

**B.R.A.**

JR-L 02920

Exam.                                                                    29

 1   him.  I walked away, I grabbed a broomstick, and I went

 2   up the side of his head.  That's when the State's

 3   Attorney's Office came in and broke it up.

 4          Q       And after you got into a fight with

 5   Frankie, where -- what happened?

 6          A       I was put back in the county jail.

 7          Q       And did you have any conversations with

 8   Detective Guevara about what had happened?

 9          A       Detective Guevara came to see me the

10   next day with Halvorsen and Matt Coughlin.

11          Q       And what happened?

12          A       They just told me that I should have

13   just cooperated and stayed inside the witness quarter

14   protection program and that everything would have been

15   all right.

16          Q       And were they unhappy with you?

17          A       Yes.

18          Q       Now, after you were removed from

19   witness quarters, what happened?

20          A       I was placed in the county jail and

21   then I was put on house arrest.

22          Q       They put you on house arrest?

23          A       Yes.

**B.R.A.**

JR-L 02921

Exam.                                                    30

1          Q        And was that with the Cook County

2   State's Attorney's consent?

3          A        Yes.

4          Q        And when you say house arrest, did

5   you have a monitoring bracelet or anything like

6   that?

7          A        Yes, I had to wear an electronic

8   monitor on my leg and one had to be at the house

9   hooked up to a telephone.

10         Q        And where did you get released to

11  then on the electronic monitoring?

12         A        To my mom's house.

13         Q        Now, while you were on electronic

14  monitoring, did you comply with it?

15         A        No.

16         Q        And were you eventually re-arrested?

17         A        I was telling them that I'm not going

18  to cooperate with them, so they told me, they said, well,

19  you're going to cooperate, so I took the -- I cut the

20  band off my leg and ran.

21         Q        And were you eventually caught?

22         A        Yes.

23         Q        And after you were caught, I take it

**B.R.A.**

Exam.                                                                31

1  you were returned to the county.  Correct?

2          A       Yes.

3          Q       And were you put in protective custody?

4          A       When I return to the county?

5          Q       Yeah.  Do you remember if you were in

6  protective custody at that point or --

7          A       I don't remember.

8          Q       Okay.  Now, after -- after you were

9  returned to the county, were you still facing charges

10 on your own armed robbery?

11         A       Yes.

12         Q       And did you go back and forth to

13 Court for your armed robbery?

14         A       Yes.

15         Q       And during that time, did you have

16 any more conversations with either Guevara or the

17 State's Attorney's Office?

18         A       Yes.

19         Q       And what were -- what was the nature

20 of those conversations?

21         A       They wanted me to cooperate with them,

22 they said.  They wanted me to testify in Court.

23         Q       And what did you tell them?

**B.R.A.**

JR-L 02923

Exam.                                                                    32

1           A           I told them I'm not going to do it.

2           Q           And did you tell them why you weren't

3    going to do it?

4           A           I told him because I was forced to sign

5    a statement and I was beat and I'm not going to testify

6    against somebody who didn't do the crime.

7           Q           And was your armed robbery case

8    eventually resolved?

9           A           Yes.

10          Q           And did you testify in the Serrano,

11   Montanez matter?

12          A           No.

13          Q           Okay.  And just so it's clear, what was

14   the reason you didn't testify in the case?

15          A           I didn't testify in the case because I

16   didn't know these guys and I was made to sign a statement

17   saying that I knew these guys and that I was with these

18   guys when they committed the murder.

19          Q           And that statement, your testimony

20   today is that it was a false statement?

21          A           Yes.

22          Q           Now, Mr. Rankins, have you had any

23   contact with Mr. Serrano in the last decade?

