LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA



KENTUCKIANA
— COURT REPORTERS —

# CASE NO. 1-18-CV-03029

# THOMAS SIERRA

# V.

# REYNALD GUEVARA, ET AL.

## DEPONENT:

## JOSE E.  MELENDEZ

## DATE:

## September 13, 2021


a courtroom
powerhouse

✉ schedule@kentuckianareporters.com
☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1           IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF ILLINOIS

3                   EASTERN DIVISION

4              CASE NO. 1-18-CV-03029

5                  HON. JOHN Z. LEE

6              HON. M. DAVID WEISMAN

7                 MAGISTRATE JUDGE

8

9                   THOMAS SIERRA,

10                     PLAINTIFF

11

12                         V.

13

14           REYNALDO GUEVARA, ET AL.,

15                     DEFENDANTS

16

17

18

19

20

21

22

23   DEPONENT:  JOSE E. MELENDEZ

24   DATE:       SEPTEMBER 13, 2021

25   REPORTER:  JESSE HARP



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 2

```
 1                   APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFF, THOMAS SIERRA:
 4   John Hazinski
 5   Isabella Aguilar
 6   Steven Art
 7   Loevy & Loevy
 8   311 North Aberdeen Street
 9   3rd Floor
10   Chicago, Illinois 60607
11   Telephone No.: (312) 243-5900
12   E-mail: hazinski@loevy.com
13           aguilar@loevy.com
14           sart@loevy.com
15   (Appeared via videoconference)
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANT, REYNALDO GUEVARA:
 4   Megan McGrath
 5   Leinenweber Baroni & Daffada, LLC
 6   120 North LaSalle Street
 7   Suite 2000
 8   Chicago, Illinois 60602
 9   Telephone No.: (866) 786-3705
10   E-mail: mkm@ilesq.com
11
12   ON BEHALF OF THE DEFENDANTS, KEVIN HUGHES AND COOK
13   COUNTY:
14   Edward Brener
15   Law Offices of Van A. Schwab
16   134 North LaSalle Street
17   Chicago, Illinois 60602
18   Telephone No.: (312) 372-4569
19   E-mail: Edward.brener@cookcountyil.gov
20
21
22
23
24
25
```

Page 3

```
 1              APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANTS, ERNEST HALVORSEN, ANTHONY
 4   WOJCIK, JOHN MCMURRAY, GEORGE FIGUEROA, EDWARD MINGEY,
 5   AND ROBERT BIEBEL:
 6   Josh Engquist
 7   The Sotos Law Firm, P.C.
 8   141 West Jackson Boulevard
 9   Suite 1240A
10   Chicago, Illinois 60604
11   Telephone No.: (630) 735-3303
12   E-mail: jengquist@jsotoslaw.com
13   (Appeared via videoconference)
14
15   ON BEHALF OF THE DEFENDANT, CITY OF CHICAGO:
16   Catherine M. Barber
17   Jessica Zehner
18   Rock Fusco & Connelly, LLC
19   321 North Clark Street
20   Suite 2200
21   Chicago, Illinois 60654
22   Telephone No.: (312) 494-1000
23   E-mail: cbarber@rfclaw.com
24           jzehner@rfclaw.com
25   (Appeared via videoconference)
```

Page 5

```
 1                    INDEX
 2                                            Page
 3   PROCEEDINGS                                 7
 4   DIRECT EXAMINATION BY MR. HAZINSKI          9
 5   CROSS EXAMINATION BY MR. ENGQUIST          54
 6   REDIRECT EXAMINATION BY MR. HAZINSKI       98
 7   RECROSS EXAMINATION BY MR. ENGQUIST       105
 8
 9
10                   EXHIBITS
11   Exhibit                                   Page
12   1 - Photos CCSAO 541-542                    15
13   2 - Photos Black Buick Park Avenue
14       RFC 63-RFC 64                           19
15
16
17
18
19
20
21
22
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
                                              Page 6
1    STIPULATION
2
3
4        The deposition of JOSE E. MELENDEZ was taken at
5    KENTUCKIANA REPORTERS, 730 WEST MAIN STREET, SUITE 101,
6    LOUISVILLE, KENTUCKY 40202, VIA VIDEOCONFERENCE IN
7    WHICH ALL PARTICIPANTS ATTENDED REMOTELY, on MONDAY,
8    the 13th day of SEPTEMBER, 2021 at approximately 11:35
9    a.m. CST; said deposition was taken pursuant to the
10   FEDERAL Rules of Civil Procedure.  The oath in the
11   matter was administered remotely as permitted by
12   Illinois Supreme Court Order No. 30370 which amended
13   Civil Rule 206(h). It is agreed that JESSE HARP, being
14   a Notary Public and Court Reporter for the state of
15   KENTUCKY, may swear the witness.
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 7
1              PROCEEDINGS
2
3        COURT REPORTER:  We are now on the record. Can
4    I please have all parties present state your
5    appearance, who you are representing, how you are
6    appearing, and where you are appearing from today,
7    beginning with Plaintiff's counsel?
8        MR. HAZINSKI:  Good morning.  This is John
9    Hazinski, H-A-Z-I-N-S-K-I.  I'm appearing on behalf
10   of the plaintiffs in the various cases.  Also
11   present for the plaintiff, observing, are Steven Art
12   and Isabella Aguilar.
13       MS. BARBER:  Catherine Barber for the
14   defendant, the City of Chicago, in the various
15   cases, and I have Jess Zehner here also for the City
16   with me, appearing remotely from Chicago.
17       MR. ENGQUIST:  Josh Engquist on behalf of the
18   defendants, Halvorsen, Wojcik, McMurray, Figueroa,
19   Mingey, and Biebel in the Sierra case and for other
20   individual defendants in the other cases that
21   plaintiffs that have noticed, other than Reynaldo
22   Guevara.
23       MS. MCGRATH:  Morning.  Megan McGrath on behalf
24   of Defendant Reynaldo Guevara in all of the cases.
25       MR. BRENER:  Good morning, Edward Brener,
```

```
                                              Page 8
1    B-R-E-N-E-R, on behalf of the Cook County
2    defendants.
3        COURT REPORTER:  Okay.  Thank you.  And just
4    whenever you guys make objections, just please
5    identify yourself for the record.  Just because
6    there's so many of you, I just want to make sure I
7    get who is making the objection.  Okay.
8    Mr. Melendez, can you please state your full name
9    for the record?
10       THE WITNESS:  Jose E. Melendez, Chicago,
11   Illinois.
12       COURT REPORTER:  Thank you.  Okay.  Do all
13   parties agree that the witness today is, in fact,
14   Mr. Melendez?
15       MR. HAZINSKI:  Plaintiff agrees.
16       COURT REPORTER:  Okay.
17       MR. ENGQUIST:  Yes.
18       MS. BARBER:  Yes.
19       MR. BRENER:  Yes.
20       MS. MCGRATH:  Yes.
21       COURT REPORTER:  Thank you.  Okay.
22   Mr. Melendez, can you please raise your right hand?
23   Do you solemnly swear or affirm that the testimony
24   you're about to give us the truth, the whole truth,
25   and nothing but the truth?
```

```
                                              Page 9
1        THE WITNESS:  I do.
2        COURT REPORTER:  Thank you.  You can begin.
3        MR. HAZINSKI:  Thank you
4              DIRECT EXAMINATION
5    BY MR. HAZINSKI:
6        Q   So, Mr. Melendez, could you please state your
7    full name for the record?
8        A   Jose E., as Eduardo, Melendez.
9        Q   Eduardo is your middle name?
10       A   Uh-huh.
11       Q   Do you ever go by any nicknames?
12       A   They call me Kool-Aid because I don't drink, I
13   don't smoke.  So that's why they call me Kool-Aid.
14       Q   Got it.  Have you ever given a deposition
15   before?
16       A   A definition before, like a statement, like,
17   what happened or
18       Q   So specifically sit down and answering
19   questions under oath, you know, with lawyers but with no
20   judge there.  Have you ever done that before?
21       A   Like, in front of a judge, you say?
22       Q   With no judge.
23       A   Oh, no.  No.
24       Q   Okay.  So since it's your first time, I want
25   to just quickly go through some basics to help it kind
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 10

1  of go smoothly.  You know, as you can probably tell, we
2  have a court reporter here, and she's writing down
3  everything we say.  And so in order to try to make sure
4  that she can hear us, we should do our best to try to
5  talk one at a time.  So I'll try to wait for you to
6  finish answering a question before I ask a new one.  Does
7  that make sense?
8      A    Yes.
9      Q    Okay.  And if I ask a question that doesn't
10  make sense, or you need me to rephrase, or if there's
11  some kind of issue with the technology, you can't hear
12  something I said, please just ask me to repeat it or
13  rephrase it and we'll try again, okay?
14      A    Okay.  I appreciate it.
15      Q    You can take a break whenever you want and
16  just let us know, and we'll take a break if you need to
17  use the restroom or anything like that, okay?
18      A    Okay.
19      Q    Mr. Melendez, do you have any -- are you
20  taking any medications or do you have any medical
21  conditions --
22      A    No.
23      Q    -- that affect your memory?
24      A    No.
25      Q    Okay.  Sir, what year were you born?

Page 11

1      A    I was born in 1968, April 18.
2      Q    And where were you born?
3      A    Puerto Rico.
4      Q    Okay.  Did you grow up in Puerto Rico?
5      A    More like I more grew up in Chicago basically
6  because -- I was born there, but I moved to Chicago.
7      Q    Okay.  About how old were you when you moved
8  to Chicago?
9      A    From three months and up I was in Chicago.
10      Q    What was the highest level of school that you
11  finished?
12      A    I think it was second or third year.  I don't
13  remember.  I went to Kelvyn Park.  I didn't finish high
14  school, though.
15      Q    Okay.  So maybe sophomore, junior year of high
16  school?
17      A    Uh-huh.  Oh, yeah.  I think I was, like, third
18  year going into fourth, junior -- junior -- junior year.
19      Q    One thing I forgot to mention, if you want to
20  say "yes" or "no," it's important you -- so it's a
21  little bit clearer for the court reporter, you say "yes"
22  or "no" instead of saying, like, "uh-huh" or "uh- uh,"
23  and it's a little easier for the court reporter to take
24  down, okay?
25      A    Okay.

Page 12

1      Q    Thanks.  Where do you work now?
2      A    Chicago Transit Authority, CTA.
3      Q    And what do you do for the CTA?
4      A    A  Track inspector, maintainer.  I was a
5  supervisor for eight years and let that go, and I'm a
6  welder now.  I'm doing welding, still there for 28
7  years.
8      Q    Did you say 28 years?
9      A    28 years, still there.  I still haven't
10  retired yet.
11      Q    Are you currently married?
12      A    Yes.  35 years together, married about 20 --
13  about 20 years, 25 years, something like that.
14      Q    You have any kids?
15      A    Just one, my daughter, and I've got a son from
16  somebody else.  So I have a son.
17      Q    Okay.  Now, I want to direct your attention to
18  1995.  In 1995, were you living in Chicago?
19      A    Yes.
20      Q    Okay.  Which neighborhood were you living in?
21      A    At the time I was living at Oakley.  I think
22  it was Oakley.  In the building, second floor.
23      Q    Okay.  And were you working back in 1995?
24      A    Two jobs: CTA and at Better Boy [sic]
25  Foundation with kids.

Page 13

1      Q    Okay.  What job did you have at the Better
2  Boys Foundation?
3      A    I was a cook, and I would also take the kids
4  out to activities.
5      Q    In 1995, were you a member of any gangs?
6      A    No.  Never in my life.  No.  I don't believe
7  in gangs.
8      Q    So at some point in the '90s, did you ever
9  drive an Oldsmobile Regency 98?
10      A    Yes.
11      Q    Okay.  Do you recall when you came -- when you
12  first acquired that car?
13      A    I had that car -- I don't remember.  I know
14  how many years I had it.  I had it for at least, like,
15  three or four years.
16      Q    Okay.  Do you remember what color it was?
17      A    Original color was a light color, like beige,
18  but then I sent it to get painted dark gray and a black
19  top.  Four doors.
20      Q    Do you -- sorry, could you say that again?
21      A    It was four doors.  It was a 98 four doors
22  with a little symbol on the back window saying "Little
23  Amy" for my daughter.  It was written on the back
24  window.
25      Q    Do you remember when you got rid of that car?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 14

1    A    Well, when I got shot.  I didn't feel safe no
2  more.  It was a drive-by shooting.  I was in the middle
3  of a drive-by shooting.  So when I got shot, I just
4  didn't feel the same no more.  I just sold the car,
5  maybe -- it took me about four to six months before I
6  sold the car to a guy named Los.
7    Q    Los?
8    A    His name is Los, the guy I sold it to.
9    Q    Do you remember how much you got paid for the
10 car?
11   A    4,500.
12   Q    After you got rid of that Olds Regency 98,
13 what car did you start driving next?
14   A    I bought a used Cutlass.  It was a blue
15 Cutlass I had.  It had it for about --
16   Q    Do you remember where you bought --
17   A    I had it about for two months.  I bought it
18 from the street.
19   Q    Okay.  So I'd like to show you a couple
20 pictures now, and the way that I'm going to do this is
21 share my screen with you.  So it should just show up in
22 place of my video here.
23   A    Okay.
24   Q    And just so everyone knows, what I'm going to
25 show are two pictures that were produced at the Cook

Page 15

1  County State's Attorney's Office, Bates stamps 541 and
2  542.  So I guess, for the record, we'll make these
3  Exhibit 1.  And I'm going to try to show them now.
4  Mr. Melendez, are you able to see the --
5        (EXHIBIT 1 MARKED FOR IDENTIFICATION)
6    A    That's Oldsmobile 98.  That's my Oldsmobile.
7    Q    Okay.  So this -- the -- we're looking here
8  at, this is actually 542 that I showed you, and you
9  recognize this is as the Oldsmobile that you owned?
10   A    That I used to own, yes.  I used to own.
11   Q    Okay.  And I'll show you also -- I'll scroll
12 up to page 541.  Is this another photo of your
13 Oldsmobile?
14   A    It looks the same, yeah.
15   Q    Okay.  Is there anything about it that you
16 recognize that makes you confident that that's the one
17 that you owned?
18   A    No.  Looks just the same.  The same way I had
19 it.  Uh-huh.
20   Q    Okay.  All right.  I'll stop sharing my screen
21 now.  So as you know, I'm an attorney.  I represent a
22 man named Thomas Sierra.  Do you personally know Thomas
23 Sierra?
24   A    I knew him from the neighborhood.  I remember
25 when we first moved into -- to Chicago, because I know

Page 16

1  his dad, he was a mechanic, but I knew him as, you know,
2  first time living in the neighborhood.  Came from Puerto
3  Rico.
4    Q    Are you friends with Thomas Sierra?
5    A    As time went on, just I got to -- I got to
6  really, you know -- like, got to know him as time went
7  on because I knew his -- I knew his dad.
8    Q    Did you know Thomas Sierra before he went to
9  prison?
10   A    Not -- not really close.  When he got locked
11 up, I got locked up.  I saw him in there when he got
12 locked up.
13        COURT REPORTER:  I'm sorry.  Mr. Hazinski, you
14   cut out.  You said before he went to where?
15        MR. HAZINSKI:  To prison, I said.
16   A    When I -- when I got arrested, I saw him in
17 there when he got arrested.
18 BY MR. HAZINSKI:
19   Q    Okay.  So back in 1995, did you know a man
20 named Hector Montanez?
21   A    I traded my -- yes, I did.
22   Q    Okay.  And how did you know Hector, just
23 generally?
24   A    I knew him because he lives in the
25 neighborhood.  He went to the same high school I went

Page 17

1  to.  Well, not the same high school.  I think it was --
2  yes, he went to Kelvyn.  Yeah, I think he went to
3  Kelvyn.  I don't know if he went to Foston (phonetic) or
4  Kelvyn.  I think -- yes, Kelvyn.  Kelvyn Park.
5    Q    Were you friends with Hector Montanez?
6    A    As friends?  No, not at that time.  No.  At
7  that time, I didn't know him like that.  No.
8    Q    Okay.  Now, in 1995, did you know a man named
9  Ruben Gonzalez?
10   A    Ruben Gonzalez, I don't recall the name.  Maybe
11 if you had a picture of the guy, maybe.
12   Q    Okay.
13   A    It's like the name sounds familiar, but I
14 really can't picture him.  You know what I'm saying?
15   Q    Sure.  What about a man named Jorge Mulero?
16   A    Who?
17   Q    Jorge Mulero?
18   A    No, it doesn't click.  Maybe if a picture of
19 the person, maybe, but the name -- I'm not really good
20 with the names, to be honest with you.  Because, you
21 know, everybody, they use different names in the street.
22 You know what I'm saying?
23   Q    Yeah.  So I'll just ask a couple more.  Do you
24 remember in 1995 knowing someone by the name of Esther
25 Reyes?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckiana22reporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 18

```
 1    A    Esther Reyes?
 2    Q    Yeah.
 3    A    No.
 4    Q    Okay.  And --
 5    A    Like -- like I -- like I said, maybe a picture
 6  of the person, I could tell you yes or no, but by name,
 7  I really can't help you on names.  I'm not really good
 8  on names.  I can't remember those names.  Only one I
 9  remember is -- would be Hector or Junior.
10    Q    What about, the last one I'll ask, Hugo
11  Gonzalez?  Did you know anyone by that name in 1995?
12    A    No.  Again, no.  Sorry.
13    Q    Okay.
14         MR. ENGQUIST:  John, I'm sorry.  I missed the
15         name you just said.  You kind of cut out for a
16         second.  Who was the name you just said?
17         MR. HAZINSKI:  Hugo Gonzalez.
18         MR. ENGQUIST:  Okay.
19  BY MR. HAZINSKI:
20    Q    All right.  Mr. Melendez, was there ever a
21  time where you in the 1990s where you drove a black
22  Buick Park Avenue?
23    A    Yes.  I traded my Cutlass, the blue one, the
24  two doors, to Mr. Hector for the Park Avenue.
25    Q    That was to Hector Montanez?
```

Page 19

```
 1    A    Yes.
 2    Q    Okay.  Do you remember what year that was?
 3    A    What year that -- the same year that, not even
 4  a week or two when I got locked up for a murder, which
 5  that was in, what?  '93?  I don't know what -- exactly
 6  what year, but the year I got locked up, put it that
 7  way.
 8    Q    Okay.  So it was shortly before you were
 9  arrested for a murder.  Is that what you're saying?
10    A    A week apart from -- sold the cars and between
11  -- I traded the car and a week later, I got locked up.
12  Fullerton and Kimball, I got pulled over.
13    Q    Okay.  And did that black Buick Park Avenue
14  that you got from Hector Montanez, did it have any
15  special features that you can remember?
16    A    No.  It was just a regular Park Avenue.  Yeah,
17  I liked the Park Avenue because I liked the piddle
18  seats.  I like the piddle seats.  But it was clean, no
19  tinted windows, no fancy rims.  It was just regular.  No
20  fancy rims, just regular rims, regular Park Avenue just
21  to get me from -- from work to home.  That -- that's how
22  it was for.
23    Q    Okay.  So I want to show you now another
24  couple of pictures and these -- for the record, I'll
25  mark these as Exhibit 2, and these are two photos
```

Page 20

```
 1  produced as RFC Sierra 63 and 64.  Mr. Melendez, can you
 2  see this image I've just shared with you?
 3         (EXHIBIT 2 MARKED FOR IDENTIFICATION)
 4    A    It's the car, right there.  It's the Park
 5  Avenue.
 6    Q    Okay.  And --
 7    A    No tints, regular rims.  Yeah, that's the one.
 8    Q    Do you recognize anything distinctive about
 9  this car that makes you think it was yours, or does it
10  just look like the same make and model and color?
11    A    I believe that's the one.  It's a Park Avenue.
12  Is it a Park Avenue?  I think it's a Park Avenue.
13    Q    Okay.
14    A    I know it was black.  It was four doors.  I
15  know it had the same color seats, and I know it was no
16  tinted windows, nothing like that, just plain.  So it
17  looks just like the Park Avenue.
18    Q    Okay.  Now, I'm going to show you RFC Sierra
19  64, and do you recognize --
20    A    That I recognize it now, yeah.  That's the
21  one, because I remember the trunk.
22    Q    Okay.  All right.  I'll stop sharing my screen
23  at this point.  Oh, actually, before I stop showing you
24  RFC Sierra 64, is this what the windows looked like when
25  you were driving this car?
```

Page 21

```
 1    A    Yeah, just like that.  Clear.  Just clear, no
 2  tints.
 3    Q    And is this what the wheels looked like when
 4  you were driving the car?
 5    A    Yes.
 6    Q    Okay.  Now, I'll stop sharing the screen.  Mr.
 7  Melendez, do you remember being pulled over by the
 8  police while driving the black Buick Park Avenue?
 9    A    Yes.
10    Q    Okay.  And can you estimate about how many
11  days you had had the car at the time that you were
12  pulled over?
13    A    I would say not even a week.
14    Q    Okay.
15    A    Probably, like, three or four days, tops.
16    Q    Do you remember what time of day it was when
17  you were pulled over driving the Park Avenue?
18    A    It was -- it was daytime.  It was daytime.  I
19  was going to go to the gym at that YMCA.  It was
20  daytime.  I don't recall the time, 3:00 or 4:00.  I
21  don't recall the time, but it was daytime.
22    Q    Okay.  What do you remember about the police
23  officers who pulled you over?
24    A    He told me to follow him to the station.  I'm
25  like, "For what?"  He said, "Because this car was used
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 22

