```
 1

 2    STATE OF ILLINOIS)
                      ) SS.
 3    COUNTY OF COOK   )
            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
 4                     CRIMINAL DIVISION
      THE PEOPLE OF THE      )
 5    STATE OF ILLINOIS,     )
                             )
 6         Plaintiff,        )
                             ) NO. 98CR12440
 7         VS                )
                             )
 8                           )
      ADRIANA MEJIA, ARTURO  )
 9    REYES, and            )
      GABRIEL SOLACHE.       )
10                           )
           Defendants.       )
11              REPORT OF PROCEEDINGS of the hearing had
      before the Honorable STANLEY J. SACKS, heard on the
12    30th day of March, 2000.
                APPEARANCES:
13              HON. JACK O'MALLEY,
                State's Attorney of Cook County, by:
14              MR. ART HILL, and
                MS. MERCEDES LUQUE-ROSALES,
15              Assistant State's Attorneys,
                appeared for the People;
16              MS. RITA FRY,
                Public Defender of Cook County, by:
17              MS. MARY DENAHY,
                Assistant Public Defender,
18              appeared for the Defendant, Mejia.
                MR. THOMAS VERDUN,
19              Assistant Public Defender,
                appeared for the Defendant, Reyes.
20              MS. VIOLA ARMIGO ROUSE,
                Assistant Public Defender,
21              appeared for the Defendant, Solache.

22

23    Jacqueline Shenberger,
      Official Court Reporter
      2650 South California,
24    Chicago, Illinois
```

-D-1

1       MS. LUQUE-ROSALES:  You'll note our objection

2   for the record.

3       THE COURT:  We'll deal with the objection once

4   we see what Miss Rouse wants to ask the lady.

5                       (WITNESS SWORN.)

6                   ADRIANA MEJIA,

7   called as a witness herein, having been first duly

8   sworn, was examined and testified through an

9   interpreter as follows:

10                  DIRECT EXAMINATION

11                        BY

12                  MS. DANAHY:

13      Q     Please, tell us your name?

14      A     Adriana Mejia.

15      Q     How old are you, Mrs. Mejia?

16      A     Twenty-four.

17      Q     Are you married or single?

18      A     Married.

19      Q     And what's your husband's name?

20      A     Rosaro Mejia.

21      Q     Back in April of '98 were you married?

22      A     Yes.

23      Q     Where were you living?

24      A     Mozart and 62nd.

                        837

1  Q Were you living there with your husband?

2  A Yes.

3  Q And at that time did you speak English?

4  A No.

5  Q I want you to think back to April the 3rd

6 of 1998; do you remember that day?

7  A Yes.

8  Q And did anything out of the ordinary

9 happen to you that day?

10  A I was detained.

11  Q Okay. And were you at your home that

12 morning?

13  A Yes.

14  Q Did anyone come to your home?

15  A Two police officers.

16  Q Do you know their names?

17  A No.

18  Q Can you describe them for us?

19  A It was a Puerto Rican that was here awhile

20 ago and the other one is not present.

21  Q Okay. Were they both men?

22  A Yes.

23  Q And the Puerto Rican that you said was

24 here awhile ago was that person here today or on an

838

-D-63

1 earlier day?

2     A    He was here on a previous date.

3     Q    Were there any female police officers

4 there?

5     A    Yes, one.

6     Q    One woman, okay, and when these police

7 officers came to your house tell the Judge what

8 happened?

9     A    They asked me a lot of questions and they

10 told me that the girl come to me.

11     Q    And did you stay at your home or did you

12 go any where?

13     A    They took me, arrested.

14     Q    When you say they, who are you referring

15 to?

16     A    The two officers.

17     Q    The two men?

18     A    Yes.

19     Q    Did they take you anywhere?

20     A    Yes, to a police station.

21     Q    Okay, how did you get to the police

22 station?

23     A    They took me.

24     Q    In a car?

-D-64

```
1        A    Yes, it's a plain car.

2        Q    Did anything happen while you were in the

3    car going to the police station?

4        A    No.

5        Q    Were you with anyone -- were you taken

6    with anyone else to the police station besides the

7    police officers?

8        A    Yes, with my brother-in-law's brother.

9        Q    Were you taken to the police station with

10   a man or a woman?

11       A    A woman.

12       Q    And what was that woman's name?

13       A    Guadalupe Mejia.

14       Q    Who was Guadalupe Mejia?

15       A    My husband's sister-in-law.

16       Q    When you got to the police station did you

17   stay with your sister-in-law?

18       A    Just for a few moments and then they

19   removed her.

20       Q    And where did you go in the police

21   station?

22       A    To where the Detective was.

23       Q    Do you recall which Detective?

24       A    Yes, the one that was here awhile ago.
```

840

-D-65

1          Q     Today?

2          A     Hmm, hmm.

3          Q     Is that the white officer or the one

4     referred to as the Hispanic or Puerto Rican?

5          A     The Hispanic.

6          THE COURT:  Do you know his name to be

7     Detective Guevara?

8          A     Yes.

9          THE COURT:  All right.

10     BY MS. DANAHY:

11          Q     Where specifically did you go at the

12     police station?

13          A     To that Detective's office.

14          Q     Okay.  And when you say that Detective,

15     you mean Detective Guevara?

16          A     Yes.

17          Q     What happened while you were in the

18     Detective's office, was anyone else present?

19          A     When I got there they didn't ask me

20     questions because my sister-in-law was there, it was

21     after awhile.

22          Q     Okay.  Did someone eventually ask you some

23     questions?

24          A     Not at that moment.

-D-66

1      Q    When you were with Detective Guevara what

2  happened?

3      A    He was asking me a lot of questions when I

4  was with the other Detective, and he was asking me

5  if I was there and a lot of questions, if I was

6  present there.

7      Q    Did he say anything else to you at that

8  time?

9      A    No.

10     Q    What was the next thing that you recall

11  happening?

12     A    They took me to another room that looked

13  like a cell.

14     Q    How long did you stay there?

15     A    About three hours.

16     Q    And where did you go from there, if any

17  where?

18     A    No where, I stayed there.

19     Q    Did you eventually go somewhere?

20     A    Yes, they took me back to his office.

21     Q    Detective Guevara's office?

22     A    Yes.

23     Q    And did anything -- what occurred while

24  you were in Detective Guevara's office this time?

842

1       A    They kept asking me a lot of questions

2  about what had happened.

3       Q    You say they, who was asking you

4  questions?

5       A    The Detective, Guevara.

6       Q    Was there anybody else there?

7       A    No.

8       THE COURT:  Did Guevara speak to you in

9  Spanish?

10      A    A little bit, yes.

11      THE COURT:  Did he speak to you in English then

12  also?

13      A    Yes.

14      THE COURT:  Did you understand what he was

15  saying to you?

16      A    No, no.

17      THE COURT:  You understood when he spoke in

18  Spanish though?

19      A    Yes.

20      THE COURT:  Go ahead.

21  BY MS. DANAHY:

22      Q    Other than asking you questions did he say

23  or do anything else at that time?

24      A    Yes, I was tired because I did not want to

843

1    talk.

2         MS. LUQUE-ROSALES:  I'll object, move to

3    strike.

4         THE COURT:  I'll let the answer stand even

5    though it's a conclusion on her part that he was

6    tired.  Overruled for now.

7                   Go on.

8    BY MS. DANAHY:

9         Q    Did anything else occur during this second

10   time in his office?

11        A    Yeah, he pulled my hair and he hit me in

12   my back.

13        Q    How many times did he pull your hair?

14        A    About three times.

15        Q    How many times did he hit you in your

16   back?

17        A    One time, very hard.

18        Q    And what did he hit you in your back with?

19        A    With his hand.

20        Q    Where exactly on your back did he hit you?

21        A    Right here.  (Indicating).

22        MS. DANAHY:  Judge, indicating it looks like

23   around the nap of her neck area.

24        THE COURT:  Around the right shoulder of the

                        844

1    neck area.

2    BY MR. DANAHY:

3        Q    Did he tell you why he pulled your hair or

4    hit you on your back?

5        A    Yes, he told me he was tired of my lies.

6        Q    Did he say anything else to you at that

7    time or do anything else at that time?

8        A    Yes, he said that he was going to take me

9    to a lie detector.

10       Q    Did you stay in the office or did you go

11   somewhere else?

12       A    From there they chained me to a room while

13   he was doing some paper work.

14       Q    When you say he was doing some paper work

15   are you referring to Detective Guevara?

16       A    Hmm, hmm.

17       Q    Now, when you went to a different room,

18   while you were waiting, did anything happen to you

19   there?

20       A    No, they just put me in a room.

21       Q    From that room that you've just talked

22   about did you stay there or did you end up going

23   some place else?

24       A    I stayed in that room.

                        845

-D-70

```
1        Q      How long did you stay there?

2        A      Second.

3        Q      And where did you go next?

4        A      To his car.

5        Q      To Detective Guevara's car?

6        A      Yes.

7        Q      Was anyone else with you?

8        A      No.

9        Q      Where did you go in Detective Guevara's

10   car?

11       A      To the station where the lie detector was.

12       Q      While you were in Detective Guevara's car

13   did he say or do anything to you?

14       A      Yes, he kept saying if I knew the problem

15   that I was in, but, I would not answer anything.

16       Q      You say that he took you to another -- to

17   the place where the lie detector was?

18       A      Yes.

19       Q      And did you actually take a lie detector

20   test?

21       A      Yes.

22       Q      Other than the questions that they asked

23   you at the lie detector did anything else happen to

24   you?
```

846

-D-71

1        A    No.

2        Q    Okay?

3        THE COURT:  Did you leave the place where the

4  lie detector was?

