**COPY**

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3  JUAN JOHNSON,                    )
                                     )
 4              Plaintiff,           )
                                     )
 5        vs.                        )  No. 05 C 1042
                                     )
 6  REYNALDO GUEVARA and the CITY    )
    OF CHICAGO,                      )
 7                                   )
                Defendants.          )
 8

 9        The deposition of EVELYN DIAZ, taken pursuant

10  to subpoena, before Lisa Picciano Fellis, CSR

11  No. 084-004632, Certified Shorthand Reporter and a

12  notary public within and for the County of Cook,

13  State of Illinois, at 550 East Devon Street,

14  Itasca, Illinois, on July 2, 2008, commencing at

15  11:00 o'clock a.m.

16        APPEARANCES:

17           LOEVY & LOEVY, by
             MS. SAMANTHA A. LISKOW
18           (312 North May Street, Suite 100
              Chicago, Illinois  60607)
19               appeared on behalf of the plaintiff;

20           JAMES G. SOTOS & ASSOCIATES, LTD., by
             MS. SARA M. CLIFFE
21           (550 East Devon Street, Suite 150
              Itasca, Illinois  60143)
22               appeared on behalf of the defendants.

23

24
```

000461

2

I N D E X

Witness:                                            Page

EVELYN DIAZ

     Examination by:

          Ms. Cliffe ...................   3
          Ms. Liskow ................... 102

E X H I B I T S

Number                          Marked for Identification

(None marked.)

URLAUB BOWEN & ASSOCIATES, INC.
(312) 781-9586

000462

1                    (Witness sworn.)

2          MS. CLIFFE:  Let the record reflect this is

3   the deposition of Evelyn Diaz taken pursuant to

4   subpoena and the Federal Rules of Civil Procedure

5   in Case No. 05 C 1042, captioned Juan Johnson

6   versus Reynaldo Guevara and the City of Chicago,

7   currently pending in the United States District

8   Court for the Northern District of Illinois.

9                    The deposition is being taken at

10  the Law Offices of James G. Sotos & Associates in

11  Itasca, Illinois, on July 2nd, 2008.  Present, in

12  addition to the deponent, are Lisa Picciano Fellis,

13  a sworn notary and court reporter; Samantha Liskow,

14  counsel for plaintiff; and myself, Sara Cliffe,

15  counsel for defendants.

16                    EVELYN DIAZ

17  called as a witness herein, having been first duly

18  sworn, was examined and testified as follows:

19                    EXAMINATION

20  BY MS. CLIFFE:

21          Q.    Would you please state your full name

22  and spell it for the record?

23          A.    Evelyn Diaz, E-v-e-l-y-n D-i-a-z.

24          Q.    Do you have a middle name?

4

1      A.    No.

2      Q.    Okay.  And is Diaz your maiden name or

3  married name?

4      A.    Single.

5      Q.    Okay.  You're single?  Never been

6  married?

7      A.    No.

8      Q.    Have you ever given a deposition before?

9      A.    No.

10     Q.    All right.  I'm going to go over just a

11  couple of basic rules for you.  The court reporter

12  is going to take down everything we say in here

13  today.  So it's important that you speak verbally.

14     A.    Okay.

15     Q.    No nods of the head or shrugs of the

16  shoulders so she can't take those down.  You might

17  forget that; that's okay, everybody does.  I'll

18  either remind you, or counsel will remind you,

19  somebody may remind you.

20            Likewise, because she's recording

21  everything we say, it's difficult for her to take

22  two people talking at the same time.  So please

23  wait until I'm done with my question before you

24  offer your answer.  A lot of times you'll know

1  where I'm going. You'll know what I'm asking, but

2  for the court reporter's sanity, wait until I'm

3  done, and then you can give your answer.

4     A.    Yes.

5     Q.    If the question calls for a yes or no

6  answer, I'd ask that you answer yes or no, because

7  um-hmm and uh-huh, things of that nature, they look

8  the same on the record. So you may forget that one

9  as well. And if anybody reminds you, we're not

10 trying to bother you, we're just making sure we

11 have a clean record. Okay?

12    A.    Okay.

13    Q.    If you don't understand any of my

14 questions, it's important that you ask me to

15 clarify. Sometimes my brain goes faster than my

16 mouth. The question won't come out quite as clear

17 as I intended it to. So please feel free to ask

18 me if, you know, my question doesn't make sense to

19 you, and I'd be happy to clarify it.

20    A.    Okay.

21    Q.    If you do answer a question you

22 haven't asked me to clarify, I am going to assume

23 you understood the question. Is that fair?

24    A.    Yes.

6

1      Q.    If you want to take a break at any time

2  for any reason, it's fine, just let me know.  If

3  you want to take a phone call, go to the bathroom,

4  anything you need to do, only thing I'll ask is

5  that if I've asked a question, please answer the

6  question before you take the break.  Okay?

7      A.    Okay.

8      Q.   And last but not least, if you hear an

9  objection made by one of the attorneys while either

10  I question you or if Ms. Liskow questions you, let

11  the attorney make the objection on the record, and

12  then you can proceed with your answer.  All right?

13      A.    Okay.

14      Q.    Okay.  I'm going to start with some

15  basic information.

16            Could you tell me your current

17  address?

18      A.    4821 West Wolfram.

19      Q.    Could you spell Wolfram for me?

20      A.    W-o-l-f-r-a-m.

21      Q.    Is that in Chicago?

22      A.    Chicago, Illinois  60641.

23      Q.    How long have you lived there?

24      A.    About two years.

```
 1        Q.    Do you rent or own?

 2        A.    Rent.

 3        Q.    Do you know your landlord's name?

 4        A.    Vivian Olivares, O-l-i-v-a-r-e-s.

 5        Q.    And who lives at 4821 West Wolfram with

 6   you?

 7        A.    Me and my son.

 8        Q.    What's your son's name?

 9        A.    Alex Roman.

10        Q.    I'm sorry, Alex?

11        A.    Roman.

12        Q.    His first name is Alex, last name is

13   Roman?

14        A.    Um-hmm.

15        Q.    How old is Alex?

16        A.    20.

17        Q.    Anybody else?

18        A.    That's it.  My dog.

19        Q.    Do you have any children other than

20   Alex?

21        A.    No.

22        Q.    Okay.  Where did you live before

23   4821 West Wolfram?

