

1

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF ILLINOIS
2                EASTERN DIVISION

3   JUAN JOHNSON,                    )
                                     )
4            Plaintiff,              )
                                     )
5        vs.                         )  No. 05 C 1042
                                     )
6   REYNALDO GUEVARA and the CITY    )
    OF CHICAGO,                      )
7                                    )
             Defendants.             )
8

9        The deposition of **GLORIA ORTIZ BORDOY**,

10  taken pursuant to notice and subpoena, before

11  Jacqueline Pietrzyk, CSR No. 084-004197 Certified

12  Shorthand Reporter and a notary public within and

13  for the County of Will, State of Illinois, at

14  550 East Devon, Suite 150, Itasca, Illinois, on

15  **February 19, 2008.**

16      APPEARANCES:

17          LOEVY & LOEVY, by
            MS. AMANDA ANTHOLT
18          (312 North May, Suite 100
             Chicago, Illinois  60607)
19             appeared on behalf of the plaintiff;

20          JAMES G. SOTOS & ASSOCIATES, by
            MS. SARAH M. CLIFFE
21          (550 East Devon, Suite 150
             Itasca, Illinois  60143)
22             appeared on behalf of the defendants.

23

24

*URLAUB, BOWEN & ASSOCIATES, INC.*
*(312) 781-9586*

I N D E X

Witness:                                                    Page

GLORIA ORTIZ BORDOY

      Examination by:
            Ms. Cliffe .................... 3
            Ms. Antholt .................. 100
            Ms. Cliffe .................. 103


E X H I B I T S

Number                          Marked for Identification

(None marked.)

3

```
 1                    (Witness sworn.)
 2         MS. CLIFFE:   Let the record reflect that
 3    this is the subpoenaed deposition of Gloria Ortiz
 4    Bordoy?
 5         THE WITNESS:   Uh-huh.  Correct.
 6         MS. CLIFFE:   Taken pursuant to notice and
 7    subpoena and the Federal Rules of Civil Procedure
 8    in Case No. 05 C 1042 captioned Juan Johnson vs.
 9    Reynaldo Guevara and the City of Chicago in the
10    United Stated District Court for the Northern
11    District of Illinois.
12                    Present in addition to the deponent
13    are Jacqueline Pietrzyk, a sworn notary and court
14    reporter, Amanda Antholt, counsel for plaintiff,
15    and Sara M. Cliffe, counsel for defendant.
16                    GLORIA ORTIZ BORDOY
17    called as a witness herein, having been first duly
18    sworn, was examined and testified as follows:
19                    EXAMINATION
20    BY MS. CLIFFE:
21         Q.    Ms. Ortiz, you've been sworn in; is
22    that correct?
23         A.    Correct.
24         Q.    And you understand the oath that you've
```

1  given today is to tell the truth.

2      A.    Yes.

3      Q.    Okay.  Would you please state your full

4  name and spell it for the record.

5      A.    Gloria Ortiz Bordoy, G-l-o-r-i-a,

6  Ortiz, O-r-t-i-z, Bordoy, B-o-r-d-o-y.

7      Q.    Have you ever given a deposition before?

8      A.    No.

9      Q.    Okay.  I'm going to go over just a

10  couple of rules before we begin.  The first one and

11  most important is to answer verbally because the

12  court reporter can't take down nods or shrugs of

13  the shoulders; likewise, as much as possible,

14  answer "yes" or "no."  "Uhn-uhn" and "uh-huh" look

15  the same on the record, so if the answer is a yes

16  or no answer, just try to answer "yes" or "no."

17  You may forget.  I may, at times, remind you;

18  counsel might remind you, but everybody forgets

19  those.

20            Also, it's very important that you

21  wait until I'm done with my question.  A lot of

22  times my mouth goes faster than my brain.  You may

23  know where I'm going to get, but she can't take

24  both of us down at the same time.  So try to

1  remember to wait until I'm done.

2           In that same vein, if you don't

3  understand my question, it's very important that

4  you ask me to clarify. Because if you answer a

5  question without asking me to clarify, I'm going

6  to assume that you understood the question as

7  asked. Is that fair?

8       A.    Yes.

9       Q.    Okay. If you want to take a break at

10  any time for any reason, just ask. The only thing

11  that I would request is that if I've asked you a

12  question, that you answer the question on the

13  record before we take the break. But if you need

14  to make a phone call, go to the bathroom, anything

15  else like that, just ask, and we'd be happy to do

16  that.

17           Last, but not least, if you hear

18  an objection to any question asked today by the

19  other attorney, just wait until the attorney stops

20  speaking, wait until the other attorney has a

21  chance to make their objection, and then one or

22  the other of us will tell you you can go ahead and

23  answer the question. Okay?

24           I'm also going to present you with

6

1    your witness check for appearing here today.  So

2    that's yours.  By statute, you get to be paid for

3    the time we take up.

4               All right.  First, I'd like to ask

5    some basic information.  Could you tell me what

6    your current address is?

7         A.    1715 North Francisco.

8         Q.    Was that North Francisco?

9         A.    Yes.

10        Q.    Is that in Chicago?

11        A.    Chicago, Illinois 60647.

12        Q.    How long have you lived at 1715 North

13   Francisco?

14        A.    Like eight months I'm in there.

15        Q.    And where did you live prior to North

16   Francisco?

17        A.    2538 West Cortez.  That's Chicago,

18   Illinois.

19        Q.    2538?

20        A.    West Cortez.

21        Q.    West Cortez.  And is there a zip?  Do

22   you remember the zip?

23        A.    60622.

24        Q.    And how long did you live on Cortez?

1       A.      Like three years.

2       Q.      And then do you remember where you

3  lived before 2538 West Cortez?

4       A.      That was 1225 North Campbell, Chicago,

5  Illinois 60622.

6       Q.      And how long did you live at 1225 North

7  Campbell?

8       A.      That was my mom's house.  I was there

9  for a long time, like six years, seven years.

10       Q.      And what's your current telephone

11  number?

12       A.      Cell number (312) 451-7651.

13       Q.      Do you have a land line in addition to

14  the cell, or just the cell?

15       A.      Just the cell.

16       Q.      And what's your date of birth?

17       A.      3/21/69.

18       Q.      And what's your Social Security number?

19       A.      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.

20       Q.      Are you presently married?

21       A.      No.

22       Q.      Have you ever been married?

23       A.      Yes.

24       Q.      How many times?

1    A.    Once.

2    Q.    Were you divorced?

3    A.    Yes.

4    Q.    Do you know the date of your divorce,

5  the year?

6    A.    The year is like maybe 15 years.

7    Q.    Ago?

8    A.    Yes.

9    Q.    From today?

10    A.    From today.

11    Q.    And what was the name of your ex-husband?

12    A.    Alex Ortiz.

13    Q.    How long were you married to Mr. Ortiz?

14    A.    Seven years.

15    Q.    So you were married approximately

16  22 years ago?

17    A.    Yes, you could say.  My oldest is 20,

18  so approximately -- no, 18 years ago.

19    Q.    18 years ago?

20    A.    Yeah.

21    Q.    Do you remember the date of your

22  marriage?

23    A.    July 11, July 11th, '97 -- I mean '87.

24    Q.    And you were married for seven years?

1      A.    Yes.

2      Q.    So you were divorced in approximately

3  '94?

4      A.    You could say separated.

5      Q.    Separated in '94?

6      A.    Yes, '93, '94.

7      Q.    And then do you remember how long it

8  was between your separation and your divorce?

9      A.    Maybe after five years.

10     Q.    So you were divorced in somewhere

11  around 1999?

12     A.    Yes, you could say.  It's been a long

13  time.  I can't keep track of that one.

14     Q.    Did you mention you had a son?

15     A.    Yes.

16     Q.    Do you have any other children?  How

17  many children do you have total?

18     A.    I have four.

19     Q.    Could you give me their names and ages

20  from oldest to youngest or youngest to oldest?

21     A.    My oldest is going to be 20, he's Alex,

22  Jr.; Xavier, 18; and Giovanni, 16; and my daughter,

23  Destiny, she's 11.

24     Q.    Are all four children Mr. Ortiz's?  Is

1    he the -- is Mr. Ortiz the father of all four of

2    your children?

3           A.    No.

4           Q.    He is Alex Jr.'s father?

5           A.    Yes.

6           Q.    What about Xavier?

7           A.    Yes.

8           Q.    Giovanni?

9           A.    Yes.

10          Q.    Destiny?

11          A.    No.

12          Q.    What is Destiny's father's name?

13          A.    Nelson Rivera.

14          Q.    And what year was she born?

15          A.    '96.

16          Q.    Are you presently employed?

17          A.    Yes.

18          Q.    Where are you employed?

19          A.    Erie Family Health Center.

20          Q.    Erie, like E-e-r-i-e (sic)?

21          A.    (Nodding.)

22          Q.    Do you know the address for Erie Family

23   Health Center?

24          A.    Yes.   2750 West North Avenue, Chicago,

```
 1   Illinois 60647.
 2       Q.    Do you know the phone number for Erie
 3   Family Health?
 4       A.    (312) 666-3494.
 5       Q.    How long have you worked at Erie Family
 6   Health Center?
 7       A.    I'll do five years in April.
 8       Q.    Five years.  And what's your title there?
 9       A.    Patient benefits advocate.
10       Q.    Can you describe your duties as a
11   patient's benefit advocate for me?
12       A.    I will help my patients with low income
13   so they could qualify for the discount for the
14   clinic.  I do medical cards, the All Kids Program,
15   and register new patients and claim insurance.
16       Q.    Do you have a supervisor?
17       A.    Yes.
18       Q.    What's your supervisor's name?
19       A.    Adaleada Pagan.
20       Q.    Can you say that again?
21       A.    Adaleada.
22       Q.    Can you spell it for me?
23       A.    A-d-a-l-e-a-d-a Pagan.
24       Q.    Spell the last name for me.
```

1    A.    P-a-g-a-n.

2    Q.    And where did you work prior to Erie

3  Family Health Center?

4    A.    Before I worked for Erie?

5    Q.    Yeah.

6    A.    I used to work Statewide.

7    Q.    Statewide?

8    A.    Uh-huh.  Investigators.  A security

9  officer.

10   Q.    Was that your title, security officer?

11   A.    (Nodding.)

12   Q.    Do you know the address for Statewide

13  Investiga- -- or Statewide?

14   A.    No.

15   Q.    Was the title Statewide or Statewide

16  Investigators?

17   A.    Statewide Investigators.

18   Q.    Okay.  Do you know what city it was in?

19   A.    Chicago.

20   Q.    Chicago?  And how long were you a

21  security officer for Statewide?

