IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAIME RIOS

    Plaintiff,

vs.                                    Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

    Defendants.                             JURY TRIAL DEMANDED

    Defendants.

## MOTION TO ALLOW THE TESTIMONY OF WILLIAM DORSCH BY REMOTE TRANSMISSION

Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards respectfully files this motion to allow the testimony of William Dorsch by remote transmission.. In support thereof, Plaintiff states as follows:

1. This case is set for jury trial on February 2, 2026.

2. One of plaintiff's 404(b) witnesses, William Dorsch, is a retired Chicago Police detective in his eighties who currently lives in Bulgaria.

3. William Dorsch has accepted service of process and has indicated that he will be willing to testify by zoom or Webex or similar means, but that he is reluctant or unable to testify in person, because of his age, his health, and the great distance.

1

4. Plaintiff estimates that William Dorsch's testimony will take one hour at most on direct and perhaps somewhat longer on cross.

5. Under Federal Rule of Civil Procedure Rule 43: "For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location."

6. Courts have found good cause under Rule 43 to permit witnesses to testify from remote locations where the witnesses were unable to attend for reasons of physical distance, illness, custody, or immigration status. See, e.g., *Lopez v. Miller*, 915 F. Supp. 2d 373, 396 n.9 (E.D.N.Y. 2013) (allowing video-conference testimony from witness who could not legally enter the United States); *Angamarca v. Da Ciro, Inc.*, 303 F.R.D. 445, 447 (S.D.N.Y. 2012) (noting that "[t]he legal infeasibility of attending a deposition or trial in person because of one's immigration status rises to the level of compelling circumstances"); see also *Thomas v. Anderson*, 912 F.3d 971, 977 (7th Cir. 2018) (finding that district court judge was "well within his discretion" in allowing video testimony by nonparty inmate witness); Fed. R. Civ. P. 43(a) advisory committee's note to 1996 amendment ("The most persuasive showings of good cause and compelling circumstances are likely to arise when a witness is unable to attend trial for unexpected reasons, such as accident or illness, but remains able to testify from a different place.").

7. Under these circumstances, there is good cause to allow William Dorsch to testify by zoom.

8. It should also be noted that William Dorsch has testified on multiple occasions to the events at issue here and has been cross-examined or deposed on many

occasions by attorneys for Reynaldo Guevara and the City of Chicago.

9. Although it might be possible to admit Dorsch's prior testimony, live testimony by remote means would give defendants an opportunity for a full range of cross-examination and would give the jury the benefit of seeing the witness's reactions in real time.

WHEREFORE, PLAINTIFF moves to allow William Dorsch to testify by remote means.

Respectfully Submitted,

/s/ Stephen L. Richards
By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946

3

**CERTIFICATE OF SERVICE**

    Stephen L. Richards certifies that on January 16, 2026 he served the **MOTION TO ALLOW THE TESTIMONY OF WILLIAM DORSCH BY REMOTE TRANSMISSION** by through the ECF filing system.

                                              */s/ Stephen L. Richards*
                                              By: Stephen L. Richards
                                              Attorney for Plaintiff
                                              53 W. Jackson, Suite 756
                                              Chicago, IL 60604
                                              (773) 817-6927
                                              sricha5461@aol.com
                                              Attorney No: 6191946