**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JAIME RIOS

      Plaintiff,

        vs.                           Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

      Defendants.                     JURY TRIAL DEMANDED

      Defendants.

**MOTION TO FILE SUPPLEMENTAL MEMORANDUM WITH RESPECT TO
ADMISSION OF CERTIFICATE OF INNOCENCE**

Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards respectfully files this motion to file supplemental memorandum with respect to admission of certificate of innocence. In support thereof, Plaintiff states as follows:

1. On December 22, 2025, Plaintiff filed combined motions in limine, which included a motion in limine to admit evidence of his granted petition for certificate of innocence. Dkt # 249, 4-6.

2. On December 22, 2025, Defendants filed combined motions in limine, which included a motion to bar the certificate of innocence. Dkt # 248, 5.

3. On December 30, 2025, Plaintiff filed a response to defendants' combined motions

1

to limine, which included a short response to the motion to bar the certificate of innocence. Dkt # 250, 1.

4. On  January 5, 2026, the defendants filed a response to plaintiff's combined motions in limine, which included a response to the motion to admit the certificate of innocence.  Dkt # 253, 7-19.

5. On January 8, 2026, this court granted a motion to reconsider in the case of *Jackson v. City of Chicago*, 20-cv-05886, and precluded the admission of a certificate of innocence in that case. *Jackson*, Dkt # 228, 1-3.

6. Because the opinion in *Jackson* is an opinion of this court, which expresses the court's reasoning on this issue, plaintiff seeks to file the attached supplemental memorandum, both to distinguish *Jackson* and to address some of the concerns this court expressed about the dangers of the admission of the certificate of innocence.

7. Defendants have indicated that they oppose this motion to file the supplemental memorandum.

8. The attached supplemental motion is 9 pages in length, which, together with the 40 pages filed in Jaime Rios's combined motions in limine, is still less than the limit of 50 pages for motions in limine set by this court.

9. Plaintiff has no objection to an order of court granting defendants' an opportunity to respond to the supplemental memorandum.

WHEREFORE, PLAINTIFF  moves to file the attached supplemental memorandum instanter.


Respectfully Submitted,

/s/ Stephen L. Richards

By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946

## **CERTIFICATE OF SERVICE**

Stephen L. Richards certifies that on January 16, 2026 he served  the **MOTION TO FILE SUPPLEMENTAL MEMORANDUM WITH RESPECT TO ADMISSION OF CERTIFICATE OF INNOCENCE**

by email to counsel for all defendants.

*/s/ Stephen L. Richards*
By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946

4