IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAIME RIOS, ) | |
| ) | Case No. 22 CV 3973 |
| Plaintiff, ) | |
| ) | Judge Jeremy Daniel |
| vs. ) | |
| ) | |
| REYNALDO GUEVARA, MICHAEL MASON, ) | |
| ERNEST HALVORSEN, CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM WITH RESPECT TO ADMISSION OF CERTIFICATE OF INNOCENCE**

NOW COME Defendants, by and through their undersigned counsels, and moving for leave to file their Response to Plaintiff's Supplemental Memorandum With Respect To Admission Of Certificate Of Innocence, state as follows:

1. On January 19, 2026, Plaintiff filed a motion for leave to file a supplemental memorandum with respect to admission of his Certificate of innocence seeking to address this Court's recent ruling in *Jackson v. City, et al.,* 20 CV 5886, Dckt. No. 228. *See* Dckt. No. 263.

2. Plaintiff attached this supplemental memorandum to this motion for leave.

3. After reviewing this proposed memorandum, Defendants have no objection to Plaintiff filing this supplement but seek to file their attached response thereto to address the arguments made by Plaintiff. *See* Ex. 1.

WHEREFORE Defendants pray this Court grant them leave to file the attached Response to Plaintiff's Supplemental Memorandum With Respect To Admission Of Certificate Of Innocence and for whatever other relief this Court deems fit.

1

Respectfully submitted,

BORKAN & SCAHILL, LTD.

By: /s/ Timothy P. Scahill
*Special Assistant Corporation Counsel*

Steven B. Borkan
Timothy P. Scahill
Special Assistants Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312)580-1030
*Attorneys for Reynaldo Guevara*

Respectfully submitted,

BORKAN & SCAHILL, LTD.

By: /s/ Timothy P. Scahill
*Special Assistant Corporation Counsel*

Steven B. Borkan
Timothy P. Scahill
Special Assistants Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312)580-1030
*Attorneys for Reynaldo Guevara*

/s/Caroline P. Golden
*Special Assistant Corporation Counsel*

CAROLINE P. GOLDEN, Atty No. 6270259 Special Assistant Corporation Counsel One of the Attorneys for Defendant Michael Mason and Joann Halvorsen, special representative for Ernest Halvorsen, deceased

2

/s/ Eileen E. Rosen
*Special Assistant Corporation Counsel*

EILEEN E. ROSEN Special Assistant Corporation Counsel One of the Attorneys for Defendant City of Chicago

3