IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAIME RIOS,                                      )<br>                                                          )<br>                           **Plaintiff,**          )<br>                                                          )<br>                   vs.                                )<br>                                                          )<br>REYNALDO GUEVARA, MICHAEL MASON,  )<br>ERNEST HALVORSEN, CITY OF CHICAGO, )<br>                                                          )<br>                          **Defendants.**        ) | **Case No. 22 CV 3973**<br><br>**Judge Jeremy Daniel** |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MITIGATION OF DAMAGES AFFIRMATIVE DEFENSE AND PROPOSED JURY INSTRUCTION

NOW COME Defendants, by and through their undersigned counsel, and withdrawing their affirmative defense of mitigation of damages and proposed jury instruction regarding same, state as follows:

1. During the pretrial conference, this Court inquired of the parties regarding the inclusion and basis for a mitigation of damages instruction by the defense.

2. The mitigation of damages issue was also raised by Plaintiff's counsel in connection with the arguments regarding the admissibility of Plaintiff's Certificate of Innocence.

3. This Court has taken under advisement Defendants' Motion To Bar Reference To Plaintiff's Certificate of Innocence and Plaintiff's cross-motion to admit same.

4. Defendants do not believe that the COI is relevant to damages or mitigation of damages purposes for the reasons explained on the record.

5. However, to avoid any possible confusion relating to this issue and to address Plaintiff's assertions of the putative relevance of Plaintiff's COI to this issue, Defendants hereby formally withdraw their mitigation of damages instruction and mitigation of damages affirmative defenses.

6. Mitigation of damages is an affirmative defense which a defendant must raise and which the defendant bears the burden of proving at trial. *See Sintos v. City of Chicago*, 2025 WL 1807888, at *8 (N.D.Ill. 2025). Insofar as Defendants are the only party who may interject mitigation of damages into this case, Defendants elect not to interject this issue.

1

WHEREFORE Defendants hereby withdraw their mitigation of damages affirmative defenses and proposed jury instruction and for whatever other relief this Court deems fit.

                                                Respectfully submitted,

                                                BORKAN & SCAHILL, LTD.

By:    /s/ Timothy P. Scahill
               *Special Assistant Corporation Counsel*

Steven B. Borkan
Timothy P. Scahill
Special Assistants Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312)580-1030
*Attorneys for Reynaldo Guevara*

/s/Caroline P. Golden
CAROLINE P. GOLDEN, Atty No. 6270259 Special Assistant Corporation Counsel One of the Attorneys for Defendant Michael Mason and Joann Halvorsen, special representative for Ernest Halvorsen, deceased

/s/ Eileen E. Rosen
EILEEN E. ROSEN Special Assistant Corporation Counsel One of the Attorneys for Defendant City of Chicago