**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JAIME RIOS

      Plaintiff,

          vs.                             Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

      Defendants.                     JURY TRIAL DEMANDED

      Defendants.

**UNOPPOSED MOTION TO ALLOW THE FILING OF THE AMICUS BRIEF OF**
**EXONEREES IN THE CASE OF PEOPLE V. REED**

Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards submits the following motion to allow the filing of the amicus brief of exonerees filed in the case of *People v. Reed*, 2025 IL 130595. ¶. In support thereof, Jaime Rios states as follows:

1. This court is currently considering whether to admit the granted certificate of innocence in Jaime Rios's case.

2. During oral argument on this case, the court asked what difference it would make to an exonerated defendant to receive a certificate of innocence as opposed to a judgment vacating his conviction, whether by acquittal or nolle prosse.

1

3. The amicus brief filed by exonerees  Wayne Washington, Larry Gillard, Charles Palmer, and Jeremiah Cain helps to answer that question.

4. In it, the exonerees detail the difference the granted certificate made to their personal lives, work prospects, and relationships.

5. In addition, it should be noted that the defendants have withdrawn their affirmative defense of failure to mitigate damages.  (Dkt # 273).

6. As the testimonies detailed in the amicus brief demonstrate, the certificate of innocence is still relevant to damages because the difference between Jaime Rios's life before and after the grant of the certificate illustrates the extent of the reputational injury and pain and suffering Jaime Rios endured before his conviction was vacated and  the certificate was granted.

7. The defendants have stated they have no objection to this motion for leave to file and will file a response.

    WHEREFORE, Jaime Rios seeks an order of court granting leave to file the attached amicus brief, with leave of court for defendants to file any response.

    Respectfully Submitted,

                                                    JAIME RIOS

                                                    By and through

                                                    /s/ Stephen L. Richards

                                                     By: Stephen L. Richards Attorney
                                                    for Plaintiff
                                                    53 West Jackson
                                                    Suite 756
                                                    Chicago, IL 60604
                                                    773-817-6927
                                                    sricha5461@aol.com Attorney No:

6191946

**CERTIFICATE OF SERVICE**

Stephen L. Richards certifies that on  January 25, 2026   he served the   **MOTION TO ALLOW THE FILING OF THE AMICUS BRIEF OF EXONEREES IN THE CASE OF PEOPLE V. REED**

through the ECF filing system.

*/s/ Stephen L. Richards*
By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946

4