[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Jaime Rios

Plaintiff )
)
) Case Number: 1:22-cv-03973
v. )
Reynaldo Guevara, et al. ) Judge: Jeremy Daniel
)
)
Defendant )

## NOTICE OF MOTION

**TO:** All defendnats

**PLEASE TAKE NOTICE** that on January 29, 2026 at 9:30 a..m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jeremy Daniel or any judge sitting in his or her stead in **Courtroom** 1419 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

## CERTIFICATE OF SERVICE

I hereby certify that on Jamiaru 26, 2026, I provided service to the person or persons listed above by the following means: ECF filing

Signature: _____  Date: _____

Name (Print): Stephen L. Richards

Address: 53 West Jackson Suite 756        Phone: 7738176927

Chicago, IL 60604

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]