IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAIME RIOS

    Plaintiff,

vs.                                      Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

    Defendants.                        JURY TRIAL DEMANDED

    Defendants.

**MOTION FOR LEAVE TO FILE ATTACHED MOTION IN LIMINE TO ADMIT EVIDENCE OF DEFENDANT REYNALDO GUEVARA'S PATTERN AND PRACTICE OF MISCONDUCT ON THE ISSUE OF GUILT/INNOCENCE AS IT RELATES TO DAMAGES**

Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards submits the following motion in limine to admit evidence of defendant Reynaldo Guevara's pattern and practice of misconduct on the issue of guilt/innocence as it relates to damages and on the issue of punitive damages. In support thereof, Jaime Rios states as follows:

1. Jaime Rios previously filed motions in limine to admit instances of Reynaldo Guevara's pattern and practice of misconduct as evidence under Federal Rule of Evidence 404(b) to prove liability for Guevara's multiple civil rights violations in this case.

2. On January 22, 2026, this court ruled orally that none of the Rule 404(b) material was admissible on the issues of liability.

3. The court has stated that it will follow up with a written opinion on this topic on today's date, January 28, 2026.

4. Counsel may file a motion to reconsider once counsel sees the written opinion.

5. However, in the meantime, and with apologies to the court, counsel seeks for an opportunity to bring to the court's attention a different reason for admitting evidence of Reynaldo Guevara's misconduct.

6. This evidence is admissible on the issue of damages with respect to Jaime Rios's guilt or innocence of the underlying murder.

WHEREFORE, Jaime Rios seeks an order of court granting leave to file the attached motion with leave of court for defendants to file any response.

Respectfully Submitted,

JAIME RIOS

By and through

/s/ Stephen L. Richards

By: Stephen L. Richards Attorney for Plaintiff
53 West Jackson
Suite 756
Chicago, IL 60604
773-817-6927
sricha5461@aol.com Attorney No: 6191946

## CERTIFICATE OF SERVICE

Stephen L. Richards certifies that on January 28, 2026 he served the **MOTION FOR LEAVE TO FILE ATTACHED MOTION IN LIMINE TO ADMIT EVIDENCE OF DEFENDANT REYNALDO GUEVARA'S PATTERN AND PRACTICE OF MISCONDUCT ON THE ISSUE OF GUILT/INNOCENCE AS IT RELATES TO DAMAGES**

through the ECF filing system.

*/s/ Stephen L. Richards*
By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946
