IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAIME RIOS

    Plaintiff,

    vs.                                      Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

    Defendants.                          JURY TRIAL DEMANDED

    Defendants.

**MOTION FOR LEAVE TO FILE A MOTION IN LIMINE TO ADMIT THE PRIOR TESTIMONY OF JAVIER TORRES**

    Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards submits the following motion for leave to allow the filing of motion in limine to admit the prior testimony of Javier Torres. In support thereof, Jaime Rios states as follows:

1. Javier Torres, an eyewitness to the murder of Luis Morales, gave prior testimony at Jaime Rios's criminal trial.

2. Defense counsel has been in discussion with defendants' attorneys for the last several weeks as to whether they would object to the admission of Luis Javier Torres's prior testimony.

3. On January 23, 2026, counsel received a report from his investigator detailing evidence

1

that Javier Torres was dead.

4. On the same date, defense counsel informed counsel that defendants would not agree to the admission of this transcript.

5. The attached motion and supporting documents support the admission of the transcript.

6. If leave to file the motion is granted, Jaime Rios has no objection to defendants filing a response.

WHEREFORE, Jaime Rios seeks an order of court granting leave to file the attached motion and supporting documents, with leave of court for defendants to file any response.

Respectfully Submitted,

JAIME RIOS

By and through

/s/ Stephen L. Richards

 By: Stephen L. Richards Attorney for Plaintiff
53 West Jackson
Suite 756
Chicago, IL 60604
773-817-6927
sricha5461@aol.com Attorney No: 6191946

2

## CERTIFICATE OF SERVICE

Stephen L. Richards certifies that on January 28, 2026 he served the **MOTION FOR LEAVE TO FILE A MOTION IN LIMINE TO ADMIT THE PRIOR TESTIMONY OF JAVIER TORRES**

through the ECF filing system.

*/s/ Stephen L. Richards*
By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946