IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAIME RIOS

    Plaintiff,

    vs.                                            Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

    Defendants.                                JURY TRIAL DEMANDED

    Defendants.

**DEPOSITION DESIGNATIONS AND COUNTERDESIGNATONS – LUIS HUERTAS DEPOSITION**

Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards submits the attached deposition designations and counter-counter designations for the deposition of Luis Huertas. Plaintiff's designations are marked in orange and defendants' counter-designations are marked in yellow.

    Respectfully Submitted,

                                                              JAIME RIOS

                                                              By and through

                                                               /s/ Stephen L. Richards

2

By: Stephen L. Richards Attorney for Plaintiff
53 West Jackson
Suite 756
Chicago, IL 60604
773-817-6927
sricha5461@aol.com Attorney No: 6191946

## CERTIFICATE OF SERVICE

Stephen L. Richards certifies that on January 27, 2026 he served the **MOTION IN LIMINE TO ADMIT EVIDENCE OF DEFENDANT REYNALDO GUEVARA'S PATTERN AND PRACTICE OF MISCONDUCT ON THE ISSUE OF GUILT/INNOCENCE AS IT RELATES TO DAMAGES**

through the ECF filing system.

> */s/ Stephen L. Richards*
> By: Stephen L. Richards
> Attorney for Plaintiff
> 53 W. Jackson, Suite 756
> Chicago, IL 60604
> (773) 817-6927
> sricha5461@aol.com
> Attorney No: 6191946