**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAIME RIOS | ) | |
| | ) | Case No. 22 CV 3973 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Jeremy C. Daniel |
| vs. | ) | |
| | ) | |
| REYNALDO GUEVARA, MICHAEL MASON, JOANN HALVORSEN AS SPECIAL REPRESENTATIVE FOR ERNEST HALVORSEN, DECEASED, CITY OF CHICAGO | ) ) ) ) ) | |
| | ) | JURY DEMAND |
| Defendants | ) | |

**DEFENDANTS' TESTIMONIAL DESIGNATIONS**

Defendants submit the attached testimonial designations as required by this Court's prior order. (Dkt. 277). Defendants' designations are indicated in yellow highlights. Plaintiff's previous designations, where applicable, are indicated in orange highlights.

**TABLE OF CONTENTS**

1. Reynaldo Guevara Pretrial Testimony, February 9, 1990
2. Reynaldo Guevara Pretrial Testimony, April 3, 1990
3. Reynaldo Guevara Trial Testimony, November 29, 1990
4. Luis Huertas Trial Testimony, November 29, 1990
5. Luis Huertas Deposition Testimony, September 18, 2023
6. Daniel Noon Trial Testimony, November 29, 1990
7. Daniel Noon Trial Testimony, November 30, 1990
8. Janet Lupa Deposition Testimony, September 25, 2023
9. Donald Flannery Trial Testimony, November 30, 1990
10. Ernest Halvorsen Pretrial Testimony, February 26, 1990
11. Ernest Halvorsen Pretrial Testimony, March 30, 1990
12. Richard Curley Trial Testimony, November 30, 1990
13. Aubrey O'Quinn Trial Testimony, November 30, 1990

Date: January 28, 2026   Respectfully submitted,

/s/Caroline P. Golden_____
CAROLINE P. GOLDEN, Atty No. 6270259
Special Assistant Corporation Counsel
*One of the Attorneys for Defendant Michael Mason and JoAnn Halvorsen, special representative for Ernest Halvorsen, deceased*

James G. Sotos
Caroline P. Golden
Joseph M. Polick
Josh M. Engquist
Jeffrey R. Kivetz
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd. – Suite 1240A
Chicago, IL 60604
(630) 735-3000
(630) 773-0980 (fax)
cgolden@jsotoslaw.com