*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT 4

```
1    STATE OF ILLINOIS )
                       )   SS:
2    COUNTY OF COOK    )

3

4                IN THE CIRCUIT COURT OF COOK COUNTY
                 COUNTY DEPARTMENT-CRIMINAL DIVISION
5

6
     THE PEOPLE OF THE   )
7    STATE OF ILLINOIS   )
                         )
8                        )   Indictment No.  89-16525
          vs             )
9                        )   Before: JUDGE THEMIS KARNEZIS
                         )
10   JAMIE RIOS          )   Thursday, November 29, 1990.
                         )
11

12   Court having reconvened pursuant to adjournment.

13

14   APPEARANCES:

15                HON. CECIL A. PARTEE,
                  State's Attorney of Cook County,  by
16                MS. KAY HANLON and
                  MR. ANTHONY CARBALLO,
17                Assistant State's Attorneys,
                  appeared on behalf of the People;
18

19                MR. RANDOLPH N. STONE,
                  Public Defender of Cook County, by
20                MS. KAREN SHIELDS and
                  MR. JACK CAREY,
21                Assistant Public Defenders,
                  appeared on behalf of the Defendant;
22

23

24



1
AWW
```

PFP000240

123

1    THE COURT: Thank you sir.  You may step down.

2                          (witness excused)

3    MS. HANLON: Judge, the People of the State of

4    Illinois would call Mr. Luis Huertas.

5                    LUIS ALFREDO HUERTAS,

6    called as a witness on behalf of the People of the

7    State of Illinois, having been first duly sworn, was

8    examined and testified as follows:

9                    DIRECT EXAMINATION

10                   BY MS. HANLON:

11   Q.    Sir, could you please state your full name?

12   A.    Luis Alfredo Huertas.

13   Q.    Mr. Huertas, could you spell your last name

14   for the court reporter please?

15   A.    H-u-e-r-t-a-s.

16   Q.    How old are you, Mr. Huertas?

17   A.    I'm 27 right now.

18   Q.    Do you live here in the City of Chicago?

19   A.    Yes, I do.

20   Q.    For how many years have you lived in Chicago?

21   A.    Twenty-four years.

22   Q.    And the first three years of your life, where

23   did you live?

24   A.    Puerto Rico.

28
AWW

1    Q.   Back in June of 1989, where were you living?

2    A.   Pardon me.

3    Q.   Back in 1989, where were you living?

4    A.   1313 North Western.

5    Q.   And did you live there with anyone else?

6    A.   A friend.

7    Q.   Mr. Huertas, are you working at the current

8  time?

9    A.   Right now, I'm working mechanics in my own.

10   Q.   Self employed mechanic?

11   A.   Self employed.

12   Q.   Are you going to school?

13   A.   I start school in December.

14   Q.   Can you tell the ladies and gentlemen where

15 it is you're going to start school in December?

16   A.   I'm going to start school at Lincoln

17 Technical Institute.

18   Q.   What are you going to study at Lincoln Tech.

19   A.   Automotive and diesel mechanic.

20   Q.   Are you single or married?

21   A.   I'm single.

22   Q.   Do you have any children?

23   A.   Not yet.  One on the way.

24   Q.   Do you know an individual by the name of Luis

29
AWW

1   Morales?

2      A.   Yes, I do.

3      Q.   And did you have a nickname for Luis?

4      A.   We called him New York.

5      Q.   Do you know how he got a nickname New York?

6      A.   He got that nickname from where he was born

7 at.

8      Q.   He was born in New York?

9      A.   New York.  Yes.

10      Q.   How was it that you knew New York?

11      A.   Well, we were friends from time back.

12      Q.   How many years had you known him?

13      A.   11, 12 years.

14      Q.   Mr. Huertas, I want to direct your attention

15 to June 27, 1989 at about 11:15 at night.  Do you

16 recall where you were?

17      A.   Yes.  I was sitting at 1310 North Western

18 waiting for a friend.

19      Q.   Can you tell the ladies and gentlemen what is

20 located at 1310 North Western?

21      A.   A place me and my friend used to shoot pool.

22      Q.   And as you were sitting there on the street,

23 were you alone or were you with someone else?

24      A.   No, I was alone.

30
AWW

1    Q.   About how long had you been sitting there

2   waiting for your friend?

3    A.   About 45 minutes, 50 minutes.

4    Q.   After those 45 or 50 minutes passed, did you

5   see anyone?

6    A.   Two individuals turning on Western from

7   Potomac.

8    Q.   From where you were sitting, Mr. Morales,

9   what direction would Potomac Street have been in?

10   A.   They were going northbound on Western.

11   Q.   Okay.  Where was Potomac from where you were

12  sitting, which direction?

13   A.   South.

14   Q.   Now, when you first saw these individual, you

15  said they came off Potomac and turned onto Western?

16   A.   On to Western.

17   Q.   Would they have been making a left hand turn

18  on to Western?

19   A.   Yes.

20   Q.   How many people did you see?

21   A.   Two.

22   Q.   Were they men or women?

23   A.   Men.

24   Q.   Were you able to tell what race they were?

31
AWW

1      A.    They were hispanic.

2      Q.    When they first turned onto that street, did

3    you recognize either of the 2 men?

4      A.    No.

5      Q.    Once they turned on to Western, were heading

6    northbound, were they heading toward your direction?

7      A.    Yes.

8      Q.    Were you watching them?

9      A.    Everybody I don't know I watch.

10     MR. CAREY: Judge, I'll object to the leading the

11   witness.

12     THE COURT:  Pose another question.

13     MS. HANLON:

14     Q.    Where did you see these 2 men walk to?

15     A.    They walked up to up to me.

16     Q.    Up to where you were sitting?

17     A.    Right.

18     Q.    Did they eventually get even with where you

19   were?

20     A.    Yes.

21     Q.    And were you able to see any of those

22   individuals?

23     A.    ●ne.

24     Q.    Would that have been a taller man or shorter

32
AWW

1   man?

2       A.   Tall guy.

3       Q.   Did you know that taller man?

4       A.   No.

5       Q.   Can you describe for the ladies and gentlemen

6   of the jury about how tall he was?

7       A.   He was a little shorter than me.

8       Q.   How tall are you, Luis?

9       A.   I'm 5'9.

10      Q.   Do you know about what kind of build he had?

11      A.   He was slim.  He was slim and light skinned.

12      Q.   Did you notice any -- were you able to see

13  his face?

