*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT 5

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
**Luis Huertas on 09/18/2023**

```
 1

 2              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                      EASTERN DIVISION
    - - - - - - - - - - - - - - - - - - - - - - - - - -
 4   JAIME RIOS,

 5           Plaintiff,

 6                           Case No. 22 CV 3973
     v.
 7

     REYNALDO GUEVARA, MICHAEL MASON, JOANN HALVORSEN
 8   AS SPECIAL REPRESENTATIVE FOR ERNEST HALVORSEN,
     DECEASED, CITY OF CHICAGO,
 9
             Defendants.
10   - - - - - - - - - - - - - - - - - - - - - - - - - -

11

     Deposition Upon Oral Examination Of:
12
                     Luis Huertas
13

14   Location:       Hampton Inn Geneva
                     413 Lake Street
15                   Geneva, New York 14456

16

17   Date:           September 18, 2023

18

19   Time:           11:00 a.m.

20

21

22   Reported By:    ANASTASIA SULLIVAN

23                   Alliance Court Reporting, Inc.

24                   109 South Union Street, Suite 400

25                   Rochester, New York 14607
```

```
 1

 2                     A P P E A R A N C E S

 3   Appearing Remotely on Behalf of Plaintiff:

 4   Joshua S. M. Richards, Esq.

 5      Law Office of Stephen L. Richards

 6      53 West Jackson Boulevard, Suite 756

 7      Chicago, Illinois  60604

 8      jsrichardscriminallaw@outlook.com

 9

10   Appearing on Behalf of Defendant City of Chicago:

11   Austin G. Rahe, Esq.

12      Rock Fusco & Connelly, LLC

13      333 West Wacker Drive, 19th Floor

14      Chicago, Illinois  60606

15      arahe@rfclaw.com

16

17   Appearing Remotely on Behalf of Defendant Reynaldo

18   Guevara:

19   Michael J. Schalka, Esq.

20      Leinenweber Baroni & Daffada, LLC

21      120 North LaSalle Street, Suite 2000

22      Chicago, Illinois  60602

23      mjs@ilesq.com

24

25         (Appearances continuing on the next page.)
```

```
 1

 2                    A P P E A R A N C E S

 3                        (Continuing)

 4

 5   Appearing on Behalf of Defendants Michael Mason and

 6   Ernest Halvorsen:

 7   Josh M. Engquist, Esq.

 8      The Sotos Law Firm, PC

 9      141 West Jackson Boulevard, Suite 1240A

10      Chicago, Illinois  60604

11      jengquist@jsotoslaw.com

12

13                      *      *      *

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              S T I P U L A T I O N S

 2   MONDAY, SEPTEMBER 18, 2023;

 3          (Proceedings in the above-titled matter

 4          commencing at 11:01 a.m.)

 5                     *     *     *

 6          IT IS HEREBY STIPULATED by and between the

 7   attorneys for the respective parties that this

 8   deposition may be taken by the Defendant at this time

 9   pursuant to subpoena;

10          IT IS FURTHER STIPULATED, that all

11   objections except as to the form of the questions and

12   responsiveness of the answers, be reserved until the

13   time of the trial;

14          IT IS FURTHER STIPULATED, that the witness

15   waives reading and signing the transcript in

16   accordance with the Federal Rules of Civil Procedure

17   30(e)(1);

18          IT IS FURTHER STIPULATED, that if the

19   original deposition has not been duly signed by the

20   witness and returned to the attorney taking the

21   deposition by the time of trial or any hearing in this

22   cause, a certified transcript of the deposition may be

23   used as though it were the original;

24          IT IS FURTHER STIPULATED, that the

25   attorneys for the parties are individually responsible
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2   for their certified transcript charge, including any
 3   expedite or other related production charges;
 4              AND IT IS FURTHER STIPULATED, that the
 5   Notary Public, Anastasia Sullivan, may administer the
 6   oath to the witness.
 7                      *     *     *
 8   LUIS HUERTAS,
 9          called herein as a witness, first being sworn,
10          testified as follows:
11   EXAMINATION BY MR. ENGQUIST:
12          Q.  Could you state your name and spell your
13   name for the record, sir?
14          A.  My name is Luis Huertas, H-U-E-R-T-A-S.
15          Q.  Let the record reflect this is a
16   deposition taken pursuant in of notice and subpoena of
17   Mr. Huertas, in the case of Rios versus the City of
18   Chicago, et al.  I know I introduced myself earlier.
19              The ground rules for a deposition, I want
20   to walk through them again to make sure we are clear.
21   Okay?
22              First and foremost, your answers have to
23   be out loud.  You have to actually say them.
24          A.  Okay.
25          Q.  What we normally do in conversation,
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2   shrugging of the shoulders, saying uh-huh and uh-uh

 3   huh-huh don't come across clearly in the record.  So

 4   if you do that, like most people do, someone will

 5   prompt you.  Is that a yes or no or something like

 6   that.  Okay?

 7        A.  Yes.

 8        Q.  Also this is not an endurance contest.  We

 9   can take a break at any time.  If you need one, let me

10   know.  Only thing we ask is if we have a question

11   pending, you answer before we stop.  Okay?

12        A.  Yes.

13        Q.  Also you are entitled to a question you

14   can understand.  For any reason if you don't

15   understand what I'm asking or anybody else is asking

16   you today, let us know.  We will do our best to

17   rephrase it, repeat it, slow down, do whatever's

18   needed to do or speak up to make sure you understand

19   the question before you answer it.  All right?

20        A.  Yes.

21        Q.  Let us know if that is the case.

22        A.  Yes.

23        Q.  If you answer a question, we will assume

24   you understood it.  Okay?

25        A.  Yes.
```

```
 1                  LUIS HUERTAS - BY MR. ENGQUIST

 2          Q.  I know the incident took place in 1989.

 3          A.  Yes.

 4          Q.  So I know that is quite a long time ago.

 5   If you need to look at anything to refresh your

 6   recollection or you're not sure of some of the

 7   details, let us know.  Okay?

 8          A.  Okay.

 9          Q.  Are you on any medication that would

10   affect your ability to remember things or understand

11   the questions today?

12          A.  I am on psych medications now.

13          Q.  What psych medications are you on?

14          A.  Trazodone, Seroquel.

15          Q.  You said Trazodone, and what was the

16   other?

17          A.  Trazodone and Seroquel.

18          Q.  Why are you on Trazodone?

19          A.  Bipolar.

20          Q.  And the Seroquel.  Do you know why you are

21   on that?

22          A.  Depression.

23          Q.  Okay.  And how long have you been on

24   Trazodone?

25          A.  About three years.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2         Q.  And how long have you been on Seroquel?

 3         A.  Same amount of time.

 4         Q.  Does the taking of Trazodone affect your

 5    memory in any way?

 6         A.  I have no idea, but I know -- maybe it's

 7    my age.  I don't know.  Maybe it's my age.

 8         Q.  What is your age?  Your memory --

 9         A.  60.

10         Q.  Are you saying that your memory is not as

11    good as it was when you were younger?

12         A.  It's definitely not as good.

13         Q.  Have you noticed a decline in your memory

14    as you have gotten older?

15         A.  Yes.

16         Q.  More pronounced in the last few years?

17         A.  Yes.

18         Q.  So when were you diagnosed with bipolar

19    disorder?

20         A.  When I was in Chicago many years back.

21         Q.  Can you give me a rough estimate of when?

22    I don't need an exact date, just a rough estimate.

23         A.  I was there about '90.  1990.

24         Q.  Okay.  That was the same time you were

25    diagnosed with depression back in 1990 or so?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         A.  Yes.
 3         Q.  Any other psychological condition that you
 4    think might affect your ability today?
 5         A.  No.
 6         Q.  Are you on any other medication that could
 7    affect your memory or ability to understand the
 8    questions?
 9         A.  I'm not sure, but I am on high blood
10    pressure medication, but I don't remember the name.
11    My wife gives it to me.
12         Q.  Okay.  And have you noticed any particular
13    effect that it has on you, in particular about your
14    memory or ability to recall?
15         A.  I don't understand.
16         Q.  Have you noticed anything about taking the
17    blood pressure medication?  How it affects your
18    memory, have you noticed any difference?
19         A.  No.
20         Q.  I know this kind of sounds like a silly
21    question.  Have you had anything alcoholic to drink
22    today?
23         A.  No.
24         Q.  Any kind of illegal drugs today?
25         A.  No.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  Anything else you can think of that could
 3    affect your ability to understand or respond to
 4    questions other than what we talked about?
 5         A.  No.
 6         Q.  Also, one other rule I should probably go
 7    over.  Normal conversations, people talk over each
 8    other when they have a discussion.  Since we have a
 9    court reporter here, she can only take down one voice
10    at a time.  So I will do my best to hold off asking a
11    question until you are done answering, and if you
12    could do me the favor of doing the same thing.  So try
13    to not talk over me, and I will try not to talk over
14    you because it will drive the court reporter nuts, and
15    she will probably tell us to slow down or whatever.
16    Okay?
17         A.  Okay.
18         Q.  Have you ever given a deposition before
19    today?
20         A.  No.
21         Q.  We know you have testified in court
22    before; correct?
23         A.  Yes.
24         Q.  About how many times have you testified in
25    court?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              A.  Maybe once or twice.
 3              Q.  Was the last time back in 1990?
 4              A.  Yes.
 5              Q.  Just a little background.  Sir, where do
 6   you currently reside?
 7              A.  Town Side Apartments.  My mailing address
 8   is 114 Genesis Way.
 9              Q.  How long have you been in that apartment?
10              A.  About five years.
11              Q.  Who do you live with?
12              A.  My wife.
13              Q.  How long have you been married, sir?
14              A.  Pardon me?
15              Q.  How long have you been married?
16              A.  We've been married six years.
17              Q.  Prior to living here -- just to be clear,
18   we are in Geneva, New York; correct?
19              A.  Yes.
20              Q.  Prior to moving to Geneva, New York, where
21   did you live?
22              A.  In Tennessee.  Nashville, Tennessee.
23              Q.  How long did you live in Nashville,
24   Tennessee?
25              A.  Two years.
```

```
 1                  LUIS HUERTAS - BY MR. ENGQUIST
 2          Q.  Where did you live when you lived in
 3   Tennessee for those two years?
 4          A.  I was homeless, so I had a tent.
 5          Q.  And prior to moving to Tennessee
 6   approximately seven years ago, where did you live?
 7          A.  In Kentucky.
 8          Q.  Where in Kentucky?
 9          A.  Bowling Green, Kentucky.
10          Q.  How long did you live there?
11          A.  Not long.  Six, seven months.
12          Q.  Where did you live there in Bowling Green?
13   Where did you live?  Do you remember your address?
14          A.  I lived at Salvation Army.
15          Q.  Okay.  Prior to being in Bowling Green,
16   where did you live?
17          A.  Where did I live?
18          Q.  Yes.  Before Bowling Green?
19          A.  Over here.  Again, in Geneva, New York.
20          Q.  Okay.  For how long?
21          A.  For about a year.
22          Q.  And then before that?
23          A.  Chicago.
24          Q.  You were in Chicago for how many years?
25          A.  Went where?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.   How many years did you live in Chicago,
 3    sir?
 4              A.   39 years.
 5         Q.   Before living in Chicago you were born in
 6    Puerto Rico; correct?
 7              A.   Yes.
 8         Q.   Moved to Puerto Rico when you were how
 9    old?
10              A.   I came from Puerto Rico at three years
11    old.
12         Q.   Are you currently employed, sir?
13              A.   No.
14         Q.   When was your last employment?
15              A.   Employment?
16         Q.   Yes.
17              A.   Back in '89.  I worked at an ice cream
18    shop.
19         Q.   Would this be the ice cream shop that is
20    across the street from the bar where the incident took
21    place?
22              A.   Where the shooting took place.  It's
23    across the street.
24         Q.   Just to be clear, we are talking about the
25    shooting involving your friend back in 1989; correct?
```

```
 1                 LUIS HUERTAS - BY MR. ENGQUIST
 2            A.  Correct.
 3            Q.  After 1989, when you were working at the
 4    ice cream shop -- if I am correct, you were also doing
 5    mechanic work; is that correct?
 6            A.  Correct.
 7            Q.  You were self-employed; correct?
 8            A.  Self-employed.
 9            Q.  How long did you do that?
10            A.  Since 12 years old I have been working on
11    cars.
12            Q.  How long -- when did you stop being a
13    self-employed mechanic?
14            A.  When I came this way to Geneva, New York.
15            Q.  After leaving Chicago?
16            A.  Yes.
17            Q.  Why did you stop at that point?
18            A.  Because I didn't have no tools.
19            Q.  All right.  Currently, sir, what do you do
20    for money?  What do your finances involve?
21            A.  I pick up recyclable cans and bottles and
22    take them to the redemption center.
23            Q.  Do you receive any kind of governmental
24    assistance?  SSI?
25            A.  SSI, yes.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  Sir, today, just to be clear, you are in a
 3    motorized electric chair, a scooter.  Is there some
 4    kind of physical condition why you use that, sir?
 5         A.  I have neuropathy.
 6         Q.  How long have you been suffering from
 7    neuropathy?
 8         A.  Six months.
 9         Q.  Sir, if I can focus your attention a
10    little bit to 1989.  Where were you living, sir?
11         A.  Across the street.  Right above the ice
12    cream shop with a friend.
13         Q.  Now, "the ice cream shop," do you recall
14    the address?
15         A.  1313 North Western.
16         Q.  And what neighborhood is that in, sir?
17         A.  It's in between the Humboldt Park area and
18    Wicker Park area.
19         Q.  You said you were living with a friend
20    while working at the ice cream shop; correct?
21         A.  Correct.
22         Q.  Would that be Luis Morales that you lived
23    with?
24         A.  No.
25         Q.  Sir, back in 1989, did you belong to a
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2    street gang?
 3          A.  No.  I retired.
 4          Q.  When did you retire from your street gang,
 5    sir?
 6          A.  About that time '89, '90.
 7          Q.  What gang was that in?
 8          A.  Latin Disciples.
 9          Q.  Why did you retire, sir?
10          A.  I got tired from all the violence and kids
11    getting shot.  It was too much for me.
12          Q.  And who was Luis Morales, sir?
13          A.  A friend of mine that I used to shoot pool
14    with.
15          Q.  How long had you known Mr. Morales?
16          A.  About a year.
17          Q.  Did he belong to a street gang, sir?
18          A.  Yes, he did.
19          Q.  Do you remember what gang it was?
20          A.  Spanish Cobras.
21          Q.  Were the Spanish Cobras and Latin
22    Disciples aligned?
23          A.  I don't understand.
24          Q.  I'm sorry.  How about this.
25              Were the Latin Disciples were they folks
```

```
 1                LUIS HUERTAS - BY MR. ENGQUIST
 2   or people?
 3          A.  I still don't understand.
 4          Q.  Were Spanish Cobras and Latin Disciples
 5   friends or enemies?
 6          A.  Kind of rivals, but they started out as
 7   friends.
 8          Q.  But you were retired from the Latin
 9   Disciples when you were friends with Mr. Morales; is
10   that correct?
11          A.  Yes.
12          Q.  So fair to say you retired from Latin
13   Disciples sometime around 1988-ish?
14          A.  When I retired?
15          Q.  Yes.
16          A.  I could say about 1990.
17          Q.  Were you a Latin Disciple at the time of
18   the incident, the shooting?
19          A.  At the time, yes.
20          Q.  Now, prior to today did you review
21   anything in preparation for your deposition?
22          A.  Preparations?
23          Q.  Did you prepare in any way for your
24   deposition?  Did you review any materials?
25          A.  No.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2         (The following exhibit was marked for

 3         identification:  Defendant EXH A.)

 4              Q.  What I have marked as Exhibit A is your

 5    transcript from the criminal trial in front of Judge

 6    Themis Karnezis on November 29, 1990, in the case of

 7    the People of the State of Illinois versus Jaime Rios.

 8    I want to make sure that's clear what I have in front

 9    of you right now, but it is not opened.  All right?

10         A.  (The witness indicated nonverbally.)

11              Q.  Did Luis Morales have a nickname?

12         A.  Yes, but I forgot what his nickname was.

13              Q.  Would it be New York?

14         A.  New York, that's what it was.

15              Q.  And he had that nickname because he came

16    from New York originally?

17         A.  I believe so.

18              Q.  Now, on June 27, 1989, is the night he was

19    shot.  Does that ring a bell, sir?  Do you remember

20    that incident?

21         A.  What?

22              Q.  Do you remember the incident where

23    Mr. Morales was shot and killed?

24         A.  Yes.

25              Q.  June 27, 1989; is that correct?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         A.  Yes.
 3         Q.  Had you had plans to meet Mr. Morales that
 4    night?
 5         A.  Yes.  We were going to go shoot pool.
 6         Q.  Where were you going to be shooting pool?
 7         A.  At the bar.
 8         Q.  The bar that's roughly across from your
 9    apartment at 1313 North Western?
10         A.  A little before that.
11         Q.  At 1310 North Western?
12         A.  I believe so.
13         Q.  Do you remember the name of the bar?
14         A.  No, I don't remember.
15         Q.  That area where the bar was located, was
16    that a certain gang territory?
17         A.  Yes.
18         Q.  What gang territory would that be, sir?
19         A.  Spanish Cobras.
20         Q.  Sir, this took place back in 1989.  Is it
21    fair to say that your memory was better back in 1990
22    than it was, about your events in 1989 than it is
23    today?
24         A.  Correct.
25         Q.  Why don't we do this.  Why don't you take
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2    Exhibit A, and if we need to, we can refer to that.
 3    That is your transcript.
 4              MR. RICHARDS:  Objection.  Improper
 5    refreshing recollection.
 6              Objection is that recollection should be
 7    refreshed as to each question if the witness does not
 8    have a proper recollection.
 9              MR. ENGQUIST:  I haven't asked a question
10    yet.
11              MR. RICHARDS:  Correct.  For the record,
12    you are giving him his transcript right now, the whole
13    thing.  I am objecting as to that action as an
14    improper refreshing of recollection of giving him his
15    whole transcript.  That's improper.
16              MR. ENGQUIST:  And he hasn't opened it
17    yet.  I haven't asked a question yet.
18         Q.  Sir, do you recall giving testimony back
19    in 1990 in the criminal case versus Jaime Rios?
20         A.  Yes.
21         Q.  And when you gave your testimony back in
22    1990, did you tell the truth?
23         A.  Yes.
24         Q.  Did you try to answer as complete as
25    possible to the questions being asked?
```

```
 1               LUIS HUERTAS - BY MR. ENGQUIST
 2          A.  Yes, I did.
 3          Q.  Sir, I want to direct your attention to
 4   page 152 on the bottom.  It is just a couple pages
 5   into your deposition.
 6               Are you there, sir?
 7          A.  Yes.
 8          Q.  I want to direct your attention to lines 8
 9   through 13, where it is talking about your friend New
10   York.
11          A.  Yep.
12          Q.  It indicates here on lines 12 and 13 you
13   had known him for 11 or 12 years.  Does that refresh
14   your recollection about how long -- about how long you
15   had known Mr. Morales prior to his death?
16          A.  Really a year.  I knew him from the
17   street, but I didn't really know his name or anything.
18          Q.  Okay.  So the 11 or 12 would've been how
19   long you had known about him, but the one year was how
20   long you knew him well as a friend?
21          A.  Correct.
22          Q.  Okay.  Sir, I want to go on from there.
23   You had made plans to meet your friend at the bar, and
24   did you go to the bar, sir?
25          A.  He didn't make it.
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                                    **Page 22**

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  I understand.  Did you go to the bar
 3    though and wait for him?
 4         A.  No.  I was in front of the bar.
 5         Q.  How long were you in front of the bar that
 6    evening?
 7         A.  About a half-hour.
 8         Q.  Okay.  And after about a half-hour, what
 9    happened?
10         A.  These two guys came around the coroner.  I
11    don't know what they were up to, but I was watching
