*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT 6

```
 1    STATE OF ILLINOIS )
                        )   SS:
 2    COUNTY OF COOK    )

 3

 4                    IN THE CIRCUIT COURT OF COOK COUNTY
                        COUNTY DEPARTMENT-CRIMINAL DIVISION
 5

 6
      THE PEOPLE OF THE    )
 7    STATE OF ILLINOIS    )
                           )
 8                         )   Indictment No.  89 CR 16525
              vs           )
 9                         )   Before: JUDGE THEMIS KARNEZIS
                           )
10    JAMIE RIOS           )   Thursday, November 29, 1990.
                           )
11

12    Court having reconvened pursuant to adjournment.

13

14    APPEARANCES:

15                    HON. CECIL A. PARTEE,
                      State's Attorney of Cook County,  by
16                    MS. KAY HANLON and
                      MR. ANTHONY CARBALLO,
17                    Assistant State's Attorneys,
                      appeared on behalf of the People;
18

19                    MR. RANDOLPH N. STONE,
                      Public Defender of Cook County, by
20                    MS. KAREN SHIELDS and
                      MR. JACK CAREY,
21                    Assistant Public Defenders,
                      appeared on behalf of the Defendant;
22

23

24
```

103
AWW

226

PFP000

1      THE COURT: Okay.  I don't care.  I want to know

2  how much you have for tomorrow, State.

3      MR. CARBALLO: Judge, I anticipate probably 5

4  witnesses maybe.

5      THE COURT: Good.  Then we're going today.  We're

6  going to keep going.

7      MS. HANLON: No, no.  Wait a second.

8      THE COURT: This is finishing tomorrow.  Call your

9  next.

10                      (The following proceedings were

11                       held within the presence and

12                       hearing of the Jury)

13      THE COURT: Bear with us ladies and gentlemen.

14  We'll go to quarter of 5:00 or so.  Next witness.

15      MR. CARBALLO: At this time we'd call Officer Noon.

16                  DANIEL R. NOON,

17  called as a witness on behalf of the People of the

18  State of Illinois, having been first duly sworn, was

19  examined and testified as follows:

20                  DIRECT EXAMINATION

21                  BY MR. CARBALLO:

22      Q.   Officer, could you please introduce yourself

23  to the ladies and gentlemen?

24      A.   I'm Gang Crimes Specialist Daniel R. Noon.

190
AWW

313

1   Star number 5410 assigned to Gang Crimes North Chicago

2   Police Department.

3       Q.   Officer Noon, how long have you been a

4   Chicago Police Officer?

5       A.   Almost 23 years.

6       Q.   And you said you are assigned currently as a

7   Gang Crimes Specialist in Gang Crimes North?

8       A.   Yes, sir.

9       Q.   How long have you been a Gang Crimes

10  Specialist?

11      A.   Eleven years.

12      Q.   And how long have you been assigned to Gang

13  Crimes North?

14      A.   Eleven years.

15      Q.   Prior to your assignment at Gang Crimes

16  North, where were you assigned?

17      A.   I work for ten years in the 14th District

18  Station which is the Humbolt Park Area in plain

19  clothes working with the street gangs in that area.

20      Q.   Does the 14th District cover the areas of

21  Potomac and Western Streets?

22      A.   Yes, sir, it does.

23      Q.   How long have were you assigned to the 14th

24  District?

191
AWW

314

PFP000430

1      A.    10 years.

2      Q.    What were your duties while you were assigned

3  to the 14 District?

4      A.    Through my time in the 14th District I worked

5  in a plain clothes capacity working straight nights.

6  5:00 at night to 1:30 in the morning monitoring the

7  street gang activity within the 14 District

8  boundaries.    Identifying street gangs, monitoring

9  their activity, investigating the criminal offenses

10  which in fact they involved themselves with.

11      Q.    Now, Officer, you indicated you're assigned

12  to Gang Crimes North.    Where is Gang Crimes North

13  located?

