*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT 7

```
      STATE OF ILLINOIS )
                        )  SS.
 2    COUNTY OF C O O K  )

 3           IN THE CIRCUIT COURT OF COOK COUNTY
             COUNTY DEPARTMENT-CRIMINAL DIVISION
 4
      THE PEOPLE OF THE )
 5    STATE OF ILLINOIS )
                        )   No. 89-CR-16525
 6       VS             )
                        )   Before JUDGE THEMIS N. KARNEZIS
 7    JAIME RIOS        )
                            Fri., Nov. 30, 1990
 8                          9:30 a.m.

 9        Court convened pursuant to adjournment.

10        Present:

11              HONORABLE CECIL A. PARTEE,
                    State's Attorney of Cook County, by
12              Ms. Kay Hanlon and Mr. Anthony Carballo,
                    Assistant State's Attorneys,
13                  appeared for the People;

14              MR. RANDOLPH N. STONE,
                    Public Defender of Cook County,
15              Ms. Karen Shields and Mr. Jack Carey,
                    Assistant Public Defenders,
16                  appeared for the defendant.

17    - - - - - - - - - - - - - - - - - - - - - - - -

18        THE CLERK:  People versus Jaime Rios.

19                    (Defendant enters.)

20        THE COURT:  Good morning, Mr. Rios.  You may go

21    over by counsel table.

22             Please bring in the jury.

23                    (Jury enters.)

24        THE COURT:  You may be seated, ladies and

                         1
```

339

PFP00046

```
 1   copies, too, include those.  Those will all be
 2   included in the file.
 3          Are we ready?
 4      MS. HANLON:  Let me just get Tony.
 5      THE COURT:  Yes, please.  If we can add one more
 6   thing for the record?
 7          The State also offered IPI 4.04.  The
 8   defendant was objecting to that.  That is number 5 or
 9   6.
10          Bring out the jury, please.
11              (Jury enters.)
12      THE COURT:  Thanks very much, ladies and
13   gentlemen.  State.
14      MS. HANLON:  State would call Officer Noon.
15      THE COURT:  Okay.
16      THE CLERK:  Sir, raise your right hand.
17              (Witness sworn.)
18          OFC. DANIEL R. NOON,
19   called as a witness on behalf of the People of the
20   State of Illinois, being first duly sworn, was
21   examined and testified as follows:
22              DIRECT EXAMINATION
23              By Ms. Hanlon:
24      THE CLERK:  Please be seated.
```

1   MS. HANLON:
2       Q.   Could you please state your name, Officer?
3       A.   Gang crime specialist Daniel R. Noon,
4   N-o-o-n, star 5410, assigned to gang crimes north.
5       Q.   Officer, are you the same Officer who just
6   testified yesterday?
7       A.   That is correct.
8       Q.   I'd like to draw your attention to June 5th
9   of 1989. Did you have a conversation with the
10  defendant, Jaime Rios, on that date?
11      A.   Yes, I did.
12      Q.   When I am referring to Jaime Rios, that is
13  the person you have previously identified here in
14  court as the defendant in this matter?
15      A.   Yes. That is correct.
16      Q.   When you had a conversation with him that
17  evening, Officer, did he ever tell you that he was a
18  retired member of the Latin Kings street gang?
19      A.   No, he did not.
20      Q.   Did he tell you he was still an active
21  member in the gang?
22      A.   Yes, he did.
23      Q.   This conversation on June 5th, 1989 occurred
24  how much prior to the murder in this case?

340                    PFP000795     678

```
 1      A.   3 weeks.
 2      MS. HANLON:  Thank you.
 3      THE COURT:  Cross.
 4                CROSS-EXAMINATION
 5            By Mr. Carey:
 6      Q.   Did he tell you his status in the gang?
 7      A.   Other than the fact he was still actively
 8 with the Latin Kings that was about all.
 9      MR. CAREY:  No further questions.
10      MS. HANLON:  No further questions.  Thank you.
11      THE COURT:  Thanks very much, Officer.
12      A.   Thank you.
13      THE COURT:  You may step down.
14                (Witness excused.)
15      MR. CARBALLO:  Your Honor, also in rebuttal at
16 this time we would offer into evidence a certified
17 statement of the defendant's conviction, Jaime Rios.
18            On September 6th of 1990 the defendant was
19 convicted of a felony in Cook county in the State of
20 Illinois.
21      THE COURT:  Very good.  That will be admitted.
22      MR. CAREY:  Judge, then we will offer the --
23      THE COURT:  Hold on.  Hold on.  Rest?
24      MR. CAREY:  I am sorry.
```