*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT 9

```
STATE OF ILLINOIS    )
                     )  SS.
COUNTY OF C O O K    )

          IN THE CIRCUIT COURT OF COOK COUNTY
          COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE    )
STATE OF ILLINOIS    )
                     )   No. 89-CR-16525
    VS               )
                     )   Before JUDGE THEMIS N. KARNEZIS
JAIME RIOS           )
                         Fri., Nov. 30, 1990
                         9:30 a.m.
```

Court convened pursuant to adjournment.

Present:

    HONORABLE CECIL A. PARTEE,
        State's Attorney of Cook County, by
    Ms. Kay Hanlon and Mr. Anthony Carballo,
        Assistant State's Attorneys,
        appeared for the People;

    MR. RANDOLPH N. STONE,
        Public Defender of Cook County,
    Ms. Karen Shields and Mr. Jack Carey,
        Assistant Public Defenders,
        appeared for the defendant.

- - - - - - - - - - - - - - - - - - - - - - - -

THE CLERK: People versus Jaime Rios.

    (Defendant enters.)

THE COURT: Good morning, Mr. Rios. You may go over by counsel table.

    Please bring in the jury.

    (Jury enters.)

THE COURT: You may be seated, ladies and

1

339

```
 1        MS. SHIELDS:  Judge, can I approach?
 2                        (A discussion was had off
 3                         the record, after which
 4                         the following proceedings
 5                         were had:)
 6                        (Jury enters.)
 7        THE COURT:  Mr. Carey will be out with us in a
 8  moment, ladies and gentlemen.  Just bear with us just
 9  one moment.  You can get your next witness ready, if
10  you would like.
11        MS. HANLON:  We will do that, Judge.
12        THE COURT:  Would you raise your right hand,
13  sir?
14                        (Witness sworn.)
15             MR. DONALD M. FLANNERY,
16  called as a witness on behalf of the People of the
17  State of Illinois, being first duly sworn, was
18  examined and testified as follows:
19                 DIRECT EXAMINATION
20             By Mr. Carballo:
21        THE COURT:  Just one minute, please.
22        MR. CAREY:  I apologize, Judge.
23        THE COURT:  That is all right.  Proceed, Mr.
24  Carballo.
```

104

```
 1        MR. CARBALLO:
 2        Q.   Sir, could you please state your name and
 3   spell your last name?
 4        A.   Donald M. Flannery, F-l-a-n-n-e-r-y.
 5        Q.   Mr. Flannery, are you employed?
 6        A.   Yes, sir.  I am.
 7        Q.   Where are you employed?
 8        A.   State of Illinois.
 9        Q.   What is your position?
10        A.   Official Court Reporter, State of Illinois,
11   County of Cook.
12        Q.   How long have you been an Official Court
13   Reporter?
14        A.   33 years.
15        Q.   Where are you currently assigned to?
16        A.   For the municipal district, Maybrook court
17   house.
18        Q.   What is your position there?
19        A.   I am an Official Court Reporter, also a
20   Supervisor for the Court Reporter's section.
21        Q.   Mr. Flannery, pursuant to your duties as a
22   Court Reporter do you have occasion to work at times
23   in the grand jury of Cook County?
24        A.   Yes, sir.  I do.
```

105

442

```
 1        Q.   That is as a court reporter?
 2        A.   Yes, sir.
 3        Q.   And in your duties as a court reporter do
 4   you use a machine much similar to the machine that is
 5   used by the court reporter here today?
 6        A.   Yes, sir.  I do.
 7        Q.   Mr. Flannnery, I want to direct your
 8   attention back to July the 10th of 1989.  Do you
 9   recall where you were working on that day?
10        A.   I was working the grand jury.
11        Q.   Is that grand jury here in Cook County?
12        A.   Yes, sir.  It is in the 4th floor of this
13   building.
14        Q.   And during that day did you have occasion to
15   be in the grand jury for the testimony of a witness by
16   the name of Benjamin Carrero?
17        A.   Yes, sir.  I was.
18        Q.   And were you working at that time as a court
19   reporter?
20        A.   Yes, sir.
21        Q.   For his testimony?
22        A.   Yes, sir.
23        Q.   Did you ever transcribe the testimony of Mr.
24   Carrero?
```

