*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT 13

```
                STATE OF ILLINOIS  )
                                   )   SS.
 2              COUNTY OF C O O K  )

 3                      IN THE CIRCUIT COURT OF COOK COUNTY
                        COUNTY DEPARTMENT-CRIMINAL DIVISION
 4
                THE PEOPLE OF THE  )
 5              STATE OF ILLINOIS  )
                                   )   No. 89-CR-16525
 6                  VS             )
                                   )   Before JUDGE THEMIS N. KARNEZIS
 7              JAIME RIOS         )
                                       Fri., Nov. 30, 1990
 8                                     9:30 a.m.

 9          Court convened pursuant to adjournment.

10          Present:

11                  HONORABLE CECIL A. PARTEE,
                        State's Attorney of Cook County, by
12                  Ms. Kay Hanlon and Mr. Anthony Carballo,
                        Assistant State's Attorneys,
13                      appeared for the People;

14                  MR. RANDOLPH N. STONE,
                        Public Defender of Cook County,
15                  Ms. Karen Shields and Mr. Jack Carey,
                        Assistant Public Defenders,
16                      appeared for the defendant.

17     - - - - - - - - - - - - - - - - - - - - - - - - -

18          THE CLERK:  People versus Jaime Rios.

19                      (Defendant enters.)

20          THE COURT:  Good morning, Mr. Rios.  You may go

21     over by counsel table.

22                Please bring in the jury.

23                      (Jury enters.)

24          THE COURT:  You may be seated, ladies and

                                1
```

339

```
 1              Let's proceed with what we can do.
 2                        (End sidebar.)
 3                        (Witness sworn.)
 4                  DET. AUBREY O'QUINN,
 5   called as a witness on behalf of the defense, being
 6   first duly sworn, was examined and testified as
 7   follows:
 8                     DIRECT EXAMINATION
 9                     By Mr. Carey:
10       THE COURT:   Please be seated.
11       MR. CAREY:   Thank you, Judge.
12            Officer, would you tell us your name,
13   please?
14       A.   Detective Aubrey O'Quinn.
15       Q.   And how are you employed?
16       A.   Chicago police department, gang crimes
17   unit.
18       Q.   And was that your assignment in June and
19   July of last year?
20       A.   Yes, it was.
21       Q.   And did you receive an assignment the end of
22   July to pick up a Christino Garcia?
23       A.   I become aware that Christino Garcia was
24   wanted.
```

213                                             552

```
 1        Q.   In fact, there was a daily bulletin?
 2        A.   Yes, there was.
 3        Q.   You saw that daily bulletin?
 4        A.   Yes, I did.
 5        Q.   Daily bulletin said the --
 6        MS. HANLON:   Object to what the daily bulletin
 7   said.
 8        THE COURT:   Yes.
 9        MR. CAREY:
10        Q.   Were you looking for a male white about 5'
11   4" --
12        MR. CARBALLO:   Objection.
13        MS. HANLON:   Objection.
14        THE COURT:   Sustained.
15        MR. CAREY:
16        Q.   Could you describe Christino Garcia?
17        MS. HANLON:   Objection.
18        THE COURT:   Overruled.
19        A.   Christino Garcia is approximately 5' 4" or
20   5' 5", about 110 maybe 115 pounds.  He has black hair
21   and medium olive complexion.
22        MR. CAREY:
23        Q.   Did you pick up Tino Garcia?
24        A.   Yes, I did.
```

214

PFP000669  553

1     Q.    When was that?
2     A.    I don't recall the exact date.  We picked
3  him up on the corner of Spaulding and Evergreen.
4     Q.    If you looked at your arrest report, would
5  that refresh your recollection?
6     A.    Yes, it would.
7     Q.    I am going to show you what is being marked
8  as Defense No. 14 for identification, the arrest
9  report dated July 28th, 1989.
10          Would you please take a look at that?
11    A.    (Witness does so.)  The date would be 28
12 July '89, about 3:15 in the afternoon.
13    Q.    Now, were you working with a partner that
14 day?
15    A.    Yes, I was.
16    Q.    Now, you say you picked up Mr. Garcia at the
17 the corner of Spaulding and --
18    A.    Evergreen.
19    Q.    Okay.  When he saw you did he come to the
20 car?
21    MS. HANLON:  Objection.
22    THE COURT:  Overruled.
23    A.    No.  He did not.  He ran into a store
24 there.

215                              554
PFP000670

```
 1         MR. CAREY:  One moment, Judge.
 2              Nothing further, Judge.
 3         THE COURT:  State.
 4                CROSS-EXAMINATION
 5              By Mr. Carballo:
 6    Q.   Officer, how long have you known Christino
 7  Garcia?
 8    A.   Approximately 6, 7 years.
 9    Q.   Are you aware whether or not he is in a
10  gang?
11    A.   Yes, he is.
12    Q.   What gang is he in?
13    A.   He is in the Latin Kings from Shiller and
14  Leavitt.
15    Q.   How long -- do you know what Christino
16  Garcia's address is?
17    A.   1340 North Bell, I believe.
18         MR. CARBALLO:  Thank you.  I have no further
19  questions.
20                REDIRECT EXAMINATION
21              By Mr. Carey:
22    Q.   Bell is east of Western, isn't it?
23    A.   Yes, it is.
24         MR. CAREY:  No further questions.
```

216

PFP000671 555

```
1          THE COURT:  State.
2          MR. CARBALLO:  No further questions.
3          THE COURT:  Thank you.  Thanks very much,
4   Detective.
5                    (Witness excused.)
6          THE COURT:  What is your pleasure?
7          MR. CAREY:  Well, Judge, if you could find out
8   about that one piece of evidence.
9          THE COURT:  Take a brief recess, ladies and
10  gentlemen.  You may retire back to the jury room.
11  Please rise.
12                   (Jury leaves courtroom.)
13         MR. CARBALLO:  We would ask to be heard at
14  sidebar regarding certain matters.
15         THE COURT:  The defendant just left.  Mr. Carey,
16  do you have any problem with certain discussions being
17  had out of the presence of your client?
18         MR. CAREY:  No, Judge.
19         THE COURT:  Do I know what they are about?
20         MR. CARBALLO:  Judge, Counsel has requested a
21  certain gang book to be produced here today.  And as
22  far as the gang book, I don't see any relevance this
23  gang book has.
24              Person who saw this gang book was the person
```

217

PFR000672  556