**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JAIME RIOS


      Plaintiff,


          vs.                Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO



      Defendants.                JURY TRIAL DEMANDED



          Defendants.

**DESIGNATIONS AND COUNTERDESIGNATONS – JAVIER TORRES TRIAL
TESTIMONY**


      Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M.

Richards submits the attached deposition designations and counter-counter designations for the

trial testimony of Javier Torres. Plaintiff's designations are marked in orange.

      Respectfully Submitted,


                JAIME RIOS

                By and through

                /s/ Stephen L. Richards

                By: Stephen L. Richards Attorney

for Plaintiff
53 West Jackson
Suite 756
Chicago, IL 60604
773-817-6927
sricha5461@aol.com Attorney No:
6191946

1      THE CLERK:  People versus Jamie Rios.

2      THE COURT:   Bring out the jury.

3                        (The following proceedings were

4                         held within the presence and

5                         hearing of the Jury)

6      THE COURT: Thank you, ladies and gentlemen.  You

7   maybe seated.  Please call your next, State.

8      MS. HANLON: People of the State of Illinois would

9   call Mr. Javier Torres.

10                      JAVIER TORRES,

11   called as a witness on behalf of the People of the

12   State of Illinois, having been first duly sworn, was

13   examined and testified as follows:

14                      DIRECT EXAMINATION

15                      BY MS. HANLON:

16      Q.    In a nice loud voice, would you tell us your

17   name?

18      A.    My name is Javier Torres.

19      Q.    Mr.  Torres, would you spell your last name

20   for the court reporter, please?

21      A.    T-o-r-r-e-s.

22      Q.    Javier, how old are you?

23      A.    17.

24      Q.    Do you have any kind of nickname?

104
AWW

227

1   A.   Loco.

2   Q.   Javier, where are you living right now?

3   A.   I staying at the Juvenile Court now.

4   Q.   You're a juvenile right now?

5   A.   Yes.

6   Q.   And do you have some kind of cases pending?

7   A.   Yes.

8   Q.   I want to call your attention, Javier, to

9   June 27th of 1989, at about ten minutes to 12:00 at

10  night, were you with anybody?

11  A.   Yes.

12  Q.   Who were you with?

13  A.   New York.

14  Q.   Where were you and New York at?

15  A.   We was in Artesian.  We was walking.  We was

16  talking from Artesian through the gangway.  I was in

17  back of New York about 5 steps away from him.

18  Q.   When you say you were walking through the

19  gangway, when you come out of that gangway, what

20  street would you be on?

21  A.   On Western.

22  Q.   Who stepped out of the gangway first?

23  A.   New York.

24  Q.   And were you behind him?

105
AWW

228

1    A.    Yes.

2    Q.    About how far behind him were you?

3    A.    About 5 steps behind him.

4    Q.    Now, Javier, when you came out of that

5    gangway, tell the ladies and gentlemen of the jury

6    what happened?

7    A.    I seen this dude pulling out the pistol and I

8    started running as fast as I can.  And he started

9    shooting and I started running more faster.  And I

10   went back to my neighborhood.  And I came back and

11   Luis had New York in his hands.  And I was just crying

12   and --

13   Q.    Javier --

14   A.    And they had him in the ambulance.

15   Q.    Javier, when you say this guy pulled a

16   pistol, were you able to see what this guy looked

17   like?

18   A.    No.

19   Q.    Was there any other guys besides the guy with

20   the gun out there?

21   A.    There was 2 guys but I never got to see none

22   of them.

23   Q.    Now, I want to call your attention to that

24   same night that this happened, the early morning

106
AWW

229

1      hours, did you go to the police station at Grand and

2      Central?

3           A.    Yes.

4           Q.    And did you talk to some policemen there?

5           A.    Yes.

6           Q.    Javier, did you tell the policemen you knew

7      who shot New York?

