IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAIME RIOS

    Plaintiff,

        vs.                                Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

    Defendants.                         JURY TRIAL DEMANDED

    Defendants.

**DESIGNATIONS AND COUNTERDESIGNATONS – SAMANTHA HUDSON TRIAL TESTIMONY**

Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards submits the attached deposition designations for the trial testimony of Samantha Hudson. Plaintiff's designations are marked in orange.

Respectfully Submitted,

                                                        JAIME RIOS

                                                        By and through

                                                        /s/ Stephen L. Richards

                                                        By: Stephen L. Richards Attorney

for Plaintiff
53 West Jackson
Suite 756
Chicago, IL 60604
773-817-6927
sricha5461@aol.com Attorney No: 6191946

2

```
 1                 MS. SAMANTHA HUDSON,
 2   called as a witness on behalf of the defense, being
 3   first duly sworn, was examined and testified as
 4   follows:
 5                 DIRECT EXAMINATION
 6                 By Mr. Carey:
 7       THE COURT:   Please be seated.
 8       MR. CAREY:
 9       Q.   Miss Hudson, I am going to ask you to keep
10   your voice up so everyone can hear you.  Especially
11   the people back here.  You are also going to have to
12   answer out loud.  You can't shake your head because
13   the man in front has to write down everything.  Okay?
14       A.   Okay.
15       Q.   First tell us your name.
16       A.   Samantha Hudson.
17       Q.   Can you spell that?
18       A.   S-a-m-a-n-t-h-a, H-u-d-s-o-n.
19       Q.   And how old are you, Miss Hudson?
20       A.   24.
21       Q.   In June of 1989 where were you living?
22       A.   2419 West Potomac.
23       Q.   Now, does that building border on the
24   alley?
```

169

```
 1        A.   Excuse me?
 2        Q.   Does that building you live in border on an
 3   alley?
 4        A.   Yes.
 5        Q.   And is that the alley between Artesian and
 6   Western?
 7        A.   You mean Potomac and Western?
 8        Q.   Yes.
 9        A.   Yes.
10        Q.   Okay.  Now, on the other side of the alley
11   is there a fire station?
12        A.   Yes, it is.
13        Q.   Now, on the 27th of June of 1989 were you
14   sitting outside?
15        A.   Yes.
16        Q.   Were you sitting outside with anyone?
17        A.   Yes, I was.
18        Q.   Who was that?
19        A.   A sister-in-law.
20        Q.   At any point did you go into the alley?
21        A.   Yes.
22        Q.   And when you went to the alley why did you
23   go into the alley?
24        A.   To take the garbage.
```

170

PFP000625

```
 1        Q.   When you got to the garbage cans did you
 2   see, did anything unusual happen?
 3        A.   Yes, it did.
 4        Q.   What was that?
 5        A.   Two guys behind a waste can, garbage can.
 6        Q.   And could you describe what those guys
 7   looked like?
 8        A.   Well, I didn't really get a good look at
 9   them because it was dark and no lights in the alley.
10   But when they came from behind the garbage can, the
11   first one came from behind the garbage can, he had
12   black straight curly hair.  And I asked him, could I
13   --
14        Q.   What?
15        A.   Can I say what I wanted to say?
16        Q.   Sure.
17        A.   I asked him, what the fuck you doing back
18   there?  He told me to mind my own damn business.  He
19   told me to shut the fuck up.
20        Q.   Now, do you know what -- could you tell us
21   what he was wearing?
22        A.   Well, when they came both, when they both
23   came from back there they went across the street on
24   left hand side toward Western Avenue.
```

171

PFP000626

1       By them running across the street one had a
2 green shirt on and I forgot what the second guy had
3 on, but they both was wearing British Knight gym shoes
4 with BK on the side.
5     Q.   This first person you talked about, did he
6 have a mustache or was he clean shaven?
7     A.   He was clean shaved. Because like I say it
8 was dark and I would have recognized a mustache in the
9 dark. It wasn't that dark dark that I couldn't see,
10 but I glanced at him. And I turned my head when he
11 told me to shut the fuck up.
12     Q.   And did he have a smooth complexion or rough
13 complexion?
14     A.   It was smooth.
15     Q.   Do you remember how tall they were?
16     A.   I would say about 5' 5". About 5' 5". I
17 would say they weigh about 130 to 40 pounds.
18     Q.   Now, so only one of the men spoke to you?
19     A.   Yes.
20     Q.   Now, were you later asked to view a lineup
21 by the police?
22     A.   Yes, I was.
23     Q.   In fact, how many lineups did you look at
24 at?

