IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAIME RIOS

    Plaintiff,

      vs.                                Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

    Defendants.                        JURY TRIAL DEMANDED

    Defendants.

**DESIGNATIONS – REYNALDO GUEVARA DEPOSITION (AND VIDEOTAPE)**

    Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards submits the attached deposition designations for Reynaldo Guevara's deposition and videotape. The videotaped excerpts, as marked, have been tendered to the defendants. Plaintiff's designations are marked in orange.

    Respectfully Submitted,

                                                    JAIME RIOS

                                                    By and through

                                                    /s/ Stephen L. Richards

                                                     By: Stephen L. Richards Attorney

for Plaintiff
53 West Jackson
Suite 756
Chicago, IL 60604
773-817-6927
sricha5461@aol.com Attorney No: 6191946

## CERTIFICATE OF SERVICE

Stephen L. Richards certifies that on January 28, 2026 he served the **DESIGNATIONS – REYNALDO GUEVARA DEPOSITION (AND VIDEOTAPE)**

through the ECF filing system.

*/s/ Stephen L. Richards*
By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946