## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JAIME RIOS


     Plaintiff,


       vs.                        Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO



     Defendants.                    JURY TRIAL DEMANDED



           Defendants.

**DESIGNATIONS – REYNALDO GUEVARA DEPOSITION (AND VIDEOTAPE)**

     Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M.

Richards submits the attached deposition designations  for Reynaldo Guevara's deposition and

videotape. The videotaped excerpts, as marked, have been tendered to the defendants. Plaintiff's

designations are marked in orange.

     Respectfully Submitted,


                    JAIME RIOS

                    By and through

                    /s/ Stephen L. Richards

                    By: Stephen L. Richards Attorney

for Plaintiff
53 West Jackson
Suite 756
Chicago, IL 60604
773-817-6927
sricha5461@aol.com Attorney No:
6191946

# EXHIBIT B

Deposition of Reynaldo Guevara

**In the Matter Of:**

RIOS vs GUEVARA

1:22-cv-03973

---

# REYNALDO GUEVARA

*March 27, 2023*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                      EASTERN DIVISION

 4    JAIME RIOS,                     )

 5                  Plaintiff,        )

 6        -vs-                        ) Case No.

 7    REYNALDO GUEVARA                ) 1:22-cv-03973

 8    MICHAEL MASON                   )

 9    ERNEST HALVORSEN                )

10    BARBARA RILEY                   )

11    CITY OF CHICAGO                 )

12    COOK COUNTY,                    )

13                  Defendants.       )

14

15         The videotaped deposition of REYNALDO

16    GUEVARA, via Zoom, called for examination, taken

17    pursuant to the Federal Rules of Civil Procedure of

18    the United States District Courts pertaining to the

19    taking of depositions, taken before NANCY A.

20    GUIDOLIN, CSR No. 84-2531, a Notary Public within

21    and for the County of DuPage, State of Illinois,

22    and a Certified Shorthand Reporter of said state,

23    at Chicago, Illinois, on the 27th day of

24    March, 2023, commencing at 10:00 a.m.
```



1    PRESENT: (VIA ZOOM)

2

3        LAW OFFICE OF STEPHEN L. RICHARDS,

4        (53 West Jackson Boulevard, Suite 756,

5        Chicago, Illinois 60604,

6        773-817-6927), by:

7        STEPHEN L. RICHARDS, ESQ.,

8        sricha5461@aol.com,

9            appeared on behalf of the Plaintiff;

10

11       THE SOTOS LAW FIRM, P.C.,

12       (141 West Jackson Boulevard, Suite 1240A,

13       Chicago, Illinois 60604,

14       630-735-3300), by:

15       JOSEPH M. POLICK, ESQ.,

16       jpolick@jsotoslaw.com,

17           appeared on behalf of Defendant

18           Michael Mason and Joanne Halvorsen;

19

20

21

22

23

24



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  3

```
 1   PRESENT:  (VIA ZOOM)

 2        LEINENWEBER BARONI & DAFFADA, LLC,

 3        (120 North LaSalle Street, Suite 200,

 4        Chicago, Illinois 60602

 5        847-251-4091), by:

 6        MEGAN K. McGRATH, ESQ.,

 7        mkm@ilesq.com,

 8        THOMAS M. LEINENWEBER, ESQ.,

 9        thomas@ilesq.com,

10             appeared on behalf of Defendant

11             Reynaldo Guevara;

12        ROCK FUSCO & CONNELLY, LLC,

13        (333 West Wacker Drive, 19th Floor,

14        Chicago, Illinois 60606,

15        312-970-3474), by:

16        AUSTIN G. RAHE, ESQ.,

17        arahe@rfclaw.com,

18        LAUREN FERRISE, ESQ.,

19        lferrise@rfclaw.com,

20             appeared on behalf of Defendant

21             City of Chicago.

22

23   REPORTED BY:  NANCY A. GUIDOLIN, C.S.R.,

24             CERTIFICATE NO. 84-2531.
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  4

```
 1        THE VIDEOGRAPHER:  This marks the start of the
 2   deposition.  Today's date is Monday, March 27,
 3   2023.  We are going on the record at 10:06.
 4                   (WHEREUPON, the witness was duly
 5                   sworn.)
 6                   REYNALDO GUEVARA,
 7   called as a witness herein, having been first duly
 8   sworn, was examined and testified as follows:
 9                   EXAMINATION
10   BY MR. RICHARDS:
11        Q.    Okay.  Mr. Guevara, my name is Steven
12   Richards.  I'm an attorney, and I represent Jaime
13   Rios.  I'm sure that you've been for depositions
14   before, but just to give you a couple of heads up,
15   if you don't hear or understand my question, just
16   let me know.
17             If you need to have a question
18   explained, just let me know.  If you can give yes,
19   no answers or other answers, let me know, and if
20   you're asserting any privilege with respect to any
21   question, let me know.
22             At any point if you need to consult with
23   your attorney, again, just let me know, but you
24   can't do that in the middle of a question.  You
```



1   have to wait for the question/answer to be finished

2   before you do that.

3               And with that, could you please state

4   your name for the court reporter and spell your

5   first and your last name?

6        A.     Reynaldo, R-e-y-n-a-l-d-o, G-u-e-v-a-r-a

7   for the record last name.

8        Q.     Okay.  And, Mr. Guevara, I would like to

9   take you back to June of 1989.  At that time were

10  you a gang specialist with the Chicago Police

11  Department.

12       A.     On advice of my attorney I invoke my

13  Fifth Amendment right against self-incrimination.

14       Q.     Okay.  And are you invoking your Fifth

15  Amendment rights because an answer to that question

16  will incriminate you?

17       A.     On advice of my attorney I invoke my

18  Fifth Amendment right against self-incrimination.

19       Q.     On June 27th -- these questions will

20  concern the investigation into the murder of Luis

21  Morales - for the court reporter that's spelled

22  L-u-i-s, Morales, M-o-r-a-l-e-s - which took place

23  on June 27th of 1989.

24               Mr. Guevara, is it true that no one



REYNALDO GUEVARA                                      March 27, 2023
RIOS vs GUEVARA                                                    6

1   asked you to be involved in the investigation of

2   the Morales murder?

3        A.    On advice of my lawyer I invoke my Fifth

4   Amendment rights against self-incrimination.

5        Q.    And are you invoking your rights against

6   self-incrimination because in answering that

7   question would incriminate you?

8        A.    On advice of my lawyer I invoke my Fifth

9   Amendment rights against self-incrimination.

10       Q.    Is it true that you heard about the

11  Morales murder and you voluntarily became involved

12  in the investigation?

13       A.    I take the Fifth.

14       Q.    Okay.  Are you taking the Fifth because

15  an answer to that question will incriminate you?

16       A.    I take the Fifth.

17       Q.    Is it true that what you heard is that a

18  man named Luis Morales had been shot to death at

19  1360 North Western Avenue?

20       MR. LEINENWEBER:  Objection.  Form and

21  foundation.

