# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jaime Rios

        Plaintiff,

v.                 Case No.: 1:22−cv−03973
                 Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 29, 2026:

  MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Motion for leave to file a motion in limine to admit the prior testimony of Javier Torres [282] is taken under advisement. For the reasons stated [274] is denied as moot. Response to [282] is due 1/30/2026 at 11:59 p.m. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.