**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JAIME RIOS

      Plaintiff,

          vs.                         Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

      Defendants.                    JURY TRIAL DEMANDED

      Defendants.

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' OPENING STATEMENT
EXHIBITS**

Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M.

Richards submits the following Plaintiff's Objections with Respect to Defendant's Opening

Statement Exhibit. In support thereof, Plaintiff states as follows:

1. Defendants' have tendered the following Exhibits to Plaintiff.

2. Defendants' Ex. 005-2, entitled by Defendants' as "Court-reported Statement of Jamie

    Rios (July 7, 1989) Impounded"

    a.   Plaintiff has no objection.

3. Defendants' Ex. 006, entitled by Defendants' as "Polaroid Photo of Jamie Rios taken at

    Statement (July 7, 1989)"

     a.   Plaintiff has no objection.

4.   Defendants' Ex. 008, entitled by Defendants' as "Cook County Jail Intake Photo of Jamie Rios (July 8, 1989)"

     a.   Plaintiff has no objection.

5.   Defendants' Ex. 010, entitled by Defendants' as "Cermak Health Services History and Physical Exam for Rios (July 8, 1989) CONFIDENTIAL"

     a. Plaintiff objects. Exhibit lacks foundation in general. Exhibit on its face, does not make clear who filled and wrote on Exhibit. Exhibit makes no indication if signature is of a medical professional or Sheriff's Deputy. Exhibit contents are hearsay and the medical documents exception to the hearsay rule lacks the requisite foundation.

6.   Defendants' Ex. 39-02, entitled by Defendants' as "People's Trial Ex 2 (lineup photo, front view)

     a.   Plaintiff has no objection.

7.   Defendants' Ex. 39-05, entitled by Defendants' as "People's Trial Ex 5 (scene photo)"

     a.   Plaintiff has no objection.

8.   Defendants' Ex. 39-06, entitled by Defendants' as "People's Trial Ex 6 (scene photo)"

     a.   Plaintiff has no objection.

9.   Defendants' Ex. 39-07, entitled by Defendants' as "People's Trial Ex 7 (scene photo)"

     a.   Plaintiff has no objection.

10. Defendants' Ex. 39-08, entitled by Defendants' as "People's Trial Ex 8 (scene photo)"

     a.   Plaintiff has no objection.

11. Defendants' Ex. 39-09, entitled by Defendants' as "Peoples Trial Ex 9 (scene photo)"

     a.   Plaintiff has no objection.

12. Defendants' Ex. 053-1, entitled by Defendants' as "Rios Motion to Suppress Statement, Jan 5, 1990"

    a. Plaintiff has no objection.

13. Defendants' Ex. 107, entitled by Defendants' as "State Mot for Pre-Trial Discovery"

    a. Plaintiff objects. The exhibit contains, hearsay. The exhibit also is not relevant.

14. Defendants' Ex. 111, entitled by Defendants' as "Rios Answer to Discovery, April 12, 1990"

    a. Plaintiff has no objection.

15. Defendant's slideshow entitled by Defendants' as "SLD-9521 Presentation_ Slides 2-5"

    a. Plaintiff has no objection.

WHEREFORE, Jaime Rios seeks an order of court granting his objections.

Respectfully Submitted,

JAIME RIOS

By and through

/s/ Joshua Richards

By: Joshua Richards
Attorney for Plaintiff
53 West Jackson
Suite 756
Chicago, IL 60604
312-536-9150
jsrichardscriminallaw@outlook.com
Attorney No: 6313818

**<u>CERTIFICATE OF SERVICE</u>**

Joshua Richards certifies that on  January 30, 2026  he served the  **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' OPENING STATEMENT EXHIBITS**

through the ECF filing system.

*/s/ Joshua Richards*
By: Joshua Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(312) 536-9150
jsrichardscriminallaw@outlook.com
Attorney No: 6313818