IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAIME RIOS

    Plaintiff,

       vs.                          Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

    Defendants.                    JURY TRIAL DEMANDED

    Defendants.

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' DESIGNATIONS AND PLAINTIFF'S COUNTER-DESIGNATIONS**

Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards submits the following Plaintiff's Objections to Defendants' Designations and Plaintiff's Counter-Designations. In support thereof, Plaintiff states as follows:

1. Plaintiff attaches the following Counter-Designations. (Plaintiff's Designations in Orange)

    a. Counter-Designations for Reynaldo Guevara Pre-Trial Testimony (Feburary, 9 1990) (Exhibit 1) and incorporate by reference Plaintiff's previous filing, DKT #290.

    b. Counter-Designations for Reynaldo Guevara Pre-Trial Testimony (April 3, 1990) are incorporated by reference in Plaintiff's previous filing, DKT#288.

1

c. Counter-Designations for Reynaldo Guevara Trial Testimony (November 29, 1990) are incorporated by reference in Plaintiff's previous filing, DKT#287

d. Counter-Designations for Luis Huertas Trial Testimony (November 29, 1990) are incorporated by reference in Defendants' previous filing, DKT#289_4.

e. Counter-Designations for Luis Huertas Deposition Testimony (September 18, 2023) are in Exhibit 2 attached to this filing.

f. Counter-Designations for Daniel Noon Trial Testimony (November 29, 1990) are in Exhibit 3 attached to this filing.

g. Counter-Designations for Daniel Noon Trial Testimony (November 30, 1990) are in Exhibit 4 attached to this filing.

h. Counter-Designations for Janet Lupa Deposition Testimony (September 25, 2023) are in Exhibit 5 attached to this filing.

i. Counter-Designations for Donald Flannery Trial Testimony (November 30, 1990) are in Exhibit 6 attached to this filing.

j. Counter-Designations for Ernest Halvorsen Pre Trial Testimony (February 26, 1990) are in Exhibit 7 attached to this filing.

k. Counter-Designations for Ernest Halvorsen Pre-Trial Testimony (March 30, 1990) are in Exhibit 8 attached to this filing.

l. Counter-Designations for Richard Curley Trial Testimony (November 30, 1990) are incorporated by reference in Plaintiff's previous filing, DKT# 294.

m. Plaintiff makes no Counter-Designations for Aubrey O'Quinn Trial Testimony (November 30, 1990).

2. Plaintiff has no objections to Defendants' designations as long as Plaintiff's Counter-

Designations are granted.

WHEREFORE, Jaime Rios seeks an order of Court granting his Counter-Designations.

Respectfully Submitted,

        JAIME RIOS

        By and through

        /s/ Joshua Richards

        By: Joshua Richards
        Attorney for Plaintiff
        53 West Jackson
        Suite 756
        Chicago, IL 60604
        312-536-9150
        jsrichardscriminallaw@outlook.com
        Attorney No: 6313818

## **CERTIFICATE OF SERVICE**

Joshua Richards certifies that on January 30, 2026 he served the **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' DESIGNATIONS AND PLAINTIFF'S COUNTER-DESIGNATIONS**

through the ECF filing system.

*/s/ Joshua Richards*
By: Joshua Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(312) 536-9150
jsrichardscriminallaw@outlook.com
Attorney No: 6313818