*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT 5

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
**Luis Huertas on 09/18/2023**

```
 1

 2                 IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                       EASTERN DIVISION
       - - - - - - - - - - - - - - - - - - - - - - - - -
 4     JAIME RIOS,

 5              Plaintiff,

 6                               Case No. 22 CV 3973
       v.
 7
       REYNALDO GUEVARA, MICHAEL MASON, JOANN HALVORSEN
 8     AS SPECIAL REPRESENTATIVE FOR ERNEST HALVORSEN,
       DECEASED, CITY OF CHICAGO,
 9
                Defendants.
10     - - - - - - - - - - - - - - - - - - - - - - - - -

11

       Deposition Upon Oral Examination Of:
12
                       Luis Huertas
13

14     Location:       Hampton Inn Geneva
                       413 Lake Street
15                     Geneva, New York 14456

16

17     Date:           September 18, 2023

18

19     Time:           11:00 a.m.

20

21

22     Reported By:    ANASTASIA SULLIVAN

23                     Alliance Court Reporting, Inc.

24                     109 South Union Street, Suite 400

25                     Rochester, New York 14607
```

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                                    Page 2

```
 1
 2                   A P P E A R A N C E S
 3   Appearing Remotely on Behalf of Plaintiff:
 4   Joshua S. M. Richards, Esq.
 5       Law Office of Stephen L. Richards
 6       53 West Jackson Boulevard, Suite 756
 7       Chicago, Illinois  60604
 8       jsrichardscriminallaw@outlook.com
 9
10   Appearing on Behalf of Defendant City of Chicago:
11   Austin G. Rahe, Esq.
12       Rock Fusco & Connelly, LLC
13       333 West Wacker Drive, 19th Floor
14       Chicago, Illinois  60606
15       arahe@rfclaw.com
16
17   Appearing Remotely on Behalf of Defendant Reynaldo
18   Guevara:
19   Michael J. Schalka, Esq.
20       Leinenweber Baroni & Daffada, LLC
21       120 North LaSalle Street, Suite 2000
22       Chicago, Illinois  60602
23       mjs@ilesq.com
24
25           (Appearances continuing on the next page.)
```

```
 1
 2                    A P P E A R A N C E S
 3                      (Continuing)
 4
 5   Appearing on Behalf of Defendants Michael Mason and
 6   Ernest Halvorsen:
 7   Josh M. Engquist, Esq.
 8      The Sotos Law Firm, PC
 9      141 West Jackson Boulevard, Suite 1240A
10      Chicago, Illinois  60604
11      jengquist@jsotoslaw.com
12
13                      *      *      *
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              S T I P U L A T I O N S
 2   MONDAY, SEPTEMBER 18, 2023;
 3          (Proceedings in the above-titled matter
 4          commencing at 11:01 a.m.)
 5                  *     *     *
 6          IT IS HEREBY STIPULATED by and between the
 7   attorneys for the respective parties that this
 8   deposition may be taken by the Defendant at this time
 9   pursuant to subpoena;
10          IT IS FURTHER STIPULATED, that all
11   objections except as to the form of the questions and
12   responsiveness of the answers, be reserved until the
13   time of the trial;
14          IT IS FURTHER STIPULATED, that the witness
15   waives reading and signing the transcript in
16   accordance with the Federal Rules of Civil Procedure
17   30(e)(1);
18          IT IS FURTHER STIPULATED, that if the
19   original deposition has not been duly signed by the
20   witness and returned to the attorney taking the
21   deposition by the time of trial or any hearing in this
22   cause, a certified transcript of the deposition may be
23   used as though it were the original;
24          IT IS FURTHER STIPULATED, that the
25   attorneys for the parties are individually responsible
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                                    Page 5

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2    for their certified transcript charge, including any

 3    expedite or other related production charges;

 4              AND IT IS FURTHER STIPULATED, that the

 5    Notary Public, Anastasia Sullivan, may administer the

 6    oath to the witness.

 7                    *    *    *

 8    LUIS HUERTAS,

 9          called herein as a witness, first being sworn,

10          testified as follows:

11    EXAMINATION BY MR. ENGQUIST:

12          Q.  Could you state your name and spell your

13    name for the record, sir?

14          A.  My name is Luis Huertas, H-U-E-R-T-A-S.

15          Q.  Let the record reflect this is a

16    deposition taken pursuant in of notice and subpoena of

17    Mr. Huertas, in the case of Rios versus the City of

18    Chicago, et al.  I know I introduced myself earlier.

19              The ground rules for a deposition, I want

20    to walk through them again to make sure we are clear.

21    Okay?

22              First and foremost, your answers have to

23    be out loud.  You have to actually say them.

24          A.  Okay.

25          Q.  What we normally do in conversation,
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2   shrugging of the shoulders, saying uh-huh and uh-uh
 3   huh-huh don't come across clearly in the record.  So
 4   if you do that, like most people do, someone will
 5   prompt you.  Is that a yes or no or something like
 6   that.  Okay?
 7        A.  Yes.
 8        Q.  Also this is not an endurance contest.  We
 9   can take a break at any time.  If you need one, let me
10   know.  Only thing we ask is if we have a question
11   pending, you answer before we stop.  Okay?
12        A.  Yes.
13        Q.  Also you are entitled to a question you
14   can understand.  For any reason if you don't
15   understand what I'm asking or anybody else is asking
16   you today, let us know.  We will do our best to
17   rephrase it, repeat it, slow down, do whatever's
18   needed to do or speak up to make sure you understand
19   the question before you answer it.  All right?
20        A.  Yes.
21        Q.  Let us know if that is the case.
22        A.  Yes.
23        Q.  If you answer a question, we will assume
24   you understood it.  Okay?
25        A.  Yes.
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                    **Page 7**

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  I know the incident took place in 1989.
 3         A.  Yes.
 4         Q.  So I know that is quite a long time ago.
 5    If you need to look at anything to refresh your
 6    recollection or you're not sure of some of the
 7    details, let us know.  Okay?
 8         A.  Okay.
 9         Q.  Are you on any medication that would
10    affect your ability to remember things or understand
11    the questions today?
12         A.  I am on psych medications now.
13         Q.  What psych medications are you on?
14         A.  Trazodone, Seroquel.
15         Q.  You said Trazodone, and what was the
16    other?
17         A.  Trazodone and Seroquel.
18         Q.  Why are you on Trazodone?
19         A.  Bipolar.
20         Q.  And the Seroquel.  Do you know why you are
21    on that?
22         A.  Depression.
23         Q.  Okay.  And how long have you been on
24    Trazodone?
25         A.  About three years.
```

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                                    Page 8

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2          Q.  And how long have you been on Seroquel?

 3          A.  Same amount of time.

 4          Q.  Does the taking of Trazodone affect your

 5     memory in any way?

 6          A.  I have no idea, but I know -- maybe it's

 7     my age.  I don't know.  Maybe it's my age.

 8          Q.  What is your age?  Your memory --

 9          A.  60.

10          Q.  Are you saying that your memory is not as

11     good as it was when you were younger?

12          A.  It's definitely not as good.

13          Q.  Have you noticed a decline in your memory

14     as you have gotten older?

15          A.  Yes.

16          Q.  More pronounced in the last few years?

17          A.  Yes.

18          Q.  So when were you diagnosed with bipolar

19     disorder?

20          A.  When I was in Chicago many years back.

21          Q.  Can you give me a rough estimate of when?

22     I don't need an exact date, just a rough estimate.

23          A.  I was there about '90.  1990.

24          Q.  Okay.  That was the same time you were

25     diagnosed with depression back in 1990 or so?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         A.  Yes.
 3         Q.  Any other psychological condition that you
 4    think might affect your ability today?
 5         A.  No.
 6         Q.  Are you on any other medication that could
 7    affect your memory or ability to understand the
 8    questions?
 9         A.  I'm not sure, but I am on high blood
10    pressure medication, but I don't remember the name.
11    My wife gives it to me.
12         Q.  Okay.  And have you noticed any particular
13    effect that it has on you, in particular about your
14    memory or ability to recall?
15         A.  I don't understand.
16         Q.  Have you noticed anything about taking the
17    blood pressure medication?  How it affects your
18    memory, have you noticed any difference?
19         A.  No.
20         Q.  I know this kind of sounds like a silly
21    question.  Have you had anything alcoholic to drink
22    today?
23         A.  No.
24         Q.  Any kind of illegal drugs today?
25         A.  No.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  Anything else you can think of that could
 3    affect your ability to understand or respond to
 4    questions other than what we talked about?
 5         A.  No.
 6         Q.  Also, one other rule I should probably go
 7    over.  Normal conversations, people talk over each
 8    other when they have a discussion.  Since we have a
 9    court reporter here, she can only take down one voice
10    at a time.  So I will do my best to hold off asking a
11    question until you are done answering, and if you
12    could do me the favor of doing the same thing.  So try
13    to not talk over me, and I will try not to talk over
14    you because it will drive the court reporter nuts, and
15    she will probably tell us to slow down or whatever.
16    Okay?
17         A.  Okay.
18         Q.  Have you ever given a deposition before
19    today?
20         A.  No.
21         Q.  We know you have testified in court
22    before; correct?
23         A.  Yes.
24         Q.  About how many times have you testified in
25    court?
```

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                    Page 11

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              A.  Maybe once or twice.
 3              Q.  Was the last time back in 1990?
 4              A.  Yes.
 5              Q.  Just a little background.  Sir, where do
 6     you currently reside?
 7              A.  Town Side Apartments.  My mailing address
 8     is 114 Genesis Way.
 9              Q.  How long have you been in that apartment?
10              A.  About five years.
11              Q.  Who do you live with?
12              A.  My wife.
13              Q.  How long have you been married, sir?
14              A.  Pardon me?
15              Q.  How long have you been married?
16              A.  We've been married six years.
17              Q.  Prior to living here -- just to be clear,
18     we are in Geneva, New York; correct?
19              A.  Yes.
20              Q.  Prior to moving to Geneva, New York, where
21     did you live?
22              A.  In Tennessee.  Nashville, Tennessee.
23              Q.  How long did you live in Nashville,
24     Tennessee?
25              A.  Two years.
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                                    Page 12

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2              Q.  Where did you live when you lived in

 3     Tennessee for those two years?

 4              A.  I was homeless, so I had a tent.

 5              Q.  And prior to moving to Tennessee

 6     approximately seven years ago, where did you live?

 7              A.  In Kentucky.

 8              Q.  Where in Kentucky?

 9              A.  Bowling Green, Kentucky.

10              Q.  How long did you live there?

11              A.  Not long.  Six, seven months.

12              Q.  Where did you live there in Bowling Green?

13     Where did you live?  Do you remember your address?

14              A.  I lived at Salvation Army.

15              Q.  Okay.  Prior to being in Bowling Green,

16     where did you live?

17              A.  Where did I live?

18              Q.  Yes.  Before Bowling Green?

19              A.  Over here.  Again, in Geneva, New York.

20              Q.  Okay.  For how long?

21              A.  For about a year.

22              Q.  And then before that?

23              A.  Chicago.

24              Q.  You were in Chicago for how many years?

25              A.  Went where?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2         Q.   How many years did you live in Chicago,

 3    sir?

 4              A.   39 years.

 5         Q.   Before living in Chicago you were born in

 6    Puerto Rico; correct?

 7              A.   Yes.

 8         Q.   Moved to Puerto Rico when you were how

 9    old?

10              A.   I came from Puerto Rico at three years

11    old.

12         Q.   Are you currently employed, sir?

13              A.   No.

14         Q.   When was your last employment?

15              A.   Employment?

16         Q.   Yes.

17              A.   Back in '89.  I worked at an ice cream

18    shop.

19         Q.   Would this be the ice cream shop that is

20    across the street from the bar where the incident took

21    place?

22              A.   Where the shooting took place.  It's

23    across the street.

24         Q.   Just to be clear, we are talking about the

25    shooting involving your friend back in 1989; correct?
```

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                              Page 14

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2              A.  Correct.

