*Rios v. Guevara, et.al*
22 CV 3973

# EXHIBIT 11

1

```
STATE OF ILLINOIS  )
                   )  SS:
COUNTY OF C O O K  )
```

IN THE CIRCUIT COURT OF COOK COUTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

```
THE PEOPLE OF THE   )
STATE OF ILLINOIS   )
                    )  Indictment No. 89-CR-16525
        VS          )
                    )  Charge:  Murder
JAIME RIOS          )
```

REPORT OF PROCEEDINGS on a Motion to Suppress a Statement, heard on Friday, the 30th day of March, A.D. 1990, before the Honorable THEMIS N. KARNEZIS, Judge of this court.

APPEARANCES:

    HON. CECIL PARTEE,
      State's Attorney of Cook County, by
    MR. FRANK MAREK,
      Assistant State's Attorney,
      appeared for the People;

    MR. RANDOLPH STONE,
      Public Defender of Cook County, by
    MR. JOHN T. CAREY,
      Assistant Public Defender,
      appeared for the defendant.

Jeanne Rathbun, CSR
Official Shorthand Reporter
Circuit Court of Cook County
Criminal Division

165

```
 1                    RECROSS EXAMINATION
 2                    By Mr. Carey:
 3      Q  I'm going to show you this, Defendant's Number
 4   3 for identification one more time, that being the
 5   arrest report that was made out for the arrest of
 6   Jaime Rios.  Is your signature on that arrest report
 7   anyplace?
 8      A  No, sir.
 9      MR. CAREY:  No further questions.
10      MR. MAREK:  No redirect.
11      THE COURT:  You can step down, Detective.
12                              (Witness excused.)
13                              (Witness sworn.)
14                    ERNEST HALVORSEN,
15   a witness called on behalf of the Respondent, on the
16   motion, having been first duly sworn, was examined and
17   testified as follows:
18                    DIRECT EXAMINATION
19                    By Mr. Marek:
20      Q  Detective, would you state your name for the
21   record?
22      A  Detective Ernest Halvorsen, H-a-l-v-o-r-s-e-n.
23      Q  Detective, by whom are you employed?
24      A  Chicago Police Department.
```

```
 1      Q   And how long have you been a Chicago police
 2  officer?
 3      A   Eighteen years.
 4      Q   And you are currently assigned to Area 5
 5  Violent Crimes?
 6      A   That is correct.
 7      Q   How long have you been a detective with Area 5
 8  Violent Crimes?
 9      A   Nine years.
10      Q   Detective, on July 6, 1989, were you assigned
11  to Area 5 Violent Crimes?
12      A   I was.
13      Q   And were you working on that day?
14      A   I was.
15      Q   And at approximately 10:00 o'clock p.m. on that
16  day, did you have occasion to familiarize yourself
17  with the investigation into the shooting death of Luis
18  Morales?
19      A   I did.
20      Q   And what, if anything, happened at about 10:00
21  o'clock p.m. to cause you to become involved in this
22  investigation?
23      A   Some officers from Gang Crimes North had
24  brought an individual up to Area 5 who they felt might
```

```
 1   be implicated in this crime.
 2              Detective Mike Mason, who had been working
 3   this investigation, requested that I help him out in
 4   this case.
 5       Q  Had you had any participation in the case up to
 6   that point?
 7       A  No.
 8       THE COURT:  Excuse me just one second.  I'm sorry.
 9       MR. MAREK:  Q  Detective, did you sometime later
10   that evening speak to the person at the Gang Crimes
11   officers brought in?
12       A  Yes, I did.
13       Q  Was that Mr. Jaime Rios?
14       A  Yes, it was.
15       Q  And is that person in court today?
16       A  He is.
17       Q  Would you indicate him for the record?
18       A  The gentleman sitting there with the black
19   shirt on with the dark blue jacket on.
20       Q  And approximately what time did this interview
21   take place?
22       A  Approximately midnight on the 6th of July going
23   into the morning of the 7th of July.
24       Q  Was anybody else present when this interview
```

1 occurred?

