# MEDICAL EXAMINER'S – CORONER'S CERTIFICATE OF DEATH

STATE OF ILLINOIS

REGISTRATION DISTRICT NO. 1610
REGISTERED NUMBER: J22-4-93
Certificate No.: 607290

1. DECEASED NAME: Javier Torres
2. SEX: Male
3. DATE OF DEATH: Apr. 16, 1993
5a. AGE: 19
5d. DATE OF BIRTH: Oct. 8, 1973
4. COUNTY OF DEATH: Cook
6a. CITY: Chicago
6b. HOSPITAL: St Mary's
6c. Inpatient
7. BIRTHPLACE: Puerto Rico
8a. Never married
9. ARMED FORCES: no
10. SOCIAL SECURITY NUMBER: 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
11a. USUAL OCCUPATION: Student
11b. KIND OF BUSINESS: High school
12. EDUCATION: 9
13a. RESIDENCE: 2525 W. Division
13b. CITY: Chicago
13c. INSIDE CITY: yes
13d. COUNTY: Cook
13e. STATE: Illinois
13f. ZIP: 60622
14a. RACE: White
14b. HISPANIC ORIGIN: YES — Puerto Rican
15. FATHER'S NAME: Jose Torres
16. MOTHER'S NAME: Rafaela Orta
17a. INFORMANT'S NAME: Geraldo Omeda
17b. RELATIONSHIP: Brother
17c. MAILING ADDRESS: 1736 N. Kedzie, Chgo., Il. 60647

18. PART I. Cause of death:
(a) Immediate Cause: Gunshot Wound of Head

19a. AUTOPSY: Yes

20a. Homicide
20b. DATE OF INJURY: April 15, 93
20c. HOUR: 11:49 P.M.
20d. HOW INJURY OCCURRED: Shot
20e. INJURY AT WORK: No
20f. PLACE OF INJURY: Yard
20g. LOCATION: Chicago, Il

21b. PRONOUNCED DEAD ON: April 16, 93
21c. AT: 12:58 P.M.

22a. CORONER'S SIGNATURE: [signature]
22b. DATE SIGNED: April 17, 93
CORONER'S PHYSICIAN: EUPIO CHOI, M.D.

24a. BURIAL
24b. CEMETERY: El Ramoso cemetery
24c. LOCATION: San Lorenzo, Puerto Rico
24d. DATE: Apr. 21, '93

25a. FUNERAL HOME: John Rago Sons, 721 N. Western Ave., Chicago, Illinois 60612
25c. LICENSE NUMBER: 034-011009
25b. FUNERAL DIRECTOR'S SIGNATURE: Joseph P. Rago Jr.

26a. LOCAL REGISTRAR'S SIGNATURE: Virginia L. Parker, MBA
26b. DATE FILED: APR 19 1993

---

STATE OF ILLINOIS
COUNTY OF COOK
CITY OF CHICAGO

APR 19 1993

I, VIRGINIA L. PARKER, M.B.A. LOCAL REGISTRAR OF VITAL STATISTICS OF THE CITY OF CHICAGO, DO HEREBY CERTIFY THAT I AM THE KEEPER OF THE RECORDS OF BIRTHS, STILLBIRTHS AND DEATHS FOR THE CITY OF CHICAGO BY VIRTUE OF THE LAWS OF THE STATE OF ILLINOIS AND THE ORDINANCES OF THE CITY OF CHICAGO; THAT THE ACCOMPANYING CERTIFICATE ON THIS SHEET IS A TRUE COPY OF A RECORD KEPT BY ME IN PURSUANCE OF SAID LAWS AND ORDINANCES.



THIS CERTIFIED COPY VALID WHEN MULTICOLOR SIGNATURE SEAL IS AFFIXED.