Outlook

**Fw: Torres Death Certificate**

| | |
|---|---|
| **From** | Stephen L. Richards <sricha5461@aol.com> |
| **Date** | Sun 2/1/2026 4:29 PM |
| **To** | Caroline P. Golden <cgolden@jsotoslaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Eileen E. Rosen <erosen@rockfuscoconnelly.com>; Josh M. Engquist <jengquist@jsotoslaw.com>; Joseph M. Polick <jpolick@jsotoslaw.com>; Joshua Richards <jsrichardscriminallaw@outlook.com>; Jeffrey R. Kivetz <jkivetz@jsotoslaw.com>; Tim Scahill <tscahill@borkanscahill.com> |

1 attachment (427 KB)
Torres.Death.jpg;

Sent from the all new AOL app for iOS

Begin forwarded message:

On Sunday, February 1, 2026, 3:35 PM, Kelly Rice <krice@consult-redhawk.com> wrote:

--

**Kelly Rice,**

*Investigator*

**1-844-4-REDHAWK**

**RedHawk Chicago**

**RedHawk Tampa**

**Confidentiality Notice:** *This is a transmission from Redhawk Consulting Group and may contain information which is privileged and confidential. If you have received this in error, please know that any use, dissemination, distribution, or reproduction of this transmission is prohibited.*