IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAIME RIOS, ) | |
| ) | Case No. 22 CV 3973 |
| Plaintiff, ) | |
| ) | Judge Jeremy Daniel |
| vs. ) | |
| ) | |
| REYNALDO GUEVARA, MICHAEL MASON, ) | |
| ERNEST HALVORSEN, CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE IN EXCESS OF FIFTEEN PAGES

NOW COME Defendants, by and through their undersigned counsel, and moving for leave to file a brief in excess of fifteen pages, state as follows:

1. Defendants seek to file a Motion for Sanctions pertaining to several issues that have arisen at trial.

2. This motion required an extensive summary of the trial record as well as analysis of applicable law and, thus, comprised in excess of fifteen pages.

3. Defendants seek leave to file this brief comprised of 37 pages.

4. This brief is attached hereto as Exhibit 1.

WHEREFORE Defendants pray this Court grant leave to file this brief comprised of 37 pages and for whatever other relief this Court deems fit.

Respectfully submitted,

BORKAN & SCAHILL, LTD.

By: /s/ Timothy P. Scahill
*Special Assistant Corporation Counsel*

Timothy P. Scahill
Special Assistants Corporation Counsel

1

Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312)580-1030
*Attorneys for Reynaldo Guevara*

/s/Caroline P. Golden
CAROLINE P. GOLDEN, Atty No. 6270259 Special Assistant Corporation Counsel One of the Attorneys for Defendant Michael Mason and Joann Halvorsen, special representative for Ernest Halvorsen, deceased

/s/ Eileen E. Rosen
EILEEN E. ROSEN Special Assistant Corporation Counsel One of the Attorneys for Defendant City of Chicago