IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAIME RIOS

    Plaintiff,

      vs.                                  Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
JOANN HALVORSEN AS
SPECIAL REPRESENTATIVE FOR
ERNEST HALVORSEN, DECEASED
CITY OF CHICAGO

    Defendants.                         JURY TRIAL DEMANDED

    Defendants.

**OFFER OF PROOF AS TO A GOOD FAITH BASIS FOR ASKING DEFNDANT MICHAEL MASON ABOUT DEFENSE EXHIBIT 50-JJ**

Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards submits the following offer of proof as to a good faith basis for asking defendant Michael Mason about Defense Exhibit 50-JJ. In support thereof, plaintiff states as follows:

1. Defense Exhibit 50-JJ, which is attached here as Exhibit A, is a one page handwritten document.

2. The document bears the bates-stamp CCPD SDT 00665, which indicates that it came from the file subpoenaed by the defendants from the Cook County Public Defender's Office.

3. Contrary to what counsel represented to the court on February 6, 2026, the document

1

does not appear to have come from the file subpoenaed from the Cook County States Attorney's Office.

4. Upon information and belief, counsel believes that this document was a document returned by Area Five of the Chicago Police Department in response to a subpoena issued by Assistant Public Defender Jack Carey for the "Street Files" held at Area Five.

5. At the time the subpoena was issued, members of the Cook County Public Defender's Office Homicide Task Force routinely issued subpoenas for "street files," which were kept at the various Areas or Districts of the Chicago Public Department and not by the Records Division of the Chicago Police Department.

6. Many of the police reports obtained in this case were in fact obtained from the Cook County Public Defender's file and bear the same bates-stamp.

7. They are not included in the Permanent Retention File of the Chicago Police Department.

8. Counsel did not realize the significance of this document until after the defendants submitted it as Defense 50-jj and when he was preparing for the direct examination of detective Michael Mason.

9. Michael Mason acknowledged that he had seen this document.

10. It is a reasonable inference that this document was written by a Chicago Police Officer, either defendant Mason, gang specialist Guevara, or another officer.

11. It is a reasonable inference that this document contains the names of two confidential informants and one non-confidential informant, Samantha Hudson's sister.

12. If is true that if the confidential informants actually existed, this would cut against the

claim in Count II of the Complaint that Defendant Guevara fabricated the existence of the confidential informants.

13. However, the claim that Guevara fabricated the information he claimed that he received from the confidential informants would remain, and is bolstered by the inconsistencies between the information the informants allegedly gave and the actually results obtained by the search warrants, as well as Guevara's inconsistent responses as to when he spoke with the informants.

14. It should be noted that Guevara's partner, Steven Gawrys, is listed as a will-call witness by the defendants. He has not been deposed, and may be able to shed light on this issue.

15. Mason's response to this document or to questions about its content are particularly relevant because he maintains that although he spoke with the informants on two separate occasions but cannot provide any other information as to their identity other than that they were male.

16. He has also denied that one of the informants was "Little Mike."

WHEREFORE, Jaime Rios seeks permission to reopen direct and to ask questions of defendant Mason about Defendant's Exhibit 50-jj. Jaime Rios will also seek to reopen direct for less than ten questions on other issues.

Respectfully Submitted,

JAIME RIOS

By and through

/s/ Stephen L. Richards

By: Stephen L. Richards Attorney for Plaintiff
53 West Jackson
Suite 756
Chicago, IL 60604
773-817-6927
sricha5461@aol.com Attorney No: 6191946

## CERTIFICATE OF SERVICE

Stephen L. Richards certifies that on February 9, 2026 he served **OFFER OF PROOF AS TO A GOOD FAITH BASIS FOR ASKING DEFENDANT MICHAEL MASON ABOUT DEFENSE EXHIBIT 50-JJ**

through the ECF filing system.

*/s/ Stephen L. Richards*
By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946

5