Shooter

RIOS, JAIME IR #771 218
1440 Wolcott

PR
Mike MARTINEZ, MIGUEL IR# 785607 LO

QUINTERO, HECTOR IR 565066 2ND
2121 Richmond

MONTGOMRY, LINDA
F/B/ 2/2/60
Potomac

**DEFS EX. 50(jj)**      **CCPD SDT 00655**