# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

JAIME RIOS,

Plaintiff(s),

v.

REYNALDO GUEVARA, *et al.*,

Defendant(s).

Case No. 22 CV 3973
Judge Jeremy C. Daniel

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff Jaime Rios and against defendant Reynaldo Guevara as to Counts 1, 2, 10, 11, and 13 in the amount of $750,000 in compensatory damages, which does not include pre-judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendant Guevara.

☒ in favor of defendant Guevara as to Counts 3, 4, 5, 6, 7, 8, 9, and 12; in favor of defendants Mason and Halvorsen as to all Counts against them.

.

☐ other:

This action was:

☒ Count 1 as to defendants Guevara and Halvorsen, and Counts 2, 10, 11, 12, and 13 as to defendant Guevara were tried by a jury with Judge Jeremy C. Daniel presiding, and the jury has rendered a verdict.
☒ Counts 3, 4, 5, 6, 7, 8, 9, 14, and 15 were decided by Judge Jeremy C. Daniel on a motion for summary judgment; Count 1 as to defendant Halvorsen was decided by Judge Jeremy C. Daniel on a motion for judgment as a matter of law.

Date: 2/25/2026

Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk