**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JAIME RIOS

Plaintiff,

vs. Case No. 1:22-cv-03973

REYNALDO GUEVARA
MICHAEL MASON
CITY OF CHICAGO

Defendants. JURY TRIAL DEMANDED

Defendants.

**UNOPPOSED MOTION FOR REFERRAL TO A MAGISTRATE FOR MEDIATION WITH RESPECT TO FEE PETITIONS**

Plaintiff, Jaime Rios, by and through his attorneys, Stephen L. Richards and Joshua S.M. Richards and Defendant Reynaldo Guevara files the following unopposed motion for referral to a magistrate for mediation with respect to a petition for attorney's fees under LR 54.3. . In support thereof, Jaime Rios states as follows:

1. Pursuant to LR 54.3 (d) the parties have attempted to reach an agreement with respect to attorney's fees and related non-taxable expenses and have exchanged the materials and documents required by the Rule.
2. The parties have so far been unable to reach agreement on a number of issues but believe more discussion might be useful, particularly after it is clear whether Jaime Rios's Rule 59 motion is going to be granted or denied.
3. to a magistrate for mediation with respect to a petition for attorney's fees under LR

54.3. petition is currently due, under LR 54.3 (b), on August 28, 2026.

4. A Rule 59 motion on behalf of Jaime Rios has been fully briefed and there is no status date set.

5. The parties agree that a referral to a magistrate for a settlement conference solely on the issue of attorneys fees would be helpful.

WHEREFORE, Jaime Rios requests a referral to a magistrate for a settlement conference solely on the issue of attorneys fees.

Respectfully Submitted,

JAIME RIOS

By and through

/s/ Stephen L. Richards

By: Stephen L. Richards Attorney for Plaintiff
53 West Jackson
Suite 756
Chicago, IL 60604
773-817-6927
sricha5461@aol.com Attorney No: 6191946

## CERTIFICATE OF SERVICE

Stephen L. Richards certifies that on August 28, 2026 he served the **UNOPPOSED MOTION FOR REFERRAL TO A MAGISTRATE FOR MEDIATION WITH RESPECT TO FEE PETITIONS**

through the ECF filing system.

*/s/ Stephen L. Richards*

By: Stephen L. Richards
Attorney for Plaintiff
53 W. Jackson, Suite 756
Chicago, IL 60604
(773) 817-6927
sricha5461@aol.com
Attorney No: 6191946