**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jaime Rios

Plaintiff,

v.

Case No.: 1:22−cv−03973
Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 3, 2026:

MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Unopposed motion for referral to a magistrate for mediation with respect to fee petition [414] is granted. Motion for extension of time to file petition for attorney';s fees [416] is granted; the Court will set a deadline for the fee petition after it rules on the two pending post−trial motions. This case is referred to the magistrate judge for settlement. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.