**B.R.A.**

```
1           A       No.

2           Q       And are you here today telling this

3  statement of your own free will?

4           A       Yes.

5           Q       And why are you here making this

6  statement today?

7           A       I'm making the statement today because

8  I want the truth to be told, and that it's the truth that

9  the statement, that they made me sign it, and I wasn't

10 with the -- with the person who they said I was with.

11          Q       And when you signed that statement,

12 did you fear for your life?

13          A       Yes.

14                  MS. BONJEAN:  All right.  I think that

15          concludes our statement.

16                              (WHEREUPON, the sworn

17                               statement was concluded)
```

**B.R.A.**

## REPORTER'S CERTIFICATE

STATE OF WEST VIRGINIA

COUNTY OF RALEIGH, to-wit:

        I, ANETA M. BAZZIE, a Notary Public within and for the State aforesaid, duly commissioned and qualified, do hereby certify that the foregoing statement of TIMOTHY DUANE RANKINS was duly taken by and before me at the time and place and for the purpose specified in the caption thereof.

        Given under my hand this 4th day of April, 2012.



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
ANETA M BAZZIE
311 Millstone Dr., Beckley, WV 25801
My Commission Expires August 28, 2021

ANETA M. BAZZIE, Reporter
Notary Public

My commission expires August 28, 2021

STATEMENT OF

Timothy Rankins

Taken June 11, 1993 at 11:35 p.m

At AREA 5 VIOLENT CRIMES

Present ASA JON KING

DET. E. HALVORSEN #20692

This statement taken regarding the SHOOTING DEATH

of RODRIGO VARGAS which occurred on FEBRUARY 5, 1993

at 1838 NORTH SPRINGFIELD at about 5:30 a.m.

I understand I have the right to remain silent and that anything I say can be used against me in a court of law. I understand that I have the right to talk to a lawyer and have him present with me during questioning, and if I cannot afford to hire a lawyer one will be appointed by the court to represent me before any questioning. Understanding these rights, I wish to give a statement.

*Timothy Rankins*

After being advised and stating he understands that Jon King is an Assistant State's Attorney, a lawyer, a prosecutor and not his lawyer, and after being advised and stating he understands each of his Constitutional rights, Timothy Rankins agreed to give the following statement which is in summary and not word for word.

Timothy Rankins states that he is 19 years old and lives at 3508 West Shakespeare in Chicago, Illinois. Timothy Rankins states that he completed the 10th Grade at Kelvyn Park High School, and that he can read and write english. Timothy states he is also known as "Loco."

Timothy Rankins states that he is giving this statement voluntarily because he saw Armando Serrano shoot Rodrigo Vargas on February 5, 1993. Timothy Rankins states that he has not been promised or offered anything in exchange

for making this statement and cooperating in the prosecution of Armando Serrano. Timothy Rankins states that he understands that he is not being offered any leniency, favors or deals with any crimes he may have been charged with, and that he has not been forced or threatened to make this statement.

Timothy Rankins states that on February 4, 1993, at about 9:00 p he was near the corner of Spaulding and Armitage streets in Chicago. Timothy Rankins states that at that time, a tan colored Buick Regal pulled up to where he was standing. Timothy Rankins states that the car was driven by a man known to him as "Moses" or "Barrel-Belly." Timothy Rankins states that a man known to him as "Joker" was seated in the passenger seat. Timothy Rankins states that he knows Moses and Joker to be members of the Imperial Gangsters street gang, while Timothy is a member of the Spanish Cobras Street Gang. Timothy Rankins states that in February of 1993, both gangs were allied and friendly with each other.

Timothy Rankins states that the man known to him as "Joker" is the same person as Armando Serrano, the same person he picked out in a line-up at Area 5 Violent Crimes on June 11, 1993.

Timothy Rankins states that when the car pulled up to him, Joker stepped out and approached him. Timothy Rankins states that Joker said to him: "I want you to go with us tonight to go pick up some drugs and guns." Timothy Rankins states that before February 4, 1993, he had twice before picked up drugs and guns with Moses, Joker and others. Timothy Rankins states that Moses, Joker and the other Imperial Gangsters ask him to pick up drugs and guns because he is fast and can more easily run from the police with the drugs and guns. Timothy states that Joker told him to meet Joker and the others at Monticello
the li- _NA at __ P n.        N # C N V    Pn - 2 L.1

Park at 4:00 in the morning, in order to pick up drugs and guns that night.