1  in a -- on a crime." I'm like, "What?" So I had to
2  follow him to the station.
3      Q   Okay. Was it just one officer or more than
4  one officer?
5      A   That was -- I got pulled over by three cops
6  and said -- I think it was three cops, detectives. It
7  was detectives who sat in the car, I think it was, if
8  I'm not mistaken. It was three cops.
9      Q   When you were pulled over, did any of the
10  police officers get out of the car to come up to your
11  car to talk to you?
12     A   Yes.
13     Q   Okay. And was it just one officer who came
14  out to talk to you or more than one?
15     A   No, all three of them came out.
16     Q   Okay. And so were they wearing uniforms or
17  plain clothes or some in uniforms and some not?
18     A   All the cops were plain clothes.
19     Q   Okay. Did they tell you why you had been
20  pulled over?
21     A   Yes.
22     Q   And what did they say about that?
23     A   "We want to ask you some" -- they said they
24  wanted some questions because this car was used in a --
25  on a -- on a crime, a murder. A murder, something like

Page 23

1  that, he told me. "Sir, could you follow me to the
2  police station?" I said, "Okay."
3      Q   Okay. Did you get out of the car at that
4  point, or did you stay in your car during that whole
5  interaction?
6      A   I'll be honest with you, I don't recall
7  getting out of the car at all.
8      Q   Did you tell them anything about how long you
9  had had the car?
10     A   Repeat that again.
11     Q   Did you tell the police -- when you were
12  pulled over, did you tell the police anything about how
13  long you had had the car?
14     A   At the time, he didn't ask me that question.
15     Q   Okay. So what did you do next?
16     A   Followed him to the police station. It's
17  Grand 55th -- I think it is 55th and Grand or Pal -- no.
18  I don't recall -- I don't remember if it was Grand or
19  the one on Palmer. He just told me to follow him, so I
20  just followed him.
21     Q   Okay. And what happened after you got to the
22  police station?
23     A   He put me in a room by myself, in an
24  interrogation room.
25     Q   Okay. Before that, when you first arrived at

Page 24

1  the police station, did they tell you where to park the
2  car?
3      A   Yeah. Yeah. I parked right there at the
4  police station.
5      Q   Okay. Was there a parking lot there?
6      A   Yeah.
7      Q   Okay. And then how did you end up walking
8  inside to the police station? Did -- I guess what I'm
9  asking is, did you -- did they tell you to walk inside?
10     A   Yeah. They escorted me straight inside the
11  building.
12     Q   Okay. And these three officers who had pulled
13  you over, were they talking to you in English or in
14  Spanish?
15     A   English.
16     Q   Okay. Do you recall anything about what they
17  looked like?
18     A   I only remember one. I can't remember the
19  other two, but I only remember one because he's the one
20  that hit me.
21     Q   Okay. And what did he look like?
22     A   Spanish, glasses, black and -- I mean, black
23  and -- and, like, striped hair. Like, you know when
24  you're getting old, you get this white hair a little
25  bit? A little chunky. He looked -- to me, he looked

Page 25

1  like Mexican mixed with Puerto Rican, so I didn't know
2  exactly what was he, but I knew he was Spanish.
3      Q   Okay.
4      A   I think he's Spanish. He looked like it.
5      Q   When you walked into the police station, did
6  they tell you that they were putting you under arrest at
7  that point?
8      A   No.
9      Q   Okay.
10     A   No. I was just in for questioning. That's
11  it.
12     Q   Okay. And so in the police station, where did
13  you go?
14     A   Interrogating room, some kind of room with
15  four walls.
16     Q   Do you remember if that room was on the first
17  floor or on the second floor or somewhere else?
18     A   That I don't remember.
19     Q   Okay. So you said you parked the car in a
20  parking lot at the police station, right?
21     A   I'm trying to think that if they put me in a
22  squad car or that I drove over there. I could swear I
23  drove over there. I could swear I drove over there. I
24  could swear, but it has been so long. So I'm thinking I
25  drove over there because they had nothing on me at the



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 9 of 42 PageID #:16924
The Deposition of JOSE E. MELENDEZ, taken on September 29, 2021

26..29

Page 26

1  time. They just told me to follow them. I think that's
2  what they told me, so I followed them. So I was just
3  walking inside the police station. And when they put me
4  in that room, then they put handcuffs on me.
5      Q    Okay. Who put handcuffs on you?
6      A    Yes.
7      Q    Who was it?
8      A    It's with an R. It was -- his name was with
9  an R. Can't think of his name, but I know what he
10 looked like.
11     Q    Was he -- are you talking about the person you
12 were describing just now?
13     A    The -- the cop, yeah.
14     Q    Okay. The one who looked like he might be
15 Mexican and Puerto Rican?
16     A    Spanish. Yeah. Yeah.
17     Q    Did he tell you why he was handcuffing you?
18     A    No, he didn't tell me nothing.
19     Q    Okay. Do you know -- one way or the other, do
20 you know whether the Buick Park Avenue was used in an
21 identification procedure at the police station that day?
22     A    Do you know what? He was more concerned about
23 the 98. He was not even questioning me about the Park
24 Avenue no more. All of a sudden it just turned to the
25 98.

Page 27

1      Q    Okay. So this is the --
2      A    So the Park Avenue, he didn't want to talk
3  about that no more. He wanted to talk about the 98. He
4  turns everything around. Now I'm there for a different
5  case.
6      Q    Okay. Do you know anybody by the name of
7  Alberto Rodriguez?
8      A    The name sounds familiar, but I can't recall.
9  I need to see a picture.
10     Q    Okay. Do you know somebody who also has the
11 name Jose Melendez who goes by the nickname Macho?
12     A    No. Don't know that guy.
13     Q    So when you were first brought into the police
14 station, did you have your photograph taken there?
15     A    Yeah. Yes, I did. Someone came in, took a
16 snap picture, and then left.
17     Q    Okay. Was the person wearing a uniform; do
18 you remember?
19     A    No uniform. Just a regular. He just went in
20 there and took a picture of me. That's it.
21     Q    Okay. Was that before or after you were
22 handcuffed?
23     A    I know I wasn't handcuffed at the time. So I
24 just couldn't tell you exactly how that went, but I know
25 I was not handcuffed. He told me I could put on my hat,

Page 28

1  so I put on my hat and he took a picture. That's the
2  last thing I remember him saying. "You can put on your
3  hat, put on your hat, put on your hat." So I put on my
4  hat, you know, and it was a leather black hat. So I
5  guess it makes me look like a thug. That's why he
6  wanted to do that. I didn't think of it, but now, you
7  know, that's why he did that.
8      Q    When you arrived at the police station, did
9  anyone take your fingerprints?
10     A    No.
11     Q    Okay. So you are brought into an
12 interrogation room --
13     A    Uh-huh.
14     Q    -- and someone comes in and takes your
15 picture, and then what happens right after that?
16     A    It would be a one-on-one, me and the officer.
17     Q    Okay. And was he asking you questions?
18     A    He asked me a question. I responded. Next
19 thing you know, he gave me a big ass blow in my head. He
20 punched me, out of nowhere.
21     Q    What kind of questions was he asking you?
22     A    "I want to know where's the car? Where's the
23 98?" I said, "I sold the 98." "That's not what I want
24 to hear." Boom, he hit me again, but I -- this time I
25 was prepared, so I turned -- I turned my head the

Page 29

1  opposite way so he could hit the top right here. That's
2  how I broke his knuckle. See how he likes that.
3      Q    So he was asking you about the Oldsmobile 98,
4  right?
5      A    Yes.
6      Q    Okay. Do you know why he was asking you about
7  that car?
8      A    He said it was a murder on Fullerton. He
9  wants to know what I did with the car. Where I got it?
10 Why I got the car -- where's the car at? And I told
11 him, "I sold the car. I thought you were pulling me
12 over for the Park Avenue. What are you talking about,
13 the 98? I don't know what's going on. I don't know
14 what's going on." Then he hit me.
15     Q    Okay.
16     A    You know.
17     Q    How long was --
18     A    So I told him, "I don't know."
19     Q    All right.
20     A    Yeah.
21     Q    How long before that had you sold the 98?
22     A    A couple months. Like, six months. It'd been
23 gone for six months, but I remember it still had my
24 little daughter's in the back window, "Little Amy" on
25 the back window. He never took it off. I should have

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 30

1 took it off myself. Six months. Six months.
2     Q    Before this police officer started asking you
3 questions in the interview room, did he tell you that
4 you had the right to an attorney?
5     A    No. At that time, he didn't ask me none of
6 that question, because he was just going to ask me some
7 questions. So he didn't ask me that, so that's what I
8 thought. He was just going to ask me some question
9 about the car. So there was no need, you've got the
10 right to remain silent, you know you could -- no. I
11 know my rights, but he never said none of that stuff.
12    Q    Okay. So before he started asking questions,
13 did he tell you that you had the right to remain silent?
14    A    No.
15    Q    Okay. When this police officer was talking to
16 you, was he speaking English or Spanish?
17    A    English.
18    Q    Okay. You said that he asked you where the
19 car was. Do you remember any other questions he asked
20 you?
21    A    No. He asked me if I had a 98. He asked me,
22 "Where is it at?" And I said, "I sold it." And then
23 that's when he punched me. And I'm like -- you know,
24 shocked -- shocked me right there. It's just -- you
25 know, I didn't see that coming the first time. I was

Page 31

1 like, "What? What's going on?" You know, I'm -- I'm
2 lost. I was lost. I didn't know what was going on. I'm
3 lost.
4     Q    When he first punched you, were you already in
5 handcuffs?
6     A    That's why he took advantage of me.
7     Q    Okay. Were your hands cuffed -- your wrists
8 cuffed together, or were you cuffed to something else,
9 like a table or the wall?
10    A    It's like -- if I'm not mistaken, it was -- I
11 don't know if it was the wall or the table, but it was
12 something like that. Yeah. It was, like, a table, like
13 a little loop, something, like, a loop, something like
14 that. I think that's what it was.
15    Q    Did he show you any pieces of paper?
16    A    Excuse me?
17    Q    Did this police officer show you any pieces of
18 paper?
19    A    No. No.
20    Q    Did this police officer ever ask you to sign
21 any pieces of paper?
22    A    The second time, not the first time.
23    Q    Okay. And when you say "the second time,"
24 what are you referring to?
25    A    He let me go. He let me go. So the second

Page 32

1 time, what I mean by the second time, he went again to
2 my house and told me -- while I was watching New York
3 Undercover, my wife answered the door. She said, "The
4 cops are at the door. They want to ask you a question."
5 I say, "Okay." So when I went to the door, he says,
6 "Yeah, we've got a picture of the guy that you sold the
7 car to. You're going to have to go to the police
8 station with us." "Okay. No problem. I'll go with
9 you." Soon as I stepped out of the car -- out of the
10 house, handcuffed right away. "You're getting charged
11 for a murder, blah, blah, blah." That's what he told
12 me.
13    Q    Okay. I'll ask you more about that, but
14 before we get to that part --
15    A    Uh-huh.
16    Q    -- let's go back to that interview room on
17 that first time you were brought in. Were you alone
18 with this police officer who was hitting you inside that
19 room?
20    A    Yes.
21    Q    During the time he was hitting you, was
22 anybody else there?
23    A    No, there was nobody there.
24    Q    Was the door to that room opened or closed?
25    A    Closed.

Page 33

1     Q    Okay. Do you remember whether there was any
2 windows that would let you see inside or outside of that
3 room?
4     A    There was a window, like, on top. I could
5 look up and see the brightness. That's about it.
6     Q    Okay. Were you able to see anybody standing
7 outside of the room, for example?
8     A    No, the door was closed. No, you can't -- I
9 don't think you can see in. The door was closed.
10    Q    When -- with -- the room with the door closed,
11 were you able to hear any sounds from outside the room?
12    A    No, only -- only him speaking to me. That's -
13 - that was -- that was just me and him. Nobody could
14 hear us.
15    Q    Okay.
16    A    I could scream loud as -- if I want to. I
17 don't think nobody would hear me.
18    Q    So you said that eventually Guevara stopped
19 hitting you, right? I'm sorry, let me strike that
20 question and ask it again in a different way. You said
21 eventually the police officer stopped hitting you,
22 right?
23    A    When I broke his finger, the one with that big
24 ring.
25    Q    How did you do that?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 34

1    A    My head.  I used to be a boxer.  I know the
2  hard part and the weak spot.
3    Q    Okay.  So you moved your head in a certain way
4  so that he would get hurt?
5    A    Yeah, I had to.  I had to protect myself.
6    Q    Okay.  After that happened, what did he do?
7    A    He was hurting and I smiled, because now he
8  know how it feel.
9    Q    Did he say anything to you after that?
10   A    No, he was concerned about his finger.
11   Q    Okay.
12   A    He kept looking at his finger, how swollen it
13 was getting.
14   Q    How long after that were you released that
15 day?
16   A    Same day.  He released me the same day.
17   Q    Okay.
18   A    After -- after his finger and all that, he
19 didn't want to touch me no more.
20   Q    Okay.  After you were in the interview room,
21 about how long did you stay handcuffed in there?
22   A    It must have been an hour maybe or maybe two.
23 I don't recall after how long I was in there, but I know
24 I was in there for a little while.  Then he let me go.
25 So I was debating should I go -- should I go to the

Page 35

1  hospital and get my head checked.  I said nah.  I just -
2  - I just went home.  Glad it was over with it.  You know
3  what I'm saying?  Which I thought it was over with.
4    Q    While you were still in there after he hit
5  you, did anyone else come into the room to talk to you?
6    A    No.
7    Q    Did anybody come in to check and see how you
8  were doing physically?
9    A    No.
10   Q    That day that you were brought in after you
11 were pulled over driving the Buick Park Avenue, did you
12 talk to anybody who said that they were a prosecutor or
13 a state's attorney?
14   A    On -- on the second time -- on the second
15 time, a prosecutor, I think it is, so yeah.  He had --
16 he told me, "Make sure you tell them everything.  You're
17 going to" -- this is the second time, so he told me when
18 I got -- when I got arrested.  You know, he interviewed
19 me again, and he wanted me to sign some papers.  I go,
20 "I ain't going to sign no paper."
21   Q    And that was --
22   A    Then he said --
23   Q    That was after you got arrested at the time
24 you got --
25   A    Right.  When I was being charged.  When I was

Page 36

1  getting charged, yeah.
2    Q    But that --
3    A    That's when I finally met a prosecutor.  That's
4  when I finally met him.
5    Q    Okay.  But that first time at the station,
6  after you got pulled over in the Buick, you didn't talk
7  to anybody who said that they were a prosecutor?
8    A    No.  No.  No.  I don't remember.  I don't
9  recall that at all.
10   Q    Okay.  Do you recall -- after that first time
11 you were at the station, do you recall how you got home?
12   A    Yeah, in the Park Avenue.
13   Q    Okay.  They let you take the Park Avenue with
14 you?
15   A    Yes.
16   Q    You recall what time of day it was?
17   A    I don't know if it was 8:00 or 9:00.  I don't
18 re -- 8:00 -- or it was -- it was -- it was a little
19 dark outside -- yeah, I went home the same day.  So I
20 got arrested at 3:00, 3:30, 4:00, probably around there,
21 or 5:00.  I know I was home by -- probably by 8:30,
22 9:00, I think I was home.
23   Q    Okay.
24   A    I would think.  I can't really recall.
25   Q    Okay.  Not long after that, you were arrested

Page 37

1  for a murder, correct?
2    A    Yes.  Yes, when they came to my house and
3  picked me up.
4    Q    Do you remember the name of the person that
5  they said you had killed?
6    A    My neighbor who's usually downstairs from me.
7  I forgot his -- like I said, we know him by Cuba.  You
8  know, nicknames.  But his real name, I didn't know his
9  name.
10   Q    Okay.
11   A    But I knew his mom.
12   Q    Okay.  Possible his name was Ruben Gonzalez?
13   A    Probably that's -- that's why that name was
14 clicking to me, yeah.  I think that's his name, yeah.
15   Q    Okay.
16   A    Ruben Gonzalez.
17   Q    You knew him as Cuba?
18   A    I think it was Cuba or his friend was Cuba,
19 the one that used against me.  One of them was Cuba.  I
20 think his name was something else.  I don't know.  I
21 know he was Ruben.  I know that for a fact.  Now, it's
22 come to me that it's Ruben.
23   Q    Okay.  And you --
24   A    But he had a different name.  He had a
25 different name.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 38

1    Q    You said you knew his mother as well, right?

2    A    Yes.  Well, when I was taking everything out

3 of the car, because I sold it, she asked me, "Oh, can I

4 have that teddy bear?"  I said, "Oh, this is my

5 daughter's teddy bear," because I was cleaning

6 everything out of the car.  She was in the front,

7 present when I was taking everything out of the car, and

8 she fell in love with my teddy bear, but that was my

9 daughter's.

10    Q    Which car?

11    A    That was the 98.

12    Q    Okay.  So do you remember how long -- how much

13 time passed between the first time you were at the

14 station with the Park Avenue and then the second time

15 you were arrested and brought in?

16    A    Probably, I think, two days, if I'm not

17 mistaken.  Two days.  Two or three days, something like

18 that.

19    Q    And --

20    A    I could be wrong, but I know -- I know it was

21 not a week.

22    Q    Okay.  You were arrested at your home,

23 correct?

24    A    As soon as I walked out the door, I got

25 arrested.  I got charged.

Page 39

1    Q    And who were the police officers who arrested

2 you?  Were they wearing uniforms?

3    A    The same cop.  The same cop.  He was waiting

4 for me outside, though.  The Spanish guy, he saw me, he

5 said, "Tell me where the 98 is at?  Where do you got it

6 hidden?"  That's what he told me, screaming at me.  I'm

7 like, "Man, you know, what's going on?  You're telling

8 me, let's go to police station to identify the person I

9 sold the car to, but as soon as I walk out, you-all

10 putting handcuffs on me like I did something."

11    Q    Was he by himself, or was he with anybody?

12    A    No.  No.  No.  They came back up.  No, he was

13 by himself.

14    Q    Okay.  But to be clear, did you have anything

15 to do with the death of Ruben Gonzalez?

16    A    Oh, no.  No, I was at work.  I really was at

17 work.  I was working two jobs.

18    Q    At the time he was killed, did Ruben Gonzalez

19 owe you any money?

20    A    No.  That guy didn't even have a job, really.

21 I'm going to borrow money to [sic] a guy that he ain't

22 got a job.  And plus, I was the one who was always

23 working.  I was barely survive on my bills.  I can't

24 borrow nobody no money.

25    Q    Yeah.  Was there ever a time where you gave

Page 40

1 Ruben Gonzalez $500?

2    A    No.  No.  Never.

3    Q    Did you talk to Ruben Gonzalez at all on the

4 night that he was murdered?

5    A    No.  No.

6    Q    Okay.  So what happened after you were

7 arrested for that murder?

8    A    I went behind bars.

9    Q    Yeah, let me ask you --

10    A    I went behind bars.

11    Q    Let me ask you a little more specific

12 question.

13    A    Okay.

14    Q    So they brought you into a police station

15 after they arrested you, right?

16    A    Uh-huh.

17    Q    Do you remember, was it the same station that

18 you had been at before or a new one?

19    A    It's the same station because he put me in

20 that room again, same room.

21    Q    Okay.

22    A    I believe it was the same -- I believe it was

23 the same station.

24    Q    Okay.

25    A    Because the room looked the same to me.

Page 41

1    Q    When you were -- the second time when you were

2 arrested, did that same Latino police officer talk to

3 you?

4    A    Oh, yes.  He told me to make sure I tell

5 everything to attorney tomorrow, "You're going to see

6 him tomorrow morning."  So it was tomorrow, whatever, so

7 I got to see him the next day.

8    Q    Okay.  Did he ask you -- did that police

9 officer ask you any questions that -- on that day?

10    A    "Where's the car?"

11    Q    Okay.  Do remember any other questions he

12 asked you?

13    A    I think something about signing something.

14 "Sign this paper.  Sign this paper to confess you did

15 it.  You did it.  Sign this paper."  "I'm not signing

16 nothing."  He got mad.

17    Q    That time that you were arrested, did that

18 police officer hit you again or no?

19    A    No.  No, this time he didn't hit me.  I think

20 -- I think there was somebody in there at the time.

21 That's why he didn't touch me this time.  He wasn't by

22 himself.