5        A    No, I stayed there.

6  BY MS. DANAHY:

7        Q    For how long?

8        A    About twenty minutes while he was talking

9  to another officers.

10       Q    Where did you go next?

11       A    I stayed there for awhile until they did

12  some paper work.

13       Q    And from there where did you go?

14       A    To his car.

15       Q    Where did you go in his car?

16       A    To the station where I was detained.

17       Q    The first police station?

18       A    Yes.

19       Q    On the ride back to the first police

20  station did Detective Guevara say or do anything to

21  you?

22       A    Yes, he said that I was going to stay

23  there the rest of my life.

24       Q    When you got back to the police station

847

1    where did you go inside of the police station?

2         A    To that room on the cell.

3         Q    The room that looked like a cell?

4         A    Yes.

5         Q    And how long did you stay there?

6         A    A while awhile, I don't remember how long.

7         Q    Did anyone come to see you or talk to you

8    while you were in the cell this time?

9         A    No, only a woman came in to take pictures.

10        Q    Did you sleep at all while you were in

11   this cell?

12        A    No.

13        Q    Did you have anything to eat or drink

14   while you were in this cell?

15        A    No, because the officers were throwing the

16   food at me as if I were an animal.

17        Q    Who threw food at you?

18        A    Officer Rivera.

19        Q    Guevara?

20        A    Yes, Guevara.

21        Q    Did you eat the food that was thrown at

22   you?

23        A    No.

24        Q    Did you ever eat any food the entire time

                         848

1      you were at the police station?

2            A     No, I did not eat.

3            Q     Up until -- strike that.

4                  You said that you're now in the cell

5      for a period of time, do you eventually go some

6      place else?

7            A     Yes.

8            Q     And where do you go next?

9            A     To Gabriel Solache's room.

10           Q     Now, Gabriel Solache is that this

11     gentleman seated in the jury box?

12           A     Yes.

13           THE COURT:   Indicating for the record Gabriel

14     Solache.

15     BY MS. DANAHY:

16           Q     And you said you went to where he was, who

17     took you to where Gabriel Solache was?

18           A     The officer.

19           Q     Which officer?

20           A     Guevara.

21           Q     Where was Gabriel Solache?

22           A     In the room, a cell.

23           Q     And tell the Judge what happened when

24     Detective Guevara took you to where Gabriel Solache

                              849

1    was?

2         MS. LUQUE-ROSALES:  We'll object, this is not

3    relevant to Miss Danahy's motion.

4         MS. DANAHY:  Yes, it is.

5         THE COURT:  I'll let her testify as to what she

6    claims happened with Solache at that time.

7         A    When I went to Gabriel Solache's room the

8    officer took me by force.

9         THE COURT:  You men Guevara, is that who you

10   mean by the officer, Guevara?

11        A    Yes.

12   BY MS. DANAHY:

13        Q    When you say he took you by force, how did

14   he do that?

15        A    He pushed me.

16        Q    Did you go to where Gabriel Solache was?

17        A    Yes.

18        Q    And what did -- what happened or what did

19   you see when you got to where Gabriel Solache was?

20        A    They put me in front of him.

21        THE COURT:  When you say they, you mean

22   Guevara?

23        A    No, they put me in front of Gabriel

24   Solache.            850

-D-75

1    BY MS. DANAHY:

2        Q    Who is they?

3        A    The police officer.

4        Q    Was there somebody other than Detective

5    Guevara there?

6        A    After awhile another arrived.

7        Q    How many officers took you to where

8    Gabriel Solache was?

9        A    At first one took me there and then

10   another one arrived.

11       Q    Okay.  Did you see Gabriel Solache?

12       A    Yes.

13       Q    What did you see or hear?

14       A    I remember that the officer offended

15   Gabriel Solache.

16       THE COURT:  Wait a minute, please.

17                   You say the officer offended Gabriel

18   Solache?

19       A    Yes.

20   BY MS. DANAHY:

21       Q    Which officer do you mean by that?

22       A    Guevara.

23       THE COURT:  All right.

24   BY MS. DANAHY:

                        851

-D-76

1      Q    What do you mean by offend?

2      A    He asked if he knew what had happened

3 there and then the officer said that he was tired of

4 him and that's when he slapped him.

5      Q    Who slapped who?

6      A    Officer Guevara.

7      Q    Slapped who?

8      A    Gabriel Solache.

9      Q    That was in your presence?

10     A    Yes.

11     Q    After you saw this did you stay in the

12 room with Gabriel Solache or did you go somewhere

13 else?

14     A    They took me out of there.

15     Q    Where were you taken?

16     A    I was taken back to my cell.

17     Q    When you went back to the cell this time

18 did anyone come to see you?

19     A    Yes, another Detective.

20     Q    Was this Detective white?

21     A    Mexican, I do not know.

22     Q    Was that a man or a woman?

23     A    A man.

24     Q    Is that somebody who you have seen in this

852

-D-77

1    courtroom on any of the days we have been here?

2        A    Yes.

3        Q    Do you remember this person's name?

4        A    No, I don't remember.

5        Q    And what happened when this other

6    Detective came to your cell?

7        A    Took pictures of me once again.

8        Q    Did anything else happen while you were in

9    the cell this time?

10       A    He kept asking me a lot of questions, he

11   asked me to explain how it had happened.

12       Q    Was this person speaking to you in

13   Spanish?

14       A    Yes, he said that he spoke very little

15   English, I'm sorry, Spanish.

16       Q    Other than the pictures and the questions

17   did anything else happen at this time?

18       A    No, he said that he was going to come back

19   and try to get back as soon as they give him some

20   information about me, then he will get back to me.

21       Q    Did you go some place else from the cell

22   eventually?

23       A    Yes, Arturo Reyes' room.

24       Q    And after that did you go some place else?

-D-78

1    A    No.  To my cell.

2    Q    Did you stay in the room with Arturo Reyes

3    or did you go somewhere else?

4    A    I went to another place.

5    Q    Where did you go?

6    A    To a cell.

7    Q    This time when you were in the cell did

8    anyone come to see you?

9    A    Yes, police officers, a man and a woman.

10   Q    Do you know their names?

11   A    But, the woman has been here.

12   Q    Were they white, black or Hispanic?

13   A    The man is Hispanic and the woman is

14   white.

15   Q    When these two people came to see you what

16   did they say or do?

17   A    They came and told me that they came down

18   to help me and tried to explain what had happened,

19   but, I would not tell them anything.

20   Q    Were they speaking to you, at least one of

21   them speaking to you in Spanish?

22   A    Yes, one, the man.

23   Q    Did anything else happen while these two

24   officers were present?

854

-D-79

1    A    No, they were just looking at each other

2  and they would write down things.

3    Q    Okay, when was the next time you left the

4  cell?

5    A    When they took me to sign some papers.

6    Q    Who came to take you the next time?

7    A    Officer Guevara.

8    Q    And where did he take you?

9    A    Into his office.

10   Q    And what happened when you were in his

11 office?

12   A    He made me sign some papers.

13   Q    How did he make you sign some papers?

14   A    They told me -- he told me that I had to

15 sign them and he told me that was my arrest warrant.

16   Q    Did he do anything to you?

17   A    No, I asked him if he could read it in

18 Spanish to me and he said no.

19   Q    What happened next?

20   A    I asked him to allow me to make a phone

21 call to my family members and they would not do it.

22   Q    What else happened?

23   A    They took me back to my room and then I

24 asked them to allow me to go to the bathroom and it

855

-D-80

1    took them awhile.

2         Q    Who did you ask to allow you to go to the

3    bathroom?

4         A    Officer Guevara.

5         Q    You said it took awhile; do you recall how

6    long it took?

7         A    It took a long time.

8         Q    Was this the first time that you were

9    taken to the bathroom?

10        A    Yes.

11        THE COURT:  Up to this point how long had you

12   been in the police station according to you?

13        A    All afternoon until the next day.

14        THE COURT:  And you didn't go to the bathroom

15   at all during that entire time?

16        A    They would not allow me.

17   BY MS. DANAHY:

18        Q    Was there any bathroom in the room where

19   you were being held?

20        A    No.

21        Q    Had you asked to go to the bathroom prior

22   to this time you just told us about?

23        A    I had asked them.

24        Q    Who had you asked before?

                        856

1       A    Officer Guevara.

2       Q    And had he allowed you previously?

3       A    No, he told me that I had to wait a few

4   seconds, then he sent in another officer.

5       Q    Did you eventually go to the bathroom?

6       A    Yes.

7       Q    Okay, when was the next time you had any

8   contact with the police?

9       A    They were coming in often, very often and

10  then another officer came in.

11      Q    Who came in?

12      A    Another officer came in, I seen him, but,

13  I don't know who he is.

14      Q    Did this person say or do anything?

15      A    Yes, he asked me to explain what had

16  happened and how it happened because they were

17  tired.

18      Q    Was this person speaking to you in English

19  or in Spanish?

20      A    In Spanish.

21      Q    Did anything else happen when this person

22  came?

23      A    No, he told me that to wait a while

24  because an attorney was going to come in and he was

857

-D-82

1   going to help me with the statement.