24        A.    I lived on 3738 North Windsor.
```

1     Q.    Also in Chicago?

2     A.    Yes.

3     Q.    How long did you live on Windsor?

4     A.    About four years.

5     Q.    Did you also rent on Windsor?

6     A.    Um-hmm.

7     Q.    Do you remember your landlord's name?

8     A.    Maria, but I don't know her last name.

9     Q.    Okay.  Was that an apartment building?

10    A.    Yes.

11    Q.    Is there an apartment number?

12    A.    First floor.

13    Q.    Okay.  What about on Wolfram, is that

14 also an apartment?

15    A.    Yes, first floor.

16    Q.    Okay.  Do you remember where you lived

17 prior to Windsor?

18    A.    I lived so many places.

19    Q.    Do you remember where you lived in

20 August of 1995?

21    A.    August of 1985?

22    Q.    '95.

23    A.    '95?  No.

24    Q.    Okay.  Do you know if you were living

1  at 2017 North Kedzie in Chicago?

2        A.    2017 North Kedzie, yeah.

3        Q.    Does that sound right?

4        A.    Um-hmm.

5        Q.    For August 1995.  And when you lived on

6  Kedzie Avenue or Kedzie, were you renting?

7        A.    I was living with my mom.

8        Q.    What's your mother's name?

9        A.    Candy Alicea, A-l-i-c-e-a.

10       Q.    And her first name -- full name is

11  Candy?

12       A.    Candy.

13       Q.    Is it i-e at the end or y, do you know?

14       A.    Y.

15       Q.    Figures I'd spell it wrong.

16            Do you remember -- so it was your

17  mother's apartment, but you stayed there with her?

18       A.    Yes.

19       Q.    Okay.  How long had you been staying

20  there with your mom, if you remember?

21       A.    All my life.

22       Q.    Okay.  So you lived with her continually

23  up until that point?

24       A.    Until there -- we were living together

000469

1   there.

2           Q.      Did anybody else live with you and your

3   mom?

4           A.      My brothers.

5           Q.      And what are their names and ages?

6           A.      The ages now?

7           Q.      Yeah.

8           A.      Well ...

9           Q.      As best you can estimate.

10          A.      My brother, Edwin Diaz, Sandy Diaz.

11          Q.      Sandy Diaz?

12          A.      Um-hmm.

13          Q.      Any other brothers that were living

14  there at the time?

15          A.      No.

16          Q.      Okay.  How old is Edwin?

17          A.      Edwin is -- I don't know.

18          Q.      Do you know if he's in his 30s, 40s?

19          A.      30-something.

20          Q.      Okay.

21          A.      She's 25.

22          Q.      Sandy?

23          A.      Um-hmm.

24          Q.      Is Sandy your sister?

1      A.    Um-hmm.

2      Q.    Do you have any other brothers?

3      A.    Yes.

4      Q.    What are their names?

5      A.    Andres Diaz.

6      Q.    Andreas?

7      A.    Andres, Andres.

8      Q.    Andres.  Could you spell it for me?

9 I'm sorry.

10     A.    A-n-d-r-e-s.

11     Q.    And how old is Andres?

12     A.    40.

13     Q.    What's your date of birth?

14     A.    9/27/65.

15     Q.    And your Social Security number?

16     A.    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.

17     Q.    And what is Alex's father's name?

18     A.    George Roman.

19     Q.    Are you on any medications today?

20     A.    No.

21     Q.    You understand the oath you took at the

22 beginning of the deposition?

23     A.    Yes.

24     Q.    Do you understand that it compels you

000471

1  to tell the truth?

2      A.    Yes.

3      Q.    And you understand that the penalties

4  for lying at today's deposition are the same as if

5  you lied before a court -- before a judge in court?

6      A.    Um-hmm.  Yes.

7      Q.    Okay.  Did you review any documents

8  before coming to the deposition today?  Any papers,

9  reports?

10      A.    No.

11      Q.    No?  Did you talk with anybody about

12  the deposition today?

13      A.    Regarding?  No.

14      Q.    Coming here, what I'd ask you, anything

15  of that nature.

16      A.    Just to come over here with her

17  (indicating).

18      Q.    With Ms. Liskow?

19      A.    Yes.

20      Q.    And did that conversation occur on the

21  way here?

22      A.    Um-hmm.  Yes.

23      Q.    So Ms. Liskow gave you a ride to Itasca

24  for the deposition today?

1    A.    Yeah.

2    Q.    Did you talk at all about -- well,

3 why don't you tell me what you talked about with

4 Ms. Liskow on the way regarding the deposition.

5    A.    Well, basically, I was -- I wanted to

6 know what, you know, what they're going to be

7 talking about.  That's it.

8    Q.    Do you remember what she told you when

9 you asked her what we'd be talking about?

10    A.    Well, about the case that involved the

11 detective, or the case that happened years ago, and

12 that's it.

13    Q.    Okay.  Did she tell you anything else?

14    A.    That's it.

15    Q.    And did you know what she was referring

16 to when she said the case involving the detective

17 that happened years ago?

18    A.    Yes.  Someone had already called me and

19 told me about -- that I was supposed to be coming

20 over here.

21    Q.    Previously?

22    A.    Previously.  So that's what it was all

23 about.

24    Q.    So other than talking to people

000473

1  previously about the scheduling or the rescheduling

2  of your deposition, had you ever talked to anybody

3  else about the detective and the incident that

4  happened years ago?

5      A.    No.

6      Q.    Have you ever spoken with any private

7  investigator regarding the detective and the

8  incident that happened years ago?

9      A.    Someone called me last week asking me

10  questions regarding that, and that was it.  I don't

11  remember the detective's name, whoever the

12  investigator who called me.

13      Q.    Do you remember if it was Jim Delardo?

14  John Mazola?

15      A.    I can't remember.

16      Q.    No?  Okay.

17      A.    I can't remember.  I was at work.  So

18  when I'm at work, I concentrate on work.

19      Q.    And you don't recall any other people

20  calling you or asking you about --

21      A.    No.

22      Q.    -- the case and the detective?

23      A.    No.

24      Q.    Back to the conversation with

1  Ms. Liskow in the car on the way out here.

2              Do you remember talking about

3  anything else?

4       A.   No.  About my son.

5       Q.   Okay.

6       A.   That's basically it.

7       Q.   Did you talk about your involvement

8  with the detective years ago?  No?

9       A.   No.

10      Q.   Did you talk about the shooting of Raul

11 Rodriguez at all?

12      A.   No.

13      Q.   Okay.  Have you ever given -- I asked

14 you that already.

15              Have you ever been arrested by the

16 Chicago Police Department?

17      A.   Yes.

18      Q.   How many times?

19      A.   One time.

20      Q.   Do you remember when that was?

21      A.   Oh, no.  I don't remember.

22      Q.   Do you know, was it more than ten years

23 ago, five years ago?  Can you give me some kind of

24 ballpark?

1        A.    About eight years ago, I think.

2        Q.    Okay.  And do you remember what you

3   were arrested for?

4        A.    They wrongly accused me of something

5   when I was working in a store, so they arrested

6   me.  They kept me there for no reason because they

7   dropped the charges.  I didn't do anything.

8        Q.    Do you remember what it was you had

9   been accused of?

10        A.    Supposedly some people were robbing and

11   I knew about it, but I -- everything came out clear.

12        Q.    And then at some point your employer

13   dropped the charges?

14        A.    Yeah.

15        Q.    Were you still in the custody of the

16   Chicago -- by that, I mean were you still in the

17   process of being arrested when the charges were

18   dropped, or do you know when the charges were

19   dropped?

20        A.    The same night.

21        Q.    The same night?  Were you still at the

22   police station?

23        A.    Yeah.  They released me.

24        Q.    Do you know how long it was after the

1  charges were dropped that the police released you?

2       A.    I don't remember.

3       Q.    Okay. What was the name of the

4  employer, the place that you worked?

5       A.    I use to work at Menards.

6       Q.    Menards?

7       A.    Yeah. But it wasn't their company, it

8  was like a security -- security. I was a security

9  guard.

10       Q.    Oh, okay. Do you remember the names of

11  the officers who arrested you?

12       A.    No.

13       Q.    Do you remember what the officers who

14  arrested you looked like?

15       A.    No.

16       Q.    Were you interviewed at all as part

17  of the arrest? Did they ask you questions about

18  whether you had done it or not?

19       A.    Yes.

20       Q.    Do you remember the name of the

21  officers who interviewed you?

22       A.    No.

23       Q.    Do you remember what they looked like?

24       A.    No.

000477

1          Q.     Did you suffer any physical abuse

2     during your arrest?

3          A.     No.

4          Q.     What about any coercion or any kind

5     of problematic activity on behalf of the Chicago

6     police officers?  Were you exposed to any kind of

7     problematic behavior?

8          A.     No.

9          Q.     Are you aware of whether any of your

10    brothers or other family members have ever been

11    arrested by the Chicago Police Department?

12         A.     One of my brothers.

13         Q.     Which one would that be?

14         A.     Andres.

15         Q.     Was it just one time or --

16         A.     He was -- I think twice.  He went to

17    boot camp.

18         Q.     Are you aware of whether he suffered

19    any physical abuse during his arrest?

20         A.     No.

21         Q.     You're not aware or you were aware --

22         A.     I don't know.  I don't know.

23         Q.     Okay.  What about coercion, are you

24    aware if he suffered any kind of coercion during

1  his arrest?

2       A.    I don't understand.

3       Q.    Are you aware of whether any Chicago

4  police officers tried to tell him to do something

5  or say something?

6       A.    No, I don't know.

7       Q.    Are you aware of whether he experienced

8  any kind of problematic or upsetting activities or

9  statements by police officers?

10      A.    No.

11      Q.    All right.  Anybody else in your family

12  that you know of that was arrested by Chicago

13  police officers?

14      A.    No.

15      Q.    Where are you currently employed?

16      A.    Insurance company.

17      Q.    What's the name of the insurance

18  company?

19      A.    Unique Insurance.

20      Q.    Do you know the business address for

21  Unique Insurance?

22      A.    4245 North Knox, K-n-o-x, Chicago,

23  Illinois  60641.

24      Q.    And do you have a job title at Unique

000479

1  Insurance?

2      A.    I do claims.

3      Q.    Claims?

4          So when -- like somebody has some

5  kind of accident or something, you're the one who

6  looks at their --

7      A.    I look at their report.

8      Q.    -- their reports and stuff?

9          How long have you worked at Unique?

10     A.    About seven months.

11     Q.    What's your supervisor's name?

12     A.    Christy Power.

13     Q.    Did you graduate from high school?

14     A.    No.

15     Q.    Did you attend high school?

16     A.    Um-hmm.   Yes.

17     Q.    Where did you attend?

18     A.    Roberto Clemente.

19     Q.    That's in Chicago, right?

20     A.    Yes.

21     Q.    Did you ever obtain a GED or another

22 kind of equivalent degree?

23     A.    Yeah, I got my GED.

24     Q.    Have you got any post high school

21

1   education, any classes, or anything like that?

2       A.   No.

3       Q.   Where did you work before Unique

4   Insurance?

5       A.   Pan American Express.

6       Q.   Do you know the address or Pan American

7   Express?

8       A.   27 -- wait. 2610 West Division.

9       Q.   Wow, you're really good.

10          What did you do at Pan American?

11       A.   I did everything.

12       Q.   What kind of business is Pan American?

13       A.   Moving company.

14       Q.   Were your duties like office, filing,

15   answer phones, things of that nature?

16       A.   Telephone, accounting.

17       Q.   How long did you work at Pan American?

18       A.   Ten years.

19       Q.   Who was your supervisor or the owner of

20   Pan American?

21       A.   David Gonzalez.

22       Q.   And what was the reason you left the

23   employ of Pan American?

24       A.   They closed down, laid off.

000481

22

```
1        Q.    Was there any period of time between

2  Pan American and your employment at Unique

3  Insurance?  Were you on unemployment for any period

4  of time?

5        A.    Yes, I was.

6        Q.    How long between the two jobs?  How

7  long were you out of work?

8        A.    Three months.

9        Q.    Have you ever filed a lawsuit against

10 anyone?

11       A.    No.

12       Q.    Have you ever had a lawsuit filed

13 against you?

14       A.    No.

15       Q.    Have you ever testified in a criminal

16 proceeding?  Have you ever testified in court?

17       A.    I went to court.

18       Q.    Have you been in court more than once

19 or just one time?

20       A.    I think twice.

21       Q.    Were they both for the same matter, the

22 same subject, or different?

23       A.    No different.

24       Q.    Okay.  Can you tell me about the first
```

23

1  time?  Do you remember when it was that you went to

2  court?

3           A.    I went to court for this problem, for

4  this court thing.

5           Q.    Do you remember which court it was?

6           A.    I don't remember.

7           Q.    Was it -- what do you mean when you say

8  "this court"?

9           A.    For this thing that happened, I forgot,

10 13 years ago.  I don't know how long it's been.

11 About this case.

12           Q.    Oh, the matter we're here for today --

13           A.    Um-hmm.

14           Q.    -- you went to court for?

15           A.    Right.

16           Q.    Do you remember when that was?

17           A.    I don't remember.

18           Q.    Do you remember, was it a trial or --

19           A.    Yeah.  It was court.  They sat me down,

20 they told me to say the truth like I'm doing now.

21           Q.    Were you ever sworn in like you were

22 today?

23           A.    Yes.

24           Q.    All right.  We'll come back to that.

24

1          What about the other time you were

2     in court?

3          A.     I went to court for a friend of mine.

4          Q.     Do you remember which court it was?

5     Where the court was located?

6          A.     I don't know.  Somewhere downtown.

7          Q.     Do you remember when it was?

8          A.     No, I don't remember.

9          Q.     What's your friend's name?

10         A.     Jorge Martinez.

11         Q.     And do you know, was it a criminal

12    matter or a civil matter?  Was he being charged

13    with something -- for having done something wrong?

14         A.     Yes.

15         Q.     Yeah.  Do you remember what it was that

16    he was being accused of?

17         A.     I'm thinking it was drugs, but I only

18    went to court because I knew him, you know.

19         Q.     So you were like a character witness?

20         A.     He was like a child friend, like we

21    grew up together.

22         Q.     Do you remember, you were sworn in like

23    you were today?

24         A.     If I was?

000484

25

```
1        Q.      Yes.

2        A.      Yes.

3        Q.      And do you remember, was it -- did you

4   give testimony before a judge?  Was there a judge

5   in the room when you talked?

6        A.      Yeah.  Um-hmm.

7        Q.      And so were the questions asked of you

8   while you were under oath, were they basically what

9   you knew of Jorge?

10       A.      Yes.

11       Q.      Like his character?

12       A.      Yes.

13       Q.      Okay.  Do you know the resolution of

14  the charges against Mr. Martinez?

15       A.      What do you mean?

16       Q.      Were they dismissed, or was he

17  convicted?

18       A.      No, he was convicted.

19       Q.      Do you know what his sentence was?

20       A.      I think it was 35 years.  I don't know.

21  I can't really remember; it's been such a long time.

22       Q.      Do you know if he's currently

23  incarcerated?