22   A.    Probably a year and a half.

23   Q.    And what was the reason for leaving the

24  employment of Statewide?

```
1         A.    I have a new position at Erie.
2         Q.    Okay.  What about before Statewide,
3   where did you work before Statewide?
4         A.    Dental clinic.  Oh, Bobco.
5         Q.    Bobco?
6         A.    Yeah.
7         Q.    Is the full title Bobco?
8         A.    Bobco Enterprise.
9         Q.    Do you know the address for Bobco?
10        A.    Uhn-uhn.
11        Q.    You don't?
12        A.    I don't remember.  It's been a long time.
13        Q.    Is it also in Chicago?
14        A.    Yes.
15        Q.    Okay.
16        A.    It's on Albany.
17        Q.    What was your title at Bobco?
18        A.    Inspection.
19        Q.    What did you inspect?
20        A.    It was like computers, pieces from
21   phones.
22        Q.    Were you like a quality inspector to
23   make sure they all looked the same or appeared to
24   be in good quality?
```

1      A.     Uh-huh.

2      Q.     All right.  Do you know why you're here

3  today?

4      A.     Yes.

5      Q.     What's your understanding of why you're

6  here today?

7      A.     About Juan Johnson.  They gave me a

8  subpoena about this police officer.

9      Q.     Do you know Juan Johnson?

10     A.     Yes.

11     Q.     How do you know Mr. Johnson?

12     A.     I really don't know him, but I seen him

13  in the neighborhood work with the Cease Fire.  He's

14  from the neighborhood.

15     Q.     What was that about a Cease Fire?

16     A.     Yes.  He works the neighborhood.

17     Q.     Oh, okay.

18     A.     I'm around the neighborhood.

19     Q.     Is Cease Fire some kind of organization

20  in the neighborhood?

21     A.     Yes.

22     Q.     Do you know what Mr. Johnson does for

23  Cease Fire?

24     A.     No.

16

1    Q.    You just know he works in the
2 neighborhood?

3    A.    (Nodding.)

4    Q.    Do you see him in one particular
5 location?

6    A.    No.  I barely see Juan, no.

7    Q.    But you have seen him.

8    A.    Yes.

9    Q.    When you've seen him, is it like in
10 passing in the streets?

11    A.    Yes.  I mean, I really don't know him
12 much.  I know that he was with the organization.  I
13 really don't --

14    Q.    How do you know he works with the
15 organization?

16    A.    I seen him.  I live on the neighborhood.
17 When I used to live in the neighborhood.

18    Q.    So when you've seen him, it wasn't at
19 like a particular -- does Cease Fire have an
20 address in the neighborhood, or when is it --

21    A.    No, I'm not into that, no.

22    Q.    There's no particular address?

23    A.    That I know, no.

24    Q.    So you've seen him like on the street.

```
 1          A.    Uh-huh.

 2          Q.    In passing?

 3          A.    Uh-huh.

 4          Q.    And how did you know to -- how did you

 5    know who he was?

 6          A.    Because my boyfriends know him.

 7          Q.    And your current boyfriend knows him?

 8          A.    Yes.

 9          Q.    Who's your current boyfriend?

10          A.    Manuel.

11          Q.    What's his last name, Manuel?

12          A.    Torez.

13          Q.    How long have you been dating Mr. Torez?

14          A.    Maybe ten years.

15          Q.    So Mr. Torez knows Juan Johnson.

16          A.    I believe, yes.

17          Q.    You believe or you know he knows?

18          A.    Yes, he knows.

19          Q.    So did you run into Mr. Johnson on the

20    street at some point and Mr. Torez introduced you

21    to Mr. Johnson?

22          A.    Yes.

23          Q.    Do you remember when that was?

24          A.    No.
```

```
1        Q.    Was it within the last two years?

2        A.    It could be.  I can't remember.

3        Q.    How many times have you seen Mr. Johnson

4   in the neighborhood?

5        A.    A couple times.

6        Q.    Do you remember when those were?

7        A.    No.

8        Q.    Were they all within the last two years?

9        A.    Yes.

10       Q.    So every time that you've personally

11  met Mr. Juan Johnson, it was within the last two

12  years.

13       A.    Yes.  It could be two years, yeah.

14       Q.    Two or three years?

15       A.    It could.

16       Q.    Was Mr. Torez always present when you

17  ran into Mr. Johnson?

18       A.    No.

19       Q.    But he was present for the initial time

20  that you met Mr. Johnson.

21       A.    Yes.

22       Q.    Has he been present for any of the

23  subsequent seeing or running into Mr. Johnson?

24       A.    No.
```

1    Q.    Approximately how many times would you

2 say you've run in Mr. Johnson, two, three, or more?

3    A.    Well, I be at work, from work, at home.

4 I barely see Juan.  Maybe three.

5    Q.    So three times in addition to when

6 Mr. Torez introduced you to Mr. Johnson, or three

7 times including when Mr. Torez introduced you to

8 Mr. Johnson?

9    A.    What that was again?

10    Q.    The approximately three times -- and I

11 know that you know I'm working your memory here.

12 It's part of my job to do that.  The three times

13 that you estimate you've run into Mr. Johnson on

14 the street, I just want to know if the three times

15 include when you first met him with Mr. Torez, or

16 if you met him, Mr. Johnson, with Mr. Torez and

17 then saw him subsequently three times on the

18 street.

19    A.    Yes, I -- I mean, I met Johnson, and I

20 seen him a couple times.

21    Q.    Okay.

22    A.    You know, by the neighborhood.

23    Q.    So it would be you saw him twice after

24 you met him.

1    A.    Yeah.

2    Q.    Okay.

3    MS. ANTHOLT:  Objection, asked and answered.

4  She said she's estimating.

5    MS. CLIFFE:  And that's asked and answered?

6    MS. ANTHOLT:  Uh-huh.

7    MS. CLIFFE:  I think I'm entitled to follow

8  up when she says she's estimating, but okay.

9  BY MS. CLIFFE:

10    Q.    Any of these times, with the addition --

11  with the exclusion of the one time when you met

12  Mr. Johnson and you were introduced to him, did you

13  have any conversations with him any of the other

14  times when you saw him on the street?

15    A.    No.

16    Q.    So you just passed him.

17    A.    Yes.

18    Q.    Didn't say hi?

19    A.    Hi (gesturing), but I don't talk to

20  nobody in the neighborhood.  Like if I could see

21  him, I know a lot of guys, I know a lot of people

22  in the neighborhood, just Hi, (gesturing) wave, and

23  then no stop, no communication.

24    Q.    Okay.  So you --

1    A.    I really don't even communicate with

2  Juan.

3    Q.    But you at least said, Hello.

4    A.    Could say, Hi, yes, wave hi (gesturing).

5    Q.    You didn't ask him how he was doing?

6    A.    No.

7    Q.    And he didn't ask you how you were

8  doing?

9    A.    No.  I don't know Juan like that.  I

10 don't talk to Juan.  I don't know him.  I was

11 introduced to him, and I know he works with the

12 Cease Fire.  That's all I know.  I don't know him

13 like to have a conversation with him.

14   Q.    So you've never talked to him about his

15 lawsuit.

16   A.    No.

17   Q.    Have you ever talked to him about

18 Mr. Nelson Rivera?

19   A.    No.  I don't even know Juan Johnson by

20 that name.  I didn't know -- when they handed me

21 this paper, I don't know who was Juan Johnson.  I

22 don't know Juan Johnson.

23   Q.    How did you figure out who Mr. Juan

24 Johnson was?

22

1     A.    Because I told my -- I show my husband

2 the paper, the subpoena they send me last week, and

3 I told him, I don't know who's Juan Johnson.

4          And when my husband, he said, Juan

5 Johnson, I think that's the guy I know, my friend,

6 my old friend, I didn't --

7     Q.    So you're not even sure --

8     A.    I didn't know, yeah.

9     Q.    Don't forget you have to let me finish

10 my question.

11          So you're not even sure that the

12 Juan Johnson you know from the neighborhood is the

13 Juan Johnson that's involved in this lawsuit.

14     A.    I don't know.

15     Q.    So that's a no, you're not sure it's

16 the same.

17     A.    No, I'm not sure if it's the same.

18     Q.    Okay.  And you just referred to your

19 husband.  Are you referring to Mr. Torez, your

20 boyfriend?

21     A.    Uh-huh, my boyfriend.  I told him, They

22 gave me a subpoena, and I don't know who's Juan

23 Johnson.

24          And my husband knows him by his name

1    and last name.  And he said, That's John, Juan.

2                    And I'm like, What Juan?

3                    And he told me, Big Juan.

4         Q.    Okay.  They --

5         A.    Yes, that's how I -- but I don't know --

6    I didn't know him by his name.

7         Q.    Do you remember being served with a

8    subpoena previously?

9         A.    Yes.

10        Q.    Regarding Mr. Johnson.

11        A.    Yes.  They took it to my job.

12        Q.    Okay.  And do you -- did you at that

13   time know who Mr. Johnson was?

14        A.    No.

15        Q.    No.  And you didn't ask your boyfriend

16   about it.

17        A.    No.  No, I showed my husband the

18   subpoena.  I told him, They gave me a subpoena

19   about Juan Johnson.  I don't know who's this.

20        Q.    But was that this subpoena or the

21   previous subpoena?

22        A.    This subpoena they just gave me.

23        Q.    Okay.  So the previous subpoena, you

24   remember receiving that as well?

24

1  A. Uh-huh.

2  Q. Did you -- you didn't have a conversation

3 about I don't know who Juan Johnson is with your

4 boyfriend over that subpoena.

5  A. I only receive one subpoena.

6  Q. Okay.  I just asked if you remember

7 receiving a previous subpoena, one before you got

8 this one.  You don't recall receiving a --

9  A. No.

10  Q. -- subpoena before --

11  A. No.

12  Q. -- you got this one?

13  A. No.

14  Q. All right.  You testified earlier that

15 your daughter Destiny, her father's name is Nelson

16 Rivera, correct?

17  A. Yes.

18  Q. Did you date Mr. Rivera?

19  A. Yes.

20  Q. Can you tell me when it was approximately

21 that you dated Mr. Rivera?