14      A.   Yes.

15      Q.   Did you notice anything about his face?

16      A.   He had a thin mustache and like he was just

17  growing it.

18      Q.   Now, when he got to be about even with you,

19  how close in distance was he to you?

20      A.   Four feet.

21      Q.   And what part of his body was facing toward

22  you?

23      A.   His face.

24      Q.   Can you tell the ladies and gentlemen what

33
AWW

1    the lighting conditions were like right there on

2    Western Avenue?

3         A.   It was well lit up.

4         Q.   Were there street lights there?

5         A.   All the lights were on.

6         Q.   They were working that evening?

7         A.   Yes.

8         Q.   Were there any lights from any of the stores

9    on that street?

10        A.   Yes.  On the bar right there in front.

11        Q.   Now, were you able to get a look at the

12   shorter of the two men?

13        A.   I didn't get a good look at him.

14        Q.   When these men got to with you, Luis, did

15   anything happen?

16        A.   Well, the taller guy represented Spanish

17   Cobras to me.

18        Q.   When you say he represented Spanish Cobras,

19   can you explain what that means to the folks on the

20   jury?

21        A.   He was actually saying a name of a gang.  A

22   gang that he supposedly belonged to.

23        Q.   When he represented Spanish Cobras to you,

24   what part of his body could you see?

34
AWW

1  A. His face.

2  Q. Did you respond to him?

3  A. No.

4  Q. After he made that representation, did you

5 see him do anything else?

6  A. Well, he looked at me for about 10 seconds,

7 15, seconds then he kept walking.

8  Q. Luis, when he represented Spanish Cobras, did

9 you know who the Spanish Cobra Street Gang was?

10  A. Yes.

11  Q. Are you yourself a member of that gang?

12  A. No.

13  Q. Do you have friends that are members of that

14 gang?

15  A. Yes.

16  Q. And was New York a member of that street

17 gang?

18  A. He wasn't.

19  Q. New York wasn't?

20  A. Oh, New York, yes.

21  Q. New York?

22  A. Yes.  I'm sorry.

23  Q. Now, some of these men kept on walking, is

24 that right?

35
AWW

PFP000274

157

1      A.    Yes.

2      Q.    Which direction were they walking in?

3      A.    Northbound.  Western.

4      Q.    What were you doing as they were walking

5    northbound?

6      A.    I just kept my eye on them because didn't

7    recognize them.

8      Q.    How about far did they walk, Luis, before you

9    noticed something else happen?

10     A.    About 35, 40 feet.

11     Q.    Did you ever lose sight of that guy as he was

12   walking northbound?

13     A.    No.

14     Q.    Luis, I want you to stand up.  If you will

15   look carefully around the courtroom and tell me if you

16   see that taller individual that you are referring to

17   here in Court?

18     A.    Yes, I do.

19     Q.    Can you please point to him for me?

20     A.    (Indicating)

21     Q.    Can you indicate something he has on?

22     A.    He has on a grayish tie with red.

23     Q.    You can have a seat, Mr. Morales.

24           Indicating, for the record, the

36
AWW

1    defendant.

2        THE COURT: Yes.

3        MS. HANLON:

4        Q.    Now, when this person got about 35 feet from

5    you, what part of him could you see?

6        A.    His back.

7        Q.    Was there anything between you and he that

8    was obstructing your view?

9        A.    Nothing.

10       Q.    Now, as he approached, as he was walking

11   northbound on Western, did you notice or see anything

12   else?

13       A.    Yes.  Yes, I did.

14       Q.    Tell us what you saw?

15       A.    New York and his friend Loco come out of the

16   gangway.

17       Q.    When you say "his friend, Loco" do you know

18   what his real name is?

19       A.    I found out by the reports his name is

20   Javier.

21       Q.    Javier Torres.  Was Javier Torres a friend of

22   yours, also?

23       A.    Yes.  For about a year.

24       Q.    And was Javier Torres a member of the Spanish

37
AWW

1    Cobra Street Gang?

2        A.    Yes, he was.

3        Q.    Now, when these 2 men came out of the

4    gangway, did one man come out first, or did they come

5    out together?

6        A.    Well, one came out first and the other one

7    came behind him.

8        Q.    Who came out first?

9        A.    New York.

10       Q.    When New York stepped out of that gangway,

11   Luis, were you able to see him?

12       A.    Yes.

13       Q.    What part of his body could you see?

14       A.    The profile.

15       Q.    Side view?

16       A.    Side.

17       Q.    Did you see what New York did when he stepped

18   out of the gangway?

19       A.    Well, yes, I did.

20       Q.    What did he do?

21       A.    He approached the two individuals that were

22   walking northbound on Western.

23       Q.    When you say "the two individuals" are you

24   referring to the man you just identified?

38
AWW

```
 1        A.    Yes.

 2        Q.    And the other shorter man?

 3        A.    And the shorter guy.

 4        Q.    When New York approached them, where was

 5   Loco?

 6        A.    Loco was behind New York.

 7        Q.    Can you tell us what happened as they

 8   approached.

 9        A.    All I seen, both of them for about maybe half

10   a minute.  And then I seen New York do like this, like

11   he was saying what's up.

12        MS. HANLON: Indicating, for the record, Judge, the

13   witness has his arm outstretched with his palms up

14   into the air.

15             After you saw New York in that position,

16   what's the next thing you saw?

17        A.    The defendant, took one step back and fired

18   at him.

19        Q.    I want you to describe exactly what you saw

20   the defendant do after he took one step back from New

21   York?

22        A.    Okay.  He lift his arm, went toward his belt,

23   and when he came up, he pointed the pistol towards New

24   York.
```

39
AWW

1      MS. HANLON: Indicating, once again, for the record

2   the witness has made a motion with his arm in the

3   front of the waistband, pointed his hand directly out

4   in front.

5      THE COURT: Yes.

6      MS. HANLON:

7      Q.   How close was the defendant to New York when

8   he did this?

9      A.   About a foot.

10     Q.   What is the next thing that you heard or saw,

11  Luis?

12     A.   The next thing I saw was New York falling on

13  the side.

14     Q.   Did you hear anything before you saw him

15  fall?

16     A.   Yes.  Gunshot.

17     Q.   And can you tell the ladies and gentlemen

18  about how many gunshots you heard?

19     A.   I heard about four.

20     Q.   Can you tell us how close together or far

21  apart those shots were?

22     A.   Shots were randomly like plop, plop.

23     Q.   Were you able to see anything while you were

24  hearing those gunshots?