12    them, and they faced the gun at me.  And that's when
13    Mr. Morales came out of a gangway and they turned the
14    gun from me to him.
15         Q.  Prior to the people pointing the gun, do
16    you recall where those two people came up to you and
17    represented their gang to you?
18         A.  No, they didn't represent.
19         Q.  Let's go to page 153, sir, if you can?
20         A.  152?
21         Q.  153.
22         A.  Okay.
23         Q.  Starting on line 6 if you can follow along
24    with me.  (As read):  Two individuals turning on
25    Western from Potomac.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2              Question:  From where you were sitting,

 3      Mr. Morales, what direction would Potomac Street have

 4      been in?

 5              Answer:  They were going northbound on

 6      Western?

 7              Do you recall those people turning at that

 8      direction, sir, on Western?

 9         A.  I remember.

10         Q.  And then further down on line 20, it says

11      (as read):  How many people did you see?

12              Answer:  Two.

13              Were they men or women?  Men?

14              Does that refresh your recollection about

15      how many people that you saw that day turn?

16         A.  Two.

17              MR. RICHARDS:  Objection.

18              He didn't recall.  He did not give the

19      consistent answer with the transcript.

20              Counsel, if you are going to impeach him

21      with the transcript, do that method, not this

22      refreshing recollections stuff.  If he did not go

23      through -- it's a recollection exhausted.  You have to

24      go through the proper steps with either which method

25      you are going to do, counsel.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  And do you recall those two people coming
 3    up to you directly across from you and speaking with
 4    you, sir?
 5         A.  No.
 6         Q.  If you go to page 156, sir.  If I could
 7    direct your attention to line 14 through line 22.  And
 8    14 (as read):  Question:  When these men got to you,
 9    Luis, did anything happen?
10              Answer:  Well, the taller guy represents
11    Spanish Cobras to me.
12              Question:  When you say represented
13    Spanish Cobras, can you explain what that means to the
14    folks in the jury?
15              Answer:  He was actually saying the name
16    of the gang, the name of the gang that he supposedly
17    belonged to.
18              Do you see that there, sir?
19         A.  Yes.
20         Q.  Does that refresh your recollection on
21    whether or not you had any contact with the people
22    before they went over to the alley?
23              MR. RICHARDS:  Objection.  Improper
24    refreshing of recollection.  He did not say his
25    recollection was -- he didn't remember that point.
```

```
 1            LUIS HUERTAS - BY MR. ENGQUIST
 2  His previous testimony was they didn't represent a
 3  gang.  That was his previous testimony.  Not that he
 4  didn't remember what they did or didn't do.
 5       Q.  Sir, do you recall now whether or not they
 6  represented their gang to you?
 7            MR. RICHARDS:  Objection.  Misstates
 8  previous testimony.
 9       Q.  Sir, can you answer the question?
10       A.  Yes.
11       Q.  Okay.  So what happened, sir, when they
12  came around the corner and walked toward you?
13       A.  They represent Cobras because I been in
14  that neighborhood so many years and I said, no.
15  That's when he went in front, pulled the pistol out.
16  He was aiming it at me.
17       Q.  Okay.  You said he was aiming the pistol
18  at you prior to aiming it at someone else; correct?
19       A.  Pardon?
20       Q.  He was aiming it at you initially, the
21  gun?
22       A.  Yes.
23       Q.  When he was talking to you, were you able
24  to get a good look at the person's face?
25       A.  Yes.
```

```
 1                 LUIS HUERTAS - BY MR. ENGQUIST
 2          Q.  Was it lit that night outside?
 3          A.  That I don't remember.  It's been too
 4   long.
 5          Q.  Do you remember if there were lights
 6   coming from the bar, sir?
 7          A.  No.
 8          Q.  Do you remember if there were street
 9   lights?
10          A.  Oh, yeah.  Yes, I should say.
11          Q.  So you said after he drew his gun, is that
12   when your friend New York came out of the alley, sir?
13          A.  He came out --
14          MR. RICHARDS:  Objection.  Leading.
15          A.  He came out of the gangway, which is the
16   back of the guys.  Those two guys.
17          Q.  How close was New York to those two guys?
18          A.  20, 25 feet.
19          Q.  What happened next, sir?
20          A.  That's when they took the gun away from
21   pointing at me and they went and faced it towards Luis
22   Morales.
23          Q.  What happened next?
24          A.  One guy fired and then they ran across the
25   street to an empty lot.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  Okay.  And how many times did he fire the
 3    weapon?
 4         A.  About two or three times.
 5         Q.  Okay.  And what did you do next, sir?
 6         A.  Well, Luis Morales was down.  I went over
 7    to see if I could make him come through, but I had
 8    seen a bullet wound in his head and I knew it was
 9    over.
10         Q.  Do you recall whether or not when the
11    shooter ran to the side of the street, whether he said
12    anything when he left the scene?
13         A.  No.
14         Q.  Sir, if I can draw your attention to
15    page 164.  Now, sir, would reviewing your testimony
16    from 1990 refresh your recollection as to what
17    occurred the night of 1989 when your friend was
18    killed?
19         A.  If I had any recollection?
20         Q.  Would reviewing your testimony refresh
21    your recollection, sir?  Would it help you remember?
22         A.  Yes.  1990.
23         Q.  Sir, looking at page 164.  On line 13
24    through line 16.  (As read):  Question:  Did he do
25    anything as he was crossing Western Avenue?
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                                    **Page 28**

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              Answer:  When he got to the other side, he
 3    represented King Love.  King Love and Spanish Cobra
 4    killer.
 5              Do you see that, sir?
 6         A.  No, I don't remember.
 7         Q.  You don't recall that now?
 8         A.  No.
 9         Q.  Okay.  When you testified about that night
10    in 1990, were you telling the truth, sir?
11         A.  Yes.
12         Q.  You just can't remember the details?
13         A.  I can't remember now.  It was a long time.
14         Q.  And was your friend Luis Morales with
15    anybody when he was shot?
16         A.  He was with one of his friends, one of his
17    Spanish Cobras friends.  They called him Loco.
18         Q.  Did Loco get shot?
19         A.  No.
20         Q.  Do you remember what Loco's real name was?
21         A.  No.
22         Q.  Now, later that night, sir, you did speak
23    to the police.  The police did arrive; correct?
24         A.  Correct.
25         Q.  Now, sir, on June 28th would have been the
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2    following day.  Do you remember being contacted by an
 3    Officer Noon?
 4              A.  June 28th?
 5              Q.  Yes.
 6              A.  No, that was the 29.  After it happened
 7    the 29?
 8              Q.  No.  It happened on the 27.
 9              A.  Somewhere around there.
10              Q.  Do you recall an Officer Noon contacting
11    you and coming to the ice cream shop where you worked?
12              A.  Yes.
13              Q.  When Officer Noon picked you up was he
14    with anybody else?
15              A.  Yes, he had a partner with him.
16              Q.  Do you remember who the partner was?
17              A.  No.
18              Q.  Do you remember if Officer Noon took you
19    anywhere?
20              A.  To Area 5.  He was showing me mug shots.
21              Q.  Do you remember seeing a lineup that day
22    with Officer Noon?
23              A.  Yes.
24              Q.  I'm sorry.  Officer Noon took you to the
25    lineup?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         A.   Yes.
 3         Q.   Did you pick anybody out of that lineup?
 4         A.   Yes.
 5         Q.   How many lineups do you recall seeing in
 6    this case?
 7         A.   How many lineups?
 8         Q.   Yep, lineups.  In-person lineups.
 9         A.   Just that one lineup.
10         Q.   Okay.  Sir, if I can draw your attention
11    to page 172 of your previous testimony.  I am looking
12    at the bottom of the page page 19.
13              Sir, you were asked these questions and
14    gave these responses.  (As read):  Do you remember
15    about that time Officer Noon picked you up?
16              Answer:  5:30 to 6.
17              Question:  After he picked you up, did he
18    take you anywhere?
19              Answer:  He took me to a lineup.
20              Question:  Do you know where,
21    specifically, he took you in the city?
22              Answer:  Grand and Central.
23              Question:  When you got to Grand and
24    Central, you said he took you to see a lineup; is that
25    correct?
```

```
 1                  LUIS HUERTAS - BY MR. ENGQUIST

 2                  Answer:  Yes.

 3                  Question:  Can you explain to the ladies

 4       and gentlemen how it was that you -- well, did you

 5       view a lineup there?

 6                  Answer:  Yes.

 7                  Question:  Can you explain how you viewed

 8       the lineup?

 9                  Answer:  Okay.  I walked in a room and

10       then, in that room there was glass where I could see

11       individuals that were in there.  And I walked in.

12       There was five individuals in the wall.

13                  Question:  Were they standing or sitting?

14                  Answer:  They were standing.

15                  Question:  Were you able to look at these

16       five individuals?

17                  Answer:  Yes, they were facing towards me.

18                  Question:  Luis, did you recognize any of

19       the individuals as the man who shot your friend New

20       York?

21                  Answer:  None.

22                  Question:  Did you tell the police you

23       couldn't recognize anyone?

24                  Answer:  Yes.

25                  Sir, did you give the answer to those
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2   questions back in 1990?
 3         A.  Yes.
 4         Q.  So if we look at the next line, sir.  (As
 5   read):  Was the man that you just identified in Court,
 6   the defendant, in that lineup that you saw?
 7              Your answer was "No, he wasn't?"
 8              You see that there, sir?  You can look
 9   through.  We are on page 174 now.
10         A.  74?
11         Q.  Yes, 174 at the top.
12         A.  May I say something?
13         Q.  Sure.
14         A.  When he took me to Area 5, which is Grand
15   and Central, he showed me pictures, and I didn't
16   recognize anybody in those pictures, but in the
17   lineup, I did.
18         Q.  I understand, but, sir, when you gave
19   those answers to those questions, you were talking
20   about a lineup where you told people you didn't see
21   anybody.
22              Sir, isn't it true that the fact that
23   after that point, when you didn't make an
24   identification that you went to Area 6 with Officer
25   Noon and looked at photographs and didn't see the
```

```
 1               LUIS HUERTAS - BY MR. ENGQUIST
 2   shooter in those photographs?
 3         A.  No.
 4         Q.  Sir, if I can direct your attention to
 5   page 174.  Did you give these answers to these
 6   questions?  If you go to 174 you can follow along.  I
 7   want to make sure you can see it.
 8               Starting with line 2.  (As read):  Was the
 9   man that you identified in Court, the defendant, in
10   that lineup that you saw?
11               Answer:  No, he wasn't.
12               Question:  After you told the police he
13   wasn't there, did they take you anywhere else?
14               Answer:  Well, after that they took me to
15   Area 6 I believe.
16               Question:  Okay.  Was that Belmont and
17   Western?
18               Answer:  Belmont and Western.
19               Question:  Which police took you there, if
20   you know?
21               Answer:  Officer Noon took me there.
22               Question:  And when you got to Belmont and
23   Western, where did he take you inside that building?
24               Answer:  To the crime unit in the back,
25   the Gang Crime Unit.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              Question:  When you got to the Gang Crime
 3   Unit, what did you do?
 4              Answer:  Looked through some books.
 5              Question:  When you say --
 6              Answer:  Some photos.
 7              Do you see those there, sir?
 8       A.  Yes.
 9       Q.  Did you give those answers back in 1990,
10   sir, to those questions?
11       A.  Yes.
12          Q.  After going through that, do you recall
13   now whether or not you went to go see books after a
14   negative lineup with Officer Noon?
15          A.  After the lineup, yes.
16          Q.  And you didn't identify anybody in there;
17   correct?
18          A.  No.
19          Q.  And do you recall how long you went
20   through those photographs looking to see if you could
21   find the shooter with Officer Noon?
22          A.  I don't remember.
23          Q.  Okay.  Do you recall whether or not the
24   plaintiff, the shooter in this case, Mr. Rios, was in
25   the photographs with Mr. Noon -- Officer Noon?  Was
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2     Jaime Rios in the photographs that you viewed with
 3     Officer Noon?
 4          A.  Don't know.  I didn't recognize no one in
 5     there.
 6          Q.  Okay.  Sir, if I can just direct your
 7     attention to page 176.  Why don't we start at the
 8     bottom of 175.
 9               Sir, did you give the answers to these
10     questions starting line 21?  (As read):  How long did
11     you stay there looking through the gang books?
12               Answer:  I took my time looking through
13     the books.  Took me about three and a half hours; four
14     hours.
15               Question:  Were you able to pick anyone
16     out of the book that shot your friend New York?
17               Answer:  No.
18               Question:  Did you ever see the defendant,
19     the guy you identified here?  Did you see his picture
20     in any of those books?
21               Answer:  No.
22               Did you give the answers to those
23     questions back in 1990, sir?
24          A.  If I gave those answers?
25          Q.  Yes.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2              A.  Yes.

 3              Q.  Were you telling the truth, sir?

 4              A.  Yes.

 5              Q.  Sir, do you recall then later on, on

 6   July 7th, being once again asked to come to Area 5 to

 7   see a lineup?

 8              A.  I don't remember the date, but yes.

 9              Q.  And do you recall who took you to that

10   lineup?

11              A.  I don't remember that either.

12              Q.  And did you go straight from the ice cream

13   shop to see the lineup, sir?

14              A.  Yes.

15              Q.  Did you view photographs that day or just

16   when you were with Officer Noon?

17              A.  Pardon me?

18              Q.  Did you review photographs that day or did

19   you go straight --

20              A.  Yes, he showed me photographs.

21              Q.  Before your second lineup?

22              A.  Yes.

23              Q.  And do you recall what photographs you

24   looked at before your second lineup, sir?

25              A.  I couldn't pick anybody out of the
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                              **Page 37**

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2    pictures.
 3              Q.  Were you told who to pick, sir?
 4              A.  Pardon me?
 5              Q.  Were you ever told who to pick?
 6              A.  No.
 7              Q.  For the second lineup, sir, did you make
 8    an identification at Grand and Central?
 9              A.  Not in the photos.
10              Q.  But for the lineup, when they actually had
11    the people standing there?
12              A.  Yes.
13              Q.  Can you tell me how that occurred?  What
14    do you remember about that incident when you went to
15    the lineup room?  What happened when you went to the
16    lineup room?
17              A.  Then I noticed him.  Because I remember he
18    was looking at me in the street.
19              Q.  Did you notice him right away?
20              A.  Yes.
21              Q.  What happened when you noticed him right
22    away?
23              A.  I picked him out.
24              Q.  Did anyone tell you who to pick?
25              A.  No.
```

```
 1               LUIS HUERTAS - BY MR. ENGQUIST
 2           Q.  Did anyone tell you what position the
 3    person that they wanted you to pick would be in?
 4           A.  No.
 5           Q.  Had you seen him -- from the time you saw
 6    him that night when he shot your friend until you saw
 7    him in the lineup, had you seen him in between that
 8    time at all?
 9           A.  No.
10           Q.  Had you seen him in any photographs before
11    that time when you saw him in the lineup at all?
12           A.  No.
13           Q.  Okay.  Had you ever heard of Jaime Rios
14    before that day?
15           A.  No.
16           Q.  Do you recall what the lineup looked like,
17    sir?
18           A.  I don't remember.  Too long ago.
19           Q.  Do you think you could identify the person
20    you picked out back in 1989 today?
21           A.  No.
22           Q.  So if you identified -- when you
23    identified them in court, were you telling the truth,
24    sir?
25           A.  Yes.
```

```
 1                 LUIS HUERTAS - BY MR. ENGQUIST
 2          Q.  When you identified photographs in court
 3     of the person you identified, were you telling the
 4     truth, sir?
 5          A.  Yes.
 6          Q.  When you walked into that lineup room and
 7     saw Mr. Rios and identified him as the shooter, were
 8     you completely sure he was the shooter?
 9          A.  Yes.
10          Q.  If you had to gauge it -- like what
11     percentage of how sure you were, where would you put
12     it?
13          A.  Pardon?
14          Q.  If you gave it a -- from 1 to 100 percent,
15     when you first saw him, where would you think your
16     confidence was?
17          A.  98 percent.
18          Q.  Do you remember the detectives who took
19     you into the lineup?
20          A.  Don't remember.
21          Q.  Does the name Detective Mason ring a bell?
22          A.  No.
23          Q.  Does the name Detective Halvorsen ring a
24     bell?
25          A.  No.
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                          Page 40

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  Did either of the detectives that were in
 3    the room with you ever tell you who to pick?
 4         A.  No.
 5         Q.  Did they ever threaten you in any way?
 6         A.  No.
 7         Q.  Officer Noon or the other officer that
 8    drove you to Area 5 for the lineups, did they ever
 9    tell you who to pick?
10         A.  No.
11         Q.  Did they threaten you?
12         A.  No one threatened to lock me up for
13    obstructing justice.
14         Q.  That would be under the first occasion
15    when you went back and looked at those books; is that
16    correct?
17         A.  Correct.
18         Q.  What did Officer Noon say to you?
19         A.  He said I could lock you up for
20    obstructing traffic -- I mean justice.  'Cause he is
21    in this picture.
22         Q.  In the pictures?
23         A.  But the pictures, he was younger.  He
24    said, "The face never changes."
25              I said, "Yes, it does."
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  You say he said that the person would be
 3    in the books that he was showing you; is that correct?
 4         A.  Correct.
 5         Q.  Do you know if Mr. Rios was even in the
 6    books you saw?
 7         A.  I wouldn't know.
 8         Q.  And if I have this correctly, Officer Noon
 9    was saying that if you don't cooperate, you could be
10    locked up for obstruction of justice?
11         A.  Correct.
12         Q.  You still didn't choose anybody that day?
13         A.  Not in the books.
14         Q.  Because you didn't see Mr. Rios?
15         A.  No.
16         Q.  Is that correct?
17         A.  Correct.
18              MR. ENGQUIST:  Could we mark this as B,
19    please.
20              (The following exhibit was marked for
21              identification:  Defendant EXH B.)
22         Q.  I am going to show you what we had marked
23    as Exhibit B, which is titled Affidavit of Luis
24    Huertas, which is from, looks like, May 19th of 2020.
25              Sir, do you recall this affidavit?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         A.  Yes.
 3         Q.  Now, prior to this affidavit -- did you
 4    type this affidavit up?
 5         A.  Pardon?
 6         Q.  Did you write this yourself?
 7         A.  No.
 8         Q.  Was it brought to you written already?
 9         A.  Yes.
10         Q.  Prior to -- and this was, according to the
11    backside of it, it was signed on May 2020; correct?
12    May 19?
13         A.  Correct.
14         Q.  Is that your signature, sir?
15         A.  Yes.
16         Q.  Prior to this being brought to you to
17    sign, did you review your testimony from 1990?
18         A.  No -- I don't remember.
19         Q.  Okay.  Is today the first day that you
20    have seen your testimony from back in 1990, sir?
21         A.  No.
22         Q.  When is the last time you saw it?
23         A.  It was in my apartment when -- I believe
24    her name was Heather or something.
25         Q.  Did you read it then, sir?
```