14      A.    Our office is located Western and Belmont

15  which is within the Area 6 Police District Station

16  itself.

17      Q.    How was the Gang Crimes Unit of the Chicago

18  Police Department comprised?

19      A.    The City of Chicago is broken down into 3

20  sections.    Gang south which roughly takes from Madison

21  Street completely south to the city limits.    Gangs

22  west which takes the center portion of the city.    And

23  my area of responsibility which is roughly from

24  Chicago Avenue all the way to the city limits which

192
AWW

314

1    would be Evanston on the north, Lake Shore Drive as
2    well as out to the airport.
3         Q.    Officer Noon, what are your duties as Gang
4    Crimes Specialist.
5         A.    Detective 2 ratings within the Chicago Police
6    Department.  And our basic responsibilities is to
7    number one, identify the street gang members here in
8    Chicago.  This is the areas where they live.  Areas
9    they frequent.  To know the various logo's graffiti in
10   which they often put on the areas which they often
11   call turf.  To also investigate the activities which
12   are criminal normally in nature that they are involved
13   in.  And while investigating these criminal activities
14   which they do participate in to arrest and also
15   prosecution of these people.
16        Q.    What other responsibilities do you have as
17   Gang Crimes Specialist?
18        A.    Along with being a specialist assigned to
19   Crime Gangs North, I'm also an instructor at the
20   Chicago Police Department Academy.  And I teach the
21   street gangs today to the Chicago Police Officers both
22   at the recruit level, as well as the in service
23   training of the veteran officers.  Along with that, I
24   also taught the US Marshall, at the MCC here in

193
AWW

315

PFP000432

1    Chicago.  I have also caught taught the Cook County

2    Sheriff's Police newly formed gang unit street gangs

3    here in Chicago.  Also given seminars here in the

4    state's attorneys here in Cook County as well as

5    probation officers here in Cook County as well.

6         Q.   Officer Noon, have you ever testified in

7    Court as an expert on gang activity?

8         A.   Yes, I have.  Approximately 10 times in the

9    last ten years.

10        Q.   Where was that at?

11        A.   Here in the building, 26th and California.

12   State level.

13        Q.   Officer Noon, as part of your duties as Gang

14   Crimes Specialist, are you assigned specifically to

15   monitor any particular gangs?

16        A.   Yes, sir.  Each specialist is assigned to

17   various street gangs.  My particular gang happens to

18   be the Gay Lord Street Gang, also the Latin Kings.

19        Q.   How are these gangs monitored, could you

20   explain to us that?

21        A.   When I use the word "monitor" I'm referring

22   to the contacts with these individuals.  Self

23   admission by these individuals saying they are in fact

24   a street gang member.  This is done by observation on

194
AWW

1  the street.  This is also accompanied with often times

2  where there's certain colors which in fact would be in

3  fact identifying with that particular gang.  The

4  graffiti which in fact they put in their, what they

5  call turf, the areas they gang out hang out at.

6  Mostly the monitoring consists of watching their

7  activity on the street.

8      Q.   Now, are gang cards kept on individuals?  How

9  are gang cards kept on individuals, gang members?

10     A.   In an arrest situation, we have what's known

11 as a gang information card.  This basically has

12 information such as the persons name, sex, his race,

13 date of birth, height, weight.  General description of

14 this individual.  Where he works at.  Also, if in fact

15 he is a gang member.  This is accompanied again by his

16 self admission.  In other words, if a person says to

17 me he's a Latin King, I will in fact put that on the

18 part of the card saying gang affiliation, Latin King.

19 Also which section he might be from.  North side,

20 south side.  What particular streets he hangings at,

21 as well as on his particular card vehicle in fact he

22 may be driving.  Also, if he's charged with any type

23 of an offense, what that would be.  What happened, for

24 example what court, what date, what branch such as

195
AWW

PFP000434

317

1   that.  Also on the card in the lower right-hand corner

2   is an area which indicates if a photo in fact is of

3   this person and if so, the photo would be lodged in a

4   gang photo book which we'd keep at our office.