106

443

```
 1        A.   Yes, sir.  I did.
 2        Q.   Was Mr. Carrero asked a series of questions
 3   by an Assistant State's Attorney by the name of Roger
 4   Kemp?
 5        A.   Yes, sir.  He was.
 6        Q.   Did Mr. Carrero give answers to those
 7   questions?
 8        A.   Yes, sir.
 9        Q.   Did you transcribe the questions and answers
10   that were given?
11        A.   Yes, sir.  I did.
12        MR. CARBALLO:  May I approach the witness, Your
13   Honor?
14        THE COURT:  Sure.
15        MR. CARBALLO:
16        Q.   Mr. Flannery, I am now going to show you
17   what's previously been marked as People's Exhibit No.
18   29 for identification.  Ask you to examine that.
19        A.   (Witness does so.)  Yes, sir.
20        Q.   Do you recognize that?
21        A.   Yes, sir.  I do.
22        Q.   What do you recognize that to be?
23        A.   It is the copy of the grand jury testimony
24   that I took that day.
```

```
 1        Q.   Is that a certified copy of the transcript
 2   of the grand jury testimony of Benjamin Carrero?
 3        A.   Yes, sir.
 4        Q.   Is your signature contained on the last page
 5   certifying that that is a certified copy transcript of
 6   that testimony?
 7        A.   Yes, sir.  It is a photocopy, Xerox copy I
 8   should say.
 9        Q.   I want to ask you did Benjamin Carrero, was
10   he asked the following questions and did he give the
11   following answers in the grand jury?
12             Question, could you tell us your name?
13             Answer, Benjamin Carrero.
14        A.   One minute, please.
15        MR. CAREY:  We will object.
16        MR. CARBALLO:  I am on page 3.
17        MR. CAREY:  We will object if it is going to be
18   used for impeachment purposes just to use the
19   impeachment materials.
20        THE COURT:  I agree.  Let's proceed.  Go right to
21   the point.
22        MR. CARBALLO:
23        Q.   I want to direct your attention to page 4 of
24   the grand jury transcript.  Was the, was Benjamin
```

108

1  Carrero asked the following question and did he give
2  the following answer?
3          Question -- let me back up.  Let me ask, did
4  he give the -- was he asked the following question and
5  did he give the following answers?
6          Question, what did he do when he came up to
7  your porch?  Referring to Jaime Rios.
8          And the answer Benjamin gave, he said,
9  here.  He handed me the gun from under his pants.
10     MR. CAREY:  Judge, I am going to object.  I don't
11 believe that Benjamin Carrero denied saying that.
12     THE COURT:  Proceed.  I am going to allow it.
13     MR. CARBALLO:
14     Q.  Question --
15     THE COURT:  Preliminary.
16     MR. CARBALLO:
17     Q.     Question, where did he take the gun from?
18            Answer, where?
19            Question, where did he take the gun from?
20            Answer, right here (indicating) from his
21 pants.
22            Question, indicating the waistband?
23            Answer, yes.
24            Was he asked those questions and did he give

109

1   those answers?
2      A.  Yes, sir.
3      Q.  Was he further asked these questions and did
4   he give these answers before the grand jury?
5      Question, okay.
6      Answer, and he told me to hold it because he
7   had did something.
8      Question, what had he just done?
9      MR. CAREY:  Objection, Judge.  He was never asked
10 these questions by Mr. Carballo.
11      THE COURT:  Proceed.  Well, let's get to the
12 point where the question, Mr. Carballo, if you would,
13 the questions he was asked about.
14      MR. CARBALLO:  Yes, Judge.
15      THE COURT:  That Mr. Carrero was asked about on
16 the stand, please.
17      MR. CARBALLO:
18      Q.  Let me ask the question.  Here again was he
19 asked these questions and did he give these answers?
20      Question, okay.
21      Answer --
22      MR. CAREY:  Objection, Judge.  Mr. Carrero was
23 never asked that.  It is not impeaching.
24      MR. CARBALLO:  Judge.