8           A.    Yes.

9           Q.    Who did you tell them shot New York?

10          A.    Macho.

11          Q.    Where do you know Macho from?

12          A.    From the rival gang.

13          Q.    Which gang is Macho in?

14          A.    Latin Kings.

15          Q.    Which gang are you in?

16          A.    Cobras.

17          Q.    Was New York also in the Cobra gang?

18          A.    Yes.

19          Q.    So, when you told the police Macho was a

20      shooter, were you telling them the truth or a lie?

21          A.    I was telling them a lie.

22          Q.    Now, did you talk to the police again later

23      on that day?

24          A.    Yes.

107
AWW

230

PFP000346

1    Q.    On the 28th, after you told them that Macho

2    was the shooter?

3    A.    Yes.

4    Q.    And at that time, did you tell the police

5    that you had been lying?

6    A.    Yes.   No.

7    Q.    Did you ever tell the police you had been

8    lying about Macho?

9    A.    No.

10   Q.    Let me ask you this, Javier.   Did you get a

11   look at either of these guys?

12   A.    No.

13   Q.    Did you sometime tell the police that you

14   couldn't identify the guy who shot New York?

15   A.    No.

16   Q.    After you told the police that it was Macho,

17   did you -- did you view a lineup?

18   A.    No.

19   Q.    Did you view a lineup on July 7th of 1989?

20   A.    Yes.

21   Q.    Do you remember the police coming back to get

22   you?

23   A.    Yes.

24   Q.    And did they take you back to Grand and

108
AWW

1    Central, do you remember that?

2         A.   Yes.

3         Q.   Do you remember looking at a lineup that day?

4         A.   Yes.

5         Q.   Did you pick anybody out of that lineup?

6         A.   No.

7         Q.   Why not?

8         A.   Because I didn't see nobody that looked like

9    it.

10        MS. HANLON: May I have one minute, Judge?

11                   Now, Javier, when you told the police

12   that Macho was the shooter, why did you tell them

13   that?

14        A.   Because me and him had, you know, we ain't

15   get along.

16        Q.   Were you lying to the police when you told

17   them that?

18        A.   Yes.

19        MS. HANLON: I have no other questions, Judge, of

20   Mr. Torres.

21                        CROSS EXAMINATION

22                        BY MR. CAREY:

23        Q.   Javier, you're in the Audy Home now?

24        A.   Yes.

109
AWW

232.

1    Q.   That's the juvenile detention center, is that

2 right?

3    A.   Yes.

4    Q.   You have got a case pending against you,

5 right?

6    A.   Yes.

7    Q.   That means the State's Attorneys Office is

8 prosecuting a case against you, is that right?

9    A.   Yes.

10   Q.   Okay.  And you know that, don't you?

11   A.   Yes.

12   Q.   You know that as you sit here testifying

13 today, don't you?

14   A.   Yes.

15   Q.   The State's Attorney's Office asked you to

16 testify in this case, didn't they?

17   A.   No.

18   Q.   Did you call them up and volunteer?

19   A.   No.

20   Q.   Well, how is it that you came here today,

21 Javier?

22   A.   They said I had a court case in 26th.

23   Q.   Who said that?

24   A.   I just see my clothes over there and they

110
AWW

PFP000349

1    told me I had a court case.

2        Q.    When you came over here, did you say wait a

3    minute, I want to go up and talk to the state's

4    attorney's?

5        A.    Yes.

6        Q.    That's what you told them?

7        A.    Yes.

8        Q.    They didn't know where you were going, they

9    just brought you over here, is that right?

10       A.    Yes.

11       Q.    It was no papers or anything saying where you

12   were supposed to go to?

13       A.    No.

14       Q.    They asked you where you wanted to go, is

15   that right?  You said I wanted to go up and talk to

16   the state's attorney's?

17       MS. HANLON: Objection.  Asked and answered, Judge.

18       THE COURT: I'm not so sure.  Overruled.

19       MR. CAREY:

20       Q.    They asked you what do you want to do at 26th

21   Street, Javier.  And you said I want to talk to the

22   state's attorney's because I got some valuable

23   information for them, is that right?