172

PFP000627   510

1     A.   Twice.
2     Q.   And were any of the participants in either
3  of those lineups asked to speak?
4     A.   No.
5     Q.   Did you identify anyone in either of those
6  lineups?
7     A.   No.
8     Q.   Now, I came to your house on January 4th of
9  this year?
10    A.   Uh-huh.
11    Q.   Almost a year ago.  Do you remember that?
12    A.   Yes, I do.
13    Q.   I was with a short blonde woman?
14    A.   Yes.
15    Q.   And I talked to you then about the people
16 that you saw in the alley, is that right?
17    A.   Yes, you did.
18    Q.   And I am going to show you what I am going
19 to mark, Judge, I marked some other exhibits and I
20 forgot to mark this.  Can I mark this 12?
21    THE COURT:   Sure.
22    MS. HANLON:   Counsel, are you marking ours or
23 yours?
24    MR. CAREY:   Fine.

173

PFP000628

1  MS. HANLON: Okay.
2  MR. CAREY:
3  Q. I am going to show you what I have just
4  marked as Defense Exhibit No. 12 for identification.
5  I am going to ask you to take a look at that.
6  A. Okay.
7  Q. Do you recognize that?
8  A. Yes. I recognize the photo you showed me in
9  my house.
10 Q. And when I showed you that photo did I ask
11 you to look at that photograph and see if there was
12 anyone that you could pick out that was in the alley
13 that night?
14 A. Yes, you did.
15 Q. And did you pick out anyone?
16 A. No, I didn't.
17 Q. And is that photograph the same as this
18 photograph?
19 THE COURT: Indicating?
20 MR. CAREY: I am sorry, Judge. It is People's
21 Exhibit No. 2 for identification.
22 THE COURT: Okay. Thank you very much.
23 MR. CAREY:
24 Q. Is this photograph a blown up version of

174

```
 1    that photograph?
 2         A.   Yes, it is.
 3         Q.   Now, did you recognize anyone else in the
 4    photograph?
 5         A.   Yes, The guy I went to high school with is
 6    in the middle.
 7         Q.   I asked to you take a second look at this,
 8    didn't I?
 9         A.   Yes.
10         Q.   I asked to you to be sure before you
11    answered me?
12         A.   Yes, you did.
13         Q.   And you said that --
14         A.   No.
15         Q.   No one in this lineup was there that night?
16         A.   No, it wasn't.
17         MS. HANLON:  Objection.  Leading.
18         THE COURT:  I will let it stand.
19         MR. CAREY:  I have no further questions at this
20    time, Judge.
21         THE COURT:  Cross.
22         MR. CAREY:  I am sorry, Judge.  Could I have one
23    second?
24         THE COURT:  Sure.
```

175

PFP000630  513

1   MR. CAREY: A couple things.
2         Did either of these mean have anything in
3   their hands?
4         A.  Yes, they did. The one with the black
5   straight curly hair, they was walking and they was,
6   had both of their arms on the right hand side of they
7   legs and holding something. So, you know, yes.
8         Q.  By the way, what color hair did the other
9   person have?
10        A.  Blonde hair.
11        Q.  Now, did they, you said that they crossed
12  the street?
13        A.  Yes, they did. They come out the alley and
14  ran across the street, you know, going toward Western
15  Avenue.
16        Q.  As they got to Western Avenue what did you
17  do?
18        A.  Okay. When I came out the alley I went into
19  my hallway. I have 3 doors to enter my house. First
20  door I went in and second door I opened.
21        And but when I came in the first door I had
22  already seen them running around on Western Avenue
23  around the corner. So, I didn't pay, really pay it no
24  attention. But I am a nosey person.

176                                              514

PEP000631

1   So I came back in towards the house.  Then I
2   heard the gunshots go off.  So I came back out and I
3   stepped out of the doorway.  That is when I seen the
4   other boys running towards the corner.
5           I heard the police car and left my door and
6   I ran to the corner of Western and Potomac on the left
7   hand side where the fire hydrant at.  Then somebody
8   hollared, somebody got shot.  They mentioned it was
9   New York.  As he was a friend of mine, not very close,
10  but --
11      THE COURT:  Excuse me.  Could you pose another
12  question?
13      MR. CAREY:
14      Q.  Did you see anyone on the sidewalk?
15      A.  No.  What sidewalk.
16      Q.  Laying on the sidewalk?
17      A.  Yes.
18      Q.  Who was that?
19      A.  He was laying between the curb.
20      Q.  Who was laying between the curb?
21      A.  The guy New York.
22      Q.  You knew New York?
23      A.  Yes.
24      MR. CAREY:  No further questions.