22  BY THE WITNESS:

23       A.    Take the Fifth.

24  BY MR. RICHARDS:



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                7

```
1          Q.    Are you taking the Fifth because an
2    answer to that question will incriminate you?
3          A.    Take the Fifth.
4          Q.    Is it true that you began -- that you
5    became involved in the investigation on June 27th,
6    1989, the day of the killing?
7          MR. LEINENWEBER:   Objection.   Form.
8    Foundation.
9    BY THE WITNESS:
10         A.    Take the Fifth.
11   BY MR. RICHARDS:
12         Q.    Are you taking the Fifth because an
13   answer to that question will incriminate you?
14         A.    I take the Fifth.
15         Q.    Is it true that you became involved in
16   the investigation on July 3rd of 1989?
17         MR. LEINENWEBER:   Objection.   Form.
18   Foundation.
19   BY THE WITNESS:
20         A.    Take the Fifth.
21   BY MR. RICHARDS:
22         Q.    Are you taking the Fifth because an
23   answer to that question will incriminate you?
24         A.    Take the Fifth.
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  8

1        Q.    When you began investigating the Luis

2   Morales case, is it true that you had reviewed the

3   beat officer's report and the case report but you

4   had not reviewed any of the detectives'

5   supplementary reports?

6        MR. LEINENWEBER:  Objection.  Form.

7   Foundation.

8   BY THE WITNESS:

9        A.    Take the Fifth.

10  BY MR. RICHARDS:

11       Q.    Are you taking the Fifth Amendment to

12  that question because the answer to that -- an

13  answer to that question will incriminate you?

14       A.    Take the 5th.

15       Q.    Is it true that you are unaware that a

16  man named Jose Macho Melendez had been named as the

17  shooter in the Luis Morales murder?

18       MR. LEINENWEBER:  Objection.  Form.

19  Foundation.

20       MR. POLICK:  Join in that objection.

21  BY THE WITNESS:

22       A.    Take the Fifth.

23  BY MR. RICHARDS:

24       Q.    I'm going to withdraw and rephrase.



```
1                When you became involved in the Luis

2    Morales investigation after either June 27th of

3    1989 or July 3rd of 1989, is it true that at that

4    time you were unaware that Jose Macho Melendez had

5    been named as the shooter?

6         MR. LEINENWEBER:   Objection.   Form.

7    Foundation.

8    BY THE WITNESS:

9         A.     Take the Fifth.

10   BY MR. RICHARDS:

11        Q.     Are you taking the Fifth because an

12   answer to that question will incriminate you?

13        A.     Take the Fifth.

14        Q.     Isn't it true that you fabricated the

15   existence of informants who implicated Jaime Rios

16   and Cristino Garcia in the murders?

17        MR. LEINENWEBER:   Objection.   Form.

18   Foundation.

19   BY THE WITNESS:

20        A.     Take the Fifth.

21   BY MR. RICHARDS:

22        Q.     Are you taking -- and you're taking the

23   Fifth because an answer to that question will tend

24   to incriminate you?
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              10

```
 1        A.    Take the Fifth.
 2        Q.    Isn't it true that you wrote false
 3   police reports detailing what you said the
 4   informants had said and you conveyed that same
 5   false information to the prosecutors during the
 6   course of the investigation of the Morales murder
 7   and the subsequent trial?
 8        MR. LEINENWEBER:  Objection.  Form.
 9   Foundation.
10   BY THE WITNESS:
11        A.    Take the Fifth.
12        MR. POLICK:  Join in the objection.
13   BY MR. RICHARDS:
14        Q.    Are you -- and did you author -- are you
15   taking the Fifth to that question because it will
16   incriminate you?
17        A.    Take the Fifth.
18        Q.    Is the time period when you fabricated
19   the existence of the informants and wrote the false
20   police reports some time between June of 1989 and
21   the trial of this case in November of 1990?
22        A.    Take the Fifth.
23        MR. LEINENWEBER:  Objection.  Form.
24   Foundation.
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              11

1        MR. POLICK:  Join in the objection.

2    BY MR. RICHARDS:

3        Q.    Are you taking the Fifth because the

4    answer will incriminate you?

5        A.    Take the Fifth.

6        Q.    Isn't it true that during this time

7    period that you falsely claimed in conversations

8    with the prosecutors and other detectives that the

9    informants had told you where the guns used in the

10   murder could be found?

11       MR. LEINENWEBER:  Objection.  Form.

12   Foundation.

13       MR. POLICK:  Join in the objection.

14   BY THE WITNESS:

15       A.    Take the Fifth.

16   BY MR. RICHARDS:

17       Q.    Are you taking the Fifth because your

18   answer to that question will incriminate you?

19       A.    Take the Fifth.

20       Q.    On July 9, 1989, did you begin to search

21   or look for Jaime Rios?

22       MR. LEINENWEBER:  Form.  Foundation.

23   BY THE WITNESS:

24       A.    Take the Fifth.



REYNALDO GUEVARA                                      March 27, 2023
RIOS vs GUEVARA                                                   12

1    BY MR. RICHARDS:

2        Q.    Are you taking the Fifth to that

3    question because an answer will incriminate you?

4        A.    Take the Fifth.

5        Q.    On July 6, 1989, about 9:30 p.m. at

6    night, you found Jaime Rios riding a bicycle in

7    front of Rios's house at 1440 North Leavitt?

8        MR. LEINENWEBER:  Objection.  Form.

9    Foundation.

10   BY THE WITNESS:

11       A.    Take the Fifth.

12       MR. POLICK:  Join in the objection.

13   BY MR. RICHARDS:

14       Q.    Are you taking the Fifth because that

15   question will incriminate you?

16       A.    Take the Fifth.

17       Q.    Isn't it true that as Rios was standing

18   in front of his house, you and another officer

19   approached him; isn't that true?

20       MR. LEINENWEBER:  Objection.  Form.

21   Foundation.

22   BY THE WITNESS:

23       A.    Take the Fifth.

24   BY MR. RICHARDS:



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  13

```
 1        Q.    You are taking the Fifth because an
 2   answer to that question will incriminate you?
 3        A.    Take the Fifth.
 4        Q.    Isn't it true that you -- that after you
 5   had approached Jaime Rios on July 6, 1989, at about
 6   9:30 p.m., you said that you wanted to talk to
 7   Jaime Rios?
 8        MR. LEINENWEBER:  Objection.  Form.
 9   Foundation.
10   BY THE WITNESS:
11        A.    Take the Fifth.
12   BY MR. RICHARDS:
13        Q.    Are you -- are you taking the Fifth
14   because an answer to that question will tend to
15   incriminate you?
16        A.    Take the Fifth.
17        Q.    Isn't it true that after you said that
18   you want to talk to Rios, Rios asked you for what
19   --
20        A.    Take the Fifth.
21        Q.    -- for what purpose was he being
22   questioned; isn't that true?
23        MR. LEINENWEBER:  Objection.  Form.
24   Foundation.
```



REYNALDO GUEVARA                    March 27, 2023
RIOS vs GUEVARA                              14

```
 1   BY THE WITNESS:
 2        A.    Take the Fifth.
 3   BY MR. RICHARDS:
 4        Q.    Aren't you taking the Fifth because an
 5   answer to that question will incriminate you?
 6        A.    Take the Fifth.
 7        Q.    Isn't it true that Rios started to argue
 8   with you?
 9        MR. LEINENWEBER:  Objection.  Form.
10   Foundation.
11   BY THE WITNESS:
12        A.    Take the Fifth.
13   BY MR. RICHARDS:
14        Q.    Aren't you taking the Fifth because an
15   answer to that question will incriminate you?
16        A.    Take the Fifth.
17        Q.    After Rios continued to argue with you,
18   you grabbed him and took him to the back of the
19   house at 1440 North Leavitt?
20        MR. LEINENWEBER:  Objection.  Form.
21   Foundation.
22   BY THE WITNESS:
23        A.    Take the Fifth.
24   BY MR. RICHARDS:
```



REYNALDO GUEVARA
RIOS vs GUEVARA

March 27, 2023
15