 3              Q.  After 1989, when you were working at the

 4   ice cream shop -- if I am correct, you were also doing

 5   mechanic work; is that correct?

 6              A.  Correct.

 7              Q.  You were self-employed; correct?

 8              A.  Self-employed.

 9              Q.  How long did you do that?

10              A.  Since 12 years old I have been working on

11   cars.

12              Q.  How long -- when did you stop being a

13   self-employed mechanic?

14              A.  When I came this way to Geneva, New York.

15              Q.  After leaving Chicago?

16              A.  Yes.

17              Q.  Why did you stop at that point?

18              A.  Because I didn't have no tools.

19              Q.  All right.  Currently, sir, what do you do

20   for money?  What do your finances involve?

21              A.  I pick up recyclable cans and bottles and

22   take them to the redemption center.

23              Q.  Do you receive any kind of governmental

24   assistance?  SSI?

25              A.  SSI, yes.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              Q.  Sir, today, just to be clear, you are in a
 3    motorized electric chair, a scooter.  Is there some
 4    kind of physical condition why you use that, sir?
 5              A.  I have neuropathy.
 6              Q.  How long have you been suffering from
 7    neuropathy?
 8              A.  Six months.
 9              Q.  Sir, if I can focus your attention a
10    little bit to 1989.  Where were you living, sir?
11              A.  Across the street.  Right above the ice
12    cream shop with a friend.
13              Q.  Now, "the ice cream shop," do you recall
14    the address?
15              A.  1313 North Western.
16              Q.  And what neighborhood is that in, sir?
17              A.  It's in between the Humboldt Park area and
18    Wicker Park area.
19              Q.  You said you were living with a friend
20    while working at the ice cream shop; correct?
21              A.  Correct.
22              Q.  Would that be Luis Morales that you lived
23    with?
24              A.  No.
25              Q.  Sir, back in 1989, did you belong to a
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2      street gang?

 3              A.  No.  I retired.

 4              Q.  When did you retire from your street gang,

 5      sir?

 6              A.  About that time '89, '90.

 7              Q.  What gang was that in?

 8              A.  Latin Disciples.

 9              Q.  Why did you retire, sir?

10              A.  I got tired from all the violence and kids

11      getting shot.  It was too much for me.

12              Q.  And who was Luis Morales, sir?

13              A.  A friend of mine that I used to shoot pool

14      with.

15              Q.  How long had you known Mr. Morales?

16              A.  About a year.

17              Q.  Did he belong to a street gang, sir?

18              A.  Yes, he did.

19              Q.  Do you remember what gang it was?

20              A.  Spanish Cobras.

21              Q.  Were the Spanish Cobras and Latin

22      Disciples aligned?

23              A.  I don't understand.

24              Q.  I'm sorry.  How about this.

25                  Were the Latin Disciples were they folks
```

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                           Page 17

```
 1                LUIS HUERTAS - BY MR. ENGQUIST
 2      or people?
 3              A.  I still don't understand.
 4              Q.  Were Spanish Cobras and Latin Disciples
 5      friends or enemies?
 6              A.  Kind of rivals, but they started out as
 7      friends.
 8              Q.  But you were retired from the Latin
 9      Disciples when you were friends with Mr. Morales; is
10      that correct?
11              A.  Yes.
12              Q.  So fair to say you retired from Latin
13      Disciples sometime around 1988-ish?
14              A.  When I retired?
15              Q.  Yes.
16              A.  I could say about 1990.
17              Q.  Were you a Latin Disciple at the time of
18      the incident, the shooting?
19              A.  At the time, yes.
20              Q.  Now, prior to today did you review
21      anything in preparation for your deposition?
22              A.  Preparations?
23              Q.  Did you prepare in any way for your
24      deposition?  Did you review any materials?
25              A.  No.
```

```
 1            LUIS HUERTAS - BY MR. ENGQUIST

 2        (The following exhibit was marked for

 3        identification:  Defendant EXH A.)

 4            Q.  What I have marked as Exhibit A is your

 5    transcript from the criminal trial in front of Judge

 6    Themis Karnezis on November 29, 1990, in the case of

 7    the People of the State of Illinois versus Jaime Rios.

 8    I want to make sure that's clear what I have in front

 9    of you right now, but it is not opened.  All right?

10            A.  (The witness indicated nonverbally.)

11            Q.  Did Luis Morales have a nickname?

12            A.  Yes, but I forgot what his nickname was.

13            Q.  Would it be New York?

14            A.  New York, that's what it was.

15            Q.  And he had that nickname because he came

16    from New York originally?

17            A.  I believe so.

18            Q.  Now, on June 27, 1989, is the night he was

19    shot.  Does that ring a bell, sir?  Do you remember

20    that incident?

21            A.  What?

22            Q.  Do you remember the incident where

23    Mr. Morales was shot and killed?

24            A.  Yes.

25            Q.  June 27, 1989; is that correct?
```

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                     Page 19

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              A.  Yes.
 3              Q.  Had you had plans to meet Mr. Morales that
 4    night?
 5              A.  Yes.  We were going to go shoot pool.
 6              Q.  Where were you going to be shooting pool?
 7              A.  At the bar.
 8              Q.  The bar that's roughly across from your
 9    apartment at 1313 North Western?
10              A.  A little before that.
11              Q.  At 1310 North Western?
12              A.  I believe so.
13              Q.  Do you remember the name of the bar?
14              A.  No, I don't remember.
15              Q.  That area where the bar was located, was
16    that a certain gang territory?
17              A.  Yes.
18              Q.  What gang territory would that be, sir?
19              A.  Spanish Cobras.
20              Q.  Sir, this took place back in 1989.  Is it
21    fair to say that your memory was better back in 1990
22    than it was, about your events in 1989 than it is
23    today?
24              A.  Correct.
25              Q.  Why don't we do this.  Why don't you take
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2   Exhibit A, and if we need to, we can refer to that.
 3   That is your transcript.
 4              MR. RICHARDS:  Objection.  Improper
 5   refreshing recollection.
 6              Objection is that recollection should be
 7   refreshed as to each question if the witness does not
 8   have a proper recollection.
 9              MR. ENGQUIST:  I haven't asked a question
10   yet.
11              MR. RICHARDS:  Correct.  For the record,
12   you are giving him his transcript right now, the whole
13   thing.  I am objecting as to that action as an
14   improper refreshing of recollection of giving him his
15   whole transcript.  That's improper.
16              MR. ENGQUIST:  And he hasn't opened it
17   yet.  I haven't asked a question yet.
18         Q.  Sir, do you recall giving testimony back
19   in 1990 in the criminal case versus Jaime Rios?
20         A.  Yes.
21         Q.  And when you gave your testimony back in
22   1990, did you tell the truth?
23         A.  Yes.
24         Q.  Did you try to answer as complete as
25   possible to the questions being asked?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2              A.  Yes, I did.

 3              Q.  Sir, I want to direct your attention to

 4   page 152 on the bottom.  It is just a couple pages

 5   into your deposition.

 6                  Are you there, sir?

 7              A.  Yes.

 8              Q.  I want to direct your attention to lines 8

 9   through 13, where it is talking about your friend New

10   York.

11              A.  Yep.

12              Q.  It indicates here on lines 12 and 13 you

13   had known him for 11 or 12 years.  Does that refresh

14   your recollection about how long -- about how long you

15   had known Mr. Morales prior to his death?

16              A.  Really a year.  I knew him from the

17   street, but I didn't really know his name or anything.

18              Q.  Okay.  So the 11 or 12 would've been how

19   long you had known about him, but the one year was how

20   long you knew him well as a friend?

21              A.  Correct.

22              Q.  Okay.  Sir, I want to go on from there.

23   You had made plans to meet your friend at the bar, and

24   did you go to the bar, sir?

25              A.  He didn't make it.
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                                    Page 22

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2         Q.  I understand.  Did you go to the bar

 3    though and wait for him?

 4         A.  No.  I was in front of the bar.

 5         Q.  How long were you in front of the bar that

 6    evening?

 7         A.  About a half-hour.

 8         Q.  Okay.  And after about a half-hour, what

 9    happened?

10         A.  These two guys came around the coroner.  I

11    don't know what they were up to, but I was watching

12    them, and they faced the gun at me.  And that's when

13    Mr. Morales came out of a gangway and they turned the

14    gun from me to him.

15         Q.  Prior to the people pointing the gun, do

16    you recall where those two people came up to you and

17    represented their gang to you?

18         A.  No, they didn't represent.

19         Q.  Let's go to page 153, sir, if you can?

20         A.  152?

21         Q.  153.

22         A.  Okay.

23         Q.  Starting on line 6 if you can follow along

24    with me.  (As read):  Two individuals turning on

25    Western from Potomac.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              Question:  From where you were sitting,
 3   Mr. Morales, what direction would Potomac Street have
 4   been in?
 5              Answer:  They were going northbound on
 6   Western?
 7              Do you recall those people turning at that
 8   direction, sir, on Western?
 9         A.  I remember.
10         Q.  And then further down on line 20, it says
11   (as read):  How many people did you see?
12              Answer:  Two.
13              Were they men or women?  Men?
14              Does that refresh your recollection about
15   how many people that you saw that day turn?
16         A.  Two.
17              MR. RICHARDS:  Objection.
18              He didn't recall.  He did not give the
19   consistent answer with the transcript.
20              Counsel, if you are going to impeach him
21   with the transcript, do that method, not this
22   refreshing recollections stuff.  If he did not go
23   through -- it's a recollection exhausted.  You have to
24   go through the proper steps with either which method
25   you are going to do, counsel.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              Q.  And do you recall those two people coming
 3     up to you directly across from you and speaking with
 4     you, sir?
 5              A.  No.
 6              Q.  If you go to page 156, sir.  If I could
 7     direct your attention to line 14 through line 22.  And
 8     14 (as read):  Question:  When these men got to you,
 9     Luis, did anything happen?
10              Answer:  Well, the taller guy represents
11     Spanish Cobras to me.
12              Question:  When you say represented
13     Spanish Cobras, can you explain what that means to the
14     folks in the jury?
15              Answer:  He was actually saying the name
16     of the gang, the name of the gang that he supposedly
17     belonged to.
18              Do you see that there, sir?
19              A.  Yes.
20              Q.  Does that refresh your recollection on
21     whether or not you had any contact with the people
22     before they went over to the alley?
23              MR. RICHARDS:  Objection.  Improper
24     refreshing of recollection.  He did not say his
25     recollection was -- he didn't remember that point.
```

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                    Page 25

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2   His previous testimony was they didn't represent a
 3   gang.  That was his previous testimony.  Not that he
 4   didn't remember what they did or didn't do.
 5              Q.  Sir, do you recall now whether or not they
 6   represented their gang to you?
 7              MR. RICHARDS:  Objection.  Misstates
 8   previous testimony.
 9              Q.  Sir, can you answer the question?
10              A.  Yes.
11              Q.  Okay.  So what happened, sir, when they
12   came around the corner and walked toward you?
13              A.  They represent Cobras because I been in
14   that neighborhood so many years and I said, no.
15   That's when he went in front, pulled the pistol out.
16   He was aiming it at me.
17              Q.  Okay.  You said he was aiming the pistol
18   at you prior to aiming it at someone else; correct?
19              A.  Pardon?
20              Q.  He was aiming it at you initially, the
21   gun?
22              A.  Yes.
23              Q.  When he was talking to you, were you able
24   to get a good look at the person's face?
25              A.  Yes.
```

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                           Page 26

```
 1                   LUIS HUERTAS - BY MR. ENGQUIST

 2              Q.  Was it lit that night outside?

 3              A.  That I don't remember.  It's been too

 4      long.

 5              Q.  Do you remember if there were lights

 6      coming from the bar, sir?