2   A   Yes, there was.

3   Q   Who was that?

4   A   Detective Mike Mason.

5   Q   And in fact, did detective Mike Mason conduct
6 the interview?

7   A   Yes, he did.

8   Q   And approximately how long did that interview
9 take place?

10  A   30, 35 minutes.

11  Q   And during that interview, did Mr. Rios give a
12 statement regarding the homicide of Luis Morales?

13  A   Yes, he did.

14  Q   And what happened following that interview?

15  A   At the end of this interview, Mr. Rios was
16 informed that he was under arrest for murder.

17  Q   And who did that?

18  A   I did.

19  Q   Prior to Mr. Rios being informed that he was
20 under arrest, had he been handcuffed at any time?

21  A   No.

22  Q   After Mr. Rios was placed under arrest, was he
23 then handcuffed?

24  A   Yes, he was.

```
 1      Q  Detective, were you present for any other
 2   interviews by any detectives or assistant state's
 3   attorney conducted of Mr. Rios?
 4      A  I was not.
 5      Q  Detective, at any time did you ever pull Mr.
 6   Rios's hair?
 7      A  I did not.
 8      Q  Detective, at any time did any detective or any
 9   other person in your presence ever pull Mr. Rios's
10   hair?
11      A  They did not.
12      Q  Detective, did you at any time threaten Mr.
13   Rios with the loss of any rights to his child?
14      A  I did not.
15      Q  Detective, did any other person in your
16   presence ever threaten Mr. Rios with the loss of any
17   rights to his child?
18      A  No.
19      MR. MAREK:  I have nothing further.
20      THE COURT:  Cross?
21              CROSS EXAMINATION
22              By Mr. Carey:
23      Q  Detective Halvorsen, when were you assigned
24   this case?
```

D32    195

1  A  Approximately 10:00 o'clock on the evening of
2  the 6th of July.
3  Q  You hadn't worked on the case prior to July
4  6th?
5  A  I had not.
6  Q  And do you remember who brought Jaime Rios into
7  the station that night?
8  A  Some officers from Gang Crimes North.
9  Q  Do you remember who?
10 A  Ray Guevara and his partner Gawrys.
11 Q  Did they drop him off and leave or did they
12 stay around?
13 A  From what I recall, they brought him in, then
14 they went back out and looked for witnesses.
15 Q  Did they come back into Area 5?
16 A  Yes, they did.
17 Q  Did other Gang Crimes officers come in on this
18 case?
19 A  Later in the evening they did.
20 Q  Do you remember who they were?
21 A  No.
22 Q  Now, the first time you talked to Jaime Rios
23 was 10:00 o'clock?
24 A  No.

1   Q   What were you doing between ten and midnight?
2   A   Reviewing the case, conferring with Detective
3   Mason, seeing if the Gang Crimes officers could locate
4   the witnesses.
5   Q   Did you personally talk to any witnesses?
6   A   Repeat, counsel, I couldn't hear you.
7   Q   Did you personally talk to any of the
8   witnesses?
9   A   No, not at that time.
10  Q   Did your partner?
11  A   Not at that time.
12  Q   Did your partner contact any witnesses?
13  A   We were unable to locate the witnesses at that
14  time.
15  Q   And how did you attempt to contact?
16  A   The Gang Crimes officers went out looking for
17  them.
18  Q   Did you make any phone calls?
19  A   Yes, they were made.
20  Q   And do you remember who you called?
21  A   No, I do not.
22  Q   Did you have information from any other sources
23  other than the police reports and the gang crimes
24  officers?

```
 1        MR. MAREK:   Objection.

 2        THE COURT:   Sustained.

 3        MR. CAREY:   Q  Did you personally talk to any
 4   confidential informants on this case?

 5        A  I did not.

 6        Q  Did your partner?

 7        A  I have no knowledge if he did or didn't.

 8        Q  Did he tell you that he did?

 9        A  I don't recall.

10        Q  Were you present, you were present, though,
11   when your partner interviewed Jaime Rios, is that
12   right?

13        A  For the first interview, that is correct.

14        Q  And did, and your partner told him what he knew
15   about the case, is that right?

16        A  That is correct.

17        Q  He told him that there were confidential
18   informants and identified them, is that right?

19        A  I don't recall.

20        Q  Do you recall anything about what your partner
21   told him?

22        A  Not really.

23        Q  He did give him some facts about the case,
24   right?
```