Timothy Rankins states that he went to Monticello Park at about 4:30 in the morning. Timothy states that when he came to the park, Joker, Moses and another Imperial Gangster known to Timothy as "Stripes" were already in the park, along with Sabrina Timothy's girlfriend. Another Imperial Gangster known as "Shorty Folks", was also in the park. Timothy Rankins states that at the park, he talked to his girlfriend while Moses Joker and Stripes had a conversation by themselves. Timothy Rankins states that he could not hear what Joker, Moses and Stripes were saying.

Timothy Rankins states that Joker then came over to Timothy and said "Come on now, we're going to go do this." Timothy Rankins states that he took this to mean that he and the others were going to pick up drugs and guns. Timothy states that Joker and Moses then got into the same tan Buick Regal he had seen earlier. Timothy states that he and Stripes then got into a red and white Van, and Stripes got into the drivers seat. Timothy Rankins states that the Tan Buick pulled away first, followed by he and Stripes in the Van. Timothy Rankins states that they all drove to Springfield Street, and the Tan Buick stopped a house short of 1838 North Springfield. Timothy Rankins states that he and Stripes drove to a spot near the corner of Cortland and Springfield, about seven or eight houses past the house at 1838 North Springfield. Timothy states that the Van was parked on Cortland Street. Timothy Rankins states that Stripes then left the Van and walked over to the Tan Buick and met Joker and Moses.

Timothy Rankins states that Moses and Joker stood on the sidewalk on one side of 1838 North Springfield, while Stripes stood on the sidewalk

JR-L 02929

on the other side. Timothy Rankins states that after a couple of minutes, Timothy saw a man opening the gate in front of 1838 North Springfield; the man was carrying a "snatch-out" radio in his hands. Timothy states that as soon as the man opened the gate, Joker, Moses and Stripes approached the man and surrounded him. Timothy states that Joker, Moses and Stripes were saying something to the man, but Timothy could not hear what was said. Timothy states that the man then ran to a blue and grey van which was parked in front of 1838 North Springfield. Timothy states that as the man ran to the Van, Stripes yelled out: "Do him! Do him!" Timothy states that the man then put his hand on the handle to the Van's door and jumped inside. Timothy States that Moses then yelled out: "Go Ahead! Go Ahead!" Timothy states that Joker then pulled a handgun out from his pants and pointed the gun at the Van. Timothy Rankins states that Joker then fired the gun 6-9 times at the Van, and Timothy could hear shots striking the Van. Timothy Rankins states that Joker and Moses ran back to the Tan Buick, and Stripes ran back to the Van Timothy was seated inside. Timothy Rankins states that when Stripes got inside the Van, he said to he and Shorty Folks: "If you tell anyone what you saw, we'll kill you too." Timothy States that Stripes then drove to Central Park and Armitage, where Timothy got out of the Van. Timothy Rankins states that he then went home and did not contact the police because he was afraid he would be killed.

Timothy Rankins states that on June 11, 1973 he was locked up for a robbery when he asked to speak with Sgt. Eddie Minney who Timothy knows and trusts. Timothy Rankins states he is scared of being killed by the Imperial Gangsters, but came forward to Sgt.

Mingey anyway.

Timothy Rankins states that he has known "Joker" "Moses" and "Stripes" for about seven years. Timothy Rankins states that he identified a photograph of Jose Montavez as the person known to him as Moses. Timothy states that he identified a photograph of George Pacheco as the person known to him as Stripes. In addition to the line-up, Timothy states he also identified a photograph of Armando Serrano as the person known to him as Joker.

Timothy Rankins states that he has been treated well by the police and Assistant State's Attorney, and has not been threatened or promised anything in exchange for making this statement. Timothy Rankins states that he is giving this statement because it is an accurate summary of his statement to the police and Assistant State's Attorney. Timothy Rankins states that he has been given food to eat and pop to drink and been allowed to use the bathroom when he wished. Timothy Rankins states that he has read this statement and been allowed to make changes and corrections.

_Clay King ASA_ _Timothy Rankins_

_Pet E. Dahr_

_Page 5 of 5_