23    Q    Okay.

24    A    That's why.

25    Q    Who was with him the second time?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 42

1    A    I can't recall.  I can't re -- I know there
2  was somebody, but I can't recall.  That's the only
3  reason he didn't touch me.
4    Q    That second time that you were arrested, did
5  you tell that Latino police officer that you were
6  working on the night of the murder?
7    A    I did, but he didn't want to believe what I
8  was saying.  I told him I was at work.
9    Q    Okay.
10   A    I told him, "You've got the wrong guy.  I was
11  at work."
12   Q    And --
13   A    And I worked two jobs that time.
14   Q    And which job were you working on the night of
15  that murder?
16   A    Probably -- Better Boy [sic] Foundation.
17   Q    Okay.  So Ruben Gonzalez was murdered on May
18  20th of 1995, a few weeks before you were arrested.  At
19  that point in time, were you still driving the
20  Oldsmobile 98?
21   A    No, the car was -- I hadn't had the car for
22  six months.  I sold the car, and then I had moved out of
23  there.  I had moved to Oakley.  When I sold the car, we
24  moved out of there because we had a rat problem, a lot
25  of rats in that -- that apartment.  So we moved to

Page 43

1  Oakley because I got a baby, you know.  So I moved to
2  Oakley Street on Fullerton -- around Fullerton and
3  Oakley.  Argyle.  Argyle.  My bad, Argyle.  Argyle and
4  Fullerton
5    Q    And after you were driving --
6         COURT REPORTER:  I'm sorry, did you say Argayle
7  (phonetic)?
8         THE WITNESS:  It's Argyle and Fullerton. Yeah,
9  Argyle between the -- next to the library --
10        COURT REPORTER:  Okay.
11        THE WITNESS:  -- there's a building.
12        COURT REPORTER:  Thank you.
13   A    I think Argyle.  Take out Oakley.  No, it's
14  Argyle.
15  BY MR. HAZINSKI:
16   Q    So after the Oldsmobile 98, you were driving a
17  Cutlass, you said, right?
18   A    Yes, I drove a Cutlass.
19   Q    Okay.  And that was the car that you were
20  driving up until you came to own the Park Avenue,
21  correct?
22   A    Yes.
23   Q    Okay.  Do you know that a man named Jorge
24  Mulero gave a statement to the police saying that you
25  killed Ruben Gonzalez?

Page 44

1    A    That's Ruben Gonzalez's right-hand man.
2  They're -- they're buddies.
3    Q    Okay.  But do you know that he made a
4  statement saying that you were guilty of the crime?
5    A    Yes, I know.
6    Q    Okay.  Do you have any idea why Jorge Mulero
7  claimed that you had killed Ruben Gonzalez?
8    A    The only idea I got is what his mom told me.
9    Q    What did she tell you?
10   A    His mom told me that he said to her, he's
11  going to get a change of name, money, a house just to
12  say that I did it, and his mom told him not to do it.
13  "You know he didn't do it.  I don't know what's wrong
14  with my son.  It's crazy.  I don't know why he did
15  that."  That's what she told me.
16   Q    Okay.  Did -- and when did you -- when did his
17  mom say that to you?
18   A    It was on the phone.  I'm trying to think if
19  it was on the phone when she told me.
20   Q    Was this after your trial?
21   A    No.  No.  That's before I -- before I got
22  charged.  Before I got charged.
23   Q    Okay.
24   A    No, I mean, I got charged, but I can't tell
25  you how, because a friend of just knew.  We know the

Page 45

1  mom, so a friend of mine passed the phone to her and she
2  was telling me, "They say you're so sorry for my son.  I
3  don't know why he did that.  He knows you didn't do it.
4  He knows this and that."  That's what she told me.
5    Q    Okay.
6    A    That's what the mom told me, and I said, "You
7  know, just -- all I want from your son is just to tell
8  them the truth because I didn't do it.  I just -- just to
9  tell the truth.  That's all I care."  That's what I told
10  the mom.
11   Q    And did Jorge Mulero's mom tell you who had
12  offered him money and a house?
13   A    That's -- I found out from her.  That's what
14  she told me.  That that's what he told her.
15   Q    And who -- but who was it she said offered him
16  money?
17   A    The officer, the Spanish guy.
18   Q    Do you have a sister-in-law named Nixa, N-I-
19  X-A?
20   A    Yes.
21   Q    Okay.  Was she ever arrested or brought to the
22  police station in connection with your case?
23   A    She got arrested because the lady, Ruben's
24  mom, told the cops that she talked to her and she got
25  arrested just because she talked to her.  He -- the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckiana22reporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 14 of 42 PageID #:16929
The Deposition of JOSE MELENDEZ, taken on September 8, 2021
46..49

Page 46

1 officer gave her a card. "Any problem, just call me.
2 This is my -- here's my business card," so he gave a
3 card to the -- to Ruben's mom.
4    Q    Okay.
5    A    She -- she came out the same day. They didn't
6 charge her or anything like that. They just wanted her
7 to stay away from the family. That's all. All -- she
8 was just telling her that I didn't do it.
9    Q    Yeah. Was Nixa threatening the mom, as far as
10 you know?
11   A    No. No. No.
12       MR. ENGQUIST: Object to foundation.
13   A    No, she was young. No, she was a young girl.
14 No.
15   Q    Okay. So your criminal case eventually went
16 to trial, right?
17   A    Yes.
18   Q    Was your trial -- was the case tried to a jury
19 or to a judge?
20   A    I was scared to do it, but I took a bench
21 trial.
22   Q    Okay.
23   A    I don't know why. I don't know why, but I was
24 scared to do it. But I took a bench trial.
25   Q    Who was your lawyer in that trial?

Page 47

1    A    Jack Smeeton.
2    Q    Okay. Is that Smeeton, S-M-E-E-T-O-N?
3    A    I think so. I better find out. I've got to
4 look for it. I know it's Jack Smit -- Smiton --
5 Smeeton, something. I can't remember.
6       MR. ENGQUIST: Sir, are you looking at
7    something else right now?
8       THE WITNESS: Yeah, my lawyer's picture.
9       MR. ENGQUIST: So you're doing a Google search
10   right now or something?
11      THE WITNESS: What was that again?
12      MR. ENGQUIST: What are you looking at for your
13   attorney's picture?
14      THE WITNESS: To make sure I got the right last
15   name --
16      MR. ENGQUIST: Right. I know, but sir, my
17   question is, are you reviewing something else next
18   to you? Like, a --
19      THE WITNESS: Oh, no. No. No. I was trying
20   to look for his name.
21      MR. ENGQUIST: Okay. I'm sorry. Where were
22   you looking for his name?
23      THE WITNESS: On my phone.
24      MR. ENGQUIST: Oh, okay. Sir, if you do refer
25   to something else to give you information to answer

Page 48

1 questions posed by anybody, you need to let us know
2 that you're trying to look at something else, so we
3 have some idea.
4       THE WITNESS: Oh, okay. I apologize. I didn't
5    know. I've got a picture -- I've got a picture of
6    my lawyer. That's what I'm seeing.
7 BY MR. HAZINSKI:
8    Q    Normally, we'll -- you know, when we do these,
9 we -- in the past, we would all meet together in a room,
10 and it would be real easy to tell what anyone was
11 looking at, but these --
12   A    Right. Right.
13   Q    It's a little different. So if you could, let
14 us know if you have to look at something, that would be
15 --
16   A    Okay. I mean, if you -- if you want me to
17 look for his name, I can look for it now.
18   Q    That's --
19   A    It's Jack -- Jack Smeeton, I think his name
20 is.
21   Q    Okay.
22   A    Well, it should be on file anyway. It should
23 be on file, my lawyer.
24   Q    At your trial, at your bench trial, do you
25 remember what the evidence was that the prosecution

Page 49

1 introduced trying to convict you?
2    A    The evidence?
3    Q    Yeah. What evidence they were relying on to
4 try to convict you.
5    A    Rely on a witness. It was just a witness that
6 the judge had. They had a warrant for the guy for a
7 lot. He got arrested -- they had a record this high of
8 how many records he had, so the cops are relying on him
9 against me, which is this guy's right-hand man. It's his
10 best friend. Jor --
11   Q    Is that Jor --
12   A    His name is -- what was that again?
13   Q    Was that Jorge Mulero or somebody else?
14   A    Right. Jorge Mulero is his right-hand man,
15 his friend, his best friend.
16      MR. ENGQUIST: And I'm sorry, I'm getting a
17   little confused because you kind of talked over.
18   When you're saying "his right-hand man," you're
19   referring to --
20      THE WITNESS: They were always together, yeah.
21      MR. ENGQUIST: Sir, if I can --
22      THE WITNESS: The one that --
23      MR. ENGQUIST: Sir, sir? Mulero was -- when
24   you're saying "right-hand man," you're saying Mulero
25   was Gonzalez's -- Ruben Gonzalez's right-hand man?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckiana22reporters.com
www.kentuckianareporters.com

Page 50

1    Is that what you're saying?
2         THE WITNESS:  I mean, the -- the one that got -
3    - the one that told the mom, what was his last name?
4    The one that told the mom, "My son" -- that they
5    offered him money, that's his right-hand man.  They
6    were always together.
7         MR. HAZINSKI:  Okay.  So -- and Josh, if you
8    need to clarify, I think --
9         MR. ENGQUIST:  Yeah, I know, but the thing is,
10   you guys are talking over each other, and he keeps
11   on saying "right-hand man," and I'm not sure what
12   he's referring to at all.
13        THE WITNESS:  Oh.
14        MR. ENGQUIST:  So it's getting extremely
15   confusing on the record.
16        THE WITNESS:  I'll --
17        MR. HAZINSKI:  Let me try to --
18        MR. ENGQUIST:  So I'll ask questions to try to
19   get it unconfused.
20        MR. HAZINSKI:  Let me try to make sure it's
21   clear.
22   BY MR. HAZINSKI:
23        Q    So -- okay.  So the man who died is named
24   Ruben Gonzalez, right?
25        A    That's Ruben Gonzalez.

Page 51

1         Q    Okay.  And he had a right-hand man, and that
2    was Jorge Mulero?
3         A    The reason why I say "right-hand man" or "his
4    best friend" because they're both together.  They both
5    do bad things out there in the street.  That's why I
6    call him his right-hand man.  When something's going to
7    happen, they're both together.  They do it together.
8         Q    Okay.
9         A    They had drug problems.  Both of them had drug
10   problems.  So they've got to make -- you know, they've
11   got to go steal for a living, so that's what they were
12   doing.
13        Q    Okay.  In your criminal case, what ended up
14   -- what ended up happening?  What was the verdict?
15        A    Not guilty.
16        Q    Okay.  Did the judge in the bench trial
17   explain the reasons why he found you not guilty?
18        A    Well, we had witnesses on the stand saying
19   that I was not there, that you've got the wrong person.
20   They had a man on the stand who -- who was testifying
21   against me and said, "He was not the guy."  And also,
22   the judge was like, he said, "This guy got a background,
23   and we got him in the back because he had a warrant for
24   his arrest and he tried to kill himself while he was
25   back there.  And -- and you guys left this guy here who

Page 52

1    -- who's got two jobs, who -- who's always working, and
2    you believe this guy over him and this guy had a bad
3    background, so therefore, I found him not guilty."
4         Q    Before you testified today in your deposition,
5    has anyone ever promised you anything in exchange for
6    your testimony?
7         A    No, I just wanted everybody to hear my side of
8    my story.  I'm not winning nothing out of this, and then
9    there's nothing that's going to the cop.  There's
10   nothing they could do for me.  I mean, the damage is
11   done, and I've just got to live with it.
12        MR. HAZINSKI:  Okay.  At this point, I don't
13   have any further questions for you.  Now, the
14   attorneys who represent some of the other parties
15   will have some questions.
16        THE WITNESS:  No problem.
17        MR. ENGQUIST:  Before we start, just so we can
18   make sure we use our time efficiently and don't keep
19   you here longer than you need to, Mr. Melendez, can
20   we take a quick, like, five-minute break or so just
21   so I can go through my notes?
22        THE WITNESS:  Okay.
23        MR. ENGQUIST:  So -- actually, why don't we say
24   ten minutes?  So we'll be back at 12:40.  Does that
25   make sense, everybody?

Page 53

1         MR. HAZINSKI:  That's fine.
2         THE WITNESS:  Should I leave this on or
3         MR. ENGQUIST:  Probably.  Probably logging back
4    in -- because there were problems the first time
5    --
6         THE WITNESS:  All right.  I don't want to --
7         MR. ENGQUIST:  But what you can do is -- sir,
8    what you can do is you can mute it if you want to,
9    while you're away from the away from the table or
10   something like that, but it's up to you what you
11   want to do.
12        THE WITNESS:  Okay.
13        MR. ENGQUIST:  Okay?
14        THE WITNESS:  Okay.
15        COURT REPORTER:  We are going off the record.
16        (OFF THE RECORD)
17        COURT REPORTER:  We are back on record.
18        MR. ENGQUIST:  All right.  Thank you.
19   Mr. Melendez, one thing I want to make sure is kind
20   of clear, I think one of the issues that kind of
21   popped up a little bit in the first part of your
22   deposition is that the court reporter and everybody
23   else can really only take down one voice at a time,
24   and it gets confusing when people talk over each
25   other.  So what I ask is that I'll do my best to let



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 16 of 42 PageID #:16931
The Deposition of JOSÉ MENENDEZ, taken on September 17, 2021
54..57

Page 54

1  you finish answering your question before I start
2  asking and then you do the same for me, back and
3  forth, okay?
4       THE WITNESS:  Okay.  This is my first time
5  doing this, so It's my first time doing it.
6       MR. ENGQUIST:  Yeah, and it's even harder over
7  the video, and I understand that.  It's just that it
8  gets really confusing.  And you might know exactly
9  what I want to ask and so you might start jumping in
10  there, just try to stop yourself from doing that
11  just so we end up with a nice clean record, okay?
12       THE WITNESS:  Okay.
13       MR. ENGQUIST:  Thanks.  And that was the other
14  thing, remember nodding of the head, it doesn't come
15  across.  You have to say the "yes," okay?
16       THE WITNESS:  Yes.
17            CROSS EXAMINATION
18  BY MR. ENGQUIST:
19       Q    Okay.  So I might be jumping around a little
20  bit here.  I just want to make sure I get a few things
21  down.  Now, prior to the deposition, you spoke to
22  Plaintiff's counsel, Mr. Hazinski, or somebody from his
23  office, about the deposition.  Am I right on that?
24       A    What was that again?
25       Q    You spoke with somebody from the plaintiff's

Page 55

1  counsel's office prior to the deposition; is that
2  correct?
3       A    Yes.
4       Q    Okay.  How many times did you speak with them?
5       A    Probably twice, maybe.  Probably.  I don't
6  recall.  I think maybe twice.
7       Q    Okay.  And do you remember the first time you
8  spoke with them?
9       A    No.
10       Q    Do you remember the first time you spoke was
11  it on the phone or in person?
12       A    Phone.
13       Q    Phone.  And do you remember who you spoke
14  with?
15       A    The person that I was just speaking to. Yeah,
16  I was talking to him.  The one I was just speaking to.
17       Q    Mr. Hazinski, is that who you spoke to on the
18  phone?
19       A    Yes.  That's the -- that's the only one that
20  speak to.
21       Q    Okay.  So it would be fair to say the second
22  time you spoke to him about the deposition, it was also
23  Mr. Hazinski; is that correct?
24       A    Yes.
25       Q    Okay.  And when you talked about the

Page 56

1  deposition, did you talk about what kind of questions
2  you'd be asked?
3       A    Just whatever you guys ask, answer, you know,
4  honest questions.  That's it.
5       Q    Okay.  But did you talk with Mr. Hazinski, on
6  either one of those occasions, about the case itself,
7  about what happened, like you talked about just now?
8       A    If you asked me a question, like, what
9  happened to me, yes.
10       Q    Okay.  Did he show you pictures before?
11       A    No pictures.
12       Q    Okay.  And did you review any documents?
13       A    No, that I know of.
14       Q    Okay.  Now, earlier, when you saw -- when you
15  were shown a picture of the -- what is the -- the Park
16  Avenue, without prompting, you started off by saying,
17  "No tints."  When you were saying, "Is that your car,"
18  you responded that it was "no tints" right away.  Do you
19  recall that testimony, sir?
20       A    Yes, I do.  I did.
21       Q    Why did you respond "no tints" when you were
22  asked about if that was your car?  Why did you -- why
23  did you respond about the tinting of the windows?
24       A    Because I don't like tints.  I never -- I
25  never had tints in my car.

Page 57

1       Oh, okay.
2       A    So I was -- you know, there's a lot of cars
3  out there with tinted windows.  I don't like tint.  So I
4  know my car, no tints.
5       Q    Okay.  It wasn't because you were told that
6  was an issue in the case; is that right?
7       A    Oh, no.  No.  No.
8       Q    Okay.  Now, just to be clear, are you aware
9  that the Park Avenues from 1986 just came standard --
10  didn't come with any kind of tinting on their windows?
11       A    I bought it as the way it is.  As the way it
12  was that picture, that's exactly how I got it.  I did
13  nothing to it.  I did nothing to it because I just had
14  it and I got locked up, so didn't get to enjoy it.
15       Q    I'm sorry.  Earlier you were saying you have a
16  daughter, and then you said you have a son with somebody
17  else.
18       A    Yes.
19       Q    Can I ask who the mother of your son is?
20       A    My son and mother, Margie.  Margie, that's her
21  name.  Margie.  No, it's -- I -- I was young, you know.
22       Q    That's all right.  What's Margie's last name?
23       A    I don't even know her last name.
24       Q    Okay.  So I'm assuming you don't keep in
25  contact with your son's mother at all?



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckiana22reporters.com
www.kentuckianareporters.com

Page 58

1    A    No.
2    Q    Okay.  Do you keep in contact with your son?
3    A    I haven't spoken to him.
4    Q    Okay.  We did go through a series of names,
5    and there are a couple of them -- people that you did
6    know.  One was Thomas Sierra, and you knew him as
7    Junior; is that correct?
8    A    Yes.
9    Q    Thomas -- okay.  Did you also know him as
10   Junito?
11   A    No.
12   Q    Okay.  What about Junebug?
13   A    Yes.
14   Q    Okay.  Did you know Thomas Sierra to be a
15   member of a gang?
16   A    No.  No.
17   Q    Now, it was unclear, and so I'm just trying to
18   make sure it's clear.  Were you friends with Tommy
19   Sierra or Junebug prior to him being arrested in this
20   case in 1995?
21   A    I knew him, but -- I knew his father.
22   Q    Okay.  Was his father a member of a gang?
23   A    Oh, no.  He was an old man.  No.
24   Q    When do you -- when would you say you became
25   friends with Thomas Sierra?

Page 59

1    A    When he first moved in to the -- when he came
2    from Puerto Rico to the neighborhood, to stay with his
3    dad.
4    Q    Okay.  So his arrest was in 1995.  Do you
5    remember what year roughly that would be when you became
6    friends with Thomas Sierra?
7    A    About the time.  I just -- like I said, it's
8    just hi and bye, I knew that was -- because it was just
9    my friend's son.  Hi and bye, that's about it.  Not a
10   close relationship, no.
11   Q    Okay.  Would you consider yourself to have a
12   close relationship now with Thomas Sierra, Junior?
13   A    No, not really.  No.
14   Q    When is the last time you spoke with him?
15   A    The last time -- when I got locked up, I seen
16   him that time.  And I think I bumped into him with -- I
17   seen him when he got out.  I didn't spoke spoke to him,
18   but I seen him when he got out.  I saw him on TV.  He
19   was on TV.
20   Q    When's the last time you spoke with him?
21   A    Probably -- I don't know.  Maybe a year.  Hi
22   and bye.  About a year.
23   Q    When you say "hi and bye," do you see him in
24   your neighborhood now?
25   A    No, I don't live in that neighborhood.  I go

Page 60

1    over there.
2    Q    Okay.  So when you see him and you're saying
3    hi and bye, where would this be?
4    A    No, I spoke to his father.  He does my brakes.
5    Q    And where's his father located?
6    A    He moved to Indiana now.  He's in Indiana now.
7    He used to live on Dickens, but he moved to Indiana.
8    Q    So you drive to Indiana to have your brake
9    work done?
10   A    No, not no more.  No.
11   Q    Okay.
12   A    No.
13   Q    Is that the last time you saw Thomas Sierra to
14   say -- Thomas Sierra, Junior to say hi and bye by
15   driving to Indiana?
16        MR. HAZINSKI:  Objection --
17   A    No.  No.
18        MR. HAZINSKI:  -- mischaracterizes his
19   testimony.
20   A    No.
21   Q    Okay.  So when you said you saw Thomas Sierra,
22   Junior to say hi and bye, where was this?
23   A    It was with his mom.  Saw his mom because Tom
24   -- Tommy, his mom got a divorce.  That's why I only see
25   him like a glance.  When he went to go see his mom.

Page 61

1    That's about it.  I was really focusing on my brakes
2    that his father was doing.
3    Q    Okay.  And when would this be?  Would this be
4    in Indiana or -- I'm sorry.  This is --
5    A    No, it was right there on Dickens in the alley
6    in the back at his friend's garage.
7    Q    And what year would that be, roughly?
8    A    It was -- I don't know if it was eight months.
9    I don't remember.  I don't remember.  To be honest, I
10   don't remember.
11   Q    Within the last year?
12   A    I don't recall.  Sorry.
13   Q    Okay.  But it's since his release from prison,
14   correct?
15   A    Yeah, he was out.
16   Q    And other than saying hello and goodbye, did
17   you say anything else to Junebug?
18   A    No.  I don't really bring that up because it's
19   not a good thing when I bring it.  I mean, it's
20   something I don't want to talk about, so I never brung
21   it up, you know.
22   Q    Okay.  Have you --
23   A    Because I know what I went through.
24   Q    Okay.  Have you ever spoken to -- and just so
25   since we have two Tommy -- Thomas Sierras, I'll just



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 18 of 42 PageID #:16933
Trevor Deposition of Josef MENENDEZ/taken on September 1, 2021
62..65

Page 62

1  refer to him by his nickname Junebug. Have you ever
2  spoken to Junebug about your interactions with police
3  officers back in June of 20 -- June of 1995?
4      A   No.
5      Q   Okay. Have you ever spoken to Junebug about
6  anything about your arrest for murder?
7      A   No.
8      Q   Now, you also said you know Hector Montanez,
9  correct?
10     A   Yes.
11     Q   Okay. Did Hect -- do you know, Hector, does
12  he have a nickname?
13     A   Hector, that I know of.
14     Q   Have you ever heard him referred to as Little
15  Hector?
16     A   No.
17     Q   Do you know if Hector Montanez has ever
18  belonged to a street gang?
19     A   What's that again?
20     Q   Do you know if Hector Montanez ever belonged
21  to a gang?
22     A   Not that I know of. I wasn't close friends
23  with that guy.
24     Q   When's the last time you spoke with Hector
25  Montanez?