2        Q    Did you speak to somebody who was an

3   Attorney?

4        A    According to them the attorney that they

5   got he was suppose to be helping me.

6        Q    The person that you -- did you talk to an

7   attorney who helped you?

8        A    Not at that moment.

9        Q    Did you talk to a State's Attorney?

10       A    No.

11       THE COURT:  You mean never?

12       A    After awhile.

13  BY MS. DANAHY:

14       Q    Who was the next person that you had

15  contact with?

16       A    State's Attorney that was taking my

17  statement.

18       Q    Is that a gentleman who's testified

19  previously in this case?

20       A    Yes.

21       THE COURT:  That State's Attorney spoke to you

22  in Spanish?

23       A    A little Spanish.

24       THE COURT:  Go on.

858

-D-83

1    BY MS. DANAHY:

2       Q    Did you -- tell us about your conversation

3    with this person?

4       A    He was asking me a lot of questions about

5    what he wanted to do and that he was writing down.

6       Q    And were there any other police officers

7    present?

8       A    Yes, the last one that came awhile ago.

9       Q    Detective -- the white officer, Detective

10    Halvorsen?

11       A    Yes.

12       Q    And what happened after you talked to the

13    State's Attorney?

14       A    They were asking me a lot of questions,

15    seeing if I was sick, if I drink alcohol, if I did

16    any drugs.

17       Q    What happened next?

18       A    The State's Attorney stayed there talking

19    to me and he kept saying that I had to explain how

20    it happened.

21       Q    What happened?  What happened next?

22       A    I stayed quiet because I was scared and I

23    could not tell them anything.

24       Q    What happened next?

859

-D-84

1     A    After that my head hurt and then my nose

2  started bleeding.

3     Q    What caused your nose to bleed?

4     A    I felt sick, I was tired.

5     Q    Was anything done for your nose bleeds?

6     A    Only-- the only thing I remember is that

7  they gave me a piece of paper.

8     Q    A Kleenex tissue?

9     A    It was tissue.

10     Q    What happened after that?

11     A    From there they took me to Saturday,

12  Sunday, Saturday to make my statement.

13     Q    Did you eventually sign the statement?

14     A    Yes, Officer Guevara kept telling me to

15  put my initials down on the piece of paper.

16     Q    Did he say or do anything else?

17     A    He told me that the statements that the

18  guys made would not match my statement.

19     Q    Did he say or do anything else?

20     A    He went out and then he came back with a

21  folder, with a bunch of papers.

22     Q    What happened next?

23     A    And he showed me the photos of the dead

24  people.           860

```
1        Q     What else happened?

2        A     Then they came with the people from the

3   deceased people and they showed it to me and they --

4        Q     You started to say some other people were

5   brought, who were those people?

6        A     According to the Detective he said that

7   they were the family from the deceased.

8        Q     And did you see these people?

9        A     Yes, because they offended me.

10       Q     Tell the Judge what you mean by that?

11       A     They said bad words to me and they called

12  me a murderer.

13       Q     You actually saw these relatives of the

14  dead people?

15       A     Yes, because he put them in front of me.

16       Q     Detective Guevara?

17       A     Yes.

18       Q     What happened after that?

19       A     After that they were taking the statement

20  out of me and I kept telling them that I didn't want

21  to talk to them and then I told them if I could make

22  a phone call.

23       Q     Were you allowed to make a phone call?

24       A     No.
```

861

-D-86

1     Q   By the way, was your husband present in

2  the police station?

3     A   Yes, but, they would not allow him to talk

4  to me.

5     Q   Did you ever ask to speak to your husband?

6     A   I asked them, I told them if I was allowed

7  to speak to him so he could help me, they said I was

8  not allowed to talk to him.

9     Q   Who said this?

10     A   Detective Guevara.

11     Q   You said that at the point that you asked

12  -- I'm sorry, you said you asked for a phone call,

13  they wouldn't let you have one, what happened after

14  that?

15     A   He denied it.

16     Q   What happened next?

17     A   Once again they locked me up and they said

18  they were going to do some paper work and then they

19  would come back.

20     Q   What happened next?

21     A   I asked them to allow me to go to the

22  bathroom, he told me to wait five minutes.

23     Q   What happened next?

24     A   He took me to the bathroom.

862

-D-87

1    Q    What happened after that?

2    A    It was late and once again he threw a

3  sandwich from underneath the door.

4    Q    When you say he, do you mean Detective

5  Guevara?

6    A    Yes.

7    Q    Did you eat the sandwich?

8    A    No.

9    Q    What happened after that?

10    A    After that I did not see him, I saw

11  another Detective that spoke Spanish, a short guy.

12    Q    And did he say or do anything to you.

13    A    He took a questionnaire.

14    THE COURT: He did what?

15    A    He took a questionnaire, he asked some

16  questions.

17  BY MS. DANAHY:

18    Q    What happened next?

19    A    He was talking to me.

20    Q    What happened after that?

21    A    He said that it was for my own good to

22  sign these papers, I told him that I wasn't going to

23  sign because I did not know what it was.

24    Q    Eventually did you end up signing the

863

-D-88

1    papers?

2         A    Yes.

3         Q    And how was it that you came to sign the

4    papers?

5         A    Because he kept saying-- he kept telling

6    me I was a stupid Mexican.

7         Q    Who was this?

8         A    The other officer, the short one.

9         Q    Is this person someone that you've seen in

10   Court?

11        A    Yes, he has been here.

12        Q    Did anything else happen that caused you

13   to sign the statement?

14        A    Because I took my fingerprints from my

15   hands.

16        THE COURT:  Did anything else happen that

17   caused you to sign the statement, and your answer

18   is because I took my fingerprints from my hands?

19        A    Yes.

20   BY MS. DANAHY:

21        Q    Did anything happen to before you signed

22   the statement?

23        A    No.

24        Q    Who was present when you signed the

864

-D-89

1    statement?

2        A    Officer Guevara.

3        Q    At the time that you signed the statement

4    had you had anything to eat?

5        A    Could you repeat that?

6        Q    At the time that you signed the statement

7    had you had anything to eat?

8        A    No.

9        Q    At the time that you signed the statement

10   had you slept at all during the time you were at the

11   station?

12       A    No, I had not slept, and I was nervous.

13       THE COURT:  So, the time you gave the statement

14   you were up two or three days?

15       A    Yes.

16       THE COURT:  You had no food in two or three

17   days?

18       A    I did not eat anything.

19   BY MS. DANAHY:

20       Q    You said that you were nervous?

21       A    Very nervous.

22       Q    When you were left alone in a room were

23   you able to lie down?  Was there any way that you

24   could have?  How would you have slept?

                    905

-D-90

1      A     There was just a little small bench.

2      Q     How were you kept on that bench in

3    relation to that bench?

4      A     I was sitting down and I was handcuffed on

5    one hand.

6      Q     Okay, where were you handcuffed?

7      A     My right hand.

8      Q     What were you handcuffed to?

9      A     I had my hands towards the wall.

10     Q     At the time that you signed the statement

11   had you been allowed any phone calls?

12     A     No, I was not allowed.

13     THE COURT:  Who were you planning to call?

14     A     My brother.

15   BY MS. DANAHY:

16     Q     At the time that you signed the statement

17   had you been allowed to speak to your husband?

18     A     No.

19     Q     At any time while you were at the police

20   station did the police ever tell you that you had a

21   right to talk to the Mexican Consul?

22     A     No, and I did not know that the counsel

23   existed.

24     Q     And you heard the gentleman from the

866

-D-91

1   Mexican Consul testify in Court at one -- on a

2   previous date?

3       A    Yes.

4       Q    And you heard that he would have helped

5   you get a lawyer and a translator and contacted your

6   family and done various things for you?

7       A    Yes.

8       Q    Now, knowing that you -- had you known

9   that the Mexican Consul would have been available to

10  you would you have wanted to speak to him?

11      MS. LUQUE-ROSALES:  Objection.

12      THE COURT:  Overruled.

13      A    Yes, but, I did not know, they did not

14  tell me.

15      MS. DANAHY:  Nothing else at this time.

16      THE COURT:  Let Miss Rouse go first regarding

17  her questioning of Solache.

18                  CROSS EXAMINATION

19                       BY

20               MS. ARMIGO ROUSE:

21      Q    Mrs. Mejia, you told us that while you

22  were at the police station you were taken into the

23  same room where Gabriel Solache was?

24      A    Yes.

                     867

1      Q      And who took you into the room where

2   Gabriel Solache was?

3      A      The Detective, Guevara.

4      Q      Did you ask to see Gabriel Solache?

5      A      No.

6      Q      Detective Guevara just took you in?

7      A      He just took me.

8      Q      When they took you to the room where

9   Gabriel was, what was Gabriel doing when you saw

10  him?

11     A      He was-- Gabriel was sitting down,

12  handcuffed.

13     Q      Was he handcuffed to the wall?

14     A      Yes.

15     Q      And what did Detective Guevara do to

16  Gabriel Solache while you were in the room with

17  them?

18     A      He brought us in front of each other.

19     Q      And then what happened?

20     A      He started to insult Gabriel right there

21  and he asked me if Gabriel was the one that had

22  caused the murder.

23     Q      And it was Detective Guevara who had made

24  those comments about whether Gabriel had done the

                        868

-D-93

1   murder?

2        A    Yes.

3        Q    And after did Gabriel say anything when

4   Detective Guevara made those statements?

5        A    No, because he was tired and he did not

6   answer anything.