24       A.      I don't know anything about him.  So
```

1    many years.

2         Q.    All right.  Have you ever -- scratch

3    that.

4                   Do you wear glasses?

5         A.    I'm going to start now.

6         Q.    You are?  Recently?

7         A.    Yeah.

8         Q.    And you haven't ever worn glasses

9    before or had a prescription to wear glasses?

10        A.    No.

11        Q.    So you're aware you're here today

12   because I want to ask you questions about the

13   shooting of Raul Rodriguez back in 1995?

14        A.    Yes.

15        Q.    Okay.  Can you tell me, do you remember

16   when the shooting occurred?  Do you remember what

17   the date was?

18        A.    No, I don't remember.

19        Q.    Do you remember what year it was?

20        A.    Nope.

21        Q.    Okay.  If I told you that it was in

22   August of 1995, would you have any basis to dispute

23   that or disagree with it?

24        A.    I can't remember, really.

27

1   Q.   Okay.  Do you remember the dates that

2   you lived at 2017 North Kedzie?

3   A.   I cannot remember.  I know we lived

4   there for four years, but that's it.  I don't

5   remember -- I can't really remember.

6   Q.   Okay.  How old was your son in 1995?

7   A.   Well, he was born in '98.

8   Q.   I just tried to do the math, and I

9   didn't do it well.

10          Okay.  Do you know if the

11  location -- the area or the neighborhood around

12  2017 North Kedzie was a particular part of any

13  gang's territory?

14  A.   There were gangs, yes.

15  Q.   Was there any particular gang that hung

16  out in that part of the neighborhood?

17  A.   Well, according to everybody, it's

18  Latin Kings.

19  Q.   You know what, and I should have said

20  that at the very beginning.  I'm not interested in

21  what everybody else said --

22  A.   Latin Kings, I think.

23  Q.   Okay.  Don't forget you've got to let

24  me finish too.

000487

28

1       A.     Okay.

2       Q.     Now, when you say "Latin Kings,

3 I think," do you mean that you don't know if it was

4 particularly their neighborhood, but you know there

5 were Latin Kings about?

6       A.     Yes.

7       Q.     Did you know any members of the Latin

8 King gang in 1995?

9       A.     I don't know.  Only that guy.

10      Q.     Which guy?

11      A.     My friend, Martinez.

12      Q.     Okay.  He was a member of the Latin

13 Kings?

14      A.     Um-hmm.

15      Q.     Did he also live in the vicinity, in

16 the area?

17      A.     He lives in the area.

18      Q.     By Kedzie?  Okay.

19             Did Mr. Martinez have any nicknames

20 that you're aware of?

21      A.     I only know him by Jorge.

22      Q.     Jorge.

23             Do you know if he held any kind of

24 rank in the Latin King gang?

000488

29

1    A.    I don't know.  When he approached me,

2  he was approaching me like a friend, not like a

3  member of a gang or whatever.

4    Q.    All right.  What about presently, do

5  you currently know any members of a gang?

6    A.    Do I what?

7    Q.    Do you currently know any members of

8  the gang?

9    A.    No.

10    Q.    Have you ever been a member of any

11  street gang?

12    A.    No.

13    Q.    Do you know if any members of your

14  family have ever been a member of a street gang?

15    A.    Never.  No.

16    Q.    Did you ever know a gentleman named

17  Raul Rodriguez?

18    A.    Who?

19    Q.    Raul Rodriguez.

20    A.    No.

21    Q.    You know that you're here to talk about

22  a shooting, right?

23    A.    Um-hmm.

24    Q.    Did you know the victim of the shooting?

000489

1   A. He was my neighbor.

2   Q. Do you know his name?

3   A. No, I don't.

4   Q. Do you know -- or if you can remember

5 how long he had been your neighbor?

6   A. Just three or four years that I was

7 living there in the building.

8   Q. Do you know if he had any kind of

9 nickname?  Did you know him by a nickname?

10   A. Never spoke to him.

11   Q. Where did he live in the building in

12 relation to you?

13   A. Upstairs from my house.

14   Q. So he was like in the unit directly

15 above yours?

16   A. Um-hmm.  Yes.

17   Q. Good catch.  Do you remember how old he

18 was?

19   A. How old he was?

20   Q. Yeah.

21   A. I don't know.

22   Q. Was he an older guy?  Younger guy?

23   A. He's -- I don't know.  I think he was

24 older.  I don't really know.  I know he was a

1   Mexican guy, but I don't know.

2       Q.    Were you born in the United States?

3       A.    No.

4       Q.    Do you remember when it was that you

5   moved to the United States?

6       A.    1978.

7       Q.    All right.  Before the shooting

8   occurred, did you know a gentleman named Luis

9   Serano?

10      A.    No.

11      Q.    Do you know if you went to school with

12  Luis Serano?

13      A.    I don't know no Luis Serano.

14      Q.    So did you know everybody you went to

15  school with so that you can say you didn't go to

16  school with him, or is it possible you went to

17  school with him and you just don't remember?

18      A.    I don't know.  I can't remember no

19  person with the last name or name.

20      Q.    Okay.  All right.  We've talked about

21  that you can't specifically recall the date of the

22  shooting, right?

23      A.    Um-hmm.  Yes.

24      Q.    Do you remember what time it was that

1  the shooting occurred?

2         A.    It was, I think, about 3:00 o'clock.

3         Q.    In the afternoon?

4         A.    Morning.

5         Q.    Morning.  And can you tell me the

6  location, where the shooting occurred?

7         A.    I don't know, because it was in a

8  corner.  Whatever happened, it happened in a corner.

9         Q.    Which corner?

10        A.    In the corner of Armitage and Kedzie.

11        Q.    Now, where was your apartment building

12 in relation to the intersection?

13        A.    My apartment was on Kedzie.

14        Q.    On Kedzie.

15        A.    On the -- this is Kedzie (indicating),

16 this is Armitage (indicating).

17        Q.    You know what --

18        A.    I'm going south -- I'm on southbound on

19 Kedzie.

20        Q.    Okay.  Hold on.  I'm going to have the

21 court reporter mark this.  I think this will help.

22                    (Deposition Exhibit No. 1,

23                     Witness Diaz, was marked for

24                     identification 7/2/08.)

33

BY MS. CLIFFE:

Q.   Okay.  I'm going to put in front of you a map I've had the court reporter mark as Exhibit 1 because I think it might help.  If you could, I've highlighted -- the document bears highlighting and I put that on there.  And it purports to be the map from Mapquest for 2017 North Kedzie.  I'm just mostly interested in -- it appears that this is Armitage?

A.   Armitage.

Q.   And Kedzie?

A.   Right.

Q.   So in relation to that intersection, could you maybe just put a little red X where your apartment building was located?

A.   Okay.  This is Kedzie right here (indicating)?

Q.   Right.

A.   And this is Armitage (indicating), I was like right here (indicating).  What's this right here (indicating)?

Q.   That -- I think that's what Mapquest said was the location of 2017 West Kedzie.  To you recollection, do you know how far from the street

34

1  you were or the intersection?

2      A.    No, because I'm not right on the

3  corner of Armitage and Kedzie.  I'm not there.  I'm

4  supposed to be like -- this is Armitage (indicating),

5  this is Kedzie (indicating), this is a laundromat

6  right here (indicating).

7      Q.    Okay.

8      A.    Like a cleaner.

9      Q.    So that would be a laundromat like on

10  the north?

11      A.    Like in the corner, right in the corner

12  of Armitage and Kedzie.

13      Q.    On the northwest --

14      A.    About right here (indicating).

15      Q.    The northwest corner?

16      A.    Across the street.  No.  Okay.  I'm on

17  this side (indicating).

18      Q.    Okay.  So you're on the east side of

19  the street?

20      A.    Right.  And across the street, that's

21  the currency exchange, always been there, on

22  Armitage and Kedzie.  Right here (indicating),

23  that's the currency exchange.  Right here's the

24  cleaners (indicating), and right here was my

1  building (indicating).

2          Q.    Okay.  Can you just put a little X

3  right there for me?

4          A.    Right here was my building (indicating),

5  and that corner was over here (indicating).

6          Q.    Do you remember approximately how

7  many feet it was from the edge of your apartment

8  building to the intersection?

9          A.    No.  No, I don't.

10         Q.    Okay.  When you looked out any of the

11 windows from your apartment, could you see the

12 intersection?

13         A.    Yes.

14         Q.    All right.  Could you see the whole

15 intersection or just parts of it?

16         A.    You could see the whole thing.

17         Q.    Okay.  Now, what is the lighting like

18 at the intersection?  Was there streetlights or --

19         A.    There was a traffic light.

20         Q.    Did you remember, were there any

21 additional lights other than the traffic light?

22         A.    No.  The streetlight.

23         Q.    Do you remember if there was more than

24 one streetlight?

1      A.    No, I don't remember.

2      Q.    Do you remember what you had done on

3 the day -- I believe you testified the shooting

4 occurred at about 3:00 o'clock in the morning. Do

5 you remember what you had done the day before the

6 shooting?

7      A.    The day before?

8      Q.    Yeah.

9      A.    No.

10     Q.    Okay. Were you asleep at the time of

11 the shooting, or were you awake?

12     A.    I was awake.

13     Q.    Okay. Do you remember what it was that

14 had awakened you?

15     A.    No. I was already awake. I was with

16 my boyfriend. I was looking out the window and my

17 boyfriend was coming out.

18     Q.    Had you gone to sleep at all? Like had

19 you gone to bed and then woke up, or had you stayed

20 up?

21     A.    No, we were up.

22     Q.    Was he with you --

23     A.    Yes.

24     Q.    -- the whole evening?

1      A.    He was coming out of the house.  He was

2  leaving.

3      Q.    At the time of the shooting?

4      A.    Well, he was in the car already when

5  there was a shooting.  He was on McLean.  He parked

6  on McLean and Kedzie.

7      Q.    Do you remember the night of -- the

8  night before the shooting, had you and your

9  boyfriend spent the entire evening at your

10  apartment, or had you gone out?

11      A.    I don't remember.

12      Q.    What was your boyfriend's name?

13      A.    Santos.

14      Q.    What's his last name?

15      A.    Negrone.

16      Q.    Do you remember where he lived at the

17  time you were dating him at the time of the

18  shooting?

19      A.    I don't remember.

20      Q.    Where had you met Santos Negrone?

21      A.    When?

22      Q.    No, where.  Like how did you meet him?

23      A.    Dancing.

24      Q.    Was that at like a club --

38

1    A.    Um-hmm.

2    Q.    -- or a school dance?

3    A.    A club.

4    Q.    How long did you date Mr. Negrone?

5    A.    Ten years.

6    Q.    Do you remember when you started dating

7  him?

8    A.    It was in '89.

9    Q.    Any particular reason that you broke up?

10   A.    He left to Puerto Rico.

11   Q.    Was Mr. Negrone in any kind of street

12 gang?

13   A.    No.

14   Q.    Okay.  Tell me what happened from

15 shortly before the shooting -- we'll just start

16 there through the shooting.  Tell me what you

17 remember.

18   A.    I was in the window looking at my

19 boyfriend getting in the car.  He got in the car,

20 and I heard the shooting.  That's it.  That's all

21 I remember.  I looked to the side, that was -- that

22 was it.  I didn't know somebody got shot.

23   Q.    So you just heard a gun go off?

24   A.    Yeah.

39

1  Q. Do you remember how many times it went

2 off?

3  A. No.

4  Q. So what did you do next?

5  A. Nothing.  I was just looking at my

6 boyfriend, I wave him to leave, and that's it.  I

7 went back to the window, you know, I closed the

8 window, and I went to sleep.

9  Q. Where was the window located in

10 relation to your bed?  Was it in your room?

11  A. In my room.

12  Q. It was in your bedroom?

13  So you waved good-bye to your

14 boyfriend and closed the window and went back to

15 bed?

16  A. Right.

17  Q. And you didn't know at that point that

18 somebody had been shot?

19  Did you ever look out your window

20 and see people standing by your boyfriend's car?

21  A. Nobody was standing there.

22  Q. Okay.  So you did --

23  A. I was in the window.  When I was in the

24 window looking at him getting in the car, there was

000499

1  nobody there.

2      Q.    What about before he got in the car?

3      A.    No, because where he parked his car, it

4  was over here (indicating).  He's not, you know, no

5  where -- he was -- he walked to Kedzie, there's a

6  little street, McLean.

7      Q.    This (indicating) is your boyfriend,

8  right?

9      A.    Right.  And he parked the car on the

10 corner.

11     Q.    Could you see the car from your window?

12     A.    Yes.

13     Q.    And so before your boyfriend left,

14 there was never an occasion where you looked out

15 the window and saw people standing by his car?

16     A.    No.

17     Q.    Is it possible that the shooting

18 occurred at 5:00 o'clock in the morning as opposed

19 to 3:00 o'clock in the morning?

20     A.    I don't know.

21     Q.    So you think it was at 3:00 o'clock,

22 but you're not sure?

23     A.    I don't know.  I think it was around

24 3:00 o'clock, but I wouldn't know.  I wasn't

41

1   looking at the time.  For me, I thought it was

2   3:00 o'clock because it was dark.

3       Q.    Okay.  But if other witnesses and other

4   people said it was 5:00 a.m., you wouldn't dispute

5   that?

6       A.    I wouldn't, you know, because I really

7   didn't know.  I wasn't looking at the clock.

8       Q.    Okay.  Did you hear any voices or

9   anybody say anything at the time you heard the

10  shots either just before or just after?

11      A.    No.

12      Q.    So you didn't hear any screams or

13  anything?

14      A.    No.

15      Q.    And you didn't actually see the

16  shooting?

17      A.    I didn't see no -- you know, I hear the

18  shotguns, but whatever.  But no.

19      Q.    Nothing.  Do you remember if you saw

20  anybody at the intersection -- on any of the corners

21  of Kedzie and Armitage?

22      A.    There was some people like always

23  there.  There was always people on the corner.

24      Q.    Do you remember which corner?  Was it

000501

42

1    the northwest, northeast?

2        A.    Where the currency exchange is at.

3        Q.    So there are always people --

4        A.    Yeah, because there was a bar there.

5    It's like a -- like a liquor store or something a

6    little further down Armitage.  So usually there be

7    a lot of people around there.

8        Q.    And do you remember specifically shortly

9    before the shooting, did you see people in front of

10   the liquor store?

11       A.    I didn't see the liquor store from

12   right there.  I see the corner where there's people

13   in the corner.  Yeah, there's always been people

14   there.

15       Q.    All right.  And I understand.  I want

16   to make sure.  At the time of the shooting, you

17   remember shortly before seeing people on that

18   corner?

19       A.    When I came out the window to look at

20   my boyfriend, there was some people in the corner.

21   I didn't pay no attention, because I was looking at

22   my boyfriend.

23       Q.    Boyfriend.  Sure.

24             Do you remember anything about the

1 people that you saw on the corner?

2     A.    No.

3     Q.    Had you -- were you under the

4 influence -- were you under the influence of drugs

5 or alcohol at the time you heard the shooting?

6     A.    No.

7     Q.    Had you taken any kind of drugs or

8 alcohol that day at all?

9     A.    Nothing.

10     Q.    At what point did you become aware that

11 somebody had been shot?

12     A.    The next day.

13     Q.    And how did you find out?

14     A.    The lady upstairs told my mom.

15     Q.    And did the lady upstairs -- at that

16 point did you know who it was that had been shot?

17     A.    Because she said her husband got shot.

18     Q.    Are you sure it was the next day?

19 Could it have been a couple of days?

20     A.    No, I think it was the next day,

21 because she was crying.  I think it was the next

22 day.  I don't know.  I can't really remember.  I'm

23 thinking.  I can't remember.  I don't know if it

24 was the next day.  Probably was the next day.

000503

44

1       Q.    But at some point, you became aware

2  because she told your mother and she was upset,

3  right?

4       A.    Yeah, she was crying.

5       Q.    Do you remember ever talking to anybody

6  about anything -- about hearing the shots, anybody

7  in the neighborhood?

8       A.    No.

9       Q.    So when your mom told you that the

10  neighbor had told her that her husband had been

11  shot, you didn't say, Oh, you know, I heard the

12  shots last night?

13       A.    Well, I told my mom in the morning, but

14  that was it.  We didn't know who it was.  Mommy,

15  did you hear some shot last night?  She say no.

16  That was it.

17       Q.    Was that the only time that you lived

18  at 2017 North Kedzie where you ever heard gunshots?

19       A.    That was the only time?

20       Q.    Was it the only time, that's what I'm

21  asking.

22       A.    No.

23       Q.    You've heard them before?

24       A.    Um-hmm.  Yes.

000504

1      Q.    Can you give me some idea of how many

2  times before? I mean, was it a frequent occurrence,

3  a rare occurrence?

4      A.    It usually happens mostly all the time.

5      Q.    Fairly regularly?

6      A.    Yes.

7      Q.    At some point do you remember talking

8  to anybody else who lived with the victim about

9  what you heard or what you saw the night of the

10  shooting?

11      A.    No.

12      Q.    At some point did you talk to the

13  police?

14      A.    No. The police came to my house.

15      Q.    Okay. So you did talk to the police?

16      A.    Yeah.

17      Q.    At your house, right?

18      A.    They came to my house.

19      Q.    All right. Tell me about that. Do you

20  know how long after the shooting it was?

21      A.    I don't remember.

22      Q.    If I told you the police reports

23  indicated it was August 19th?

24      A.    I can't remember the date.

46

1    MS. LISKOW:  What was the date of the
2  shooting in relation to the -- it might help if it
3  had a relationship to the day of the shooting.
4    MS. CLIFFE:  Go off the record real quick.
5          (Discussion off the record.)
6  BY MS. CLIFFE:
7    Q.    The reports indicate that you were
8  interviewed by the police on August 22nd, which
9  would be three days after the shooting.  Does that
10  sound right, or could that be right?
11    A.    Could that be right?  I don't know.  I
12  can't remember.
13    Q.    All right.  Tell me slowly and in as
14  much detail as you can remember about the arrival
15  of the police and your conversations with them.
16    A.    Well, they went to my house, they tell
17  me they need to ask me some questions.  The officer
18  told me that he knows that I knew what happened,
19  that they saw me in the window, and he needed to
20  take me to the police station for questions.
21    Q.    They need to take you to the police
22  station for what, I'm sorry?
23    A.    To question me about the shooting.  And
24  I go, But I don't know nothing about the shooting.

47

1    I didn't see anybody.  Yeah, I need for you to see

2    some pictures to see if you recognize people here.

3    And they took me.

4         Q.    So then you went to the police station?

5         A.    Yes.  And he told me that if I didn't

6    go, they were going to take my kid away from me.

7    That he was going to DCFS to take my son away from

8    me.  So I got scared, and I left.  And I left.

9         Q.    How old was your son?

10        A.    Well, he was -- I don't know.  I can't

11   remember.  I don't know.

12        Q.    Well, like six, seven?

13        A.    I don't know.

14        Q.    When I asked you earlier, you said he

15   was born in 1998?

16        A.    Yep.  1988.

17        Q.    1988.

18        A.    Yes.

19        Q.    Okay.  I got that wrong too.

20        A.    He's 20, he'll be 21.

21        Q.    Okay.  So anything else that you

22   remember being said before you left for the police

23   station?

24        A.    Just that.

000507

1      Q.    Okay.  So you went in the squad car

2 with the officer to the police station?

3      A.    Yes.

4      Q.    Was there more than one officer in the

5 squad car, or just you and the officer?

6      A.    I don't remember.

7      Q.    Do you remember if the conversation

8 that you're with the officers back at your house,

9 did that occur through the door?

10     A.    Through the door.

11     Q.    They didn't enter your apartment?

12     A.    No.

13     Q.    And you remember primarily having the

14 conversation with this one particular officer.  Was

15 there another officer there with him?

16     A.    I don't remember.

17     Q.    Do you remember the officer's name?

18     A.    No.  I know he's a Spanish guy, but ...

19     Q.    Can you describe him for me?

20     A.    He was wearing glasses, that I remember,

21 and he had a mustache and a little beard.  I don't

22 know if he had a beard then, but I think he had a

23 little bit right here under his (indicating) --

24     Q.    Like a little goatee maybe?