22  A. In '90s, '94.

23  Q. Is 1994 --

24  A. '95.

1    Q.    So you started dating him in 1994?

2    A.    '94 or '95.

3    Q.    And how long did you date Mr. Rivera?

4    A.    Not long.

5    Q.    How long is not long?

6    A.    Maybe a year.

7    Q.    So until approximately '95, '96?

8    A.    Yes.

9    Q.    Do you know if Mr. Rivera's nickname

10   was Coco?

11   A.    Yes.

12   Q.    Did he have any other nicknames?

13   A.    No.

14   Q.    Do you know if he was a member of a

15   gang?

16   A.    Yes.

17   Q.    Do you know which gang?

18   A.    Maniac Latin Disciple.

19   Q.    Do you know if Juan Johnson was ever a

20   member of a gang?

21   A.    No.

22   Q.    Is Mr. Torez a member of a gang?

23   A.    No.

24   Q.    Has he ever been a member of a gang?

1    A.    No.

2    Q.    Are you aware that Mr. Rivera pleaded

3  guilty to first degree murder and armed robbery?

4    A.    Yes.

5    Q.    Do you know where Mr. Rivera is

6  presently?

7    A.    Yes.

8    Q.    Where is he?

9    A.    Menard Correctional Center.

10    Q.    Do you ever have any contact with

11  Mr. Rivera?

12    A.    Like six years ago.

13    Q.    That was the last time you had any

14  contact with him?

15    A.    Yes.

16    Q.    Did you go see him --

17    A.    Uh-huh.

18    Q.    -- or write to him?

19    A.    Yes.

20    Q.    You went to visit him at the jail, at

21  the correctional institute?

22    A.    Yes.

23    Q.    Had you visited him prior to this visit

24  six years ago?

27

1      A.    No.

2      Q.    So that was the only time you visited

3 him since --

4      A.    Once.

5      Q.    -- he was arrested?

6      A.    Well, ever since they transfer him to

7 Menard, I only went once.

8      Q.    So you've been one time since they

9 transferred him to Menard.

10     A.    Uh-huh.

11     Q.    Did you visit him prior to his transfer

12 to Menard?

13     A.    Before he was transferred?

14     Q.    Yes.

15     A.    Yes.

16     Q.    Do you know who Ted Kontzias is?

17     A.    Excuse me?

18     Q.    Ted Kontzias, K-o-n-t-z-i-a-s?

19     A.    No.

20     Q.    Okay.  If I told you that was the

21 victim of the shooting on December 13th, 1995, that

22 Mr. Rivera pled guilty to, would you have any

23 reason to dispute that?

24     A.    No.

1          Q.    Okay.  Do you remember December 13th,

2    1995?

3          A.    No.

4          Q.    Do you remember talking to the police

5    regarding their investigation of the shooting that

6    Mr. Rivera eventually pled guilty to?

7          A.    Yes.

8          Q.    Do you remember when that occurred?

9          A.    It was in November or December.

10         Q.    Do you know of what year?

11         A.    '95.

12         Q.    Are you are guessing or --

13         A.    I'm trying to remember if it was '95 or

14    '94.

15         Q.    Well, if I told you it was December 13th,

16    1995, you wouldn't have any reason to dispute that

17    as you sit here today?

18         A.    Yes.

19         Q.    Correct?

20         A.    Correct.

21         Q.    Okay.  Do you remember what -- do you

22    remember the day you talked to the police?  You may

23    not remember the date, I understand, but do you

24    remember the day that you talked to the police?

1      A.    Not the date, not exact day.  I

2 remember --

3      Q.    Right.  No, I understand you don't

4 remember the date.  But you remember talking to the

5 police about the shooting.

6      A.    Yes.  Yes.

7      Q.    And do you remember what you did earlier

8 that day?

9      A.    What do you mean, what I did earlier

10 that day?

11      Q.    Do you remember if you went to work?

12 Did you stay at home?  Do you remember --

13      A.    No, I was still home.  I was home.

14      Q.    Okay.  Do you remember if you were

15 working at the time?

16      A.    I don't think I was working.  I'm not

17 sure.

18      Q.    So you don't remember if you were, in

19 fact, working somewhere and it was just your day

20 off or --

21      A.    I don't think I was working during that

22 time.

23      MS. CLIFFE:  Okay.  You know what?  I'm

24 remiss.  I meant to put a couple things on the record.

1    Let's take a quick break in the questioning.

2                    First, Ms. Antholt --

3        MS. ANTHOLT:  Uh-huh.

4        MS. CLIFFE:  The parties have agreed that

5    her -- the motion for leave to file the additional

6    appearance, which is her appearance, that's still

7    pending before Judge Grady has not been granted

8    yet, but we anticipate that it will be.  And so

9    she's here today.

10                   Additionally, Ms. Antholt and I

11   discussed before the beginning of the deposition

12   that her office was not in possession of any

13   documents that have not already been delivered to

14   Mr. Stohr and, as far as she knows, delivered to us.

15                   Is that fair?

16       MS. ANTHOLT:  That's right.

17       MS. CLIFFE:  Okay.  All right.  Now we'll

18   come back.  Sorry about that.  I meant to do that

19   earlier.

20   BY MS. CLIFFE:

21       Q.    So do you remember what you did that

22   day?  You were at home?

23       A.    I was home.

24       Q.    And where was home at the time?  Do you

```
 1        Q.    C-a.

 2        A.    C-a-c-h-o, Cacho.

 3        Q.    Cacho.  Okay.  And she was married to --

 4        A.    She was my brother's girlfriend.

 5        Q.    Your brother's girlfriend.

 6        A.    Uh-huh.

 7        Q.    What's your brother's name?

 8        A.    Jose.

 9        Q.    And what is Jose's last name?

10        A.    Mercado.

11        Q.    M-e-r-c-a-d-o?

12        A.    Correct.

13        Q.    Is that your maiden name?

14        A.    No.

15        Q.    What's your maiden name?

16        A.    Bordoy.

17        Q.    Oh, your maiden name is Bordoy.

18        A.    (Nodding.)

19        Q.    Okay.  And was it a niece and a nephew,

20  or nieces and nephews that you were also living

21  with?

22        A.    One niece and one nephew.

23        Q.    And what's your niece's name?

24        A.    Ixiomara, I-x-i-o-m-a-r-a.
```

```
 1        Q.    And what's her last name?

 2        A.    Mercado.

 3        Q.    And how many nephews?  I'm sorry?

 4        A.    One.

 5        Q.    And what is your nephew's name?

 6        A.    Jose.

 7        Q.    Also Mercado?

 8        A.    Yes.

 9        Q.    So would he be Jose Mercado, Jr.?

10        A.    Yes.

11        Q.    And then Mr. Rivera also resided there

12   with you?

13        A.    Yes.

14        Q.    And then your three children at the time.

15        A.    Yes.

16        Q.    Were you pregnant --

17        A.    Yes.

18        Q.    -- in December of 1995?

19        A.    Yes.

20        Q.    Do you remember how far along in your

21   pregnancy you were?

22        A.    Maybe a month.

23        Q.    And that would be with Destiny?

24        A.    Yes.
```

```
 1          Q.    Do you remember who was home present
 2   with you on December 13th, 1995?
 3          A.    Nelson was home, his brother, Nelson's
 4   sister-in-law.
 5          Q.    Nelson's brother was there, or your
 6   brother was there?
 7          A.    No, not -- my brother didn't live with
 8   me.
 9          Q.    Okay.  So Nelson's brother was with
10   you.
11          A.    And Marita was there, my kids, my
12   niece, my nephew.
13          Q.    And what is Nelson's brother's name?
14          A.    David.
15          Q.    Were David Rivera and Nelson Rivera at
16   home with you all day?
17          A.    No.
18          Q.    Do you remember approximately when they
19   left?
20          A.    David used to go to school.  They left
21   like -- that night, David was supposed to go to
22   school, and Nelson went to drop him off at school,
23   and they left maybe 7:00, 7:30.  What this got to
24   do with Nelson?  I mean, why you asking me all the
```

1  questions about Nelson?

2       Q.    Most of my questioning today is going to

3  have to do with your involvement in the testimony of

4  Santos Flores.  Did you testify in the case of

5  Santos Flores?

6       A.    Yes.

7       Q.    Was it regarding statements that

8  Mr. Rivera had made to you?

9       A.    Yes.

10      Q.    Okay.  Plaintiff's counsel has listed

11  you as a witness in the Juan Johnson case relating

12  to your involvement in the Nelson Rivera, Santos

13  Flores, and David Rivera prosecutions.

14              And so I'm here to find out anything

15  that you may know relating to both Mr. Johnson and

16  David and Nelson Rivera as well as Santos Flores.

17  Okay?

18      A.    (Nodding.)

19      Q.    So the reason it has anything to do

20  with it is because plaintiffs have offered you as a

21  witness that pertains to our case.  So that's why

22  I'm asking you questions.

23      A.    Oh, okay.

24      Q.    Okay?  So as best you can recall,

1  David and Nelson left at approximately 7:30 p.m. so

2  Nelson could take David to school.

3          A.      Correct.

4          Q.      Do you remember what time they returned?

5          A.      A couple hours later.

6          Q.      So approximately 9:30?

7          A.      You could say 9:30, maybe 10:00.  I

8  know it was a couple hours later.

9          Q.      Now tell me what you remember happening

10  next.

11          A.      That's when Nelson walks in, and I

12  noticed something was wrong because he just -- his

13  face, he was pale.  And I kept asking what

14  happened, what's wrong, and he was just washing his

15  face, his hands.  And he told me he had shot

16  someone accidentally.

17                  I asked him, Where?  Why?  What

18  happened?  And by that time, my car didn't work, I

19  didn't have no brakes, so I asked David to give me

20  his car keys, and I left with Miriam, David's wife,

21  to go check on the person that Nelson has say that

22  he shot.

23          Q.      So Nelson came in, and his face was

24  pale.

1    A.    Yes.

2    Q.    And from that, you could tell that

3  something was wrong?

4    A.    Correct.

5    Q.    Did you then ask him what was going on?

6    A.    Yes.

7    Q.    Do you remember specifically what it

8  was you asked him?

9    A.    I told him, What happened?  What's

10  going on?  What's wrong?

11         And he had mentioned that he had

12  shot someone accidentally.

13    Q.    Okay.

14    A.    And I asked him, Where?  What happened?

15  Who?  And I remember he was just telling me Pulaski

16  and Irving Park.

17         That's when I asked David, Give me

18  your car keys, and I told Miriam, Let's go.