40
AWW

1     A.    The flame coming out the gun.

2     Q.    After you heard those gunshot and saw the

3  flame from the gun, what did you see New York do?

4     A.    Fall on the side.  On the left side against

5  the car and the pole.

6     Q.    Did you actually see New York's body hit the

7  car or the pole?

8     A.    Yes.

9     Q.    And then, he was down on the ground?

10     A.    He's on the ground.

11     Q.    What did Loco do when the defendant started

12  shooting?

13     A.    Loco got nervous and he ran towards his

14  house.

15     Q.    Can you tell us what direction Loco ran in?

16     A.    He ran west.

17     Q.    And did he run down a street or where

18  specifically did he run?

19     A.    Through a big empty lot.

20     Q.    What did the defendant do after New York feel

21  to the ground?

22     A.    He ran -- he ran -- he ran eastbound.

23     Q.    Were you able to see him, Luis, as he ran

24  eastbound?

41
AWW

163

```
 1        A.    Yes, I did.

 2        Q.    Had you ever lost sight of the defendant --

 3        A.    Never.

 4        Q.    From the time he represented to you until the

 5   time he shot your friend?

 6        A.    Never.

 7        Q.    When he was running eastbound, what part of

 8   him could you see?

 9        A.    The side.

10        Q.    Now, as he was running eastbound, what street

11   was he crossing?

12        A.    Western.

13        Q.    Did he do anything as he was crossing Western

14   Avenue?

15        A.    When he got to the other side he represented

16   King Love.  King Love and Spanish Cobra killer.

17        Q.    I want you to tell the ladies and gentlemen

18   exactly what you saw and heard him say?

19        A.    Okay.  He put -- he yelled out King Love and

20   then he said Spanish Cobra killer.

21        Q.    Which direction was he facing in when he

22   yelled that?

23        A.    Westbound.

24        Q.    Were you able to see any part of him at that
```

42
AWW

1    time?

2         A.    Face again.

3         Q.    After he yelled that, did you see where he

4    went?

5         A.    He ran through the lot and ran through the

6    alley.

7         Q.    Did you lose sight of him, at that time?

8         A.    Yes.

9         Q.    Now, Luis, the shorter guy that was with the

10   defendant, what did you see him do after the defendant

11   shot New York?

12        A.    After he ran, the shorter guy ran too, but he

13   stopped halfway across the street.

14        Q.    When you say "the street" what street are you

15   referring to?

16        A.    Referring to Western Avenue.

17        Q.    When he stopped have way across Western

18   Avenue, where was the defendant?

19        A.    On the other side.  He went all the way

20   across.

21        Q.    What did the see the shorter of the 2 guys do?

22        A.    In the middle of the street Western.

23        Q.    Did he do anything?

24        A.    He shot at Loco as Loco was running towards

43
AWW

1    -- in the lot.

2        Q.    Which direction was he shooting, Luis?

3        A.    West.

4        Q.    Luis, are you familiar with that neighborhood

5    where you were sitting?

6        A.    Yes.

7        Q.    And do you know anything about Western

8    Avenue?

9        A.    Yes.  It's the -- Western Avenue is the

10   borderline between one gang and another gang.

11       Q.    And what direction is -- does Western Avenue

12   run in?

13       A.    North and south.

14       Q.    And on the east side of Western Avenue, whose

15   gang territory is that?

16       A.    Latin Kings.

17       Q.    On the west side, whose territory is that?

18       A.    Spanish Cobras.

19       Q.    And you -- where you were sitting is on which

20   side of the street?

21       A.    Spanish Cobras.

22       Q.    That's the same side that the shooting took

23   place, right?

24       A.    Yes.

44
AWW

1    Q.    Now, after you saw the shorter guy shoot in
2    the direction of Loco, where did you see him go?

3    A.    He ran through the same lot the defendant
4    did.

5    Q.    And did you lose sight of him?

6    A.    Yes.

7    Q.    Luis, what did you do at that point?

8    A.    That point, since I seen Loco run toward his
9    house, I went to New York.

10   Q.    And when you got to New York, were you the
11   first person that was able to get to him?

12   A.    Yes.

13   Q.    Can you tell the ladies and gentlemen what
14   you did when you got to your friend?

15   A.    Well, I held him and I tried to talk to him,
16   see if he respond.  But he was -- he wasn't
17   responding.

18   Q.    Can you describe his condition?

19   A.    Okay.  He was unconscious.  And he had a
20   wound on his left side of the head.  Which -- which
21   part of his insides got stuck to my pants and he was
22   all bloody.

23   Q.    When you say a "wound" Luis, what type of a
24   wound?  Could you see on the left side of his head?

45
AWW

1      A.    Bullet hole.

2      Q.    Did you notice any other injuries to his

3  body?

4      A.    Yes.  By the stomach.

5      Q.    And what did you notice by the stomach?

6      A.    Another big pile of blood.  Big circle of

7  blood.

8      Q.    Do you know what side of his stomach you saw

9  that on?

10     A.    It was on the left side.  The same side.

11     Q.    Were his eyes open or were they closed?

12     A.    They were open.

13     Q.    Did you speak to him?

14     A.    I was speaking to him, yes.

15     Q.    What were you saying?

16     A.    I was telling him, "New York, talk to me.

17  Talk to me New York.  This is flash" because that's

18  what they used to call me.  And he wouldn't respond to

19  me.

20     Q.    He never was able to speak to you?

21     A.    No, but his eyes -- his eyes would look at me

22  and then look to the sides.

23     Q.    Did he move at all?

24     A.    No.

46
AWW

1     Q.   Now, Luis, as you were sitting there on the

2  street holding New York, did anybody else come to the

3  scene?

4     A.   Well, Loco shortly after.

5     Q.   That's the same Loco that was with him

6  earlier, is that right?

7     A.   Yes.

8     Q.   When Loco came back, what did he do?

9     A.   He was very nervous.  He was crying and

10  pacing back and forth yelling -- crying, crying out

11  "No, not New York.  No, can't be New York."

12     Q.   Did you say anything to Loco?

13     A.   I asked him to get the ambulance for him.

14     Q.   And did he go and get an ambulance?

15     A.   No.  He kept passing back and forth nervously

16  and crying.

17     Q.   What did you do?

18     A.   I kept yelling at him go get the ambulance.

19     Q.   Did he eventually leave and get the

20  ambulance?

21     A.   Eventually he did.

22     Q.   How far is the ambulance station from where

23  you were?