| | |
|---|---|
| 1 | LUIS HUERTAS - BY MR. ENGQUIST |
| 2 | A. Yes, she showed it to me. |
| 3 | Q. Sir, let me go through this. It says |
| 4 | number 1. It says (as read): I testified at the |
| 5 | trial of Jaime Rios and identified him as the shooter |
| 6 | in the murder he was charged with. Do you see that? |
| 7 | A. Yes. |
| 8 | Q. That's true; is that right? |
| 9 | A. Yes. |
| 10 | Q. You did identify Jaime Rios in court, and |
| 11 | you are saying still today you believe he was the |
| 12 | shooter of your friend; correct? |
| 13 | A. Yes. |
| 14 | Q. Number 2, it says (as read): I identified |
| 15 | Jaime Rios in a lineup I viewed on July 7, 1989; is |
| 16 | that correct, sir? |
| 17 | A. Yes. |
| 18 | Q. Now, it says (as read): However, before I |
| 19 | went to the lineup, I was contacted by Detective |
| 20 | Reynaldo Guevara. Do you remember Reynaldo Guevara at |
| 21 | all? |
| 22 | A. No, sir. |
| 23 | Q. Did you ever have any dealings with |
| 24 | Reynaldo Guevara on the street? |
| 25 | A. No. |