5       Q.    Could you explain to us these gang photo

6   books?

7       A.    The gang photo books we use here in Chicago.

8   These photographs are taken when an arrest is made one

9   of 2 ways.  Number one, if we have our polaroid with

10  us in the station during our processing period, we'll

11  take a photograph of the individual.  If in fact we

12  know he has been arrested before, or we don't at that

13  point have a camera with us, knowing he's being

14  charged with a misdemeanor or felony, procedures will

15  be he will in fact be photographed in the lockup as

16  well as fingerprinted.  Once a person is in fact

17  fingerprinted by the Chicago Police Department, these

18  photographs, negatives are kept on file downtown and a

19  number which is known and referred to as I.R. Number

20  he was given.

21          So, therefore, if you know a guy has in

22  fact been arrested before, and you have his IR number,

23  it's not really required to take a photograph at that

24  time because you can send downtown and obtain a

196
AWW

PFP00043 318

1   photograph.

2       Q.   How are the gangs in the City of Chicago

3   divided?

4       A.   All right.  Here in the City of Chicago --

5       MR. CAREY: I'll object at this time to relevance.

6   I don't know that any of this is in dispute.

7       THE COURT: I certainly hope it's all going to be

8   tied up.

9       MR. CARBALLO: Yes, your Honor.

10      THE COURT: Overruled.

11      THE WITNESS: Here in the City of Chicago we have

12  approximately 75 active street gangs.  These active

13  street gangs are broken down into 2 nations, if you

14  will.  The People Nation and the Folk Nation.  This

15  took place back in Chicago probably about the early

16  70's.  And right now, of our 75 active street gangs,

17  they will fall in, if you will, one side or the other.

18  They will either hang with all the People on one side

19  or all the Folk on the other side.

20      Q.   Now, you indicated that you're assigned part

21  of your duty duties as Gang Crimes Specialist are to

22  monitor the street gang Latin Kings.  Are you aware of

23  what nation they belong to?

24      A.   Yes, sir.  The Latin Kings fall under the

197
AWW

319

PFP00043

1   crown which is part of the People Nation along with

2   Gay Lords and Vice Lords.  They are all considered

3   People.  They call themselves People and they are

4   opposed to the opposing gang which would be the Folks

5   such as either Spanish Cobras, Latin Disciples.

6        Q.   So, the Spanish Cobra Street Gang is a Folk

7   street gang, is that correct?

8        A.   Yes, sir.  That's correct.

9        Q.   What area of the city does the gang the Latin

10  Kings operate in?

11       A.   The area in Humboldt Park.  Western Avenue is

12  a dividing line.  If you're on Western Avenue between

13  the area of North Avenue and Division Street, Western

14  Avenue itself is, if you will, the Mason Dixie Line,

15  DMZ back in the service.

16            What this means is on Western Avenue

17  itself, that's neutral territory.  Neutral street.  If

18  you're east of Western Avenue, between North Avenue

19  and Division Street, you're now entering an area, a

20  turf which is now known as People, turf which is

21  frequented quite a bit by Latin Kings and other people

22  gangs.  Once on Western Avenue, go westbound you have

23  now entered a turf area called Folk which is

24  predominantly all Spanish Cobras and Latin Disciples.

198
AWW

*520*

1    Basically the area of Humbolt Park, Western Avenue at
2    that point is the dividing line.
3        Q.    Now, Officer Noon, what type of activities
4    are the Latin King gang involved in?
5        A.    The Latin Kings are very actively involved --
6        MR. CAREY: Objection, Judge.
7        THE COURT: Sustained.
8        MR. CARBALLO:
9        Q.    Are you familiar with the leadership
10   structure of the Latin Kings?
11       A.    Yes.
12       Q.    Could you explain to us what the leader
13   leadership structure?
14       A.    In the street gang such as Latin Kings,
15   leadership started at the bottom level is Pee Wee,
16   weekend gang banger.  After he's established himself
17   within that gang, he becomes like a foot soldier back
18   in the service.  He carries out the orders from the
19   chief which are above.  After you achieve the --
20       MR. CAREY: Judge, I'm going to object.
21       THE COURT: Get to the point, State, please.  Thank
22   you.
23       MR. CARBALLO:
24       Q.    After you go from foot soldier to the chief

199
AWW

PFPU00438

1  above foot soldier?