110



```
 1        THE COURT:  Proceed.  Go ahead.  Go ahead.  I am
 2   going to give you some leeway.  Come on.
 3        MR. CARBALLO:
 4        Q.   Question, okay.
 5             Answer, and he told me to hold it because he
 6   had did something --
 7        MR. CAREY:  Judge, I am going to object.
 8        THE COURT:  Objection is noted.  Overruled.
 9   Proceed.
10        MR. CARBALLO:
11        Q.   Question, what had he just done?
12             Answer, yes.  He had just, he had just --
13        MR. CAREY:  Judge, I am going to object.
14        THE COURT:  Sidebar.
15                         (The following proceedings
16                          were had out of the
17                          presence and hearing of
18                          the jury.)
19        MR. CAREY:  Judge.
20        THE COURT:  Don't Judge me.  This should be a
21   2-minute witness.  Now it is going to going to be 20.
22        MR. CAREY:  Right.
23        MS. SHIELDS:  Next answer is, yes, he shot
24   somebody.  That wasn't, that was not asked of Mr.
```

111

448

```
 1    Carrero.  That is not impeaching.
 2         MR. CARBALLO:  Yes, it is.
 3         THE COURT:  Where is the portion he was asked?
 4         MR. CARBALLO:  Right here, these series of
 5    questions.
 6         MS. HANLON:  He denied this specifically.  Tony,
 7    did you ask this question?  What had he just done?
 8              Answer, yes.  He had just shot somebody.  He
 9    said, no, I never said that.
10         THE COURT:  That is my recollection.
11         MS. HANLON:  That is the only question we will
12    ask.
13         THE COURT:  Ask that question.
14         MR. CARBALLO:  He denied this, too.
15         MR. CAREY:  Since we are here, I asked the State
16    yesterday to get this book here.  It is not here.  I
17    called the 4th district.  They said they wouldn't send
18    it over.  I subpoenaed it four times.
19         THE COURT:  They will send it over.  Tell them I
20    want the watch commander here with the book.
21                        (End sidebar.)
22         THE COURT:  Proceed.
23         MR. CARBALLO:
24         Q.  Mr. Flannery, was Mr. Carrero asked by
```

112    449

```
 1   Assistant State's Attorney Kemp these questions and
 2   did he give these answers?
 3              Question, okay.
 4              Answer, and he told me to hold it because he
 5   had did something.
 6              Question, what had he just done?
 7              Answer, yes.  He had shot somebody.  That is
 8   all.
 9              Was he asked those questions and did he give
10   those answers?
11        A.    Yes, sir.
12        Q.    Was he further asked this question and did
13   he give this answer to the grand jury?
14              Question, do you remember what the gun
15   looked like to you?
16              Answer --
17        A.    One minute, sir.
18        THE COURT:  Next page.
19        MR. CARBALLO:
20        Q.    I am sorry.  Next, 6.  Was he asked this
21   question and did he give this answer?
22              Question, do you remember what the gun
23   looked like to you?
24              Answer, it was black.  It was a .38.

     113
```

```
 1            Was he asked that question and did he give
 2   that answer at page 6?
 3        A.   Yes, sir.
 4        MR. CARBALLO:  Thank you.  I have no further
 5   questions.
 6        MS. SHIELDS:  No questions.
 7        THE COURT:  Thank you.  Thanks very much, Mr.
 8   Flannery.
 9        A.   Thank you.
10                    (Witness excused.)
11        THE COURT:  Call your next.
12        MS. HANLON:  Judge, the People would call
13   Assistant State's Attorney Barb Riley.
14        THE COURT:  Miss Riley, please remain standing.
15   Raise your right hand
16                    (Witness sworn.)
17        ASA BARBARA RILEY,
18   called as a witness on behalf of the People of the
19   State of Illinois, being first duly sworn, was
20   examined and testified as follows:
21                    DIRECT EXAMINATION
22                    By Ms. Hanlon:
23        THE COURT:  Please be seated.
24        MS. HANLON:
```

114

451