24       MR. CARBALLO: Objection.

111
AWW

234

1          THE WITNESS: Yes.

2          THE COURT: Okay.   Overruled.

3          MR. CAREY:

4          Q.    So, you were just being a concerned citizen

5    today?

6          A.    Yes.

7          Q.    So, where did those papers come from that got

8    you over here, do you know?

9          A.    No.

10         Q.    Was there a subpoena from the state's

11   attorney's office?

12         A.    I don't know.

13         Q.    You don't know.   Okay.   Now, you did talk to

14   the state's attorney's today, didn't you?

15         A.    Yes.

16         Q.    And they told you what questions they were

17   going to ask you today?

18         A.    No.

19         Q.    They didn't?   This is the first time you

20   heard these questions they just asked you?

21         A.    Yes.

22         Q.    They never -- nobody ever asked you any

23   questions before, is that right?

24         A.    No.

112
AWW

235

1    Q.   Okay.  Where were you this morning before you
2  came here?
3    A.   In the Juvenile Court.
4    Q.   You were over at the Juvenile Court?
5    A.   Yes.
6    Q.   What time did you get to this building?
7    A.   I don't know.  I have no idea.
8    Q.   An hour ago?
9    A.   About an hour.
10   Q.   Before lunch?
11   A.   Before lunch.  Yeah.
12   Q.   Okay.  You didn't talk to anybody before you
13  came into court today?
14   A.   No.
15   Q.   Now, you know that there's a state's attorney
16  that's going to be prosecuting you in the other case
17  too, don't you?
18   A.   Yeah.
19   MR. CARBALLO: Objection.  Asked and answered.
20   THE WITNESS:  No.
21   MR. CAREY:
22   Q.   Well, let's talk about the night your friend
23  was killed.
24              I'm going to show you what's been

113
AWW

1  previously marked as -- I'm going to show you what's
2  been previously marked People's Exhibit Number 10 for
3  identification.   You recognize that person?
4      A.   Yes.
5      Q.   Is that New York?
6      A.   Yes.
7      Q.   And that's how he looked after he got killed,
8  isn't it?
9      A.   Yes.
10      Q.   And you were crying that night, weren't you?
11      A.   Yes.
12      Q.   You wanted the guy that shot your friend
13  caught, didn't you?
14      A.   No.
15      Q.   No?
16      A.   Never seen him.
17      Q.   You told the police that Macho did it, didn't
18  you?
19      A.   Yes.
20      Q.   You told them I'm sure it was Macho, didn't
21  you?
22      A.   Yes.
23      Q.   And you went to the police station and you
24  pointed a picture of him out in a gang book, didn't

114
AWW

1   you?

2        A.   Yes.

3        Q.   You didn't care whether they caught the guy

4   that shot your friend?

5        A.   No.

6        Q.   You looked through that gang book, didn't

7   you?

8        A.   Yes.

9        Q.   And did they -- did anybody tell you who to

10  pick out in the gang book?

11       A.   No.

12       Q.   Okay.  You looked through it.  How many --

13  did you look through all the pages?

14       A.   I looked through all of them.

15       Q.   And you only picked out Macho, right?

16       A.   Yes.

17       Q.   You didn't pick out Jamie Rios, did you?

18       A.   No.

19       Q.   Now, when you talked to the police the night

20  that your friend was killed, you said you saw Macho

21  earlier before the shooting back in the alley, didn't

22  you?

23       A.   Yes.

24       Q.   Was that a lie?

115
AWW

238

```
 1      A.    No.

 2      Q.    You did see Macho back there in the alley?

 3      A.    Yes.

 4      Q.    Okay.  So that was true?

 5      A.    Yes.

 6      Q.    And he was with somebody?

 7      A.    Yes.

 8      Q.    And you knew it was Macho?

 9      A.    Yes.

10      Q.    You could see him there, right?

11      A.    Yes.

12      Q.    And you didn't recognize the person he was

13  with, did you?

14      A.    No.

15      Q.    You never pointed out Jamie -- Jamie Rios,

16  did you?

17      A.    No.

18      Q.    He was with someone?

19      A.    Yes.

20      Q.    Okay.  And then, a few minutes later you came

21  through the alley between Artesian and Western and you

22  walked along the gangway, is that right?

23      A.    Yes.

24      Q.    And the 2 guys were coming up from the south
```

116
AWW

PFP000355

1  from Potomac on Western, right?