177

```
 1        THE COURT:  Cross.
 2                CROSS-EXAMINATION
 3             By Ms. Hanlon:
 4        Q.   Miss Hudson, do you remember what time it
 5   was that you went out into your alley?
 6        A.   It was about 11:30, 11:45.
 7        Q.   Did you go out there by yourself or with
 8   somebody else?
 9        A.   No.  By myself.
10        Q.   You already testified it was pretty dark in
11   the alley, correct?
12        A.   Yes, it was.
13        Q.   When you first saw these two individuals
14   they were behind the garbage dumpster?
15        A.   When I threw the garbage in the garbage can
16   they came out and scared me.  That is when I asked
17   them what was they have doing back there.
18        Q.   How far were you away from them when you
19   first saw these two guys?
20        A.   They was behind the garbage can.  I'd say --
21        Q.   So the garbage can was between you and two
22   men, is that right?
23        A.   No. I came out first.  The garbage can
24   here, it is open space.  Garbage can wasn't pushed
```

1 against the brick wall. It was space between the
2 garbage can and brick wall. Space right there.
3     Q. When you first saw these two guys were parts
4 of their bodies covered from the garbage can?
5     A. Yes, it was.
6     Q. About how long was it that you talked to
7 them or looked at them in that alley?
8     A. Wasn't that long.
9     Q. Maybe a second or two?
10     A. I -- well, after I said what I said and he
11 said what he said I glanced and just turned away from
12 him.
13     Q. That was the last time you saw these two
14 individuals looking at you, isn't that right?
15     A. Yes, it was.
16     Q. Now, the description that Counsel asked you
17 about that you gave that description was based on your
18 seeing them in that dark alley, is that right?
19     A. Yes, it is.
20     Q. For a period of, maybe, seconds, correct?
21     A. Yes.
22     Q. Now, this guy that had a green shirt on, you
23 didn't really get a look at his face, did you?
24     A. No.

179

1    Q.   Now, when Counsel, when he talked to you
2  back on January 4th of 1989. I showed you that
3  picture, this picture right here?
4    A.   Yes.
5    Q.   People's Exhibit No. 2.  He showed you this,
6  correct?
7    A.   Yes, he did.
8    Q.   You didn't recognize anybody in this
9  picture, did you?
10   A.   Nobody but the guy I went to high school
11 with.
12   Q.   When you viewed the lineups, Miss Hudson,
13 you weren't able to pick anybody out from those
14 lineups either, were you?
15   A.   No, I wasn't.
16   Q.   Is the reason you couldn't pick out a
17 picture from this photograph, a person from this
18 photograph or from the lineups is because you really
19 didn't get a good look at these guys?
20   A.   That is what I told the detectives.
21   Q.   Mrs. Hudson, you weren't at 1316 North
22 Western Avenue on the street at about 11:50 p.m., were
23 you?
24   A.   Yes.  I was on the left hand side.

180

PFP000635

1  Q. Did you see a person shoot New York down in cold blood on the street?

3  A. No, I didn't. Because I heard the gun shots when I was in the hallway. That is what brought me out to run to the corner to find out what was going on.

7  Q. You weren't even on the street when New York got killed, were you?

9  A. No, I wasn't.

10  MS. HANLON: Can I have one second, Judge?

11  Nothing further, Judge. Thank you.

12  THE COURT: Mr. Carey.

13  MR. CAREY: No further questions, Judge.

14  THE COURT: Thank you very much, Miss Hudson. You may step down.

16  A. Thank you.

17  (Witness excused.)

18  THE COURT: Call your next.

19  MS. SHIELDS: Judge, we would call Officer Harris. He is right outside.

21  THE COURT: Okay.

22  MR. CARBALLO: Judge, may I request a sidebar, please?

24  THE COURT: Please raise your right hand, sir.

181

## CERTIFICATE OF SERVICE

Stephen L. Richards certifies that on  January 28, 2026   he served the  DESIGNATIONS AND COUNTERDESIGNATONS – SAMANTHA HUDSON  TRIAL TESTIMONY

through the ECF filing system.

*/s/ Stephen L. Richards*
By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946

3