```
1        Q.     You're taking the Fifth because an
2   answer to that question will tend to incriminate
3   you?
4        A.     Take the Fifth.
5        Q.     After you took Jaime Rios to the back of
6   the house, you handcuffed Jaime Rios?
7        A.     Take the Fifth.
8        MR. LEINENWEBER:  Objection.  Form.
9   Foundation.
10  BY THE WITNESS:
11       A.     Take the Fifth.
12  BY MR. RICHARDS:
13       Q.     You're taking the Fifth because an
14  answer to that question will tend to incriminate
15  you?
16       A.     Take the Fifth.
17       Q.     After you handcuffed Jaime Rios, another
18  officer pulled Rios by the fence while you went to
19  the middle door and went upstairs at 1440 North
20  Leavitt?
21       MR. LEINENWEBER:  Objection.  Form and
22  foundation.
23  BY THE WITNESS:
24       A.     Take the Fifth.
```



REYNALDO GUEVARA                                        March 27, 2023
RIOS vs GUEVARA                                                    16

```
 1   BY MR. RICHARDS:
 2        Q.    You're taking the Fifth because an
 3   answer to that question will tend to incriminate
 4   you?
 5        A.    Take the Fifth.
 6        Q.    Isn't it true that you and five or six
 7   other officers were in Jaime Rios's house for about
 8   15 or 20 minutes?
 9        MR. LEINENWEBER:  Objection.  Form.
10   Foundation.
11   BY THE WITNESS:
12        A.    Take the Fifth.
13        MR. POLICK:  Join in the objection.
14   BY MR. RICHARDS:
15        Q.    Aren't you -- aren't you asserting the
16   Fifth because an answer to that question would
17   incriminate you?
18        A.    Take the Fifth.
19        Q.    Isn't it true that you and other
20   officers took Rios to the next block past Leavitt,
21   which was Bell Street, and then put Rios in a
22   police car?
23        MR. LEINENWEBER:  Objection.  Form.
24   Foundation.
```



REYNALDO GUEVARA
RIOS vs GUEVARA

March 27, 2023
17

```
1   BY THE WITNESS:
2        A.    Take the Fifth.
3        MR. POLICK:   Join in the objection.
4   BY MR. RICHARDS:
5        Q.    Isn't it true that you are taking the
6   Fifth because an answer to that question will
7   incriminate you?
8        A.    Take the Fifth.
9        Q.    After Rios was put in the police car, he
10  was then taken to 5555 West Grand and put into a
11  room on the second floor of the police station;
12  isn't that true?
13       MR. LEINENWEBER:   Objection.   Form.
14  Foundation.
15  BY THE WITNESS:
16       A.    Take the Fifth.
17  BY MR. RICHARDS:
18       Q.    You're taking the Fifth because an
19  answer to that question will incriminate you?
20       A.    Take the Fifth.
21       Q.    Before the interrogation began, you and
22  defendant Halvorsen had agreed that the integration
23  would be conducted using illegal physical force and
24  illegal threats and promises with respect to Jaime
```



REYNALDO GUEVARA
RIOS vs GUEVARA

March 27, 2023
18

```
 1    Rios?
 2         MR. LEINENWEBER:  Objection.  Form.
 3    Foundation.
 4    BY THE WITNESS:
 5         A.    Take the Fifth.
 6         MR. POLICK:  Join in those objections.
 7    BY MR. RICHARDS:
 8         Q.    Aren't you taking the Fifth -- aren't
 9    you asserting the Fifth Amendment because an answer
10    to that question will incriminate you?
11         A.    Take the Fifth.
12         Q.    During that interrogation at the police
13    station at 5555 West Grand on July 6, 1989, in the
14    evening hours isn't it true that you went into the
15    room where Rios was being held?
16         MR. LEINENWEBER:  Objection.  Form.
17    Foundation.
18    BY THE WITNESS:
19         A.    Take the Fifth.
20         MR. POLICK:  Join in the objections.
21    BY MR. RICHARDS:
22         Q.    You're taking the Fifth because an
23    answer to that question will incriminate you?
24         A.    Take the Fifth.
```



1      Q.    You told Jaime Rios that you were --
2  that he was there about the guy that killed the guy
3  that he should tell them -- he should tell you
4  where the other guy was at and to say that Rios was
5  just there with the guy that killed the guy.  Isn't
6  that what you said to Jaime Rios?
7      MR. LEINENWEBER:  Objection.  Form.
8  Foundation.
9  BY THE WITNESS:
10     A.    Take the Fifth.
11     MR. POLICK:  Join in the objections.
12  BY MR. RICHARDS:
13     Q.    Are you taking -- aren't you taking the
14  Fifth Amendment because an answer to that question
15  will incriminate you?
16     A.    Take the Fifth.
17     Q.    Isn't it true that after you said that,
18  Jaime Rios told you that he did not know what you
19  were talking about?
20     A.    Take the Fifth.
21     Q.    Isn't it true that you are taking the
22  Fifth because an answer to that question will
23  incriminate you?
24     A.    Take the Fifth.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              20

```
1          Q.    Some time after July 6, 1989, you wrote
2    false police reports and gave false information to
3    prosecutors where you concealed your statement to
4    Rios suggesting that Rios was present at the scene
5    when Garcia killed Morales and that Rios should
6    just say that he was there?
7          MR. LEINENWEBER:  Objection.  Form.
8    Foundation.
9    BY THE WITNESS:
10         A.    Take the Fifth.
11         MR. POLICK:  Join in the objections.
12   BY MR. RICHARDS:
13         Q.    Aren't you taking the Fifth Amendment
14   because an answer to that question would
15   incriminate you?
16         A.    Take the Fifth.
17         Q.    Isn't it true that after you made these
18   statements to Jaime Rios on July 6th of 1989, Jaime
19   Rios told you that he did not know what you were
20   talking about?
21         A.    Take the Fifth.
22         MR. LEINENWEBER:  Objection.  Form.
23   Foundation.
24
```



REYNALDO GUEVARA                               March 27, 2023
RIOS vs GUEVARA                                           21

```
 1   BY THE WITNESS:
 2         A.    Take the Fifth.
 3         MR. POLICK:  Join in the objections.
 4   BY MR. RICHARDS:
 5         Q.    Aren't you taking the Fifth because an
 6   answer to that question would incriminate you?
 7         A.    Take the Fifth.
 8         Q.    Isn't it true that sometime after July
 9   6, 1989, you authored false police reports and gave
10   false information to prosecutors where you
11   concealed Jaime Rios's statement that he did not
12   know what the officers were talking about?
13         MR. LEINENWEBER:  Objection.  Form.
14   Foundation.
15   BY THE WITNESS:
16         A.    Take the Fifth.
17         MR. POLICK:  Join in the objections.
18   BY MR. RICHARDS:
19         Q.    Aren't you taking the Fifth because an
20   answer to that question will incriminate you?
21         A.    Take the Fifth.
22         Q.    After Jaime Rios said that he did not
23   know what you were talking about, isn't it true
24   that Detective Michael Mason grabbed Jaime Rios by
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                  22

1    the hair and slammed him against the table?

2          MR. LEINENWEBER:   Objection.   Form.

3    Foundation.

4    BY THE WITNESS:

5          A.    Take the Fifth.

6          MR. POLICK:   Join in the objections.

7    BY MR. RICHARDS:

8          Q.    You're taking the Fifth because an

9    answer to that question would tend to incriminate

10   you?

11         A.    Take the Fifth.

12         Q.    You were present when Mason physically

13   abused Rios and you approved of his physical --

14   Mason's physical abuse; is that not true?

15         MR. LEINENWEBER:   Objection.   Form.

16   Foundation.

17   BY THE WITNESS:

18         A.    Take the Fifth.

19         MR. POLICK:   Join in the objections.

20   BY MR. RICHARDS:

21         Q.    Aren't you taking the Fifth Amendment

22   because an answer to that question will incriminate

23   you?