 7              A.  No.

 8              Q.  Do you remember if there were street

 9      lights?

10              A.  Oh, yeah.  Yes, I should say.

11              Q.  So you said after he drew his gun, is that

12      when your friend New York came out of the alley, sir?

13              A.  He came out --

14              MR. RICHARDS:  Objection.  Leading.

15              A.  He came out of the gangway, which is the

16      back of the guys.  Those two guys.

17              Q.  How close was New York to those two guys?

18              A.  20, 25 feet.

19              Q.  What happened next, sir?

20              A.  That's when they took the gun away from

21      pointing at me and they went and faced it towards Luis

22      Morales.

23              Q.  What happened next?

24              A.  One guy fired and then they ran across the

25      street to an empty lot.
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
**Luis Huertas on 09/18/2023**

```
1              LUIS HUERTAS - BY MR. ENGQUIST
2         Q.   Okay.   And how many times did he fire the
3    weapon?
4         A.   About two or three times.
5         Q.   Okay.   And what did you do next, sir?
6         A.   Well, Luis Morales was down.   I went over
7    to see if I could make him come through, but I had
8    seen a bullet wound in his head and I knew it was
9    over.
10        Q.   Do you recall whether or not when the
11   shooter ran to the side of the street, whether he said
12   anything when he left the scene?
13        A.   No.
14        Q.   Sir, if I can draw your attention to
15   page 164.   Now, sir, would reviewing your testimony
16   from 1990 refresh your recollection as to what
17   occurred the night of 1989 when your friend was
18   killed?
19        A.   If I had any recollection?
20        Q.   Would reviewing your testimony refresh
21   your recollection, sir?   Would it help you remember?
22        A.   Yes.   1990.
23        Q.   Sir, looking at page 164.   On line 13
24   through line 16.   (As read):   Question:   Did he do
25   anything as he was crossing Western Avenue?
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                    **Page 28**

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              Answer:  When he got to the other side, he
 3    represented King Love.  King Love and Spanish Cobra
 4    killer.
 5              Do you see that, sir?
 6         A.  No, I don't remember.
 7         Q.  You don't recall that now?
 8         A.  No.
 9         Q.  Okay.  When you testified about that night
10    in 1990, were you telling the truth, sir?
11         A.  Yes.
12         Q.  You just can't remember the details?
13         A.  I can't remember now.  It was a long time.
14         Q.  And was your friend Luis Morales with
15    anybody when he was shot?
16         A.  He was with one of his friends, one of his
17    Spanish Cobras friends.  They called him Loco.
18         Q.  Did Loco get shot?
19         A.  No.
20         Q.  Do you remember what Loco's real name was?
21         A.  No.
22         Q.  Now, later that night, sir, you did speak
23    to the police.  The police did arrive; correct?
24         A.  Correct.
25         Q.  Now, sir, on June 28th would have been the
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2    following day.  Do you remember being contacted by an

 3    Officer Noon?

 4              A.  June 28th?

 5              Q.  Yes.

 6              A.  No, that was the 29.  After it happened

 7    the 29?

 8              Q.  No.  It happened on the 27.

 9              A.  Somewhere around there.

10              Q.  Do you recall an Officer Noon contacting

11    you and coming to the ice cream shop where you worked?

12              A.  Yes.

13              Q.  When Officer Noon picked you up was he

14    with anybody else?

15              A.  Yes, he had a partner with him.

16              Q.  Do you remember who the partner was?

17              A.  No.

18              Q.  Do you remember if Officer Noon took you

19    anywhere?

20              A.  To Area 5.  He was showing me mug shots.

21              Q.  Do you remember seeing a lineup that day

22    with Officer Noon?

23              A.  Yes.

24              Q.  I'm sorry.  Officer Noon took you to the

25    lineup?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         A.  Yes.
 3         Q.  Did you pick anybody out of that lineup?
 4         A.  Yes.
 5         Q.  How many lineups do you recall seeing in
 6    this case?
 7         A.  How many lineups?
 8         Q.  Yep, lineups.  In-person lineups.
 9         A.  Just that one lineup.
10         Q.  Okay.  Sir, if I can draw your attention
11    to page 172 of your previous testimony.  I am looking
12    at the bottom of the page page 19.
13              Sir, you were asked these questions and
14    gave these responses.  (As read):  Do you remember
15    about that time Officer Noon picked you up?
16              Answer:  5:30 to 6.
17              Question:  After he picked you up, did he
18    take you anywhere?
19              Answer:  He took me to a lineup.
20              Question:  Do you know where,
21    specifically, he took you in the city?
22              Answer:  Grand and Central.
23              Question:  When you got to Grand and
24    Central, you said he took you to see a lineup; is that
25    correct?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2                   Answer:  Yes.

 3                   Question:  Can you explain to the ladies

 4     and gentlemen how it was that you -- well, did you

 5     view a lineup there?

 6                   Answer:  Yes.

 7                   Question:  Can you explain how you viewed

 8     the lineup?

 9                   Answer:  Okay.  I walked in a room and

10     then, in that room there was glass where I could see

11     individuals that were in there.  And I walked in.

12     There was five individuals in the wall.

13                   Question:  Were they standing or sitting?

14                   Answer:  They were standing.

15                   Question:  Were you able to look at these

16     five individuals?

17                   Answer:  Yes, they were facing towards me.

18                   Question:  Luis, did you recognize any of

19     the individuals as the man who shot your friend New

20     York?

21                   Answer:  None.

22                   Question:  Did you tell the police you

23     couldn't recognize anyone?

24                   Answer:  Yes.

25                   Sir, did you give the answer to those
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2    questions back in 1990?
 3          A.  Yes.
 4          Q.  So if we look at the next line, sir.  (As
 5    read):  Was the man that you just identified in Court,
 6    the defendant, in that lineup that you saw?
 7              Your answer was "No, he wasn't?"
 8              You see that there, sir?  You can look
 9    through.  We are on page 174 now.
10          A.  74?
11          Q.  Yes, 174 at the top.
12          A.  May I say something?
13          Q.  Sure.
14          A.  When he took me to Area 5, which is Grand
15    and Central, he showed me pictures, and I didn't
16    recognize anybody in those pictures, but in the
17    lineup, I did.
18          Q.  I understand, but, sir, when you gave
19    those answers to those questions, you were talking
20    about a lineup where you told people you didn't see
21    anybody.
22              Sir, isn't it true that the fact that
23    after that point, when you didn't make an
24    identification that you went to Area 6 with Officer
25    Noon and looked at photographs and didn't see the
```

```
1              LUIS HUERTAS - BY MR. ENGQUIST

2    shooter in those photographs?

3         A.  No.

4         Q.  Sir, if I can direct your attention to

5    page 174.  Did you give these answers to these

6    questions?  If you go to 174 you can follow along.  I

7    want to make sure you can see it.

8              Starting with line 2.  (As read):  Was the

9    man that you identified in Court, the defendant, in

10   that lineup that you saw?

11             Answer:  No, he wasn't.

12             Question:  After you told the police he

13   wasn't there, did they take you anywhere else?

14             Answer:  Well, after that they took me to

15   Area 6 I believe.

16             Question:  Okay.  Was that Belmont and

17   Western?

18             Answer:  Belmont and Western.

19             Question:  Which police took you there, if

20   you know?

21             Answer:  Officer Noon took me there.

22             Question:  And when you got to Belmont and

23   Western, where did he take you inside that building?

24             Answer:  To the crime unit in the back,

25   the Gang Crime Unit.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              Question:  When you got to the Gang Crime
 3    Unit, what did you do?
 4              Answer:  Looked through some books.
 5              Question:  When you say --
 6              Answer:  Some photos.
 7              Do you see those there, sir?
 8       A.  Yes.
 9       Q.  Did you give those answers back in 1990,
10    sir, to those questions?
11       A.  Yes.
12       Q.  After going through that, do you recall
13    now whether or not you went to go see books after a
14    negative lineup with Officer Noon?
15       A.  After the lineup, yes.
16       Q.  And you didn't identify anybody in there;
17    correct?
18       A.  No.
19       Q.  And do you recall how long you went
20    through those photographs looking to see if you could
21    find the shooter with Officer Noon?
22       A.  I don't remember.
23       Q.  Okay.  Do you recall whether or not the
24    plaintiff, the shooter in this case, Mr. Rios, was in
25    the photographs with Mr. Noon -- Officer Noon?  Was
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2      Jaime Rios in the photographs that you viewed with
 3      Officer Noon?
 4              A.  Don't know.  I didn't recognize no one in
 5      there.
 6              Q.  Okay.  Sir, if I can just direct your
 7      attention to page 176.  Why don't we start at the
 8      bottom of 175.
 9                      Sir, did you give the answers to these
10      questions starting line 21?  (As read):  How long did
11      you stay there looking through the gang books?
12                      Answer:  I took my time looking through
13      the books.  Took me about three and a half hours; four
14      hours.
15                      Question:  Were you able to pick anyone
16      out of the book that shot your friend New York?
17                      Answer:  No.
18                      Question:  Did you ever see the defendant,
19      the guy you identified here?  Did you see his picture
20      in any of those books?
21                      Answer:  No.
22                      Did you give the answers to those
23      questions back in 1990, sir?
24              A.  If I gave those answers?
25              Q.  Yes.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2          A.  Yes.
 3          Q.  Were you telling the truth, sir?
 4          A.  Yes.
 5          Q.  Sir, do you recall then later on, on
 6   July 7th, being once again asked to come to Area 5 to
 7   see a lineup?
 8          A.  I don't remember the date, but yes.
 9          Q.  And do you recall who took you to that
10   lineup?
11          A.  I don't remember that either.
12          Q.  And did you go straight from the ice cream
13   shop to see the lineup, sir?
14          A.  Yes.
15          Q.  Did you view photographs that day or just
16   when you were with Officer Noon?
17          A.  Pardon me?
18          Q.  Did you review photographs that day or did
19   you go straight --
20          A.  Yes, he showed me photographs.
21          Q.  Before your second lineup?
22          A.  Yes.
23          Q.  And do you recall what photographs you
24   looked at before your second lineup, sir?
25          A.  I couldn't pick anybody out of the
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                                    Page 37

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2    pictures.
 3              Q.  Were you told who to pick, sir?
 4              A.  Pardon me?
 5              Q.  Were you ever told who to pick?
 6              A.  No.
 7              Q.  For the second lineup, sir, did you make
 8    an identification at Grand and Central?
 9              A.  Not in the photos.
10              Q.  But for the lineup, when they actually had
11    the people standing there?
12              A.  Yes.
13              Q.  Can you tell me how that occurred?  What
14    do you remember about that incident when you went to
15    the lineup room?  What happened when you went to the
16    lineup room?
17              A.  Then I noticed him.  Because I remember he
18    was looking at me in the street.
19              Q.  Did you notice him right away?
20              A.  Yes.
21              Q.  What happened when you noticed him right
22    away?
23              A.  I picked him out.
24              Q.  Did anyone tell you who to pick?
25              A.  No.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2         Q.  Did anyone tell you what position the

 3    person that they wanted you to pick would be in?

 4         A.  No.

 5         Q.  Had you seen him -- from the time you saw

 6    him that night when he shot your friend until you saw

 7    him in the lineup, had you seen him in between that

 8    time at all?

 9         A.  No.

10         Q.  Had you seen him in any photographs before

11    that time when you saw him in the lineup at all?

12         A.  No.

13         Q.  Okay.  Had you ever heard of Jaime Rios

14    before that day?

15         A.  No.

16         Q.  Do you recall what the lineup looked like,

17    sir?

18         A.  I don't remember.  Too long ago.

19         Q.  Do you think you could identify the person

20    you picked out back in 1989 today?

21         A.  No.

22         Q.  So if you identified -- when you

23    identified them in court, were you telling the truth,

24    sir?

25         A.  Yes.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2          Q.  When you identified photographs in court
 3   of the person you identified, were you telling the
 4   truth, sir?
 5          A.  Yes.
 6          Q.  When you walked into that lineup room and
 7   saw Mr. Rios and identified him as the shooter, were
 8   you completely sure he was the shooter?
 9          A.  Yes.
10          Q.  If you had to gauge it -- like what
11   percentage of how sure you were, where would you put
12   it?
13          A.  Pardon?
14          Q.  If you gave it a -- from 1 to 100 percent,
15   when you first saw him, where would you think your
16   confidence was?
17          A.  98 percent.
18          Q.  Do you remember the detectives who took
19   you into the lineup?
20          A.  Don't remember.
21          Q.  Does the name Detective Mason ring a bell?
22          A.  No.
23          Q.  Does the name Detective Halvorsen ring a
24   bell?
25          A.  No.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  Did either of the detectives that were in
 3    the room with you ever tell you who to pick?
 4         A.  No.
 5         Q.  Did they ever threaten you in any way?
 6         A.  No.
 7         Q.  Officer Noon or the other officer that
 8    drove you to Area 5 for the lineups, did they ever
 9    tell you who to pick?
10         A.  No.
11         Q.  Did they threaten you?
12         A.  No one threatened to lock me up for
13    obstructing justice.
14         Q.  That would be under the first occasion
15    when you went back and looked at those books; is that
16    correct?
17         A.  Correct.
18         Q.  What did Officer Noon say to you?
19         A.  He said I could lock you up for
20    obstructing traffic -- I mean justice.  'Cause he is
21    in this picture.
22         Q.  In the pictures?
23         A.  But the pictures, he was younger.  He
24    said, "The face never changes."
25              I said, "Yes, it does."
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2              Q.  You say he said that the person would be

 3   in the books that he was showing you; is that correct?

 4              A.  Correct.

 5              Q.  Do you know if Mr. Rios was even in the

 6   books you saw?

 7              A.  I wouldn't know.

 8              Q.  And if I have this correctly, Officer Noon

 9   was saying that if you don't cooperate, you could be

10   locked up for obstruction of justice?

11              A.  Correct.

12              Q.  You still didn't choose anybody that day?

13              A.  Not in the books.

14              Q.  Because you didn't see Mr. Rios?

15              A.  No.

16              Q.  Is that correct?

17              A.  Correct.

18              MR. ENGQUIST:  Could we mark this as B,

19   please.

20              (The following exhibit was marked for

21              identification:  Defendant EXH B.)

22              Q.  I am going to show you what we had marked

23   as Exhibit B, which is titled Affidavit of Luis

24   Huertas, which is from, looks like, May 19th of 2020.

25              Sir, do you recall this affidavit?
```