1    A   Yes, he did.

2    Q   He gave him some background about what the
3    investigation revealed?

4    A   The investigation, why he was in our office,
5    that is correct.

6    Q   And he told him what the consequences of a
7    murder charge are, right?

8    A   No, he did not.

9    Q   Now, when Officer Guevara and Gawrys came back
10   in, they came to the second floor, is that right?

11   A   At some time, yes.

12   Q   And they talked to Mr. Rios's wife?

13   A   I have no knowledge of that whatsoever.

14   Q   You knew she was there, though, right?

15   A   No.

16   Q   Did you see her at all?

17   A   I have no idea who she is.

18   Q   Did she ever go in and talk to Mr. Rios?

19   A   Not in my presence.

20   Q   Were you present in the Area 5 office from
21   10:00 p.m. on July 6th to 4:00 o'clock in the morning?

22   A   I was in and out of the office.

23   Q   And were you on the second floor the whole
24   time?

1  A  Not the entire time, I was in the building.

2  Q  Between ten and twelve were you on the second
3  floor?

4  A  I would say that would be right.

5  Q  Did Jaime Rios ever ask you to talk to his
6  wife?

7  A  No.

8  Q  Did he ever ask your partner?

9  A  You'd have to ask my partner that, not in my
10 presence.

11 Q  He never asked in your presence?  Did you ever
12 see his wife in the room with him, Jaime Rios?

13 A  Again, counsel, I have no idea who his wife is.
14 I never saw her, never talked to her.

15 Q  Did you ever see a woman in the room with him?

16 A  No.

17 Q  Did you ever see a woman in the open area that
18 night?

19 A  A woman?

20 Q  A Puerto Rican woman in her late teens, early
21 twenties?

22 A  I can't recall.

23 MR. MAREK:  Object to relevance.

24 THE COURT:  I'll let the answer stand.

1   MR. CAREY:   Q   Did you see any other women there?
2   A   In our office?
3   Q   Yes.
4   A   I can't recall.
5   Q   To your knowledge, did any of the other
6   detectives or gang crimes specialists working on the
7   case talk to a woman purporting to be his wife or
8   girlfriend?
9   A   I have no knowledge of that whatsoever.
10  Q   Now, the room where the interview with Mr. Rios
11  took place, what was in the room?
12  A   Interview Room C.
13  Q   Uh huh.
14  A   Table and a few chairs, a bench against the
15  wall.
16  Q   Was there a phone?
17  A   No.
18  Q   Was there a ring on the wall?
19  A   Yes, there was.
20  Q   And at some point, Mr. Rios was handcuffed to
21  the ring on the wall, is that right?
22  A   That is correct.
23  Q   And he was locked in the room before he was
24  handcuffed to the wall, is that right?

```
 1      A   No, he was not.
 2      Q   Well, the door was shut while he was in there,
 3   wasn't it?
 4      A   That is correct.
 5      Q   And the door was locked?
 6      A   No, it was not.
 7      Q   Did you test the door to see if it was locked?
 8      A   I know it wasn't locked because I walked in and
 9   out, it was open.
10      Q   Did you test the door to see if it was locked?
11      A   Why would I want to test the door?  I did not,
12   no.
13      Q   You didn't?
14      A   I knew when he was placed in the room the door
15   was left unlocked.
16      Q   Now, did you personally search Mr. Rios?
17      A   No.
18      Q   Did your partner?
19      A   I have no knowledge.
20      Q   When Officers Guevara and Gawrys came back,
21   what was the first time they came back, if you can
22   recall?
23      A   I can't recall that.
24      Q   Was it before or after midnight?
```

1    A   I can't truthfully tell you that.

2    Q   Did you see them talking to a woman?

3    A   Again --

4    MR. MAREK:  I'll object.

5    THE COURT:  Sustained.

6    MR. CAREY:  Q  Did you see them enter the room

7    that Mr. Rios was in?

8    A   No.

9    Q   And where were you from midnight or from 12:30

10   to 4:00 in the morning?

11   A   After I conducted this first interview with

12   Detective Mason, I went out looking for the other

13   suspect in this case.

14   Q   So you were gone from the office?

15   A   I was in and out.

16   Q   So you were gone for some period of time?

17   A   Some period of time.

18   Q   And the Area 5 office is at Grand and Central?

19   A   5555 West Grand Avenue.

20   Q   And the witnesses were over at Western, is that

21   right, in the area of Western and Division?

22   A   I'd have to review the reports to see where the

23   witnesses lived.

24   Q   Well, which reports would be helpful in that

```
 1   regard?
 2       MR. MAREK:  Judge, I'll object.  I don't see how
 3   it's relevant.
 4       THE COURT:  Sustained.  I have a problem with
 5   relevancy.  Objection sustained.
 6       MR. CAREY:  Q  How long were you gone?
 7       A  I have no independent recollection of how long
 8   I was gone.
 9       Q  So there may have been other people who talked
10   to Mr. Rios while you were gone?
11       A  That's a possibility.
12       Q  And you personally were the detective who
13   arrested Mr. Rios, is that correct?
14       A  I was the detective that told him he was under
15   arrest.
16       Q  Did you fill out an arrest report?
17       A  No.
18       Q  Did your partner?
19       A  If I recall, the officers from Gang Crimes
20   filled out the arrest report.
21       Q  And they signed the report as the arresting
22   officers, is that correct?
23       A  I'd have to see the report to see who signed
24   it.
```

```
 1        MR. CAREY:  May I approach?
 2        THE COURT:  Sure.
 3        MR. CAREY:  Q  Showing you what I have previously
 4   marked as Defendant's Number 3 for identification, I
 5   ask you to review that document.
 6        A  I have reviewed it.
 7        Q  And do you recall what Defendant's Number 3 is,
 8   is that the arrest report?
 9        A  Could you say that again, counsel?
10        Q  Is the document I just showed you, Defendant's
11   Number 3, the arrest report?
12        A  The arrest report for Jaime Rios.
13        Q  And you did not sign that arrest report, is
14   that correct?
15        A  That is correct.
16        MR. CAREY:  One moment.
17            No further questions at this time.
18        MR. MAREK:  No redirect.
19        THE COURT:  Thanks very much.
20                              (Witness excused.)
21        MR. CAREY:  Judge, I believe there may be a
22   stipulation as to two of the officer's testimony, but
23   there's the matter of the state's attorney.
24        MR. MAREK:  She was on vacation this week, Judge.
```