Page 63

1      A   When we traded cars.
2      Q   And that would have been sometime in June of
3  1995?
4      A   I know it was 1995. I can't say it was June,
5  but --
6      Q   Okay. Well --
7      A   -- yes, it was 1995.
8      Q   -- it was shortly before you were pulled over,
9  as you talked about --
10     A   Yes.
11     Q   -- correct?
12     A   Yes.
13     Q   Okay. When you said you "traded cars," was it
14  like you give him your car, he gave you your car. There
15  was no exchange of cash?
16     A   No, no cash. Just even trade.
17     Q   Okay. And then did you sign off on each
18  other's title to change the title?
19     A   Yeah, I did.
20     Q   And who approached who about trading the
21  vehicles?
22     A   He did.
23     Q   And do you remember where he approached you?
24     A   On Dickens.
25     Q   So did he drive up to your house and then talk

Page 64

1  to you about trading vehicles?
2      A   No. No. I was on the street on Dickens. My
3  mom used -- my mom used to live right there on Dickens.
4  On 3525 West Dickens.
5      Q   Okay. Had you ever discussed with him about
6  trading vehicles prior to the day he came up to you and
7  asked you about trading vehicles in this case?
8      A   Repeat that again.
9      Q   Yeah, it was kind of not a very good question.
10  The day he came and talked to you about trading
11  vehicles, was this the first time you had discussed
12  trading vehicles with him?
13     A   Yeah, that was the first time. Yeah.
14     Q   And did you trade vehicles that day?
15     A   Yes.
16     Q   And what vehicle did you trade him for? What
17  was your vehicle that you --
18     A   It was a Cut -- a blue -- a blue Cutlass, two
19  doors.
20     Q   And what year was that blue Cutlass?
21     A   '85 or '86. It was an old car.
22     Q   Did he tell you why he wanted to trade the car
23  there on the street that day?
24     A   No, he didn't.
25     Q   Did you ask?

Page 65

1      A   No, I just liked the Park Avenue.
2      Q   Okay. Did you think you were getting a good
3  deal on it by trading the blue Cutlass for the black
4  Park Avenue?
5      A   Oh, yeah. Oh, yeah. I had put too much work
6  on the Cutlass, so I traded for the Olds -- for the Cut
7  -- for the Park Avenue just so I could get to work back
8  and forth.
9      Q   Okay. Was this a common occurrence back in
10  the mid-'90s in your neighborhood where people would
11  just trade cars on the street one for another?
12     A   It's always been like that.
13     Q   So it was common?
14     A   Yes.
15     Q   Did you register that car in your name?
16     A   I don't even know if I even had a chance to
17  register it in my name. I don't even know. Because the
18  Cutlass, I only had it for about maybe, like, a week.
19  Then he traded me for the Park Avenue, and I don't even
20  know if I even got a chance to transfer everything to my
21  Park Avenue either until I got out of jail.
22     Q   So you're not sure whether or not you got the
23  -- okay. The Cutlass you only had for a week or so you
24  said; is that right?
25     A   Yeah. Uh-huh.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 66

1    Q    Okay.  And you don't recall whether or not you
2  ever put the Cutlass in your name?
3    A    I didn't get a chance.
4    Q    Okay.  And then when you traded the Cutlass to
5  Hector for the Buick Park Avenue, you never put that in
6  your name either, correct?
7        MR. HAZINSKI:  Asked and answered.
8    A    No.  No.  Money was tight.  I didn't have
9  money at that time.  I was working two jobs.  I had
10 bills.
11   Q    Did you insure the car?
12   A    Nope.  Money was tight.
13   Q    The Cutlass, had -- that was a car you had
14 also traded someone for; is that correct?
15   A    No.  I bought that Cutlass.
16   Q    Okay.  You bought it at a dealer?
17   A    No, on the street from a friend.  Street.
18   Q    Okay.  You --
19   A    Not even a friend.  Somebody was -- somebody
20 selling -- I apologize.  Somebody was selling, and I
21 just bought it.
22   Q    And do you remember who you bought the blue
23 Cutlass from?
24   A    I don't even remember what the guy looked like
25 who I bought it from.

Page 67

1    Q    Focusing little bit on when you said you were
2  pulled over.  You said you were pulled over by three
3  officers, correct?
4    A    Yes, sir.
5    Q    Okay.  And I believe earlier you said they
6  were all in plain clothes; is that correct?
7    A    I recall they were in plain clothes, jeans and
8  a black shirt.
9    Q    I'm sorry, jeans and what?
10   A    And a black shirt and jeans.  I don't know.  It
11 could have been a vest, but I know they were not in
12 uniform.
13   Q    Okay.  Were these the type of officers you'd
14 still see in the street?  Like jeans, some kind of
15 shirt, then, like, a vest over it, their gun belt on,
16 star on their chest kind of thing?
17   A    Yeah, detectives.  Yeah.
18   Q    Okay.  Were all three of them dressed that
19 way?
20   A    I can't recall all three.  I just remember the
21 Spanish guy.
22   Q    Okay.  Was --
23   A    But I know they're all the same plain clothes
24 like that.
25   Q    Okay.  The Spanish guy that you described

Page 68

1  earlier, was he wearing the jeans and the bulletproof
2  vest and the gun belt like you said before?
3    A    I believe so.
4    Q    The other two men that were with him, the
5  other two officers, do you remember anything about them?
6  Like ethnicity-wise, hair color?  Anything?
7    A    I remember there was a white guy, but since
8  they really didn't spoke [sic] no, like I cannot even
9  picture their faces.  Only the face I picture is the one
10 that hit me, the one that spoke to me.  The other two
11 were just there as a backup.
12   Q    Okay.  And just to be clear, the only one who
13 hit you was the Spanish officer that was involved in
14 pulling you over wearing the bulletproof vest, correct?
15   A    I know it was him.
16   Q    Okay.  Is that correct, though?  Was I correct
17 on that?
18   A    Yes.  Yes.  Yes, sir.
19   Q    Okay.  And just to be clear, when you said you
20 were hit, that was when you were inside the police
21 station in the interview room alone with the Spanish
22 officer that pulled you over, correct?
23   A    Yes, sir.
24   Q    Okay.  How tall are you, sir?
25   A    Six.

Page 69

1    Q    Okay.  And I'm assuming in 1995 you were
2  pretty much the same size.  About six foot tall?
3    A    I was six.  I weighed 180.  I had long hair.
4    Q    Okay.  But the height's the same as it is
5  today, correct?  I know the hair is not the same. We're
6  all in kind of that, too.  But the height's the same,
7  correct?
8    A    Yeah, the height's the same.
9    Q    Okay.
10   A    Just gained a lot of weight now.
11   Q    The Spanish officer that was wearing the
12 bulletproof vest that pulled you over, was he taller
13 than you or shorter than you or approximately the same
14 size?
15   A    I never -- I never got to stand next to him
16 because he had me sitting down when he approached me.
17 When he approached me to the car, I was sitting down.
18 When I got interviewed, I was sitting down.  So I don't
19 know.  The only time I really got to see that I was a
20 little taller than him when he was at the bar buying a
21 lottery number.
22   Q    Oh, okay.  Well, when did you see him at a
23 bar?
24   A    A year -- let me see.  Nah, it'd been more
25 than a year.  I apologize.  It had been seven years.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 70

1  Pulaski, Mito's bar.
2      Q    What was the bar?
3      A    Mito.  Mito -- Mito was the owner.  His son is
4  a cop.  He approached -- Huh?  What's that again?
5      Q    I'm sorry.  I hate to break in.  You said
6  Mito, M-I-T-O?
7      A    Yeah, Mito.  Mito.  Yeah, he passed away two
8  years ago.
9      Q    Okay.  Now, you said seven years.  Was that
10  seven years after your arrest?  Seven years ago?  When
11  was that?
12      A    Seven years ago.
13      Q    Okay.  So -- okay.  Do you remember what time
14  of year it was in 2014?
15      A    I think it was on a weekend.  I don't know.  I
16  think it was the weekend.  He was buying -- his favorite
17  number's 8 -- 813.  That's the lottery number he was
18  buying, 813.  I'll never forget.  It's not a -- it's not
19  a [sic] legit lottery numbers.  It's Puerto -- it's
20  called La Bolita, Puerto Rican number.  You get paid --
21  no tax -- tax free.
22      Q    When you say not the lottery but a Puerto
23  Rican lottery, can you describe what that is?
24      A    Yes.  It's a Puerto Rican number.  It's not
25  legit, put it that way.

Page 71

1      Q    Okay.  And you said you saw him at Mito's bar.
2  Were you with anybody when you saw him in 2014?
3      A    No, I was by myself.
4      Q    And was this Hispanic officer, was he also by
5  himself?
6      A    He was by itself.  His hair got really, really
7  white.  He -- plain -- plain clothes.  I don't even
8  think he's a cop anymore.  He didn't recognize me.  I
9  recognized him right away.
10      Q    Okay.  Did you speak with him at all?
11      A    I speak to Mito.  I told Mito, "Isn't he a cop
12  named Ros -- with an R. -- Reydo -- Reyguardo (phonetic)
13  or something like that?"  He said, "Yeah, he's a cop."
14  I said, "Oh, okay.  That's all I need to know."  I
15  wanted to make sure I had the right guy.
16      Q    Okay.  Did you tell Mito that you had had an
17  interaction with this Hispanic police officer prior?
18      A    No, I didn't want to tell him.  I didn't want
19  to tell him that, to Mito.  I didn't want to -- I didn't
20  want to sit down and talk about my case or what he did
21  to me.  I didn't want to talk to him.  He doesn't know.
22  To this day, he doesn't know about it.
23      Q    Okay.  And you said Mito is passed away now;
24  is that correct?
25      A    Yeah, he got -- he passed away.  Yeah.

Page 72

1      Q    Okay.  Where's Mito's bar?  Is that still an
2  existence?  Well, first off, is it still in existence?
3      A    No, they -- he closed down.  He got sick.  It's
4  Pulaski, right cross the street from the fire station
5  before you get to the bridge on Pulaski, which is in
6  between North Avenue and just -- I'm trying to think.
7  Right across the street from the fire department.
8      Q    Okay.  Have you told anybody before about
9  seeing the Hispanic officer in a bar in 2014?
10      A    No.  A friend of mine's got to take his
11  number.  He let the number go.  So my friend, he won the
12  27,000.  He let go of the number and my friend, he kept
13  it.  He won the 27,000.  That's the only one that knows
14  about the lottery number.
15      Q    And who's that?
16      A    Ray Gonzalez.
17      Q    And do you know Ray from the neighborhood from
18  back then in the '90s?
19      A    Co-worker.
20      Q    Okay.  So when you got pulled over and this
21  Hispanic officer wearing the bulletproof vest was there
22  -- and, I'm sorry.  Let me just go back.  You said
23  when you saw him in the bar it was the first time you
24  realized how tall he was.  You said he was a little bit
25  shorter than you; is that right?

Page 73

1      A    I think I'm a little taller than him, yes.  I
2  think I'm a --
3      Q    Okay.
4      A    -- little taller than him.  I don't think he
5  --
6      Q    When you say "a little bit taller," about how
7  -- what does that mean?  How many inches are we talking
8  about?
9      A    I know he ain't no six foot.  I know that.
10      Q    Well, did he come up to your shoulder?  Would
11  he be staring you in the face if you were standing next
12  to each other?  I mean, what -- how tall do you think he
13  would be?
14      A    He was leaning towards the bar -- the bar
15  stool.  He was leaning toward the bar stool, giving Mito
16  the money.  So he wasn't standing on the floor, direct
17  standing.  No, he was leaning towards -- towards him to
18  give him the money.
19      Q    So you can't say how much shorter than he was
20  than you?
21      A    No, I can't recall that.  Sorry.
22      Q    Okay.  You said that you were walked into the
23  police station by the police officers; is that correct?
24  When you parked into the parking lot?
25      A    Yeah, they walked me in.  Yes.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckiana22reporters.com
www.kentuckianareporters.com

Case: 1:22-cv-03373 Document #: 249-7 Filed: 12/22/25 Page 21 of 42 PageID #:16936
The Deposition of ROSE MENENDEZ, taken on September 1, 2023
74..77

Page 74

1  Q  Okay.  Did all three of them walk you in?
2  A  I can't recall that.  I believe so.  They all
3  followed each other over there, so I think they were all
4  in the same car, if I'm not mistaken.
5  Q  Okay.
6  A  All three of them.
7  Q  And --
8  A  I can't remember.
9  Q  Who was the one who handcuffed you when you
10 got to the interview room?
11 A  Oh, the Spanish guy.
12 Q  Okay.  Now, prior to that day, had you ever
13 seen the Spanish guy before?
14 A  Uh-uh.  Never in my life.
15 Q  I believe you said the first thing he started
16 talking to you about was the -- your Olds 98; is that
17 correct?
18 A  Yes, which -- which I found it weird.  That's
19 -- that's why I was, like, confused.  I thought I got
20 pulled over for the Park Avenue.  Forget that.  Let's
21 focus on the 98 -- Olds 98.
22 Q  How long was he asking you about the Olds 98
23 before he hit you?
24 A  The second word.  It was no word.  It was a
25 punch.

Page 75

1  Q  I'm sorry, could you say that one more time
2  please?
3  A  The second word.  It was not even a word.  It
4  was just a punch, a sucker punch.  I didn't see it
5  coming.
6  Q  Oh, okay.  So right off the bat he punched you
7  in the face?
8  A  When he asked me where's the 98, I told him I
9  sold it.  The second (sound effect).  What the hell?
10 Where did that come from?
11 Q  And when he pun --
12 A  I didn't see it coming.
13 Q  Okay.  And when he punched you, do you know if
14 he punched you with his right hand or left hand?
15 A  Right hand.
16 Q  Okay.  And you said he had a ring?
17 A  Yes, he does got a ring.
18 Q  Do you remember what finger the ring was on?
19 A  I'm trying to think it was the middle finger,
20 for some reason.  Between the -- the -- the marriage
21 finger and the ring finger.  So was it the right or
22 left?  I'm trying to think back if it was the right hand
23 or left hand.  It was the right hand.  Between --
24 between these two fingers (indicating), he had a big
25 ring.  A big, solid ring.  I don't know if you can see

Page 76

1  me, but --
2  Q  Which two fingers are you referring to, sir?
3  A  These two (indicating).  One of -- one of his
4  fingers -- one of his fingers had -- I believe it was
5  this finger (indicating).
6  Q  You think it was the ring finger?
7  A  Yeah.
8  Q  Okay.  Can you describe the ring?
9  A  I believe it was the right.  I'm trying to
10 focus the impact when he hit me.  The sucker punch and
11 the other punch, it was like two punches, so I believe
12 it was the right hand.
13 Q  Okay.  Can you describe the ring at all?
14 A  I know it was big.  I believe it was an
15 Indian.  For some reason, I'm thinking an Indian or a
16 tiger.
17 Q  And after the first punch, did he question you
18 anymore before he hit you again?
19 A  Nothing.  The first punch, the second punch.
20 Q  And the second punch, this is the one where
21 you ducked your head, so he would hit the crown of your
22 head?
23 A  Uh-huh.
24 Q  Is that a yes?
25 A  That was a wrap.  That was a wrap right there.

Page 77

1  Q  Sir, is that a yes?  That --b the second punch
2  is where you ducked your head, so he hit the crown of
3  your head?
4  A  Yes.
5  Q  Okay.  And you said you believe you broke his
6  finger; is that correct?
7  A  100 percent.
8  Q  Okay.  And why are you a 100 percent sure that
9  you broke his finger?
10 A  Because I saw it in his face.  I saw the pain.
11 I saw the pain.  I saw it.  I'll never forget it.  As a
12 boxer, you don't forget it.
13 Q  Okay.  When -- and which finger do you believe
14 you broke -- or you 100 percent sure you broke?
15 A  I'm thinking it was this one (indicating), the
16 marriage one.  I'm thinking -- thinking it's this one.
17 For some reason, it's calling to me.
18 Q  The right hand --
19 A  That'll -- yeah, that'll be this finger
20 (indicating).
21 Q  The right hand ring finger, sir, is that
22 correct?
23 A  I'm confused with the right and left.  I'll be
24 honest with you, I'm confused with the right and left,
25 but I know he had a big ring.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:22-cv-03373 Document #: 249-7 Filed: 12/22/25 Page 22 of 42 PageID #:16937
The Deposition of JOSE MELENDEZ, taken on September 14, 2021
78..81

Page 78

1    Q    Okay.  Did you see -- you said before you -- I
2  believe you said you saw his finger swelling?
3    A    Yeah.
4    Q    Okay.  Could you see it changing color?
5    A    No, I just saw him trying to kind of do this
6  to pull it because I know something was wrong with it.
7    Q    Okay.  Could you hear a crack?
8    A    I didn't hear nothing.  I was just -- just
9  freaked out at the time.
10   Q    Okay.  And after you broke his finger, what's
11 the next thing that happened?  Is that when he
12 questioned you further?
13   A    No, sir.
14   Q    Was he just done after you broke his finger?
15   A    That's all it took.
16   Q    Okay.  So after -- it -- he asked you about
17 the Olds 98.  You said you sold it.  He sucker punched
18 you and then we went to punch you again, you ducked
19 down, and so he broke his finger on your head, correct?
20   A    Yes, sir.
21   Q    And as soon as you broke his finger, the
22 questioning stopped; is that correct?
23   A    Yes, sir.
24   Q    Okay.  How long did he remain in the room
25 before he left after he broke his finger?

Page 79

1    A    I would say no more than half an hour,
2  probably.  He let me go.  They let me go.
3    Q    Oh, no.  How long did he remain in the room
4  after he broke his finger?
5    A    Oh, that was -- he sat in the moment for a
6  while and then he left.
7    Q    Okay.  Did anybody else come into the room
8  after that point?
9    A    No.
10   Q    Who released you, sir?
11   A    Huh?
12   Q    Who released you?  Was it the same officer or
13 somebody else?
14   A    That I can't recall.  I think it was the same
15 -- I think it was the same.  They said, "We'll let you
16 go.  We'll keep in touch with you."
17   Q    Okay.  Sir, I'm sorry.  You froze a little bit
18 on that, and I'm having trouble getting that. Could you
19 repeat your answer?
20        MR. ENGQUIST:  Is anybody else having problems?
21 Just --
22   A    "We'll let you go, and we'll keep in touch
23 with you."  I got released.  They let me go.
24        COURT REPORTER:  He's in and out for me, too.
25        MS. MCGRATH:  That all broke up for me, too.