7        MS. LUQUE-ROSALES:   We'll object to that

8   conclusion.

9        THE COURT:   Overruled.

10  BY MS. ARMIGO ROUSE:

11       Q    What did you say if anything?

12       A    No, because the officer just stood between

13  us and he asked if he was the person that caused the

14  murder.

15       THE COURT:   And what did you say?

16       MS. DANAHY:   I'm objection to the Court's

17  question, you're going into a conversation about

18  what Solache supposedly said in response to what she

19  supposedly said and supposedly Guevara hit the man

20  afterwards.

21       THE COURT:   Overruled.

22       A    They asked me if I knew him and I told

23  them yes.

24       THE COURT:   Go on.

869

-D-94

1    MS. ARMIGO ROUSE:

2        Q    Did they -- he didn't -- did he ask you

3    any other questions after he asked you if you knew

4    Gabriel?

5        A    Yes, he asked me if he was the person that

6    killed that person.

7        Q    Did you answer that question?

8        A    Yes.

9        Q    What did you say?

10       A    Yes.

11       Q    And after you said that what if anything

12   did Detective Guevara do?

13       A    He kept offending him and he asked him if

14   he knew the problem he was in.

15       Q    When you say he kept offending him, what

16   do you mean by that?

17       A    He hit him in the face.

18       Q    And how many times did he hit him in the

19   face?

20       A    Once.

21       Q    After he hit him in the face what did you

22   do?

23       A    Nothing.  They took me out and they stayed

24   in that room.

870

-D-95

1      Q    Who took you out?

2      A    Officer Guevara.

3    MS. ROUSE:  I have nothing further.

4    THE COURT:  All right.

5          Who is going to be questioning Miss

6 Mejia for the State?

7    MS. LUQUE-ROSALES: Judge, I will.

8    THE COURT:  How long do you think you're going

9 to be?

10    MS. LUQUE-ROSALES:  At least thirty minutes,

11 Judge, if not longer.

12    THE COURT:  You will have to come back tomorrow

13 just to finish up the cross examination of this

14 witness.  Miss Danahy, can you come back sometime

15 tomorrow?

16    MS. DANAHY:  I have a teaching commitment

17 tomorrow.  It would have to be really early because

18 I need to be back downtown. Can we perhaps finish

19 this a day next week?

20    THE COURT:  We're not going to continue this to

21 next week, these motions are lasting far too long.

22 One witness every other month.  9:00 o'clock

23 tomorrow, we'll see you then.

24    MS. ROUSE:  I'm doing a trial in Judge

871

1          ADRIANA MEJIA,

2     called as a witness on behalf of the Defense, being

3     first duly sworn, was examined and testified as

4     follows:

5               DIRECT EXAMINATION

6             BY MS. LUQUE-ROSALES:

7          THE COURT:  Will it be you, Miss Luque-Rosales?

8          MS. LUQUE-ROSALES:  Yes, sir.

9          THE COURT:   Go ahead.

10         MS. LUQUE-ROSALES:  Thank you.

11         Q.    Miss Mejia, you told us yesterday that

12     you did not speak any English at all, is that correct?

13         A.    Yes.

14         Q.    Not one word?

15         A.    No.

16         Q.    When did you arrive in Chicago?

17         A.    In 94.

18         Q.    So, you had been here approximately four

19     years before you were arrested?

20         A.    Yes.

21         Q.    Isn't it true, Miss Mejia, that you told

22     the state's attorney that you spoke a little English?

23         A.    I understood very little, almost nothing.

24         Q.    So, you understood some English, is that

                        878

E-4

1   correct?

2         A.   Very little.

3         Q.   And you could speak some words, is that

4   correct?

5         A.   Very little.

6         Q.   What kind of words in English did you

7   know back then?

8         MS. DANAHY:  I'm going to object because we've

9   not alleged the translation, so I question the

10   relevance of this line of questioning.

11         THE COURT:  I'll let her answer.  One of the

12   things is whether or not she understood what was

13   happening when she was questioned by the police in

14   April of 98.  Overruled.

15         THE SHERIFF:  Judge, there is a juror.

16         THE COURT:  Step in, sir.  Look at that man

17   jog.  All right.

18                 Why don't you start the question

19   again.  Ask the question again, Miss Luque-Rosales.

20         MS. LUQUE-ROSALES:

21         Q.   Tell us the words that you knew back

22   then.

23         A.   Refreshment, mother, father.

24         Q.   Did you know the words yes and no?

E-5

1     A.    No.

2     Q.    You did not know the word yes in English?

3     A.    Not yet.

4     Q.    Did you know the word no in English?

5     A.    Yes.

6     Q.    It's the same as in Spanish, is that

7  correct?

8     A.    Yes.

9     Q.    Now, when you came to this country, did

10  you ever have any jobs here?

11     A.    No.

12     Q.    In fact, to support yourself you made

13  tortillas and sold them to the neighborhood, isn't that

14  correct?

15     A.    Yes.

16     Q.    You sold them to your neighbors on 62nd

17  and Mozart, isn't that correct?

18     A.    Yes.

19     Q.    And that's where you lived with your

20  husband back then, correct?

21     A.    Yes.

22     Q.    Now, on April the 3rd, 1998, at about

23  10:30, 11:00 in the morning, two American detectives

24  and a Hispanic female police officer came to your

880

E-6

1    house, isn't that correct?

2          A.    No -- yes, but only the two male officers

3    came to my door.  The lady officer came afterwards.

4          Q.    Okay.

5                      And the two male officers, they did

6    not speak Spanish, is that correct?

7          A.    No, not at that moment.

8          Q.    Now, when the female officer came,

9    Officer Flores, you spoke to her in Spanish, is that

10   correct?

11         A.    Yes, later.

12         Q.    And you didn't have any problem

13   understanding her, isn't that correct?

14         A.    No.

15         Q.    And they were asking you about an

16   individual by the name of Norma Salazar, is that

17   correct?

18         A.    Yes.

19         Q.    And they asked to come into your home, is

20   that correct, to speak to you?

21         A.    Yes.

22         Q.    And you allowed them in?

23         A.    Yes.

24         Q.    And you were cooperating with the police

E-7

1    officers at that time regarding Norma Salazar, is that

2    correct?

3              A.    Yes.

4              Q.    In fact, you took them to see the baby

5    that was at your house, correct?

6              A.    Yes.

7              Q.    That was not your baby, correct?

8              A.    Yes.

9              Q.    It was your baby?

10             A.    No.

11             Q.    And you again were telling the police

12   officers about Norma Salazar, correct?

13             A.    Yes.

14             Q.    And you went to the police station to

15   speak to other detectives about Norma Salazar, correct?

16             MS. DANAHY:  Judge, I'm going to object to the

17   content of the statements.

18             THE COURT:   I agree at this point.  Sustained.

19   The issue is the motion to suppress statements, not the

20   guilt or innocence of Adriana Mejia at this point.

21   Sustained.  Let's move on, please.

22             MS. LUQUE-ROSALES:

23             Q.    When you were taken to the police

24   station, it was the two American detectives and the

                          882

1    female Hispanic police officer, correct?

2         A.    Yes.

3         Q.    Was Guadalupe Mejia with you at that

4    time?

5         A.    Yes.

6         THE COURT:    Just a moment.    Who is Guadalupe

7    Mejia?

8         A.    She is the wife of my husband.

9         THE COURT:    Okay.

10        MS. DANAHY:   No.

11        MS. LUQUE-ROSALES:

12        Q.    You mean the wife of your husband --

13        THE COURT:    Please don't all talk at the same

14   time.   She's your husband's sister-in-law?

15        A.    Yes.

16        THE COURT:    All right.

17        MS. LUQUE-ROSALES:

18        Q.    When you and Guadalupe Mejia arrived at

19   Area 5 police station, you were taken to a general

20   waiting room, is that correct?

21        A.    Yes.

22        Q.    You were not handcuffed at that time?

23        A.    No.

24        Q.    Guadalupe was not handcuffed?

883

E-9

1        A.    No.

2        Q.    And then at Area 5, that's when you first

3  met Detective Guevara, is that correct?

4        A.    Yes.

5        Q.    And he spoke to you in Spanish, is that

6  correct?

7        A.    Yes.

8        Q.    You had no problem understanding him in

9  Spanish, correct?

10       A.    No.

11       Q.    Now, at some point while you were at the

12  police station after being there about three or four

13  hours, they took you to a lie detector test, is that

14  correct?

15       A.    Yes.

16       Q.    Detective Guevara took you, is that

17  correct?

18       A.    Yes.

19       Q.    And again at this point you're still

20  cooperating with the police, is that correct?

21       A.    Yes.

22       Q.    You go to the lie detector test, and that

23  takes about three or four hours, is that correct?

24       A.    Yes.

884

1    Q.    No one has hit you at this point, is that

2    correct?

3    A.    No.

4    Q.    No one has pulled your hair?

5    A.    No.

6    Q.    No one has yelled at you?

7    A.    No.

8    Q.    And you get back to the police station,

9    and then they show you your shoes at that time, is that

10   correct?

11   A.    Yes.

12   Q.    They tell you that there's blood on your

13   shoes, is that correct?

14   A.    Yes.

15   Q.    And it's at that time that they take you

16   to an interview room, is that correct?

17   A.    Yes.

18   Q.    Tell us what that interview room looks

19   like.

20   A.    It's a small room where there's a desk.

21   It has some books on it, and there's a computer in

22   there.