```
 1        A.    Um-hmm.

 2        Q.    Do you remember what color his hair was?

 3        A.    To tell you the truth, I don't know.

 4        Q.    Okay.  Do you remember, was he heavyset,

 5   thin?

 6        A.    He's chubby, you know, his face is kind

 7   of chubby.  He was like my color, complected.

 8        Q.    How did you know he was a Spanish guy?

 9        A.    He spoke to me in Spanish.

10        Q.    So when he talked to you, he talked to

11   you in Spanish?

12        A.    Um-hmm.

13        Q.    Okay.  All right.  So I want to go back

14   just a little bit.  Do you remember what you were

15   doing when -- I assume the police knocked on the

16   door or rang your doorbell.  Do you remember what

17   you were doing?

18        A.    I don't remember.

19        Q.    Do you remember who was at your house?

20        A.    My mom, the whole family.

21        Q.    So that would be your mom, your brother,

22   and your sister, right?

23        A.    Yeah.

24        Q.    Do you remember what time of day it was?
```

000509

1    A.    No, I don't remember.  Probably in the

2  afternoon, but I can't remember the time.

3    Q.    And so you opened the door.  Do you

4  remember, were you the one that answered the door,

5  or did somebody answer the door?

6    A.    I can't remember either.

7    Q.    Do you remember what -- when you talked

8  to the police officers, was there anybody -- like

9  was your mom there with you, brother or sister, or

10  was it just you?

11    A.    Me.

12    Q.    Just you?

13    A.    Um-hmm.  Yes.

14    Q.    Do you remember what the officer said

15  to you right after you opened the door?

16    A.    They asked me if I was Evelyn Diaz.

17    Q.    Okay.  And you said?

18    A.    Yes.

19    Q.    What did they say next, if you remember?

20    A.    And they said that -- they said that

21  I witnessed a murder or something.  I said I never

22  witnessed anything.  And he said that he needed for

23  me to go to the station, they need to ask me some

24  questions and show me pictures.

51

1    Q.    And was that when they told you that

2  they knew that you knew what happened?

3    A.    Yes.

4    Q.    Now, I believe you said earlier that

5  they saw you in the window.  Do you know who it was

6  that saw you?

7    A.    I don't know.  That's what they told

8  them, that they saw me in the window.  The officer

9  told me that someone told him that they saw me in

10  the window.  And I was like, wait a minute, who

11  could have seen me in the window at that time?

12    Q.    Okay.  So they told you that they

13  needed you to come down to the station and look at

14  photographs?

15    A.    Yeah, and to ask questions.

16    Q.    And what did you say when they told you

17  they needed you to come to the station?

18    A.    I say, For what?  Because I didn't know

19  nothing.

20    Q.    And then what did they say?

21    A.    That they still need for me to go with

22  them -- with him.

23    Q.    And, again, there may have been another

24  officer, but you don't remember?

52

1      A.    I don't know.  I don't know if there
2 was another one.  I remember the guy.
3      Q.    And then what happened?  Did you go?
4      A.    Yes.
5      Q.    Okay.  Do you remember any other
6 conversation before you got in the squad car?
7      A.    He say that I have to go, because if I
8 don't go, that he was going to DCFS, because he say
9 that I know what happened.  And I said I didn't
10 know what happened.
11      Q.    So he told you again that he knew you
12 knew what happened --
13      A.    Right.
14      Q.    -- and if you didn't go with him, he
15 was going to call DCFS?
16      A.    Yes.
17      Q.    Okay.  And what happened, or what was
18 said next?
19      A.    That's it, and we went to the station.
20      Q.    Did you grab your purse or anything
21 before you left?  You just walked out and closed
22 the door?
23      A.    I -- you know, I just told my mom that
24 I was going to go over there and they were going to

1 take me there.

2      Q.      Was your son home at the time?

3      A.      Yes.

4      Q.      Did your mom ask you why you needed to

5 go to the police station?

6      A.      Um-hmm.  Yes.

7      Q.      And what did you tell her?

8      A.      I told her what they told me, that they

9 say that they knew that I know something.  And I

10 say to my mother, I didn't know anything.

11      Q.      All right.  Do you remember, did you

12 travel to the police station in a squad car?

13      A.      I don't remember.

14      Q.      Do you remember whether you drove

15 yourself, or they gave you a ride?

16      A.      I can't remember.  I don't know if they

17 took me or I took myself.  I don't know.  I can't

18 remember.

19      Q.  .  All right.  So it would be safe to say

20 then you don't remember any further conversations

21 with the officers until you arrived at the station?

22      A.      Right.  Exactly.

23      Q.      Okay.

24      A.      Then I didn't talk anything else until

000513

1    I was in the station.  I don't know anything else.

2         Q.    All right.  Do you remember any other

3    statements or anything other than what we've talked

4    about while you were talking to the officers at

5    your apartment?  Have we talked about everything

6    they said to you and everything you said to them?

7         A.    Yes.

8         MS. CLIFFE:  Okay.  So if we could take a

9    break real quick, I just want to go warm my coffee.

10                    (Recess taken.)

11   BY MS. CLIFFE:

12        Q.    First, have you ever gone by the last

13   name Alicea?

14        A.    Evelyn Diaz Alicea, but that's my

15   mother's last name.  I never --

16        Q.    You don't use it?

17        A.    No.

18        Q.    Okay.

19        A.    Um-hmm.

20        Q.    I have your witness check here.  I

21   think I'm going to --

22        A.    Evelyn Diaz Alicea, that's what my

23   Social Security say.  Evelyn Diaz Alicea, I usually

24   go by Evelyn Diaz.

1      Q.    All right.  Well, I'm going to go ahead

2  and give this to you.  It's your witness fee for

3  being here today.  Is it okay if it's made out to

4  Evelyn Diaz?

5      A.    Yeah, that's fine, because in any

6  currency exchange, they use Evelyn Diaz.

7      Q.    As long as it won't cause any problems

8  for you to deposit or cash it?

9      A.    Okay.  Thank you.

10      Q.    On August -- well, when the police

11  officers arrived at your apartment, you don't know

12  who it was that they had talked to to get your name

13  or whether you're heard or seen anything.  You

14  don't know who it was that gave them information

15  that led them to you?

16      A.    No.

17      Q.    Okay.  Do you know anybody by the name

18  of Jesus Rodriguez?

19      A.    No.

20      Q.    Do you know if anybody other than the

21  victim and his wife lived in the apartment above

22  you?

23      A.    I don't know because we didn't have

24  no -- my mom's the one that was always talking to

1    his wife, and I don't even remember his wife's name.

2    So I don't know.

3          Q.    So you don't know if they had any

4    children that lived with them or other family?

5          A.    No, I don't remember nothing like that.

6          Q.    All right.  If the police report

7    indicates that they met with you in your neighbor's

8    apartment as opposed to your own, that's not how

9    you recall it?

10          A.    It was in my door.  They went to my

11    door.

12          Q.    So it would not be true that they met

13    with you in your neighbor's apartment?

14          A.    No.

15          Q.    What about if the police report

16    indicates that you told the officer that around

17    4:45 in the morning, you heard a loud noise outside

18    and looked outside and saw three men standing by

19    your boyfriend's car, that's also not true?

20          A.    That's not true.

21          Q.    And if the report went on to indicate

22    that you described each of the three gentlemen,

23    that would be false?

24          A.    That's false.

000516

57

1       Q.    You didn't provide any kind of

2 description?

3       A.    They showed me pictures, they told me

4 that was the guy.

5       Q.    That's at the police station, right?

6       A.    Yes.

7       Q.    Okay.  So I'm just talking about the

8 conversation at your house or your neighbor's house.

9       A.    Oh, okay.

10      Q.    Okay.  So and then we'll move on to

11 that.

12      A.    Okay.

13      Q.    Trying to keep it kind of linear.

14      A.    Okay.

15      Q.    So no, you didn't provide any kind of

16 identification --

17      A.    No.

18      Q.    -- or description?

19      A.    No.

20      Q.    And if you told -- if the report

21 indicates that you told the officer that you yelled

22 out at the gentlemen and they ran off and then your

23 boyfriend went to move his car, that also wouldn't

24 be true?

000517

58

1    A.    That's not true.

2    Q.    If the report indicates that you saw

3 the victim come out of his building on his way to

4 work and you said hello to the victim, that

5 wouldn't be true?

6    A.    No.

7    Q.    You specifically remember that you

8 didn't see him leave?

9    A.    No.

10    Q.    So that's a yes, you specifically

11 remember that you didn't see him leave?

12    A.    I didn't see him leaving.

13    Q.    And you didn't say hello to him?

14    A.    No.

15    Q.    Do you know what a fire plug is?

16    A.    What is that?

17    Q.    I'm asking you.  Do you know what it is,

18 or no?

19    A.    No.

20    Q.    Okay.  And if the police report

21 indicates that you remember watching the victim

22 cross Kedzie Avenue and sit on a fire plug, maybe

23 a fire hydrant, something like that, that would

24 also not be true?

000518

A.    I never seen him, no.

Q.    Did you ever provide any kind of a description to the police officers of the people that you saw standing in front of the liquor store shortly before the shooting?

A.    No.  No.

Q.    No?  Did you ever tell the officers that the people -- that you heard the people standing in front of the currency exchange shortly before the shooting, that you understood them all to be Latin Kings?

A.    No, because -- no.  How would I know?

Q.    And did you ever tell the officers that you recognized one of the people standing on the corner to be a local hooker?

A.    What?  No.

Q.    Did you ever tell the officers that you looked away from the window for three or four minutes and that's when you heard the gunshots?

A.    No.

Q.    No?  Did you ever look away from the window?

A.    I was looking at my boyfriend.

Q.    So --

60

1    A.    When he got in the car, that's when the

2 shooting, I looked to the side, and that's it.

3    Q.    When --

4    A.    When my boyfriend left, I closed the

5 window, and I went to sleep.

6    Q.    Okay.  So you didn't ever look away

7 from the window?  You stayed looking out the window

8 from the time your boyfriend left until the time

9 you heard the shots thereafter, and then you went

10 to bed?

11    A.    Yeah.  I didn't see nothing abnormal,

12 you know.

13    Q.    So if the police report indicates that

14 you looked out your window and saw Mr. Rodriguez

15 laying on the ground, that would not be true?

16    A.    That's not true.

17    Q.    Now, I believe you testified earlier

18 that you -- when you looked out your window, you

19 could see all four corners of the intersection of

20 Armitage and Kedzie?

21    A.    Exactly.

22    Q.    And that you were looking out your

23 window at the time the shooting occurred?

24    A.    I was looking at my boyfriend leave.

61

1      Q.    Right.  But through the window, correct?

2      A.    Yes.

3      Q.    And was he -- where was he -- when you

4 looked out your window, where was the intersection?

5 Was it straight ahead? Was it to the right or to

6 the left?

7      A.    It was on the right side.  My

8 boyfriend's car was on the left side.