19         And she like, Why?  Where we going?

20         I'm like, Let's go.  We have to go.

21         And I took his car, David's car.  I

22  just left right away.

23    Q.    And you went to Pulaski and Irving Park?

24    A.    I was driving down Pulaski.

```
1          A.    So those couple officers, they -- they
2     put us individual.  They took Miriam and me.  They
3     had me in a different room; Miriam in a different
4     room.
5          Q.    And then what happened next?
6          A.    We were interviewed by a couple cops.
7          Q.    And when you say "we," you're assuming
8     that they also interviewed Miriam.
9          A.    Yes.
10         Q.    And when you say a couple of cops, do
11    you mean two cops?
12         A.    Maybe three.  I know they -- I was
13    in a room, they put me in a room, and they kept
14    questioning me.  There was one police officer very
15    aggressive.  There was a white male cop, too.
16         Q.    Okay.  So they questioned you?
17         A.    Yes.  They were questioning me.
18         Q.    And then what happened?
19         A.    Well, there was a cop that was accusing
20    me, saying I'm going down for a long time, that I'm
21    involved in this, that I know what's going on, that
22    I'm a liar.  He called me the "B" word, my kids are
23    going to the DCF.  He was -- he was very scary.
24         Q.    Okay.
```

1      A.    He had threatened me that they're going

2  to take my kids to the DCF, that I'm never going to

3  see my child, the one that I was carrying, that I'm

4  going to have it in jail, that I was a liar.  He

5  called me the "B" word.  It was a nightmare.

6      Q.    Okay.  And then what happened?

7      A.    I mean, I kept telling the officers

8  that I was home, I didn't have nothing to do with

9  what happened, and I don't know what's happening.

10          I was there for a couple hours.  And

11  I kept telling them I was watching Gilligan's

12  Island.  And there was one that was just arguing

13  with me, saying that I'm a liar, that I know what's

14  going on, that I was there, tell him the truth,

15  until one police officer, I think he grabbed a

16  newspaper, and he's -- he tried to assume that I

17  was lying, that I was not watching Gilligan's

18  Island, until a police officer brought a newspaper

19  and showed me, See, they did show the Gilligan's

20  Island today -- tonight.

21      Q.    So he brought in like the TV schedule

22  from the newspaper?

23      A.    Yes, they did.

24      Q.    And then what happened?

```
 1        A.    Yes.

 2        Q.    Do you recall ever -- do you remember --

 3  scratch that.

 4              Do you remember if, when you went to

 5  court, were you sworn in and asked questions?

 6        A.    Yes.

 7        Q.    Okay.  Do you remember, was there a

 8  judge present?

 9        A.    Yes.

10        Q.    Do you remember if there was a jury

11  present?

12        A.    No, I don't remember.

13        Q.    But you do remember there being a judge

14  present.

15        A.    Yes.

16        Q.    Do you remember ever answering questions

17  under oath in front of a judge anytime other than

18  the one time that you just talked about going to

19  court for Santos Flores?

20        A.    Yes.

21        Q.    Okay.  When was that?

22        A.    That was before they -- they gave me a

23  subpoena for Santos.

24        Q.    So you were subpoenaed to go to court.
```

```
 1          A.     For Santos, yes.

 2          Q.     So testify for Santos.  Do you remember

 3   who it was that subpoenaed you?

 4          A.     No.

 5          Q.     But you remember another time giving

 6   testimony in front of a judge?

 7          A.     No, I don't think so.

 8          Q.     So that's the only time you remember.

 9          A.     Once I think.

10          Q.     Okay.  Have you ever given any statements

11   regarding your testimony at the trial of Santos

12   Flores?

13          A.     Yes.

14          Q.     Okay.  Tell me about those statements.

15          A.     A statement about what's -- for Santos?

16   That was the same night that I was in the police

17   station.  They made me sign a statement.

18          Q.     Okay.  Do you remember what the

19   statement said?

20          A.     Honestly, I didn't even remember it.  I

21   just wanted to get out of there.

22          Q.     Right.  Okay.  Any other statements?

23          A.     No.  The only statement I know was the

24   one when I was that night arrested.
```

1      Q.    Do you remember -- I'm going to go

2  back a little bit now and try and follow up on some

3  hanging questions regarding what you've just told me.

4            Do you remember what time it was

5  that you were pulled over by the police officer?

6      A.    Uhn-uhn.

7      Q.    Do you remember, was it after dinner?

8  MS. ANTHOLT:  Answer out loud.

9  MS. CLIFFE:  Oh, good catch.

10  THE WITNESS:  No.

11  BY MS. CLIFFE:

12      Q.    You don't remember if it was before or

13  after dinner?

14      A.    It was after dinner.  It was, I mean --

15  I was watching Gilligan's show, and their show, I

16  remember it was 8:30 or 9:00.  It was after past

17  9:00.

18      Q.    So it was dark out?

19      A.    Yes.

20      Q.    Do you remember the name of the officer

21  who pulled you over?

22      A.    No.

23      Q.    Did he approach your window?

24      A.    Yes.

1    Q.    And he told you to get out of the

2  vehicle?

3    A.    Yes.

4    Q.    Do you remember if there was another

5  officer on the other side of the car?

6    A.    There was a lot of cops.

7    Q.    Do you remember how many?

8    A.    A lot.

9    Q.    More than ten?

10    A.    Yes.   There was -- the whole street was

11  blocked.   There was a lot of cops.

12    Q.    Can you give me some rough estimate of

13  how many?  Let's start with police cars.  Do you

14  remember how many police cars you could see?

15    A.    Oh, man.  I know it was a lot, a lot of

16  cops, a lot of lights.

17    Q.    Were there more than four cars?

18    A.    Yes.

19    Q.    Police cars?

20    A.    Yes.

21    Q.    More than six?

22    A.    I believe so, yes.

23    Q.    More than eight?

24    A.    Yes.

```
1          Q.     More than ten?

2          A.     Maybe ten, maybe nine, somewhere around

3    there.

4          Q.     Okay.  So somewhere between eight and

5    ten, as best you can remember.

6          A.     Uh-huh.

7          Q.     And you don't recall the name of the

8    officer who approached your car, your window --

9          A.     No.

10         Q.     -- and told you to get out of the

11   vehicle.

12         A.     Yes.

13         Q.     But he did tell you to exit the

14   vehicle?

15         A.     Yes.

16         Q.     Did he ask you for any kind of

17   identification?

18         A.     Yes.

19         Q.     Was that before or after he asked you

20   to exit the vehicle?

21         A.     He told me to get out the car.  He

22   asked me for my driver's license.  I gave it to

23   him.  He asked me where I live.  I gave him my

24   address.
```

```
 1          Q.     And that was 1869?

 2          A.     -39.

 3          Q.     1839 North Harding, right?

 4          A.     Uh-huh.

 5          Q.     And, again, I'm sorry, was that before

 6   you got out of the vehicle?

 7          A.     No, that's when I came out of the

 8   vehicle.

 9          Q.     When you got out of the vehicle.  Okay.

10   And then he handcuffed you?

11          A.     Yes.

12          Q.     And were you arrested?

13          A.     Yes.

14          Q.     Was Miriam also arrested?

15          A.     Yes.

16          Q.     Did you have any idea at the time what

17   you were being arrested for?

18          A.     I'm pretty sure because I -- I mean, at

19   first, I didn't even really didn't catch up, but I

20   like believe what happened with Nelson.  They asked

21   me my address; I give them my address.  I believe

22   it was because of what's happening with Nelson.

23          Q.     So at first, you didn't make the

24   connection, but eventually you did make the
```

1   connection.

2        A.     Yes.  Uh-huh.

3        Q.     That you figured you had been arrested

4   because of the incident that Nelson had told you

5   about.

6        A.     Yes.

7        Q.     Correct?

8        A.     Uh-huh.

9        Q.     Did you make that connection -- at what

10  point in the evening did you make that connection?

11  Was it when you were outside the police car?

12       A.     Yes.  Because right away, they were

13  like -- they told me -- asked me for a gun, put

14  your hands up.

15            I'm like, I don't have a gun.  They

16  open the hood, they opened the -- I mean, they were

17  all over the car.

18            So I asked the police officer.  And

19  I believe -- oh, my God.  I can't even remember.

20  It was so scary.  And he told me, You're being

21  arrested.

22            And they took me to a small police

23  station, somewhere on Irving Park, and then, from

24  there, they took me to 25.

```
 1          Q.     So you asked the police officer what
 2    was going on and --
 3          A.     Yes.
 4          Q.     -- why am I being arrested.
 5          A.     Yes.
 6          Q.     And did he tell you anything other
 7    than, You're being arrested?
 8          A.     I don't remember him telling me.  I
 9    mean, there was cops everywhere.  I don't remember.
10          Q.     So you don't remember --
11          A.     No.
12          Q.     -- if he told you or not.
13          A.     No.
14          Q.     But hold on a second, because I want to
15    know.  You don't remember him ever telling you what
16    you were being arrested for.  And by that, what I
17    want to make sure I clarify is it may be that you
18    don't remember he ever told you anything, or it may
19    be that you just don't remember if he told you
20    anything.
21          A.     Yeah, I just don't remember if he did.
22          Q.     If he told you anything.
23          A.     Yes.
24          Q.     Okay.  And so then were you -- do you
```

```
 1   remember any other conversations between yourself

 2   and the police officers before you were put in the

 3   police car?

 4        A.    No.

 5        Q.    No?

 6        A.    No.

 7        Q.    So you were -- were you and Miriam

 8   transferred to the police station in the same

 9   vehicle?

10        A.    No.  I don't remember --

11        Q.    Separate vehicles?

12        A.    Yeah, separate.

13        Q.    Do you remember how many police officers

14   were in the car with you when you were transported

15   back to the police station?

16        A.    No.

17        Q.    Do you remember if there was one or two

18   officers in the car?

19        A.    I don't remember.

20        Q.    Okay.  Do you remember, were you the

21   only occupant in the back seat?

22        A.    Yes.

23        Q.    And they took you to a small police

24   station in the 25th District?  Is that what you
```

1    said?

2          A.     First, they took me to a small police

3    station on Irving Park, and then, from there, they

4    took me to Grand and Central.

5          MS. CLIFFE:   If we could take a break real

6    quick.

7                          (Short break.)

8    BY MS. CLIFFE:

9          Q.     Okay.  Before the break, you said that

10   they first took you to a smaller police station on

11   Irving Park Road?

12         A.     Yes.

13         Q.     And what happened when you got to the

14   police station on Irving Park Road?