24     A.   Quarter of a block.

47
AWW

1    Q.    Do you know if Loco ran there or how he got
2  there?
3    A.    He ran there.
4    Q.    Did and ambulance come to where you were with
5  New York?
6    A.    Yes.
7    Q.    When the ambulance got there, what did they
8  do?
9    A.    They were checking for his pulse.  Checking
10  for his pulse and his wounds.
11    Q.    Did they take him anywhere?
12    A.    Yes, they did.
13    Q.    Now, after they took New York, where did you
14  go?
15    A.    I stood there in front with the police.
16    Q.    And did the police come after the ambulance
17  or before the ambulance?
18    A.    They came after.
19    Q.    So, New York was already gone when the police
20  arrived?
21    A.    Okay.  They took New York and put him in the
22  ambulance.  And then came the police.  So, he was
23  still at the scene.
24    Q.    Luis, did you speak with some police officers

48
AWW

170

1    there?

2       A.    Yes, I did.

3       Q.    Do you remember about how many police

4    officers came that night?

5       A.    There was too many to count.

6       Q.    Were there also other civilian people out on

7    the street then?

8       A.    Yes.  Everybody from the other block.

9       Q.    About how many civilians, if you know?

10      A.    15, 20, 25.

11      Q.    Now, Luis, what was your condition, the

12    condition of your clothing when you were standing

13    there on the street?

14      A.    Well, I had blood on my shirt.  Blood on my

15    pants and part of his head on my pants on the bottom.

16      Q.    Did the police talk to you?

17      A.    Yes.

18      Q.    Did you tell the police where you worked?

19      A.    Yes.

20      Q.    Did you give the police your address where

21    they could find you?

22      A.    Yes, I did.

23      Q.    After speaking with the police there on the

24    scene, did you go home that night?

49
AWW

1      A.   Yes.

2      Q.   I want to call your attention to that very

3  next morning which would have been June 28th, of 1989.

4  Do you remember being contacted by any police?

5      A.   Yes.

6      Q.   Do you know the name of the police officer

7  that contacted you?

8      A.   Officer Noon.

9      Q.   How was it that you saw Officer Noon on that

10 day?

11     A.   He came to get me at work.

12     Q.   Where were you working, at that time, Luis?

13     A.   In an ice cream store across the street.

14     Q.   When you say, "across the street" across the

15 street from where?

16     A.   From where that incident happened.

17     Q.   On Western Avenue?

18     A.   Yes.

19     Q.   Do you remember about what time Officer Noon

20 picked you up?

21     A.   5:30 to 6:00.

22     Q.   After he picked up, did he take you anywhere?

23     A.   I took me for a lineup.

24     Q.   And do you know where, specifically, he took

50
AWW

1   you in the city?

2       A.   Grand and Central.

3       Q.   When you got to Grand and Central, you said

4   he took you to see a lineup, is that right?

5       A.   Yes.

6       Q.   Can you explain to the ladies and gentlemen

7   how it was that you -- well, did you view a lineup

8   there?

9       A.   Yes.

10      Q.   Can you explain to them how you viewed that

11  lineup?

12      A.   Okay.  I walked in the room and then, in that

13  room was a glass where I could see individuals that

14  are in there.  And I walked in there.  Was 5

15  individuals in the wall.

16      Q.   Were they standing or sitting?

17      A.   They were standing.

18      Q.   Were you able to look at these 5 individuals?

19      A.   Yes.  They were facing towards me.

20      Q.   Luis, did you recognize any of those

21  individuals as the man who shot your friend, New York?

22      A.   None.

23      Q.   Did you tell the police that you couldn't

24  recognize anyone?

51
AWW

1     A.   Yes.

2     Q.   Was the man that you just identified in

3 Court, the defendant, in that lineup that you saw?

4     A.   No, he wasn't.

5     Q.   After you told the police that he wasn't

6 there, did they take you anywhere else?

7     A.   Well, after that they took me to a Area 6 I

8 believe.

9     Q.   Okay.  Is that at Belmont and Western?

10    A.   Belmont and Western.

11    Q.   Which police took you there, if you know?

12    A.   Officer Noon took me there.

13    Q.   And when you got to Belmont and Western,

14 where did he take you inside of that building?

15    A.   To the crime unit in back.  The Gang Crime

16 Unit.

17    Q.   When you got into that crime unit, what did

18 you do?

19    A.   Looked through some books.

20    Q.   When you say --

21    A.   Some photos.

22    Q.   Can you describe what the book?  When you say

23 "books" can you describe what the books looked like?

24    A.   Like this.  They were blue.

52
AWW

1      MS. HANLON: Indicating, for the record, witness is

2  holding his hands about maybe a foot high.

3              About how long, Luis?

4      A.    About this long.

5      Q.    Approximately a foot and a half long.

6      THE COURT: Sure.

7      MS. HANLON:

8      Q.    What was inside of these books that you

9  looked at?

10     A.    Photos of rival gangs.

11     Q.    When you say "photos" were they snapshot

12  photos?

13     A.    Snapshot.

14     Q.    How many how many books, Luis, did you look

15  in?

16     A.    It was too many to count.

17     Q.    Was there more than 10?

18     A.    Yes.

19     Q.    More than 20?

20     A.    I think so.

21     Q.    How long did you stay there looking through

22  these gang books?

23     A.    I took my time look looking through the

24  books.


53
AWW

1     Q.   Took me about three and a half hours, four

2  hours.

3     Q.   Were you able to pick anyone out of that book

4  that shot your friend, New York?

5     A.   No.

6     Q.   Did you ever see the defendant, the guy you

7  have identified here?  Did you ever see his picture in

8  any of those books?

9     A.   No.

10     Q.   Now, after you told the police that he wasn't

11  in the book, did they take you anywhere else?

12     A.   They brought me back home.

13     Q.   Now, Luis, I want to call your attention to a

14  little bit later.  Would have been July 7th, of 1989,

15  at about quarter to 5:00 or 5:00 o'clock in the

16  evening.  Do you remember where you were?

17     A.   Well, that's the time that Officer Guevara

18  came and picked me up.

19     Q.   Where did he pick you up from?

20     A.   Work again.

21     Q.   The same place you just told us where you

22  were working?

23     A.   Yes.

24     Q.   When Officer Guevara picked you up that

54
AWW

1   evening, where did he take you?

2      A.   Took me back to Area 5 on Grand and Central.

3      Q.   And did he tell you why he was taking you to

4   Area 5 that particular day?

5      A.   Yes.

6      Q.   Why did he take you there?

7      A.   For a lineup.

8      Q.   Now, when you got to Grand and Central, Luis,

9   where specifically did you go?