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                      Page 44

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  When is the first you became aware of a
 3    person by the name of Reynaldo Guevara?
 4         A.  I don't remember.
 5         Q.  He wasn't known on the street for being a
 6    bad cop or anything at that point, was he?  In '89 or
 7    '90?
 8         A.  Not that I know of.
 9         Q.  When was the first time you ever heard of
10    him?  Was that when plaintiff's counsel investigator
11    came to see you?
12         A.  When they picked me up at the ice cream
13    shop.
14         Q.  Who?
15         A.  Two officers.
16         Q.  Do you know if one of them was Reynaldo
17    Guevara for sure?
18         A.  Excuse me?
19         Q.  Do you know if one of them was Reynaldo
20    Guevara?
21         A.  Don't remember.
22         Q.  When you say two officers picked you up at
23    the ice cream shop, are you talking about the first
24    time with Danny Noon or the second time?
25         A.  The second time.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  It says (as read):  I have viewed a
 3    photograph which is attached to the affidavit that
 4    depicts Reynaldo Guevara.
 5              Do you remember that photograph, sir?
 6         A.  I don't remember.
 7              MR. ENGQUIST:  Can I mark this as C?
 8         (The following exhibit was marked for
 9         identification:  Defendant EXH C.)
10         Q.  Was this the photograph, sir -- I am
11    showing you Exhibit C -- that you were shown by the
12    investigator?
13         A.  Yes.
14         Q.  Does that face ring a bell with you at
15    all?
16         A.  Yes.
17         Q.  You do know him?
18         A.  Yep.
19         Q.  How do you know him, sir?
20         A.  He interviewed me over there in Area 5,
21    second floor, I believe.
22         Q.  For this case?
23         A.  Huh?
24         Q.  For this case was he one of the officers
25    that drove you to Area 5?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2         A.  Yes.

 3         Q.  He was not the one that did the lineup.

 4    Those were the two detectives; correct?

 5         A.  No.

 6         Q.  Is that correct, sir?

 7         A.  Yes.

 8         Q.  Did Reynaldo Guevara tell you who to pick

 9    in the lineup?

10         A.  No.

11         Q.  Line number 6 here says (as read):

12    Guevara was known as a "dirty cop," who would put

13    cases on people and charge them for no reason.

14              Sir, you were saying before that you

15    didn't know who Reynaldo Guevara was; is that correct?

16         A.  Back at that time, I probably did, but I

17    don't remember him now.

18         Q.  Besides someone telling you he was a dirty

19    cop, do you have any reason to believe he was a dirty

20    cop?

21         A.  At that time, no.

22         Q.  If you turn the page over, sir.  Turn it

23    over to line 7 it says (as read):  Guevara picked me

24    up on July 7, 1989, and showed me a series of

25    photographs and told me to pick out the shooter I had
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2    seen.
 3              Do you remember that, sir?
 4         A.  No, I don't remember.
 5         Q.  And you didn't write that in here?
 6    Someone else wrote it for you; is that correct?
 7         A.  Yes.
 8         Q.  As you sit here today, you don't recall
 9    Guevara showing you photos.  You remember Danny Noon
10    showing you photos at an earlier occasion, all those
11    series of photos; correct?
12         A.  Yes.
13         Q.  Line 8 (as read):  I told Guevara I didn't
14    recognize the shooter in any photographs.
15              Do you recall that now, sir?
16         A.  Yes.
17         Q.  Did you tell Guevara that you didn't
18    recognize anybody on the drive to Area 5?
19         A.  There was two officers there and they
20    wanted me to pick someone, but I didn't recognize
21    anybody.
22         Q.  To be clear the first time you identified
23    anybody is when you saw Mr. Rios live; correct?
24         A.  Yes.
25         Q.  Line 9 (as read):  Guevara threatened to
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2   have me locked up if I didn't identify a shooter.
 3              Is that correct, sir?  Was this
 4   Mr. Guevara or Mr. Noon who threatened you?
 5        A.  Yes.
 6        Q.  Which one, sir?
 7        A.  It was Noon.
 8        Q.  Okay.  So that would've been on the
 9   previous occasion when you were at Area 6 at the Gang
10   Crime office going through those series of
11   photographs?
12              So when you were talking about Mr. Noon
13   threatening you, not Mr. Guevara, that was when you
14   were at Area 6 in the Gang Crimes office going through
15   all of those photographs?
16        A.  Yes.
17        Q.  Then it says number 10 (as read):  He took
18   me to a station and showed me a lineup.
19        A.  Correct.
20        Q.  To be clear, did Mr. Guevara bring you to
21   the lineup or two detectives?
22        A.  I don't remember.
23        Q.  As you sit here today, you don't remember
24   who was in the lineup room with you that day?
25        A.  The officer?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2         Q.  Yes.

 3         A.  No, I don't remember.

 4         Q.  Line 11 (as read):  One of the people was

 5    also in the lineup in the station.

 6              To be clear, sir, if I read this

 7    correctly, earlier you testified you don't recall ever

 8    seeing a picture of Jaime Rios when you were going

 9    through any of the photos, right?

10         A.  Correct.

11         Q.  Line 11 is not accurate?

12         A.  In the picture I didn't know anybody.

13         Q.  Line 12 says (as read):  He was the only

14    person in the lineup who was also in the photo array.

15              Sir, do you ever remember seeing a photo

16    array with Jaime Rios in it at all?

17              A.  No.

18         Q.  Number 13 (as read):  I have not

19    willing -- I have not willingly -- I'm sorry.