2      A.   That's correct sir.

3      Q.   What are the colors of the Latin Kings?

4      A.   They are gold and black.

5      Q.   Are you familiar with the hand signal for the

6  Latin King?

7      A.   Yes.

8      Q.   How are the hand signals?

9      MR. CAREY:  Objection.

10     THE COURT: Sustained.

11     MR. CARBALLO:

12     Q.   Are you familiar with the symbols for Latin

13  Kings?

14     MR. CAREY: Objection.

15     THE COURT: Sustained.

16     MR. CARBALLO:

17     Q.   What are the allied gangs for the Latin

18  Kings?

19     MR. CAREY: Objection.  Asked and answered.

20     THE COURT: I think we have recovered that.  I'm

21  going to sustain it, respectfully.

22     MR. CARBALLO:

23     Q.   Now, are you also familiar with the gang

24  Spanish Cobras?

200
AWW

322

1     A.    Yes, sir.

2     Q.    Okay.  Does the Spanish Cobras Street Gang

3  have the same type of leadership rank as the Latin

4  Kings?

5     A.    Yes.

6     Q.    And do they also have colors?

7     A.    Yes, sir.

8     Q.    Do they also have hand signals?

9     A.    Yes.

10    MR. CAREY: Objection, Judge.

11    THE COURT: Overruled.  Let it stand.  Go ahead.

12    MR. CARBALLO:

13     Q.    What are the hand signals for the Spanish

14  Cobras?

15     A.    The Spanish Cobras, when they represent, this

16  means how they acknowledge from one to another.  They

17  either take their hand and form a "C" with their hand,

18  fingers a letter "C" or else they will take their hand

19  as indicating and Egyptian Cobra indicating to strike.

20  They will put their hand like this and come up with a

21  Cobra like that.

22     Q.    Are you familiar with the symbols for the

23  Spanish Cobras?

24     A.    Yes.  They will either.

201
AWW

PFP000440



1      MR. CAREY: I'll object.  There's no relevance to

2  this.

3      THE COURT:  There was -- I'm going to overrule,

4  respectfully, at this point.

5      THE WITNESS: Yes.  Spanish Cobras will indicate in

6  their graffiti.  They will either have a coil snake

7  letter is "C".  They will have also what we call

8  pitchforks, the main sign of the Folk nation.

9      MR. CARBALLO:

10     Q.   Now, Officer Noon, you know anyone by the

11  name of Jamie Rios?

12     A.   Yes, sir, I do.

13     Q.   Okay.  Could you look around the courtroom

14  here today and tell us if you see him here in court?

15     A.   Yes, sir, I do.

16     Q.   Could you please point to him and describe

17  what he's wearing today?

18     A.   Sitting at the table with the blue suit on

19  and blue and gray tie.  Light blue shirt next to

20  counsel.

21     MR. CARBALLO: Indicating the defendant, for the

22  record.

23     THE COURT: Yes.

24     MR. CARBALLO:

202
AWW

324

PFP000441

1     Q.   How long have you known the defendant, Jamie

2  Rios?

3     A.   About two years.

4     Q.   Have you ever had any conversations with the

5  defendant?

6     A.   Yes, sir, I have.

7     Q.   And during these conversations, has the

8  defendant ever admitted to you that he is a member of

9  any street gang?

10     A.   Yes, sir, he did.

11     Q.   What street gang has the defendant admitted

12  that he's a member of to you?