2      A.    Yes.

3      Q.    Where you saw Macho?

4      A.    I saw them --

5      Q.    You saw them by the alley down by Potomac

6  between Artesian and Western, right?

7      A.    I saw them by Artesian.

8      Q.    Okay.  Well, the alley runs behind Artesian,

9  right?

10     A.    Yes.

11     Q.    And if somebody wanted to go back across

12 Western, they'd have to come -- they'd have to walk

13 east and come up north, right?

14     A.    Yes.

15     Q.    So, is that why you told the police it was

16 Macho?

17     A.    Yes.

18     Q.    You also told the police that the person who

19 was with Macho looked like him, didn't you?

20     A.    Yes.

21     Q.    You told them that he had a short Afro like

22 Macho?

23     A.    Yes.

24     Q.    Right?

117
AWW

1    A.    Yes.    Yes.

2    Q.    And you know Macho when you see him, don't

3    you?

4    A.    Yes.

5    Q.    In fact, I'm going to show you a picture.

6    I'm going to mark this Defendant's Exhibit Number One

7    for identification.

8              May I approach the witness, Judge?

9    THE COURT: Yes.

10   MR. CAREY:

11   Q.    I'm going to show you this picture and ask

12   you if you recognize that person?

13   A.    Yes.

14   Q.    Who is that person?

15   A.    Macho.

16   Q.    That's Macho.    That's Macho Melindez, that's

17   the person you told the police shot your friend?

18   A.    Yes.

19   Q.    And he has Afro hair like a black person,

20   right?

21   A.    Yes.

22   Q.    Okay.  And you told the police that the

23   person that was with him, that -- when he shot your

24   friend had hair just like that?

118
AWW

1    A.    Yes.

2    Q.    He was about the same size?

3    A.    Yes.

4    Q.    Except that you said that the person who was

5    with Macho was a little less muscular and he was

6    younger than Macho.  You told the police that too,

7    didn't you?

8    A.    Yes.

9    Q.    Okay.  Was that the truth?

10   A.    No.

11   Q.    How is it that you told -- why did you tell

12   them that the person was less muscular, and younger?

13   You thought that sounded good?

14   A.    I was lying.

15   Q.    Well, Macho is -- or Jamie Rios is older than

16   Macho, isn't he?

17        MR. CARBALLO: Objection.

18        THE WITNESS:  I don't know.

19        THE COURT: Let the answer stand.  Overruled.

20        MR. CAREY:

21   Q.    The information that you gave the police was

22   that you, Torres, knows Macho from the area.  You or

23   Torres.  And is certain that he's the shooter.  He did

24   not recognize the second offender --

119
AWW

1          MS. HANLON: Judge, I'm going to object to him

2     reading from the police report.

3          MR. CAREY:

4          Q.   Is this what you told the police?

5          A.   No.

6          Q.   That you knew Macho from the area and that

7     you were certain that he was the shooter?

8          A.   Yes.

9          Q.   That you didn't recognize the second offender

10    but the second offender closely matches Macho although

11    he's less muscular, and younger?

12         A.   Yes.

13         Q.   That what you told the police?

14         A.   No.

15         Q.   That's not what you told the police?

16         A.   Never told the police that.

17         Q.   So, that's not a lie then, you just didn't

18    tell them that?

19         A.   It is a lie.

20         Q.   Well, did you tell them that lie?

21         A.   Yes.

22         Q.   Now, you also told the police when your

23    friend was shot, he was grabbed and pushed on to the

24    car, didn't you.  You saw that, didn't you?

120
AWW

243

1      A.   No.  Because as soon as I seen the pistol I

2  started running.  When I started running I heard some

3  shooting.  I started running more faster.