24         A.    Take the Fifth.



```
 1        Q.     After Mason had grabbed Rios by the hair
 2   and slammed him against the table, isn't it true
 3   that you told Jaime Rios about details and facts of
 4   Luis Morales murder and -- murder; isn't that true?
 5        MR. LEINENWEBER:  Objection.  Form.
 6   Foundation.
 7   BY THE WITNESS:
 8        A.     Take the Fifth.
 9        MR. POLICK:  Join in the objections.
10   BY MR. RICHARDS:
11        Q.     Aren't you taking the Fifth because an
12   answer to that question will tend to incriminate
13   you?
14        A.     Take the Fifth.
15        Q.     Isn't it true that Rios then told you
16   about a different murder that had happened in front
17   of his house on July 2nd or July 3rd, 1989; isn't
18   that true?
19        MR. LEINENWEBER:  Objection.  Form.
20   Foundation.
21   BY THE WITNESS:
22        A.     Take the Fifth.
23        MR. POLICK:  Join in the objections.
24   BY MR. RICHARDS:
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                               24

1      Q.    Aren't you taking the Fifth Amendment to

2  that question because an answer to that question

3  will tend to incriminate you?

4      A.    Take the Fifth.

5      Q.    Isn't what Rios told you that he was at

6  his home with his brother-in-law and a friend when

7  his wife Diana was coming out of the gangway and a

8  car came by, a barrel of the gun came out of the

9  window, and a shot was fired?  Isn't that what Rios

10 told you about what happened on July 2nd or July

11 3rd, 1989?

12     MR. LEINENWEBER:  Objection.  Form.

13 Foundation.

14 BY THE WITNESS:

15     A.    Take the Fifth.

16     MR. POLICK:  Join in the objections.

17 BY MR. RICHARDS:

18     Q.    Aren't you taking the Fifth Amendment to

19 that question because answering that question would

20 incriminate you?

21     A.    Take the Fifth.

22     Q.    Didn't Rios further tell you about the

23 shooting that happened on July 2nd or July 3rd,

24 1989, that after the shoots were fired, he ran away



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              25

```
 1    -- Rios ran away?
 2         MR. LEINENWEBER:  Objection.  Form.
 3    Foundation.
 4    BY THE WITNESS:
 5         A.    Take the Fifth.
 6         MR. POLICK:  Join in the objections.
 7    BY MR. RICHARDS:
 8         Q.    Again, the reason why you are taking the
 9    Fifth is that an answer to that question would
10    incriminate you?
11         A.    Take the Fifth.
12         Q.    Isn't it true that Rios went on to tell
13    you that after that shooting on July 2nd or July
14    3rd of 1989 the police came and told Rios's
15    brother-in-law not to worry because there were no
16    shots from outside of the car?
17         MR. LEINENWEBER:  Objection.  Form.
18    Foundation.
19    BY THE WITNESS:
20         A.    Take the Fifth.
21         MR. POLICK:  Join in the objections.
22    BY MR. RICHARDS:
23         Q.    Aren't you taking the Fifth in response
24    to that question because an answer to that question
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                26

1    would incriminate you?

2         A.    Take the Fifth.

3         Q.    Didn't you then tell Rios the murder --

4    the details of a murder which you said had been

5    committed by Cristino Garcia; isn't that true?

6         MR. LEINENWEBER:  Objection.  Form.

7    Foundation.

8    BY THE WITNESS:

9         A.    Take the Fifth.

10        MR. POLICK:  Join in the objections.

11   BY MR. RICHARDS:

12        Q.    Aren't -- you're taking the Fifth

13   because an answer to that question will tend to

14   incriminate you?

15        A.    Take the Fifth.

16        Q.    Isn't what you said to Rios about the

17   murder the following, "Well, we heard you and Tino

18   went to Western and went to kill somebody over

19   there on Western.  You had crossed the street and

20   went through an alley.  We seen some guys in the

21   alley and that we speak to them.  They say he was

22   there, and that we says it is me and that we walked

23   there.  There was a car that's parked right there,

24   and asked if you're selling reefer.  We said no, we



REYNALDO GUEVARA
RIOS vs GUEVARA

March 27, 2023
27

1   don't got no reefer.  We kept walking, went around

2   the corner, and that is when we got by bar and we

3   had a shooting against a guy that was there."

4           Isn't that essentially the story that

5   you told Rios that he should say?

6       MR. LEINENWEBER:  Objection.  Form.  Fountain.

7   BY THE WITNESS:

8       A.    Take the Fifth.

9       MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11      Q.    Aren't you taking the Fifth as to that

12  statement because answering the question would

13  incriminate you?

14      A.    Take the Fifth.

15      Q.    Isn't it true that you threatened Jaime

16  Rios that you would take his child away if he

17  didn't agree to say what you had said to him?

18      MR. LEINENWEBER:  Objection.  Form.

19  Foundation.

20  BY THE WITNESS:

21      A.    Take the Fifth.

22      MR. POLICK:  Join in the objections.

23  BY MR. RICHARDS:

24      Q.    The reason that you're taking the Fifth



REYNALDO GUEVARA                    March 27, 2023
RIOS vs GUEVARA                                 28

1    as to that question is that it would incriminate

2    you; isn't that true?

3         A.    Take the Fifth.

4         Q.    Isn't it true that you told Jaime Rios

5    that all he had to do was just, quote, be there,

6    and that you would not take away his child?

7         MR. LEINENWEBER:  Objection.  Form.

8    Foundation.

9    BY THE WITNESS:

10        A.    Take the Fifth.

11        MR. POLICK:  Join in the objections.

12   BY MR. RICHARDS:

13        Q.    Isn't it true that you're taking the

14   Fifth Amendment that an answer to that question

15   would incriminate you?

16        A.    Take the Fifth.

17        Q.    Isn't it true that you told Jaime Rios

18   that you had heard about the details of the crime

19   from informants?

20        A.    Take the Fifth.

21        MR. LEINENWEBER:  Objection.  Form.

22   Foundation.

23   BY THE WITNESS:

24        A.    Take the Fifth.



REYNALDO GUEVARA                           March 27, 2023
RIOS vs GUEVARA                                         29

 1         MR. POLICK:  Join in the objections.
 2    BY MR. RICHARDS:
 3         Q.    Isn't it true that you're taking the
 4    Fifth because an answer to that question would
 5    incriminate you?
 6         A.    Take the Fifth.
 7         Q.    Isn't it true that sometime after July
 8    6, 1989, you wrote false police reports and falsely
 9    concealed from prosecutors your statement to Jaime
10    Rios that if Rios did not make a statement, his
11    child would be taken away?
12         MR. LEINENWEBER:  Objection.  Form.
13    Foundation.
14    BY THE WITNESS:
15         A.    Take the Fifth.
16         MR. POLICK:  Join in the objections.
17    BY MR. RICHARDS:
18         Q.    Isn't the reason that you're taking the
19    Fifth to that question that an answer would tend to
20    incriminate you?
21         A.    Take the Fifth.
22         Q.    Isn't it true that -- strike that.
23              On July 7, 1989, you picked up a man
24    named Luis Huertas.  For the court reporter it's



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                30

1    spelled L-u-i-s, Huertas, H-u-e-r-t-a-s.

2    Isn't it true that you picked up Luis Huertas on

3    July 7, 1989?

4        MR. LEINENWEBER:  Objection.  Form.

5    Foundation.

6    BY THE WITNESS:

7        A.    Take the Fifth.

8        MR. POLICK:  Join in the objections.

9    BY MR. RICHARDS:

10       Q.    Isn't it true that the reason that

11   you're taking the Fifth as to that question is that

12   an answer to that question would incriminate you?

13       A.    Take the Fifth.

14       Q.    Isn't it true that on July 7, 1989 after

15   you picked up Luis Huertas, you showed him a series

16   of photographs and told him to pick the shooter out

17   of the photographs?