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                              Page 42

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         A.  Yes.
 3              Q.  Now, prior to this affidavit -- did you
 4    type this affidavit up?
 5         A.  Pardon?
 6              Q.  Did you write this yourself?
 7         A.  No.
 8              Q.  Was it brought to you written already?
 9         A.  Yes.
10              Q.  Prior to -- and this was, according to the
11    backside of it, it was signed on May 2020; correct?
12    May 19?
13         A.  Correct.
14              Q.  Is that your signature, sir?
15         A.  Yes.
16              Q.  Prior to this being brought to you to
17    sign, did you review your testimony from 1990?
18         A.  No -- I don't remember.
19              Q.  Okay.  Is today the first day that you
20    have seen your testimony from back in 1990, sir?
21         A.  No.
22              Q.  When is the last time you saw it?
23         A.  It was in my apartment when -- I believe
24    her name was Heather or something.
25              Q.  Did you read it then, sir?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2         A.  Yes, she showed it to me.

 3         Q.  Sir, let me go through this.  It says

 4    number 1.  It says (as read):  I testified at the

 5    trial of Jaime Rios and identified him as the shooter

 6    in the murder he was charged with.  Do you see that?

 7         A.  Yes.

 8         Q.  That's true; is that right?

 9         A.  Yes.

10         Q.  You did identify Jaime Rios in court, and

11    you are saying still today you believe he was the

12    shooter of your friend; correct?

13         A.  Yes.

14         Q.  Number 2, it says (as read):  I identified

15    Jaime Rios in a lineup I viewed on July 7, 1989; is

16    that correct, sir?

17         A.  Yes.

18         Q.  Now, it says (as read):  However, before I

19    went to the lineup, I was contacted by Detective

20    Reynaldo Guevara.  Do you remember Reynaldo Guevara at

21    all?

22         A.  No, sir.

23         Q.  Did you ever have any dealings with

24    Reynaldo Guevara on the street?

25         A.  No.
```

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                                    Page 44

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  When is the first you became aware of a
 3    person by the name of Reynaldo Guevara?
 4         A.  I don't remember.
 5         Q.  He wasn't known on the street for being a
 6    bad cop or anything at that point, was he?  In '89 or
 7    '90?
 8         A.  Not that I know of.
 9         Q.  When was the first time you ever heard of
10    him?  Was that when plaintiff's counsel investigator
11    came to see you?
12         A.  When they picked me up at the ice cream
13    shop.
14         Q.  Who?
15         A.  Two officers.
16         Q.  Do you know if one of them was Reynaldo
17    Guevara for sure?
18         A.  Excuse me?
19         Q.  Do you know if one of them was Reynaldo
20    Guevara?
21         A.  Don't remember.
22         Q.  When you say two officers picked you up at
23    the ice cream shop, are you talking about the first
24    time with Danny Noon or the second time?
25         A.  The second time.
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         Q.  It says (as read):  I have viewed a
 3    photograph which is attached to the affidavit that
 4    depicts Reynaldo Guevara.
 5              Do you remember that photograph, sir?
 6         A.  I don't remember.
 7              MR. ENGQUIST:  Can I mark this as C?
 8              (The following exhibit was marked for
 9              identification:  Defendant EXH C.)
10         Q.  Was this the photograph, sir -- I am
11    showing you Exhibit C -- that you were shown by the
12    investigator?
13         A.  Yes.
14         Q.  Does that face ring a bell with you at
15    all?
16         A.  Yes.
17         Q.  You do know him?
18         A.  Yep.
19         Q.  How do you know him, sir?
20         A.  He interviewed me over there in Area 5,
21    second floor, I believe.
22         Q.  For this case?
23         A.  Huh?
24         Q.  For this case was he one of the officers
25    that drove you to Area 5?
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                                    Page 46

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2          A.  Yes.
 3          Q.  He was not the one that did the lineup.
 4  Those were the two detectives; correct?
 5          A.  No.
 6          Q.  Is that correct, sir?
 7          A.  Yes.
 8          Q.  Did Reynaldo Guevara tell you who to pick
 9  in the lineup?
10          A.  No.
11          Q.  Line number 6 here says (as read):
12  Guevara was known as a "dirty cop," who would put
13  cases on people and charge them for no reason.
14              Sir, you were saying before that you
15  didn't know who Reynaldo Guevara was; is that correct?
16          A.  Back at that time, I probably did, but I
17  don't remember him now.
18          Q.  Besides someone telling you he was a dirty
19  cop, do you have any reason to believe he was a dirty
20  cop?
21          A.  At that time, no.
22          Q.  If you turn the page over, sir.  Turn it
23  over to line 7 it says (as read):  Guevara picked me
24  up on July 7, 1989, and showed me a series of
25  photographs and told me to pick out the shooter I had
```

```
 1                LUIS HUERTAS - BY MR. ENGQUIST
 2      seen.
 3                    Do you remember that, sir?
 4           A.  No, I don't remember.
 5           Q.  And you didn't write that in here?
 6      Someone else wrote it for you; is that correct?
 7           A.  Yes.
 8           Q.  As you sit here today, you don't recall
 9      Guevara showing you photos.  You remember Danny Noon
10      showing you photos at an earlier occasion, all those
11      series of photos; correct?
12           A.  Yes.
13           Q.  Line 8 (as read):  I told Guevara I didn't
14      recognize the shooter in any photographs.
15                    Do you recall that now, sir?
16           A.  Yes.
17           Q.  Did you tell Guevara that you didn't
18      recognize anybody on the drive to Area 5?
19           A.  There was two officers there and they
20      wanted me to pick someone, but I didn't recognize
21      anybody.
22           Q.  To be clear the first time you identified
23      anybody is when you saw Mr. Rios live; correct?
24           A.  Yes.
25           Q.  Line 9 (as read):  Guevara threatened to
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST

 2   have me locked up if I didn't identify a shooter.

 3              Is that correct, sir?  Was this

 4   Mr. Guevara or Mr. Noon who threatened you?

 5         A.  Yes.

 6         Q.  Which one, sir?

 7         A.  It was Noon.

 8         Q.  Okay.  So that would've been on the

 9   previous occasion when you were at Area 6 at the Gang

10   Crime office going through those series of

11   photographs?

12              So when you were talking about Mr. Noon

13   threatening you, not Mr. Guevara, that was when you

14   were at Area 6 in the Gang Crimes office going through

15   all of those photographs?

16         A.  Yes.

17         Q.  Then it says number 10 (as read):  He took

18   me to a station and showed me a lineup.

19         A.  Correct.

20         Q.  To be clear, did Mr. Guevara bring you to

21   the lineup or two detectives?

22         A.  I don't remember.

23         Q.  As you sit here today, you don't remember

24   who was in the lineup room with you that day?

25         A.  The officer?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              Q.  Yes.
 3              A.  No, I don't remember.
 4              Q.  Line 11 (as read):  One of the people was
 5   also in the lineup in the station.
 6                  To be clear, sir, if I read this
 7   correctly, earlier you testified you don't recall ever
 8   seeing a picture of Jaime Rios when you were going
 9   through any of the photos, right?
10              A.  Correct.
11              Q.  Line 11 is not accurate?
12              A.  In the picture I didn't know anybody.
13              Q.  Line 12 says (as read):  He was the only
14   person in the lineup who was also in the photo array.
15                  Sir, do you ever remember seeing a photo
16   array with Jaime Rios in it at all?
17              A.  No.
18              Q.  Number 13 (as read):  I have not
19   willing -- I have not willingly -- I'm sorry.
20                  (As read):  I have not willing to give
21   this information to anyone before today because I
22   wanted to leave the past behind.  I was afraid
23   Detective Guevara would retaliate?
24                  Sir, to be clear, were you afraid of
25   Detective Guevara all of these years?
```

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2         A.  Yes.
 3         Q.  How were you afraid of Guevara if you
 4    didn't know Detective Guevara?
 5         A.  The way he spoke.
 6         Q.  When he drove you to Area 5, the way he
 7    spoke to you scared you?
 8         A.  At Area 5.
 9         Q.  How did he speak to you that scared you?
10         A.  At the station.  They didn't like me.
11    They threatened to lock me up.
12         Q.  You said Danny Noon threatened to --
13         A.  Yes.
14         Q.  But prior to someone coming to you with
15    this affidavit and talking to you about Detective
16    Guevara, did you even know the name Detective Guevara?
17         A.  No.
18         Q.  So would it be fair to say you weren't
19    hiding from Detective Guevara all these years; is that
20    correct?
21         A.  Correct.
22         Q.  And you were willing to come forward and
23    talk about all the details about what happened with
24    your friend that got killed and the investigation
25    afterwards up to the time he was identified up until
```

| | |
|---|---|
| 1 | LUIS HUERTAS - BY MR. ENGQUIST |
| 2 | court; is that fair to say? |
| 3 | A. Correct. |
| 4 | Q. You weren't holding anything back when you |
| 5 | testified in court; correct? |
| 6 | A. Correct. |
| 7 | Q. Just to be clear, when you went to court |
| 8 | you testified truthfully; correct? |
| 9 | A. I picked someone. |
| 10 | Q. You did testify truthfully when you were |
| 11 | in court and under oath? |
| 12 | A. Yes. |
| 13 | Q. When you testified under oath in court, if |
| 14 | someone asked you a question, you would not have held |
| 15 | back any details; correct? |
| 16 | A. Correct. |
| 17 | Q. Now, sir, I know your memory is not what |
| 18 | it used to be when you were younger. Back in 1990 or |
| 19 | 1989, do you have any reason to doubt your |
| 20 | identification of Jaime Rios as the person who shot |
| 21 | and killed your friend? |
| 22 | A. He looked at me first. |
| 23 | Q. Do you have any reason to doubt your |
| 24 | identification today? |
| 25 | A. No. |