Page 80

1        MR. ENGQUIST:  Okay.
2  BY MR. ENGQUIST:
3    Q    Mr. Melendez, just one second.  We were
4  breaking up for everybody over here, okay?  Let me ask
5  you, is anybody else at home with you on the Wi-Fi right
6  now?
7    A    No.
8    Q    Okay.  Good.  So why don't we just try that
9  again?  Can you give me the answer again, sir, that you
10 were giving?  Because I don't think we got a clear
11 answer at all.
12   A    I got released and, "We'll keep in touch with
13 you."
14   Q    Okay.  Then, "We'll keep in touch with you,"
15 was that the same police officer, the Hispanic one that
16 pulled you over wearing the vest?
17   A    Yes, sir.
18   Q    Okay.  The officer that came in and took, as
19 you said, a snap picture of you before you were
20 interviewed by the Hispanic officer, can you describe
21 that officer?
22   A    It was a white guy.  Short, about five feet,
23 skinny, black hair.  Told me, "I'm going to take a
24 picture of you for you to show up in a line up," or
25 something like that, just to show to somebody in a line

Page 81

1  up, I guess what he said.  So he took a picture of me,
2  and that was it.  He said, "Put your hat back -- you can
3  put your hat on."  I put my hat on, he took a picture,
4  and that's it.  I had a white t-shirt and a black
5  leather hat.
6    Q    Have you ever seen that photograph since then?
7    A    In trial.
8    Q    Okay.  So that was part of a photo array, sir?
9    A    Yes, sir.
10   Q    Now, I believe you said the next time you saw
11 this Hispanic officer that had pulled you over wearing
12 the bulletproof vest and later broke his finger on you
13 was when you were arrested for the Ruben Gonzalez
14 murder, correct?
15   A    Yes, sir.
16   Q    Okay.  And in between those two times, had you
17 seen him at all?
18   A    No, sir.
19   Q    Okay.
20   A    At that -- at that time, no.
21   Q    All right.  And just making sure, you saw him
22 again at trial; is that correct?
23   A    Yeah, he used to put on my stand.  Bench
24 trial.
25   Q    And did --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 82

```
 1    A    Bench trial.  Apologize.
 2    Q    And did you -- since your trial, had you seen
 3  him any time before you saw him in 2014?
 4    A    Rephrase that.
 5    Q    From the time of your trial up until the time
 6  you saw -- you say you saw the same police officer in
 7  2014 at the bar, had you seen him any time in between
 8  those two times?
 9    A    Nope.
10    Q    Okay.
11    A    Nope.
12    Q    Earlier you said that you told -- that you
13  were told by Mulero, the man who had IDed you as the
14  murderer, Jorge Mulero, his mother had told you that he
15  was being offered money and a house in order to identify
16  you as a murderer; is that correct?
17    A    Yes, sir.
18    Q    Okay.  And you were told this information
19  prior to your trial, correct?
20    A    Before I even got into trial.  Right.
21    Q    Okay.  And did you tell your attorney, Jack
22  Smeeton, about this bribery of the witness?
23    A    I can't really remember if I did or if I
24  didn't, but more likely I must've told him because
25  that's a big help -- that's a big help for me, you know.
```

Page 83

```
 1    Q    Yeah.  Is there -- can you think of any reason
 2  why you wouldn't have told Jack Smeeton --
 3    A    Right.
 4    Q    -- that Mulero's mother was saying that he was
 5  being bribed by the police officer, by offering him a
 6  house in order to pick you up for murder?  Can you think
 7  of any reason why you wouldn't have told Jack Smeeton
 8  that?
 9    A    No.  I believe I told him, but we were just
10  really trying to focus on our -- on our trial, you know.
11  Not to make it all confusing, you know.  Let's just
12  focus on this and go from there.
13    Q    Okay.  Did you also tell -- you also believe
14  you told Jack Smeeton about how this police officer had
15  broke [sic] his finger on your head a couple of weeks
16  before -- several weeks before your arrest in this case?
17    A    When I first met him, when I hired him, I told
18  him everything, yes.  I told him what he did to me and
19  what happened to his fingers, yes.  I believe so.
20    Q    Okay.  Would you have any problem with me
21  double-checking that with Mr. Smeeton --
22    A    No problem.
23    Q    -- to see if he remembers?  Okay.
24    A    No problem.  I believe I -- I believe I told
25  him.  I believe -- I believe I told him.
```

Page 84

```
 1    Q    Do you know why there's no mention of either
 2  the bribery allegation or the punching allegation in
 3  your trial at all?
 4         MR. HAZINSKI:  Object to the form.
 5    A    They -- it didn't get that far.  It didn't get
 6  that far.  They didn't even brung that up.  I agree with
 7  you on that.  It didn't -- it didn't come to --
 8  occurring about the punch that he hit me.  They didn't
 9  even talk about the bribe that has got -- you know, the
10  case was so weak that they didn't even have to go that
11  far because they knew I didn't do it because of the
12  witness they had.  It was not a good witness, so it
13  didn't get that far.
14    Q    Okay.  And even when Mr. Mulero was being
15  cross-examined, he was never even confronted with the
16  idea that he might be being bribed in order to try to
17  convict you?
18    A    In that area you're asking -- yeah, I was
19  there in the trial.  They did not ask him about the
20  bribing.  They should have asked him about that.  They
21  should have asked him about when he punched me.  All
22  that stuff didn't come out.
23    Q    Okay.  Did you ever ask your attorney,
24  Mr. Smeeton, why he wasn't bringing that out at trial?
25    A    That's -- you know, I can't -- that's --
```

Page 85

```
 1  that's -- that's what my lawyer is for.  You know, I'm
 2  putting my faith in him, so I -- you know, I'm hoping
 3  he's doing the right thing.  So didn't even have to ask
 4  me that question because, you know, that would be my
 5  case.  It was -- occurred to me about that, you know.  I
 6  was thinking about that.  I always think about that.
 7    Q    The allegation of the bribery, being told by
 8  Mulero's mother that he was being bribed, is today the
 9  very first time you ever told anybody about that,
10  besides your lawyer, Mr. Smeeton?
11    A    He's the only one I told.
12    Q    Okay.  So you told Mr. Smeeton back in 1995
13  and you told us today about that?
14    A    He's the only one I told.
15    Q    Okay.  Do you remember Mulero's -- where
16  Mulero's mom lived?
17    A    What was that again?
18    Q    Do you remember where Mulero's mom lived?
19    A    Oh, no.  I don't even remember what she looked
20  like.  It's been so long.  No.
21    Q    Do you remember her first name?
22    A    No.
23    Q    Do you remember if her last name was Mulero?
24    A    I remember that was his last name.  I don't
25  remember the mom's last name.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckiana22reporters.com
www.kentuckianareporters.com

Page 86

1    Q    Now, you said you spoke to her on the phone.
2  Someone else had passed her the phone; is that correct?
3    A    I believe so, yes.
4    Q    Okay.  And you were in Cook County Jail at the
5  time?
6    A    Yes.
7    Q    Okay.  And I'm assuming that'd be something
8  else that you told your attorney, that she told you this
9  over the phone at Cook County Jail, correct?
10   A    Yes, sir.
11   Q    Okay.
12   A    She was a nice lady.  She was really nice.
13   Q    Do you know if your attorney ever subpoenaed
14 those phone records so you would have that statement
15 recorded?
16   A    No.  I didn't even think about that.
17   Q    Who were you speaking to on the phone that
18 passed the phone to Jorge Mulero's mother?
19   A    Oh, it was a friend from the neighborhood. His
20 name is Picin.  Picin, that's what we call him.
21   Q    What's his name?
22   A    I don't know his real name.  His name was
23 Picin.
24   Q    I'm sorry, could you spell that nickname
25 please?

Page 87

1    A    Picin is P-I-C-I-N.  Picin.  Picin.
2    Q    And do you know where Picin is now?
3    A    Oh, no.  It's been years.  I stopped going --
4  I stopped going over there.  I don't go to that
5  neighborhood.  I don't -- it's been years.  I haven't
6  seen that guy.
7    Q    And how did you know Picin?
8    A    It was from the neighborhood.
9    Q    Okay.  Was Picin a member of a gang?
10   A    No.  No.  He was a young cat.  He was a young
11 kid.
12   Q    And how did Picin know to go talk Mulero's mom
13 and get her on the phone?
14   A    He heard about what happened to me. Everybody
15 in the neighborhood started talking about it. Word got
16 around that I got locked up, this and that. And then I
17 think they saw the mom, and the mom told them what
18 happened.  So that's how they found out.
19   Q    Okay.  Did anybody else besides you, Picin,
20 Mulero's mom, and your attorney know about this?  You
21 said other people were talking about it.  I don't know
22 if anybody else in the neighborhood knew about the
23 bribery allegation.
24   A    No.  What I mean by -- what I mean by it is
25 that everybody found out I got locked up for murder.

Page 88

1  Nobody knew about it until word got out around.  "Did
2  you know they locked up, you know, Kool-Aid for murder?"
3  "What?  No, not Kool-Aid.  That guy's always working."
4  But yeah, that's how they found out. Neighborhood people
5  talk.
6    Q    Okay.  Did people in the neighborhood talk
7  about Jorge Mulero being bribed by the police officer?
8    A    No.
9    Q    Do you know if Mulero ever got any money or a
10 new place to live or a new home for testifying against
11 you?
12   A    At the time he was -- they had him locked up
13 already.  They had a warrant for him.  He was locked up.
14 So I think, I'm not mistaken, a year for perjury.
15   Q    Do you know where Mulero is now?
16   A    Don't even know what he looks like.
17   Q    Did you know him at all before you were
18 arrested?
19   A    Did I know him?  No.  I knew him as -- he's
20 always with this guy, the person they killed.
21   Q    Ruben Gonzalez?
22   A    Ruben Gonzalez.
23   Q    Okay.  You weren't friends with Ruben Gonzalez
24 then, were you?
25   A    No.  He was trying to sell me something,

Page 89

1  trying to think, if I needed a radio or something like
2  that.  I said, "No, I'm good.  I don't need a radio.  I
3  got to go to work," and I left.
4    Q    Did Ruben Gonzalez work on cars?
5    A    Yes, he did.  He lived downstairs.  I lived
6  upstairs.
7    Q    Did you have any bad blood with him at all?
8    A    Oh, no.  I'm always at work.  I mean -- no.
9    Q    Did you have any bad --
10   A    No.
11   Q    -- any kind of bad relationship or bad blood
12 with Mr. Mulero?
13   A    No, he was a cool guy.  They were cool.  I -
14 - they both were cool.  I'd see them outside in the
15 front doing what they doing, but I mind my -- I mind my
16 business.  I've got to go to work.
17   Q    And what would they be doing in the front?
18   A    Getting high, getting drunk.
19   Q    Okay.  When you say they were getting high,
20 can you tell me what kind of drugs they were using?
21   A    Oh, I couldn't tell you.  I know they were
22 smoking weed and drinking beer.  That's something I saw
23 them doing because you could smell it.  When I was going
24 to my car, smell it.  Because I park in the front.  They
25 lived downstairs.  I lived upstairs.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 90

1    Q    Did Mulero live there also?

2    A    No, not that I know of.  No.

3         MR. ENGQUIST:  Okay.  This is another time

4    where I'm going to be asking you to take a break.

5    So, sir, if we could take another break for -- it's

6    only 1:30 now, so we can take another break for

7    maybe ten minutes and then get back to it at.  That

8    just makes it easier.  That way everybody can get up

9    and do what they need to do for ten minutes here.

10        THE WITNESS:  Okay.

11        MR. ENGQUIST:  All right.  Thank you.

12        COURT REPORTER:  Okay.  Going off the record.

13        (OFF THE RECORD)

14        COURT REPORTER:  Back on the record.

15   BY MR. ENGQUIST:

16        Q    All right.  We're back on the record, sir.

17   Sir, just a couple things.  You spoke earlier about

18   knowing Thomas Sierra, Junior's father before you knew

19   Thomas Sierra.  You called him a friend.  Other than him

20   working on your cars, how else did you know Thomas

21   Sierra, Senior?

22        A    Senior?

23        Q    Yeah.

24        A    Well, he has another son named Ronnie.  I know

25   his little brother, Ronnie, from -- from the

Page 91

1    neighborhood because he -- he used to play around with

2    my wife's sister.  So I know little Ronnie, Ronnie.

3    That's Junebug's little brother at the time.  Junebug,

4    like I said, he wasn't -- he just came from Puerto Rico.

5    So that's how I knew.  I knew Ronnie.  That's the son of

6    -- of his dad, Tommy Sierra.  Tommy works on cars.

7    That's all he does in the neighborhood.  Just brakes,

8    oil change, tune up.

9         Q    Okay.  Now, sir, I know you were arrested for

10   murder in 1995, and you were not found guilty and you

11   were released.  Have you had any other arrests in the

12   city of Chicago, other than that murder case?

13        A    At that time?  No.

14        Q    No, at all.  Have you ever had any other

15   arrests, other than --

16        A    The year 2015.  '15.  A drug case.

17        Q    Was that here in the city of Chicago, sir?

18        A    Yes.

19        Q    Okay.  And what happened with that, sir?

20        A    I found -- I got found guilty.  I did two

21   years.  Well, I pleaded guilty.

22        Q    Okay.  You pled guilty.

23        A    Yes.

24        Q    You said that was 2015?

25        A    '15 or '14.  Yeah, I did two years.

Page 92

1    Q    Was that --

2    A    Came out -- came out 2017.

3    Q    Okay.  Was that in Cook County or a different

4    place other than Cook County?

5    A    A Federal building.  But what's this got to do

6    with that case?

7    Q    I'm just double-checking.  That was a federal

8    case?

9    A    Yes.

10   Q    Okay.  When you say it was a drug case, was it

11   a case about dealing drugs or using drugs?

12   A    Dealing drugs, selling drugs.

13   Q    And where did you do your time, sir?

14   A    Pekin.  Pekin, Illinois.  It's a camp.

15   Q    And you were there from 2015 to 2017, correct?

16   In Pekin?

17   A    Yes.  It's a camp.  Yes.

18   Q    Okay.  Were you ever arrested before this 2015

19   drug case for any kind of narcotics cases?

20   A    Yes.  Yes.  I got locked up maybe twice more,

21   but I -- I beat -- I beat those.  Don't remember what

22   year.  2007.  But I beat them.

23   Q    Was anybody else convicted with you in the

24   2015 narcotics case?

25   A    No.

Page 93

1    Q    And so you said you pled guilty.  So you

2    admitted to the fact that you were selling drugs,

3    correct?

4    A    I believe so, yes.

5    Q    Okay.  And what drugs were you admitting to

6    selling, sir?

7    A    White powder cocaine.

8    Q    And do you know the amount you admitted to you

9    pled guilty to selling of cocaine?

10        MR. HAZINSKI:  Objection.  Irrelevant.

11   A    What?

12   Q    Sir, do you remember the amount?

13   A    I think it was -- I think it was maybe nine

14   ounces, I think it was.

15   Q    Was that here -- when you went to court there,

16   was it here downtown at 219 South Dearborn where you

17   pled guilty?

18   A    Yes.

19   Q    Okay.  And who was your attorney?

20   A    It was lady.  They -- they gave me a -- what

21   do you call them?

22   Q    A federal defender?

23   A    Yes.

24   Q    And do you remember her name?

25   A    Nah, not really.  I've got to look through my

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Page 94

1 files. That's the only way. I'm trying to remember,
2 but
3   Q   Okay. Any other convictions, other than the
4 federal drug case back in 2015?
5   A   That's it.
6   Q   Sir, do you know whether Mr. -- I'm sorry. Do
7 you know whether or not Thomas Sierra, Junior was
8 involved in a homicide back in 1995?
9   A   The only -- the only time I knew is he got
10 locked up at the same time I got locked up. That's the
11 only thing I knew.
12   Q   Okay. Do you know whether or not he's guilty
13 or innocent, or do you know either way?
14   A   I believe he's not guilty, in my opinion.
15   Q   Okay. And why do you --
16   A   My opinion because -- go ahead.
17   Q   I'm sorry. I was going to say why do you
18 believe it's innocent of that murder charge?
19   A   Because I know him as a person. I know he's -
20 - he was a kid from the neighborhood. He just doesn't
21 know no better. He doesn't know nothing in the
22 neighborhood. He's just new on the block. To say --
23 that's how I would see it. And for me, that's just my
24 opinion. I believe that he's not guilty. And to top it
25 off, it was the same cops that they locked me up. It's a

Page 95

1 small world. I didn't even know that until, you know,
2 it's all over the news. You know what I'm saying?
3   Q   Okay. What about Hector? Do you believe
4 Hector -- do you know whether or not Hector had driven a
5 car that was used in a homicide back in 1995?
6   A   See, I wouldn't know that because I didn't
7 know him as that kind of person, so I couldn't -- I
8 couldn't -- I couldn't judge him for what he does. I
9 don't know him like that.
10   Q   Okay. Do you know whether or not the car that
11 you traded Hector Montanez for was used in a homicide or
12 not?
13   A   You know what, I -- I -- I don't even -- like,
14 I -- they was explaining to me about the 98. To this
15 day -- I got -- I got the car back, so I didn't know it
16 was used in a crime. I didn't -- I don't know because
17 that's not what they charged me with. They charged me
18 with the 98. I mean, if -- if the car was used in a
19 murder, they would not give you your car back. They
20 gave me my car back, the black one. They gave it back
21 to me.
22   Q   All right. They gave it back to you that
23 night because you drove home in it?
24   A   Yeah. They gave it back to me. They never
25 took it. When I got out of -- when I got out of jail, I

Page 96

1 opened the trunk. I had a lot of little kittens that
2 were dead inside my trunk. I was locked up on almost
3 ten months, fighting -- fighting for my life.
4   Q   Okay. But that was when you were locked up
5 for the Ruben Gonzalez murder, correct?
6   A   Yes. Uh-huh.
7   Q   And just to be clear, when you were brought
8 into the interview room and handcuffed by the Hispanic
9 officer wearing the bulletproof vest, the one that
10 pulled you over, when you were in that interview room,
11 you were never asked if you knew Thomas Sierra, correct?
12   A   No.
13   Q   Okay. And you were never asked by that
14 officer whether or not you knew Hector Montanez,
15 correct?
16   A   No.
17   Q   You were never asked about whether or not that
18 Buick Park Ave that you had had been used in a homicide,
19 correct?
20   A   The Park Avenue was something -- I got pulled
21 over for something the Park Avenue was used on a crime
22 or something, but then everything changed when I went in
23 there. It was about the 98.
24   Q   Okay. So just to be clear --
25   A   That's why I was confused.

Page 97

1   Q   -- you were never once asked any questions in
2 the interview room about Thomas Sierra's case; is that
3 correct?
4   A   No.
5   Q   You were never asked if you were related to
6 Jose Macho Melendez, were you?
7   A   No. No.
8   Q   You were never asked whether or not you knew
9 who Alberto Rodriguez was?
10   A   I mean, which one's -- that's not the one --
11 I'm trying to make sure I got the name right because I'm
12 not good with names, so --
13   Q   Alberto Titi Rodriguez?
14   A   No.
15   Q   Okay. You were never asked about him,
16 correct?
17   A   No, just Ruben.
18   Q   Okay. And you were never --
19   A   And then his --
20   Q   And you were never asked about Mr. Hector
21 Montanez, correct?
22   A   No.
23     MR. ENGQUIST: I don't think I have anything
24     else. I'll be happy to pass the torch to anybody
25     else who has questions right now.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 98

1    COURT REPORTER  All righty.  This -- sorry.
2        MS. BARBER:  Sorry.  Can we just take another
3    short break?  Just five minutes, please.
4        COURT REPORTER:  Going off the record.
5        THE WITNESS:  Okay.
6        (OFF THE RECORD)
7        COURT REPORTER:  Okay.  We're back on the
8    record.
9        MS. BARBER:  I don't have any questions for the
10   City.
11       MR. HAZINSKI:  Megan or Edward?
12       MR. BRENER:  I don't.
13       MS. MCGRATH:  I don't have any questions right
14   now.
15       MR. HAZINSKI:  Okay.  I have just a couple, a
16   real brief follow-up based on Mr. Engquist's
17   questioning if none of the defendants have any
18   questions.
19              REDIRECT EXAMINATION
20   BY MR. HAZINSKI:
21       Q    So Mr. Melendez, I only have a couple things I
22   want to cover.  We're almost done here.  Thank you again
23   for your patience and for your time.  So do you remember
24   Mr. Engquist was asking you some questions about your --
25   the Cutlass that you owned before you traded for the

Page 99

1    Park Avenue?
2        A    If I remember?
3        Q    Yeah.  Do you remember he was asking questions
4    about that?
5        A    He asked me if I -- if -- about trading a car
6    to another car, yeah.
7        Q    Do you remember he asked you if you said you
8    got insurance for it?
9        A    Yeah.  I don't think -- I don't think I had
10   insurance.
11       Q    Okay.  And did you -- was it your testimony
12   that at that time for you, money was pretty tight?
13       A    Yeah, it was tight.
14       Q    Okay.  And why was it -- why was money tight
15   for you at that point?
16       A    I was working two jobs.  I got bills, and I
17   got a little daughter, you know.  I got to pay rent.  I'm
18   the only one working.  My wife was not working.  She got
19   to take care of the baby.
20       Q    Okay.  Were you making a lot of money at that
21   point?
22       A    No.  At that time, when I started CTA, I
23   started at $10.29 an hour.  Then I started working with
24   Better Boy [sic] Foundation.  I think that was, like,
25   probably seven bucks an hour, eight bucks an hour.  I've

Page 100

1    been with them for 12 years, with Better Boy [sic]
2    Foundation.  And CTA, to this day, I've got 28 years.
3        Q    Mr. Engquist also asked you about the outfits,
4    the clothes that the police pulled you over were
5    wearing.  Do you remember he asked you about that?
6        A    Yes.
7        Q    Okay.  And as you sit here today, can you
8    remember exactly what those officers were wearing?
9        MR. ENGQUIST:  Objection.  Asked and answered.
10       A    Plain clothes, plain clothes.  Jeans, and a
11   black bulletproof vest, and their -- their guns on the
12   side.  Just plain clothes.  It wasn't no blue and white,
13   you know, the regular cops.  They were detectives.
14       Q    And so to be clear, were you used to seeing
15   plain clothes officers around that area who would wear
16   those vests?
17       A    The detectives?  Yes.
18       Q    Okay.  Do you remember whether the officer who
19   ended up hitting you at the police station, if he was
20   wearing a vest the whole time he was talking to you?
21       A    No.  No.  I don't remember that.  No.
22       Q    Okay.  From what you remember of the officers,
23   I believe you testified you can remember the one you
24   said was the Spanish guy, but I believe you said you
25   don't have a real good memory of what the other two guys

Page 101

1    looked like; is that right?
2        A    Yes, sir.  I believe they were white, but I
3    don't -- cannot really remember what they looked like.  I
4    mean, I know they were white.
5        Q    Okay.
6        A    I think they were white.  I can't really -- I
7    can't really respond to that question because I can't
8    remember the two other guys, but I believe they were
9    white.
10       Q    When they pulled you over in that Buick Park
11   Avenue, were you paying really close attention to what
12   they were wearing?
13       A    No, not really.  Not really.
14       Q    Okay.
15       A    It could have -- you know, I -- it could have
16   been plain clothes.  It could have been a vest, but I
17   know they had a badge.  So I'm thinking they had a vest
18   on.  It could have been a -- but I could swear it was -
19   - I know it was blue jeans.  I could have swear it was a
20   vest.  I could swear it was a black vest.
21       Q    Okay.  And now, Mr. Engquist also asked you
22   some questions about right hand or left hand that you
23   were getting hit with.  Do you remember those questions?
24       A    Yes.  I remember those questions.
25       Q    So having, like, thought about it and answered

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 102

1  those questions, can you say for sure, as you sit here
2  today, whether it was right hand or left hand?
3         MR. ENGQUIST:  Objection.  Leading,
4     mischaracterizing his previous testimony, and asked
5     and answered.
6     A   I would say it was the right.  For some
7  reason, I'm just thinking it's the right hand.  Oh, I'm
8  confusing right and left.  I'm sorry.
9  BY MR. HAZINSKI:
10    Q   Okay.  And same issue: Do you remember the
11 questions about the -- which finger had a ring on it?
12    A   Oh, yes.  I know he had a big ring.
13    Q   Okay.  And I believe you told Mr. Engquist you
14 thought it was -- that the ring might have been on the
15 middle finger of one of his hands?
16    A   I believe so.
17    Q   Okay.
18    A   Between these two fingers (indicating).
19    Q   Okay.  And there you're indicating the third
20 and the fourth fingers, right?
21    A   Yes, sir.
22    Q   Okay.  All this stuff was -- all these events
23 happened back in 1995.  And since your trial, have you
24 had many opportunities to kind of talk about these sort
25 of details?

Page 103

1     A   Nope.
2     Q   Okay.
3     A   No.  I didn't go on.  They didn't put me on
4  the bench.
5     Q   Right.  And you mean you didn't have to
6  testify at your trial?
7     A   Right.
8     Q   Okay.  And so when you -- I want to now ask a
9  little bit about this phone call from the Cook County
10 Jail with Jorge Mulero's mother, okay?
11    A   Uh-huh.
12    Q   And so do you remember specifically, one way
13 or the other, whether you told your attorney about that
14 conversation?
15        MR. ENGQUIST:  Objection.  Asked and answered.
16     You're trying to lead him out of different
17     testimony.
18    A   See, I'm -- I'm sure -- I'm sure I just told
19 him.  Only thing I could tell you.  I'm sure I just told
20 him because that helped me in my case.
21 BY MR. HAZINSKI:
22    Q   Okay.  So just to be clear, I -- when you -- I
23 think -- I couldn't quite hear, but it sounds like you
24 said, "I'm sure I told him"?
25    A   I'm sure I told him.

Page 104

1     Q   Okay.  Now -- and just I want to clarify, are
2  you saying you are sure because you remember that
3  conversation, like, independently or because you --
4     A   Oh, I definitely had the conversation with the
5  lady.  That I do remember.
6     Q   Oh, yes.  The conversation on the phone,
7  right?  You had that conversation?
8     A   Yes, I do -- that I do -- I do remember that.
9  Yes.
10    Q   Okay.  So I guess what I'm trying to ask about
11 now is, then, a conversation with your lawyer where you
12 might have told him about that phone call.  Does that
13 make sense?
14    A   Yes.
15        MR. ENGQUIST:  Object to the form.  You're
16     mischaracterizing his testimony again.  Leading.
17        MR. HAZINSKI:  I don't think that
18     mischaracterized, but
19    A   Yes.  I'm sure I told my lawyer.  Yes.
20 BY MR. HAZINSKI:
21    Q   Okay.  And so what I'm trying to understand
22 now, when you say "I'm sure I told my lawyer," is
23 whether you are saying, "Actually, I remember I told
24 him, I remember saying it," or whether you're saying, "I
25 believe that I told him because I would have done that."

Page 105

1  Does that make sense?
2     A   Right.  Right.  I believe I did told [sic] him
3  and -- when he came to visit me.
4        MR. HAZINSKI:  Okay.  All right.  That is -- I
5     don't have any further questions for you, Mr.
6     Melendez.  Thank you so much.
7        MR. ENGQUIST:  Does anybody else have any other
8     follow-up?
9        MS. MCGRATH:  I don't.
10       MS. BARBER:  No.
11       MR. BRENER:  No.
12            RECROSS EXAMINATION
13 BY MR. ENGQUIST:
14    Q   I just have one quick thing, sir.  I know
15 you've been communicating with Plaintiff's counsel.  You
16 said a couple different phone calls.  Have you been
17 communicating with Plaintiff's counsel via text at all?
18    A   What do you mean like?
19    Q   Have you been texting with him?
20    A   With who?
21    Q   Plaintiff's attorney, Mr. Hazinski.
22    A   Oh, texting him?  He just texted me, like --
23 like -- like, yesterday about today, about we're going
24 to have this today, this conference, to -- to remember,
25 not to forget about today.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 106

1  Q   Okay.  Any other texting?
2  A   That's it.
3  Q   Okay.  Have you had any texting or e-mails or
4  telephone conversations with him while the deposition
5  was going on?
6  A   He called me, if I'd be available for this
7  week, and I said yes.
8  Q   No, no.  During this deposition, you haven't
9  been talking back and forth either text or anything else
10  during the deposition off the record?  That's what I'm
11  getting at.
12  A   No, no, no, no.  Just -- just only on time is,
13  you know, when I'm available to do this.  I'll get a
14  phone call or text to see when I'm available because I
15  work seven days a week.
16  Q   Uh-huh.  All right.
17  A   That's about it.
18  Q   Now, sir, also -- and I'm sorry, I didn't
19  follow up on this last time.  Earlier on in your
20  testimony when you were talking about your time at the
21  CTA, you said you were a supervisor and now you're a
22  welder.
23  A   Yeah.
24  Q   Okay.  Is the reason you are no longer a
25  supervisor, is that because of your time in federal

Page 107

1  custody?
2  A   No, no, no, no, no.  I -- I was a supervisor.
3  I was in a pool.  I was in a pool.  So when you're in
4  charge of 30 guys, and this is -- this is what my boss
5  says, if there's a derailment, there's nothing I can do
6  for you.  So right there I made my decision not to go
7  forward as a boss because if one of these guys make a
8  mistake, okay, they'll be suspended and I'll also be
9  suspended because I'm responsible for 20 -- 30 guys.  So
10  I can't wait until they finally realize I've got nothing
11  to do with it.  So I'll be suspended for a year or two.
12  I can't take that risk because then who's going to pay
13  my bills?  So I decided to let that go and become --
14  become an inspector.  And then I saw an opportunity to
15  be a welder.  So I went to be a welder, which is --
16  welder, it'll be just me and my partner and our
17  responsibility.  Just us.  I don't got to deal with 30
18  guys who want to be on the phone, who want to text.  I
19  write them up.  They do nothing to them.  I -- I can't
20  take no chances.  I had to let it go because they were
21  not disciplining them the way they should be
22  disciplined.  If you're on the phone, you should be
23  disciplined.  If you're texting, you should be
24  disciplined.  If you're late, you should be disciplined.
25  But they weren't doing that.  They weren't doing that.

Page 108

1  So I let it go because I'm the bad guy.  I do all that,
2  I'll be the bad guy.
3  Q   All right.  So you chose not to be supervisor
4  anymore?
5  A   Right.  I chose.  They asked me a couple times
6  if I wanted to come back.  It's a lot of stress.  You
7  start getting white hair.  It -- it's stressful.  I -- I
8  don't want to deal with it.  I prefer welding and then
9  just deal with my welding.
10  Q   Okay.  Now, was there any impact on your
11  employment because you spent time in federal custody?
12  A   No.  No.  I just --
13  Q   You just took two years off work and then went
14  right back to it?
15  A   Yeah.
16  MR. ENGQUIST:  Okay.  I have nothing else.
17  Anybody?
18  MS. BARBER:  No.
19  MS. MCGRATH:  No.  Nothing.
20  MR. BRENER:  No.
21  COURT REPORTER:  Okay.  We are going --
22  MR. ENGQUIST:  Mr. Hazinski, do you want to ask
23  him about the waive or reserve signature issue?
24  MR. HAZINSKI:  Sure.  So Mr. Melendez, you've
25  got a choice now.  You can either waive signature or

Page 109

1  reserve signature.  And what that means is if you
2  waive it, you're more or less saying, yeah, I trust
3  that they -- you know, they got it right.  The court
4  reporter took down everything I said correctly.  And
5  if you reserve signature, it says I want to look it
6  over and make sure that it's right, and you can look
7  for any errors.  Now, you couldn't change any of
8  your answers, you know, substantively, but if there
9  was, like, a typographical error or something, you
10  could go back and correct it.  So you can choose
11  whether you want to waive it and trust the court
12  reporter got it right or reserve it and review it
13  yourself.
14  THE WITNESS:  I want to leave it the way it is
15  because it's been a long time, you know, and I just
16  -- to this day, I still remember everything like it
17  was yesterday, some of the stuff, because, you know,
18  some things you never forget.  So I'm going to leave
19  it the way it is and, hopefully, you know, that will
20  help you out with whatever you guys are trying to
21  do.
22  MR. HAZINSKI:  Okay.  So we'll -- so it will be
23  waived.
24  MR. ENGQUIST:  All right.  Thank you, sir.
25  COURT REPORTER:  Going off the record.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckiana22reporters.com
www.kentuckianareporters.com

Page 110