23   Q.    And that's the room that you were left in

24   alone, is that correct?

885

E-11

1          A.    Yes.

2          Q.    And then Detective Guevara came in and

3     spoke to you, is that correct?

4          A.    Yes.

5          Q.    You spoke to him for about 20 or 30

6     minutes, correct?

7          A.    Yes, about 30 minutes.

8          THE COURT:    In Spanish?

9          A.    Yes.

10         MS. LUQUE-ROSALES:

11         Q.    And --

12         THE COURT:    Just -- please.

13         MS. LUQUE-ROSALES:  I'm sorry.

14         THE COURT:    You understood what he said to you

15    in Spanish?

16         A.    Yes.

17         THE COURT:    All right.

18         MS. LUQUE-ROSALES:

19         Q.    And then he left for a couple of hours

20    and left you in the room, correct?

21         A.    Yes.

22         Q.    While you're in that room, did you knock

23    on the door and ask to go to the bathroom?

24         A.    Yes.

886

E-12

1    Q. And they took you to the bathroom,

2 correct?

3    A. No, it took them awhile.

4    Q. Now, you say it took them awhile.

5      How long did it take them before

6 they took you to the bathroom?

7    A. About an hour.

8    Q. And they took you to the bathroom,

9 correct?

10    A. Yes, afterwards.

11    Q. And you were allowed to use the water

12 fountains to drink water, correct?

13    A. Yes, but I didn't drink any.

14    Q. Up until this point, no one has hit you?

15    A. No.

16    Q. No one has pulled your hair?

17    A. No.

18    Q. No one has touched you?

19    A. No.

20    Q. Now, at this time, had you asked to speak

21 to your husband?

22    A. Yes.

23    Q. As you were walking through the police

24 station, you saw your husband there, correct?

887

E-13

1        A.    Yes.

2        Q.    Who did you ask to speak to your husband?

3        A.    To Detective Guevara.

4        Q.    Did you ask any other police officer to

5    speak to your husband?

6        A.    Yes, another officer that spoke Spanish.

7        Q.    Was that Officer Trevino?

8        A.    Yes.

9        Q.    Now, Officer Trevino spoke to you later

10   on that same day, is that correct?

11       A.    Yes, afterwards.

12       Q.    He spoke to you in Spanish, correct?

13       A.    Yes.

14       Q.    And did you have any problems

15   understanding his Spanish?

16       A.    No.

17       Q.    Now, you said at sometime you were given

18   food, is that correct?

19       A.    Yes.

20       Q.    What room were you in when you received

21   the food?

22       A.    In a cell.  Later, they had me in a cell.

23       Q.    When you say a cell, can you describe

24   that for us?

                        888

1          A.    It's a little room that has a little

2    bench and one side of it has so that they can handcuff

3    people.

4          Q.    Is there a chair in the room?

5          A.    Yes, one.

6          Q.    And is there any bars on any windows or

7    bars on any doors?

8          A.    It was a window and then in the middle it

9    had another window, but it was covered.

10         Q.    There are no bars on the window, correct?

11         A.    No.

12         Q.    Describe the door where this window was

13   at, what it looked like.

14         A.    It was half of the window, and it was a

15   long window along the door.

16         Q.    Was the door a wooden door like the one

17   behind you?

18         A.    Yes.

19         Q.    In fact, was it about that same size?

20         A.    Yes.

21         MS. LUQUE-ROSALES:  Judge, let the record

22   reflect it's the door heading to the jury room.  It's

23   about three feet wide and --

24         THE COURT:  Eight feet high.

                          889

E-15

1          MS. LUQUE-ROSALES:  Eight feet.

2          THE COURT:  Okay.  Normal standard door, say

3    three by eight approximately.  Okay.

4          MS. LUQUE-ROSALES:

5          Q.    Now, you said at some point while you

6    were in this interview room, Detective Guevara came in

7    and he pulled your hair?

8          A.    Yes.

9          Q.    How long had you been at the police

10   station before this happened?

11         A.    Like after they took the lie test, about

12   three hours.

13         Q.    Okay.

14               And Detective Guevara in fact only

15   spoke to you one more time after the lie detector test,

16   correct?

17         A.    Yes.

18         Q.    And approximately how long did he talk to

19   you during that interview?

20         A.    About ten minutes.

21         Q.    Okay.

22         THE COURT:  Just a moment.

23               Is this the one time he talked to

24   you after the polygraph examination?

                                    890

E-16

1           A.    Yes.

2           THE COURT:    Just a moment.  You know the

3    routine, right, sir?

4           A JUROR:  Yes, sir.

5           THE COURT:    All right.  All right.  Go ahead,

6    please.

7           MS. LUQUE-ROSALES:    The door's still open.

8           THE COURT:    Okay.

9           MS. LUQUE-ROSALES:

10          Q.    Now, you say that it was in these ten

11   minutes that he pulled your hair and he hit you?

12          A.    Yes, because he wanted me to tell him

13   everything now.

14          Q.    He wanted you to tell him the truth?

15          A.    Yes.

16          Q.    In fact, he had been asking you to tell

17   him the truth, is that correct?

18          A.    Yes.

19          Q.    Now, when he pulls your hair, does he go

20   behind you to pull your hair?

21          A.    No, he was in front of me.

22          Q.    Approximately how long was your hair at

23   the time that this occurred?

24          A.    Like around here.

                        891

1          THE COURT:   Indicating to your neck?

2          A.   No, shorter.

3          MS. LUQUE-ROSALES:

4          Q.   About your ear?

5          A.   Yes.

6          Q.   Where was Detective Guevara when he pulls

7 your hair?

8          A.   In front of me.

9          Q.   Is he standing or sitting?

10         A.   We were both sitting.

11         Q.   Where were you sitting?

12         A.   In a chair.

13         Q.   And where was Detective Guevara sitting?

14         A.   He was in front of his desk sitting.

15         Q.   So, you are now in a room where there's a

16 desk, is that correct?

17         A.   Yes.

18         Q.   So, Detective Guevara is sitting at a

19 desk, and you're sitting across from him?

20         A.   Yes.

21         Q.   Tell us how he pulled your hair.

22         A.   On the side.

23         Q.   Did he stand up?

24         A.   No.

892

E-18

1      Q.    He just reached across the desk and

2   pulled your hair?

3      A.    Yes.

4      Q.    How hard?

5      A.    To the point where he made me bend my

6   head over.

7      Q.    Did it hurt?

8      A.    Yes.

9      Q.    Now, in this room, is this -- this is

10  like an office, correct?

11     A.    Yes.

12     Q.    Was the door opened or closed?

13     A.    Open.

14     Q.    At the time that Detective Guevara pulled

15  your hair, how many times did he pull your hair?

16     A.    Three times.

17     Q.    Did he pull three times in a row?

18     A.    Yes, in a row.

19     Q.    When he pulled your hair three times in a

20  row, did you yell out?

21     A.    No.

22     Q.    Did you say anything?

23     A.    No.

24     Q.    Did you cry?

893

1        A.   No, I just got a headache.

2        Q.   Okay.

3               You got a headache from the hair

4 pull?

5        A.   Yes.

6        Q.   Did you -- but you didn't cry or

7 anything, correct?

8        A.   No.

9        Q.   Now, you said at one point Detective

10 Guevara hit you.  Was that during this same interview?

11       A.   Yes.

12       Q.   And it was in this same office?

13       A.   Yes, in the same office.

14       Q.   And are you still both sitting in the

15 same places that you were, you across the desk from

16 him?

17       A.   No, no.  He put me in a different chair

18 because the chair was moving so he put me in a

19 different place in front.

20       Q.   Where were you sitting this time?

21       A.   He was already sitting in a chair in

22 front of me.

23       Q.   And when he was sitting in the chair in

24 front of you, how far are you away from him?

894

E-20

1    A.    Very close.

2    Q.    Could you show us something in the

3    courtroom?

4    A.    From like here to here, very close.

5    THE COURT:    Indicating about two feet, maybe

6    less.

7    MS. LUQUE-ROSALES:

8    Q.    When Detective Guevara and you are

9    sitting this way, how does he hit you?

10    A.    With his hand on my back.

11    Q.    Was he still sitting in the chair?

12    A.    Yes.

13    Q.    And with which hand did he hit you?

14    A.    With his right hand.

15    Q.    So, show us with your hand how Detective

16    Guevara hit you.

17    A.    Like this, but very hard.

18    Q.    So, he reached --

19    THE COURT:    Indicate what she meant by like

20    this, please.  Show me again, Miss Mejia, what you say

21    happened.

22    A.    He hit me very hard like on this part

23    here.

24    MS. LUQUE-ROSALES:  Indicating he reached over

895

E-21

1    her shoulder, over the top and hit her.

2         THE COURT:  Miss Mejia, --

3         MS. DANAHY:  Judge, I'm not sure that's what

4    she's indicating.

5         THE COURT:  I'll try and clear it up.  Miss

6    Mejia, according to you, Guevara was sitting in a chair

7    in front of you?

8         A.   Yes.

9         THE COURT:  You're sitting in a chair facing

10    him?

11         A.   Yes.

12         THE COURT:  You're about a foot-and-a-half or

13    two feet apart from each other?

14         A.   Yes.

15         THE COURT:  He reached across over your

16    shoulder and hit you in the back?  Is that what you're

17    saying?

18         A.   Yes, because he was sitting in front of

19    me and his right hand was here, and that's when he hit

20    me.