9      Q.    Right.  So you were looking away?

10     A.    Right.  I was looking that way

11 (indicating).

12    MS. LISKOW:  Can I interject that you're --

13 the witness's hands were not -- were indicating, I

14 think, different than what you said.

15    THE WITNESS:  My window is right here

16 (indicating).  The intersection -- I'm sitting on

17 my window right now.

18 BY MS. CLIFFE:

19     Q.    Right.  Looking out?

20     A.    Looking out.  The intersection is right

21 here on my left side from the building.

22    MS. LISKOW:  Okay.  If that's what you said.

23    THE WITNESS:  On the left side, and my

24 boyfriend is right here (indicating).  This is the

000521

62

1   right side, the corner, across the street.

2   BY MS. CLIFFE:

3       Q.    So you were looking in the opposite

4   direction from where the intersection was?

5       A.    Yes.   This is the street (indicating),

6   I'm right here in this building (indicating).   You

7   have to cross the street.

8       Q.    That's going to be really difficult

9   for her to take down and make a lot of sense.   It's

10  okay.   For my purposes, what I'm mostly interested

11  in is the intersection was in the opposite

12  direction of where your boyfriend was leaving?

13      A.    Right.   Yes.

14      Q.    So were actually looking in the

15  opposite direction?

16      A.    Yes.   I was looking this way (indicating)

17  instead of looking that way (indicating).

18      Q.    Do you think if while you were looking

19  out the window and somebody had been shot and

20  killed in the intersection, that you would have

21  turned to look at it?

22      A.    I don't know.

23      Q.    When you heard the gunshots, did you

24  look around to see where they came from?

1      A.      Well, I looked, but I didn't see

2  nothing, nothing abnormal.  So I kept on looking at

3  my boyfriend.

4      Q.      Do you remember if you looked around,

5  if you looked at the intersection of Armitage and

6  Kedzie?

7      A.      Yeah, I looked.

8      Q.      And you didn't see anything?

9      A.      The same people there.  There was some

10 people on the corner.

11     Q.      Okay.  They were still there?

12     A.      Yeah.

13     Q.      But you didn't see anything else?

14     A.      Nope.

15     Q.      All right.  And then if the police

16 report indicates that the photographs -- you did

17 testify you looked at some photographs?

18     A.      They showed me some photograph at the

19 police station.

20     Q.      Police station, right.

21             Okay.  So if the police officers

22 indicate that they showed you the photographs

23 in your apartment building, not necessarily in your

24 apartment, but at your apartment building, that

64

1   would be incorrect?

2        A.   No, that's not right.

3        Q.   So when you arrive at the police

4   station, tell me now as best you can recall what

5   happened when you arrived there.

6        A.   I don't remember, just officers showing

7   me a book of pictures.

8        Q.   Do you remember where in the police

9   station you were?  Were you on the main floor?

10  Second floor?

11       A.   I can't remember.

12       Q.   Do you remember, were you like sitting

13  in a direction, or did they put you in a room?

14       A.   It's in a room.  It was in a room.

15       Q.   Do you remember, was there anybody else

16  in the room with you?

17       A.   I can't remember.  I know I saw the

18  police, but I can't recall -- if somebody was there,

19  I can't remember.

20       Q.   Okay.  And at some point the police

21  officer or officers brought you a book while you

22  were in the room?

23       A.   Yeah, the police officer, the Spanish

24  guy.

000524

1    Q.    Just one?

2    A.    Um-hmm.

3    Q.    And then did you look through the book?

4    A.    He was showing me some books.  What

5  about him?  Do you know him?  Was that the one?

6  And I say, No.  I don't know.

7    Q.    So the officer stayed with you while

8  you looked through the books?

9    A.    Yeah.

10    Q.    Do you remember any conversation that

11  you may have had with this officer or any other

12  officer between your house and looking through the

13  book?

14    A.    No.

15    Q.    Okay.  So you don't remember being

16  led through the police station and having any

17  conversation or --

18    A.    No.  I don't know if I was with them

19  or by my own.  I don't know.  I can't remember.

20    Q.    Do you remember having any conversation

21  with them in the room before they brought in the

22  books?

23    A.    No.

24    Q.    All right.  So pretty much the first

66

1  thing you do remember after you left your house was

2  you're in a room with --

3          A.      Looking at this book.

4          Q.      With the Spanish officer --

5          A.      With pictures.

6          Q.      -- right?

7          A.      Um-hmm.

8          Q.      And you don't remember if there was

9  anybody else there with you?

10         A.      I can't remember.

11         Q.      Okay.  I'm just here to find out what

12  you do remember.

13         A.      Yeah, but I don't remember that.

14         Q.      Well, and that's okay.  That's I'm

15  saying is, in fact, if you don't remember, I'd

16  prefer you tell me if you don't remember.

17         A.      Exactly.

18         Q.      I might ask a couple questions to

19  jog your memory.  It's important if you don't

20  remember for sure, then you let me know.

21         A.      Right.

22         Q.      All right.  So you're looking through

23  the photographs.  And he said, What about him, do

24  you know him?

000526

67

1     A.    Um-hmm.  Yes.

2     Q.    Did he do that more than once or was it

3 just one time?

4     A.    More than once.

5     Q.    Do you remember how many times he said

6 that?

7     A.    I can't remember.  It was more than

8 once, but I can't ...

9     Q.    And when he'd say it, was it regarding

10 different photographs?

11     A.    No, it was that guy, some guy with --

12 a dark-complected guy.  I can't remember his face

13 because I can't picture his face right now.

14     Q.    Okay.  So the officer said, "What about

15 him, do you know him, more than once, but it was

16 all about the same photograph?

17     A.    Yes.

18     Q.    Do you remember how many photographs

19 you're looked at?

20     A.    No, I can't remember.

21     Q.    Do you remember how many photographs

22 were on each page?

23     A.    No.

24     Q.    Of the book, I should have said.

000527

1  　　　　　All right.  So at some point you

2  turned, you know, I assume, the pages of the book?

3  　　　A.　　Yeah, I was turning the page.

4  　　　Q.　　And was that the first thing the

5  officer said with regard to that photograph, What

6  about him, do you know him?

7  　　　A.　　Do you know him?  He pointed at the

8  picture.  And I go, No, I don't know him.  Have you

9  seen him before?  Yes, I seen him, but it doesn't

10 mean that I know him.

11 　　　Q.　　Where else had you seen him?

12 　　　A.　　Well, around -- around Armitage and

13 Kedzie, around there.  Because I had to go to

14 Walgreens, I had to go to Fotoria.  So yes, I seen

15 him around there.  I don't really pay attention

16 to the guys around there, you know, just looked at

17 him, keep on going.

18 　　　Q.　　So you told the officer, Yes, I've seen

19 him, but that doesn't mean I know who he is?

20 　　　A.　　Right.

21 　　　Q.　　And what did he say back?

22 　　　A.　　Then how come I don't know.  I have to

23 know who he is.  I said, I don't know, I never

24 spoke to the guy.  But you seen him?  Yes, I seen

000528

1   him, but it doesn't mean I -- you know, like I seen

2   him, like anybody from your neighborhood, you know.

3        Q.    Sorry.  I'm trying to catch up.

4              All right.  Do you remember what was

5   said, if anything, next?

6        A.    No.

7        Q.    What do you remember happening next?

8        A.    I can't remember anything.  He just

9   told me that -- what I just said, that if I know

10  him.

11       Q.    All right.  So you don't remember any

12  further conversation with the officer in the room

13  with the photographs?

14       A.    It's only that -- it had to be him,

15  do you know him?  He's the one who did what he's

16  supposed -- he shot somebody.  He shot somebody.

17  I go, What?  I don't know who he is.  Was he there?

18  He asked me if he was he there that night of the

19  accident, of the -- whatever happened.  And I said,

20  I don't know.  I don't know.  I never saw him.

21  Only around the neighborhood, but I can't say that

22  I saw him there, because I didn't.

23       Q.    Did he say, This is the guy that --

24       A.    Yeah, was he the guy.

1    Q.    He asked you, Was he the guy?

2    A.    Yeah.  I go, I don't know.

3    Q.    Did he at any point tell you that he

4 was the guy?

5    A.    He told me, He's the guy, right?  He's

6 the guy?  I go, I don't know.

7    Q.    He said, He was the guy, right?

8    A.    Yeah.  And I say, I don't know.

9    Q.    And is that then when you told him that

10 you couldn't say that you saw him there because --

11    A.    I didn't see him.  You know, there was

12 people there, but I can't say that it was him, one

13 of them.  I can't make nothing up.

14    Q.    Had the officer or officers asked you

15 at any point to describe the people you saw on the

16 street corner?

17    A.    They asked me that, but I said I

18 couldn't describe them.  How would I?  I was not

19 even paying attention to the people on the corner.

20 I was paying attention to my boyfriend.

21    Q.    What were -- I'm going to go back real

22 quick.  What were you and your boyfriend doing

23 right before you left?  Were you sleeping?  Were

24 you making out?

71

1      A.     Making out.

2      Q.     Okay.  So back to the police station.

3  All right.  Any other further conversation between

4  you and the officer that you recall?

5      A.     I don't remember.

6      Q.     Okay.  Did he ever threaten to arrest

7  you?

8      A.     No.  I was there, he was telling me

9  that I better say who it was -- if I know that that

10  guy was the one, that I better say if it was him.

11  Otherwise, he would take me to jail, he would take

12  my son away from me.

13      Q.     He told you that in the room now?

14      A.     Yeah.

15      Q.     So he told you that at your door in

16  addition to in the room?

17      A.     Yeah, and I started crying.  I started

18  crying because I say I didn't know the guy.  What

19  am I supposed to say if I don't know the guy?  Oh,

20  but you say you saw him.  I seen him before, but I

21  never say that I saw him that night.

22      Q.     All right.  Any other threats that the

23  officer made --

24      A.     That's it.

000531

72

1      Q.    So he told you if you know this is the

2 guy, you better say so, or we're going to take your

3 son away?

4      A.    Um-hmm.

5      Q.    And you, in response --

6      MS. LISKOW:  Objection.  I think that

7 mischaracterizes her testimony.

8 BY MS. CLIFFE:

9      Q.    Is that what he told you?

10     A.    What?

11     Q.    If you know this is the guy, you better

12 say it, or we'll take your son away?

13     A.    Yep.

14     Q.    And you said -- and that's when you got

15 upset, you started crying?

16     A.    Started crying.  I said, No, I'm not

17 going to say because I didn't see the guy.

18     Q.    And what happened next?  Do you

19 remember, did they let you go?

20     A.    I was crying.  I was crying.  I was

21 upset, and they finally let me -- let me leave.

22     Q.    Did you ever see the Spanish police

23 officer again after that?

24     A.    Yes.

000532

1      Q.     Now, was it before you went to court?

2      A.     No -- yeah, I went to court, but after.

3  After, years after.  Two years after, I think.  I

4  don't know.  And I got scared.  And I ran away

5  like, you know, I don't want him to see me.

6      Q.     And so you never identified anybody