15         A.     Really I wasn't there long.  They just

16   took me in and they said they need to transfer to

17   25.  We were just in and out.

18         Q.     Were you there for less than ten

19   minutes?

20         A.     I would say less -- 15 minutes maybe.

21         Q.     Did they put you in a room there?

22         A.     No.  I don't remember.

23         Q.     Did anybody try to talk to you, or did

24   they interrogate you or interview you --

1      A.    No.

2      Q.    -- at the Irving Park police station?

3      A.    No.

4      Q.    So do you remember the substance of any

5   conversation you had with any police officer at the

6   Irving Park police station?

7      A.    I don't remember.

8      Q.    So then they put you in another police

9   vehicle and transferred you to Grand and Central.

10     A.    Yes.

11     Q.    Now, for the ride to Grand and Central,

12  do you remember if there was one or two officers in

13  the car with you?

14     A.    I can't remember.

15     Q.    Do you remember if you were the only

16  person in the back seat of the vehicle?

17     A.    Yes.

18     Q.    Do you recall any conversations between

19  yourself and the police officers on the way from

20  David Rivera's vehicle, the scene, to the Irving

21  Park Road police station?

22     A.    No.

23     Q.    No?

24     A.    I don't remember, no.

1  Q. Do you remember the substance of any

2 conversation between yourself and any police

3 officer on the ride from the Irving Park police

4 station to the Grand and Central station?

5  A. Not that I remember.

6  Q. Okay.  Do you remember if you saw

7 Miriam -- it's Miriam, correct, she was also

8 arrested with you?

9  A. Yes.

10  Q. I'm getting her confused, I think, with

11 Marita.  So if I misspeak, be sure to correct me.

12    Did you see her at all at the Irving

13 Park police station?

14  A. I don't -- I don't think so.

15  Q. Okay.  So then you arrived at the

16 police station at Grand and Central, and they put

17 you in a room?

18  A. Yes.

19  Q. Do you remember the size of the room?

20  A. A small room.

21  Q. Was there a table?

22  A. No.

23  Q. Was there a chair?

24  A. Wow.  I can't remember, no.

```
 1        Q.     Okay.  And then while you were in the
 2    room, you were interviewed by a couple of cops.
 3        A.     Yes.
 4        Q.     Do you remember the identities, the
 5    names of any of the police officers who interrogated
 6    you?
 7        A.     Not -- no.
 8        Q.     Do you remember what the officers
 9    looked like?
10        A.     He -- yeah, just maybe two.
11        Q.     You remember what two looked like?
12        A.     Maybe, yeah.
13        Q.     Let's start with the first one of the
14    two that you remember.  What did he look like?  Was
15    it a male?
16        A.     Yes.  They were both males.
17        Q.     Okay.  So what did officer number one
18    look like?
19        A.     I think he was a white male.  Color
20    eyes, I'm not sure.
21        Q.     Do you remember --
22        A.     A little blond.
23        Q.     A little blond?
24        A.     Yes.
```

1      Q.      When you say "little blond," do you

2   mean like his hair was sort of blond, like it was

3   kind of a dark blond or ...

4      A.      Light color hair.

5      Q.      Light color hair?

6      A.      I don't remember much.

7      Q.      Do you remember approximately how old

8   the white male officer was?

9      A.      No.

10      Q.      No?  So you don't remember if he was an

11   older guy or a younger guy?

12      A.      No.

13      Q.      Okay.  What about officer number two?

14      A.      There was an officer, I'm not sure, he

15   was gray hair maybe?  He had gray hair, a little

16   chubby, not so fat, middle big.  That's the one

17   that I was -- that was the cop that was really

18   bad.

19      Q.      Mean?

20      A.      Yes.  I'll never forget, he had an

21   Indian ring.

22      Q.      Can you describe the Indian ring?

23      A.      It was a gold ring, and it had an

24   Indian face.

```
 1          Q.    Was it painted at all?  Was the Indian

 2   face painted, or was it just etched in the gold?

 3          A.    Scratched I think.

 4          Q.    Just that --

 5          A.    Just the face of an Indian.

 6          Q.    Was it like a carving --

 7          A.    Yes.

 8          Q.    -- in the gold?

 9          A.    Yes.

10          Q.    Do you recall what race or nationality

11   the little bit -- the chubby but not fat officer

12   was, officer number two?

13          A.    If I'm not mistaken, I think he was

14   Latino.  Because I was saying to myself why is he

15   so mean with me.  We're Latinos, and he's over

16   here -- I mean, he was terrible.  I'm like ugh.

17          Q.    You remember thinking why would he be

18   so mean because you're also Latino?

19          A.    Uh-huh.  Because not even the white man

20   was like that with me.

21          Q.    Okay.

22          A.    He wasn't that aggressive.

23          Q.    Okay.  And these are the only two

24   police officers --
```

```
1          A.    That I remember.

2          Q.    -- that you remember specifically.

3          A.    There was, I believe there was in and

4   out cops or detectives, I don't know.

5          Q.    But primarily you spoke with these two

6   officers --

7          A.    Yes.

8          Q.    -- that you can recall.

9                Okay.  So you're in the room with

10  these two officers, and they're questioning you.

11  And they're also accusing you --

12         A.    Yes.

13         Q.    -- of the shooting.

14         A.    Yes.

15         Q.    Had you put together -- I believe you

16  testified earlier that you had put together outside

17  the car that they were probably arresting you for

18  the incident that you knew that Nelson had told you

19  about.

20         A.    Yes.

21         Q.    Okay.  And so they were -- these police

22  officers -- do you -- do you -- you know what?

23  Scratch that.

24                Do you know -- did you testify
```

1  earlier that Nelson was giving David a ride to

2  school when they left?

3        A.    When they left.  Nelson used to drop

4  off David to school every night.

5        Q.    Okay.

6        A.    So --

7        Q.    And did they use David's car?

8        A.    Yes.  They left in David's car.

9        Q.    Okay.  So Nelson didn't have a vehicle.

10       A.    No.  No.

11       Q.    So while they were gone, as far as

12  you know, only Nelson and David were in David's

13  vehicle.

14       A.    Correct.

15       Q.    Which was the same vehicle you were

16  driving when the police pulled you over.

17       A.    Yeah.

18       Q.    Was that one of the reasons that you

19  kind of thought it might have to do with the

20  incident Nelson had told you about?

21       A.    Yes.

22       Q.    Did the police during -- when they were

23  questioning you, did they ever tell you that they

24  had reports that the vehicle that you were driving

1 had been seen at the scene or anything like that?

2      A.    I remember an officer saying that the

3 car was seen and that I was involved. That was the

4 cop that -- that the car I'm driving was involved

5 in -- in the murder.

6      Q.    Had the police at this point told you

7 that somebody had been murdered or shot?

8      A.    When I was already in 25, yeah, and

9 that I was involved with it, yeah.

10      Q.    And where was it that you were when

11 they told you that?

12      A.    In 25, in Grand and Central.

13      Q.    Oh, so this -- so, again, it was

14 after --

15      A.    Uh-huh.

16      Q.    -- you had been to the Irving Park

17 police station.

18      A.    Uh-huh.

19      Q.    You're back at Grand and Central now,

20 and primarily talking with these two officers that

21 you described for me, correct?

22      A.    Uh-huh.

23      MS. ANTHOLT: Is that yes?

24      THE WITNESS: Yes.

```
 1        MS. CLIFFE:  Good catch again.  See, I just
 2   get so into the questions, I don't remember to
 3   remind you.  So thank you.
 4   BY MS. CLIFFE:
 5        Q.    Okay.  So the officers told you that
 6   somebody had been shot or murdered.
 7        A.    Shot, I believe, yes, that it was --
 8   but that was when I was -- I believe when I was
 9   already in 25.
10        Q.    At Grand and Central?
11        A.    Yes.
12        Q.    Okay.  So I'm going to ask you
13   questions now about when you were at Grand and
14   Central.  So as best you can recall, that's when
15   they told you that somebody had been shot.
16        A.    Yeah, someone had been murdered.
17        Q.    Okay.  And did they also, did they tell
18   you how the person was murdered?
19        A.    Not that I remember.  All I know is
20   that one officer came, and he was telling me that
21   my boyfriend was involved in a murder, and so was
22   his friend, his brother, and that I know what's
23   going on, that I was involved with it.  It was
24   terrible.
```

1    Q.    All right.  Well, do you remember --

2  and what I'm looking for is as much as you can

3  recall.  Can you give me the flow of conversation

4  from the time the officers came into the room to

5  talk with you.  Did they tell you first why it was

6  you had been arrested?

7    A.    Yes.

8    Q.    And do you remember what they told you?

9    A.    Yes.  That, like I said, someone has

10  been murdered.

11    Q.    Okay.

12    A.    That my boyfriend had committed a

13  murder, and that I know about it.

14        And I'm like, I don't know what

15  you're talking about.  Because I was driving the

16  car, he assumed that I was in there and sitting

17  when it happened.  He tried to say that I was

18  there, that I know, that I'm a liar, he called me

19  the B word, that my kids are going with the DCF.  I

20  mean, it was -- it was terrible.  It was crazy that

21  night.

22    Q.    Okay.  Did he tell you initially that

23  your boyfriend had been involved in the murder?

24    A.    Yes.  Yes.

```
 1       Q.    So he came in and said somebody's been

 2   murdered, your boyfriend and his brother were

 3   involved in it.

 4       A.    Yes.

 5       Q.    And we think you were involved in it,

 6   too, because you're in the car.

 7       A.    Yes.

 8       Q.    Did he tell you that somebody had seen

 9   the car you were driving involved in the murder?

10       A.    I don't remember.

11       Q.    When you say you don't remember, does

12   that mean they could have told you and you just

13   don't recall as you sit here today?

14       A.    Yeah, I can't remember.

15       Q.    But that makes sense to you, that if

16   they pulled you over in the car, I mean, you, in

17   fact, testified earlier that you thought that was

18   the connection, that you were in the car that they

19   had been driving.

20       A.    Uh-huh.

21       Q.    All right.  You knew at the point when

22   you arrived at Grand and Central, you were well

23   aware of the statements that Nelson had made to you

24   earlier about he'd shot somebody accidentally.
```

69

1    A.    Yes.

2    Q.    So what did you say to the officers in

3  response to, Your boyfriend did it and you did it,

4  too?