10      A.   Well, they put me in a little waiting room

11   until they fix the lineup.

12      Q.   Okay.  Did they come to get you then?

13      A.   Yes.

14      Q.   Where did they take you?

15      A.   To that little room with the glass and the

16   individuals on the other side.

17      Q.   Is that the same kind of room you had looked

18   at the lineup a prior time before?

19      A.   Yes.

20      Q.   Now, when you entered that room to look

21   through the glass, what happened?

22      A.   Well, as soon as I entered the room I noticed

23   the defendant.

24      Q.   Do you remember what position he was in in

55
AWW

1   that lineup?

2      A.   He was facing towards me.

3      Q.   How many -- do you remember how many people

4   were in the lineup?

5      A.   Five.

6      Q.   And do you remember which spot he was in?

7      A.   Yes.

8      Q.   Which spot was he in?

9      A.   He was in number one spot.

10      Q.   Now, when you told the detectives that you

11  recognized him, what did you tell the detectives that

12  he had done?

13      A.   That he was the shooter.

14      Q.   And after you told them that, what did they

15  say?

16      A.   They asked me to take my time and look

17  through every individual and to make sure that I get

18  the right guy.

19      Q.   And this was after you had already pointed

20  the defendant out once, is that right?

21      A.   Yes.

22      Q.   Did you then in fact take your time and look

23  again at all of the guys?

24      A.   Yes.

56
AWW

178

1      Q.    And did you in fact pick someone out again?

2      A.    Yes.

3      Q.    Who did you pick out?

4      A.    Number one.  The defendant.

5      Q.    Luis, I'm going to show you some exhibits,

6  some photographs that I'm marking as People's Exhibits

7  Number 2, 3, and 4 for identification.

8            Luis, I'm going to show you what I have

9  marked as People's Exhibit Number 2 for

10  identification.  Can you tell us what this is a

11  picture of?

12      A.    The lineup that I seen.

13      Q.    And does this lineup truly and accurately

14  show the way it looked to you when you viewed it in

15  July of 1989?

16      A.    Yes.  But it was in a glass.  But it's the

17  same lineup.

18      Q.    Can you see the person in this lineup that

19  you identified as the shooter?

20      A.    Yes.

21      Q.    Luis, I'm going to ask you to take this pen,

22  if you will and place an "X" above the head of the

23  person that you identified?

24      A.    (Indicating)

57
AWW

1      MS. HANLON: Indicating, for the record, Judge,

2  witness has put an "X" above the number one position

3  in the lineup.

4      THE COURT: Yes.

5      MS. HANLON:

6      Q.   Luis, I'm now going to show you what I'll

7  call People's Exhibit Number 3 for identification.

8  What is this a photograph of?

9      A.   Same lineup but in different positions.

10     Q.   Is this a side view?

11     A.   Side view.

12     Q.   And again, do you see the person you

13 identified?

14     A.   Yes.

15     Q.   Can you again take this pen and put an "X"

16 above his head?

17     A.   (Indicating)

18     MS. HANLON: Indicating, for the record, Judge,

19 he's put an "X" above the number one persons head.

20     THE COURT: Yes.

21     MS. HANLON:

22     Q.   Does this picture truly and accurately show

23 the lineup as you saw it in July of 1989?

24     A.   Yes.

58
AWW

1    Q.   Luis, I'm going to show you now People's

2   Exhibit Number 4 for identification.  Do you recognize

3   this photo?

4    A.   Yes.

5    Q.   What is this a picture of?

6    A.   The defendant.

7    Q.   This is the guy you picked out of the lineup?

8    A.   Yes, I did.

9    Q.   Luis, I'm now going to show you what I have

10   marked as People's Exhibit Number 5 for identification

11   purposes.  Can you look at this picture and tell us

12   what it is a photo of?

13   A.   It's a picture of the sight where the

14   incident happened but as someone is looking at it

15   southbound.

16   Q.   Luis, does this photograph show where you

17   were sitting when this incident occurred?

18   A.   Yes.

19   Q.   I'm going to ask you to take this pen and to

20   mark an "L" where you were standing when the shooting

21   took place?

22   A.   (Indicating)

23   MR. CAREY: Judge, may I approach?

24   THE COURT: Sure.

59
AWW

1          MS. HANLON:

2          Q.    Now, look at the same photograph.  Does it

3    show the gangway where New York came out of?

4          A.    Yes.

5          Q.    Can you put an arrow on that gangway where

6    you saw him come out?

7          A.    (Indicating)

8          Q.    Now, this same photograph, Luis, does it show

9    where the defendant was standing when he shot New

10   York?

11         A.    Yes.

12         Q.    Can you put a "D" on that spot?

13         A.    (Indicating)

14         Q.    And Luis, does this picture also show where

15   New York was standing when he got shot by the

16   defendant?

17         A.    Yes.

18         Q.    Can you put an "N"?

19         A.    Yes.

20         MS. HANLON: Judge, for the record, witness has

21   placed an "LND" and arrow on the photograph.

22              Luis, I'm now going to show you what's

23   been marked as People's Exhibit Number 6 for

24   identification.  What is this a picture of?

60
AWW

1      A.   The sight where the incident happened.

2      Q.   And does this picture show the gangway again

3 where New York came out of?

4      A.   Yes.

5      Q.   Can you put another arrow right there.   And

6 Luis, can you also put an "X" where the defendant's

7 body was when he got shot.

8      A.   The defendant?

9      Q.   I'm sorry.   The -- New York's body.   Thank

10 you.   New York's body when he got shot.

11     A.   (Indicating)

12     Q.   People's Exhibit Number 7 for identification,

13 what's that a picture of?

14     A.   The same spot where the incident happened.

15     Q.   And do you notice anything written on this

16 building there?

17     A.   Yes.

18     Q.   Can you tell the ladies and gentlemen what's

19 written on that building?

20     A.   And S/C with a "Z" and "K."

21     Q.   Do you know what that means?

22     A.   Yes.

23     Q.   What does that mean?

24     A.   Stands for Spanish Cobras.

61
AWW

1   Q. I'm going to show you people number 8 for

2 identification. What is this a picture of?

3   A. The same sight looking at it northbound.

4   Q. And does the gangway show in that picture?

5   A. Yes. A little.

6   Q. Does it also show the spot where New York was

7 standing when he got shot?