20              (As read):  I have not willing to give

21    this information to anyone before today because I

22    wanted to leave the past behind.  I was afraid

23    Detective Guevara would retaliate?

24              Sir, to be clear, were you afraid of

25    Detective Guevara all of these years?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2        A.  Yes.
 3        Q.  How were you afraid of Guevara if you
 4   didn't know Detective Guevara?
 5        A.  The way he spoke.
 6        Q.  When he drove you to Area 5, the way he
 7   spoke to you scared you?
 8        A.  At Area 5.
 9        Q.  How did he speak to you that scared you?
10        A.  At the station.  They didn't like me.
11   They threatened to lock me up.
12        Q.  You said Danny Noon threatened to --
13        A.  Yes.
14        Q.  But prior to someone coming to you with
15   this affidavit and talking to you about Detective
16   Guevara, did you even know the name Detective Guevara?
17        A.  No.
18        Q.  So would it be fair to say you weren't
19   hiding from Detective Guevara all these years; is that
20   correct?
21        A.  Correct.
22        Q.  And you were willing to come forward and
23   talk about all the details about what happened with
24   your friend that got killed and the investigation
25   afterwards up to the time he was identified up until
```

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                          Page 51

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2    court; is that fair to say?
 3              A.  Correct.
 4              Q.  You weren't holding anything back when you
 5    testified in court; correct?
 6              A.  Correct.
 7              Q.  Just to be clear, when you went to court
 8    you testified truthfully; correct?
 9              A.  I picked someone.
10              Q.  You did testify truthfully when you were
11    in court and under oath?
12              A.  Yes.
13              Q.  When you testified under oath in court, if
14    someone asked you a question, you would not have held
15    back any details; correct?
16              A.  Correct.
17              Q.  Now, sir, I know your memory is not what
18    it used to be when you were younger.  Back in 1990 or
19    1989, do you have any reason to doubt your
20    identification of Jaime Rios as the person who shot
21    and killed your friend?
22              A.  He looked at me first.
23              Q.  Do you have any reason to doubt your
24    identification today?
25              A.  No.
```

```
 1                  LUIS HUERTAS - BY MR. ENGQUIST

 2               MR. ENGQUIST:  Why don't we take five

 3     minutes and then we will come back on.  Okay?

 4               MR. RICHARDS:  Okay.

 5               MR. ENGQUIST:  It might be closer to 10

 6     minutes.  He wants to go outside and have a smoke.

 7               MR. RICHARDS:  That's fine.  I will have

 8     my Zoom running.  Shout for me when ready to restart.

 9               (The proceeding recessed at 12:00 p.m.)

10               (The proceeding reconvened at 12:08 p.m.;

11               appearances as before noted.)

12     LUIS HUERTAS, resumes;

13               CONTINUING EXAMINATION BY MR. ENGQUIST:

14               Q.  I know, Mr. Huertas, we have been talking

15     about your trial transcript.  Prior to giving trial

16     testimony, do you remember talking to any members from

17     the Cook County State's Attorney's Office?

18               A.  Any other officer?

19               Q.  No, the attorneys, the ASA?

20               A.  Yes, but I don't remember his name either.

21               Q.  Do you recall being interviewed by them

22     before going on trial to give your testimony?

23               A.  Yes.

24               Q.  During that time, did you tell them you

25     had any reservations about who you chose in the lineup
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2      as the murderer?

 3              A.  I don't remember.

 4              Q.  If you had any reservation, you would have

 5      told them; correct?

 6              A.  Yes.

 7              Q.  Do you recall them ever asking you if

 8      anyone ever told you who to pick?

 9              A.  Nobody told me that.

10              Q.  And just to be clear, no member of the

11      Chicago Police Department told you who to pick out as

12      the murderer; correct?

13              A.  No.

14              Q.  That is correct?

15              A.  Correct.

16              Q.  No one from the State's Attorney's Office

17      told you who to pick out as the murderer; correct?

18              A.  Correct.

19              MR. ENGQUIST:  Okay.  I think that's all I

20      have for right now.  So, Josh, if you want to ask

21      questions go for it.

22              MR. RICHARDS:  Will all of the plaintiffs

23      not asking direct questions before I start my cross --

24      I'm sorry.

25              Are all other defense counsel not doing
```

```
 1                  LUIS HUERTAS - BY MR. RICHARDS
 2    direct examinations before I start my cross?
 3                  MR. ENGQUIST:  Austin, do you have
 4    anything?
 5                  MR. RAHE:  No, I don't have anything.
 6                  MR. SCHALKA:  I have nothing.
 7                  MR. RAHE:  So you are good to go, Josh
 8    Richards.
 9                  EXAMINATION BY MR. RICHARDS:
10          Q.  Thank you.  For the record, my name is
11    Joshua Richards.  I am an attorney at the law office
12    of Stephen L. Richards, and I represent Mr. Rios, the
13    plaintiff, in this matter.
14                  Sir, can you hear me all right?
15                  THE WITNESS:  What did he say?
16                  MR. ENGQUIST:  He asked if you can hear
17    him all right.
18                  Why don't you ask him again.
19          Q.  Sir, can you see me now?
20          A.  Yes.
21          Q.  Sir, my name is Joshua Richards.  I am an
22    attorney at the law office of Stephen L. Richards, and
23    I represent the plaintiff in this matter, Jaime Rios.
24    Did you hear all of that?
25          A.  Yes.
```

```
 1              LUIS HUERTAS - BY MR. RICHARDS
 2         Q.  So because I am not with you in person,
 3    and I am asking you the questions over Zoom, if at any
 4    time you don't hear me, please say something.  Okay?
 5         A.  Okay.
 6         Q.  Now, Mr. Huertas, back in 1989 you were
 7    living with a friend?
 8         A.  Yes.
 9         Q.  What was that friend's name?
10         A.  Nelson Reyes.
11         Q.  Nelson Reyes.  How did you know Nelson
12    Reyes?
13         A.  We met in 1979, I believe.
14         Q.  How did you meet him in 1979?
15         A.  Nelson?
16         Q.  Correct.
17         A.  We were -- I was 15, and we were moving to
18    the corner where he lived, and there was mountains of
19    snow, and he started laughing because I fell.
20         Q.  And after that you became friends?
21         A.  Yes.
22         Q.  Now, I want to ask you some -- about some
23    other people.  What I am going to do is I am going to
24    say a name, and I want you to tell me if you recognize
25    the name or not.  Okay?
```

```
 1              LUIS HUERTAS - BY MR. RICHARDS

 2         A.  Okay.

 3         Q.  The first name is Jose Melendez.  Do you

 4    know that name?

 5         A.  I don't remember that name.

 6         Q.  I am next going to say a nickname to you

 7    and ask you if you remember that.  Do you remember or

 8    do you know a person by the nickname of Macho?

 9         A.  No, don't remember.

10         Q.  Do you know anyone by the name Javier

11    Torres?

12         A.  No.

13         Q.  Now, on direct examination, the counsel

14    for the defendant asked you if you were truthful

15    during your testimony back in court back in 1990.  You

16    are today saying you were being truthful in 1990; is

17    that correct?

18         A.  Correct.

19         Q.  And you are saying today that you didn't

20    hold anything back in your answers --

21         A.  Correct.

22         Q.  -- is that correct?

23         A.  Correct.

24         Q.  So let me ask you this.  Today you

25    remember who your friend was that you were living with
```

```
 1                LUIS HUERTAS - BY MR. RICHARDS
 2   in 1989 -- when you were -- do you recall this
 3   question and answer from page 151 of your transcript
 4   starting with line 5.  (As read):  Question:  And did
 5   you live there with anyone else?
 6                Answer:  A friend.
 7                Do you remember being asked that question
 8   and giving that answer?
 9        A.   Don't remember.
10        Q.   Okay.  So you don't remember that you were
11   saying a friend, but not saying that friend's name;
12   fair?
13        A.   If I was staying with a friend?
14        Q.   Yes.
15        A.   Yes.  I am still in touch with him.
16        Q.   Okay.  So why didn't you give your
17   friend's name at trial as to the person who you were
18   living with?
19        A.   Don't remember that either.
20        Q.   Would you say that answering that question
21   "a friend," instead of the person's name, would you
22   say you were holding information back at trial?
23        A.   No.
24        Q.   Now, also during direct examination,
25   counsel had asked you about a person by the last name
```

```
 1              LUIS HUERTAS - BY MR. RICHARDS
 2   of Guevara, a Chicago police detective.  And is it
 3   fair to say that you are saying today that the first
 4   time you ever heard that name was when an investigator
 5   showed you a transcript of your previous proceeding,
 6   that being Heather; is that your testimony today?
 7        A.  Yes.
 8        Q.  So I would like to ask you a question
 9   about your transcript.  When you testified at trial --
10   for the record, I am looking at page 176 starting at
11   line 13 -- (as read):  Question:  Now, Luis, I want to
12   call your attention to a little bit later.  Would have
13   been July 7th of 1989 at about quarter to 5 or 5
14   o'clock in the evening.  Do you remember where you
15   were?
16              Answer:  Well, that's the time that
17   Officer Guevara came and picked me up.
18              Do you remember being asked that question
19   and giving that answer at trial back in 1990?
20        A.  I don't remember.  Possible.
21        Q.  Now, in terms of today and your testimony
22   about what happened back in 1989, when you were
23   talking to the Assistant State's Attorneys back before
24   trial, you told them everything that you told us
25   today; is that true?
```

```
 1              LUIS HUERTAS - BY MR. RICHARDS
 2         A.  Yes.
 3         Q.  You have mentioned that you retired from a
 4    gang which was the Latin Disciples?
 5         A.  Yes.
 6         Q.  And you retired -- was that after this
 7    incident occurred?
 8         A.  After, yes.
 9         Q.  Did you retire before or after you
10    testified at trial?
11         A.  After.
12         Q.  And when you retired after testifying at
13    trial, did you have to endure a beat out?
14         A.  No.
15         Q.  Do you know what a beat out is?
16         A.  Yes.  You get in a line.  Everybody beats
17    you and then you are out.
18         Q.  And you didn't do that to leave the Latin
19    Disciples?
20         A.  No.  Well, I was called being an outlaw.
21         Q.  Can you explain that?
22         A.  That's when you get out of the gang
23    without a beat out.
24         Q.  Is there a different effect of being out
25    of the gang via being an outlaw versus a beat out?
```

```
 1              LUIS HUERTAS - BY MR. RICHARDS
 2   What are the differences between the two?
 3          A.  In the beat out, you are automatically out
 4   and never can come back.  Now, outlaw is when you just
 5   let everything go without the beat out.
 6          Q.  Are there consequences for being an outlaw
 7   with the gang?
 8          A.  No.
 9          Q.  As an outlaw, can you return to the gang?
10          A.  Pardon me?
11          Q.  As an outlaw, could you return to the
12   gang?
13          A.  If I wanted to at that time, yeah.
14              MR. RICHARDS:  I have nothing further.
15              MR. ENGQUIST:  Okay.  Give me one minute.
16   I want to talk to him to see if we can -- not the
17   deponent.  Talk to Austin before we stop.  Want to
18   take five?
19              MR. RICHARDS:  Sure.
20              MR. ENGQUIST:  Is everybody there?
21              MR. RICHARDS:  I am here.
22              MR. SCHALKA:  I'm here as well.
23              MR. ENGQUIST:  I don't have anything based
24   on that.  Austin doesn't either.
25              Mr. Schalka, do you.
```

```
 1              LUIS HUERTAS - BY MR. RICHARDS

 2              MR. SCHALKA:  I don't have anything.

 3              MR. ENGQUIST:  All right.

 4              So the only thing left is waive or

 5   reserve.  What I mean by that is you can waive your

 6   signature when it gets written up by the court

 7   reporter.  If you want a chance to review it to see if

 8   she took down everything correctly, you can.  You can

 9   reserve your signature, and then you can read it over

10   and then you have to sign it and give it back.  Either

11   way.

12              No matter what, I will get you a copy of

13   your transcript if we order it so you can have it.

14              Do you want to waive or reserve.

15              THE WITNESS:  Waive.

16              MR. ENGQUIST:  Waive it is.  Okay.  Thank

17   you very much everybody.

18                   (TIME:  12:25 p.m.)

19                   *      *      *

20

21

22

23

24

25
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                                    Page 62

```
 1

 2                        W I T N E S S

 3   Name                Examination by                    Page

 4   -----------------------------------------------------

 5    Luis Huertas         Mr. Engquist              5-53

 6     "     "             Mr. Richards              54-60

 7                              *      *      *

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2                      E X H I B I T S

 3   Defendant      Description               Marked ID'ed

 4   ---------------------------------------------------

 5   EXH A    Trial transcript of People of the
              State of Illinois versus Jaime
 6            Rios before Judge Themis Karnezis,
              dated November 29, 1990            18     18
 7
     EXH B    Affidavit of Luis Huertas, dated
 8            May 19, 2020                       41     41

 9   EXH C    Photograph                         45     45

10
         (Exhibits retained by the Court Reporter to be
11            returned to Josh Engquist, Esq.)