13     A.   Told me he was a Latin King.  Latin King.

14     Q.   Did you, during your conversations with the

15  defendant, did you ever learn what his rank is in the

16  Latin Kings?

17     A.   Yes, sir.

18     Q.   What is his rank in the Latin Kings?

19     A.   He's a foot soldier.

20     Q.   What's a foot soldier?

21     A.   He's a member of that gang.  He doesn't call

22  any shots, as such.  Doesn't give any orders.  Doesn't

23  hold any rank like being a president or treasurer.

24  He's just one of the members.  A foot soldier.

203
AWW

326

PFP000442

1      Q.    What do the foot soldiers do?

2      A.    Basically the foot soldiers will carry out

3  orders given to them by the upper echelon.

4      Q.    Have you ever seen the defendant on the

5  street in Chicago?

6      A.    Yes, sir.

7      Q.    Where have you seen him at?

8      A.    1400 Block on Leavitt.

9      Q.    Okay.  And what area of the city is this in

10 relation to gang territory, gang turf?

11     A.    That's Latin King territory right there.

12     Q.    Now, Officer Noon, based on your experience

13 as a Gang Crimes Specialist, based on your

14 observations of the defendant and your personal

15 contact with the defendant and with the Latin Kings,

16 do you have an opinion within a reasonable degree of

17 certainty as to whether this defendant is a member of

18 the Latin Kings?

19     A.    Yes, sir, I do.

20     Q.    What is your opinion?

21     A.    He is a self-admitted member of the Latin

22 Kings.

23     Q.    Now, Officer Noon, I want to direct your

24 attention to June 28th of 1989, at approximately 5:30

204
AWW

326

1    to 6:00 clock in the evening, do you recall where you

2    were at that time?

3          A.    Yes, sir.

4          Q.    Where were you?

5          A.    I was working in plain clothes.  And I went

6    over to pickup a witness.

7          Q.    Okay.  Do you recall that witness's name?

8          A.    Yes.  Luis Huertas.

9          Q.    Luis Huertas.

10         Q.    Where do you pickup Luis Huertas at?

11         A.    Place of employment residence.  1300 block

12   North on Western Avenue.

13         Q.    What was your purpose in picking him up for?

14         A.    Transport him to Area 5 Violent Crimes to

15   view a lineup which was being conducted.

16         Q.    And is Area 5 Violent Crimes, is that located

17   within your boundaries, Gang Crimes North?

18         A.    Yes, sir.  It is located 5555 West on Grand

19   Avenue.

20         Q.    When you took the witness, Luis Huertas, to

21   Area 5, did he in fact view a lineup?

22         A.    Yes, sir, he did.

23         Q.    Was he able to make an  identification in

24   that lineup on June 28th of 1989?

205
AWW

1        A.    No, sir, he was not.

2        Q.    Are you aware as to whether the defendant,

3   Jamie Rios, was present in that lineup?

4        A.    He was not present at that lineup, at that

5   time.

6        Q.    Now, after you brought Luis Huertas to Area 5

7   for the purposes of this lineup, did you have occasion

8   to take Huertas anywhere?

9        A.    Yes, sir.  I took Mr. Huertas back to my

10  office at Western and Belmont to show him some books

11  containing street gang members.

12       Q.    Do you recall approximately how many books

13  you showed him?

14       A.    I would say approximately 10 or 12, at least.

15       Q.    And do you remember what gangs -- regards to

16  what gang books you showed him?

17       A.    Yes.  At first I showed the witness books

18  containing self admitted members of the People Nation

19  such as Latin Kings and other gangs.  At that point, I

20  did not -- at that point he didn't make any

21  identification.  So, what I did, I also showed the

22  witness books in my office which contained self

23  admitted members of the Folk Nation such as Disciples

24  and Cobras, thinking that perhaps it might have been a

206
AWW

326

1   false flagging type shooting where the person even

2   though he said a certain thing before he did shoot,

3   often times in my experience, in the last 23 years --

4       MS. SHIELDS: Objection, Judge.

5       THE COURT: Sustained.

6       MR. CARBALLO:

7       Q.   When you say "false flagging" what do you

8   mean by that?