4      Q.   So, you couldn't see anything, right?

5      A.   No.  I didn't see nothing.

6      Q.   Didn't you see them grab him and push him on

7  the car?

8      A.   No.

9      Q.   You didn't see that?

10      A.   No.

11      Q.   You told the police you saw that though,

12  didn't you?

13      A.   It was a lie.

14      Q.   That was a lie?

15      A.   Yes.

16      Q.   But you did tell the police that's what you

17  saw?

18      A.   No.

19      MS. HANLON: Judge I'll object to asked and

20  answered.  I think he's asking the same questions over

21  and over and the witness is getting confused.

22      THE COURT: That may be.  Overruled.

23  MR. CAREY:

24      Q.   Did you tell the police that you saw them

121
AWW

1   come up the sidewalk and that your friend was

2   immediately grabbed by the offender number one who was

3   Macho?  Said "Latin King.  And he pushed him against

4   the car."  Did you say that to the police?

5        A.   Yes.

6        Q.   And you thought up that lie as you were

7   talking to the police.  Were you crying when you

8   thought up that lie?

9        A.   Yes.

10       Q.   So as you were crying, telling the police

11   what they needed to know to find the shooter, shooter

12   of your friend, you were lying?

13       A.   Yes.

14       Q.   Now, you know if you testify for the state

15   today the state's attorney could call the state's

16   attorney over at Juvenile Court, right?

17       A.   Yes.

18       Q.   State's attorney could help you?

19       A.   Yes.

20       Q.   In your other case.  You know that don't you?

21       A.   Yes.

22       MR. CAREY: One moment, Judge.   No further

23   questions, at this time.

24                 REDIRECT EXAMINATION

122
AWW

PFP000361

BY MS. HANLON:

1

2     Q.    Javier, tell can you tell the ladies and

3     gentlemen about those juvenile cases?  What are they

4     all about?

5     A.    They about 2 sales of cocaine and violation

6     of probation.

7     Q.    And has something happened on those cases?

8     A.    Yes.

9     Q.    Tell them what's happened to those cases.

10    What's going on with this cases?

11    A.    Cases still going on.  And I go in the --

12    they gave me a leave for the 3rd so I can leave for

13    Puerto Rico with my mother.

14    Q.    They told you you can go to Puerto Rico with

15    your mother?

16    A.    Yes.

17    Q.    Do you ever have to come back to Juvenile

18    Court for those cases?

19    A.    No.

20    Q.    Javier, let me ask you this.  Have I or any

21    state's attorney's made you any promises for coming in

22    here to testify?

23    A.    No.

24    MS. HANLON: I have no other questions, Judge.

123
AWW

PFP000362

```
 1                    RECROSS EXAMINATION
 2                    BY MR. CAREY:
 3      Q.    You have been in the system for a while,
 4   haven't you, Javier?
 5      MS. HANLON: Objection, Judge.
 6      THE WITNESS: Yes.
 7      MR. CAREY:
 8      Q.    You know how it goes, don't you.
 9      A.    Yes.
10      MS. HANLON: I'll withdraw the objection he's been
11   in the system.
12      THE COURT: Thank you.  Okay.  Anything else?
13      MS. HANLON: Nothing else, Judge.
14      THE COURT: Thank you.  You may step down, sir.
15   Call your next.
16      MR. CARBALLO: At this time we'd call Dr. Konakci.
17                    YUKSEL KONAKCI,
18   called as a witness on behalf of the People of the
19   State of Illinois, having been first duly sworn, was
20   examined and testified as follows:
21                    DIRECT EXAMINATION
22                    BY MR. CARBALLO:
23      Q.    Doctor, could you please introduce yourself
24   to the ladies and gentlemen of the jury and please
```

124
AWW

247

## <u>CERTIFICATE OF SERVICE</u>

Stephen L. Richards certifies that on  January 28, 2026   he served the **DESIGNATIONS AND COUNTERDESIGNATONS – JAVIER TORRES TRIAL TESTIMONY**

through the ECF filing system.

*/s/ Stephen L. Richards*            
By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946