18       MR. LEINENWEBER:  Objection.  Form.

19   Foundation.

20   BY THE WITNESS:

21       A.    Take the Fifth.

22       MR. POLICK:  Join in the objections.

23   BY MR. RICHARDS:

24       Q.    Isn't it true that you are taking the



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                31

1    Fifth because an answer to that question will

2    incriminate you?

3         A.    Take the Fifth.

4         Q.    Isn't it true that one of the

5    photographs that you showed Luis Huertas at that

6    point was a photograph of Jaime Rios?

7         MR. LEINENWEBER:  Objection.  Form.

8    Foundation.

9    BY THE WITNESS:

10        A.    Take the Fifth.

11        MR. POLICK:  Join in the objection.

12   BY MR. RICHARDS:

13        Q.    Isn't it the case that you are taking

14   the Fifth Amendment on that question because an

15   answer to that question would incriminate you?

16        A.    Take the Fifth.

17        Q.    Isn't it true that Louis Huertas told

18   you that he did not recognize the shooter in any of

19   the photographs that you showed him?

20        MR. LEINENWEBER:  Objection.  Form.

21   Foundation.

22   BY THE WITNESS:

23        A.    Take the Fifth.

24        MR. POLICK:  Join in the objections.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                          32

```
1  BY MR. RICHARDS:
2       Q.    Aren't you taking the Fifth because an
3  answer to that question will incriminate you?
4       A.    Take the Fifth.
5       Q.    Isn't it true that after Huertas told
6  you that he did not recognize the shooter in any of
7  the photographs, you threatened to have him locked
8  up if he did not identify -- if he, Huertas, did
9  not identify the shooter?
10      MR. LEINENWEBER:  Objection.  Form.
11  Foundation.
12  BY THE WITNESS:
13      A.    Take the Fifth.
14      MR. POLICK:  Join in the objections.
15  BY MR. RICHARDS:
16      Q.    Isn't it true that you're taking the
17  Fifth because an answer to that question will
18  incriminate you?
19      A.    Take the Fifth.
20      Q.    Isn't it true that after -- after that
21  conversation you took Huertas to the station where
22  Huertas identified Jaime Rios in a lineup?
23      MR. LEINENWEBER:  Objection.  Form.
24  Foundation.
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                33

```
 1   BY THE WITNESS:
 2         A.    Take the Fifth.
 3        MR. POLICK:  Join in the objections.
 4   BY MR. RICHARDS:
 5        Q.    Isn't it true that you are taking the
 6   Fifth Amendment because an answer to that question
 7   would incriminate you?
 8         A.    Take the Fifth.
 9        Q.    Isn't it true that Jaime Rios was the
10   only person who was in both the lineup and in the
11   photos which you showed to Huertas?
12        MR. LEINENWEBER:  Objection.  Form.
13   Foundation.
14   BY THE WITNESS:
15         A.    Take the Fifth.
16        MR. POLICK:  Join in the objections.
17   BY MR. RICHARDS:
18        Q.    Isn't it true that you are taking the
19   Fifth as to that question because an answer to that
20   question would tend to incriminate you?
21         A.    Take the 5th.
22        Q.    Isn't it true that sometime after
23   July 6, 1989, you authored false police reports and
24   gave false information to prosecutors where you
```



REYNALDO GUEVARA                         March 27, 2023
RIOS vs GUEVARA                                    34

1  concealed the fact that you had coerced Huertas

2  into making the identification?

3      MR. LEINENWEBER:  Objection.  Form.

4  Foundation.

5  BY THE WITNESS:

6      A.    Take the Fifth.

7      MR. POLICK:  Join in the objections.

8  BY MR. RICHARDS:

9      Q.    Isn't it true that you're taking the

10  Fifth because an answer to that question would

11  incriminate you?

12      A.    Take the Fifth.

13      Q.    On July 9, 1989, at about 1:15 p.m., you

14  and other officers executed a warrant on the house

15  Benjamin Carrero shared with Iris Mendez?

16          And for the court reporter that's

17  Benjamin common spelling Carrero, C-a-r-r-e-r-o.

18  Iris common spelling.  Mendez common spelling.

19          Isn't that true?

20      MR. LEINENWEBER:  Objection.  Form.

21  Foundation.

22  BY THE WITNESS:

23      A.    Take the Fifth.

24      MR. POLICK:  Join in the objections.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              35

1   BY MR. RICHARDS:

2       Q.    Isn't it true that you're taking the

3   Fifth in response to that question because an

4   answer to that question would tend to incriminate

5   you?

6       A.    Take the Fifth.

7       Q.    Isn't it true that during that search a

8   32 caliber automatic weapon was discovered?

9       MR. LEINENWEBER:  Objection.  Form.

10  Foundation.

11  BY THE WITNESS:

12      A.    Take the Fifth.

13      MR. POLICK:  Join in the objections.

14  BY MR. RICHARDS:

15      Q.    Isn't it true that you're taking the

16  Fifth because an answer to that question would tend

17  to incriminate you?

18      A.    Take the Fifth.

19      Q.    Isn't it true that you interrogated

20  Benjamin Carrero at a police station at Grand and

21  Central, 5555 West Grand, after he had been

22  arrested on July 9, 1989?

23      MR. LEINENWEBER:  Objection.  Form.

24  Foundation.



REYNALDO GUEVARA                                      March 27, 2023
RIOS vs GUEVARA                                                    36

```
 1   BY THE WITNESS:
 2        A.    Take the Fifth.
 3        MR. POLICK:  Join in the objection.
 4   BY MR. RICHARDS:
 5        Q.    Isn't it true that you're taking the
 6   Fifth as to that question because an answer would
 7   incriminate you?
 8        A.    Take the Fifth.
 9        Q.    Isn't it true that during that
10   interrogation you told Benjamin Carrero to say that
11   Jaime Rios had given Carrero the gun?  Isn't that
12   true?
13        MR. LEINENWEBER:  Objection.  Form.
14   Foundation.
15   BY THE WITNESS:
16        A.    Take the Fifth.
17        MR. POLICK:  Join in the objections.
18   BY MR. RICHARDS:
19        Q.    Aren't you taking the Fifth Amendment to
20   that question because an answer to that question
21   would incriminate you?
22        A.    Take the Fifth.
23        Q.    Isn't it true that you threatened
24   Carrero that if Carrero did not say Jaime was the
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              37

```
1    one who had given him the gun that Carrero would be

2    charged with possessing the gun?

3         MR. LEINENWEBER:  Objection.  Form.

4    Foundation.

5    BY THE WITNESS:

6         A.    Take the Fifth.

7         MR. POLICK:  Join in the objections.

8    BY MR. RICHARDS:

9         Q.    Isn't it true that you are taking the

10   Fifth as to that question because an answer to that

11   question would incriminate you?

12        A.    Take the Fifth.

13        Q.    Isn't it true that you told Iris Mendez

14   that -- that -- that she should tell anything that

15   she knew about the Morales murder and that she not

16   tell them, they would take her baby away?  Isn't it

17   true that you told Iris Mendez that?

18        MR. LEINENWEBER:  Objection.  Form.

19   Foundation.

20   BY THE WITNESS:

21        A.    Take the Fifth.

22        MR. POLICK:  Join in the objections.

23   BY MR. RICHARDS:

24        Q.    Isn't you taking the Fifth because an
```



1    answer to that question would incriminate you?