```
 1              LUIS HUERTAS - BY MR. ENGQUIST
 2              MR. ENGQUIST:  Why don't we take five
 3    minutes and then we will come back on.  Okay?
 4              MR. RICHARDS:  Okay.
 5              MR. ENGQUIST:  It might be closer to 10
 6    minutes.  He wants to go outside and have a smoke.
 7              MR. RICHARDS:  That's fine.  I will have
 8    my Zoom running.  Shout for me when ready to restart.
 9              (The proceeding recessed at 12:00 p.m.)
10              (The proceeding reconvened at 12:08 p.m.;
11              appearances as before noted.)
12    LUIS HUERTAS, resumes;
13              CONTINUING EXAMINATION BY MR. ENGQUIST:
14              Q.  I know, Mr. Huertas, we have been talking
15    about your trial transcript.  Prior to giving trial
16    testimony, do you remember talking to any members from
17    the Cook County State's Attorney's Office?
18              A.  Any other officer?
19              Q.  No, the attorneys, the ASA?
20              A.  Yes, but I don't remember his name either.
21              Q.  Do you recall being interviewed by them
22    before going on trial to give your testimony?
23              A.  Yes.
24              Q.  During that time, did you tell them you
25    had any reservations about who you chose in the lineup
```

```
 1               LUIS HUERTAS - BY MR. ENGQUIST
 2      as the murderer?
 3             A.  I don't remember.
 4             Q.  If you had any reservation, you would have
 5      told them; correct?
 6             A.  Yes.
 7             Q.  Do you recall them ever asking you if
 8      anyone ever told you who to pick?
 9             A.  Nobody told me that.
10             Q.  And just to be clear, no member of the
11      Chicago Police Department told you who to pick out as
12      the murderer; correct?
13             A.  No.
14             Q.  That is correct?
15             A.  Correct.
16             Q.  No one from the State's Attorney's Office
17      told you who to pick out as the murderer; correct?
18             A.  Correct.
19             MR. ENGQUIST:  Okay.  I think that's all I
20      have for right now.  So, Josh, if you want to ask
21      questions go for it.
22             MR. RICHARDS:  Will all of the plaintiffs
23      not asking direct questions before I start my cross --
24      I'm sorry.
25             Are all other defense counsel not doing
```

```
 1                 LUIS HUERTAS - BY MR. RICHARDS
 2   direct examinations before I start my cross?
 3                 MR. ENGQUIST:  Austin, do you have
 4   anything?
 5                 MR. RAHE:  No, I don't have anything.
 6                 MR. SCHALKA:  I have nothing.
 7                 MR. RAHE:  So you are good to go, Josh
 8   Richards.
 9                 EXAMINATION BY MR. RICHARDS:
10           Q.  Thank you.  For the record, my name is
11   Joshua Richards.  I am an attorney at the law office
12   of Stephen L. Richards, and I represent Mr. Rios, the
13   plaintiff, in this matter.
14                 Sir, can you hear me all right?
15                 THE WITNESS:  What did he say?
16                 MR. ENGQUIST:  He asked if you can hear
17   him all right.
18                 Why don't you ask him again.
19           Q.  Sir, can you see me now?
20           A.  Yes.
21           Q.  Sir, my name is Joshua Richards.  I am an
22   attorney at the law office of Stephen L. Richards, and
23   I represent the plaintiff in this matter, Jaime Rios.
24   Did you hear all of that?
25           A.  Yes.
```

```
 1              LUIS HUERTAS - BY MR. RICHARDS
 2         Q.  So because I am not with you in person,
 3   and I am asking you the questions over Zoom, if at any
 4   time you don't hear me, please say something.  Okay?
 5         A.  Okay.
 6         Q.  Now, Mr. Huertas, back in 1989 you were
 7   living with a friend?
 8         A.  Yes.
 9         Q.  What was that friend's name?
10         A.  Nelson Reyes.
11         Q.  Nelson Reyes.  How did you know Nelson
12   Reyes?
13         A.  We met in 1979, I believe.
14         Q.  How did you meet him in 1979?
15         A.  Nelson?
16         Q.  Correct.
17         A.  We were -- I was 15, and we were moving to
18   the corner where he lived, and there was mountains of
19   snow, and he started laughing because I fell.
20         Q.  And after that you became friends?
21         A.  Yes.
22         Q.  Now, I want to ask you some -- about some
23   other people.  What I am going to do is I am going to
24   say a name, and I want you to tell me if you recognize
25   the name or not.  Okay?
```

```
 1              LUIS HUERTAS - BY MR. RICHARDS

 2         A.  Okay.

 3         Q.  The first name is Jose Melendez.  Do you

 4    know that name?

 5         A.  I don't remember that name.

 6         Q.  I am next going to say a nickname to you

 7    and ask you if you remember that.  Do you remember or

 8    do you know a person by the nickname of Macho?

 9         A.  No, don't remember.

10         Q.  Do you know anyone by the name Javier

11    Torres?

12         A.  No.

13         Q.  Now, on direct examination, the counsel

14    for the defendant asked you if you were truthful

15    during your testimony back in court back in 1990.  You

16    are today saying you were being truthful in 1990; is

17    that correct?

18         A.  Correct.

19         Q.  And you are saying today that you didn't

20    hold anything back in your answers --

21         A.  Correct.

22         Q.  -- is that correct?

23         A.  Correct.

24         Q.  So let me ask you this.  Today you

25    remember who your friend was that you were living with
```

```
 1              LUIS HUERTAS - BY MR. RICHARDS
 2    in 1989 -- when you were -- do you recall this
 3    question and answer from page 151 of your transcript
 4    starting with line 5.  (As read):  Question:  And did
 5    you live there with anyone else?
 6              Answer:  A friend.
 7              Do you remember being asked that question
 8    and giving that answer?
 9         A.  Don't remember.
10         Q.  Okay.  So you don't remember that you were
11    saying a friend, but not saying that friend's name;
12    fair?
13         A.  If I was staying with a friend?
14         Q.  Yes.
15         A.  Yes.  I am still in touch with him.
16         Q.  Okay.  So why didn't you give your
17    friend's name at trial as to the person who you were
18    living with?
19         A.  Don't remember that either.
20         Q.  Would you say that answering that question
21    "a friend," instead of the person's name, would you
22    say you were holding information back at trial?
23         A.  No.
24         Q.  Now, also during direct examination,
25    counsel had asked you about a person by the last name
```

```
 1                LUIS HUERTAS - BY MR. RICHARDS
 2      of Guevara, a Chicago police detective.  And is it
 3      fair to say that you are saying today that the first
 4      time you ever heard that name was when an investigator
 5      showed you a transcript of your previous proceeding,
 6      that being Heather; is that your testimony today?
 7              A.  Yes.
 8              Q.  So I would like to ask you a question
 9      about your transcript.  When you testified at trial --
10      for the record, I am looking at page 176 starting at
11      line 13 -- (as read):  Question:  Now, Luis, I want to
12      call your attention to a little bit later.  Would have
13      been July 7th of 1989 at about quarter to 5 or 5
14      o'clock in the evening.  Do you remember where you
15      were?
16                  Answer:  Well, that's the time that
17      Officer Guevara came and picked me up.
18                  Do you remember being asked that question
19      and giving that answer at trial back in 1990?
20              A.  I don't remember.  Possible.
21              Q.  Now, in terms of today and your testimony
22      about what happened back in 1989, when you were
23      talking to the Assistant State's Attorneys back before
24      trial, you told them everything that you told us
25      today; is that true?
```

```
 1              LUIS HUERTAS - BY MR. RICHARDS
 2              A.  Yes.
 3              Q.  You have mentioned that you retired from a
 4   gang which was the Latin Disciples?
 5              A.  Yes.
 6              Q.  And you retired -- was that after this
 7   incident occurred?
 8              A.  After, yes.
 9              Q.  Did you retire before or after you
10   testified at trial?
11              A.  After.
12              Q.  And when you retired after testifying at
13   trial, did you have to endure a beat out?
14              A.  No.
15              Q.  Do you know what a beat out is?
16              A.  Yes.  You get in a line.  Everybody beats
17   you and then you are out.
18              Q.  And you didn't do that to leave the Latin
19   Disciples?
20              A.  No.  Well, I was called being an outlaw.
21              Q.  Can you explain that?
22              A.  That's when you get out of the gang
23   without a beat out.
24              Q.  Is there a different effect of being out
25   of the gang via being an outlaw versus a beat out?
```

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                                    Page 60

```
 1              LUIS HUERTAS - BY MR. RICHARDS
 2   What are the differences between the two?
 3           A.  In the beat out, you are automatically out
 4   and never can come back.  Now, outlaw is when you just
 5   let everything go without the beat out.
 6           Q.  Are there consequences for being an outlaw
 7   with the gang?
 8           A.  No.
 9           Q.  As an outlaw, can you return to the gang?
10           A.  Pardon me?
11           Q.  As an outlaw, could you return to the
12   gang?
13           A.  If I wanted to at that time, yeah.
14               MR. RICHARDS:  I have nothing further.
15               MR. ENGQUIST:  Okay.  Give me one minute.
16   I want to talk to him to see if we can -- not the
17   deponent.  Talk to Austin before we stop.  Want to
18   take five?
19               MR. RICHARDS:  Sure.
20               MR. ENGQUIST:  Is everybody there?
21               MR. RICHARDS:  I am here.
22               MR. SCHALKA:  I'm here as well.
23               MR. ENGQUIST:  I don't have anything based
24   on that.  Austin doesn't either.
25               Mr. Schalka, do you.
```

```
 1              LUIS HUERTAS - BY MR. RICHARDS

 2              MR. SCHALKA:  I don't have anything.

 3              MR. ENGQUIST:  All right.

 4              So the only thing left is waive or

 5   reserve.  What I mean by that is you can waive your

 6   signature when it gets written up by the court

 7   reporter.  If you want a chance to review it to see if

 8   she took down everything correctly, you can.  You can

 9   reserve your signature, and then you can read it over

10   and then you have to sign it and give it back.  Either

11   way.

12              No matter what, I will get you a copy of

13   your transcript if we order it so you can have it.

14              Do you want to waive or reserve.

15              THE WITNESS:  Waive.

16              MR. ENGQUIST:  Waive it is.  Okay.  Thank

17   you very much everybody.

18                       (TIME:  12:25 p.m.)

19                        *      *      *

20

21

22

23

24

25
```

```
 1

 2                      W I T N E S S

 3    Name                Examination by              Page

 4    ------------------------------------------------------

 5     Luis Huertas          Mr. Engquist            5-53

 6      "      "             Mr. Richards           54-60

 7                              *      *      *

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2                        E X H I B I T S

 3   Defendant      Description              Marked ID'ed

 4   ----------------------------------------------------

 5   EXH A    Trial transcript of People of the
              State of Illinois versus Jaime
 6            Rios before Judge Themis Karnezis,
              dated November 29, 1990            18    18
 7
     EXH B    Affidavit of Luis Huertas, dated
 8            May 19, 2020                        41    41

 9   EXH C    Photograph                         45    45

10

          (Exhibits retained by the Court Reporter to be
11                 returned to Josh Engquist, Esq.)