```
1    (DEPOSITION CONCLUDED AT 2:10 P.M. CST)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 111

```
1              CERTIFICATE OF REPORTER
2         COMMONWEALTH OF KENTUCKY AT LARGE
3
4    I do hereby certify that the witness in the foregoing
5    transcript was taken on the date, and at the time and
6    place set out on the Stipulation page hereof, by me
7    after first being duly sworn to testify the truth, the
8    whole truth, and nothing but the truth; and that the
9    said matter was recorded by me and then reduced to
10   typewritten form under my direction, and constitutes a
11   true record of the transcript as taken, all to the best
12   of my skill and ability. I certify that I am not a
13   relative or employee of either counsel and that I am in
14   no way interested financially, directly or indirectly,
15   in this action.
16
17
18
19
20
21
22   JESSE HARP
23   COURT REPORTER/NOTARY
24   MY COMMISSION EXPIRES: 01/28/2023
25   SUBMITTED ON: 10/25/2021
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 31 of 42 PageID #:16946
The Deposition of JUDITH MELENDEZ, taken on September 05, 2023

112

**Exhibits**

**Exhibit 1_**
**Melendez**
15:3,5

**Exhibit 2_**
**Melendez**
19:25 20:3

**$**

**$10.29** 99:23

**$500** 40:1

**-**

**--b** 77:1

**1**

**1** 15:3,5
**100** 77:7,8,14
**12** 100:1
**12:40** 52:24
**14** 91:25
**15** 91:16,25
**18** 11:1
**180** 69:3
**1968** 11:1
**1986** 57:9
**1990s** 18:21
**1995** 12:18,23
13:5 16:19
17:8,24 18:11
42:18 58:20
59:4 62:3 63:3,
4,7 69:1 85:12
91:10 94:8 95:5
102:23
**1;30** 90:6

**2**

**2** 19:25 20:3

**20** 12:12,13
62:3 107:9
**2007** 92:22
**2014** 70:14
71:2 72:9 82:3,
7
**2015** 91:16,24
92:15,18,24
94:4
**2017** 92:2,15
**20th** 42:18
**219** 93:16
**25** 12:13
**27,000** 72:12,
13
**28** 12:6,8,9
100:2
**2:10** 110:1

**3**

**30** 107:4,9,17
**35** 12:12
**3525** 64:4
**3:00** 21:20
36:20
**3:30** 36:20

**4**

**4,500** 14:11
**4:00** 21:20
36:20

**5**

**541** 15:1,12
**542** 15:2,8
**55th** 23:17
**5:00** 36:21

**6**

**63** 20:1
**64** 20:1,19,24

**8**

**8** 70:17
**813** 70:17,18
**85** 64:21
**86** 64:21
**8:00** 36:17,18
**8:30** 36:21

**9**

**90s** 13:8 72:18
**93** 19:5
**98** 13:9,21
14:12 15:6
26:23,25 27:3
28:23 29:3,13,
21 30:21 38:11
39:5 42:20
43:16 74:16,21,
22 75:8 78:17
95:14,18 96:23
**9:00** 36:17,22

**A**

**acquired**
13:12
**activities** 13:4
**admitted** 93:2,
8
**admitting** 93:5
**advantage**
31:6
**affect** 10:23
**affirm** 8:23
**agree** 8:13
84:6

**agrees** 8:15
**Aguilar** 7:12
**ahead** 94:16
**Alberto** 27:7
97:9,13
**allegation** 84:2
85:7 87:23
**alley** 61:5
**amount** 93:8,
12
**Amy** 13:23
29:24
**answering**
9:18 10:6 54:1
**answers** 109:8
**anymore** 71:8
76:18 108:4
**apartment**
42:25
**apologize** 48:4
66:20 69:25
82:1
**appearance**
7:5
**appearing** 7:6,
9,16
**approached**
63:20,23 69:16,
17 70:4
**approximately**
69:13
**April** 11:1
**area** 84:18
100:15
**Argayle** 43:6
**Argyle** 43:3,8,
9,13,14
**array** 81:8
**arrest** 25:6
51:24 59:4 62:6
70:10 83:16
**arrested**
16:16,17 19:9
35:18,23 36:20,

**25** 38:15,22,25
39:1 40:7,15
41:2,17 42:4,18
45:21,23,25
49:7 58:19
81:13 88:18
91:9 92:18
**arrests** 91:11,
15
**arrived** 23:25
28:8
**Art** 7:11
**ass** 28:19
**assuming**
57:24 69:1 86:7
**attention**
12:17 101:11
**attorney** 15:21
30:4 35:13 41:5
82:21 84:23
86:8,13 87:20
93:19 103:13
105:21
**attorney's**
15:1 47:13
**attorneys**
52:14
**Authority** 12:2
**Ave** 96:18
**Avenue** 18:22,
24 19:13,16,17,
20 20:5,11,12,
17 21:8,17
26:20,24 27:2
29:12 35:11
36:12,13 38:14
43:20 56:16
65:1,4,7,19,21
66:5 72:6 74:20
96:20,21 99:1
101:11
**Avenues** 57:9
**aware** 57:8

**B**

**B-R-E-N-E-R**
8:1



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 32 of 42 PageID #:16947
The Deposition of JOQUAN MELENDEZ, taken on September 05, 2023
113

**baby** 43:1
99:19

**back** 12:23
13:22,23 16:19
29:24,25 32:16
39:12 51:23,25
52:24 53:3,17
54:2 61:6 62:3
65:7,9 72:18,22
75:22 81:2
85:12 90:7,14,
16 94:4,8 95:5,
15,19,20,22,24
98:7 102:23
106:9 108:6,14
109:10

**background**
51:22 52:3

**backup** 68:11

**bad** 43:3 51:5
52:2 89:7,9,11
108:1,2

**badge** 101:17

**bar** 69:20,23
70:1,2 71:1
72:1,9,23
73:14,15 82:7

**Barber** 7:13
8:18 98:2,9
105:10 108:18

**barely** 39:23

**bars** 40:8,10

**based** 98:16

**basically** 11:5

**basics** 9:25

**bat** 75:6

**Bates** 15:1

**bear** 38:4,5,8

**beat** 92:21,22

**beer** 89:22

**begin** 9:2

**beginning** 7:7

**behalf** 7:9,17,
23 8:1

**beige** 13:17

**belonged**
62:18,20

**belt** 67:15 68:2

**bench** 46:20,
24 48:24 51:16
81:23 82:1
103:4

**Biebel** 7:19

**big** 28:19 33:23
75:24,25 76:14
77:25 82:25
102:12

**bills** 39:23
66:10 99:16
107:13

**bit** 11:21 24:25
53:21 54:20
67:1 72:24 73:6
79:17 103:9

**black** 13:18
18:21 19:13
20:14 21:8
24:22 28:4 65:3
67:8,10 80:23
81:4 95:20
100:11 101:20

**blah** 32:11

**block** 94:22

**blood** 89:7,11

**blow** 28:19

**blue** 14:14
18:23 64:18,20
65:3 66:22
100:12 101:19

**Bolita** 70:20

**Boom** 28:24

**born** 10:25
11:1,2,6

**borrow** 39:21,
24

**boss** 107:4,7

**bought** 14:14,
16,17 57:11
66:15,16,21,22,
25

**boxer** 34:1
77:12

**Boy** 12:24
42:16 99:24
100:1

**Boys** 13:2

**brake** 60:8

**brakes** 60:4
61:1 91:7

**break** 10:15,16
52:20 70:5
90:4,5,6 98:3

**breaking** 80:4

**Brener** 7:25
8:19 98:12
105:11 108:20

**bribe** 84:9

**bribed** 83:5
84:16 85:8 88:7

**bribery** 82:22
84:2 85:7 87:23

**bribing** 84:20

**bridge** 72:5

**brightness**
33:5

**bring** 61:18,19

**bringing** 84:24

**broke** 29:2
33:23 77:5,9,14
78:10,14,19,21,
25 79:4,25
81:12 83:15

**brother** 90:25
91:3

**brought** 27:13
28:11 32:17
35:10 38:15
40:14 45:21
96:7

**brung** 61:20
84:6

**bucks** 99:25

**buddies** 44:2

**Buick** 18:22

19:13 21:8
26:20 35:11
36:6 66:5 96:18
101:10

**building** 12:22
24:11 43:11
92:5

**bulletproof**
68:1,14 69:12
72:21 81:12
96:9 100:11

**bumped** 59:16

**business** 46:2
89:16

**buying** 69:20
70:16,18

**bye** 59:8,9,22,
23 60:3,14,22

———————

**C**

**call** 9:12,13
46:1 51:6 86:20
93:21 103:9
104:12 106:14

**called** 70:20
90:19 106:6

**calling** 77:17

**calls** 105:16

**camp** 92:14,17

**car** 13:12,13,25
14:4,6,10,13
19:11 20:4,9,25
21:4,11,25
22:7,10,11,24
23:3,4,7,9,13
24:2 25:19,22
28:22 29:7,9,
10,11 30:9,19
32:7,9 38:3,6,7,
10 39:9 41:10
42:21,22,23
43:19 56:17,22,
25 57:4 63:14
64:21,22 65:15
66:11,13 69:17
74:4 89:24
95:5,10,15,18,
19,20 99:5,6

**card** 46:1,2,3

**care** 45:9 99:19

**cars** 19:10 57:2
63:1,13 65:11
89:4 90:20 91:6

**case** 7:19 27:5
45:22 46:15,18
51:13 56:6 57:6
58:20 64:7
71:20 83:16
84:10 85:5
91:12,16 92:6,
8,10,11,19,24
94:4 97:2
103:20

**cases** 7:10,15,
20,24 92:19

**cash** 63:15,16

**cat** 87:10

**Catherine** 7:13

**chance** 65:16,
20 66:3

**chances**
107:20

**change** 44:11
63:18 91:8
109:7

**changed** 96:22

**changing** 78:4

**charge** 46:6
94:18 107:4

**charged** 32:10
35:25 36:1
38:25 44:22,24
95:17

**check** 35:7

**checked** 35:1

**chest** 67:16

**Chicago** 7:14,
16 8:10 11:5,6,
8,9 12:2,18
15:25 91:12,17

**choice** 108:25

**choose** 109:10



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 33 of 42 PageID #:16948
The Deposition of JOSHUA MELENDEZ, taken on September 05, 2023
114

**chose** 108:3,5

**chunky** 24:25

**city** 7:14,15
91:12,17 98:10

**claimed** 44:7

**clarify** 50:8
104:1

**clean** 19:18
54:11

**cleaning** 38:5

**clear** 21:1
39:14 50:21
53:20 57:8
58:18 68:12,19
80:10 96:7,24
100:14 103:22

**clearer** 11:21

**click** 17:18

**clicking** 37:14

**close** 16:10
59:10,12 62:22
101:11

**closed** 32:24,
25 33:8,9,10
72:3

**clothes** 22:17,
18 67:6,7,23
71:7 100:4,10,
12,15 101:16

**Co-worker**
72:19

**cocaine** 93:7,9

**color** 13:16,17
20:10,15 68:6
78:4

**common** 65:9,
13

**communicatin
g** 105:15,17

**concerned**
26:22 34:10

**CONCLUDED**
110:1

**conditions**
10:21

**conference**
105:24

**confess** 41:14

**confident**
15:16

**confronted**
84:15

**confused**
49:17 74:19
77:23,24 96:25

**confusing**
50:15 53:24
54:8 83:11
102:8

**connection**
45:22

**contact** 57:25
58:2

**conversation**
103:14 104:3,4,
6,7,11

**conversations**
106:4

**convict** 49:1,4
84:17

**convicted**
92:23

**convictions**
94:3

**cook** 8:1 13:3
14:25 86:4,9
92:3,4 103:9

**cool** 89:13,14

**cop** 26:13 39:3
52:9 70:4 71:8,
11,13

**cops** 22:5,6,8,
18 32:4 45:24
49:8 94:25
100:13

**correct** 37:1
38:23 43:21
55:2,23 58:7
61:14 62:9
63:11 66:6,14
67:3,6 68:14,
16,22 69:5,7

71:24 73:23
74:17 77:6,22
78:19,22 81:14,
22 82:16,19
86:2,9 92:15
93:3 96:5,11,
15,19 97:3,16,
21 109:10

**correctly**
109:4

**counsel** 7:7
54:22 105:15,
17

**counsel's** 55:1

**County** 8:1
15:1 86:4,9
92:3,4 103:9

**couple** 14:19
17:23 19:24
29:22 58:5
83:15 90:17
98:15,21
105:16 108:5

**court** 7:3 8:3,
12,16,21 9:2
10:2 11:21,23
16:13 43:6,10,
12 53:15,17,22
79:24 90:12,14
93:15 98:1,4,7
108:21 109:3,
11,25

**cover** 98:22

**crack** 78:7

**crazy** 44:14

**crime** 22:1,25
44:4 95:16
96:21

**criminal** 46:15
51:13

**cross** 54:17
72:4

**cross-
examined**
84:15

**crown** 76:21
77:2

**CST** 110:1

**CTA** 12:2,3,24
99:22 100:2
106:21

**Cuba** 37:7,17,
18,19

**cuffed** 31:7,8

**custody** 107:1
108:11

**cut** 16:14 18:15
64:18 65:6

**Cutlass** 14:14,
15 18:23 43:17,
18 64:18,20
65:3,6,18,23
66:2,4,13,15,23
98:25

**D**

**dad** 16:1,7 59:3
91:6

**damage** 52:10

**dark** 13:18
36:19

**daughter**
12:15 13:23
57:16 99:17

**daughter's**
29:24 38:5,9

**day** 21:16
26:21 34:15,16
35:10 36:16,19
41:7,9 46:5
64:6,10,14,23
71:22 74:12
95:15 100:2
109:16

**days** 21:11,15
38:16,17
106:15

**daytime** 21:18,
20,21

**dead** 96:2

**deal** 65:3
107:17 108:8,9

**dealer** 66:16

**dealing** 92:11,
12

**Dearborn**
93:16

**death** 39:15

**debating** 34:25

**decided**
107:13

**decision** 107:6

**defendant**
7:14,24

**defendants**
7:18,20 8:2
98:17

**defender**
93:22

**definition** 9:16

**department**
72:7

**deposition**
9:14 52:4 53:22
54:21,23 55:1,
22 56:1 106:4,
8,10 110:1

**derailment**
107:5

**describe** 70:23
76:8,13 80:20

**describing**
26:12

**details** 102:25

**detectives**
22:6,7 67:17
100:13,17

**Dickens** 60:7
61:5 63:24
64:2,3,4

**died** 50:23

**direct** 9:4
12:17 73:16

**disciplined**
107:22,23,24

**disciplining**



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 34 of 42 PageID #:16949
The Deposition of JOHN M. MELENDEZ, taken on September 05, 2024
115

107:21

**discussed**
64:5,11

**distinctive**
20:8

**divorce** 60:24

**documents**
56:12

**door** 32:3,4,5,
24 33:8,9,10
38:24

**doors** 13:19,21
18:24 20:14
64:19

**double-
checking**
83:21 92:7

**downstairs**
37:6 89:5,25

**downtown**
93:16

**dressed** 67:18

**drink** 9:12

**drinking** 89:22

**drive** 13:9 60:8
63:25

**drive-by** 14:2,3

**driven** 95:4

**driving** 14:13
20:25 21:4,8,17
35:11 42:19
43:5,16,20
60:15

**drove** 18:21
25:22,23,25
43:18 95:23

**drug** 51:9
91:16 92:10,19
94:4

**drugs** 89:20
92:11,12 93:2,5

**drunk** 89:18

**ducked** 76:21
77:2 78:18

---

**E**

**e-mails** 106:3

**earlier** 56:14
57:15 67:5 68:1
82:12 90:17
106:19

**easier** 11:23
90:8

**easy** 48:10

**Eduardo** 9:8,9

**Edward** 7:25
98:11

**effect** 75:9

**efficiently**
52:18

**employment**
108:11

**end** 24:7 54:11

**ended** 51:13,
14 100:19

**English** 24:13,
15 30:16,17

**Engquist** 7:17
8:17 18:14,18
46:12 47:6,9,
12,16,21,24
49:16,21,23
50:9,14,18
52:17,23 53:3,
7,13,18 54:6,
13,18 79:20
80:1,2 90:3,11,
15 97:23 98:24
100:3,9 101:21
102:3,13
103:15 104:15
105:7,13
108:16,22
109:24

**Engquist's**
98:16

**enjoy** 57:14

**error** 109:9

**errors** 109:7

---

**escorted**
24:10

**Esther** 17:24
18:1

**estimate** 21:10

**ethnicity-wise**
68:6

**events** 102:22

**eventually**
33:18,21 46:15

**evidence**
48:25 49:2,3

**EXAMINATIO
N** 9:4 54:17
98:19 105:12

**exchange** 52:5
63:15

**Excuse** 31:16

**exhibit** 15:3,5
19:25 20:3

**existence** 72:2

**explain** 51:17

**explaining**
95:14

**extremely**
50:14

---

**F**

**face** 68:9 73:11
75:7 77:10

**faces** 68:9

**fact** 8:13 37:21
93:2

**fair** 55:21

**faith** 85:2

**familiar** 17:13
27:8

**family** 46:7

**fancy** 19:19,20

**father** 58:21,22
60:4,5 61:2
90:18

---

**favorite** 70:16

**features** 19:15

**federal** 92:5,7
93:22 94:4
106:25 108:11

**feel** 14:1,4 34:8

**feet** 80:22

**fell** 38:8

**fighting** 96:3

**Figueroa** 7:18

**file** 48:22,23

**files** 94:1

**finally** 36:3,4
107:10

**find** 47:3

**fine** 53:1

**finger** 33:23
34:10,12,18
75:18,19,21
76:5,6 77:6,9,