21         THE COURT:  All right.

22              So, he reached across over your

23    shoulder?

24         A.   Yes.

896

1    THE COURT:   And hit you in what part of your

2    body according to you?

3         A.    In this right here.

4         THE COURT:   Indicating your left shoulder

5    area.

6         A.    Yes.

7         THE COURT:   Did he stand up to do that or just

8    stay seated?

9         A.    Sitting.  He just stretched out his arm.

10        THE COURT:   All right.  Go ahead.

11        MS. LUQUE-ROSALES:

12        Q.    And he hit you on the back, correct?

13        A.    Yes.

14        Q.    He didn't hit you anywhere else on your

15    body, correct?

16        A.    No.

17        Q.    And this was during that ten minute

18    interview, is that correct?

19        A.    Yes.

20        Q.    You never spoke to Detective Guevara at

21    all that day after this interview, correct?  No.

22        A.    No.

23        THE COURT:   Wait, please.

24                  When you ask her a question, is

897

E-23

1    that correct, and she says no, I'm not sure what that

2    means.

3                          Did you ever speak to Guevara after

4    that ten minute interview?

5            A.   No.

6            THE COURT:   Okay.

7            MS. LUQUE-ROSALES:   Okay.

8            Q.   Now, the next day, you spoke with other

9    police detectives, correct?

10           A.   Yes.

11           Q.   And that was two American detectives with

12   Officer Trevino as interpreter, correct?

13           A.   Yes.

14           Q.   Now, the night before, you had slept in

15   the interview room, is that correct?

16           A.   No, I didn't sleep.

17           Q.   You didn't sleep at all?

18           A.   No.

19           Q.   Do you remember sitting in the chair and

20   putting your feet up on the bench and sleeping in the

21   chair?

22           A.   No, because they had moved me to the

23   cell.  I couldn't sleep.

24           Q.   Now, when you say the cell, this is the

                                898

1    room with the small bench, the one chair and the wooden

2    door, correct?

3          A.   Yes.

4          Q.   And you did not at any point sit in the

5    chair and sleep in the chair?

6          A.   I was sitting, but my hand had been

7    handcuffed.

8          Q.   And while you're sitting in the chair and

9    your hand is handcuffed, you fell asleep?

10         A.   No, I didn't sleep.

11         Q.   Not at all?

12         A.   Not at all.

13    THE COURT:  Just so I'm clear, after Guevara

14    left, when was the next time in terms of hours,

15    minutes, or whatever that you spoke to any police

16    officers again?

17         A.   They were coming in and out.  They left

18    me alone for about an hour and afterwards they kept on

19    coming in and out.

20         THE COURT:  All right.  Go on.

21         MS. LUQUE-ROSALES:

22         Q.   When you say they kept coming in and out,

23    this was not Detective Guevara.  These were other

24    detectives, correct?

```
1            A.    No, it was a white officer and Officer
2    Trevino.
3            Q.    Okay.
4                  And is this when you were telling
5    us yesterday that they were taking pictures of you?
6            A.    Yes.
7            Q.    You were not interviewed regarding the
8    homicides or the kidnappings in this case during that
9    time, correct?
10           A.    No.
11           Q.    In fact --
12           THE COURT:   Please.  When you ask her a
13   question and then at the end of the question you say,
14   correct --
15           MS. LUQUE-ROSALES:  Okay.
16           THE COURT:    -- and then she says no, I'm not
17   sure if she means no, that's not correct, or she's
18   acknowledging what you are saying is correct.
19           MS. LUQUE-ROSALES:  I am sorry, Judge.  I can
20   clear that up.
21           Q.    The rest of that evening when the
22   American officer and Trevino came into the room to take
23   pictures of you, did anyone ask you any questions about
24   the double homicide/double kidnapping of the Soto
```

900

E-26

```
1    family?

2            A.    Yes, the officer that was here yesterday

3    that was talking yesterday, he would come in with the

4    other officer that spoke Spanish, and then he would ask

5    me to tell them about what had happened.

6            Q.    The American officer yesterday,

7    Halvorsen?

8            A.    Yes.

9            Q.    And which --

10   THE COURT:    Just a minute.

11           Do you say he spoke to you, the

12   white officer, Halvorsen?

13           A.    Yes.  On Saturday afternoon, he spoke

14   with me a little bit, he and the other officer that

15   spoke Spanish.

16   THE COURT:    Did Halvorsen speak to you in

17   English or in Spanish?

18           A.    In English.

19   MS. LUQUE-ROSALES:

20           Q.    Did you understand some of his words?

21           A.    No.

22           Q.    Now, when Halvorsen spoke to you, is this

23   the next day?  You said it was Saturday?

24           A.    Yes.
```

901

E-27

1    Q.    So, this is the next day, correct?

2    A.    Yes.

3    Q.    That first day you were at the police

4    station after the ten-minute interview where Guevara

5    pulled your hair, did anyone else talk to you that day

6    about the double homicide and the double kidnapping?

7    A.    Yes, and the officer -- a tall one and

8    the officer that -- that sounds -- that looks Mexican,

9    I think that Trevino one.

10   Q.    That was the next morning, correct?

11   A.    Yes.

12   Q.    Now, that interview took place in a big

13   conference room, is that correct?

14   A.    Yes.

15   Q.    There was a blackboard in that room?

16   A.    No.

17   Q.    How long did they talk to you for?

18   A.    They took a long time because they were

19   coming in and out.  They were taking care of paperwork.

20   They were coming in and out.

21   Q.    When they were doing their paperwork,

22   they were not talking to you, correct?

23   A.    No.

24   Q.    Now, you said that --

902

E-28

1          THE COURT:   You did it again.  You just did it

2     again.

3                    When they were doing the paperwork

4     they were not talking to you, correct?  Answer:  No.

5          MS. LUQUE-ROSALES:

6          Q.   When --

7          THE COURT:   Does that mean she is agreeing

8     with you or disagreeing with you?

9          MS. LUQUE-ROSALES:  I understand.

10         Q.   When they were speaking to you during

11    that interview -- strike that.

12                   When they were doing the paperwork,

13    they were not talking to you, correct?  I am sorry,

14    Judge.  They were not speaking to you?

15         A.   No, just among themselves.

16         Q.   Okay.

17                   Now, you told us that none of the

18    police officers told you that you could reach out to

19    your consulate, is that correct?

20         A.   No.

21         Q.   Now, you knew -- you knew what a

22    consulate was, correct?

23         A.   No.

24         Q.   You had been in Chicago for four years,

903

E-29

1  and you did not know that there was a Mexican Consulate

2  here?

3          A.    No, I didn't know.

4          Q.    In November of 1998, you were told you

5  had the right to reach out to your consulate, is that

6  correct?

7          A.    Yes.

8          Q.    That happened here in this courtroom,

9  correct?

10         A.    Yes.

11         Q.    My partner did it, is that correct, this

12  man right here?

13         A.    Yes.

14         Q.    In front of Judge Sacks?

15         A.    Yes.

16         Q.    Did you ever reach out to your consulate

17  then?

18         MS. DANAHY:  Objection.  At that point, she was

19  represented by me.

20         THE COURT:   She can ask the question.  I guess

21  some of the issue is what the consulate would have done

22  for her, if anything, so overruled.

23         MS. DANAHY:  We're talking about six months

24  after she's been arrested, Judge.

904

E-30

1          THE COURT:   I understand that.  Overruled.  Go

2    ahead, please.

3          MS. LUQUE-ROSALES:

4          Q.    Did you ever reach out to your consulate

5    then?

6          A.    No.

7          Q.    Have you ever reached out to your

8    consulate?

9          A.    No.

10         Q.    Have you ever spoken to anybody from the

11   consulate's office?

12         A.    Some people went and left me a

13   questionnaire.

14         Q.    And when was that?

15         A.    After the -- the man had came over,

16   like -- like in December.  Then they went back and they

17   took me a questionnaire.

18         Q.    Was that December of 1998?

19         A.    Yes.

20         Q.    And you have had no contact with the

21   consulate nor reached out to them since that incident?

22         MS. DANAHY:  Judge, I'm going to object, after

23   April of 98 I have  -- since then, I have been doing

24   all of her talking for her.

905

E-31

```
1            THE COURT:   I understand that, but you are
2    suggesting the consulate could have done something
3    before that they have all of these different services.
4            MS. DANAHY:  Prior to her arrest.
5            THE COURT:   And she said she never reached out
6    to them since December of 99, 98, or whatever it was.
7    Overruled.
8            A.    No.
9            MS. LUQUE-ROSALES:
10           Q.    No, you've never met with them or called
11   out to them since that December 98 questionnaire,
12   correct?
13           A.    No.
14           Q.    Now, you said while you were at the
15   police station, Detective Guevara took you to see
16   Gabriel Solache.  Do you remember that?
17           A.    Yes.
18           Q.    Which room were you in when Detective
19   Guevara took you to see Gabriel Solache?
20           A.    In his office, the detective's office.
21           Q.    And at the time that he asked you to go
22   to Solache's -- to where Solache was, you were sitting
23   in a chair?
24           A.    Yes.
```

1      Q.    He told you to stand up and come with

2 him -- stand up and come with him?

3      A.    Yes, to accompany him.

4      Q.    You and Detective Guevara walked to where

5 Gabriel Solache was?

6      A.    Yes.

7      Q.    Was Detective Guevara in front of you,

8 behind you, to your right, or to your left?