7  from the photographs as being at the corner of

8  Armitage and Kedzie?

9      A.     He told me to say who was that guy, if

10  I knew him.  And I say, I don't know.  I seen him,

11  but I never knew him.  Do you know this guy?  I

12  said, I seen him, but I don't know him.

13      Q.     Okay.

14      A.     So that's the only thing I said.  I

15  never said, Yeah, it was the guy.  I never said

16  that.

17      Q.     Okay.  Because, in fact, you hadn't

18  seen anybody at the corner?

19      A.     Exactly.  I didn't see nobody.

20      Q.     All right.  So what was the next

21  involvement that you're with either the officer

22  or the prosecution against anybody?  Tell me what

23  happened next.

24      A.     Next after that, I thought everything

000533

1   was over, they send me -- they subpoenaed me to go

2   to court.

3        Q.    Do you remember who it was that

4   subpoenaed you to go to court?

5        A.    No, I can't remember.

6        Q.    So you don't remember if it was --

7        A.    I don't remember what court.  I don't

8   remember nothing.

9        Q.    And you don't remember if it was the

10  defendant or the state?

11       A.    I don't know.

12       Q.    And as you sit here today, you don't

13  know who Luis Serano is?

14       A.    Serano?

15       Q.    Luis Serano, you don't know who that is?

16       A.    No.

17       Q.    If I tell you he was the person who was

18  charged with murdering Raul Rodriguez that night,

19  would you have any basis to disagree with that?

20       A.    Like what?  Like I don't understand.

21       Q.    Well, I'd like to refer to the criminal

22  defendant in the case by his name, which is Luis

23  Serano.

24       A.    Right.  But I didn't know that was the

1    guy's name at that time or nothing.

2          Q.    Right.  And as you sit here today, you

3    still don't, correct?

4          A.    Right.  They call and tell me, Who is

5    Luis Serano?  I said, I don't know.

6          Q.    What I'd like you to understand is

7    I may use his name, Luis Serano.  I'm referring

8    to the same person charged and arrested for the

9    shooting.  Okay?

10         A.    Okay.

11         Q.    And I understand you don't know that to

12   be the case.

13         A.    Right.

14         Q.    But I'm going to try and use criminal

15   defendant or arrestee, but if I slip up, that's who

16   I'm talking about.

17         A.    Oh, okay.

18         Q.    All right.  So tell me about when you

19   were subpoenaed to go to court.  And did you talk

20   to anybody before you reported to court?

21         A.    No.

22         Q.    Nobody called you or contacted you?

23         A.    No.  They send me a letter, and I went

24   to court.

1    Q.    Do you remember who sent you the letter?

2    A.    I don't remember.

3    Q.    Okay.  So do you remember --

4    A.    I was scared to go to court because I

5 didn't know what it was about.

6    Q.    And so you just reported.  Did you

7 think it was maybe something that you were in

8 trouble for?

9    A.    I don't know.  I just went to court

10 because they say it was a subpoena.  If I wouldn't

11 go to court, something could happen.  So I got

12 scared and I went.

13    Q.    Okay.  And so what happened when you

14 got there?

15    A.    When I got to court, that's when I

16 found out it was the same case that I went to the

17 police station about.

18    Q.    How did you find that out?

19    A.    Because the detective was there.  I saw

20 him there.

21    Q.    So you just figured out from his

22 presence at the courthouse that it was the same

23 case?

24    A.    Yes.

1     Q.   Did you ever ask anybody? Did anybody

2 ever tell you it was the same case?

3     A.   No. Then when they told me, they put

4 me in this room, they told me that they were going

5 to call me to the front to say whatever I know, to

6 testify whatever I know.

7     Q.   Now, you said they put you in a room?

8     A.   Um-hmm.

9     Q.   Do you remember who it was that put you

10 in the room?

11     A.   I don't remember.

12     Q.   Was it a man or a woman?

13     A.   I can't remember.

14     Q.   You don't remember if it was one person

15 or more?

16     A.   I don't remember.

17     Q.   Was it a Chicago police officer? You

18 don't remember?

19     A.   No. It was person dressed like anybody,

20 you know. They just told me that they have me in

21 the room. And from there, they're going to call me

22 and to go and testify in court.

23     Q.   Was it the Spanish officer that put you

24 in the room and told you you were going to testify?

78

1    A.    No.

2    Q.    It wasn't him?

3    A.    No.

4    Q.    Do you remember if it was with the

5  people who put in the room and told you that you

6  were going to testify?

7    A.    I can't remember.

8    Q.    Okay.  Do you remember what the Spanish

9  officer was wearing when you saw him in court?

10    A.    No.

11    Q.    Okay.  So they put you in the room,

12  they told you they were going to call you up there

13  to ask what you know?

14    A.    Exactly.

15    Q.    What did you say in response?

16    A.    That I didn't know anything.  And they

17  say, No, that's not what you say.  They're saying

18  that you know whoever killed whoever.  I said, I

19  didn't know nothing.

20            So I started crying again because I

21  got nervous.  How they going to tell me something

22  and I'm not even know what was going on?  So I went

23  and testify and I say the truth, that I don't know.

24    Q.    You did testify and say you don't know?

000538

79

1      A.    I say I didn't know.  I didn't know who

2  the guy was.  They asked me if I knew him.  I don't

3  know him.  I don't know him.  I seen him.  Seen him

4  and talked to him or know him is different.

5      Q.    So you testified that you knew him from

6  the neighborhood, but you didn't know --

7      A.    Seen him.

8      Q.    You seen him in the neighborhood, but

9  you didn't know if he was on the corner the night

10  of the shooting?

11      A.    I don't know.  I don't know.  No, I

12  couldn't describe anybody because I was not paying

13  attention to whatever is going on on the corner.

14      Q.    And that's what you told them when you

15  testified?

16      A.    Yeah.  I don't -- yeah.  I told them I

17  don't know anything.  I told the person who is

18  going to take me in, I don't know nothing.

19      Q.    And so did you -- whoever it was that

20  put you in the room, they then led you to the stand

21  anyway?

22      A.    I don't know if I went to the stand.  I

23  know that I swear.

24      Q.    You were sworn in?

80

1       A.    But I don't know.

2       Q.    And when you were talking about that

3 you're seen -- let me ask you this:  The gentleman

4 that they were asking you to say that you knew had

5 been at the scene, was that the same gentleman that

6 the Spanish officer was pointing to in the photo

7 book?

8       A.    Who?

9       Q.    You remember earlier when you talked

10 with seeing the photograph and Spanish officer --

11      A.    Um-hmm.

12      Q.    -- pointing at the one photograph?

13      A.    Right.

14      Q.    Do you know, was that the same person

15 that they were trying to get you to say you knew

16 when you were on the stand?

17      A.    I didn't see nobody there.  The guy,

18 whoever it was accused, the guy who was getting

19 accused, I never saw him in court.

20      Q.    You -- he wasn't there?

21      A.    I never saw him.

22      Q.    Do you remember when you testified, when

23 you were sworn in, do you remember if there was a

24 judge there?

81

1    A.    I don't remember.

2    Q.    You don't remember if there was a judge?

3 Do you remember if it was in a courtroom or --

4    A.    I know I was in court, because I went

5 to court.  But I don't know.  I don't remember.  I

6 seen the judge.  I don't know.  I was so nervous

7 that I can't --

8    Q.    Is it possible it was in an office room

9 like this?

10    A.    No, it was a court.  It was a court,

11 but I don't know where.  I don't know where it was.

12 I don't know.  I can't remember.

13    Q.    All right.  So -- and you didn't see

14 the criminal defendant, so the people who put you

15 in the room and told you you should talk about what

16 you know, I mean, I guess I'm trying to make the

17 leap from how did you know that it had anything to

18 do with the shooting case?

19    A.    Because they were asking me about what

20 happened that night.

21    Q.    The night you heard the gunshots?

22    A.    Yeah.

23    Q.    Okay.

24    A.    That's how I found out.  Then I saw the

1  detective. And I go, Wait a minute. But I thought

2  this was over with, you know. And in the police

3  station, I never knew that I was going to be called

4  to go to court.

5      Q.    And you think this was about two years

6  after the shooting?  How long was this after the

7  shooting?

8      A.    The court?

9      Q.    Yeah.

10      A.    I don't know.

11      Q.    You don't know?

12            Do you know how long ago it was from

13  today?  Was it five years ago?

14      A.    I don't know.  No, I don't know.

15      Q.    Was it less than five years ago?

16      A.    I wouldn't know.  I can't remember.

17  I left that out of my mind years ago.

18      Q.    Okay.  So then you did get on the

19  stand, you did testify that you saw him in the

20  neighborhood, but you didn't know if he was there

21  because you didn't see anybody there?

22      A.    Exactly.  I don't know.

23      Q.    Do you remember anything else about

24  your testimony?

1        A.    No, I don't remember anything else.

2        Q.    Do you remember being asked questions

3 by more than one person?

4        A.    No.  They just -- I was like right away

5 out.

6        Q.    Okay.  And then you left the courthouse?

7        A.    Yes.

8        Q.    Did you have any other conversations

9 with anybody else at the courthouse?

10       A.    No.

11       Q.    Did you ever have a conversation with

12 the Spanish officer at the courthouse?

13       A.    No.

14       Q.    And you hadn't had any conversations

15 before going to court with the Spanish officer

16 since you left the police station?

17       A.    No.

18       Q.    That's correct, right?

19       A.    That's right.

20       Q.    Okay.  All right.  So what's the next

21 thing then that you remember happening with regard

22 to either this case or the Spanish officer?

23       A.    That's the only thing I know.

24       Q.    All right.  So you've never had any

1    other conversations with the Spanish officer?

2         A.    None whatsoever.  And I don't want to

3    know.

4         Q.    And other than coming here today or

5    conversations you may have had about having your

6    deposition, have you talked to anybody else about

7    looking at the photographs, the Spanish officer,

8    or the shooting?

9         A.    Some guy call me.  I don't know.

10        Q.    Right.  We talked about that earlier,

11   right?

12        A.    Besides that, no, never.  I mean,

13   I never knew about this case at all.  I never

14   remember about --

15        Q.    I'm sorry.  Have you ever talked to

16   anybody about your -- the fact that the officer

17   was trying to get you to identify somebody that you

18   hadn't seen?

19        A.    No, besides Amanda when she called me

20   to find out.

21        Q.    Okay.  So you talked to Amanda about it?

22        A.    Yeah, that he was telling me to say

23   that it was the guy.  That was it, that I was

24   scared of the guy.  I was scared of the detective.

1      Q.   All right.  And this is important.

2 We're going to go back now to your conversation

3 with the officer, because you just said that he

4 was telling you to say it was him.  But earlier you

5 testified, I think I asked you twice, that what he

6 said is, If you know this is the guy, you better

7 say it is, or we'll take your son away.  So which

8 is it?