5    A.    No.

6    Q.    You just said, No.  I was at home the

7  whole time watching Gilligan's Island.

8    A.    Yes.

9    Q.    Okay.  And was it then that the officer

10 threatened to have your children sent to DCFS,

11 things of that nature?

12   A.    Yeah, because he's trying to assume

13 that like because -- that I was there, that I --

14 like I know what's happening, I know I was there,

15 and he wanted me to speak and say things.  I didn't

16 know what was really happening.  All I know that --

17 all Nelson told me, he shot someone.  I was not in

18 the scene, but he's trying to make it seem like I

19 was there.

20   Q.    Had you told -- that was going to be my

21 next question.  At what point in the conversation

22 did you tell them about what Nelson had told you?

23   A.    It took a couple hours, when he started

24 getting more aggressive.  There was a cop getting

*URLAUB, BOWEN & ASSOCIATES, INC.*
*(312) 781-9586*

1  really aggressive.

2       Q.    And that was when you said, you know,

3  No, it wasn't me, and, in fact, Nelson came home

4  and --

5       A.    Not really.  I remember he told me --

6  he came back in the room, and he told me, You

7  better talk.  Your boyfriend already confessed.  He

8  signed a statement.  You know what's happening.

9  Tell me.

10           And I'm like, I don't know what

11  you're really talking about.  I really don't know

12  what happened there.  All I know, he came home like

13  this, and I explained to the cop, and I was home

14  watching TV.

15       Q.    Okay.  But that's what I'm trying to

16  find out.  Did you initially -- so it was a couple

17  hours after -- how long were you at the police

18  station?

19       A.    Maybe six, eight hours.

20       Q.    You were at the police station for six

21  to eight hours.

22       A.    Uh-huh.

23       Q.    And after a couple of hours of the

24  questioning, when the other officer started to get

1    really aggressive is when you told him that Nelson

2    had told you that he had shot somebody accidentally.

3         A.    Yes.

4         Q.    So you didn't initially tell the

5    police officers --

6         A.    No.

7         Q.    -- that Nelson had told you that he

8    shot somebody accidentally?

9         A.    Yes.

10        Q.    Yes?

11        A.    I didn't say anything to the cops.

12        Q.    Initially.

13        A.    Correct.

14        Q.    Okay.  So -- and I believe you

15   testified, too, that after -- at some point, the

16   officer started to get really aggressive.  So there

17   was kind of a progression of his interviewing you,

18   where he started to get more aggressive and more

19   aggressive?

20        A.    Yes.

21        Q.    Okay.  And during that time period, you

22   were saying that, as you had been, you were sitting

23   at home watching Gilligan's Island; you didn't have

24   any idea what he was talking to you about, correct?

72

1    A.    Correct.

2    Q.    When, in fact, you had kind of put

3    it together that he was questioning you about the

4    shooting that Nelson had told you he'd taken part

5    in.  Is that fair?

6    A.    Yes, but he was not really -- I remember

7    he wasn't really trying to get from me that what

8    Nelson did, because he told me that Nelson

9    confessed.  He just like -- the way he assumed was

10   like trying to say I was there, I was involved in

11   it, when -- he pressured me like that, and I

12   wasn't.

13   Q.    Okay.  But you had not told him at that

14   point, correct?

15   A.    Correct.

16   Q.    About what Nelson had told you?

17   A.    (Nodding.)

18   Q.    And you were, as far as you knew,

19   driving the car that the incident -- scratch that.

20         And you were driving the car that,

21   as far as you knew, they had used during the

22   shooting.

23   A.    Yes.

24   Q.    Correct?

1      A.      (Nodding.)

2      Q.      So for several hours the officers told

3  you that you were involved in the incident, your

4  kids were going to be sent to DCFS, they called you

5  the B word, told you you were a liar, trying to get

6  you to admit to having taken part in the crime.

7      A.      Correct.

8      Q.      And then, a couple of hours later,

9  did -- did you tell them about Nelson's statements

10  to you before or after the officer who came in with

11  the newspaper --

12      A.      Yes, I did.

13      Q.      Was it before the officer came in with

14  the newspaper?

15      A.      Yes.

16      Q.      Okay.  So you tell them that you didn't

17  have anything to do with it, but Nelson told you

18  this, right?

19      A.      Yes.

20      Q.      I shot somebody accidentally.  And then

21  they continue at that time to think that you might

22  have been involved.

23      A.      Correct.

24      Q.      And then so was it -- do you remember

1   how long it was -- how long you had been in the

2   interview room when the officer went to get the

3   TV guide?

4           A.     They had already took me out the room.

5           Q.     Oh, you had already come out of the

6   room.

7           A.     Yes.   They took me to a room.   They had

8   a table in there.   One of the police officers

9   offered me water or coffee.   I said no.   And that's

10  when they were like they already got the statements

11  and --

12          Q.     When you say "the statements," you mean

13  from Nelson?

14          A.     From Nelson.   And they're like, You

15  sure you were watching Gilligan's Island?

16              I'm like I was positive.   And that's

17  when one of the police officer look at the newspaper

18  and see that she -- they did show the show.

19              Because one of them was asking me

20  like, They didn't show that show.   I watch that

21  show every day.   That's my favorite show.   You

22  liar.

23          Q.     So did you talk about the substance of

24  what had happened on the Gilligan's Island show?

1      A.    I think -- well, I think I did.  I
2  don't remember what I -- but I know I'm pretty sure
3  I was watching that show because I used to watch it
4  every night.
5      Q.    But, I mean, I guess what I'm asking,
6  so they were able to verify that you, in fact, had
7  watched the show because you knew what happened in
8  that particular episode, or did you not remember
9  that?
10     A.    No, I don't remember that.
11     Q.    Okay.  So they just verified what time
12 it was on.
13     A.    Yes.
14     Q.    And that would have matched.  So once --
15 once -- I mean, at some point they took you home,
16 correct?
17     A.    Yes.
18     Q.    So at some point you knew they were no
19 longer considering you a suspect also in the crime.
20     A.    Yes.
21     Q.    Do you remember, did that happen after
22 they verified with the TV guide?
23     A.    Yes.
24     Q.    Or it was after you told them what

1    Nelson had told you about the incident, the

2    shooting?

3         A.    After the TV guide, I mean, everything

4    was -- they sent me home.  Oh, wow, it's hard to

5    remember.

6         Q.    I apologize for that.  As best you can

7    recall.

8         A.    I can't even remember, but I know I was

9    sent home when -- they already had verified the

10   newspaper.

11        Q.    And that was when they sent you home.

12        A.    Yes.

13        Q.    At some point did the accusations and

14   the yelling and the screaming stop?  It must have

15   at some point before they sent you home.

16        A.    Of course, yes.

17        Q.    Did that stop when they got the TV

18   guide and verified that you were watching Gilligan's

19   Island, or did that stop at some other time, maybe

20   when you told them about Nelson's statement?  Do

21   you remember --

22        A.    Some other time maybe.

23        Q.    So it was prior --

24        A.    Yeah --

1          Q.     -- to the --

2          THE COURT REPORTER:  Wait a minute.

3    BY MS. CLIFFE:

4          Q.     It was some other time, right?  Well,

5    let's start the whole thing over.

6                 At some point before you went home,

7    the officers' treatment of you stopped, correct?

8          A.     Correct.

9          Q.     They quit accusing you, correct?

10         A.     Yes.

11         Q.     They quit yelling at you?

12         A.     Yes.

13         Q.     Quit calling you names?

14         A.     Yes.

15         Q.     Do you remember, and I believe you just

16   testified, but we're trying to clarify the record,

17   that that -- that the treatment changed, that they

18   were no longer so accusatory sometime before they

19   verified with the TV guide that you had watched

20   Gilligan's Island?

21         A.     Yes.

22         Q.     And my question then was:  Do you

23   remember approximately when it was that they quit

24   accusing you and calling you names?  Was it perhaps

1  when you told them about the statement that Nelson

2  had told you?

3          A.    Yes.

4          Q.    It was.

5          A.    Yes.

6          Q.    So once you told them about what

7  Nelson had told you, then they quit accusing you.

8          A.    Yes.

9          Q.    Did they quit threatening to take your

10 children?

11         A.    I can't remember.

12         Q.    Well, I would assume so, right?  They

13 no longer thought you were not involved.

14         A.    Yes.

15         Q.    They quit calling you names?

16         A.    Yes.

17         Q.    Quit yelling at you?

18         A.    Yes.

19         Q.    And then some time went by, and they

20 were able to verify the Gilligan's Island episode,

21 correct?

22         A.    Correct.

23         Q.    And then you made a statement, a

24 written statement?

1       A.      Yes.

2       Q.      Now, did they write that statement for

3   you, or did you handwrite that statement?

4       A.      They write a statement.

5       Q.      Okay.  And you read through it?  I know

6   it was late and you were tired, but as best you can

7   recall, did you read through it

8       A.      I remember before I went home, they

9   took me where a table; they were there, two cops,

10  and they just told me to sign the paper, and I

11  signed it.

12      Q.      Okay.  So you didn't read it?

13      A.      They told me, This is the statement.  I

14  just wanted to go home.

15      Q.      Okay.  So you didn't read through

16  before you signed it.

17      A.      I really don't -- honestly, I don't

18  remember reading through it.  I'm like just ...

19  they told me, This is the statement.  Sign it.

20      Q.      So is it possible you did read through

21  it and you just don't remember?

22      A.      I don't think I did.  I just wanted to

23  go home.

24      Q.      Okay.  And Nelson and David were

1   already in custody, so by the time you got home,

2   they weren't there.

3       A.    They were not.

4       Q.    If, in fact, you had taken part in the

5   shooting of the victim with Nelson and David and

6   you had confessed to that and you were sentenced,

7   wouldn't it make sense that your children would be

8   sent to DCFS?

9       MS. ANTHOLT:  Objection, it assumes -- it's

10  improper.

11      THE WITNESS:  I had nothing to do with it,

12  so ...

13  BY MS. CLIFFE:

14      Q.    No, I understand that, but let's say you

15  had.  Let's say that you were arrested, convicted,

16  and sentenced to time in jail.  Wouldn't that make

17  sense that your children -- some other kind of care

18  would have to be necessary for your children; is

19  that correct?

20      MS. ANTHOLT:  Objection, assumes facts not in

21  evidence and assumes facts not in this witness's

22  possession.