8   A. Yes.

9   Q. Put an "X" on that spot.

10   A. (Indicating)

11  MS. HANLON: Judge, the witness has put an "X"

12 directly under the street light.

13  THE COURT: Yes.

14  MS. HANLON:

15   Q. People's Exhibit Number 9, what is this a

16 picture of Luis?

17   A. Same spot. Same spot but in the street.

18   Q. Different view?

19   A. Yes.

20   Q. Finally I'm going to show you what's been

21 marked as People's Exhibit Number 10 for

22 identification. Who is that a picture of?

23   A. New York.

24   Q. Do all of these pictures that I just showed

62
AWW

184

1  you, Luis, truly and accurately portray the scene as

2  you saw it when you were there in June of 1989?

3      A.   Yes.

4      MS. HANLON: May I have one second, Judge?

5              Luis, the last picture I just showed

6  you, People's Exhibit Number 10, the picture of New

7  York?

8      A.   Yes.

9      Q.   Does that picture truly and accurately show

10  the way he looked to you after he had been shot?

11      A.   Yes.

12      MS. HANLON: Your Honor, at this time, we have a

13  diagram.  We'd be asking to set the diagram up and let

14  the witness come down in front of the jury to testify.

15      THE COURT: Certainly.

16      MS. HANLON: From the from the diagram.  Thank you.

17      THE COURT: Mark that 11?

18      MS. HANLON: Yes, Judge.

19      Q.   I'm now referring to what I'll call People's

20  Exhibit Number 11 which is a diagram.  I'd ask the

21  witness be allowed to step down.

22      THE COURT: You may step down, sir.

23      MS. HANLON:

24      Q.   Luis, if you'd stand on this side of the

63
AWW

1   diagram.

2                   Can you can you show the ladies and

3   gentlemen where it was you first saw the defendant?

4        A.   Right there.

5        Q.   I want you to take this red marker, Luis and

6   put a "D" where it was that you first saw him?

7        A.   (Indicating)

8        Q.   And from this diagram, can you show the

9   ladies and gentlemen of the jury the direction in

10  which he walked?  Put a dotted line the direction in

11  which he walked.

12       A.   (Indicating)

13       Q.   Now, Luis, from this diagram, can you show

14  you where you were sitting when you made all of your

15  observations?  Can you put an "L" on that position.

16  And this address would have been what?

17       A.   1310 North Western.

18       Q.   1310 North Western.  Can you put an "X" where

19  it was the defendant represented Spanish Cobras to you

20  for the first time?

21       A.   (Indicating)

22       Q.   And after he represented, can you draw a

23  dotted line to show where you continued to walk?

24       A.   (Indicating)

64
AWW

1     Q.   Now, Luis, by looking at this diagram, are

2  you able to see the gangway that New York came out of?

3     A.   Yes.

4     Q.   Can you put an arrow by that gangway?

5     A.   (Indicating)

6     Q.   Can you now by looking at this diagram put a

7  circle where New York was standing when he got shot?

8     A.   (Indicating)

9     Q.   Can you again put a "D" where the defendant

10  was when he shot New York?

11     A.   (Indicating)

12     Q.   Now Luis I'm going to ask you to take this

13  blue marker and show the ladies and gentlemen where

14  the shorter guy was the guy that was with the

15  defendant when the defendant shot New York.

16     A.   With an "X"?

17     Q.   Yeah.  You can put a little "X" and can you

18  put an "L" where Loco was standing when the defendant

19  shot.

20     A.   (Indicating)

21     Q.   Now, if you will, Luis, with that same blue

22  marker, show the ladies and gentlemen where the

23  shorter of the two men ran after the shooting.  Just

24  draw a straight line, if you will.

65
AWW

1     A.   (Indicating)

2     Q.   And can you put a big "X" where it was that

3 you saw him stop and start shooting.

4     A.   (Indicating)

5     Q.   And with a big dotted line, can you show the

6 direction in which he was shooting.

7     A.   (Indicating)

8     Q.   Just with your finger, Luis, can you show the

9 ladies and gentlemen where it was that Loco ran after

10 the shooting took place?

11    A.   This way.

12    Q.   Take the red marker, show the ladies and

13 gentlemen of the jury where the defendant ran after he

14 shot New York with a straight line.

15    A.   (Indicating)

16    Q.   And somewhere along that straight line, Luis,

17 can you show where he stopped when he represented?

18    A.   (Indicating)

19    Q.   And then, he continued to run in here?

20    A.   Right.

21    Q.   Is this when you lost sight of him?

22    A.   Yeah.  In the alley.

23    Q.   Thank you.  I'd like the record to reflect

24 that the witness has made a marking on this diagram as

66
AWW



1    we're going along.

2         THE COURT: In accordance with what you were

3    saying.  Sure.

4         MS. HANLON: Thank you Luis.  You may take the

5    stand again.

6                   Now, in a few years past you had a

7    little bit of trouble with the law, didn't you?

8         A.    Yes.

9         Q.    In 1986 you were convicted for possessing a

10   stolen car?

11        A.    Yes.

12        Q.    And in 1987 you were convicted for possessing

13   a stolen car, is that right?

14        A.    Yes.

15        MS. HANLON: May I have a moment please, Judge?

16        THE COURT: Sure.

17        MS. HANLON:

18        Q.    Since that time, Luis, you haven't been in

19   trouble with the law, have you?

20        A.    No.

21        MS. HANLON: Judge, I have no further questions of

22   this witness, at this time.

23        THE COURT: Defense.  Mr. Carey.

24                      CROSS EXAMINATION

67
AWW

BY MR. CAREY:

1

2    Q.    Good afternoon.    You're a twice convicted

3    felon?

4    A.    Pardon me?

5    Q.    You're a twice convicted felon?

6    A.    Twist with auto theft.

7    Q.    I'm sorry?

8    A.    Twice with auto theft.

9    Q.    Those were both felony convictions, is that

10   right?

11   A.    Yes.

12   Q.    Now, you lived on Western just about where

13   the shooting took place, back in 1989, is that right?

14   A.    Yes.

15   Q.    Okay.    In fact, you worked that night, is

16   that right?

17   A.    Yes.

18   Q.    Worked in the ice cream store across the

19   street?

20   A.    No.    Right downstairs in where I live.

21   Q.    But it was across the street from where the

22   shooting took place?