12                      *      *      *

13

14

15              EXHIBITS PREVIOUSLY MARKED

16   Exhibit        Description                    Page

17   ---------------------------------------------------

18   EXH

19        (No Previously Marked Exhibits Presented)

20                      *      *      *

21

22

23

24

25
```

```
 1
 2              D O C U M E N T   R E Q U E S T S
 3   Request                                               Page
 4   ------------------------------------------------------
 5
 6                  (No Documents Requested)
 7                        *       *       *
 8
 9
10
11
12            C E R T I F I E D   Q U E S T I O N S
13   Question                                              Page
14   ------------------------------------------------------
15
16                  (No Certified Questions)
17                        *       *       *
18
19
20
21
22
23
24
25
```

```
 1
 2                   C E R T I F I C A T I O N
 3   STATE OF NEW YORK:
 4   COUNTY OF ONTARIO:
 5              I,  ANASTASIA SULLIVAN, do hereby certify
 6   that the foregoing testimony was duly sworn to; that I
 7   reported in machine shorthand the foregoing pages of
 8   the above-styled cause, and that they were produced by
 9   computer-aided transcription (CAT) under my personal
10   supervision and constitute a true and accurate record
11   of the testimony in this proceeding;
12              I further certify that the witness does
13   not request to review the transcript;
14              I further certify that I am not an
15   attorney or counsel of any parties, nor a relative or
16   employee of any attorney or counsel connected with the
17   action, nor financially interested in the action;
18              WITNESS my hand in the City of
19   Canandaigua, County of Ontario State of New York.
20
21
     ANASTASIA SULLIVAN
24   Freelance Court Reporter and
     Notary Public No. 01SU0013168
25   in and for Ontario County, New York
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                    Index: 1..7th

**Exhibits**

**HuertasL A**
  18:3,4
  20:2 63:5
**HuertasL B**
  41:21,23
  63:7
**HuertasL C**
  45:9,11
  63:9

---

**1**

**1**  39:14
  43:4
**10**  48:17
  52:5
**100**  39:14
**11**  21:13,18
  49:4,11
**114**  11:8
**12**  14:10
  21:12,13,
  18 49:13
**12:00**  52:9
**12:08**  52:10
**12:25**  61:18
**13**  21:9,12
  27:23
  49:18
  58:11
**1310**  19:11

**1313**  15:15
  19:9
**14**  24:7,8
**15**  55:17
**151**  57:3
**152**  21:4
  22:20
**153**  22:19,
  21
**156**  24:6
**16**  27:24
**164**  27:15,
  23
**172**  30:11
**174**  32:9,11
  33:5,6
**175**  35:8
**176**  35:7
  58:10
**19**  30:12
  42:12
**1979**  55:13,
  14
**1988-ish**
  17:13
**1989**  7:2
  13:25 14:3
  15:10,25
  18:18,25
  19:20,22
  27:17
  38:20

**43**:15
**46**:24
**51**:19 55:6
**57**:2
**58**:13,22
**1990**  8:23,
  25 11:3
  17:16 18:6
  19:21
  20:19,22
  27:16,22
  28:10 32:2
  34:9 35:23
  42:17,20
  51:18
  56:15,16
  58:19
**19th**  41:24

---

**2**

**2**  33:8
  43:14
**20**  23:10
  26:18
**2020**  41:24
  42:11
**21**  35:10
**22**  24:7
**25**  26:18
**27**  18:18,25
  29:8
**28th**  28:25
  29:4

**29**  18:6
  29:6,7

---

**3**

**39**  13:4

---

**5**

**5**  29:20
  32:14 36:6
  40:8
  45:20,25
  47:18
  50:6,8
  57:4 58:13
**5:30**  30:16

---

**6**

**6**  22:23
  30:16
  32:24
  33:15
  46:11
  48:9,14
**60**  8:9

---

**7**

**7**  43:15
  46:23,24
**74**  32:10
**7th**  36:6
  58:13

**8**

8   21:8
  47:13

89   13:17
  16:6  44:6

**9**

9   47:25

90   8:23
  16:6  44:7

98   39:17

**A**

ability   7:10
  9:4,7,14
  10:3

accurate
  49:11

action   20:13

address   11:7
  12:13
  15:14

administer
  5:5

affect   7:10
  8:4  9:4,7
  10:3

affects   9:17

affidavit
  41:23,25
  42:3,4

45:3 50:15

afraid
  49:22,24
  50:3

age   8:7,8

aiming
  25:16,17,
  18,20

alcoholic
  9:21

aligned
  16:22

alley   24:22
  26:12

amount   8:3

Anastasia
  5:5

answering
  10:11
  57:20

answers   5:22
  32:19 33:5
  34:9 35:9,
  22,24
  56:20

apartment
  11:9 19:9
  42:23

Apartments
  11:7

appearances
  52:11

approximately

12:6

area   15:17,
  18 19:15
  29:20
  32:14,24
  33:15 36:6
  40:8
  45:20,25
  47:18
  48:9,14
  50:6,8

Army   12:14

array   49:14,
  16

arrive   28:23

ASA   52:19

assistance
  14:24

Assistant
  58:23

assume   6:23

attached
  45:3

attention
  15:9 21:3,
  8  24:7
  27:14
  30:10 33:4
  35:7 58:12

attorney
  54:11,22

Attorney's
  52:17
  53:16

attorneys
  52:19
  58:23

Austin   54:3
  60:17,24

automatically
  60:3

Avenue   27:25

aware   44:2

**B**

back   8:20,
  25 11:3
  13:17,25
  15:25
  19:20,21
  20:18,21
  26:16 32:2
  33:24 34:9
  35:23
  38:20
  40:15
  42:20
  46:16
  51:4,15,18
  52:3 55:6
  56:15,20
  57:22
  58:19,22,
  23 60:4
  61:10

background
  11:5

backside
  42:11

bad   44:6

bar   13:20
  19:7,8,13,
  15 21:23,
  24 22:2,4,
  5 26:6

based   60:23

beat   59:13,
  15,23,25
  60:3,5

beats   59:16

bell   18:19
  39:21,24
  45:14

Belmont
  33:16,18,
  22

belong   15:25
  16:17

belonged
  24:17

bipolar   7:19
  8:18

bit   15:10
  58:12

blood   9:9,17

book   35:16

books   34:4,
  13 35:11,
  13,20
  40:15
  41:3,6,13

born   13:5

bottles
  14:21

bottom   21:4
  30:12 35:8

Bowling
  12:9,12,
  15,18

break   6:9

bring   48:20

brought
  42:8,16

building
  33:23

bullet   27:8

―――――――――
                C
―――――――――

call   58:12

called   5:9
  28:17
  59:20

cans   14:21

cars   14:11

case   5:17
  6:21 18:6
  20:19 30:6
  34:24
  45:22,24

cases   46:13

center   14:22

Central
  30:22,24
  32:15 37:8

certified
  5:2

chair   15:3

chance   61:7

charge   5:2
  46:13

charged   43:6

charges   5:3

Chicago   5:18
  8:20
  12:23,24
  13:2,5
  14:15
  53:11 58:2

choose   41:12

chose   52:25

city   5:17
  30:21

clear   5:20
  11:17
  13:24 15:2
  18:8 47:22
  48:20
  49:6,24
  51:7 53:10

close   26:17

closer   52:5

Cobra   28:3

Cobras
  16:20,21
  17:4 19:19
  24:11,13
  25:13

28:17

complete
  20:24

completely
  39:8

condition
  9:3 15:4

confidence
  39:16

consequences
  60:6

consistent
  23:19

contact
  24:21

contacted
  29:2 43:19

contacting
  29:10

contest   6:8

CONTINUING
  52:13

conversation
  5:25

conversations
  10:7

Cook   52:17

cooperate
  41:9

cop   44:6
  46:12,19,
  20

copy 61:12

corner 25:12
55:18

coroner
22:10

correct
10:22
11:18
13:6,25
14:2,4,5,
6,7 15:20,
21 17:10
18:25
19:24
20:11
21:21
25:18
28:23,24
30:25
34:17
40:16,17
41:3,4,11,
16,17
42:11,13
43:12,16
46:4,6,15
47:6,11,23
48:3,19
49:10
50:20,21
51:3,5,6,
8,15,16
53:5,12,
14,15,17,
18 55:16
56:17,18,
21,22,23

correctly
41:8 49:7
61:8

counsel
23:20,25
44:10
53:25
56:13
57:25

County 52:17

couple 21:4

court 10:9,
14,21,25
32:5 33:9
38:23 39:2
43:10
51:2,5,7,
11,13
56:15 61:6

cream 13:17,
19 14:4
15:12,13,
20 29:11
36:12
44:12,23

crime 33:24,
25 34:2
48:10

Crimes 48:14

criminal
18:5 20:19

cross 53:23
54:2

crossing

27:25

_____

_____
D
_____

Danny 44:24
47:9 50:12

date 8:22
36:8

day 23:15
29:2,21
36:15,18
38:14
41:12
42:19
48:24

dealings
43:23

death 21:15

decline 8:13

defendant
18:3 32:6
33:9 35:18
41:21 45:9
56:14

defense
53:25

Department
53:11

depicts 45:4

deponent
60:17

deposition
5:16,19
10:18

17:21,24
21:5

depression
7:22 8:25

details 7:7
28:12
50:23
51:15

detective
39:21,23
43:19
49:23,25
50:4,15,
16,19 58:2

detectives
39:18 40:2
46:4 48:21

diagnosed
8:18,25

difference
9:18

differences
60:2

direct 21:3,
8 24:7
33:4 35:6
53:23 54:2
56:13
57:24

direction
23:3,8

directly
24:3

dirty 46:12,

18,19

Disciple
17:17

Disciples
16:8,22,25
17:4,9,13
59:4,19

discussion
10:8

disorder
8:19

doubt 51:19,
23

draw 27:14
30:10

drew 26:11

drink 9:21

drive 10:14
47:18

drove 40:8
45:25 50:6

drugs 9:24

―――――――

E

earlier 5:18
47:10 49:7

effect 9:13
59:24

electric
15:3

employed
13:12

employment
13:14,15

empty 26:25

endurance
6:8

endure 59:13

enemies 17:5

ENGQUIST
5:1,11 6:1
7:1 8:1
9:1 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1
19:1 20:1,
9,16 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1,
18 42:1
43:1 44:1
45:1,7
46:1 47:1
48:1 49:1
50:1 51:1
52:1,2,5,
13 53:1,19
54:3,16