9       A.   This is when a gang will say one particular

10  name which is actually the opposite of what they are.

11  They false flag.

12      Q.   In all the books that Mr. Huertas looked at,

13  was he able to identify anyone?

14      A.   No, sir he was not.

15      Q.   And at the time that you were looking through

16  the books, with Mr. Huertas, or the time Mr. Huertas

17  was looking through the books, did -- was the

18  defendant, Jamie Rios, a suspect, at that time?

19      A.   No, sir.

20      Q.   Was the defendant's photo in any of the photo

21  books that you showed to Luis Huertas?

22      A.   No, sir.  His photo was not in the book, at

23  that time.

24      Q.   How do you know that, Officer Noon?

207
AWW

*322*

1     A.   Because I brought the book to court and the

2   photograph that is in that book of the defendant, Mr.

3   Rios, was taken after he was arrested for this

4   particular incident which occurred three weeks later.

5     Q.   Officer Noon, I'm going to show you what is

6   considered marked as People's Exhibit Number 28 for

7   identification.  Do you recognize this book?

8     A.   Yes.  This here is a City of Chicago

9   Department of Police, what we call a mug book, gang

10  book.  This particular book is numbered 1765.  And it

11  contains self admitted Latin Kings.

12     Q.   Is the defendant, Jamie Rios's photo

13  contained within that book?

14     A.   Yes, sir, it is.

15     Q.   What page is his photo contained in that

16  book?

17     A.   His photo is on page 65.

18     Q.   Okay.  Does that -- was that photograph in

19  the book on the date that you showed Luis Huertas this

20  book?

21     A.   No, sir, it was not.

22     Q.   And how again did you -- do you know this?

23     A.   Because this photograph was taken of the

24  defendant after he was arrested, had been identified

208
AWW

330

PFP000447

1    in a lineup in Area 5 approximately one week later.

2        MR. CARBALLO: May I have a moment, your Honor?  I

3    have no further questions.

4        THE COURT: Cross.

5        MR. CAREY: Yes, Judge.

6                        CROSS EXAMINATION

7                        BY MR. CAREY:

8        Q.    Good afternoon.  The book that you were

9    looking at here, this isn't Latin King book number 2,

10   is it?

11       A.    Number 2?

12       Q.    Number 2?

13       A.    I don't know of a Latin King book number 2.

14       Q.    Jamie Rios' picture is in Latin King book

15   number 2, isn't it?  Oh, you don't know?

16       A.    Only picture of Jamie Rios is in that book in

17   your hand, sir.

18       Q.    Have you ever heard of Latin King book number

19   2 at the 14th District?

20       A.    Sir, the 14th District has their own books.

21   We don't have --

22       Q.    They have Latin King books there?

23       A.    Yes, sir.

24       Q.    So, are you familiar with those books?

331
PFP000448

1     A.   I know they have their own books, yes, sir.

2     Q.   Well, you know that some of the witnesses in

3  this case looked at the Latin King book at the 14th

4  District?

5     MR. CARBALLO: Objection, Judge.

6     THE COURT: I'm going to let him answer the

7  question.

8     THE WITNESS: To my knowledge, the 14th District

9  tact personnel were showing their books.  I wasn't

10  present, sir, no.

11     MR. CAREY:

12     Q.   In fact, 2 of the witnesses picked out a

13  Latin King from Latin King book number 2 at the 14th

14  District, isn't that correct?

15     MR. CARBALLO: Objection.

16     THE COURT:  Objection sustained.  Objection

17  sustained.

18     MR. CAREY:

19     Q.   Were you there when Mario Flores and Javier

20  Torres looked at photo books at the 14th District?

21     MR. CARBALLO: Objection.

22     MR. CAREY: Basis?

23     THE COURT: Excuse me.  You want me to rule?

24     MR. CAREY: Yes.

210
AWW

*332*

1      THE COURT: Thank you.  Overruled.

2      MR. CAREY: Sorry.

3      THE WITNESS:  No, sir.  I was not present when

4  they showed photos to witnesses.