2           A.    Take the Fifth.

3           Q.    There was no probable cause for Jaime

4    Rios's arrest and prosecution?

5         MR. LEINENWEBER:  Objection.  Form.

6    Foundation.

7    BY THE WITNESS:

8           A.    Take the Fifth.

9         MR. POLICK:  Join in the objections.

10   BY MR. RICHARDS:

11          Q.    Aren't you taking the Fifth as to that

12   question because an answer to that question would

13   incriminate you?

14          A.    Take the Fifth.

15          Q.    Isn't it true that knowing there was no

16   probable cause for Jaime Rios's arrest and

17   prosecution, you instigated and initiated the

18   prosecution of Jaime Rios for first degree murder

19   by making false statements to the felony

20   re-prosecutors who eventually filed charges against

21   Jaime Rios?

22        MR. LEINENWEBER:  Objection.  Form.

23   Foundation.

24



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                           39

```
 1   BY THE WITNESS:
 2          A.     Take the Fifth.
 3        MR. POLICK:  Join in the objections.
 4   BY MR. RICHARDS:
 5          Q.    Isn't it true that you're taking the
 6   Fifth Amendment to that question because an answer
 7   to that question would incriminate you?
 8          A.     Take the Fifth.
 9          Q.     On July 8, 1989, Cristino Garcia was
10   picked up by several police officers, one of whom
11   was Arborio Quinn; isn't that true.
12        MR. LEINENWEBER:  Objection.  Form.
13   Foundation.
14   BY THE WITNESS:
15          A.     Take the Fifth.
16        MR. POLICK:  Join in the objections.
17   BY MR. RICHARDS:
18          Q.     Aren't you taking the Fifth Amendment to
19   that question because an answer to that question
20   would incriminate you?
21          A.     Take the Fifth.
22          Q.     Isn't it true that Cristino Garcia was
23   placed in handcuffs and was taken to the police
24   station at Area 5?
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                40

```
 1        MR. LEINENWEBER:  Objection.  Form and
 2   foundation.
 3   BY THE WITNESS:
 4        A.    Take the Fifth.
 5        MR. POLICK:  Join in the objections.
 6   BY MR. RICHARDS:
 7        Q.    Aren't you taking the Fifth to that
 8   question because an answer to that question would
 9   incriminate you?
10        A.    Take the Fifth.
11        Q.    Isn't it true that when -- after
12   Cristino Garcia was taken to Area 5, you told
13   Garcia that he was being accused of murder?  Isn't
14   that true?
15        MR. LEINENWEBER:  Objection.  Form.
16   Foundation.
17   BY THE WITNESS:
18        A.    Take the Fifth.
19        MR. POLICK:  Join in the objections.
20   BY MR. RICHARDS:
21        Q.    Isn't it true that after you said that,
22   you interrogated Cristino Garcia in a manner which
23   was very loud and very physical; isn't that true?
24        MR. LEINENWEBER:  Objection.  Form.
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                41

```
 1   Foundation.
 2   BY THE WITNESS:
 3        A.    Take the Fifth.
 4        MR. POLICK:  Join in the objections.
 5   BY MR. RICHARDS:
 6        Q.    Isn't it true that you're taking the
 7   Fifth as to that question because an answer to that
 8   question would incriminate you?
 9        A.    Take the Fifth.
10        Q.    Isn't it true that you told Cristino
11   Garcia that Cristino Garcia should sign a paper
12   saying that Garcia was involved and that someone
13   else did it?
14        MR. LEINENWEBER:  Objection.  Form.
15   Foundation.
16   BY THE WITNESS:
17        A.    Take the Fifth.
18        MR. POLICK:  Join in the objections.
19   BY MR. RICHARDS:
20        Q.    Isn't it true that you are taking the
21   Fifth Amendment to that question because answering
22   that question would incriminate you?
23        A.    Take the Fifth.
24        Q.    Isn't it true that Garcia refused to
```



REYNALDO GUEVARA                              March 27, 2023
RIOS vs GUEVARA                                          42

1    make -- to make that -- to sign that statement;
2    isn't that true?
3        MR. LEINENWEBER:  Objection.  Form.
4    Foundation.
5    BY THE WITNESS:
6        A.    Take the Fifth.
7        MR. POLICK:  Join in the objections.
8    BY MR. RICHARDS:
9        Q.    Isn't -- aren't you taking the Fifth
10   Amendment to that question because an answer to
11   that question would incriminate you?
12       A.    Take the Fifth.
13       Q.    Isn't it true that Garcia told you that
14   he was nowhere around the area when the crime
15   occurred, the crime being the murder of Luis
16   Morales; isn't that true?
17       MR. LEINENWEBER:  Objection.  Form.
18   Foundation.
19   BY THE WITNESS:
20       A.    Take the Fifth.
21       MR. POLICK:  Join in the objections.
22   BY MR. RICHARDS:
23       Q.    Aren't you taking the Fifth in response
24   to that question because an answer to that question



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                43

1   would incriminate you?

2        A.    Take the Fifth.

3        Q.    Isn't it true that Garcia gave you an

4   alibi for where he was at the time of the murders?

5        MR. LEINENWEBER:  Objection.  Form.

6   Foundation.

7   BY THE WITNESS:

8        A.    Take the Fifth.

9        MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11       Q.    Aren't you taking the Fifth because in

12  answering that question would incriminate you?

13       A.    Take the Fifth.

14       Q.    Isn't it true that after Garcia had

15  refused and given you an alibi, you placed a phone

16  book on Garcia's head?

17       MR. LEINENWEBER:  Objection.  Form.

18  Foundation.

19  BY THE WITNESS:

20       A.    Take the Fifth.

21       MR. POLICK:  Join in the objections.

22  BY MR. RICHARDS:

23       Q.    Isn't it true that you're taking the

24  Fifth Amendment as to that question because an



REYNALDO GUEVARA                              March 27, 2023
RIOS vs GUEVARA                                        44

1    answer to that question would incriminate you?

2           A.    Take the Fifth.

3           Q.    Isn't it true that after you placed that

4    phone book on Garcia's head, you struck Garcia

5    through the phone book with a heavy object, either

6    a billy club or a flashlight?

7           MR. LEINENWEBER:  Objection.  Form.

8    Foundation.

9    BY THE WITNESS:

10          A.    Take the Fifth.

11          MR. POLICK:  Join in the objections.

12   BY MR. RICHARDS:

13          Q.    Isn't it true that you are taking the

14   Fifth because an answer to that question would

15   incriminate you?

16          A.    Take the Fifth.

17          Q.    Isn't it true that after you struck

18   Garcia through the phone book, Garcia fell to

19   Garcia's knees?  Isn't that true?

20          MR. LEINENWEBER:  Objection.  Form.

21   Foundation.

22   BY THE WITNESS:

23          A.    Take the Fifth.

24          MR. POLICK:  Join in the objections.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                               45

```
 1   BY MR. RICHARDS:
 2        Q.    Isn't it true that you are taking the
 3   Fifth to that question because an answer to that
 4   question would incriminate you?
 5        A.    Take the Fifth.
 6        Q.    Isn't it true that Garcia told you to
 7   stop and said that he would sign a statement if he
 8   was first allowed to make a phone call; isn't that
 9   true?
10        MR. LEINENWEBER:  Objection.  Form.
11   Foundation.
12   BY THE WITNESS:
13        A.    Take the Fifth.
14        MR. POLICK:  Join in the objections.
15   BY MR. RICHARDS:
16        Q.    Aren't you taking the Fifth Amendment to
17   that question because an answer would incriminate
18   you?
19        A.    Take the Fifth.
20        Q.    Isn't it true that Garcia was given a
21   phone and that he called his sister Maria Garcia;
22   isn't that true?
23        MR. LEINENWEBER:  Objection.  Form.
24   Foundation.
```



REYNALDO GUEVARA                                March 27, 2023
RIOS vs GUEVARA                                 46

1  BY THE WITNESS:

2        A.    Take the Fifth.

3     MR. POLICK:  Join in the objections.

4  BY MR. RICHARDS:

5        Q.    Aren't you taking the Fifth in response

6  to that question because an answer to that question

7  would incriminate you?