12                        *      *      *

13

14

15                  EXHIBITS PREVIOUSLY MARKED

16   Exhibit        Description                    Page

17   ----------------------------------------------------

18   EXH

19        (No Previously Marked Exhibits Presented)

20                        *      *      *

21

22

23

24

25
```

```
 1

 2              D O C U M E N T   R E Q U E S T S

 3   Request                                         Page

 4   --------------------------------------------------------

 5

 6                  (No Documents Requested)

 7                      *       *       *

 8

 9

10

11

12           C E R T I F I E D   Q U E S T I O N S

13   Question                                        Page

14   --------------------------------------------------------

15

16                  (No Certified Questions)

17                      *       *       *

18

19

20

21

22

23

24

25
```

1

2                      C E R T I F I C A T I O N

3    STATE OF NEW YORK:

4    COUNTY OF ONTARIO:

5              I,  ANASTASIA SULLIVAN, do hereby certify

6    that the foregoing testimony was duly sworn to; that I

7    reported in machine shorthand the foregoing pages of

8    the above-styled cause, and that they were produced by

9    computer-aided transcription (CAT) under my personal

10   supervision and constitute a true and accurate record

11   of the testimony in this proceeding;

12             I further certify that the witness does

13   not request to review the transcript;

14             I further certify that I am not an

15   attorney or counsel of any parties, nor a relative or

16   employee of any attorney or counsel connected with the

17   action, nor financially interested in the action;

18             WITNESS my hand in the City of

19   Canandaigua, County of Ontario State of New York.

20

21

     ANASTASIA SULLIVAN

24   Freelance Court Reporter and

     Notary Public No. 01SU0013168

25   in and for Ontario County, New York

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                    Index: 1..7th

**Exhibits**

**HuertasL A**
 18:3,4
 20:2 63:5
**HuertasL B**
 41:21,23
 63:7
**HuertasL C**
 45:9,11
 63:9

**1**

**1**  39:14
 43:4
**10**  48:17
 52:5
**100**  39:14
**11**  21:13,18
 49:4,11
**114**  11:8
**12**  14:10
 21:12,13,
 18 49:13
**12:00**  52:9
**12:08**  52:10
**12:25**  61:18
**13**  21:9,12
 27:23
 49:18
 58:11
**1310**  19:11

**1313**  15:15
 19:9
**14**  24:7,8
**15**  55:17
**151**  57:3
**152**  21:4
 22:20
**153**  22:19,
 21
**156**  24:6
**16**  27:24
**164**  27:15,
 23
**172**  30:11
**174**  32:9,11
 33:5,6
**175**  35:8
**176**  35:7
 58:10
**19**  30:12
 42:12
**1979**  55:13,
 14
**1988-ish**
 17:13
**1989**  7:2
 13:25 14:3
 15:10,25
 18:18,25
 19:20,22
 27:17
 38:20

**43**:15
**46**:24
**51**:19 55:6
**57**:2
**58**:13,22
**1990**  8:23,
 25 11:3
 17:16 18:6
 19:21
 20:19,22
 27:16,22
 28:10 32:2
 34:9 35:23
 42:17,20
 51:18
 56:15,16
 58:19
**19th**  41:24

**2**

**2**  33:8
 43:14
**20**  23:10
 26:18
**2020**  41:24
 42:11
**21**  35:10
**22**  24:7
**25**  26:18
**27**  18:18,25
 29:8
**28th**  28:25
 29:4

**29**  18:6
 29:6,7

**3**

**39**  13:4

**5**

**5**  29:20
 32:14 36:6
 40:8
 45:20,25
 47:18
 50:6,8
 57:4 58:13
**5:30**  30:16

**6**

**6**  22:23
 30:16
 32:24
 33:15
 46:11
 48:9,14
**60**  8:9

**7**

**7**  43:15
 46:23,24
**74**  32:10
**7th**  36:6
 58:13

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                    Index: 8..backside

**8**

8   21:8
  47:13

89   13:17
  16:6  44:6

**9**

9   47:25

90   8:23
  16:6  44:7

98   39:17

**A**

ability   7:10
  9:4,7,14
  10:3

accurate
  49:11

action   20:13

address   11:7
  12:13
  15:14

administer
  5:5

affect   7:10
  8:4  9:4,7
  10:3

affects   9:17

affidavit
  41:23,25
  42:3,4

45:3 50:15

afraid
  49:22,24
  50:3

age   8:7,8

aiming
  25:16,17,
  18,20

alcoholic
  9:21

aligned
  16:22

alley   24:22
  26:12

amount   8:3

Anastasia
  5:5

answering
  10:11
  57:20

answers   5:22
  32:19 33:5
  34:9 35:9,
  22,24
  56:20

apartment
  11:9 19:9
  42:23

Apartments
  11:7

appearances
  52:11

approximately

12:6

area   15:17,
  18 19:15
  29:20
  32:14,24
  33:15 36:6
  40:8
  45:20,25
  47:18
  48:9,14
  50:6,8

Army   12:14

array   49:14,
  16

arrive   28:23

ASA   52:19

assistance
  14:24

Assistant
  58:23

assume   6:23

attached
  45:3

attention
  15:9 21:3,
  8 24:7
  27:14
  30:10 33:4
  35:7 58:12

attorney
  54:11,22

Attorney's
  52:17
  53:16

attorneys
  52:19
  58:23

Austin   54:3
  60:17,24

automatically
  60:3

Avenue   27:25

aware   44:2

**B**

back   8:20,
  25 11:3
  13:17,25
  15:25
  19:20,21
  20:18,21
  26:16 32:2
  33:24 34:9
  35:23
  38:20
  40:15
  42:20
  46:16
  51:4,15,18
  52:3 55:6
  56:15,20
  57:22
  58:19,22,
  23 60:4
  61:10

background
  11:5

backside
  42:11

bad   44:6

bar   13:20
  19:7,8,13,
  15 21:23,
  24 22:2,4,
  5 26:6

based   60:23

beat   59:13,
  15,23,25
  60:3,5

beats   59:16

bell   18:19
  39:21,24
  45:14

Belmont
  33:16,18,
  22

belong   15:25
  16:17

belonged
  24:17

bipolar   7:19
  8:18

bit   15:10
  58:12

blood   9:9,17

book   35:16

books   34:4,
  13 35:11,
  13,20
  40:15
  41:3,6,13

born   13:5

bottles
  14:21

bottom   21:4
  30:12 35:8

Bowling
  12:9,12,
  15,18

break   6:9

bring   48:20

brought
  42:8,16

building
  33:23

bullet   27:8

---
C
---

call   58:12

called   5:9
  28:17
  59:20

cans   14:21

cars   14:11

case   5:17
  6:21 18:6
  20:19 30:6
  34:24
  45:22,24

cases   46:13

center   14:22

Central
  30:22,24
  32:15 37:8

certified
  5:2

chair   15:3

chance   61:7

charge   5:2
  46:13

charged   43:6

charges   5:3

Chicago   5:18
  8:20
  12:23,24
  13:2,5
  14:15
  53:11 58:2

choose   41:12

chose   52:25

city   5:17
  30:21

clear   5:20
  11:17
  13:24 15:2
  18:8 47:22
  48:20
  49:6,24
  51:7 53:10

close   26:17

closer   52:5

Cobra   28:3

Cobras
  16:20,21
  17:4 19:19
  24:11,13
  25:13

28:17

complete
  20:24

completely
  39:8

condition
  9:3 15:4

confidence
  39:16

consequences
  60:6

consistent
  23:19

contact
  24:21

contacted
  29:2 43:19

contacting
  29:10

contest   6:8

CONTINUING
  52:13

conversation
  5:25

conversations
  10:7

Cook   52:17

cooperate
  41:9

cop   44:6
  46:12,19,
  20

copy 61:12

corner 25:12
  55:18

coroner
  22:10

correct
  10:22
  11:18
  13:6,25
  14:2,4,5,
  6,7 15:20,
  21 17:10
  18:25
  19:24
  20:11
  21:21
  25:18
  28:23,24
  30:25
  34:17
  40:16,17
  41:3,4,11,
  16,17
  42:11,13
  43:12,16
  46:4,6,15
  47:6,11,23
  48:3,19
  49:10
  50:20,21
  51:3,5,6,
  8,15,16
  53:5,12,
  14,15,17,
  18 55:16
  56:17,18,
  21,22,23

correctly
  41:8 49:7
  61:8

counsel
  23:20,25
  44:10
  53:25
  56:13
  57:25

County 52:17

couple 21:4

court 10:9,
  14,21,25
  32:5 33:9
  38:23 39:2
  43:10
  51:2,5,7,
  11,13
  56:15 61:6

cream 13:17,
  19 14:4
  15:12,13,
  20 29:11
  36:12
  44:12,23

crime 33:24,
  25 34:2
  48:10

Crimes 48:14

criminal
  18:5 20:19

cross 53:23
  54:2

crossing

27:25

                  D

Danny 44:24
  47:9 50:12

date 8:22
  36:8

day 23:15
  29:2,21
  36:15,18
  38:14
  41:12
  42:19
  48:24

dealings
  43:23

death 21:15

decline 8:13

defendant
  18:3 32:6
  33:9 35:18
  41:21 45:9
  56:14

defense
  53:25

Department
  53:11

depicts 45:4

deponent
  60:17

deposition
  5:16,19
  10:18

17:21,24
  21:5

depression
  7:22 8:25

details 7:7
  28:12
  50:23
  51:15

detective
  39:21,23
  43:19
  49:23,25
  50:4,15,
  16,19 58:2

detectives
  39:18 40:2
  46:4 48:21

diagnosed
  8:18,25

difference
  9:18

differences
  60:2

direct 21:3,
  8 24:7
  33:4 35:6
  53:23 54:2
  56:13
  57:24

direction
  23:3,8

directly
  24:3

dirty 46:12,

18,19

**Disciple**
 17:17

**Disciples**
 16:8,22,25
 17:4,9,13
 59:4,19

**discussion**
 10:8

**disorder**
 8:19

**doubt** 51:19,
 23

**draw** 27:14
 30:10

**drew** 26:11

**drink** 9:21

**drive** 10:14
 47:18

**drove** 40:8
 45:25 50:6

**drugs** 9:24

─────────
 **E**
─────────

**earlier** 5:18
 47:10 49:7

**effect** 9:13
 59:24

**electric**
 15:3

**employed**
 13:12

**employment**
 13:14,15

**empty** 26:25

**endurance**
 6:8

**endure** 59:13

**enemies** 17:5

**ENGQUIST**
 5:1,11 6:1
 7:1 8:1
 9:1 10:1
 11:1 12:1
 13:1 14:1
 15:1 16:1
 17:1 18:1
 19:1 20:1,
 9,16 21:1
 22:1 23:1
 24:1 25:1
 26:1 27:1
 28:1 29:1
 30:1 31:1