13,19,21 78:2,
10,14,19,21,25
79:4 81:12
83:15 102:11,
15

**fingerprints**
28:9

**fingers** 75:24
76:2,4 83:19
102:18,20

**finish** 10:6
11:13 54:1

**finished** 11:11

**fire** 72:4,7

**five-minute**
52:20

**floor** 12:22
25:17 73:16

**focus** 74:21
76:10 83:10,12

**focusing** 61:1
67:1

**follow** 21:24
22:2 23:1,19

---

26:1 106:19

**follow-up**
98:16 105:8

**foot** 69:2 73:9

**forget** 70:18
74:20 77:11,12
105:25 109:18

**forgot** 11:19
37:7

**form** 84:4
104:15

**forward** 107:7

**Foston** 17:3

**found** 45:13
51:17 52:3
74:18 87:18,25
88:4 91:10,20

**foundation**
12:25 13:2
42:16 46:12
99:24 100:2

**fourth** 11:18
102:20

**freaked** 78:9

**free** 70:21

**friend** 37:18
44:25 45:1
49:10,15 51:4
66:17,19 72:10,
11,12 86:19
90:19

**friend's** 59:9
61:6

**friends** 16:4
17:5,6 58:18,25
59:6 62:22
88:23

**front** 9:21 38:6
89:15,17,24

**froze** 79:17

**full** 8:8 9:7

**Fullerton**
19:12 29:8
43:2,4,8



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**G**

gained 69:10

gang 58:15,22
62:18,21 87:9

gangs 13:5,7

garage 61:6

gave 28:19
39:25 43:24
46:1,2 63:14
93:20 95:20,22,
24

generally
16:23

girl 46:13

give 8:24 47:25
63:14 73:18
80:9 95:19

giving 73:15
80:10

Glad 35:2

glance 60:25

glasses 24:22

Gonzalez 17:9,
10 18:11,17
37:12,16 39:15,
18 40:1,3 42:17
43:25 44:7
50:24,25 72:16
81:13 88:21,22,
23 89:4 96:5

Gonzalez's
44:1 49:25

good 7:8,25
17:19 18:7
61:19 64:9 65:2
80:8 84:12 89:2
97:12 100:25

goodbye 61:16

Google 47:9

Grand 23:17,
18

gray 13:18

grew 11:5

grow 11:4

guess 15:2
24:8 28:5 81:1
104:10

Guevara 7:22,
24 33:18

guilty 44:4
51:15,17 52:3
91:10,20,21,22
93:1,9,17
94:12,14,24

gun 67:15 68:2

guns 100:11

guy 14:6,8
17:11 27:12
32:6 39:4,20,21
42:10 45:17
49:6 51:21,22,
25 52:2 62:23
66:24 67:21,25
68:7 71:15
74:11,13 80:22
87:6 88:20
89:13 100:24
108:1,2

guy's 49:9 88:3

guys 8:4 50:10
51:25 56:3
100:25 101:8
107:4,7,9,18
109:20

gym 21:19

**H**

H-A-Z-I-N-S-K-
I 7:9

hair 24:23,24
68:6 69:3,5
71:6 80:23
108:7

half 79:1

Halvorsen
7:18

hand 8:22
75:14,15,22,23
76:12 77:18,21
101:22 102:2,7

handcuffed
27:22,23,25
32:10 34:21
74:9 96:8

handcuffing
26:17

handcuffs
26:4,5 31:5
39:10

hands 31:7
102:15

happen 51:7

happened
9:17 23:21 34:6
40:6 56:7,9
78:11 83:19
87:14,18 91:19
102:23

happening
51:14

happy 97:24

hard 34:2

harder 54:6

hat 27:25 28:1,
3,4 81:2,3,5

hate 70:5

Hazinski 7:8,9
8:15 9:3,5
16:13,15,18
18:17,19 43:15
48:7 50:7,17,
20,22 52:12
53:1 54:22
55:17,23 56:5
60:16,18 66:7
84:4 93:10
98:11,15,20
102:9 103:21
104:17,20
105:4,21
108:22,24
109:22

head 28:19,25
34:1,3 35:1
54:14 76:21,22
77:2,3 78:19
83:15

hear 10:4,11

handcuffed
28:24 33:11,14,
17 52:7 78:7,8
103:23

heard 62:14
87:14

Hect 62:11

Hector 16:20,
22 17:5 18:9,
24,25 19:14
62:8,11,13,15,
17,20,24 66:5
95:3,4,11 96:14
97:20

height's 69:4,
6,8

hell 75:9

helped 103:20

hidden 39:6

high 11:13,15
16:25 17:1 49:7
89:18,19

highest 11:10

hired 83:17

Hispanic 71:4,
17 72:9,21
80:15,20 81:11
96:8

hit 24:20 28:24
29:1,14 35:4
41:18,19 68:10,
13,20 74:23
76:10,18,21
77:2 84:8
101:23

hitting 32:18,
21 33:19,21
100:19

home 19:21
35:2 36:11,19,
21,22 38:22
80:5 88:10
95:23

homicide 94:8
95:5,11 96:18

honest 17:20
23:6 56:4 61:9
77:24

hoping 85:2

hospital 35:1

hour 34:22
79:1 99:23,25

house 32:2,10
37:2 44:11
45:12 63:25
82:15 83:6

Hugo 18:10,17

hurt 34:4

hurting 34:7

**I**

idea 44:6,8
48:3 84:16

IDED 82:13

identification
15:5 20:3 26:21

identify 8:5
39:8 82:15

Illinois 8:11
92:14

image 20:2

impact 76:10
108:10

important
11:20

inches 73:7

independently
104:3

Indian 76:15

Indiana 60:6,7,
8,15 61:4

indicating
75:24 76:3,5
77:15,20
102:18,19

individual 7:20

information
47:25 82:18

innocent
94:13,18



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 36 of 42 PageID #:16951
The Deposition of JOHN MELENDEZ, taken on September 05, 2024

117

**inside** 24:8,9, 10 26:3 32:18 33:2 68:20 96:2

**inspector** 12:4 107:14

**insurance** 99:8,10

**insure** 66:11

**interaction** 23:5 71:17

**interactions** 62:2

**Interrogating** 25:14

**interrogation** 23:24 28:12

**interview** 30:3 32:16 34:20 68:21 74:10 96:8,10 97:2

**interviewed** 35:18 69:18 80:20

**introduced** 49:1

**involved** 68:13 94:8

**Irrelevant** 93:10

**Isabella** 7:12

**issue** 10:11 57:6 102:10 108:23

**issues** 53:20

___

**J**

**Jack** 47:1,4 48:19 82:21 83:2,7,14

**jail** 65:21 86:4,9 95:25 103:10

**jeans** 67:7,9, 10,14 68:1 100:10 101:19

**Jess** 7:15

**job** 13:1 39:20, 22 42:14

**jobs** 12:24 39:17 42:13 52:1 66:9 99:16

**John** 7:8 18:14

**Jor** 49:10,11

**Jorge** 17:15,17 43:23 44:6 45:11 49:13,14 51:2 82:14 86:18 88:7 103:10

**Jose** 8:10 9:8 27:11 97:6

**Josh** 7:17 50:7

**judge** 9:20,21, 22 46:19 49:6 51:16,22 95:8

**jumping** 54:9, 19

**June** 62:3 63:2, 4

**Junebug** 58:12,19 61:17 62:1,2,5 91:3

**Junebug's** 91:3

**junior** 11:15,18 18:9 58:7 59:12 60:14,22 94:7

**Junior's** 90:18

**Junito** 58:10

**jury** 46:18

___

**K**

**Kelvyn** 11:13 17:2,3,4

**kid** 87:11 94:20

**kids** 12:14,25 13:3

**kill** 51:24

**killed** 37:5 39:18 43:25 44:7 88:20

**Kimball** 19:12

**kind** 9:25 10:11 18:15 25:14 28:21 49:17 53:19,20 56:1 57:10 64:9 67:14,16 69:6 78:5 89:11,20 92:19 95:7 102:24

**kittens** 96:1

**knew** 15:24 16:1,7,24 25:2 37:11,17 38:1 44:25 58:6,21 59:8 84:11 87:22 88:1,19 90:18 91:5 94:9,11 96:11, 14 97:8

**knowing** 17:24 90:18

**knuckle** 29:2

**Kool-aid** 9:12, 13 88:2,3

___

**L**

**La** 70:20

**lady** 45:23 86:12 93:20 104:5

**late** 107:24

**Latino** 41:2 42:5

**lawyer** 46:25 48:6,23 85:1,10 104:11,19,22

**lawyer's** 47:8

**lawyers** 9:19

**lead** 103:16

**Leading** 102:3 104:16

**leaning** 73:14, 15,17

**leather** 28:4 81:5

**leave** 53:2 109:14,18

**left** 27:16 51:25 75:14,22,23 77:23,24 78:25 79:6 89:3 101:22 102:2,8

**legit** 70:19,25

**level** 11:10

**library** 43:9

**life** 13:6 74:14 96:3

**light** 13:17

**likes** 29:2

**live** 52:11 59:25 60:7 64:3 88:10 90:1

**lived** 85:16,18 89:5,25

**lives** 16:24

**living** 12:18,20, 21 16:2 51:11

**located** 60:5

**locked** 16:10, 11,12 19:4,6,11 57:14 59:15 87:16,25 88:2, 12,13 92:20 94:10,25 96:2,4

**logging** 53:3

**long** 23:8,13 25:24 29:17,21 34:14,21,23 36:25 38:12 69:3 74:22 78:24 79:3 85:20 109:15

**longer** 52:19 106:24

**looked** 20:24 21:3 24:17,25 25:4 26:10,14

40:25 66:24 85:19 101:1,3

**loop** 31:13

**Los** 14:6,7,8

**lost** 31:2,3

**lot** 24:5 25:20 42:24 49:7 57:2 69:10 73:24 96:1 99:20 108:6

**lottery** 69:21 70:17,19,22,23 72:14

**loud** 33:16

**love** 38:8

___

**M**

**M-I-T-O** 70:6

**Macho** 27:11 97:6

**mad** 41:16

**made** 44:3 107:6

**maintainer** 12:4

**make** 8:4,6 10:3,7,10 15:2 20:10 35:16 41:4 47:14 50:20 51:10 52:18,25 53:19 54:20 58:18 71:15 83:11 97:11 104:13 105:1 107:7 109:6

**makes** 15:16 20:9 28:5 90:8

**making** 8:7 81:21 99:20

**man** 15:22 16:19 17:8,15 39:7 43:23 44:1 49:9,14,18,24, 25 50:5,11,23 51:1,3,6,20



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 37 of 42 PageID #:16952
The Deposition of JOHN MELENDEZ, taken on September 05, 2024

118

58:23 82:13

**Margie** 57:20, 21

**Margie's** 57:22

**mark** 19:25

**MARKED** 15:5 20:3

**marriage** 75:20 77:16

**married** 12:11, 12

**Mcgrath** 7:23 8:20 79:25 98:13 105:9 108:19

**Mcmurray** 7:18

**means** 109:1

**mechanic** 16:1

**medical** 10:20

**medications** 10:20

**meet** 48:9

**Megan** 7:23 98:11

**Melendez** 8:8, 10,14,22 9:6,8 10:19 15:4 18:20 20:1 21:7 27:11 52:19 53:19 80:3 97:6 98:21 105:6 108:24

**member** 13:5 58:15,22 87:9

**memory** 10:23 100:25

**men** 68:4

**mention** 11:19 84:1

**met** 36:3,4 83:17

**Mexican** 25:1 26:15

**mid-'90s** 65:10

**middle** 9:9 14:2 75:19,21 102:15

**mind** 89:15

**mine** 45:1

**mine's** 72:10

**Mingey** 7:19

**minutes** 52:24 90:7,9 98:3

**mischaracteri zed** 104:18

**mischaracteri zes** 60:18

**mischaracteri zing** 102:4 104:16

**missed** 18:14

**mistake** 107:8

**mistaken** 22:8 31:10 38:17 74:4 88:14

**Mito** 70:3,6,7 71:11,16,19,23 73:15

**Mito's** 70:1 71:1 72:1

**mixed** 25:1

**model** 20:10

**mom** 37:11 44:8,10,12,17 45:1,6,10,11,24 46:3,9 50:3,4 60:23,24,25 64:3 85:16,18 87:12,17,20

**mom's** 85:25

**moment** 79:5

**money** 39:19, 21,24 44:11 45:12,16 50:5 66:8,9,12 73:16,18 82:15 88:9 99:12,14, 20

**Montanez** 16:20 17:5 18:25 19:14 62:8,17,20,25 95:11 96:14 97:21

**months** 11:9 14:5,17 29:22, 23 30:1 42:22 61:8 96:3

**morning** 7:8, 23,25 41:6

**mother** 38:1 57:19,20,25 82:14 83:4 85:8 86:18 103:10

**moved** 11:6,7 15:25 34:3 42:22,23,24,25 43:1 59:1 60:6, 7

**Mulero** 17:15, 17 43:24 44:6 49:13,14,23,24 51:2 82:13,14 84:14 85:23 88:7,9,15 89:12 90:1

**Mulero's** 45:11 83:4 85:8,15, 16,18 86:18 87:12,20 103:10

**murder** 19:4,9 22:25 29:8 32:11 37:1 40:7 42:6,15 62:6 81:14 83:6 87:25 88:2 91:10,12 94:18 95:19 96:5

**murdered** 40:4 42:17

**murderer** 82:14,16

**must've** 82:24

**mute** 53:8

**N**

**N-I-** 45:18

**nah** 35:1 69:24 93:25

**named** 14:6 15:22 16:20 17:8,15 43:23 45:18 50:23 71:12 90:24

**names** 17:20, 21 18:7,8 58:4 97:12

**narcotics** 92:19,24

**needed** 89:1

**neighbor** 37:6

**neighborhood** 12:20 15:24 16:2,25 59:2, 24,25 65:10 72:17 86:19 87:5,8,15,22 88:4,6 91:1,7 94:20,22

**news** 95:2

**nice** 54:11 86:12

**nickname** 27:11 62:1,12 86:24

**nicknames** 9:11 37:8

**night** 40:4 42:6,14 95:23

**Nixa** 45:18 46:9

**nodding** 54:14

**North** 72:6

**notes** 52:21

**noticed** 7:21

**number** 69:21 70:17,20,24 72:11,12,14

**number's** 70:17

**numbers** 70:19

**O**

**Oakley** 12:21, 22 42:23 43:1, 2,3,13

**oath** 9:19

**Object** 46:12 84:4 104:15

**objection** 8:7 60:16 93:10 100:9 102:3 103:15

**objections** 8:4

**observing** 7:11

**occasions** 56:6

**occurred** 85:5

**occurrence** 65:9

**occurring** 84:8

**offered** 45:12, 15 50:5 82:15

**offering** 83:5

**office** 15:1 54:23 55:1

**officer** 22:3,4, 13 28:16 30:2, 15 31:17,20 32:18 33:21 41:2,9,18 42:5 45:17 46:1 68:13,22 69:11 71:4,17 72:9,21 79:12 80:15,18, 20,21 81:11 82:6 83:5,14 88:7 96:9,14 100:18

**officers** 21:23 22:10 24:12 39:1 62:3 67:3, 13 68:5 73:23 100:8,15,22



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 38 of 42 PageID #:16953
The Deposition of JOHN MELENDEZ, taken on September 05, 2024

119

oil 91:8

Olds 14:12
65:6 74:16,21,
22 78:17

Oldsmobile
13:9 15:6,9,13
29:3 42:20
43:16

one's 97:10

one-on-one
28:16

opened 32:24
96:1

opinion 94:14,
16,24

opportunities
102:24

opportunity
107:14

opposite 29:1

order 10:3
82:15 83:6
84:16

Original 13:17

other's 63:18

ounces 93:14

outfits 100:3

owe 39:19

owned 15:9,17
98:25

owner 70:3

——————

P

——————

P-I-C-I-N 87:1

P.M. 110:1

paid 14:9 70:20

pain 77:10,11

painted 13:18

Pal 23:17

Palmer 23:19

paper 31:15,

18,21 35:20
41:14,15

papers 35:19

park 11:13 17:4
18:22,24 19:13,
16,17,20 20:4,
11,12,17 21:8,
17 24:1 26:20,
23 27:2 29:12
35:11 36:12,13
38:14 43:20
56:15 57:9
65:1,4,7,19,21
66:5 74:20
89:24 96:18,20,
21 99:1 101:10

parked 24:3
25:19 73:24

parking 24:5
25:20 73:24

part 32:14 34:2
53:21 81:8

parties 7:4
8:13 52:14

partner 107:16

pass 97:24

passed 38:13
45:1 70:7
71:23,25 86:2,
18

past 48:9

patience 98:23

pay 99:17
107:12

paying 101:11

Pekin 92:14,16

people 53:24
58:5 65:10
87:21 88:4,6

percent 77:7,8,
14

perjury 88:14

person 17:19
18:6 26:11
27:17 37:4 39:8
51:19 55:11,15

88:20 94:19
95:7

personally
15:22

phone 44:18,
19 45:1 47:23
55:11,12,13,18
86:1,2,9,14,17,
18 87:13 103:9
104:6,12
105:16 106:14
107:18,22

phonetic 17:3
43:7 71:12

photo 15:12
81:8

photograph
27:14 81:6

photos 19:25

physically
35:8

Picin 86:20,23
87:1,2,7,9,12,
19

pick 83:6

picked 37:3

picture 17:11,
14,18 18:5
27:9,16,20
28:1,15 32:6
47:8,13 48:5
56:15 57:12
68:9 80:19,24
81:1,3

pictures 14:20,
25 19:24 56:10,
11

piddle 19:17,
18

pieces 31:15,
17,21

place 14:22
88:10 92:4

plain 20:16
22:17,18 67:6,
7,23 71:7
100:10,12,15

101:16

plaintiff 7:11
8:15

plaintiff's 7:7
54:22,25
105:15,17,21

plaintiffs 7:10,
21

play 91:1

pleaded 91:21

pled 91:22
93:1,9,17

point 13:8
20:23 23:4 25:7
42:19 52:12
79:8 99:15,21

police 21:8,22
22:10 23:2,11,
12,16,22 24:1,
4,8 25:5,14,20
26:3,21 27:13
28:8 30:2,15
31:17,20 32:7,
18 33:21 39:1,8
40:14 41:2,8,18
42:5 43:24
45:22 62:2
68:20 71:17
73:23 80:15
82:6 83:5,14
88:7 100:4,19

pool 107:3

popped 53:21

posed 48:1

powder 93:7

prefer 108:8

prepared
28:25

present 7:4,11
38:7

pretty 69:2
99:12

previous
102:4

prior 54:21
55:1 58:19 64:6

71:17 74:12
82:19