9      A.    On my left because he was holding me by

10 my arm.

11      Q.    He had his hand on some part of your arm?

12      A.    Yes, on my arm.

13      MS. LUQUE-ROSALES:  May the record reflect

14 she's indicating her left elbow?

15      THE COURT:   Very well.

16      MS. LUQUE-ROSALES:

17      Q.    He had you by the left elbow, correct?

18      A.    Yes.

19      Q.    And where did he take you?

20      A.    To the room where Gabriel Solache was.

21      Q.    Tell us what this room looked like.

22      A.    It was like the one that I had been in,

23 but it had a long bench and he was also sitting.

24      Q.    Where was he sitting?

907

1          A.    On a bench.

2          Q.    When you say he, do you mean Gabriel

3  Solache?

4          A.    Yes.

5          Q.    And were you handcuffed at that time?

6          A.    No, not at that moment.

7          Q.    Was Mr. Solache handcuffed at that time?

8          A.    Yes.

9          Q.    Was there a chair in the room?

10        A.    Yes.

11        Q.    And when you came into the room, where

12  did you sit?

13        A.    They sat me in a chair.

14        Q.    How far away from Gabriel Solache were

15  you at the time?

16        A.    They sat me in front of him.

17        Q.    Approximately how far?

18        A.    Very close.  Like from here to this desk.

19        MS. LUQUE-ROSALES:  Judge, a foot and a half?

20        THE COURT:  A foot and a half, two feet

21  approximately.

22        MS. LUQUE-ROSALES:

23        Q.    Tell us what happened then.

24        A.    And right there they asked me if -- if it

1    was the person that had committed the death.

2          Q.    Who asked you if this was the person that

3    had committed the deaths?

4          A.    Detective Guevara.

5          Q.    And when Detective Guevara asked you

6    this, what did you say?

7          A.    I told him yes.

8          Q.    Yes, that Gabriel Solache was the one who

9    had done the murders?

10         A.    Yes.

11         Q.    What happened then?

12         A.    That's when Gabriel Solache said -- just

13   didn't say anything, and that's when Detective Guevara

14   hit him because he said he was tired already.

15         Q.    Now, at the time when you tell Detective

16   Guevara that Gabriel Solache is the one that did the

17   murders where is he?  Is he standing, sitting, or where

18   is he?

19         A.    He was on the side of both of us.

20         Q.    To your left or to your right?

21         A.    The right.

22         Q.    So, that would be to Gabriel Solache's

23   left because he is facing you?

24         A.    Yes.

909

E-35

1         Q.    And you said Detective Guevara was

2  standing up?

3         A.    Yes.

4         Q.    Tell us what happened how Detective

5  Guevara hit Gabriel Solache.

6         A.    Because Detective Guevara was -- was

7  asking me if I knew him, if he was the one that had

8  committed the death, and Gabriel Solache would just put

9  his face down and he didn't answer.

10        Q.    So, when you told Detective Guevara that

11  Gabriel Solache was the person responsible for the

12  murders, he put his head down?

13        A.    Yes.

14        Q.    And is that when you say Detective

15  Guevara hit Gabriel Solache?

16        A.    Yes, because he wanted him to answer, to

17  respond to his question.

18        Q.    Tell us how Detective Guevara hit Gabriel

19  Solache.

20        A.    Because he told him that he was very

21  tired and that we had to tell him the truth and that

22  he -- he was very tired of all this.

23        Q.    Where did Detective Guevara hit Gabriel

24  Solache?

910

E-36

1        A.    I remember that on his face.

2        Q.    Where on his face?

3        A.    On his face like right around here.

4        Q.    On the left side or the right side?

5        MS. DANAHY:  She just pointed to the left side.

6        THE COURT:  Was it on the left side of

7  Solache's face according to you?

8        A.    Yes.

9        THE COURT:  All right.

10       MS. LUQUE-ROSALES:

11       Q.    Was this open hand, close fisted, how was

12  this?

13       A.    He had like his hand closed when he hit

14  him.

15       Q.    Like a fist?

16       A.    Yes.

17       Q.    So, he punched Gabriel Solache?

18       A.    Yes, he hit him very hard, like this.

19       Q.    Did he punch out with his arm straight

20  out, or did he come from the back?

21       A.    No, like from the side, like this.

22       Q.    And did you see a mark on Gabriel

23  Solache's face?

24       A.    No, at that moment, I just saw that it

E-37

1    turned red.

2          Q.   And what happened then?

3          A.   They took me out.

4          Q.   And when you say they took you out, that

5    was Detective Guevara, is that correct?

6          A.   Yes.

7          Q.   And did he take you out in the same

8    manner that he brought you in holding you by the elbow?

9          MS. DANAHY:  Judge?

10        THE COURT:  Hold on.  Step in, please, sir.

11    Okay.  Go ahead, please.

12          MS. LUQUE-ROSALES:

13          Q.   Did he take you out in the same manner

14    that he did holding you by the elbow?

15          A.   Yes.

16          Q.   Is that when you told us that he took you

17    to Arturo Leon Reyes' room?

18          A.   No, for a little while, he took me over

19    to the cell and then afterwards he took me over there.

20          Q.   Tell us what happened when he took you to

21    Arturo's room.

22          A.   When he took me to Arturo's room, Arturo

23    was also sitting and handcuffed.

24          Q.   Was this the same type of room with a

912

E-38

1    bench and he was handcuffed to the wall by one hand?

2         A.    Yes.

3         Q.    And did Detective Guevara walk you over

4    in the same manner holding you by the elbow again?

5         A.    Yes.

6         Q.    Was there a chair in this room?

7         A.    No, no, they gave me a chair.

8         Q.    Was that Detective Guevara that went and

9    got you a chair?

10        A.    He had one sent.

11        Q.    And he stood there with you until the

12   chair came, is that correct?

13        A.    Yes.

14        Q.    Now, when the chair came, did you sit in

15   the chair?

16        A.    Yes, because he told me to sit down.

17        Q.    How far away from Arturo Reyes were you

18   when you sat in the chair?

19        A.    Very close, the same thing.  He told me

20   that I had to sit very close to him.

21        Q.    Facing Arturo Reyes?

22        A.    Yes.

23        Q.    About how far away were you sitting from

24   Arturo Reyes?  If you could show us something in the

913

1  courtroom.

2      A.    Like from here to where this line right

3  there is at.

4      THE COURT:   Maybe two feet, three feet,

5  something like that.

6      MS. LUQUE-ROSALES:

7      Q.    Tell us what happened when you were

8  sitting in front of Arturo Reyes.

9      A.    That when I was sitting in front of

10  Arturo Reyes, Detective Guevara asked me once again if

11  I knew this person and I told him yes.

12      Q.    Did he ask you anything more?

13      A.    He asked me if -- if this was the other

14  person that had committed the death.

15      Q.    And what was your response?

16      A.    Arturo would stay silent.

17      Q.    When Detective Guevara asked you --

18      THE COURT:   Just a minute.  Read that back,

19  Mr. Reporter.  Please I didn't hear the answer.

20                  (Whereupon, the court reporter

21                  read back from the record as

22                  requested.)

23      THE COURT:   Go on.

24      MS. LUQUE-ROSALES:

914

1          Q.     When Detective Guevara asked you is this

2     the other person responsible for the murders, what did

3     you say to Detective Guevara?

4          A.     I told him yes.

5     THE SHERIFF:   Judge?

6     THE COURT:    Step in, sir.

7     MS. LUQUE-ROSALES:

8          Q.     When you told Detective Guevara yes, did

9     you mean that that was the person that had committed

10    the murder?

11    MS. DANAHY:   Objection as to what she meant.

12    THE COURT:    Sustained.

13                 I don't think you have to get into

14    this excruciating detail.  This is a motion to

15    suppress, not the trial.  Ask the question.  Let's move

16    on, please.

17    MS. LUQUE-ROSALES:

18         Q.     What happened after that?

19         A.     After this, Arturo Reyes answered yes

20    that he was the person.

21         Q.     That he was the person what?

22    THE COURT:    Hold on.  Step in, sir.  Ask it

23    again, please.

24    MS. LUQUE-ROSALES:

915

E-41

1       Q.   That he was the person what?

2       A.   That he had done the other death.

3       Q.   Did you ever see anyone hit Arturo Leon

4 Reyes?

5       A.   No, nobody hit him.

6       MS. LUQUE-ROSALES:  Judge, if I could just have

7 a moment?

8       THE COURT:  Yes.

9       MS. LUQUE-ROSALES:

10      Q.   Now, Miss Mejia, you gave a handwritten

11 statement in this case, is that correct?

12      A.   Yes.

13      Q.   You admitted your participation in this

14 case, is that correct?

15      MS. DANAHY:  Objection.

16      THE COURT:  Sustained.  Please, this is not

17 the trial.  If we ever get to it one of these years,

18 you can ask her then if she testifies.

19      MS. LUQUE-ROSALES:

20      Q.   When you gave a handwritten statement,

21 you were speaking to a state's attorney, correct?

22      A.   Yes.

23      Q.   And that was a Hispanic gentleman by the

24 name of David Navarro?

916

E-42

1    A.    Yes.

2    Q.    And he spoke to you in Spanish, correct?

3    A.    A little.

4    Q.    Well, you understood --

5    THE COURT:    Just a minute.  Please, just a

6 minute.  When you say a little, what do you mean by

7 that?