9      A.   Right.  Okay.  When he show me the

10 picture --

11      Q.   Right.

12      A.   -- he told me, If that's the guy --

13 that's the guy?  Because if it's the guy, you

14 better say that it's the guy, because I'll take

15 your kid away from you.  I'll have DCFS take your

16 kid away from you.  That's what he said.

17      Q.   Okay.  All right.  While you were at

18 the police station, do you remember talking to

19 anybody else other than the Spanish officer?

20      A.   I don't remember.

21      Q.   Is it possible you talked to an

22 assistant state's attorney, an attorney, about

23 what you knew or what you didn't know?

24      A.   I can't recall.

000545

1    Q.    Okay.  So if an assistant state's

2  attorney states that he came to the police station

3  and interviewed you there about what you knew or

4  didn't know, that could be true and you just don't

5  remember?

6        A.    I don't remember.

7        Q.    Okay.  So it could be true?

8        A.    I don't know.

9        Q.    Okay.

10       A.    I remember only talking to the Spanish

11 guy.

12       Q.    Right.  But that's what I'm trying to

13 find out.

14       A.    But I can't remember so many years.  I

15 can't remember really.

16       Q.    All right.  What about several months

17 later?  There are indications in the report that

18 you also talked to another state's attorney,

19 another attorney, but over the telephone, about

20 what you knew or didn't know.  Do you remember

21 having that conversation?

22       A.    No.

23       Q.    Is it possible that you did have that

24 conversation and you just don't recall?

87

1      A.    No.   I never talked to anybody ever

2  since that court, after that court, nothing.

3      Q.    This probably would have been before

4  the court.

5      A.    No.

6      Q.    This would have been like in November

7  of 1995.

8      A.    I can't remember talking to anybody on

9  the phone.

10     Q.    Okay.   Is it possible you did and you

11 just don't recall?

12     A.    I don't remember.

13     Q.    Okay.   Other than seeing the Spanish

14 officer at court, have you ever seen him since?

15     A.    I saw him another time.

16     Q.    Oh, and you talked about that.   That's

17 when you ran away?

18     A.    Hell, yeah, in the park.

19     Q.    Which park, do you remember?

20     A.    Humboldt Park.

21     Q.    Humboldt?

22     A.    Um-hmm.

23     Q.    Do you remember what he was wearing?

24     A.    No, I don't remember.

000547

1    Q.    And you didn't have any interaction

2  with him?  You saw him from a distance?

3    A.    Yes, and I went the other way.

4    Q.    Did you ever have a conversation with

5  the neighbor regarding what you knew or didn't know

6  about the shooting on Armitage and Kedzie?

7    A.    No.

8    Q.    When you would see Serano -- I'm

9  sorry.  When you saw the gentleman that was in the

10  photographs, the photograph that the officer was

11  fixated on, when you saw him in the neighborhood,

12  did you understand him to be a member of a gang,

13  or no?

14    A.    I don't know if he was a gang member.

15    Q.    So you didn't know then, and you don't

16  know now?

17    A.    Right.

18    Q.    Have we discussed all of the

19  conversations you're with the Chicago police

20  regarding this incident?  We've talked about every

21  conversation you've ever had with Chicago police

22  officer regarding this incident, correct?

23    A.    Yes.

24    Q.    Do you remember on the day that the

000548

89

1   Chicago police officers came to your house, had you

2   ingested any kind of drugs or alcohol that day?

3        A.    No.  No.

4        Q.    And as far as you can recall when you

5   went to court and you were in the room and the

6   people were telling you that you were going to go

7   testify about what you knew, that's the one and

8   only time you told them that the Chicago police

9   officer manipulated you, or tried to get you to

10  identify somebody?

11       A.    I told them.

12       Q.    And have you told anybody else other

13  than that conversation?

14       A.    No.

15       Q.    And Amanda?

16       A.    And Amanda.

17       Q.    Do you remember, had you taken any

18  drugs when you testified in court?

19       A.    I don't take no drugs.

20       Q.    Okay.  Do you remember, have you ever

21  given any kind of handwritten statement relating to

22  your involvement with the Chicago police officers

23  in this case?

24       A.    No.

1      Q.    You've never written it down ever,

2 signed anything?

3      A.    No, that I remember.

4      Q.    Did you ever view any kind of lineup in

5 relation to this case?

6      A.    No, I don't remember.  No, it was only

7 that picture thing.

8      Q.    Okay.  Earlier in your testimony we

9 were talking about the two times that you've gone

10 to court.  We've talked about a Jorge Martinez, and

11 then I believe you said that the other one related

12 to this incident, I want to make sure this is what

13 we talked about, your going to court, being put in

14 the room?

15      A.    That's different, because Martinez was

16 just -- you know how you go to court to know, how

17 do you know this person, you know, like that?

18      Q.    Right.

19      A.    So like relative, you know, how we know

20 him, and things like that.  He said he was a good

21 guy, blah, blah, blah.  That's how I went to court

22 for.

23      Q.    All right.  And the other time you went

24 to court that had to do with this incident --

1    A.    Yeah, that.

2    Q.    -- we just talked about that, right?

3    A.    Yes.

4    Q.    I just want to make sure there wasn't

5 another time you went to court.

6    A.    Yes.

7    Q.    All right.  Do you know if the Spanish

8 officer ever did turn you in to DCFS?

9    A.    No.

10   Q.    You know that he didn't, or you don't

11 know?

12   A.    No.

13   MS. LISKOW:  Objection, calls for speculation.

14   MS. CLIFFE:  I'm asking her if she knows.

15   THE WITNESS:  No, I don't think so, because

16 nothing happened.

17 BY MS. CLIFFE:

18   Q.    That's my follow-up question.  Nothing

19 ever of happened that you're aware of?

20   A.    No, thank God, never.

21   Q.    And your son has never been taken away

22 from you?

23   A.    Never.  I've been a good mother.

24   Q.    That's good.  All right.  You've

1 testified that you lived in an area at least where

2 you knew that Latin Kings hung out, correct?

3      A.    Yes.

4      Q.    And you're a young child living at home

5 with you at the time?

6      A.    Um-hmm.

7      Q.    Were you ever afraid of the gang

8 activity in the neighborhood?

9      A.    Always.

10      Q.    And isn't it true that you, in fact,

11 did identify Mr. Serano, and then you were afraid

12 to stand by that identification because you were

13 afraid of gang retaliation?

14      A.    No.

15      Q.    You weren't afraid at all of having

16 identified a gang member?

17      A.    No.  If I didn't know who the guy was,

18 I never knew him, you know, so ...

19      Q.    But you did know him from the

20 neighborhood, correct?

21      A.    I seen him.

22      Q.    Well, yeah.  You're right.  You saw him

23 in the neighborhood.

24      A.    Right.

93

1    Q.    Is there anything else that you can

2 think of that you may know that has a bearing on

3 this case or your participation in it that you

4 haven't talked about?

5    MS. LISKOW:  Objection, vague.

6    THE WITNESS:  No.

7 BY MS. CLIFFE:

8    Q.    Any kind of conversations with anybody

9 that we haven't talked about?

10    A.    No, I don't recall anything.

11    Q.    Okay.  Tell me a little bit about your

12 conversation with Amanda Antholt when you talked to

13 her about the case.  Do you remember when it was?

14    A.    I don't remember.  I'm not good on

15 remembering dates or months.

16    Q.    Was it within the last couple of months?

17    A.    Yes.

18    Q.    Do you remember how long the

19 conversation lasted?

20    A.    Well, I call her because she left me

21 a message.  And I was real scared, What is all this

22 about?  Well, we talked about -- I asked her what

23 it was all about.  She asked me about some case.

24 And I said, What?  She goes, Do you remember this

94

1  case that happened years, years ago? And I go,

2  What? I don't remember, you know, what it was

3  about. You know, I tell her, Oh, yeah, I remember.

4  She goes, Yeah, this happened years, years ago.

5  So she said that, We're investigating about this.

6  That was it. She wanted to know if I was willing

7  to say what I know.

8      Q.    Did she ask you what it was that you

9  did know or what it was that you didn't know or --

10      A.    No. She didn't ask me any questions,

11  she just told me she was going to come by to ask me

12  a couple questions about the case, but we never got

13  in contact. Never. I mean, we get in contact, we

14  make appointments or whatever, but we always miss

15  each other.

16      Q.    So you never did meet with her?

17      A.    No.

18      Q.    Okay.

19      A.    Now that I met her.

20      MS. LISKOW: For all you know, I could be

21  Amanda.

22      THE WITNESS: Right. I don't know.

23  BY MS. CLIFFE:

24      Q.    All right. Any other conversations

1  with anybody in Ms. Antholt's office other than

2  Ms. Liskow?

3        A.    No.

4        Q.    Have you ever had a conversation with

5  anybody named Dan Store --

6        A.    Who's that?  I don't know.

7        Q.    -- regarding the case?

8        A.    I don't know.  If that's the same guy

9  that call me, the investigator, I don't know who he

10  was.

11        Q.    All right.  What about the name Tom

12  Gardener, do you know that name?

13        A.    No.

14        Q.    Do you know who Juan Johnson is?

15        A.    No.

16        Q.    Do you know who Henry Johnson is?

17        A.    No.

18        Q.    Do you understand that their plaintiff's

19  federal lawsuit is the one that brings you here

20  today?

21        A.    No, I don't know.

22        Q.    Do you know that the reason I needed to

23  take your deposition is because plaintiffs disclosed

24  you as a witness in the case?

1     A.    The what?

2     Q.    The plaintiffs, Amanda Antholt's office,

3 has disclosed you as a witness in our case related

4 to your involvement in the shooting at Armitage and

5 Kedzie.

6     A.    No.

7     Q.    Nobody's going to expect you to know

8 anything else other than what you know about that?

9     A.    Okay.

10    Q.    But they've disclosed you as a witness,

11 which is why I needed to take your deposition today.

12    A.    Okay.

13    Q.    So I'm just going to run through some

14 names, and I'm just going to ask you if you know

15 anybody by that name.  Okay?

16    A.    Okay.

17    Q.    I know you probably won't know.

18           Nelson Rivera?

19    A.    No.

20    Q.    Santos Flores?

21    A.    No.

22    Q.    David Rivera?

23    A.    No.

24    Q.    Gloria Ortiz?

1  A. No.

2  Q. Mark Debicki?

3  A. No.

4  Q. Carlos Endino?

5  A. No.

6  Q. Harpo?  Anybody by the nickname Harpo?

7  A. No.

8  Q. Anybody by the nickname Drag?

9  A. No.

10  Q. Anybody by the nickname Heavy C?

11  A. No.

12  Q. Anybody by the name of Xavier Estrada?

13  A. No.

14  Q. Anybody by the name of Christopher

15 Myth?

16  A. No.

17  Q. Theresa Rijos?

18  A. No.

19  Q. Floyd Rijos?

20  A. No.

21  Q. Salvador Ponce?

22  A. No.

23  Q. Karen Sentron?

24  A. No.

000557

1    Q.    Andrew Bolton?

2    A.    No.

3    Q.    Angel Rodriguez?

4    A.    No.

5    Q.    Ruth Pena?

6    A.    No.

7    Q.    Melinda Powers?

8    A.    No.

9    Q.    Amy Percy?

10    A.    No.

11    Q.    Jackie Grande?

12    A.    No.

13    Q.    Jorge Rodriguez?

14    A.    No.

15    Q.    Jesus Rodriguez?

16    A.    No.

17    Q.    Roberto Almodovar?

18    A.    No.

19    Q.    William Negron?

20    A.    None.

21    Q.    Kennelly Saev?

22    A.    No.

23    Q.    Felix Velln?

24    A.    No.