23  BY MS. CLIFFE:

24      Q.    You can answer the question.

81

1          MS. ANTHOLT:  If you can.

2          THE WITNESS:  No.  I --

3    BY MS. CLIFFE:

4          Q.    It doesn't make sense?

5          A.    No, they -- my kids would be with their

6    dad.

7          Q.    So they would have been with their dad.

8          A.    Yes.

9          Q.    But other care would have been necessary

10   for your children.

11         A.    Yes.

12         Q.    So after they brought you home, you

13   then -- do you recall testifying at least one time,

14   you're pretty sure it was one time, in court in

15   front of a judge, correct?

16         A.    Yes.

17         Q.    And as you sit here today -- well, let

18   me ask you this:  Did you review your court

19   testimony in preparation for your deposition today?

20         A.    What do you mean if I review my court?

21         Q.    Well, there would have been a court

22   reporter, very much like the nice lady here today,

23   in court at the time taking down the testimony.

24   And then that gets printed up later.  Do you ever

1   recall reading your testimony at the criminal

2   trial?

3        A.    I can't remember, but probably I did.

4        Q.    You, at least, didn't do it in

5   preparation for your deposition today.

6        A.    No.

7        Q.    Did you review any documents in

8   preparation for your deposition today?

9        A.    No.

10       Q.    So you didn't look over your statements,

11  anything else?

12       A.    No.

13       Q.    Because you thought it had to do with

14  Juan Johnson, as opposed to Mr. Rivera, right?

15       A.    Correct.

16       Q.    Okay.  Did the -- and counsel for

17  plaintiff never told you that the basis of your

18  testimony here today was going to be your involvement

19  with the Nelson Rivera case as opposed to Juan

20  Johnson?

21       A.    For Juan Johnson.  They mentioned that

22  this case is -- I remember I receive a call last

23  year.

24       Q.    I think that was me.

1      A.    Yeah.  And they had mentioned me that

2  if I have -- if I know a Juan Johnson, and I -- I

3  really said no, because I didn't know Juan Johnson

4  by that name, nothing.  I don't know him Johnson.

5  I didn't even know that was his name.  And I say,

6  No.

7        So the person that -- I don't know

8  if it was you, but I --

9      Q.    I think that was me.

10      A.    -- remember someone called me on my

11  cell phone and they were talking to me about this

12  case, and I'm like, I don't know what happened in

13  that case.  I don't know whose that.  I have no

14  idea what you're talking about.

15        And the person that spoke to me

16  mentioned -- asked me if I know a Nelson Rivera,

17  and that's when I say, Yes.  And they asked me

18  about Santos Flores, and I'm like, Yes, I know

19  them, but a Juan Johnson, I don't know.  That was

20  last year when I receive a call.  Who call me, I

21  can't even remember.  I don't -- it was just one

22  phone call, and that's it, until last week, I

23  received a paper and, again, it was for Juan

24  Johnson.  And I even asked -- I was at work --

```
 1   BY MS. CLIFFE:

 2        Q.     Amanda.  I like that better.  Amanda

 3   contacted you sometime last week.

 4        A.     Yes.

 5        Q.     By phone.

 6        A.     Yes.  No, she contact me last night.

 7        Q.     Last night?

 8        A.     Yeah.  Last week I received the -- I

 9   think it was last week or two weeks ago I received

10   this paper (indicating).

11        Q.     And what did Amanda tell you last

12   night?  Did she contact you by phone?

13        A.     Yes.

14        Q.     And what did she tell you?

15        A.     She asked me if I had received the

16   subpoena, if I'll be able to come today.  And I

17   told her -- I don't remember.  Like I know you

18   caught me watching TV.  And I'm like, Why they

19   subpoena me for Juan Johnson?  I don't know what's

20   going on.

21               And she gave me a little idea about

22   it, that Juan Johnson, and then she explained to

23   me about the police officer, that I was arrested

24   before by the same police officer he was arrested,
```

1    Q.    Do you know if he's one of the officers

2    that interviewed you that night on December 13th,

3    1995, at Grand and Central?

4    A.    No, not by name.

5    Q.    Okay.  And if I told you he was one

6    of the officers that interviewed you, you wouldn't

7    have any reason to dispute it.

8    A.    No.  Maybe if I see pictures, I could

9    maybe remember him, but honestly, not by name.

10    Q.    I looked, but I didn't come across any,

11    so ...

12          All right.  Anything else that you

13    discussed in the car on your way to the deposition?

14    A.    No.  No.

15    Q.    Did you discuss the substance of your

16    testimony at all, like what you were going to talk

17    about, what you were going to testify to?

18    A.    No.

19    Q.    Did she tell you at all what Juan

20    Johnson is alleging in his complaint; she, being

21    Amanda?

22    A.    No.

23    Q.    Do you have any knowledge as you sit

24    here today what Juan Johnson is alleging in his

1  complaint?

2      A.    No.

3      Q.    Have you talked to anybody else about

4  your deposition today other than Amanda?

5      A.    No.

6      Q.    Okay.  Nobody?

7      A.    No.

8      Q.    Okay.  Where was I?  So you have no

9  recollection of ever reviewing your trial testimony

10  at the Santos Flores criminal trial.  No?

11      A.    No.

12      Q.    Have you written any kind of statement

13  recanting your testimony at the Santos Flores

14  trial?

15      A.    No.

16      Q.    As best you can recall, what was the --

17  what did you testify to at the criminal trial of

18  Santos Flores?

19      A.    What happened, what had Nelson had

20  confessed to me, and that's about it.

21      Q.    So you remember that you testified

22  about the statement that Nelson had told you

23  about --

24      A.    Yes.

```
 1          Q.     -- he shot somebody accidentally.

 2                 Did you testify truthfully?

 3          A.     Yes.

 4          Q.     And you don't recall making any other

 5   statements, written statements, other than the one

 6   you gave initially on that night at the police

 7   station.

 8          A.     Uh-huh.  Correct.

 9          Q.     Did Nelson ever tell you that the

10   police officers had threatened him with your arrest

11   if he didn't confess?

12          A.     After he was arrested?

13          Q.     Yeah.

14          A.     That same night, I didn't get to talk

15   to Nelson.

16          Q.     But has he ever told you subsequently

17   that they threatened him that you would be arrested

18   if he didn't confess?

19          A.     Yes.

20          Q.     He's told you that?

21          A.     Yes.

22          Q.     When was it that he told you that?

23          A.     When I went to visit him in the Cook

24   County.
```

```
 1          Q.     Do you remember approximately when that

 2   was?

 3          A.     No.

 4          Q.     Was it shortly after his arrest?

 5          A.     Yes, not so far from his arrest.

 6          Q.     Do you know, has Nelson ever recanted

 7   his confession?

 8          A.     I don't know.

 9          Q.     Meaning, do you know if he ever said,

10   You know what, I didn't do it?

11          A.     No, I don't -- no.

12          Q.     Has Nelson ever told you that he didn't

13   shoot the man?

14          A.     Excuse me?

15          Q.     Has Nelson ever told you that he didn't

16   shoot?

17          A.     No.

18          Q.     Because, in fact, he told you the night

19   it happened he shot a man.

20          A.     Yes.

21          Q.     Did Nelson ever tell you that the

22   police officers had threatened him that your

23   children would be taken away from you in order to

24   get his confession?
```

93

1          A.      I don't remember.

2          Q.      Do you recall having any previous

3  dealings with particularly officer number two, the

4  one that yelled at you and accused you and called

5  you names?  Okay.  Particularly him, you remember

6  our discussion about him earlier, right?

7          A.      Uh-huh.

8          Q.      Had you had any contact with that

9  officer that you can recall prior to that evening

10 of December 13th, 1995, or was that the first time

11 you had ever seen him?

12         A.      That was the first time I ever seen him.

13         Q.      What about since that night, have you

14 seen him since?

15         A.      I -- if I'm not mistaken, I think he

16 visit Nelson's parents after the arrest.

17         Q.      And you saw him there at that time?

18         A.      I think he did.

19         Q.      Was that shortly after the arrest?

20         A.      Yes.

21         Q.      Did you have any conversations with him

22 at that time?

23         A.      Not that I remember.

24         Q.      Do you remember anything about his

94

 1   visit, what his demeanor was?

 2        A.    No.

 3        Q.    No?  Do you remember any of the

 4   conversation that would have occurred between the

 5   officer and Nelson's parents?

 6        A.    No.

 7        Q.    I'm getting there.

 8              Have you ever testified in any other

 9   criminal matter other than Santos Flores?

10        A.    No.

11        Q.    What about any other criminal matter?

12        A.    No.

13        Q.    Throughout the night of December 13th,

14   1995, which is the night that you were arrested and

15   interrogated, did any police officer ever physically

16   harm you?

17        A.    No.

18        Q.    Did any police officer ever hit you?

19        A.    No.

20        Q.    Did you tell the truth to the police

21   officers that night?

22        A.    Yes.

23        Q.    And as you testified earlier, your

24   testimony in the Santos Flores case was also

1  truthful.

2      A.    Yes.

3      Q.    Did you implicate any of the

4  defendants, Nelson, David Rivera, Santos Flores,

5  because of any of the actions that the police

6  officers took towards you that evening?

7      A.    I don't recall that.  Can --

8      Q.    Did you -- did you give the statement --

9  did you testify that Nelson told you that he had

10 accidentally shot somebody, your testimony, was

11 that because of anything those police officers said

12 or did to you on the night of December 13th?

13     A.    No.

14     Q.    You testified to that because it was

15 the truth.

16     A.    They were scaring me, yes, and it was

17 the truth.