23   A.    Yes.

24   Q.    You were sitting outside the bar at 1310

68
AWW

PFP000307



```
 1   North Western, is that right?

 2        A.    Yes.

 3        Q.    That's a Cobra bar, isn't it?

 4        A.    Yes.

 5        Q.    And you were sitting out there for about 30

 6   to 45 minutes?

 7        A.    About 45, 50 minutes.

 8        Q.    Okay.  And this was the summer?

 9        A.    Yes.

10        Q.    Okay.  Did you see anybody else on the street

11   that night?

12        A.    No.

13        Q.    Okay.  And the -- you saw 2 people, 2 men.

14   One was tall -- one was taller, one was shorter, is

15   that right?

16        A.    Yes.

17        Q.    You saw them coming out of Potomac down by

18   the fire station.  They turned the corner and walked

19   towards you?

20        A.    Yes.

21        Q.    You watched because there was really no other

22   traffic on the street that night, right?

23        A.    Yes.

24        Q.    Do you remember what they were wearing?
```

69
AWW

1      A.    Tall guy was in the green.   Green hospital
2    shirt, short pants and gym shoes.
3      Q.    And you remember what the shorter guy was
4    wearing?
5      A.    Well, all I noticed was red.   Red top.
6      Q.    Okay.   And you talked to the police the next
7    day, is that right?   Talked to a detective, plain
8    clothed policeman?
9      A.    Yes.
10     Q.    And you gave that policeman a description, is
11   that right?
12     A.    Yes.
13     Q.    And the description you gave of the shooter
14   to that detective the next day was that the first
15   person -- was that the first person, the shooter was
16   about 5'6 to 5'7 with brown hair to his shoulders.   Do
17   you remember telling the detective that?
18     A.    5, 6.   Only little shorter than me I told
19   him.
20     Q.    Do you remember telling him that he had brown
21   -- that the shooter had brown hair to his shoulders?
22     A.    Stop here.
23     Q.    That's what you told the police?
24     A.    Un-huh.


70
AWW

PFP0 

1     MS. HANLON: Indicating for the record his

2  shoulder.

3     MR. CAREY:

4     Q.   You touched your shoulder?

5     A.   No, I didn't touch the shoulder.  Was up to

6  that part right there.

7     Q.   By your collar?

8     A.   Right.

9     Q.   And this person had a thin mustache, is that

10 right?

11    A.   Yes.

12    Q.   You -- didn't say anything about a beard,

13 right?

14    A.   Well, no, I didn't say anything about a

15 beard.

16    Q.   I'm sorry?

17    A.   I didn't say anything about a beard.

18    Q.   So, he had a thin mustache, and you said that

19 the shooter had the red T-shirt and red shorts, didn't

20 you?

21    A.   No.

22    Q.   You didn't say that to the police?

23    A.   No.  It was the shorter one.

24    Q.   And you said the other person, when you were

71
AWW

1      talking to the police was the same height, 5'6 to 5'7,

2      isn't that what you told the detective?

3          A.   No.

4          Q.   And you told the detective that that person

5      had straight hair, didn't you?

6          A.   The short guy.

7          Q.   Right.  Told him he had straight hair?

8          A.   Straighter hair.

9          Q.   You didn't say the short guy.  You said a

10     guy, 5'6 to 5'7?

11         A.   That's the short guy.

12         Q.   And the other guy you told the --

13         A.   Little bit taller.

14         Q.   Was 5'6 to 5'7 too, didn't you?

15         A.   No.  He was a little shorter than me and I'm

16     5'9.

17         Q.   You told the police that that person had a

18     red T-shirt on too, didn't you?

19         A.   No.

20         Q.   You didn't tell the police that?

21         A.   No.

22         Q.   Now, you knew what the gang boundaries were

23     out there, didn't you?

24         A.   Yes.

72
AWW

1     Q.   And anything like say in the 2600 block of

2 the east/west street, that would be Cobra territory,

3 wouldn't it, 2600 west?  Western is 2400 west, right?

4     A.   Yes.

5     Q.   2600 west would be Cobras, wouldn't it?

6     A.   Yes.

7     Q.   And anything east of the -- of Western, that

8 would be Latin King territory, right?

9     A.   Yes.

10     Q.   Okay.  Just one moment.

11          So, the 2600 block of Division, that

12 would be Cobra territory, right?

13     A.   25.

14     Q.   26?

15     A.   Yes.

16     Q.   And the 2600 block of Evergreen that would be

17 Cobra territory, wouldn't it?

18     A.   Yes.

19     Q.   And the 2600 block of Potomac, that would be

20 Cobra territory, wouldn't it?

21     A.   That whole area, yes.

22     Q.   And the 1200 block of Maplewood, that would

23 be Cobra territory too, wouldn't it?

24     A.   Yes.

73
AWW

196

1     Q.   Now, you talked to the police the day after

2 the shooting, is that right?

3     A.   Yes.

4     Q.   You lived on the King side of Western, is

5 that right?

6     A.   Yes.

7     Q.   But you hung out with people you knew were

8 Cobras, is that right?

9     A.   Yes.

10    Q.   The 2 guys that walked by, one of whom you

11 pointed out in Court, you'd never seen him before, is

12 that right?

13    A.   No.

14    Q.   You never saw -- after that lineup, you

15 haven't seen Jamie Rios since, have you?

16    A.   No.

17    Q.   Now, when the shooting occurred, you say that

18 the person who did the shooting took a step back and

19 shot, is that right?

20    A.   Yes.

21    Q.   He was about a foot away from New York when

22 he shot, is that right?

23    A.   Yes.

24    Q.   Do you know if he shot him in the head first

74
AWW

1  or the stomach first?

2      A.    Head first.

3      Q.    Okay.   And he fell at that point?

4      A.    He was going down.   He didn't actually fall

5  all the way.

6      Q.    And then he shot him a couple of other times?

7      A.    Then he kept shooting.

8      Q.    Did you see where he shot him the second

9  time?

10     A.    Well, I didn't see where the bullets went but

11 I seen his wounds.

12     Q.    Were you still sitting on the stoop at the

13 bar when the shooting took place?

14     A.    On the front step of the building.

15     Q.    Now, I'm going to show you what's been

16 previously marked People's Exhibit Number 5 for

17 identification, ask you to take a look at that again?

18     A.    Yes.

19     Q.    Do you recognize what's in that photograph?

20     A.    Yes.

21     Q.    The Old Style sign.   That's about where you

22 were sitting?