60:15,20,
23 61:3,16

entitled
6:13

estimate
8:21,22

et al 5:18

evening 22:6
58:14

events 19:22

exact 8:22

examination
5:11 52:13
54:9 56:13
57:24

examinations
54:2

Excuse 44:18

EXH 18:3
41:21 45:9

exhausted
23:23

exhibit
18:2,4
20:2
41:20,23
45:8,11

expedite 5:3

explain
24:13
31:3,7
59:21

―――――――

F

face 25:24
40:24
45:14

faced 22:12
26:21

facing 31:17

fact 32:22

fair 17:12
19:21
50:18 51:2
57:12 58:3

favor 10:12

feet 26:18

fell 55:19

finances
14:20

find 34:21

fine 52:7

fire 27:2

fired 26:24

floor 45:21

focus 15:9

folks 16:25
24:14

follow 22:23
33:6

foremost
5:22

forgot 18:12

forward
  50:22

friend  13:25
  15:12,19
  16:13
  21:9,20,23
  26:12
  27:17
  28:14
  31:19
  35:16 38:6
  43:12
  50:24
  51:21 55:7
  56:25
  57:6,11,
  13,21

friend's
  55:9
  57:11,17

friends
  17:5,7,9
  28:16,17
  55:20

front  18:5,8
  22:4,5
  25:15

———————

G

gang  16:2,
  4,7,17,19
  19:16,18
  22:17
  24:16
  25:3,6
  33:25 34:2

35:11
48:9,14
59:4,22,25
60:7,9,12

gangway
  22:13
  26:15

gauge  39:10

gave  20:21
  30:14
  32:18
  35:24
  39:14

Genesis  11:8

Geneva
  11:18,20
  12:19
  14:14

gentlemen
  31:4

give  8:21
  23:18
  31:25 33:5
  34:9 35:9,
  22 49:20
  52:22
  57:16
  60:15
  61:10

giving
  20:12,14,
  18 52:15
  57:8 58:19

glass  31:10

good  8:11,
  12 25:24
  54:7

governmental
  14:23

Grand  30:22,
  23 32:14
  37:8

Green  12:9,
  12,15,18

ground  5:19

Guevara
  43:20,24
  44:3,17,20
  45:4 46:8,
  12,15,23
  47:9,13,
  17,25
  48:4,13,20
  49:23,25
  50:3,4,16,
  19 58:2,17

gun  22:12,
  14,15
  25:21
  26:11,20

guy  24:10
  26:24
  35:19

guys  22:10
  26:16,17

———————

H

H-U-E-R-T-A-S

5:14

half  35:13

half-hour
  22:7,8

Halvorsen
  39:23

happen  24:9

happened
  22:9 25:11
  26:19,23
  29:6,8
  37:15,21
  50:23
  58:22

head  27:8

hear  54:14,
  16,24 55:4

heard  38:13
  44:9 58:4

Heather
  42:24 58:6

held  51:14

hiding  50:19

high  9:9

hold  10:10
  56:20

holding  51:4
  57:22

homeless
  12:4

hours  35:13,
  14

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023          Index: Huertas..Kentucky

Huertas  5:1,
  8,14,17
  6:1 7:1
  8:1 9:1
  10:1 11:1
  12:1 13:1
  14:1 15:1
  16:1 17:1
  18:1 19:1
  20:1 21:1
  22:1 23:1
  24:1 25:1
  26:1 27:1
  28:1 29:1
  30:1 31:1
  32:1 33:1
  34:1 35:1
  36:1 37:1
  38:1 39:1
  40:1 41:1,
  24 42:1
  43:1 44:1
  45:1 46:1
  47:1 48:1
  49:1 50:1
  51:1 52:1,
  12,14 53:1
  54:1 55:1,
  6 56:1
  57:1 58:1
  59:1 60:1
  61:1

huh-huh  6:3

Humboldt
  15:17

I

ice  13:17,
  19 14:4
  15:11,13,
  20 29:11
  36:12
  44:12,23

idea  8:6

identification
  18:3 32:24
  37:8 41:21
  45:9
  51:20,24

identified
  32:5 33:9
  35:19
  38:22,23
  39:2,3,7
  43:5,14
  47:22
  50:25

identify
  34:16
  38:19
  43:10 48:2

illegal  9:24

Illinois
  18:7

impeach
  23:20

improper
  20:4,14,15
  24:23

In-person
  30:8

incident  7:2
  13:20
  17:18
  18:20,22
  37:14 59:7

including
  5:2

individuals
  22:24
  31:11,12,
  16,19

information
  49:21
  57:22

initially
  25:20

inside  33:23

interviewed
  45:20
  52:21

introduced
  5:18

investigation
  50:24

investigator
  44:10
  45:12 58:4

involve
  14:20

involving
  13:25

J

Jaime  18:7
  20:19 35:2
  38:13
  43:5,10,15
  49:8,16
  51:20
  54:23

Javier  56:10

Jose  56:3

Josh  53:20
  54:7

Joshua
  54:11,21

Judge  18:5

July  36:6
  43:15
  46:24
  58:13

June  18:18,
  25 28:25
  29:4

jury  24:14

justice
  40:13,20
  41:10

K

Karnezis
  18:6

Kentucky
  12:7,8,9

kids 16:10

killed 18:23 27:18 50:24 51:21

killer 28:4

kind 9:20, 24 14:23 15:4 17:6

King 28:3

knew 21:16, 20 27:8

---

**L**

ladies 31:3

Latin 16:8, 21,25 17:4,8,12, 17 59:4,18

laughing 55:19

law 54:11, 22

Leading 26:14

leave 49:22 59:18

leaving 14:15

left 27:12 61:4

lights 26:5,

9

lines 21:8, 12

lineup 29:21,25 30:3,9,19, 24 31:5,8 32:6,17,20 33:10 34:14,15 36:7,10, 13,21,24 37:7,10, 15,16 38:7,11,16 39:6,19 43:15,19 46:3,9 48:18,21, 24 49:5,14 52:25

lineups 30:5,7,8 40:8

lit 26:2

live 11:11, 21,23 12:2,6,10, 12,13,16, 17 13:2 47:23 57:5

lived 12:2, 14 15:22 55:18

living 11:17 13:5

15:10,19 55:7 56:25 57:18

located 19:15

lock 40:12, 19 50:11

locked 41:10 48:2

Loco 28:17, 18

Loco's 28:20

long 7:4,23 8:2 11:9, 13,15,23 12:10,11, 20 14:9,12 15:6 16:15 21:14,19, 20 22:5 26:4 28:13 34:19 35:10 38:18

looked 32:25 34:4 36:24 38:16 40:15 51:22

lot 26:25

loud 5:23

Love 28:3

Luis 5:1,8, 14 6:1 7:1

8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1, 22 16:1,12 17:1 18:1, 11 19:1 20:1 21:1 22:1 23:1 24:1,9 25:1 26:1, 21 27:1,6 28:1,14 29:1 30:1 31:1,18 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1, 23 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1, 12 53:1 54:1 55:1 56:1 57:1 58:1,11 59:1 60:1 61:1

---

**M**

Macho 56:8

made 21:23

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                    Index: mailing..number

mailing   11:7

make   5:20
 6:18 18:8
 21:25 27:7
 32:23 33:7
 37:7

man   31:19
 32:5 33:9

mark   41:18
 45:7

marked   18:2,
 4 41:20,22
 45:8

married
 11:13,15,
 16

Mason   39:21

materials
 17:24

matter
 54:13,23
 61:12

means   24:13

mechanic
 14:5,13

medication
 7:9 9:6,
 10,17

medications
 7:12,13

meet   19:3
 21:23
 55:14

Melendez
 56:3

member   53:10

members
 52:16

memory   8:5,
 8,10,13
 9:7,14,18
 19:21
 51:17

men   23:13
 24:8

mentioned
 59:3

met   55:13

method
 23:21,24

mine   16:13

minute   60:15

minutes
 52:3,6

Misstates
 25:7

money   14:20

months   12:11
 15:8

Morales
 15:22
 16:12,15
 17:9
 18:11,23
 19:3 21:15
 22:13 23:3

26:22 27:6
 28:14

motorized
 15:3

mountains
 55:18

Moved   13:8

moving   11:20
 12:5 55:17

mug   29:20

murder   43:6

murderer
 53:2,12,17

———————————

**N**

———————————

Nashville
 11:22,23

needed   6:18

negative
 34:14

neighborhood
 15:16
 25:14

Nelson
 55:10,11,
 15

neuropathy
 15:5,7

nickname
 18:11,12,
 15 56:6,8

night   18:18

19:4 26:2
 27:17
 28:9,22
 38:6

nonverbally
 18:10

Noon   29:3,
 10,13,18,
 22,24
 30:15
 32:25
 33:21
 34:14,21,
 25 35:3
 36:16
 40:7,18
 41:8 44:24
 47:9 48:4,
 7,12 50:12

Normal   10:7

North   15:15
 19:9,11

northbound
 23:5

Notary   5:5

noted   52:11

notice   5:16
 37:19

noticed   8:13
 9:12,16,18
 37:17,21

November
 18:6

number   43:4,

14 46:11
48:17
49:18

nuts  10:14

───────────
O
───────────

oath  5:6
51:11,13

objecting
20:13

Objection
20:4,6
23:17
24:23 25:7
26:14

obstructing
40:13,20

obstruction
41:10

occasion
40:14
47:10 48:9

occurred
27:17
37:13 59:7

office
48:10,14
52:17
53:16
54:11,22

officer
29:3,10,
13,18,22,
24 30:15

32:24
33:21
34:14,21,
25 35:3
36:16
40:7,18
41:8 48:25
52:18
58:17

officers
44:15,22
45:24
47:19

older  8:14

opened  18:9
20:16

order  61:13

originally
18:16

outlaw
59:20,25
60:4,6,9,
11

───────────
P
───────────

p.m.  52:9,
10 61:18

pages  21:4

Pardon  11:14
25:19
36:17 37:4
39:13 42:5
60:10

Park  15:17,

18

partner
29:15,16

past  49:22

pending  6:11

people  6:4
10:7 17:2
18:7
22:15,16
23:7,11,15
24:2,21
32:20
37:11
46:13 49:4
55:23

percent
39:14,17

percentage
39:11

person  38:3,
19 39:3
41:2 44:3
49:14
51:20 55:2
56:8
57:17,25

person's
25:24
57:21

photo  49:14,
15

photograph
45:3,5,10

photographs

32:25 33:2
34:20,25
35:2
36:15,18,
20,23
38:10 39:2
46:25
47:14
48:11,15

photos  34:6
37:9 47:9,
10,11 49:9

physical
15:4

pick  14:21
30:3 35:15
36:25
37:3,5,24
38:3 40:3,
9 46:8,25
47:20
53:8,11,17

picked  29:13
30:15,17
37:23
38:20
44:12,22
46:23 51:9
58:17

picture
35:19
40:21
49:8,12

pictures
32:15,16
37:2

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023          Index: pistol..recall