5      MR. CAREY:

6      Q.   Did you -- do you know if Luis Huertas looked

7  at any of the Latin King books there?

8      A.   Not in my presence, no, sir.

9      Q.   So, there may have been gang books with

10  photograph --

11     MR. CARBALLO: Objection.

12     MR. CAREY:

13     Q.   Of Latin Kings that Luis Huertas didn't look

14  at?

15     MR. CARBALLO: Objection.

16     THE COURT: Sustained.

17     MR. CARBALLO: Calls for speculation.

18     THE COURT: Objection sustained.

19     MR. CAREY:

20     Q.   Are there books with photographs of Latin

21  Kings at the 14th District that are not included in

22  the photograph books that you have?

23     A.   I would have no idea.  I assume they are

24  there.  There probably would be.

211
AWW

333

PFP000450

1     Q.   Did you make an effort to show Luis Huertas

2  the Latin King books in the 14th District?

3     A.   No.  I showed --

4     MR. CARBALLO: Objection.

5     THE WITNESS: Latin King books from Gang Crimes

6  North.

7     MR. CAREY:

8     Q.   14th District is the district where Luis

9  Morales was shot, isn't it?

10    A.   Yes, sir, that's correct.

11    Q.   You didn't show him books from that district?

12    A.   Counsel, I thought you said did I show their

13  books.

14    Q.   Did you show him the Latin King books in the

15  14th District?

16    A.   He was shown books of Latin Kings from gangs

17  north.

18    Q.   Let me ask the question again.

19           Did the you show Luis Huertas Latin King

20  books that are located at the 14th District?  Do you

21  understand the question?

22     THE COURT: He's going to answer now.  He's going

23  to answer the question, right?

24     THE WITNESS:  No.  I did not show him books from

212
AWW

PFP000451

```
 1    the 14th District.

 2         MR. CAREY: Thank you.

 3              Now, do you know of confidential

 4    informants that lie to the police?

 5         MR. CARBALLO: Objection.

 6         MS. HANLON: Objection, Judge.

 7         THE COURT: Sustained.

 8         MR. CAREY:

 9         Q.   Luis Huertas lives and works on the east side

10    of Western Avenue?

11         A.   He did.

12         Q.   Well, he did in July of 1989?

13         A.   Yes, sir.

14         Q.   That's where you picked him up?

15         A.   Yes, sir.

16         Q.   That's the Latin King side?

17         A.   Yes, sir.

18         Q.   You testified on direct about something like

19    false flagging?

20         A.   Yes, sir.

21         Q.   So, if somebody shot someone and said King

22    Love and they were false flagging, that could mean

23    they were Cobras?

24         A.   Yes, sir.
```

213
AWW

335

1    Q.   Or on the other hand, if they represented
2  Spanish Cobras and then shot somebody and said King
3  Love, you wouldn't really know which one was false
4  flagging?
5    A.   That's correct, sir.
6    MR. CAREY: One moment, Judge.  No further
7  questions.
8    THE COURT: State.
9    MR. CARBALLO: No further question.
10    THE COURT: Thank you every much.
11                         (witness excused)
12    THE COURT: Sidebar.
13                    (The following proceedings
14                     were held outside the presence
15                     and hearing of the Jury)
16    THE COURT: I want to get and idea about tomorrow.
17  And I want to make it perfectly clear my problem.  I'm
18  not going to be here Monday.  And there is no way --
19  okay, I think that's for the best.  So, you tell me
20  how much time you're talking about.  And you tell me
21  how much time you're talking about, roughly.
22    MR. CARBALLO: Judge --
23    MS. HANLON: An hour I would say.  One hour.
24    THE COURT: What are you talking about?

214
AWW