8        A.    Take the Fifth.

9        Q.    Isn't it true that during that phone

10  conversation with his sister Maria Garcia, Cristino

11  Garcia told his sister to get him a lawyer?

12     MR. LEINENWEBER:  Object.  Form.  Foundation.

13  BY THE WITNESS:

14        A.    Take the Fifth.

15     MR. POLICK:  Join in the objections.

16  BY MR. RICHARDS:

17        Q.    Isn't it true that you're taking the

18  Fifth Amendment to that question because an answer

19  to that question would incriminate you?

20        A.    Take the Fifth.

21        Q.    Isn't it true that you overheard

22  Cristino Garcia talking with his sister and telling

23  his sister to get him a lawyer?

24     MR. LEINENWEBER:  Objection.  Form and



REYNALDO GUEVARA                March 27, 2023
RIOS vs GUEVARA                             47

1    foundation.

2    BY THE WITNESS:

3        A.    Take the Fifth.

4      MR. POLICK:   Join in the objections.

5    BY MR. RICHARDS:

6        Q.    Isn't it true that you were taking the

7    Fifth Amendment with respect to that question

8    because an answer to that question would

9    incriminate you?

10        A.    Take the Fifth.

11        Q.    Isn't it true that after you overheard

12    Garcia's conversation with his sister, you became

13    enraged?

14      MR. LEINENWEBER:   Objection.   Form.

15    Foundation.

16    BY THE WITNESS:

17        A.    Take the Fifth.

18      MR. POLICK:   Join in the objections.

19    BY MR. RICHARDS:

20        Q.    Isn't it true that you're taking the

21    Fifth with respect to that question because it will

22    -- an answer would incriminate you?

23        A.    Take the Fifth.

24        Q.    Isn't it true that after you became



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                             48

1   enraged, you took Garcia back to the interrogation

2   room and you started smacking him with an open

3   hand?

4        MR. LEINENWEBER:  Objection.  Form.

5   Foundation.

6   BY THE WITNESS:

7        A.    Take the Fifth.

8        MR. POLICK:  Join in the objections.

9   BY MR. RICHARDS:

10       Q.    Aren't you invoking the Fifth Amendment

11   with respect to that answer because an answer to

12   that question would incriminate you?

13       A.    Take the Fifth.

14       Q.    Isn't it true that after the

15   interrogation of Cristino Garcia, you authored

16   false police reports and concealed from prosecutors

17   that you had beaten Garcia and that Garcia had

18   denied culpability and provided an alibi for the

19   night of the murder?  Isn't that true?

20       MR. LEINENWEBER:  Objection.  Form and

21   foundation.

22   BY THE WITNESS:

23       A.    Take the Fifth.

24       MR. POLICK:  Join in the objections.



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              49

```
1   BY MR. RICHARDS:
2       Q.    Aren't you taking the Fifth Amendment
3   with respect to that question because an answer to
4   that question would -- would -- would incriminate
5   you?
6       A.    Take the Fifth.
7       Q.    Isn't it true that after you had forced
8   Jaime Rios into making a false statement, you knew
9   that you did not have probable cause to arrest or
10  recharge him?
11      MR. LEINENWEBER:  Objection.  Form.
12  Foundation.
13  BY THE WITNESS:
14      A.    Take the Fifth.
15      MR. POLICK:  Join in the objections.
16  BY MR. RICHARDS:
17      Q.    Isn't it true that you are invoking the
18  Fifth with respect to that question because
19  answering that question would incriminate you?
20      A.    Take the Fifth.
21      Q.    Isn't it true that -- that acting in
22  concert with defendants Mason and Halvorsen you
23  forced Jaime Rios into making a false and
24  involuntary confession by seeing that his hair was
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                50

1   pulled and slamming his hair down upon a table;

2   isn't that true?

3        MR. LEINENWEBER:  Objection.  Form.

4   Foundation.

5   BY THE WITNESS:

6        A.    Take the Fifth.

7        MR. POLICK:  Join in the objections.

8   BY MR. RICHARDS:

9        Q.    Isn't it true that you are invoking the

10  Fifth as to that question because answering that

11  question would incriminate you?

12       A.    Take the Fifth.

13       Q.    Isn't it true that you were present when

14  the physical abuse occurred and that you condoned,

15  planned and approved the abuse?

16       MR. LEINENWEBER:  Objection.  Form.

17  Foundation.

18  BY THE WITNESS:

19       A.    Take the Fifth.

20       MR. POLICK:  Join in the objections.

21  BY MR. RICHARDS:

22       Q.    Isn't it true that you are asserting the

23  Fifth Amendment with respect to that question

24  because answering that question would incriminate



REYNALDO GUEVARA                                March 27, 2023
RIOS vs GUEVARA                                           51

```
 1   you?
 2         A.    Take the Fifth.
 3         Q.    Isn't it true that defendant Halvorsen
 4   conspired with and acted in concert with you and
 5   Defective Mason in a plan to use physical violence
 6   to force Jaime Rios into making a false confession?
 7         MR. LEINENWEBER:  Objection.  Form.
 8   Foundation.
 9   BY THE WITNESS:
10         A.    Take the 5th.
11         MR. LEINENWEBER:  Join in the objections.
12   BY MR. RICHARDS:
13         Q.    Aren't you taking the Fifth as to that
14   question because an answer to that question would
15   incriminate you?
16         A.    Take the Fifth.
17         Q.    Isn't it true that you forced Jaime Rios
18   into making a false confession by telling him that
19   he would lose his child if he did not confess to
20   being present at and participating in the Morales
21   murder?
22         MR. LEINENWEBER:  Objection.  Form.
23   Foundation.
24
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              52

```
 1   BY THE WITNESS:
 2        A.    Take the Fifth.
 3        MR. POLICK:  Join in the objections.
 4   BY MR. RICHARDS:
 5        Q.    Isn't it true that you're taking the
 6   Fifth as to that question because an answer to that
 7   question would incriminate you?
 8        A.    Take the Fifth.
 9        Q.    Isn't it true that all statements made
10   by Jaime Rios during the interrogation were
11   involuntary based upon the length, manner and time
12   of the interrogation, Jaime Rios's physical and
13   mental condition, and the use of promises, threats,
14   and physical abuse?
15        MR. LEINENWEBER:  Objection.  Form.
16   Foundation.
17   BY THE WITNESS:
18        A.    Take the 5th.
19        MR. POLICK:  Join in the objections.
20   BY MR. RICHARDS:
21        Q.    Aren't you taking the Fifth as to that
22   question because an answer to that question would
23   incriminate you?
24        A.    Take the Fifth.
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              53

```
 1        Q.    Isn't it true that you have claimed that
 2   unnamed informants told you that the Morales murder
 3   had been perpetuated by Tino and Jaime, whom you
 4   believe to be Cristino Garcia and Jaime Rios?
 5        MR. LEINENWEBER:  Objection.  Form.
 6   Foundation.
 7   BY THE WITNESS:
 8        A.    Take the Fifth.
 9        MR. POLICK:  Join in the objections.
10   BY MR. RICHARDS:
11        Q.    Aren't you taking the Fifth to that
12   question because answering that question would
13   incriminate you?
14        A.    Take the Fifth.
15        Q.    Isn't it true that you have claimed in
16   the past that the informants told you that Jaime
17   Rios was the shooter?
18        MR. LEINENWEBER:  Objection.  Form.
19   Foundation.
20   BY THE WITNESS:
21        A.    Take the Fifth.
22        MR. POLICK:  Join in the objections.
23   BY MR. RICHARDS:
24        Q.    Aren't you taking the Fifth as to that
```



REYNALDO GUEVARA                              March 27, 2023
RIOS vs GUEVARA                                          55