 32:1 33:1
 34:1 35:1
 36:1 37:1
 38:1 39:1
 40:1 41:1,
 18 42:1
 43:1 44:1
 45:1,7
 46:1 47:1
 48:1 49:1
 50:1 51:1
 52:1,2,5,
 13 53:1,19
 54:3,16

60:15,20,
 23 61:3,16

**entitled**
 6:13

**estimate**
 8:21,22

**et al** 5:18

**evening** 22:6
 58:14

**events** 19:22

**exact** 8:22

**examination**
 5:11 52:13
 54:9 56:13
 57:24

**examinations**
 54:2

**Excuse** 44:18

**EXH** 18:3
 41:21 45:9

**exhausted**
 23:23

**exhibit**
 18:2,4
 20:2
 41:20,23
 45:8,11

**expedite** 5:3

**explain**
 24:13
 31:3,7
 59:21

─────────
 **F**
─────────

**face** 25:24
 40:24
 45:14

**faced** 22:12
 26:21

**facing** 31:17

**fact** 32:22

**fair** 17:12
 19:21
 50:18 51:2
 57:12 58:3

**favor** 10:12

**feet** 26:18

**fell** 55:19

**finances**
 14:20

**find** 34:21

**fine** 52:7

**fire** 27:2

**fired** 26:24

**floor** 45:21

**focus** 15:9

**folks** 16:25
 24:14

**follow** 22:23
 33:6

**foremost**
 5:22

**forgot** 18:12

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023          Index: forward..hours

forward
  50:22

friend  13:25
  15:12,19
  16:13
  21:9,20,23
  26:12
  27:17
  28:14
  31:19
  35:16 38:6
  43:12
  50:24
  51:21 55:7
  56:25
  57:6,11,
  13,21

friend's
  55:9
  57:11,17

friends
  17:5,7,9
  28:16,17
  55:20

front  18:5,8
  22:4,5
  25:15

———————

——— G ———

gang  16:2,
  4,7,17,19
  19:16,18
  22:17
  24:16
  25:3,6
  33:25 34:2

35:11
48:9,14
59:4,22,25
60:7,9,12

gangway
  22:13
  26:15

gauge  39:10

gave  20:21
  30:14
  32:18
  35:24
  39:14

Genesis  11:8

Geneva
  11:18,20
  12:19
  14:14

gentlemen
  31:4

give  8:21
  23:18
  31:25 33:5
  34:9 35:9,
  22 49:20
  52:22
  57:16
  60:15
  61:10

giving
  20:12,14,
  18 52:15
  57:8 58:19

glass  31:10

good  8:11,
  12 25:24
  54:7

governmental
  14:23

Grand  30:22,
  23 32:14
  37:8

Green  12:9,
  12,15,18

ground  5:19

Guevara
  43:20,24
  44:3,17,20
  45:4 46:8,
  12,15,23
  47:9,13,
  17,25
  48:4,13,20
  49:23,25
  50:3,4,16,
  19 58:2,17

gun  22:12,
  14,15
  25:21
  26:11,20

guy  24:10
  26:24
  35:19

guys  22:10
  26:16,17

———————

——— H ———

H-U-E-R-T-A-S

5:14

half  35:13

half-hour
  22:7,8

Halvorsen
  39:23

happen  24:9

happened
  22:9 25:11
  26:19,23
  29:6,8
  37:15,21
  50:23
  58:22

head  27:8

hear  54:14,
  16,24 55:4

heard  38:13
  44:9 58:4

Heather
  42:24 58:6

held  51:14

hiding  50:19

high  9:9

hold  10:10
  56:20

holding  51:4
  57:22

homeless
  12:4

hours  35:13,
  14

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023          Index: Huertas..Kentucky

Huertas  5:1,
  8,14,17
  6:1 7:1
  8:1 9:1
  10:1 11:1
  12:1 13:1
  14:1 15:1
  16:1 17:1
  18:1 19:1
  20:1 21:1
  22:1 23:1
  24:1 25:1
  26:1 27:1
  28:1 29:1
  30:1 31:1
  32:1 33:1
  34:1 35:1
  36:1 37:1
  38:1 39:1
  40:1 41:1,
  24 42:1
  43:1 44:1
  45:1 46:1
  47:1 48:1
  49:1 50:1
  51:1 52:1,
  12,14 53:1
  54:1 55:1,
  6 56:1
  57:1 58:1
  59:1 60:1
  61:1

huh-huh  6:3

Humboldt
  15:17

                I

ice  13:17,
  19 14:4
  15:11,13,
  20 29:11
  36:12
  44:12,23

idea  8:6

identification
  18:3 32:24
  37:8 41:21
  45:9
  51:20,24

identified
  32:5 33:9
  35:19
  38:22,23
  39:2,3,7
  43:5,14
  47:22
  50:25

identify
  34:16
  38:19
  43:10 48:2

illegal  9:24

Illinois
  18:7

impeach
  23:20

improper
  20:4,14,15
  24:23

In-person
  30:8

incident  7:2
  13:20
  17:18
  18:20,22
  37:14 59:7

including
  5:2

individuals
  22:24
  31:11,12,
  16,19

information
  49:21
  57:22

initially
  25:20

inside  33:23

interviewed
  45:20
  52:21

introduced
  5:18

investigation
  50:24

investigator
  44:10
  45:12 58:4

involve
  14:20

involving
  13:25

                J

Jaime  18:7
  20:19 35:2
  38:13
  43:5,10,15
  49:8,16
  51:20
  54:23

Javier  56:10

Jose  56:3

Josh  53:20
  54:7

Joshua
  54:11,21

Judge  18:5

July  36:6
  43:15
  46:24
  58:13

June  18:18,
  25 28:25
  29:4

jury  24:14

justice
  40:13,20
  41:10

                K

Karnezis
  18:6

Kentucky
  12:7,8,9

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                    Index: kids..made

| | | | |
|---|---|---|---|
| kids 16:10 | 9 | 15:10,19 | 8:1 9:1 |
| killed 18:23 | lines 21:8, | 55:7 56:25 | 10:1 11:1 |
| 27:18 | 12 | 57:18 | 12:1 13:1 |
| 50:24 | lineup | located | 14:1 15:1, |
| 51:21 | 29:21,25 | 19:15 | 22 16:1,12 |
| killer 28:4 | 30:3,9,19, | lock 40:12, | 17:1 18:1, |
| kind 9:20, | 24 31:5,8 | 19 50:11 | 11 19:1 |
| 24 14:23 | 32:6,17,20 | locked 41:10 | 20:1 21:1 |
| 15:4 17:6 | 33:10 | 48:2 | 22:1 23:1 |
| King 28:3 | 34:14,15 | Loco 28:17, | 24:1,9 |
| knew 21:16, | 36:7,10, | 18 | 25:1 26:1, |
| 20 27:8 | 13,21,24 | Loco's 28:20 | 21 27:1,6 |
| | 37:7,10, | long 7:4,23 | 28:1,14 |
| ───── L ───── | 15,16 | 8:2 11:9, | 29:1 30:1 |
| | 38:7,11,16 | 13,15,23 | 31:1,18 |
| ladies 31:3 | 39:6,19 | 12:10,11, | 32:1 33:1 |
| Latin 16:8, | 43:15,19 | 20 14:9,12 | 34:1 35:1 |
| 21,25 | 46:3,9 | 15:6 16:15 | 36:1 37:1 |
| 17:4,8,12, | 48:18,21, | 21:14,19, | 38:1 39:1 |
| 17 59:4,18 | 24 49:5,14 | 20 22:5 | 40:1 41:1, |
| laughing | 52:25 | 26:4 28:13 | 23 42:1 |
| 55:19 | lineups | 34:19 | 43:1 44:1 |
| law 54:11, | 30:5,7,8 | 35:10 | 45:1 46:1 |
| 22 | 40:8 | 38:18 | 47:1 48:1 |
| Leading | lit 26:2 | looked 32:25 | 49:1 50:1 |
| 26:14 | live 11:11, | 34:4 36:24 | 51:1 52:1, |
| leave 49:22 | 21,23 | 38:16 | 12 53:1 |
| 59:18 | 12:2,6,10, | 40:15 | 54:1 55:1 |
| leaving | 12,13,16, | 51:22 | 56:1 57:1 |
| 14:15 | 17 13:2 | lot 26:25 | 58:1,11 |
| left 27:12 | 47:23 57:5 | loud 5:23 | 59:1 60:1 |
| 61:4 | lived 12:2, | Love 28:3 | 61:1 |
| lights 26:5, | 14 15:22 | Luis 5:1,8, | ───── M ───── |
| | 55:18 | 14 6:1 7:1 | Macho 56:8 |
| | living 11:17 | | made 21:23 |
| | 13:5 | | |

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                Index: mailing..number

mailing  11:7

make  5:20
  6:18 18:8
  21:25 27:7
  32:23 33:7
  37:7

man  31:19
  32:5 33:9

mark  41:18
  45:7

marked  18:2,
  4 41:20,22
  45:8

married
  11:13,15,
  16

Mason  39:21

materials
  17:24

matter
  54:13,23
  61:12

means  24:13

mechanic
  14:5,13

medication
  7:9 9:6,
  10,17

medications
  7:12,13

meet  19:3
  21:23
  55:14

Melendez
  56:3

member  53:10

members
  52:16

memory  8:5,
  8,10,13
  9:7,14,18
  19:21
  51:17

men  23:13
  24:8

mentioned
  59:3

met  55:13

method
  23:21,24

mine  16:13

minute  60:15

minutes
  52:3,6

Misstates
  25:7

money  14:20

months  12:11
  15:8

Morales
  15:22
  16:12,15
  17:9
  18:11,23
  19:3 21:15
  22:13 23:3

26:22 27:6
28:14

motorized
  15:3

mountains
  55:18

Moved  13:8

moving  11:20
  12:5 55:17

mug  29:20

murder  43:6

murderer
  53:2,12,17

——————————

N

Nashville
  11:22,23

needed  6:18

negative
  34:14

neighborhood
  15:16
  25:14

Nelson
  55:10,11,
  15

neuropathy
  15:5,7

nickname
  18:11,12,
  15 56:6,8

night  18:18

19:4 26:2
27:17
28:9,22
38:6

nonverbally
  18:10

Noon  29:3,
  10,13,18,
  22,24
  30:15
  32:25
  33:21
  34:14,21,
  25 35:3
  36:16
  40:7,18
  41:8 44:24
  47:9 48:4,
  7,12 50:12

Normal  10:7

North  15:15
  19:9,11

northbound
  23:5

Notary  5:5

noted  52:11

notice  5:16
  37:19

noticed  8:13
  9:12,16,18
  37:17,21

November
  18:6

number  43:4,

14 46:11
48:17
49:18

**nuts** 10:14

─────────

**O**

─────────

**oath** 5:6
51:11,13

**objecting**
20:13

**Objection**
20:4,6
23:17
24:23 25:7
26:14

**obstructing**
40:13,20

**obstruction**
41:10

**occasion**
40:14
47:10 48:9

**occurred**
27:17
37:13 59:7

**office**
48:10,14
52:17
53:16
54:11,22

**officer**
29:3,10,
13,18,22,
24 30:15

32:24
33:21
34:14,21,
25 35:3
36:16
40:7,18
41:8 48:25
52:18
58:17

**officers**
44:15,22
45:24
47:19

**older** 8:14

**opened** 18:9
20:16

**order** 61:13

**originally**
18:16

**outlaw**
59:20,25
60:4,6,9,
11

─────────

**P**

─────────

**p.m.** 52:9,
10 61:18

**pages** 21:4

**Pardon** 11:14
25:19
36:17 37:4
39:13 42:5
60:10

**Park** 15:17,

18

**partner**
29:15,16

**past** 49:22

**pending** 6:11

**people** 6:4
10:7 17:2
18:7
22:15,16
23:7,11,15
24:2,21
32:20
37:11
46:13 49:4
55:23

**percent**
39:14,17

**percentage**
39:11

**person** 38:3,
19 39:3
41:2 44:3
49:14
51:20 55:2
56:8
57:17,25

**person's**
25:24
57:21

**photo** 49:14,
15

**photograph**
45:3,5,10

**photographs**

32:25 33:2
34:20,25
35:2
36:15,18,
20,23
38:10 39:2
46:25
47:14
48:11,15

**photos** 34:6
37:9 47:9,
10,11 49:9

**physical**
15:4

**pick** 14:21
30:3 35:15
36:25
37:3,5,24
38:3 40:3,
9 46:8,25
47:20