prison 16:9,15
61:13

problem 32:8
42:24 46:1
52:16 83:20,22,
24

problems
51:9,10 53:4
79:20

procedure
26:21

PROCEEDING
S 7:1

produced
14:25 20:1

promised 52:5

prompting
56:16

prosecution
48:25

prosecutor
35:12,15 36:3,7

protect 34:5

Puerto 11:3,4
16:2 25:1 26:15
59:2 70:19,20,
22,24 91:4

Pulaski 70:1
72:4,5

pull 78:6

pulled 19:12
21:7,12,17,23
22:5,9,20 23:12
24:12 35:11
36:6 63:8 67:2
68:22 69:12
72:20 74:20
80:16 81:11
96:10,20 100:4
101:10

pulling 29:11
68:14

pun 75:11

punch 74:25



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case: 1:22-cv-03973 Document #: 249-7 Filed: 12/22/25 Page 39 of 42 PageID #:16954
The Deposition of JOHN MELENDEZ, taken on September 05, 2024
120

75:4 76:10,11,
17,19,20 77:1
78:18 84:8

**punched** 28:20
30:23 31:4
75:6,13,14
78:17 84:21

**punches** 76:11

**punching** 84:2

**put** 19:6 23:23
25:21 26:3,4,5
27:25 28:1,2,3
40:19 65:5
66:2,5 70:25
81:2,3,23 103:3

**putting** 25:6
39:10 85:2

———————

**Q**

**question** 10:6,
9 23:14 28:18
30:6,8 32:4
33:20 40:12
47:17 54:1 56:8
64:9 76:17 85:4
101:7

**questioned**
78:12

**questioning**
25:10 26:23
78:22 98:17

**questions**
9:19 22:24
28:17,21 30:3,
7,12,19 41:9,11
48:1 50:18
52:13,15 56:1,4
97:1,25 98:9,
13,18,24 99:3
101:22,23,24
102:1,11 105:5

**quick** 52:20
105:14

**quickly** 9:25

———————

**R**

**radio** 89:1,2

**raise** 8:22

**rat** 42:24

**rats** 42:25

**Ray** 72:16,17

**real** 37:8 48:10
86:22 98:16
100:25

**realize** 107:10

**realized** 72:24

**reason** 42:3
51:3 75:20
76:15 77:17
83:1,7 102:7
106:24

**reasons** 51:17

**recall** 13:11
17:10 21:20,21
23:6,18 24:16
27:8 34:23
36:9,10,11,16,
24 42:1,2 55:6
56:19 61:12
66:1 67:7,20
73:21 74:2
79:14

**recognize**
15:9,16 20:8,
19,20 71:8

**recognized**
71:9

**record** 7:3 8:5,
9 9:7 15:2
19:24 49:7
50:15 53:15,16,
17 54:11 90:12,
13,14,16 98:4,
6,8 106:10
109:25

**recorded**
86:15

**records** 49:8
86:14

**RECROSS**
105:12

**REDIRECT**
98:19

**refer** 47:24
62:1

**referred** 62:14

**referring** 31:24
49:19 50:12
76:2

**Regency** 13:9
14:12

**register** 65:15,
17

**regular** 19:16,
19,20 20:7
27:19 100:13

**related** 97:5

**relationship**
59:10,12 89:11

**release** 61:13

**released**
34:14,16 79:10,
12,23 80:12
91:11

**Rely** 49:5

**relying** 49:3,8

**remain** 30:10,
13 78:24 79:3

**remember**
11:13 13:13,16,
25 14:9,16
15:24 17:24
18:8,9 19:2,15
20:21 21:7,16,
22 23:18 24:18,
19 25:16,18
27:18 28:2
29:23 30:19
33:1 36:8 37:4
38:12 40:17
41:11 47:5
48:25 54:14
55:7,10,13 59:5
61:9,10 63:23
66:22,24 67:20
68:5,7 70:13
74:8 75:18
82:23 85:15,18,
19,21,23,24,25
92:21 93:12,24
94:1 98:23
99:2,3,7 100:5,

8,18,21,22,23
101:3,8,23,24
102:10 103:12
104:2,5,8,23,24
105:24 109:16

**remembers**
83:23

**remotely** 7:16

**rent** 99:17

**repeat** 10:12
23:10 64:8
79:19

**rephrase**
10:10,13 82:4

**reporter** 7:3
8:3,12,16,21
9:2 10:2 11:21,
23 16:13 43:6,
10,12 53:15,17,
22 79:24 90:12,
14 98:1,4,7
108:21 109:4,
12,25

**represent**
15:21 52:14

**representing**
7:5

**reserve** 108:23
109:1,5,12

**respond**
56:21,23 101:7

**responded**
28:18 56:18

**responsibility**
107:17

**responsible**
107:9

**restroom**
10:17

**retired** 12:10

**review** 56:12
109:12

**reviewing**
47:17

**Reydo** 71:12

**Reyes** 17:25
18:1

**Reyguardo**
71:12

**Reynaldo**
7:21,24

**RFC** 20:1,18,24

**Rican** 25:1
26:15 70:20,23,
24

**Rico** 11:3,4
16:3 59:2 91:4

**rid** 13:25 14:12

**right-hand**
44:1 49:9,14,
18,24,25 50:5,
11 51:1,3,6

**rights** 30:11

**righty** 98:1

**rims** 19:19,20
20:7

**ring** 33:24
75:16,17,18,25
76:6,8,13
77:21,25
102:11,12,14

**risk** 107:12

**Rodriguez**
27:7 97:9,13

**Ronnie** 90:24,
25 91:2,5

**room** 23:23,24
25:14,16 26:4
28:12 30:3
32:16,19,24
33:3,7,10,11
34:20 35:5
40:20,25 48:9
68:21 74:10
78:24 79:3,7
96:8,10 97:2

**Ros** 71:12

**roughly** 59:5
61:7

**Ruben** 17:9,10
37:12,16,21,22

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

39:15,18 40:1,3
42:17 43:25
44:1,7 49:25
50:24,25 81:13
88:21,22,23
89:4 96:5 97:17

**Ruben's** 45:23
46:3

---

**S**

**S-M-E-E-T-O-N**
47:2

**safe** 14:1

**sat** 22:7 79:5

**scared** 46:20,
24

**school** 11:10,
14,16 16:25
17:1

**scream** 33:16

**screaming**
39:6

**screen** 14:21
15:20 20:22
21:6

**scroll** 15:11

**search** 47:9

**seats** 19:18
20:15

**sell** 88:25

**selling** 66:20
92:12 93:2,6,9

**Senior** 90:21,
22

**sense** 10:7,10
52:25 104:13
105:1

**series** 58:4

**share** 14:21

**shared** 20:2

**sharing** 15:20
20:22 21:6

**shirt** 67:8,10,

15

**shocked** 30:24

**shooting** 14:2,
3

**short** 80:22
98:3

**shorter** 69:13
72:25 73:19

**shortly** 19:8
63:8

**shot** 14:1,3

**shoulder**
73:10

**show** 14:19,21,
25 15:3,11
19:23 20:18
31:15,17 56:10
80:24,25

**showed** 15:8

**showing** 20:23

**shown** 56:15

**sic** 12:24 39:21
42:16 68:8
70:19 83:15
99:24 100:1
105:2

**sick** 72:3

**side** 52:7
100:12

**Sierra** 7:19
15:22,23 16:4,8
20:1,18,24
58:6,14,19,25
59:6,12 60:13,
14,21 90:18,19,
21 91:6 94:7
96:11

**Sierra's** 97:2

**Sierras** 61:25

**sign** 31:20
35:19,20 41:14,
15 63:17

**signature**
108:23,25
109:1,5

**signing** 41:13,
15

**silent** 30:10,13

**sir** 10:25 23:1
47:6,16,24
49:21,23 53:7
56:19 67:4
68:18,23,24
76:2 77:1,21
78:13,20,23
79:10,17 80:9,
17 81:8,9,15,18
82:17 86:10
90:5,16,17
91:9,17,19
92:13 93:6,12
94:6 101:2
102:21 105:14
106:18 109:24

**sister** 91:2

**sister-in-law**
45:18

**sit** 9:18 71:20
100:7 102:1

**sitting** 69:16,
17,18

**size** 69:2,14

**skinny** 80:23

**small** 95:1

**Smeeton** 47:1,
2,5 48:19 82:22
83:2,7,14,21
84:24 85:10,12

**smell** 89:23,24

**smiled** 34:7

**Smit** 47:4

**Smiton** 47:4

**smoke** 9:13

**smoking** 89:22

**smoothly** 10:1

**snap** 27:16
80:19

**sold** 14:4,6,8
19:10 28:23
29:11,21 30:22
32:6 38:3 39:9

42:22,23 75:9
78:17

**solemnly** 8:23

**solid** 75:25

**something's**
51:6

**son** 12:15,16
44:14 45:2,7
50:4 57:16,19,
20 58:2 59:9
70:3 90:24 91:5

**son's** 57:25

**sophomore**
11:15

**sort** 102:24

**sound** 75:9

**sounds** 17:13
27:8 33:11
103:23

**South** 93:16

**Spanish** 24:14,
22 25:2,4 26:16
30:16 39:4
45:17 67:21,25
68:13,21 69:11
74:11,13
100:24

**speak** 55:4,20
71:10,11

**speaking**
30:16 33:12
55:15,16 86:17

**special** 19:15

**specific** 40:11

**specifically**
9:18 103:12

**spell** 86:24

**spent** 108:11

**spoke** 54:21,25
55:8,10,13,17,
22 59:14,17,20
60:4 62:24
68:8,10 86:1
90:17

**spoken** 58:3

61:24 62:2,5

**spot** 34:2

**squad** 25:22

**stamps** 15:1

**stand** 51:18,20
69:15 81:23

**standard** 57:9

**standing** 33:6
73:11,16,17

**star** 67:16

**staring** 73:11

**start** 14:13
52:17 54:1,9
108:7

**started** 30:2,12
56:16 74:15
87:15 99:22,23

**state** 7:4 8:8
9:6

**state's** 15:1
35:13

**statement**
9:16 43:24 44:4
86:14

**station** 21:24
22:2 23:2,16,22
24:1,4,8 25:5,
12,20 26:3,21
27:14 28:8 32:8
36:5,11 38:14
39:8 40:14,17,
19,23 45:22
68:21 72:4
73:23 100:19

**stay** 23:4 34:21
46:7 59:2

**steal** 51:11

**stepped** 32:9

**Steven** 7:11

**stool** 73:15

**stop** 15:20
20:22,23 21:6
54:10

**stopped** 33:18,
21 78:22 87:3,4



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

story 52:8

straight 24:10

street 14:18
17:21 43:2 51:5
62:18 64:2,23
65:11 66:17
67:14 72:4,7

stress 108:6

stressful
108:7

strike 33:19

striped 24:23

stuff 30:11
84:22 102:22
109:17

subpoenaed
86:13

substantively
109:8

sucker 75:4
76:10 78:17

sudden 26:24

supervisor
12:5 106:21,25
107:2 108:3

survive 39:23

suspended
107:8,9,11

swear 8:23
25:22,23,24
101:18,19,20

swelling 78:2

swollen 34:12

symbol 13:22

---

**T**

t-shirt 81:4

table 31:9,11,
12 53:9

takes 28:14

taking 10:20
38:2,7

talk 10:5 22:11,
14 27:2,3 35:5,
12 36:6 40:3
41:2 53:24
56:1,5 61:20
63:25 71:20,21
84:9 87:12
88:5,6 102:24

talked 45:24,25
49:17 55:25
56:7 63:9 64:10

talking 24:13
26:11 29:12
30:15 50:10
55:16 73:7
74:16 87:15,21
100:20 106:9,
20

tall 68:24 69:2
72:24 73:12

taller 69:12,20
73:1,4,6

tax 70:21

technology
10:11

teddy 38:4,5,8

telephone
106:4

telling 39:7
45:2 46:8

ten 52:24 90:7,
9 96:3

testified 52:4
100:23

testify 103:6

testifying
51:20 88:10

testimony
8:23 52:6 56:19
60:19 99:11
102:4 103:17
104:16 106:20

text 105:17
106:9,14
107:18

texted 105:22

texting 105:19,
22 106:1,3
107:23

that'd 86:7

that'll 77:19

thing 11:19
28:2,19 50:9
53:19 54:14
61:19 67:16
74:15 78:11
85:3 94:11
103:19 105:14

things 51:5
54:20 90:17
98:21 109:18

thinking 25:24
76:15 77:15,16
85:6 101:17
102:7

Thomas 15:22
16:4,8 58:6,9,
14,25 59:6,12
60:13,14,21
61:25 90:18,19,
20 94:7 96:11
97:2

thought 29:11
30:8 35:3 74:19
101:25 102:14

threatening
46:9

thug 28:5

tiger 76:16

tight 66:8,12
99:12,13,14

time 9:24 10:5
12:21 16:2,5,6
17:6,7 18:21
21:11,16,20,21
23:14 26:1
27:23 28:24
30:5,25 31:22,
23 32:1,17,21
35:14,15,17,23
36:5,10,16
38:13,14 39:18,
25 41:1,17,19,
20,21,25 42:4,
13,19 52:18

53:4,23 54:4,5
55:7,10,22
59:7,14,15,16,
20 60:13 62:24
64:11,13 66:9
69:19 70:13
72:23 75:1 78:9
81:10,20 82:3,
5,7 85:9 86:5
88:12 90:3
91:3,13 92:13
94:9,10 98:23
99:12,22
100:20 106:12,
19,20,25
108:11 109:15

times 55:4
81:16 82:8
108:5

tint 57:3

tinted 19:19
20:16 57:3

tinting 56:23
57:10

tints 20:7 21:2
56:17,18,21,24,
25 57:4

Titi 97:13

title 63:18

today 7:6 8:13
52:4 69:5 85:8,
13 100:7 102:2
105:23,24,25

told 21:24 23:1,
19 26:1,2 27:25
29:10,18 32:2,
11 35:16,17
39:6 41:4 42:8,
10 44:8,10,12,
15,19 45:4,6,9,
14,24 50:3,4
57:5 71:11 72:8
75:8 80:23
82:12,13,14,18,
24 83:2,7,9,14,
17,18,24,25
85:7,9,11,12,
13,14 86:8
87:17 102:13
103:13,18,19,
24,25 104:12,

19,22,23,25
105:2

Tom 60:23

Tommy 58:18
60:24 61:25
91:6

tomorrow
41:5,6

top 13:19 29:1
33:4 94:24

tops 21:15

torch 97:24

touch 34:19
41:21 42:3
79:16,22 80:12,
14

Track 12:4

trade 63:16
64:14,16,22
65:11

traded 16:21
18:23 19:11
63:1,13 65:6,19
66:4,14 95:11
98:25

trading 63:20
64:1,6,7,10,12
65:3 99:5

transfer 65:20

Transit 12:2

trial 44:20
46:16,18,21,24,
25 48:24 51:16
81:7,22,24
82:1,2,5,19,20
83:10 84:3,19,
24 102:23
103:6

trouble 79:18

trunk 20:21
96:1,2

trust 109:2,11

truth 8:24,25
45:8,9

tune 91:8



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**turned** 26:24
28:25

**turns** 27:4

**TV** 59:18,19

**type** 67:13

**typographical**
109:9

**U**

**uh-** 11:22

**uh-huh** 9:10
11:17,22 15:19
28:13 32:15
40:16 65:25
76:23 96:6
103:11 106:16

**Uh-uh** 74:14

**unclear** 58:17

**unconfused**
50:19

**Undercover**
32:3

**understand**
54:7 104:21

**uniform** 27:17,
19 67:12

**uniforms**
22:16,17 39:2

**upstairs** 89:6,
25

**V**

**vehicle** 64:16,
17

**vehicles** 63:21
64:1,6,7,11,12,
14

**verdict** 51:14

**vest** 67:11,15
68:2,14 69:12
72:21 80:16
81:12 96:9
100:11,20
101:16,17,20

**vests** 100:16

**video** 14:22
54:7

**visit** 105:3

**voice** 53:23

**W**

**wait** 10:5
107:10

**waiting** 39:3

**waive** 108:23,
25 109:2,11

**waived** 109:23

**walk** 24:9 39:9
74:1

**walked** 25:5
38:24 73:22,25

**walking** 24:7
26:3

**wall** 31:9,11

**walls** 25:15

**wanted** 22:24
27:3 28:6 35:19
46:6 52:7 64:22
71:15 108:6

**warrant** 49:6
51:23 88:13

**watching** 32:2

**weak** 34:2
84:10

**wear** 100:15

**wearing** 22:16
27:17 39:2
68:1,14 69:11
72:21 80:16
81:11 96:9
100:5,8,20
101:12

**weed** 89:22

**week** 19:4,10,
11 21:13 38:21
65:18,23 106:7,
15

**weekend**
70:15,16

**weeks** 42:18
83:15,16

**weighed** 69:3

**weight** 69:10

**weird** 74:18

**welder** 12:6
106:22 107:15,
16

**welding** 12:6
108:8,9

**West** 64:4

**wheels** 21:3

**When's** 59:20
62:24

**white** 24:24
68:7 71:7 80:22
81:4 93:7
100:12 101:2,4,
6,9 108:7

**Wi-fi** 80:5

**wife** 32:3 99:18

**wife's** 91:2

**window** 13:22,
24 29:24,25
33:4

**windows**
19:19 20:16,24
33:2 56:23
57:3,10

**winning** 52:8

**witnesses**
51:18

**Wojcik** 7:18

**won** 72:11,13

**word** 74:24
75:3 87:15 88:1

**work** 12:1
19:21 39:16,17
42:8,11 60:9
65:5,7 89:3,4,8,
16 106:15
108:13

**worked** 42:13

**working** 12:23
39:17,23 42:6,
14 52:1 66:9
88:3 90:20
99:16,18,23

**works** 91:6

**world** 95:1

**wrap** 76:25

**wrists** 31:7

**write** 107:19

**writing** 10:2

**written** 13:23

**wrong** 38:20
42:10 44:13
51:19 78:6

**X**

**X-A** 45:19

**Y**

**year** 10:25
11:12,15,18
19:2,3,6 59:5,
21,22 61:7,11
64:20 69:24,25
70:14 88:14
91:16 92:22
107:11

**years** 12:5,7,8,
9,12,13 13:14,
15 69:25 70:8,
9,10,12 87:3,5
91:21,25 100:1,
2 108:13

**yesterday**
105:23 109:17

**YMCA** 21:19

**York** 32:2

**you-all** 39:9

**young** 46:13
57:21 87:10

**Z**

**Zehner** 7:15



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com