8    A.    Because he would speak in English and

9 Spanish.  He was mixing them both.

10    THE COURT:    Did you tell him that you did not

11 understand the English part when he spoke to you in

12 English?

13    A.    Yes, I would tell him.

14    THE COURT:    And he continued to speak in

15 English anyway?

16    A.    He continued writing in English.

17    THE COURT:    My question was did he continue

18 speaking to you in English?

19    A.    No, he would then shut up and then

20 continue talking in Spanish.

21    THE COURT:    All right.  Go on.

22    MS. LUQUE-ROSALES:

23    Q.    So, if he was talking to you and would

24 start speaking English, would you tell him to speak

917

1    Spanish and he would speak Spanish to you.  Is that

2    what happened?

3              A.    Yes.

4              Q.    And when he spoke to you in Spanish, you

5    understood his Spanish?

6              A.    Yes.

7              Q.    And he wrote out -- Judge, may I

8    approach?

9              THE COURT:    Yes.

10             MS. LUQUE-ROSALES:

11             Q.    He wrote out this document.  For the

12   record, this will be March 31st H.  He wrote out this

13   document in front of you?

14             A.    Yes.

15             Q.    And when he was writing out this

16   statement in front of you, you were in that big office

17   again with the desks?

18             A.    Yes.

19             Q.    And Detective Halvorsen, the American

20   detective, was in there with him?

21             A.    Yes.

22             Q.    You saw him write out all of the pages of

23   this statement?

24             A.    Yes, he wrote them.

918

1      Q.    After he wrote it out, you signed parts

2    of the statement?

3      A.    Yes.

4      Q.    I'm going to show you each of the pages.

5    Look at the bottom of each of the pages and tell us

6    whose signature that is.

7      A.    Mine.

8      Q.    Is that your signature on all of the

9    pages?

10     A.    Yes.

11     Q.    Let the record reflect she's going page

12   by page on the document.

13     THE COURT:   Very well.

14     A.    Yes.

15     MS. LUQUE-ROSALES:

16     Q.    In fact, on the first page, in the middle

17   portion is also your signature, correct?

18     A.    Yes.

19     Q.    And that's right after a Spanish portion,

20   is that correct?

21     A.    Yes.

22     Q.    Did you read that Spanish portion?

23     A.    No.

24     Q.    Did Mr. Navarro read it to you?

                      910

1          A.     Yes, he read it to me.

2          Q.     And did you indicate -- did you tell him

3     that you understood what he told you?

4          A.     Yes.

5          Q.     Now, there were also --

6          THE COURT:    Just a moment.  And you did

7     understand what he told you?

8          A.     Yes.

9          THE COURT:    Okay.

10         MS. LUQUE-ROSALES:

11         Q.     And there's also corrections that were

12    made to this statement?

13         A.     Yes, because.

14         Q.     Because what?

15         A.     Because he would stay there and think

16    about it, and then he would continue to write it.  He

17    would look at me and then think about it and then

18    continue writing.

19         Q.     As -- as he's looking at you, is he

20    asking you additional questions as he's writing this

21    out?

22         A.     No.

23         Q.     When the corrections were made, you

24    initialed those, is that true?

E-46

1      A.    Yes.

2      Q.    And again, I'm going to show you People's

3  Exhibit H.  You would initial the corrections.

4      A.    Yes.

5      Q.    And then he would put his initials,

6  meaning Mr. Navarro.

7      A.    Yes.

8      Q.    And Detective Halvorsen would put his

9  initials?

10     A.    Yes.

11     Q.    And that was the entire procedure that

12  was taken for the statement until it was finished.

13     A.    Yes.

14     THE COURT:  Miss Mejia, how did you know to

15  make the corrections?

16     A.    Because he would tell me.

17     THE COURT:  And then you would just put your

18  initials there where the correction was made?

19     A.    Yes, because he would tell me where to

20  put -- with his finger, he would point out where I

21  would have to put my initials at.

22     THE COURT:  Without knowing what the

23  correction was?

24     A.    No.

921

E-47

1        THE COURT:  All right.

2        MS. LUQUE-ROSALES:

3        Q.  But this was after something had been

4  scratched out?

5        A.  Yes.

6        Q.  Now, after this statement was written

7  out, he then read it to you in Spanish?

8        A.  Yes.

9        Q.  And you went through the whole statement

10  with him page by page?

11        A.  Yes.

12        Q.  And you understood his Spanish when he's

13  going over the statement with you?

14        A.  Yes.

15        MS. LUQUE-ROSALES:  No further questions.

16  Thank you, Miss Mejia.

17        THE COURT:  Miss Danahy.

18        MS. DANAHY:  Thank you, Judge.

19              REDIRECT EXAMINATION

20          BY MS. DANAHY:

21        MS. DANAHY:

22        Q.  When you were living at 62nd and Mozart,

23  you lived there with your husband and other family

24  members?

922

E-48

1          A.    Yes.

2          Q.    Did everyone in the house speak Spanish

3  to each other?

4          MS. LUQUE-ROSALES:  Objection, relevance.

5          THE COURT:   Overruled.

6          A.   Yes, because English wasn't necessary.

7          MS. DANAHY:

8          Q.    And at that time, you didn't speak any

9  English?

10         A.   No.

11         Q.    You were asked some questions about being

12  in the room that you called the cell?

13         A.   Yes.

14         Q.    And whether or not you had slept in that

15  room?

16         A.   Yes.

17         Q.    Were you handcuffed in any fashion while

18  you were in that room?

19         A.   Yes, they had me with my right hand

20  handcuffed to the wall.

21         Q.    And were you seated on a bench or in the

22  chair?

23         A.   In a little bench.

24         Q.    When you told us that Detective Guevara

923

E-49

1    reached across and pulled your hair, when he did that,

2    how close was he to you?

3           A.    He was very close to me.

4           Q.    Can you estimate how many feet or inches?

5           A.    Like here -- he was at his desk and he

6    put me in his chair.

7           Q.    And --

8           THE COURT:    Before you told us it was about

9    two feet away.  Is that still the answer, two feet or

10    so?

11           A.    Yes.

12           THE COURT:    Okay.

13           MS. DANAHY:

14           Q.    Have I been your lawyer since April of

15    98?

16           MS. LUQUE-ROSALES:  Objection.

17           THE COURT:    Overruled.

18           A.    Yes.

19           MS. DANAHY:

20           Q.    And --

21           THE COURT:    Miss Mejia, you are very satisfied

22    with Miss Danahy as your lawyer, correct?

23           A.    Yes.

24           THE COURT:    You never asked the Mexican

921

E-50

1    Consulate to get you any other lawyer besides Miss

2    Mejia?

3              MS. DANAHY:  I am Miss Danahy.

4              THE COURT:   I am sorry.

5                        You never asked the Mexican

6    Consulate to get you another lawyer other than Miss

7    Danahy, correct?

8              A.   No.

9              MS. DANAHY:

10             Q.   That actually wasn't my point.

11                       My next question was going to be,

12   Judge, and I told you that I have spoken to the Mexican

13   counsel on your behalf, correct?

14             A.   Yes.

15             Q.   And I told you I don't want you talking

16   to anybody after April of 98, isn't that correct?

17             A.   Yes.

18             THE COURT:   You can come in, ma'am.  Miss,

19   please come on in.

20             MS. DANAHY:

21             Q.   And when you signed the statement, that

22   was after you had been in the police station for over

23   two days?

24             A.   Yes.

925

1      Q.    And it was after you hadn't slept in over

2   two days?

3      MR. HILL:  Objection, Judge.  This is

4   argumentative at this point.

5      THE COURT:  Overruled.  She can give the

6   answer.  I already heard her testimony.

7      A.    Yes.

8      MS. DANAHY:

9      Q.    And it was after you had been hit and had

10  your hair pulled?

11     THE COURT:  Hold on.  Step in, the one juror,

12  please.  Okay.

13     A.    Yes.

14     MS. DANAHY:

15     Q.    And it was after you had seen Gabriel

16  Solache hit?

17     A.    Yes.

18     MS. DANAHY:  Nothing else.

19     THE COURT:  Anything else, Miss Luque-Rosales?

20     MS. LUQUE-ROSALES:  No.

21     THE COURT:  Miss Rouse, anything you want to

22  ask again regarding these purported confrontations

23  between her and Solache.

24     MS. ARMIJO-ROUSE:  No, Judge.

926

1    THE COURT: Miss Mejia, you can step down.

2 Thank you.

3       (Witness is excused.)

4    THE COURT: Miss Danahy, -- I got your name

5 right this time. Miss Danahy, sorry about that before.

6    MS. DANAHY: I know my client and I look so

7 much alike.

8    THE COURT: Step in, sir. Just a minute.

9 Yes, Miss Danahy.

10    MS. DANAHY: Judge, there was a witness that

11 was presented on a day that I wasn't here by the name

12 of Maria Rivera. I would just ask the Court to also

13 consider her testimony in Mrs. Mejia's motion.

14    THE COURT: All right. That's no problem. I

15 heard the lady once. No need to bring her back the

16 second time.

17    MS. DANAHY: That was my thought.

18    THE COURT: All right.

19      We have one little -- it's not a

20 problem necessarily. All of the cases have been ripe

21 with problems about dates and everything. The report

22 that was shown yesterday from the jail about the Cermak

23 Hospital, you didn't have your copy with you?

24    MS. DANAHY: I looked at Viola's over the lunch

927

E-53