```
 1        Q.    Jack Rara?

 2        A.    No.

 3        Q.    Michael Vaya?

 4        A.    No.

 5        Q.    Anybody with the nickname Rico?

 6        A.    No.

 7        Q.    David Colon?

 8        A.    No.

 9        Q.    David Lugo?

10        A.    No.

11        Q.    Roman Rijos?

12        A.    No.

13        Q.    Hector Franco?

14        A.    No.

15        Q.    Samuel Perez?

16        A.    No.

17        Q.    Anybody with the nickname Spanky?

18        A.    No.

19        Q.    Michael Delgado?

20        A.    No.

21        Q.    Anthony Anderson?

22        A.    No.

23        Q.    Cecilia Nevez?

24        A.    No.
```

1  Q. Jesus Vegas Jr.?

2  A. No.

3  Q. Francis Colon Jr.?

4  A. No.

5  Q. Mark Benido?

6  A. No.

7  Q. And Bridget Cletta?

8  A. No.

9  MS. CLIFFE: All right. If we can take a

10 quick break, I can go over my notes. I think I'm

11 done.

12     (Recess taken.)

13 BY MS. CLIFFE:

14  Q. Remember when I asked you if you met,

15 while you were at police station, if you met with

16 an attorney also, and you said you cannot recall?

17  A. Um-hmm.

18  Q. And then I also asked you if you ever

19 received a telephone call from an attorney that

20 asked you about the incident, and you said you also

21 don't recall that?

22  A. Right.

23  Q. If those attorneys represented that

24 they had conversations with you and that you did

1  not represent to them about what had occurred with

2  the Spanish officer in the interview room, do you

3  have any reason to know why they would say that?

4      A.    I didn't get the question.

5      Q.    If those attorneys both represented

6  that they did talk to you and that during their

7  conversation with you, you did not mention to them

8  what occurred between you and the Spanish officer

9  when you were looking at the photograph, do you

10  have any reason why they would say that they talked

11  to you and that you didn't tell them about your

12  interaction --

13      A.    They never asked.

14      MS. LISKOW:  Objection, calls for speculation.

15              Go ahead.

16      THE WITNESS:  I can't remember if I talked to

17  anybody.

18  BY MS. CLIFFE:

19      Q.    So no, you wouldn't have any reason why

20  they would say that?

21      A.    I don't know.

22      MS. LISKOW:  Objection, calls for speculation.

23      THE WITNESS:  I don't remember.

24  BY MS. CLIFFE:

000561

1    Q.    And I know we've talked about what

2 happened in the interview room.  But, in fact, you

3 never did identify the person as somebody you saw

4 at the corner of Armitage and Kedzie?

5    A.    Exactly.  No, because I only say I seen

6 him, but I can never say he's the one.

7    Q.    Okay.  And you never identified him as

8 being involved in the shooting?

9    A.    No.

10    Q.    Okay.

11    A.    I never saw him.

12    MS. CLIFFE:  Okay.  I have no further

13 questions.

14    MS. LISKOW:  I have one or two.

15                    EXAMINATION

16 BY MS. LISKOW:

17    Q.    There's been some -- throughout this

18 deposition, there's been some talk about -- when

19 officer or officers have been mentioned, there's

20 been talk of they or them.  But I want to clarify,

21 do you recall anyone but the Spanish officer

22 showing up at your apartment?

23    MS. CLIFFE:  I object, asked and answered.

24    THE WITNESS:  There was a guy.  If there was

1  anybody else, I only talked to the Spanish police.

2  BY MS. LISKOW:

3     Q.   Do you recall, sitting here today, any

4  other officer coming to your apartment besides the

5  Spanish officer?

6     MS. CLIFFE:  Same objection.

7     THE WITNESS:  I can't remember.

8  BY MS. LISKOW:

9     Q.   And do you recall speaking with any

10  officer apart from the Spanish officer at the

11  police station?

12     A.   No, it was always the Spanish guy.

13     MS. LISKOW:  That's all I have.

14     MS. CLIFFE:  I have no cross.  Redirect,

15  rather.

16          Have you explained to her about

17  signature at all?

18     MS. LISKOW:  No.  You want to?

19     MS. CLIFFE:  This nice lady has been taking

20  down everything you say.  And you have the option

21  now of getting a copy.  She's going to type it all

22  up.  It's called a transcript of your deposition

23  testimony.  You have the option of reviewing that

24  transcript to make sure everything in there is

000563

1    accurate.

2              It's important that you know that

3    you can't change the substance of any of your

4    testimony, you can't change a yes to a no or

5    anything of that nature, but you can make sure

6    that she's taken everything down, the names, that

7    she spelled things correctly.  There are those

8    goofy words that sound the same but are spelled

9    completely different.  If you meant one word and

10   she said another, those kind of things you can

11   correct.

12             And that's called reserving

13   signature.  And what it means is before anybody can

14   use it, you'll have 30 days --

15        THE WITNESS:  Okay.

16        MS. CLIFFE:  -- to review your testimony and

17   correct it.  Otherwise, you can trust that she's

18   taken everything down accurately today.  That's

19   called waiving signature.  And the choice is

20   completely up to you.

21        THE WITNESS:  I don't know.  I never -- you

22   know, I don't know.  I think everything I say today

23   was right.

24        MS. CLIFFE:  Right.  And that's not the

1  purpose for reviewing your deposition, so --

2  because we're all going to assume that everything

3  you said here today was accurate, was truthful as

4  well.

5          THE WITNESS:  Yes.

6          MS. CLIFFE:  It's as if for the purposes of

7  making sure that the transcript accurately reflects

8  what you said today.

9          MS. LISKOW:  So like maybe if there is a

10  typo --

11          THE WITNESS:  Okay there.

12          MS. LISKOW:  -- misspelling, you can correct

13  that before it's the official version of the

14  transcript.

15                  Do you want to do that?

16          THE WITNESS:  Yeah.

17          MS. LISKOW:  Okay.

18          MS. CLIFFE:  So it's reserved.

19                  FURTHER DEPONENT SAITH NOT ...

20

21

22

23

24

000565

106

```
 1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3   JUAN JOHNSON,                        )
                                          )
 4                   Plaintiff,           )
                                          )
 5           vs.                          )  No. 05 C 1042
                                          )
 6   REYNALDO GUEVARA, et al.,            )
                                          )
 7                   Defendants.          )

 8

 9              This is to certify that I have read my

10   deposition taken on July 2, 2008 in the foregoing

11   cause, and that the foregoing transcript accurately

12   states the questions asked and the answers given by

13   me, with the changes or corrections, if any, made

14   on the Errata Sheet attached hereto.

15

16

17

18                           _____
                                      EVELYN DIAZ
19

20   No errata sheets submitted (Please initial)
     Number of errata sheets submitted _____ (pgs.)
21

22   Subscribed and sworn to
     before me this _____ day
23   of _____ 2008.

24   _____
              Notary Public
```

107

```
 1  STATE OF ILLINOIS    )
                         )  SS:
 2  COUNTY OF C O O K    )

 3          I, Lisa Picciano Fellis, a Certified
    Shorthand Reporter and notary public in and for the
 4  County of Cook and State of Illinois, do hereby
    certify that EVELYN DIAZ was duly sworn to testify
 5  the whole truth, and that the foregoing deposition
    was recorded stenographically by me and was reduced
 6  to computerized transcript under my direction, and
    that the said deposition constitutes a true record
 7  of the testimony given by said witness.

 8          I further certify that the reading and
    signing of the deposition was not waived, and the
 9  deponent was notified of the availability of her
    transcript for review and signature.  Pursuant
10  to Rule 30(e) of the Rules of Civil Procedure,
    if deponent does not appear or read and sign
11  the deposition within 30 days, or make other
    arrangements for reading and signing, the deposition
12  may be used as fully as though signed, and this
    certificate will then evidence such failure to
13  appear as the reason for signature not being
    obtained.
14
            I further certify that I am not a
15  relative or employee or attorney or counsel of any
    of the parties, or a relative or employee of such
16  attorney or counsel, or financially interested
    directly or indirectly in this action.
17
            IN WITNESS WHEREOF, I have hereunto set
18  my hand and affixed my seal of office at Chicago,
    Illinois, this 26th day of July, A.D. 2008.
19

20

21

22          Illinois CSR No. 084-004632

23

24
```

000567