18     Q.    But it was the truth, correct?

19     A.    Yeah.

20     Q.    So you didn't change --

21     A.    No.

22     Q.    -- the truth because of anything the

23 police officers did to you --

24     A.    No.

96

```
 1          Q.    -- on December 13th, 1995.

 2          A.    Correct.

 3          Q.    Do you know Henry Johnson?

 4          A.    Who?

 5          Q.    Henry Johnson?

 6          A.    No.

 7          Q.    Do you know anybody by the name of

 8   Harpo?

 9          A.    No.

10          Q.    No?  What about Drag?  These are street

11   names, I'm assuming, I'm hoping.

12          A.    No.

13          Q.    What about Heavy C?

14          A.    Uhn-uhn.

15          Q.    No?  Javier Estrada?

16          A.    No.

17          Q.    Christopher Smith?

18          A.    No.

19          Q.    What about Theresa Rios?

20          A.    No.

21          Q.    Do you know anybody by the name of

22   Floyd Rojos?

23          A.    No.

24          Q.    Salvador Ponce, P-o-n-c-e?
```

```
 1        A.    No.

 2        Q.    Karen Cintron?

 3        A.    Uhn-uhn.

 4        Q.    Andrew Bolton?

 5        A.    Uh-huh.

 6     MS. ANTHOLT:  That's a no?

 7     THE WITNESS:  No.

 8  BY MS. CLIFFE:

 9        Q.    Angel Rodriguez?

10        A.    No.

11        Q.    Ruth Pena?

12        A.    No.

13        Q.    Amy Merkes?

14        A.    No.

15        Q.    Jackie Grand?

16        A.    No.

17        Q.    Jorge Rodriguez?

18        A.    No.

19        Q.    Roberto Almodovar?

20        A.    No.

21        Q.    William Negron?

22        A.    No.

23        Q.    Kennelly Saez?

24        A.    No.
```

```
 1          Q.    Felix Valentin?

 2          A.    No.

 3          Q.    Jacques Rivera?

 4          A.    No.

 5          Q.    Michael Velez?

 6          A.    No.

 7          Q.    I think this is another street name,

 8   Rico?

 9          A.    No.

10          Q.    Nobody named Rico?  David Colon?

11          A.    No.

12          Q.    David Lugo?

13          A.    No.

14          Q.    Roman Rios?

15          A.    No.

16          Q.    Efrain Sanchez?

17          A.    No.

18          Q.    Julio Sanchez?

19          A.    No.

20          MS. CLIFFE:  All right.  I need just a

21   minute.

22                        (Brief interruption.)

23          MS. CLIFFE:  We can go back on.

24
```

1   BY MS. CLIFFE:

2       Q.    I know I asked you this earlier, but

3   you have absolutely no recollection of ever

4   receiving a subpoena in this case before, the one

5   you received a couple weeks ago?

6       A.    Uh-huh.  Just the -- the one I just

7   received.

8       Q.    Okay.  So you don't have a recollection

9   of receiving a subpoena and calling my office in

10  response to receiving that subpoena?

11      A.    No.

12      Q.    If I told you that that, in fact,

13  happened, would you dispute it?

14      A.    Yeah, because I don't remember receiving

15  another subpoena.

16      Q.    In December of 2006, did you live at

17  2538 West Cortez?

18      A.    No.

19      Q.    You didn't live at 2538 West Cortez?

20      A.    No.

21      MS. ANTHOLT:  2006?

22      MS. CLIFFE:  Uh-huh.  2006.

23      THE WITNESS:  Oh, 2006?  Yes.  Yes.

24

```
 1   BY MS. CLIFFE:

 2        Q.     In December of 2006?

 3        A.     Yes.   In the basement.   I used to live

 4   in the basement.

 5        Q.     Right.   That doesn't matter.

 6        A.     I mean, did they hand it to me?  No, I

 7   don't remember none of that.   I don't remember.

 8        Q.     You don't remember?

 9        A.     No.    That I received a subpoena?   No.

10        MS. CLIFFE:  Okay.   I think I'm done.

11        MS. ANTHOLT:  I have two follow-up questions,

12   I think.

13                      EXAMINATION

14   BY MS. ANTHOLT:

15        Q.     You were asked earlier in your

16   deposition if any of the police officers ever hit

17   you.  Do you recall that?  Do you remember being

18   asked that?

19        A.     Not physically.

20        Q.     Did any police officer ever threaten to

21   hit you?

22        A.     Yes.

23        Q.     Okay.   What happened?

24        A.     That was the night that I was in --
```

1  arrested?

2      Q.    Uh-huh.

3      A.    That was the cop that was very

4  aggressive.  He had threatened me.  I mean, he

5  called me the B word, he threatened me, he even

6  raised his hand that he feel like smacking me, that

7  I'm a liar.

8      Q.    Okay.  During the interrogation when

9  you were arrested, did both of the police officers

10  ask you questions?

11      A.    They would like come by, in and out.

12  One would come in, the other one would leave.

13      Q.    Did the other police officer, the white

14  male police officer, did he threaten you?

15      A.    No.

16      Q.    Okay.  During the first part of the

17  interrogation, when you were in the room, were they

18  questioning you about Nelson as well as accusing

19  you of being involved, or were they just accusing

20  you of being involved?

21      A.    They were both questioning me what

22  Nelson did and trying to accuse me that I was

23  involved.

24      Q.    Okay.  Did any police officer ever

1   pressure you to say anything that wasn't true?

2          MS. CLIFFE:  I'm going to object to the form

3   of the question.  Go ahead.

4          THE WITNESS:  There was a lot of pressure,

5   yes.

6   BY MS. ANTHOLT:

7          Q.    Okay.  And what was the police officer

8   pressuring you to say?

9          MS. CLIFFE:  I'm going to object on foundation.

10              Go ahead.

11         THE WITNESS:  I can't ... like if the police

12  officer was like pressuring me to say?

13  BY MS. ANTHOLT:

14         Q.    Uh-huh.

15         A.    I -- it was a lot of pressure, one

16  police officer.  That's all I remember.  He's like

17  assuming, like for me to talk, say things that I

18  really was not aware of.

19         Q.    Okay.  What were the things that he was

20  assuming?

21         A.    I can't even remember.  It was a lot of

22  things.  I can't remember.  I don't -- I can't

23  remember everything.

24         Q.    Can you remember generally what kinds

103

1  of things?

2       A.    That I was covering up for my boyfriend,

3  that I know what happened, that I'm a liar, for me

4  to talk.  They were -- I can't remember much.

5       Q.    Okay.  Did he pressure you to say that

6  you were involved in the shooting?

7       A.    No.

8       Q.    Okay.  He pressured you to -- did he

9  accuse you of being involved in the shooting?

10      A.    Yes.

11      Q.    Okay.  And just to be clear, the

12 officer who threatened to hit you, was that the

13 Latino officer or the white officer?

14      A.    The Latino.  To me, he looks Latino.

15 I'm not sure if he is Latino.

16      Q.    Okay.  So the officer who you described

17 as looking like he was Latino.

18      A.    Yes.  To me, he looked Latino.

19      MS. ANTHOLT:  All right.  Thank you.  That's

20 all the questions I have.

21                    EXAMINATION

22 BY MS. CLIFFE:

23      Q.    I have some follow-up now.

24              I believe when you were answering

1    Amanda's question about the threatening to hit you,

2    you said that the officer raised his hand and said

3    he felt like smacking you because you were a liar.

4          A.    Yes.   He was on my face.

5          Q.    Okay.   Did he make any other physically

6    threatening gesture other than raising his hand and

7    saying he felt like slapping you?

8          A.    Just right on my face, yelling really

9    close on my face (indicating).

10         Q.    So he was physically close to your

11   face.

12         A.    Yes.

13         Q.    Did he make any verbal physical

14   threats -- oh, that's ambiguous.   Scratch that.

15               Did he make any additional verbal

16   threats, physical violence, other than that he felt

17   like smacking you?

18         A.    I remember he say he -- he -- that he

19   felt like smacking me, that I'm a liar.

20         Q.    Okay.   So he didn't say, I'm going to

21   hit you.

22         A.    No, he said, I feel like smacking you,

23   you're a liar.

24         Q.    Okay.   And then when you were talking

1  to Amanda about the officer pressuring you to say

2  things that weren't true, I got a little confused.

3  So he was trying to tell you things -- was he

4  trying to make it seem like you knew things that,

5  in fact, you didn't know?  Was that your testimony,

6  that he was trying to make it seem like --

7        A.    In a way, yes, because it was a lot.  I

8  don't -- I can't remember everything, but the way

9  he was pressuring me and facing me and yelling at

10 me, it's like -- made it seem like he want me to

11 say like that I know what everything happened and I

12 was there, that -- like assuming that I know

13 everything, and which I didn't know exactly

14 everything because I left the house right away.

15       Q.    Right.

16       A.    So he tried to accuse me that I was

17 there, that -- that I'm going to go down for a long

18 time.

19       Q.    Okay.

20       A.    That I'm going to have my child in

21 jail, that I'm never going to see this child again.

22       Q.    Okay.  So the pressure he was putting

23 on you was part of his accusing you of taking part

24 in the crime.

```
 1        A.    Yes.

 2        Q.    But he didn't ever pressure you to say

 3   you were involved.

 4        A.    No.

 5        Q.    Other than what you just talked about.

 6        A.    Yes.

 7        Q.    Okay.  And, again, that behavior, the

 8   accusations and the physical threat, for example,

 9   there wasn't anything further after you told them

10   about what Nelson had told you.

11        A.    No.

12        MS. CLIFFE:  Okay.  I'm done.

13        MS. ANTHOLT:  All right.

14        MS. CLIFFE:  Do you want to explain

15   signature?

16        MS. ANTHOLT:  Okay.  At some point the

17   transcript is going to be typed up into a

18   transcript, and if you want to, you can read it to

19   make sure there's no errors.  You can't change your

20   testimony, but if there's some type of typographical

21   error, you could correct it.  You don't have to do

22   that, but if you would like to, you can.

23              So we have to ask you, would you

24   like to have the opportunity to read over the
```

107

1  transcript?

2      THE WITNESS:  No.

3      MS. ANTHOLT:  No?  Okay.  Waive signature.

4      MS. CLIFFE:  All right.

5          FURTHER DEPONENT SAITH NOT ...

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

108

```
 1 | STATE OF ILLINOIS   )
   |                     )   SS:
 2 | COUNTY OF WILL      )

 3

 4 |          I, Jacqueline Pietrzyk, a notary public
   | in and for the County of Will and State of Illinois,
   | do hereby certify that GLORIA ORTIZ BORDOY was duly
 5 | sworn by me to testify the whole truth, and that
   | the foregoing deposition was recorded stenographically
 6 | by me and was reduced to computerized transcript
   | under my direction, and that the said deposition
 7 | constitutes a true record of the testimony given by
   | said witness.

 8

 9 |          I further certify that the reading and
   | signing of the deposition was waived by the
10 | deponent.

11

12 |          I further certify that I am not a
   | relative or employee or attorney or counsel of any
   | of the parties, or a relative or employee of such
13 | attorney or counsel, or financially interested
   | directly or indirectly in this action.

14

15 |          IN WITNESS WHEREOF, I have hereunto set
   | my hand and affixed my seal of office at Chicago,
16 | Illinois, this 4th day of March, A.D. 2008.

17

18

19 |          C.S.R. License No. 084-004197

20

21

22

23

24
```