23     A.    Yeah.   Right by the door right there.

24     Q.    There's no street light is there?

75
AWW

1    A.   Yes.   There's one.

2    Q.   That's in front of the bar?

3    A.   From the pole, yeah.

4    Q.   And there's a street light right in front of

5    where the shooting took place, is that right?

6    A.   Yes.

7    Q.   Now, you say you looked at the 2 peoples face

8    as they walked by, is that right?

9    A.   One.

10   Q.   Okay.  Was the shorter guy behind him or in

11   front of him?

12   A.   On the side of him.

13   Q.   Okay.  Towards the street or away from the

14   street?

15   A.   Towards the street.

16   Q.   And the shorter guy was about 5'6?

17   A.   He was shorter than Jamie.

18   Q.   Okay.  Well, you told the police he was about

19   5'6, 5'7,

20   A.   5'5, 5'7.

21   Q.   You're 5'9 and the taller guy was slightly

22   taller or shorter than you?

23   A.   He was shorter.

24   Q.   So, there was about an inch difference in

76
AWW

1  their heights?

2      A.    About an inch.

3      Q.    And so, that blocked your -- that sort of

4  obstructed you.  You couldn't really see the second

5  persons face?

6      A.    No.

7      Q.    You could remember what he was wearing,

8  though?

9      A.    By his shirt.

10     Q.    You remembered his hair?

11     A.    His hair.

12     Q.    Do you remember talking to Detectives Morris

13  and Johnson?

14     A.    I don't remember the officers that I talked

15  to.

16     Q.    Was one of the policemen you talked to tall,

17  kind of thin?

18     A.    I talked to so many police officers I can't

19  remember everyone.

20     Q.    But the one -- some of them were taking notes

21  when they talked to you, right?

22     A.    Yes.

23     Q.    Okay.  Now, getting back to New York for a

24  second.  You knew him to be a gang member, right?

77
AWW

1       A.   Yes.

2       Q.   He was an active gang member?

3       A.   Yes.

4       Q.   And the man with him, Luis -- I'm sorry.

5  Javier Torres, he was an active Spanish Cobra too, is

6  that right?

7       A.   Yes.

8       Q.   Now, when you describe -- when you told the

9  police about this confrontation with the 2 men that

10  walked by, you said today that it was about 10 or 15

11  seconds?

12      A.   That he was looking at me.

13      Q.   Did he stop for 10 or 15 seconds?

14      A.   No.  As he was walking he just kept looking

15  at me.

16      Q.   That's how you were able to get a good look

17  at him? Did you stand up and look at him?

18      A.   No.  Sitting down.

19      Q.   You told the police you stood up and looked

20  at him?

21      A.   I stood up when the incident happened.

22      Q.   In fact, you told the police you stood up and

23  took a good look at both of them, didn't you?

24      A.   No.

78
AWW

1     Q.   You didn't say that to the police?

2     A.   No.

3     Q.   Did you tell the police about the 10 to 15

4 seconds?

5     A.   Yes.

6     Q.   You did tell them that?

7     A.   Yes.

8     Q.   Now, Detective Noon, he was in plain clothes,

9 right?

10     A.   Yes.

11     Q.   Okay.  And he took you to look at gang books,

12 is that right?

13     A.   Yes.

14     Q.   Okay.  He didn't tell you anyone to look out,

15 did he?

16     A.   No.

17     Q.   You looked at them on your own?

18     A.   Took my time.

19     Q.   About 4 -- 3, 4 hours you wanted to make

20 sure.  And you didn't pick any one out at that time?

21     A.   No.

22     Q.   You looked at Latin King books, didn't you?

23     A.   Yes.

24     Q.   More than 10, maybe even more than 20 books?

79
AWW

1      A.   (No response)

2      Q.   Now, did you see the guns?  Did you see what

3 kind of guns they were?

4      A.   No.

5      Q.   You did hear the person who was the shooter

6 say something, though, didn't you?

7      A.   Across the street.

8      Q.   The shooter?

9      A.   Yes.

10      Q.   Okay.  Did you hear him say something to New

11 York?

12      A.   He represented to Loco as he was running.

13      Q.   When he walked up to New York, you heard him

14 say to New York "What's up?"

15      A.   No.

16      Q.   You told the police you heard him say that?

17      A.   No.  He went like this with his hand like

18 what's up.

19      Q.   You didn't -- so, did you tell the police

20 that you heard him say something or --

21      A.   No.

22      Q.   Okay.  How long did you live in that

23 neighborhood?

24      A.   Eleven years.

80
AWW

1    Q.    Okay.   And you had never seen those two men

2 before, is that correct?

3    A.    No.   Yes.   That's correct.

4    MR. CAREY: One moment, Judge.   No further

5 questions at this time, Judge.

6    MS. HANLON: Very briefly, Judge.

7    THE COURT: Yes.

8                    REDIRECT EXAMINATION

9                    BY MS. HANLON:

10    Q.    Besides the street lights at the bar, were

11 there any lights on inside of that bar?

12    A.    Yes.   They had a sign.   A window and the sign

13 outside.

14    Q.    Now, the shorter person that was with the

15 defendant, he didn't talk to you, did he?

16    A.    No.

17    Q.    And when the defendant was first representing

18 Spanish Cobras to you, where was the shorter of the

19 two guys standing?

20    A.    On the other side of me towards the street.

21    MS. HANLON: Thank you, Judge.   I have no other

22 questions of Luis Huertas.

23    THE COURT:  That you.  Mr. Carey?

24    MR. CAREY:  Nothing further, Judge.

81
AWW

```
 1        THE COURT: Thank you.  Thanks very much, sir.  You

 2   may step down.

 3                              (witness excused)

 4        THE COURT:  Call your next.

 5        MS. HANLON: Judge, if we can have about one minute

 6   to make sure he's back here?

 7        THE COURT: Sure.

 8        MR. CARBALLO: Your Honor, at this time, we'd call

 9   Officer Moran.

10                    JOSEPH MORAN,

11   called as a witness on behalf of the People of the

12   State of Illinois, having been first duly sworn, was

13   examined and testified as follows:

14                    DIRECT EXAMINATION

15                    BY MR. CARBALLO:

16        Q.   Officer Moran, could you please introduce

17   yourself to the ladies and gentlemen?

18        A.   Officer Joseph Moran.  Star number 7073,

19   Chicago Police Officer assigned to the Criminalistics

20   Division of the Chicago Police Department.

21        Q.   Officer Moran, how long have you been a

22   Chicago Police Officer?

23        A.   29 years.

24        Q.   And you indicated that you're a -- currently
```

PFP000321

205