40:22,23

pistol
  25:15,17

place  7:2
  13:21,22
  19:20

plaintiff
  34:24
  54:13,23

plaintiff's
  44:10

plaintiffs
  53:22

plans  19:3
  21:23

point  14:17
  24:25
  32:23  44:6

pointing
  22:15
  26:21

police  28:23
  31:22
  33:12,19
  53:11  58:2

pool  16:13
  19:5,6

position
  38:2

Potomac
  22:25  23:3

preparation
  17:21

Preparations
  17:22

prepare
  17:23

pressure
  9:10,17

previous
  25:2,3,8
  30:11  48:9
  58:5

prior  11:17,
  20  12:5,15
  17:20
  21:15
  22:15
  25:18
  42:3,10,16
  50:14
  52:15

proceeding
  52:9,10
  58:5

production
  5:3

prompt  6:5

pronounced
  8:16

proper  20:8
  23:24

psych  7:12,
  13

psychological
  9:3

Public  5:5

Puerto  13:6,
  8,10

pulled  25:15

pursuant
  5:16

put  39:11
  46:12

_____

**Q**

_____

quarter
  58:13

question
  6:10,13,
  19,23  9:21
  10:11
  20:7,9,17
  23:2  24:8,
  12  25:9
  27:24
  30:17,20,
  23  31:3,7,
  13,15,18,
  22  33:12,
  16,19,22
  34:2,5
  35:15,18
  51:14
  57:3,4,7,
  20  58:8,
  11,18

questions
  7:11  9:8
  10:4  20:25
  30:13

32:2,19
33:6  34:10
35:10,23
53:21,23
55:3

_____

**R**

_____

RAHE  54:5,7

ran  26:24
  27:11

read  22:24
  23:11  24:8
  27:24
  30:14  32:5
  33:8  35:10
  42:25
  43:4,14,18
  45:2
  46:11,23
  47:13,25
  48:17
  49:4,6,13,
  18,20  57:4
  58:11  61:9

ready  52:8

real  28:20

reason  6:14
  46:13,19
  51:19,23

recall  9:14
  15:13
  20:18
  22:16
  23:7,18
  24:2  25:5

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023          Index: receive..Reynaldo

27:10 28:7
29:10 30:5
34:12,19,
23 36:5,9,
23 38:16
41:25
47:8,15
49:7 52:21
53:7 57:2

receive
  14:23

recessed
  52:9

recognize
  31:18,23
  32:16 35:4
  47:14,18,
  20 55:24

recollection
  7:6 20:5,
  6,8,14
  21:14
  23:14,23
  24:20,24,
  25 27:16,
  19,21

recollections
  23:22

reconvened
  52:10

record  5:13,
  15 6:3
  20:11
  54:10
  58:10

recyclable
  14:21

redemption
  14:22

refer  20:2

reflect  5:15

refresh  7:5
  21:13
  23:14
  24:20
  27:16,20

refreshed
  20:7

refreshing
  20:5,14
  23:22
  24:24

related  5:3

remember
  7:10 9:10
  12:13
  16:19
  18:19,22
  19:13,14
  23:9 24:25
  25:4 26:3,
  5,8 27:21
  28:6,12,
  13,20
  29:2,16,
  18,21
  30:14
  34:22
  36:8,11
  37:14,17

38:18
39:18,20
42:18
43:20
44:4,21
45:5,6
46:17
47:3,4,9
48:22,23
49:3,15
52:16,20
53:3 56:5,
7,9,25
57:7,9,10,
19 58:14,
18,20

repeat  6:17

rephrase
  6:17

reporter
  10:9,14
  61:7

represent
  22:18
  25:2,13
  54:12,23

represented
  22:17
  24:12 25:6
  28:3

represents
  24:10

reservation
  53:4

reservations

52:25

reserve
  61:5,9,14

reside  11:6

respond  10:3

responses
  30:14

restart  52:8

resumes
  52:12

retaliate
  49:23

retire  16:4,
  9 59:9

retired  16:3
  17:8,12,14
  59:3,6,12

return  60:9,
  11

review
  17:20,24
  36:18
  42:17 61:7

reviewing
  27:15,20

Reyes  55:10,
  11,12

Reynaldo
  43:20,24
  44:3,16,19
  45:4 46:8,
  15

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023          Index: Richards..sir

Richards
  20:4,11
  23:17
  24:23 25:7
  26:14
  52:4,7
  53:22
  54:1,8,9,
  11,12,21,
  22 55:1
  56:1 57:1
  58:1 59:1
  60:1,14,
  19,21 61:1

Rico  13:6,
  8,10

ring  18:19
  39:21,23
  45:14

Rios  5:17
  18:7 20:19
  34:24 35:2
  38:13 39:7
  41:5,14
  43:5,10,15
  47:23
  49:8,16
  51:20
  54:12,23

rivals  17:6

room  31:9,
  10 37:15,
  16 39:6
  40:3 48:24

rough  8:21,
  22

roughly  19:8

rule  10:6

rules  5:19

running  52:8

———————

S

———————

Salvation
  12:14

scared  50:7,
  9

scene  27:12

Schalka  54:6
  60:22,25
  61:2

scooter  15:3

self-employed
  14:7,8,13

series  46:24
  47:11
  48:10

Seroquel
  7:14,17,20
  8:2

shoot  16:13
  19:5

shooter
  27:11 33:2
  34:21,24
  39:7,8
  43:5,12
  46:25
  47:14 48:2

shooting
  13:22,25
  17:18 19:6

shop  13:18,
  19 14:4
  15:12,13,
  20 29:11
  36:13
  44:13,23

shot  16:11
  18:19,23
  28:15,18
  31:19
  35:16 38:6
  51:20

shots  29:20

shoulders
  6:2

Shout  52:8

show  41:22

showed  32:15
  36:20 43:2
  46:24
  48:18 58:5

showing
  29:20 41:3
  45:11
  47:9,10

shown  45:11

shrugging
  6:2

side  11:7
  27:11 28:2

sign  42:17
  61:10

signature
  42:14
  61:6,9

signed  42:11

silly  9:20

sir  5:13
  11:5,13
  13:3,12
  14:19
  15:2,4,9,
  10,16,25
  16:5,9,12,
  17 18:19
  19:18,20
  20:18
  21:3,6,22,
  24 22:19
  23:8 24:4,
  6,18 25:5,
  9,11 26:6,
  12,19
  27:5,14,
  15,21,23
  28:5,10,
  22,25
  30:10,13
  31:25
  32:4,8,18,
  22 33:4
  34:7,10
  35:6,9,23
  36:3,5,13,
  24 37:3,7
  38:17,24
  39:4 41:25

42:14,20,
25 43:3,
16,22
45:5,10,19
46:6,14,22
47:3,15
48:3,6
49:6,15,24
51:17
54:14,19,
21

sit  47:8
48:23

sitting  23:2
31:13

slow  6:17
10:15

smoke  52:6

snow  55:19

sounds  9:20

Spanish
16:20,21
17:4 19:19
24:11,13
28:3,17

speak  6:18
28:22 50:9

speaking
24:3

specifically
30:21

spell  5:12

spoke  50:5,7

SSI  14:24,
25

standing
31:13,14
37:11

start  35:7
53:23 54:2

started  17:6
55:19

starting
22:23 33:8
35:10 57:4
58:10

state  5:12
18:7

State's
52:17
53:16
58:23

station
48:18 49:5
50:10

stay  35:11

staying
57:13

Stephen
54:12,22

steps  23:24

STIPULATED
5:4

stop  6:11
14:12,17
60:17

straight
36:12,19

street
13:20,23
15:11
16:2,4,17
21:17 23:3
26:8,25
27:11
37:18
43:24 44:5

stuff  23:22

subpoena
5:16

suffering
15:6

Sullivan  5:5

supposedly
24:16

sworn  5:9

_____

**T**

taking  8:4
9:16

talk  10:7,
13 50:23
60:16,17

talked  10:4

talking
13:24 21:9
25:23
32:19
44:23
48:12

50:15
52:14,16
58:23

taller  24:10

telling
28:10 36:3
38:23 39:3
46:18

Tennessee
11:22,24
12:3,5

tent  12:4

terms  58:21

territory
19:16,18

testified
5:10
10:21,24
28:9 43:4
49:7 51:5,
8,13 58:9
59:10

testify
51:10

testifying
59:12

testimony
20:18,21
25:2,3,8
27:15,20
30:11
42:17,20
52:16,22
56:15

58:6,21

**Themis** 18:6

**thing** 6:10
10:12
20:13 61:4

**things** 7:10

**threaten**
40:5,11

**threatened**
40:12
47:25 48:4
50:11,12

**threatening**
48:13

**time** 6:9
7:4 8:3,24
10:10 11:3
16:6
17:17,19
28:13
30:15
35:12
38:5,8,11
42:22
44:9,24,25
46:16,21
47:22
50:25
52:24 55:4
58:4,16
60:13
61:18

**times** 10:24
27:2,4

**tired** 16:10

**titled** 41:23

**today** 6:16
7:11 9:4,
22,24
10:19 15:2
17:20
19:23
38:20
42:19
43:11 47:8
48:23
49:21
51:24
56:16,19,
24 58:3,6,
21,25

**told** 32:20
33:12
37:3,5
46:25
47:13
53:5,8,9,
11,17
58:24

**tools** 14:18

**top** 32:11

**Torres** 56:11

**touch** 57:15

**Town** 11:7

**traffic**
40:20

**transcript**
5:2 18:5
20:3,12,15
23:19,21

52:15 57:3
58:5,9
61:13

**Trazodone**
7:14,15,
17,18,24
8:4

**trial** 18:5
43:5
52:15,22
57:17,22
58:9,19,24
59:10,13

**true** 32:22
43:8 58:25

**truth** 20:22
28:10 36:3
38:23 39:4

**truthful**
56:14,16

**truthfully**
51:8,10

**turn** 23:15
46:22

**turned** 22:13

**turning**
22:24 23:7

**type** 42:4

**U**

**uh-huh** 6:2

**uh-uh** 6:2

**understand**

6:14,15,18
7:10 9:7,
15 10:3
16:23 17:3
22:2 32:18

**understood**
6:24

**unit** 33:24,
25 34:3

**V**

**versus** 5:17
18:7 20:19
59:25

**view** 31:5
36:15

**viewed** 31:7
35:2 43:15
45:2

**violence**
16:10

**voice** 10:9

**W**

**wait** 22:3

**waive** 61:4,
5,14,15,16

**walk** 5:20

**walked** 25:12
31:9,11
39:6

**wall** 31:12

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                    Index: wanted..Zoom

wanted  38:3
  47:20
  49:22
  60:13
watching
  22:11
weapon  27:3
Western
  15:15
  19:9,11
  22:25
  23:6,8
  27:25
  33:17,18,
  23
whatever's
  6:17
Wicker  15:18
wife  9:11
  11:12
willingly
  49:19
women  23:13
work  14:5
worked  13:17
  29:11
working
  14:3,10
  15:20
would've
  21:18 48:8
wound  27:8
write  42:6

47:5

written  42:8
  61:6
wrote  47:6

――――――――――
          Y
――――――――――

year  12:21
  16:16
  21:16,19
years  7:25
  8:16,20
  11:10,16,
  25 12:3,6,
  24 13:2,4,
  10 14:10
  21:13
  25:14
  49:25
  50:19
York  11:18,
  20 12:19
  14:14
  18:13,14,
  16 21:10
  26:12,17
  31:20
  35:16
younger  8:11
  40:23
  51:18

――――――――――
          Z
――――――――――

Zoom  52:8
  55:3