```
 1  BY THE WITNESS:
 2       A.    Take the Fifth.
 3       MR. POLICK:  Join in the objections.
 4  BY MR. RICHARDS:
 5       Q.    Isn't it true that you're taking the
 6  Fifth Amendment as to that question because an
 7  answer to that question would incriminate you?
 8       A.    Take the Fifth.
 9       Q.    Isn't it true that you together with
10  Detective Halvorsen fabricated false reports and
11  gave false information to prosecutors concealing
12  from them the fact that Jaime Rios had initially
13  denied participation in the Morales murder?
14       MR. LEINENWEBER:  Objection.  Form.
15  Foundation.
16  BY THE WITNESS:
17       A.    Take the Fifth.
18       MR. POLICK:  Join in the objections.
19  BY MR. RICHARDS:
20       Q.    Aren't you taking the Fifth Amendment to
21  that question because answering that question would
22  incriminate you?
23       A.    Take the Fifth.
24       Q.    Isn't it true that together with
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              56

1  Detective Halvorsen you fabricated false reports

2  and gave false information to prosecutors

3  concealing from them the fact that you had supplied

4  Jaime Rios with details of the Morales murder in

5  order to induce a false confession?

6       MR. LEINENWEBER:  Objection.  Form.

7  Foundation.

8  BY THE WITNESS:

9       A.    Take the Fifth.

10      MR. POLICK:  Join in the objections.

11 BY MR. RICHARDS:

12      Q.    Isn't it true that you're taking the

13 Fifth as to that question because -- because in

14 answering that question would incriminate you?

15      A.    Take the Fifth.

16      Q.    Isn't it true that acting with Detective

17 Halvorsen you fabricated false police reports and

18 gave false information to prosecutors concealing

19 the fact that you had told Jaime Rios that he was

20 present at the scene and should just say that he

21 was there?

22      MR. LEINENWEBER:  Objection.  Form.

23 Foundation.

24



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              57

```
 1   BY THE WITNESS:
 2          A.     Take the Fifth.
 3          MR. POLICK:   Join in the objections.
 4   BY MR. RICHARDS:
 5          Q.     Aren't you taking the Fifth as to that
 6   question because an answer to that question would
 7   incriminate you?
 8          A.     Take the Fifth.
 9          Q.     Isn't it true that together with
10   Detective Halvorsen you fabricated false police
11   reports and gave false information to prosecutors
12   concealing the fact that Mason used physical force
13   to coerce a confession from Jaime Rios?
14          MR. LEINENWEBER:   Objection.   Form.
15   Foundation.
16   BY THE WITNESS:
17          A.     Take the Fifth.
18          MR. POLICK:   Join in the objections.
19   BY MR. RICHARDS:
20          Q.     Aren't you taking the Fifth because
21   answering that question would incriminate you?
22          A.     Take the Fifth.
23          Q.     Isn't it true that you authored false
24   police reports and gave false information to
```



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                              58

```
 1    prosecutors where you concealed the fact that you

 2    had coerced Luis Huertas to making the

 3    identification of Jaime Rios?

 4         MR. LEINENWEBER:  Objection.  Form.

 5    Foundation.

 6    BY THE WITNESS:

 7         A.    Take the Fifth.

 8         MR. POLICK:  Join in the objections.

 9    BY MR. ROBERTS:

10         Q.    Aren't you taking the Fifth because

11    answering that question would incriminate you?

12         A.    Take the Fifth.

13         Q.    Isn't it true that you fabricated false

14    evidence by forcing Benjamin Carrero to falsely

15    testify that Jaime Rios had given him a gun and

16    said that he had just shot someone?

17         MR. LEINENWEBER:  Objection.  Form.

18    Foundation.

19    BY THE WITNESS:

20         A.    Take the Fifth.

21         MR. POLICK:  Join in the objections.

22    BY MR. ROBERTS:

23         Q.    Aren't you taking the Fifth Amendment as

24    to that question because an answer to that question
```



REYNALDO GUEVARA                                          March 27, 2023
RIOS vs GUEVARA                                                       59

1    would incriminate you?

2         A.    Take the Fifth.

3         Q.    Isn't it true that you authored false

4    police reports and falsely concealed from

5    prosecutors that you had coerced Huertas into

6    providing this false testimony?

7         MR. LEINENWEBER:  Objection.  Form.

8    Foundation.

9    BY THE WITNESS:

10        A.    Take the Fifth.

11        MR. POLICK:  Join in the objections.

12   BY MR. RICHARDS:

13        Q.    Aren't you taking the Fifth with respect

14   to that question because an answer to that question

15   would incriminate you?

16        A.    Take the Fifth.

17        Q.    Isn't it true that you concealed

18   exculpatory evidence from Jaime Rios and his trial

19   counsel by failing to reveal to anyone that

20   Cristino Garcia had provided Garcia with an alibi

21   for the date and time of the murder?

22        MR. LEINENWEBER:  Objection.  Form.

23   Foundation.

24



REYNALDO GUEVARA                                    March 27, 2023
RIOS vs GUEVARA                                                60

1  BY THE WITNESS:

2         A.    Take the Fifth.

3       MR. POLICK:  Join in the objections.

4  BY MR. RICHARDS:

5       Q.    Isn't it true that you are taking the

6  Fifth with respect to that question because the

7  answer to that question would incriminate you?

8         A.    Take the Fifth.

9       Q.    Isn't it true that you commenced the

10 prosecution of Jaime Rios by arresting him without

11 probable cause, interrogating him, generating false

12 police reports about him, giving prosecutors false

13 information about him, coercing witnesses to give

14 false statements about him, and by falsely

15 testifying against him at trial?

16      MR. LEINENWEBER:  Objection.  Form.

17 Foundation.

18 BY THE WITNESS:

19        A.    Take the Fifth.

20      MR. POLICK:  Join in the objections.

21 BY MR. RICHARDS:

22      Q.    Aren't you taking the Fifth Amendment

23 with respect to that question because answering

24 that question would tend to incriminate you?



REYNALDO GUEVARA                                 March 27, 2023
RIOS vs GUEVARA                                            61

```
1        A.     Take the Fifth.

2        Q.     Isn't it true that your actions played a

3   significant role in the commencement and

4   continuation of the prosecution of Jaime Rios?

5        MR. LEINENWEBER:  Objection.  Form.

6   Foundation.

7   BY THE WITNESS:

8        A.     Take the Fifth.

9        MR. POLICK:  Join in the objections.

10  BY MR. RICHARDS:

11       Q.     Isn't it true by commencing the

12  prosecution against Jaime Rios, arresting him,

13  interrogating him and testifying falsely against

14  him, you acted with malice towards him and you were

15  motivated by hostility or ill will?

16       MR. LEINENWEBER:  Objection.  Form.

17  Foundation.

18  BY THE WITNESS:

19       A.     Take the Fifth.

20       MR. POLICK:  Join in the objections.

21  BY MR. RICHARDS:

22       Q.     Isn't it true that you are invoking the

23  Fifth Amendment with respect to that question

24  because an answer to that question would tend to
```



800.211.DEPO (3376)
EsquireSolutions.com

## CERTIFICATE OF SERVICE

Stephen L. Richards certifies that on  January 28, 2026   he served the **DESIGNATIONS – REYNALDO GUEVARA DEPOSITION (AND VIDEOTAPE)**

through the ECF filing system.

*/s/ Stephen L. Richards*
By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946