53:8,11,17

**picked** 29:13
30:15,17
37:23
38:20
44:12,22
46:23 51:9
58:17

**picture**
35:19
40:21
49:8,12

**pictures**
32:15,16
37:2

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                          Index: pistol..recall

40:22,23

**pistol**
  25:15,17

**place**  7:2
  13:21,22
  19:20

**plaintiff**
  34:24
  54:13,23

**plaintiff's**
  44:10

**plaintiffs**
  53:22

**plans**  19:3
  21:23

**point**  14:17
  24:25
  32:23  44:6

**pointing**
  22:15
  26:21

**police**  28:23
  31:22
  33:12,19
  53:11  58:2

**pool**  16:13
  19:5,6

**position**
  38:2

**Potomac**
  22:25  23:3

**preparation**
  17:21

**Preparations**
  17:22

**prepare**
  17:23

**pressure**
  9:10,17

**previous**
  25:2,3,8
  30:11  48:9
  58:5

**prior**  11:17,
  20  12:5,15
  17:20
  21:15
  22:15
  25:18
  42:3,10,16
  50:14
  52:15

**proceeding**
  52:9,10
  58:5

**production**
  5:3

**prompt**  6:5

**pronounced**
  8:16

**proper**  20:8
  23:24

**psych**  7:12,
  13

**psychological**
  9:3

**Public**  5:5

**Puerto**  13:6,
  8,10

**pulled**  25:15

**pursuant**
  5:16

**put**  39:11
  46:12

---

## Q

**quarter**
  58:13

**question**
  6:10,13,
  19,23  9:21
  10:11
  20:7,9,17
  23:2  24:8,
  12  25:9
  27:24
  30:17,20,
  23  31:3,7,
  13,15,18,
  22  33:12,
  16,19,22
  34:2,5
  35:15,18
  51:14
  57:3,4,7,
  20  58:8,
  11,18

**questions**
  7:11  9:8
  10:4  20:25
  30:13

32:2,19
33:6  34:10
35:10,23
53:21,23
55:3

---

## R

**RAHE**  54:5,7

**ran**  26:24
  27:11

**read**  22:24
  23:11  24:8
  27:24
  30:14  32:5
  33:8  35:10
  42:25
  43:4,14,18
  45:2
  46:11,23
  47:13,25
  48:17
  49:4,6,13,
  18,20  57:4
  58:11  61:9

**ready**  52:8

**real**  28:20

**reason**  6:14
  46:13,19
  51:19,23

**recall**  9:14
  15:13
  20:18
  22:16
  23:7,18
  24:2  25:5

27:10 28:7
29:10 30:5
34:12,19,
23 36:5,9,
23 38:16
41:25
47:8,15
49:7 52:21
53:7 57:2

**receive**
14:23

**recessed**
52:9

**recognize**
31:18,23
32:16 35:4
47:14,18,
20 55:24

**recollection**
7:6 20:5,
6,8,14
21:14
23:14,23
24:20,24,
25 27:16,
19,21

**recollections**
23:22

**reconvened**
52:10

**record** 5:13,
15 6:3
20:11
54:10
58:10

**recyclable**
14:21

**redemption**
14:22

**refer** 20:2

**reflect** 5:15

**refresh** 7:5
21:13
23:14
24:20
27:16,20

**refreshed**
20:7

**refreshing**
20:5,14
23:22
24:24

**related** 5:3

**remember**
7:10 9:10
12:13
16:19
18:19,22
19:13,14
23:9 24:25
25:4 26:3,
5,8 27:21
28:6,12,
13,20
29:2,16,
18,21
30:14
34:22
36:8,11
37:14,17

38:18
39:18,20
42:18
43:20
44:4,21
45:5,6
46:17
47:3,4,9
48:22,23
49:3,15
52:16,20
53:3 56:5,
7,9,25
57:7,9,10,
19 58:14,
18,20

**repeat** 6:17

**rephrase**
6:17

**reporter**
10:9,14
61:7

**represent**
22:18
25:2,13
54:12,23

**represented**
22:17
24:12 25:6
28:3

**represents**
24:10

**reservation**
53:4

**reservations**

52:25

**reserve**
61:5,9,14

**reside** 11:6

**respond** 10:3

**responses**
30:14

**restart** 52:8

**resumes**
52:12

**retaliate**
49:23

**retire** 16:4,
9 59:9

**retired** 16:3
17:8,12,14
59:3,6,12

**return** 60:9,
11

**review**
17:20,24
36:18
42:17 61:7

**reviewing**
27:15,20

**Reyes** 55:10,
11,12

**Reynaldo**
43:20,24
44:3,16,19
45:4 46:8,
15

Richards
  20:4,11
  23:17
  24:23 25:7
  26:14
  52:4,7
  53:22
  54:1,8,9,
  11,12,21,
  22 55:1
  56:1 57:1
  58:1 59:1
  60:1,14,
  19,21 61:1

Rico  13:6,
  8,10

ring  18:19
  39:21,23
  45:14

Rios  5:17
  18:7 20:19
  34:24 35:2
  38:13 39:7
  41:5,14
  43:5,10,15
  47:23
  49:8,16
  51:20
  54:12,23

rivals  17:6

room  31:9,
  10 37:15,
  16 39:6
  40:3 48:24

rough  8:21,
  22

roughly  19:8

rule  10:6

rules  5:19

running  52:8

———————

S

———————

Salvation
  12:14

scared  50:7,
  9

scene  27:12

Schalka  54:6
  60:22,25
  61:2

scooter  15:3

self-employed
  14:7,8,13

series  46:24
  47:11
  48:10

Seroquel
  7:14,17,20
  8:2

shoot  16:13
  19:5

shooter
  27:11 33:2
  34:21,24
  39:7,8
  43:5,12
  46:25
  47:14 48:2

shooting
  13:22,25
  17:18 19:6

shop  13:18,
  19 14:4
  15:12,13,
  20 29:11
  36:13
  44:13,23

shot  16:11
  18:19,23
  28:15,18
  31:19
  35:16 38:6
  51:20

shots  29:20

shoulders
  6:2

Shout  52:8

show  41:22

showed  32:15
  36:20 43:2
  46:24
  48:18 58:5

showing
  29:20 41:3
  45:11
  47:9,10

shown  45:11

shrugging
  6:2

side  11:7
  27:11 28:2

sign  42:17
  61:10

signature
  42:14
  61:6,9

signed  42:11

silly  9:20

sir  5:13
  11:5,13
  13:3,12
  14:19
  15:2,4,9,
  10,16,25
  16:5,9,12,
  17 18:19
  19:18,20
  20:18
  21:3,6,22,
  24 22:19
  23:8 24:4,
  6,18 25:5,
  9,11 26:6,
  12,19
  27:5,14,
  15,21,23
  28:5,10,
  22,25
  30:10,13
  31:25
  32:4,8,18,
  22 33:4
  34:7,10
  35:6,9,23
  36:3,5,13,
  24 37:3,7
  38:17,24
  39:4 41:25

42:14,20,
25 43:3,
16,22
45:5,10,19
46:6,14,22
47:3,15
48:3,6
49:6,15,24
51:17
54:14,19,
21

sit 47:8
48:23

sitting 23:2
31:13

slow 6:17
10:15

smoke 52:6

snow 55:19

sounds 9:20

Spanish
16:20,21
17:4 19:19
24:11,13
28:3,17

speak 6:18
28:22 50:9

speaking
24:3

specifically
30:21

spell 5:12

spoke 50:5,7

SSI 14:24,
25

standing
31:13,14
37:11

start 35:7
53:23 54:2

started 17:6
55:19

starting
22:23 33:8
35:10 57:4
58:10

state 5:12
18:7

State's
52:17
53:16
58:23

station
48:18 49:5
50:10

stay 35:11

staying
57:13

Stephen
54:12,22

steps 23:24

STIPULATED
5:4

stop 6:11
14:12,17
60:17

straight
36:12,19

street
13:20,23
15:11
16:2,4,17
21:17 23:3
26:8,25
27:11
37:18
43:24 44:5

stuff 23:22

subpoena
5:16

suffering
15:6

Sullivan 5:5

supposedly
24:16

sworn 5:9

―――――――

T

taking 8:4
9:16

talk 10:7,
13 50:23
60:16,17

talked 10:4

talking
13:24 21:9
25:23
32:19
44:23
48:12

50:15
52:14,16
58:23

taller 24:10

telling
28:10 36:3
38:23 39:3
46:18

Tennessee
11:22,24
12:3,5

tent 12:4

terms 58:21

territory
19:16,18

testified
5:10
10:21,24
28:9 43:4
49:7 51:5,
8,13 58:9
59:10

testify
51:10

testifying
59:12

testimony
20:18,21
25:2,3,8
27:15,20
30:11
42:17,20
52:16,22
56:15

**JAIME RIOS vs REYNALDO GUEVARA, ET AL.**
Luis Huertas on 09/18/2023                    Index: Themis..wall

58:6,21

Themis  18:6

thing  6:10
  10:12
  20:13 61:4

things  7:10

threaten
  40:5,11

threatened
  40:12
  47:25 48:4
  50:11,12

threatening
  48:13

time  6:9
  7:4 8:3,24
  10:10 11:3
  16:6
  17:17,19
  28:13
  30:15
  35:12
  38:5,8,11
  42:22
  44:9,24,25
  46:16,21
  47:22
  50:25
  52:24 55:4
  58:4,16
  60:13
  61:18

times  10:24
  27:2,4

tired  16:10

titled  41:23

today  6:16
  7:11 9:4,
  22,24
  10:19 15:2
  17:20
  19:23
  38:20
  42:19
  43:11 47:8
  48:23
  49:21
  51:24
  56:16,19,
  24 58:3,6,
  21,25

told  32:20
  33:12
  37:3,5
  46:25
  47:13
  53:5,8,9,
  11,17
  58:24

tools  14:18

top  32:11

Torres  56:11

touch  57:15

Town  11:7

traffic
  40:20

transcript
  5:2 18:5
  20:3,12,15
  23:19,21

52:15 57:3
58:5,9
61:13

Trazodone
  7:14,15,
  17,18,24
  8:4

trial  18:5
  43:5
  52:15,22
  57:17,22
  58:9,19,24
  59:10,13

true  32:22
  43:8 58:25

truth  20:22
  28:10 36:3
  38:23 39:4

truthful
  56:14,16

truthfully
  51:8,10

turn  23:15
  46:22

turned  22:13

turning
  22:24 23:7

type  42:4

_____

U

uh-huh  6:2

uh-uh  6:2

understand

6:14,15,18
7:10 9:7,
15 10:3
16:23 17:3
22:2 32:18

understood
  6:24

unit  33:24,
  25 34:3

_____

V

versus  5:17
  18:7 20:19
  59:25

view  31:5
  36:15

viewed  31:7
  35:2 43:15
  45:2

violence
  16:10

voice  10:9

_____

W

wait  22:3

waive  61:4,
  5,14,15,16

walk  5:20

walked  25:12
  31:9,11
  39:6

wall  31:12

JAIME RIOS vs REYNALDO GUEVARA, ET AL.
Luis Huertas on 09/18/2023                    Index: wanted..Zoom

| | |
|---|---|
| wanted  38:3 | 47:5 |
|   47:20 | |
|   49:22 | written  42:8 |
|   60:13 |   61:6 |
| watching | wrote  47:6 |
|   22:11 | |
| weapon  27:3 | **Y** |
| Western | year  12:21 |
|   15:15 |   16:16 |
|   19:9,11 |   21:16,19 |
|   22:25 | |
|   23:6,8 | years  7:25 |
|   27:25 |   8:16,20 |
|   33:17,18, |   11:10,16, |
|   23 |   25 12:3,6, |
| |   24 13:2,4, |
| whatever's |   10 14:10 |
|   6:17 |   21:13 |
| Wicker  15:18 |   25:14 |
| wife  9:11 |   49:25 |
|   11:12 |   50:19 |
| willingly | York  11:18, |
|   49:19 |   20 12:19 |
| women  23:13 |   14:14 |
| work  14:5 |   18:13,14, |
| worked  13:17 |   16 21:10 |
|   29:11 |   26:12,17 |
| working |   31:20 |
|   14:3,10 |   35:16 |
|   15:20 | younger  8:11 |
| |   40:23 |
| would've |   51:18 |
|   21:18 48:8 | |
| | **Z** |
| wound  27:8 | Zoom  52:8 |
| write  42:6 |   55:3 |